<pre>
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    CORPUS CHRISTI DIVISION
 3    MARC VEASEY, JANE HAMILTON,        )
      SERGIO DELEON, FLOYD J. CARRIER,)
 4    ANNA BURNS, MICHAEL MONTEZ,        )
      PENNY POPE, OSCAR ORTIZ, KOBY     )
 5    OZIAS, JOHN MELLOR-CRUMMEY,        )
      JANE DOE, JOHN DOE, LEAGUE OF      )   CIVIL ACTION NO.
 6    UNITED LATIN AMERICAN CITIZENS     )   2:13-CV-193 (NGR)
      (LULAC), AND DALLAS COUNTY,        )   (lead case)
 7    TEXAS                              )
                                         )
 8    VS.                                )
                                         )
 9    RICK PERRY, Governor of Texas,     )
      and JOHN STEEN, Texas Secretary    )
10    of State                           )
      _____)
11                                       )
      UNITED STATES OF AMERICA,          )
12                                       )
      V.                                 )
13                                       )
      STATE OF TEXAS, JOHN STEEN, in     )   CIVIL ACTION NO.
14    his official capacity as Texas     )    2:13-CV-263 (NGR)
      Secretary of State, and STEVE      )   (consolidated case)
15    MCCRAW, in his official capacity)
      as Director of the Texas           )
16    Department of Public Safety,       )
      _____)
17                                       )
      TEXAS STATE CONFERENCE OF NACCP )
18    BRANCHES, AND THE MEXICAN          )
      AMERICAN LEGISLATIVE CAUCUS OF     )
19    THE TEXAS HOUSE OF                 )
      REPRESENTATIVES,                   )
20                                       )
      V.                                 )   CIVIL ACTION NO.
21                                       )   2:13-CV-291 (NGR)
      JOHN STEEN, in his official        )   (consolidated case)
22    capacity as Texas Secretary of     )
      State, and STEVE MCCRAW, in his    )
23    official capacity as Director of)
      the Texas Department of Public     )
24    Safety                             )
25
</pre>

```
1    ********************************************************

2                        ORAL DEPOSITION OF

3                          DEBBIE NEWMAN

4                          JULY 24, 2014

5    ********************************************************

6

7             ORAL DEPOSITION of DEBBIE NEWMAN, produced as a

8    witness at the instance of the Plaintiffs, was taken in

9    the above-styled and numbered cause on JULY 24, 2014,

10   from 3:12 p.m. to 5:16 p.m., before Cynthia C. Miller,

11   CSR in and for the State of Texas, reported by machine

12   shorthand, at the offices of Wells, Payton, Greenberg &

13   Hunt, 550 Fannin, Suite 600, Beaumont, Texas, pursuant

14   to the Federal Rules of Civil Procedure and the

15   following stipulation and waiver of counsel:

16             IT WAS STIPULATED AND AGREED by and between

17   counsel that if the original of said deposition is not

18   signed or available at the time of trial or any hearing,

19   an unsigned copy may be used in lieu thereof.

20

21

22

23

24

25
```

```
 1                    APPEARANCES
 2   FOR THE PLAINTIFFS:
 3       Ms. Emma Simson
         CAMPAIGN LEGAL CENTER
 4       215 E. Street, NE
         Washington, DC 20002
 5       Tel:  202-736-2200, ext. 12
         Fax:  202-736-2222
 6       Email:  ESimson@campaignlegalcenter.org
 7       Mr. Chad W. Dunn
         BRAZIL & DUNN
 8       4201 Cypress Creek Pkwy, Suite 530
         Houston, Texas  77068
 9       Tel:  281-580-6310
         Fax:  281-580-6362 (fax)
10       Email:  chad@brazilanddunn.com
11
12   FOR THE PLAINTIFF UNITED STATES OF AMERICA:
13       Mr. Bruce Gear (by telephone)
         DEPARTMENT OF JUSTICE
14       Civil Rights Division
         950 Pennsylvania Avenue N.W. (NWB-7200)
15       Washington, D.C.  20530
         Tel:  202-514-2919
16       Fax:  202-307-3961
         Email:  bruce.gear@usdoj.gov
17
18
     FOR THE DEFENDANTS STATE OF TEXAS,
19   RICK PERRY, JOHN STEEN, AND STEVE McCRAW:
20       Mr. S. Ronald Keister
         DEPUTY ATTORNEY GENERAL FOR LITIGATION
21       Southern District of Texas No. 10418
         209 West 14th Street
22       Austin, Texas  70711
         Tel:  512-475-0131
23       Fax:  512-475-2994
         Email:  ronny.keister@oag.state.tx.us
24
25
```

1
                         APPEARANCES CONTINUED
2

3

4      ALSO PRESENT:

5           Ms. Sheila Houston

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX
2
3                                                    Page
4
Stipulations.........................................2
5
Appearances........................................3/4
6
7
8
Testimony of DEBBIE NEWMAN
9
        Examination by Ms. Simson..........................6
10
        Examination by Mr. Gear...........................54
11
        Examination by Mr. Keister........................74
12
        Further Examination by Ms. Simson.................96
13
14
15
Changes and Signature...........................104/105
16
Reporter's Certificate............................106
17
18
                            EXHIBITS
19
Newman Deposition Exhibit No. 1.......................74
20
        (Documents from County Clerk's Office)
21
Newman Deposition Exhibit No. 2.......................75
        (Letter from AG to County Clerk)
22
Newman Deposition Exhibit No. 3.......................97
23
        (Examples)
24
25

```
 1                    DEBBIE NEWMAN,
 2   having been first duly sworn, testified as follows:
 3                    EXAMINATION
 4   BY MS. SIMSON:
 5        Q.   Can you go ahead and state your name for the
 6   record, please?
 7        A.   Debra Dale Newman.  Better known as Debbie
 8   Newman.
 9        Q.   Okay.  And are you the county clerk for Jasper
10   County?
11        A.   I am.
12        Q.   My name is Emma Simson.  This is Chad Dunn.
13   We are the attorneys for the Veasey-LULAC plaintiffs in
14   the lawsuit over the photo ID law.
15        A.   Okay.
16        Q.   You understand you are not a party to this
17   lawsuit?
18        A.   I understand.
19        Q.   Have you ever been deposed before?
20        A.   Yes, I have.
21        Q.   How many times?
22        A.   Once.
23        Q.   What was the case about?
24        A.   It was a car wreck that I was involved in.
25        Q.   Okay.  And were you a party to that?
```

```
 1          A.   Yes.

 2          Q.   And you were the plaintiff?

 3          A.   Correct.

 4          Q.   Okay.  So you've been deposed once before, but

 5     just to go over some ground rules that will make this go

 6     smoothly.  The first is if I ask you a question and you

 7     don't understand, please let me know and I will try to

 8     rephrase it so it makes sense.

 9          A.   I understand.

10          Q.   Then the second is we try to avoid talking

11     over each other, because she's trying to get everything

12     down, so I will do my best to let you finish your answer

13     before I ask my next question, and I'll ask that you do

14     the same and wait until I finish a question before you

15     answer.

16          A.   Understood.

17          Q.   The next thing is that you have provided

18     verbal answers like you've been doing so far, just so

19     that she can get this down on the record.  Does that

20     make sense?

21          A.   Correct.

22          Q.   And the last is I don't think this should take

23     too long, but if you need a break, please let me know,

24     and we'll finish up whatever line of questions we're on,

25     and we can take a break.
```

```
 1          A.    Thank you.

 2               Q.    So can you, first, start us off with a bit of

 3     background about yourself, where you grew up, went to

 4     school, past jobs?

 5               A.    I grew up in Jasper, Texas, been there seven

 6     generations, been married to my husband for 44 years,

 7     and four years of high school.

 8                         I worked for Seal, Stauffer, Cofield &

 9     Busby law firm for 15 years.  And I ran for county clerk

10     and been there ever since.  That was in '99.

11               Q.    You ran for county clerk in 1999?

12               A.    Well, '98.

13               Q.    '98.  And you took the position in '99?

14               A.    In '99.

15               Q.    And did you run with a political party when

16     you ran for office?

17               A.    I did.

18               Q.    Which party was that?

19               A.    Democrat.

20               Q.    Okay.  And were you opposed?

21               A.    Yes.

22               Q.    Okay.  And so how often do you have to run for

23     re-election for county clerk?

24               A.    Every four years.

25               Q.    Every four years.  So are you up for an
```

1    election?

2         A.   Well, actually three, you know.

3         Q.   Okay.  Have you had any past jobs, other than

4    county clerk, that related to elections in any way?

5         A.   No.

6         Q.   Okay.  So you received a deposition notice for

7    today that asked you to bring some documents.  Did you

8    bring any documents?

9         A.   We brought what we had.

10        Q.   Okay.

11        A.   And I don't think it's really what you want.

12        Q.   Okay.

13        A.   I'm going to give you what Sheila has given

14   me, because this is more her expertise.

15        Q.   Okay.  And are these all of the documents that

16   are responsive to the request?

17        A.   That's all we have.

18        Q.   Okay.

19        A.   You asked for --

20             MS. HOUSTON:  We had the simple ballot

21   already in those results right there, and she just had

22   me to do the summary of the constitutional run-off and

23   primaries.

24        A.   But you wanted provisional, and we had none.

25        Q.   (By Ms. Simson)  Okay.  Excellent.  So you've

1  been county clerk since 1999.  What are the job

2  responsibilities of county clerk?

3       A.   Well, they're huge.  It's too enormous to go

4  over in this deposition, but basically you order all the

5  ballots, you get all the polling places, all the poll

6  workers who are responsible for the poll watchers, the

7  candidates, furnish them with forms.

8                  We do anyway.  A lot of county clerks do

9  not.  We help them with their paperwork.

10      Q.   And are you responsible for voter registration

11 as county clerk?

12      A.   Actually, my assistant, Sheila, is.

13      Q.   Okay.  But you supervise her with voter

14 registration?

15      A.   I supervise her.

16      Q.   Okay.  So you mentioned -- when did your

17 office begin work on implementing S.B. 14?

18                  And before we start that, when I say S.B.

19 14, I'm referring to Senate Bill 14 that was passed in

20 2011 and requires voters to present photo

21 identification.

22      A.   Well first year was this year, or last year,

23 our first year.

24                  MS. HOUSTON:  This past year, I think

25 wasn't it the first time, like actually had the -- like

1    by law, they had to show ID.

2        Q.   (By Ms. Simson)  And do you recall when that

3    was last year?

4        A.   That was in March.

5        Q.   In March?

6        A.   This March.

7        Q.   Okay.  Do you remember if --

8        A.   No.  Am I wrong?  Correct me if I'm wrong.

9             MS. HOUSTON:   I was trying to remember

10   which election it actually started.

11       A.   I know we did it in March.

12       Q.   (By Ms. Simson)  Do you recall if you

13   implemented S.B. 14 in November elections, November of

14   2013?

15       A.   No, I do not remember.

16       Q.   And how did you find out that the county was

17   supposed to start implementing S.B. 14?

18       A.   Through the Secretary of State.

19       Q.   Would that be through e-mail?

20       A.   Letters, and e-mail, and school.

21       Q.   Okay.  And when you found out that the state

22   was now implementing S.B. 14, what did your office have

23   to do to prepare to implement S.B. 14 during elections?

24       A.   Well, we really didn't have to do -- other

25   than advertise, we advertised, and we had it on our

1    local radio, which is a big deal in our little town.

2    And we had it locally.

3                    Everybody knew, you know.  Small as our

4    town is, we have an average of -- in a November election

5    is 11,000 voters.  In this one, we only had probably

6    3,500.  So we had not -- we had one person, one, that

7    opposed showing their ID.

8         Q.    And when you say that person opposed showing

9    their photo ID --

10        A.    They just said they didn't see why they had

11   to, it was America.

12        Q.    Okay.  And did they end up showing their ID?

13        A.    They did.  Not an issue.

14        Q.    And then they cast a ballot?

15        A.    Yes, they did.

16        Q.    Okay.  So you said an average in November

17   elections you have about 11,000 voters?

18        A.    Yes.

19        Q.    Is that for maybe a November presidential

20   election?

21        A.    Yes.

22        Q.    Okay.  So the 3,500 this past November, how

23   come that was --

24        A.    That was a primary.

25        Q.    Okay.

1     A.   Primary.  Democrat/Republican primary.

2     Q.   And was the primary in November or March?

3     A.   March.

4     Q.   So in the November 2013 elections, did you

5   also have lower voter turnout?

6     A.   It's always lower in the primaries than

7   November.

8     Q.   Okay.

9     A.   You're either going with a governor's race or

10   the presidential race, then you have a good turnout.

11     Q.   Okay.  So the governor's race and presidential

12   races are when you have a much higher turnout?

13     A.   Yes.

14     Q.   Okay.  So with S.B. 14, there were some

15   changes to the identification requirements at the polls.

16   And what did you have to do to train election workers?

17     A.   We put on a school.

18     Q.   A school, what do you mean by a school?

19     A.   We school them.  We have them come to the

20   courthouse, or we go to them, all our election workers,

21   and we actually go through an election school.  And we

22   do this every election on what they are supposed to do.

