IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,          )
                             )
    Plaintiffs,          )
                             )
VS.                          )   CIVIL ACTION
                             )   NO. 2:13-CV-00193
RICK PERRY, et al.,          )
                             )
    Defendants.          )

************************************************************

ORAL DEPOSITION OF

MIGUEL ORTIZ

AUGUST 14, 2014

************************************************************

    ORAL DEPOSITION OF MIGUEL ORTIZ, produced as a

witness at the instance of the Defendants and duly

sworn, was taken in the above-styled and numbered cause

on August 14, 2014, from 3:31 p.m. to 6:08 p.m., before

Jodi Cardenas, RPR, CSR in and for the State of Texas,

reported by computerized stenotype machine at the Office

of the Attorney General of Texas, 209 West 14th Street,

7th Floor, Austin, Texas, pursuant to the Federal Rules

of Civil Procedure.

Miguel Ortiz - 8/14/2014

**2**

APPEARANCES

FOR THE PLAINTIFFS, MARC VEASEY, ET AL.:
Mr. Neil G. Baron
LAW OFFICE OF NEIL G. BARON
914 FM 517 West, Suite 242
Dickinson, Texas 77539
(281) 534-2748
neil@ngbaronlaw.com

FOR THE DEFENDANTS:
Mr. Stephen L. Tatum, Jr.
ASSISTANT ATTORNEY GENERAL - OPINION COMMITTEE
209 West 14th Street, 7th Floor
Austin, Texas 78701
(512) 463-2110
stephen.tatum@texasattorneygeneral.gov

FOR THE UNITED STATES DEPARTMENT OF JUSTICE:
Mr. J. Eric Rich (Via Telephone)
UNITED STATES DEPARTMENT OF JUSTICE, VOTING SECTION
950 Pennsylvania Avenue, Room 7254 NWB
Washington, DC 20530
(202) 305-0107
j.rich@usdoj.gov

**3**

INDEX

Appearances.........................................2
MIGUEL ORTIZ
Examination by Mr. Tatum..........................5
Changes and Signature.............................89
Reporter's Certificate............................91

**4**

EXHIBITS

NO.  DESCRIPTION                          PAGE
1   Notice of Deposition..........................13
2   Notice of Deposition..........................15
3   Plaintiff's First Amended Complaint............19
4   Printout from LULAC Web Site...................24
5   Printout from Texas Department of Public
    Safety Web Site................................71

**5**

        (Mr. Rich not present)
        MIGUEL ORTIZ,
having been first duly sworn, testified as follows:
        EXAMINATION
BY MR. TATUM:
    Q.  Good afternoon.  My name is Stephen Tatum.  I'm
an assistant attorney general representing the
defendants in this matter.  It's August 14th.  The time
is 3:57, or thereabouts.  We're here at the attorney
general's office in Austin, Texas, on the 7th Floor.
        Would you please state your -- state and
spell your full name for the record, please?
    A.  Miguel A. Ortiz.  M-I-G-U-E-L, A, O-R-T-I-Z.
    Q.  And, Mr. Ortiz, where do you reside?
    A.  San Antonio, Texas.
    Q.  And are you represented by counsel today?
    A.  He's right next to me.
    Q.  And --
    A.  Neil.
    Q.  Neil Baron?
    A.  Neil Baron.
    Q.  Okay.  Mr. Ortiz, have you ever been deposed
before?
    A.  No.  I've been on many depos on the other side
but not -- I don't -- I don't think I've ever been in a

Miguel Ortiz - 8/14/2014

6

1  depo in anything.
2     Q.   You've never been deposed yourself?
3     A.   No.
4     Q.   Okay.
5     A.   I don't think so.
6     Q.   Okay.  I'll go over some quick ground rules
7  that will cover this deposition.  I'm going to be asking
8  you questions, and I need to give -- I need for you to
9  give me verbal answers to those questions.  So please
10 avoid nodding your head or shaking your head or saying
11 "uh-huh" or no things like that.  The whole idea is we
12 need to speak clearly and give the court reporter a
13 chance to transcribe an accurate record of what we say
14 here today.  Do you understand?
15    A.   Uh-huh.  Yes, sir.
16    Q.   In that regard, we need to try to avoid talking
17 over each other.  So even if you anticipate the answer
18 to one of my questions, please allow me to finish my
19 question before you begin to answer, and I'll do the
20 same for you.  I'll -- I'll wait until you finish your
21 answer before I ask another one.  Do you understand?
22    A.   Yes, sir.
23    Q.   Okay.  That may be easier said than done, but I
24 just ask that we do our best to avoid talking over each
25 other.  If you don't understand a question that I ask or

7

1  you didn't hear it clearly, please say so.  I'll gladly
2  rephrase it or restate it or do whatever I can to make
3  sure you understand it.  Do you understand that?
4     A.   Yes, sir.
5     Q.   Okay.  Your attorney may object to one of my
6  questions, but unless he specifically instructs you not
7  to answer, you're still required to answer my question.
8  Do you understand?
9     A.   Yes, sir.
10    Q.   Okay.  Do you understand that you are under
11 oath, which means that you must tell the truth, and that
12 you are under the -- or that you are subject to the
13 penalty of perjury if you do not?
14    A.   Yes, sir.
15    Q.   Okay.  Mr. Ortiz, how are you feeling today?
16    A.   I'm good.
17    Q.   Are you suffering from any illnesses that would
18 prevent you from answering my questions truthfully and
19 accurately?
20    A.   No.
21    Q.   Are you taking any medications that might
22 prevent you from answering my questions truthfully and
23 accurately?
24    A.   No.
25    Q.   Is there anything else that might prevent you

8

1  from answering my questions truthfully and accurately?
2     A.   No.
3     Q.   Okay.  Mr. Ortiz, would you mind --
4     A.   No.
5     Q.   -- putting it on the table there?
6     A.   Yes, sir.
7     Q.   Thank you.  Just a little distracting.
8          Could you tell me what you did to prepare
9  for this deposition today?
10    A.   What did I do to prepare?
11    Q.   Yes.
12    A.   I got your deposition notice, so I know what it
13 is you're asking.  I review part of the file but not
14 much.  I don't have too much time to read everything,
15 so...
16    Q.   About how much time did you spend reviewing
17 those materials?
18    A.   An hour and a half, two hours maybe.
19    Q.   And when was that?
20    A.   Between yesterday and today.
21    Q.   Did you have any meetings with counsel or
22 anyone else?
23    A.   Just -- we had a conference call.
24    Q.   And when was that?
25    A.   The day before yesterday.

9

1     Q.   And about how long was that conference call?
2     A.   It was the day before yesterday or yesterday.
3  One of those two days.  I think it was the day before
4  yesterday.
5     Q.   About how long was that conference call?
6     A.   I'm not sure.  Maybe 25 minutes, 30 minutes,
7  probably less.
8     Q.   You mentioned this already, but did you bring
9  any documents with you here today?
10    A.   No.
11    Q.   Okay.  Is there anything else you did to
12 prepare for this deposition that you didn't already
13 mention?
14    A.   No.
15    Q.   Okay.  Mr. Ortiz, can you tell me when and
16 where you were born?
17    A.   I was born in Fort Benning, Georgia, on
18 September 29th, '67.
19    Q.   What brought you to Texas?
20    A.   The United States Army.  I was active duty when
21 I got to Texas.
22    Q.   Are you currently on active duty?
23    A.   No.
24    Q.   Can you tell me a little bit about your
25 educational background?

Miguel Ortiz - 8/14/2014

10

1    A.   Civilian or military?
2    Q.   Either.
3    A.   Civilian, I have a bachelor's degree in
4  business.  I have a master's in accounting, and I have a
5  law degree.
6    Q.   Are you currently licensed to practice law?
7    A.   Yes, sir.
8    Q.   In the State of Texas?
9    A.   Yes, sir.
10   Q.   And you mentioned a military educational
11 background.  Can you tell me a little bit about that?
12   A.   I was a nuclear biological chemical specialist
13 for the United States Army.  So I got a whole bunch of
14 education on that.  Basic noncommissioned officer
15 school.  I mean, there are a lot.  Primary leadership
16 school, events, courses on chemical, biological, and
17 nuclear subjects.
18         THE REPORTER:  Nuclear subjects?
19         THE WITNESS:  Nuclear, yeah.
20   Q.   (BY MR. TATUM)  And when were you discharged
21 from active duty?
22   A.   June 2000 -- hold on a second.
23         Yeah.  No.  Actually, I graduated in --
24 yeah.  June 2000.
25   Q.   Mr. Ortiz, are you currently employed?

11

1    A.   Yes.
2    Q.   And who is your employer?
3    A.   Ortiz Law Office, PC.
4    Q.   And is that law office based in San Antonio?
5    A.   San Antonio, and we have an office in Belton,
6  and another one in Puerto Rico.
7    Q.   Okay.  What kind of law do you practice?
8    A.   Primary -- it depends.  Fort Hood office mainly
9  is family law.  San Antonio office is a combination of
10 personal injury and family law.  And then Puerto Rico
11 depends on the cases.
12         MR. BARON:  Vacation law.
13         (Laughter)
14   Q.   (BY MR. TATUM)  What is your role at LULAC?
15   A.   I'm the state -- the state legal adviser.  The
16 State of Texas legal adviser.
17   Q.   And how long have you held that role?
18   A.   I want to say a little over two years.  A
19 little more than two years, two years and a half.  For
20 sure, more than two years.
21   Q.   Okay.  Did you have any other role with LULAC
22 before that?
23   A.   I was a member, just a regular member of LULAC.
24   Q.   When did you first become a member of LULAC?
25   A.   Wow.  '10.  2010, I think.  Not too far back.

12

1  I'm not sure about that, so --
2    Q.   Somewhere around --
3    A.   -- don't hold me to that one.  But it's been
4  about four or five years now.
5    Q.   And as the State of Texas legal adviser for
6  LULAC, what are your official responsibilities?
7    A.   I'm responsible to advise the executive board
8  as to any legal matters that affects LULAC directly or
9  that LULAC wants to get involved to or with or partner
10 with, depending on the issues.  I give the board an
11 advice, but it's still got to be approved by national
12 anyway.  So it's sort of like I will be like the eyes of
13 the legal national -- nationwide for the state board.
14   Q.   And are you the only legal adviser to the Texas
15 state board?
16   A.   Yes.
17   Q.   Is that a paid position?
18   A.   It is a position, yes.
19   Q.   Do you get compensated for your work?
20   A.   No.  It's a voluntary basis.  And I don't get
21 paid by LULAC to do my job, if that's what you mean.
22   Q.   Yes.
23   A.   But if there's a lawsuit involved that I'm the
24 lead counsel on it -- of course, it depends on what the
25 situation is -- then I would get compensated for my work

13

1  on that particular case, but not necessarily from LULAC.
2  Maybe from the defendants or something like that.
3    Q.   Okay.  And you mentioned that you advise the
4  executive board of LULAC?
5    A.   Texas LULAC.
6    Q.   Of Texas LULAC.  Can you tell me who comprises
7  the executive board of Texas LULAC?
8    A.   Okay.  The state director, state vice director,
9  I guess, the second director.  Then you have the
10 treasurer.  Then you have the district directors.
11         If memory serves me correctly, it's 21
12 districts in the State of Texas, so that would be 21
13 members.  That's for the executive board.  Then you have
14 the actual board, which is comprised of more members,
15 which is the appointees, such as the chair of the
16 committees, state-level committees, and things like
17 that.
18   Q.   And do you advise that regular board in
19 addition to the executive board?
20   A.   Yes.
21   Q.   Okay.
22         (Exhibit No. 1 marked)
23   Q.   (BY MR. TATUM)  Mr. Ortiz, I'm handing you
24 what's been marked as Exhibit 1.  If you would, take a
25 quick minute and just look over this document that I've

Miguel Ortiz - 8/14/2014

14

1  just handed you, please.
2      A.  Okay.
3      Q.  Do you recognize this document?
4      A.  I'm not sure because it has a different date on
5  it.
6      Q.  Would you turn to Page 2, please?
7      A.  Right.
8      Q.  And would you read for me there, kind of near
9  the bottom of the page, the language that's in capital,
10 bold letters?
11     A.  "Defendant Notice of Intent to Take Oral
12 Deposition of League of United Latin American Citizens,
13 LULAC."  The date is June 3rd, 2014.
14         MR. BARON:  Hold on.  Let's go off the
15 record.
16         (Off the record)
17         (Mr. Rich present via telephone)
18         MR. TATUM:  Okay.  We've had someone join
19 us over the phone.  Do you want to introduce yourself
20 real quick?
21         MR. RICH:  Eric Rich representing United
22 States.
23         MR. TATUM:  Thank you.
24     Q.  (BY MR. TATUM)  Okay.  Before we went off the
25 record, Mr. Ortiz, I handed you an exhibit that's been

15

1  marked as Exhibit 1.  I think we can put that aside for
2  a second -- or for the rest of this deposition.
3         (Exhibit No. 2 marked)
4      Q.  (BY MR. TATUM)  I'm now handing you what's been
5  marked as Exhibit 2.  If you would please, take a moment
6  to look this over.
7      A.  Okay.
8      Q.  Mr. Ortiz, do you recognize this document?
9      A.  Yes.
10     Q.  And what is this document?
11     A.  That's the notice I received for this
12 deposition.
13     Q.  It's the notice of intention to take oral
14 deposition of the League of United Latin American
15 Citizens.  Correct?
16     A.  Yes, sir.
17     Q.  Did you review this notice in preparation for
18 this deposition?
19     A.  Yes, sir.
20     Q.  If you would please, turn to Page 4.  Are you
21 there at Page 4?
22     A.  Yes, sir.
23     Q.  Okay.  At the bottom of Page 4, there's a
24 heading that says "Matters," and that is followed by a
25 series of numbered paragraphs from 1 to 29.  Do you see

16

1  those paragraphs?
2      A.  Yes, sir.
3      Q.  Would you take just a quick moment and review
4  those paragraphs, please?
5      A.  You want me to read them?
6      Q.  You don't have to read them out loud, but just
7  look over them and make sure you understand what's
8  contained in each one.
9      A.  Okay.
10     Q.  Having had a chance to review the topics
11 contained in this notice, are you aware that you've been
12 designated by the League of United Latin American
13 Citizens, which I'll refer to from here on in as LULAC,
14 to testify and give truthful and binding answers on its
15 behalf regarding the topics described in this notice?
16     A.  To those that I have knowledge, yes.
17     Q.  Okay.  Are there any topics contained in this
18 notice that you do not have knowledge of?
19     A.  Personal knowledge you mean or --
20     Q.  Personal or general knowledge.
21     A.  Well, there's several that I don't have direct
22 personal knowledge of.
23     Q.  Can you tell me which ones those are?
24     A.  The factual basis of contentions.  I personally
25 don't have any personal knowledge.

17

1      Q.  Is that paragraph No. 1?
2      A.  Yes.  The identity of the members.  I don't --
3  I don't know every member, so I don't know that.  So
4  three, four, five, six -- I mean, it's over a hundred
5  thousand members, so I do not know the identity of the
6  members.
7      Q.  Okay.  We'll get to that.
8      A.  All right.  I mean, I don't -- 15, I -- I'm not
9  sure what is it you want there.
10     Q.  Do you not understand topic 15?
11     A.  I don't understand your request.  Any
12 calculation reports, audits, estimates, projections, or
13 audit analysis related to the effect of SB14 on minority
14 voters or on voters who are members of the language
15 minority group from 2005 to the present.
16         MR. BARON:  Just for the record, Miguel.
17         THE WITNESS:  Yes.
18         MR. BARON:  I mean, I think that obviously
19 should say "prepared by LULAC" or "done by LULAC."
20 Okay.  So I -- I mean, I don't know if that's where
21 you're hung up or not.
22         THE WITNESS:  I mean, I don't know
23 what's -- I really don't know what it's asking.  I'm
24 just taking the language as written so --
25         MR. BARON:  Right.  Sure.

Miguel Ortiz - 8/14/2014

18

1       THE WITNESS:  And I think that's --
2       MR. BARON:  But to the extent -- but to
3  the extent they were referring specifically, I mean,
4  he's going to ask you about whether -- what was or was
5  not done by LULAC, and you either have knowledge or --
6       THE WITNESS:  Sure.  I totally understand.
7       MR. BARON:  -- you don't have knowledge
8  about whether LULAC as a statewide entity --
9       THE WITNESS:  And it's -- don't -- maybe
10  if we go and -- as you go and I -- because right now I
11  don't know what your questions are --
12     Q.  (BY MR. TATUM)  Okay.
13     A.  -- directly on those points.  So I cannot tell
14  you I don't know anything, I know a little --
15     Q.  Okay.
16     A.  -- I know a lot.  I got some.
17     Q.  Sure.  In the interest of moving this along,
18  why don't I just ask, are there any topics that are
19  listed here that you to your knowledge have not been
20  designated to testify to?
21     A.  Not that I know.
22     Q.  Okay.  And as we go along, if you don't have
23  any knowledge of something that I ask you, just state as
24  much on the record.
25     A.  Right.  Okay.

19

1       MR. BARON:  We'll decide if I really need
2  to chase that particular topic or not at a later date.
3       (Exhibit No. 3 marked)
4     Q.  (BY MR. TATUM)  Mr. Ortiz, I'm handing you
5  what's been marked as Exhibit 3.  Would you please take
6  a moment to look over this document, please?
7     A.  Okay.
8     Q.  Mr. Ortiz, do you recognize what this document
9  is?
10     A.  I mean, this is the pleadings.  Maybe the live
11  pleadings in this suit.
12     Q.  Sorry.
13     A.  Go ahead.
14     Q.  I'll represent to you that this is the
15  plaintiff's, including LULAC's, first amended complaint
16  that was filed in this lawsuit.
17     A.  Okay.
18     Q.  Have you seen this complaint before?
19     A.  I have.
20     Q.  Did you assist in any way with the
21  preparation -- preparation of this complaint?
22     A.  No.
23     Q.  Do you have any reason to believe that any of
24  the information contained in this complaint is not
25  accurate?