23     Q.   And if a person has been an election worker in

24   past elections, do they have to attend training every

25   year?

1      A.   They do.

2      Q.   They do?

3      A.   Yes.

4      Q.   And when you say "school," can you describe

5   this school?

6      A.   We actually go through the whole synopsis of

7   how to hold the election, how to cast the ballot, how to

8   handle the election worker -- I mean, the election --

9   well, I can't think of the word now.

10              The voter, the voter, how to handle them

11   in any situation.

12      Q.   Okay.  And is it -- so it's in person?

13      A.   Yes.

14      Q.   And about how many hours, or how many days is

15   this school?

16      A.   We hold an election in Jasper that is -- we

17   have five towns in our county.  We hold one in Jasper,

18   and we hold one in Buna.  Buna is locally situated, you

19   know, for everybody.

20              And that makes it -- we have one at

21   2:00 o'clock, we have one at 6:00 o'clock where

22   everybody can attend.

23      Q.   So is it about a few hours?

24      A.   No, it runs about an hour-and-a-half, and then

25   we have -- usually we have desserts.

1      Q.   Okay.  So people attend about an

2   hour-and-a-half training.  Do they also have to do a

3   training on-line?

4      A.   They can choose to train on-line.

5      Q.   Okay.

6      A.   And some of them do do that.

7      Q.   So that's voluntary on-line?

8      A.   That's voluntary.

9      Q.   And so when you're at a polling place on

10   election day, how many people are working at the poll?

11      A.   You have a mandatory three.

12      Q.   Mandatory three.  And is there some person who

13   is supervising?

14      A.   You have your judge, your alternate judge, and

15   your election worker.

16      Q.   And those are the three people?

17      A.   And on the bigger ones, we have up to five to

18   six.

19      Q.   Okay.  And do they all attend the same

20   training?

21      A.   Yes.

22      Q.   Okay.  And who runs the training for the

23   election workers?

24      A.   Myself, and Diana South.

25      Q.   Okay.  And did you have to change your

1   training after S.B. 14?

2        A.   Yes, we had to, you know, put that into

3   perspective with everything.   We had to make sure that

4   everybody knew.   And we emphasized it so -- it was so

5   important, we emphasized it.

6        Q.   And emphasized that there is now a photo ID

7   requirement?

8        A.   Yes.

9        Q.   To make sure they ask voters for ID?

10        A.   We also said, you know, if someone says,

11   "Where do I get this, I don't have one," we would let

12   them know that they could go to the local DPS.

13        Q.   And so you had to let the election workers

14   know where the voters could go get IDs?

15        A.   Yes, we trained them.

16        Q.   Okay.   And how many election workers, roughly,

17   do you have in Jasper County?

18        A.   I would say 100.

19        Q.   Around 100?

20        A.   Around 100.

21        Q.   And did you have training materials that you

22   used at the school?

23        A.   Yes.

24        Q.   And did you bring those with you today?

25        A.   No.

1    Q.   Is that something if we --

2        A.   Well, we use the book that we get from the

3    Secretary of State.

4        Q.   So you use exactly the materials they give?

5        A.   Exactly.  And we also use a tape that is

6    furnished by the Secretary of State.  And then we just

7    do a local person-to-person instructions.

8        Q.   Okay.  And do you have any idea how many of

9    the election workers do the voluntary on-line training?

10       A.   Not very many.  I would say no more than five.

11       Q.   Is the content of the on-line training pretty

12   similar to the content of your training?

13       A.   Yes.

14       Q.   At the end of your training --

15       A.   It's actually the tape, I'm sorry.

16       Q.   Okay.

17       A.   It's the tape that the Secretary of State

18   provides, they just look at it on-line.  Then they get a

19   certificate.

20       Q.   And you also show the tape at the training?

21       A.   Correct.

22       Q.   Okay.  Do you do anything at the end of the

23   training to make sure that election judges understood

24   what you train them on?

25       A.   Yes.  And if they don't, we go one-on-one

1   personally with them.

2        Q.   And what do you do to figure out if they

3   understood?

4        A.   They come up to us.

5        Q.   Okay.  They will come up to you.  But is there

6   any kind of quiz at the end to see if they understood?

7        A.   No.

8        Q.   Do you think that you were successful in

9   training election workers about S.B. 14?

10       A.   Yes.

11       Q.   And what makes you say that?

12       A.   Done it many, many years.  And our election

13  workers tend to be the same ones.

14       Q.   So you have people who come year after year?

15       A.   I actually have one 90 years old.

16       Q.   How long has he or she --

17       A.   She has been there for, I would say, 40 to 45

18  years because I provide them with a pin, an election pin

19  of how many years, and hers is huge, you know.

20       Q.   So other than training the poll workers, and

21  other than educating voters, was there anything else you

22  had to do to get ready for S.B. 14?

23       A.   We had to put it in the local newspapers.

24       Q.   Was that required, or was that something you

25  decided to do?

1      A.   I don't know if it was required or not.

2   That's what we did.  We put it on the local radio

3   station, and our local radio personality tends to be

4   very vocal on elections, so he helps a whole lot.

5      Q.   And who is that?

6      A.   Mike Lout.

7      Q.   And what's the radio station?

8      A.   KJAS.

9      Q.   And what's the newspaper?

10      A.   Jasper News Boy, Buna Beacon, and Kirbyville

11   Banner.

12      Q.   Do you know if the radio station has coverage

13   for the entire county, or is it only for Jasper City?

14      A.   No, they have coverage throughout the whole

15   county, including parts of Sabine County.

16      Q.   Okay.  Did you do any -- did you do anything

17   else, like billboards, or signs on buses, or brochures

18   in offices?

19      A.   We don't have a bus in our town, and

20   billboards are too expensive for our budget.

21      Q.   Did you send letters to voters at all to

22   inform them of the changes in the law?

23      A.   No.

24      Q.   Did Jasper County ever conduct any sort of

25   database match between the voter registration list, and

1   the driver's license database to find out which voters

2   might lack ID?

3               MS. HOUSTON:  That lack ID, no, not to

4   see who doesn't have ID.

5       A.   Not that, but they are corresponding, you

6   understand.

7       Q.   (By Ms. Simson)  How does it correspond?

8       A.   I have to let her speak for me because that's

9   not something I do.

10      Q.   So you're not aware of how the driver's

11  license database interacts --

12      A.   Well, I know that when she sends it into

13  Austin.  It can also be sent in from DPS, too, to

14  Austin, and she knows whether it came from the DPS.

15              MS. HOUSTON:  Yeah, if they go to the DPS

16  to get their driver's license, they can register to

17  vote.  That's what she's talking about.

18      Q.   (By Ms. Simson)  But there wasn't after

19  S.B. 14 went into effect, you never took, for example,

20  the voter registration list for Jasper County to see if

21  there may be people who lack a driver's license?

22              MS. HOUSTON:  No.

23      A.   I don't think.  No, I don't think we have that

24  option, do we?  With their software.

25      Q.   (By Ms. Simson)  Did the Secretary of State's

1    office ever offer to provide you with a list of people

2    who may lack ID because they don't have a driver's

3    license?

4         A.   Not that I'm aware.

5         Q.   Okay.  Is that something that if the Secretary

6    of State's office said to you, "We can run a match and

7    tell you which of your voters may lack an ID," would

8    that be something you would be interested in getting?

9              MR. KEISTER:  Object to form.

10        Q.   (By Ms. Simson)  I should let you know, he may

11   object from time to time.  That's for the attorneys to

12   work out later.  You can answer after he does that.

13        A.   Would it be helpful?

14        Q.   Would it be --

15        A.   Is that what you're asking me?

16        Q.   If the Secretary of State's office said to

17   you, "We can take your voter registration list and all

18   your registered voters and see which of them appear to

19   lack a driver's license, or may lack a driver's

20   license," is that information you would have been

21   interested in so you could, for example, send letters to

22   those voters?

23        A.   It would be interesting to me, but I think it

24   would be a privacy issue --

25        Q.   Okay.

```
1        A.   -- for the voter.
2            Q.   Okay.  Other than the radio ads and the
3   newspaper ads, was there anything else that you did to
4   educate voters?
5            A.   Also, there is on-line with the radio station.
6            Q.   The radio station's Web site had something?
7            A.   Yes.  And our Web site also provided
8   information.
9            Q.   That's the county clerk's office?
10           A.   No, the Jasper County.
11           Q.   Jasper County Web site.  Anything else that
12   you did to educate voters?
13           A.   No.
14           Q.   Did you have to -- so talking about the radio
15   ads, do you recall when those were aired?
16           A.   No, because it was voluntary.  It's not
17   something we paid for.
18           Q.   Okay.  So you did not have to pay for the
19   radio ads?
20           A.   Huh-uh.
21           Q.   And is -- do you have -- do you frequently
22   have the radio volunteer to put things on the radio
23   station for you?
24           A.   Yes.  But they're non-biased.
25           Q.   And in the newspaper, did you have to pay to
```

1   place those ads?

2        A.   Yes.

3        Q.   And do you recall how much that cost?

4        A.   All three are different prices.  Jasper being

5   the highest at around $100.  Kirbyville being -- the

6   other two being probably 60, 40.

7        Q.   And so did you -- and you didn't have to pay

8   the radio anything to put the ad up on the Web site?

9        A.   No.

10        Q.   Okay.  And on the radio station, was that kind

11   of a public service announcement, or an --

12        A.   Yes.

13        Q.   Okay.  And so you spent, it sounds like, a few

14   hundred dollars on newspaper ads.  Do you recall when

15   those were placed?

16        A.   It's mandatory when you have to place them.

17   We placed them upon -- when the Secretary of State told

18   us to.

19        Q.   So these were notices -- the notices in the

20   newspaper, were they about photo ID, or were they about

21   elections?

22        A.   They were about elections, but we also -- we

23   also put a separate ad in ourself, I do believe.  Am I

24   correct on that?

25                  Diana would have to answer that, my chief

```
 1    assistant, because she handles that.
 2         Q.   So you're not sure if the county placed an ad
 3    about photo ID in the newspaper?
 4         A.   I am 90 percent they did.
 5         Q.   They did, or did not?
 6         A.   Did.
 7         Q.   Okay.  And the radio ads that you mentioned
 8    that were voluntary by the radio station, were those
 9    about elections, or were those about photo ID?
10         A.   Elections.
11         Q.   Okay.  So they didn't specifically advertise
12    you need a photo ID to vote now?
13         A.   No, it was voluntary on the radio station.
14         Q.   Was there any education or outreach to voters
15    specifically about the photo ID law?
16         A.   I would say no.
17         Q.   Okay.  Do you know if there was any education
18    to voters about the election identification
19    certification, or the EIC?
20         A.   Not that I'm aware of.
21         Q.   And when I say the EIC, do you know what I'm
22    referring to?
23         A.   No, I really don't.
24         Q.   Okay.  Are you aware that under S.B. 14 there
25    is a free election ID that voters can obtain called an
```

1    election identification certificate?

2         A.   I'm not.  Were you?

3              MS. HOUSTON:  What I was told, they could

4    go to the DPS office to get a photo ID.  That was

5    supposed to be free.

6         Q.   (By Ms. Simson)  And you're aware of this?

7         A.   I am.

8         Q.   But you're not sure if that's the election

9    identification certificate?

10        A.   It's a photo ID.

11        Q.   Okay.  And is the -- as far as you're aware,

12   is the Department of Public Safety the only place that a

13   person can obtain -- is the Department of Public Safety

14   office the only place a person can obtain one of the

15   free IDs for voting?

16        A.   Yes.

17        Q.   Do you know how many locations there are in

18   Jasper County for driver's license offices?

19        A.   One.

20        Q.   One?

21        A.   Yes.

22        Q.   And is that located in Jasper?

23        A.   Jasper.

24        Q.   Okay.  Do you know if Jasper County ever had

25   mobile EIC units to offer the free photo IDs?

1        A.    No.   They -- we were told that they were going

2    to be, but never had one.

3        Q.    Do you know why there never was one?

4        A.    No.

5              MS. SIMSON:  Can we go off the record for

6    one second?

7              (Recess from 3:32 p.m. to 3:34 p.m.)

8        Q.    (By Ms. Simson)   So the Department of Public

9    Safety office in Jasper County, is that accessible by

10   public transportation?

11       A.    We do not have public transportation.   What

12   are you talking about?  A bus or a taxi?  We have one

13   taxi.