20

1     A.  I -- I have no knowledge whether it is accurate
2  or not.
3     Q.  Mr. Ortiz, can you tell me when LULAC first
4  learned of this lawsuit?
5     A.  I'm not sure.  I mean, they are -- LULAC is a
6  plaintiff, so I hardly knew when it was filed.  Is that
7  what you're asking me?
8     Q.  Yes.
9     A.  Well, they're plaintiffs, so they knew about it
10  when they filed it.
11     Q.  And how was the decision made to join this
12  lawsuit?
13     A.  The decisions on -- decisions made to file
14  lawsuits are made by the executive board of the national
15  executive board for any lawsuit at any level that has
16  the name of LULAC.  That's -- I can give you an example.
17  If Texas has an issue, then Texas has to present that
18  issue to the executive board, the national board, then
19  it gets -- goes to them, and they vote, and they decide
20  whether they're going to file or not, or they're going
21  to participate or not in any lawsuit, not just in this
22  particular one.  So that's how they -- that's how
23  it's -- that's how it works within the organization.
24     Q.  So the Texas executive board proposed the
25  initiating of this lawsuit to the national executive

21

1  board.  Is that correct?
2     A.  Right.  And -- yes.  The state director will
3  take whatever the state board resolved through their
4  meetings and present that to the national, and then
5  national will vote yea or nay, and then it gets filed
6  depending on -- depending on what it is.  You know, if
7  it's a state-level lawsuit, if it's a national-level
8  lawsuit.  Sometimes national can say, okay, we're going
9  to leave it to the state level.  If state level wants to
10  pursue it, then state level would pursue it.  Or they
11  can say, no, we're not going to pursue it or, yes, we're
12  going to pursue it, and we're going to do it at the
13  national level.  So it all depends what type of case is
14  it.
15     Q.  And how did the Texas executive board of LULAC
16  decide to initiate this lawsuit and present it to the
17  national board?
18     A.  This particular one or in general?
19     Q.  This one (indicating).
20     A.  Well, I wasn't -- I wasn't present on that day,
21  so I cannot tell you what happened on that day.
22     Q.  Okay.
23     A.  I -- I had no personal knowledge of how that
24  happened.  I can tell you that the organization is
25  somewhat consistent or doesn't deviate from the process

Miguel Ortiz - 8/14/2014

22

1  often.  So if I follow the process that I have followed
2  while I've been involved, then it will be something
3  similar to what I just explained to you.
4      Q.  In considering whether to seek the approval of
5  the national executive board to initiate this lawsuit,
6  did the Texas board of LULAC consider the input of its
7  members?
8      A.  Right.  Well, the --
9          MR. BARON:  I'm going to object to form.
10  And you can go ahead and answer.  I think that -- I'll
11  let him answer.  I'll just object to form.
12          THE WITNESS:  I think you've got to --
13  it's the structure of the organization first.  That
14  way -- because its members of -- members of the
15  organization can attend any meeting.  They are not
16  executive members.  They're open.  And anyone can
17  address the board to whatever issues they may have.
18  Usually the state directors will bring the issues that
19  affect that district.  I mean, let me correct that.
20          The district directors will bring to the
21  state board whatever issues these members or the
22  district members brings to them, and they present it to
23  the board, and then the board with all the directors, I
24  guess, opens that issue for discussion.  It gets
25  discussed, and then it puts it to vote.  Sometimes there

23

1  are issues.  There are attorney-client privilege, for
2  example.  So we go into an executive meeting, where only
3  the executive members are present, just to keep that
4  confidentiality present.
5          So it all depends on what is discussed.
6  But any member can come to all these meetings and
7  express whatever concern they may have, regardless
8  whether they are members of the board or not.
9      Q.  (BY MR. TATUM) So I guess what I -- what I'm
10  trying to get at is, how did LULAC's involvement in this
11  lawsuit originate.  Was it something that was brought to
12  the board by an individual member, or was this an issue
13  that the board members realized themselves?
14      A.  I cannot tell you.  I wasn't -- I wasn't
15  present when that -- when it first came about.  So I
16  cannot tell you at what point it was brought up
17  specifically and at what point it was voted.  I cannot
18  tell you.
19      Q.  Okay.  Do you know if LULAC consulted with any
20  of the other named plaintiffs on the complaint that you
21  have in front of you before deciding to initiate this
22  lawsuit?
23      A.  I don't have personal knowledge of that.
24      Q.  Okay.  Is LULAC representing the rights of its
25  members in this lawsuit?

24

1      A.  If you say that.  LULAC represents all
2  Hispanics or minorities.  The premises of the foundation
3  of the organization was to protect the rights of Latin
4  Americans and minorities in general.  You don't have to
5  be Hispanic to be a minority, so whomever gets affected.
6  And LULAC believes that a particular issue, a particular
7  law, a particular point is against -- or affects the
8  rights of the minorities and the community in general,
9  then they get involved.  So that's the policy.  That's
10  the general policy.
11      Q.  Okay.  That presents a good opportunity to
12  introduce my next exhibit.
13          (Exhibit No. 4 marked)
14      Q.  (BY MR. TATUM  I'm handing you what's been
15  marked as Exhibit 4.  Mr. Ortiz, I represent to you that
16  this is a screen shot captured printout of the LULAC Web
17  site.  Is that what this looks like to you?
18          MR. BARON:  National or state?
19          THE WITNESS:  This is national, I think.
20      Q.  (BY MR. TATUM)  I believe this is national.
21      A.  It looks familiar, that it's -- it looks like
22  the national -- if I -- if I trust what it says on the
23  address up there --
24      Q.  Uh-huh.
25      A.  -- it says "lulac.org," and I have no reason to

25

1  doubt that this is a -- but I cannot tell you for sure.
2  It looks like that.
3          MR. TATUM:  Can we go off the record just
4  for one second?
5          (Off the record)
6      Q.  (BY MR. TATUM)  Okay.  If you would, please, on
7  Exhibit 4 here, on that first page, there's a title that
8  says "Frequently Asked Questions," and under that
9  there's a Paragraph 2 that says, "What is LULAC's
10  Mission?"  Do you see that?
11      A.  Yes.
12      Q.  Can you read for me what it says under that?
13      A.  "The mission of the League of United Latin
14  American Citizens is to advocate the economic condition,
15  education or attainment, political influence, housing,
16  health, and civil rights of the Hispanic population of
17  the United States."
18      Q.  And is that -- if that is the mission of the
19  national LULAC, which I believe that this Web site
20  represents, is that mission shared by the Texas branch
21  of LULAC?
22      A.  It's shared by the whole organization.  There's
23  no deviation from anything.
24      Q.  Okay.
25      A.  It is -- the League of United Latin American

Miguel Ortiz - 8/14/2014

26

1 Citizens is one organization.  It doesn't divide by --
2 it's not different organizations throughout the nation
3 of -- there's only one organization, one component, and
4 then just the members of --
5     Q.  Okay.
6     A.  -- how it's divided.
7     Q.  But you stated that the Texas, I guess, branch
8 of LULAC, for lack of a better word, has its own
9 executive board.  Is that correct?
10    A.  Every state.
11    Q.  Every state has its own executive board that
12 reports to the national board of LULAC?
13    A.  Right.  You have national, then you have
14 regional vice presidents.  They're a member of the
15 national board.  The national board is composed by the
16 national president, and then you have the vice
17 presidents which are regional, the southwest, the -- the
18 northwest, northeast, southeast.  I think there are six
19 or seven.  Wow.  I forgot the other ones.  But they're
20 divided by regions.
21         So each region will have their own vice
22 president, then that vice president will oversee seven,
23 eight states.  And -- and then the states have their
24 directors with their boards.  There's not a regional
25 board.  There's not a southwest regional board.  There's

27

1 just the vice president.
2         And then you get the state board.  Then
3 the state board oversees the state -- the district
4 directors, and then each direct -- each district
5 director will have councils, and then each council will
6 have their own little directive or, you know, the
7 president or the council just to operate themselves.
8 But everybody -- it's one constitution for everybody.
9 One book, one rule, one view.
10    Q.  Okay.  So in this lawsuit, does LULAC represent
11 the interests of its members in the State of Texas, or
12 does it represent all members of LULAC?
13    A.  I don't think there's a separation of that.
14 There is not a separation of who we -- it's the
15 organization.
16    Q.  Okay.
17    A.  So I don't know.  I mean, I'm pretty sure that
18 Texas is included in this because it affects Texas,
19 so...
20    Q.  Okay.  I'm just -- I'm just trying to get an
21 understanding of the organization of LULAC.
22    A.  Right, but it's only one membership.  I mean,
23 Texas has probably the majority of the members in the
24 organization.  It's the No. 1 state in membership.
25         MR. BARON:  Without messing up the record,

28

1     I think -- so what you're telling us is that -- so if
2     I'm a Texas member of LULAC, I am a national member of
3     LULAC?
4         THE WITNESS:  Right.
5         MR. BARON:  And if I am a California
6     member of LULAC, I'm a national member of LULAC?
7         THE WITNESS:  Right.
8     Q.  (BY MR. TATUM)  So there's different charters?
9     A.  The charters -- you cannot -- you cannot
10 just -- in order to be a member of LULAC, you've got to
11 pay your national dues and your state dues, of course.
12 But the membership is issued by national.
13    Q.  Okay.
14    A.  That's it.  Every member, no matter where
15 you're from, all states plus Puerto Rico, all members
16 are registered at the national level.
17    Q.  Can you tell me, if you know, what the Texas
18 state membership dues are?
19    Q.  Like the membership dues?
20    Q.  How much those are.
21    A.  I cannot tell you with certainty.  I think I
22 know, but I cannot bet on it, because it changes.  But
23 you pay -- if you have a new council, a new council is
24 usually composed of 11 members or more.  That's usually
25 where -- you know, you have -- may have a council that

29

1 has 30 members, but usually there are about ten or 11
2 members in each council.  Each council has four
3 delegates to the national convention or to the state
4 convention.  There is a 30 -- there is a 75 council
5 membership due.  Like when you form a council, you've
6 got to pay national $75 for that council.
7         Then you've got to pay $30, I think.  And
8 those $30 are divided between national and state.  I
9 think it's $15 and $15, if my memory serves me
10 correctly.  So when the member pays national, it pays
11 $75 for the initiation of the council.  That's a
12 one-time fee.  And then $30 for every member every year.
13 The membership fee is paid every year.
14    Q.  Can you tell me how one becomes a member of
15 LULAC?
16    A.  If you're 18 years old, you can be a member of
17 LULAC.  It doesn't require you to race, it doesn't
18 require you anything.  You can -- we have members who
19 are nonHispanic members.  So you fill out your
20 application.
21         THE REPORTER:  Application?
22         THE WITNESS:  The application.
23         THE REPORTER:  Okay.
24         THE WITNESS:  You have to be -- you have
25 to be -- you have to be a member of a council.  You're

Miguel Ortiz - 8/14/2014

---

30

1 not going to have members of LULAC who are just a
2 general member, belongs to nobody kind of deal.  That
3 doesn't exist, at least to my knowledge.  So usually
4 what you see is you get one community person who wants
5 to make a supporting group for whatever issue and get
6 these people, and they as a group work around -- or make
7 the application, files it.  So it's very simple.  You
8 are age of 18 or more, then -- then you get the
9 endorsement of the council that you're going to belong
10 to, plus a member in good standing.  So you -- you need
11 that referral or sponsor for you to come in.
12      Q.  (BY MR. TATUM)  And so if you were -- if
13 there's a council already established, and you're 18
14 years old, you fill out the application, you get the
15 sponsorship of that council, and then to join it, do you
16 pay the $30?
17      A.  Right.
18      Q.  And that --
19      A.  Because the council already have paid the $75.
20      Q.  Right.  So to become a member and join that
21 council you pay $30, and then that $30, as you said, is
22 split 50/50 between national and state?
23      A.  And state.  I think it's $30.  I'm not a
24 hundred percent sure.
25      Q.  Okay.

---

31

1      A.  I think.  I think it's $30.  Don't hold me on
2 the amount, but I think it's $30.
3      Q.  Okay.  So when you say half of that $30 --
4 we'll just say $30 for now.  When you say half of that
5 $30 goes to state, is that the Texas executive board of
6 LULAC?
7      A.  Right.  It goes to their state fund.
8      Q.  Okay.  And who has control over that fund?
9      A.  Of the state fund?  The state.
10      Q.  That would be the Texas executive --
11      A.  Each -- each state.  All states are the same.
12 They're all designed the same way, same structure,
13 same -- partial independence, I guess.  They control
14 their own funding, they do their own fund-raising,
15 councils still do the same.  A local council can open a
16 bank account and do their own fund-raising to contribute
17 to educational funds or things like that.
18      Q.  Okay.  Is LULAC -- is LULAC a partisan
19 organization?
20      A.  A what?
21          MR. BARON:  Object to form.
22          THE WITNESS:  LULAC is -- what is it
23 again?
24          MR. BARON:  He asked if they were a
25 partisan organization, and my objection is form,

---

32

1 vagueness.
2      Q.  (BY MR. TATUM)  Do you -- do you understand
3 what I mean when I say "a partisan organization"?
4      A.  For a particular party or something like that?
5      Q.  A particular political party, yes.
6      A.  None.  Actually, it's not.  It's civil rights.
7 We do not get involved in direct politics.
8          MR. BARON:  I'll withdraw my objection.
9      Q.  (BY MR. TATUM)  Does LULAC -- we talked about
10 members of LULAC.  Does LULAC have people that it would
11 consider its constituents?
12          MR. BARON:  I'm going to object to form.
13          THE WITNESS:  I really don't understand
14 what --
15      Q.  (BY MR. TATUM)  Let me ask it another way.
16          Does LULAC serve anyone other than its
17 members?
18      A.  The community as a whole.
19      Q.  Including people who might not be members of
20 LULAC?
21      A.  You're Hispanic, and LULAC is advocating for
22 Hispanic, and the result is positive, all Hispanics
23 benefit.  It's not for the particular benefit of its
24 members.  It's for a particular benefit of a class.  I
25 guess you could say it that way.

---

33

1      Q.  What kind of services does LULAC provide to its
2 members?
3      A.  I think you need to be a little more specific.
4 When you say "services," what do you mean by "services"?
5      Q.  When one becomes a member of LULAC --
6      A.  Okay.
7      Q.  -- what kinds of benefits or services come
8 along with that membership?
9      A.  When you become a member of LULAC, you actually
10 are telling LULAC, I'm here to volunteer.  So I think
11 it's -- LULAC doesn't benefit until -- it's a nonprofit.
12 LULAC -- whatever efforts LULAC makes, the end result
13 benefit will be the community as a whole.  So when I --
14 for example, when -- I can tell you when I joined LULAC,
15 my purpose was to help with whatever issues I can help
16 with or whenever my skills were needed, to support
17 issues that affect Hispanics, all minorities as a whole.
18 So I don't receive any direct benefit from LULAC other
19 than, I guess, being part of a very respectful
20 organization.
21      Q.  So would you say that LULAC is primarily a
22 volunteer organization?
23      A.  Yes.
24      Q.  Looking back at Exhibit 4 that you have in
25 front of you --

---

34

1    A.   Yes.
2    Q.   -- on that first page, Paragraph 3 there says,
3  "How does LULAC work toward achieving its mission."  Do
4  you see that paragraph?
5    A.   Yes, sir.
6    Q.   Okay.  And underneath that paragraph, the first
7  bullet point there says "Programming."  Do you see that?
8    A.   Yes, sir.
9    Q.   And in that paragraph, it talks about some of
10  its programming areas, which include civic
11  participation, civil rights, economic development,
12  education, health, leadership, et cetera.  Do you see
13  those?
14    A.   Yes.
15    Q.   Are those all activities that LULAC regularly
16  engages in?
17    A.   Yes.
18    Q.   The next one -- the next bullet point there
19  says "advocacy."  Can you tell me a little bit more
20  about the advocacy activities of LULAC?
21    A.   I can give you examples of -- example this
22  year, in October, LULAC every year tried to meet as many
23  congressmen (sic) and members of the legislature
24  nationwide.  They -- legislature nationwide, to express
25  LULAC's concern about issues regarding all the subjects

35

1  you mentioned in the paragraph above kind of deal.
2        So this year, for example, there is a
3  youth recognition ball in Washington, D.C., from the 2nd
4  to the 5th, I think.  And during that time, there are
5  meeting schedules to meet with legislators, just for us
6  to express the opinions -- I mean, to express the issues
7  that we have affecting each individual community because
8  people -- there's a lot of people that come from every
9  state.  And, of course, every state gets affected
10  differently.  So that would be some advocacy program
11  that we have kind of deal.
12    Q.   Okay.  And you mentioned those activities on
13  the national level.  Does LULAC engage in similar
14  activities at the state level?
15    A.   Yes.
16    Q.   And can you describe some of those
17  advocacy-related activities that LULAC has conducted
18  specifically in Texas?
19    A.   We have a legislature chair, like a committee.
20  Fidel Acevedo is the chair of the chair.  And he comes
21  here to Capitol Hill and, I guess, try to enlighten the
22  legislatures about the positions that LULAC may have,
23  depending on what issues are pending or not pending in
24  the legislature.
25    Q.   Uh-huh.

36

1    A.   They -- they advise the state board, for
2  example, as to what's coming to -- to Austin, what is
3  pending, what is going to go to vote, whether we need
4  people to support, to go talk to -- to show support, to
5  make a present -- things like that.  Testify in
6  legislature hearings, if it's necessary.  That kind of
7  participation.
8    Q.   Did LULAC engage in any of those
9  advocacy-related activities with regard to Senate Bill
10  14 that was enacted during the 2011 legislature?
11    A.   I believe so.  I believe two members of our
12  organization actually testified, if my memory serves me
13  correctly, during the hearings.
14        MR. BARON:  Tell him what you recall.
15        THE WITNESS:  Don't hold me to it, but
16  I -- I think we have a few members that actually
17  testified in front of the legislature concerning SB14.
18    Q.   (BY MR. TATUM)  And at that time in 2011, you
19  were just a member of LULAC.  You were not the legal
20  adviser.  Correct?
21    A.   Two years back.  No.
22    Q.   Okay.
23    A.   That's correct.  I was not the legal adviser.
24    Q.   As a member of LULAC during that time, do you
25  recall getting any kind of mass communication or e-mail

37

1  blast from LULAC regarding SB14-related activities?  And
2  when I say "SB14," I'm referring to Senate Bill 14
3  enacted during the 2011 legislature?
4    A.   I'm not sure.  I know we were -- I know it was
5  a lot of talking and a lot of movement within the
6  organization, because the organization believed that the
7  legislature was not fair to the minorities.  So I know
8  it was a lot of talking, a lot of public appearances.  I
9  cannot recall who exactly did it.
10        Press conferences, maybe press releases, I
11  think some of them came out.  I don't -- I don't -- I
12  cannot tell you specifics, but I can tell you that,
13  during that time, the organization word -- you know,
14  SB14 is coming and SB14 -- so it was a pretty, I guess,
15  important subject within the organization during that
16  time.  I recall that, yes.
17    Q.   Did LULAC as an organization oppose SB14?
18    A.   I don't think so.
19    Q.   It did not?
20    A.   Back then?
21    Q.   Correct.  During --
22    A.   Well, I wasn't there, so I cannot tell you what
23  the people who testify said.  If you ask me based on
24  what we have today, then the answer to that is no.
25  Everybody opposed it, at least within the organization,

38

1 and that's why we involved, so --
2         MR. BARON:  I think that's what he asked
3 you.  I think he asked did LULAC oppose it.
4         THE WITNESS:  Oh, yes.  Yes.  Yes.
5         MR. BARON:  I think you just didn't hear
6 him correctly.
7     Q.  (BY MR. TATUM)  Let me just -- restate?
8         MR. BARON:  Because I was --
9         THE WITNESS:  If you put two noes there,
10 then my Spanglish kicks in and --
11     Q.  (BY MR. TATUM)  Understood.  Let me just
12 restate the question, just for clarity purposes.
13         In 2011, did LULAC as an organization
14 oppose the enactment of SB14?
15     A.  My answer -- my answer to that is yes.
16     Q.  And you testified to that to your knowledge some
17 members of LULAC provided oral testimony during the
18 legislative session?
19     A.  Yes.
20     Q.  Voicing their opposition to that bill.  Is that
21 correct?
22     A.  That's my understanding.
23     Q.  Okay.
24     A.  I don't -- I don't know if what you said is
25 correct.  That's my understanding.

39

1     Q.  Do you know if any members of LULAC met
2 personally with members of the Texas legislature during
3 the consideration of SB14?
4     A.  Well, whether personal meetings were conducted
5 by certain individuals, I cannot tell you that.  You
6 know, we have a legislator -- legislature chair who
7 comes out on Capitol Hill so -- but I cannot tell you.
8 I don't have personal knowledge.
9     Q.  Do you know if any Texas legislators are
10 members of LULAC?
11     A.  My understanding is yes.
12     Q.  Do you know who those members are?
13     A.  I cannot tell you -- I cannot tell you because
14 I don't know that -- who is in good standing and who is
15 not.  I can -- if I tell you who is in good -- it's over
16 a hundred thousand members.  So I don't -- I can't tell
17 you who's in good standing or not today.  I did not
18 check before this deposition either.
19     Q.  To the best of your knowledge, were any members
20 of LULAC a city member of the Texas legislature in 2011?
21     A.  I -- I don't have personal knowledge of that.
22     Q.  Again, during the enactment -- or, sorry.
23 During the consideration of SB14 during the 2011
24 legislature, did LULAC write or publish any written
25 articles or opinion pieces regarding its position on

40

1 SB14?
2     A.  Whether something came out in the newspaper, is
3 that what you mean?
4     Q.  Yes.
5     A.  I want to say -- I want to say yes.  If my
6 memory serves me correctly, I want to say yes.  It's
7 been three and a half years, so I don't know.  Three
8 years, so I'm not sure a hundred percent, but I want to
9 say yes.
10     Q.  So would you say that LULAC publicized its
11 opposition to SB14?
12     A.  LULAC will publicize its opposition to anything
13 that LULAC believe that is against the well-being or
14 benefit or affects any minority.  I can tell you that
15 for sure.
16     Q.  And it -- LULAC did that with regard to SB14.
17 Correct?
18     A.  I -- I cannot tell you with certainty.  I was
19 not involved in 2011.  But I can tell you that -- I want
20 to say yes to that answer, but I'm not certain.
21     Q.  Did LULAC draft, propose, research, or request
22 any amendments to SB14 while it was being considered in
23 2011?
24     A.  I have no personal knowledge of that.
25     Q.  Does LULAC believe that it was not given the

41

1 opportunity to adequately voice its opposition to SB14
2 in front of the Texas legislature?
3     A.  I think the word -- again, that would be --
4 it's a matter of opinion whether it would be enough.
5 Probably not.  I don't know.  I cannot tell you the
6 answer to that question.
7         MR. BARON:  Yeah.  I should have objected
8 to that as vague.  Just on the basis of the word
9 "adequate."
10         THE WITNESS:  It's a matter of opinion.  I
11 was like if you give me a day or give me a week, what is
12 adequate?  I'm not sure.
13     Q.  (BY MR. TATUM)  I'll state it another way.  Did
14 LULAC have the opportunity to voice its opposition to
15 SB14 in front of the Texas legislature?
16     A.  I'm not sure whether they give them directly
17 the opportunity.  I believe so.
18     Q.  But you did testify some members of LULAC gave
19 live testimony during the --
20     A.  I believe --
21     Q.  -- legislative session?
22     A.  I believe so.
23     Q.  Okay.  Did LULAC as an organization undertake
24 any efforts to prevent SB14 from being passed?
25     A.  What kind of reference?