14       Q.    A bus.

15       A.    No, we have no buses.

16       Q.    Is there any public transportation in Jasper

17   County?

18       A.    There's a taxi service.

19       Q.    And what is the taxi service?

20       A.    I don't know the name of it.

21       Q.    Do you know can people get the taxi for free?

22       A.    No.

23       Q.    Okay.  Do you have any idea how much it cost?

24       A.    I think $5.

25       Q.    And they can go anywhere in the county with

```
 1   that?

 2        A.   Well, not anywhere.  Our county is 72 miles

 3   long, from one end to the other.  So -- it's very long

 4   and narrow, so they could not travel that far.

 5        Q.   And are you -- so you didn't have to pay for

 6   the radio ads, you had to pay a few hundred dollars for

 7   the newspaper ads.  Is there any other cost that you had

 8   related to implementing S.B. 14?

 9        A.   When you say not very much -- when you say not

10   very much, it's more than that, because you have to

11   advertise for early voting, and you have to advertise

12   for the day of voting.

13              It adds up to more than a few hundred.

14   It adds up more to like a thousand, which is a lot.

15        Q.   Those ads weren't about photo ID, though;

16   correct?

17        A.   We had some that were --

18        Q.   Okay.

19        A.   -- about photo ID.  It might not have been a

20   huge ad, but we did have the ad that I -- I'm pretty

21   sure.

22        Q.   Did the county do any advertising about the

23   availability of free voter IDs?

24        A.   Not that I'm aware.

25        Q.   Did you work with any community groups to
```

1     educate voters about the photo ID law?

2          A.   We worked with local ministers.

3          Q.   And how did you contact the local ministers?

4          A.   We -- we're so small that we're very close

5     with the community.  And then most of our polling places

6     are at churches, so we would have -- pass that

7     information on to that pastor, preacher.

8          Q.   Do you recall which of the pastors, preachers,

9     ministers that you talked with about the photo ID law?

10         A.   I would say just about every one of them.  I

11    would say 50 percent, let me just put it like that.

12         Q.   Okay.

13         A.   We have 20 polling places.

14         Q.   Okay.  And I think you mentioned earlier --

15    hopefully, this was while we were doing -- while we were

16    on the deposition, but about how many people are in

17    Jasper County?

18         A.   About 35,000.

19         Q.   And how many registered voters do you have?

20         A.   Around 20.

21         Q.   And -- 20,000?

22         A.   Yes.

23         Q.   Okay.  Do you think that you were successful

24    in educating voters about the photo ID law?

25         A.   I think it could have been better.

1        Q.   And why do you say that?

2        A.   Because you have brought it to my attention.

3        Q.   Which aspect of it?

4        A.   I think we should have done more.

5        Q.   To educate voters?

6        A.   Yes.

7        Q.   What do you think you might have done to

8   educate voters, if you had more time or money?

9        A.   I think we could have done some radio ads,

10  more -- our town is more into radio, and the on-line.

11  That on-line goes out all over the world.  And I think

12  we could have done more with that.

13       Q.   And was it just you -- maybe you hadn't

14  thought about voters, or it was a cost issue?

15       A.   We have a real big cost issue.

16       Q.   And so you don't have a lot of money to spend

17  on education?

18       A.   No, we don't.

19       Q.   Did the Secretary of State's office ever offer

20  to give you money to educate voters about the photo ID

21  law?

22       A.   Not that I'm aware.

23       Q.   Did you ever request that from the Secretary

24  of State's office?

25       A.   No.

1        Q.    Are you aware of what any other counties have

2    done to educate voters about the photo ID law?

3        A.    No.

4        Q.    Okay.  So you mentioned -- I believe you

5    mentioned earlier that there were no provisional ballots

6    cast because of an ID issue?

7        A.    No.

8        Q.    And that's during any of the elections that

9    S.B. 14 has been in effect?

10        A.    Correct.

11        Q.    Now, the free photo ID cards that are -- that

12    voters may obtain, these are called the election

13    identification certificates.  I may refer to them as

14    EICs.  Does the county have the authority to issue those

15    IDs?

16        A.    No.

17        Q.    Are you aware if other counties have the

18    authority to issue those IDs?

19        A.    No.

20        Q.    Have you ever asked the Secretary of State's

21    office if you could get authority to issue those IDs?

22        A.    No.

23        Q.    If I told you that some other counties have

24    the authority to issue these free voter ID cards, is

25    that something you would be interested in being able to

1    do?

2        A.    Yes.

3        Q.    Do you know if DPS in Jasper -- do you know if

4    the DPS office in Jasper ever did extended hours for

5    people who may need to get an ID to vote?

6        A.    Absolutely not.

7        Q.    Okay.  So you don't think they ever opened on

8    Saturdays to offer photo ID?

9        A.    Absolutely not.  We don't want to go there.

10       Q.    What do you mean by that?

11       A.    No comment.

12       Q.    Okay.  The mobile EIC units that you mentioned

13   before, you said the Secretary of State's office may

14   have offered them, but it never happened, or you never

15   heard anything; is that correct?

16       A.    Our Congressman James White's office brought

17   it to our attention, but we didn't hear anything else,

18   didn't know anything else about it.

19       Q.    So the Congressman brought to your attention

20   the possibility of having a mobile EIC station, but you

21   didn't hear anything from the Secretary of State's

22   office?

23       A.    We didn't hear anything else, period.

24       Q.    Okay.  Did you -- are you aware that other

25   counties had mobile EIC units available to them?

1      A.   No.

2      Q.   So as far as you're aware, there were never

3  any mobile units to issue free voter IDs in Jasper

4  County?

5      A.   No.

6      Q.   Okay.  Did you ever testify in front of the

7  legislature about voter ID laws?

8      A.   No.

9      Q.   Did you ever talk to any legislators about

10 them?

11     A.   No.

12     Q.   Has anyone from the Secretary of State's

13 office ever contacted you to ask for feedback about how

14 the voter ID law was implemented?

15     A.   No.

16     Q.   Has anyone from DPS ever contacted you about

17 the availability of free voter ID cards at their office?

18     A.   No.

19     Q.   Has anyone from DPS ever contacted you about

20 voters who needed IDs?

21     A.   No.

22     Q.   Has anybody at DPS -- have you had any

23 conversations with anybody at DPS about voter ID?

24     A.   Only on a personal level, and it's not -- it

25 would not be in my capacity as county clerk.

1        Q.    And what was the nature of those

2    conversations?  Who was the person at DPS?

3        A.    I'd rather not say.

4        Q.    What was the content -- what was the kind of

5    content of those conversations?

6        A.    It's a large job.  There's only two women

7    there for the whole county.

8        Q.    So did they express concerns about their

9    capacity to issue free voter IDs?

10       A.    Yes.

11       Q.    They did?

12       A.    On a personal level, not as -- in their work

13   capacity.

14       Q.    Certainly.  Have you spoken with anyone from

15   the Secretary of State's office at any time about

16   S.B. 14?

17       A.    I have not.  Now, some of my staff may have.

18       Q.    Okay.  Is that -- if one of your staff has a

19   concern about S.B. 14, is that something they would

20   bring to you?

21       A.    They normally will bring it to me, but they

22   will also take charge.

23       Q.    But to your knowledge, nobody on your staff

24   has spoken with anyone at the Secretary of State's

25   office about the implementation of S.B. 14?

1        A.    There's a possibility that Diana South could

2    have, yes.

3        Q.    For a second, I want to talk about voter

4    fraud.  If you thought there was an instance of voter

5    fraud in the county, would you refer that to someone?

6        A.    We've had it before.

7        Q.    What?

8        A.    We've had voter fraud before.

9        Q.    And what were the -- was that referred to

10   someone?

11       A.    To the county judge and district attorney.

12       Q.    And what were the circumstances?  How many

13   times have there been --

14       A.    Twice.

15       Q.    Twice.  Do you recall when those were?

16       A.    I would say possibly five years ago.  And

17   before that, I would say probably eight.

18       Q.    Let's start with the first instance about

19   eight years ago.  What was the circumstances of the

20   election fraud?

21       A.    It was a very elderly woman who did not

22   know -- remember that she had already voted early and

23   came and voted again, or tried to vote again.  Well, she

24   actually did vote again.

25       Q.    So she was able to vote twice?

1       A.   Yes.

2       Q.   And was that case -- that case was referred to

3  someone?

4       A.   Yes.

5       Q.   Do you know what happened with that case?

6       A.   Do you really want me to tell you?

7       Q.   Yes.

8       A.   She got the shit scared out of her because she

9  thought she was going to jail, and a $10,000 fine.

10       Q.   And was that case prosecuted, do you know?

11       A.   No.

12       Q.   It was not.   Do you know why?

13       A.   Because of the circumstances.   She was in her

14  late 80s, she made a mistake, and it was not

15  intentional.

16       Q.   And the instance -- and do you know who the

17  parties were that were involved in that case?

18       A.   I don't remember her name.

19       Q.   Okay.   And the case about five years ago, what

20  were the circumstances of that case?

21       A.   The lady went and voted Democrat, and then her

22  friend came and said, "Let's go vote Republican," so she

23  did.

24       Q.   And do you know what happened with that case?

25  Was that referred as well?

1      A.   It was.

2      Q.   And do you know if that case was prosecuted?

3      A.   No.

4      Q.   Do you know whether the woman knew that she

5  could only vote once?

6      A.   No.

7      Q.   She did not know?

8      A.   She did not know, she was just on the

9  bandwagon.

10     Q.   In the instance of the woman who voted twice,

11  the elderly woman who voted twice, would S.B. 14 have

12  prevented her from doing that?

13              MR. KEISTER:  Objection; form.  Calls for

14  speculation.

15     Q.   (By Ms. Simson)  You can go ahead.

16     A.   I don't think so.

17     Q.   With respect to the women who tried to vote

18  twice in the same election, I guess they tried to vote

19  in the Democratic primary, and then the Republican

20  primary, would S.B. 14 have stopped that?

21              MR. KEISTER:  Object to form, calls for

22  speculation.

23     A.   Possibly.

24     Q.   (By Ms. Simson)  And why do you say

25  speculation?

```
 1          A.   Well, my worker would have caught it.

 2          Q.   And how would the showing of an ID catch that?

 3          A.   She could have remembered her.  Because we're

 4     so small, she might have remembered her.

 5          Q.   Do you think she could have remembered her

 6     just from seeing her face again?

 7          A.   Yes.

 8          Q.   So would the ID have been necessary?

 9          A.   Well, let me go back and correct myself.

10          Q.   Yeah.

11          A.   I believe, if I'm not wrong, that's why they

12     found out that she -- they remembered her voting.

13          Q.   And was that because they had seen her in

14     there earlier?

15          A.   Yes.

16          Q.   So would her showing an ID have changed

17     anything?

18          A.   I don't know.

19               MR. KEISTER:  Form, speculation.

20          Q.   (By Ms. Simson)  Now, one of the requirements

21     of S.B. 14 is that the information on a person's

22     identification has to match the information on the voter

23     registration list.  Is that something you are familiar

24     with?

25          A.   Well, not all of it.
```

 1          Q.   Okay.  What is your understanding of -- when a

 2     person presents an ID --

 3          A.   Well, it would state your name and address,

 4     but it wouldn't have -- it wouldn't have Social Security

 5     number, or the last four digits of the Social Security

 6     number, or -- that's all.

 7          Q.   Are you familiar with a requirement that

 8     this -- that the information, though, on a person's ID,

 9     such as their name, is supposed to be substantially

10     similar to the information on the poll book?

11          A.   Yes.

12          Q.   And who makes -- when a voter comes in to

13     vote, what do they do?  They hand their ID to an

14     election worker?

15          A.   Their ID, or their voter registration card.

16          Q.   Okay.  And so if they hand over their voter

17     registration card, what happens next?

18          A.   They are able to vote.

19          Q.   Okay.  If they hand over their driver's

20     license, what happens?

21          A.   They are able to vote.

22          Q.   And does the election worker look them up in

23     the system, or how do they --

24          A.   Yes.

25          Q.   And what do they do, they take the ID?

1          A.   We have both.  We have the electronic poll

2     books, and we also have the book itself.  But the last

3     election we went strictly -- we bought enough poll books

4     to go strictly to the poll book.

5          Q.   When you say go straight to the poll book,

6     what do you mean?

7          A.   It's an electronic poll book.

8          Q.   Okay.  So they would look them up in an

9     electronic poll book?

10         A.   Yes.  And if they didn't find them, they would

11    call Sheila.

12         Q.   Okay.  So make sure that they are not somehow

13    missing any error?

14         A.   Correct.

15         Q.   Okay.  And when they -- let's say somebody

16    hands over their voter registration card.  Does the

17    election worker then ask them for a photo ID?

18         A.   Yes.

19         Q.   Since Jasper is such a small county, are there

20    times when the person might just say --

21         A.   No, not even their mother.

22         Q.   Okay.  And so if you hand over your ID, what

23    is the information that the election workers are told

24    they are supposed to check against the voter

25    registration cards?

1        A.   Their -- of course, physical picture, and

2    their name and address and all, needs to match up with

3    our poll, the poll books.

4        Q.   If an election worker said the information on

5    your ID is not substantially similar to the information

6    on the poll book, what happens?

7        A.   They would vote provisionally.

8        Q.   Okay.  And is there -- if the election clerk

9    makes the decision that the person does not have a

10   substantially-similar ID, would anybody check that

11   before they make the person vote provisionally?

12       A.   Well, they might on occasion call Sheila and

13   make sure that they are on there or not.  But then we

14   would let them vote provisionally.

15            Then that would go, you know, into after

16   the election whether it was counted or not.