Miguel Ortiz - 8/14/2014

42

1    Q.   Anything that -- did it do anything to slow
2  down or delay consideration of the bill?
3    A.   I don't know.  I don't even think they have the
4  power to do that.
5    Q.   Is there anything else that LULAC did with
6  regard -- let me back up.
7         Are there any other activities that LULAC
8  engaged in with regard to the consideration of SB14 that
9  you haven't mentioned?
10   A.   We had a -- sort of like an educational
11 briefing as to what SB14 is or was.  I just cannot
12 remember the day, but I know I was there.  I attended
13 that, where we got sort of educated on the specific of
14 the bill and the impact of the bill and what that means
15 to minorities and that -- so I just cannot tell you
16 whether it was before or after the bill was passed.  I
17 cannot remember that day.  But I remember attending
18 that.
19   Q.   Okay.  Do you remember who presented that
20 educational presentation?
21   A.   I don't remember who was the presenter.  I want
22 to say that happened in -- I think it was in Corpus
23 Christi, I think it was.  Either Corpus Christi or
24 Laredo.  I'm just not sure.  But I know for sure that I
25 did attend it, to one of those educational briefings

43

1  when someone came in and explained everything.
2    Q.   Was that educational briefing put on by LULAC?
3    A.   No.  It was put on by someone else who LULAC
4  invited to do the explanation and educate the Texas
5  organization as to what it meant.
6    Q.   LULAC is a nonprofit organization.  Correct?
7    A.   That's correct.
8    Q.   From where does LULAC receive its funding?
9    A.   Well, you've got membership fees.  We've got
10 very strong corporate alliance.  Nationwide.  Donations,
11 sponsorships.  That's where the funding comes in.
12   Q.   Do y'all hold fund-raising activities?
13   A.   Yes, but fund-raising activities will be
14 probably held more -- you see that more typically at the
15 local levels by the local councils, maybe the district,
16 you see those fund-raising activities kind of deal.
17   Q.   Uh-huh.
18   A.   It's to cover expenses of functions and then
19 pay for scholarships, funding for scholarships, things
20 like that.
21   Q.   Do y'all receive both individual and corporate
22 donations?
23   A.   Yes.
24   Q.   And the funds generated from membership fees,
25 donations, sponsorships, and fund-raisings, the things

44

1  that you just talked about, how are those funds
2  allocated?
3    A.   That, I don't have any personal knowledge of
4  it.  We have a national treasurer.  And I have no
5  knowledge of that.  Reports are given on the -- on the
6  meetings, the national board meetings and the
7  state-level meetings.  And I -- I imagine that
8  district-level meetings and also council meetings, they
9  all have disclosures that it's mandatory, it's part of
10 the rules that financial is complete transparency on the
11 spending of the funds.
12        I can tell you that the goal of the
13 organization -- well, not the goal.  But education and
14 civil rights are very strong within the organization.
15 So scholarships are -- money are used for scholarships.
16 You see a lot of scholarships out there that the
17 organization give to young kids for college and other
18 things.  I'm not...
19   Q.   So you mentioned a national treasurer.  Is
20 there a state treasurer?
21   A.   Yes.  It's a state -- there's a treasurer on
22 every level.  So there's a treasurer who responds to a
23 particular board at every level as to the funds.
24   Q.   Okay.  So let's take the local level where
25 there's a -- you know, a local council of LULAC?

45

1    A.   Okay.
2    Q.   Let's say they hold a fundraiser, they raise
3  some funds.  Do they have total control over how those
4  funds are used?
5    A.   Yes.
6    Q.   And at the state level, if there's ever a
7  fundraiser held by the state level of LULAC, do they get
8  to have ultimate control over how those funds are used?
9    A.   Yes.
10   Q.   And do you know if at the state or local
11 council level, do those entities prepare an annual
12 budget for the allocation of these funds?
13   A.   There's allocations made.  I don't think
14 there's an official budget, at least on the small
15 levels.  How national -- on the state level, there are
16 some budgets for the state convention, for specific, I
17 guess, functions that the organization really wants to
18 participate every year, and they allocate funds to that,
19 and those get approved by the board.  That's basically
20 how every level functions, I guess.
21   Q.   Are there any funds that the state board sets
22 aside to be used on an as-needed basis?
23   A.   Pretty sure.  I'm not -- I cannot tell you
24 what -- if it's one as-needed basis.  I don't know.  I'm
25 not sure.

46

1    Q.   I want to ask you some -- just a few questions
2    about some more activities that LULAC engages in.  Does
3    LULAC help its members register to vote?
4    A.   LULAC actually helps everyone registered to
5    vote.
6    Q.   Not just members?
7    A.   Not just members.
8    Q.   And is that something that LULAC has always
9    done?
10   A.   Yes.  And basically you see that more at the
11   council levels.  They organize district levels, council
12   levels, they do voting registration drives and voting
13   registration festivals, whatever it is.  They -- the
14   kids in college, we have LULAC councils probably in
15   every university, at least in Texas, and they -- they
16   really active on that.  They're very, very active on
17   voter registration, and so that -- you see that more at
18   the -- it's promoted throughout the organization
19   rankings, but the actual people who does it and you'll
20   see more active is the actual local councils.
21   Q.   And does LULAC consider helping people register
22   to vote, both members and nonmembers, part of its
23   mission?
24   A.   It's a civil right issue, so I want to say
25   it -- it -- it's directly or indirectly.  I'm not sure.

47

1    It's a civil rights issue.  Voting is a civil right
2    issue, and LULAC is involved on anything that encompass
3    any civil right issue.
4    Q.   So would you say that helping people register
5    to vote is part of LULAC's stated mission?
6    A.   Encouraging people to vote and to register,
7    yes.
8    Q.   And helping people -- actually helping someone
9    register to vote?
10   A.   What do you mean, the actual physical
11   application, is that what you mean?
12        MR. BARON:  Objection; form.  A little
13   vague on the word "helping."
14   Q.   (BY MR. TATUM)  You stated a minute ago that
15   one of the activities that LULAC engages in is helping
16   people register to vote.  I believe that's what you
17   testified to.  Is that correct?
18        MR. BARON:  Objection; form.
19        THE WITNESS:  LULAC conducts voting
20   registration drives, voter registration forum, voter
21   registration, I guess, activities to encourage people to
22   register to vote.  And also encourage people to use --
23   to actually go and vote.  That, LULAC does.  That's one
24   of LULAC's views as one of the primary civil rights that
25   we have.  Not just minorities, but everybody.

48

1        And when we do these voter registration
2    drives, whether they physically fill out the paperwork
3    or not, I -- I don't know.  I don't know.  Everybody
4    will have, I guess, their own individual method,
5    depending on who is doing it.  So I cannot tell you what
6    is actually happening at that place because I'm not
7    there, so...
8    Q.   (BY MR. TATUM)  Okay.  So would LULAC consider
9    these voter registration drives part of its mission?
10   A.   If it affects civil rights, yes.
11   Q.   Okay.  Does LULAC educate its members regarding
12   voting requirements?
13   A.   I just gave you the example of that.  Like this
14   luncheon that I went where we got -- LULAC was not the
15   one who was educating.  We invited someone to help us
16   with SB14, for example.  Whether we have a plan to
17   educate every -- every one of its members, I don't think
18   there is a specific educational plan.  LULAC national
19   encourage down -- down the -- the chain of command to
20   ensure that we get as many people registered, and to
21   ensure that we get as many people to go and vote.
22   Q.   Outside of the educational briefing that you
23   just referenced, has LULAC conducted any other
24   activities that educate its members regarding voting
25   requirements?

49

1    A.   At the -- at the -- at what level?
2    Q.   At the state or local council level.
3    A.   At the -- at the local council, I cannot tell
4    you.  There -- there -- a lot.  I mean, there's -- I
5    think there's like a thousand councils or a little more
6    than a thousand councils, I think.  So it's a lot.  I
7    don't know.  State-wise, when I attended to that
8    luncheon, it was a state -- it was a state board
9    meeting, and this guy came and educate the whole board
10   as to what -- and I'm pretty sure, I guess, pass along
11   the state director or the district directors -- I'm
12   pretty sure they go and educate the council members as
13   to what they learn and use that kind of scaling to pass
14   the word around.
15   Q.   Okay.  Is educating its members regarding voter
16   requirements part of the stated mission of LULAC?
17   A.   I'm sure it's included.  It's not the stated
18   mission.  We don't have a stated mission as to a
19   compromise with anyone to register people to vote.  I
20   don't think that's the mission.  I think the mission is
21   to ensure that -- that civil rights of the minorities
22   are protected.  Whether that is through vote, through
23   pending legislature or supporting legislature, or
24   advocating in the public, whatever that views are, I
25   don't think it's a specific issue on -- it's not a

Case 2:13-cv-00193 Document 717-6 Filed on 11/14/14 in TXSD Page 14 of 45

**50**

1 specific mission of educating people as to voting.
2      Now, I can tell you that if there is
3 something comes out that affects minorities, then LULAC
4 is going to ensure that people understand what the
5 problems are, because they need to be, I guess, informed
6 of what -- what it is.
7    Q. Let me ask it another way. Does LULAC believe
8 that it is fulfilling its mission when it educates its
9 members on voting requirements?
10     MR. BARON: Objection; form.
11     THE WITNESS: I cannot answer that.
12    Q. (BY MR. TATUM) Does LULAC at the state or
13 local council level help its members get the
14 documentation or IDs necessary to vote under SB14?
15    A. At what level?
16    Q. At the state or local council level.
17    A. What the little -- what the councils do, I -- I
18 cannot tell you at all, because I don't have any
19 personal knowledge as to -- it's about 400 just in the
20 State of Texas, so I don't know what they do
21 individually. What -- what steps they take is up to
22 them, and there's no reporting up of what is taken
23 either. So there's no like -- I can sit down and read
24 what local council No. 1 out of Corpus Christi have done
25 regarding anything, so -- because it's just not

**51**

1 required.
2    Q. Is advancing the political influence of the
3 Hispanic population of the United States part of LULAC's
4 stated mission?
5    A. Say that again.
6    Q. I'm just reading from the Web site here. Is
7 advancing the political influence of the Hispanic
8 population of the United States part of LULAC's stated
9 mission?
10    A. Where are you reading from?
11    Q. On the first page of Exhibit 4, under
12 Paragraph 2, it states, "What is LULAC's mission," and
13 one of those things listed there is "political
14 influence." So I'm asking --
15    A. Yes.
16    Q. -- is the advancement of the political
17 influence of the Hispanic population of the United
18 States part of LULAC's stated mission?
19    A. Yes. It's right there.
20    Q. Okay. So would helping people to vote, by way
21 of educating them on voting requirements or helping them
22 get the documentation necessary to vote, would that
23 be -- would that constitute the advancing the political
24 influence of the Hispanic population of the United
25 States?

**52**

1     MR. BARON: Objection; form.
2     THE WITNESS: I don't know what constitute
3 political influence. There are many ways of political
4 influence. So I -- at a specific event that is
5 categorized as a political influence, I don't know. I
6 couldn't tell you.
7    Q. (BY MR. TATUM) Does LULAC assist voters during
8 elections?
9    A. How?
10    Q. Do they give rides to the polling places?
11    A. Not that I'm aware of.
12     MR. BARON: Object; form. Anyway -- I
13 mean, I'm not trying to be argumentative here, Steve,
14 but I -- when you're asking questions like that about
15 logistics and things of that nature, it would be
16 helpful, if you would distinguish between the
17 Texas organization that he's here on behalf of, or if
18 you want to know what -- I think he's already told you
19 that he doesn't know what the various individual
20 councils might do.
21     MR. TATUM: Okay.
22     MR. BARON: So you can either ask both
23 questions or something, you know, but I -- I mean, I
24 think the point -- and I'm not trying to mess the record
25 up. But I think his point would be that the state

**53**

1 organization doesn't do any of that.
2     THE WITNESS: We state do not participate
3 on transporting anybody anywhere for any reason, no
4 matter what the situation is.
5    Q. (BY MR. TATUM) But locally the councils may?
6    A. Maybe -- maybe a little council helps his own
7 family members or friends or encourage voting and -- but
8 I cannot tell you what activities.
9    Q. Okay. How are we doing on time? Do we need to
10 take a break, or is everyone doing all right?
11     MR. BARON: I'm fine. It's up to him.
12     THE WITNESS: I need to make a two-second
13 phone call.
14     MR. BARON: Why don't we take a little
15 five-minute break. It's five minutes after 5:00.
16     (Off the record)
17    Q. (BY MR. TATUM) Mr. Ortiz, is LULAC as an
18 organization harmed by SB14?
19     MR. BARON: Objection; form.
20     THE WITNESS: I cannot tell you. I don't
21 think I -- I have -- I don't think I can answer that,
22 because LULAC doesn't vote, so I don't know -- don't try
23 to be sarcastic, but I just do not know what you mean by
24 "harm." That's what I'm saying.
25    Q. (BY MR. TATUM) Does LULAC contend that the

Miguel Ortiz - 8/14/2014

54

1  implementation of SB14 has forced LULAC to divert any of
2  its resources towards certain activities -- resources
3  that could have been spent elsewhere?
4       A.   Divert LULAC to this lawsuit, so...
5       Q.   Other than this lawsuit, has LULAC been forced
6  to divert any of its resources specifically to
7  SB14-related activities?
8       A.   At what level?
9       Q.   At the state level.
10      A.   I cannot answer that.  I don't know what the
11 arrangement is.
12      Q.   Do you know -- do you know if any LULAC local
13 councils have had to divert any of its resources towards
14 SB14-related activities?
15      A.   I don't have personal knowledge of that.
16      Q.   Does LULAC contend that SB14 was enacted with a
17 discriminatory purpose?
18      A.   Can you -- can you repeat it?
19      Q.   Sure.  Does LULAC contend that SB14 was enacted
20 with a discriminatory purpose?
21           MR. BARON:  Object to form.  Legal
22 conclusion.
23           THE WITNESS:  LULAC is contending what is
24 on the pleadings.  I don't think I have the -- what the
25 contentions are.  LULAC is contending exactly what is on

55

1  the pleadings.  Right now, I cannot deviate from that
2  because it's what is on the pleadings.  I mean, unless
3  you want to ask me a different way, but --
4       Q.   (BY MR. TATUM)  Well, sure.  I'll ask you --
5       A.   The only thing I can contend is what is on the
6  pleadings.
7       Q.   Okay.  Well, let's look at the pleadings.  I
8  believe the complaint is Exhibit --
9       A.   Three.
10      Q.   -- 3.  Do you have it in front of you?
11      A.   Yes, sir.
12      Q.   On the first page of that complaint, I'm
13 looking at the first paragraph which states that "The
14 State of Texas has a long notorious history of
15 disenfranchising voters by various methods and
16 discriminating against classes of voters, especially on
17 account of race and ethnicity.  Senate Bill 14 of 2011
18 is another effort to achieve those unlawful ends."  Do
19 you see those sentences?
20      A.   Yes, sir.
21      Q.   Did I read them accurately?
22      A.   That's what it says in the pleadings.
23      Q.   Can you tell me how Senate Bill 14
24 disenfranchises voters?
25      A.   Specifically --

56

1            MR. BARON:  I'm going to object.  I'm
2  going to object on the basis that he's here as a
3  30(b)(6) witness, not as a expert witness on the effects
4  of SB14.
5            Subject to that objection, if you have a
6  response, you can make it.
7            THE WITNESS:  I don't -- I don't think I
8  have any -- I don't know.  I don't think I can give you
9  any answer as to -- do you want me to tell you what --
10 whether Texas has a notorious history of
11 disenfranchising voters?  Is that what you want me to
12 tell you?
13      Q.   (BY MR. TATUM)  Do you believe that to be true?
14      A.   I believe it's true.
15      Q.   And can you tell me what that belief is based
16 on?
17      A.   Well, we have a long history of case law.
18           MR. BARON:  And, again, I'm going to
19 object just to the extent that this seems to be outside
20 the scope of what a 30(b)(6) deposition is for.
21           MR. TATUM:  Well, it's -- and I would
22 respond that this is a allegation made in the complaint,
23 and the notice of this deposition specifically has a
24 topic that relates to the allegations made in the
25 complaint.

57

1            MR. BARON:  Absolutely.  I understand.
2  And, of course, I've objected to that particular
3  category.  But, again, subject to the objection that --
4  the objection is I think it's, you know, outside the
5  scope of 30(b)(6).  I also --
6            THE WITNESS:  I think that's --
7            MR. BARON:  Just for the record, the
8  witness is being presented here as a 30(b)(6) deponent
9  on behalf of LULAC and not as an expert witness.  And
10 subject to that objection, feel free to answer.
11           THE WITNESS:  I think -- I think that's
12 your question No. 1.  That's your point No. 1 on the
13 depo that I told you that I really -- I don't have
14 any -- at the beginning specifically said that we don't
15 have any opinion or personal knowledge in my hands to
16 provide you -- I don't have any information in my hands
17 to provide you answers to that request that you have for
18 No. 1.
19      Q.   (BY MR. TATUM)  Okay.  So just for the record,
20 with regard to matter No. 1, you are unable to give
21 testimony regarding the factual basis of LULAC's claims
22 or defenses in this lawsuit?
23      A.   Other than what is on the pleadings, you know,
24 that's what -- at least what is on the pleadings, that's
25 our factual basis and claims in this case.  I don't

58

1  think we have any defenses.  In my -- I mean, I cannot
2  tell you that.  You've got to...
3      Q.  But you've been designated by LULAC to testify
4  on its behalf today.  Correct?
5      A.  Under the 30(b)(6).  Yes.
6      Q.  Okay.  Does LULAC contend that SB14 was enacted
7  with discriminatory intent?
8      A.  If I go by the pleadings, the answer to your
9  question is yes.
10      Q.  And do you know on what basis LULAC makes that
11  claim?
12      A.  Again, I think that will be experts.  I mean, I
13  don't -- I don't have any --
14          MR. BARON:  Same objection.  Object to the
15  last question as being outside the scope of 30(b)(6).
16          THE WITNESS:  Do you want -- I'll be
17  honest with you.  I --
18          MR. BARON:  Calls for a legal conclusion.
19      Q.  (BY MR. TATUM)  Would you -- in answer to that
20  question, would you just -- are you saying that you
21  would defer to what's written in the pleadings?
22      A.  I would defer from the pleadings and the file,
23  the records, exhibits, experts.
24      Q.  Okay.  So sitting here today, you're unable to
25  tell me what LULAC believes is discriminatory about

59

1  SB14.  Is that correct?
2          MR. BARON:  Same objection.  Of course, I
3  think this question is now repetitious, but it does seem
4  to be outside the scope of a 30(b)(6) deposition.  And
5  calls for legal conclusions.
6          And subject to that objection, you can go
7  ahead and answer and --
8          THE WITNESS:  If I read the pleadings,
9  LULAC believes that the requirement of -- the additional
10  requirement of an ID, aside from the voter registration
11  card, is a discriminatory against Hispanics.  That's
12  what LULAC believes.
13      Q.  (BY MR. TATUM)  And did you read that from the
14  pleading?
15      A.  No.  I'm not reading from any specific portion.
16  I'm telling you my short answer from the pleadings, or
17  from what I know.
18      Q.  And that belief that you just described, can
19  you tell me why LULAC believes that?
20      A.  What did LULAC believe as an organization that
21  is discriminatory?
22      Q.  Yes.
23      A.  I don't -- I don't know.  I'm -- I'm baffled by
24  the word "belief," because they believe that it's
25  discriminatory, the requirement of asking for an

60

1  additional ID imposed by SB14, aside from the voter
2  registration card is -- affects Hispanics and is
3  targeted and is designed to affect the Hispanic
4  population in the state of Texas.
5      Q.  Are you familiar with the requirements of SB14?
6      A.  Of the IDs that they need?
7      Q.  Yes.
8      A.  I'm -- I'm generally familiar what they need.
9      Q.  Can you tell me what IDs are required under
10  SB14?
11          MR. BARON:  I'm going to register the same
12  objection.  I mean, seriously, these kind of fact-based
13  questions seem to be now way outside the scope of a
14  30(b)(6) deposition.  And, certainly, I don't understand
15  the relevance of this witness's personal knowledge about
16  the requirements of SB14.  And, of course -- of course
17  there's -- I think there's something like 17 expert
18  reports that have been provided and countless documents
19  and other testimony that all would seem to be a better
20  source of information for the answers to these questions
21  than Mr. -- than our 30(b)(6) designee here.
22          Subject to that objection, tell him what
23  you know about Senate Bill 14.
24          THE WITNESS:  The ID requirements?
25      Q.  (BY MR. TATUM)  Yes.