17       Q.   Okay.

18       A.   It's put in a sealed envelope.

19       Q.   What kind of guidance did you give to election

20   workers about how to make a determination if an ID was

21   substantially similar to the voter registration list?

22       A.   We just visited with them one-on-one, and we

23   made it very important, as much as, "Don't let your

24   sister vote unless you have their photo ID."  We really

25   pressed those issues.

1      Q.    And if -- so if a person shows up and the name

2    on their ID, and the date of birth, and the address

3    don't match what's on the voter registration list, would

4    that person vote a regular ballot or a provisional

5    ballot?

6      A.    Provisionally, which would also correct any --

7    that's like re-registering or registering to vote when

8    you vote provisionally.

9      Q.    So when you vote provisionally because you do

10   not have a photo ID, what do you have to do to make sure

11   your vote is counted?

12     A.    It goes -- they have a chance to bring in a

13   proper ID.

14     Q.    Okay.  And if a person's name doesn't match

15   exactly between their ID and the poll book, what does

16   the voter have to do to vote a regular ballot?

17     A.    What do you mean?

18     Q.    Let me rephrase that.  If a person comes in

19   and they present an ID, and they don't have an exact

20   match between the name on their ID and the name on the

21   poll book -- let's say their middle name is on one and

22   it's not included in the other.  Is there anything that

23   person has to do to vote a regular ballot?

24     A.    I would think in that instance, they would

25   have to vote provisionally.

```
1        Q.   If there is not an exact name match?

2        A.   It would have to be really off.

3        Q.   So a pretty big difference?

4        A.   Yes.

5        Q.   Okay.  Did the county give poll workers any

6   examples of maybe an ID and information on the poll book

7   and say, when a voter shows up with information like

8   this, you should accept them to vote a regular ballot,

9   or you should tell them they have to vote a provisional

10  ballot?

11       A.   Not that I'm aware of.

12       Q.   Okay.  Did the county provide election workers

13  with anything like a list of nicknames, for instance,

14  for Hispanic names --

15       A.   No.

16       Q.   -- so that they had a sense of the nicknames?

17       A.   The Secretary of State did send some examples.

18       Q.   So the Secretary of State --

19       A.   Like William and Bill.

20       Q.   Right.  So the Secretary of State's office

21  sent some examples, but the county didn't come up with

22  any additional ones?

23       A.   We passed that information on to our -- during

24  the school.

25       Q.   So you gave the Secretary of State's
```

1    information to the election clerks?

2         A.   Yes.

3         Q.   But the county didn't provide any additional

4    examples?

5         A.   No.

6         Q.   Okay.  And the county did not provide any sort

7    of list of common nicknames for various names, or

8    anything like that?

9         A.   We did have that -- like I said, we passed it

10   on verbally.

11        Q.   From the Secretary of State's office?

12        A.   Yes.

13        Q.   Have you had any complaints from constituents

14   about the photo ID law?

15        A.   No.

16        Q.   Have you had any election workers complain to

17   you about having to implement S.B. 14?

18        A.   Yes.

19        Q.   And what were those complaints?

20        A.   Well, it's just extra work.

21        Q.   And when they say it's extra work, why is it

22   extra work?

23        A.   I don't know.  They're old and contrary.

24        Q.   The county clerk's office issues various

25   records; is that correct?

1          A.   Yes.

2          Q.   Do you issue certified copies of marriage

3     licenses?

4          A.   Yes.

5          Q.   Do you know how much those cost?

6          A.   We just went up.   Eight.

7          Q.   $8?

8          A.   Uh-huh.

9          Q.   And is that only issued -- how many office

10    locations do you have?

11         A.   We have one in Jasper, and we have a satellite

12    office in Buna.

13         Q.   So would a person have to go in person to one

14    of those offices?

15         A.   They would have to go to Jasper to obtain that

16    information.

17         Q.   They would have to go to Jasper?

18         A.   Uh-huh.

19         Q.   And can you only issue --

20         A.   I'm sorry.   No, I'm completely wrong on that.

21    We do not.   We only have Jasper.   That is in our

22    building thoughts to have a satellite location.

23         Q.   Okay.   So right now you only have one office?

24         A.   Yes.

25         Q.   Okay.   So if a person needed a certified copy

1    of their marriage license, they would go to Jasper?

2         A.   Yes.

3         Q.   And can you only issue certified copies of

4    marriage licenses if they were married in Jasper County?

5         A.   Yes.

6         Q.   So you don't have the ability to look up other

7    counties in Texas?

8         A.   No, only on birth.

9         Q.   Is there any sort of waiver if a person comes

10   in and says, "I need a certified copy of my marriage

11   license but I can't afford it"?

12        A.   No.

13        Q.   On the birth certificates, you also issue

14   certified copies of birth certificates; is that correct?

15        A.   Correct.

16        Q.   And how much do those cost?

17        A.   Twenty-three.

18        Q.   And that would also be available only at the

19   one county office?

20        A.   Yes.

21        Q.   And I believe you said that you can look that

22   up for anywhere in the state?

23        A.   Anywhere in the state, unless it's a delayed

24   birth, something like that.  We can't do delayed births,

25   or if the name is too long, we can't issue it.

```
 1        Q.    If the name is too long, you cannot issue it?

 2        A.    Yes.

 3        Q.    How come?

 4        A.    We can issue it on our part as far as on the

 5   paper, but we can't do it from the secretary -- from the

 6   state's part because the forms just will not allow the

 7   printer to do it.

 8        Q.    So if you printed one of these, would it be

 9   considered a certified copy?

10        A.    I'm sorry, I don't understand.

11        Q.    If somebody's name is too long and they come

12   in saying, "I need a certified copy of my birth

13   certificate," can you issue one?

14        A.    No.  Not unless -- I can issue it if it's in

15   Jasper County, but if it's from another county, like

16   Harden County, Newton County, something like that, it

17   won't let us print that out.

18        Q.    Okay.

19        A.    They have to go back -- or delayed birth, they

20   have to go back to the county they were born in.

21        Q.    So if somebody was born outside of Jasper

22   County, you would have to look that up in the Secretary

23   of State, and if the name is too long, you can't print

24   it?

25        A.    Uh-huh.
```

1        Q.    Are you familiar that the state has waived or

2    has reduced the fees for birth certificates if the

3    person is using the birth certificate to get a free

4    voter ID?

5        A.    No, I'm not.

6              MS. HOUSTON:   Yeah.

7        A.    She knows more than I do.

8        Q.    (By Ms. Simson)  So you were not previously

9    aware that the state has reduced the fees for birth

10   certificates?

11       A.    No.

12       Q.    So --

13       A.    On occasion, I pay for them myself.

14       Q.    You pay for people to get birth certificates?

15       A.    If there is a situation, I will pay for it

16   myself.

17       Q.    And has that come up in the past?

18       A.    Yes.   I know everybody.

19       Q.    And what were the reasons the person didn't

20   have a birth certificate?

21       A.    They may never have gotten one.   They may be

22   very poor.   And there is -- they don't know who to go to

23   or where to go to to get any assistance.

24              You know, they're young.   I know all

25   their mothers and their grandmothers and their daddies

1    and their brothers.  And there's been occasions where

2    I've married and buried them.

3         Q.   So there have been instances in the past where

4    you've paid for someone to get a birth certificate

5    because they needed one?

6         A.   Yeah.

7         Q.   So you -- in your experience, there are people

8    in the state who don't have birth certificates?

9         A.   I would say yes.

10        Q.   Okay.  If a person --

11        A.   Can I make an objection?  Why are we on

12   marriage licenses and not voter ID?

13        Q.   Well, are you aware that to get a free voter

14   ID, voters have to present certain documents to get one?

15        A.   Yes.

16        Q.   And do you know which documents those are?

17        A.   Well, yes, I do.  And birth certificate is

18   one.

19        Q.   And are you aware that if a person's name has

20   changed since birth, that they might have to provide

21   both a certified copy of their birth certificate and

22   something else?

23        A.   Okay, I gotcha.

24        Q.   Okay.  But if you have questions, please feel

25   free to let me know.

```
 1          A.   Oh, I will.

 2          Q.   So your staff issues birth certificates; is

 3   that correct?

 4          A.   Yes.

 5          Q.   And is your staff trained to issue the

 6   reduced-fee birth certificates if a person needs one for

 7   a photo ID?

 8          A.   No.  I didn't know anything about it.  There's

 9   a possibility that the other girls did.

10          Q.   Has the county done anything to advertise that

11   if a person needs a birth certificate to get a photo ID

12   to vote, that the county offers reduced-fee birth

13   certificates?

14          A.   No.

15          Q.   Okay.  If a person shows up at the poll -- I

16   know you've said multiple times that it's a small

17   county, people tend to know each other.

18               If a person shows up at the poll and

19   maybe their name has changed because of marriage and so

20   the name on the voter list is different than the name on

21   their ID, is it common that the person who's looking at

22   their ID would know them?

23          A.   It's common that we know them, but we do a

24   correction.

25          Q.   Okay.  So you would do a correction.  But if
```

```
 1    they came in and their name had changed since they had

 2    registered to vote, or vice-versa, the person at the

 3    polls would tend to know the person?

 4         A.   I would say more -- the workers are within

 5    their polls, they know their people.  But we don't

 6    depend on that.  They have to show their ID.

 7         Q.   Right.  So they have to show their ID, but if

 8    a person came in and their ID -- the information on

 9    their ID had changed since they registered to vote, or

10    they had, you know, registered to vote more recently and

11    their information had changed since they got their ID,

12    is it likely that the person at the poll would know them

13    so they would know that it was the right person showing

14    the ID?

15         A.   I would say yes.  They would know them.

16         Q.   If they didn't know them and the information

17    didn't match, what do you think the poll worker would

18    do?

19         A.   Only make them vote provisionally.

20         Q.   Okay.  And would they -- are election clerks

21    allowed to ask for other documents to see if the voter

22    is who they say they are?

23         A.   Yes.

24         Q.   And what kind of other documents might an

25    election clerk ask for?
```

1     A.   Well, they can use a Visa, they can use a -- I

2     can't think right now.  A gas bill, an insurance card.

3     Q.   So a person could show up at the polls with a

4     photo ID and a gas bill and say, "Hey, my name is

5     changed, but I am who I say I am"?

6     A.   Yes.

7     Q.   Okay.  And if the person comes back to the

8     county office, and now they want to prove who they say

9     they are --

10    A.   We send them a letter.

11    Q.   You send them a letter.  And what does the

12    letter say?

13    A.   That letter tells them whether their vote

14    counted and why, if it didn't.  And it also registers

15    them to vote.

16    Q.   The letter registers them to vote?

17    A.   No.  When they issue -- we make them do a

18    card.  Well, when it's put in that green envelope, that

19    registers them to vote.

20    Q.   So they will be registered in the future?

21    A.   Yes.

22    Q.   But you may have some voters who are already

23    registered but may have to cast provisional ballots; is

24    that correct?

25    A.   Very -- that would be very, very few.  I mean,

1    that would be on a -- I don't think it would be very

2    much at all.  Do you?

3                    MS. HOUSTON:  We will have some.

4         A.    Some.

5         Q.    (By Ms. Simson)  Some provisional voters.  And

6    if a person were to cast a provisional ballot because

7    they didn't have a photo ID, they have to come back

8    within six days to prove who they say they are; is that

9    correct?

10        A.    Uh-huh.

11        Q.    And when they come back, could they bring a

12   gas bill or some other documents with them to show who

13   they are?

14        A.    Uh-huh.

15        Q.    And is that a "yes"?

16        A.    Yes.  I'm sorry.

17        Q.    No problem.  Are you familiar with the

18   religious exemption in S.B. 14?

19        A.    No.

20        Q.    Do you know -- so you are not aware that under

21   S.B. 14 somebody could come to the voter registrar's

22   office after the election and say, "I have an objection

23   to being photographed," as a religious objection?

24        A.    Yes.

25        Q.    And are you aware of the disability exemption

1    under S.B. 14?

2         A.   Yes.

3         Q.   And what does the disability exemption allow?

4         A.   For us to mail them a ballot.

5         Q.   So that's the mail ballot, but are you aware

6    that there's a disability exemption that allows voters

7    who have certain disabilities to vote in person on

8    election day without a photo ID?

9         A.   Yes.

10        Q.   Has anybody in the county applied for a

11   disability exemption?

12        A.   No.

13        Q.   Do you know if the county has advertised that

14   there is a disability exemption to showing photo ID?

15        A.   No.

16        Q.   Are the election workers trained on the fact

17   that there may be some people who present a voter

18   registration card without a photo ID who are allowed to

19   vote because of a disability?

20        A.   No.

21        Q.   Did you do any sort of analysis after these

22   elections to figure out whether S.B. 14 had an effect on

23   the elections?

24        A.   No.

25             MS. SIMSON:   I don't have any more

1    questions at this time.  So I will see if -- Bruce, are

2    you on the phone?

3                    MR. GEAR:  I am on the phone, and I do

4    have some questions.

5                         EXAMINATION

6    BY MR. GEAR:

7        Q.    You were asked about the disability exemption,

8    and I just wanted to be clear for the record, and for my

9    purposes, were you aware of the existence of a

10   disability exemption?