61

1      A.  There needs to be either a DPS issue, military
2  ID.  Current, nonexpired.
3          THE REPORTER:  Current --
4          THE WITNESS:  Non --
5          THE REPORTER:  NonHispanic.
6          MR. BARON:  Oh, no.  No.  No.
7          THE REPORTER:  Nonexpired.
8          THE WITNESS:  Nonexpired.
9          THE WITNESS:  Military or any ID, it needs
10  to be current.  I mean, it's right here on Page 9, so --
11  US government employee, which is military ID, Texas
12  concealed weapons permit, US passport, and a election
13  identification certificate.
14      Q.  (BY MR. TATUM)  What's commonly known as an
15  EIC?
16      A.  Yeah.
17      Q.  Mr. Ortiz, are you -- do you agree that the
18  requirements of SB14 apply equally to all Texas citizens
19  regardless of race?
20      A.  I don't know --
21          MR. BARON:  Same objection -- hold on a
22  second.
23          Do you have the objection?  Same -- I
24  mean, if I say -- I mean, do I need to state it every
25  single time now?

Miguel Ortiz - 8/14/2014

**62**

1 THE REPORTER: If you same "same
2 objection," I'm going to type "same objection." So
3 unless you -- I mean, then you could go up and refer,
4 but I just take down what you say.
5 MR. BARON: In the interest of moving this
6 along, you'll agree that it's the same objection that I
7 made to the previous question?
8 MR. TATUM: Yes.
9 MR. BARON: Okay. And then if it changes,
10 I'll restate it differently. Same objection as to the
11 previous question.
12 Thank you. I appreciate that, Stephen.
13 MR. TATUM: Sure.
14 THE WITNESS: What was the question again?
15 Q. (BY MR. TATUM) Would you agree that the
16 requirements of SB14 apply equally to all citizens
17 regardless of race?
18 A. The application of the law is made by
19 individuals, so I cannot -- I cannot answer that
20 question. How it's applied, that would be the people
21 who is applying it, so...
22 Q. Is there anything in the text of SB14 that
23 makes it applicable only to one race of people?
24 A. I don't know the whole language of the statute.
25 I have read it briefly, but I don't -- I have not read

**63**

1 the whole statute, so I cannot answer that question.
2 Q. Does LULAC contend that the Texas legislature
3 intended to harm any minority group by enacting SB14?
4 A. Texas legislature as a whole?
5 Q. Yes.
6 A. Or the people who voted in favor?
7 Q. Let's start with the people who voted in favor
8 of SB14.
9 A. So repeat your question again.
10 Q. Does LULAC contend that the Texas legislators
11 who voted for SB14 intended to harm any minority group?
12 A. I don't know what they intend or how each
13 individual person was acting. You know, the intent of
14 the legislature, I don't know what they intended
15 individually, so I don't know.
16 Q. Does LULAC contend that any of its members lack
17 any of the acceptable forms of ID under SB14?
18 A. Are you talking about any of the hundred
19 thousand people?
20 Q. (BY MR. TATUM) And let me just ask first, when you say
21 100,000 members, are there 100,000 members of the
22 national LULAC, or are there 100,000 members of the
23 Texas LULAC?
24 A. No. The national is composed of about a
25 hundred thousand.

**64**

1 Q. Okay. And do you know how many of those
2 hundred thousand members are Texas residents?
3 A. I cannot tell you an exact number. I can tell
4 you that we are the biggest -- but if you divide the
5 organization by state, then Texas is the biggest
6 membership.
7 Q. Can you put a percentage on that?
8 A. I don't know. I cannot tell you. Maybe
9 30 percent, 40 percent.
10 Q. But Texas has -- amongst all the states, Texas
11 has the largest percentage of LULAC members?
12 A. Yes.
13 Q. Okay. Does LULAC contend that any of its
14 members who reside in Texas lack any of the acceptable
15 forms under -- of ID under SB14?
16 A. I have no personal knowledge of whether those
17 members do or don't.
18 Q. Are you able to identify one member of LULAC
19 that does not have any of the acceptable forms of ID
20 under SB14?
21 A. I have -- I have no personal knowledge of
22 whether they -- if they have, I have no personal
23 knowledge.
24 Q. Okay. Do you know how many members of LULAC do
25 not have any of the documents necessary to get an EIC?

**65**

1 A. I don't have any personal knowledge about it.
2 Q. Are you able to identify any members of LULAC
3 who do not have any of the documents necessary to get an
4 EIC?
5 A. When you said "able," can you explain that?
6 Now? Later? Yesterday?
7 Q. Currently. Are you currently able to identify
8 any member of LULAC who does not have the ability or
9 does not have any of the documents necessary in order to
10 obtain an EIC?
11 A. I cannot answer that question.
12 Q. Do you know if any -- any members of LULAC have
13 attempted to get an EIC?
14 A. I have no personal knowledge whether they have
15 or not.
16 MR. BARON: Let's go off the record.
17 THE REPORTER: Is that okay to go off?
18 MR. TATUM: Yeah. Yeah. That's fine.
19 (Off the record)
20 Q. (BY MR. TATUM) Mr. Ortiz, can you identify any
21 member of LULAC who has attempted to get an NI -- who
22 has attempted to get an EIC?
23 A. Can you give me time frames on that?
24 Q. Ever.
25 A. Then, I don't know.

Miguel Ortiz - 8/14/2014

66

1     Q.   Is LULAC able to specify a specific instance in
2   which a LULAC member attempted to obtain an acceptable
3   form of ID under SB14 but was unable to?
4     A.   I can't answer that.
5           MR. BARON:  Object; form.
6     Q.   (BY MR. TATUM)  Does LULAC contend that SB14
7   makes it impossible for anyone to vote?
8           MR. BARON:  Objection; form --
9           THE WITNESS:  Contend --
10          MR. BARON:  -- to the use of the word
11  "impossible."
12          THE WITNESS:  LULAC contends that
13  legislation intended to affect voting rights of the
14  Hispanic community and the minorities by enacting State
15  Bill 14.
16          MR. BARON:  Senate Bill 14.
17          THE WITNESS:  Yeah.  I mean -- sorry.
18  Senate Bill.
19          (Laughter)
20    Q.   (BY MR. TATUM)  Can you tell me what that
21  contention is based on?
22    A.   Based on the requirement that the Senate
23  Bill 14 asks for an additional identification other than
24  the voter registration card to be able to vote.
25    Q.   And does LULAC agree that that requirement

67

1   applies to all Texas registered voters?
2     A.   I don't know what the application of the law
3   is.  So I cannot answer that.
4     Q.   Can you identify any LULAC members who have not
5   been able to vote in an election because of SB14?
6     A.   I can't -- I don't have personal knowledge of
7   that.
8     Q.   Do you know if any LULAC members have chosen
9   not to vote in an election because of SB14?
10    A.   I don't -- I don't have personal knowledge of
11  that.
12    Q.   Can you identify a member of LULAC who as of
13  June 26th, 2013, had been injured as a result of the
14  implementation of SB14?
15          MR. BARON:  Objection; form.
16          THE WITNESS:  What do you mean by injury?
17          MR. BARON:  Form, "injured."
18    Q.   (BY MR. TATUM)  Let me restate it.  Can you
19  identify a LULAC member who as of June 26th, 2013, had
20  been harmed in any way as a result of the implementation
21  of SB14?
22    A.   I don't have personal knowledge of that, so I
23  can't answer that question.
24    Q.   Can you identify a member of LULAC who as of
25  August 22nd, 2013, had been harmed in any way as a

68

1   result of the implementation of SB14?
2           MR. BARON:  Object; form.
3           THE WITNESS:  I don't have any personal
4   knowledge of that.
5     Q.   (BY MR. TATUM)  Can you identify any LULAC
6   member who as of December 6th, 2013, had been injured --
7   had been harmed in any way as a result of the
8   implementation of SB14?
9           MR. BARON:  Object; form, vague.
10          THE WITNESS:  I don't have -- I can't -- I
11  don't have any personal knowledge.
12    Q.   (BY MR. TATUM)  Can you identify any LULAC
13  member who as of today's date has or may be harmed in
14  any way by the implementation of SB14?
15    A.   What do you mean?
16          MR. BARON:  Object to form; vague.
17          THE WITNESS:  Can you -- can you --
18    Q.   (BY MR. TATUM)  I'll break that into two
19  questions, how about that.
20          Can you identify any LULAC member who as
21  of today's date has been harmed in any way by the
22  implementation of SB14?
23          MR. BARON:  Objection; form.
24          THE WITNESS:  I have no personal
25  information.

69

1           MR. BARON:  Vague.
2           THE WITNESS:  I have no personal knowledge
3   of that.
4     Q.   (BY MR. TATUM)  Can LULAC currently identify a
5   single member of its organization who has been or may be
6   injured as a result of the implementation of SB14?
7           MR. BARON:  Object; form, vague.
8           THE WITNESS:  LULAC doesn't keep or
9   maintain records specifically specifying none of these
10  questions you asked me.  We don't maintain records of
11  that.  There is not a requirement to maintain records of
12  that, or there's no way for me to know that because the
13  membership is so big, that if someone is affected, then
14  I don't -- I don't have any personal knowledge of that.
15    Q.   (BY MR. TATUM)  So would you say that LULAC
16  does not have sufficient membership information to allow
17  it to identify a member that does not possess an SB14
18  identification?
19    A.   What is SB14 identification?
20    Q.   Any form of ID that's required to vote under
21  SB14.
22    A.   Can you repeat it again?
23    Q.   Sure.  Would you say that LULAC does not have
24  sufficient membership information to allow it to
25  identify a member of LULAC who does not have an

70

1 acceptable form of ID under SB14?
2     A.  I don't understand your question.
3     Q.  We talked about the forms of ID that are
4 required under SB14 previously --
5     A.  Right.
6     Q.  -- and I believe you identified the types of ID
7 that are required to vote under SB14.
8     A.  Right.
9     Q.  Do you recall that testimony?
10    A.  That is they are required by SB14 in order to
11 be able to vote?
12    Q.  Yes.
13    A.  Yes.
14    Q.  Are you familiar with those IDs that SB14
15 requires in order to votes?
16    A.  I'm not -- I'm not familiar.  I've never seen
17 what -- I've never seen the election identification
18 certificate.  I've never seen one of those.  So I don't
19 know what it requires for me to obtain one of those or
20 how it looked like.  I mean, I know what a driver's
21 license is, and I know a military because I have one, or
22 I had one, and I know what a passport is because I have
23 one.  But I don't know election identification
24 certificate is.  Never seen it.  Do not know.
25        MR. TATUM:  Do you know where we are?

71

1        THE REPORTER:  I think 5 is the next one.
2        MR. TATUM:  Five is the next one?
3        THE REPORTER:  Yeah.  You don't have a
4 No. 5 there, do you?
5        THE WITNESS:  No.  No.
6        MR. TATUM:  I think you're right.  I think
7 it's 5.
8        THE REPORTER:  Okay.
9        MR. TATUM:  I've got a 4 is the last one
10 I've got.
11        (Exhibit No. 5 marked)
12    Q.  (BY MR. TATUM)  Okay.  Mr. Ortiz, I am handing
13 you what's been marked as Exhibit 5.  Mr. Ortiz, I
14 represent to you that this is a print off or a screen
15 capture printout from the Web site of the Texas
16 Department of Public Safety.  I printed this off on
17 July 30th of this year.
18        Can you tell me what it says there at the
19 top of this page in bold letters?
20    A.  I'm assuming you're referring to the title, not
21 to the "Texas Department of Public Safety."  Right?
22    Q.  Yes.  Below that.
23    A.  "Election Identification Certificate."
24    Q.  Okay.
25    A.  EIC.

72

1     Q.  Can you read the language below that, beginning
2 with "Texas voters must show..."
3     A.  "Texas voters must show photo ID to vote in
4 elections in Texas unless you are exempt.  See
5 exemptions below."
6     Q.  Will you read the next paragraph, please?
7     A.  (As read), "If you do not have any of the
8 following acceptable forms of ID, beginning June 26,
9 2013, you may apply for an election identification
10 certificate at no charge.  However, if you already have
11 any of the following forms of ID, you are not eligible
12 for EIC."  Do you want me to read the whole thing?
13    Q.  Not yet.  I'm going to stop you there.
14 Mr. Ortiz, I represent to you that the forms of ID that
15 are listed below here are all acceptable forms of ID
16 under SB14, and I represent to you that pursuant to what
17 you just read, if you have any of these forms of ID, you
18 are not eligible to receive an EIC.  But if you don't
19 have any of these forms of ID, you are.
20        Do you have any reason to believe that
21 what I've told you or what's contained on this page is
22 inaccurate?
23    A.  I mean, it says it there, so I don't know what
24 accuracy of the document is, but --
25    Q.  Okay.

73

1     A.  -- I have no reason to dispute it either.
2     Q.  Okay.  Will you read for me, please, the forms
3 of ID that are listed in those bulleted points there on
4 Page 1?
5        MR. BARON:  I'm going to object to this
6 line of questioning.  I mean, the document, first of
7 all, speaks for itself.  I don't know why we need to
8 waste time having him read them.  And, second of all,
9 how is this relevant at all to his being here as a
10 representative of LULAC pursuant to a 30(b)(6)?  If you
11 have some questions that are related to that --
12        MR. TATUM:  Well, these are relevant
13 because these are the forms of ID that are required
14 under SB14, the law that's the subject of this lawsuit.
15 LULAC is part of a group that's suing the State because
16 of this law.  He's here to represent the beliefs and
17 contentions of LULAC.  I'm trying to establish whether
18 or not he understands what SB14 requires.  And these are
19 setup questions that are leading to my next question
20 regarding its membership.
21        MR. BARON:  Well, let's ask the membership
22 question, then.
23        MR. TATUM:  Well, I tried, and he said he
24 didn't understand what I meant by forms of ID under
25 SB14.  So I'm trying to clear that up.

74

```
 1          MR. BARON:  Okay.  We've shown him.  He's
 2  got them in front of him.
 3          MR. TATUM:  For the record, I would
 4  just --
 5          THE WITNESS:  I said that I don't know
 6  what a EIC is.
 7     Q.  (BY MR. TATUM)  Correct.  And you've also --
 8     A.  I've not seen one.
 9     Q.  Okay.  And you've also stated that you weren't
10  sure what I meant by forms of ID under SB14, and I
11  represent to you that the forms of ID listed here on
12  this page are the forms of ID that are required to vote
13  under SB14, in addition to an EIC.
14     A.  Okay.
15     Q.  So based on what's on this page, would you
16  agree that the acceptable forms of ID under SB14 are a
17  Texas driver's license, a Texas personal ID card, a
18  Texas concealed handgun license, a US passport book or
19  card, a US military identification with photo, a US
20  citizenship certificate or certificate of naturalization
21  with photo and an EIC.
22     A.  Okay.
23     Q.  Okay.  So having established what the required
24  forms of ID are under SB14, is it your testimony that
25  LULAC does not have sufficient membership information to
```

75

```
 1  allow it to identify a member that does not possess an
 2  SB14 identification?
 3     A.  No.
 4     Q.  That is not your testimony?
 5     A.  No.
 6     Q.  So is LULAC able to identify a LULAC member
 7  that does not possess an acceptable form of ID under
 8  SB14?
 9     A.  What you asked me before was not what you asked
10  me now.  You asked me whether LULAC can at some point
11  identify -- that it cannot at some point identify -- we
12  can go back on the record and read it, but the way you
13  asked me before, the answer to that is no.
14     Q.  Okay.  I'm going to start over because now I'm
15  confused.
16     A.  You can read it from the record.
17     Q.  We can if we want, but let's just start over.
18     A.  Okay.  Go.
19     Q.  Can LULAC identify a member of LULAC who does
20  not possess an acceptable form of ID under SB14?
21     A.  What period?  Past, present, or future?
22     Q.  As we sit here.
23     A.  Okay.
24     Q.  Currently.
25     A.  Okay.  I don't know.  I cannot tell you whether
```

76

```
 1  they can or cannot.
 2     Q.  And can you not tell me whether they can or
 3  cannot -- is the reason you can't tell me because LULAC
 4  does not have sufficient membership information to allow
 5  it to identify a member that does not possess an SB14
 6  ID?
 7     A.  Well, when -- when LULAC members filed the
 8  application for membership, there is not a specific
 9  question whether they have any form of ID.  So what is
10  going to allow them to identify it in the future would
11  rely on the lawyers and experts and the team that are
12  representing LULAC in this to do that.  If that answers
13  your question.  I'm not sure.
14     Q.  Does LULAC maintain a list of its membership?
15     A.  I believe so.  Yes.
16     Q.  And from that list is LULAC able to determine
17  if any of its members have an acceptable form of ID as
18  required by SB14?
19     A.  There is not a specific field on the
20  application for that particular -- so the answer to that
21  would be no, if I look at the membership list.
22     Q.  Okay.  So then would you agree that LULAC does
23  not maintain sufficient membership information to allow
24  it to determine whether or not a LULAC member has a
25  acceptable form of ID under SB14?
```

77

```
 1     A.  I don't have any personal knowledge of that.
 2  The only thing I can tell you is what is required for
 3  membership.  We don't ask for ID.
 4     Q.  On June 26, 2013, could LULAC identify a member
 5  of its organization that did not possess an acceptable
 6  form of ID under SB14?
 7     A.  I don't have any personal knowledge of that.
 8     Q.  On August 22nd, 2013, could LULAC identify a
 9  single member of its organization that did not possess
10  an acceptable form of ID under SB14?
11     A.  I don't have any personal knowledge.
12     Q.  On December 6, 2013, could LULAC identify a
13  single member of its organization that did not possess
14  an acceptable form of ID under SB14?
15     A.  I have no personal knowledge of that.
16     Q.  As of today's date, August 14, 2014, can LULAC
17  identify a single member of its organization who did not
18  possess an acceptable form of ID under SB14?
19     A.  I have no personal knowledge of that.
20     Q.  As of today's date, August 14th, 2014, can
21  LULAC identify any member of its organization who has
22  suffered harm at any point in any way because of SB14?
23          MR. BARON:  Object; form, vague,
24  overbroad.
25          THE WITNESS:  What -- I don't define what
```

Miguel Ortiz - 8/14/2014

78

1  "harm" is, so I -- I can't answer that question.  I
2  don't have personal knowledge as to any harm.
3      Q.  (BY MR. TATUM)  Does LULAC support the idea
4  that only registered voters should be allowed to vote?
5      A.  We have never discussed that particular
6  question, so I -- I don't know.
7      Q.  LULAC does not have a position on that issue?
8          MR. BARON:  Objection; form.
9          THE WITNESS:  I don't know.
10          MR. BARON:  That misstates his testimony.
11          THE WITNESS:  I mean, I have never been in
12  the presence of the discussion of that particular
13  subject, so I don't have any knowledge of that.
14      Q.  (BY MR. TATUM)  Does LULAC believe that Texas
15  should make sure that people attempting to vote are
16  registered voters?
17      A.  Repeat that again.
18      Q.  Does LULAC believe that Texas should make sure
19  that people attempting to vote are registered voters?
20      A.  I don't know what Texas should make sure --
21  what Texas -- I don't know what Texas should do or not
22  do.  If you are eligible to vote, you should vote.  So
23  that's the opinion of LULAC.
24      Q.  Does LULAC believe that a person should not
25  vote or attempt to vote in the name of someone else?