11       A.    Can you say that again?

12       Q.    Are you aware -- or are you aware of the

13   existence of a disability exemption under S.B. 14?

14   Senate Bill 14, to be clear.

15       A.    Yes.

16       Q.    Pardon?  Did you not hear the question?

17       A.    Yes, I heard it.  Yes, I'm aware.

18       Q.    Do you know how a voter can obtain a

19   disability exemption in Jasper County?

20       A.    There's a form that they have to present to a

21   doctor, and that doctor has to complete that form and

22   give it back to the voter registrar.

23       Q.    And that's based on your understanding that

24   the only way a voter can obtain a disability exemption

25   pursuant to S.B. 14 or Senate Bill 14?

1      A.   That's all I know, yes.   That's the only way I

2  know.

3      Q.   And did I understand your prior testimony that

4  you had not advertised the disability exemption in

5  Jasper County?

6      A.   No.

7      Q.   Are you familiar with the natural disaster

8  exemption under S.B. 14?

9      A.   No, I'm really not.

10      Q.   Do you know how a voter would go about

11  obtaining a natural disaster exemption pursuant to

12  S.B. 14?

13      A.   I would suppose it would be just like a ballot

14  by mail, if you're talking about them having to

15  evacuate.   Is that what you're talking about?

16      Q.   Well, I'm just trying to understand your

17  knowledge of exemptions.   And I'm trying to understand

18  what your understanding is of the natural disaster

19  exemption.

20      A.   I'm really not familiar with it.   I would just

21  assume that -- he would take my natural -- I mean, my --

22  what would come to me naturally, and do what I thought

23  best.

24      Q.   When you say what would come to you naturally

25  and do what you can, can you explain that a little bit

1    more?

2         A.   If they were out of the county, I would say

3    that would be a mail-out ballot to them.

4         Q.   Are you familiar with the religious objection

5    under S.B. 14, or Senate Bill 14?

6         A.   That question has been asked, and I said no.

7         Q.   Do you know how an individual would go about

8    obtaining a religious exemption --

9         A.   No, I don't.

10        Q.   -- under S.B. 14?

11        A.   No, I don't.

12        Q.   Have you provided any training to your poll

13   workers or election judges regarding exemptions under

14   S.B. 14, or Senate Bill 14?

15        A.   I've already answered that.  Yes, I have.

16        Q.   And what was that training based upon?

17        A.   What we received from the Secretary of State.

18        Q.   Are you aware of whether any voter in Jasper

19   County has applied for a disability exemption?

20        A.   No, there has not.  Other than -- not under

21   S.B. -- not under that, no, no.  We have had them apply

22   through a doctor, but not under this.

23        Q.   If I understood your testimony correctly, you

24   understand that the disability exemption under S.B. 14

25   to require a doctor's -- something from a doctor?

```
 1          A.    Yes.

 2          Q.    Do you have any opinion as to whether or not

 3    it's difficult to obtain a natural disaster exemption?

 4          A.    I would say no.

 5          Q.    And what's that understanding based upon?

 6          A.    We try to provide everybody with the right to

 7    vote.

 8          Q.    Has anybody claimed a natural disaster

 9    exemption in your county?

10          A.    Has there been one?

11          Q.    Been one, correct.

12          A.    No.  It just so happens, we haven't had a

13    natural disaster during an election.

14          Q.    Do you know who has the authority to authorize

15    the availability of a natural disaster exemption?

16          A.    Our county judge, and our commissioners.  Our

17    county judge has the authority, the full authority.

18          Q.    Okay.  And in discussing the election

19    identification certificates, it's my understanding

20    you're not familiar with that term; is that correct?

21          A.    I'm familiar with it.

22          Q.    Do you have any understanding as to the

23    process an applicant would have to go through to obtain

24    an election identification certificate?

25          A.    Well, I really don't know, to tell you the
```

1   truth.  I'm not going to profess I do, other than

2   applying for one -- I don't know if we have a form for

3   it or not.  We don't have a form.

4        Q.   Do you have any understanding as to where an

5   applicant would apply for an election identification

6   certificate?

7        A.   Well, I suppose with us, or with the Secretary

8   of State, DPS.

9        Q.   Are you aware of any voters or applicants

10  requesting an election identification certificate from

11  your office?

12       A.   No.

13       Q.   Have you trained your employees on how to

14  issue election identification certificates?

15       A.   We don't issue them because we do not have the

16  software to do that, or the means to do that.

17       Q.   Okay.

18       A.   Or the funds.

19       Q.   And when you say "or the funds," can you

20  explain a little bit more, please?

21       A.   Correct.  We are on a limited budget.

22       Q.   And that does not include the ability to issue

23  election identification certificates?

24       A.   No, I don't suppose we would have to -- I

25  mean, it costs money to do that.  You'd have to have

1    cameras, you would have to have someone trained to do

2    that.  I would have to have another person to do that.

3         Q.   And one more line of questioning regarding the

4    election identification certificates.  Do you have any

5    understanding of what the underlying document an

6    applicant would need to present to apply for an election

7    identification certificate?

8         A.   They would have to have a birth certificate.

9    They would have to have -- whatever we have to have now

10   --

11        Q.   I'm sorry.  Were you done?

12        A.   We don't have the requirements to do this.

13   Hold on.

14        Q.   Again, I'm just asking you:  Do you have any

15   understanding as to what documents an applicant would

16   have to present to obtain an election identification

17   certificate?

18        A.   I don't believe we have been given that

19   information.

20        Q.   You provided some testimony regarding birth

21   certificates, and I understand that your office issues

22   birth certificates; is that accurate?

23        A.   Correct.

24        Q.   And the cost for a birth certificate is $23.

25        A.   Yes.

1      Q.    Correct?

2      A.    Yes.

3      Q.    You talked about delayed birth, and I may have

4   misunderstood that.  Could you explain to me what

5   delayed birth -- a delayed birth certificate is?

6      A.    That would be somebody who applied for a birth

7   certificate after they were grown.  I'm just going to do

8   a simple synopsis of it.

9              They would apply for a birth certificate

10   after they were grown.  They would have to get

11   verification and witnesses saying who their mother and

12   their father were, afterwards.

13              That is a delayed birth, and it would go

14   in our records later on in their life.  Sometimes they

15   didn't get one until they were 65 years old when they

16   started to get Social Security.

17      Q.    And under what circumstances would somebody

18   seek a delayed birth certificate?

19              MR. KEISTER:  Objection; form.  Calls for

20   speculation.

21      Q.    (By Mr. Gear)  If you know.

22      A.    What would cause them to get one?

23      Q.    Under what circumstances would someone need to

24   seek a delayed birth certificate?

25      A.    They might want it for genealogy.  They might

1    want it for Social Security.  They might want it for

2    their children, various reasons.

3         Q.   Have you ever heard the term "midwife"?

4         A.   Yes.

5         Q.   Do you want me to repeat the question?

6         A.   I said yes, I have.  I know what a midwife is.

7         Q.   And do you have practicing midwives in Jasper

8    County?

9         A.   No, we don't.

10        Q.   Is there some law or regulation that prevents

11   the practice of midwives in Jasper County?

12        A.   No, there's not.

13        Q.   Are you aware of Jasper County residents that

14   have been born by midwives?

15        A.   No, I'm not.

16        Q.   Hypothetically, if a Jasper County resident

17   was born by a midwife, or born at home, how would they

18   go about obtaining a birth certificate?

19             MR. KEISTER:  Objection; form.  Calls for

20   speculation.  The witness testified she doesn't know.

21        Q.   (By Mr. Gear) Let me clarify that.  If a

22   person was born at home and not in a hospital in Jasper

23   County, what process would they have to go through to

24   obtain a birth certificate in your office?

25        A.   They actually come in and fill out a form with

1    our office and submit it to Austin.

2         Q.   And is -- is that a $23 fee to accomplish

3    that?

4         A.   I believe it's a $25 fee.

5         Q.   A $5 fee?

6         A.   Twenty-five.  It does not go to us, it goes to

7    the state.

8         Q.   Do you know how long that process generally

9    takes?

10        A.   It could be 30 days, it could be six months.

11   I don't know.  It's a variation of it.

12        Q.   And have you actually had a situation where a

13   Jasper County resident needed a birth certificate

14   because they were born at home?

15        A.   Yes.

16        Q.   And it could take anywhere from 30 days to six

17   months because of the variation?

18        A.   Yes.

19        Q.   What type -- could you explain that variation

20   to me?  I'm not sure I understood that.

21        A.   Well, that goes to the state.  It doesn't have

22   anything to do with us.  So from the point of going to

23   the state, it's left up to the state to issue that, not

24   us.  We do get a copy of it to file in our records for

25   permanent keeping.

1      Q.    If I understood that last part of your

2   testimony, you would file a record of that birth

3   certificate in -- at your office for permanent keeping.

4   Did I understand that correctly?

5      A.    The state would furnish us that, yes.   And

6   from that point, we could issue a birth certificate to

7   that person, from then on, if he should need it, or her

8   should need it for any other instances.

9      Q.    Okay.  Focusing on the transportation system,

10   the public transportation system in Jasper County.   I

11   understood your testimony to be that there are no public

12   buses available in Jasper County.

13      A.    Correct.

14      Q.    And I understood your testimony to be that

15   there is a taxi service in Jasper County.

16      A.    One taxi service, that I'm aware of.

17      Q.    And do you know if that's based -- where that

18   taxi service is based in Jasper County?

19      A.    Jasper, Texas.

20      Q.    Is it the City of Jasper?  It's in Jasper

21   County?

22      A.    City of Jasper.

23      Q.    I'm not sure I understand your testimony.

24      A.    City of Jasper.

25      Q.    Do you have any understanding as to where that

1    taxi actually picks up and drops off in terms of Jasper

2    County as a whole?

3         A.   No, sir.

4         Q.   Would you agree that a person living in rural

5    Jasper County who lacked transportation but needed to

6    get to the DPS office, that that could be a substantial

7    cost, as far as taxi service is concerned?

8              MR. KEISTER:   Objection; form.

9         A.   I'm not aware of the cost.

10        Q.   (By Mr. Gear)  But you agree there would be a

11   cost associated for an individual who has to get a taxi

12   service and needs to get to DPS?

13             MR. KEISTER:   Objection; form.  Vague.

14   Calls for speculation.

15        Q.   (By Mr. Gear)  You can answer.

16        A.   I'm sure it would cost.

17        Q.   Your answer is "yes"?

18        A.   Yes.

19        Q.   Would you agree that there is a cost to obtain

20   a Texas driver's license?

21        A.   From my own personal experience, yes.

22        Q.   And do you know what the cost to obtain a

23   Texas driver's license is?

24        A.   I'm not sure.

25        Q.   From your own personal experience, how much?

1          A.    I would say $16.

2          Q.    $16?

3          A.    I believe so.

4          Q.    Would you also agree that there is a cost to

5     obtain a Texas state ID?

6          A.    I'm not aware that there is a cost for a Texas

7     state ID.

8          Q.    Could you clarify for me where the DPS office

9     is located in Jasper County?

10         A.    It is located approximately five miles -- one

11    mile out of the city limits.  Maybe not a mile, maybe a

12    hundred yards, out of the city limits.

13         Q.    Are you aware of the poverty rate in Jasper

14    County?  Do you have any knowledge of that?

15         A.    No, I don't.  I'm not an expert in that.

16         Q.    Describing the county demographically, is

17    there any location in Jasper County that's likely to

18    have individuals who live below the poverty line?

19         A.    I'm sure there are, but I'm not sure where

20    they're at.  That's not my expertise of location of

21    poverty.

22         Q.    So, for instance, do you have any low-income

23    housing in Jasper County, that you're aware of?

24         A.    We do.

25         Q.    And can you tell me where those low-income

 1    housing facilities are located?

 2         A.    One on -- two on 190 east and west.

 3         Q.    East and west?

 4         A.    Yes.

 5         Q.    And is that located in any particular city?

 6         A.    Jasper.

 7         Q.    Jasper?

 8         A.    And there's also one called Sweetbriar on MLK.

 9    Let me correct myself.  There are four within the city.

10         Q.    Have you or the county made any attempts to

11    reach out to these low-income housing complexes

12    regarding S.B. 14?

13         A.    No.

14         Q.    And can you tell me -- because I don't know,

15    these low-income housing complexes, can you tell me the

16    racial make-up of these complexes?

17         A.    I don't know.

18         Q.    Can you tell me the percentage of

19    African-Americans, or minorities in general, in Jasper

20    County?

21         A.    I'm thinking, just a moment.

22              MR. KEISTER:  Bruce, when you get to a

23    convenient stopping place, I need to take a break.

24    We've been going for a while.

25              MR. GEAR:  Let her answer this question.

1              MR. KEISTER:  I understand.  I'm giving

2     you the heads up.  I'm crossing my legs.

3          A.   I really don't know.  I would say racially, 30

4     to 35 percent black.  It's depending on which end of the

5     county you're talking about.