79

1      A.  Does LULAC believe -- say that again.
2      Q.  Sure.  Does LULAC believe that a person -- a
3  person should not vote or attempt to vote in the name of
4  someone else?
5      A.  LULAC believes one person, one vote.  And if
6  you are eligible to vote, you should be able to vote.
7      Q.  And does LULAC believe that Texas should make
8  sure that a person who is attempting to vote is who they
9  say they are?
10      A.  I don't know.  I cannot answer that question.
11      Q.  Does LULAC acknowledge that voter fraud exists?
12      A.  We have never discussed -- I have never
13  discussed it with anyone, so I cannot tell you the
14  answer to that particular question.
15          Whether -- whether it exists or not, I --
16  I personally do not know, so...
17      Q.  Do you believe that voter fraud exists?
18      A.  Me personally?
19      Q.  Sure.
20      A.  I believe that it happened before, based on
21  what I read, case law and things like that.
22      Q.  Do you believe that voter fraud should be
23  illegal?
24      A.  I think it's illegal.
25      Q.  Do you believe it should be?

80

1      A.  Fraud -- any -- any fraud should be illegal,
2  not just voter fraud.  Any fraud.
3      Q.  Do you believe that requiring someone to prove
4  who they are when they're attempting to vote deters
5  voter fraud?
6          MR. BARON:  Object to form.
7          THE WITNESS:  I don't have the expertise
8  to tell you what -- what deterrence could be in place or
9  not.  I really cannot answer that.
10      Q.  (BY MR. TATUM)  Do you know if any member of
11  LULAC has ever communicated any allegation or concern to
12  LULAC relating to voter fraud?
13      A.  I don't have any personal knowledge of -- of
14  that.  I mean, it's the levels.  You know, it's -- it
15  happened in the lower level.  I have no personal
16  knowledge of that.
17      Q.  Do you know if LULAC has ever conducted any
18  kind of calculation or report or analysis relating to
19  voter fraud?
20      A.  I think you will have to ask that to the
21  lawyers who have accumulated all the experts, graphics,
22  I guess.
23      Q.  Okay.  I'm just asking --
24      A.  Statistics, things like that that they have.  I
25  don't --

81

1      Q.  To your knowledge, has LULAC ever conducted any
2  kind of study, analysis, or report in relation to voter
3  fraud?
4      A.  You're talking about paid and sponsored by
5  LULAC?
6      Q.  Have they conducted one themselves?
7      A.  I don't know.  I really don't know.
8      Q.  Have they ever paid someone else to conduct
9  such a study for them?
10      A.  I don't think that -- you're going to have
11  to -- whomever is paying the experts on this case.  I
12  don't know.
13      Q.  I'm asking you.  I'm not --
14          MR. BARON:  Independent of this lawsuit, I
15  guess, is what he's asking.  Other than what may have
16  been done by your attorneys.
17          THE WITNESS:  No, not that I know.
18      Q.  (BY MR. TATUM)  Okay.  Do you know if any
19  member of LULAC has ever expressed support for voter ID
20  laws?
21      A.  Which particular law?
22      Q.  Any law relating to voter identification
23  requirements.
24      A.  In general terms like that --
25          MR. BARON:  Objection; form.

Miguel Ortiz - 8/14/2014

82

1      THE WITNESS:  -- I -- I -- I don't -- I do
2  not know in general terms.  I mean --
3      Q.  (BY MR. TATUM)  Okay.
4      A.  -- it's been, what, 200 years of laws, votes --
5  I don't know.
6      Q.  Do you know if any member of LULAC has ever
7  expressed support for SB14?
8      A.  I don't know that.
9      Q.  Do you know if LULAC as an organization has
10  ever supported a voter identification bill?
11      A.  I -- I -- I don't.  I do not know that.
12      Q.  Are you aware that the United States of America
13  is a party to this lawsuit?
14      A.  If I knew?
15      Q.  Yes, sir.  Are you aware of that?
16      A.  Yes.
17      Q.  Are there any interests of LULAC that LULAC
18  feels are not adequately represented by the United
19  States of America in this lawsuit?
20      A.  Repeat that.
21      Q.  Sure.  I'll state it another way.  Does LULAC
22  believe that the United States of America does not
23  adequately represent the interests of LULAC in this
24  lawsuit?
25      MR. BARON:  Objection; form, vague.

83

1      THE WITNESS:  I don't think -- I don't
2  think the United States of America is representing
3  LULAC.  I think they're a plaintiff, also.
4      Q.  (BY MR. TATUM)  And do you --
5      A.  If I read the -- if I read the pleadings
6  correctly, I think they're also plaintiffs in this
7  case.
8      Q.  Sure.  I'm not asking whether or not the United
9  States represents LULAC.  My question is, does LULAC
10  believe that its interests are not adequately
11  represented by the United States in its involvement in
12  this lawsuit?
13      MR. BARON:  Objection; form.  It also
14  seems to call for a legal conclusion.
15      THE WITNESS:  The way I understand it, I
16  don't think the United States is representing any
17  interest that LULAC has.
18      Q.  (BY MR. TATUM)  Okay.
19      A.  I mean, I'm talking about us lawyer, that
20  they're not --
21      Q.  Okay.
22      A.  They're plaintiffs.
23      MR. BARON:  He's just looking for his next
24  question.  Don't worry about it.
25      Q.  (BY MR. TATUM)  I've just got one more line of

84

1  questions that we've kind of already touched on, and
2  then I'll be done.
3      MR. BARON:  Okay.  We're here as long as
4  it takes for you to get done what you need to get done,
5  even though we would prefer it being sooner rather than
6  later.
7      MR. TATUM:  Believe me, I share that
8  preference.
9      Q.  (BY MR. TATUM)  Mr. Ortiz, does LULAC as an
10  organization claim that it is being harmed by SB14?
11      A.  The problem I have with that question that you
12  asked before is that LULAC is an organization, so LULAC
13  doesn't vote, so how can LULAC be harmed.
14      Q.  So is it your testimony that LULAC as an
15  organization is not harmed by SB14?
16      MR. BARON:  Object to form.
17      THE WITNESS:  That's not what I'm saying
18  is --
19      MR. BARON:  It calls for --
20      THE WITNESS:  I don't know how to answer
21  that question.
22      Q.  (BY MR. TATUM)  Does LULAC believe that it is
23  negatively impacted by the -- by the implementation of
24  SB14?
25      A.  LULAC believes that Senate Bill 14 affects the

85

1  right to vote to the Hispanic community and to the
2  minorities, and that's what LULAC believes.  That's why
3  LULAC is part of this lawsuit.
4      Q.  Does LULAC contend that the implementation of
5  SB14 has a negative impact on its resources, both
6  financial and other?
7      A.  Say that again.
8      Q.  Sure.  Does LULAC contend that the
9  implementation of SB14 has a negative impact -- and let
10  me -- let me back up.
11      Does LULAC contend that the implementation
12  of SB14 has a negative effect on the resources of LULAC?
13      MR. BARON:  I'm going to object.  I think
14  this is repetitious, but go ahead and answer it.
15      THE WITNESS:  Well, LULAC is involved in
16  this lawsuit, so, of course, it affects the resources
17  that LULAC have.
18      Q.  (BY MR. TATUM)  Outside of this lawsuit, has
19  SB14 had a negative impact on the resources of LULAC,
20  aside from anything dedicated towards the litigation of
21  this lawsuit?
22      MR. BARON:  I'm going to object to the
23  form of that question because I'm not sure how you can
24  separate that out, but subject to that objection...
25      THE WITNESS:  My question is just the

Miguel Ortiz - 8/14/2014

86

1  same -- I mean, my answer is the same.  LULAC, its
2  resources and -- is impacted by the suit because they
3  are a plaintiff in this lawsuit.  And the only way --
4  SBC was implemented, and LULAC got involved.  So LULAC
5  is affected by expending their resources to defend the
6  minority -- the rights of the minorities just because of
7  the impact that SB14 has on minorities for the right to
8  vote, including Hispanics.
9        Q.  (BY MR. TATUM)  Does LULAC contend that the
10  resources that it is having to devote towards this
11  lawsuit are affecting its ability to fulfill its
12  mission?
13        A.  The mission of LULAC is exactly what is
14  happening here.  Protect the rights of minorities.  If
15  those rights -- civil rights are affected the way LULAC
16  believes Senate Bill 14 affects the minorities right
17  now.
18        Q.  So is LULAC pursuing this lawsuit in
19  furtherance of its mission?
20        A.  Yes.
21        Q.  Mr. Ortiz, I don't have any other questions for
22  you today.  Before we go off record, is there anything
23  regarding any of your answers today that you would like
24  to clarify or amend?
25        A.  No.

87

1           MR. TATUM:  I pass the witness.
2           MR. BARON:  We will reserve our questions
3  of Mr. Ortiz until trial.  I'm sure he's looking
4  forward.
5           MR. TATUM:  Mr. Ortiz, thank you very
6  much.  We can go off the record.
7           THE REPORTER:  For the record, counsel
8  have stipulated custody of the original transcript of
9  the deposition and exhibits marked will be maintained by
10  Mr. Tatum.
11           Do counsel have anything further to add to
12  the record?
13           MR. TATUM:  Well, real quick, Eric, did
14  you have anything for Mr. Ortiz?
15           MR. RICH:  No questions.  Thank you.
16           MR. TATUM:  Okay.  Do you want that to be
17  on the record or --
18           MR. RICH:  That's all right.
19           MR. BARON:  I want the -- I want the
20  original sent to me.  I don't want to waive signature.
21           THE REPORTER:  You do want to waive or do
22  not?
23           MR. BARON:  I do not.
24           THE REPORTER:  Okay.
25           MR. BARON:  Send me the original for him

88

1  to review.
2           THE REPORTER:  Got it.  Okay.  Thank you.
3           (Deposition concluded at 6:08 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

89

1                    CHANGES AND SIGNATURE
2  PAGE/LINE  CHANGE                    REASON
3  _____
   _
4  _____
   _
5  _____
   _
6  _____
   _
7  _____
   _
8  _____
   _
9  _____
   _
10 _____
   _
11 _____
   _
12 _____
   _
13 _____
   _
14 _____
   _
15 _____

Miguel Ortiz - 8/14/2014

90

```
1      I, MIGUEL ORTIZ, have read the foregoing deposition
2  and hereby affix my signature that same is true and
3  correct, except as noted above.
4
5      _____
6      MIGUEL ORTIZ
7
8  THE STATE OF _____)
9  COUNTY OF _____)
10
11     Before me, _____, on this
12  day personally appeared MIGUEL ORTIZ, known to me or
13  proved to me on the oath of _____ or through
14  _____ (description of identity card
15  or other document) to be the person whose name is
16  subscribed to the foregoing instrument and acknowledged
17  to me that he/she executed the same for the purpose and
18  consideration therein expressed.
19     Given under my hand and seal of office on this
20  _____ day of _____, _____.
21
22           _____
23           NOTARY PUBLIC IN AND FOR
24           THE STATE OF _____
25  My Commission Expires: _____
```

91

```
1      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
2          CORPUS CHRISTI DIVISION
3  MARC VEASEY, et al.,      )
                             )
4     Plaintiffs,            )
                             )
5  VS.              ) CIVIL ACTION
                    ) NO. 2:13-CV-00193
6  RICK PERRY, et al.,      )
                           )
7     Defendants.          )
8
9
           REPORTER'S CERTIFICATION
10
11         ORAL DEPOSITION OF
12             MIGUEL ORTIZ
13          AUGUST 14, 2014
14
15     I, Jodi Cardenas, TCRR, RPR, Certified
16  Shorthand Reporter in and for the State of Texas, hereby
17  certify to the following:
18     That the witness, MIGUEL ORTIZ, was duly sworn
19  and that the transcript of the deposition is a true
20  record of the testimony given by the witness;
21     I further certify that pursuant to FRCP Rule
22  30(f)(1) that the signature of the deponent:
23     _____ was requested by the deponent or a party
24  before the completion of the deposition and returned
25  within 30 days from date of receipt of the transcript.
```

92

```
1      If returned, the attached Changes and
2  Signature Page contains any changes and the reasons
3  therefor;
4      _____ was not requested by the deponent or a
5  party before the completion of the deposition.
6      I further certify that I am neither attorney
7  nor counsel for, related to, nor employed by any of the
8  parties to the action in which this testimony was taken.
9  Further, I am not a relative or employee of any attorney
10  of record in this cause, nor am I financially or
11  otherwise interested in the outcome of the action.
12     Subscribed and sworn to on this the _____ day
13  of _____, _____.
14
15
           _____
16         JODI CARDENAS, RPR, Texas CSR
           INTEGRITY LEGAL SUPPORT SOLUTIONS
17         3100 West Slaughter Lane, Suite A-101
           Austin, Texas 78748
18         (512) 320-8690
           (512) 320-8692 (fax)
19
20
21
22
23
24
25
```

## $

**$15** 29:9

**$30** 29:7,8,12
  30:16,21,23
  31:1,2,3,4,5

**$75** 29:6,11 30:19

## 1

**1** 4:3 13:22,24
  15:1,25 17:1 27:24
  50:24 57:12,18,20
  73:4

**10** 11:25

**100,000** 63:21,22

**11** 28:24 29:1

**14** 1:11,17 36:10 37:2
  55:17,23 60:23
  66:15,16,23 77:16
  84:25 86:16 91:13

**14th** 1:20 2:9 5:8
  77:20

**15** 17:8,10

**17** 60:17

**18** 29:16 30:8,13

## 2

**2** 4:4 14:6 15:3,5
  25:9 51:12

**2:13-CV-00193** 1:5
  91:5

**200** 82:4

**2000** 10:22,24

**2005** 17:15

**2010** 11:25

**2011** 36:10,18 37:3
  38:13 39:20,23
  40:19,23 55:17

**2013** 67:13,19,25 68:6
  72:9 77:4,8,12

**2014** 1:11,17 14:13
  77:16,20 91:13

**202** 2:15

**20530** 2:15

**209** 1:20 2:9

**21** 13:11,12

**22nd** 67:25 77:8

**242** 2:4

**25** 9:6

**26** 72:8 77:4

**26th** 67:13,19

**281** 2:5

**29** 15:25

**29th** 9:18

**2nd** 35:3

## 3

**3** 4:5 19:3,5 34:2
  55:10

**3:31** 1:17

**3:57** 5:9

**30** 9:6 29:1,4 64:9
  91:25

**30(b)(6** 56:3,20
  57:5,8 58:5,15 59:4
  60:14,21 73:10

**30(f)(1** 91:22

**305-0107** 2:15

**30th** 71:17

**3100** 92:17

**320-8690** 92:18

**320-8692** 92:18

**3rd** 14:13

## 4

**4** 4:6 15:20,21,23
  24:13,15 25:7 33:24
  51:11 71:9

**40** 64:9

**400** 50:19

**463-2110** 2:10

## 5

**5** 4:7 71:1,4,7,11,13

**5:00** 53:15

**50/50** 30:22

**512** 2:10 92:18

**517** 2:4

**534-2748** 2:5

**5th** 35:4

## 6

**6** 77:12

**6:08** 1:17 88:3

**67** 9:18

**6th** 68:6

## 7

**7254** 2:14

**75** 29:4

**77539** 2:5

**78701** 2:10

**78748** 92:17

**7th** 1:21 2:9 5:10

## 9

**9** 61:10

**914** 2:4

**950** 2:14

## A

**A-101** 92:17

**ability** 65:8 86:11

**able** 64:18 65:2,5,7
  66:1,24 67:5 70:11
  75:6 76:16 79:6

**above-styled** 1:16

**Absolutely** 57:1

**acceptable** 63:17

64:14,19 66:2 70:1
72:8,15 74:16
75:7,20 76:17,25
77:5,10,14,18

**account** 31:16 55:17

**accounting** 10:4

**accumulated** 80:21

**accuracy** 72:24

**accurate** 6:13 19:25
20:1

**accurately** 7:19,23
8:1 55:21

**Acevedo** 35:20

**achieve** 55:18

**achieving** 34:3

**acknowledge** 79:11

**acknowledged** 90:16

**acting** 63:13

**action** 1:5 91:5
92:8,11

**active** 9:20,22 10:21
46:16,20

**activities** 34:15,20
35:12,14,17 36:9
37:1 42:7
43:12,13,16 46:2
47:15,21 48:24 53:8
54:2,7,14

**actual** 13:14 46:19,20
47:10

**actually** 10:23 32:6
33:9 36:12,16 46:4
47:8,23 48:6

**add** 87:11

**addition** 13:19 74:13

**additional** 59:9 60:1
66:23

**address** 22:17 24:23

**adequate** 41:9,12

**adequately** 41:1

**advancement** 51:16

**advancing** 51:2,7,23

**advice** 12:11

**advise** 12:7 13:3,18
36:1

**adviser** 11:15,16
12:5,14 36:20,23

**advocacy** 34:19,20
35:10

**advocacy-related**
35:17 36:9

**advocate** 25:14

**advocating** 32:21
49:24

**affect** 22:19 33:17
60:3 66:13

**affected** 24:5 35:9
69:13 86:5,15

**affecting** 35:7 86:11

**affects** 12:8 24:7
27:18 40:14 48:10
50:3 60:2 84:25
85:16 86:16

**affix** 90:2

**afternoon** 5:6

**against** 24:7 40:13
55:16 59:11

**age** 30:8

**ago** 47:14

**ahead** 19:13 22:10
59:7 85:14

**al** 1:3,6 2:3 91:3,6

**allegation** 56:22
80:11

**allegations** 56:24

**alliance** 43:10

**allocate** 45:18

**allocated** 44:2

**allocation** 45:12

**allocations** 45:13

**allow** 6:18 69:16,24
75:1 76:4,10,23

**allowed** 78:4

**already** 9:8,12
30:13,19 52:18 72:10
84:1

**am** 28:2,5 71:12
92:6,9,10

**amend** 86:24

**amended** 4:5 19:15

**amendments** 40:22

**America** 82:12,19,22
83:2

**American** 14:12 15:14
16:12 25:14,25

**Americans** 24:4

**amongst** 64:10

**amount** 31:2

**analysis** 17:13 80:18
81:2

**annual** 45:11

**answer** 6:17,19,21 7:7
22:10,11 37:24 38:15
40:20 41:6 50:11
53:21 54:10 56:9
57:10 58:8,19
59:7,16 62:19 63:1
65:11 66:4 67:3,23
75:13 76:20 78:1
79:10,14 80:9 84:20
85:14 86:1