6              The south end of the county is primarily

7     white.  The north end of the county is a big portion of

8     black.  But I'm not familiar with how many.

9          Q.   (By Mr. Gear)  When you talked about 190 east,

10    what end of town would those be on?

11         A.   There is one -- there is actually four.

12         Q.   Okay.

13         A.   And one is east of the Jasper City limits.

14    One is within the city limits of Jasper, west.

15         Q.   That's two.

16         A.   Okay.  Sweetbriar is on MLK.  And Hope

17    Village, the projects, is within the city limits.

18         Q.   That's Hope Village?

19         A.   Hope Village.  And Merits Village, which is

20    both black and white, and that's east.

21         Q.   I know people want to take a break.  Hope

22    Village, are you familiar with the general racial makeup

23    of Hope Village?

24         A.   Mostly black, but I'm not going to say for

25    sure, no.

```
 1          Q.    Would you describe --

 2          A.    I have not been in there.  I have not been in

 3     and gone door to door --

 4          Q.    Okay.

 5          A.    -- to know who lives there.

 6          Q.    But you described certain areas of the city as

 7     being predominantly white or predominantly black.  Would

 8     Hope Village fall into the area that you described as

 9     predominantly African-American or black?

10          A.    Yes.

11          Q.    Did you say one of the housing complexes is

12     Switchburn (sic)?

13          A.    Sweetbriar.

14          Q.    Okay.  And would that be in an area that you

15     would describe as predominantly white or predominantly

16     black?

17          A.    Black.

18          Q.    Then you identified one of the complexes as

19     being on the east end.  Do you remember the name of that

20     complex?

21          A.    Merits Village.

22          Q.    And would you describe that as being an area

23     that's predominantly white or predominantly black?

24          A.    It's both, mixed.

25          Q.    What about the housing complex you described
```

1    on the west end, do you know the name of that housing

2    complex?

3         A.   Manor Apartments.

4         Q.   Would you describe that in an area that's

5    predominantly white or predominantly black?

6         A.   Manor Apartments is mixed.

7         Q.   When you say mixed, you're talking minority

8    and white population --

9         A.   Yes.

10        Q.   -- non-Hispanic population?  And just to

11   finish up this line of questioning, could you tell me

12   generally what the percentage of Hispanic population is

13   in Jasper County?

14        A.   Very few.

15        Q.   Very few.  And I guess --

16        A.   Are you talking legal or illegal?

17        Q.   Do you know what percentage the population is?

18        A.   Are you talking legal or illegal?

19        Q.   Well, you tell me.

20        A.   I don't know.

21        Q.   When you say very few --

22        A.   There is a community called Taco Flats, which

23   is primarily Spanish.

24              MR. GEAR:  Okay.  Maybe this is a good

25   place to take a break.

```
 1                    (Recess from 4:30 p.m. to 4:35 p.m.)

 2          Q.    (By Mr. Gear)  I'm Bruce Gear.  I'm asking

 3     questions on behalf of the United States.  I'm not sure

 4     I noted my appearance for the record.  Going back to

 5     talking about the housing called Taco Flats.

 6          A.    Yes.

 7          Q.    Is that the official name of the apartment

 8     complex?

 9          A.    No, it's not a -- it is not a -- it is only a

10     community with a local name.

11          Q.    And the local name is?

12          A.    Taco Flats.

13          Q.    And that community is predominantly Hispanic,

14     I believe you testified to.

15          A.    Yes.

16          Q.    Do I need to repeat that question?

17          A.    Yes, it's predominantly, yes.

18          Q.    Predominantly Hispanic?

19          A.    Yes.

20          Q.    And the answer is "yes"?

21          A.    Yes.

22          Q.    And has the county made any attempts to reach

23     out to the community known as Taco Flats that is

24     predominantly Hispanic, related to S.B. 14?

25          A.    No.
```

1       Q.    You testified previously regarding ads that

2    had been published by the county.   Do you recall that

3    testimony --

4       A.    Yes.

5       Q.    -- related to S.B. 14?

6       A.    Yes.

7       Q.    Okay.

8       A.    We provided -- we didn't specifically say

9    S.B. 14.   We said, you know, voter identification.

10      Q.    Do you know if those ads were in any other

11   language, other than English?

12      A.    I really don't.   I'm sure they were, but I

13   really don't.   We always put everything in Spanish and

14   in English.

15      Q.    As you sit here today, you're not aware?

16      A.    I'm not.

17      Q.    You're not aware of whether the ads --

18      A.    I cannot recall.

19      Q.    Are you familiar with the term "popularized

20   voting"?

21      A.    No.

22      Q.    Do you believe -- strike that.   Prior to the

23   implementation of Senate Bill 14, did you have an

24   opinion as to whether or not voter impersonation fraud

25   was a problem in Jasper County?

1       A.   No.   We -- I do not believe that we have voter

2   fraud.

3       Q.   And just so I'm clear, the question was:   Do

4   you have an opinion as to whether or not voter

5   impersonation fraud at the polls --

6       A.   No, I don't believe we do.   We've had it on

7   two occasions, but that's been very selective.   I mean,

8   no, I don't believe we have voter fraud.

9       Q.   And those are the two occasions that you

10  already testified to?

11      A.   Correct.

12      Q.   Do you have any evidence to support that the

13  prior law, the prior election law to S.B. 14 was

14  inadequate in any way?

15      A.   No.

16      Q.   Do you have an opinion as to whether the law

17  that was in place prior to S.B. 14 -- and I'm speaking

18  specifically of the election law -- was inadequate?

19              MR. KEISTER:   Objection; form.

20      A.   I don't believe it was inadequate, no.

21      Q.   (By Mr. Gear)  Based on your experience as an

22  election official and a county official, do you have an

23  opinion as to whether or not the voter registration card

24  was sufficient to prove a person's identity at the

25  polling place?

```
1                    MR. KEISTER:  Objection; form.
2          A.   I think it was.
3          Q.   (By Mr. Gear)  I'm sorry.  The answer was you
4    think it was?
5          A.   I do.
6          Q.   And just for clarification purposes, at one
7    point during your testimony you were talking about two
8    women in a particular office, and I didn't catch which
9    office you were referring to.  Do you recall that
10   testimony?
11         A.   No, I don't.
12         Q.   Have you heard -- are you aware of any
13   complaints from any residents regarding the wait times
14   at DPS offices?
15                    MR. KEISTER:  Objection; form.
16         A.   Yes, I've heard some.
17         Q.   (By Mr. Gear)  And can you tell me the
18   substance of those complaints, what the concerns are?
19         A.   Just a long time getting the card.
20         Q.   And I'm sorry, I didn't hear you.
21         A.   Just a long time getting the card was the
22   complaint I had.
23         Q.   And did the complaint that you had -- did they
24   describe the length of time it took to obtain the card?
25                    MR. KEISTER:  Objection; form.
```

```
 1        A.    No.

 2        Q.    (By Mr. Gear)  And when you say "the card,"

 3   what card are you referring to?

 4        A.    The voter registration card, the element of

 5   time it took to get to us -- to get to the state, to get

 6   to us, to get to them.

 7                  MR. GEAR:  I have no further questions.

 8                         EXAMINATION

 9   BY MR. KEISTER:

10        Q.    Ms. Newman, you brought some documents.  I'm

11   going to have them marked.

12                  (Newman Deposition Exhibit No. 1 was

13   marked and is made a part of this deposition.)

14        Q.    (By Mr. Keister)  I hand you what's been

15   identified as Exhibit 1.  Can you, if you would -- you

16   don't have to be specific, but just generally go through

17   each stapled page and state what it is?

18        A.    The ballot language for the November 5th

19   election law.  And it was put in the paper in both

20   Spanish and English.

21                  The second one is the official ballot for

22   the school trustee election.  We help them hold their

23   elections, we order their ballots.

24                  The third one is the Democratic party

25   primary election ballot.  The next page is the
```

1      Republican primary precinct breakdown.  The run-off

2      breakdown for Republican, Democrat primary breakdown.

3          Q.   Can you identify the year, or the election, or

4      what you're referring to?

5          A.   2014, May 27th election.  And then next we

6      have the November -- the 2013 November 5th

7      constitutional amendment election synopsis.  And then a

8      breakdown of the Republican primary by precinct vote

9      summary.

10         Q.   Okay.

11         A.   Hold on one moment.  I do not have the

12     Democrat -- I don't have the Republican.  That's all I

13     have.

14         Q.   Is there any reason --

15         A.   No, no, it was left out unintentionally.

16         Q.   Is that all the documents you have that are

17     responsive to the document request?

18         A.   It is.

19              (Newman Deposition Exhibit No. 2 was

20     marked and is made a part of this deposition.)

21         Q.   (By Mr. Keister) Okay.  I'm going to show you

22     what's marked as Exhibit 2.  I'll ask counsel to look at

23     it first.  I'll ask you if you recognize this document.

24         A.   Yes.

25         Q.   Can you tell us what Exhibit No. 2?

1          A.    Any other records identified by name, any

2    person who presented himself or herself, yes.

3          Q.    Just generally, what -- tell us what Exhibit

4    No. 2 is?

5          A.    Exhibit No. 2?

6          Q.    Yes.

7          A.    Your letter.

8          Q.    I'm not asking you to read it.

9          A.    Okay.  It's a letter asking me to provide you

10   with certain records.

11         Q.    Okay.  Provide who with certain records?

12         A.    To provide Texas Rio Grande Legal Aid.

13         Q.    Okay.

14         A.    Or Linda Van Daly (sic).

15         Q.    Okay.  Then did you respond to that letter?

16         A.    I have brought the documents that we have

17   today.

18         Q.    Okay.  But is there a response to Exhibit

19   No. 2?

20         A.    Yes.

21         Q.    Okay.  And what is that response?

22         A.    It's in reference from Sheila, my assistant,

23   regarding about the provisional voters for the

24   November 13th election.  And we do -- we didn't have any

25   provisional voters.

1      Q.   Okay.  Was that asking about the

2  constitutional amendment election?

3      A.   Yes.

4      Q.   Now, who is Sheila?

5      A.   Sheila is my assistant to voter registration.

6      Q.   Okay.  And what is Sheila's last name?

7      A.   Houston.

8      Q.   And Sheila is here with you today; correct?

9      A.   Yes.

10      Q.   And you mentioned earlier that there is

11  someone else in your office also that assists you?

12      A.   My chief deputy.

13      Q.   Okay.  What's your chief deputy's name?

14      A.   Diana South.

15      Q.   And what is Diana South's duties with respect

16  to the election issues?

17      A.   She pretty much does all -- a lot of

18  everything.

19      Q.   Okay.  Have you delegated certain duties to

20  her?

21      A.   Yes.

22      Q.   You are the county clerk; correct?

23      A.   I am.

24      Q.   And the county clerk has a lot of duties other

25  than elections?

1    A.    Correct.

2    Q.    Can you generally tell us, not specifically,

3    but categories of what else?

4    A.    Well, you have marriage records, birth

5    records, death records, voter registration.  You have

6    marks and brands.  You have recording all deeds.  You

7    have military records, recording of military records.

8         There's just a vast number of duties.

9    There is no one way one person can do all those duties.

10   Q.    Okay.  Is it fair to say then you delegate

11   some of those responsibilities to your staff?

12   A.    I have ten deputies.

13   Q.    Okay.  And today, as we sit here, you have had

14   Sheila with you and have had some discussions during the

15   deposition; correct?

16   A.    Correct.

17   Q.    Okay.  Is it fair to say that perhaps there

18   are other people in your office that would have more

19   detailed knowledge of some of the other requirements of

20   S.B. 14?

21   A.    Correct.

22   Q.    And who would those people be?

23   A.    That would be Diana South and Sheila.

24   Q.    Okay.  And if you had your choice as to who

25   would be best to give a deposition about the details of

```
 1    the county's implementation of the S.B. 14 requirements,
 2    who would have been your choice?
 3         A.    I would say Sheila Houston.
 4         Q.    Okay.  All right.
 5         A.    However, if you're going to get into the
 6    portion of getting the information out to the people,
 7    other than by voter registration card, I would say
 8    Diana.
 9         Q.    Okay.  And I guess my question is this:
10    Ms. Newman, in all candor, if you have made some
11    statements today that may not be correct with respect to
12    the legal requirements of S.B. 14 and some of the
13    internal workings of it, would you be offended if
14    someone suggested perhaps Sheila, or was it Diane --
15         A.    Yes.
16         Q.    Would be --
17         A.    Diana.
18         Q.    Diana.
19         A.    I would not be offended at all.
20         Q.    Would they be more appropriate to answer those
21    questions?
22         A.    Correct, correct.
23         Q.    Do they help to keep those issues straight in
24    the office?
25         A.    Yes.
```

1     Q.   Okay.  Thank you.  You mentioned that Jasper
2  County has a population of 35,000?
3     A.   Correct.
4     Q.   And you don't know the racial break-up of
5  those numbers specifically?
6     A.   I don't.  I couldn't give you that information
7  today without having it down on paper someway as to when
8  we went back and did redistricting.
9     Q.   Okay.  But you think it's somewhere 30 to 35
10 percent of that community is African-American?
11    A.   Possibly.
12    Q.   Okay.  And then I think you testified there
13 was approximately 20,000 registered voters?
14    A.   Yes.
15    Q.   Okay.  Do you know how that 20,000 -- this
16 might be easier -- is broken up between Democrats and
17 Republicans in Jasper County?
18    A.   Well, it has changed in the last year or two.
19 We were a Democratic county, completely.  And in the
20 last year or two, it has changed dramatically.
21    Q.   Okay.  Can you give us some number?  If you
22 don't know specifically, that's fine.
23    A.   I don't know.  I just know we have had a lot
24 more Republican voters -- really, it's been neck and
25 neck.  I think what did we have, five different -- it

```
 1    hasn't been that much difference in them, in Democrat
 2    and Republican.
 3            Q.   Okay.  But in terms of, you know --
 4            A.   I don't know a percentage.
 5            Q.   Okay.  You couldn't even estimate?  Is it
 6    50/50?
 7            A.   No.  I don't know.  It's split.
 8            Q.   All right.  But that split has come about only
 9    in the last couple years?
10            A.   Yes.
11            Q.   Okay.  And you've been elected as a Democrat?
12            A.   I have.
13            Q.   And your husband is a sheriff and is a
14    Democrat?
15            A.   Yes.
16            Q.   What about the county commissioners, do you
17    know their breakdown?
18            A.   That has changed recently.  We have -- give me
19    a minute.
20            Q.   Okay.
21            A.   We have had some of our elected officials
22    change to Republican, such as commissioner, two
23    commissioners.  And J.P., Brett Holloway.
24                      Our -- the district judge has changed
25    from Democrat to Republican.  I can't recall any more
```

1    right now.