**answering** 7:18,22 8:1

**answers** 6:9 16:14
57:17 60:20 76:12
86:23

**anticipate** 6:17

**Antonio** 5:15 11:4,5,9

**anybody** 53:3

**anyone** 8:22 22:16

32:16 49:19 66:7
79:13

**anything** 6:1 7:25
9:11 18:14 25:23
29:18 40:12 42:1,5
47:2 50:25 62:22
85:20 86:22 87:11,14

**anyway** 12:12 52:12

**anywhere** 53:3

**appearances** 2:1 37:8

**Appearances**.........
..................
..........**2** 3:3

**appeared** 90:12

**applicable** 62:23

**application**
29:20,21,22 30:7,14
47:11 62:18 67:2
76:8,20

**applied** 62:20

**applies** 67:1

**apply** 61:18 62:16
72:9

**applying** 62:21

**appointees** 13:15

**appreciate** 62:12

**approval** 22:4

**approved** 12:11 45:19

**areas** 34:10

**argumentative** 52:13

**Army** 9:20 10:13

**arrangement** 54:11

**articles** 39:25

**aside** 15:1 45:22
59:10 60:1 85:20

**as-needed** 45:22,24

**assist** 19:20 52:7

**assistant** 2:9 5:7

**assuming** 71:20

**attached** 92:1

**attainment** 25:15

**attempt** 78:25 79:3

**attempted** 65:13,21,22
66:2

**attempting** 78:15,19
79:8 80:4

**attend** 22:15 42:25

**attended** 42:12 49:7

**attending** 42:17

**attorney** 1:20 2:9
5:7,9 7:5 92:6,9

**attorney-client** 23:1

**attorneys** 81:16

**audit** 17:13

**audits** 17:12

**August** 1:11,17 5:8
67:25 77:8,16,20
91:13

**Austin** 1:21 2:10 5:10
36:2 92:17

**Avenue** 2:14

**avoid** 6:10,16,24

**aware** 16:11 52:11
82:12,15

———————————

B
**bachelor's** 10:3

**background** 9:25 10:11

**baffled** 59:23

**ball** 35:3

**bank** 31:16

**Baron** 2:3,4 5:20,21
11:12 14:14
17:16,18,25 18:2,7
19:1 22:9 24:18
27:25 28:5 31:21,24
32:8,12 36:14
38:2,5,8 41:7
47:12,18 50:10

52:1,12,22
53:11,14,19 54:21
56:1,18 57:1,7
58:14,18 59:2 60:11
61:6,21 62:5,9 65:16
66:5,8,10,16
67:15,17
68:2,9,16,23 69:1,7
73:5,21 74:1 77:23
78:8,10 80:6
81:14,25 82:25
83:13,23 84:3,16,19
85:13,22
87:2,19,23,25

**based** 11:4 37:23
56:15 66:21,22 74:15
79:20

**Basic** 10:14

**basically** 45:19 46:10

**basis** 12:20 16:24
41:8 45:22,24 56:2
57:21,25 58:10

**become** 11:24 30:20
33:9

**becomes** 29:14 33:5

**begin** 6:19

**beginning** 57:14
72:1,8

**behalf** 16:15 52:17
57:9 58:4

**belief** 56:15 59:18,24

**beliefs** 73:16

**believe** 19:23 24:20
25:19 36:11 40:13,25
41:20,22 47:16 50:7
55:8 56:13,14
59:20,24 70:6 72:20
76:15 78:14,18,24
79:1,2,7,17,20,22,25
80:3 82:22 83:10
84:7,22

**believed** 37:6

**believes** 24:6 58:25
59:9,12,19 79:5

84:25 85:2 86:16

**belong** 30:9

**belongs** 30:2

**Belton** 11:5

**benefit** 32:23,24
33:11,13,18 40:14

**benefits** 33:7

**Benning** 9:17

**best** 6:24 39:19

**bet** 28:22

**better** 26:8 60:19

**biggest** 64:4,5

**bill** 36:9 37:2 38:20
42:2,14,16 55:17,23
60:23 66:15,16,18,23
82:10 84:25 86:16

**binding** 16:14

**biological** 10:12,16

**bit** 9:24 10:11 34:19

**blast** 37:1

**board** 12:7,10,13,15
13:4,7,13,14,18,19
20:14,15,18,24
21:1,3,15,17
22:5,6,17,21,23
23:8,12,13
26:9,11,12,15,25
27:2,3 31:5 36:1
44:6,23 45:19,21
49:8,9

**boards** 26:24

**bold** 14:10 71:19

**book** 27:9 74:18

**born** 9:16,17

**bottom** 14:9 15:23

**branch** 25:20 26:7

**break** 53:10,15 68:18

**briefing** 42:11 43:2
48:22

**briefings** 42:25

**briefly** 62:25

**bring** 9:8 22:18,20

**brings** 22:22

**brought** 9:19 23:11,16

**budget** 45:12,14

**budgets** 45:16

**bullet** 34:7,18

**bulleted** 73:3

**bunch** 10:13

**business** 10:4

---

C

**calculation** 17:12
80:18

**California** 28:5

**capital** 14:9

**Capitol** 35:21 39:7

**capture** 71:15

**captured** 24:16

**card** 59:11 60:2 66:24
74:17,19 90:14

**Cardenas** 1:18 91:15
92:16

**case** 13:1 21:13 56:17
57:25 79:21 81:11
83:7

**cases** 11:11

**categorized** 52:5

**category** 57:3

**cause** 1:16 92:10

**certain** 39:5 40:20
54:2

**certainly** 60:14

**certainty** 28:21 40:18

**certificate** 61:13
70:18,24 71:23 72:10
74:20

**Certificate**..........
..................9
**1** 3:6

**CERTIFICATION** 91:9

**Certified** 91:15

**certify** 91:17,21 92:6

**cetera** 34:12

**chain** 48:19

**chair** 13:15 35:19,20
39:6

**chance** 6:13 16:10

**CHANGE** 89:2

**changes** 3:6 28:22
62:9 89:1 92:1,2

**charge** 72:10

**charters** 28:8,9

**chase** 19:2

**check** 39:18

**chemical** 10:12,16

**chosen** 67:8

**Christi** 1:2 42:23
50:24 91:2

**citizens** 14:12 15:15
16:13 25:14 26:1
61:18 62:16

**citizenship** 74:20

**city** 39:20

**civic** 34:10

**civil** 1:5,22 25:16
32:6 34:11 44:14
46:24 47:1,3,24
48:10 49:21 86:15
91:5

**Civilian** 10:1,3

**claim** 58:11 84:10

**claims** 57:21,25

**clarify** 86:24

**clarity** 38:12

class 32:24

classes 55:16

clear 73:25

clearly 6:12 7:1

college 44:17 46:14

combination 11:9

comes 35:20 39:7
  43:11 50:3

coming 36:2 37:14

command 48:19

Commission 90:25

committee 2:9 35:19

committees 13:16

commonly 61:14

communicated 80:11

communication 36:25

community 24:8 30:4
  32:18 33:13 35:7
  66:14 85:1

compensated 12:19,25

complaint
  19:15,18,21,24 23:20
  55:8,12 56:22,25

Complaint...........
  .19 4:5

complete 44:10

completion 91:24 92:5

component 26:3

composed 26:15 28:24
  63:24

comprised 13:14

comprises 13:6

compromise 49:19

computerized 1:19

concealed 61:12 74:18

concern 23:7 34:25
  80:11

concerning 36:17

concluded 88:3

conclusion 54:22
  58:18 83:14

conclusions 59:5

condition 25:14

conduct 81:8

conducted 35:17 39:4
  48:23 80:17 81:1,6

conducts 47:19

conference 8:23 9:1,5

conferences 37:10

confidentiality 23:4

confused 75:15

congressmens 34:23

consider 22:6 32:11
  46:21 48:8

consideration 39:3,23
  42:2,8 90:18

considered 40:22

considering 22:4

consistent 21:25

constituents 32:11

constitute 51:23 52:2

constitution 27:8

consulted 23:19

contained 16:8,11,17
  19:24 72:21

contains 92:2

contend 53:25
  54:16,19 55:5 58:6
  63:2,10,16 64:13
  66:6,9 85:4,8,11
  86:9

contending 54:23,25

contends 66:12

contention 66:21

contentions 16:24
  54:25 73:17

contribute 31:16

control 31:8,13
  45:3,8

convention 29:3,4
  45:16

corporate 43:10,21

Corpus 1:2 42:22,23
  50:24 91:2

correct 15:15 21:1
  22:19 26:9 36:20,23
  37:21 38:21,25 40:17
  43:6,7 47:17 58:4
  59:1 74:7 90:3

correctly 13:11 29:10
  36:13 38:6 40:6 83:6

council 27:5,7
  28:23,25
  29:2,4,5,6,11,25
  30:9,13,15,19,21
  31:15 44:8,25 45:11
  46:11 49:2,3,12
  50:13,16,24 53:6

councils 27:5 31:15
  43:15 46:14,20
  49:5,6 50:17 52:20
  53:5 54:13

counsel 5:16 8:21
  12:24 87:7,11 92:7

countless 60:18

COUNTY 90:9

course 12:24 28:11
  35:9 57:2 59:2 60:16
  85:16

courses 10:16

court 1:1 6:12 91:1

cover 6:7 43:18

CSR 1:18 92:16

current 61:2,3,10

currently 9:22
  10:6,25 65:7 69:4
  75:24

custody 87:8

---
D
---

**D.C** 35:3

**date** 14:4,13 19:2
68:13,21 77:16,20
91:25

**day** 8:25 9:2,3
21:20,21 41:11
42:12,17 90:12,20
92:12

**days** 9:3 91:25

**DC** 2:15

**deal** 30:2 35:1,11
43:16

**December** 68:6 77:12

**decide** 19:1 20:19
21:16

**deciding** 23:21

**decision** 20:11

**decisions** 20:13

**dedicated** 85:20

**defend** 86:5

**Defendant** 14:11

**defendants** 1:7,15 2:8
5:8 13:2 91:7

**defenses** 57:22 58:1

**defer** 58:21,22

**define** 77:25

**degree** 10:3,5

**delay** 42:2

**delegates** 29:3

**Department** 2:13,14
4:7 71:16,21

**depending** 12:10 21:6
35:23 48:5

**depends** 11:8,11 12:24
21:13 23:5

**depo** 6:1 57:13

**deponent** 57:8

91:22,23 92:4

**depos** 5:24

**deposed** 5:22 6:2

**deposition** 1:9,14 6:7
8:9,12 9:12 14:12
15:2,12,14,18 39:18
56:20,23 59:4 60:14
87:9 88:3 90:1
91:11,19,24 92:5

**Deposition**..........
................13
4:3

**Deposition**..........
................15
4:4

**describe** 35:16

**described** 16:15 59:18

**description** 4:2 90:14

**designated** 16:12
18:20 58:3

**designed** 31:12 60:3

**designee** 60:21

**determine** 76:16,24

**deterrence** 80:8

**deters** 80:4

**development** 34:11

**deviate** 21:25 55:1

**deviation** 25:23

**devote** 86:10

**Dickinson** 2:5

**different** 14:4 26:2
28:8 55:3

**differently** 35:10
62:10

**direct** 16:21 27:4
32:7 33:18

**directive** 27:6

**directly** 12:8 18:13
41:16 46:25

**director** 13:8,9 21:2
27:5 49:11

**directors** 13:10
22:18,20,23 26:24
27:4 49:11

**discharged** 10:20

**disclosures** 44:9

**discriminating** 55:16

**discriminatory**
54:17,20 58:7,25
59:11,21,25

**discussed** 22:25 23:5
78:5 79:12,13

**discussion** 22:24
78:12

**disenfranchises** 55:24

**disenfranchising**
55:15 56:11

**dispute** 73:1

**distinguish** 52:16

**distracting** 8:7

**district** 1:1 13:10
22:19,20,22 27:3,4
43:15 46:11 49:11
91:1

**district-level** 44:8

**districts** 13:12

**divert** 54:1,4,6,13

**divide** 26:1 64:4

**divided** 26:6,20 29:8

**DIVISION** 1:2 91:2

**document** 13:25 14:3
15:8,10 19:6,8 72:24
73:6 90:15

**documentation** 50:14
51:22

**documents** 9:9 60:18
64:25 65:3,9

**donations** 43:10,22,25

**done** 6:23 17:19 18:5

46:9 50:24 81:16
84:2,4

**doubt** 25:1

**DPS** 61:1

**draft** 40:21

**driver's** 70:20 74:17

**drives** 46:12 47:20
48:2,9

**due** 29:5

**dues** 28:11,18,19

**duly** 1:15 5:3 91:18

**during** 35:4
36:10,13,24
37:3,13,15,21 38:17
39:2,22,23 41:19
52:7

**duty** 9:20,22 10:21

------

E

------

**easier** 6:23

**economic** 25:14 34:11

**educate** 43:4
48:11,17,24 49:9,12

**educated** 42:13

**educates** 50:8

**educating** 48:15 49:15
50:1 51:21

**education** 10:14 25:15
34:12 44:13

**educational** 9:25
10:10 31:17
42:10,20,25 43:2
48:18,22

**effect** 17:13 85:12

**effects** 56:3

**effort** 55:18

**efforts** 33:12 41:24

**EIC** 61:15 64:25
65:4,10,13,22 71:25
72:12,18 74:6,13,21

**eight** 26:23

**either** 10:2 18:5
39:18 42:23 50:23
52:22 61:1 73:1

**election** 61:12 67:5,9
70:17,23 71:23 72:9

**elections** 52:8 72:4

**eligible** 72:11,18
78:22 79:6

**else** 7:25 8:22 9:11
42:5 43:3 78:25 79:4
81:8

**elsewhere** 54:3

**e-mail** 36:25

**employed** 10:25 92:7

**employee** 61:11 92:9

**employer** 11:2

**enacted** 36:10 37:3
54:16,19 58:6

**enacting** 63:3 66:14

**enactment** 38:14 39:22

**encompass** 47:2

**encourage** 47:21,22
48:19 53:7

**Encouraging** 47:6

**endorsement** 30:9

**engage** 35:13 36:8

**engaged** 42:8

**engages** 34:16 46:2
47:15

**enlighten** 35:21

**ensure** 48:20,21 49:21
50:4

**entities** 45:11

**entity** 18:8

**equally** 61:18 62:16

**Eric** 2:13 14:21 87:13

**especially** 55:16

**establish** 73:17

**established** 30:13
74:23

**estimates** 17:12

**et** 1:3,6 2:3 34:12
91:3,6

**ethnicity** 55:17

**event** 52:4

**events** 10:16

**everybody** 27:8 37:25
47:25 48:3

**everyone** 46:4 53:10

**everything** 8:14 43:1

**exact** 64:3

**exactly** 37:9 54:25
86:13

**Examination** 3:5 5:4

**example** 20:16 23:2
33:14 34:21 35:2
36:2 48:13,16

**examples** 34:21

**except** 90:3

**executed** 90:17

**executive** 12:7
13:4,7,13,19
20:14,15,18,24,25
21:15 22:5,16 23:2,3
26:9,11 31:5,10

**exempt** 72:4

**exemptions** 72:5

**exhibit** 13:22,24
14:25 15:1,3,5
19:3,5 24:12,13,15
25:7 33:24 51:11
55:8 71:11,13

**exhibits** 4:1 58:23
87:9

**exist** 30:3

**exists** 79:11,15,17

**expending** 86:5

expenses 43:18

expert 56:3 57:9
  60:17

expertise 80:7

experts 58:12,23
  76:11 80:21 81:11

Expires 90:25

explain 65:5

explained 22:3 43:1

explanation 43:4

express 23:7 34:24
  35:6

expressed 81:19 82:7
  90:18

extent 18:2,3 56:19

eyes 12:12

_____
        F
fact-based 60:12

factual 16:24
  57:21,25

fair 37:7

familiar 24:21 60:5,8
  70:14,16

family 11:9,10 53:7

favor 63:6,7

fax 92:18

Federal 1:21

fee 29:12,13

feel 57:10

feeling 7:15

feels 82:18

fees 43:9,24

festivals 46:13

Fidel 35:20

field 76:19

file 8:13 20:13,20
  58:22

filed 19:16 20:6,10
  21:5 76:7

files 30:7

fill 29:19 30:14 48:2

financial 44:10 85:6

financially 92:10

fine 53:11 65:18

finish 6:18,20

first 4:5 5:3 11:24
  19:15 20:3 22:13
  23:15 25:7 34:2,6
  51:11 55:12,13 63:20
  73:6

five 12:4 17:4 53:15
  71:2

five-minute 53:15

Floor 1:21 2:9 5:10

FM 2:4

forced 54:1,5

foregoing 90:1,16

forgot 26:19

form 22:9,11 29:5
  31:21,25 32:12
  47:12,18 50:10
  52:1,12 53:19 54:21
  66:3,5,8 67:15,17
  68:2,9,16,23 69:7,20
  70:1 75:7,20
  76:9,17,25
  77:6,10,14,18,23
  78:8 80:6 81:25
  82:25 83:13 84:16
  85:23

forms 63:17 64:15,19
  70:3
  72:8,11,14,15,17,19
  73:2,13,24
  74:10,11,12,16,24

Fort 9:17 11:8

forum 47:20

forward 87:4

foundation 24:2

frames 65:23

fraud 79:11,17,22
  80:1,2,5,12,19 81:3

FRCP 91:21

free 57:10

Frequently 25:8

friends 53:7

front 23:21 33:25
  36:17 41:2,15 55:10
  74:2

fulfill 86:11

fulfilling 50:8

full 5:12

functions 43:18
  45:17,20

fund 31:7,8,9

funding 31:14
  43:8,11,19

fundraiser 45:2,7

fund-raising 31:14,16
  43:12,13,16

fund-raisings 43:25

funds 31:17 43:24
  44:1,11,23
  45:3,4,8,12,18,21

furtherance 86:19

future 75:21 76:10

_____
        G
general 1:20 2:9 5:7
  16:20 21:18
  24:4,8,10 30:2 81:24
  82:2

generally 60:8

general's 5:10

generated 43:24

Georgia 9:17

gets 20:19 21:5 22:24

24:5 35:9

**getting** 36:25

**given** 40:25 44:5
90:19 91:20

**gladly** 7:1

**goal** 44:12,13

**government** 61:11

**graduated** 10:23

**graphics** 80:21

**ground** 6:6

**group** 17:15 30:5,6
63:3,11 73:15

**guess** 13:9 22:24 23:9
26:7 31:13 32:25
33:19 35:21 37:14
45:17,20 47:21 48:4
49:10 50:5 80:22
81:15

**guy** 49:9

-------------------
            H
-------------------
**half** 8:18 11:19
31:3,4 40:7

**hand** 90:19

**handed** 14:1,25

**handgun** 74:18

**handing** 13:23 15:4
19:4 24:14 71:12

**hands** 57:15,16

**happened** 21:21,24
42:22 79:20 80:15

**hardly** 20:6

**harm** 53:24 63:3,11
77:22 78:1,2

**harmed** 53:18 67:20,25
68:7,13,21
84:10,13,15

**haven't** 42:9

**having** 5:3 16:10 73:8
74:23 86:10

**he/she** 90:17

**head** 6:10

**heading** 15:24

**health** 25:16 34:12

**hear** 7:1 38:5

**hearings** 36:6,13

**held** 11:17 43:14 45:7

**help** 33:15 46:3 48:15
50:13

**helpful** 52:16

**helping** 46:21
47:4,8,13,15
51:20,21

**helps** 46:4 53:6

**hereby** 90:2 91:16

**he's** 5:17 18:4
52:17,18 56:2 73:16
74:1 81:15 83:23
87:3

**Hill** 35:21 39:7

**Hispanic** 24:5 25:16
32:21,22
51:3,7,17,24 60:3
66:14 85:1

**Hispanics** 24:2 32:22
33:17 59:11 60:2
86:8

**history** 55:14
56:10,17

**hold** 10:22 12:3 14:14
31:1 36:15 43:12
45:2 61:21

**honest** 58:17

**Hood** 11:8

**hour** 8:18

**hours** 8:18

**housing** 25:15

**hundred** 17:4 30:24
39:16 40:8 63:18,25
64:2

**hung** 17:21

-------------------
            I
-------------------
**ID** 59:10 60:1,24
61:2,9,11 63:17
64:15,19 66:3 69:20
70:1,3,6
72:3,8,11,14,15,17,1
9 73:3,13,24
74:10,11,12,16,17,24
75:7,20 76:6,9,17,25
77:3,6,10,14,18
81:19