2         Q.   Okay.  That's fine.  But historically, it's

3    been a predominantly Democrat county, but now it's

4    shifting a little bit?

5         A.   Yes.

6         Q.   More Republican.  All right.  You were talking

7    earlier about DP -- Department of Public Safety and

8    issues with regard to the length of time a customer

9    getting service and that type of thing.

10              Has anyone actually told you that they

11   specifically went to DPS to obtain an election

12   identification certificate -- and I'm not talking about

13   a driver's license or anything else, not specifically --

14        A.   Not to me.

15        Q.   Let me get this out.

16        A.   I'm sorry.

17        Q.   Okay.  Has anyone mentioned to you

18   specifically that they went to DPS to obtain an election

19   identification certificate and did not do so because the

20   lines were too long, or the wait was too long?

21        A.   Not that I'm aware.  Not to me, no.

22        Q.   Have you heard anybody say or anybody report

23   to you, or generally, that anybody has said they went to

24   DPS to get an election identification certificate and

25   did not do so because the lines were too long, or the

1    wait was too long?

2         A.    No, I have not heard that.

3         Q.    Okay.  So what you were talking about earlier

4    when you were talking about generally complaints about

5    service being slow at DPS, you were talking about issues

6    like getting new driver's licenses; correct?

7         A.    Correct.

8         Q.    Or other issues associated with driver's

9    licenses?

10        A.    They were short-handed.

11        Q.    Okay.  All right.  Now, 35,000 people is not a

12   tiny county, but it's not a real huge county in Texas;

13   correct?

14        A.    Correct.

15        Q.    And as you said earlier, a lot of people know

16   each other or recognize each other, and the fact that

17   people recognize each other in your county, do you think

18   that has an effect on whether or not people would try to

19   come in to a polling place and represent themselves to

20   be somebody they're not?

21        A.    No, I don't think they would.

22        Q.    All right.  For instance, you wouldn't go into

23   a polling place where you know you're going to know

24   people and try to say, "Well, I'm Sheila, and I'm going

25   to vote for Sheila"; correct?

1          A.    We're going to make them show ID.

2          Q.    Okay.  Thank you.

3          A.    They are going to have their card or driver's

4     license.

5          Q.    Okay.  Now, we talked about earlier the fact

6     that S.B. 14 was implemented in June of 2013, and then

7     the next election after June of 2013 was the

8     constitutional amendment election of November; correct?

9          A.    Correct.

10         Q.    And you had already testified that there were

11    no provisional ballots as a result of -- or during that

12    election; correct?

13         A.    Correct.

14         Q.    All right.  Did you hear anybody -- well, I

15    think you did mention you heard one person -- or heard

16    of one person that complained about the identification?

17         A.    That was in the March election.

18         Q.    Okay.  All right.  And in the November 2013

19    election, did you hear of any complaints from people

20    with respect to not being able to vote because of the

21    photo ID?

22         A.    No.

23         Q.    Okay.  Do you, in your capacity, have a fairly

24    good knowledge of what people in the county are talking

25    about with respect to election issues?

1    A.    I would believe so.

2    Q.    If there were people in the county seriously

3  complaining that they weren't able to vote because of

4  not being able to get a photo ID, do you think that

5  would be something you would have become aware of?

6    A.    I would have been aware.

7    Q.    And as of today, are you aware of that

8  happening in Jasper County?

9    A.    No.

10    Q.    Okay.  Now, there were some questions about

11  public transportation in Jasper County and whether or

12  not people could get to the DPS office.

13            Have you heard anybody -- how many

14  polling locations did you say there are?

15    A.    Twenty.

16    Q.    Okay.  And that's over a county that stretches

17  how many miles?

18    A.    Seventy-two miles.

19    Q.    Okay.  Have you heard anybody complaining that

20  they were not able to get to the polling place and vote

21  because of a lack of transportation?

22    A.    No.

23    Q.    Okay.  How do people in -- who live in Jasper

24  County, how do they generally get around with respect to

25  transportation?

1        A.   Personal cars.

2        Q.   Okay.   To your knowledge, is there a problem

3   in Jasper County with people not being able to travel

4   because of lack of transportation?

5        A.   We are a county who have always, if they

6   wanted to vote, they would either find a way to get

7   there with their friend, their neighbor, or through

8   their church.

9        Q.   Okay.  And in addition to, though -- I mean,

10   just transportation in general, if someone needs to go

11   to the grocery store, or someone needs to go to school,

12   or to work, how do people generally transport

13   themselves?

14        A.   In their vehicles.

15        Q.   Okay.  And are you aware of there being a

16   problem in Jasper County with people not being able to

17   transport themselves to work?

18        A.   I do not believe there is a problem.

19        Q.   All right.   Just because there's not public

20   transportation does not mean that people in Jasper

21   County are homebound; correct?

22        A.   It's kind of like this:   If you don't have it,

23   you don't miss it.

24        Q.   Okay.   People in Jasper County know how to get

25   around in Jasper County?

1    A.    Correct.

2    Q.    And whether or not a person owns a car, or a

3  vehicle, do people still manage to get around to Jasper

4  County?

5    A.    Yes.

6    Q.    Did anyone tell you that they did not vote in

7  the 2013 constitutional amendment election because of

8  lack of transportation?

9    A.    No.

10   Q.    Now, the next election was the March primary;

11  correct?  And let me ask you:  In the documents you

12  brought today, did you have any information about the

13  number of people that voted in the 2013 constitutional

14  amendment election?

15   A.    Yes.

16   Q.    Okay.  Could you tell us what those numbers

17  are?

18   A.    It's 1,044.

19   Q.    Okay.

20   A.    I'm sorry.  1,249.

21   Q.    Okay.  And that's the total vote in Jasper

22  County?

23   A.    Yes.

24   Q.    And you think there is approximately 11,000

25  registered voters?

1      A.    No.   There are 20,000 registered voters.

2      Q.    Oh, 20,000, okay.  All right.  What would be

3   the typical -- if there is a typical turnout -- in

4   Jasper County for an election, constitutional

5   amendments?

6      A.    About this number.

7      Q.    Okay.  You wouldn't construe that to be an

8   unusually low number?

9      A.    No.

10     Q.    Or an unusually high number?

11     A.    No.

12     Q.    Okay.  All right.  Constitutional amendments

13   just don't draw as many voters?

14     A.    No, they don't.  But they cost just as much

15   money.

16     Q.    Yes, in more ways than one.

17     A.    Uh-huh.

18     Q.    Okay.  You're not aware of any problems in

19   terms of the 2013 election with photo ID?

20     A.    No, sir.

21     Q.    Okay.

22     A.    Just one instance, one man complained about

23   having to show his ID.

24     Q.    Okay.  And then ultimately he showed the ID?

25     A.    He showed the ID, and there was not another

1   word said.

2       Q.   He was just being cantankerous?

3       A.   Right.

4       Q.   Okay.   The next election was the March 2014

5   primary?

6       A.   That was actually the March election that the

7   man had one complaint, right.

8       Q.   Okay.   Were there any -- were there any

9   provisional ballots cast --

10      A.   No.

11      Q.   Okay.   To your knowledge, did anybody complain

12   that they were not able to vote in the March 2014

13   primary because of a photo ID requirement?

14      A.   No complaints.

15      Q.   Okay.   Did you hear from any of your poll

16   workers, any issues created because of the 2014 --

17   because of a photo ID requirement?

18      A.   No.

19      Q.   Okay.

20      A.   May I make a mention of one thing?

21      Q.   Sure.

22      A.   I would say 75 percent of our voters bring

23   their driver's license rather than -- or ID card rather

24   than their voter registration card.

25      Q.   Right.

```
 1          A.   I've been guilty of it myself.
 2          Q.   Okay.  Was that true even before photo ID came
 3   in?
 4          A.   Yes, sir.
 5          Q.   People would come in and vote with their
 6   driver's license?
 7          A.   They know to.
 8          Q.   Right.
 9          A.   It's just common knowledge to know to.
10          Q.   Because people generally have their driver's
11   license in their wallet, or in their purse, and they
12   don't always have the voter's registration card;
13   correct?
14          A.   No, it's habit.
15          Q.   Okay.  And in essence, it's sometimes easier
16   to vote with your driver's license than it is with the
17   registration card; correct?
18          A.   Yes.
19          Q.   Okay.  Do you have there the numbers of people
20   that voted in the March primary of 2014?
21          A.   I only have the -- on the March primary, is
22   that what you said?
23          Q.   Yes, ma'am.
24          A.   It's 2,432 Republicans voted, and about 1,017
25   voted Democrat, I believe.  So there's been a fairly
```

1  large --

2      Q.   Number of Republicans?

3      A.   -- number, uh-huh.

4      Q.   And was there some reason why there was more

5  interest?

6      A.   I don't know.

7      Q.   Okay.  All right.  Do you know whether or not

8  those numbers are comparable to statewide, the split

9  between the number of Republicans that voted and the

10  number or Democrats that voted in the primary?

11     A.   If I was -- you know, only through news media

12  do I know that, that it was split.

13     Q.   That's comparable to the state?

14     A.   To our -- I would say in our seven-county

15  region.

16     Q.   Okay.  That number, total number of voters

17  that voted in the March primary, is that -- is that

18  average what normally votes, or is that above or below?

19  How would you characterize it?

20     A.   I would say it was below.

21     Q.   Below, okay.  How much below?  What would you

22  normally expect to see?

23     A.   I would expect -- well, I don't know how many

24  more, but more than this, usually.

25     Q.   Okay.

1      A.   And I can't tell you why.

2      Q.   Okay.  It could be a lot of reasons why people

3  choose not to vote?

4      A.   Uh-huh.

5      Q.   And the answer is in the particular elections?

6      A.   Correct.  If we have a hot race locally,

7  you're going to have a lot more interest.  But if we

8  don't have local -- if we have no opposition, then the

9  numbers are low.

10      Q.   Did anyone -- have you heard anyone say that

11  they didn't vote in the March primary because of the

12  photo ID requirements?

13      A.   Absolutely not.

14      Q.   Okay.  And then the next election would be the

15  run-off, or was there any --

16      A.   Run-off.

17      Q.   Okay.  And do you have the numbers on the

18  run-off election?

19      A.   It's 159.

20      Q.   So that was not a very --

21      A.   Democrat.

22      Q.   Okay.

23      A.   I don't have Republican -- well, I do have the

24  Republican.  1,283.

25      Q.   So significantly more Republicans?

```
1        A.   Yes.

2        Q.   And that could have been because of the

3   interest in the lieutenant governor --

4        A.   We had a Republican commissioner running, and

5   I think a J.P., too.

6        Q.   Were there any provisional ballots cast in

7   that election?

8        A.   No.  Were there?  Hold on.  Not for ID.  There

9   were provisional ballots, there are always provisional

10  ballots, but not for ID.

11       Q.   Okay.  Did anyone report any problems

12  associated with photo ID during that election?

13       A.   Not to my knowledge.

14       Q.   Okay.  Are there any other elections that's

15  occurred since June of 2013?

16       A.   No.

17       Q.   Okay.  With respect to all of the elections

18  that's occurred since photo ID was implemented, have you

19  seen any problems that would lead you to believe that

20  the number of people voting -- or that there's been a

21  less number of people voting because of photo ID

22  requirements?

23       A.   No.

24       Q.   Okay.  Do you feel like -- do you feel like

25  the voting public in Jasper County has been educated and
```

1    is aware of the need, or the requirement to show photo

2    ID when you vote?

3          A.   They know to show ID.

4          Q.   Okay.

5          A.   It's just something that has been years and

6    years and years and years of doing it, and they know to

7    show ID.  And so you don't have a big problem with that.