**idea** 6:11 78:3

**identification** 61:13
66:23 69:18,19
70:17,23 71:23 72:9
74:19 75:2 81:22
82:10

**identified** 70:6

**identify** 64:18
65:2,7,20
67:4,12,19,24
68:5,12,20
69:4,17,25
75:1,6,11,19 76:5,10
77:4,8,12,17,21

**identity** 17:2,5 90:14

**IDs** 50:14 60:6,9
70:14

**I'll** 6:6,19,20 7:1
16:13 19:14 22:10,11
32:8 41:13 55:4
58:16 62:10 68:18
82:21 84:2

**illegal** 79:23,24 80:1

**illnesses** 7:17

**I'm** 5:6 6:7 7:16 9:6
11:15 12:1,7,23
13:23 14:4 15:4
17:8,23 19:4 20:5
22:9 23:9 24:14
27:17,20 28:2,6
30:23 32:12 33:10
37:2,4 40:8,20

41:12,16,17 42:24
44:18 45:23,24 46:25
48:6 49:10,11,17
51:6,14 52:11,13,24
53:11,24 55:12
56:1,18 59:15,16,23
60:8,11 62:2 70:16
71:20 72:13
73:5,17,25 75:14
76:13 80:23 81:13
83:8,19 84:17
85:13,22,23 87:3

**imagine** 44:7

**impact** 42:14
85:5,9,19 86:7

**impacted** 84:23 86:2

**implementation** 54:1
67:14,20
68:1,8,14,22 69:6
84:23 85:4,9,11

**implemented** 86:4

**important** 37:15

**imposed** 60:1

**impossible** 66:7,11

**inaccurate** 72:22

**include** 34:10

**included** 27:18 49:17

**including** 19:15 32:19
86:8

**independence** 31:13

**Independent** 81:14

**INDEX** 3:1

**indicating** 21:19

**indirectly** 46:25

**individual** 23:12 35:7
43:21 48:4 52:19
63:13

**individually** 50:21
63:15

**individuals** 39:5
62:19

**influence** 25:15
51:2,7,14,17,24
52:3,4,5

**information** 19:24
57:16 60:20 68:25
69:16,24 74:25
76:4,23

**informed** 50:5

**initiate** 21:16 22:5
23:21

**initiating** 20:25

**initiation** 29:11

**injured** 67:13,17 68:6
69:6

**injury** 11:10 67:16

**input** 22:6

**instance** 1:15 66:1

**instructs** 7:6

**instrument** 90:16

**INTEGRITY** 92:16

**intend** 63:12

**intended** 63:3,11,14
66:13

**intent** 14:11 58:7
63:13

**intention** 15:13

**interest** 18:17 62:5
83:17

**interested** 92:11

**interests** 27:11
82:17,23 83:10

**introduce** 14:19 24:12

**invited** 43:4 48:15

**involved** 12:9,23 22:2
24:9 32:7 38:1 40:19
47:2 85:15 86:4

**involvement** 23:10
83:11

**issue** 20:17,18 22:24
23:12 24:6 30:5

46:24 47:1,2,3 49:25
61:1 78:7

**issued** 28:12

**issues** 12:10
22:17,18,21 23:1
33:15,17 34:25
35:6,23

**it's** 5:8
12:3,11,12,20 13:11
15:13 17:4,23 18:9
20:23 21:7 22:13
24:21 25:22 26:2,6
27:8,14,22,24 29:9
30:7,23 31:1,2
32:6,23,24 33:11
36:6 39:15 40:6
41:4,10 43:18
44:9,21 45:24
46:18,24,25 47:1
49:6,17,25 50:19,25
51:19 53:11,15 55:2
56:14,21 57:4 59:24
61:10 62:6,20 71:7
79:24 80:14 82:4

**I've** 5:24,25 13:25
22:2 57:2
70:16,17,18 71:9,10
72:21 74:8 83:25

---
**J**

**j.rich@usdoj.gov** 2:16

**job** 12:21

**Jodi** 1:18 91:15 92:16

**join** 14:18 20:11
30:15,20

**joined** 33:14

**Jr** 2:8

**July** 71:17

**June** 10:22,24 14:13
67:13,19 72:8 77:4

**JUSTICE** 2:13,14

---
**K**

**kicks** 38:10

**kids** 44:17 46:14

**kinds** 33:7

**knew** 20:6,9 82:14

**knowledge**
16:16,18,19,20,22,25
18:5,7,19,23 20:1
21:23 23:23 30:3
38:16 39:8,19,21
40:24 44:3,5 50:19
54:15 57:15 60:15
64:16,21,23 65:1,14
67:6,10,22 68:4,11
69:2,14
77:1,7,11,15,19
78:2,13 80:13,16
81:1

**known** 61:14 90:12

_____
L

**lack** 26:8 63:16 64:14

**Lane** 92:17

**language** 14:9
17:14,24 62:24 72:1

**Laredo** 42:24

**largest** 64:11

**last** 58:15 71:9

**later** 19:2 65:6 84:6

**Latin** 14:12 15:14
16:12 24:3 25:13,25

**Laughter** 11:13 66:19

**law** 2:4 10:5,6
11:3,4,7,9,10,12
24:7 56:17 62:18
67:2 73:14,16 79:21
81:21,22

**laws** 81:20 82:4

**lawsuit** 12:23 19:16
20:4,12,15,21,25
21:7,8,16 22:5
23:11,22,25 27:10
54:4,5 57:22 73:14
81:14 82:13,19,24
83:12 85:3,16,18,21

86:3,11,18

**lawsuits** 20:14

**lawyer** 83:19

**lawyers** 76:11 80:21

**lead** 12:24

**leadership** 10:15
34:12

**leading** 73:19

**League** 14:12 15:14
16:12 25:13,25

**learn** 49:13

**learned** 20:4

**least** 30:3 37:25
45:14 46:15 57:24

**leave** 21:9

**legal** 11:15,16
12:5,8,13,14
36:19,23 54:21 58:18
59:5 83:14 92:16

**legislation** 66:13

**legislative** 38:18
41:21

**legislator** 39:6

**legislators** 35:5 39:9
63:10

**legislature** 34:23,24
35:19,24 36:6,10,17
37:3,7 39:2,6,20,24
41:2,15 49:23
63:2,4,14

**legislatures** 35:22

**less** 9:7

**let's** 14:14 44:24
45:2 55:7 63:7 65:16
73:21 75:17

**letters** 14:10 71:19

**level** 20:15
21:9,10,13 28:16
35:13,14 44:22,23,24
45:6,7,11,15,20
49:1,2 50:13,15,16

54:8,9 80:15

**levels** 43:15 45:15
46:11,12 80:14

**license** 70:21
74:17,18

**licensed** 10:6

**line** 73:6 83:25

**list** 76:14,16,21

**listed** 18:19 51:13
72:15 73:3 74:11

**litigation** 85:20

**little** 8:7 9:24 10:11
11:18,19 18:14 27:6
33:3 34:19 47:12
49:5 50:17 53:6,14

**live** 19:10 41:19

**local** 31:15 43:15
44:24,25 45:10 46:20
49:2,3 50:13,16,24
54:12

**locally** 53:5

**logistics** 52:15

**long** 9:1,5 11:17
55:14 56:17 84:3

**lot** 10:15 18:16 35:8
37:5,8 44:16 49:4,6

**loud** 16:6

**lower** 80:15

**LULAC** 4:6
11:14,21,23,24
12:6,8,9,21
13:1,4,5,6,7 14:13
16:13 17:19 18:5,8
20:3,5,16 21:15 22:6
23:19,24 24:1,6,16
25:19,21 26:8,12
27:10,12,21
28:2,3,6,10 29:15,17
30:1 31:6,18,22
32:9,10,16,20,21
33:1,5,9,10,11,12,14
,18,21 34:3,15,20,22
35:13,17,22

36:8,19,24 37:1,17
38:3,13,17
39:1,10,20,24
40:10,12,13,16,21,25
41:14,18,23 42:5,7
43:2,3,6,8 44:25
45:7
46:2,3,4,8,14,21
47:2,15,19,23
48:8,11,14,18,23
49:16 50:3,7,12 52:7
53:17,22,25
54:1,4,5,12,16,19,23
,25 57:9
58:3,6,10,25
59:9,12,19,20
63:2,10,16,22,23
64:11,13,18,24
65:2,8,12,21
66:1,2,6,12,25
67:4,8,12,19,24
68:5,12,20
69:4,8,15,23,25
73:10,15,17 74:25
75:6,10,19
76:3,7,12,14,16,22,2
4 77:4,8,12,16,21
78:3,7,14,18,23,24
79:1,2,5,7,11
80:11,12,17
81:1,5,19
82:6,9,17,21,23
83:3,9,17
84:9,12,13,14,22,25
85:2,3,4,8,11,12,15,
17,19
86:1,4,9,13,15,18
**lulac.org** 24:25
**LULAC's** 19:15 23:10
25:9 34:25 47:5,24
51:3,8,12,18 57:21
**luncheon** 48:14 49:8

----

M

**machine** 1:19
**mainly** 11:8
**maintain** 69:9,10,11

76:14,23
**maintained** 87:9
**majority** 27:23
**mandatory** 44:9
**MARC** 1:3 2:3 91:3
**marked** 13:22,24
15:1,3,5 19:3,5
24:13,15 71:11,13
87:9
**mass** 36:25
**master's** 10:4
**materials** 8:17
**matter** 5:8 28:14
41:4,10 53:4 57:20
**matters** 12:8 15:24
**may** 6:23 7:5 22:17
23:7 28:25 35:22
53:5 68:13 69:5 72:9
81:15
**maybe** 8:18 9:6 13:2
18:9 19:10 37:10
43:15 53:6 64:8
**mean** 10:15 12:21
16:19
17:4,8,18,20,22 18:3
19:10 20:5 22:19
27:17,22 32:3 33:4
35:6 40:3 47:10,11
49:4 52:13,23 53:23
55:2 58:1,12 60:12
61:10,24 62:3 66:17
67:16 68:15 70:20
72:23 73:6 78:11
80:14 82:2 83:19
86:1
**means** 7:11 42:14
**meant** 43:5 73:24
74:10
**medications** 7:21
**meet** 34:22 35:5
**meeting** 22:15 23:2
35:5 49:9

**meetings** 8:21 21:4
22:16 23:6 39:4
44:6,7,8
**member** 11:23,24 17:3
23:6,12 26:14
28:2,6,10,14
29:10,12,14,16,25
30:2,10,20 33:5,9
36:19,24 39:20 64:18
65:8,21 66:2
67:12,19,24
68:6,13,20
69:5,17,25 75:1,6,19
76:5,24
77:4,9,13,17,21
80:10 81:19 82:6
**members** 13:13,14
17:2,5,6,14
22:7,14,21,22
23:3,8,13,25 26:4
27:11,12,23 28:15,24
29:1,2,18,19 30:1
32:10,17,19,24 33:2
34:23 36:11,16 38:17
39:1,2,10,12,16,19
41:18 46:3,6,7,22
48:11,17,24 49:12,15
50:9,13 53:7
63:16,21,22
64:2,11,14,17,24
65:2,12 67:4,8
76:7,17
**membership** 27:22,24
28:12,18,19 29:5,13
33:8 43:9,24 64:6
69:13,16,24 73:20,21
74:25
76:4,8,14,21,23 77:3
**memory** 13:11 29:9
36:12 40:6
**mention** 9:13
**mentioned** 9:8 10:10
13:3 35:1,12 42:9
44:19
**mess** 52:24
**messing** 27:25

met 39:1

method 48:4

methods 55:15

Miguel 1:10,14 3:4
   5:2,13 17:16
   90:1,6,12 91:12,18

M-I-G-U-E-L 5:13

military 10:1,10
   61:1,9,11 70:21
   74:19

mind 8:3

minorities 24:2,4,8
   33:17 37:7 42:15
   47:25 49:21 50:3
   66:14 85:2
   86:6,7,14,16

minority 17:13,15
   24:5 40:14 63:3,11
   86:6

minute 13:25 47:14

minutes 9:6 53:15

mission
   25:10,13,18,20 34:3
   46:23 47:5 48:9
   49:16,18,20 50:1,8
   51:4,9,12,18
   86:12,13,19

misstates 78:10

moment 15:5 16:3 19:6

money 44:15

movement 37:5

moving 18:17 62:5

_____

            N
_____

nation 26:2

national 12:11,13
   20:14,18,25
   21:4,5,8,13,17 22:5
   24:18,19,20,22 25:19
   26:12,13,15,16
   28:2,6,11,12,16
   29:3,6,8,10 30:22

   35:13 44:4,6,19
   45:15 48:18 63:22,24

national-level 21:7

nationwide 12:13
   34:24 43:10

naturalization 74:20

nature 52:15

nay 21:5

necessarily 13:1

necessary 36:6 50:14
   51:22 64:25 65:3,9

negative 85:5,9,12,19

negatively 84:23

Neil 2:3,4 5:19,20,21

neil@ngbaronlaw.com
   2:6

neither 92:6

newspaper 40:2

NI 65:21

nobody 30:2

nodding 6:10

noes 38:9

Non 61:4

noncommissioned 10:14

none 32:6 69:9

nonexpired 61:2,7,8

nonhispanic 61:5

nonHispanic 29:19

nonmembers 46:22

nonprofit 33:11 43:6

nor 92:7,10

northeast 26:18

northwest 26:18

NOTARY 90:23

noted 90:3

notice 4:3,4 8:12
   14:11 15:11,13,17

16:11,15,18 56:23

notorious 55:14 56:10

nuclear
   10:12,17,18,19

NWB 2:14

_____

            O
_____

oath 7:11 90:13

object 7:5 22:9,11
   31:21 32:12 52:12
   54:21 56:1,2,19
   58:14 66:5 68:2,9,16
   69:7 73:5 77:23 80:6
   84:16 85:13,22

objected 41:7 57:2

objection 31:25 32:8
   47:12,18 50:10 52:1
   53:19 56:5 57:3,4,10
   58:14 59:2,6
   60:12,22 61:21,23
   62:2,6,10 66:8 67:15
   68:23 78:8 81:25
   82:25 83:13 85:24

obtain 65:10 66:2
   70:19

obviously 17:18

October 34:22

office 1:19 2:4 5:10
   11:3,4,5,8,9 90:19

officer 10:14

official 12:6 45:14

Oh 38:4 61:6

okay 5:22 6:4,6,23
   7:5,10,15 8:3
   9:11,15 11:7,21
   13:3,8,21 14:2,18,24
   15:7,23 16:9,17
   17:7,20
   18:12,15,22,25
   19:7,17 21:8,22
   23:19,24 24:11
   25:6,24 26:5
   27:10,16,20 28:13
   29:23 30:25

31:3,8,18 33:6 34:6
35:12 36:22 38:23
41:23 42:19 44:24
45:1 48:8,11 49:15
51:20 52:21 53:9
55:7 57:19 58:6,24
62:9 64:1,13,24
65:17 71:8,12,24
72:25 73:2
74:1,9,14,22,23
75:14,18,23,25 76:22
80:23 81:18 82:3
83:18,21 84:3
87:16,24 88:2

**old** 29:16 30:14

**ones** 16:23 26:19

**one-time** 29:12

**open** 22:16 31:15

**opens** 22:24

**operate** 27:7

**opinion** 2:9 39:25
41:4,10 57:15 78:23

**opinions** 35:6

**opportunity** 24:11
41:1,14,17

**oppose** 37:17 38:3,14

**opposed** 37:25

**opposition** 38:20
40:11,12 41:1,14

**oral** 1:9,14 14:11
15:13 38:17 91:11

**order** 28:10 65:9
70:10,15

**organization** 20:23
21:24 22:13,15 24:3
25:22 26:1,3
27:15,21,24 31:19,25
32:3 33:20,22 36:12
37:6,13,15,17,25
38:13 41:23 43:5,6
44:13,14,17 45:17
46:18 52:17 53:1,18
59:20 64:5 69:5

77:5,9,13,17,21 82:9
84:10,12,15

**organizations** 26:2

**organize** 46:11

**original** 87:8,20,25

**originate** 23:11

**Ortiz** 1:10,14 3:4
5:2,13,14,22 7:15
8:3 9:15 10:25 11:3
13:23 14:25 15:8
19:4,8 20:3 24:15
53:17 61:17 65:20
71:12,13 72:14 84:9
86:21 87:3,5,14
90:1,6,12 91:12,18

**O-R-T-I-Z** 5:13

**otherwise** 92:11

**outcome** 92:11

**outside** 48:22 56:19
57:4 58:15 59:4
60:13 85:18

**overbroad** 77:24

**oversee** 26:22

**oversees** 27:3

---
P
---

**p.m** 1:17 88:3

**page** 3:2 4:2 14:6,9
15:20,21,23 25:7
34:2 51:11 55:12
61:10 71:19 72:21
73:4 74:12,15 92:2

**PAGE/LINE** 89:2

**paid** 12:17,21 29:13
30:19 81:4,8

**paperwork** 48:2

**paragraph** 17:1 25:9
34:2,4,6,9 35:1
51:12 55:13 72:6

**paragraphs** 15:25
16:1,4

**partial** 31:13

**participate** 20:21
45:18 53:2

**participation** 34:11
36:7

**particular** 13:1 19:2
20:22 21:18 24:6,7
32:4,5,23,24 44:23
57:2 76:20 78:5,12
79:14 81:21

**parties** 92:8

**partisan** 31:18,25
32:3

**partner** 12:9

**party** 32:4,5 82:13
91:23 92:5

**pass** 49:10,13 87:1

**passed** 41:24 42:16

**passport** 61:12 70:22
74:18

**Past** 75:21

**pay** 28:11,23 29:6,7
30:16,21 43:19

**paying** 81:11

**pays** 29:10

**PC** 11:3

**penalty** 7:13

**pending** 35:23 36:3
49:23

**Pennsylvania** 2:14

**people** 30:6 32:10,19
35:8 36:4 37:23
46:19,21
47:4,6,8,16,21,22
48:20,21 49:19
50:1,4 51:20
62:20,23 63:6,7,19
78:15,19

**percent** 30:24 40:8
64:9

**percentage** 64:7,11

period 75:21

perjury 7:13

permit 61:12

PERRY 1:6 91:6

person 30:4 63:13
  78:24 79:2,3,5,8
  90:15

personal 11:10
  16:19,20,22,25 21:23
  23:23 39:4,8,21
  40:24 44:3 50:19
  54:15 57:15 60:15
  64:16,21,22 65:1,14
  67:6,10,22
  68:3,11,24 69:2,14
  74:17
  77:1,7,11,15,19 78:2
  80:13,15

personally 16:24 39:2
  79:16,18 90:12

phone 14:19 53:13

photo 72:3 74:19,21

physical 47:10

physically 48:2

pieces 39:25

places 52:10

plaintiff 20:6 83:3
  86:3

plaintiffs 20:9 23:20
  83:6,22

plaintiff's 19:15

Plaintiffs 1:4 91:4

Plaintiff's 4:5

PLAINTIFFS 2:3

plan 48:16,18

pleading 59:14

pleadings 19:10,11
  54:24 55:1,2,6,7,22
  57:23,24 58:8,21,22
  59:8,16 83:5

please 5:11,12 6:9,18

7:1 14:1,6 15:5,20
  16:4 19:5,6 25:6
  72:6 73:2

plus 28:15 30:10

point 23:16,17 24:7
  34:7,18 52:24,25
  57:12 75:10,11 77:22

points 18:13 73:3

policy 24:9,10

political 25:15 32:5
  51:2,7,13,16,23
  52:3,5

politics 32:7

polling 52:10

population 25:16
  51:3,8,17,24 60:4

portion 59:15

position 12:17,18
  39:25 78:7

positions 35:22

positive 32:22

possess 69:17
  75:1,7,20 76:5
  77:5,9,13,18

power 42:4

practice 10:6 11:7

prefer 84:5

preference 84:8

premises 24:2

preparation 15:17
  19:21

prepare 8:8,10 9:12
  45:11

prepared 17:19

presence 78:12

present 5:1 14:17
  17:15 20:17
  21:4,16,20 22:22
  23:3,4,15 36:5 75:21

presentation 42:20

presented 42:19 57:8

presenter 42:21

presents 24:11

president 26:16,22
  27:1,7

presidents 26:14,17

press 37:10

pretty 27:17 37:14
  45:23 49:10,12

prevent 7:18,22,25
  41:24

previous 62:7,11

previously 70:4

primarily 33:21

primary 10:15 11:8
  47:24

print 71:14

printed 71:16

printout 4:6,7 24:16
  71:15

privilege 23:1

probably 9:7 27:23
  41:5 43:14 46:14

problem 84:11

problems 50:5

Procedure 1:22

process 21:25 22:1

produced 1:14

program 35:10

programming 34:7,10

projections 17:12

promoted 46:18

propose 40:21

proposed 20:24

protect 24:3 86:14

protected 49:22

prove 80:3

**proved** 90:13

**provide** 33:1 57:16,17

**provided** 38:17 60:18

**public** 4:7 37:8 49:24
71:16,21 90:23

**publicize** 40:12

**publicized** 40:10

**publish** 39:24

**Puerto** 11:6,10 28:15

**purpose** 33:15
54:17,20 90:17

**purposes** 38:12

**pursuant** 1:21 72:16
73:10 91:21

**pursue** 21:10,11,12

**pursuing** 86:18

**puts** 22:25

**putting** 8:5

---
Q
---

**question** 6:19,25 7:7
38:12 41:6 57:12
58:9,15,20 59:3
62:7,11,14,20 63:1,9
65:11 67:23 70:2
73:19,22 76:9,13
78:1,6 79:10,14
83:9,24 84:11,21
85:23,25