8          Q.   Okay.  Do you see a need for Jasper County to

9    spend money to undertake additional voter education,

10   advertising, or programs to educate the public about the

11   requirement?

12         A.   Who are we talking about paying?

13         Q.   The county.

14         A.   The county does not have the money to do it.

15         Q.   Okay.

16         A.   In my opinion.  We have not had a big problem

17   with it.

18         Q.   Okay.

19         A.   Do you want my personal opinion?

20         Q.   Go ahead.

21         A.   I think everybody has a right to vote.  As

22   long as they're a legal citizen, I think they have the

23   right to vote.  We have a hard enough time getting

24   someone to vote now.

25              You can see what our numbers are out of

1    35,000 people.  It costs just as much to put on one

2    election for a thousand people than it does for 35,000

3    people.

4                We have to estimate that.  We have to

5    guesstimate how many are going to vote.  And if they

6    don't, we have to get more ballots.

7        Q.    Okay.  Putting money aside for a moment, do

8    you see -- forgetting the cost, do you see or think

9    there is a need to educate -- to more educate the voters

10    in Jasper County that they need to bring one of these

11    particular forms of ID that they come to vote?

12        A.    There is always room for education.

13        Q.    All right.

14        A.    But as far as a problem with it in our county,

15    we have not had it.

16        Q.    Okay.  With respect to in-person fraud, you

17    stated two instances that you're aware of.  Certainly

18    there could be other instances that you're not aware of,

19    these are just two you're aware of; correct?

20        A.    I'm pretty sure there are not.

21        Q.    Could there have been some before you became

22    county clerk?

23        A.    I don't think so.  She was more strict than I

24    was.  She was meaner than I was.

25        Q.    Okay.  But obviously, unless you catch

1    somebody committing a crime, you don't necessarily know;

2    right?

3        A.   No.

4        Q.   I guess I don't need to give you an example.

5        A.   We pride ourselves in our voters.  We pride

6    ourselves in it.

7                  MR. KEISTER:  Okay.  Ms. Newman, I

8    appreciate your patience.  I pass the witness.

9                  MS. SIMSON:  Bruce, do you have any more

10   questions?

11                 MR. GEAR:  I do not have any follow-up

12   questions.

13                  FURTHER EXAMINATION

14   BY MS. SIMSON:

15       Q.   I just have a few more.  It will be very

16   brief.  The first question is:  If voters -- if you feel

17   that most voters or all voters -- let me rephrase that.

18                 Do you think that all of the registered

19   voters in the county are aware that they now need to

20   bring a photo ID to vote?

21       A.   I am pretty sure that most of them do.  Just

22   it might not have been advertised as well as it should

23   have been.

24                 And I'm at fault there, and I'll take the

25   blame for it.  But word of mouth and the news media on

1    television nowadays, they knew.

2        Q.    And do you think that if a person knew that a

3    photo ID is now required and they did not have an ID,

4    would they go to vote on election day?

5        A.    If they didn't have one?  I really don't know

6    if they would try to do that or not.

7        Q.    And you said before that your election workers

8    are told that even if they know the person, they have

9    got to require photo ID?

10       A.    That's right.

11       Q.    So if a person doesn't have a photo ID, they

12   may think it's not really worth their time to try to go

13   vote because they know they will be turned away?

14       A.    I don't know.

15       Q.    Okay.  The last thing, I'm just going to enter

16   this as Exhibit 3.

17              (Newman Deposition Exhibit No. 3 was

18   marked and is made a part of this deposition.)

19       Q.    (By Ms. Simson)  We'll only go over about two

20   of these.  If you look at Exhibit 3 on the first page,

21   it says, "example one, information on poll book," and

22   then beneath that it says, "information on the driver's

23   license".

24       A.    Yes.

25       Q.    And do you see that the name is different

1    between the information on the poll book and the

2    information on the driver's license?

3         A.    Uh-huh.

4         Q.    And you see that the date of birth matches?

5         A.    Uh-huh.

6         Q.    And do you see that there are different

7    addresses listed?

8         A.    I do.

9         Q.    If a person came into the poll place and

10   presented this driver's license to vote, do you think

11   that they would be allowed to vote a regular ballot or a

12   provisional ballot?

13              MR. KEISTER:   Objection; form.

14        A.    I would think they would vote provisionally.

15        Q.    (By Ms. Simson)   And why do you say that?

16        A.    Well, the names are not the same, the

17   addresses are not the same.

18        Q.    Okay.

19        A.    You don't know if they are living within the

20   same precinct now.

21        Q.    And is that -- if you're not sure if they are

22   voting in the same precinct, is that something that the

23   election clerk asks them about?

24        A.    Yes.

25        Q.    Okay.  And if the person said, "Yeah, my

1    address changed" --

2        A.   They do a residency card.

3        Q.   Okay.  And do you think in that circumstance

4    they would still have them vote a provisional ballot

5    even if they said their address changed?

6        A.   In this instance?

7        Q.   Yeah.

8        A.   In this instance, I think they would have them

9    vote provisionally.  It will give more names.

10       Q.   What was that?

11       A.   It's a possibility it will probably show

12   "Johnson" on there, too.

13       Q.   Okay.  So it's possible that if the voter --

14   what would have more information?

15       A.   I really don't know.  Hold on a minute.

16            I've been advised that this Johnson name

17   would probably show up with the Villarreal name.

18   However, it's really left up to the judge.

19       Q.   Okay.  So the election judge would look at

20   that and make a determination?

21       A.   Right.

22       Q.   And do you think that if 100 election workers

23   looked at that, that some of them might come up with a

24   different answer about whether the person votes

25   provisionally or not?

1        A.   I'm sure they would.

2        Q.   Okay.  If we could turn to Page 4, Example 4,

3   it says "Example 4" at the top.  And do you see that it

4   says, "information on the poll book," and it has a name

5   that is different from -- there's a first name that's

6   different from the name on the driver's license?

7        A.   Uh-huh.

8        Q.   And then do you see that the date of births

9   are different?

10       A.   Uh-huh.

11       Q.   And then you see that the addresses are the

12   same?

13       A.   Yes.

14       Q.   In this circumstance, do you think that an

15   election worker would allow the person to vote a regular

16   ballot or a provisional ballot?

17            MR. KEISTER:  Objection; form.

18       A.   I don't think they would let them vote because

19   the date of births are different.  That could be a

20   father and son.  And we have a lot of that in -- you

21   know, just like my son is William Mitchell Newman, the

22   third.

23       Q.   (By Ms. Simson)  Okay.

24       A.   But they know that this is a son and a father.

25       Q.   And then the last --

```
 1        A.    Or grandfather.

 2        Q.    Sorry.  The last example on Page 7, Example 7,

 3  do you see that it says, "information on the poll book,

 4  name Beto Ramirez, information on driver's license,

 5  Roberto Ramirez"?

 6        A.    Uh-huh.

 7        Q.    And then do you see that the date of birth is

 8  the same?

 9        A.    Yes.

10        Q.    And then you see that the addresses are

11  different?

12        A.    Yes.

13        Q.    In this circumstance, do you think the person

14  would vote a regular ballot or provisional ballot?

15              MR. KEISTER:  Object to form.

16        A.    If they had their driver's license, we would

17  check their driver's license number, which would be on

18  the voter registration card, or on the poll book.

19        Q.    (By Ms. Simson)  So if a person presents a

20  driver's license, you could look up their driver's

21  license number on the poll book?

22        A.    Yes, correct.  No.  That's when they call us,

23  I'm sorry.

24        Q.    Okay.  And what do they do when they call the

25  county?
```

1          A.   They call Sheila.

2          Q.   And what is Sheila able to do with that

3   information?

4          A.   She is able to look up, through the cards, or

5   she can look up through the state.   There's several

6   different ways she can look it up.

7          Q.   And just really quickly, to go back to

8   Example 1 -- this is the last set of questions.

9          A.   Okay.

10         Q.   On Example 1, I believe you said that this

11  person would probably vote provisionally, but it would

12  be up to the election judge to make that call.

13         A.   It would.   However, if the Johnson name was on

14  there, then they would let them vote.   I'm almost sure

15  they would let them vote.

16         Q.   A regular ballot?

17         A.   A regular ballot.

18         Q.   Okay.   And not provisionally?

19         A.   Uh-huh.   So I'm kind of counter doing myself

20  here, but when it gets down to it, and if they have got

21  any kind of question, they always call Sheila.

22         Q.   Okay.

23         A.   That's all I can tell you.

24              MS. SIMSON:   Okay.   I have no further

25  questions.

1          MR. KEISTER:  Nothing further from me.

2          MS. SIMSON:  Bruce, we're good?

3          MR. GEAR:  No further questions.

4          MS. SIMSON:  Thank you very much.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     CHANGES AND SIGNATURE

            FOR THE DEPOSITION OF DEBBIE NEWMAN

2                      JULY 24, 2014

3     PAGE   LINE   CHANGE                      REASON

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

1     I, DEBBIE NEWMAN, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted above.

4

5

6

7                          _____

                           DEBBIE NEWMAN

8

9  THE STATE OF _____ )

10 COUNTY OF _____ )

11       Before me, _____, on

   this day personally appeared DEBBIE NEWMAN, known to me

12 or proved to me under oath or through _____

   (description of identity card or other document) to be

13 the person whose name is subscribed to the foregoing

   instrument and acknowledged to me that they executed the

14 same for the purposes and consideration therein

   expressed.

15

         Given under my hand and seal of office

16 this _____ day of _____, 2014.

17

18

                           _____

19                         NOTARY PUBLIC IN AND FOR

                           THE STATE OF _____

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  CORPUS CHRISTI DIVISION
 3   MARC VEASEY, JANE HAMILTON,      )
     SERGIO DELEON, FLOYD J. CARRIER,)
 4   ANNA BURNS, MICHAEL MONTEZ,      )
     PENNY POPE, OSCAR ORTIZ, KOBY    )
 5   OZIAS, JOHN MELLOR-CRUMMEY,      )
     JANE DOE, JOHN DOE, LEAGUE OF    )   CIVIL ACTION NO.
 6   UNITED LATIN AMERICAN CITIZENS   )   2:13-CV-193 (NGR)
     (LULAC), AND DALLAS COUNTY,      )   (lead case)
 7   TEXAS                            )
                                      )
 8   VS.                              )
                                      )
 9   RICK PERRY, Governor of Texas,   )
     and JOHN STEEN, Texas Secretary  )
10   of State                         )
     _____)
11                                    )
     UNITED STATES OF AMERICA,        )
12                                    )
     V.                               )
13                                    )
     STATE OF TEXAS, JOHN STEEN, in   )   CIVIL ACTION NO.
14   his official capacity as Texas   )    2:13-CV-263 (NGR)
     Secretary of State, and STEVE    )   (consolidated case)
15   MCCRAW, in his official capacity )
     as Director of the Texas         )
16   Department of Public Safety,     )
     _____)
17                                    )
     TEXAS STATE CONFERENCE OF NACCP  )
18   BRANCHES, AND THE MEXICAN        )
     AMERICAN LEGISLATIVE CAUCUS OF   )
19   THE TEXAS HOUSE OF               )
     REPRESENTATIVES,                 )
20                                    )
     V.                               )   CIVIL ACTION NO.
21                                    )   2:13-CV-291 (NGR)
     JOHN STEEN, in his official      )   (consolidated case)
22   capacity as Texas Secretary of   )
     State, and STEVE MCCRAW, in his  )
23   official capacity as Director of)
     the Texas Department of Public   )
24   Safety                           )
25
```

1                      REPORTER'S CERTIFICATION

                   DEPOSITION OF DEBBIE NEWMAN

2                         JULY 24, 2014

3           I, Cynthia C. Miller, a Certified Shorthand

4    Reporter in and for the State of Texas, do hereby

5    certify that the facts as stated by me in the caption

6    hereto are true, that the above and foregoing answers of

7    the witness, DEBBIE NEWMAN, to the questions as

8    indicated were made before me by the said witness after

9    being first duly sworn to testify to the truth, and same

10   were reduced to writing under my direction; that the

11   above and foregoing deposition as set forth in writing

12   is a full, true and correct transcript of the

13   proceedings had at the time of taking said deposition;

14   that as requested the deposition was made available for

15   the witness to read and sign.

16          I further certify that I am not, in any

17   capacity, a regular employee of the party in whose

18   behalf this deposition is taken, nor in the regular

19   employ of their attorney, and that I am not interested

20   in the cause, nor of kin or counsel to either of the

21   parties.

22

23

24

25

1               GIVEN under my hand and seal of office on this,

2    the 8th day of August, A. D. 2014.

3

4

5    _____

     CYNTHIA C. MILLER, Texas CSR 8065

6    Certification Expiration 12/31/2014

     Firm Registration No. 378

7    P.O. Box 169

     Tomball, Texas 77377

8    281.376.9303

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25