**questioning** 73:6

**questions** 6:8,9,18
7:6,18,22 8:1 18:11
25:8 46:1 52:14,23
60:13,20 68:19 69:10
73:11,19 84:1 86:21
87:2,15

**quick** 6:6 13:25 14:20
16:3 87:13

---
R
---

**race** 29:17 55:17
61:19 62:17,23

**raise** 45:2

**rankings** 46:19

**rather** 84:5

**reading** 51:6,10 59:15

**real** 14:20 87:13

**realized** 23:13

**really** 17:23 19:1
32:13 45:17 46:16
57:13 80:9 81:7

**reason** 19:23 24:25
53:3 72:20 73:1 76:3
89:2

**reasons** 92:2

**recall** 36:14,25
37:9,16 70:9

**receipt** 91:25

**receive** 33:18 43:8,21
72:18

**received** 15:11

**recognition** 35:3

**recognize** 14:3 15:8
19:8

**record** 5:12 6:13
14:15,16,25 17:16
18:24 25:3,5 27:25
52:24 53:16 57:7,19
65:16,19 74:3
75:12,16 86:22
87:6,7,12,17 91:20
92:10

**records** 58:23
69:9,10,11

**refer** 16:13 62:3

**reference** 41:25

**referenced** 48:23

**referral** 30:11

**referring** 18:3 37:2
71:20

**regard** 6:16 36:9
40:16 42:6,8 57:20

**regarding** 16:15 34:25
37:1 39:25 48:11,24
49:15 50:25 57:21
73:20 86:23

**regardless** 23:7 61:19
62:17

**region** 26:21

**regional**
26:14,17,24,25

**regions** 26:20

**register** 46:3,21
47:4,6,9,16,22 49:19
60:11

**registered** 28:16 46:4
48:20 67:1
78:4,16,19

**registration**
46:12,13,17 47:20,21
48:1,9 59:10 60:2
66:24

**regular** 11:23 13:18

**regularly** 34:15

**related** 17:13 73:11
92:7

**relates** 56:24

**relating** 80:12,18
81:22

**relation** 81:2

**relative** 92:9

**releases** 37:10

**relevance** 60:15

**relevant** 73:9,12

**rely** 76:11

**remember**
42:12,17,19,21

**repeat** 54:18 63:9
69:22 78:17 82:20

**repetitious** 59:3
85:14

**rephrase** 7:2

report 80:18 81:2

reported 1:19

reporter 6:12 10:18
  29:21,23 61:3,5,8
  62:1 65:17 71:1,3,8
  87:7,21,24 88:2
  91:16

Reporter's 3:6 91:9

reporting 50:22

reports 17:12 26:12
  44:5 60:18

represent 19:14 24:15
  27:10,12 71:14
  72:14,16 73:16 74:11
  82:23

representative 73:10

represented 5:16
  82:18 83:11

representing 5:7
  14:21 23:24 76:12
  83:2,16

represents 24:1 25:20
  83:9

request 17:11 40:21
  57:17

requested 91:23 92:4

require 29:17,18

required 7:7 51:1
  60:9 69:20 70:4,7,10
  73:13 74:12,23 76:18
  77:2

requirement
  59:9,10,25 66:22,25
  69:11

requirements 48:12,25
  49:16 50:9 51:21
  60:5,16,24 61:18
  62:16 81:23

requires 70:15,19
  73:18

requiring 80:3

research 40:21

reserve 87:2

reside 5:14 64:14

residents 64:2

resolved 21:3

resources 54:2,6,13
  85:5,12,16,19
  86:2,5,10

respectful 33:19

respond 56:22

responds 44:22

response 56:6

responsibilities 12:6

responsible 12:7

rest 15:2

restate 7:2 38:7,12
  62:10 67:18

result 32:22 33:12
  67:13,20 68:1,7 69:6

returned 91:24 92:1

review 8:13 15:17
  16:3,10 88:1

reviewing 8:16

Rich 2:13 5:1
  14:17,21 87:15,18

RICK 1:6 91:6

Rico 11:6,10 28:15

rides 52:10

rights 23:24 24:3,8
  25:16 32:6 34:11
  44:14 47:1,24 48:10
  49:21 66:13
  86:6,14,15

role 11:14,17,21

Room 2:14

RPR 1:18 91:15 92:16

rule 27:9 91:21

rules 1:21 6:6 44:10

——————————
          S
══════════

Safety 4:8 71:16,21

San 5:15 11:4,5,9

sarcastic 53:23

SB14 17:13 36:17
  37:2,14,17 38:14
  39:3,23
  40:1,11,16,22
  41:1,15,24 42:8,11
  48:16 50:14 53:18
  54:1,16,19 56:4 58:6
  59:1 60:1,5,10,16
  61:18 62:16,22
  63:3,8,11,17
  64:15,20 66:3,6
  67:5,9,14,21
  68:1,8,14,22
  69:6,17,19,21
  70:1,4,7,10,14 72:16
  73:14,18,25
  74:10,13,16,24
  75:2,8,20 76:5,18,25
  77:6,10,14,18,22
  82:7 84:10,15,24
  85:5,9,12,19 86:7

SB14-related 37:1
  54:7,14

SBC 86:4

scaling 49:13

schedules 35:5

scholarships 43:19
  44:15,16

school 10:15,16

scope 56:20 57:5
  58:15 59:4 60:13

screen 24:16 71:14

seal 90:19

second 10:22 13:9
  15:2 25:4 61:22 73:8

SECTION 2:14

seek 22:4

seem 59:3 60:13,19

seems 56:19 83:14

**seen** 19:18
  70:16,17,18,24 74:8

**Senate** 36:9 37:2
  55:17,23 60:23
  66:16,18,22 84:25
  86:16

**Send** 87:25

**sent** 87:20

**sentences** 55:19

**separate** 85:24

**separation** 27:13,14

**September** 9:18

**series** 15:25

**seriously** 60:12

**serve** 32:16

**serves** 13:11 29:9
  36:12 40:6

**services** 33:1,4,7

**session** 38:18 41:21

**sets** 45:21

**setup** 73:19

**seven** 26:19,22

**several** 16:21

**shaking** 6:10

**share** 84:7

**shared** 25:20,22

**short** 59:16

**Shorthand** 91:16

**shot** 24:16

**shown** 74:1

**sic** 34:23

**signature** 87:20 89:1
  90:2 91:22 92:2

**Signature............
  ...................89
  3:6

**similar** 22:3 35:13

**simple** 30:7

**single** 61:25 69:5
  77:9,13,17

**sir** 6:15,22 7:4,9,14
  8:6 10:7,9
  15:16,19,22 16:2
  34:5,8 55:11,20
  82:15

**sit** 50:23 75:22

**site** 24:17 25:19 51:6
  71:15

**Site.................
  ................71
  4:8

**Site.................
  ...24 4:6

**sitting** 58:24

**situation** 12:25 53:4

**six** 17:4 26:18

**skills** 33:16

**Slaughter** 92:17

**slow** 42:1

**small** 45:14

**SOLUTIONS** 92:16

**someone** 14:18 43:1,3
  47:8 48:15 69:13
  78:25 79:4 80:3 81:8

**somewhat** 21:25

**Somewhere** 12:2

**sooner** 84:5

**sorry** 19:12 39:22
  66:17

**sort** 12:12 42:10,13

**source** 60:20

**southeast** 26:18

**SOUTHERN** 1:1 91:1

**southwest** 26:17,25

**Spanglish** 38:10

**speak** 6:12

**speaks** 73:7

**specialist** 10:12

**specific** 33:3 42:13
  45:16 48:18 49:25
  50:1 52:4 59:15 66:1
  76:8,19

**specifically** 7:6 18:3
  23:17 35:18 54:6
  55:25 56:23 57:14
  69:9

**specifics** 37:12

**specify** 66:1

**specifying** 69:9

**spell** 5:12

**spend** 8:16

**spending** 44:11

**spent** 54:3

**split** 30:22

**sponsor** 30:11

**sponsored** 81:4

**sponsorship** 30:15

**sponsorships** 43:11,25

**standing** 30:10
  39:14,17

**start** 63:7 75:14,17

**state** 1:18 5:11 10:8
  11:15,16 12:5,13,15
  13:8,12 18:23
  21:2,3,9,10 22:18,21
  24:18 26:10,11
  27:2,3,11,24
  28:11,18 29:3,8
  30:22,23 31:5,7,9,11
  35:9,14 36:1 41:13
  44:20,21
  45:6,7,10,15,16,21
  49:2,8,11
  50:12,16,20 52:25
  53:2 54:9 55:14 60:4
  61:24 64:5 66:14
  73:15 82:21 90:8,24
  91:16

**stated** 26:7 47:5,14

49:16,17,18
51:4,8,18 74:9

**state-level** 13:16
21:7 44:7

**states** 1:1 2:13,14
9:20 10:13 14:22
25:17 26:23 28:15
31:11
51:3,8,12,18,25
55:13 64:10
82:12,19,22
83:2,9,11,16 91:1

**statewide** 18:8

**State-wise** 49:7

**Statistics** 80:24

**statute** 62:24 63:1

**stenotype** 1:19

**Stephen** 2:8 5:6 62:12

**stephen.tatum@texasat**
torneygeneral.gov
2:11

**steps** 50:21

**Steve** 52:13

**stipulated** 87:8

**stop** 72:13

**Street** 1:20 2:9

**strong** 43:10 44:14

**structure** 22:13 31:12

**subject** 7:12 37:15
56:5 57:3,10 59:6
60:22 73:14 78:13
85:24

**subjects** 10:17,18
34:25

**subscribed** 90:16
92:12

**suffered** 77:22

**suffering** 7:17

**sufficient** 69:16,24
74:25 76:4,23

**suing** 73:15

**suit** 19:11 86:2

**Suite** 2:4 92:17

**support** 33:16 36:4
78:3 81:19 82:7
92:16

**supported** 82:10

**supporting** 30:5 49:23

**sure** 7:3 9:6 11:20
12:1 14:4 16:7
17:9,25 18:6,17 20:5
25:1 27:17 30:24
37:4 40:8,15
41:12,16,17 42:24
45:23,25 46:25
49:10,12,17 54:19
55:4 62:13 69:23
74:10 76:13
78:15,18,20
79:2,8,19 82:21 83:8
85:8,23 87:3

**sworn** 1:16 5:3 91:18
92:12

---
T
---

**table** 8:5

**taking** 7:21 17:24

**talk** 36:4

**talked** 32:9 44:1 70:3

**talking** 6:16,24
37:5,8 63:18 81:4
83:19

**talks** 34:9

**targeted** 60:3

**Tatum** 2:8 5:5,6 10:20
11:14 13:23
14:18,23,24 15:4
18:12 19:4 23:9
24:14,20 25:3,6 28:8
30:12 32:2,9,15
36:18 38:7,11 41:13
47:14 48:8 50:12
52:7,21 53:5,17,25

55:4 56:13,21 57:19
58:19 59:13 60:25
61:14 62:8,13,15
65:18,20 66:6,20
67:18 68:5,12,18
69:4,15 70:25
71:2,6,9,12 73:12,23
74:3,7 78:3,14 80:10
81:18 82:3
83:4,18,25 84:7,9,22
85:18 86:9
87:1,5,10,13,16

**Tatum**...............
.............5 3:5

**TCRR** 91:15

**team** 76:11

**telephone** 2:13 14:17

**ten** 29:1

**terms** 81:24 82:2

**testified** 5:3
36:12,17 38:16 47:17

**testify** 16:14 18:20
36:5 37:23 41:18
58:3

**testimony** 38:17 41:19
57:21 60:19 70:9
74:24 75:4 78:10
84:14 91:20 92:8

**Texas** 1:1,18,20,21
2:5,10 4:7 5:10,15
9:19,21 10:8 11:16
12:5,14 13:5,6,7,12
20:17,24 21:15 22:6
25:20 26:7
27:11,18,23 28:2,17
31:5,10 35:18
39:2,9,20 41:2,15
43:4 46:15 50:20
52:17 55:14 56:10
60:4 61:11,18
63:2,4,10,23
64:2,5,10,14 67:1
71:15,21 72:2,3,4
74:17,18
78:14,18,20,21 79:7

91:1,16 92:16,17

**text** 62:22

**thank** 8:7 14:23 62:12
87:5,15 88:2

**that's** 12:21 13:13
14:9,25 15:11 17:20
18:1 20:16,22,23
24:9 28:14,24 29:11
36:23 38:1,2,22,25
43:7,11 45:19
47:16,23 49:20 53:24
55:22 57:6,11,12,24
59:11 65:18 69:20
73:14,15 78:23 84:17
85:2 87:18

**themselves** 23:13 27:7
81:6

**thereabouts** 5:9

**therefor** 92:3

**therein** 90:18

**there's** 12:23 15:23
16:21 25:7,9,22
26:3,24,25 27:13
28:8 30:13 35:8
44:21,22,25
45:6,13,14 49:4,5
50:22,23 60:17 69:12

**they're** 20:9,20 22:16
26:14,19 31:12 46:16
80:4 83:3,6,20,22

**thousand** 17:5 39:16
49:5,6 63:19,25 64:2

**throughout** 26:2 46:18

**title** 25:7 71:20

**today** 5:16 6:14 7:15
8:9,20 9:9 37:24
39:17 58:4,24
86:22,23

**today's** 68:13,21
77:16,20

**top** 71:19

**topic** 17:10 19:2
56:24

**topics** 16:10,15,17
18:18

**total** 45:3

**totally** 18:6

**touched** 84:1

**toward** 34:3

**towards** 54:2,13 85:20
86:10

**transcribe** 6:13

**transcript** 87:8
91:19,25

**transparency** 44:10

**transporting** 53:3

**treasurer** 13:10
44:4,19,20,21,22

**trial** 87:3

**tried** 34:22 73:23

**true** 56:13,14 90:2
91:19

**trust** 24:22

**truth** 7:11

**truthful** 16:14

**truthfully** 7:18,22
8:1

**try** 6:16 35:21 53:22

**trying** 23:10 27:20
52:13,24 73:17,25

**turn** 14:6 15:20

**two-second** 53:12

**type** 21:13 62:2

**types** 70:6

**typically** 43:14

---
U
---

**uh-huh** 6:11,15 24:24
35:25 43:17

**ultimate** 45:8

**unable** 57:20 58:24

66:3

**underneath** 34:6

**understand** 6:14,21,25
7:3,8,10 16:7
17:10,11 18:6
32:2,13 50:4 57:1
60:14 70:2 73:24
83:15

**understanding** 27:21
38:22,25 39:11

**understands** 73:18

**Understood** 38:11

**undertake** 41:23

**United** 1:1 2:13,14
9:20 10:13 14:12,21
15:14 16:12
25:13,17,25
51:3,8,17,24
82:12,18,22
83:2,8,11,16 91:1

**university** 46:15

**unlawful** 55:18

**unless** 7:6 55:2 62:3
72:4

**usually** 22:18 28:24
29:1 30:3

---
V
---

**Vacation** 11:12

**vague** 41:8 47:13
68:9,16 69:1,7 77:23
82:25

**vagueness** 32:1

**various** 52:19 55:15

**VEASEY** 1:3 2:3 91:3

**verbal** 6:9

**via** 2:13 14:17

**vice** 13:8
26:14,16,21,22 27:1

**view** 27:9

**views** 47:24 49:24

**voice** 41:1,14

**Voicing** 38:20

**voluntary** 12:20

**volunteer** 33:10,22

**vote** 20:19 21:5 22:25
36:3 46:3,5,22
47:5,6,9,16,22,23
48:21 49:19,22 50:14
51:20,22 53:22
66:7,24 67:5,9 69:20
70:7,11 72:3 74:12
78:4,15,19,22,25
79:3,5,6,8 80:4
84:13 85:1 86:8

**voted** 23:17 63:6,7,11

**voter** 46:17 47:20
48:1,9 49:15 59:10
60:1 66:24
79:11,17,22
80:2,5,12,19
81:2,19,22 82:10

**voters** 17:14 52:7
55:15,16,24 56:11
67:1 72:2,3
78:4,16,19

**votes** 70:15 82:4

**voting** 2:14 46:12
47:1,19 48:12,24
50:1,9 51:21 53:7
66:13

**VS** 1:5 91:5

---
W
---

**wait** 6:20

**waive** 87:20,21

**Washington** 2:15 35:3

**wasn't** 21:20 23:14
37:22

**waste** 73:8

**ways** 52:3

**weapons** 61:12

**Web** 4:6,8 24:16 25:19

51:6 71:15

**week** 41:11

**we'll** 17:7 19:1 31:4

**well-being** 40:13

**we're** 5:9 21:8,11,12
84:3

**West** 1:20 2:4,9 92:17

**we've** 14:18 43:9 74:1
84:1

**whatever** 7:2 21:3
22:17,21 23:7 30:5
33:12,15 46:13 49:24

**whenever** 33:16

**whether** 18:4,8
20:1,20 22:4 23:8
36:3 39:4 40:2
41:4,16 42:16
48:2,16 49:22 56:10
64:16,22 65:14 73:17
75:10,25 76:2,9,24
79:15 83:8

**whole** 6:11 10:13
25:22 32:18 33:13,17
49:9 62:24 63:1,4
72:12

**whomever** 24:5 81:11

**who's** 39:17

**whose** 90:15

**withdraw** 32:8

**witness** 1:15 10:19
17:17,22 18:1,6,9
22:12 24:19 28:4,7
29:22,24 31:22 32:13
36:15 38:4,9 41:10
47:19 50:11 52:2
53:2,12,20 54:23
56:3,7 57:6,8,9,11
58:16 59:8 60:24
61:4,7,9 62:14
66:9,12,17 67:16
68:3,10,17,24 69:2,8
71:5 74:5 77:25
78:9,11 80:7 81:17

82:1 83:1,15
84:17,20 85:15,25
87:1 91:18,20

**witness's** 60:15

**work** 12:19,25 30:6
34:3

**works** 20:23

**worry** 83:24

**Wow** 11:25 26:19

**write** 39:24

**written** 17:24 39:24
58:21

---
Y
---

**y'all** 43:12,21

**yea** 21:5

**yesterday** 8:20,25
9:2,4 65:6

**yet** 72:13

**you'll** 46:19 62:6

**young** 44:17

**yourself** 6:2 14:19

**youth** 35:3

**you've** 6:2 16:11
22:12 28:10 29:5,7
43:9 58:2,3 74:7,9