SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

1 (Pages 1 to 4)

## Page 1

```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
2                      CORPUS CHRISTI DIVISION
3    MARC VEASEY, et al.,        )
             Plaintiffs,         )
4                                )
     v.                          ) Civil Action
5                                ) No. 2:13-cv-193(NGR)
     RICK PERRY, et al.,         )
6             Defendants.        )
     _____)
7                                )
8
             <<<<<HIGHLY CONFIDENTIAL>>>>>
9
10   ************************************************
11                    ORAL DEPOSITION OF
12                    SENATOR DAN PATRICK
13                      JULY 11, 2014
14   ************************************************
15        ORAL DEPOSITION OF SENATOR DAN PATRICK,
16   produced as a witness at the instance of the United
17   States of America, and duly sworn, was taken in the
18   above-styled and numbered cause on July 11, 2014, from
19   10:17 a.m. to 6:07 p.m., before Denyce M. Sanders,
20   CSR, RPR, CRR, TCRR, in and for the State of Texas,
21   recorded by machine shorthand, at the offices of
22   Attorney General's Office, 808 Travis, Suite 1520,
23   Houston, Texas, pursuant to the Federal Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto; signature having been waived.
```

## Page 2

```
1            A P P E A R A N C E S
2
3    FOR THE PLAINTIFF UNITED STATES OF AMERICA:
4        U.S. DEPARTMENT OF JUSTICE
         Civil Rights Division
5        950 Pennsylvania Avenue, NW - NWB Room 7254
         Washington, D.C. 20530
6        Ms. Anna M. Baldwin
         202.305.4355
7        anna.baldwin@usdoj.gov
8    FOR THE VEASEY PLAINTIFFS:
9        DERFNER ALTMAN & WILBORN
         575 King Street, Suite B
10       Charleston,South Carolina 29403
         Mr. Armand Derfner
11       843.723.9804
         aderfner@dawlegal.com
12
13   FOR THE DEFENDANT TEXAS LEAGUE OF YOUNG VOTERS
     PLAINTIFF-INTERVENORS:
14
         WILMER CUTLER PICKERING HALE AND DOOR, LLP
15       1875 Pennsylvania Avenue, NW
         Washington, D.C. 20006
16       Ms. Danielle Y. Conley
         202.663.6262
17       danielle.conley@wilmerhale.com
18
19   FOR THE DEFENDANTS AND WITNESS:
20       OFFICE OF THE ATTORNEY GENERAL OF TEXAS
         Consumer Protection Division
21       808 Travis, Suite 1520
         Houston, Texas 77002
22       Ms. Rosemarie Donnelly
         713.225.8919
23       rosemarie.donnelly@texasattorneygeneral.gov
24           -and-
25       -CONTINUED-
```

## Page 3

```
1    OFFICE OF THE ATTORNEY GENERAL
     DEPUTY ATTORNEY GENERAL FOR
2    INTERGOVERNMENTAL RELATIONS
     P.O. Box 12548, Capitol Station
3    Austin,Texas 78711
     Mr. Jay Dyer
4    512.463.2197
     jay.dyer@oag.state.tx.us
5
             -and-
6
     OFFICE OF THE ATTORNEY GENERAL
7    OFFICE OF THE SOLICITOR GENERAL
     P.O. Box 12548, Capitol Station
8    Austin,Texas 78711
     Mr. Arthur C. D'Andrea
9    512.463.2197
     arthur.dandrea@oag.state.tx.us
10
11   FOR THE DEFENDANTS RICK PERRY, STATE OF TEXAS, NANDITA
     BERRY, AND THE DEPARTMENT OF PUBLIC SAFETY:
12
13       OFFICE OF THE ATTORNEY GENERAL
         TORT LITIGATION DIVISION
14       P.O. Box 12548, Capitol Station
         Austin,Texas 78711
15       Mr. J. Reed Clay, Jr.
         512.463.2197
16       reed.clay@oag.state.tx.us
17
18   ALSO PRESENT:
19       Ms. Lauren Sutterfield
20
21
22
23
24
25
```

## Page 4

```
1                      INDEX
2                 ORAL DEPOSITION OF
3        SENATOR DAN PATRICK, JULY 11, 2014
4                      Page
5    APPEARANCES.............................   2
6    BY MS. BALDWIN..........................   9
7    BY MS. CONLEY........................... 196
8    BY MR. DERFNER.......................... 254
9    BY MR. CLAY............................. 307
10   BY MS. CONLEY........................... 331
11
12
13
14
15   REPORTER CERTIFICATION.................. 333
16
17
18
19
20
21
22
23
24
25
```

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

2 (Pages 5 to 8)

5

EXHIBIT INDEX
ORAL DEPOSITION OF
SENATOR DAN PATRICK, JULY 11, 2014
Description                 Page

Patrick 1       Document Subpoena............. 13

Patrick 2       SB No. 362.................... 48

Patrick 3       3-10-09 Transcript of ........ 95
                Testimony
Patrick 4       SB No. 14..................... 102
Patrick 5       1-26-11 Senate Journal........ 121
Patrick 6       E-mails....................... 152
Patrick 7       E-mails....................... 168
Patrick 8       E-mails....................... 176
Patrick 9       Document entitled I Stand .... 187
                with Dan to Stop the Illegal
                Invasion
Patrick 10      E-mails....................... 199
Patrick 11      E-mails....................... 206
Patrick 12      Document entitled Senator .... 254
                Patrick Announces Voter
                Integrity Initiative
Patrick 12A     Document entitled Senator .... 254
                Patrick: "House Antics
                Kills Voter Identification
Patrick 12B     4-15-09 Form Letter........... 254
Patrick 12C     2-24-12 Capitol Update........ 254
Patrick 12D     Document entitled Your Voice . 254
                from Senate District 7

6

Patrick 12E     E-mails....................... 254
Patrick 13      Defendants' Objections and ... 271
                Responses to Plaintiffs and
                Plaintiff-Intervenors' First
                Set of Interrogatories

Patrick 14      SB 14......................... 283

Patrick 15      Transportation Code 521.142... 285

Patrick 16      37 TAC 15.185................. 287

Patrick 17      37 TAC 15.182................. 287

Patrick 18      Document entitled Election ... 292
                Identification Certificate

•_____•

7

```
 1              SENATOR DAN PATRICK,
 2   having been first duly sworn, testified as follows:
 3              MS. BALDWIN:  Good morning.  My name is
 4   Anna Baldwin and I represent the United States in this
 5   matter.  Thank you for being here today, Senator
 6   Patrick.
 7              If we could just go around the room and
 8   get everyone's name for the record, please.
 9              MS. CONLEY:  Danielle Conley.  I
10   represent the Texas League of Young Voters Education
11   Fund and Imani Clark, the plaintiff-intervenors in
12   this matter.
13              MR. DERFNER:  I'm Armand Derfner.  I
14   represent the Veasey plaintiffs.
15              MR. CLAY:  Reed Clay, for the State of
16   Texas.
17              MR. DYER:  Jay Dyer, on behalf of the
18   witness.
19              MS. DONNELLY:  Rosemarie Donnelly, on
20   behalf of the witness.
21              MS. SUTTERFIELD:  Lauren Sutterfield, in
22   Senator Patrick's office.
23              MR. D'ANDREA:  Arthur D'Andrea, for the
24   witness.
25              THE WITNESS:  Who's on the phone?
```

8

```
 1              MS. BALDWIN:  Do we have anybody on the
 2   phone?
 3              THE WITNESS:  Who are we connected to,
 4   by the way?
 5              MS. CONLEY:  We're connected to other
 6   plaintiffs who may dial in -- or attorneys for --
 7              MS. DONNELLY:  Yeah.  How are we going
 8   to keep track of when they dial in?
 9              MS. CONLEY:  Well, we can -- I
10   mean -- is anyone on the phone?
11              MS. BALDWIN:  No one will be speaking.
12   They will just be listening in.
13              MS. DONNELLY:  Yeah, but I think for
14   purposes of the record they're present.
15              MR. CLAY:  Yeah, we'll still want to
16   know who's listening in.
17              MS. BALDWIN:  Okay.
18              MR. CLAY:  I think when -- probably when
19   they dial in there's some signal that somebody has
20   dialed in and maybe we should say, "Who's there?"
21              THE WITNESS:  Well, my question would
22   be, if this is under protection, how do we know who is
23   on the line?  I'm not very comfortable with just
24   having an open phone line.
25              MS. DONNELLY:  Can you just e-mail your
```

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

3 (Pages 9 to 12)

**Page 9**

1    counterparts and say, "If you want to dial in, e-mail
2    me back," and then we can deal with it then.  How
3    would that be?
4            THE WITNESS:  Yeah, let's do that.
5            MS. BALDWIN:  That's fine.
6            MS. DONNELLY:  So we need to hang up.
7            MR. DYER:  So I'll hang that up.
8            MS. DONNELLY:  Yeah, hang up.  Thanks.
9            E X A M I N A T I O N
10   BY MS. BALDWIN:
11       Q.  Senator Patrick, could you state and spell
12   your name for the record.
13       A.  D-A-N P-A-T-R-I-C-K.
14       Q.  And do you understand that today you're to
15   testify truthfully, accurately, and completely?
16       A.  Yes.
17       Q.  The court reporter is going to be preparing a
18   transcript of everything that's said today.  I'd ask
19   that you respond to my questions verbally, with no
20   shaking the head yes or no, or uh-huhs or huh-uhs,
21   since those are difficult to transcribe.
22           If you'll wait for me to finish my question
23   before you answer, I'll do the same for you, and then
24   that way we'll have a clear record.
25           If you wish to stop and take a break, please

**Page 10**

1    let me know and we'll try and accommodate you.
2            Does all that make sense?
3        A.  Yes.
4        Q.  Do you understand that you're under oath and
5    may be subject to the penalty of perjury for giving
6    false or misleading testimony today just like at a
7    trial?
8        A.  Yes.
9        Q.  Do you understand these instructions?
10       A.  Yes.
11       Q.  Do you have any questions about these
12   instructions?
13       A.  No.
14       Q.  Are you on any medication today that would
15   affect your ability to testify?
16       A.  No.
17       Q.  Is there any reason why you cannot testify
18   truthfully and accurately today?
19       A.  No.
20       Q.  I may use the terms "voter ID" and "photo ID"
21   interchangeably during this deposition.  I want you to
22   interpret that term just to mean the requirement that
23   a voter present a form of identification when voting
24   in person before being permitted to vote by regular
25   ballot.  Do you understand?

**Page 11**

1            MS. DONNELLY:  I'm going to object to
2    that.  I think that creates confusion.
3        Q.  (BY MS. BALDWIN)  If you have any question
4    about what I mean when I use the term, feel free to
5    ask.  Does that make sense?
6        A.  I will ask.
7        Q.  Okay.  When I use the term "minority voters,"
8    I mean voters who are nonwhite and non-Anglo.  Do you
9    understand?
10       A.  Yes.
11       Q.  When I refer to SB 14, I mean the voter ID
12   bill that was passed by the Texas legislature in 2011.
13   I understand that in every session of the Texas
14   legislature there is, in fact, an SB 14, but that's
15   the SB 14 that I'm going to be talking about today.
16   Does that make sense?
17       A.  Yes.
18       Q.  Senator Patrick, are you represented by
19   counsel today?
20       A.  Yes.
21       Q.  And who is that?
22       A.  It's from the Attorney General's Office.
23       Q.  Okay.  And have you been deposed since the
24   last time you were deposed in litigation regarding
25   SB 14?

**Page 12**

1        A.  No.
2        Q.  Okay.  What did you do to prepare for today's
3    deposition?
4        A.  Talked with representatives from the Attorney
5    General's Office for a couple of hours.
6        Q.  And when was that?
7        A.  Yesterday.
8        Q.  And which representatives?
9        A.  Rosemarie, Arthur, Jay.
10       Q.  Okay.  Was anybody else present?
11       A.  No.
12       Q.  Did you review any documents?
13       A.  Yes.
14       Q.  What documents?
15       A.  That, I can't remember.
16       Q.  Can you describe generally what documents you
17   reviewed?
18       A.  There were some e-mails from me and maybe
19   some other press statements or releases.  I can't
20   remember each one.
21       Q.  Okay.
22           MS. DONNELLY:  I'll represent everything
23   that was reviewed has been produced in this
24   litigation.
25           MR. CLAY:  I'm sorry, say that again.

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

4 (Pages 13 to 16)

---

13

1    MS. DONNELLY:  Everything that was
2  reviewed has been produced in this litigation.
3    Q.  (BY MS. BALDWIN)  And did you bring any notes
4  or documents with you here today?
5    A.  No.
6    (Patrick Exhibit 1 marked/introduced.)
7    Q.  (BY MS. BALDWIN)  I'm going to hand you a
8  document to be marked as Exhibit 1, which is the
9  document subpoena that was served on you in this case.
10    Would you take a moment -- do you recognize
11  this document, and in particular Exhibit A beginning
12  on page 3, which is the document requests?
13    A.  Well, I don't believe I have seen it before.
14    Q.  Were you aware that a document subpoena was
15  served on you in this litigation?
16    A.  Yes.
17    Q.  And how were these documents searched for?
18  Are you aware?
19    A.  I am not.  That was my -- my staff.
20    Q.  Who on your staff handled that?
21    A.  John Gibbs.
22    Q.  And did you have any discussion with
23  Mr. Gibbs about that?
24    A.  No.  There may have been other people in the
25  office, but John is the one I worked with.  And then I

---

14

1  searched my computer.
2    Q.  And what did Mr. Gibbs -- let me start over.
3    Did Mr. Gibbs provide you the instructions of
4  what to search for and how to search your computer?
5    A.  I believe so.  Not certain, but I believe
6  that's who I talked with.
7    Q.  And what were those instructions?
8    A.  Can't recall.
9    Q.  Were they conveyed orally?
10    A.  Yes.  I believe so.  I mean, I know that I
11  talked to him.  I don't know if he -- I don't think he
12  sent me anything in writing, but I'm not positive.
13    Q.  And do you remember, in general, what he told
14  you to search for?
15    A.  I really don't know the -- I really can't
16  answer the question.  I don't recall exactly
17  what -- whatever he asked for at the time, that's what
18  I searched for.
19    Q.  And where did you search?  Did you search
20  your personal e-mail address?
21    A.  That's the only area that I searched.
22    Q.  Okay.  And what e-mail address is that?
23    A.  Danpatrick700@gmail.
24    Q.  Okay.  And so any other searches would have
25  been carried out of other sources by your staff; is

---

15

1  that correct?
2    A.  Correct.
3    Q.  And did you provide any documents from your
4  Gmail address?
5    A.  I believe I did.
6    Q.  And do you know, was that in connection with
7  this litigation or the prior litigation?
8    MS. DONNELLY:  Objection.  Form.
9    A.  The documents that I saw yesterday, I can't
10  recall.
11    Q.  (BY MS. BALDWIN)  Do you remember roughly when
12  you searched for the Gmail documents?  Was that this
13  year or at an earlier date?
14    A.  When was the request made?
15    Q.  If you'll look on the first page of the
16  subpoena, which is Exhibit 1 --
17    A.  Yes.
18    Q.  -- the return date was for April 2014.
19    A.  Then I would have searched this year.
20    Q.  Did you previously search your Gmail account
21  for documents in the prior litigation?
22    MS. DONNELLY:  Objection.  Form.
23    A.  I just don't recall.  It's been a long time.
24    Q.  (BY MS. BALDWIN)  And when you were doing
25  that search, did you use particular search terms or

---

16

1  did you look message by message?  How did you do that?
2    A.  I don't recall.
3    Q.  Do you keep everything that you receive in
4  your Gmail account?
5    A.  No.
6    Q.  What -- do you have a regular process on when
7  you delete things from your Gmail account?
8    A.  Not a regular process, but on a fairly
9  frequent basis.
10    Q.  What do you mean by "fairly frequent"?
11    A.  Could be once a month, could be every couple
12  of months.
13    Q.  And so if you searched for documents in this
14  case in 2014, is it likely that many e-mails from 2011
15  you would no longer have?
16    A.  Repeat the question.
17    MS. BALDWIN:  Can you read that back.
18    THE REPORTER:  "And so if you searched
19  for documents in this case in 2014, is it likely that
20  many e-mails from 2011 you would no longer have?"
21    A.  It depends on the subject.
22    Q.  (BY MS. BALDWIN)  For e-mails related to
23  SB 14, is it likely that there were some e-mails that
24  you either sent or received in 2011 that you would no
25  longer have today in your Gmail account?

---

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

---

**17**

1   A.  It's possible.
2   Q.  Did you ever receive a request from the
3   Attorney General's Office not to delete any documents
4   related to the subject matter of SB 14?
5   A.  I don't recall.
6   Q.  You don't recall seeing anything like that in
7   writing asking you not to delete anything?
8   A.  Before this request or after?
9   Q.  At any time.
10  A.  I don't recall.  I mean, I don't recall.
11  Q.  Is it likely if you had received something
12  like that you would remember it?
13  A.  No.
14  Q.  Would it be important to you to comply with a
15  request not to delete e-mails?
16  A.  Yes.
17  Q.  And so if it would be important to you
18  comply with that, is it likely that you would, in
19  fact, remember it?
20  A.  No.  I mean, I don't know what else to tell
21  you.  It would be important that I would follow the
22  instructions, but I don't recall if --
23  Q.  But you don't recall actually receiving
24  those, is your point?
25  A.  Right.

---

**18**

1   Q.  If we could look back at the specifics of the
2   actual document request --
3   A.  Which page?
4   Q.  -- on page 4.
5   A.  All right.
6   Q.  Number 3 is a request for "All documents
7   related to any calculations, reports, audits,
8   estimates, projections, or other analyses related to
9   the effect SB 14 imposes, or that SB 14 was
10  projected to impose, upon minority voters or on voters
11  who are members of a language minority group, from
12  December 1, 2010, through May 27, 2011."
13      Did you have any documents that were
14  responsive to that request?
15  A.  Not that I recall.
16  Q.  What about Number 4:  "All documents related
17  to any calculations, reports, estimates, projections,
18  or other analyses related to the impact of SB 14 on
19  voter turnout or voter registration," did you have any
20  documents responsive to that request?
21  A.  Not that I recall.
22  Q.  And have you ever had, not just presently
23  that you would maintain them, but have you ever had
24  any documents that would have been responsive to those
25  requests in your possession?

---

**19**

1   A.  Not that I recall.
2       Something I'd like to clarify so that you
3   have an understanding of this that may help moving
4   forward, even though I was listed as an author of the
5   bill, I didn't write the bill, nor was I an active
6   author.
7       So that you understand the process, when a
8   senator files a bill, you take the paperwork to the
9   clerk and you can submit it and you're the author.
10  You then can go to other senators and say, "Would you
11  like to co-author the bill with me?"  It means we
12  support the bill, and we add our name to it.
13      We also have a process from time to time
14  where senators, before they file the bill, they're the
15  author of it.  They will ask other senators, "Would
16  you like to be, not a co-author, but in essence a
17  joint author?"
18      Because there was some confusion on that in
19  my last deposition on this because, quite frankly, I
20  didn't even remember that had happened.
21      So Senator Fraser, who was the author of the
22  bill and did the work on the bill -- apparently, I had
23  forgotten -- had gone to the senators before he filed
24  it and allowed members to be authors.
25      So my involvement of the bill, outside of an

---

**20**

1   amendment, was primarily listening to testimony and
2   voting for the bill.  So that's why -- and I don't
3   recall that I ever had these documents.  But I
4   would -- this is totally different than a bill that I
5   would actually be the author of.
6       As chairman of education, this session, for
7   example, I authored a number of bills and I would have
8   documents related to those more than I would have in
9   this case.  So I have -- I would have had probably
10  little, if any, of those types of documents.
11      So I just want you to understand that process
12  because it was confusing in the last deposition and we
13  didn't really I think clarify that with the attorneys
14  asking the questions in the middle of the day.
15  So if that will be helpful, going along.
16  Q.  Thank you.  I appreciate that.
17  A.  Okay.
18  Q.  So that I understand, for SB 14, you were
19  listed as effectively a joint author on the prefiling
20  end, but it was Senator Fraser who had actually
21  authored the bill; is that your testimony?
22  A.  Correct.
23  Q.  And so just so I have the terminology
24  correct, it would be most accurate to call you a joint
25  author rather than co-author?

---

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

6 (Pages 21 to 24)

21

1      A.  You could call me a joint author or an
2  author.
3      Q.  Okay.
4      A.  There is a difference between, again, being a
5  co-author.
6      Q.  Okay.  And what's the difference between an
7  author versus co-author?  Is that just the before
8  filing/after filing distinction?
9      A.  That's really the -- that's the distinction.
10     Q.  Okay.  Thank you.
11         And just to wrap up the topics on the
12 document subpoena, if you could look on page 5, topics
13 Number 8, and 9.
14     A.  Yes.
15     Q.  Topic Number 8 is:  "All documents related to
16 any calculations, reports, audits, estimates,
17 projections, or other analyses related to the effect
18 that voter identification requirements impose upon
19 minority voters or voters who are members of a
20 language minority group, from January 1, 2005, through
21 November 30, 2010."
22         Is it correct that you've never had any
23 documents on that topic in your possession as far as
24 you're aware?
25     A.  Yeah, I don't recall if I did or did not.

22

1      Q.  And the same with respect to 9:  "All
2  documents related to any calculations, reports,
3  estimates, projections, or any other analyses related
4  to the impact of voter identification requirements on
5  voter turnout or voter registration, from January 1,
6  2005, through November 30, 2010."
7      A.  I don't recall.
8      Q.  You didn't produce any documents on that
9  topic, correct?
10     A.  You know, that, I don't even -- I -- I don't
11 recall, and I -- if I did, I haven't seen them since.
12     Q.  Okay.  But you're not aware of ever even
13 having any documents on topic Number 9; is that
14 correct?
15     A.  Yeah, again, I don't recall that I did or did
16 not.
17         Another point for you to note -- just to help
18 us move through this -- that once a bill is passed, I
19 don't want to say that the file closes on it, but you
20 move on.  We cast somewhere in the neighborhood of
21 3500 to 4,000 votes a session, pass maybe a thousand
22 bills, or give or take a few hundred.
23         So whether I'm an author, a co-author, or
24 just someone who voted for or against a bill, once
25 that's gone, you move on.  So I would not expect that

23

1  I would have very many documents or e-mails or
2  anything else since 2011 to begin with.
3      Q.  And is that because of a general document
4  retention policy that you have -- I mean, once -- let
5  me ask that differently.
6         Once a bill has been voted on and the session
7  has ended, what do you normally do with the working
8  files related to that bill?
9      A.  Well, it would -- it would depend on our
10 involvement in the bill.  If we were just voting for
11 the bill, we might not have any documents except
12 something that, if you were a senator, you may have
13 sent me.
14         And then we would have the bill book, which
15 would be in the Senate Journal.  You would have copies
16 or access to that, which would be the actual
17 legislation.  We wouldn't keep that in our office.
18         So it would only be maybe correspondence with
19 a constituent or something, "Why did you vote for
20 that?", or "Why did you vote against it?", or -- but
21 it wouldn't be -- it wouldn't be a volume of
22 documents.
23         And to further help you understand the
24 process, so that you know -- so that you know I'm
25 being as candid as I can be on this -- is last

24

1  session, for example, I was chair of education on
2  higher education, criminal justice, transportation,
3  redistrict -- redistricting, Sunset and finance.
4         So, literally, we take the issues as we take
5  them and then we move on, and there's -- for me,
6  personally, and I -- you know, I can't speak for other
7  senators, but you move forward.
8      Q.  And so if you had received constituent
9  correspondence, would that be maintained indefinitely
10 or would you get rid of that once the issue is done?
11     A.  I don't know what the -- the procedure is on
12 that, how long those are retained.
13     Q.  Is that a -- something that each legislative
14 office sets?
15     A.  I don't know.  I don't know.
16     Q.  To get a little bit more of your background,
17 Senator Patrick, could you tell me how long you've
18 served in the Senate?
19     A.  Since 2007 was my first session.
20     Q.  And so you first ran in 2006?
21     A.  Correct.
22     Q.  And had you ever run for public office before
23 that?
24     A.  No.
25     Q.  And you represent Senate District 7; is that

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

7 (Pages 25 to 28)

25

1    correct?
2       A.  Yes.
3       Q.  And what areas of Texas are included in that?
4       A.  It's all confined to one county, Harris
5    County, and it's primarily west Harris County
6    with -- with a little bit -- an area a little towards
7    the city.  Since then we've had redistricting and my
8    district has changed a little bit.  I have less of the
9    city as population has shifted.  But it's primarily
10   west Harris County.
11      Q.  And what are the racial demographics of your
12   district?
13      A.  I don't know specifically.
14      Q.  Do you know generally?
15      A.  I really have not seen data in a while on
16   that.  I -- you know, I believe that -- I -- it seems
17   to me I recall seeing data at some point it was in the
18   30 percent minority, but I'm not positive.
19      Q.  Okay.  And when you say "30 percent
20   minority," does that include both African-Americans
21   and Latinos?
22      A.  Yes.  Again, it seems to me I either read
23   that or heard it somewhere, and I don't know if that
24   was 2007 or 2010, or when that was last, but...
25      Q.  And you mentioned earlier that you're on the

26

1    Redistricting Committee?
2       A.  I was.
3       Q.  Okay.  And was looking at demographic
4    information of various districts, including your own,
5    something that you did as part of your role in the
6    Redistricting Committee?
7       A.  My role was very small in that committee.
8    That was primarily handled by the committee.
9       Q.  But regardless of how large your role was,
10   was looking at demographic data something that you did
11   as part of your work on the Redistricting Committee?
12      A.  It probably was at some point.  Again, that's
13   been several years, so I don't -- I don't recall.
14      Q.  Before redistricting, was your district
15   majority Anglo?
16      A.  Yes.
17      Q.  And it was after redistricting as well?
18      A.  Yes.
19      Q.  And do you know if it became more or less so?
20      A.  I don't know.
21      Q.  During the 83rd session of the Texas
22   legislature, have you sponsored any election-related
23   or voter-related bills?
24      A.  Which year was the 83rd?
25      Q.  This most recent.

27

1       A.  Sorry.
2       Q.  Trying to use the terminology as well.
3       A.  Yeah, I know.  This session, did I sponsor
4    any election-related law?  I don't recall.  I
5    think -- I believe I sponsored 70 or 80 bills, but I
6    don't recall.
7       Q.  And do you have any leadership roles in the
8    Senate during the time that you served?
9       A.  Just chair of education.
10      Q.  Okay.  And is there a Tea Party caucus in the
11   Senate?
12      A.  Oh, yes.  Yes.  I'm chair of the Tea Party
13   caucus.
14      Q.  Okay.
15      A.  Yes.
16      Q.  And what does that role involve?
17      A.  It was we would meet with constituents,
18   grassroots folks, maybe once a month during session,
19   so maybe -- and not every month, but maybe four or
20   five times, usually on a Sunday.  That was the only
21   time we really could meet for a couple of hours and
22   listen to their thoughts and we would share our
23   thoughts.  It was more of a listening.
24      Q.  And were those organizations both from within
25   your district and other parts of the state?

28

1       A.  Statewide.
2       Q.  Statewide.  And is chair of the Tea Party
3    caucus an elected position within the caucus?  I
4    mean --
5       A.  Yes.
6       Q.  And how many members of the Senate were also
7    members of the caucus?
8       A.  Only -- one for sure.  Maybe one or two more.
9    I don't recall.
10      Q.  And who were those?
11      A.  I said one for sure.  I believe it was
12   Senator Birdwell, but not -- now I'm not positive, but
13   I believe so.
14      Q.  Okay.  And the other senator who you think
15   may have been?
16      A.  Might have been -- you know, there's a
17   difference between people who join and actually
18   participate, so that's what I'm trying to remember.
19   There may have -- maybe Senator Campbell, but I'm
20   not -- I'd have to go back.  I don't recall.
21      Q.  Was --
22      A.  It was mostly House -- I'm sorry,
23   mostly -- there were more House members.
24      Q.  Okay.  So the caucus included both members of
25   the House and of the Senate?

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

8 (Pages 29 to 32)

---

**29**

1  A. Correct.
2  Q. And did you work with members of the House to
3  advance legislation regardless of which chamber it was
4  currently in?
5  A. We do that regardless of caucus work. That's
6  a -- we work with them and they work with us on a
7  variety of bills.
8  Q. But did the Tea Party caucus in particular
9  work across chambers to pass and promote legislation?
10  A. I don't believe, and I can always be
11  corrected, but -- on this, I don't believe that there
12  was ever a bill that was generated out of a caucus
13  meeting that I carried or they carried. It was more
14  of listening to what voters had to say in this case
15  and sharing with them what we were working on.
16      So it was more of an -- more of an update on
17  what was happening that was working on legislation.
18  The legislation that we worked on, we would have been
19  working on regardless.
20  Q. Right. But the conversations were designed
21  to advance legislation that you were working on; is
22  that fair to say?
23  A. I don't know that I would characterize it
24  that way. We just discussed legislation.
25  Q. That you were supporting?

---

**30**

1  A. Not always.
2  Q. But you did discuss legislation that you were
3  supporting?
4  A. Sure.
5  Q. And did you have any discussions about voter
6  ID with the Tea Party caucus?
7      MS. DONNELLY: I'm going to assert
8  legislative privilege to that question.
9      As to communications other members of
10  the legislature had with you privately, please don't
11  discuss that. It is their privilege to waive. You
12  can talk about what was public statements. You can
13  also talk about your own statements under seal
14  pursuant to the judge's order, but please do not
15  divulge communications that other members of the
16  legislature made to you privately.
17      Subject to that objection, go ahead and
18  answer.
19  A. Would you repeat the question for me?
20      MS. DONNELLY: Sorry.
21      THE WITNESS: That's all right.
22      MS. BALDWIN: Could you repeat the
23  question.
24      THE REPORTER: "And did you have any
25  discussions about voter ID with the Tea Party caucus?"

---

**31**

1  A. With all that, I -- you know, I don't recall.
2  What I do remember is what I -- what I believe is
3  accurate, and I can be corrected, the Tea Party caucus
4  was formed in -- sometime right before the -- that
5  would have been the 82nd session, I guess.
6      MR. DYER: 2011.
7      THE WITNESS: Okay. I can never
8  remember those.
9  A. Maybe in December was our first meeting. I
10  believe we took up voter ID in January. So I'm not
11  sure that we ever -- that that was actually a topic.
12  Could have been. I -- I mean, I don't really recall,
13  but that would have been very early on, so...
14  Q. (BY MS. BALDWIN) So you don't have any
15  specific recollections of any conversation during Tea
16  Party caucus meetings about the subject of voter ID
17  legislation?
18  A. Nothing -- nothing specific.
19  Q. Anything general?
20  A. No. I mean, I don't recall anything general.
21  We may have talked about it. We may not have. Again,
22  I think we had one -- maybe one organizational meeting
23  in -- in December right before a session. But we may
24  not have met until after the bill had already passed
25  the first time. I just don't recall.

---

**32**

1  Q. But even after the bill had passed the
2  Senate, when it was still moving through the House, do
3  you recall any meetings with the Tea Party caucus
4  about the bill at that point?
5  A. You know, I don't.
6  Q. And, Senator Patrick, you're currently
7  running for statewide office --
8  A. Yes.
9  Q. -- in Texas?
10  A. Yes.
11  Q. You're running for lieutenant governor,
12  correct?
13  A. Yes.
14  Q. Are you employed in a capacity other than as
15  a Texas senator?
16  A. I need to be.
17  Q. And who is your employer?
18  A. Patrick Broadcasting.
19  Q. Okay. And what's your title at Patrick
20  Broadcasting?
21  A. I'm not sure, but I think I'm the general
22  manager or president. It's my company.
23  Q. He who wears all hats?
24  A. Yes.
25  Q. And what are your responsibilities at Patrick

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

**33**

1  Broadcasting?
2     A.  Operating the businesses as any owner would,
3  being responsible for hiring.  Not directly.  I have
4  staff that does that.  But, I mean, being responsible
5  for staff, being responsible for the success of the
6  business, overseeing -- it's a radio station --
7  overseeing our on-air product and -- everything from
8  vacuuming the floor, if needed, to call on clients, to
9  being on the air, which I'm not very often
10  as -- because of candidate rules.
11     Q.  Okay.  Prior to running for statewide office,
12  were you regularly on the air even during the time
13  that you were serving in the Texas Senate?
14     A.  I was regularly on the air.  Once I was
15  elected in '07, that time slowly but surely diminished
16  as my responsibilities increased.
17     Q.  Okay.  So during the time that the
18  legislature wasn't in session, did you have a regular
19  on-air --
20     A.  Yes.
21     Q.  -- time?
22     A.  I'm sorry.  Yes.
23     Q.  And what about when the legislature was in
24  session, did you...?
25     A.  The last two sessions, maybe the last

---

**34**

1  three -- I was not as busy in 7th or freshman, so I
2  was able to be on a bit more.  But the last several
3  sessions, I've just not been able to be on.  You know,
4  I would call in as a guest, but -- try to do a show on
5  occasion, but not very often.
6     Q.  And so it was your show essentially?
7     A.  It was.  But I was like Johnny Carson at the
8  end of his career, seldom there.
9     Q.  Okay.  And would you describe it as a
10  political talk show?
11     A.  Yes.
12     Q.  And a conservative political talk show?
13     A.  Yes.
14     Q.  Did listeners call in?  I mean, what was the
15  general kind of format?
16     A.  Hopefully.  Or I just talked to myself for a
17  couple of hours.
18     Q.  Got it.
19        Was voter ID something that you talked about
20  on the air?
21     A.  I'm sure we did.
22     Q.  Yeah.  Was voter ID an important issue to you
23  as a Texas senator?
24     A.  It was an important issue to listeners.  It
25  was an important issue to voters and citizens in

---

**35**

1  Texas.  If you look at the polling, I believe at one
2  point 90 percent of Texan voters -- which would be
3  Republicans, Democrats, Independents -- were in
4  support of it.  I believe I saw a poll with that.  But
5  it was a very high percentage.
6        But it was no more or -- I wouldn't say no
7  less, but there were many important issues.  It was
8  one of many issues that people would talk about.  And
9  some of that was not so much seasonal, but, you know,
10  talk radio is often driven by the headlines in the
11  news.  So it might be a hot topic if there was a story
12  and then it might not be discussed for months.
13     Q.  But you would say that the issue of voter ID
14  was important to your listeners on the radio?
15     A.  I believe the issue of photo voter ID -- I
16  know we talked about that early -- to be clear, was
17  important to, apparently -- based on some polls that I
18  read in the papers and saw somewhere -- 80, 90 percent
19  of the people in Texas.
20     Q.  Separating out the question of the polls,
21  though, just from your sense as both a politician and
22  in this dual role as a broadcaster, did you get a
23  sense from your callers that voter ID was an
24  important issue -- photo voter ID was an important
25  issue to them?

---

**36**

1        MS. DONNELLY:  Objection.  Form.
2        Go ahead.
3     A.  In my view, the issue of photo voter ID was
4  important, but so were a number of other issues.
5     Q.  (BY MS. BALDWIN)  When you say "a number of
6  other issues," are we talking about maybe three or
7  four?  I mean, how many other issues would you say
8  were of similar importance?
9        MS. DONNELLY:  I'm going to object to
10  form.
11        THE WITNESS:  So do you want her to
12  restate that?
13        MS. DONNELLY:  You can answer if they
14  know.  It's vague.  It's confusing.  You can answer if
15  you have an answer.
16     A.  I would -- I would say more than two or
17  three.  There are, again, depending -- you know, you
18  have a broad -- it's a broad constituency.  And for
19  some people, some issues are very -- there may be
20  issues to you that are very important, but to -- you
21  know, are -- it's not the most important.  So there
22  are many issues.
23        As we like to say in the legislature, any
24  bill that passes is really important to someone.  We
25  may look at bills as -- we may say, "Well, that's a

---

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

10 (Pages 37 to 40)

**37**

1   really important bill," and that's -- and one of the
2   things that I learned early on, and I think any
3   legislator would tell you, that any bill that passes
4   is important to someone.  So there are lots of
5   important bills.
6      Q.  (BY MS. BALDWIN)  Do you think that the
7   grassroots support for photo voter ID was important to
8   passing the bill ultimately?
9         MS. DONNELLY:  Objection.  Form.
10        You can answer.
11     A.  I think that -- when you say "grassroots,"
12  what do you mean by "grassroots"?
13     Q.  (BY MS. BALDWIN)  Do you think the support of
14  regular people who -- the callers to your show, for
15  example, the broad base of support -- let me strike
16  that.
17        Let me just switch topics a little bit.
18     A.  Sure.
19     Q.  You mentioned some polling that you were
20  aware of.  Did you ever see the specific poll
21  questions that you're referring to that reflected a
22  particular level of support for photo voter ID?
23     A.  I would imagine that I read the questions in
24  a newspaper article.  Did I see the actual poll?  Only
25  as it would have been reported, to my knowledge.  I've

**38**

1   seen results of polling.
2         But there were frequent articles, as I
3   recall, in the newspapers at the time, or online
4   somewhere, because this issue went on a number of
5   years, as you know, that would -- it was usually
6   always the same, that the vast majority of
7   Republicans, Democrats, and Independents, supported
8   the legislation.
9      Q.  And do you know if that poll ever asked, "Do
10  you support photo ID that requires voters to have...",
11  and then listed specific forms of identification?
12     A.  I don't.
13     Q.  And do you know if the poll question said,
14  "Would you still support photo ID even if you knew
15  that racial minorities were disproportionately less
16  likely to have acceptable ID?  Do you know if that was
17  part of the polling?
18        MS. DONNELLY:  Objection to the form of
19  the question.
20        You can answer.  Go ahead.
21     A.  I wouldn't know.
22     Q.  (BY MS. BALDWIN)  Do you know what the
23  response rate was for any of those polls, overall?
24     A.  What the response rate was?
25     Q.  Yeah.

**39**

1      A.  The number of people interviewed?  I don't
2   recall.
3      Q.  And do you have any idea of how they did the
4   sampling to ensure that the population of people they
5   were talking to is a representative sample?
6      A.  No.
7      Q.  So you just know the results, you don't
8   really understand any separate way to measure the
9   validity of the survey; is that fair to say?
10        MS. DONNELLY:  Objection.  Form.
11     A.  I wouldn't -- that's how you're
12  characterizing it.  I wouldn't characterize it that
13  way.  I just don't know the makeup of the poll.
14     Q.  (BY MS. BALDWIN)  Do you know who conducted
15  the poll?
16     A.  I did see one poll by Baselice, Mike
17  Baselice.  I don't know who did the other polls that
18  were reported on by the media.
19     Q.  Would you agree that the way the polling
20  questions are asked is sometimes important to what
21  response is given?
22     A.  That's the way you're characterizing that.  I
23  would not characterize it that way.
24     Q.  In general.
25     A.  I don't know.

**40**

1      Q.  Do you think that all polls are -- fairly
2   represent the actual opinion of the population?
3      A.  It depends on the poll.
4      Q.  Can polls be used unfairly for political
5   ends?
6      A.  Don't know.
7      Q.  Do you have any experience with that as a
8   candidate?
9      A.  Not really.
10     Q.  Are you familiar with the term "push poll"?
11     A.  Yes.
12     Q.  What do you understand by the term "push
13  poll"?
14     A.  Push poll, you would ask questions in a way
15  to solicit answers in a particular way.
16     Q.  And you don't know whether any of the numbers
17  that you're referring to would be more accurately
18  characterized as push polls or not; is that fair?
19     A.  Correct, I would not know.
20     Q.  Do you currently hold a Texas driver's
21  license, Senator Patrick?
22     A.  Yes.
23     Q.  And do you recall when you last renewed your
24  driver's license?
25     A.  No.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

11 (Pages 41 to 44)

---

41

1    Q.  Do you recall whether you did that in person?
2    A.  I don't recall.  I believe the law states,
3    and I'm not certain, that you renew online and every
4    so many years you do it in person.  So I don't recall
5    when I last renewed it, how I renewed it.
6    Q.  Do you recall the last time you went to a DPS
7    office?
8    A.  No.
9    Q.  No recollection of renewing a driver's
10   license or getting it initially at DPS?
11   A.  At some point I went to a DPS office, but I
12   just don't remember one.
13   Q.  Do you recall having to wait ever at a DPS
14   office for services that you were there to receive?
15   A.  Not -- I don't recall a long wait.  I mean,
16   I'm trying to actually think of the last time.  I just
17   don't recall.
18   Q.  Do you know how far away the closest DPS
19   office is from, say, your house?
20   A.  Not exactly.
21   Q.  Do you know how you would get there if you
22   didn't have a car?
23   A.  How would I get there if I didn't have a car?
24   Q.  Uh-huh.
25   A.  I would ask a friend.

---

42

1    Q.  Do you know, is the DPS office accessible by
2    public transportation from your house?
3    A.  I would think not.
4    Q.  Do you think -- is that pretty common in your
5    district, that to get from residential areas to the
6    DPS office there is public transportation?
7    A.  Did -- repeat that again, how you said that.
8    THE REPORTER:  "Do you think -- is that
9    pretty common in your district, that to get from
10   residential areas to the DPS office there is public
11   transportation?"
12   MS. BALDWIN:  Is not public
13   transportation.
14   THE REPORTER:  Is not?
15   MS. DONNELLY:  Wait.  This is getting
16   confusing.  Start over.
17   Q.  (BY MS. BALDWIN)  Okay.  Let me start over.
18   A.  Okay.
19   Q.  Would you agree that it's more common than
20   not in your district for there not to be public
21   transportation to get to the DPS office?
22   MS. DONNELLY:  Object.  Form.
23   If you understand it, you can answer.
24   A.  I'm slightly confused, but I think I
25   understand what you're trying to ask me.

---

43

1    Q.  (BY MS. BALDWIN)  Let me try it one more time.
2    A.  I'm trying to follow you and I want to get
3    this right.
4    Q.  Can the majority of your constituents reach a
5    DPS office using public transportation, to the best of
6    your knowledge?
7    MS. DONNELLY:  Please don't speculate.
8    A.  Probably -- probably not.
9    Q.  (BY MS. BALDWIN)  When was the last time you
10   voted, Senator Patrick?
11   A.  This past runoff.
12   Q.  And did you vote on election day?
13   A.  No, I don't believe --
14   MR. DERFNER:  Could you speak up a
15   little bit?
16   THE WITNESS:  Yes.
17   A.  Did I vote on election day?  I don't believe
18   I did.  I believe I voted early.
19   Q.  (BY MS. BALDWIN)  Did you vote in person
20   early?
21   A.  I voted in person and I believe it was early.
22   Q.  And do you prefer to vote in person?
23   A.  If you're under 65, which I still can claim
24   that title, and unless you're away and get a waiver,
25   you vote in person.

---

44

1    Q.  Do you have a copy of your birth certificate,
2    Senator Patrick?
3    A.  I'm not sure.  I think I do, but not sure.
4    Q.  And do you know, does your birth certificate
5    reflect your current name?
6    A.  If it reflects a name, it would not be my
7    current name because I changed my name.  But I don't
8    know if it has my name on it or not.  I haven't seen
9    it in a long time.
10   Q.  Do you know how you would get a copy of it if
11   you needed it?
12   A.  I would find out.
13   Q.  And how would you go about doing that?
14   A.  I would make a call to the city of my birth,
15   which was Baltimore, and I would find out how to get a
16   copy of a birth certificate.
17   Q.  And do you know how much that would cost?
18   A.  No.
19   Q.  And do you know if there would be any
20   additional fees to update your name on your birth
21   certificate?
22   A.  Don't know that.
23   Q.  Prior to the passage of SB 14, do you know
24   how a voter's identity was verified at the polls in
25   Texas?

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

12 (Pages 45 to 48)

---

**45**

1    A.  No.
2    Q.  I'm going to represent to you that prior to
3  the passage of SB 14, voters could receive and vote a
4  regular ballot by showing their voter registration
5  card and providing their signature.
6        In your opinion was showing a voter
7  registration card and providing a signature at the
8  polls an adequate way to verify a voter's identity?
9        MS. DONNELLY:  You're asking him based
10  upon your representation?
11        MS. BALDWIN:  Yes.
12        MS. DONNELLY:  You can answer if you
13  understand.
14    A.  Would you -- would you repeat that for me?
15    Q.  (BY MS. BALDWIN)  In your opinion, was showing
16  a voter registration card and providing a signature at
17  the polls an adequate way to verify a voter's
18  identity?
19    A.  No.
20    Q.  Why is that?
21    A.  Because there was no proof of -- that you
22  were that person.
23    Q.  So having a voter registration card didn't
24  prove that you were the person.  Why is that?
25    A.  Because there was no proof, simply because I

---

**46**

1  had a card in my possession, that I was the person who
2  it was sent to or that should legally have it.
3    Q.  And what would constitute proof to you?
4    A.  What would constitute proof to me is that the
5  name on the registration card would match a legal
6  document with my photo on it.
7    Q.  Are you aware of instances in which voter
8  registration cards were stolen?
9    A.  I'm not aware of anything specific.
10    Q.  Are you aware of instances in which showing a
11  voter registration card and providing a signature had
12  failed to prevent fraud at the polls?
13    A.  Please repeat.
14    Q.  Are you aware of any instances in which
15  showing a voter registration card and providing a
16  signature had failed to prevent fraud at the polls in
17  Texas?
18        MS. DONNELLY:  Objection.  Form.
19    A.  That's a really -- that's a hard question for
20  me to answer the way you've phrased that.
21    Q.  (BY MS. BALDWIN)  Are you aware of any time
22  while the prior system was in place in which that
23  system of showing a voter registration card and
24  providing a signature failed to prevent
25  in-person voter impersonation fraud?

---

**47**

1        MS. DONNELLY:  Objection.  Form.
2        You can answer.
3    A.  I really don't understand the question.
4    Q.  (BY MS. BALDWIN)  What don't you understand
5  about it so I can try and --
6        MS. DONNELLY:  "Failed to prevent" I
7  think is causing the problem.
8    A.  Yeah.  Yeah.  That's what I don't understand,
9  failed to prevent fraud.  Failed to prevent fraud is
10  confusing to me.
11    Q.  (BY MS. BALDWIN)  Sir, are you aware of any
12  instances in which there was in-person voter
13  impersonation under the prior system?
14    A.  Am I aware specifically, personally?
15    Q.  Yes.
16    A.  No.
17        MR. DERFNER:  Excuse me.  We're fighting
18  with this drilling outside, so could everybody speak
19  up a little bit?
20        MS. BALDWIN:  Certainly.
21        MS. DONNELLY:  We live it with every
22  day, so it's become white noise to me.  Sorry.
23        MR. DERFNER:  I thought they were doing
24  it just for us.
25        MS. DONNELLY:  Oh, no.  Trust me.

---

**48**

1    Q.  (BY MS. BALDWIN)  I'd like to talk about the
2  voter ID legislation that was introduced in the Senate
3  in 2009.  Do you recall that there was photo voter ID
4  legislation introduced in the Senate in 2009?
5    A.  I do recall that there was.
6        (Patrick Exhibit 2 marked/introduced.)
7    Q.  (BY MS. BALDWIN)  I'm going to hand you a
8  document to be marked as Exhibit 2, and it's a
9  nine-page document that states at the top that it is
10  SB No. 362.
11        MS. DONNELLY:  Counsel, we've been going
12  about an hour, so can we take a break now since you're
13  about to shift?
14        MS. BALDWIN:  Certainly.
15        MS. DONNELLY:  Thank you.
16        (Break.)
17    Q.  (BY MS. BALDWIN)  Senator Patrick, I've handed
18  you a document that's marked as Exhibit 2 and it's
19  titled SB No. 362.  Do you recognize this document?
20    A.  I don't recognize it, but I see that it's
21  Senate Bill 362.
22    Q.  You voted in favor of Senate Bill 362; is
23  that correct?
24    A.  If that's what the record reflects, yes.
25    Q.  Why did you support this bill?

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

13 (Pages 49 to 52)

---

**49**

1    A.  You're asking me to go back and remember what
2    I was thinking about a bill five years ago, which is
3    now 12,000 votes ago roughly and maybe 3,000 bills
4    ago.  I can't tell you what I was thinking
5    specifically at the time.
6         But I support photo voter ID, and if this
7    bill reflected that -- I haven't read this -- I
8    haven't read this bill in probably five years, so I
9    didn't -- haven't read it for preparation.  So it was
10   obviously a bill that I felt supported what I believe
11   the vast majority of all Texans wanted us to pass.
12        Q.  And is that why you supported it, because you
13   believe it reflected what you thought the majority of
14   Texans wanted, or were there other reasons why you
15   supported this bill?
16        A.  I believe it's important to protect the
17   integrity of the ballot box and I believe that it was
18   the will of the people.  As a legislator -- not
19   always, but much of the time -- you vote for
20   legislation that is supported by a majority of the
21   people.  And in this case it was a -- what I believe
22   was a large majority of Texans from all political
23   perspectives.
24        Q.  And how did you ascertain in your judgment
25   that this bill in particular was supported by a

---

**50**

1    majority of Texans?
2         A.  We have talked a little about this in the
3    deposition already.  Newspaper articles, polling that
4    I read about, talking to folks, whether it was on the
5    radio or in person, probably calls to our office.
6         There was a general sense that not 100
7    percent of the people, but 80 or 90 percent of the
8    people, believe that showing a photo when you came to
9    vote was -- was appropriate to protect the integrity
10   of the ballot box.
11        Q.  Were you aware that there are some Texas
12   voters who didn't support this legislation?
13        A.  The one thing you learn as a legislator is
14   you're never going to get 100 percent of the vote and
15   you're never going to get 100 percent of the people to
16   agree on any legislation.
17        Q.  Within the legislature itself, was it even
18   close to 100 percent of the Senate supporting this
19   bill?
20             MS. DONNELLY:  Objection.  Form.
21             You can answer.
22        A.  I believe it was 100 percent.  I could be
23   wrong.  But I believe it was 100 percent.  There may
24   have been one or two Republicans who didn't vote, but
25   I believe it was unanimous.  The Democrats did not

---

**51**

1    support it.  But their constituents -- based on
2    polling and news stories, and interviews that I
3    received, and general knowledge -- supported it.
4         Q.  (BY MS. BALDWIN)  So it's your judgment that
5    even though -- let me just be clear then.  So you
6    understood that no Democratic members of the Senate
7    supported SB 362; is that correct?
8         A.  Supported it or voted for it?
9         Q.  Voted for it.
10        A.  To my recollection, the record can correct
11   it, I do not believe any Democrats voted for it.
12        Q.  But you think, notwithstanding the fact that
13   no Democrats voted for it, you think their
14   constituents supported this bill in particular?
15        A.  I can't speak to this in particular.  I
16   believe that the majority of their constituents
17   support the concept.
18        Q.  Would you agree that there are a lot of
19   different ways to have a photo ID bill?
20        A.  You're asking me would I agree with your view
21   of that.  I can't answer what you're asking me to
22   agree to.  I -- could there be different forms of a
23   bill in any bill?  Of course, yes.  But that's a --
24   that's actually a hard question to answer.  You'd have
25   to really narrow that down into "What do you mean,

---

**52**

1    specifically, are there different ways to do it?"
2         Q.  So there are different forms of acceptable ID
3    that you could have in a photo ID bill, right?
4         A.  Yes.
5         Q.  And there are different forms of having both
6    photo ID or nonphoto ID that you could have in such a
7    bill, right?
8         A.  Say that again.
9         Q.  You could have a bill that allowed for both
10   photo ID and nonphoto ID; is that correct?
11        A.  Well, you're posing a hypothetical.
12   Hypothetically, yes, you could have a bill saying
13   anything.
14        Q.  Okay.  And a photo ID bill, it could vary in
15   terms of whether the forms of ID could be issued only
16   by the state of Texas or by other states; is that
17   correct?
18        A.  Once again, you're offering a hypothetical.
19   Any bill could have any language.
20        Q.  Right.  And a bill could have different
21   expiration periods for the IDs that have to be shown;
22   is that correct?
23        A.  Again, in a hypothetical context a bill could
24   say anything.
25        Q.  And so the idea that people may have

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

53

1  supported the general concept, there are a lot of
2  specifics that have to be worked out as to how any
3  concept would be implemented with respect to photo
4  voter ID; is that correct?
5          THE WITNESS:  Would you mind saying that
6  again?  I want to be sure I answer correctly.
7          Sorry.
8          THE REPORTER:  No problem.
9          "And so the idea that people may have
10  supported the general concept, there are a lot of
11  specifics that have to be worked out as to how any
12  concept would be implemented with respect to photo
13  voter ID; is that correct?"
14  **A.  I'm not trying to be difficult, that's a**
15  **confusing question to me.**
16  Q.  (BY MS. BALDWIN)  Given how many choices you
17  have to make, and we've just walked through a number
18  of hypotheticals, how meaningful is it to you to just
19  say people supported photo ID without any
20  qualification?
21          MS. DONNELLY:  Objection.  Form.
22          Do you understand the question?
23  **A.  I don't.  I really don't understand the**
24  **question.**
25          MS. BALDWIN:  If I could just ask

54

1  if -- Senator Patrick, if you don't understand the
2  question, please feel free -- but let's let Senator
3  Patrick let me know that he doesn't understand the
4  question rather than have a speaking objection.
5  **A.  Well, that's why I asked you to repeat it for**
6  **me.  I'm not trying to be difficult.  I'm not sure**
7  **that I understand what you're trying to ask me.**
8  Q.  (BY MS. BALDWIN)  Okay.
9  **A.  Sorry.**
10  Q.  I'll move on from that.
11          THE WITNESS:  I didn't hear that
12  drilling until you brought that up before.
13          MS. DONNELLY:  For the record, there's a
14  jackhammer outside.  We're 15 floors up, but it sounds
15  like it's in the next room.
16          MR. DERFNER:  It's testifying I guess.
17          THE WITNESS:  Yes.  Yes.
18  Q.  (BY MS. BALDWIN)  What was the purpose -- the
19  legislative purpose of SB 362?
20  **A.  I have not read the bill since 2009.**
21  Q.  Why don't you take a moment to read it, then,
22  if that will help you answer.
23  **A.  All right.**
24          MS. DONNELLY:  I'm not trying to
25  interfere here.  Do you want him to read the whole

55

1  thing?
2          MS. BALDWIN:  Section 6, through 10.
3  **A.  Where does Section 6 begin, what page?**
4  Q.  (BY MS. BALDWIN)  Section 6 begins on page 3.
5  Actually, I think -- so that we get a full answer, I'm
6  willing to spend the time actually to just read from
7  Section 6 until the end, if you would.
8  **A.  Okay.**
9          MR. CLAY:  Anna, do you have another
10  copy?
11          MS. BALDWIN:  Here.
12  **A.  Okay.  I mean, if you have a specific**
13  **question, we may have to go back over a specific**
14  **point, but I've kind of went through it as quickly as**
15  **I could.**
16  Q.  (BY MS. BALDWIN)  So my question was:  What
17  was the legislative purpose of this bill?
18  **A.  To protect the integrity of the ballot box by**
19  **doing our best to assure that the only people voting**
20  **were people who were eligible to vote and registered**
21  **to vote.**
22  Q.  Were there any other purposes of this
23  legislation, other than the purpose you've just
24  stated?
25  **A.  I don't believe so, but I -- may think of**

56

1  **something later.  But right now, that's the purpose,**
2  **of making sure that we have integrity at the ballot**
3  **box.**
4  Q.  Was the purpose of this bill to increase
5  voter confidence?
6  **A.  You know, I would just simply go back to the**
7  **purpose of the bill was to protect the integrity of**
8  **the ballot box.  And if that gave people more**
9  **confidence or it didn't, I can't make that call.**
10  Q.  Was it your view that voters had a lack of
11  confidence in the election process in Texas prior to
12  this point?
13  **A.  Yes.  You -- you asked me earlier did**
14  **I -- was I -- I took the question as, was I personally**
15  **aware of any particular voter fraud; and my answer**
16  **was, was I personally aware, was no.**
17          **But there had been some news accounts, there**
18  **had been testimony, there was a belief in -- in -- by**
19  **the general public that potentially there was fraud**
20  **taking place in the voting booth.**
21  Q.  And specifically, in-person voter
22  impersonation fraud?
23  **A.  Yes, that -- that people believed in**
24  **general I -- I would say on two tracts.  They believed**
25  **that the system was ripe for fraud because anyone**

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

57

1  could show up with a voter registration card and you
2  didn't know if they were the person.
3        And secondly -- and this is why I believe the
4  bill had universal support and -- again, from -- from
5  people from all walks of life and -- and minority and
6  majority populations -- they did not view it being
7  unreasonable to require someone to have a photo ID to
8  vote.
9        Because what people would say to me all of
10 the time -- all of the time; whether it was on the
11 radio, in a meeting, seeing them down -- you know,
12 walking down the street talking about it, if -- if
13 this issue came up, is, we live in a society where
14 we're required to present a photo to do almost
15 everything we do; pick up your grandchild at school,
16 your child at school, get on an airplane, cash a
17 check, use your credit card.
18       The general public -- and this is why 90
19 percent of the people support it.  90 percent of the
20 people -- or at least, you know, the vast majority,
21 whatever the specific poll says -- people don't see it
22 as unreasonable because they are asked -- the majority
23 of people understand that this is -- is something that
24 is -- has become a part of the -- of society.
25       Q.  You keep referring to "universal support,"

58

1  notwithstanding the fact that every Democratic member
2  of the Senate voted against this bill.  Do you see any
3  contradiction in that?
4        A.  I think I've been clear.  And if I have not
5  been, for the record, let me be clear:  Universal
6  support by their constituents -- I think I said that
7  earlier.  We could go back and read the record.  I
8  said they may have voted against it; but their
9  constituents, when polled, were in favor of it.
10       Q.  So you're relying on a poll.  What poll are
11 you relying on to assert that their constituents
12 supported this and the poll shows that rather than
13 their own votes?
14       A.  Well, there are many polls.  We are a nation
15 of polls.  We see polls every night in the news.  Is
16 the President popular or unpopular, is Congress
17 popular or unpopular, is this issue, you know, popular
18 with people, unpopular.  I mean, we are also a nation
19 of polls.
20       And very often political parties, both
21 parties, will use polls to say, "This is where people
22 stand.  The President will use it.  Congress will use
23 it.  Democrats will use it.  Republicans will use it."
24       So I don't think it's a foreign concept
25 to -- thank you -- to suggest that poll after poll

59

1  after poll indicated that the majority of people,
2  including constituents who -- who voted for Democrats,
3  supported this issue.  I don't think that's -- that's
4  not a secret or a mystery.
5        Q.  But you're not aware of any specific polls
6  that were taken of the specific constituents of your
7  colleagues who are Democrats showing that they
8  supported SB 362, are you?
9        A.  I -- I don't know of a specific poll on 362.
10       Q.  So, in fact, you don't know, based on any
11 polling data, that SB 362 enjoyed anything like
12 universal support among Texas voters?
13       MS. DONNELLY:  Objection.
14 Argumentative.
15       MR. CLAY:  Objection.  Form.
16       A.  I think the first question you asked me a few
17 minutes ago was a general polling question, which I
18 answered.  If you're asking me now, specifically, have
19 I seen a poll that specifically said people supported
20 this bill word-for-word, no, I have not seen a poll.
21       Q.  (BY MS. BALDWIN)  So you don't --
22       A.  Not that I recall.
23       Q.  But other than polling data, do you have any
24 other reason to believe that there was widespread
25 support, including among minority Texans, for this

60

1  specific legislation -- in other words, SB 362 --
2  notwithstanding the unified opposition of every member
3  of the Texas Senate who represents a majority minority
4  district?
5        MS. DONNELLY:  Objection.
6  Argumentative.
7        Go ahead.
8        A.  And as I think I've answered -- as candidly
9  and as directly as I can -- it was more than polls.
10 This issue had been -- had been in the public for a
11 number of years.  You know, just general conversations
12 about it with people; whether they were in my district
13 or out of my district, whether they stopped me on the
14 street or whether it was at a meeting or whether it
15 was a phone call.
16       It's -- it was almost to the point, it was so
17 universal, that -- support for the bill, for the
18 concept of photo voter ID -- it was so universal that
19 you really had to shake your head and wonder why
20 anyone would be voting against it.  I can't explain
21 why the Democrats voted against it.
22       Q.  (BY MS. BALDWIN)  So sitting here today, you
23 don't have any idea of the reasons why your colleagues
24 in the Senate who voted against this bill did so?
25       A.  I really don't know.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

61

1    Q.   What were the reasons that they gave?
2         MS. DONNELLY:   Objection.
3         To the extent that it's in the public
4    record, then certainly you can answer, but don't --
5    Q.   (BY MS. BALDWIN)   What were the public reasons
6    they gave?
7         MS. DONNELLY:   You can answer.
8    A.   Yeah, I'd have to -- I'd have to go back and
9    look at the testimony.   It was, I recall, 24 hours of
10   debate, or something like that; 20 hours, 18 hours, 30
11   hours.   I -- you know, I can't recall.   I didn't think
12   their arguments were very valid when I heard them, but
13   I -- I didn't really think they presented much of a
14   case, to be honest with you.
15   Q.   (BY MS. BALDWIN)   But it didn't concern you to
16   understand why they were opposed?
17        MS. DONNELLY:   Objection.   Form.
18        You can answer.
19   A.   When I'm crafting legislation or voting for
20   legislation, it's always great to have bipartisan
21   support.   It's -- it's a worthy goal.
22        It's a worthy goal to have unanimous support
23   within your own party.   But, that is often not the
24   case.   And I never really worry.
25        I listen to people.   I try to evaluate their

62

1    arguments to be sure that -- that I've made the right
2    decision in how I'm going to vote.
3         But at the end of the day, if someone chooses
4    to vote against something that I'm for, or for
5    something that I'm against, I don't really try
6    to -- after I've listened to their argument and maybe
7    talked to them to really try to get an understanding,
8    I don't really, you know, after the fact, think about
9    why they voted for something or against something.
10   Q.   (BY MS. BALDWIN)   And by the fact that every
11   Democratic member of the Senate voted against this
12   bill, is it also accurate to say that every member of
13   the Senate who represents a majority minority district
14   voted against this bill?
15        MR. CLAY:   Objection.   Form.
16   A.   Did every Democrat who represents a majority
17   minority district vote against the bill?
18   Q.   (BY MS. BALDWIN)   Yes.
19   A.   I -- I think the record -- I think the record
20   reflects every Democrat voted against it, and I
21   believe, but not certain, that Democrats represent
22   districts that are majority minority districts.   So
23   the answer would be yes, based on the knowledge that I
24   have.
25   Q.   And did every member of the Senate who is a

63

1    racial minority vote against this bill?
2    A.   I'd have to check the record.   I believe it
3    was unanimous.   If the record does not reflect that,
4    then my answer would be different, but I believe
5    you're correct.
6    Q.   And did that give you pause, that support and
7    opposition to this bill was split along racial lines?
8         MS. DONNELLY:   Objection.   Form.
9    A.   I have voted for bills where the final tally
10   was 30 to 1 and I was the 1.   Or 29 to 2.   I
11   don't -- I vote for what I believe is right and best
12   represents the people of Texas.
13        So I don't -- whether a bill passed by one
14   vote or was unanimous, I vote on legislation I
15   believe -- that I believe is the right thing for all
16   Texans, and I don't worry about if other Republicans
17   or Democrats -- we don't have any Independents in
18   this, in the Senate -- vote against me.
19   Q.   (BY MS. BALDWIN)   So to summarize, then, is it
20   fair to say you weren't bothered by the fact that all
21   African-American and Latino senators voted against
22   this bill?
23        MS. DONNELLY:   Objection.   Form.
24   A.   I don't want to answer the question as it's
25   your representation that I'm not "bothered by the

64

1    fact."   I didn't -- I listened to the testimony.   I
2    voted for the bill.
3    Q.   (BY MS. BALDWIN)   Did it make you think twice,
4    the fact that support and opposition was split along
5    racial lines in the Senate?
6         MS. DONNELLY:   Objection.   It's
7    argumentative.
8    A.   Yeah, I think I've -- I've answered this
9    as -- as candidly as I can.   I don't look at fellow
10   senators as Republicans or Democrats, or black, white,
11   and brown.   I look at my senators as equals.
12        And sometimes there are -- there's
13   legislation that Democrats support with me that
14   Republicans might not, not all of them; and sometimes
15   there are bills that only Republicans support and
16   Democrats.   I don't think like that.
17   Q.   (BY MS. BALDWIN)   And I'm not meaning to be
18   argumentative, but --
19   A.   Sure.
20   Q.   -- just so that I understand, you didn't take
21   any different significance away from this bill,
22   SB 362, because of the racial divide among the
23   senators; is that fair?
24        MS. DONNELLY:   Objection to form.
25   Argumentative.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

65

1          Go ahead.
2          A.  I would need you to say that one more time.
3          Q.  (BY MS. BALDWIN)  You didn't assign any
4      special significance to the fact that support and
5      opposition to this bill fell along racial lines in the
6      Senate?
7          MS. DONNELLY:  Form.
8          Go ahead.
9          A.  I never take that in consideration.
10         Q.  (BY MS. BALDWIN)  Thank you.
11             Your prior testimony was that the purpose of
12     this bill was to protect the integrity of the ballot
13     box.  Do you believe that SB 362 would have
14     accomplished that purpose?
15         A.  To be very candid with you, it's very hard
16     for me to go back and even remember.  I remember
17     Senate Bill 14 a little bit better.  But going back to
18     2009, and trying to ask me what I believed or didn't
19     believe at the time...
20             Obviously, I voted for the bill, so the
21     record would reflect that I supported the bill.  I
22     can't tell you what my thinking was at the time;
23     hundreds and hundreds, and hundreds of hundreds,
24     hundreds -- maybe thousands of witnesses ago.
25         Q.  Is it correct that the only type of fraud

66

1      that would have been combatted by SB 362 is in-person
2      voter impersonation fraud?
3          A.  You're asking me an absolute, and I'm -- I'm
4      trying to move this along and I've slowed down the
5      process.  I have to think through what you said.  But
6      my first-blush response was, our concern was the
7      ballot, the integrity of the ballot for in-person
8      voting.
9          Q.  But sitting here today, can you think of any
10     other kind of fraud that this bill would have
11     addressed other than in-person voter impersonation
12     fraud?
13         A.  Sitting here today, and ten seconds of
14     thinking of your question, I can't.  But I -- if I
15     have a further reflection later, I'll let you know.
16         Q.  Okay.  I'd like to ask about some of the
17     specific provisions in SB 362.  On page 5 of the bill,
18     in Section 10, paragraph (1), do you see that this
19     bill would have allowed the use of Texas driver's
20     licenses or personal identification cards that had --
21         A.  What line are you on?  I'm sorry.
22         Q.  Sure.  I'm in subparagraph (1), on page -- on
23     Line Number 22.
24         A.  Line Number 22.  Okay.  I see it.
25         Q.  Do you see that SB 362 would have allowed the

67

1      use of driver's licenses that had been expired for up
2      to two years?
3          A.  I do see that.
4          Q.  And did you think that was a reasonable
5      provision?
6          A.  I can't remember what I thought at the time.
7          Q.  Sitting here today, do you have an opinion of
8      this provision?
9          A.  Sitting here today, that is not something
10     that I -- I would have supported, in terms of that
11     language.  But understand, that when you vote for a
12     bill, you're not always necessarily supportive of
13     every line in the bill.
14             And when you vote against a bill, it doesn't
15     mean that there isn't -- isn't something in the bill
16     that you voted against that you didn't support.
17             So that's what was in the bill at that
18     particular time, and that's how I voted, so...
19         Q.  Sitting here today, why is it that you
20     wouldn't support this language, if I've understood
21     your testimony correctly?
22         A.  I think it should be for a valid and not an
23     expired license.
24         Q.  And why is that in terms of the purpose of
25     the bill being to show somebody's identity?

68

1          A.  You know, it's just -- you know, it's like my
2      passport.  I noticed recently it's going to expire
3      next year.  It will still have my picture on it and
4      the information will be accurate, but I won't be able
5      to leave the country because it's expired.  And
6      there's a reason the federal government believes it's
7      important to have a valid passport, and I just believe
8      it's important to have a valid driver's license.
9          Q.  But the -- for a passport, you would agree
10     that the expiration periods are set for the purposes
11     of whatever the federal government has deemed for
12     using a passport, it's not the same purpose for -- let
13     me say that over again.
14         A.  Okay.
15         Q.  Did the federal government set passport
16     expiration periods with reference to whether or not it
17     would be sufficient to verify somebody's identity in
18     voting in Texas?
19         MR. CLAY:  Objection.  Form.
20         A.  I have no idea why the federal government
21     sets their rules.  My -- my point was that there is a
22     reason the federal government -- government sets an
23     expiration date and you can only use it for that
24     period.  And in my view, the state asking for a
25     driver's license to only be valid, based on nothing

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

18 (Pages 69 to 72)

---

**69**

1    expired, is -- is reasonable.  That's -- we're
2    not -- that's just my answer.
3         Q.   A driver's license that's been expired for a
4    month, is that any less likely to be able to show that
5    the person who's holding it is, in fact, the voter
6    that they say they are?  In other words, what does
7    expiration have to do with the ability to prove
8    somebody's identity?
9         MS. DONNELLY:  Objection.  Form.
10        A.   You know, I've kind of given you my answer on
11   it.  I just -- you asked me a question and I gave you
12   my answer that I would have preferred -- preferred at
13   the time, for it to be based on a valid driver's
14   license.
15        Q.   (BY MS. BALDWIN)  I understand in terms of the
16   bill.  But just as a general matter of policy
17   preference, I'm trying to understand your position.
18        If the purpose is to verify a voter's
19   identity, why does a license being expired by a month
20   become inadequate to verify a voter's identity?
21        MS. DONNELLY:  Objection.  Form.
22        A.   You could make that same argument, that, is
23   two years' expiration okay or five years' expiration
24   okay or why wouldn't ten years of expiration be okay?
25   I just gave you my answer.  I believe that

---

**70**

1    being a current -- valid current driver's license
2    is -- is appropriate.
3         Q.   (BY MS. BALDWIN)  But what's the basis for
4    that belief in terms of how that's related to the
5    purpose of the bill in terms of being adequate to
6    verify somebody's identity?
7         MS. DONNELLY:  Objection.  Form.
8         Go ahead.
9         A.   I don't know how I can say it any
10   differently.  I believe that it should be a valid
11   driver's license.  I believe that's what the law is
12   today, I believe, so...
13        Q.   (BY MS. BALDWIN)  Do you think that more
14   people would have an ID that they would be able to
15   show at the polls if expired licenses were accepted?
16        A.   Do I -- say that again.
17        Q.   Do you believe that there are some Texas
18   voters who only have in their possession an expired
19   driver's license or passport?
20        A.   I wouldn't know that.  I mean, I wouldn't
21   know that.
22        Q.   Do you think that there are elderly people
23   who have let their driver's license expire and only
24   have that expired license in their possession; do you
25   think that's likely?

---

**71**

1         A.   Do I think that's likely?
2         Q.   Yes.
3         A.   Is it possible, yes.  Likely, I don't -- I
4    couldn't say.
5         Q.   Do you have any elderly relatives in the
6    state of Texas?
7         A.   Yes.
8         Q.   Do they all still drive?
9         A.   My 88-year-old mother still has her valid
10   driver's license.  And elderly people who are over 65,
11   as anyone over 65, can vote by mail without any
12   identification.
13        Q.   But if they show up to the polls, they still
14   have to show ID; is that correct?
15        A.   Yes, they do.
16        Q.   And as a general matter, you would agree that
17   as people age sometimes they let their driver's
18   license expire because they no longer drive, right?
19        MS. DONNELLY:  Objection.
20        A.   I mean, I'm sure, again, it -- I'm sure it
21   occurs.
22        Q.   (BY MS. BALDWIN)  On page 6 of the bill, I'm
23   still in -- we're still in Section 10 --
24        A.   Uh-huh.
25        Q.   -- do you see that -- on Line 16, that the

---

**72**

1    bill, SB 362, would have allowed for the use of a
2    valid identification card that contains the person's
3    photograph and is issued by an agency or institution
4    of the federal government or an agency, institution or
5    political subdivision of Texas?
6         A.   Yes, I do.
7         Q.   Okay.  And did you support that language?
8         A.   I voted for the bill.
9         Q.   Do you think that a photo ID that's issued by
10   the federal government and is valid is an adequate way
11   to verify a voter's identity?
12        A.   If we were on the Senate floor right now I
13   would ask you exactly what you mean by all of this and
14   what valid IDs you're talking about, so...
15        Q.   A federal employee ID, do you think that that
16   is an adequate form of ID to verify a voter's
17   identity?
18        MR. CLAY:  Objection.  Form.
19        A.   I'd have to think about it.
20        Q.   (BY MS. BALDWIN)  Why is that?
21        A.   Because I'd have to think about it.
22        Q.   Is there any reason, sitting here today, that
23   you can think of, why a federal employee ID wouldn't
24   be good enough to verify a voter's identity?
25        A.   I would have to think about it.

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

73

1    Q.  What about a state employee ID?  Is that, as
2  you sit here today, in your judgment, adequate to
3  verify a voter's identity?
4    **A.  I'd have to think through it.**
5    Q.  Can you think of, sitting here today, any
6  reason why it wouldn't be good enough?
7    **A.  I would have to think through it.**
8    Q.  What factors would you consider in thinking
9  through that?
10   **A.  You're kind of pivoting the discussion now**
11 **and getting into writing legislation and crafting a**
12 **bill and -- and I would want to have all the**
13 **information of -- of why certain things are considered**
14 **and why certain things aren't.  I might agree, I might**
15 **not agree, at the end of the day.**
16   Q.  But you voted in favor of this bill, correct?
17   **A.  Yes.**
18        MS. DONNELLY:  Objection.  Asked and
19 answered.
20   **A.  Yes.**
21   Q.  (BY MS. BALDWIN)  And so at the time you voted
22 in favor of it, did you have adequate information to
23 make that judgment?
24   **A.  Again, I don't recall the specifics of the**
25 **deliberation or the specifics of a bill five years**

---

74

1  **ago.  I voted for the bill.  It's on the record.  I**
2  **don't know what else I can say.**
3    Q.  Would you agree that subparagraph (b) --
4  which allowed for IDs issued by an agency,
5  institution, or political subdivision of this state --
6  would have included student IDs from public
7  universities?
8    **A.  I don't know if that included that or not.**
9    Q.  Would you have supported that if it did?
10   **A.  I don't know if we talked about that, you**
11 **know, regarding that bill or this bill.  I mean, I**
12 **don't know if that was part of this or not.**
13   Q.  Do you have an opinion, sitting here today,
14 as to whether student IDs issued by public
15 universities in Texas are adequate to verify a voter's
16 identity?
17   **A.  It might identify.  It may -- how did you**
18 **just say that?  I'm sorry.  How did you say that?**
19   Q.  Do you have an opinion --
20   **A.  To verify their identity?**
21   Q.  Yes.
22   **A.  It might verify their identity, but it would**
23 **not necessarily verify their residence.**
24        MR. CLAY:  What were your last words?
25        THE WITNESS:  Would not necessarily

---

75

1  verify their residence.
2    Q.  (BY MS. BALDWIN)  Is the -- was verifying
3  residence one of the purposes of SB 362?
4    **A.  The purpose of 362 was integrity of the**
5  **ballot box and making sure that people who voted were**
6  **eligible to vote and registered to vote.**
7        **So in the case of a student, you could have a**
8  **photo ID that would show this is who I am, but it**
9  **would not necessarily -- as an out-of-state student,**
10 **are they registered to vote?  So...**
11   Q.  Do you know whether passports reflect a
12 voter's -- a passport holder's current residential
13 address?
14   **A.  I haven't seen the latest passports because**
15 **mine are ten years -- almost ten years old, but**
16 **I -- but it does have on your passport where that**
17 **passport was issued, but I don't know that it has the**
18 **current address.**
19   Q.  And are you aware that passports have a
20 ten-year validity period and can be issued in any
21 state?
22   **A.  Yes.**
23   Q.  So you would agree that for your passport,
24 for example, it doesn't say where you live on the face
25 of your passport?

---

76

1    **A.  Mine doesn't.  I can't speak for others.  I**
2  **haven't seen others.**
3    Q.  And your passport would have been accepted
4  under this bill; is that correct?
5    **A.  I believe so.**
6    Q.  And military IDs, are you aware of whether
7  they show --
8    **A.  I'm -- I'm not.**
9    Q.  So is your --
10   **A.  I didn't want to finish your question there,**
11 **but I know where you were going.**
12   Q.  You're not aware of whether military ID show
13 a voter's residence?
14   **A.  Correct.**
15   Q.  So is residence a concern that you only have
16 with respect to students?
17   **A.  No.  Residence would be a concern that you**
18 **would have with everyone.**
19   Q.  But there are a number of forms of ID that
20 were acceptable under this bill that wouldn't show
21 residence; would you agree?
22   **A.  I'd have to go back and go through that, but**
23 **I believe -- I believe that would be an accurate**
24 **statement.**
25   Q.  SB 362 also allowed for the use of nonphoto

---

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

---

**77**

1    ID; is that correct?
2    **A.  Yes, as I read it, correct.**
3    Q.  What was the purpose of allowing for a voter
4    to use two forms of specified nonphoto ID?
5    **A.  I don't know.**
6    Q.  Did you ever know?
7    **A.  Don't know.  I mean, I really -- I don't know**
8    **why that was in the bill.  I don't recall.**
9    Q.  Did you ever have any conversation to try and
10   find out why that was included?
11   **A.  That, I would not recall.**
12   Q.  Did you support the inclusion of nonphoto IDs
13   in SB 362?
14   **A.  I voted for the bill.  And as I said earlier,**
15   **on the record:  You vote for bills, you may not agree**
16   **with everything in a bill, and you vote against bills,**
17   **you may agree with some parts of the bill.  So I voted**
18   **for the bill, and that's the -- we've said that**
19   **multiple times.**
20   Q.  So as you sit here today, do you have any
21   recollection of whether you supported or opposed
22   allowing a voter to verify their identity using a
23   Medicare or Medicaid card, for example?
24   **A.  I don't know what a Medicaid or Medicare card**
25   **looks like.  I don't know if it has a photo or not.**

---

**78**

1    Q.  Nonphoto ID.
2    **A.  Oh, under a nonphoto.  I do -- my belief was,**
3    **we needed a photo ID to protect the integrity of the**
4    **ballot box.  The other language that was in the bill**
5    **was in the bill.  I voted overall for the bill.**
6    **I would not -- I didn't -- would not have**
7    **agreed with that part of it, but it was in the bill.**
8    **That's the bill I had to vote for -- not had to vote**
9    **for.  That's the bill that -- that was the only bill I**
10   **had to vote on at that given time.**
11   Q.  Did you analyze or direct anyone to analyze
12   which registered voters possessed one of the required
13   forms of photo ID identified in SB 362?
14   **A.  I don't recall.**
15   Q.  At the time that SB 362 was considered, were
16   you aware that Texas was subject to the Section 5
17   preclearance requirements of the Voting Rights Act?
18   **A.  I'm sure I was.  Not specifically, but I'm**
19   **sure I was.**
20   Q.  In deciding whether to support SB 362, did
21   you consider whether the legislation complied with
22   Section 5 of the Voting Rights Act?
23   **A.  We always tried to write legislation**
24   **that -- we always try to write legislation that**
25   **complies with whatever given laws we're dealing with.**

---

**79**

1    Q.  Including, in this instance, Section 5 of the
2    Voting Rights Act specifically?
3    **A.  Let's review, if you'd like, Section 5 of the**
4    **Voting Rights Act.  Specifically, my belief is that**
5    **just simply means our legislation has to be precleared**
6    **and -- so I knew that whatever legislation we passed**
7    **would be precleared.**
8    Q.  Did you form a judgment for yourself about
9    whether the legislation complied with the Voting
10   Rights Act?
11          MS. DONNELLY:  This line of questioning
12   and -- on -- really, on 362 overall, this is all --
13   and to the extent the questions invade legislative
14   privilege, this is all under seal.  I just want to
15   make that clear for the record; is that correct?
16          MS. BALDWIN:  Yes.  The entire
17   transcript is under seal.
18          MS. DONNELLY:  Okay.  So we've
19   established that?
20          MS. BALDWIN:  Yes.
21          MS. DONNELLY:  Okay.  Thank you.
22          You can answer.  I'm sorry.  I didn't
23   mean to interrupt.
24   Q.  (BY MS. BALDWIN)  Did you form a judgment for
25   yourself as to whether the legislation that we're

---

**80**

1    talking, SB 362, complied with the Voting Rights Act?
2    **A.  I don't think I formed a judgement for**
3    **myself.  That's more -- I believe that's something**
4    **more that the author of the bill needs to consider**
5    **when he or she writes the bill.**
6    Q.  Why isn't that something that you would want
7    to consider in casting -- in deciding how to cast your
8    votes?
9    **A.  There are a lot of pieces of legislation that**
10   **are challenged in the courts everywhere.  And so, when**
11   **I'm writing a bill I'm going to do the best I can to**
12   **believe that it will survive challenges; and I assume**
13   **authors of bills are doing the same thing.  And so, I**
14   **don't think about it very much unless it's my bill.**
15   **And if it's my bill that I'm writing, then I**
16   **try to do my best to do that, because you want your**
17   **legislation to be upheld by the courts.**
18   Q.  So is it fair to say that you didn't think
19   about very much whether SB 362 would have a negative
20   impact on the voting rights of racial minorities in
21   Texas?
22          MS. DONNELLY:  Objection.  Form.
23          Go ahead.
24   **A.  I've never believed that asking someone to**
25   **have a photo voter ID infringed on anyone's rights.**

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

81

1    Q.  (BY MS. BALDWIN)  And how did you form that
2  judgment?
3        A.  I believed it was not an unreasonable
4  request.  We've talked quite at length about the
5  support by the general public who did not have that
6  view that it was unreasonable, and it was important to
7  protect the integrity of the ballot box.
8        Q.  But you didn't know whether the specific
9  forms of ID that were required by SB 362 were not
10  possessed equally by members of all racial groups in
11  Texas?
12        A.  Would you say that again?
13        Q.  You didn't know whether the forms of ID that
14  were required by SB 362 were possessed in equal
15  proportion by members of all racial groups in Texas?
16        A.  I wouldn't have -- I wouldn't know that.
17        Q.  And would it also be fair to say that you
18  didn't think that that was an important consideration
19  to try and find out?
20        MS. DONNELLY:  Objection.  Form.
21        A.  If the question is, did I believe that the
22  vast majority of people had some type of photo
23  identification, the answer to that would be yes,
24  because it is required by so many businesses,
25  entity -- government entities.  Having a photo ID

---

82

1  today is very commonplace.  Does that mean that
2  everyone in the population had one, I couldn't answer
3  that.  But I did not think it was unreasonable,
4  regardless of if you were a majority or minority.
5        MS. BALDWIN:  Can we take a brief break?
6        THE WITNESS:  Sure.
7        (Break.)
8        Q.  (BY MS. BALDWIN)  Senator Patrick, before we
9  were talking about whether and the extent to which you
10  considered the Voting Rights Act and rates of ID
11  possession.  I want to present you a hypothetical.
12        If you were told that approximately 10 percent
13  of registered voters didn't have one of the forms of
14  acceptable ID under SB 362 and that those 10 percent
15  were disproportionately poor, that it was difficult to
16  get an ID and that they were disproportionately a
17  racial minority, would those combination of factors be
18  something that you would have considered?
19        THE WITNESS:  I'll ask a question of my
20  counsel.  Do I have to answer hypotheticals?
21        MS. DONNELLY:  You do if you understand
22  them.
23        Can we break this down, Counsel?  There
24  were a lot of parts to your question.
25        Q.  (BY MS. BALDWIN)  It's actually the

---

83

1  combination that's important to me.
2        A.  Okay.
3        Q.  So let's say that there are 10 percent,
4  approximately, of registered voters who lack a
5  required photo ID.  Also, assume that that 10 percent
6  is disproportionately poor, disproportionately a
7  racial minority, and that it's difficult to get one of
8  the required forms of photo ID.
9        Would that combination of factors be
10  something that you think should weigh into the
11  consideration of a bill like this?
12        MS. DONNELLY:  I'm going to object to
13  the form of the question.
14        But you can answer if you understand it.
15        A.  I could only answer with a hypothetical back,
16  of, how I would potentially look at that?  First,
17  would those people -- how many of those people, for
18  example, would be over 65 and who could vote by mail
19  and who do vote by mail.  Now, they -- some people
20  over 65 prefer to vote in person.  I understand that.
21  So that would have to be taken.
22        How many of those people live in urban areas
23  where it's very convenient to get to a DPS and get a
24  free ID, for example.  So what's the real percentage?
25        Again, the premise that you're making is not

---

84

1  a premise I agree with, that -- and I don't know what
2  the numbers are, obviously.  And you asked me a
3  hypothetical.  I do not agree with the premise that a
4  significant number of people do not have or cannot get
5  a photo ID.
6        And remember, even -- and if you look
7  since -- not through 62, but since SB 14 passed, we've
8  had, I believe, five total elections, maybe more, from
9  city to state, county.  You know, I don't think there
10  have been any complaints.  I'm not -- I'm personally
11  not aware.  It doesn't mean there hasn't been a few,
12  but we've had millions of people vote.
13        And I think, in some cases, voter turnout is
14  actually higher.  Sometimes the primaries are not,
15  depending if it's the presidential or a gubernatorial
16  year.  But here we are, in 2014.
17        I'm not -- when you ask me am I aware of what
18  people think, I'm not aware of one complaint.  Maybe
19  there has been to my office.  I'm not aware of one
20  person that's complained, and I do have a district
21  where -- where, as I said earlier, I don't know the
22  exact number, but I think somewhere around 30 percent
23  plus, 35, 38 percent, are minority.
24        I'm not aware of any complaints to the
25  Secretary of State.  Maybe there have been -- the only

---

SENATOR DAN PATRICK                           7/11/2014
CONFIDENTIAL TRANSCRIPT

22 (Pages 85 to 88)

Page 85

1  thing that I -- I think I read a story about someone
2  complaining because they showed up and left it at
3  home.
4          So I think that what -- the bill that we
5  passed, I think we were thoughtful.  We tried to take
6  into account the hypotheticals that you present to us,
7  and I think the proof would show five years -- or not
8  five years -- three years, after the fact, that
9  students aren't complaining, seniors aren't
10  complaining, minorities aren't complaining, and voting
11  turnout is healthy.
12      Q.  (BY MS. BALDWIN)  You're aware that the law is
13  currently being subjected to challenge under the
14  Voting Rights Act, for having a racially
15  discriminatory impact, including by plaintiffs in the
16  state of Texas.  Does that count as complaining to
17  you?
18          MS. DONNELLY:  Objection to the form of
19  the question.
20      A.  Anyone can sue anyone for anything, but I'm
21  not aware of constituents and voters in any large
22  numbers complaining that they in some way were
23  disenfranchised.  And remember, for the record, let's
24  be very clear, if you show up and don't have a voter
25  ID and your name is on the voter rolls, you can still

Page 86

1  vote a provisional ballot.
2      Q.  (BY MS. BALDWIN)  But that ballot won't cast
3  unless you show up within six days.  You make a
4  separate trip and show that you do, in fact, have a
5  valid form of identification; isn't that correct?
6      A.  Well, that is correct, because we have a
7  voter ID law.
8          But the suggestion that a person can't vote
9  if they're registered to vote and don't have a photo
10  ID, they do -- they can cast a provisional ballot and
11  they do have -- and they are given leeway to go back
12  and -- and -- if they left it at home or if they
13  didn't have it or they can get it, so I just -- it --
14  it -- I just -- I'm actually very, very pleased.
15          Whenever we pass legislation, we
16  always -- whatever legislation it is -- I passed a big
17  education bill last session on major reform and you
18  always want to see the result of it, and so it makes
19  me feel good in the case of the education reforms that
20  we passed last session when I hear parents and
21  superintendents say, you know, "This is really working
22  well."  And, no, it doesn't mean 100 percent of the
23  people are happy.  You never get 100 percent.
24          And so in this case, there just hasn't been
25  any, that I'm aware of, any large number of people who

Page 87

1  have said, "Oh, my goodness, I couldn't get an ID or I
2  couldn't vote," so...
3      Q.  Have you looked into the number of
4  provisional ballots that have been cast since SB 14
5  has been in effect, for voters who didn't have ID, who
6  were not able to cure within the six-day period and as
7  a result those votes weren't counted?
8      A.  I have not.
9      Q.  So you're not -- if you haven't looked into
10  that, how do you know that voters aren't being
11  affected in the past five elections?
12      A.  When voters aren't happy, you hear from them.
13  They call your office.  They find a reporter.  They
14  show up on a news station.  And, again, there may have
15  been a report somewhere or a news story or -- you
16  know, somewhere, but I'm just not aware of any.
17          And, again, we're talking about millions of
18  people.  Could there have been a handful?  I mean, I
19  don't know.  But I'm sure not aware of anyone.
20          You would have to show me that a significant
21  number of people felt they couldn't vote.  I just
22  haven't seen it.
23          So I think the bill has been a success; and I
24  think people, minority and majority, have embraced it
25  and feel that we have integrity at the ballot box.

Page 88

1      Q.  Would it matter to you if there were hundreds
2  of votes from Harris County alone that hadn't been
3  able to be counted because they were provisional votes
4  and voters without ID?
5      A.  Hundreds of votes?
6      Q.  That were not counted because those voters
7  came to vote, lacked ID, and for whatever reason
8  didn't cure within the period.
9      A.  Well, as you've said, for whatever reasons,
10  I don't know what the reason was.  And secondly,
11  hundreds of votes out of millions cast, I don't know
12  what the percentage of that would be.  It would be a
13  very small percentage.  But I don't know the reasons
14  behind every one of those, so I can't tell you that I
15  would be concerned when I don't know the reasons.
16      Q.  So hundreds of votes, that would just be the
17  cost of doing business if those voters were
18  disfranchised?
19          MS. DONNELLY:  Objection to the form of
20  the question.  This is argumentative.
21      A.  Yeah, that's your word.  I wouldn't say that.
22      Q.  (BY MS. BALDWIN)  How many -- how many voters
23  would it take to have their provisional ballots not be
24  counted for that to count as a significant impact to
25  you?

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

89

1    A.  There is -- let's go back to what the law is.
2    There is not a reason, in my view, or in the view of
3    the majority of citizens in the state of Texas, that a
4    person should not be able to get a photo voter ID.
5        In fact, I think the data -- I'm thinking,
6    don't have it in front of me -- but I think I have
7    read a story that there were very few people who went
8    to DPS to get a free ID, free photo ID.  We made that
9    available.  There were very few who did.
10       Again, I go back to this:  You've asked me a
11   lot of hypotheticals; in my opinion, and what do I
12   think.  I think very few people in America don't have
13   a photo ID that would be acceptable to vote or that
14   they can't get.
15       Are there some people?  There probably are
16   some people.  But I don't know who they are and what
17   effort they've made to get it.
18   Q.  And if it's difficult for those people to get
19   the ID, the percentage that don't have it, and they're
20   disproportionately minority, those aren't significant
21   concerns for you?
22            MS. DONNELLY:  Objection.
23   Argumentative.
24   A.  You keep -- you're a very nice person; but
25   you keep trying to characterize it from your point of

---

90

1    view, what my point of view is.  Your point of view
2    and my point of view are not the same.
3        I'm -- I'm always concerned about every
4    person and I want every bill that we pass that we try
5    to do the best we can.
6    Q.  (BY MS. BALDWIN)  Are you aware of statistics
7    showing that rates of poverty in the state of Texas
8    are higher among African-Americans than Anglos?
9    A.  Am I aware --
10   Q.  Sitting here today.
11   A.  -- of that?
12       I would say I'm generally aware of that.
13   Q.  And have you been aware of that throughout
14   the time that you've served in the Texas Senate?
15   A.  I don't know throughout the time.  But from
16   time to time I've -- you know, it's come up in a
17   particular -- whether it's health and human services,
18   education, or whatever it might be.
19   Q.  And are you also aware that African-Americans
20   are disproportionately like -- less -- let me start
21   over.
22       Are you also aware that fewer
23   African-American households have access to a car than
24   Anglo households in Texas?
25            MS. DONNELLY:  Objection.  Form.

---

91

1        You can answer.
2    A.  Yeah, I'm not aware of that.
3    Q.  (BY MS. BALDWIN)  That's not information
4    you've ever...?
5    A.  No, I've never seen the statistics on it.
6    Q.  If I represented to you that it is the case
7    according to the Census Bureau, that African-American
8    households lack access to a car at a higher rate than
9    Anglos, would that surprise you?
10   A.  It might.  I mean, I don't -- I've just never
11   really thought about it.
12   Q.  Okay.  And --
13   A.  When you say "access," you didn't say
14   ownership.  Access, I would say that almost every
15   person, no matter of their color, knows someone who
16   has a car.  I think that would be -- if I were asking
17   you the hypothetical question, do you think most
18   people know someone who has a car, and if most people
19   know someone who has a car, then most people might
20   have access to a car.
21   Q.  Is it harder to get to a DPS office if you
22   have to ask someone else for a ride than if you own a
23   car yourself?
24   A.  Not necessarily.
25   Q.  You don't think it imposes a different burden

---

92

1    if I have to go ask a family member to give me a ride
2    than if I can just go get in my own car?
3    A.  I think people ask people for rides all the
4    time, whether it's to go to the grocery store or go to
5    the airport or go to the doctor's office, who don't
6    have a car.  And for people who are -- who have public
7    transportation available to them, that's the option as
8    well.
9    Q.  But you've said within your district it's
10   likely that there are many people who don't have
11   access to public transportation to get to a DPS
12   office, correct?
13   A.  Most people who live in areas where you don't
14   have public transportation, which would be in -- in
15   your unincorporated areas where there isn't bus
16   service, or in rural Texas, when they move to those
17   areas they know that.
18       And so most people who live in those areas
19   have access to a car -- access can be a friend or a
20   relative -- because they know they have to leave the
21   house at some time and they can't walk to the mall.
22       I go to the mall in my area, Willowbrook
23   Mall, for example, and I'm sure not everyone at
24   Willowbrook Mall that I see shopping has a car, and
25   there isn't a bus that takes them there, but they get

---

**93**

1    there.
2         So I think most people who live in areas
3    where there isn't public transportation know someone
4    who can help them get to a doctor or get to the
5    grocery store or get to the mall or get to DPS.
6    That's just my -- I don't think most people move to
7    the country without any ability to go anywhere.
8         Q.  But that's an additional burden that people
9    without a car have to navigate?
10        A.  I don't think it's a burden.  I think it's a
11   choice that they have made to live in an area that
12   maybe is less congested and -- that's their decision.
13   I don't think it's a -- I think it's choice.  I don't
14   think it's a burden.
15        Q.  So if you live in a county without a DPS
16   office, is that a choice you -- and you don't have a
17   driver's license, is that a choice you've made that
18   it's going to be more difficult for you to go get an
19   acceptable form of voter identification or a burden
20   that the state of Texas has imposed?
21             MS. DONNELLY:  Objection.  Form.
22        A.  I can't -- I mean, you're asking me a
23   question I can't possibly answer.
24        Q.  (BY MS. BALDWIN)  Okay.  Do you recall during
25   the consideration of SB 362 that there was a

**94**

1    discussion of the percentage of registered voters who
2    didn't have a driver's license on file with the
3    Secretary of State?
4         A.  No.
5         Q.  Is that something that you would have
6    considered?
7         A.  I don't know.
8         Q.  Would it have mattered to you if 12 percent
9    of registered voters weren't on file with having a
10   driver's license number with the Secretary of State?
11            MS. DONNELLY:  Objection.  Form.
12            Go ahead.
13        A.  I think I've answered this question already.
14   You'd have to break down the 12 percent and -- you
15   know.
16        Q.  (BY MS. BALDWIN)  Did you seek to break down
17   any number of voters who didn't have driver's license
18   numbers on file with their voter registration record?
19        A.  Well, first of all, I answered that.  I don't
20   recall the conversation or that fact, so I don't
21   recall.
22        Q.  You don't recall doing any follow-up about
23   that?
24        A.  No.  And I -- and I -- and I -- again, not
25   trying to be argumentative or difficult, we're --

**95**

1    you're asking me questions about a bill that didn't --
2    in essence, we've passed a bill since then.
3         But you're asking me about a bill that's five
4    years old, that's one of -- if you asked me the same
5    questions about most bills that passed or I voted on
6    or voted against in 2009, my answer would be the same,
7    because, you know, you just -- it's a lot of
8    information that we -- you know, that we process at a
9    given time and you move on to the next issue, so...
10        Q.  Okay.  I'd like to show you some testimony
11   that was given on SB 362 in an exhibit that I'll mark
12   as Number 3.
13        A.  Okay.
14             (Patrick Exhibit 3 marked/introduced.)
15        Q.  (BY MS. BALDWIN)  Sitting here today, Senator
16   Patrick, do you recall that there was any testimony
17   presented to the Senate when it was meeting as a
18   committee of the whole, about whether minority voters
19   were less likely to possess acceptable photo ID than
20   Anglo voters?
21        A.  I don't -- I don't remember the specific
22   testimony.  If it's here, I'm happy to read it, but I
23   don't recall it.
24        Q.  Sure.  I'd like to turn to, in this exhibit,
25   which is testimony from Tuesday, March 10, 2009, on

**96**

1    the page that's Bates numbered TX 00004155, testimony
2    from Tova Andrea Wang.
3         A.  Okay.
4         Q.  And I'm just going to read some of her
5    testimony and ask for your reaction.
6         A.  Okay.
7         Q.  Starting on Line Number 25:  "I want to start
8    out talking about the disenfranchising impacts of
9    voter ID such as this.  I know that for probably all
10   of you in the room -- and I would include myself -- it
11   seems so easy.  You have an ID in your pocket right
12   now, probably several.  But I have to really emphasize
13   to you all that it's not the case for everybody.  For
14   some people, they don't have their ID, and it would be
15   a real hardship for them to get that ID, and we need
16   to understand this group in our society.  In fact,
17   about 10 percent of the American people don't have
18   government-issued photo ID.  And as has been pointed
19   out repeatedly today, this is disproportionally the
20   case with African-Americans, immigrants, the poor,
21   people with disabilities, senior citizens and
22   students.
23        "There have been numerous studies to this
24   effect.  I want to point out one in particular,
25   Brennan Center survey, talking just about income.

SENATOR DAN PATRICK                                     7/11/2014
CONFIDENTIAL TRANSCRIPT

97

1  People with incomes lower than $35,000 a year are
2  twice as likely not to have the kind of ID we're
3  talking about.  38 percent of Texans have incomes that
4  are less than $35,000 a year.  African-Americans are
5  three times less likely to have ID than whites.  And,
6  in fact, one-fourth of African-Americans don't have
7  government-issued photo ID."
8        Rereading that testimony now, Senator
9  Patrick, does it refresh your recollection as to
10  hearing it at the time, in 2009?
11       A.  No.
12       Q.  And do you know whether you took any steps to
13  look into the Brennan Center study that's cited in
14  this testimony?
15       A.  No.
16       Q.  You've testified repeatedly about relying on
17  polls showing support for photo ID.  Did you do any
18  research about the impact of photo ID?
19       A.  Don't recall.
20       Q.  What's your reaction to this testimony,
21  sitting here today?
22            MS. DONNELLY:  Objection.  Vague.
23       A.  Yeah, do you want -- would you like to be
24  specific?
25       Q.  (BY MS. BALDWIN)  You've testified repeatedly

98

1  that you just don't think that there are very many
2  people who lack photo ID.
3        Does it concern you that there are studies
4  that show that up to 10 percent of people lack the
5  forms of photo ID that are --
6            MS. DONNELLY:  Objection.
7  Mischaracterizes testimony.
8            You can answer.
9        A.  First of all, I don't know what the Brennan
10  study is.  I don't remember this testimony.  I don't
11  believe I asked any questions based on the record.
12       I don't know if I studied the Brennan study.
13  I don't know if it's -- I don't know what it's based
14  on.  But, again, as I said earlier, in the polls, you
15  know, so I -- you know, I don't know the validity of
16  it.
17       Again, if I were to look at this, of that
18  percentage, some are listed with disabilities
19  and -- and we addressed that.  Some of these folks
20  live in areas where they could easily get one.
21       I don't even know what percentage of these
22  people -- what if the 10 percent of these people
23  aren't even registered to vote?  I mean, I don't know
24  that they are or they aren't.
25       So it doesn't -- you know, there -- this

99

1  would just lead, potentially, to a lot of questions.
2  So it doesn't -- it doesn't jump off the page at me.
3        Q.  (BY MS. BALDWIN)  But the questions that it
4  would lead to today, they're not questions that you
5  recall doing anything to answer in 2009?
6            MS. DONNELLY:  Objection.  Vague.
7        A.  I mean, I just don't recall.  And the -- and
8  the other thing I was going to say, and I just kind of
9  paused for a second, it doesn't mean that some of
10  these people are -- I don't know what percentage were
11  over 65 and can vote by mail where you don't need a
12  photo ID.
13       So, hypothetically, 80 percent of the 10
14  percent could be over 65 and vote by mail, so...  And
15  that may have, you know, not been a question that I
16  asked.  It may have gone through my thought process at
17  the time.  I don't recall.
18       Q.  (BY MS. BALDWIN)  SB 362 didn't ultimately
19  pass; is that correct?
20       A.  I'd have to go back and look at the flow of
21  the bill.
22       Q.  Do you --
23       A.  It didn't become law.
24       Q.  It didn't become law.  That's a better way of
25  putting it.  Thank you.

100

1        A.  All right.
2        Q.  Do you know what happened to SB 362 in the
3  House?
4        A.  I do not recall.
5        Q.  I'd like to turn to SB 14, and I know we
6  talked about this a little bit at the beginning of the
7  day, but just to be clear:  Could you explain what
8  your specific role was in the development of the
9  language of SB 14 as introduced?
10       A.  To the best of my recollection, pretty much
11  zero.  To the best of my recollection.  If there's
12  some document or someone would testify otherwise, then
13  my memory is refreshed.  But as I recall, more than a
14  general discussion that maybe we had, in a caucus
15  meeting, about what should be in the bill of that.
16       But specifically, myself, I don't recall
17  working with -- with the -- who I would view as the
18  author of the bill, Troy Fraser.
19       And the -- and my only involvement, to answer
20  your question, was two amendments, as I recall.  And I
21  refreshed my memory on this a little bit yesterday
22  because I didn't -- it was the amendment about people
23  with severe disabilities and an amendment with
24  Democratic Senator Hinojosa on CHLs.
25       So that would have been my only involvement

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

26 (Pages 101 to 104)

101

1   with the -- with the author, and I think that occurred
2   somewhere -- so we need -- I want to be very clear
3   that I'm answering accurately.
4       I didn't craft the bill. But at some point I
5   believe that I talked with the author of the bill,
6   hence Senator Hinojosa, and said, "Look, you know, I
7   think we ought to do these things." But in terms of
8   the overall bill, to my recollection, very little.
9       Q. Prior to the bill being introduced in this
10  next session as SB 14, were there discussions of what
11  the provisions of it should be in Republican caucus
12  meetings?
13      A. You know, I -- there could have been and
14  there probably were, but I -- I don't recall. I don't
15  really remember anything specific, you know.
16      We -- we were probably talking about a lot of
17  different things, as we would normally do with an
18  upcoming session of what bills we want to move
19  forward, and I'm sure this was part of that
20  discussion.
21      Q. Do you recall any discussion about changes
22  that should be made to 362 and to the bill that became
23  SB 14?
24      A. I don't recall -- I don't recall the
25  discussion. But obviously, somewhere along the line,

102

1   there was a discussion. I just don't know if I was in
2   it or not, or if it was Senator Fraser and a small
3   group of people or a big group of people making the
4   changes.
5       Q. Did you do any independent research on voter
6   ID in between consideration of 362 and SB 14 for your
7   own purposes?
8       A. I don't recall. I don't recall.
9           (Patrick Exhibit 4 marked/introduced.)
10      Q. (BY MS. BALDWIN) I'm going to hand you a
11  document to be marked as Exhibit 4. And at the top of
12  this document it identifies that it is SB No. 14.
13      A. Okay.
14          MR. CLAY: I'm sorry, this is 4?
15          MS. BALDWIN: Yes.
16      Q. (BY MS. BALDWIN) Do you recognize this
17  document, Senator Patrick?
18      A. Again, very specifically, do I recognize it?
19  No. But I see that it is a bill.
20      Q. And do you see that it's the signed version
21  of SB 14?
22      A. Yes, ma'am.
23      Q. And as we discussed earlier, you were listed
24  as an author of this bill. But as you've just
25  testified, just to make sure I understand, you weren't

103

1   involved actually in drafting; is that correct?
2       A. And I want to be very careful how to answer
3   that. I don't recall being heavily involved in the
4   crafting of this bill.
5       Could there have been a discussion? Could
6   someone have asked me my thoughts on something
7   beforehand that was part of the bill? Could have.
8       But I was, in the typical sense, an author of
9   a bill, who would kind of birth it and write it and
10  edit it and review it with people, I was not in
11  that -- I was not at that point.
12      Q. And, again, even as you're qualifying that
13  you may have had conversations, is it correct that
14  sitting here today you remember none of the specifics
15  of any such conversation or even general topics or
16  even who you spoke to?
17      A. With the exception of, I -- and I don't even
18  recall the conversations. But obviously, since
19  Senator Hinojosa and I passed an amendment that I
20  think I was a joint author of the amendment or
21  co-author of the amendment, I think, obviously, I
22  discussed that with him.
23      And my -- and any time you offer an
24  amendment -- I shouldn't say any time. Most of the
25  time when you offer an amendment, you go to the author

104

1   of the bill and say, "Look, I'd like to author this
2   amendment. What do you think? Would you accept it or
3   not accept it? And if not, what can I do so you'll
4   accept it?"
5       So, obviously, there was a discussion at some
6   point with Senator Fraser, but I don't recall the
7   specifics.
8       Q. Were all Republican senators listed as
9   authors of SB 14?
10      A. I don't know. I just don't know. I think
11  possibly, but I don't know.
12      Q. Let me see if this document -- it's just a
13  legislative history document -- refreshes your
14  recollection.
15      A. Yes, this would show that -- well, let me
16  see. There were 20 of us. So I see 19 names.
17      Q. Okay.
18      A. I don't know if that's just an error or...
19      Q. Okay. Are all of the names listed of
20  Republican senators?
21      A. Yes.
22      Q. And is it unusual to have 19 people all
23  listed as authors on a bill?
24      A. No. I passed my first legislation, I put "In
25  God We Trust" in the Senate, and I had 31, as I

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

**105**

1    recall, authors.  All Democrats and all Republicans
2    who were authors.  So I don't know how frequently it
3    happened, but it's not -- it's -- it happens.
4        Q.  And why were so many people -- why did you
5    want to be listed as an author on this bill, yourself,
6    personally?
7        A.  I don't even know that I -- personally, I
8    don't recall asked to be.  I don't know that anyone
9    asked.  It may have just been an accommodation that
10   Senator Fraser -- you'd have to ask him.  I don't -- I
11   don't recall.
12       Because, again, in the last deposition I
13   didn't even remember that, to be honest with you.  I
14   was confused.  I kept saying, "I'm not an author."
15   And they kept saying, "Yes, you are."  And I said,
16   "No, I'm not."  And -- and then I figured out why.
17       So I -- I don't recall asking.  I don't know
18   if anyone asked.  He may have just said, "Look, I'd
19   like for all of you to author the bill."  It was a
20   piece of legislation that -- that we were proud of.
21       And -- and when I passed "In God We Trust" in
22   the Senate, no one asked me, but I just went to the
23   senators and said, "Look, I'm going to -- it hasn't
24   been up there in 100 years and would you like to be an
25   author of it?"  And so that's probably how it

---

**106**

1    happened.
2        Q.  Was SB 14 a priority of the Republican Party
3    of Texas?
4        A.  We have a lot of priorities each session and
5    that was a -- that was one of our priorities.
6        Q.  What was the purpose of SB 14?
7        A.  As I answered earlier:  To protect the
8    integrity of the ballot box and -- and pass a bill
9    that the vast majority of people had indicated they
10   wanted passed and believed should pass.
11       Q.  So is it fair to say that the purpose of
12   SB 14 was the same purpose as SB 362?
13       A.  I'm always careful when you characterize
14   something, but I think that's probably a fair
15   characterization.
16       Q.  And is the only kind of fraud that could have
17   been prevented by SB 14 in-person voter impersonation
18   fraud?
19       A.  I -- I believe that would be an accurate
20   statement.
21           MR. CLAY:  Could you read the question
22   back again, please.
23           THE REPORTER:  "And is the only kind of
24   fraud that could have been prevented by SB 14
25   in-person voter impersonation fraud?"

---

**107**

1        A.  And let me clarify that, since the question
2    was asked, and maybe I shouldn't have been so quick to
3    answer.  If you're suggesting that this bill did not
4    impact mail-in ballots, then that would be correct.
5    That's how I'm interpreting your question, and I
6    should not interpret your question.
7        Q.  (BY MS. BALDWIN)  Can you think of any other
8    kind of fraud that SB 14 -- other than in-person voter
9    impersonation -- would work to prevent?
10       A.  As I sit here today, no.  I would have to
11   study all that.
12       Q.  Okay.  Could you turn to page 9 of the bill,
13   which is Section 14?
14       A.  Was this an exhibit, by the way?  You handed
15   this to me.
16       Q.  It's just to refresh your recollection.
17       A.  Okay.  All right.
18       Q.  And this is the section that sets out the
19   allowable forms of photo ID under SB 14; is that
20   correct?
21       A.  Yes.
22       Q.  Do you know why these specific forms of
23   identification were included and not others?
24       A.  I do not.
25       Q.  Did you have any conversations with

---

**108**

1    constituents about what forms of ID to include in this
2    bill?
3        A.  If I did, I don't recall specifics.  And when
4    I -- in the previous question, I said "I do not,"
5    what -- I don't recall any, so, of -- or why.
6        Q.  Did you have any conversations with -- other
7    than about the concealed handgun license -- with other
8    senators -- about what forms of ID to include in the
9    bill?
10       A.  I may or may not have.  I don't recall.
11       Q.  Do you know if under SB 14 a voter can show
12   nonphoto ID and still cast a regular ballot?
13       A.  I'd have to go back through and be sure, but
14   I believe you must have a photo voter ID.
15       Q.  So that's a difference between SB 362 and
16   SB 14; is that right?
17       A.  Yes, ma'am.
18       Q.  And what was the purpose of removing the
19   option of showing nonphoto ID from the prior bill?
20       A.  You'd have -- you'd have to ask other folks.
21   I don't know.
22       Q.  Do you know who made that decision?
23       A.  I do not.  No.
24       Q.  So you're not aware of what changed between
25   2009 and 2011 that made nonphoto ID acceptable in one

---

SENATOR DAN PATRICK                                7/11/2014
CONFIDENTIAL TRANSCRIPT

28 (Pages 109 to 112)

109

1    session but not in this session?
2            MS. DONNELLY: Objection. Form.
3            You can answer.
4        A.  I don't know that this is the accurate
5    answer, but it could be part of the answer. For
6    example, when we go into session in 2015, this coming
7    session, of the 31 senators, I believe 22 will be new
8    since I was elected.
9            And I believe in 2011 -- I'd have to go back,
10   but I think there were two new -- I can't remember the
11   mix, but you always have different members and
12   different members have different contributions to a
13   bill or different opinions on a bill. So you may have
14   had -- may have had members on any given bill.
15           Bills all the time change from session to
16   session because members change. Maybe sometimes
17   information changes, but it's usually not, always
18   members that change. In the House we have an even
19   bigger turnover, so that -- that may have been part of
20   it, but that's speculation and I shouldn't speculate.
21       Q.  (BY MS. BALDWIN) But other than personnel
22   change, in substance you don't know why SB 14 was made
23   more restrictive?
24           MS. DONNELLY: Objection. Form.
25       A.  I don't recall. But, you know,

110

1    this -- today, sitting here, I don't recall.
2        Q.  (BY MS. BALDWIN) Do you know what the purpose
3    of removing the option for a voter to show a
4    federally-issued photo ID as was allowed under SB 362
5    was?
6        A.  I don't -- I -- these are some of these areas
7    that sometimes if you're sitting with someone and they
8    refresh your memory, you say, "Oh, yeah, okay, I
9    remember that." But sitting here today, I don't
10   recall.
11          And as I said at the very beginning, I have
12   had -- I have had, to my recollection, very, very
13   little conversation about the bill since it's passed,
14   or communication since it's passed. It passed and we
15   moved on. So it's not something I've thought about
16   since 2011.
17       Q.  Did you conduct any analyses as to how many
18   registered voters possess the required forms of ID
19   required by SB 14?
20       A.  Not that I recall.
21       Q.  Did you ask that any analysis be conducted?
22       A.  Not that I recall.
23       Q.  Are you aware of any supporters of SB 14 who
24   asked for any analysis of how many voters had the
25   required forms of ID?

111

1        A.  Not that I recall.
2        Q.  Would that have been information that would
3    have been useful to consider?
4        A.  Yeah, that's a -- kind of a hypothetical. I
5    mean, we -- well, this issue, you know, we had already
6    worked on the session before, and so whatever
7    information was available was available. And we had
8    debated it, considered it and heard testimony. So --
9    so -- you know, I just don't -- I don't recall
10   anything in 2011 specifically.
11       Q.  The bill changed significantly from 2009 to
12   2011, didn't it?
13           MS. DONNELLY: Objection. Form.
14       A.  Yeah, I -- you know, it depends on how you
15   say signifi- -- I'd have to go back and read and
16   compare it and do an analysis, but obviously there
17   were some changes.
18       Q.  (BY MS. BALDWIN) And you don't know, again,
19   the reason for why any of those changes were made?
20       A.  If I did then, I don't remember today why the
21   changes were made.
22       Q.  Would you agree that SB 362 was a more
23   lenient bill in the sense that there were more forms
24   of ID that were acceptable than SB 14?
25       A.  I wouldn't characterize it as "lenient." It

112

1    was just a different bill.
2        Q.  How would you characterize the difference
3    between the differences in allowable IDs between the
4    two bills?
5        A.  I wouldn't characterize it. I would let the
6    documents speak for themselves. And there were
7    more -- there were more options under 362 than 14.
8        Q.  Does it follow that the more options there
9    are, the more likely a voter is to have one of those
10   acceptable options?
11       A.  Not necessarily. But, you know, I mean, the
12   purpose of the bill was to protect the integrity of
13   the ballot box, and I think at the end of the day
14   there had obviously been a decision between 2009 and
15   2011 that this was a better bill.
16       Q.  So is it your view that SB 14 served that
17   purpose better than SB 362?
18       A.  To protect the integrity of the ballot box,
19   yes.
20       Q.  And why is that?
21       A.  Because we eliminated being able to vote
22   without a photo that you could do in SB 362.
23       Q.  Do you recall during the consideration of
24   SB 14 of whether other senators raised concerns about
25   the burdens that voters without an ID would face in

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

113

1   getting an election identification certificate from
2   DPS?
3       **A.  I don't recall.**
4       Q.  Do you recall there being any testimony about
5   the fact that not all counties have a DPS office?
6       **A.  You'd have to show it to me, but I do recall**
7   **that that was a question.  I mean, I don't recall the**
8   **extent of it or who did -- or who said what, but...**
9       Q.  And was there also debate about and testimony
10  about the fact that even in counties that have DPS
11  offices, they're not necessarily open five days a
12  week, some are only -- have limited hours?
13      **A.  I don't recall that specific.**
14      Q.  Did the legislature do anything to address
15  the fact that not every county has DPS offices?
16      **A.  I don't know specifically.  I'd have to go**
17  **back and look at my own amendment.  I think that may**
18  **have been addressed for people with severe**
19  **disabilities, but I'm not positive.**
20      Q.  But other than for disabled voters; for poor
21  voters, for example?
22      **A.  I don't recall.  You'd have -- the document,**
23  **as I often say on the Senate floor, in a debate,**
24  **speaks for itself.**
25      Q.  Would you agree that for some voters without

---

114

1   acceptable ID, the farther they have to travel to get
2   an EIC, the less likely they are to get one?
3       MS. DONNELLY:  Objection.  Form.
4       **A.  Yeah.  Again, you're characterizing it,**
5   **but -- but my answer would be no.**
6       Q.  (BY MS. BALDWIN)  So you think if a voter has
7   to travel 150 miles round-trip, that's not going to
8   impact whether or not they get an EIC?
9       A.  Once again, you would have to give me the
10  specifics of that voter.  Is that voter over 65?  If
11  they're over 65, they can vote from mail, so it
12  obviously wouldn't impact them.  You would have to
13  give me the specifics of a voter who you might be
14  trying to make that case for.
15      Has that voter ever gone anywhere from their
16  home -- anywhere near a DPS office, in between
17  elections or before an election?  Because you only
18  have to do it once.  So you'd have to give me the
19  specifics of a given person.
20      And as I've said earlier, to my knowledge we
21  haven't had any complaints from people who live in
22  these counties that don't have DPS -- to my knowledge
23  we haven't had any complaints of people saying, "Yeah,
24  gosh, I just never ever got by DPS to get a photo ID."
25      It's just -- and I've never heard any -- I've

---

115

1   never heard one Democrat senator or a Republican
2   senator who represents a rural area, since this bill
3   passed, say to me that it was a burden.
4       Q.  Have you actively inquired, as to whether
5   it's a burden, from any colleagues?
6       **A.  I don't actively inquire on a number of bills**
7   **that we pass.  Usually, if there's a problem with a**
8   **bill that we pass, someone will bring it up to you,**
9   **you don't have to ask them, if there's a problem.**
10      Q.  But you've represented a number of times that
11  there are hundreds of bills, thousands of votes, and
12  that after it's done you put it out of mind.
13      **A.  Uh-huh.**
14      Q.  But you expect that if there are problems
15  people will bring it up affirmatively without you
16  taking any further investigation?
17      A.  That's pretty much how the system works.  You
18  know, sometimes you pass legislation that just may
19  have a techni-- you know, some kind of -- as we call
20  them, unintended consequences at times.  And, believe
21  me, either -- you know, someone brings it to your
22  attention.  And sometimes it's valid to try and fix it
23  in the next session, sometimes it's not.
24      But, I mean, I can sit here honestly today
25  and say I don't think I've had one senator, including

---

116

1   a Democrat, come back and say, you know, this -- "Dan,
2   this really didn't work out; you know, we need
3   to -- or we need to fix something, you know, we need
4   to make a change in the bill."
5       And we -- and, look, we've already had a
6   session in 2013 and I don't -- I stand to be
7   corrected, you can check the records.
8       I don't think one Democrat -- and every
9   Democrat voted against it.  I don't think one Democrat
10  tried to amend this bill in any way or update it in
11  the last session.  They may have, but I don't remember
12  it.
13      Q.  Would there have been any likelihood that a
14  repeal of this bill could pass?
15      A.  Not a repeal.  I said to fix it.  In other
16  words, if there's a problem, if you came to me and
17  said, "Dan, you know, this is a problem in my district
18  and I know the bill's not going to be repealed
19  and -- you know, but can we fix this?  Can we try
20  to?"
21      I do not know of one Democrat senator who
22  came to me or made it an issue.  I don't remember one
23  article.  I don't -- I just -- but I think that's
24  because I don't think the Democrats are getting much
25  pushback in their district or questions.

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

**117**

1    Q.  But that's just your assumption, you haven't
2  actively sought out that information?
3       MS. DONNELLY:  Objection.
4  Argumentative.
5       A.  Well, what I'm saying to you is not an
6  assumption.  Well, it's -- yeah, I don't know if
7  anyone has complained to the -- what -- what I do -- I
8  do not recall.  Maybe someone said something to me in
9  passing or something or at lunch, but I do not recall
10  any Democrat senator or Republican senator saying that
11  we need to go back and tweak this, in any way, shape,
12  or form.
13       And I don't know that any -- maybe a bill was
14  filed to do so.  I -- you know, I don't know.  But
15  there was no -- maybe there was a bill filed to repeal
16  it because sometimes people will just file bills to,
17  you know, file a bill.  But in terms of a serious
18  change, I'm not aware of the Democrats coming to us
19  with any serious change.
20       And, again, being chair of education where I
21  really do have my arms around what happens, the best
22  example I can give you is several years ago we voted
23  for a number of standard state tests to graduate from
24  high school.
25       We had enough negative feedback from enough

---

**118**

1  parents and enough teachers and enough
2  superintendents, that collectively we went back and
3  changed the number of state tests.  We reduced them
4  from 15 to 5 last session.
5       So what I'm suggesting to you is, when we
6  pass major legislation -- and, again, every bill's
7  important -- the legislation impacts a large number of
8  people, that it is not uncommon for senators to go
9  back in another session or two sessions and say, "You
10  know what, we can improve it; we can make it better."
11       And so all I'm saying to you is, that in 2013
12  I'm not aware of anyone coming to us or -- or the
13  Democrat caucus, or a group of senators coming and
14  saying, "Look, this is the law, and we have to live
15  with the law."  That's out of the lawsuit.  But -- but
16  would -- "Would you-all work with us and change this?"
17  I'm just not aware of it.
18       Q.  (BY MS. BALDWIN)  There was some negative
19  feedback after SB 14 was passed, in the form of the
20  opinion of the three-judge court and the Section 5
21  litigation.  Did you read the opinion in that case?
22       A.  Sorry, no.  I -- I don't -- I don't follow.
23       Q.  Are you aware that that court found that
24  SB 14 would have a retrogressive, a negative impact,
25  on minority voters?

---

**119**

1       A.  I don't -- I have not followed the legal
2  wranglings of this legislation since then.
3       Q.  So that -- you've talked about, it's only had
4  good effects.  But you're not aware, at all, of what
5  the D.C. District Court held or its reasoning why?
6       A.  I respect the courts, but I'm more
7  con- -- quite frankly, more concerned with my
8  constituents and the people of Texas, say, or even my
9  fellow colleagues on the floor; and that's what I was
10  base -- basing my statement, that so far everybody
11  seems to be happy and there aren't very many
12  complaints, or none that I'm aware of.
13       Q.  So you're not aware that the D.C. court found
14  that, for example, the poverty rate in Texas is 25
15  percent for Hispanics, 23 percent for
16  African-Americans, as compared to just 8 percent for
17  whites; and that that means, quote, "the burdens of
18  obtaining an EIC will almost certainly fall more
19  heavily on minorities"?
20       A.  I'm not aware of that.
21       Q.  So because you weren't aware of that, you
22  couldn't consider whether that court finding was
23  something that might cause you to want to take
24  legislative action?
25       MR. CLAY:  Objection.  Form.

---

**120**

1       A.  Well, it apparently hasn't motivated any
2  Democrats to want to take, say, "legislative action",
3  that I'm aware of.
4       Q.  (BY MS. BALDWIN)  But it hasn't motivated any
5  supporters of SB 14, as far as you're aware?
6       A.  I'm not aware.
7       Q.  Were you surprised by the D.C. court ruling?
8       A.  Sitting here today, I couldn't even tell you
9  what the D.C. court ruling was.
10       Q.  And just to confirm then:  While SB 14 was
11  pending, you didn't conduct an analysis of the impact
12  of the bill on minority voters, as far as you recall?
13       A.  I think I've answered that multiple times;
14  but either, I don't recall something specifically
15  in -- or I considered it and moved forward and voted
16  for the bill.  I -- I just don't recall.
17       Q.  Okay.  And you're not aware of any of the
18  supporters of SB 14 conducting an analysis of the
19  impact of SB 14 on minority voters?
20       A.  I'm not aware what other senators do or do
21  not do.
22       Q.  I'd like to talk about the amendments that
23  were offered to SB 14 during the consideration of the
24  bill.
25       MS. DONNELLY:  Counsel, are you about to

---

SENATOR DAN PATRICK                              7/11/2014
CONFIDENTIAL TRANSCRIPT

31 (Pages 121 to 124)

### Page 121

1  move to a new area?
2          MS. BALDWIN: Sure.
3          MS. DONNELLY: It's ten after 12:00.
4  I'm wondering if we could take just a brief lunch
5  break.
6          MS. BALDWIN: That's fine.
7          (Lunch break.)
8      Q.  (BY MS. BALDWIN)  Going back on the record,
9  I'd like to talk about some of the amendments that
10 were considered with respect to SB 14 and --
11         MS. BALDWIN: Have we already marked
12 those or not yet?
13         MS. DONNELLY: SB 14 is 4.
14         MS. BALDWIN: But the --
15         THE WITNESS: I haven't seen the
16 amendments, I don't think.
17     Q.  (BY MS. BALDWIN)  Okay.  Great.  So I'm going
18 to hand you a document to be marked Exhibit 5.
19         (Patrick Exhibit 5 marked/introduced.)
20     Q.  (BY MS. BALDWIN)  And, Senator Patrick, do you
21 see that this is a Senate Journal from January 26,
22 2011?
23     A.  Yes, ma'am.
24     Q.  Okay.  Could you turn to page 133 of this
25 document?

### Page 122

1      A.  I'm there.
2      Q.  Okay.  And Floor Amendment No. 35, is this an
3  amendment that you sponsored?
4      A.  I believe it is.  I was the -- I believe I
5  was the author of it.
6      Q.  Okay.  And what's the subject of this
7  amendment?
8      A.  The subject of the amendment, as I
9  recall -- I'd have to read it specifically here.
10     Q.  Feel free, if you'd like to take a moment.
11     A.  Yeah, let me read it.  Yeah, let me just read
12 it.  I know what the goal was, but let me see
13 specifically.
14         Okay.  It was to acknowledge that some people
15 with disabilities who lived in rural areas wanted to
16 be sure that they did -- that they were able to vote.
17         And I remember one conversation.  I do
18 remember that someone came to me from the disabled
19 community and said, "Dan, a lot of people who are
20 disabled, who depend on someone to get them somewhere,
21 can get someone to drive them to the...", they can
22 vote by mail if they'd like, but they want to vote in
23 person.  And so they can get someone to drive them to
24 the poll, but they might not be able to get someone to
25 drive them, you know, 30, 40 miles.

### Page 123

1          And so I thought about that and I looked at
2  the Indiana law, as I recall, at the time, and they
3  had made an exception for that, and I also -- as I
4  said earlier, we try and write things that will -- you
5  know, will stand up in court.
6          And so my only function is, you know, my
7  amendment.  But looking at the bill, and I saw what
8  Indiana -- and I believe at the time Indiana had
9  been -- I guess it didn't have to be approved because
10 they weren't under Section 5, but -- so based on the
11 Indiana model and based on thinking about that issue,
12 I offered that amendment.
13     Q.  So you were concerned that for some people
14 getting to a DPS office to get an alternative form of
15 ID would be difficult?
16     A.  If they were severely disabled, I was
17 concerned.
18     Q.  And why only severely disabled?  What was
19 particular about that group of voters?
20     A.  Well, because they -- they -- they might be a
21 voter who, if they were severely disabled, never
22 served in the military, so they wouldn't have a
23 military ID.
24         If they were severely disabled -- and they
25 had to have doc-- a letter from a doctor.  I forget

### Page 124

1  how we defined it at the time.  They had to have a
2  letter that they were severely disabled.
3          They may not have a CHL because maybe they
4  just wouldn't need to carry a gun anywhere because
5  they're kind of immobile.
6          And a third reason, if, you know,
7  they're -- they still may want to be independent and
8  want to be able to vote in person.  And so it made
9  sense to me, it seemed like the right thing to do.
10     Q.  Did you consider including a separate
11 exemption on the basis of indigency?
12     A.  I did not.
13     Q.  Could some of those same considerations that
14 make it difficult for a person who's disabled to get
15 to DPS also apply to somebody who is poor?
16     A.  I -- obviously, at the time, I didn't -- I
17 didn't consider that at the same level of this.  And I
18 have -- and I've been on the -- I've been the chairman
19 of the charity for children with severe disabilities
20 since 1988 and so I work a lot with the disabled
21 community and -- and some -- there is a -- there is a
22 difference from being poor and being totally disabled.
23     Q.  But regardless of whether the burdens are the
24 same, could there be similar burdens that could apply
25 to the poor?

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

32 (Pages 125 to 128)

---

**125**

1           MS. DONNELLY:  Objection.  Form.
2       A.  You know, I can't speculate on that.  I
3   just -- you know, as I've said multiple times today, I
4   believe that it was not an undue burden to ask people
5   to have a photo voter ID in the world that we live in
6   today in order to vote.
7           But with someone who was severely disabled,
8   who -- especially if they've been disabled their whole
9   life, may have never driven a car, and so that would
10  knock them out of a driver's license and military --
11  it just seemed to me to be -- and I looked at --
12  again, I looked at the Indiana law and they had
13  obviously thought through it as well, and I thought it
14  made sense.
15      Q.  (BY MS. BALDWIN)  This amendment also included
16  an exemption for showing ID for voters over 70 years
17  of age; is that right?
18      A.  Let me look at it here.
19      Q.  In subsection (h)(1).
20      A.  Yes.  Yes.  I'm looking at this.
21          Yes.  As I'm reading it, I mean, the document
22  speaks for itself.  "The requirements for
23  identification...do not apply..."  Yeah.
24          And, you know, to be very candid with you, I
25  don't remember that part of the amendment.  That -- I

---

**126**

1   was so focused on the disabled.  But I don't -- I
2   don't remember that part of it.  But, obviously, it
3   speaks for itself.
4       Q.  So you don't recall why you included age in
5   this?
6       A.  No.  I don't know if -- it may have been
7   another member who asked me would -- would I add it.
8           I wonder if it was amended on the floor, a
9   floor amendment?  It doesn't look that way.  I -- you
10  know, I just -- I don't recall the circumstances of
11  it.
12      Q.  So voters who are 70 years of age or older
13  already would have been able to vote by mail?
14      A.  Yes.
15      Q.  But did you think it was important that they
16  still have the same opportunity to vote in person --
17      A.  Well, I always --
18      Q.  -- even if they didn't have an ID?
19      A.  -- I always think everyone -- I think
20  everyone should have the opportunity to vote, however
21  they want to vote, you know.
22          More and more -- more and more seniors are
23  voting by mail as every election goes by.  More and
24  more people vote early as every election goes by,
25  and -- but some people like to vote in person.  I

---

**127**

1   just don't -- you know, I honestly don't remember the
2   circumstances of that.  I just don't -- I don't
3   remember.
4       Q.  And you're not aware of the racial
5   demographics of voters 70 years of age or older --
6       A.  No --
7       Q.  -- in Texas?
8       A.  -- I'm not.
9       Q.  Other than the individual you mentioned from
10  the organization for the disabled, did you talk to
11  anybody else in deciding to introduce this amendment?
12      A.  I don't recall.  I'm sure -- I'm positive I
13  would have had a conversation with Senator Fraser, as
14  the author of the bill.
15      Q.  Were you concerned that without such an
16  amendment the bill would not pass constitutional
17  muster?
18      A.  I -- as I recall, I do recall thinking that.
19  And I don't remember -- I don't remember the
20  circumstances or the -- the specifics of it.
21          But it seemed to me there was some discussion
22  that the -- would the Indiana -- well, I'm not asking
23  you questions.  I don't know if the Indiana law
24  was -- it ever went to the courts or not.
25          But it was -- seemed to be something along

---

**128**

1   the lines of, the Indiana law was viewed as -- as the
2   courts upheld it, or I don't know if it was
3   challenged.  Again, I know it wasn't under
4   preclearance.
5           But for some reason, I had the belief that
6   the Indiana law passed muster with the courts and they
7   had had that included.  So that was probably a part of
8   the discussion.
9       Q.  So was this your idea to include this, or did
10  someone suggest to you that this amendment would be
11  helpful?
12      A.  I can't say for certain.  I think it was
13  more -- I do, in my recollection.  And I could be
14  wrong.  Senator Fraser may have a different
15  recollection, so...
16          MS. DONNELLY:  And if you're about to go
17  into communications that Senator Fraser made to you,
18  please do not.
19          THE WITNESS:  Yeah.
20      A.  So I won't -- I just remember going to him
21  and saying, "I'll offer this amendment."  But I don't
22  remember the circumstances of it.
23          But, again, because of my 25-year history of
24  working with the disabled, it may have been someone
25  came to me and said, "Dan, you know, you have a...",

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

33 (Pages 129 to 132)

129

1   and the senators are well aware of that because we've
2   done certain things on the floor with the disabled
3   community that I've been involved with.
4           So it may have been brought to me.  I may
5   have, you know, created it.  I'm not sure.  But I
6   ended up offering it.
7       Q.   (BY MS. BALDWIN)  Were you concerned that for
8   disabled voters or for voters over age 70 that it
9   would be more difficult for them to have access to the
10  underlying documents that they would need in order to
11  get an EIC?
12      A.   Again, I do not recall the circumstances of
13  the 70s -- of the 70-year-old or older.
14          And I think I've answered the other question
15  that I -- of the severely disabled who -- who lived in
16  a rural area of Texas.  That was my main focus.
17      Q.   Okay.  I just wanted to distinguish the
18  travel to DPS.  I understand, from your statements
19  about the rural area.
20          But did you have any separate concern about,
21  for some voters, such as the disabled, getting the
22  underlying documentation that you need to show in
23  order to get an EIC?  Was that a concern?
24      A.   I don't recall.
25      Q.   Were you concerned that absent an amendment

131

1   required a letter from a doctor.
2           Anyone with a handicapped -- plus, which, the
3   people who criticized me for it weren't thinking; if
4   you have a handicapped parking sticker, you most
5   likely have a driver's license.
6       Q.   (BY MS. BALDWIN)  Right.  In fact, were you
7   called a RINO, a Republican-in-name-only, for this --
8       A.   I don't know specifically if I was, but I
9   wouldn't be shocked, okay?
10      Q.   Were there any particular organizations that
11  had that concern that this was a loophole?
12      A.   I -- I remember seeing an e-mail yesterday as
13  we -- as I said earlier, that we met.  And there was,
14  I think, an e-mail to me, to -- I don't know if it was
15  specifically to Catherine Englebredth or to True the
16  Vote.  I do -- I hadn't remembered it, but I saw it
17  yesterday, so...
18      Q.   So there were -- True the Vote was one of the
19  organizations that was concerned that this was
20  creating a loophole?
21      A.   Well, and it was just their misunderstanding
22  of what the amendment did.  They -- they weren't
23  concerned, I don't believe -- I can't speculate what
24  their -- but the main concern was the handicapped
25  parking placards.

130

1   like this, that for the voters that it targeted, if
2   there weren't these exemptions, that they might not
3   vote in Texas elections?
4           MR. CLAY:  Objection.  Form.
5       A.   Yeah, I -- you know, the only thing I recall
6   is -- is something to do with Indiana law; but I
7   believe I'm correct that it was in their law.  And
8   that, being someone who is pretty aware of the
9   disabled community, that it just seemed to register
10  with me as being the right thing to do.
11          And -- and I took some criticism from the
12  grassroots for it, because they mistakenly thought I
13  was creating a loophole for anyone who had a disabled,
14  handicapped placard to park; which, we have, as I
15  recall, about a half million of those.  I don't know
16  if it's in the state or -- it would in the state.  It
17  wouldn't be in the county.  But a half million, in the
18  state.
19          And someone thought -- I got a lot of, you
20  know, some criticism from some folks that said, "Dan,
21  why did you do this?  You just opened up a loophole."
22  Because, it's believed in Texas it's fairly
23  easy to get a handicapped placard, and that people
24  would just use that as a chance to vote.  And I -- and
25  I had to assure them that, no, it didn't, because it

132

1       Q.   Would you say that True to Vote, in general,
2   favored having a strict ID requirement?
3           MS. DONNELLY:  Objection.  Form.
4       A.   I don't ever recall ever having any
5   discussions with them, what they favored or didn't
6   favor, so...
7       Q.   (BY MS. BALDWIN)  I'd like to ask about
8   another amendment that you sponsored.  If you could
9   turn to page 123 of the Senate Journal from January
10  26th.
11      A.   Okay.
12      Q.   And Floor Amendment 18, is this an amendment
13  that you sponsored?
14      A.   I was the co-author of it with Senator
15  Hinojosa.
16      Q.   Okay.  And what was the purpose of this
17  amendment?
18      A.   It just included -- it gave one more item,
19  because we had -- we had somewhere in the
20  neighborhood, back then, 3 or 400,000 -- I shouldn't
21  speculate -- but hundreds of thousands of people with
22  CHLs and -- and Senator Hinojosa, who is a person who
23  supports CHLs, in -- in my view, and he thought
24  that -- I know that he and I talked about it.  I just
25  don't remember the conversation.

SENATOR DAN PATRICK                          7/11/2014
CONFIDENTIAL TRANSCRIPT

133

1    But he was supportive of it, and so he
2 carried it just to give one more, because we knew that
3 those people that had a CHL had been -- not that you
4 need a background check for one; but we knew that was
5 an authentic, you know, government document.
6    Q.   Okay.  Did you look up whether there were any
7 other forms of Texas ID that would have met that same
8 standard?
9    A.   Yeah, I don't recall that I did, but...
10    Q.   Did Senator Hinojosa approach you or did you
11 approach him?
12    A.   I don't really recall.
13    Q.   So you testified you were aware at the time
14 of approximately the number of CHL holders?
15    A.   Yeah.  And I shouldn't -- I really shouldn't
16 have gone down that trail to speculate.  It just seems
17 to me that there were hundreds of thousands, and
18 I -- that may be something I just read somewhere.  I
19 don't recall that that was part of the decision.  But
20 it's a significant number.
21    Q.   But you weren't aware if whether there are
22 any other forms of state ID that are held by a
23 significant number of Texans that weren't included in
24 SB 14?
25    A.   No.

134

1    Q.   You have no recollection of ever seeking out
2 that information?
3    A.   No.
4    Q.   This amendment wasn't intended to help
5 minority voters, was it?
6    MS. DONNELLY:  Objection.  Form.
7    A.   You know, I don't -- I don't recall what the
8 intention was, but there are minority voters that have
9 CHLs.  I mean, the thought that only Anglos have CHLs
10 would, I think, be incorrect.  So obviously -- and
11 Senator Hinojosa, you know, was one of the authors of
12 the amendment, so he obviously thought so.
13    Q.   (BY MS. BALDWIN)  Sure.  But you don't have
14 any information suggesting that CHL holders are
15 disproportionately minority, do you?
16    A.   I don't know.
17    Q.   Do you have any information suggesting that
18 they're disproportionately Anglo?
19    A.   I do not.
20    Q.   Did you have a belief at the time, one way or
21 the other?
22    A.   No.
23    Q.   Did you ask DPS for any information on the
24 race of CHL holders?
25    A.   I may have.  I don't recall.

135

1    Did you say on the race?
2    Q.   Yes.
3    A.   I'm sorry.  No, I definitely would not have
4 asked that.
5    Q.   I'd like to talk about some other amendments,
6 ones that you didn't sponsor.
7    A.   Okay.
8    Q.   If we could take a look on page 118 of the
9 journal, from January 26th, at Floor Amendment No. 12.
10    A.   Okay.
11    Q.   If you could take a moment to look at this,
12 and tell me when you're ready.
13    A.   No. 12.
14    Yes.  Okay.
15    Q.   This amendment would have provided that the
16 underlying documentation that you need to obtain a
17 state form of SB 14 photo ID would be provided free;
18 is that correct?
19    A.   Yes.
20    Q.   And would this amendment have interfered with
21 the effectiveness of the purpose of SB 14?
22    A.   I can't speak to that.
23    Q.   Sitting here today, do you have an opinion on
24 that?
25    A.   I'd have to think through it.  I'm not

136

1 prepared to give you an answer quickly.
2    Q.   Receiving a free birth certificate wouldn't
3 harm the ability of the state of Texas to verify a
4 voter's identity in any way that you can think of,
5 would it?
6    A.   I don't know that that's the -- I don't know
7 that that may have been the issue.  The issue may have
8 been there's a cost to produce a document, and you
9 know, if there was a reasonable low cost for someone
10 to -- you know, to do that.  And I don't know if
11 that's changed since then or not.  But at the time, I
12 think that was the view.
13    Q.   So this amendment was tabled; is that
14 correct?
15    A.   Correct.
16    Q.   And just to make sure that I understand,
17 tabling means it doesn't go forward, it kills the
18 amendment?
19    A.   Correct.
20    Q.   And was this amendment tabled on a party line
21 vote?
22    A.   Yes.
23    Q.   And you voted against this -- you voted to
24 table, correct?
25    A.   Correct.

---

**137**

1  Q. And do you recall why you voted to table?
2  A. I do not.
3  Q. This amendment would have placed the cost of
4  obtaining documents on the state rather than the
5  voters; is that right?
6  A. Yes.
7  Q. And did you oppose that concept?
8  A. Well, I think by -- I think my record speaks
9  for itself.
10 Q. So you wanted the cost imposed on voters?
11 A. Yes, if it was a reasonable cost.
12 Q. Well, whatever the costs were at the time
13 were the costs that were going to be imposed on voters
14 as a consequence of tabling this amendment; is that
15 correct?
16 A. Not on voters, but people who were seeking --
17 I mean, it could have been a voter; it may not have
18 been a voter, but anyone seeking to get a birth
19 certificate or an ID.
20 Q. Take a look at Floor Amendment No. 13, from
21 January 26, on page 119.
22 A. Yes, ma'am.
23 Q. Was the purpose of this amendment to allow
24 the use of expired photo IDs?
25       MS. DONNELLY: Did you get a chance to

---

**138**

1  review it?
2        THE WITNESS: Yeah, I'm just looking at
3  it now.
4  A. But I'd have to go back and look at that
5  section of the bill to see what it's talking about.
6       It says: "In SECTION 12 of the bill...strike
7  'that has not' and substitute, 'regardless of whether
8  it has.'" I don't know what it's referring to by just
9  reading the amendment.
10 Q. (BY MS. BALDWIN) Okay. Well, would you like
11 to take a moment and line it up with...
12 A. Section 12.
13       MR. DYER: Can I point something out? I
14 think that Senate Bill 14 that you have is the past
15 version. This would have been amending the version
16 that hit the Senate floor, so it may not sync up
17 section to section. I don't know if it does or not.
18 I just want to -- if it doesn't, that may be why.
19 A. Can you tell me, do you know what it referred
20 to?
21 Q. (BY MS. BALDWIN) My understanding is that
22 this is allowing the use of expired IDs.
23 A. Section 10, Section 11, Section 12. Okay.
24 Yeah, it doesn't. I don't think it lines --
25 Q. Yeah, it doesn't line up, you're right.

---

**139**

1        THE WITNESS: Good catch, Jay.
2  A. Well, we're looking for Section 63.0101.
3  Q. (BY MS. BALDWIN) Which is Section 14 of the
4  past bill, and the underlined language "that" --
5  A. Okay. There it is. Okay.
6  Q. -- "that has not" immediately precedes the
7  word "expired."
8  A. Okay. Okay.
9  Q. So does it appear to you that this amendment,
10 by switching the language "that has not" or
11 "regardless of whether it has," the purpose of this
12 was to allow for the use of IDs even when they have
13 expired?
14 A. Yes.
15 Q. And this amendment was tabled; is that
16 correct?
17 A. Correct.
18 Q. And, again, that was on a party line vote,
19 correct?
20 A. Correct.
21 Q. And you voted in favor of tabling?
22 A. Correct.
23 Q. And why did you vote in favor of tabling?
24 A. You know, I don't recall. But as I did share
25 with you earlier, when we were talking about SB 362,

---

**140**

1  that that was my position, that I felt they should be
2  valid, you know. As it turned out in this bill, we
3  did allow 60 days after expiration anyway, if I'm
4  reading -- if I am remembering and reading this
5  correctly. Does it not say that?
6  Q. Yes.
7  A. Okay.
8  Q. And --
9  A. So I'm not -- I'm not so sure this
10 amendment -- I'm not sure what -- exactly what this
11 amendment -- it says "regardless of whether it has."
12 Q. Would this amendment have allowed for the use
13 of indefinitely expired IDs?
14 A. That's probably how I would have read that.
15 Q. And would that have interfered with the
16 effectiveness of SB 14?
17 A. As I spoke earlier, I believe we should have
18 a valid -- you should have a valid current. So it's
19 just my belief.
20 Q. But you can't say, one way or another,
21 whether that would interfere with the effectiveness of
22 the bill?
23 A. No.
24 Q. If you could turn to Floor Amendment No. 16,
25 on page 121.

---

SENATOR DAN PATRICK                                7/11/2014
CONFIDENTIAL TRANSCRIPT

---

141

1     A.  Okay.
2     Q.  And take a moment to review the substance,
3   and just let me know when you're ready.
4     A.  Okay.
5     Q.  This amendment would have allowed for the use
6   of the same nonphoto IDs that were included in SB 362;
7   is that right?
8     **A.  I'd have to go back and compare.  Is it**
9   **exactly the same?  I don't know that that's the case,**
10  **but you'd have to...**
11    Q.  But it does include, even just looking at it,
12  11 forms of nonphoto ID?
13    A.  Yes.
14    Q.  And this amendment also would have allowed
15  for DPS IDs to be expired for up to two years; is that
16  correct?
17    A.  Yes.
18    Q.  And that provision is the same as was in
19  SB 362, right?
20    **A.  I don't recall.  Is that what -- if that's**
21  **what the document says.  I don't remember 362 allowing**
22  **you to vote with a library card.**
23    Q.  Would you like to look at, if, in fact --
24    **A.  I mean, I don't know if it did or not.**
25    Q.  That was included.

---

142

1     A.  It was?
2     Q.  Yes.
3         And this amendment was also tabled on a party
4   line vote; is that correct?
5     A.  Correct.
6     Q.  And you voted in favor of tabling?
7     A.  Correct.
8     Q.  And do you believe that this amendment would
9   have, had it passed, interfered with the effectiveness
10  of SB 14?
11    A.  Yes.
12    Q.  And why so?
13    **A.  Because you would have been able to vote**
14  **without a photo ID.**
15    Q.  And could you take a look at Floor Amendment
16  20, please, Senator Patrick, which is at the bottom of
17  page 123.
18    A.  Okay.
19    Q.  Is this essentially a more narrow version of
20  the prior amendment in that it allows two specified
21  forms of nonphoto identification?
22    A.  Yes.
23    Q.  And those are a Medicare identification card
24  and then a Social Security card accompanied by a voter
25  registration certificate?

---

143

1     A.  Yes.
2     Q.  And if I understand your testimony
3   previously, you think that allowing any form of
4   nonphoto identification would have lessened the
5   effectiveness of the bill?
6     A.  Yes.
7     Q.  And so you voted to table this amendment?
8     A.  Yes.
9     Q.  And this amendment was also tabled on a party
10  line vote?
11    A.  Yes.
12    Q.  Take a look with me at Floor Amendment No.
13  24.
14    **A.  What page is that?**
15    Q.  That is on page 126.
16    **A.  Got it.**
17    Q.  And please let me know when you're ready.
18    **A.  Okay.  (Reviewing.)  Okay.**
19    Q.  This amendment would have allowed individual
20  counties to decide whether to issue voter registration
21  certificates with a voter's photo; isn't that correct?
22    A.  Yes.
23    Q.  This amendment was also tabled on a party
24  line vote, correct?
25    A.  Yes.

---

144

1     Q.  Why wouldn't it have been a good idea to let
2   individual counties decide whether or not to issue
3   photo voter registration cards?
4     **A.  I don't recall.**
5     Q.  Would this amendment have interfered with the
6   effectiveness of SB 14?
7     **A.  I don't know, because I don't recall**
8   **the -- the specifics of the debate.**
9     Q.  Would this amendment have been helpful, given
10  that, in alleviating the travel burdens that you
11  identified -- at least with respect to disabled
12  voters, and that there aren't DPS offices in every
13  county -- so through this amendment you would have had
14  a place in every county in Texas, if the county
15  wanted, they would have had the option to provide
16  photo ID?
17    **A.  I don't know.**
18    Q.  Well, a county can't unilaterally decide to
19  open a DPS office, can it?
20    **A.  No.**
21    Q.  But under this amendment, a county would have
22  been able to decide to offer its voters a photo ID?
23    **A.  Under this amendment, I think so.**
24    Q.  And sitting here today, you don't recall why
25  you opposed this?

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

145

1      A.  I do not.
2      Q.  If you could take a look at Amendment No. 29,
3   on page 129.
4      A.  All right.
5      Q.  This is an amendment that would have expanded
6   DPS's operating hours to at least some evening and
7   weekend hours; is that correct?
8      A.  Yes.
9      Q.  And this amendment was also tabled on a party
10   line vote; is that correct?
11      A.  Yes.
12      Q.  So you voted against this amendment, correct?
13      A.  Yes.
14      Q.  And would this amendment have interfered with
15   the effectiveness of SB 14's stated purpose?
16      A.  I can't respond because I -- I don't know
17   based on sitting here looking at this today.  There
18   obviously was some discussion by Senator Ellis and may
19   have been some discussion by someone who opposed it.
20   Don't know.
21      Q.  Would this amendment have made it less
22   burdensome for voters without a photo ID who work
23   hourly jobs to get to a DPS office?
24         MR. CLAY:  Objection.  Form.
25   Foundation.

146

1      A.  I -- I can't speculate on that.
2      Q.  (BY MS. BALDWIN)  You don't think it would be
3   helpful for a voter who has a 9:00 to 5:00 job,
4   without leave, to have the opportunity to go to DPS on
5   the weekend to get an EIC if they needed one?
6         MR. CLAY:  Same objection.
7         MS. DONNELLY:  I join it.
8      A.  I can't speculate on it.
9      Q.  (BY MS. BALDWIN)  The last amendment I'd like
10   to talk about is Floor Amendment 30.  If you could
11   take a moment to look at that.
12      A.  Okay.  (Reviewing.)  Okay.
13      Q.  This amendment would have asked the Secretary
14   of State to report on a number of issues related to
15   the implementation of SB 14; is that correct?
16      A.  Yes.
17      Q.  Did you oppose finding out the number of
18   voters, yearly, who voted a provisional ballot because
19   they came to the polls without acceptable ID?
20         MS. DONNELLY:  Objection.  Form.
21      A.  The amendment speaks for itself and I voted
22   to table the amendment.
23      Q.  (BY MS. BALDWIN)  And did you oppose
24   specifically asking the Secretary of State to find out
25   whether the ID requirement was having a disparate

147

1   impact on women, elderly voters, minority voters,
2   students, or persons with disabilities?
3         MS. DONNELLY:  Objection.  Form.
4      A.  The amendment speaks for itself and I voted
5   to table it.
6      Q.  (BY MS. BALDWIN)  And the amendment was tabled
7   on a party line vote; is that correct?
8      A.  Yes.
9      Q.  Similar to what I asked previously about
10   SB 362; in deciding whether to support SB 14, did you
11   consider whether the legislation complied with Section
12   5 of the Voting Rights Act?
13      A.  Once again, I think I answered this question.
14   My -- without studying Section 5 -- belief is that
15   Section 5 simply says we are to be preclear.  So my
16   goal would be the hope that our bill would be written
17   in such a way that would be precleared, so...
18      Q.  But you surely understood that Section 5
19   isn't just a procedural requirement requiring
20   preclearance, but that it has substantive standards
21   that Texas has to meet, right?
22         MS. DONNELLY:  Objection.  Form.
23      A.  I'm not a lawyer and nor a student of Section
24   5, so...
25      Q.  (BY MS. BALDWIN)  You're a member of the

148

1   Redistricting Committee, correct?
2      A.  I am.
3      Q.  And is having an understanding of the
4   framework that governed redistricting important?
5      A.  Having a -- having a general knowledge is
6   always -- is always a good idea.
7      Q.  And is part of that general knowledge that
8   the legislation would be reviewed under Section 5 of
9   the Voting Rights Act as to whether it had a negative
10   or retrogressive effect on the ability of racial
11   minorities to participate in the political process?
12      A.  Would you repeat that?
13         THE REPORTER:  "And is part of that
14   general knowledge that the legislation would be
15   reviewed under Section 5 of the Voting Rights Act as
16   to whether it had a negative or retrogressive effect
17   on the ability of racial minorities to participate in
18   the political process?"
19         MS. DONNELLY:  Can we break that down?
20      Q.  (BY MS. BALDWIN)  Did you understand that
21   Section 5 required -- did you understand that for
22   legislation to be precleared under Section 5 of the
23   Voting Rights Act, the standard it has to meet was
24   that racial minorities wouldn't be negatively affected
25   compared to the standard that was already in place?

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

38 (Pages 149 to 152)

---

149

1      A.  Very candidly, I came in here today thinking
2  about voter ID, and not redistricting; but you've
3  asked me a question and I'll try to answer it.  And I
4  haven't really thought about that issue either, for
5  several years.
6          Yes, I think it would be fair to say that
7  that was my general understanding.
8      Q.  And did you understand that that was the
9  Section 5 standard that applied to both redistricting
10  and to voter ID?
11      A.  I'm not sure that -- that I knew that or
12  connected that or thought about that.  I'm not saying
13  I didn't, but I just -- I don't recall.
14      Q.  Did you discuss whether SB 14 would meet the
15  requirements of the Voting Rights Act with anyone?
16      A.  Not that I recall.  And -- and I'll qualify
17  that.  I'm sure it may have been discussed at some
18  point, but I don't recall specifically.
19      Q.  And during the Senate's consideration of
20  SB 14, do you recall any testimony regarding whether
21  minority voters were less likely to possess acceptable
22  photo ID than Anglo voters?
23      A.  I'm sorry, say that again one more time.
24      Q.  Sure.  During the Senate's consideration of
25  SB 14, do you recall any testimony being presented

---

150

1  regarding whether minority voters were less likely to
2  possess acceptable photo ID than Anglo voters?
3      A.  There may have been testimony, but I don't
4  recall it.
5      Q.  What's your understanding of why, with
6  respect to SB 14 specifically, the senators who voted
7  against SB 14 were opposed?
8          MS. DONNELLY: Objection. Speculative.
9      Q.  (BY MS. BALDWIN)  I'm asking your personal
10  understanding.
11      A.  And I think as I testified earlier, I'm -- I
12  really don't understand why they voted against it.  I
13  always -- I always respect a person's right to vote
14  for or against a bill and -- based on their own
15  reasoning.  Most of the time I don't know that
16  reasoning.
17      Q.  Did you think that any part of the reasoning
18  for why those who were opposed to SB 14 were -- had
19  any connection to the fact that they represented
20  majority minority districts and they were concerned
21  about SB 14 having a negative effect on their
22  constituents?
23          MS. DONNELLY: Objection. Speculative.
24      A.  Yeah, I really don't know their reasons, as I
25  testified, I believe, earlier.  I believe their

---

151

1  constituents, the majority supported the concept of
2  photo voter ID, so I'm not sure why they did not vote
3  to reflect the will of their constituents.
4      Q.  (BY MS. BALDWIN)  And it's your judgment that
5  you understood the preferences of the constituents of
6  every Democratic legislator in the House -- in
7  the -- excuse me.
8          It's your testimony that you understood the
9  preferences of the constituents of every Democratic
10  senator better than they did themselves?
11          MS. DONNELLY:  Objection.
12  Argumentative.
13          You can answer.
14      A.  Yeah, I wouldn't pretend that I know another
15  senator's district better than I know mine.
16          But, again, looking at the polling data and
17  the general sense of news reports and opinions on this
18  issue, it was clear that -- based on polling data and
19  other data -- that a majority, or a significant number
20  at least, in some of their districts, supported photo
21  voter ID.
22      Q.  (BY MS. BALDWIN)  And, again, just because I
23  know we -- I asked this question with regard to SB
24  362, but I want to make sure that I've asked it with
25  respect to SB 14:  You're not aware of any particular

---

152

1  polls that asked Texas voters about the specific forms
2  of ID and the specific requirements of SB 14, are you?
3      A.  It is -- my answer is no.  But it would be
4  highly unusual.  In fact, I can't think of one bill,
5  of the thousands that we pass, that is polled while
6  it's on the Senate floor being voted on.  It's usually
7  issues are polled.  The specifics of a bill are not at
8  the time a bill is being -- as -- as -- at the time of
9  the process of passing a bill.
10          So I -- I wouldn't think -- I can't think of
11  any situation -- maybe there has been one -- but I
12  can't think of any situation where the bill is being
13  polled while it's being -- while it's going through
14  the process.
15          MS. BALDWIN:  If we could just take
16  maybe a brief five-minute break?
17          MS. DONNELLY:  Sure.
18          (Break.)
19          (Patrick Exhibit 6 marked/introduced.)
20      Q.  (BY MS. BALDWIN)  Senator Patrick, I'm giving
21  you a document that's been marked as Exhibit 6
22  and -- which is a document that's been produced in
23  this litigation under a "Highly Confidential" label
24  and is Bates numbered TX 00010002 to 4.
25      A.  4, okay.

---

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

39 (Pages 153 to 156)

153

1    Q.   And because the messages in the way this
2    document is put together kind of bleed together, I'm
3    going to be asking you some questions about the e-mail
4    that starts just at the very one last line on 02 and
5    then goes --
6    A.   Okay.
7    Q.   -- onto 03.
8    A.   All right.
9    Q.   So if you could take a look at that and tell
10   me you're ready.
11   A.   I'm ready.
12   Q.   Okay.  Is this an e-mail that you sent on
13   January 25, 2011?
14   A.   On January 25th?  Mine says 3-29.
15   Q.   On --
16   A.   Oh.
17   Q.   Just looking at the e-mail that starts the
18   very last line --
19   A.   Oh, I'm sorry.
20   Q.   -- of the page and then goes over.
21          MR. CLAY:  Just to be clear, you're
22   looking at the embedded e-mail in the 3-29 e-mail?
23          MS. BALDWIN:  Yes.
24   A.   Okay.
25   Q.   (BY MS. BALDWIN)  And is that an e-mail that

154

1    you sent an January 25, 2011?
2    A.   It appears to be.
3    Q.   Okay.  And who are the recipients of this
4    e-mail?  JoAnn Fleming, for example, who is that?
5    A.   These were the volunteer -- some of the, I
6    believe -- probably all of them -- volunteer members
7    of the citizen advisory board that met with the Tea
8    Party caucus.
9    Q.   And -- so the Tea Party caucus had a citizen
10   advisory board?
11   A.   Yes.
12   Q.   Okay.  And each of these recipients is a
13   member of that citizen advisory board?
14   A.   I recognize most of the names.  One -- one or
15   two names I don't -- one name I don't recognize.  They
16   may have or may have been, or maybe they attended
17   meetings from one time to another, so...
18   Q.   Okay.
19   A.   You know, the advisory board.
20   Q.   And if we could, just if you're aware, for
21   each of the recipients, if there's an organization
22   that they're affiliated with for why they participated
23   on the advisory board?  For example, for JoAnn
24   Fleming, was she affiliated with any group?
25   A.   She's affiliated with a Tea Party group in

155

1    Tyler.
2    Q.   And do you know the name of that group?
3    A.   I do not, offhand.
4    Q.   Okay.  What about Leslie Haight?
5    A.   I don't know for sure.
6    Q.   Greg@teapartyconservative.com?
7    A.   I believe one in Austin, but not positive.
8    Q.   And do you know what Greg's last name is?
9    A.   Not offhand.
10   Q.   Okay.  What about Phil Burton?
11   A.   I believe Tarrant County.  But I believe it
12   actually wasn't -- I believe it was his wife Connie
13   who was involved and maybe used her husband's address.
14   Q.   Okay.  But a Tarrant County Tea Party
15   organization?
16   A.   Yes.
17   Q.   And what about fcravens?
18   A.   She was with a group in Houston.
19   Q.   And what's her name?
20   A.   Felicia, I believe.
21   Q.   Felicia Ravens?
22   A.   I think it's Felicia Cravens.
23   Q.   Cravens.  Okay.
24          And what about the rgonzo?
25   A.   Clear Lake.

156

1    Q.   Okay.  And what's that person's name?
2    A.   I think it's Robert Gonzales.
3    Q.   Okay.  And what about Sharon Hall?
4    A.   She's from San Antonio.
5    Q.   Okay.  And also a Tea Party organization in
6    San Antonio?
7    A.   I don't know if it's an organization or she
8    just attends Tea Party.  I'm not positive.
9    Q.   Okay.
10   A.   But she's involved with grassroots.
11   Q.   What about gpendergras?
12   A.   Don't know who that is.
13   Q.   Are you aware of what -- the organization
14   Border Appraisal?
15   A.   I'm not.  I don't know where that one, to be
16   honest with you, came from.
17   Q.   Okay.  What about hagenbaks?
18   A.   Don't know that one either.
19   Q.   And chuck@marketinganddata?
20   A.   I'm not sure who that is.  I...
21   Q.   Tcorsaut@yahoo?
22   A.   Yeah, don't recog- -- I don't.  And it may be
23   someone I didn't know their last name.
24   Q.   Okay.
25   A.   Or they're -- or they're no longer -- like,

SENATOR DAN PATRICK                                7/11/2014
CONFIDENTIAL TRANSCRIPT

157

1   some of these people were no longer involved in 2012
2   and '13.
3       Q.  Julie@hounddogranch?
4       A.  She's in Montgomery County.
5       Q.  Okay.  And what's the name of --
6       A.  Katrina Pierson.  She's in Dallas.
7       Q.  Okay.  And both the Montgomery and Dallas
8   organizations are county Tea Party organizations?
9       A.  Not county, but they're in those counties.
10      Q.  Okay.  Although you don't know today who
11  all -- some of -- a few of these e-mail addresses were
12  at the time when you sent this message, did you know
13  the individuals who you were sending it to?
14      A.  I don't -- I don't -- I knew -- I know some
15  of them here.  And I don't recognize -- and I might
16  remember if -- seeing something, more information.  I
17  don't remember who Pendergras, Corsaut or Hagenbaks.
18  I think Chuck is someone in Denton County or Collin
19  County, but it might be another Chuck.
20      Q.  And you wrote here that you are sending your
21  private e-mail address to this group of folks and to
22  feel free to contact you anytime, right?
23      A.  Correct.
24      Q.  And you let them know that you would soon be
25  considering voter ID and it may take you a little bit

158

1   of time to get back to them, but because, quote, "You
2   all are very important," you would get back to them as
3   soon as practical; is that right?
4       A.  Correct.
5       Q.  And what did you mean by, you are very
6   important?
7       A.  I tell every voter they're important, because
8   they are.  And every citizen.
9       Q.  Do you give your private e-mail address to
10  every voter and every citizen?
11      A.  No, that would not be practical.
12      Q.  Okay.
13      A.  But I have given out my e-mail address for a
14  time.  But this was the advisory board that I
15  mentioned earlier.  We would have our Tea Party caucus
16  meetings like once a month or every six weeks.  Some
17  of those names, the ones that I could remember, were
18  those people, so...
19      Q.  Okay.  And was this a group of essentially
20  Tea Party and civic leaders who you wanted to involve
21  in your legislative efforts?
22      A.  I did not choose them.  When I formed the Tea
23  Party caucus I did not want to show any favoritism to
24  any one group; otherwise, other groups would
25  be -- accuse me of showing favoritism.

159

1       So I talked to one person, Greg, wherever
2   that one was, who no longer has been involved in the
3   last couple of years.  I think he may have moved in --
4   no.  I'm not sure.  But he's not involved.  And I
5   asked him to reach out and try to get a cross section
6   of people from around.  And I let them -- it sort of
7   like was hands-off on that.
8       Q.  And why did you want this group of people to
9   be organized?
10      A.  Not so much organized.  I didn't have
11  anything to do with their organizations.  But what I
12  thought -- I believe that the more that people know
13  about government the better government we have.
14      And so the Tea Party movement back in 2011
15  was pretty much only two years old and -- and I went
16  to speak to a group, somewhere in 2010 maybe, and I
17  was kind of really surprised of the growth of -- of
18  this movement.
19      And so I thought it would be best for them to
20  learn how the process works and so -- not only so that
21  we could get information from the grassroots, but they
22  could learn how things work.
23      And -- and also the -- the purpose sometimes
24  would be, if I communicated to them, then they
25  communicated to their people, and their people

160

1   communicated to their friends and neighbors and people
2   they go to church with.
3       So just a way of -- of -- for example, when
4   we talked about earlier that Catherine Englebredth, I
5   think it was her, or True the Vote, was upset about my
6   handicapped placards, it was a way to pretty instantly
7   say, "No, you're not reading this correctly."  So
8   sometimes it was just for information, sometimes it
9   was to explain something.
10      Q.  And were these groups involved in the effort
11  to pass voter ID?
12      A.  I think that they were all supportive; but, I
13  mean, they weren't involved with me specifically.
14      Q.  Okay.  Do you know if they did any organized
15  lobbying of other members of the legislature,
16  encouraging them to support voter ID?
17      A.  I think you'd have to define the term
18  "lobbying."  Because if you're a lobbyist, you have to
19  register with the state.  If you're suggesting did
20  they call members, I couldn't speculate on that; but,
21  I think that would be a fair assumption.  You know,
22  their -- their own members or whatever.
23      Q.  And do you know whether they encouraged their
24  own members to contact members of the legislature?
25      A.  That, I don't know.  I was not involved in

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

41 (Pages 161 to 164)

161

1   their organizations.
2       Q.  I'd like to ask a question about the last
3   paragraph of the --
4       A.  Okay.
5       Q.  -- e-mail, where you write:  "I believe all
6   of the Republicans have co-authored the bill, if not,
7   all will vote for it and it will pass along party
8   lines 19 to 2."
9           MS. DONNELLY:  "12."
10          MS. BALDWIN:  Thank you.
11      Q.  (BY MS. BALDWIN)  "19 to 12."
12          MS. BALDWIN:  Thank you.
13      A.  Okay.
14      Q.  (BY MS. BALDWIN)  So is it fair to say that
15  even before the bill was called for a vote, you
16  expected it to be a party line vote?
17      A.  Yes.
18      Q.  And why was that your expectation?
19      A.  Based on past votes on other bills of similar
20  subjects.
21      Q.  Other than past history, any other reasons?
22      A.  Well, I think it was just general knowledge
23  that the Republicans were in favor of this concept in
24  representing the majority of Texans and the Democrat
25  voters were -- I mean Democrat senators, were not.

162

1       Q.  And, again, it's not because of any specific
2   reasons; because you don't, as you sit here today,
3   know any specific reasons why the Democratic senators
4   were opposed to the bill?
5       A.  I mean, I can't -- I can't speculate on why
6   they voted against the bill.  I mean, it's just -- you
7   know.  And did one or two of them tell me why?  If
8   they did, I don't recall.  I mean, again, I don't
9   recall any deep discussion about it with them, outside
10  of what took place on the Senate floor or in a caucus
11  meeting maybe.
12      Q.  And what's the blocker bill?
13      A.  The blocker bill, if I can explain it to you
14  very simply, because -- it's not complicated.  Texas,
15  for a long time, was a -- and the reason I know pretty
16  well is because I've been opposing it for a long time
17  and I've given debates on the floor.
18          For most of the last century, Texas was an
19  all Democrat state, in terms of its legislators or
20  strong majority.  So in the '30s, '40s, '50s, and
21  '60s, when there were 31 senators, there may have
22  been, at any given time, two, three or four
23  Republicans with all Democrats.  For all the
24  Democrats -- and if it were all Republicans, it would
25  be the same thing.

163

1           But when everyone in the room is in the same
2   party, you have to -- and you want your bill and you
3   want your bill and he wants his bill and everybody
4   wants their own bill; well, not everybody can bring
5   their bill to the floor.  There's only so much time.
6   And so, how do you decide who gets their bill to the
7   floor?
8           So a little bit of the history of that, I
9   think this -- because it's a Senate rule, it's not in
10  the Constitution, it's voted on by senators.
11          So the Democrats, to -- the best history I
12  can recall, the Democrats actually created the bill,
13  in essence, so that there was a way to -- to organize
14  what bill comes on the floor.
15          So if you can get 20 other Democrats -- since
16  there's 26 or eight of you, however many -- if you can
17  get 20, okay, I'll take your bill.  But otherwise, I
18  just can't -- if you're the lieutenant governor, you
19  can't take everyone's bill.
20          In the 1950s, it really came into play where
21  it started being used a little bit.  In essence, what
22  the blocker bill says -- think of one street of
23  traffic.  If there's a car and it's broken down, every
24  car behind it can't go through, it's blocking traffic,
25  so you have to go around to move forward.

164

1           So what the blocker bill does is -- and,
2   again, the Democrats, from the best of my study,
3   started it, created it.  What the -- what the blocker
4   bill -- and it was also -- it's known as the rosebush
5   bill.  The Democrats would have someone file a bill
6   dealing with the landscaping of the Capitol and they
7   would never pass the bill.  It would block every other
8   bill.
9           So for you to pass your bill, you would have
10  to get 20 other senators to agree with you, because
11  you'd be the 21st vote, to suspend the rules to go
12  around that bill.
13          So what has been the tradition over the
14  years -- and, again, the Senate -- the lieutenant
15  governor doesn't decide, the senators vote on
16  that -- every year we vote on the rules.  The
17  senators, Democrats and Republican, we get in a room
18  and we vote all the rules.  We can vote any rule we
19  want.  And so that rule is still in place today.
20          And so every session there is a bill -- it
21  may not be -- I don't even know what they have been
22  the last couple of sessions.  I don't know if it's
23  landscaping anymore.  But a bill is filed, it's put in
24  the chute ready to go, but it never gets voted on.
25          So if -- if we were all senators, I

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

42 (Pages 165 to 168)

---

165

1  would -- I go around with my little card and I count
2  up my 20 senators, and once I have 20, plus me, 21, I
3  turn it in to the lieutenant governor and say I have
4  the -- I can suspend the blocker bill rule, and move
5  around it to pass my bill.  The lieutenant governor
6  still has the decision to allow me to do that, or not.
7        But that's what the blocker bill is.  That's
8  a long explanation; but so you really understand and
9  get your arms around it, that's what it has meant.
10        In the House, they don't have it.  They
11  actually have a committee that decides which bills
12  come to the floor.  So all the committees pass bills.
13        So the Senate just deals with it that way,
14  with 31 members.
15     Q.  Okay.  In the modern era, has having a
16  blocker bill required that there be bipartisan
17  cooperation in order to bring a bill to the floor,
18  essentially?
19     A.  You know, that's what -- I personally believe
20  that's a little bit of a misnomer.  That's what people
21  will say.  I don't -- I believe the -- the blocker
22  bill is outdated because it was really created -- in
23  my view and in my study, and I could be wrong, but in
24  my view -- for a one-party system of how to decide who
25  gets the bill so there's not a catfight.

---

166

1        It had nothing to do with -- in fact, I think
2  I could say clearly:  The blocker bill has nothing to
3  do with bipartisanship because it was implemented and
4  used primarily in a one-party state.
5     Q.  Originally.  But now, without the blocker
6  bill, does it mean that only Republicans -- any bill
7  that the Republicans decide -- because they're the
8  majority -- to bring to the floor, that they have the
9  ability to do that regardless of whether they have any
10  Democratic votes?
11     A.  No.  Because in 2007, my first session, there
12  were only 20 Republicans, so on every bill we needed
13  at least one Democrat.  Then in 2009 and 2011, we lost
14  a seat, so we had 19.  So on every bill we have to have
15  at least two Democrats, and that's if you had every
16  Republican.
17        And lots of times, a Republican will have a
18  bill that doesn't -- you know, what I tell people all
19  the time is, everyone thinks it's a
20  Republican/Democrat divide.  It's not in Texas, for
21  the most part.  On some issues.  You know, this
22  obviously was a party line vote.
23        Most of our bills in Texas are along
24  geographical issues; it's urban and rural.  So very
25  often you will have -- in Harris County, for example,

---

167

1  our two Democrat senators in Harris County -- three,
2  rather, we will, the Republican two senators, or three
3  of us, different parts, we will -- we will be together
4  because we're representing Houston and Harris County
5  and what's in the best interest.
6        And when you come to education or
7  transportation or water, or whatever it might be, we
8  have different issues than they do in West Texas, so
9  you'll often see the Democrat valley senators team up
10  with West and East Texas rural Republicans.  So it's
11  not always a party issue.
12        So the -- so the -- you know, the answer to
13  the question:  We can't pass whatever we want because
14  we're always a vote or two short, and sometimes we can
15  be five or six short.
16     Q.  But in this instance, does your
17  e-mail reflect that, absent this rule, it would only
18  have taken 19 votes and you had exactly 19
19  Republicans?
20     A.  Yes.  Well, let me see.  Let me -- I say yes.
21        Yes, because during special sessions -- and
22  we've had 15 special sessions, I think is the number,
23  I could be one or two off, in the last decade or so,
24  we don't use the 21-vote rule.  So on the special
25  sessions we don't use the 21-vote rule.  And on

---

168

1  occasion, in regular session, it's been set
2  aside or -- there are various ways to work around it,
3  so it's -- it's not unprecedented.
4     Q.  But it's not usual in regular sessions --
5     A.  It's not unusual, but it's not unprecedented
6  either.  Not in my view.
7     Q.  I'm going to hand you a document to be marked
8  Exhibit 7, which has also been marked "Highly
9  Confidential," and has been produced in this case.
10        The Bates number for the document is
11  TX_0009976 to 9977.
12        (Patrick Exhibit 7 marked/introduced.)
13     Q.  (BY MS. BALDWIN)  And my questions, Senator
14  Patrick, are about the e-mail that begins on the
15  bottom of 76 that reflects that it was sent from you
16  to JoAnn Fleming on June 14th.
17     A.  2011.  Okay.  June 14, 2000- -- at the end of
18  session?
19     Q.  Yes.  And I don't recall if she was one of
20  the people we just talked about.
21        Could you remind me, who is JoAnn Fleming?
22     A.  She was on that list.  She -- she lives in
23  Tyler.
24     Q.  Okay.  And is there a particular organization
25  that she's...?

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

43 (Pages 169 to 172)

---

169

1      A.  There is, but I don't know the name of it.
2      Q.  Okay.  Does --
3      A.  Or I don't recall the name of it.
4      Q.  Okay.  There's one of the e-mails higher up
5   in the chain on 9976, Grassroots America; does that
6   ring a bell?
7      A.  Where is that?
8      Q.  Her signature block at the very top e-mail on
9   the top of the page.
10     A.  Yeah.  Grassroots America - We the People?
11     Q.  Yes.  What is that organization?
12     A.  Yeah, it's a -- I believe it's a two-party
13  group, but I'm not -- we have lots of different names
14  for the groups, so...
15     Q.  Okay.  Could you take a look at the e-mail
16  that starts on 76 and then goes onto 77?
17     A.  Yes.
18     Q.  And tell me when you're ready.
19          MR. CLAY:  And just to be clear, again,
20  you're talking about the embedded e-mail --
21          MS. BALDWIN:  Yes.
22          MR. CLAY:  -- that starts at the bottom
23  of 76?
24          MS. BALDWIN:  Yes.  And that has the
25  date of June 14, 2011, at --

---

170

1          MR. CLAY:  Okay.  Thanks.
2          MS. BALDWIN:  -- at 8:18.
3      A.  Well, if -- if you want to just ask me about
4   specifics on this?
5      Q.  (BY MS. BALDWIN)  Sure.  Okay.  What's the
6   context of this message?  In other words, why were you
7   sending this message to JoAnn Fleming?
8      A.  I don't recall.  But in reading it, it
9   appears that she sent me questions about a number of
10  issues, and I was responding, apparently, after
11  session was over.  I don't know if we were in special
12  that year or not.
13          But I sent it in, June 11th.  So it looks
14  like she was -- which many citizens ask me about, all
15  the time after session ends, about various bills, or,
16  you know, trying to get a better understanding of what
17  passed, didn't pass, why it passed, why it didn't
18  pass.
19     Q.  Do you see partway down that e-mail there's a
20  line after Number 6 and before Number 1, that says
21  "Bills that passed during session that directly or
22  indirectly impact illegal immigrants"?
23     A.  Okay.  Yes, I do.
24     Q.  And do you see that listed under there as
25  Number 3 is SB 14 photo voter ID?

---

171

1      A.  I do.
2      Q.  And why did you write that photo voter ID is
3   a bill that directly or indirectly impacts illegal
4   immigrants?
5      A.  Because once instituted, if you had to have a
6   photo ID of a government document and also be
7   registered to vote, it would prevent people who are
8   ineligible to vote to vote.  And people who come here
9   illegally are ineligible to vote.
10     Q.  Was that a concern that you had in passing
11  SB 14, that illegal immigrants were voting in Texas?
12     A.  Well, our concern was that we wanted
13  integrity of the ballot box so that no one who was
14  ineligible or not registered to vote, voted.
15          It didn't make any difference who they were
16  if they weren't eligible.  They could live in Texas
17  from another state, for example, have residency in
18  another state and not be eligible, or they might not
19  be registered.  So it wasn't specified any -- there
20  was no one targeted group.
21          It was just -- but she was apparently asking
22  me a question -- I'm assuming, based on my answer --
23  she was asking me bills that impacted people here
24  illegally.  And Senate Bill 14, that would be a
25  subgroup of many who would be ineligible to vote.

---

172

1      Q.  Did you view SB 14 as a bill that dealt with
2   illegal immigration then, if I understand?
3          MS. DONNELLY:  Objection.  Form.
4   Mischaracterizes his testimony.
5      A.  I think I just answered the question.  It did
6   not.  It dealt with it only if they would be a subset
7   of a group that were ineligible to vote.
8      Q.  (BY MS. BALDWIN)  Was that a problem, that
9   illegal immigrants were trying to vote in Texas?
10     A.  You can never prove a negative.  So if
11  someone voted who shouldn't vote and we didn't know
12  it, we didn't know it.  But the goal of Senate Bill
13  14, once again, was to be sure that people who were
14  ineligible to vote or not registered to vote weren't
15  able to vote.
16     Q.  But illegal immigrants, in particular?
17     A.  No.  You keep saying that; and I've said,
18  multiple times, that was not the reason.
19     Q.  But it's your words here, "That directly or
20  indirectly impact illegal immigrants."
21          So one question is:  Does SB 14 directly or
22  indirectly impact the illegal immigrants as you use
23  this language in this e-mail?
24          MS. DONNELLY:  Objection.
25  Argumentative.

---

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

---

173

1              Go ahead.
2         A.  I don't know how better to answer the
3    question.  The purpose of Senate Bill 14 was to make
4    sure we had integrity of the ballot box so that people
5    who were ineligible to vote or not registered, that
6    they didn't vote.  And that's a -- a spectrum of
7    people.  And illegal immigrants are a subset of that
8    group because they're not eligible to vote.
9              It wasn't -- in my view, it wasn't -- that
10   was not the sole purpose of the bill.  It wasn't the
11   sole purpose of the bill, beyond what I've said,
12   clearly.
13        Q.  (BY MS. BALDWIN)  Right, not a sole purpose;
14   but was it a purpose?
15        A.  Well, if felons aren't allowed to vote, for
16   example, or in this country -- so if you asked me
17   were -- did this bill impact felons, yes, we wanted to
18   be sure that felons weren't able to vote.
19        Q.  Could felons have a passport?
20        A.  They could vote -- the purpose of -- it was
21   to be sure that people who weren't eligible to vote,
22   could vote, that voted.
23              The point is -- my example is that felons,
24   like people who don't have residency in Texas, like
25   people who are here illegally, are all people who are

---

174

1    not eligible to vote.  So any subset of a group was
2    not eligible to vote.
3              But we weren't targeting felons, we weren't
4    targeting illegals, we weren't targeting people who
5    actually live in Oklahoma who happen to be here.  We
6    were targeting people who were ineligible to vote.
7         Q.  But with respect to the example you just gave
8    of felons, SB 14 couldn't have targeted those because
9    there are forms of ID -- a driver's license doesn't
10   say whether or not you're a felon, right?
11        A.  I think I've answered this question more than
12   enough for you.  I gave you my answer.  Anyone can
13   vote illegally.
14        Q.  But SB 14 wouldn't prevent felon voting,
15   correct?
16              MS. DONNELLY:  Objection.  Form.  This
17   is argumentative.
18        A.  It might.
19        Q.  (BY MS. BALDWIN)  How so?
20        A.  I can't explain how so.  It might.
21        Q.  Okay.  So -- but we -- we both agree that a
22   felon could have a U.S. passport or a Texas driver's
23   license?
24        A.  They could.  But they're not allowed to
25   register to vote.

---

175

1         Q.  Right.  But showing an ID wouldn't prevent
2    them from illegally voting?
3         A.  I don't understand your question.
4         Q.  Okay.  We'll move on.
5              Does Grassroots America, as an organization,
6    place a high priority on illegal immigration as an
7    issue?
8         A.  Don't know.
9         Q.  Did you seek and receive an endorsement from
10   Grassroots America in your campaign for lieutenant
11   governor?
12        A.  I'm sorry, say that again.
13        Q.  Did you seek and receive an endorsement from
14   Grassroots America in your campaign for lieutenant
15   governor?
16        A.  I sought an endorsement from JoAnn Fleming.
17        Q.  And did you receive an endorsement?
18        A.  Uh-huh.
19        Q.  And from JoAnn Fleming in her capacity as
20   affiliated with Grassroots America?
21        A.  That, I'm not sure.  Sometimes people endorse
22   you, sometimes they're groups; and I can't remember in
23   that case what the situation was.
24        Q.  I'd like to give you a document which, again,
25   has been produced in this litigation under the "Highly

---

176

1    Confidential" label, that has a Bates number of
2    TX 00009987 to 9990.  And this will be marked as
3    Exhibit 8.
4              (Patrick Exhibit 8 marked/introduced.)
5         Q.  (BY MS. BALDWIN)  I'd like to ask you a
6    question about the embedded e-mail that begins on 9987
7    that was sent on Sunday, August 29, 2010.
8         A.  All right.  August 29th?
9         Q.  Yes.
10        A.  Oh, I see it.  I'm sorry.  Okay.  I see it.
11        Q.  And is this an e-mail from you to a group of
12   Republican senators?
13        A.  Yes.
14        Q.  Can you explain to me the context of this
15   e-mail, specifically what the "two days together" that
16   you're referring to in the first paragraph is with
17   respect to?
18        A.  Let me read it.
19        Q.  Sure.
20        A.  Okay.  I don't remember the meeting, but we
21   must have met somewhere.
22        Q.  Did you have caucus retreats?
23        A.  We normally have maybe one, maybe two, before
24   a session.
25        Q.  Does this e-mail bring to mind any

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

45 (Pages 177 to 180)

---

**177**

1   discussions you may have had among the Republican
2   caucus about the process of bringing forward SB 14?
3        A.  You know what's interesting is, I wouldn't
4   even have remembered the meeting or the e-mail if you
5   didn't have it.  So it does not.
6        Q.  Okay.
7        A.  I'm looking at this, and it doesn't ring a
8   bell, and I obviously sent it.
9        Q.  Do you see the sentence, quote, "In view of
10  our discussion on voter ID and immigration, several of
11  you mentioned you thought the two issues were one in
12  the same, or at a minimum connected"?
13       A.  I do.
14       Q.  Is it your understanding that those two
15  issues are one and the same, voter ID and immigration?
16       A.  No.  I think what -- and I'm just reading
17  this for the first time in four years, three years,
18  two years.  It looks like several of you mentioned, or
19  at a minimum, connected; and I apparently found the
20  story that made their point.
21            Apparently someone brought up at the meeting,
22  if you read this, "In view of our discussion on voter
23  ID and immigration, several of you mentioned..."
24            I didn't say I brought up the fact.  So
25  "several of you" -- I'm not saying I didn't, but I

---

**178**

1   just -- it looks like it was a discussion by others
2   and I read this article and I sent it on to those who
3   made that point.
4        Q.  So is there a connection between photo ID and
5   the growth of immigration in Texas?
6        A.  On the growth of immigration, legal --
7        Q.  The immigrant population.
8            MS. DONNELLY:  Objection.  Form.
9        A.  Legal immigration or illegal immigration?
10       Q.  (BY MS. BALDWIN)  Either.
11       A.  There is a difference.
12       Q.  Sure.  But to your mind, is there a
13  connection between either?
14            MS. DONNELLY:  Objection.  Vague.
15       A.  I think you have to classify it.
16       Q.  (BY MS. BALDWIN)  Is there a connection
17  between the growth of the noncitizen population in
18  Texas, generally, and photo ID, to your mind?
19            MS. DONNELLY:  Objection.  Form.
20       A.  Legal or illegal?
21       Q.  (BY MS. BALDWIN)  Both.
22       A.  If you ask me separately, I can answer.  If
23  you ask me both, I can't answer.
24       Q.  Okay.  Is there a connection between illegal
25  immigration and photo ID?

---

**179**

1        A.  There could be.
2        Q.  Could be, but for you, was there?
3        A.  I'm sure, as I said earlier answering the
4   other question, that illegal immigrants are not
5   eligible to vote and they are a subset of people who
6   are ineligible to vote.  So, obviously, you could
7   connect between the two.
8        Q.  Do you recall who mentioned -- as you read in
9   this e-mail, several senators mentioned that they
10  thought these two issues were connected, or one and
11  the same.  Which senators those were?
12            MS. DONNELLY:  Objection.
13            And please do not disclose who said what
14  in private conversations.  You can reveal public
15  statements by another legislator, but please do not
16  reveal what was said in private conversations.
17       A.  I didn't even remember the meeting or the
18  e-mail, so I don't remember who said what.
19       Q.  (BY MS. BALDWIN)  I'd like to read you a
20  sentence and ask your reaction.
21       A.  Okay.
22       Q.  With 8 to 12 million illegal aliens currently
23  living in the U.S., the basic American principle of
24  one person, one vote, is in danger.
25            Do you agree with this statement?

---

**180**

1        A.  Is that from that article?
2        Q.  No.
3            MR. CLAY:  Objection.  Form.
4        A.  I'd have to think about it.
5        Q.  (BY MS. BALDWIN)  Have you ever heard that
6   sentiment expressed before?
7        A.  Not that I recall.
8        Q.  Has any voter ever told you that they're not
9   going to vote in a particular election because they're
10  afraid that their vote will be diluted by fraudulent
11  votes?
12       A.  Not that I recall.  Someone may have said it,
13  but I don't -- nothing specific that I can recall.
14       Q.  Do you believe that prior to the passage of
15  SB 14 there were Texas voters who did not vote because
16  they believed that in-person voter impersonation would
17  cancel out their vote?
18       A.  I wouldn't know that, but I've never heard
19  anyone say that to me.
20       Q.  Based on your knowledge of Texas politics,
21  would you agree that the majority of African-American
22  voters and the majority of Anglo voters vote for
23  different candidates in statewide general elections in
24  recent Texas elections?
25            MS. DONNELLY:  Objection.  Form.

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

181

1    A.  It depends on the -- first of all, I wouldn't
2  know specifically.  But it would -- but it would
3  depend on the person who's on the ballot.
4    Q.  (BY MS. BALDWIN)  Are you aware of any
5  partisan contest in Texas in which the majority of
6  African-Americans would have supported the Republican
7  candidate?
8    A.  No, I'm not aware of that, but I thought you
9  said would any, so...
10    Q.  I said "the majority," to be clear.
11    A.  Okay.  Okay.  I missed that.
12    Q.  So let me restate the question then to make
13  sure.  Would you agree that the majority of
14  African-American voters and the majority of Anglo
15  voters vote for different candidates in statewide
16  general elections in Texas?
17    MS. DONNELLY:  Objection.  Form.
18    A.  I think that the majority of -- well, again,
19  you know, I'd have to look at a specific election and
20  candidate.  But I -- but I would think, you know,
21  candidly, it would be fair to say that the majority of
22  minority voters vote for different candidates, but not
23  in every case, not -- at least not to my knowledge.
24    Q.  (BY MS. BALDWIN)  And when you say "minority
25  voters," are you including both African-American and

182

1  Hispanic voters in that statement?
2    A.  Yes.  For example, I don't know how many
3  Hispanic voters voted for George Bush when he ran for
4  president in 2000, 2004, but it might have been a
5  majority.  I just don't know that.
6    Q.  Can you think of any Texas candidate or
7  statewide office in Texas where you believe the
8  majority of minority voters would have voted for the
9  Republican candidate?
10    A.  I can't think of any offhand.
11    Q.  In your judgment, does racial polarization in
12  Texas politics play any role in why support for SB 14
13  was divided along party lines?
14    MS. DONNELLY:  Objection.  Speculation.
15    A.  Well, first of all, my position is, it was
16  not objected across party lines.  The majority of
17  voters in Texas, the majority of citizens in Texas,
18  supported voter ID.
19    I can't help what Democrat-elected officials
20  voted for or against.  But if you ask about an issue,
21  the -- that was a bipartisan, across-all-party-lines,
22  supported issue.
23    Q.  (BY MS. BALDWIN)  You have talked extensively,
24  and I won't retread that, about the concept and --
25    A.  Well, you keep asking me.

183

1    Q.  -- then not the specifics of the bills.
2    And to your knowledge, does the state of
3  Texas have a history of discriminating against
4  minority voters?
5    A.  Not in my personal knowledge.  Not in my
6  personal knowledge, of my personal knowledge.
7    Now, if you're talking about, have I read
8  history and views on history, yes.  But in my personal
9  knowledge, no.
10    Q.  Okay.  But you're aware, for example, that
11  the state of Texas had a poll tax?
12    A.  Not the specifics.  But if -- if you -- you
13  know, I'm a fairly good student of history, so I'm
14  aware there were some issues in the past; which, by
15  the way, when the Democrats were in charge of the
16  state, not Republicans.
17    Q.  Right.  And so you're aware that there was an
18  all-white Democratic primary in Texas, for example?
19    A.  I'm not aware -- I'm not actually aware of
20  that specific point, but I am aware of -- of issues in
21  the past.
22    Q.  Are you aware of whether Texas has a history
23  of official racial discrimination in other areas, such
24  as access to public education?
25    MR. CLAY:  Objection.  Form.

184

1    A.  You'll have to say that one again.  You
2  speeded up.
3    Q.  (BY MS. BALDWIN)  Are you aware of whether
4  Texas has a history of discrimination in other areas,
5  such as access to public education?
6    A.  I'm not personally --
7    MS. DONNELLY:  Objection.  Form.
8    THE WITNESS:  I'm sorry.
9    A.  I'm not personally aware.  But I'm sure you,
10  know, I've read or been told about things in the past,
11  long before I was even born or arrived in Texas.
12    Q.  (BY MS. BALDWIN)  As a current candidate for
13  statewide office, do you believe it's important to
14  campaign so as to appeal to all voters, regardless of
15  race?
16    A.  Of course.
17    Q.  During the time that you've been involved in
18  Texas politics, have you witnessed occasions where one
19  candidate tries to use race as a factor against
20  another candidate?
21    A.  I believe that in some cases Democrats have
22  tried to use that card from time to time.  I do not
23  know of Republicans who may have.  They may have.  But
24  I -- I see it more from the Democrat side.
25    Q.  Do you recall that David Dewhurst, the

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

185

1  current lieutenant governor, ran against Ted Cruz for
2  Senate in 2012?
3          MS. DONNELLY: Counsel, we're getting a
4  little far afield from voter ID here.  Are we going
5  somewhere back to voter ID quickly here or is this
6  just going to be about politics?
7          MS. BALDWIN: You're welcome to raise a
8  relevance objection for the record, but Section 2
9  clearly has racial appeals as one of the Senate
10 factors and the court recognized that in its recent
11 decision, so --
12         MS. DONNELLY: The campaign between two
13 people who are not here to be deposed I'm not sure is
14 relevant in any regard.
15         MS. BALDWIN: You're welcome to state
16 that objection for the record and I'd just ask that we
17 move along with my questions and we'll get these over
18 and --
19         MR. CLAY: The Court has also said that
20 campaign stuff is not really relevant, so...
21         MR. DERFNER: Not exactly.
22         MS. BALDWIN: The Court said there's no
23 arguments --
24         MR. DERFNER: I don't think it's going
25 to take very long.  It would probably be easier to ask

186

1  the questions, get them answered, than to argue about
2  it.
3          MS. DONNELLY: That's fine.  That's
4  fine, as long as it's limited.  But we're not going to
5  spend a lot of time on this thing, I take it.
6          MS. BALDWIN: It's not nearly the length
7  that we've been through before.
8          MR. CLAY: Hopefully not as pointed as
9  before either.
10     Q.   (BY MS. BALDWIN) Do you recall hearing a
11 radio ad or hearing about a radio ad that Lieutenant
12 Governor Dewhurst ran against Senator Cruz accusing
13 him of supporting amnesty for illegal immigrants?
14     A.   I don't -- that's a distant race for me, even
15 though it's only a year old.  I've been busy in the
16 last year and a half in my own race.
17     Q.   I'd like to refresh your recollection and
18 just play you a copy of the ad and see if that...
19         (Ad playing.)
20     Q.   Do you recall ever hearing that ad before?
21     A.   Actually, I don't think I had heard that ad
22 before.
23         MR. DERFNER: You could have used it
24 yourself.
25     Q.   (BY MS. BALDWIN) Having heard that ad -- let

187

1  me back up.  Are you familiar with the positions that
2  Senator Cruz takes on illegal immigration?
3          MR. CLAY: Objection.  Relevance.
4          MS. DONNELLY: Objection.  Relevance.
5          MR. CLAY: Form.
6          MS. DONNELLY: And also -- yes, form.
7      Q.   (BY MS. BALDWIN) You can answer.
8      A.   I have not closely followed Ted Cruz's
9  position in specifics, so I couldn't tell you
10 specifically where he is on issues.  And if I were, I
11 would be guessing and I might guess wrong.
12     Q.   Okay.  So having not heard the ad, I take it
13 you're not familiar with the fact that criticism was
14 leveled at it as being race-baiting?
15     A.   No, I -- no, I really didn't.
16         MS. BALDWIN: I'd like to mark a
17 document as Exhibit 9.
18         (Patrick Exhibit 9 marked/introduced.)
19         MR. CLAY: I'm going to go ahead and
20 lodge a general relevance objection to questions
21 regarding Exhibit 9.
22         MS. DONNELLY: Join that objection.  It
23 is not relevant to voter ID.
24     Q.   (BY MS. BALDWIN) Senator Patrick, in your
25 campaign for lieutenant governor, would you agree that

188

1  illegal immigration has been a significant issue?
2      A.   Yes.
3      Q.   Do you believe that you've taken harder line
4  stances again illegal immigration than your Republican
5  opponents?
6      A.   They wouldn't say so.  They all said they
7  agreed with me.
8      Q.   But do you believe that you took harder line
9  stances than your opponents?
10     A.   You know, I just believe I took the positions
11 I believed in and they took the positions they
12 believed in.
13     Q.   Do you believe that the issue of illegal
14 immigration contributed to the success of your
15 campaign?
16         MS. DONNELLY: Objection.  Form.
17     A.   I believe a lot of factors contributed to the
18 success of my campaign.
19     Q.   (BY MS. BALDWIN) Do you believe that your
20 positions on illegal immigration were one thing that
21 specifically appealed to voters?
22         MS. DONNELLY: Counsel, this is
23 really -- this is all a line of questioning that has
24 nothing to do with voter ID.
25         I mean, how -- how many more questions

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

48 (Pages 189 to 192)

189

1    do you have on this?  We're going to allow a little
2    bit of questioning, but --
3           MS. BALDWIN:  Just a few.
4           MS. DONNELLY:  -- just not -- we're not
5    going to go on and on about this.
6       A.  Repeat, please.
7           MS. BALDWIN:  Could you read that back,
8    please.
9           MR. DERFNER:  I think it does have to do
10   with voter ID.  It's part of -- it is part of Section
11   2.  It's one of the factors that goes into there.
12          MS. DONNELLY:  Well, I wasn't --
13          MR. DERFNER:  We are going to end it
14   pretty soon.
15          MS. DONNELLY:  Okay.  I didn't hear the
16   judge's ruling, and I won't tell you I was there, but
17   it strikes me as this has nothing to do with it.
18          MR. CLAY:  We're also talking about a
19   campaign that took place several years after the
20   advent of voter ID, so...
21          MR. DERFNER:  Right.  All of which
22   relates to the atmosphere and --
23          MR. CLAY:  Several years after the
24   advent --
25          MR. DERFNER:  Oh, yeah, exactly.  Yeah.

190

1           MS. BALDWIN:  At any rate, if we could
2    just read the question back and we'll get through this
3    line of questioning.
4           THE REPORTER:  "Do you believe that your
5    positions on illegal immigration were one thing that
6    specifically appealed to voters?"
7       A.  Yes.
8       Q.  (BY MS. BALDWIN)  Exhibit 9, is this an image
9    that your campaign has used on the Internet?
10      A.  You know, I assume so.  We -- it was a long
11   campaign, obviously.  The record speaks for itself.
12      Q.  Could you describe what's pictured in this
13   image?
14      A.  Well, it speaks for itself.  It's people
15   getting on a train, is what it appears to me, or maybe
16   it's climbing a fence.  Hard to say.  It could be a
17   railcar.  It could be a fence.
18      Q.  Are the three men pictured supposed to
19   represent illegal immigrants?
20      A.  Don't know.  I didn't do the ad, but -- but
21   I -- that would be my -- I think that's what it would
22   suggest.
23      Q.  And as you look at this ad, what's the race
24   of the persons pictured?
25      A.  You can't tell by -- you can't tell by the

191

1    photo I've been given.
2       Q.  Do they look Anglo to you?
3       A.  The one in the middle of -- it's impossible
4    to tell, in my view.  And the one closest, impossible,
5    because the face is -- the whole person is -- is dark.
6       Q.  They are dark images, correct?
7       A.  They're dark images.
8           MS. DONNELLY:  Meaning the shadow, not
9    the face?
10      A.  The shadow, yeah.  I don't mean -- yeah, I
11   don't mean that they're dark, in being black or brown.
12   I mean they're dark in the shadow or the presentation
13   of the ad.
14          MS. DONNELLY:  The photograph is not
15   very good.
16          THE WITNESS:  Yeah.
17      Q.  (BY MS. BALDWIN)  Why does this ad use the
18   word "invasion"?
19      A.  Because the word "invasion" applied to the
20   number of illegal immigrants that had been pouring
21   over the border in recent times.  Other people might
22   use another word, but it's been a significant number
23   of people.
24      Q.  An invasion often carries the connotation of
25   an enemy force.  Do you mean it to have that

192

1    connotation?
2       A.  No.
3       Q.  When you were first running for Senate in
4    2006, did you state that -- about illegal
5    immigrants -- that, quote, "they are bringing third
6    world diseases with them," end quote, including,
7    quote, "polio and leprosy"?
8       A.  I was quoting -- I believe that's from a Fox
9    newscast, of which I was on.  And I was quoting a
10   Centers for Disease Control study from 2006, as best I
11   recall.  And I wouldn't even have any recollection of
12   that except I've been asked this before.
13      Q.  Do you believe that the statement was
14   accurate -- do you believe, today, that the statement
15   was accurate when you made it?
16      A.  Well, the Centers for Disease Control based
17   in Atlanta is a nonpartisan group, and so I would
18   think that their information is accurate.
19      Q.  So do you stand by the idea that today
20   undocumented immigrants are bringing polio and leprosy
21   to Texas?
22          MS. DONNELLY:  I'm going to object to
23   that question, and I -- I really do think we've gone
24   on and this is far, far afield.  I think we've
25   answered all the questions we're going to answer on

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

193

1   that.
2       Q.  (BY MS. BALDWIN)  Last topic.  Are you aware
3   of Ted Nugent, in public remarks, calling President
4   Obama a "subhuman mongrel"?
5       MS. DONNELLY:  This is way off field.
6   We're not answering that one either.
7       MS. BALDWIN:  I would hate to have to
8   come back to reopen the deposition to just do four
9   questions.
10      MS. DONNELLY:  If we're going to reopen
11  the whole deposition for that question, I guess I'll
12  be surprised by that.
13      Do you have an answer to that?
14      A.  What was the question?
15      Q.  (BY MS. BALDWIN)  Are you aware of Ted Nugent,
16  in public remarks, calling President Obama a "subhuman
17  mongrel"?
18      MS. DONNELLY:  Objection.  Relevance.
19      Have you heard of it?
20      A.  I may have heard something in the news about
21  it, or somewhere, but I -- it's not something that
22  jumps off the page to me.
23      Q.  (BY MS. BALDWIN)  Would you agree that it was
24  a racist statement to call President Obama a "subhuman
25  mongrel"?

194

1       A.  I don't like seeing citizens calling any
2   legislator or officeholder by names, period, whether
3   they be Republican or Democrat, office holders or --
4   or citizens.
5       Q.  But this comment, in particular, would you
6   agree that it is a racially inflammatory statement?
7       A.  It sounds distasteful to me.
8       Q.  But not racist?
9       A.  I don't know what this has to do with Senate
10  Bill 14.  I don't mind sitting here for six hours and
11  answering your questions, or seven hours.  I feel like
12  this question is way out of bounds and I think I've
13  given you an honest answer.  I find it distasteful.
14  If that's what he said, I think it was very
15  inappropriate, and I can surely see how it could be
16  viewed as being racist, absolutely.
17      Q.  Are you aware that before Ted Nugent had
18  apologized for making those remarks, he campaigned
19  with and on behalf of Attorney General Abbott in his
20  run for governor?
21      MR. CLAY:  Objection.  Relevance.
22      MS. DONNELLY:  Objection.  Relevance.
23      Counsel, can we move on?  If we're not
24  going to talk about SB 14, let's move on.
25      A.  Yeah, I'm -- I don't have anything to say.  I

195

1   think these questions are out of bounds.  And I'm not
2   a lawyer, so I guess you can ask them, but I'm not
3   going to respond to them.
4       Q.  (BY MS. BALDWIN)  The last question:  What
5   kind of message do you think it sends to
6   African-American Texans for a candidate for governor
7   to appear with someone who has used this kind of
8   rhetoric?
9       MR. CLAY:  Objection.  Form and
10  foundation.
11      MS. DONNELLY:  Out of bounds.
12  Irrelevant.
13      MR. DERFNER:  That sounds like a
14  perfectly good question to me.
15      A.  I'm not even going to respond to it.  I think
16  it -- I think it is -- I feel like I'm now being
17  attacked by you on a political basis, so I'm just...
18      Q.  (BY MS. BALDWIN)  That's certainly not my
19  intention, Senator.
20      A.  But I feel that way.
21      Q.  Well, again, that's not my intention.
22      A.  You're asking me to make a comment on someone
23  who's running for public office and I don't think it's
24  an appropriate question.  It has nothing to do with
25  voter ID.

196

1       Q.  Again, my question is not about any candidate
2   for office, but what kind of message do you think that
3   sends to --
4       MS. DONNELLY:  He's answered the
5   question, Counsel.  We need to move on.
6       A.  I have nothing else to say.
7       Q.  (BY MS. BALDWIN)  Okay.  That's all I have on
8   that topic.
9       MS. CONLEY:  Can we take a quick break?
10      MS. DONNELLY:  Sure.
11      (Break.)
12      MS. BALDWIN:  Senator Patrick, I thank
13  you for your time and I'll hand over questioning.
14      E X A M I N A T I O N
15  BY MS. CONLEY:
16      Q.  Senator --
17      MS. DONNELLY:  Danielle, I'm sorry to
18  interrupt, but are we still under the seal?
19      MS. CONLEY:  Yes.  Yes.
20      MS. DONNELLY:  Okay.  Thank you.
21      MS. CONLEY:  We might as well keep the
22  entire transcript highly confidential.
23      MS. DONNELLY:  All questions, all
24  exhibits, all answers, are under seal.
25      MS. CONLEY:  Exactly.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

197

1    MS. DONNELLY: Thank you.
2    Q. (BY MS. CONLEY) Senator Patrick, my name is
3    Danielle Conley, and I represent the Texas League of
4    Young Voters Education Fund, as well as Imani Clark,
5    who are plaintiff-intervenors in this suit.
6        And just so you know, I think we can keep with
7    all the same instructions and definitions that
8    Ms. Baldwin went over with you at the beginning of the
9    deposition, okay?
10   A. Okay.
11   Q. And I promise not to go on too long so we can
12   get out of here.
13   A. Okay.
14   Q. Although I can't -- I don't know how long my
15   colleague, Mr. Derfner, will take.
16       So I believe Ms. -- you and Ms. Baldwin went
17   over a few of the amendments that were offered with
18   respect to SB 14, right? And you testified that
19   you -- you sponsored Amendment 35; is that right?
20   A. Whatever that number was.
21   Q. And the -- the disability exception, correct?
22   A. Correct.
23   Q. Okay. And that -- that was an exception for
24   certain people with disabilities from the photo ID
25   requirement; is that right?

198

1    A. With severe disabilities.
2    Q. What --
3    A. Significant, severe disabilities. If they
4    had a letter from a doctor. They had to have a letter
5    from a -- it wasn't -- it wasn't anyone who said, "I'm
6    disabled."
7    Q. Oh, I see. But -- but when you say "severe
8    disabilities," you just mean people with a disability
9    who could obtain a letter from a doctor?
10   A. Correct.
11   Q. There was no threshold of severity that was
12   necessary?
13   A. I don't believe so. I don't believe so.
14   Q. Okay. And -- and I'm sorry if you testified
15   as to this before, but just --
16   A. Okay.
17   Q. -- one more time: Why did you think a
18   disability exception was important?
19   A. Again, I looked at the Indiana law, as I
20   recall. I've been involved with the disabled
21   community for -- since 1988, was very active.
22       And I -- and I -- it seems to me someone's --
23   it kind of rings in my head someone said to me, you
24   know, just because -- you know, as I know from working
25   with the disabled, many are very independent and so

199

1    many would want to go vote.
2        And many people who have significant
3    disabilities are kind of -- you know, they -- they're
4    not homebound, but they don't go far distances. They
5    may be able to get someone to take them to the store.
6        And so someone could take them to their
7    closest precinct to vote, which is usually close, but
8    they may not be able to travel a distance to a DPS
9    office, if they happen to live in a rural community.
10   Q. Right.
11   A. And -- and, again, in most cases, someone who
12   is homebound and severely disabled probably isn't
13   isolated in rural Texas. But that was the purpose,
14   just to make sure that they would have an exception.
15   Q. So you wanted to alleviate the burden that
16   those people would face in obtaining a photo ID?
17   A. I thought it was the right thing to do.
18   Q. Okay. I'm going to hand you an e-mail that
19   was produced in this litigation.
20   A. Okay.
21       (Patrick Exhibit 10 marked/introduced.)
22   Q. (BY MS. CONLEY) And just for the record, the
23   Bates range on this is TX 00261258 through 59.
24   A. I have 56 through 57.
25       MR. CLAY: That's what I have also.

200

1        MS. CONLEY: Oh, I'm sorry. I'm sorry.
2    Give me a second. That's right. I'm sorry, that's
3    right. 56 through 57.
4    Q. (BY MS. CONLEY) And this appears to be an
5    e-mail from you dated February 24, 2011, to
6    catherine@kingstreetpatriots.org; is that right?
7    A. Yes.
8    Q. And who is Catherine?
9    A. Catherine Englebredth. I believe she is the
10   founder of King Street Patriots or True the Vote.
11   Maybe not King Street Patriots. She's involved with
12   King Street Patriots. Let's leave it at that.
13   Q. And what is King Street Patriots?
14   A. It's a -- I think it's a Tea Party group.
15   Q. Okay.
16   A. Or it's a grassroots conservative group.
17   Q. Do you know if it's affiliated with True the
18   Vote?
19   A. I don't know. I know she -- she also does
20   work with True the Vote, but I don't know if they're
21   connected, so...
22   Q. Did you often correspond with Ms. -- well,
23   let me step back. Why don't you take time to read the
24   e-mail before I ask you questions about it.
25   A. Okay.

SENATOR DAN PATRICK                                           7/11/2014
CONFIDENTIAL TRANSCRIPT

51 (Pages 201 to 204)

---

201

1      Q.  And what was the purpose of this particular
2  e-mail to Ms. Englebredth?
3      A.  By reading it, and I don't recall sending it
4  or writing it, but at the time -- I mean, I don't
5  recall it today -- it appears that she was one of a
6  number of people who had concerns about an amendment
7  that at that time -- I'm not sure when I put the
8  amendment -- this says February 24th.  So I guess she
9  had a concern about the amendment.
10     Q.  About the disability amendment?
11     A.  Yes.  Either she heard I was going to offer
12  it or it had already been offered.  I'm not sure of
13  the timing.
14     Q.  And did you often correspond with
15  Ms. Englebredth regarding pending legislation?
16     A.  Seldom.  During session, I usually don't -- I
17  usually don't initiate response.  I'm too busy.  But I
18  will respond for people who know -- like, in fact, it
19  says not that many people have my -- I say that in the
20  big scheme of things; you know, hundreds and hundreds
21  have my e-mail address, but -- but, no, that would be
22  unusual to correspond to her.  So I was answering her
23  question.
24     Q.  So it would be unusual, in your ordinary
25  course, to --

---

202

1      A.  Yeah, I don't communicate with her to my
2  knowledge, on a regular basis.
3      Q.  Had you communicated with her before
4  regarding voter ID issues?
5      A.  I don't know.  I don't know.
6      Q.  Do you recall how many conversations you had
7  with Ms. Englebredth concerning SB 14?
8      A.  I don't.  But in general, my communications
9  with her are, you know, very seldom, very limited.
10     Q.  Okay.  Do you recall whether this is the only
11  communication you had with her regarding your
12  disability amendment?
13     A.  Well, since I believe I produced -- I
14  believe, since this is from my personal e-mail, this
15  is the only one I apparently found.
16     Q.  So you never met face-to-face with her?
17     A.  I don't -- I don't think so.  I stand to be
18  corrected, but I don't think so.
19     Q.  So you've had the opportunity to read the
20  e-mail, right?
21     A.  I have.
22     Q.  Does this e-mail reflect your rationale for
23  putting forward a disability amendment which exempted
24  disabled voters from obtaining a photo ID?
25     A.  Yes.  As I -- actually, as I explained it to

---

203

1  you a few minutes ago, it -- yes, it does reflect
2  everything.
3      Q.  Okay.  And in the e-mail you recognize that
4  obtaining an ID might create an undue burden for some
5  disabled voters, right?
6          MS. DONNELLY:  Objection.  Form.
7      A.  I think it speaks for itself.  I've answered
8  the question multiple times now, and I'm happy to
9  answer it again for you.  But I felt it was the right
10  thing to do on behalf of people that have major
11  disabilities.
12     Q.  (BY MS. CONLEY)  Okay.  So you mention in the
13  second full paragraph there that there are "77
14  counties that do not have a DPS office"; is that
15  right?
16     A.  That's what it says.  I'm assuming that's
17  correct.
18     Q.  So in your view, at least at the time that
19  you wrote this e-mail, the fact that 77 counties
20  lacked a DPS location might create an undue burden for
21  disabled voters who needed to obtain an ID for
22  purposes of voting?
23     A.  Well, I -- I say in that -- it says "in
24  addition," so that's just another reason, but I don't
25  think that was the primary reason.  Because you have

---

204

1  to remember, Texas has 254 counties.  Those 77, I bet
2  if we went and looked them up, they might not have
3  5,000 people living in them.
4          So we probably -- probably don't have a lot
5  of disabled, homebound, by themselves out in the
6  middle of nowhere.  It would be unusual.  So I don't
7  know that that was -- but that's just a part of, you
8  know, in case there was.
9      Q.  Right.  But it was one of the reasons?
10     A.  It was one of the reasons.
11     Q.  Okay.  And then -- give me one second.  In
12  the third full sentence in that same paragraph, you
13  wrote:  "The purpose of the amendment was to address
14  that issue, as well as any disabled person in any area
15  who does not have a photo ID and who would face an
16  undue burden to get one in order to vote."
17         And so in addition to the -- the 77 counties
18  that lack a DPS, what were some of the other reasons
19  that someone who's disabled may face an undue burden
20  in trying to obtain a photo ID?
21     A.  Well, and I think this kind of clarifies what
22  I just said in my last answer, that it really wasn't
23  the focus of -- my experience has been that people
24  with severe disabilities do not live in isolated areas
25  because they need to be near a doctor or a medical

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

                                        52 (Pages 205 to 208)

205

1    center.  And many of our rural counties don't have
2    medical facilities.
3          So that's why it wasn't a main -- it just
4    says "The" -- let me read it.  "The purpose of the
5    amendment was to address the issue, as well as any
6    disabled person in any area who does not have a photo
7    ID and would face..."
8          For example, I've served on health and human
9    services three out of the last four sessions.  When
10   we -- and when we have testimony in Austin, we have a
11   lot of people who come in self-controlled -- what's
12   the word I'm looking for -- wheelchairs, motorized
13   wheelchairs.
14         And I see them very often when I'm leaving
15   the Capitol or coming in.  And some of them, by their
16   own initiative, without any help, because they are
17   very independent, many come blocks and blocks and
18   blocks to come to the Capitol.  They live somewhere in
19   Austin.
20         So my image is that that's that group of
21   people who want to come and testify on -- not voter
22   ID, but on a health and human service issue.
23         But even if you lived in a city the size of
24   Austin, you may be someone who needs help to get
25   around.  So even though DPS may only be two miles away

206

1    or three miles, it's too far for you to go in your own
2    wheelchair without help.  So that was the reason.
3         Q.  Okay.  So there are other reasons that --
4         A.  Other reasons.
5         Q.  -- there are other reasons that people could
6    face burdens in trying to obtain a photo ID other than
7    the lack of a DPS in their particular county?
8         A.  Well, for disabled people, yes.
9         Q.  Let's take a look at another e-mail.
10            (Patrick Exhibit 11 marked/introduced.)
11        Q.  (BY MS. CONLEY)  I think we're up to Exhibit
12   11.  And for the record, this e-mail is Bates stamped
13   TX 00261258 through 59.
14        A.  Correct.
15        Q.  Okay.  And looking -- starting about a third
16   down in the page, the e-mail that I'm looking at is
17   from you, Dan Patrick, dated February 1, 2011, to Paul
18   Bettencourt; is that correct?
19        A.  Yes, ma'am.
20        Q.  And who is Paul Bettencourt?
21        A.  Paul Bettencourt was a former -- I don't know
22   if he still was at the time -- tax assessor-collector
23   and -- in Harris County, and he was also a substitute
24   host on the radio for me when I was -- one of
25   several -- when I was in session and couldn't be on

207

1    the radio.
2         Q.  You said he was the Harris County tax
3    collector --
4         A.  Tax assessor-collector.
5         Q.  -- or tax assessor-collector.
6             Was he also the voter registrar?
7         A.  You know, I don't know if that comes under
8    his purview or not.  You know, I'd have to check.  I
9    don't know.  I don't know if that's the district clerk
10   or the county clerk.  You know, I'm not sure.
11        Q.  So you don't know.  And do you believe that
12   you -- do you know whether you knew at the time --
13        A.  I don't know.
14        Q.  -- that he was the voter registrar?
15        A.  Yeah, I don't know.  I just don't know.  I
16   think he had something to do with it, but I can't tell
17   you what the title was.
18        Q.  And why don't you take a little time to read
19   the e-mail before I ask you questions about it.
20        A.  Okay.  I speed-read through it.  The middle
21   was kind of the same as the other.
22        Q.  So did you frequently consult with
23   Mr. Bettencourt on pending legislation?
24        A.  Yeah, Paul is a friend.  And as a talk-show
25   host, I try to have the talk-show host of my radio

208

1    station informed of what's going on when I'm in the
2    legislature, because I'm pretty knowledgeable,
3    obviously.
4         Q.  And so did you talk to him fairly frequently
5    about voter ID issues?
6         A.  I don't know about voter ID issues
7    particularly, but we talked about all issues.
8         Q.  And in that -- I guess it's the second
9    paragraph, right after the "DO NOT FORWARD E-MAIL"
10   language, you write:  "My office got a long call from
11   Hammerline and Ed Johnson today."
12            And taking those people one by one, who is
13   Hammerline?
14        A.  That's George Hammerline, and I don't know if
15   he worked for Paul, but he worked somewhere in county
16   government, either in the tax assessor-collector or
17   clerk's office or voter -- I'm not sure.  But he works
18   in -- I think he works in county government.
19        Q.  So is it your recollection that he was an
20   employee in the Harris County voter registration
21   department?
22        A.  You know, I don't know his exact position,
23   but that's my -- I don't actually know what George
24   does, but I believe that he's involved somewhere in
25   the county government.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

53 (Pages 209 to 212)

---

**209**

1    Q. Is he also a Republican campaign consultant?
2    A. Not that I'm aware of.
3    Q. So you're not one of his clients?
4    A. Oh, no. I don't think he's a consultant,
5    but, oh, no.
6    Q. Okay.
7    A. Again, I don't know if he is or he isn't, but
8    not to my knowledge.
9    Q. And what about Ed Johnson?
10   A. Ed Johnson has a similar role. I'm not
11   exactly sure what Ed does, but he works in county
12   government.
13   Q. He works in county government?
14   A. It's something to do with -- with -- I think
15   something to do with either the clerk's office or
16   voter registrar or tax assessor. Don't know.
17   Q. Okay. Is he a Republican campaign
18   consultant?
19   A. If he is, I'm not aware of it.
20   Q. And so you're not one of his clients?
21   A. No.
22   Q. What is your relationship with them?
23   A. I just know them.
24   Q. And let's take them one by one.
25   A. Okay.

---

**210**

1    Q. What's your relationship with George
2    Hammerline?
3    A. I just know them over the years of being --
4    they're, you know, active people in the party and, you
5    know, I just know -- you know, I just know them.
6    Q. And did you also --
7    A. Ed is a precinct chair as well near where I
8    lived.
9    Q. So with respect -- sticking with George
10   Hammerline for a minute -- did you often consult with
11   him when making decisions regarding legislation?
12   A. Virtually never. I mean, I've had very -- if
13   I talk to George twice a year, it'd be a lot.
14   Q. Did you --
15   A. Outside of a social thing or something.
16   Q. Outside of this e-mail --
17   A. Yes.
18   Q. Let me rephrase the question.
19       Did you have any conversations with George
20   Hammerline regarding SB 14?
21   A. You know, I might have, because he -- he
22   would hang around the Capitol, and he's kind of an
23   interested guy, and he may even -- he may even
24   have a -- I mean, I'm not exactly sure what George's
25   role was. But he would be at the Capitol and come in

---

**211**

1    the office and -- you know, kind of an activist guy.
2    Q. And when you say that your office "got a long
3    call," was that you, personally? Did you personally
4    speak with George Hammerline?
5    A. No.
6    Q. It was someone on your staff?
7    A. Yes.
8    Q. Do you know who?
9    A. I do not.
10   Q. And then with respect to Ed Johnson, what is
11   your relationship with Ed?
12   A. The same thing. I know Ed. You know, I see
13   him occasionally on social occasions, and he's a
14   precinct chair, so I see him at Republican gatherings
15   and -- and he would come to the Capitol, too.
16       I don't know if he represented the district
17   clerk's office, like, with a government relations
18   person. He and George may have done some of that.
19   You know, I just don't know their specific official
20   role.
21   Q. And did you frequently consult with him when
22   making decisions regarding legislation?
23   A. Not legislation, in general. But both -- Ed,
24   particularly, as I recall -- and I haven't talked to
25   him for -- at length, probably, since 2011 -- but I

---

**212**

1    think he has something to do with -- he's really
2    interested in the topic or -- and, so I think we
3    probably had a discussion or two about different
4    things. But I don't recall specifically. But I
5    wouldn't be surprised if we didn't have discussion.
6    Q. And you say in this sentence, right after you
7    say that "My office got a long call from Hammerline
8    and Ed Johnson," you say, "Paul, please call these
9    guys and ask them to relax and not make this an
10   issue."
11       What were -- what were they making an issue?
12   A. It all -- as I recall -- again, it all goes
13   back to this handicapped hanger, that it
14   just -- people just got up over the dashboard about
15   it, like, "Oh, my goodness, Dan's going to let 500,000
16   people just vote because they've got a handicapped
17   hanger." That's what I recall.
18       And they just didn't -- they hadn't -- which
19   often happens. They hadn't read it and didn't
20   understand what it meant.
21   Q. So were they upset at the idea of an
22   amendment that would allow more people to vote?
23   A. No, not more people. They're fine with
24   people voting who are registered and eligible to vote.
25       Their concern was, it could create a loophole

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

54 (Pages 213 to 216)

213

1  for people who might want to vote illegally, to vote
2  by just walking in and saying, "Here" -- you know,
3  "Here's my -- I'm handicapped, I don't have to have
4  photo ID."  That was their -- I think their concern.
5      Q.  I see.  So your understanding -- your
6  understanding is that their impression was that they
7  could simply vote by showing the little hanging
8  sticker --
9      A.  Yes.
10     Q.  -- in their car?
11     A.  Yes.  Yes.  That -- that's what -- all the
12 confusion from Catherine Englebredth.  That's what
13 they all thought.  And, obviously, they were all
14 supportive of the photo voter ID and they thought
15 this -- that my amendment, potentially -- you know, I
16 can't speak for their opinion, in their mind.
17     But my -- my impression is, they thought this
18 was undermining the bill by creating a -- that people
19 would start, you know, asking for a handicapped
20 hanger.
21     Q.  And so -- I think I asked you this question
22 with respect to the last e-mail.
23     But with respect to this e-mail, does this
24 reflect -- does this reflect your understanding of the
25 purpose behind the disability amendment that you

214

1  proposed?
2      A.  Yes, it does.
3      Q.  Okay.  And so you note here, in the second
4  paragraph, just as you did in the previous e-mail that
5  we looked at, that "77 counties in Texas do not have a
6  DPS office," right?
7      A.  Yes.  77 counties, or more, in Texas, don't
8  have a lot of things.
9      Q.  Okay.  But this -- but this is specifically
10 about --
11     A.  Yes.
12     Q.  -- the lack of DPS offices --
13     A.  Yes.
14     Q.  -- in particular counties?
15     A.  Yes.
16     Q.  Okay.  Great.  And then you further note that
17 a disabled person may not be able to get "a ride over
18 75 miles if they live in one of these counties to get
19 the photo ID" --
20     A.  Right.
21     Q.  -- right?
22     A.  Yeah.  This was a little "belt and
23 suspenders."  I wanted to be sure that people who had
24 disabilities had -- made sure they had the opportunity
25 to vote in person if they wanted to vote.

215

1      Q.  Right.  And one of your -- your points here,
2  is that "Therefore, a disabled person may" not "be
3  able to get a ride to their local precinct" -- or,
4  sorry, "Therefore, a disabled person may be able to
5  get a ride to their local precinct, but not a ride
6  over 75 miles if they live in one of these counties to
7  get the photo ID."
8      A.  Yes.
9      Q.  Okay.  And I believe that you testified
10 earlier that -- your testimony was that people get
11 rides all the time and that you didn't think it was
12 harder for people without cars to get an ID.
13     A.  If they were not disabled.
14     Q.  So if the person is -- so you think it's a
15 burden, if someone is disabled, to get a ride from
16 someone to a DPS, but it's --
17         MS. DONNELLY:  Objection.  Form.  Go
18 ahead.
19     Q.  (BY MS. CONLEY)  -- but it's not a burden if
20 someone needs to get a ride for any other reason from
21 someone to go to a DPS?
22     A.  You know, to some of these things you apply
23 your common sense and your knowledge.  And we -- and
24 reasonable people -- that's how we write legislation,
25 very often.

216

1      And you come to the conclusion, as I've said
2  earlier in my testimony, that if a person chooses to
3  live in rural -- in a rural area, they usually have
4  some means of getting somewhere; otherwise...
5      Well, and again, take the disabled community
6  to the side.  I'm talking about an able-bodied
7  community -- whether they're black, white, or brown,
8  poor, middle class, or wealthy -- they have -- if they
9  live in a rural area, they have some means of getting
10 somewhere.  They either have their own car or a family
11 member has a car or a friend has a car.
12     It is not logical, to me, that someone lives
13 in a remote area without any access to transportation
14 to get anywhere; otherwise, they would be very
15 isolated.
16     Q.  Do you think that some -- you mentioned
17 living in a rural area being a choice, right?
18     A.  It can be.
19     Q.  It can be.
20     A.  Not always, but it can be a choice.
21     Q.  But you would admit that it's not always a
22 choice?
23         MS. DONNELLY:  Objection.  Speculative.
24     A.  Yeah, I don't know why people choose to live
25 places.  But all of us choose to live in a state,

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

55 (Pages 217 to 220)

217

1    choose to live in a city, choose to live in a county,
2    choose to live wherever we live.  Sometimes it's by
3    where we work.  So I can't speak for everyone.  But
4    very often, people choose to live where they choose to
5    live.
6         Q.  (BY MS. CONLEY)  Would you agree that if you
7    are poor or live below the poverty line in a rural
8    area, that it may not necessarily be a choice to just
9    pack up and move?
10            MR. CLAY:  Objection.  Form.
11            MS. DONNELLY:  Objection.  Form.
12        A.  Yeah, I understand that in some cases it
13    might not be a choice.
14        Q.  (BY MS. CONLEY)  Okay.  So you also
15    state -- and let me find it -- in your Number 2 there,
16    in that same paragraph, it's the last sentence:  "It
17    could even be a burden in a suburban or urban area,
18    e.g. there is not a single DPS office inside the
19    Loop."  Is that --
20        A.  Yes.
21        Q.  Okay.  And by "inside the Loop," you mean
22    inside of the -- Interstate 610, correct?  The area of
23    Houston that's inside of Interstate 610; is that
24    right?
25        A.  Yes.  And I believe that's correct.  I may be

218

1    incorrect, and we may have opened one since then, but
2    I -- at the time, I believe that was correct.
3         Q.  But at this time there were no DPS locations
4    in the Loop?
5         A.  I believe it.
6         Q.  Okay.  So is it fair to say that at this time
7    in your view, the lack of DPS offices in some counties
8    and the lack of DPS offices inside the Loop would
9    impose an undue burden on disabled individuals who
10    needed to travel longer distances to obtain a photo
11    ID?
12            MR. CLAY:  Objection.  Form.
13            MS. DONNELLY:  Join it.
14        A.  I think the document speaks for itself.  I
15    think the document's pretty clear.
16        Q.  (BY MS. CONLEY)  At the time you wrote this
17    e-mail, it was your view that the lack of DPS offices
18    inside the Loop could pose a burden -- an undue burden
19    on disabled individuals --
20            MS. DONNELLY:  Objection.
21        Q.  (BY MS. CONLEY)  -- right?
22            MS. DONNELLY:  Objection.  Form.
23            Go ahead.
24        A.  It could impose a burden on people who have a
25    significant disability who otherwise, in my view, are

219

1    people who kind of try to live independently.  There
2    are a lot of disabled people who try to live on their
3    own.
4         Q.  (BY MS. CONLEY)  So it seems -- it seems to
5    me, based on everything that we've discussed today and
6    then looking at these e-mails, that you greatly
7    consider the burden that disabled individuals may face
8    in trying to obtain a photo ID; is that accurate?
9         A.  Please repeat the question.
10            MS. CONLEY:  Could you read that back?
11            THE REPORTER:  "So it seems -- it seems
12    to me based on everything that we've discussed today
13    and then looking at these e-mails, that you greatly
14    consider the burden that disabled individuals may face
15    in trying to obtain a photo ID; is that accurate?"
16        A.  Well, no, if the -- if the word "greatly
17    considered."  But obviously, I considered it.
18        Q.  (BY MS. CONLEY)  And you were persuaded that
19    certain individuals, specifically disabled
20    individuals, could face burdens in obtaining a photo
21    ID, and that was a problem that you wanted to remedy;
22    is that -- is that right?
23        A.  I think that my testimony and my documents
24    and the amendment speak for themselves.
25        Q.  And so did you consider the burden of

220

1    obtaining a photo ID that would fall on any groups
2    other than the disabled?
3         A.  No, because I didn't see it as a great burden
4    for a great number of people or a burden for a
5    significant number of people.  As I've testified
6    before, and I don't mind repeating:  We live in a
7    society where many people are required to have a photo
8    ID for -- for a variety of things.
9            I mean, you know, the federal government, for
10    example, has decided you have to have a legal photo ID
11    to get on an airplane; even people who live in remote
12    rural areas, even people who are poor, even -- you
13    know, people who fall into all categories, actually
14    including people with disabilities.
15            So I did not see it as an undue burden for
16    able-bodied people, regardless of their economic
17    status.
18        Q.  Would you agree that many poor people don't
19    ever get on an airplane?
20            MS. DONNELLY:  Objection.  Form.
21        A.  I have no idea about that.
22        Q.  (BY MS. CONLEY)  Would you agree that there
23    are forms of identification that you can use to get on
24    an airplane that you could not use to vote under
25    SB 14?

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

56 (Pages 221 to 224)

221

1          A.  I don't know what TSA today requires, in
2    terms of -- I mean, I don't know how they match up
3    with ours.  I don't know what you can use for an ID.
4          Q.  Okay.  But is it your testimony, sitting
5    here, that you think that the only forms of ID that
6    can be used to get on an airplane are the same forms
7    of ID that are required under SB 14?
8              MS. DONNELLY:  Objection.
9          A.  Yeah, I didn't say that.  I was just giving
10   you the example that the federal government doesn't
11   let you get on an airplane without a form of ID that
12   they consider appropriate.
13         Q.  (BY MS. CONLEY)  That's right.  And if I -- I
14   guess my question to you is:  Hypothetically, if you
15   could get on an airplane with 40 different forms of
16   photo ID, yet SB 14 only allows 7, is that a fair
17   comparison that you're drawing?
18             MS. DONNELLY:  Objection.  The
19   question's confusing, compound --
20             MS. CONLEY:  Well, wait.
21             MS. DONNELLY:  Can you break it down?
22             MS. CONLEY:  Just -- just for the
23   record, I don't mind an objection; but a speaking
24   objection, trying to get the witness to, you know,
25   say, "Yes, it's confusing," I think that's improper.

222

1          Q.  (BY MS. CONLEY)  If you didn't understand my
2    question, I'm happy to rephrase it, to have the court
3    reporter read it back, but let's try and not do the
4    speaking objections.
5              MS. DONNELLY:  Do you understand the
6    question?
7          A.  It would be helpful if you broke it down.
8              MS. CONLEY:  Okay.  Can you read it back
9    for me?  Because now I've forgotten it.  I'm happy to
10   rephrase it, but I need to know what it was.  Thank
11   you.
12             THE REPORTER:  "That's right.  And if
13   I -- I guess my question to you is:  Hypothetically,
14   if you could get on an airplane with 40 different
15   forms of photo ID, yet SB 14 only allows 7, is that a
16   fair comparison that you're drawing?"
17             MS. DONNELLY:  Objection.  Form.
18             You can answer if you can.
19         A.  I don't particularly like answering
20   hypotheticals.  You've asked me the question.  I don't
21   think they compare.  I don't think they compare.
22         Q.  (BY MS. CONLEY)  Well, I'll tell you this:
23   For example, I can use a student ID to get on an
24   airplane, but I can't use a student ID if I'm a Texas
25   resident trying to vote in a Texas election.  Is that

223

1    your understanding?
2          A.  You -- if that's what the TSA rules are,
3    that's your knowledge, that's not my knowledge.
4          Q.  So I want to go back to something that you
5    said in response to my question a few questions ago,
6    and I believe it was your testimony that you didn't
7    think -- other than the disabled population, that you
8    didn't that there were burdens that were imposed on
9    other groups of people; is that right?
10         A.  Correct.
11         Q.  And so does that mean that you actually
12   considered other groups of people, and then said after
13   that consideration, "I don't think that these groups
14   of people are particularly burdened by this law"?
15         A.  If you look at what the bill said, and my
16   vote for the bill, you could reach that conclusion.
17         Q.  But I guess I'm asking you what you did.
18   Because your testimony was that you thought about
19   other groups of people and thought that the law didn't
20   burden them.
21             And so my question is:  In the process of
22   drafting and considering the bill, did you actually go
23   through groups of people and say, "No, I don't think
24   the law burdens this group of people"?
25             MS. DONNELLY:  Objection.  He didn't

224

1    draft it.
2              But go ahead.
3          A.  I'm sure I went through that mental process
4    because I'm a fair-minded person and I try to do the
5    right thing on behalf of all people, and walked
6    through that exercise and made that conclusion.
7          Q.  (BY MS. CONLEY)  Did you -- the exercise that
8    you performed in your mind, did that exercise ever
9    pertain to low-income people in Texas?
10         A.  It would have pertained to everyone in Texas.
11         Q.  So in considering SB 14, you considered the
12   burden or potential burden on low-income voters living
13   in one of the 77 counties without a DPS?
14         A.  I considered.  And you're using the word
15   "burden," so I choose not to use that word.
16         Q.  Or lack thereof?
17         A.  Or lack thereof.  I asked myself, is this a
18   reasonable request to protect the integrity of the
19   ballot box by able-bodied people living across Texas,
20   and the conclusion was obviously yes.
21         Q.  And that conclusion was regardless of whether
22   or not those able-bodied individuals were living below
23   the poverty line?
24         A.  We have -- yes.  We have -- based on your
25   data of the percentage of people who earn below 35,000

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

57 (Pages 225 to 228)

225

1    a year, based on the number of people who vote, a
2    minority community, as was established earlier,
3    that -- by your counsel -- that vote for Democrats, it
4    would be very, I think, safe to say that hundreds of
5    thousands of poor voters vote.  So I did not see -- so
6    I considered everyone.  I didn't consider this to be
7    an obstacle or an unreasonable request.
8        Q.  Did you or any of your staff ever conduct any
9    analysis as to whether or not SB 14 would have an
10   impact on low-income voters?
11           MS. DONNELLY:  Asked and answered.
12        You can answer again.
13        A.  Yeah, I think I've already answered that.  I
14   think I've had eight or nine questions on that earlier
15   today.
16        Q.  (BY MS. CONLEY)  I'm sorry.
17        A.  That's okay.
18           Not to my knowledge.
19        Q.  Not to your knowledge?
20        A.  I don't recall.
21        Q.  And you don't --
22        A.  I don't think we did.
23        Q.  And you don't recall whether any of your
24   colleagues in the Senate performed such an analysis?
25        A.  Yeah, I don't recall.

226

1        Q.  Do you know whether anyone considered DPS
2    locations when drafting or considering or debating
3    SB 14?
4        A.  I don't know.
5        Q.  Did you or anyone on your staff consider
6    whether -- or consider how long it would take for
7    someone without a driver's license to get to a DPS
8    location?
9        A.  I don't recall.
10       Q.  You don't recall.  Well, I believe you
11   testified earlier that the majority of people in your
12   district couldn't get to a DPS by public transit; is
13   that right?
14       A.  To my -- that would be a best guesstimate,
15   based on my knowledge of the fact that we don't have
16   public transportation in much of my district.
17       Q.  And was that a consideration at all when you
18   were considering SB 14?
19       A.  Only in the context of, based on my answer
20   before, that I believe -- as I stated earlier today,
21   hours ago -- that people who live in my
22   district -- and it's not a poor district, but it's not
23   a super-wealthy district.  It's an average,
24   middle-class district.
25           I do think that most of the people who live

227

1    in my district, unincorporated Harris County, do
2    choose to live there for a variety of reasons --
3    school districts, less traffic.  Although, there is a
4    lot of traffic.  And so I don't think people move to
5    the suburbs without a way to get to the grocery store.
6           So I didn't think it was an undue burden, or
7    any burden, on anyone living in an area that doesn't
8    have public transportation and might be 10 miles or 12
9    miles from a DPS, to be able to get transportation to
10   go there.
11          Again, I just don't buy into the concept that
12   people who live in the suburbs, or even in somewhat
13   rural Texas, move into a place and say goodbye to
14   everyone after the moving truck leaves and never plan
15   to go out anywhere even if they don't own a car.  I
16   just -- so that's my response.
17       Q.  And that's your -- this is your personal
18   consideration and --
19       A.  That's my personal consideration --
20       Q.  -- judgment, correct?
21       A.  -- judgment, correct.
22       Q.  And it's not based on any sort of analysis
23   that you or anyone in the Senate conducted in
24   considering SB 14; is that right?
25       A.  I can't speak for other people.  But for me,

228

1    I just kind of logically walked through the steps of
2    wherever someone might live in Texas, if they were
3    able-bodied, whether they were poor, middle class,
4    or -- or otherwise, and I came to that conclusion.
5           And as I also testified earlier:  Three years
6    after the bill has been passed, and multiple
7    elections, there's just no evidence -- and I know this
8    is all about evidence -- I don't think there's any
9    evidence, any significant evidence, of any large
10   number of people -- or anyone at all -- who has said
11   this is an issue.  We just haven't heard it.
12          And so I think the process that at least I
13   went through, and the decision that I made, turned out
14   to be proven to be correct.
15          And, again, as I said earlier, I haven't had
16   a -- and we have Democrats from the inner city and
17   rural areas all over the state.  I work very well with
18   them.  They work very well with me.  I've not had one
19   come to me and say, "Dan, we need to fix this."
20          And I'm not aware of any legislation to
21   address any of these issues that you bring up; which,
22   I respect you bring them up, but I just don't think
23   there's any -- there's just nothing here that you can
24   point to.  So I believe we were good.  I think we were
25   right.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

229

1    Q.  But, Senator, you're basing that on the
2   notion that no one's approached you personally and has
3   said "This is a problem for me"; is that right?
4        A.  I base that on no one's approached me,
5   personally, that I can recall; that no Democrat
6   senator or House member has approached me, that I
7   haven't read any media reports.
8             I just -- I just haven't -- I'm just not
9   aware of anything of significance.  You can always
10  have an outlier somewhere.  Again, I do remember there
11  was a story, some person complaining because -- that
12  she left it at home.
13       Q.  And for you, the D.C. District Court's
14  opinion in this Section 5 litigation in which they
15  found that there was a significant burden on poor
16  people, who were disproportionately people of color,
17  that doesn't count?
18            MR. CLAY:  Objection.  Form.
19            MS. DONNELLY:  Objection.
20  Argumentative.
21            MR. CLAY:  Foundation, too.
22       A.  And this was asked and answered before.  And
23  my answer, I think, was, I'm more concerned about what
24  the people of Texas say and what my colleagues on the
25  other side of the aisle say, than I am the D.C. court.

230

1        Q.  (BY MS. CONLEY)  So --
2        A.  Obviously, I respect their -- their opinion,
3   but -- but it doesn't impact my thinking.
4        Q.  Okay.  So, Senator, what was the purpose of
5   the provision that was added to SB 14 to provide for
6   an EIC, the electronic identification certificate?
7        A.  You're going to have to refresh my memory of
8   what that's all about.
9        Q.  First, do you know what the EIC is?
10       A.  No, I don't recall right now.
11       Q.  I can represent to you, just so that we can
12  save time and not have to go back to the bill --
13       A.  Sure.
14       Q.  -- but the EIC, the electronic identification
15  certificate -- or sorry.  Sorry.  That's the problem.
16  That's why you don't understand what I'm saying, I'm
17  saying the wrong thing.
18            Election identification certificate.
19       A.  Okay.  I'm still not -- you'll have to
20  refresh my memory on that.
21       Q.  It's the purportedly free ID.
22       A.  Okay.  That you get from DPS.
23       Q.  That you can get from DPS.
24       A.  That's what it's called.  Okay.
25       Q.  Yes, the EIC.

231

1        A.  I didn't remember that.
2        Q.  Very sorry.
3        A.  Okay.  No, that's fine.
4             MS. CONLEY:  Thank you, Anna, very much,
5   for clearing up the record there.
6        Q.  (BY MS. CONLEY)  And so you know what that is?
7        A.  Now that you remind me, yes.
8        Q.  Okay.  And so do you know whether during the
9   consideration of SB 14 there was any analysis done
10  regarding the cost that a registered voter would incur
11  to obtain an EIC?
12       A.  I don't.  I don't recall.  And -- well, I
13  shouldn't be asking you questions.
14            You're saying, we added that to the bill?
15       Q.  The EIC -- what I'm saying is that the EIC is
16  a part -- it's a part of SB 14.
17       A.  It's part of the bill.
18       Q.  Yes.
19       A.  Okay.  Yes.
20       Q.  But you don't recall any analysis being done
21  as to the cost that someone may incur in order to
22  obtain --
23       A.  Since I --
24       Q.  -- that ID?
25       A.  -- didn't recall the EIC, I don't recall the

232

1   details.
2        Q.  Okay.  So just to go back:  You've recognized
3   that there's at least some segment of the population
4   that could face undue burdens in obtaining even a free
5   photo ID, correct?
6             MR. CLAY:  Objection.
7             MS. DONNELLY:  Objection.  Form.
8   Mischaracterizes testimony.
9        A.  Yeah, you're characterizing that.
10            I want to go back and -- and respectfully
11  answer this for the multiple -- you know, I don't know
12  how many times.
13            I simply thought it was the right thing to
14  do -- to give people with significant disabilities an
15  opportunity to vote without a photo ID, if they could
16  get a letter from the doctor -- based on my life
17  experiences of working with disabled, based on the
18  Indiana bill, and based on I thought it was the right
19  thing to do.  It has no reflection on anything else or
20  any other subgroup of people.
21       Q.  (BY MS. CONLEY)  Do you think it would be the
22  right thing to do for a poor person without
23  transportation who didn't live close to a DPS?
24            MS. DONNELLY:  Objection.  Form.
25       A.  And I've answered this before, that I believe

### 233

1   that able-bodied people have an opportunity, even if
2   they're poor, to -- and they don't own a car, that
3   someone can take them to get their free ID; for the
4   few people, the small percentage of people, who may
5   not have any form of ID, whether it be a driver's
6   license, passport, military, or CHL, or the other
7   ones.
8        Q.   (BY MS. CONLEY)  But, Senator, I --
9             MS. DONNELLY:  He needs to finish his
10  answer.
11       Q.   (BY MS. CONLEY)  Did you finish?
12       A.   I'm finished.
13       Q.   Okay.  But -- I understand what you're
14  saying, and what you said.
15            However, was that even with respect to
16  low-income people, that they had an opportunity?
17       A.   Right.
18       Q.   And my question for you is:  Whether or not
19  they have an opportunity is sort of a different
20  question as to whether or not it poses a burden.
21            Wouldn't you agree that those are two
22  different questions?
23       A.   Not necessarily.  I -- if you have the
24  opportunity to get a free ID, as you've just phrased
25  it, then it's not a burden.

### 234

1        Q.   If you have a -- so it's your testimony,
2   sitting here today, that if you have an opportunity to
3   get a free ID it's not a burden?
4        A.   My testimony is:  I believe every able-bodied
5   person, regardless of their income level, can acquire
6   a free ID if they don't have one already.
7        Q.   Would you say that it would be easier for a
8   person who has a car and who lives close to a DPS to
9   go obtain a photo ID than someone who does not have a
10  car and who does not live close to a DPS?
11            MS. DONNELLY:  Form.
12       A.   Is it easier for someone who has a car to go
13  to the grocery store or the mall than it is for
14  someone who doesn't have a car to go to the grocery
15  store or the mall?  I -- I don't think it's any more
16  difficult for a person.  Maybe they can't do it the
17  precise day and precise time that they'd like to go to
18  the store or go to DPS.
19            But I believe, again, that you're greatly
20  underestimating the wherewithal and the ability of
21  even poor people to find a means of transportation to
22  get to where they need to go if they want to go.
23       Q.   (BY MS. CONLEY)  Senator, I actually don't
24  think that I am, but let me ask just my question
25  here --

### 235

1        A.   Sure.
2        Q.   -- which is:  I believe what I'm hearing you
3   say is that there's no difference between a person who
4   has a car and lives close to a DPS and any burdens
5   that they would experience in going to get the photo
6   ID; from a person who doesn't have a car, who does not
7   live near a DPS, and them going to get a photo ID.
8            What you're saying is those two people are
9   equal; is that right?
10            MS. DONNELLY:  Objection.  Form.
11  Argumentative.
12       Q.   (BY MS. CONLEY)  I just want to understand.
13       A.   I think you're mischaracterizing my comments.
14            First of all, if you have a car and you can
15  go to the DPS to get a free ID, you don't need to go
16  to the DPS to get a free ID because you have a
17  driver's license; so, obviously, there could be a
18  difference.
19            If a poor person -- not poor.  A person
20  without a car, then maybe they don't have it, so there
21  could be that difference.  Maybe they don't have a
22  driver's license.
23            You can ask me all day long and we can take
24  all full seven hours, plus stoppage time.
25            My belief is, if you're an able-bodied

### 236

1   person, regardless of your income status, if you have
2   a desire and you need to because you don't have any
3   other ID, that you can get
4   a -- that it is not a burden to help shore up the
5   integrity of our ballot box, which is what our country
6   is based upon, the integrity of a ballot box, for all
7   of us, regardless of party.  I believe it is not a
8   burden to ask an able-bodied person to do so.
9        Q.   And that's based on your own personal
10  judgment and not anything else; is that right?
11            MS. DONNELLY:  Objection.  Form.
12       A.   It's based on -- well, I voted for the bill,
13  so there you go.
14            (Discussion off the record.)
15       Q.   (BY MS. CONLEY)  So as we discussed in
16  corresponding with Mr. Bettencourt in this e-mail, you
17  specifically mention that there are no DPS locations
18  in the Loop, right?
19       A.   I believe that that was correct at the time.
20  I may have been incorrect.  But I believe if I wrote
21  that, I assume that was correct.
22       Q.   Okay.  Did you conduct any analysis of the
23  racial demographic of the voters who live in the Loop?
24       A.   No.
25       Q.   Did you conduct a -- any analysis of the

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

237

1    racial demographic of voters who work in the Loop?
2        A.  No.
3        Q.  Are you aware what hours DPS locations in
4    Texas are open?
5        A.  No.
6        Q.  No?
7        A.  No.
8        Q.  Is that something that you considered when
9    evaluating SB 14?
10       A.  I don't recall.
11       Q.  Do you think it would impose a burden on an
12   individual who works business hours if a DPS location
13   is only open during business hours?
14       A.  It obviously doesn't place a burden on people
15   to go get a driver's license during the hours that DPS
16   is open.  Otherwise, if it did, we would hear enough
17   public complaint and there would be some response to
18   it.  But people find a way, even though they work, to
19   obviously go to DPS for whatever reason they may have
20   to have, registration or license.  So it's not a
21   consideration, as I recall.
22          MS. CONLEY:  All right.  We can take a
23   quick break.
24          (Break.)
25       Q.  (BY MS. CONLEY)  If you would just take a look

238

1    at the same document we've been looking at, the 258
2    e-mail from you to Paul Bettencourt.
3        A.  All right.
4        Q.  And on the first page, in that third
5    paragraph, you say:  "For a disabled person to get an
6    exemption from voting in person without a photo they
7    must send in a letter from a doctor to the voting
8    registrar and sign, subject to perjury, that they are
9    disabled.  No large groups are going to try to take
10   advantage of this exemption."
11       A.  Right.
12       Q.  What did you mean by that last sentence?
13       A.  Pretty much what it said, that if there
14   were -- if there -- if there was any group attempting
15   to have people vote illegal, if there -- if there was,
16   this would not be a loophole for them to use.  I think
17   that's what I meant by it, probably.
18       Q.  So when you said "No large groups are going
19   to try to take advantage of this exemption" --
20       A.  Right.
21       Q.  -- were you -- were you pointing to that as a
22   selling point?
23       A.  No, not necessarily.  I was just -- I was
24   just -- just -- it was really a reflection of this
25   idea that 500,000 people had placards; and that if

239

1    someone wanted to circumvent the law, that my
2    amendment was not going to allow people to go out
3    there and get 100,000 placards and give them to people
4    so they didn't have to take a photo.  I think that's
5    what I was suggesting.
6        Q.  So even under your amendment, there would be
7    people who were disabled who still might not be able
8    to vote?
9        A.  No.
10       Q.  When you say "No large groups are going to
11   try to take advantage of this exemption," you're
12   saying that not a large group of disabled people are
13   going to use that exemption --
14          MS. DONNELLY:  Objection.
15   Mischaracterizes testimony.
16       Q.  (BY MS. CONLEY) -- correct?
17       A.  No, I don't think that's -- I don't think you
18   understood me, or I'm not understanding you.
19       Q.  (BY MS. CONLEY)  Okay.  We can move on.
20   In your last paragraph of the e-mail on page
21   2, the last sentence is:  "Let's not sacrifice a very
22   good bill for perfect-especially if perfect for some
23   gets us thrown out by the courts."
24          And what did you -- what did you mean by this?
25       A.  This is commonplace for a Republican or a

240

1    Democrat officeholder that very often Democrats will
2    have constituents who don't think their bill is
3    perfect in their view.  So, heaven forbid, don't --
4    don't let the Republicans pull this one over on you.
5        And -- and Republicans, we have constituents
6    who will often call up and say, "Don't let the
7    Democrats pull this over on you; you need to do this,
8    this, this, and this."  It happens on a lot of
9    legislation for all of us, in both parties.
10       And so my point was, that there were people,
11   apparently, who were contacting my office and all
12   upset about we shouldn't have this amendment or
13   placards, or whatever.
14       And that was my point:  Look, this is a good
15   amendment, it was part of the Indiana bill, the courts
16   upheld the Indiana bill, let's not sacrifice this
17   important legislation because a -- you know, a handful
18   of people don't think it's perfect.
19       Q.  Okay.  But not because you didn't think it
20   was perfect?
21          MS. DONNELLY:  Object to the form of the
22   question.
23       A.  Give me a question.
24       Q.  (BY MS. CONLEY)  Let me rephrase that.  What I
25   guess I want to know:  For you, were you saying here

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

241

1    that the bill would have been perfect if it didn't
2    include the disability amendment?
3        A.   No.  No, I don't -- no.  What I -- what I
4    was -- what I was attempting to say -- maybe I didn't
5    say it artfully.  I thought it was a very good bill.
6        But if we try to please every person in our
7    constituency on every piece of legislation so that
8    the -- in the eye of the beholder, that person gets
9    the perfect bill, then we will never pass anything.
10       And the Democrats have the same problems on
11   their side.  That's why Washington is in gridlock and
12   why sometimes Austin's in gridlock.
13       Q.   And you referred to -- again, in your last
14   answer, the Indiana law?
15       A.   Yeah.
16       Q.   And I think on the first page of this e-mail,
17   you say:  "Our bill is similar to the Indiana law that
18   was approved by the courts."
19       And so are you familiar with the photo ID law
20   in Indiana?
21       A.   You know, I'm not today.  I'm -- I'm -- I
22   obviously was at some level in the past.
23       Q.   So at the time you wrote this e-mail you were
24   familiar with the photo ID law in Indiana?
25       A.   Apparently, at some level.

242

1        Q.   And did you think that it was important that
2    SB 14 be similar to the photo ID law in Indiana?
3        A.   Well, when we write legislation, particularly
4    on issues that we know are going to be litigated --
5    and there's always a group of bills you know are going
6    to be -- more than likely to be litigated; we surely
7    knew this one probably would be -- that you do look at
8    what other states do.
9        And whether -- again, whether it's Democrat
10   legislation or -- it's not a partisan thing.  You look
11   at what other states do and see what survived the
12   courts, you know, and -- and so you use that.  At
13   least I do, personally.
14       Whether I'm voting for a bill or supporting a
15   bill or crafting a bill, you know, I do look at what
16   other states have done and what the courts have said
17   at some level to give me some level of confidence; if
18   I do this, you know, it should -- it should pass
19   muster; and if I do this, I'm going to put all this
20   work in and it could likely be thrown out.
21       Because, none of us want to put -- you know,
22   to pass a bill -- forget the session.  You're working
23   on it months and sometimes years in advance.  You
24   don't want to pass a bill only to go to the courts and
25   have it thrown out.

243

1        Q.   So are you familiar with the valid forms of
2    identification under the Indiana photo ID law?
3        A.   I'm not.
4        Q.   At the time that you wrote this e-mail, were
5    you familiar with the valid forms of identification
6    under the Indiana photo ID law?
7        A.   I may or may not have been.  I don't recall.
8        Q.   Well, would it surprise you that student IDs
9    from public universities and colleges are valid under
10   Indiana's photo ID law?
11       A.   If that's what it -- I don't know if it would
12   surprise me or not.  If that's what the Indiana law
13   is, then it is just different.
14       And while we may try and style our bills,
15   whatever subject it may be on, it doesn't mean we --
16   we copy exactly what another state does.  And very --
17   you know, very often, people copy what we do in Texas
18   and they may not copy it exactly.  So if that's their
19   law, that's their law.
20       Q.   So, but you did use -- you testified earlier
21   that you did use the Indiana law as a model, of sorts,
22   which is what gave you the idea for the disability
23   amendment, right?
24       MS. DONNELLY:  Objection.  Form.
25       A.   I'm not suggesting that I used it, because I

244

1    didn't write the bill.  But I think, in general -- and
2    I can't speak for the true author of the bill, Senator
3    Fraser.  But I do believe, in general, maybe
4    there -- maybe there was discussion on the Senate
5    floor -- I mean, I just don't know -- that there was a
6    sense of, this bill is crafted similar to the Indiana
7    bill, is all I -- that's all I kind of recall.
8        Q.   (BY MS. CONLEY)  Were you aware that any photo
9    ID issued by the United States government is valid
10   under Indiana's photo ID law?
11       A.   You know, I -- I'm trying to be polite.  I
12   have no knowledge of the Indiana, so we can save time
13   if you want.
14       Q.   That was my question.
15       A.   Okay.
16       Q.   So thank you.
17       A.   Okay.
18       Q.   Finally, and I promise we can put this e-mail
19   to rest --
20       A.   Okay.  I'm good.
21       Q.   -- we can put this e-mail to rest after this
22   last question.
23       A.   I'm fine.
24       Q.   You -- at the very end, the second to the
25   last sentence, you note that this -- "Let's celebrate

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

62 (Pages 245 to 248)

---

245

1    a big victory one of the best photo voter ID bills in
2    the country..."
3              And I'm just curious, what did you -- what
4    did you mean by that?
5         A.  Well, we had -- I think an original bill had
6    been attempted in 2007.  We tried it in 2009, 2011.
7    It was important to our constituents.  It was
8    important to all Texans.  It was important to
9    everyone.
10             And so anytime you work years on something
11   and you feel like you've accomplished it and -- so
12   it's just, you know, let's celebrate a victory and
13   let's -- you know, let's move on and let's not
14   complain, because it wasn't perfect in the eyes
15   of some.
16        Q.  But what makes it one of the -- you noted
17   that it was one of the best in the country.  What do
18   you think made it one of the best photo ID bills in
19   the country?
20        A.  Well, I've worked on a lot of legislation
21   where it's taken me two or three -- I've only been
22   there four sessions, but it's taken me two or three
23   sessions to pass a bill.  And usually, over time, the
24   bills get better because over time you just get
25   more -- very often, more knowledge, more input, more

---

246

1    buy-in from people.
2              And -- and so, you know, I think by the time
3    we got to 2011, based on, again, this -- I don't
4    remember all the details of Indiana, but maybe there
5    had been some court cases that had been resolved or
6    addressed from '07 to '11.  I don't remember.  But I
7    just -- I think by then we probably had a better bill
8    than we had before, and that happens -- happens often.
9              And, you know, just because all the
10   Democrats -- we talked about voting along party lines
11   earlier.  Just because all the Democrats voted against
12   it doesn't mean that -- you know, they may
13   have -- they may have thought that this bill's a
14   little bit better bill than before; because they've
15   worked, obviously, to try to improve it or amend it or
16   work with me.  So I just think it was probably
17   a -- obviously they voted against it, but -- but --
18        Q.  And did you think it was better than other
19   photo ID bills in the country because it was more
20   restrictive?
21        A.  No.  I just -- no.  I just thought it was
22   a -- I thought it was a -- it was a well thought-out
23   bill at the end of the day -- and -- and I didn't think
24   it was -- I didn't think it was undue burden, as I've
25   said many times.

---

247

1              And I think we were thoughtful in the
2    deliberation of it and -- and I actually thought, and
3    I -- and I seem to recall Democrats saying at the time
4    that we had a very respectful 24- or 26-hour debate on
5    the floor.  There was no acrimony.  There was no -- it
6    was -- it was a very healthy, good discussion of the
7    issue and so that's, you know, what -- how I felt
8    about it.
9         Q.  So moving on very briefly to -- you and
10   Ms. Baldwin looked at some of the amendments, and I
11   believe that was Exhibit 5, the Senate Journal, and --
12        A.  That's it.
13        Q.  -- do you recall that an amendment was
14   offered that would have permitted the use of student
15   IDs containing a person's photograph as a permissible
16   ID for purposes of voting?
17        A.  I think we covered that earlier.  Didn't we?
18        Q.  I'm not sure that we did.
19        A.  Okay.  Well, then I don't know then.  Maybe
20   we've just been talking about it.
21        Q.  Yeah.  Maybe take a look at page 123.  It's
22   Amendment 19.
23        A.  All right.
24        Q.  Does that refresh your recollection?
25        A.  Amendment -- which one was it?

---

248

1         Q.  19.
2         A.  You said page 119, but what page --
3         Q.  I said page 123.
4         A.  I'm sorry.
5         Q.  Sorry.  Amendment 119.
6         A.  My mistake.  Okay.
7         Q.  How did you vote on this amendment?
8         A.  Against it.
9         Q.  Okay.  And why?
10        A.  I think that the belief was that this does
11   not meet the criteria of a document issued by the
12   state that would be something that would be as
13   foolproof as a driver's license or CHL or a military
14   document or passport.
15             We have -- I think we have 36 public
16   universities in the state, countless private
17   universities, countless community colleges.  And when
18   you go to vote, it would have been -- it could have
19   been very confusing for the election judge or the
20   person working -- the poll workers, to have a plethora
21   of all these IDs.  It's pretty clear now, it's --
22   people can identify all these other ones.
23        Q.  And, Senator, military IDs are a form of IDs
24   that are permissible under SB 14, right?
25        A.  Correct.

---

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

249

1      Q.  Do you know how many different forms of
2  military ID there are?
3      A.  I don't.
4      Q.  Do you know that there are several forms of
5  military IDs?
6      A.  Well, I know there's several branches of the
7  service and --
8      Q.  Right.
9      A.  But they're also government issued.  I think
10 there was also a belief that a student ID could be --
11 again, you could come up with a student ID.  It
12 doesn't mean you live in the state.  And there was
13 some concern of, could someone -- and maybe even
14 innocently, students voting incorrectly, so...
15     Q.  And you could vote with a passport, but that
16 also doesn't show that you're a resident of the state,
17 correct?
18     A.  But a passport is a government-issued
19 document.  And a student -- you could argue a state
20 university is a government-related agency.
21         We just made the decision that we didn't
22 think that that was a document that -- that helped
23 ensure the integrity of the ballot box.  And we also
24 believe that -- not all, of course -- but the vast
25 majority of students in college have a driver's

250

1  license.  Not all, but the vast majority.
2      Q.  So to that point, were there any studies
3  conducted on the number of students that had a
4  driver's license?
5      A.  There may have been or not.  I don't know.
6      Q.  So was -- was the -- was the number of Texas
7  students that had driver's licenses actually something
8  you considered while considering this amendment?
9      A.  It was something that -- you know, that
10 occurred to me, that not all students would have a
11 driver's -- not all students would have a car.  But
12 the vast majority -- not all -- but the vast majority
13 of college students over the age of 18 likely had a
14 driver's license.
15     Q.  I guess my question for you is:  Where are
16 you getting that information?  Is that just based on a
17 general intuition?
18     A.  Yeah.  I don't -- I don't -- there may have
19 or may not have been.  I don't know if there was any
20 research on that.  But if you were to ask me today --
21 if you were to go out on the street and ask a thousand
22 people, "Do you think the average student in college
23 over the age of 18 has a driver's license?", I think
24 most people would say, "Yeah, probably so."  It
25 doesn't mean all of them did.  But if they didn't,

251

1  they are able-bodied people and they can go to DPS and
2  get a free -- a free ID.
3      Q.  But you don't know now, and you didn't know
4  then, the exact percentage of Texas students that
5  lacked a driver's license; is that right?
6      A.  That is correct.
7      Q.  Okay.  And you mentioned that you and your
8  colleagues made the decision not to include student
9  IDs, you know, in furtherance of protecting the
10 integrity of the ballot box; is that right?
11     A.  Uh-huh.
12     Q.  Okay.  So at the time that SB 14 was being
13 considered, were you aware of any facts or evidence
14 that suggested that student IDs had been used for
15 voting fraud in Texas?
16     A.  I don't recall.  We had -- we had a lot of
17 testimony, and I don't recall the various testimony on
18 the various bills.
19     Q.  And do you recall whether there was any facts
20 or evidence presented that suggested that student IDs
21 had been used for voting fraud anywhere?
22     A.  I don't recall.
23     Q.  Sitting here today, are you aware of voter
24 fraud committed anywhere with student IDs?
25     A.  I'm not aware today.

252

1      Q.  Prior to the enactment of SB 14, did you or
2  any of your staff conduct any analysis on how many
3  registered voters have used student IDs to vote in
4  previous elections?
5      A.  No, not that I'm aware of.  Not that I
6  recall.
7      Q.  Did you or any of your staff perform any
8  analysis on the effect of excluding student IDs on
9  student voter turnout?
10     A.  No.
11     Q.  Do you recall any discussion about that at
12 all, whether it would decrease student voter turnout?
13     A.  I don't recall much -- as I testified earlier
14 today, I don't recall much of the discussions on, you
15 know, this bill.
16     Q.  Are you aware of the racial makeup of the
17 student population in Texas?
18     A.  Not specifically.
19     Q.  Sorry.  College and university student
20 population in Texas?
21     A.  Not specifically.  You know, I believe it's a
22 majority Anglo, but...
23     Q.  And did you or any of your staff conduct any
24 analysis on the effect of excluding student IDs on
25 registered student voters at historically black

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

64 (Pages 253 to 256)

253

1    colleges and universities in Texas?
2         A.  No.
3         Q.  Any studies on how many students at
4    historically black colleges and universities may lack
5    driver's licenses?
6         A.  No, not that I recall.  And, again, I -- I
7    want to go back to something I've said throughout the
8    day:  We are the canary in the cave, if you know what
9    that analogy means?  We're the first to get the
10   complaints.  I don't know of any college students --
11   it doesn't mean they haven't -- that have contacted me
12   complaining they were not able to vote.
13        Q.  Well, I'll represent to you that we represent
14   a college student, so there's that.  She's a plaintiff
15   in this lawsuit.
16        A.  I understand that, but --
17        Q.  I understand that -- I understand that your
18   testimony is that no one has contacted you personally.
19        A.  Right.  And we have not quite a million
20   students in the state.  And if one person had a
21   complaint, I mean, that's -- that would be a small
22   percentage of people.  It doesn't mean she's -- you
23   know, that she or he doesn't have a right to file a
24   complaint.  I'm just saying I'm not aware of it.
25   There hasn't been any outpouring of students saying,

254

1    "My goodness, I couldn't vote."
2         Q.  To you?
3         A.  To me.  And to my knowledge, I haven't heard
4    it from any Democratic senator and I haven't heard it
5    from any Republican senator.
6         Q.  Do you know whether any alternatives at all
7    were considered to banning -- let me rephrase my
8    question.
9         Do you know if there were any alternatives at
10   all considered to an outright ban on students IDs?  In
11   other words, were alternatives such as maybe putting
12   expiration dates on the student IDs or any other
13   alternatives considered?
14        A.  I don't recall.  I don't recall.
15        MS. CONLEY:  Thank you.  Passing the
16   witness.
17        MS. DONNELLY:  And we're still under
18   seal, correct?
19        MR. DERFNER:  Right.
20        (Patrick Exhibits 12, 12A-12E
21   marked/introduced.)
22        E X A M I N A T I O N
23   BY MR. DERFNER:
24        Q.  Senator Patrick, my name is Armand Derfner.
25   I live in Charleston, South Carolina, where I hope to

255

1    go back home soon, and I represent the Veasey/LULAC
2    plaintiffs.
3         A.  Okay.
4         Q.  And I'm going to try to ask you questions
5    that you haven't been asked before, if there are any.
6         So, first, I've given you some documents, I
7    think six documents.  And to speed things up, I'm
8    going to tell you what I think they are and you tell
9    me if that's about right.
10        A.  Okay.
11        Q.  These are all documents that came from you or
12   your office, I believe, and they basically reflect
13   your activity in voter ID laws since the 2007 session,
14   your strong support of those laws and your, I'll say,
15   instrumental role in those laws.
16        A.  Okay.
17        Q.  Is that about right?
18        A.  I'd have to go through them and look.  And in
19   the saving of time --
20        Q.  Okay.
21        A.  -- it appears, in general, that you're right.
22        But -- but specifically if I have a question,
23   we can go to them.
24        Q.  Okay.
25        A.  Is that fair?

256

1         Q.  And in a couple situations you also -- it
2    reflects that you also saw that the procedural rules
3    might have stood in the way of passage, and you took a
4    particular interest in objecting to or possibly making
5    changes in some of those procedural rules, like the
6    two-thirds rule.
7         A.  If the documents reflect that here, it would
8    not have been directly about photo voter ID.  It would
9    have been my general belief that we should have 19
10   required as opposed to 21, because that would be about
11   60 percent of the Senate, which would mirror the
12   cloture vote in the U.S. Senate, in which there were
13   extensive writings, as I recall.  Maybe not extensive.
14        But, writings from our founding fathers, on
15   why they did not require a two-thirds vote for all
16   bills in Congress.
17        So -- so it had nothing to do specifically
18   with voter ID.  It's just my belief that two-thirds is
19   too high of a threshold to pass every bill.
20        Q.  Okay.  Are you going to try to get rid of the
21   two-thirds rule if you're elected lieutenant governor?
22        A.  As lieutenant governor I don't have the power
23   to do that.  It's a Senate rule.  The senators vote,
24   31 senators, and I would -- I'm very consistent that I
25   believe it should be 19.  And it doesn't make any

257

1  difference, and I've said this on the record many
2  times.  If there were 20 Democrats and 11 Republicans,
3  I'd believe the same thing.
4      Q.  Let me turn your attention to the last of
5  those exhibits.  I guess it would be 12E.
6      A.  Okay.
7      Q.  And that, I believe, refers to a town hall.
8  Was that a town hall about the voter ID bill in 2011?
9      A.  Let me see here.  Let me see who this is from
10  and to.
11          MR. CLAY:  Can you give the Bates range
12  for the document you're looking at?
13          MR. DERFNER:  Yeah, that document would
14  be --
15          THE WITNESS:  27.
16          MR. CLAY:  27?
17          MR. DERFNER:  Yeah.
18          THE WITNESS:  Let me read this, Armand.
19          MR. DERFNER:  Sure thing.
20          MR. CLAY:  What is this one marked as?
21          MR. DERFNER:  That would be 12E.
22      A.  Okay.  I'm ready for your question.
23      Q.  (BY MR. DERFNER)  Okay.  Tell me what that's
24  about.  Was that a town hall meeting?
25      A.  It appears that Jared Woodfill, if I'm

258

1  reading this correctly, asked me -- and he was the
2  chairman of the Harris County Republican Party at the
3  time.  It appears he was having a town hall meeting on
4  the bill after it passed.  This is March 4th -- after
5  it passed the Senate.
6      Q.  Oh.
7      A.  This is March 4th is the date here.  He wrote
8  me on March 2nd.  I responded March 4th.  And it
9  looked like he wanted to have a town hall, basically,
10  to explain the bill, and wanted to know if I would
11  help; which, county chairmen, as you know, Republican
12  or Democrat, often ask legislators to kick in money to
13  help defray costs.  That's what it appears to be.
14          And I couldn't be there, of course, it
15  doesn't appear, because I was in session.  So it looks
16  like when I said "If anyone asks," that would
17  represent, to me, that I didn't attend.  I can't swear
18  that I didn't attend, but I don't -- apparently, I
19  didn't.
20          And so -- and the explanation here, to him,
21  is to share basically what we've been talking about
22  for the last two or three hours on the -- again, the
23  two amendments that I was involved in.
24      Q.  Okay.  And the $500?
25      A.  It says in his e-mail, if you look down on

259

1  March 2nd, it says, "$500 for the facility fee.  I
2  hope to have 100-500.  I stopped by your office in
3  Austin.  It looks great.  Donna gave me a tour.  Keep
4  up the great work!"  So I didn't --
5      Q.  Did you pay the $500?
6      A.  I don't know if I did or didn't.  It looks
7  like I said "I will pay..."
8      Q.  Oh, okay.
9      A.  Yeah.  I'm assuming I was good for it, okay?
10      Q.  Okay.  And March -- early March, that would
11  be -- you said it's after the Senate passed it, but
12  it's before the final passage of the bill, correct?
13      A.  Yeah, I'm not sure when it finally passed,
14  but I think that would be correct.
15      Q.  I'll say May 27th.
16      A.  Okay.  Okay.
17      Q.  Okay.  Thank you.
18          Okay.  Would you say the state has a general
19  policy of wanting to have voters be properly
20  identified when they vote?
21      A.  When you say "the state," who are you --
22      Q.  Texas.
23      A.  The citizens of Texas?
24      Q.  Well, or the state of Texas, through its laws
25  and policies.

260

1      A.  I think, in general, the citizens of Texas
2  supported and wanted a photo voter ID to protect the
3  integrity of the ballot box.
4      Q.  But the law reflects a state policy, does it
5  not, of wanting voters to be identified; is that
6  correct?
7      A.  Well, we don't have a state policy.
8      Q.  Okay.
9      A.  We have legislation passed by the
10  representatives of the people.
11      Q.  Okay.
12      A.  So I would just rephrase it to say SB 14
13  reflected the will of the voters as expressed through
14  vote, through some members of legislature.
15      Q.  Okay.  And is it the will of the voters as
16  expressed through various legislation also to
17  facilitate or enable eligible voters to vote in Texas?
18      A.  I'm not sure -- help me with that, Armand.
19      Q.  Okay.  Is it also the policy of the state
20  or --
21      A.  The citizens.
22      Q.  -- or the citizens, that eligible voters
23  should be able to vote?
24      A.  Yes.
25      Q.  And that's facilitated through things like,

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

66 (Pages 261 to 264)

261

1    for example, putting polling places in neighborhoods
2    and things like that?
3        A.  The people of Texas want every Texan who's
4    eligible to vote and who registers to vote to have the
5    opportunity to vote.
6        Q.  Okay.  Now, do those two policies, or
7    whatever you want to call them, the notion that every
8    Texan who's eligible should be able to vote and the
9    notion of identifying, can those sometimes be
10   intentioned, in the sense that if you make
11   identification stricter, it may make it harder to
12   vote; or if you make identification less strict, it
13   may make it easier to vote?
14       A.  If I'm understanding your question, I don't
15   think they're connected.  And the reason I don't think
16   they're connected is, if you look at the turnout and
17   we have -- for example, some states do not have early
18   voting.  We have early voting, which, at some point in
19   time before my being in office, was decided to help
20   more people have time to vote.  It is not
21   necessarily -- improve the percentage of people
22   voting.
23          So things that some people would view as
24   giving more opportunity, or some people would view as
25   less opportunities, is not necessarily reflecting

262

1    either more people registering to vote -- there's
2    still a lot of people who are eligible who don't
3    register to vote, they choose not to; and we have a
4    significant number of people who are registered to
5    vote, that don't vote.  So I don't think you can
6    connect necessarily those dots.
7        Q.  Well, you may not be able to connect turnout
8    or participation, but isn't there a connection, using
9    the example you gave, between the -- I'll call it the
10   stringency and the opportunity?
11          In other words, as you say, if -- if you
12   didn't have early voting, then people couldn't vote
13   early, correct?
14       A.  Correct.  If you didn't have mail-in, they
15   couldn't mail in.  We make it pretty easy to vote in
16   Texas.
17       Q.  If you have a more stringent photo ID law,
18   then that's going to make people have to make more of
19   an effort, will it not, to actually vote?
20          MR. CLAY:  Objection.  Form.
21       Q.  (BY MR. DERFNER)  Is that correct?
22       A.  Well, that's your characterization, and I --
23       Q.  Do you agree or disagree?
24       A.  Well, I -- well, you and I -- I'm not going
25   to assume we have a philosophical difference.  You may

263

1    just be doing your duty as -- for your job,
2    representing your client.  You may not express your
3    personal beliefs.
4          But for sake of argument, I think we -- we
5    may have a philosophical difference, in that I believe
6    if citizens want to vote, they will do what it takes
7    to vote; and if -- and if it's required to have a
8    photo ID, the vast majority, overwhelming majority,
9    already have the required document.
10         But those who don't will find that document,
11   if they want to -- want to do what many people, you
12   know, consider for themselves is -- is very important,
13   and that's voting.  So I don't see photo voter ID as
14   stringent.
15       Q.  I understand that.  But you can have
16   different kinds of photo IDs, can't you?  We've been
17   talking about that all day.
18       A.  Yes, sir.
19       Q.  And isn't it true that if you have a more
20   stringent photo ID, the voters who want to vote -- and
21   I agree that most voters want to vote -- will have to
22   go an extra step or will have to do more on their part
23   to actually vote?
24       A.  No.  Because when Senate Bill 14 was
25   passed -- and I don't know the exact percentage; but,

264

1    based on some of the information that you have shared
2    with me today, or questions -- you must have access to
3    information that maybe 90 percent of the people, or
4    greater, already have what Senate Bill -- Senate Bill
5    14 required by law.  And we didn't make it more
6    stringent, because we didn't have photo voter ID
7    before.  This was new.
8          So if a law is passed that 90 percent of the
9    people, or more, already qualify for -- and the other
10   percentage of people are able to get a free -- free
11   voter card, for lack of better term -- then I don't
12   think that's made it more stringent.
13       Q.  Well, what if -- what if 90 -- what
14   if -- okay.
15          If 90 percent of the people have a driver's
16   license, just --
17       A.  Or military, or CHL, they have -- they
18   already qualify.
19       Q.  Okay.  That means 10 percent -- and we're
20   using these hypothetically now.
21       A.  Hypothetical.  Based on some numbers we
22   talked about a little earlier.
23       Q.  And 10 percent don't; that means 10 percent
24   are going to have to go get another card, correct?
25       A.  Not necessarily.  Because of that 10 percent,

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

67 (Pages 265 to 268)

265

1    how many are senior citizens, 65-plus, that can vote
2    by mail?
3         Q.   Okay.
4         A.   And secondly, how many of that 10 percent are
5    registered -- who have ever registered to vote?  We
6    never talked about that.  How many of those people --
7         Q.   No, we're talking about 10 percent of the
8    registered voters.
9         A.   Okay.  So if you're talking about of the
10   registered voters, then there will be a small
11   percentage that will have to get a photo voter ID.
12             And in any legislation we pass, on almost any
13   topic, there's always usually someone that has to do
14   something that maybe they didn't do before.
15        Q.   Uh-huh.  So if, for example, you were asked
16   about college students, federal civil servants and
17   state civil servants:  If there's several percentage
18   points of the people who don't have a driver's
19   license, but have one of those cards, they wouldn't
20   have to go do something else to qualify; is that
21   right?
22        A.   Can you repeat that for me?
23        Q.   Okay.  If you had some percentage of the
24   people -- we've used the term 90 percent -- who have a
25   driver's license or military ID, or are over 70 --

266

1         A.   Right.
2         Q.   -- et cetera, that leaves 10 percent of the
3    people who will have to go do something to -- to
4    qualify for the photo ID, correct?
5         A.   Maybe -- maybe not 10 percent.  We don't know
6    how many seniors.  There's going to be a certain
7    number of people who -- yes.
8         Q.   Right.  And if you say, in addition, "Well,
9    we're going to let federal civil servants, state civil
10   servants, or student IDs count," that decreases the
11   percentage or number of people who will have to go do
12   something else to qualify, won't it?
13        A.   Under -- under your hypothetical, you would
14   be correct.
15        Q.   Okay.  So every time you make a choice in the
16   photo ID law to include or exclude something, you're
17   making it more stringent or less stringent?  I'm not
18   talking about whether it's a good idea or bad idea.
19        A.   Okay.
20        Q.   But every choice you make, makes it more
21   stringent or less stringent; is that correct?
22             MR. CLAY:  Objection.  Form.
23             MS. DONNELLY:  Join it.
24        A.   That's your characterization, not mine.
25        Q.   (BY MR. DERFNER)  But is it?

267

1         A.   No.  I mean, I -- I -- I -- I don't believe
2    it makes it more stringent to ask a person to get a
3    photo ID to vote.  I just don't -- you know, you can
4    make that philosophical case, but I would disagree
5    with you.
6         Q.   Okay.
7         A.   It's -- you know, there would be lots of
8    comparisons.  I'm sure I could think of a better one,
9    Armand.
10        Q.   Okay.
11        A.   But once upon a time in the past there was a
12   bill passed that said cars must be inspected on a
13   regular basis.  And I remember at the time, years ago,
14   I was in the legislature, this hue and cry, "Well,
15   what about people who can't afford to get their cars
16   inspected or can't afford to get them repaired?"  And,
17   "Heaven forbid, if they don't pass inspection and they
18   can't drive their car and they can't go to work."
19             And it was this -- you know, there are
20   certain public policy issues that the public supports
21   that they want to see done.  In this case they wanted
22   safe cars and cleaner air.  And so every time you pass
23   some legislation, it's going to impact some people in
24   some way that they have to do some things.
25        Q.   Okay.  Now, we talked some about the Indiana

268

1    law.  And we also talked -- I think you said earlier
2    that you recognize -- and I don't want to go through
3    all these, but we can if you want to -- you recognize
4    that Senate Bill 362 allowed state and federal civil
5    servants -- actually, I think what it said was any
6    photo ID issued by the state or federal government or
7    a political subdivision of the state would qualify.
8             Do you remember that or do you want to go
9    back through it?
10        A.   I will take you at your word that that's what
11   was said.  I don't recall it, but I'll take you at
12   your word.
13        Q.   Okay.  And the Indiana law, as we understand
14   it -- in fact, here's -- if you want to look at it,
15   here's the Indiana opinion with the little flag right
16   next to it, if you want to look at it.  It says the
17   same thing.
18        A.   Okay.
19        Q.   And you had a number of e-mails that I'm not
20   going to bother showing you, in which you referred to
21   the Indiana case.
22             And, you also said one of the things that's
23   important to do is to have a bill that can stand up to
24   a court challenge; is that right?
25        A.   Yes.

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

68 (Pages 269 to 272)

269

1    Q.  Okay.  If you had a bill that was like the
2  Indiana case -- like the Indiana law, and the Indiana
3  case came along and said, "The Indiana law is okay --
4  the Supreme Court case came along."
5        Okay?  Why would you go away from that?  Why
6  would you make your bill look less like the Indiana
7  law --
8        MS. DONNELLY:  Objection.  Form.
9    Q.  (BY MR. DERFNER) -- from 3- -- from S 362 to
10  SB 14?
11    A.  Well, first of all, if we had mirrored the
12  Indiana law exactly, my guess is someone would have
13  still filed suit and we'd still be sitting here.
14    Q.  Uh-huh.
15    A.  Secondly, I can't explain the thinking of all
16  the members of the Senate who helped craft the bill,
17  or the author of the bill, what his thinking was; and
18  what various people offered certain amendments or
19  decided they didn't want to do it the same as they had
20  done 362.
21        As I did testify earlier, some members change
22  and -- so I don't know the reasons why the bill
23  changed, you know, specifically.  I really don't know
24  the reasons.  I can't recall.
25    Q.  Were you aware -- you, with Senate Bill 14 --

270

1  that it was less like the Indiana law than Senate 362
2  had been?  Were you personally aware of that when you
3  were voting on it?
4    A.  Yeah, I don't -- I don't recall.  I don't
5  recall that.
6    Q.  Do you remember asking about that?
7    A.  No.
8    Q.  Do you remember anybody saying, "This bill is
9  less like the Indiana law"?
10    A.  I don't -- I mean, I really don't recall.  I
11  know that -- I know in all -- you know, when everyone
12  says in due respect, it means it's not -- I'm trying
13  to be as respectful.  I know this is your issue and
14  what all of you are working on.
15        It's one of, as I've said before, thousands
16  of votes, a thousand bills.  And so if you ask me
17  about 900 of those bills, I would probably have the
18  same answers.  I don't -- including my own bills.
19        If you ask me about bills from last session,
20  I would have many of the same answers.  I don't recall
21  the discussion or what went into it at the time.
22    Q.  Okay.  I'm going to show you -- well, let me
23  ask you this first --
24    A.  Do you want this back, the Indiana?  Do you
25  want the Indiana --

271

1    Q.  Yeah, I'll take it back.  Thanks.
2        What reason would there be -- or what reason
3  would you have for -- for not -- not covering -- not
4  letting state civil servants -- that is, people with
5  photo IDs from state agencies -- not letting that be
6  qualified under the photo ID voting law?
7    A.  You know, I can't remember at the time what
8  my thoughts were on that, Armand.
9    Q.  Well, can you think of one now?  What's a
10  good reason?
11    A.  You know, to be very candid with you, if you
12  were asking me today and we were voting on the bill, I
13  would say, "Let me do some homework on it and study on
14  it and get back to you with an answer.  I don't want
15  to give a quick response on why now, you know."  For
16  whatever reason, we made that decision then and -- as
17  we voted for the bill.
18        (Patrick Exhibit 13 marked/introduced.)
19    Q.  (BY MR. DERFNER)  Okay.  What this is, this is
20  a piece of some interrogatory answers that the state
21  gave.  You know that in a lawsuit each side gets to
22  ask questions and the other side's supposed to answer
23  the questions.
24    A.  Right.
25    Q.  At a certain point we asked the state some

272

1  questions, and this is a piece of a document that came
2  back.  As you'll see, it's the first three pages --
3  first --
4    A.  Where do you want me to be?
5    Q.  I want you to go --
6    A.  Where do you want me to be?
7    Q.  I want you to go to page 70- --
8    A.  6?
9    Q.  -- -6.
10    A.  Okay.
11    Q.  And what this is, the question was
12  about -- actually, the question starts back a
13  little -- starts on 75, which is -- in fact, let's
14  start on 75.  Near the top you see 28, which is the
15  question.  Why don't you read that out loud.
16    A.  I'm on page 75.  You want me to read 28?
17    Q.  Yes.
18    A.  "Identify all Texas State and local public
19  agencies and entities that issue or are authorized to
20  issue photographic identification and state the
21  eligibility requirements for obtaining a form of
22  photographic identification from each such agency or
23  entity."
24    Q.  Okay.  Now let's turn over to page 76.
25    A.  All right.

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

273

```
 1    Q.  And look at Interrogatory 28a --
 2    A.  Okay.
 3    Q.  -- near the top of the page.
 4    A.  Yes.
 5    Q.  And so you won't get -- read that first part
 6  there.  Read what it says in No. 28a.
 7    A.  "The Texas Department of Public Safety issues
 8  the following forms of identification containing
 9  photographs:"
10    Q.  Okay.  And it lists a number of things
11  that -- that DPS does, right?
12    A.  Yes.
13    Q.  "The Department of Public..."; and then after
14  that, what is the next sentence?  "The agencies listed
15  below," read that part.
16    A.  "Use DPS resources to issue security access
17  cards to their employees."
18    Q.  Okay.  So then you have several pages
19  listed --
20    A.  Yes.
21    Q.  -- of states agencies that use DPS
22  facilities --
23    A.  Right.
24    Q.  -- to issue their cards.
25    A.  Right.
```

---

274

```
 1    Q.  What's the logic of not letting that be a
 2  photo ID?
 3         MR. CLAY:  Objection.  Misrepresents the
 4  exhibit.
 5         MS. DONNELLY:  Objection.  Form.
 6         MR. CLAY:  Can you reread the question,
 7  please.
 8         MR. DERFNER:  Reread the question,
 9  please.
10         THE REPORTER:  "Okay.  So then you have
11  several pages listed of states agencies that use DPS
12  facilities to issue their cards."
13         "What's the logic of not letting that be
14  a photo ID?"
15         MR. D'ANDREA:  Do you mind if I show the
16  witness my state-issued government ID and my driver's
17  license?  It will maybe help him make some policy
18  choices here on the fly.
19         MR. CLAY:  I also just want to make a
20  point, for the record, that what this actually says
21  is:  "The agencies listed below use DPS resources,"
22  not facilities.
23         MR. DERFNER:  Okay.
24    A.  Well, even before I saw this, because I have
25  my -- you know, my own card, photo card, to get in and
```

---

275

```
 1  out as well as -- of the Capitol, the determination
 2  was made at some point in the discussions, obviously,
 3  that we wanted these documents.  And obviously, there
 4  was a lot of thinking that went into that and
 5  reasoning that went into that.  I don't recall what
 6  that was three years later.
 7         But this was the bill that was presented and
 8  this is the bill that passed.  This was the bill that
 9  has not met with objection from the public; with the
10  exception of, I guess, the one student who is suing
11  us, and -- and this is -- this is the bill that people
12  seem to be very happy with, so...
13         You know, we wanted to look at -- for
14  example, if you -- if you look at Arthur's card, for
15  example, there's no expiration date.  There's really
16  not much information on here.
17         It would be easy, if someone -- you know, a
18  driver's license -- and that's one of the reasons they
19  eventually put a cap on 60 days of expiration.
20         You know, what do you do?  I bet you have
21  cards like this sitting in a drawer or a desk
22  somewhere, and you do and you do, and we all do.  And
23  so when things -- or you change agencies.  Every
24  agency -- my card looks vastly different from this.
25         I -- you know, I don't recall this
```

---

276

```
 1  conversation, but I think a reasonable person would
 2  say that you don't want the line to be forever when
 3  you're voting.
 4         You talk about opportunity to vote.  One
 5  thing that will keep people away from voting is when
 6  they show up to vote and the line is out the door.
 7  That sometimes occurs on the last day of voting or on
 8  a -- on a very heavy election.
 9         If -- if the volunteer -- well, they're paid
10  very little money -- election judge and precinct poll
11  worker has to go through 50 and 60 different IDs that
12  are brought to them, well, is this good, is this not
13  good, what is this one, they -- you know, it could
14  lead to confusion and delay.
15         And so we simplified it to documents which
16  most Texans have, or have available to them, one of
17  several documents.  And if they don't, they can get a
18  free one without, you know, inconvenience.
19    Q.  (BY MR. DERFNER)  So when you had these
20  choices --
21    A.  Right.
22    Q.  -- you made this choice at least on the more
23  stringent side, didn't you?
24         MS. DONNELLY:  Objection.  Form.
25    A.  Armand, you keep using that word "stringent"
```

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

277

1   and you're --
2       Q.  (BY MR. DERFNER)  It is.
3       A.  No, it's not stringent.
4       Q.  Okay.  Is it not more stringent to allow
5   fewer cards instead of more cards?
6       A.  No.
7           MS. DONNELLY:  Objection.  Form.
8       Q.  (BY MR. DERFNER)  Okay.  Why not?
9       A.  I don't think it's -- it's stringent to say
10  more or less.  Example:  If you allowed every card
11  that you suggest in here, it might make voting, to use
12  your word, "more stringent," because it's going to
13  slow the process down dramatically and make the lines
14  much longer and discourage people from wanting to
15  vote.
16          I could see -- because sometimes people will
17  sue no matter what someone does, as you know.  I could
18  see someone coming and bringing a suit, "You know
19  what, you've allowed people to use 70 or 80 different
20  forms of ID; and you know what, that's made the lines
21  very long and I can't get home before the polls close
22  in time to get in line and I'm just not voting.
23          There's always going to be someone to take
24  issue, no matter what Democrats or Republicans do,
25  when trying to represent the public.  And we decided

278

1   on these identification cards, we felt, was the right
2   thing to do and we passed the bill.
3       Q.  Do you remember anything that was ever said
4   while the legislation was being considered?  Not
5   counting specific communications from other
6   legislators, private communications.
7           But anything that was either said on the
8   public record or at any other time, that explained why
9   state civil servants shouldn't -- that their cards
10  shouldn't be covered?
11      A.  If it's on the public record, then it would
12  be there and speak for itself.  I don't recall, and I
13  don't recall --
14      Q.  How about federal civil servants?
15      A.  Again, I've tried to be very candid.  My
16  answer is to answer all the questions I can all day
17  long.  I just don't recollect those.  It's a long time
18  ago and many votes ago.
19      Q.  We've talked -- you've used the phrase, "the
20  vast" -- I think the phrase you used was "the vast
21  majority of people have driver's licenses," right?
22      A.  Yes.  If you've seen our traffic, you know
23  I'm correct.
24      Q.  If I try to get to the airport, I'll sure
25  know that.

279

1       A.  You'll know.  I don't know what time your
2   plane is, but...
3       Q.  Well, the problem -- no, no.
4           A lot more people may not have licenses that
5   are out on the road anyway?
6       A.  Well, and some people go to vote who -- who
7   don't have -- you know, aren't registered.
8       Q.  You haven't ever actually -- you don't ever
9   actually -- you don't know, yourself, of any report
10  that you've ever gotten that somebody did that, have
11  you?
12      A.  Well, I was asked the question earlier today,
13  did I -- I don't know if the question was personal
14  knowledge, but I took it as do I personally know.
15      Q.  Yeah.
16      A.  But we had testimony on -- on the bills over
17  the various sessions of people voting who shouldn't be
18  voting.
19      Q.  Impersonators, or something else?
20      A.  I can't remember specifically what it was,
21  but people getting -- I believe there was testimony of
22  voter registration cards, you know, where people were
23  deceased.  People who didn't have the proper -- they
24  weren't -- you know, some people -- there was a lot of
25  testimony.  I don't want to go into specifics because

280

1   I may be wrong, but there was testimony on fraudulent
2   voting.  And some people in the state -- I believe the
3   Attorney General's Office, I stand to be corrected --
4   has actually prosecuted some people for fraudulently
5   voting.
6       Q.  Do you know how many?
7       A.  I don't.
8       Q.  Okay.  Would it surprise you to know that it
9   was approximately two?
10      A.  I don't know the number.
11      Q.  Okay.  Do you know how many people, or did
12  you ever know how many people, registered voters,
13  don't have driver's licenses?
14      A.  No.
15      Q.  Okay.  Would it surprise you -- let me put it
16  this way.  I don't want to -- I don't want to
17  misrepresent anything.
18      A.  Okay.
19      Q.  In the Department of Justice's letter
20  responding to the Section 5 submission, the department
21  reported that DPS had sent data indicating that,
22  depending on which data set was used, the number of
23  people -- registered voters who did not have driver's
24  licenses, was either 605,000 or 795,000.
25          Would that number -- do those numbers

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

281

1    surprise you?
2         A.  No.  I mean, I don't -- I don't -- I don't
3    want to say no.  Let me correct my answer.  Those
4    numbers don't mean anything to me because I don't have
5    the rest of the data.
6         Q.  Okay.  Well, suppose 795,000 registered
7    voters didn't have driver's licenses.  Is that a
8    problem for you?
9         A.  They may have a military ID.
10        Q.  Uh-huh.
11        A.  They may have a passport.  They might have a
12   CHL.  Or, I can only guess, I shouldn't, is a large
13   number, maybe half, maybe more, are over 65 and they
14   aren't driving anymore and they don't need a driver's
15   license to vote because they vote by mail.
16        We -- as you well know, Democrats and
17   Republicans, a large percentage of our voters are
18   senior citizens.  So the reason the 600,000 or 700,000
19   doesn't surprise me, or concern me, is because if you
20   really drill down into the data, it might be that 4 to
21   500,000 of those people either aren't required to have
22   it, don't care to have it or have other photo ID.
23        Q.  But you didn't know the number, right?
24             MS. DONNELLY:  Right.  He's accepting
25   your premise.

---

282

1         A.  Yeah, I'm accepting your premise.
2         Q.  (BY MR. DERFNER)  No, no.  But you never knew
3    what the number was in the debate, right?
4         A.  I don't recall if that was part of it or not.
5         Q.  Do you know if anybody ever said what the
6    number was or asked for it?
7         A.  I don't -- you know, I don't know.  I mean, I
8    really don't know.  I would expect if someone knew the
9    number, maybe a Democrat would have brought it up, if
10   not a Republican, but I don't know.  You'd have to go
11   back and look at the record.
12        Q.  Okay.  Why wouldn't somebody have asked DPS
13   for the number?
14             MS. DONNELLY:  Objection.  Speculation.
15        A.  You'd have to ask 30 other senators.
16        Q.  (BY MR. DERFNER)  Well, what about you?
17        A.  It -- I don't know why I didn't make that
18   request.  It wasn't -- again, I was not the main
19   author of the bill and -- you know, I don't know why I
20   wouldn't have asked.  Maybe I -- maybe I assumed a
21   Democrat would ask and they would try to make that --
22   I don't know.  I mean --
23        Q.  You don't remember anybody ever telling you
24   that they knew a number, right?
25        A.  I -- you know, I honestly don't recall.

---

283

1    Someone could have, but I don't remember.  I don't
2    remember.
3         Q.  Okay.  Let's -- you've talked about -- we --
4    we'll call it the free -- the free ID or the EIC.
5         A.  Yes.
6         Q.  Okay?
7         A.  What does EIC stand for, election --
8         Q.  Election --
9         A.  -- something certificate?
10        Q.  -- identification certificate.
11             MS. CONLEY:  I'm sorry, I messed that up
12   for everybody.
13             THE WITNESS:  No, no, no, no.  No, no,
14   no, no.  Election identification certificate.  I got
15   it.
16             MS. CONLEY:  Yes.
17        Q.  (BY MR. DERFNER)  Okay.  Who decides what you
18   have to do to get that?
19        A.  What do you mean by that?
20        Q.  Well -- okay.  Rather than asking you the
21   question, I'm going to show you --
22        A.  Okay.
23             (Patrick Exhibit 14 marked/introduced.)
24        Q.  (BY MR. DERFNER)  This is SB 14.
25        A.  Okay.

---

284

1         Q.  And I want you to turn to -- up in the upper
2    right-hand corner, it's page 11 of 11.  Actually,
3    below that it says page 10.
4         A.  Okay.  I see that.
5         Q.  Actually, this is -- I'll just tell you, if
6    you start on the previous page, it's Section 20 of
7    SB 14, which deals with the famous EIC and it has a
8    bunch of provisions.  You're free to read those if you
9    like.
10        A.  Where is Section 20?
11        Q.  Section 20 is in the middle of page -- the
12   previous page.
13        A.  Oh, I see.  Okay.  I missed it.  I got it.
14        Q.  Okay.  So that tells you -- that creates the
15   EIC, which didn't exist before this bill.
16        A.  Right.
17        Q.  Okay.  And then it has a number of things
18   about what -- who you have to be and all that sort of
19   thing.  And then it says -- if you turn the page, on
20   Section (f) -- read Section (f) to me.
21        A.  "The department may require each applicant
22   for an original or renewal election identification
23   certificate to furnish to the department the
24   information required by Section 521.142.
25        Q.  Okay.  And I'm not trying to make a lawyer

---

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

SENATOR DAN PATRICK                                  7/11/2014
CONFIDENTIAL TRANSCRIPT

---

285

1    out of you, although you probably could do it --
2        A.   I feel like after 16,000 votes I ought to get
3    some credit for some law school.
4        Q.   Let me show you the next document.
5        A.   Do you want me to, say, dog-ear this page and
6    stay there if you'd like to come back to that?
7        Q.   Yeah.
8        A.   Okay.
9            (Patrick Exhibit 15 marked/introduced.)
10           (Discussion off the record.)
11       Q.   (BY MR. DERFNER) Okay.  This is, and I'll
12   tell you this, this is a section of the code called
13   Transportation Code 521.142.
14       A.   Okay.
15       Q.   You remember the section you just read,
16   said -- I'll paraphrase:  The department can ask for
17   any information required by 521.142.
18       A.   All right.
19       Q.   So here's 521.142, and there's a bunch of
20   things in here, including -- let's see.  Where is it?
21   If you turn to page -- the second page, look at (e).
22   I guess it's --
23       A.   I see it.  "The application must include"?
24       Q.   Yeah.  Read it out loud.
25       A.   "The application must include any other

---

286

1    information the department requires to determine the
2    applicant's identity, residency, competency, and
3    eligibility as required by the department or state
4    law."
5        Q.   So who does -- if you read those two
6    together, who decides what you need to do to get an
7    EIC?  Is it the legislature that decided that or is it
8    DPS?
9        A.   I'd have to study this a little bit and get
10   back to you in the morning.
11           Let me see if I can answer your question
12   here.  "The department may require..."  Well, it would
13   appear, stand to be corrected, it would appear since
14   we have a "may" instead of a "shall," number one, the
15   department makes the final decision.  So that would
16   appear, the department.
17           Number two, very often we pass legislation
18   and a lot of it is in the rule-making process by a
19   various agency.  So I'd have to go back and do a
20   little bit more homework on this and drill down to
21   this.  But it would appear it could be the department,
22   especially since we have a "may" instead of a "shall."
23       Q.   Okay.
24       A.   But I'm not positive.
25       Q.   I understand.  I understand.  Okay.

---

287

1        So -- so the department can make
2    it -- doesn't it look like the department can make it
3    as tough or as easy as it likes to get an EIC?
4        A.   You know, again, since I can't -- I really
5    can't answer your question.  I really can't, to be
6    honest.
7            (Patrick Exhibits 16 and 17
8    marked/introduced.)
9        Q.   (BY MR. DERFNER) So you were talking about
10   rule-making.  So 16 is some rules that DPS came up
11   with, and if you look at 17 on the first page under --
12   I guess number (3).  Do you see number -- I don't know
13   if it's --
14       A.   Where is (3)?
15       Q.   Right about there.
16       A.   Oh, this is on page 8 of 8.
17       Q.   Yeah.
18       A.   Okay.  You didn't tell me that.
19       Q.   Okay.  Read Number (3).
20       A.   "the fingerprints of the applicant; this does
21   not apply to an applicant who is permitted and
22   utilizes an alternative method for renewing or
23   duplicating an election identification certificate;"
24       Q.   Would it surprise you to learn that DPS, at
25   least for a while, was making applicants who wanted to

---

288

1    vote with an EIC give them their fingerprints?
2        A.   No.
3        Q.   Do you think that's something they ought to
4    be able to do?
5        A.   I stand to be corrected, but I believe when
6    you get your driver's license, we give a fingerprint.
7    When you get a CHL, you get a fingerprint.  And when
8    you're in the military, you get a fingerprint.
9            So -- so for some other documents that we
10   already require -- and, again, I have to stand
11   corrected on the driver's license, but I know to get a
12   CHL you have to submit fingerprints.
13       Q.   Do you think it's appropriate to make
14   somebody get fingerprinted in order to be able to
15   vote?
16       A.   You could back that down and say, "Is it
17   appropriate to make someone give a fingerprint to get
18   a driver's license?"  We're trying to establish to be
19   sure that we have integrity at the ballot box.
20       Q.   Are you aware, since you're getting your
21   legal education here, that the Supreme Court has said
22   that voting has elements of the First Amendment in it,
23   that a voter's rights are First Amendment interests?
24           MS. DONNELLY:  Objection.  Form.
25       A.   I'll let the courts decide what the courts

---

289

1    decide.  I just write and pass legislation and vote
2    for legislation.
3         Q.  (BY MR. DERFNER)  Do you not see a difference
4    between the rights of a respective voter and the
5    rights of a respective driver?
6         A.  As an individual -- as an individual, yes, I
7    understand and can philosophically see the
8    differences.
9         Q.  Why did you tell DPS to make the rules for
10   voters in this case?
11              MS. DONNELLY:  Objection.
12        Q.  (BY MR. DERFNER)  Are they the right agency?
13              MS. DONNELLY:  Objection.  Form.
14        A.  I didn't tell anyone to --
15        Q.  (BY MR. DERFNER)  Well, you put it in the
16   statute.
17        A.  I have to go back and see exactly what
18   was --
19        Q.  Okay.
20              MR. DERFNER:  Which number is that,
21   SB 14?
22              THE REPORTER:  Now, that one, I don't
23   know.
24              MR. DYER:  That's 14, I think, the bill.
25              MS. DONNELLY:  Yeah, 14.

290

1         Q.  (BY MR. DERFNER)  You gave DPS the
2    responsibility for the EIC, didn't you?
3         A.  We -- in legislation that we pass all the
4    time, whether it's education, we have the TEA, whether
5    it's health and human services and it's child
6    protective, whether it's transportation and TxDOT, we
7    often give agencies rule-making power.
8         Q.  But you usually give the right agency the
9    power, don't you?
10              MR. CLAY:  Objection.  Form.
11              MS. DONNELLY:  Objection.  Form.
12              MR. CLAY:  Argumentative.
13        Q.  (BY MR. DERFNER)  I mean, you wouldn't give --
14   you wouldn't give the agriculture department the
15   decision-making power over an education, or other
16   situation, wouldn't you, or health?
17        A.  If it was --
18              MR. CLAY:  Objection.  Form.
19        A.  -- dealing with the FFA case, you might.  I
20   understand your point.  I'm not trying to be flippant.
21        Q.  (BY MR. DERFNER)  So why did you give -- why
22   did you give this critical voting matter to DPS,
23   especially when other issues under the voter ID law do
24   go to the Secretary of State and the election
25   division?

291

1              MS. DONNELLY:  Objection.
2    Argumentative.
3         Q.  (BY MR. DERFNER)  Okay.  Then let me ask it a
4    little bit differently.  Does DPS seem like the right
5    agency to put this awesome responsibility on?
6              MS. DONNELLY:  Objection.
7    Argumentative.
8              MR. DERFNER:  Is it still argumentative?
9    Suppose I take out "awesome."
10        A.  You know, Armand, I've never thought it.  I'd
11   have to think about it.
12        Q.  (BY MR. DERFNER)  Well, shouldn't you have
13   thought about it before you passed the bill?
14        A.  I might have.  I don't recall.
15        Q.  Okay.  Do you know if anybody said anything
16   about whether it should be DPS that has this
17   responsibility?
18        A.  I do not recall.
19        Q.  Okay.  Do you know, by the way -- never mind.
20   Okay.  Let's see.
21              MS. DONNELLY:  Armand, We've been going
22   for over an hour.
23              MR. DERFNER:  I'm almost done.  We
24   probably can finish this in just a few minutes.
25              Do you want to take a short break?  I'm

292

1    almost done.  Let's take a short break and we can
2    finish it -- wrap it up right after that.
3              MS. DONNELLY:  That will give you a
4    chance to get your question.
5              THE WITNESS:  Okay.  Let's keep it a
6    tight 5 and real short.
7              (Break.)
8              (Patrick Exhibit 18 marked/introduced.)
9         Q.  (BY MR. DERFNER)  Okay.  I've handed you a
10   document, which is -- as far as I can tell, it's
11   a -- it's off a website, a DPS website, and it talks
12   about the EIC, what you have to do to get one, et
13   cetera.
14        A.  All right.
15        Q.  Are you familiar with this at all?
16        A.  No, I have not looked at it --
17        Q.  Okay.
18        A.  -- until now.
19        Q.  Look through it a little bit.
20        A.  I did.  I've looked through it.
21        Q.  And you see it incorporates the various
22   requirements that -- that are in the EIC, including
23   documentation of citizenship, et cetera, correct?
24        A.  Yes, sir.
25        Q.  So are these things that the legislature

SENATOR DAN PATRICK                                        7/11/2014
CONFIDENTIAL TRANSCRIPT

293

1    intended to require for people getting this EIC that
2    the legislature had created?
3        **A.  I don't recall.**
4        Q.  Did the legislature have any idea of what it
5    wanted to require?
6        **A.  I don't recall.**
7        Q.  Okay.  Do you remember anything -- well, I
8    guess you've said you don't recall.
9        **A.  Yeah, I really don't.**
10       Q.  If somebody can't meet these requirements,
11   are they able to vote?
12       **A.  All people can go vote and cast a provisional**
13   **ballot.**
14       Q.  Okay.
15       **A.  I'd have to -- Armand, I'd have to look at**
16   **this and study it a little bit.  I'm seeing it for the**
17   **first time.**
18       Q.  Well, let me clarify your answer about the
19   provisional ballot.  Casting a provisional ballot,
20   what does it take to get it counted?
21       **A.  I believe the law -- and I stand to be**
22   **corrected -- today, is within six days or seven days,**
23   **one of the two, you have to bring back a photo**
24   **document showing that you're the person who voted.**
25       Q.  So when you say anybody can cast a

294

1    provisional ballot, all you're saying, I take it, is
2    that it gives you more time, but you still need to get
3    the photo ID, right?  It just gives you six extra
4    days, in a sense?
5        **A.  Correct.**
6        Q.  So if you can't meet the requirements for an
7    EIC and you don't already have one of the other
8    things, like a driver's license or the military --
9        **A.  Right.**
10       Q.  -- then can you vote?
11       MR. CLAY:  Objection.  It's vague.
12       **A.  Would you repeat that?  Do you mind?**
13       MR. DERFNER:  Denise.
14       THE REPORTER:  "So if you can't meet the
15   requirements for an EIC and you don't already have one
16   of the other things, like a driver's license or the
17   military, then can you vote?"
18       **A.  Well, my answer would be the -- the same**
19   **would apply.  If you can't meet the requirements of**
20   **being registered to vote, you can't vote.**
21       Q.  (BY MR. DERFNER)  Okay.
22       **A.  If you -- if you can't meet the requirements**
23   **of eligibility -- for example, resident of Texas or in**
24   **certain elections resident of a city -- you can't**
25   **vote.  So there are requirements.  You know, I live in**

295

1    the county, so I can't vote in city elections.
2        Q.  So let's suppose you are a registered voter,
3    a proper resident of the precinct you want to vote
4    in -- not a felon, not disqualified for any other
5    reason -- so you're properly registered to vote; but,
6    you don't have one of the photo IDs listed in SB 14
7    and you can't meet these or you don't meet these
8    requirements for an EIC.  Can you vote?  And not
9    absentee.  Can you vote in person?
10       **A.  You could vote in person a provisional ballot**
11   **and then you -- the vote -- you would have to come**
12   **back and prove up -- yes, if you don't have the**
13   **document, it's -- you know, again, I go back to all**
14   **the examples of photo ID.**
15       **Even if it's my child, my grandchildren now,**
16   **if I want to pick up at school, most schools require**
17   **you show an ID to go pick up your child from school to**
18   **take them to the doctor.  There are rules and...**
19       **Yes, so under the rules that have been set**
20   **forth by SB 14, you have to be eligible, you have to**
21   **be registered, and you have to have a photo ID to vote**
22   **in person.**
23       Q.  Okay.  By the way, let me just clarify one
24   thing on an earlier topic --
25       **A.  Yes.**

296

1        Q.  -- about voting absentee -- or voting by
2    mail.
3        **A.  Yes.**
4        Q.  People who vote by mail don't have to go
5    through this, right?  Don't have to come up with a
6    photo ID?
7        **A.  Correct.**
8        Q.  Okay.  But if you were told you're not
9    allowed to vote in person, but you can only vote by
10   mail, would you be losing something?
11       MR. CLAY:  Objection.  Form.
12       **A.  I'm not sure I understand.**
13       Q.  (BY MR. DERFNER)  Would you feel that was some
14   kind of a disadvantage to you?
15       **A.  I'll be happy when I'm 65 and can vote by**
16   **mail.**
17       Q.  That wasn't my question.
18       **A.  I know.  No.  I mean, I don't personally.**
19   **Again, we -- you know, we've had a pretty good day.  I**
20   **think it's been -- it's been --**
21       Q.  Getting better by the minute.
22       **A.  Getting better by the minute.  We just have a**
23   **philosophical belief here.  I just -- I, along with**
24   **millions of Texans, just don't believe that requiring**
25   **a photo to vote, a sacred -- many people consider it**

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

---

297

1   very important, the integrity of the ballot box. It
2   decides who our President and our Congress and
3   senators and local officials are.
4        Millions and millions of Texans, including
5   Democrats and poor people that we've talked about
6   today, and minorities, don't think it's a burden or an
7   issue to ask someone to have a photo when it's almost
8   impossible to have a normal life in America today
9   without having to show a photo ID to do so many
10  things.
11       Q.  That's a great answer, Dan, but it wasn't my
12  question.
13       A.  Okay.
14            MR. DERFNER:  Read the question again.
15            THE REPORTER:  "Okay.  But if you were
16  told you're not allowed to vote in person, but you can
17  only vote by mail, would you be losing something?"
18            "Would you feel that was some kind of a
19  disadvantage to you?"
20            MS. DONNELLY:  Objection.  Form.
21            Go ahead.
22       A.  I think I said, no, it wouldn't.
23       Q.  (BY MR. DERFNER)  Why not?  Are you serious?
24            MS. DONNELLY:  Argumentative.
25       A.  Okay.  Well, if the rules say I need a photo

---

298

1   voter ID to vote and I don't have a photo voter ID and
2   I don't -- and I'm not inclined to get a photo voter
3   ID, then that's -- you know, that's -- I mean, society
4   does have its rules and regulations to do certain
5   things that the people support.  And if the people did
6   support it, it wouldn't be law.
7            (Ms. Baldwin exits the room.)
8       Q.  (BY MR. DERFNER)  If there are people who have
9   driver's licenses now, who didn't have to meet these
10  requirements, these documentary requirements, such as
11  documenting citizenship in order to get that driver's
12  license, should they be able to use that driver's
13  license as a photo ID?
14       A.  I stand to be corrected, but I do believe you
15  have to prove citizenship to get a driver's license in
16  Texas.
17       Q.  Okay.  When did you last renew your driver's
18  license?
19       A.  I was asked earlier this morning.  I don't
20  recall.  I don't recall.
21       Q.  Okay.  Did you prove citizenship at that
22  time?
23       A.  I don't recall.
24       Q.  Did you ever prove citizenship to get your
25  driver's license?

---

299

1       A.  If, when I renewed my driver's license -- and
2   it's probably the first time, it's probably not on
3   renewal.  But I don't know, if that was a requirement
4   at the time, then I had -- then I had to do that.
5       Q.  But you don't know if it was a requirement at
6   the time, do you?
7       A.  I don't know.
8       Q.  If it was not a requirement at the time, then
9   maybe you didn't have to do it?
10      A.  I don't know.  Well, if it wasn't a
11  requirement, then I wouldn't have had to do it.
12      Q.  And if you didn't have to do it and there's
13  no documentation of citizenship in your DPS records,
14  should you be able to vote?
15      A.  The laws -- if people act under the laws at
16  the time, then they're acting under the laws at the
17  time.
18      Q.  So should DPS be able to make it harder to
19  get an EIC today than was required of people who have
20  driver's licenses, who would be able to go to the
21  polls?
22      A.  First, I don't suggest -- I don't buy your
23  characterization that it's harder.  And secondly, I
24  don't know when -- maybe I did have to prove -- I
25  mean, I just don't know the answer to that question.

---

300

1   I don't remember.  When I got my first driver's
2   license in Texas, I don't know what the law was.
3       Q.  One of the documents DPS calls for in order
4   to qualify for an EIC is a birth certificate; is that
5   correct?
6       A.  I believe so.
7       Q.  What does that do?  Why is that
8   identification?
9            MS. DONNELLY:  Objection.  Form.
10      A.  I don't know what their thinking is on it.
11  But very often many things require, like a passport,
12  that you provide a birth certificate.  Other things
13  require a birth certificate when they determine
14  that -- that a birth certificate is important to prove
15  that up.
16      Q.  (BY MR. DERFNER)  Does a birth certificate
17  have a photo on it?
18      A.  No, but it would prove your citizenship,
19  where you were born, what country you were born in.
20      Q.  Okay.  If you took your birth certificate in,
21  would it prove that Dan Patrick, the person standing
22  in front of the DPS office, was -- should be -- should
23  get his driver's license if he needs his -- a birth
24  certificate for it?
25      A.  Would you mind repeating that for me?

---

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

301

1    Q. That's a bad question. Let me ask it again.
2    A. Good. I thought I was confused.
3    Q. No, no, no. When DPS requires a birth
4    certificate, which is virtually what you have to do,
5    what does that prove? Why is that proof good
6    identification and citizenship?
7         MS. DONNELLY: Objection. Form.
8    A. I'd have to do some research and -- and find
9    out what the thinking is on any agency, federal or
10   state or local, that requires a birth certificate for
11   anything, so...
12   Q. (BY MR. DERFNER) What does a birth
13   certificate prove?
14   A. It proves when you were born and where you
15   were born.
16   Q. Okay. So if Dan Patrick took your birth
17   certificate in, would it prove anything?
18   A. It would prove where I was born and when I
19   was born.
20   Q. Where who was born? The name on the birth
21   certificate, you told us earlier, is not Dan Patrick,
22   right?
23   A. That's correct. Right. Correct.
24   Q. So if you took the birth certificate that
25   accompanied your birth in, it wouldn't say anything

302

1    about Dan Patrick, would it?
2    A. No, but I would -- I would have my name
3    change -- no different than a -- you know, it's more
4    typical for a woman than a man to change their name in
5    marriage. But many women change their name when they
6    get married, and so you could make that same argument.
7         But we do require -- TSA requires it, you
8    know. You are required to have your driver's license
9    in your name.
10   Q. But what I'm getting at is, what did you have
11   to do to get your driver's license?
12   A. As I testified earlier, I don't recall when I
13   originally got it.
14   Q. And if you took your birth certificate in,
15   you'd need another document, wouldn't you? You, I
16   mean.
17   A. Would I?
18   Q. Yeah. Your birth certificate wouldn't tell
19   who you were. I don't mean to be picking on you, but
20   you have a special situation, right?
21   A. Well, no, not special. Lots of people change
22   their name. I mean, you know, half the population
23   that gets married, or women -- and most women change
24   their name when they get married, so they do the same
25   thing.

303

1    Q. Well, do you recall when you went to get your
2    license, did you bring in a birth certificate and a
3    court order?
4         MS. DONNELLY: Objection. He's already
5    said he doesn't remember.
6    A. I don't remember.
7         MS. DONNELLY: We should move on,
8    Armand.
9    Q. (BY MR. DERFNER) So the question is: Why
10   would the legislature give this free-floating
11   authority to DPS to make state policy on such an
12   important matter?
13        MS. DONNELLY: Objection. Form.
14   A. Again, I don't recall the specifics.
15   My -- part of my reaction would be that they are
16   already set up to do so. These EICs are similar to a
17   driver's license. They take the place of a driver's
18   license. They have the cameras there to take the
19   photograph. They have the background check system so
20   they can -- when you turn in your information, they
21   can do -- to make sure it's accurate. That's where
22   you get your driver's license. So it would make
23   sense.
24        We don't -- we wouldn't want to create a
25   whole new agency to go to a whole new office. People

304

1    are familiar with DPS. And at least somebody in
2    someone's family is familiar, "Oh, yeah, that's where
3    I got my license, I can take you down to get your ID
4    if..."
5         Because, we're talking about people who don't
6    have a driver's license. So it was the appropriate
7    agency to handle it.
8         And we, again, give rule-making authority.
9    We -- we don't micromanage everything that an agency
10   handles. We don't tell every agency exactly what to
11   do in every situation. We pass legislation and the
12   agency's enacted.
13   Q. (BY MR. DERFNER) Why didn't you give it to
14   the election officials?
15   A. I just answered the question.
16   Q. No, you told me what -- what the agencies do.
17   You didn't tell me why you picked that agency.
18   A. Well, I told you I didn't know why we picked
19   that agency. But my speculation is, they were the
20   ones already set up to do that.
21   Q. When you say "that," what do you mean "that"?
22   A. Walk in, get your photograph taken, had the
23   driver's licenses that he actually made, the
24   background checks done, they're the ones who do that.
25   Q. And do they have any experience with voting?

U.S. LEGAL SUPPORT - HOUSTON, TEXAS
713.653.7100

SENATOR DAN PATRICK                          7/11/2014
CONFIDENTIAL TRANSCRIPT

77 (Pages 305 to 308)

305

1    A.  This isn't about -- the DPS side of this
2    isn't about voting.  It's about verifying that people
3    who -- are who they say they are, and they're the best
4    set up agency in the state, since they're issuing a
5    driver's license, to issue a similar card.
6    Q.  So if the legislature wasn't deciding this
7    important voting question, and if DPS is set up just
8    to deal with the driver's license side, who was
9    looking out for the voters in this process?
10        MS. DONNELLY:  Objection.  This is just
11   argumentative.
12        MR. DERFNER:  I don't think so.  Do you
13   want me to rephrase it?
14        MS. DONNELLY:  Counsel, really, let's
15   just ask substantive questions.  It's the end of the
16   day.
17        MR. DERFNER:  I understand.
18   Q.  (BY MR. DERFNER)  Who was looking out for the
19   voters in this process?
20        MS. DONNELLY:  Objection.
21   Argumentative.
22        You can answer.
23        But I really think we need to move it
24   along.
25   A.  I'm really done with the issue.  I've

306

1    answered it multiple times.
2    Q.  (BY MR. DERFNER)  Okay.  Let me just take a
3    second.
4        Senator Patrick --
5    A.  Yes, sir.
6    Q.  -- I asked you a number of questions about
7    the legislative process and what you knew and didn't
8    know, et cetera.
9        Is there anybody besides you who would know
10   or who might know more about some of those things, or
11   might have known more about some of the questions I
12   asked about the legislative process?  Is that a clear
13   enough question?
14   A.  Yes.  It would only be speculation on my part
15   because I can't speak for another senator.  But the
16   author of the bill may, or may not.
17        And, again, to be clear, you know, I don't
18   recall -- you know, if -- if someone testified I was
19   in a conversation or there was a meeting or something,
20   I just don't remember those.  And I'm not trying to be
21   vague.  I just don't remember.
22   Q.  So when you say the senator that authored the
23   bill, you mean Senator Fraser?
24   A.  If there was someone who might be able to add
25   clarity, he might.  But he might not be.  I can't

307

1    speak for him.
2    Q.  Anybody else?
3    A.  The House sponsor or author that -- we call
4    sponsors in this case.
5    Q.  You mean Ms. Harless?
6    A.  Ms. Harless.
7    Q.  Any staff people?
8    A.  If there were, I wouldn't know who those
9    were.
10   Q.  Okay.
11        MR. DERFNER:  Okay.  Thank you.
12        THE WITNESS:  Well, thank you.
13          E X A M I N A T I O N
14   BY MR. CLAY:
15   Q.  I've got a few follow-up questions for you.
16   I am going to try and go quick because I know you've
17   got to get home for dinner.
18   A.  That's fine.
19   Q.  My name is Reed Clay, and I'm representing
20   the State of Texas today and the various other
21   defendants in this case who are defending the voter ID
22   bill that you and the rest of the legislature passed
23   in 2011.
24        I just want to ask a few kind of clean-up
25   questions based upon your testimony earlier today.

308

1        The same ground rules, if -- you know, if I say
2    something you don't understand, just let me know and
3    I'll clear it up for you.
4        You're not a lawyer, right?
5    A.  Correct.
6    Q.  Okay.  But -- but we've had -- heard some
7    testimony today about the federal courts and -- and
8    perhaps the Supreme Court upholding Indiana's voter ID
9    law.
10        Are you aware that the Supreme Court has
11   upheld Indiana's voter ID law?
12   A.  It's as I -- I believe I testified earlier
13   today:  It seemed to me somewhere in the past that was
14   information that -- that I was aware of.
15   Q.  Were you aware of it in 2011 when the
16   legislature passed the voter ID law?
17   A.  I can't speak for certain, but I believe so.
18   Q.  Are you aware that Georgia has a voter ID
19   law?
20   A.  I think I've heard that.
21   Q.  Are you aware that the Department of Justice
22   precleared Georgia's voter ID law under the Voting
23   Rights Act?
24   A.  Actually, I do recall that story.
25   Q.  We also -- you also talked a little bit about

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

78 (Pages 309 to 312)

309

1   polls that you -- I think I'm not mischaracterizing
2   your testimony when I say the word plural, polls.
3       A.  Correct.
4       Q.  We only heard one by name mentioned
5   specifically, which I think was the Baselice, which I
6   spell -- which I think we decided it was
7   B-A-S-E-L-I-C-E, poll.
8           That was one of the polls that you referenced
9   earlier?
10      A.  Correct.
11      Q.  Is that the poll -- you also mentioned a poll
12  that showed that 90 percent of Texans favored voter
13  ID.  Is that the Baselice poll?
14      A.  Yes, I believe it is.
15      Q.  But you did -- you did look at other polls
16  when considering voter ID in 2011, or before?
17      A.  I don't know that the word would be looked at
18  a poll.  I don't even know that I looked at the
19  Baselice poll.  But I've read -- I've read about
20  polls.
21          You know, sometimes a newspaper could conduct
22  a poll or a TV station or other entities and it's
23  reported by the media.  So I don't know that I
24  actually looked at a poll.  But I looked at the
25  reports of polls, and they were all consistent.

310

1       Q.  Fair point.  And I think maybe your education
2   is more advanced than you realize.  You correctly
3   criticized my question for not being specific enough.
4           You were aware of other polls other than the
5   Baselice poll when you were considering voter ID in
6   2011?
7       A.  Yes, I believe so.
8       Q.  Okay.  Do you know what the Texas Tribune is?
9       A.  Yes.
10      Q.  What about the University of Texas?
11      A.  Yes.
12      Q.  Do you recall seeing a poll from the Texas
13  Tribune and the University of Texas?
14      A.  I don't recall a specific poll, but I am
15  familiar with the fact that the two of them joined
16  together and polled a number of public --
17      Q.  But you don't recall, in particular, the
18  Texas Tribune/University of Texas poll?
19      A.  I do not.
20      Q.  Was the Baselice poll, to your knowledge, a
21  push poll?
22      A.  I wouldn't have knowledge of that, but I
23  don't believe so.
24      Q.  Is the Texas Tribune a conservative
25  newspaper, in your opinion?

311

1       A.  No.
2       Q.  Is the University of Texas a conservative
3   institution, in your opinion?
4       A.  No.
5       Q.  Do you think that the University of Texas or
6   the Texas Tribune would do a push poll that was meant
7   to aid the passage of voter ID?
8       A.  Well, it's an interesting question, because
9   the push poll issue came up earlier today.  And push
10  polls, to my knowledge, and to my experience, are
11  usually done candidate on candidate.  They're not done
12  on -- on public issues.
13          When someone like the University of Texas or
14  the Texas Tribune, or even a private pollster is
15  polling issues, issues and policy, I would actually be
16  surprised that those were push polls.
17          They're usually hired by independent people
18  who -- you know, independent groups, or they are
19  independent, or even if they're a professional
20  pollster, they're hired by people who are interested
21  to actually see where the public stands on an issue.
22          So to answer your question specifically:  I
23  do not believe that the University of Texas or the
24  Tribune would do a push poll.
25      Q.  On anything?

312

1       A.  Yeah, I don't think they would do it on
2   anything:  But particularly, public policy.
3       Q.  Earlier you mentioned that the polls that you
4   were aware of showed broad support across -- and I
5   don't -- if I'm mischaracterizing your testimony, let
6   me know -- across political ideologies.
7           In other words -- and I think you used the
8   words broad support among Republicans, Independents,
9   and Democrats.  And I went backwards.  I went from
10  left to right.  I should have gone from right to left.
11      A.  Yes, the polls that I saw, it seems to me I
12  remember a number where 96 percent of the Republicans
13  and 74 percent of Democrats supported photo voter ID.
14  There seemed to be a poll somewhere in the past I
15  read.
16      Q.  Were you aware that photo voter ID garnered
17  support from the majority of minorities in Texas in
18  2011 when the Texas legislature was considering voter
19  ID?
20      A.  I think my testimony earlier today was that I
21  believed that was the case, that the constituents of
22  the legislators who voted against the bill, the
23  majority of them favored it.
24      Q.  So at the time that you voted for SB 14, in
25  your opinion photo voter ID was supported by a

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

313

1    majority of minorities in Texas?
2        A.  Yes.
3        Q.  So we've talked about polls as one thing
4    you've considered, you know, throughout your
5    consideration of voter ID and the various times it was
6    brought up in the Texas legislature.  Did you -- what
7    else did you consider, other than that?
8        A.  Well, first of all, did I think it was
9    important?  And I did, to protect the integrity of the
10   ballot box.  Did I think it was a reasonable request
11   of people to have a photo to vote?  Based on many
12   things I've said today, you need a photo for so many
13   other things.
14       Based on all the people I had talked to over
15   a period of time, looking at all the polls and -- and
16   you said something that just actually made me think of
17   something about the majority of minority voters.
18       Very often, if we have a contentious issue
19   where -- not the legislators, because legislators
20   will be divided -- but the citizens, where
21   citizens are divided on an issue, they show up at the
22   Capitol and rally for and against.
23       I don't recall anyone -- I could stand to be
24   corrected -- but I don't recall at any time there
25   being a large group -- I mean, you know, where we hear

314

1    them yelling outside; which, we often do on bills
2    opposing voter ID.
3        And then when you have one group -- or for
4    it, to be honest.  I mean, there may have been small
5    groups that came up, or individuals.
6        And what that means is that -- that it was
7    overwhelming support for it and it was -- it was a
8    no-brainer to a lot of people that this is reasonable
9    to require and we want to protect our ballot box.
10       So it was -- it was very natural, and very
11   expected, I think, by the people, that we were going
12   to pass it for that reason.
13       Q.  So if I characterized your testimony here
14   today, you -- you mentioned earlier that you don't
15   know, specifically, why any given Democratic
16   legislator opposed voter ID, right?
17       A.  Yeah, I really don't.
18       Q.  If I characterize your testimony
19   today -- here, today, as in your opinion that there
20   was a misalignment or chasm between the Democrat
21   legislators in the Texas legislature and the
22   constituents that they represented; would that be
23   fair?
24       A.  It would be fair and it wouldn't be the first
25   time.

315

1        Q.  Do you consider -- well, let me just ask a
2    more general question.  What are your opinions of the
3    state voter rolls?
4        A.  Can you --
5        Q.  The voter registration lists.  Do you have
6    any opinions about the state of the voter registration
7    lists that Texas has?
8        A.  I'm not sure I understand the -- the state of
9    the -- the voter registration --
10       Q.  Okay.  I'll move on to my next question then.
11       A.  Okay.
12       Q.  Were you aware during your consideration of
13   the Texas voter ID laws, you know, either in '07, '09,
14   or '11, that counties were having to cancel or remove
15   noncitizens from their voter rolls?
16       A.  I believe that -- and I'd have to go back and
17   really think through this.  But I believe, and was
18   aware through conversations, that a number of counties
19   were trying to clean up their voter rolls from people
20   who were deceased and people who may not have been
21   eligible to register, yes.
22       Q.  Did you consider any reports or studies of,
23   you know, the effects of voter ID?
24       A.  Did I -- I don't -- I don't recall.
25       Q.  Does the report of Commission on Federal

316

1    Election Reform ring a bell?  And maybe this will jog
2    your memory -- the cochairs were President Jimmy
3    Carter and James A. Baker.
4        A.  No, it doesn't ring a bell.
5        Q.  Do voter registration cards expire, to your
6    knowledge?
7        A.  They do.
8        Q.  Can you vote with an expired voter
9    registration card?
10       A.  Only provisionally.  In fact, you may not
11   even be able to vote with an expired registration card
12   provisionally.  I'm not sure.  Because the whole idea
13   of voting a provisional ballot is that you actually
14   have a right to vote, but you couldn't prove it at the
15   time.
16       So if you presented a registration card that
17   was expired, then you wouldn't be able to vote unless
18   you brought the wrong one and you said, I need to go
19   get the other one, so...
20       Q.  You said earlier that -- I believe that you
21   said this, and correct me if I'm wrong, you said it
22   was fairly easy to register to vote in Texas; is that
23   right?
24       A.  Yes.
25       Q.  Do you believe that there were -- are you

SENATOR DAN PATRICK                           7/11/2014
CONFIDENTIAL TRANSCRIPT

80 (Pages 317 to 320)

317

1  aware of any voter registration fraud in Texas?
2      A.  I think there was testimony of voter
3  registration fraud.
4      Q.  Do you know what ACORN is, or was?
5      A.  Yes.
6      Q.  Are you -- do you remember or recall any
7  voter registration -- I'll use the word scandal --
8  involving ACORN, either in Texas or elsewhere?
9      A.  I do.
10     Q.  Earlier you testified that you thought that
11  Texas photo voter ID law, that the only type of fraud
12  that it prevented was in-person voter fraud; is that
13  correct?
14     A.  Yes.
15     Q.  Do you think that Texas's photo voter ID law
16  deters other types of fraud?  I'll get more specific.
17  Do you think it would deter voter registration fraud?
18     A.  I don't know.
19     Q.  Prior to the enactment of SB 14, if someone
20  fraudulently registered to vote and was not
21  apprehended or caught, how difficult would it have
22  been for them to -- to vote?
23     A.  It would have been easy.
24        And to your last question, it took me a
25  second to cycle through.  If people know they have to

319

1  present, not 31 senators, so the fewer senators, then
2  your threshold decreases.  And there were fewer
3  senators that day.
4        We passed the bill.  Senator Whitmire
5  objected and -- and said that he was in the restroom
6  and was not aware of the vote and -- and protested.
7  And there was another Democrat who was not there that
8  day.  And the protest went on quite a while from
9  Senator Whitmire, that it wasn't right, it wasn't
10  fair, it was an important bill, he should have been
11  able to vote.
12        And so the lieutenant governor, David
13  Dewhurst at the time, said, "Okay, we'll -- we'll have
14  another vote."  Not everyone agreed with that, but we
15  respected his decision.
16        I've never seen in my entire time of over
17  16,000 votes a vote be -- the gavel come down -- bless
18  you -- the gavel come down and a senator complain and
19  a -- and the lieutenant governor give them a mulligan.
20  I've never seen that.  But the lieutenant governor
21  did.
22        And while we went through this 20-minute, or
23  whatever it was, debate on should we have a revote,
24  the Democrats went and got the senator at his home.
25        I'm not -- you know, I don't know if he was

318

1  have a photo to vote, then it could impact voter
2  registration fraud because people would know, I can
3  register to vote, but I actually can't vote if I don't
4  have a photo ID matching up with the name I've
5  registered under.  So it could obviously
6  impact -- could impact it.
7      Q.  So you think that Texas voter ID law could
8  deter voter registration fraud?
9      A.  In that context, it could.
10     Q.  Does a voter registration card -- well, let
11  me -- give me one second here.
12        Let's go to kind of the legislative history,
13  if you will -- and I know it's somewhat long, so we'll
14  do the shorthand version to try to get through it --
15  of Texas voter ID law.
16        Do you recall the first time that Texas
17  legislature considered voter ID?
18     A.  Well, the first time that I'm aware of,
19  that -- that I was a senator, was 2007.  I don't know
20  if it was considered before that.
21     Q.  What happened in 2007?  I mean, obviously, it
22  wasn't passed, right?
23     A.  Yeah, we passed it in the Senate.  There were
24  a couple of senators missing from the floor.  And the
25  21-vote rule is based on the number of senators

320

1  ill or just late.  They went and got that senator, it
2  was Senator Uresti, and as we were going through the
3  roll call, we do it alphabetically, just as we got
4  pretty much down at the end of the alphabet, Senator
5  Uresti suddenly appeared on the Senate floor and we
6  lost by a vote --
7      Q.  And so it was passed --
8      A.  -- as I recall.
9      Q.  -- it was passed out; but then, the vote was
10  redone.  And therefore, it never made it out of the
11  Senate in 2007?
12     A.  Yes, because we, as I recall -- I'd have to
13  go back and check the archives, the -- for a vote.  We
14  didn't have the 21-vote, or we lost by a vote, however
15  the count came out.
16     Q.  So the blocker bill is ultimately what did in
17  voter ID in 2007?
18     A.  Correct.
19     Q.  And then am I right saying that voter ID was
20  again considered by the legislature in 2009?
21     A.  Correct.
22     Q.  What happened in 2009?
23     A.  I'd have to go back and look at the history.
24  I believe it passed out of the Senate, and I don't
25  know what happened.  I can't remember.  If I were

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

321

1   shown the documents, I would remember right away, but
2   I don't remember what happened next.
3       Q.   But it wasn't passed by the legislature,
4   correct?
5       A.   Correct.
6       Q.   Do you know what chubbing is?
7       A.   Yes.
8       Q.   What is chubbing?
9       A.   In the House, they have different rules than
10  the Senate.  In the House you are allowed to stand up
11  and speak -- I don't know all the House rules
12  verbatim -- but I believe you can speak for ten
13  minutes against a bill, and so -- any bill.
14          So what happens is -- and the Democrats have
15  used this on a number of occasions, in my
16  recollection.  And there are -- at that time there may
17  have been 50 or 55 Democrats in the House.  I don't
18  know if each one -- but they would chub every -- the
19  House, as I explained earlier, has a different way
20  they bring bills to the floor.
21          And so my memory is that voter ID was so many
22  bills down, and they chubbed every bill.  So they'd
23  talk for ten minutes, and just before their time ran
24  out they basically ended their -- "That's all I have
25  to say."  And then, the next person did it.

322

1          So they brought the process -- the
2   legislative process to a grinding halt, on everything,
3   in order to slow that bill down.
4          And I don't know if that's what eventually
5   killed it or the clock just ran out.  I just don't
6   recall.  Because the votes were in the House.
7          Clearly, the Republicans had, in 2009, I
8   don't know, a habit of just saying to us, 11
9   they had the votes to pass it.
10      Q.   Let's just hypothetically say there's bill X
11  that's buried down on the order of when it would come
12  up on the floor --
13      A.   Right.
14      Q.   -- that a group of legislators want to kill
15  it.
16      A.   Yes.
17      Q.   And they'll talk for ten minutes on every
18  bill in front of that, right?
19      A.   Yes.
20      Q.   In the hopes of basically preventing that
21  bill from ever coming up to the floor?
22      A.   Correct.
23      Q.   If there are bills after bill X, what happens
24  to them?
25      A.   They all die, too.

323

1       Q.   Okay.
2       A.   Everything dies.
3       Q.   And then in 2011, what happened in 2011?
4       A.   In 2011, we passed the bill and -- out of the
5   Senate.
6       Q.   The Senate?
7       A.   And then it passed out of the House at some
8   point.  I don't know if it came back to the Senate or
9   not.  I don't remember if it was amended.  It went to
10  the governor and was signed.
11      Q.   Did you have two-thirds in the Senate?
12      A.   We made an exception for the two-thirds rule
13  and we passed it as -- and I forget the procedural
14  matter in which we did, but we passed it without the
15  two-thirds rule.
16      Q.   Do you think that what happened in 2007 and
17  2009 is -- is that the reason that the Senate made an
18  exception for voter ID in 2011?
19      A.   I think it's part of the reason.  The main
20  reason we wanted to pass it was the integrity of the
21  ballot box; and 90 percent of the people, in our view,
22  supported it.
23          But rules are designed -- rules are designed
24  for both parties to be able to work through the system
25  and pass or stop legislation.  Rules can be abused.

324

1          For example, the blocker bill, as we've
2   talked about before, was designed to be a one-party,
3   really, how to get bills to the floor.  And it was
4   designed, some might say, to try to bring people
5   together, because you have to work across the aisle to
6   get it done.  Democrats need us, we need them.
7          But the Democrats in the Senate had fallen
8   into a -- had begun a habit of just saying to us, 11
9   of us -- and there were 11 and 12 at various times in
10  the Senate -- that "We're just going to" -- on a lot
11  of bills, on a lot of bills -- "We're not voting for
12  your bill."
13          And then we would sit down and say, "Well,
14  we'd like to -- let's negotiate, and how can we make
15  this work?"  "No, we're not negotiating, we're not
16  interested."  So they used the blocker bill just to
17  say, "No, wasting time, not interested."
18          And -- and so what happens is -- and I never
19  quite understood that tactic, because you go to
20  special session.  We don't use the 21-bill rule.
21  Everyone knows we don't use the 21-bill rule.  And we
22  can pass bills.
23          And then over in the House again, I think the
24  House Republicans were not only upset that the voter
25  ID was chubbed, but everybody else's bills died

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

325

1   behind -- I don't know how many there were.  So there
2   might have been a bill needed for a community, it may
3   have been a Democrat one or Republican, but all bills
4   died.
5        So, you know, I think in 2011 we said, the
6   Democrats have used the rules; whether we like the way
7   they used the rules or not, they used the rules to
8   stop the bill and we used the rules to pass the bill.
9        And -- you know, I said to a Democrat senator
10  one time, I'll never quite understand -- and I have a
11  very good relationship and work well and we pass --
12  work well on a lot of bills together.
13        But I said to a senator once, I said, "I've
14  never understood you-all locking arms and saying no on
15  these bills that you don't want; because if you would
16  negotiate with us, we'd pass a bill that you might
17  find more palatable because you would have influence
18  on.  But if you're not interested in negotiating, then
19  we're going to have a special session and you're not
20  going to have any influence because we only need 16
21  votes.  Simple majority."  I've never quite understood
22  that thinking.
23        If I were in the minority party, I would want
24  to try and -- and make every bill, if I know it's
25  eventually going to pass, I would like to have as much

326

1   influence on it as I can.
2              MS. DONNELLY:  Sorry to interrupt.  How
3   are we doing on time?
4              (Discussion off the record.)
5        Q.  (BY MR. CLAY)  If you'll permit me to run
6   through.  Earlier we were talking a little bit about
7   student IDs.  Do you know whether noncitizens can
8   attend state universities?
9        A.  They can.
10       Q.  What about persons who are below the age of
11  18 years old?
12       A.  Can they?
13       Q.  Can they attend state universities?
14       A.  Yes.
15       Q.  Does a student ID prove citizenship?
16       A.  No.
17       Q.  It doesn't even prove state residency, does
18  it?
19       A.  No.
20       Q.  Does a student ID, to your knowledge -- are
21  you aware of any student ID issued by a Texas
22  university that shows date of birth?
23       A.  No.
24       Q.  We also talked a little bit about state IDs.
25            Well, first, let me back up.  Does your

327

1   passport show that you're a citizen of the United
2   States?
3        A.  Yes.
4        Q.  Does it show your date of birth?
5        A.  Yes.
6        Q.  We talked a little bit about state IDs also.
7   And I think it was Armand who -- who showed you a list
8   of the interrogatories and the various state agencies
9   who issue state IDs.
10            To your knowledge, do all those state-issued
11  state employment IDs, are -- do they all look alike?
12       A.  No, they all look -- they're actually
13  different.
14       Q.  Do you know -- if you were a -- I mean,
15  granted, you're here legally -- let's say a lawful,
16  permanent resident of the United States and employed
17  by the state of Texas, you could be issued the same ID
18  as me or Arthur, or whomever else, assuming you work
19  for the Attorney General's Office; is that right?
20       A.  Yes.
21       Q.  So a state ID doesn't necessarily prove that
22  you're a citizen; is that right?
23       A.  Correct.
24       Q.  And to your knowledge, are you aware of any
25  state ID that shows a person's date of birth?

328

1        A.  I'm not aware of.  There may be, but I'm not
2   aware of that.
3        Q.  We also talked briefly about some of the
4   amendments, and I'm just going to be very brief.
5            But one of the amendments -- and I'm trying
6   to find it here, and this is Exhibit --
7              MS. CONLEY:  5.
8        Q.  (BY MR. CLAY)  -- 5, and it's Amendment No.
9   30, and it talks about -- I'll just read to you from
10  it.  It says:  "The Secretary of State shall produce
11  an annual report showing," and then it goes through
12  about seven different categories, and one of them is,
13  "the number of residents eligible to vote in this
14  state who do not have the documentation required under
15  Section 63.0101," which is the voter ID bill, "and the
16  percentage of all state residents eligible to vote
17  represented by that number;"
18            Would SOS have information regarding the types
19  of documentation held by registered voters?
20       A.  I don't believe so.
21       Q.  It also asks for "the average time, by voting
22  precinct, that a person must wait to obtain a document
23  described by 63.0101 (1) at the nearest," which is the
24  voter ID law, "at the nearest Department of Public
25  Safety licensing facilities..."

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

83 (Pages 329 to 332)

329

1      Would SOS have any knowledge of waiting times
2  at DPS facilities?
3      A.  No.
4      Q.  I'll ask -- my last three questions are,
5  we've talked a lot a lot about the various, I'll call
6  them, exemptions or -- they're not all exemptions, but
7  sort of concessions, made to -- to various people who
8  might be affected by voter ID, more so than others.
9      One of them is, of course, that people 65
10 years of age or older are able to vote by mail, and,
11 therefore, don't have to show an ID, correct?
12     A.  Right.
13     Q.  Is it fair to say that that was a concession
14 to them in recognition of the fact that sometimes it
15 can be difficult for them to get to and from the
16 polls?
17     A.  Well, I wasn't there when that passed, so I
18 don't -- I wasn't involved in that, so I can't
19 honestly answer.
20     Q.  Okay.  And another one we talked about was a
21 disability exemption, which allows disabled voters, or
22 significantly disabled voters -- I think is the word
23 you used -- to apply for and gain an exemption from
24 their local registrar, which allows them to vote
25 without an ID.

330

1      Is it fair to say that that is a
2  concession -- am I characterizing your testimony
3  correctly to say that that is a concession made in
4  recognition of the fact that it may be more difficult
5  for a disabled person to get to and from a DPS
6  facility in order to get an ID?
7      A.  For a severely disabled person, yes.
8      Q.  And we also talked a lot about the EIC, or
9  the election identification certificate, which the
10 legislature decided DPS shall issue free of charge to
11 people who meet the various requirements.
12     Is it fair to say that that is a concession
13 that the legislature made for people who may lack the
14 means to get an ID that may cost more money?
15     A.  Yes.
16     MR. CLAY:  That's it for me.
17     MS. DONNELLY:  Okay.  Thank you.
18     Hang on one second.  What's the time?
19     (Discussion off the record.)
20     MS. DONNELLY:  Did you want to say
21 something?
22     THE WITNESS:  Yes.  Just for the record,
23 in -- a couple of days ago I received my previous
24 deposition, which I had planned to read over, but I
25 never had time.  I skimmed a few pages.

331

1      But when I looked at the very beginning
2  of it, the first -- one of the very first questions I
3  was asked, had I ever been deposed before, and I
4  believe I said once.  I actually think I may have been
5  deposed a couple of times in other -- not related
6  cases, back in the '80s.
7      But I just wanted -- for the record,
8  that just -- when I looked at my deposition from the
9  last time -- and I didn't read it all because it was
10 too long, but that was like on the very first page,
11 and I saw, oh, I didn't answer that correctly.
12     So I want to -- I just didn't recall at
13 the time or didn't think about it, so I just want to,
14 for the record --
15     MR. DYER:  This is your deposition from
16 the preclearance litigation?
17     THE WITNESS:  Yes.  Yes.
18     MS. DONNELLY:  2012.
19     THE WITNESS:  2012.
20     MS. CONLEY:  I'm sorry.  I just have one
21 quick follow-up question.
22     F U R T H E R   E X A M I N A T I O N
23 BY MS. CONLEY:
24     Q.  The University of Texas/Tribune poll that
25 Reed referenced, you said you weren't familiar with

332

1  that poll, correct?
2      A.  I'm familiar with the polling they do.  I'm
3  not familiar with that specific poll.
4      Q.  The specific poll that he referenced, you
5  were not familiar with that, correct?
6      A.  Yes.  Yes.  And I don't think he gave me the
7  numbers of what it said.  I just -- I wasn't familiar
8  with that poll.
9      MR. CLAY:  I actually did not reference
10 a specific poll.  I just asked if you were aware of a
11 poll from the Texas Tribune or the University of
12 Texas.
13     A.  And it may well have been one of the many
14 polls that I read.  I just specifically couldn't tell
15 you which one.
16     Q.  (BY MS. CONLEY)  Great.  I just wanted to make
17 sure I was clear.  Thanks.
18     (Deposition concluded at 6:07 p.m.)
19
20
21
22
23
24
25

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

333

REPORTER CERTIFICATION

THE STATE OF TEXAS :
COUNTY OF HARRIS :

    I, DENYCE SANDERS, a Certified Shorthand
Reporter and Notary Public in and for the State of
Texas, do hereby certify that the facts as stated by
me in the caption hereto are true; that the above and
foregoing answers of the witness, SENATOR DAN PATRICK,
to the interrogatories as indicated were made before
me by the said witness after being first duly sworn to
testify the truth, and same were reduced to
typewriting under my direction; that the above and
foregoing deposition as set forth in typewriting is a
full, true, and correct transcript of the proceedings
had at the time of taking of said deposition.

    I further certify that I am not, in any
capacity, a regular employee of the party in whose
behalf this deposition is taken, nor in the regular
employ of his attorney; and I certify that I am not
interested in the cause, nor of kin or counsel to
either of the parties;

    That the amount of time used by each party at
the deposition is as follows:
      MS. BALDWIN - 04:16:14
      MS. CONLEY - 01:14:28
      MR. DERFNER - 01:07:01
      MR. CLAY - 00:31:03

    GIVEN UNDER MY HAND AND SEAL OF OFFICE,
this, the 16th day of July, 2014.



    DENYCE SANDERS, CSR, RPR, CRR, TCRR
    Notary Public in and for
    Harris County, T E X A S

My Commission Expires:  4-14-17
Certification No.:  4038
Expiration Date:  12-31-15
U.S. LEGAL Support, Inc./Firm No. 122
363 N. Sam Houston Parkway, 12th Floor,
Houston, Texas  77060; 713.653.7100

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

1

| **A** |
|---|
| **$35,000** 97:1,4 |
| **$500** 258:24 259:1,5 |
| **a.m** 1:19 |
| **Abbott** 194:19 |
| **ability** 10:15 69:7 |
|   93:7 136:3 148:10 |
|   148:17 166:9 |
|   234:20 |
| **able** 34:2,3 68:4 69:4 |
|   70:14 87:6 88:3 |
|   89:4 112:21 122:16 |
|   122:24 124:8 |
|   126:13 142:13 |
|   144:22 172:15 |
|   173:18 199:5,8 |
|   214:17 215:3,4 |
|   227:9 239:7 253:12 |
|   260:23 261:8 262:7 |
|   264:10 288:4,14 |
|   293:11 298:12 |
|   299:14,18,20 |
|   306:24 316:11,17 |
|   319:11 323:24 |
|   329:10 |
| **able-bodied** 216:6 |
|   220:16 224:19,22 |
|   228:3 233:1 234:4 |
|   235:25 236:8 251:1 |
| **above-styled** 1:18 |
| **absent** 129:25 167:17 |
| **absentee** 295:9 296:1 |
| **absolute** 66:3 |
| **absolutely** 194:16 |
| **abused** 323:25 |
| **accept** 104:2,3,4 |
| **acceptable** 38:16 |
|   52:2 76:20 82:14 |
|   89:13 93:19 95:19 |
|   108:25 111:24 |
|   112:10 114:1 |
|   146:19 149:21 |
|   150:2 |
| **accepted** 70:15 76:3 |
| **accepting** 281:24 |

282:1
**access** 23:16 90:23
  91:8,13,14,20 92:11
  92:19,19 129:9
  183:24 184:5
  216:13 264:2
  273:16
**accessible** 42:1
**accommodate** 10:1
**accommodation**
  105:9
**accompanied** 142:24
  301:25
**accomplished** 65:14
  245:11
**account** 15:20 16:4,7
  16:25 85:6
**accounts** 56:17
**accurate** 20:24 31:3
  62:12 68:4 76:23
  106:19 109:4
  192:14,15,18 219:8
  219:15 303:21
**accurately** 9:15
  10:18 40:17 101:3
**accuse** 158:25
**accusing** 186:12
**acknowledge** 122:14
**ACORN** 317:4,8
**acquire** 234:5
**acrimony** 247:5
**across-all-party-li...**
  182:21
**act** 78:17,22 79:2,4
  79:10 80:1 82:10
  85:14 147:12 148:9
  148:15,23 149:15
  299:15 308:23
**acting** 299:16
**action** 1:4 119:24
  120:2
**active** 19:5 198:21
  210:4
**actively** 115:4,6
  117:2

**activist** 211:1
**activity** 255:13
**actual** 18:2 23:16
  37:24 40:2
**ad** 186:11,11,18,19
  186:20,21,25
  187:12 190:20,23
  191:13,17
**add** 19:12 126:7
  306:24
**added** 230:5 231:14
**addition** 203:24
  204:17 266:8
**additional** 44:20 93:8
**address** 14:20,22
  15:4 75:13,18
  113:14 155:13
  157:21 158:9,13
  201:21 204:13
  205:5 228:21
**addressed** 66:11
  98:19 113:18 246:6
**addresses** 157:11
**adequate** 45:8,17
  70:5 72:10,16 73:2
  73:22 74:15
**aderfner@dawlega...**
  2:11
**admit** 216:21
**advance** 29:3,21
  242:23
**advanced** 310:2
**advantage** 238:10,19
  239:11
**advent** 189:20,24
**advisory** 154:7,10,13
  154:19,23 158:14
**affect** 10:15
**affiliated** 154:22,24
  154:25 175:20
  200:17
**affirmatively** 115:15
**afford** 267:15,16
**afield** 185:4 192:24
**afraid** 180:10

**African-American**
  63:21 90:23 91:7
  180:21 181:14,25
  195:6
**African-Americans**
  25:20 90:8,19 96:20
  97:4,6 119:16 181:6
**age** 71:17 125:17
  126:4,12 127:5
  129:8 250:13,23
  326:10 329:10
**agencies** 271:5
  272:19 273:14,21
  274:11,21 275:23
  290:7 304:16 327:8
**agency** 72:3,4 74:4
  249:20 272:22
  275:24 286:19
  289:12 290:8 291:5
  301:9 303:25 304:7
  304:9,10,17,19
  305:4
**agency's** 304:12
**ago** 49:2,3,4 59:17
  65:24 74:1 117:22
  203:1 223:5 226:21
  267:13 278:18,18
  330:23
**agree** 39:19 42:19
  50:16 51:18,20,22
  68:9 71:16 73:14,15
  74:3 75:23 76:21
  77:15,17 84:1,3
  111:22 113:25
  164:10 174:21
  179:25 180:21
  181:13 187:25
  193:23 194:6 217:6
  220:18,22 233:21
  262:23 263:21
**agreed** 78:7 188:7
  319:14
**agriculture** 290:14
**ahead** 30:17 36:2
  38:20 60:7 65:1,8

70:8 80:23 94:12
173:1 187:19
215:18 218:23
224:2 297:21
**aid** 311:7
**air** 33:9,12,14 34:20
267:22
**airplane** 57:16
220:11,19,24 221:6
221:11,15 222:14
222:24
**airport** 92:5 278:24
**aisle** 229:25 324:5
**al** 1:3,5
**aliens** 179:22
**alike** 327:11
**all-white** 183:18
**alleviate** 199:15
**alleviating** 144:10
**allow** 137:23 139:12
140:3 165:6 189:1
212:22 239:2 277:4
**allowable** 107:19
112:3
**allowed** 19:24 52:9
66:19,25 72:1 74:4
76:25 110:4 140:12
141:5,14 143:19
173:15 174:24
268:4 277:10,19
296:9 297:16
321:10
**allowing** 77:3,22
138:22 141:21
143:3
**allows** 142:20 221:16
222:15 329:21,24
**alphabet** 320:4
**alphabetically** 320:3
**alternative** 123:14
287:22
**alternatives** 254:6,9
254:11,13
**ALTMAN** 2:9
**amend** 116:10 246:15

**amended** 126:8 323:9
**amending** 138:15
**amendment** 20:1
100:22,23 103:19
103:20,21,24,25
104:2 113:17 122:2
122:3,7,8 123:7,12
125:15,25 126:9
127:11,16 128:10
128:21 129:25
131:22 132:8,12,12
132:17 134:4,12
135:9,15,20 136:13
136:18,20 137:3,14
137:20,23 138:9
139:9,15 140:10,11
140:12,24 141:5,14
142:3,8,15,20 143:7
143:9,12,19,23
144:5,9,13,21,23
145:2,5,9,12,14,21
146:9,10,13,21,22
147:4,6 197:19
201:6,8,9,10 202:12
202:23 204:13
205:5 212:22
213:15,25 219:24
239:2,6 240:12,15
241:2 243:23
247:13,22,25 248:5
248:7 250:8 288:22
288:23 328:8
**amendments** 100:20
120:22 121:9,16
135:5 197:17
247:10 258:23
269:18 328:4,5
**America** 1:17 2:2
89:12 169:5,10
175:5,10,14,20
297:8
**American** 96:17
179:23
**amnesty** 186:13
**amount** 333:13

**analogy** 253:9
**analyses** 18:8,18
21:17 22:3 110:17
**analysis** 110:21,24
111:16 120:11,18
225:9,24 227:22
231:9,20 236:22,25
252:2,8,24
**analyze** 78:11,11
**Andrea** 96:2
**Anglo** 26:15 90:24
95:20 134:18
149:22 150:2
180:22 181:14
191:2 252:22
**Anglos** 90:8 91:9
134:9
**Anna** 2:5 7:4 55:9
231:4
**anna.baldwin@us...**
2:6
**Announces** 5:18
**annual** 328:11
**answer** 9:23 14:16
30:18 36:13,14,15
37:10 38:20 42:23
45:12 46:20 47:2
50:21 51:21,24 53:6
54:22 55:5 56:15
61:4,7,18 62:23
63:4,24 69:2,10,12
69:25 71:4 79:22
81:23 82:2,20 83:14
83:15 91:1 93:23
95:6 98:8 99:5
100:19 103:2 107:3
109:3,5,5 114:5
136:1 149:3 151:13
152:3 167:12
171:22 173:2
174:12 178:22,23
187:7 192:25
193:13 194:13
203:9 204:22
222:18 225:12

226:19 229:23
232:11 233:10
241:14 271:14,22
278:16,16 281:3
286:11 287:5
293:18 294:18
297:11 299:25
305:22 311:22
329:19 331:11
**answered** 59:18 60:8
64:8 73:19 94:13,19
106:7 120:13
129:14 147:13
172:5 174:11 186:1
192:25 196:4 203:7
225:11,13 229:22
232:25 304:15
306:1
**answering** 101:3
179:3 193:6 194:11
201:22 222:19
**answers** 40:15
196:24 270:18,20
271:20 333:5
**Antics** 5:20
**Antonio** 156:4,6
**anybody** 8:1 12:10
127:11 270:8 282:5
282:23 291:15
293:25 306:9 307:2
**anymore** 164:23
281:14
**anyone's** 80:25
**anytime** 157:22
245:10
**anyway** 140:3 279:5
**apologized** 194:18
**apparently** 19:22
35:17 120:1 170:10
171:21 177:19,21
202:15 240:11
241:25 258:18
**appeal** 184:14
**appealed** 188:21
190:6

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

3

**appeals** 185:9
**appear** 139:9 195:7
258:15 286:13,13
286:16,21
**APPEARANCES** 4:5
**appeared** 320:5
**appears** 154:2 170:9
190:15 200:4 201:5
255:21 257:25
258:3,13
**applicant** 284:21
287:20,21
**applicant's** 286:2
**applicants** 287:25
**application** 285:23
285:25
**applied** 149:9 191:19
**apply** 124:15,24
125:23 215:22
287:21 294:19
329:23
**Appraisal** 156:14
**appreciate** 20:16
**apprehended** 317:21
**approach** 133:10,11
**approached** 229:2,4
229:6
**appropriate** 50:9
70:2 195:24 221:12
288:13,17 304:6
**approved** 123:9
241:18
**approximately** 82:12
83:4 133:14 280:9
**April** 15:18
**archives** 320:13
**area** 14:21 25:6
92:22 93:11 115:2
121:1 129:16,19
204:14 205:6 216:3
216:9,13,17 217:8
217:17,22 227:7
**areas** 25:3 42:5,10
83:22 92:13,15,17
92:18 93:2 98:20

110:6 122:15
183:23 184:4
204:24 220:12
228:17
**argue** 186:1 249:19
**argument** 62:6 69:22
263:4 302:6
**argumentative** 59:14
60:6 64:7,18,25
88:20 89:23 94:25
117:4 151:12
172:25 174:17
229:20 235:11
290:12 291:2,7,8
297:24 305:11,21
**arguments** 61:12
62:1 185:23
**Armand** 2:10 7:13
254:24 257:18
260:18 267:9 271:8
276:25 291:10,21
293:15 303:8 327:7
**arms** 117:21 165:9
325:14
**arrived** 184:11
**artfully** 241:5
**Arthur** 3:8 7:23 12:9
327:18
**Arthur's** 275:14
**arthur.dandrea@o...**
3:9
**article** 37:24 116:23
178:2 180:1
**articles** 38:2 50:3
**ascertain** 49:24
**aside** 168:2
**asked** 14:17 38:9
39:20 54:5 56:13
57:22 59:16 69:11
73:18 84:2 89:10
95:4 98:11 99:16
103:6 105:8,9,18,22
107:2 110:24 126:7
135:4 146:13 147:9
149:3 151:23,24

152:1 159:5 173:16
192:12 213:21
222:20 224:17
225:11 229:22
255:5 258:1 265:15
271:25 279:12
282:6,12,20 298:19
306:6,12 331:3
332:10
**asking** 17:7 20:14
45:9 49:1 51:20,21
59:18 66:3 68:24
80:24 91:16 93:22
95:1,3 105:17
127:22 146:24
150:9 153:3 171:21
171:23 182:25
195:22 213:19
223:17 231:13
270:6 271:12
283:20
**asks** 258:16 328:21
**assert** 30:7 58:11
**assessor** 209:16
**assessor-collector**
206:22 207:4,5
208:16
**assign** 65:3
**assume** 80:12 83:5
190:10 236:21
262:25
**assumed** 282:20
**assuming** 171:22
203:16 259:9
327:18
**assumption** 117:1,6
160:21
**assure** 55:19 130:25
**Atlanta** 192:17
**atmosphere** 189:22
**attached** 1:25
**attacked** 195:17
**attempted** 245:6
**attempting** 238:14
241:4

**attend** 258:17,18
326:8,13
**attended** 154:16
**attends** 156:8
**attention** 115:22
257:4
**attorney** 1:22 2:20
3:1,1,6,13 11:22
12:4 17:3 194:19
280:3 327:19
333:11
**attorneys** 8:6 20:13
**audits** 18:7 21:16
**August** 176:7,8
**Austin** 155:7 205:10
205:19,24 259:3
**Austin's** 241:12
**Austin,Texas** 3:3,8
3:14
**authentic** 133:5
**author** 19:4,6,9,15,17
19:21 20:5,19,25
21:1,2,7 22:23 80:4
100:18 101:1,5
102:24 103:8,20,25
104:1 105:5,14,19
105:25 122:5
127:14 244:2
269:17 282:19
306:16 307:3
**authored** 20:7,21
306:22
**authority** 303:11
304:8
**authorized** 272:19
**authors** 19:24 80:13
104:9,23 105:1,2
134:11
**available** 89:9 92:7
111:7,7 276:16
**Avenue** 2:4,15
**average** 226:23
250:22 328:21
**aware** 13:14,18 21:24
22:12 37:20 46:7,9

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

4

46:10,14,21 47:11
47:14 50:11 56:15
56:16 59:5 75:19
76:6,12 78:16 84:11
84:17,18,19,24
85:12,21 86:25
87:16,19 90:6,9,12
90:13,19,22 91:2
108:24 110:23
117:18 118:12,17
118:23 119:4,12,13
119:20,21 120:3,5,6
120:17,20 127:4
129:1 130:8 133:13
133:21 151:25
154:20 156:13
181:4,8 183:10,14
183:17,19,19,20,22
184:3,9 193:2,15
194:17 209:2,19
228:20 229:9 237:3
244:8 251:13,23,25
252:5,16 253:24
269:25 270:2
288:20 308:10,14
308:15,18,21 310:4
312:4,16 315:12,18
317:1 318:18 319:6
326:21 327:24
328:1,2 332:10
**awesome** 291:5,9

**B**

**b** 2:9 74:3
**B-A-S-E-L-I-C-E**
309:7
**back** 9:2 16:17 18:1
28:20 49:1 55:13
56:6 58:7 61:8
65:16,17 76:22
83:15 86:11 89:1,10
99:20 106:22
108:13 109:9
111:15 113:17
116:1 117:11 118:2

118:9 121:8 132:20
138:4 141:8 158:1,2
159:14 185:5 187:1
189:7 190:2 193:8
200:23 212:13
219:10 222:3,8
223:4 230:12 232:2
232:10 253:7 255:1
268:9 270:24 271:1
271:14 272:2,12
282:11 285:6
286:10,19 288:16
289:17 293:23
295:12,13 315:16
320:13,23 323:8
326:25 331:6
**background** 24:16
133:4 303:19
304:24
**backwards** 312:9
**bad** 266:18 301:1
**Baker** 316:3
**Baldwin** 2:5 4:6 7:3,4
8:1,11,17 9:5,10
11:3 13:3,7 15:11
15:24 16:17,22
30:22 31:14 36:5
37:6,13 38:22 39:14
42:12,17 43:1,9,19
45:11,15 46:21 47:4
47:11,20 48:1,7,14
48:17 51:4 53:16,25
54:8,18 55:2,4,11
55:16 59:21 60:22
61:5,15 62:10,18
63:19 64:3,17 65:3
65:10 69:15 70:3,13
71:22 72:20 73:21
75:2 79:16,20,24
81:1 82:5,8,25
85:12 86:2 88:22
90:6 91:3 93:24
94:16 95:15 97:25
99:3,18 102:10,15
102:16 107:7

109:21 110:2
111:18 114:6
118:18 120:4 121:2
121:6,8,11,14,17,20
125:15 129:7 131:6
132:7 134:13
138:10,21 139:3
146:2,9,23 147:6,25
148:20 150:9 151:4
151:22 152:15,20
153:23,25 161:10
161:11,12,14
168:13 169:21,24
170:2,5 172:8
173:13 174:19
176:5 178:10,16,21
179:19 180:5 181:4
181:24 182:23
184:3,12 185:7,15
185:22 186:6,10,25
187:7,16,24 188:19
189:3,7 190:1,8
191:17 193:2,7,15
193:23 195:4,18
196:7,12 197:8,16
247:10 298:7
333:15
**ballot** 10:25 45:4
49:17 50:10 55:18
56:2,8 65:12 66:7,7
75:5 78:4 81:7 86:1
86:2,10 87:25 106:8
108:12 112:13,18
146:18 171:13
173:4 181:3 224:19
236:5,6 249:23
251:10 260:3
288:19 293:13,19
293:19 294:1
295:10 297:1
313:10 314:9
316:13 323:21
**ballots** 87:4 88:23
107:4
**Baltimore** 44:15

**ban** 254:10
**banning** 254:7
**base** 37:15 119:10
229:4
**based** 35:17 45:9
51:1 59:10 62:23
68:25 69:13 98:11
98:13 123:10,11
145:17 150:14
151:18 161:19
171:22 180:20
192:16 219:5,12
224:24 225:1
226:15,19 227:22
232:16,17,18 236:6
236:9,12 246:3
250:16 264:1,21
307:25 313:11,14
318:25
**Baselice** 39:16,17
309:5,13,19 310:5
310:20
**basic** 179:23
**basically** 255:12
258:9,21 321:24
322:20
**basing** 119:10 229:1
**basis** 16:9 70:3
124:11 195:17
202:2 267:13
**Bates** 96:1 152:24
168:10 176:1
199:23 206:12
257:11
**beginning** 13:11
100:6 110:11 197:8
331:1
**begins** 55:4 168:14
176:6
**begun** 324:8
**behalf** 7:17,20
194:19 203:10
224:5 333:11
**beholder** 241:8
**belief** 56:18 70:4 78:2

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

5

79:4 128:5 134:20
140:19 147:14
235:25 248:10
249:10 256:9,18
296:23
**beliefs** 263:3
**believe** 13:13 14:5,5
14:10 15:5 25:16
27:5 28:11,13 29:10
29:11 31:2,10 35:1
35:4,15 41:2 43:13
43:17,18,21 49:10
49:13,16,17,21 50:8
50:22,23,25 51:11
51:16 55:25 57:3
59:24 62:21 63:2,4
63:11,15,15 65:13
65:19 68:7 69:25
70:10,11,12,17 76:5
76:23,23 80:3,12
81:21 84:8 98:11
101:5 106:19
108:14 109:7,9
115:20 122:4,4
123:8 125:4 130:7
131:23 140:17
142:8 150:25,25
154:6 155:7,11,11
155:12,20 159:12
161:5 165:19,21
169:12 180:14
182:7 184:13,21
188:3,8,10,13,17,19
190:4 192:8,13,14
197:16 198:13,13
200:9 202:13,14
207:11 208:24
215:9 217:25 218:2
218:5 223:6 226:10
226:20 228:24
232:25 234:4,19
235:2 236:7,19,20
244:3 247:11
249:24 252:21
255:12 256:25

257:3,7 263:5 267:1
279:21 280:2 288:5
293:21 296:24
298:14 300:6
308:12,17 309:14
310:7,23 311:23
315:16,17 316:20
316:25 320:24
321:12 328:20
331:4
**believed** 56:23,24
65:18 80:24 81:3
106:10 130:22
180:16 188:11,12
312:21
**believes** 68:6
**bell** 169:6 177:8
316:1,4
**belt** 214:22
**BERRY** 3:11
**best** 43:5 55:19 63:11
80:11,16 90:5
100:10,11 117:21
159:19 163:11
164:2 167:5 192:10
226:14 245:1,17,18
305:3
**bet** 204:1 275:20
**Bettencourt** 206:18
206:20,21 207:23
236:16 238:2
**better** 65:17 99:24
112:15,17 118:10
151:10,15 159:13
170:16 173:2
245:24 246:7,14,18
264:11 267:8
296:21,22
**beyond** 173:11
**big** 86:16 102:3
201:20 245:1
**bigger** 109:19
**bill** 11:12 19:5,5,8,11
19:12,14,22,22,25
20:2,4,21 22:18,24

23:6,8,10,11,14
29:12 31:24 32:1,4
36:24 37:1,3,8
48:21,22,25 49:2,7
49:8,10,15,25 50:19
51:14,15,19,23,23
52:3,7,9,12,14,19
52:20,23 54:20
55:17 56:4,7 57:4
58:2 59:20 60:17,24
62:12,14,17 63:1,7
63:13,22 64:2,21
65:5,12,17,20,21
66:10,17,19 67:12
67:13,14,15,17,25
69:16 70:5 71:22
72:1,8 73:12,16,25
74:1,11,11 76:4,20
77:8,14,16,17,18
78:4,5,5,7,8,9,9
80:4,5,11,14,15
83:11 85:4 86:17
87:23 90:4 95:1,2,3
99:21 100:15,18
101:4,5,8,9,22
102:19,24 103:4,7,9
104:1,23 105:5,19
106:8 107:3,12
108:2,9,19 109:13
109:13,14 110:13
111:11,23 112:1,12
112:15 115:2,8
116:4,10,14 117:13
117:15,17 120:12
120:16,24 123:7
127:14,16 138:5,6
138:14 139:4 140:2
140:22 143:5
147:16 150:14
152:4,7,8,9,12
161:6,15 162:4,6,12
162:13 163:2,3,3,4
163:5,6,12,14,17,19
163:22 164:1,4,5,5
164:7,8,9,12,20,23

165:4,5,7,16,17,22
165:25 166:2,6,6,12
166:14,18 171:3,24
172:1,12 173:3,10
173:11,17 194:10
213:18 223:15,16
223:22 228:6
230:12 231:14,17
232:18 236:12
239:22 240:2,15,16
241:1,5,9,17 242:14
242:15,15,22,24
244:1,2,6,7 245:5
245:23 246:7,14,23
252:15 256:19
257:8 258:4,10
259:12 263:24
264:4,4 267:12
268:4,23 269:1,6,16
269:17,22,25 270:8
271:12,17 275:7,8,8
275:11 278:2
282:19 284:15
289:24 291:13
306:16,23 307:22
312:22 319:4,10
320:16 321:13,13
321:22 322:3,10,18
322:21,23 323:4
324:1,12,16 325:2,8
325:8,16,24 328:15
**bill's** 116:18 118:6
246:13
**bills** 20:7 22:22 26:23
27:5 29:7 36:25
37:5 49:3 63:9
64:15 77:15,16
80:13 95:5 101:18
109:15 112:4 115:6
115:11 117:16
161:19 165:11,12
166:23 170:15,21
171:23 183:1 242:5
243:14 245:1,18,24
246:19 251:18

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

6

256:16 270:16,17
270:18,19 279:16
314:1 321:20,22
322:23 324:3,11,11
324:22,25 325:3,12
325:15
**bipartisan** 61:20
165:16 182:21
**bipartisanship** 166:3
**Birdwell** 28:12
**birth** 44:1,4,14,16,20
103:9 136:2 137:18
300:4,12,13,14,16
300:20,23 301:3,10
301:12,16,20,24,25
302:14,18 303:2
326:22 327:4,25
**bit** 24:16 25:6,8 34:2
37:17 43:15 47:19
65:17 100:6,21
157:25 163:8,21
165:20 189:2
246:14 286:9,20
291:4 292:19
293:16 308:25
326:6,24 327:6
**black** 64:10 191:11
216:7 252:25 253:4
**bleed** 153:2
**bless** 319:17
**block** 164:7 169:8
**blocker** 162:12,13
163:22 164:1,3
165:4,7,16,21 166:2
166:5 320:16 324:1
324:16
**blocking** 163:24
**blocks** 205:17,17,18
**board** 154:7,10,13,19
154:23 158:14
**book** 23:14
**booth** 56:20
**border** 156:14
191:21
**born** 184:11 300:19

300:19 301:14,15
301:18,19,20
**bother** 268:20
**bothered** 63:20,25
**bottom** 142:16
168:15 169:22
**bounds** 194:12 195:1
195:11
**box** 3:2,7,14 49:17
50:10 55:18 56:3,8
65:13 75:5 78:4
81:7 87:25 106:8
112:13,18 171:13
173:4 224:19 236:5
236:6 249:23
251:10 260:3
288:19 297:1
313:10 314:9
323:21
**branches** 249:6
**break** 9:25 48:12,16
82:5,7,23 94:14,16
121:5,7 148:19
152:16,18 196:9,11
221:21 237:23,24
291:25 292:1,7
**Brennan** 96:25 97:13
98:9,12
**brief** 82:5 121:4
152:16 328:4
**briefly** 247:9 328:3
**bring** 13:3 115:8,15
163:4 165:17 166:8
176:25 228:21,22
293:23 303:2
321:20 324:4
**bringing** 177:2 192:5
192:20 277:18
**brings** 115:21
**broad** 36:18,18 37:15
312:4,8
**broadcaster** 35:22
**Broadcasting** 32:18
32:20 33:1
**broke** 222:7

**broken** 163:23
**brought** 54:12 129:4
177:21,24 276:12
282:9 313:6 316:18
322:1
**brown** 64:11 191:11
216:7
**bunch** 284:8 285:19
**burden** 91:25 93:8,10
93:14,19 115:3,5
125:4 199:15 203:4
203:20 204:16,19
215:15,19 217:17
218:9,18,18,24
219:7,14,25 220:3,4
220:15 223:20
224:12,12,15 227:6
227:7 229:15
233:20,25 234:3
236:4,8 237:11,14
246:24 297:6
**burdened** 223:14
**burdens** 112:25
119:17 124:23,24
144:10 206:6
219:20 223:8,24
232:4 235:4
**burdensome** 145:22
**Bureau** 91:7
**buried** 322:11
**Burton** 155:10
**bus** 92:15,25
**Bush** 182:3
**business** 33:6 88:17
237:12,13
**businesses** 33:2 81:24
**busy** 34:1 186:15
201:17
**buy** 227:11 299:22
**buy-in** 246:1

─────── C ───────
**C** 2:1 3:8
**calculations** 18:7,17
21:16 22:2

**call** 20:24 21:1 33:8
34:4,14 44:14 56:9
60:15 87:13 115:19
160:20 193:24
208:10 211:3 212:7
212:8 240:6 261:7
262:9 283:4 307:3
320:3 329:5
**called** 131:7 161:15
230:24 285:12
**callers** 35:23 37:14
**calling** 193:3,16
194:1
**calls** 50:5 300:3
**cameras** 303:18
**campaign** 175:10,14
184:14 185:12,20
187:25 188:15,18
189:19 190:9,11
209:1,17
**campaigned** 194:18
**Campbell** 28:19
**canary** 253:8
**cancel** 180:17 315:14
**candid** 23:25 65:15
125:24 271:11
278:15
**candidate** 33:10 40:8
181:7,20 182:6,9
184:12,19,20 195:6
196:1 311:11,11
**candidates** 180:23
181:15,22
**candidly** 60:8 64:9
149:1 181:21
**cap** 275:19
**capacity** 32:14
175:19 333:10
**Capitol** 3:2,7,14 5:23
164:6 205:15,18
210:22,25 211:15
275:1 313:22
**caption** 333:5
**car** 41:22,23 90:23
91:8,16,18,19,20,23

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

7

92:2,6,19,24 93:9
125:9 163:23,24
213:10 216:10,11
216:11 227:15
233:2 234:8,10,12
234:14 235:4,6,14
235:20 250:11
267:18
card 45:5,7,16,23
46:1,5,11,15,23
57:1,17 72:2 77:23
77:24 141:22
142:23,24 165:1
184:22 264:11,24
274:25,275:14
275:24 277:10
305:5 316:9,11,16
318:10
cards 46:8 66:20
144:3 265:19
273:17,24 274:12
275:21 277:5,5
278:1,9 279:22
316:5
care 281:22
career 34:8
careful 103:2 106:13
Carolina 2:10 254:25
carried 14:25 29:13
29:13 133:2
carries 191:24
carry 124:4
cars 215:12 267:12
267:15,22
Carson 34:7
Carter 316:3
case 13:9 16:14,19
20:9 29:14 49:21
61:14,24 75:7 86:19
86:24 91:6 96:13,20
114:14 118:21
141:9 168:9 175:23
181:23 204:8 267:4
267:21 268:21
269:2,3,4 289:10

290:19 307:4,21
312:21
cases 84:13 184:21
199:11 217:12
246:5 331:6
cash 57:16
cast 22:20 80:7 86:2
86:10 87:4 88:11
108:12 293:12,25
casting 80:7 293:19
catch 139:1
categories 220:13
328:12
catfight 165:25
Catherine 131:15
160:4 200:8,9
213:12
catherine@kingstr...
200:6
caucus 27:10,13 28:3
28:3,7,24 29:5,8,12
30:6,25 31:3,16
32:3 100:14 101:11
118:13 154:8,9
158:15,23 162:10
176:22 177:2
caught 317:21
cause 1:18 119:23
333:12
causing 47:7
cave 253:8
celebrate 244:25
245:12
Census 91:7
center 96:25 97:13
205:1
Centers 192:10,16
century 162:18
certain 14:5 41:3
62:21 73:13,14
128:12 129:2
197:24 219:19
266:6 267:20
269:18 271:25
294:24 298:4

308:17
certainly 47:20 48:14
61:4 119:18 195:18
certificate 6:9 44:1,4
44:16,21 113:1
136:2 137:19
142:25 230:6,15,18
283:9,10,14 284:23
287:23 300:4,12,13
300:14,16,20,24
301:4,10,13,17,21
301:24 302:14,18
303:2 330:9
certificates 143:21
Certification 4:15
333:1,23
Certified 333:3
certify 333:4,10,11
cetera 266:2 292:13
292:23 306:8
chain 169:5
chair 24:1 27:9,12
28:2 117:20 210:7
211:14
chairman 20:6 26:8
124:18 258:2
chairmen 258:11
challenge 85:13
268:24
challenged 80:10
128:3
challenges 80:12
chamber 29:3
chambers 29:9
chance 130:24
137:25 292:4
change 109:15,16,18
109:22 116:4
117:18,19 118:16
269:21 275:23
302:3,4,5,21,23
changed 25:8 44:7
108:24 111:11
118:3 136:11
269:23

changes 101:21 102:4
109:17 111:17,19
111:21 256:5
characterization
106:15 262:22
266:24 299:23
characterize 29:23
39:12,23 89:25
106:13 111:25
112:2,5 314:18
characterized 40:18
314:13
characterizing 39:12
39:22 114:4 232:9
330:2
charge 183:15 330:10
charity 124:19
Charleston 254:25
Charleston,South
2:10
chasm 314:20
check 57:17 63:2
116:7 133:4 207:8
303:19 320:13
checks 304:24
child 57:16 290:5
295:15,17
children 124:19
CHL 124:3 133:3,14
134:14,24 233:6
248:13 264:17
281:12 288:7,12
CHLs 100:24 132:22
132:23 134:9,9
choice 93:11,13,16,17
216:17,20,22 217:8
217:13 266:15,20
276:22
choices 53:16 274:18
276:20
choose 158:22 216:24
216:25 217:1,1,2,4
217:4 224:15 227:2
262:3
chooses 62:3 216:2

SENATOR DAN PATRICK                                         7/11/2014
CONFIDENTIAL TRANSCRIPT

8

**CHRISTI** 1:2
**chub** 321:18
**chubbed** 321:22
   324:25
**chubbing** 321:6,8
**Chuck** 157:18,19
**chuck@marketing...**
   156:19
**church** 160:2
**chute** 164:24
**circumstances**
   126:10 127:2,20
   128:22 129:12
**circumvent** 239:1
**cited** 97:13
**citizen** 154:7,9,13
   158:8,10 327:1,22
**citizens** 34:25 89:3
   96:21 170:14
   182:17 194:1,4
   259:23 260:1,21,22
   263:6 265:1 281:18
   313:20,21
**citizenship** 292:23
   298:11,15,21,24
   299:13 300:18
   301:6 326:15
**city** 25:7,9 44:14 84:9
   205:23 217:1
   228:16 294:24
   295:1
**civic** 158:20
**civil** 1:4,23 2:4
   265:16,17 266:9,9
   268:4 271:4 278:9
   278:14
**claim** 43:23
**clarifies** 204:21
**clarify** 19:2 20:13
   107:1 293:18
   295:23
**clarity** 306:25
**Clark** 7:11 197:4
**class** 216:8 228:3
**classify** 178:15

**Clay** 3:15 4:9 7:15,15
   8:15,18 12:25 55:9
   59:15 62:15 68:19
   72:18 74:24 102:14
   106:21 119:25
   130:4 145:24 146:6
   153:21 169:19,22
   170:1 180:3 183:25
   185:19 186:8 187:3
   187:5,19 189:18,23
   194:21 195:9
   199:25 217:10
   218:12 229:18,21
   232:6 257:11,16,20
   262:20 266:22
   274:3,6,19 290:10
   290:12,18 294:11
   296:11 307:14,19
   326:5 328:8 330:16
   332:9 333:16
**clean** 315:19
**clean-up** 307:24
**cleaner** 267:22
**clear** 9:24 35:16 51:5
   58:4,5 79:15 85:24
   100:7 101:2 151:18
   153:21 155:25
   169:19 181:10
   218:15 248:21
   306:12,17 308:3
   332:17
**clearing** 231:5
**clearly** 166:2 173:12
   185:9 322:7
**clerk** 19:9 207:9,10
**clerk's** 208:17 209:15
   211:17
**client** 263:2
**clients** 33:8 209:3,20
   277:18 322:21
**climbing** 190:16
**clock** 322:5
**close** 50:18 199:7
   232:23 234:8,10
   235:4 277:21
**closely** 187:8

**closes** 22:19
**closest** 41:18 191:4
   199:7
**cloture** 256:12
**co-author** 19:11,16
   20:25 21:5,7 22:23
   103:21 132:14
**co-authored** 161:6
**cochairs** 316:2
**code** 6:5 285:12,13
**colleague** 197:15
**colleagues** 59:7 60:23
   115:5 119:9 225:24
   229:24 251:8
**collectively** 118:2
**collector** 207:3
**college** 249:25 250:13
   250:22 252:19
   253:10,14 265:16
**colleges** 243:9 248:17
   253:1,4
**Collin** 157:18
**color** 91:15 229:16
**combatted** 66:1
**combination** 82:17
   83:1,9
**come** 90:16 116:1
   165:12 167:6 171:8
   193:8 205:11,17,18
   205:21 210:25
   211:15 216:1
   228:19 249:11
   285:6 295:11 296:5
   319:17,18 322:11
**comes** 163:14 207:7
**comfortable** 8:23
**coming** 109:6 117:18
   118:12,13 205:15
   277:18 322:21
**comment** 194:5
   195:22
**comments** 235:13
**Commission** 315:25
   333:22
**committed** 251:24

**committee** 26:1,6,7
   26:11 95:18 148:1
   165:11
**committees** 165:12
**common** 42:4,9,19
   215:23
**commonplace** 82:1
   239:25
**communicate** 202:1
**communicated**
   159:24,25 160:1
   202:3
**communication**
   110:14 202:11
**communications**
   30:9,15 128:17
   202:8 278:5,6
**community** 122:19
   124:21 129:3 130:9
   198:21 199:9 216:5
   216:7 225:2 248:17
   325:2
**company** 32:22
**compare** 111:16
   141:8 222:21,21
**compared** 119:16
   148:25
**comparison** 221:17
   222:16
**comparisons** 267:8
**competency** 286:2
**complain** 245:14
   319:18
**complained** 84:20
   117:7
**complaining** 85:2,9
   85:10,10,16,22
   229:11 253:12
**complaint** 84:18
   237:17 253:21,24
**complaints** 84:10,24
   114:21,23 119:12
   253:10
**completely** 9:15
**complicated** 162:14

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

9

complied 78:21 79:9
80:1 147:11
complies 78:25
comply 17:14,18
compound 221:19
computer 14:1,4
con 119:7
concealed 108:7
concept 51:17 53:1,3
53:10,12 58:24
60:18 137:7 151:1
161:23 182:24
227:11
concern 61:15 66:6
76:15,17 98:3
129:20,23 131:11
131:24 171:10,12
201:9 212:25 213:4
249:13 281:19
concerned 88:15 90:3
119:7 123:13,17
127:15 129:7,25
131:19,23 150:20
229:23
concerning 202:7
concerns 89:21
112:24 201:6
concession 329:13
330:2,3,12
concessions 329:7
concluded 332:18
conclusion 216:1
223:16 224:6,20,21
228:4
conduct 110:17
120:11 225:8
236:22,25 252:2,23
309:21
conducted 39:14
110:21 227:23
250:3
conducting 120:18
confidence 56:5,9,11
242:17
confidential 1:8

152:23 168:9 176:1
196:22
confined 25:4
confirm 120:10
confused 42:24
105:14 301:2
confusing 20:12
36:14 42:16 47:10
53:15 221:19,25
248:19
confusion 11:2 19:18
213:12 276:14
congested 93:12
Congress 58:16,22
256:16 297:2
Conley 2:16 4:7,10
7:9,9 8:5,9 196:9,15
196:19,21,25 197:2
197:3 199:22 200:1
200:4 203:12
206:11 215:19
217:6,14 218:16,21
219:4,10,18 220:22
221:13,20,22 222:1
222:8,22 224:7
225:16 230:1 231:4
231:6 232:21 233:8
233:11 234:23
235:12 236:15
237:22,25 239:16
239:19 240:24
244:8 254:15
283:11,16 328:7
331:20,23 332:16
333:15
connect 179:7 262:6
262:7
connected 8:3,5
149:12 177:12,19
179:10 200:21
261:15,16
connection 15:6
150:19 178:4,13,16
178:24 262:8
Connie 155:12

connotation 191:24
192:1
consequence 137:14
consequences 115:20
conservative 34:12
200:16 310:24
311:2
consider 73:8 78:21
80:4,7 111:3 119:22
124:10,17 147:11
219:7,14,25 221:12
225:6 226:5,6
263:12 296:25
313:7 315:1,22
consideration 65:9
81:18 83:11 93:25
102:6 112:23
120:23 149:19,24
223:13 226:17
227:18,19 231:9
237:21 313:5
315:12
considerations
124:13
considered 73:13
78:15 82:10,18 94:6
111:8 120:15
121:10 219:17,17
223:12 224:11,14
225:6 226:1 237:8
250:8 251:13 254:7
254:10,13 278:4
313:4 318:17,20
320:20
considering 157:25
223:22 224:11
226:2,18 227:24
250:8 309:16 310:5
312:18
consistent 256:24
309:25
constituency 36:18
241:7
constituent 23:19
24:8

constituents 27:17
43:4 51:1,14,16
58:6,9,11 59:2,6
85:21 108:1 119:8
150:22 151:1,3,5,9
240:2,5 245:7
312:21 314:22
constitute 46:3,4
Constitution 163:10
constitutional 127:16
consult 207:22
210:10 211:21
consultant 209:1,4
209:18
Consumer 2:20
contact 157:22
160:24
contacted 253:11,18
contacting 240:11
containing 247:15
273:8
contains 72:2
contentious 313:18
contest 181:5
context 52:23 170:6
176:14 226:19
318:9
CONTINUED 2:25
contradiction 58:3
contributed 188:14
188:17
contributions 109:12
Control 192:10,16
convenient 83:23
conversation 31:15
77:9 94:20 103:15
110:13 122:17
127:13 132:25
276:1 306:19
conversations 29:20
60:11 103:13,18
107:25 108:6
179:14,16 202:6
210:19 315:18
conveyed 14:9

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

10

**cooperation** 165:17
**copies** 23:15
**copy** 44:1,10,16
  55:10 186:18
  243:16,17,18
**corner** 284:2
**CORPUS** 1:2
**correct** 15:1,2 20:22
  20:24 21:22 22:9,14
  24:21 25:1 29:1
  32:12 40:19 48:23
  51:7,10 52:10,17,22
  53:4,13 63:5 65:25
  71:14 73:16 76:4,14
  77:1,2 79:15 86:5,6
  92:12 99:19 103:1
  103:13 107:4,20
  130:7 135:18
  136:14,15,19,24,25
  137:15 139:16,17
  139:19,20,22
  141:16 142:4,5,7
  143:21,24 145:7,10
  145:12 146:15
  147:7 148:1 157:23
  158:4 174:15 191:6
  197:21,22 198:10
  203:17 206:14,18
  217:22,25 218:2
  223:10 227:20,21
  228:14 232:5
  236:19,21 239:16
  248:25 249:17
  251:6 254:18
  259:12,14 260:6
  262:13,14,21
  264:24 266:4,14,21
  278:23 281:3
  292:23 294:5 296:7
  300:5 301:23,23
  308:5 309:3,10
  316:21 317:13
  320:18,21 321:4,5
  322:22 327:23
  329:11 332:1,5

333:8
**corrected** 29:11 31:3
  116:7 202:18 280:3
  286:13 288:5,11
  293:22 298:14
  313:24
**correctly** 53:6 67:21
  140:5 160:7 258:1
  310:2 330:3 331:11
**correspond** 200:22
  201:14,22
**correspondence**
  23:18 24:9
**corresponding**
  236:16
**Corsaut** 157:17
**cost** 44:17 88:17
  136:8,9 137:3,10,11
  231:10,21 330:14
**costs** 137:12,13
  258:13
**counsel** 11:19 48:11
  82:20,23 120:25
  185:3 188:22
  194:23 196:5 225:3
  305:14 333:12
**count** 85:16 88:24
  165:1 229:17
  266:10 320:15
**counted** 87:7 88:3,6
  88:24 293:20
**counterparts** 9:1
**counties** 113:5,10
  114:22 143:20
  144:2 157:9 203:14
  203:19 204:1,17
  205:1 214:5,7,14,18
  215:6 218:7 224:13
  315:14,18
**counting** 278:5
**countless** 248:16,17
**country** 68:5 93:7
  173:16 236:5 245:2
  245:17,19 246:19
  300:19

**county** 25:4,5,5,10
  84:9 88:2 93:15
  113:15 130:17
  144:13,14,14,18,21
  155:11,14 157:4,8,9
  157:18,19 166:25
  167:1,4 206:7,23
  207:2,10 208:15,18
  208:20,25 209:11
  209:13 217:1 227:1
  258:2,11 295:1
  333:2,21
**couple** 12:5 16:11
  27:21 34:17 159:3
  164:22 256:1
  318:24 330:23
  331:5
**course** 51:23 184:16
  201:25 249:24
  258:14 329:9
**court** 1:1 9:17 118:20
  118:23 119:5,13,22
  120:7,9 123:5
  185:10,19,22 222:2
  229:25 246:5
  268:24 269:4
  288:21 303:3 308:8
  308:10
**Court's** 229:13
**courts** 80:10,17
  119:6 127:24 128:2
  128:6 239:23
  240:15 241:18
  242:12,16,24
  288:25,25 308:7
**covered** 247:17
  278:10
**covering** 271:3
**craft** 101:4 269:16
**crafted** 244:6
**crafting** 61:19 73:11
  103:4 242:15
**Cravens** 155:22,23
**create** 203:4,20
  212:25 303:24

**created** 129:5 163:12
  164:3 165:22 293:2
**creates** 11:2 284:14
**creating** 130:13
  131:20 213:18
**credit** 57:17 285:3
**criminal** 24:2
**criteria** 248:11
**critical** 290:22
**criticism** 130:11,20
  187:13
**criticized** 131:3
  310:3
**cross** 159:5
**CRR** 1:20 333:20
**Cruz** 185:1 186:12
  187:2
**Cruz's** 187:8
**cry** 267:14
**CSR** 1:20 333:20
**cure** 87:6 88:8
**curious** 245:3
**current** 44:5,7 70:1,1
  75:12,18 140:18
  184:12 185:1
**currently** 29:4 32:6
  40:20 85:13 179:22
**CUTLER** 2:14
**cycle** 317:25

_____

**D**

**D'Andrea** 3:8 7:23
  7:23 274:15
**D-A-N** 9:13
**D.C** 2:5,15 119:5,13
  120:7,9 229:13,25
**Dallas** 157:6,7
**Dan** 1:12,15 4:3 5:3
  5:14 7:1 116:1,17
  122:19 128:25
  130:20 206:17
  228:19 297:11
  300:21 301:16,21
  302:1 333:5
**Dan's** 212:15

SENATOR DAN PATRICK                                           7/11/2014
CONFIDENTIAL TRANSCRIPT

11

**danger** 179:24
**Danielle** 2:16 7:9
  196:17 197:3
**danielle.conley@w...**
  2:17
**Danpatrick700@g...**
  14:23
**dark** 191:5,6,7,11,12
**dashboard** 212:14
**data** 25:15,17 26:10
  59:11,23 89:5
  151:16,18,19
  224:25 280:21,22
  281:5,20
**date** 13:13,18 68:23
  169:25 258:7
  275:15 326:22
  327:4,25 333:23
**dated** 200:5 206:17
**dates** 254:12
**David** 184:25 319:12
**day** 20:14 43:12,17
  47:22 62:3 73:15
  100:7 112:13
  234:17 235:23
  246:23 253:8
  263:17 276:7
  278:16 296:19
  305:16 319:3,8
  333:18
**days** 86:3 113:11
  140:3 176:15
  275:19 293:22,22
  294:4 330:23
**deal** 9:2 305:8
**dealing** 78:25 164:6
  290:19
**deals** 165:13 284:7
**dealt** 172:1,6
**debate** 61:10 113:9
  113:23 144:8 247:4
  282:3 319:23
**debated** 111:8
**debates** 162:17
**debating** 226:2

**decade** 167:23
**deceased** 279:23
  315:20
**December** 18:12 31:9
  31:23
**decide** 143:20 144:2
  144:18,22 163:6
  164:15 165:24
  166:7 288:25 289:1
**decided** 220:10
  261:19 269:19
  277:25 286:7 309:6
  330:10
**decides** 165:11
  283:17 286:6 297:2
**deciding** 78:20 80:7
  127:11 147:10
  305:6
**decision** 62:2 93:12
  108:22 112:14
  133:19 165:6
  185:11 228:13
  249:21 251:8
  271:16 286:15
  319:15
**decision-making**
  290:15
**decisions** 210:11
  211:22
**decrease** 252:12
**decreases** 266:10
  319:2
**deemed** 68:11
**deep** 162:9
**DEFENDANT** 2:13
**defendants** 1:6 2:19
  3:11 6:2 307:21
**defending** 307:21
**define** 160:17
**defined** 124:1
**definitely** 135:3
**definitions** 197:7
**defray** 258:13
**delay** 276:14
**delete** 16:7 17:3,7,15

**deliberation** 73:25
  247:2
**Democrat** 62:16,20
  115:1 116:1,8,9,9
  116:21 117:10
  118:13 161:24,25
  162:19 166:13
  167:1,9 184:24
  194:3 229:5 240:1
  242:9 258:12 282:9
  282:21 314:20
  319:7 325:3,9
**Democrat-elected**
  182:19
**Democratic** 51:6
  58:1 62:11 100:24
  151:6,9 162:3
  166:10 183:18
  254:4 314:15
**Democrats** 35:3 38:7
  50:25 51:11,13
  58:23 59:2,7 60:21
  62:21 63:17 64:10
  64:13,16 105:1
  116:24 117:18
  120:2 162:23,24
  163:11,12,15 164:2
  164:5,17 166:15
  183:15 184:21
  225:3 228:16 240:1
  240:7 241:10
  246:10,11 247:3
  257:2 277:24
  281:16 297:5 312:9
  312:13 319:24
  321:14,17 324:6,7
  325:6
**demographic** 26:3,10
  236:23 237:1
**demographics** 25:11
  127:5
**Denise** 294:13
**Denton** 157:18
**Denyce** 1:19 333:3,20
**department** 2:3 3:11

208:21 273:7,13
  280:19,20 284:21
  284:23 285:16
  286:1,3,12,15,16,21
  287:1,2 290:14
  308:21 328:24
**depend** 23:9 122:20
  181:3
**depending** 36:17
  84:15 280:22
**depends** 16:21 40:3
  111:14 181:1
**deposed** 11:23,24
  185:13 331:3,5
**deposition** 1:11,15
  4:2 5:2 10:21 12:3
  19:19 20:12 50:3
  105:12 193:8,11
  197:9 330:24 331:8
  331:15 332:18
  333:8,9,11,14
**DEPUTY** 3:1
**Derfner** 2:9,10 4:8
  7:13,13 43:14 47:17
  47:23 54:16 185:21
  185:24 186:23
  189:9,13,21,25
  195:13 197:15
  254:19,23,24
  257:13,17,19,21,23
  262:21 266:25
  269:9 271:19 274:8
  274:23 276:19
  277:2,8 282:2,16
  283:17,24 285:11
  287:9 289:3,12,15
  289:20 290:1,13,21
  291:3,8,12,23 292:9
  294:13,21 296:13
  297:14,23 298:8
  300:16 301:12
  303:9 304:13
  305:12,17,18 306:2
  307:11 333:16
**describe** 12:16 34:9

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

12

190:12
**described** 328:23
**Description** 5:4
**designed** 29:20
  323:23,23 324:2,4
**desire** 236:2
**desk** 275:21
**details** 232:1 246:4
**deter** 317:17 318:8
**determination** 275:1
**determine** 286:1
  300:13
**deters** 317:16
**development** 100:8
**Dewhurst** 184:25
  186:12 319:13
**dial** 8:6,8,19 9:1
**dialed** 8:20
**die** 322:25
**died** 324:25 325:4
**dies** 323:2
**difference** 21:4,6
  28:17 108:15 112:2
  124:22 171:15
  178:11 235:3,18,21
  257:1 262:25 263:5
  289:3
**differences** 112:3
  289:8
**different** 20:4 51:19
  51:22 52:1,2,5,20
  63:4 64:21 91:25
  101:17 109:11,12
  109:12,13 112:1
  128:14 167:3,8
  169:13 180:23
  181:15,22 212:3
  221:15 222:14
  233:19,22 243:13
  249:1 263:16
  275:24 276:11
  277:19 302:3 321:9
  321:19 327:13
  328:12
**differently** 23:5

70:10 291:4
**difficult** 9:21 53:14
  54:6 82:15 83:7
  89:18 93:18 94:25
  123:15 124:14
  129:9 234:16
  317:21 329:15
  330:4
**diluted** 180:10
**diminished** 33:15
**dinner** 307:17
**direct** 78:11
**direction** 333:7
**directly** 33:3 60:9
  170:21 171:3
  172:19,21 256:8
**disabilities** 96:21
  98:18 100:23
  113:19 122:15
  124:19 147:2
  197:24 198:1,3,8
  199:3 203:11
  204:24 214:24
  220:14 232:14
**disability** 197:21
  198:8,18 201:10
  202:12,23 213:25
  218:25 241:2
  243:22 329:21
**disabled** 113:20
  122:18,20 123:16
  123:18,21,24 124:2
  124:14,20,22 125:7
  125:8 126:1 127:10
  128:24 129:2,8,15
  129:21 130:9,13
  144:11 198:6,20,25
  199:12 202:24
  203:5,21 204:5,14
  204:19 205:6 206:8
  214:17 215:2,4,13
  215:15 216:5 218:9
  218:19 219:2,7,14
  219:19 220:2 223:7
  232:17 238:5,9

239:7,12 329:21,22
  330:5,7
**disadvantage** 296:14
  297:19
**disagree** 262:23
  267:4
**disclose** 179:13
**discourage** 277:14
**discriminating** 183:3
**discrimination**
  183:23 184:4
**discriminatory** 85:15
**discuss** 30:2,11
  149:14
**discussed** 29:24
  35:12 102:23
  103:22 149:17
  219:5,12 236:15
**discussion** 13:22
  73:10 94:1 100:14
  101:20,21,25 102:1
  103:5 104:5 127:21
  128:8 145:18,19
  162:9 177:10,22
  178:1 212:3,5
  236:14 244:4 247:6
  252:11 270:21
  285:10 326:4
  330:19
**discussions** 30:5,25
  101:10 132:5 177:1
  252:14 275:2
**Disease** 192:10,16
**diseases** 192:6
**disenfranchised**
  85:23
**disenfranchising**
  96:8
**disfranchised** 88:18
**disparate** 146:25
**disproportionally**
  96:19
**disproportionately**
  38:15 82:15,16 83:6
  83:6 89:20 90:20

134:15,18 229:16
**disqualified** 295:4
**distance** 199:8
**distances** 199:4
  218:10
**distant** 186:14
**distasteful** 194:7,13
**distinction** 21:8,9
**distinguish** 129:17
**district** 1:1,1 5:24
  24:25 25:8,12 26:14
  27:25 42:5,9,20
  60:4,12,13 62:13,17
  84:20 92:9 116:17
  116:25 119:5
  151:15 207:9
  211:16 226:12,16
  226:22,22,23,24
  227:1 229:13
**districts** 26:4 62:22
  62:22 150:20
  151:20 227:3
**divide** 64:22 166:20
**divided** 182:13
  313:20,21
**division** 1:2 2:4,20
  3:13 290:25
**divulge** 30:15
**doc** 123:25
**doctor** 93:4 123:25
  131:1 198:4,9
  204:25 232:16
  238:7 295:18
**doctor's** 92:5
**document** 5:5,14,18
  5:20,24 6:8 13:8,9
  13:11,12,14 18:2
  21:12 23:3 46:6
  48:8,9,18,19 100:12
  102:11,12,17
  104:12,13 113:22
  121:18,25 125:21
  133:5 136:8 141:21
  152:21,22 153:2
  168:7,10 171:6

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

13

175:24 187:17
218:14 238:1
248:11,14 249:19
249:22 257:12,13
263:9,10 272:1
285:4 292:10
293:24 295:13
302:15 328:22
**document's** 218:15
**documentary** 298:10
**documentation**
129:22 135:16
292:23 299:13
328:14,19
**documenting** 298:11
**documents** 12:12,14
12:16 13:4,17 15:3
15:9,12,21 16:13,19
17:3 18:6,13,16,20
18:24 20:3,8,10
21:15,23 22:2,8,13
23:1,11,22 112:6
129:10 137:4
219:23 255:6,7,11
256:7 275:3 276:15
276:17 288:9 300:3
321:1
**dog-ear** 285:5
**doing** 15:24 44:13
47:23 55:19 80:13
88:17 94:22 99:5
263:1 326:3
**Donna** 259:3
**Donnelly** 2:22 7:19
7:19 8:7,13,25 9:6,8
11:1 12:22 13:1
15:8,22 30:7,20
36:1,9,13 37:9
38:18 39:10 42:15
42:22 43:7 45:9,12
46:18 47:1,6,21,25
48:11,15 50:20
53:21 54:13,24
59:13 60:5 61:2,7
61:17 63:8,23 64:6

64:24 65:7 69:9,21
70:7 71:19 73:18
79:11,18,21 80:22
81:20 82:21 83:12
85:18 88:19 89:22
90:25 93:21 94:11
97:22 98:6 99:6
109:2,24 111:13
114:3 117:3 120:25
121:3,13 125:1
128:16 132:3 134:6
137:25 146:7,20
147:3,22 148:19
150:8,23 151:11
152:17 161:9 172:3
172:24 174:16
178:8,14,19 179:12
180:25 181:17
182:14 184:7 185:3
185:12 186:3 187:4
187:6,22 188:16,22
189:4,12,15 191:8
191:14 192:22
193:5,10,18 194:22
195:11 196:4,10,17
196:20,23 197:1
203:6 215:17
216:23 217:11
218:13,20,22
220:20 221:8,18,21
222:5,17 223:25
225:11 229:19
232:7,24 233:9
234:11 235:10
236:11 239:14
240:21 243:24
254:17 266:23
269:8 274:5 276:24
277:7 281:24
282:14 288:24
289:11,13,25
290:11 291:1,6,21
292:3 297:20,24
300:9 301:7 303:4,7
303:13 305:10,14

305:20 326:2
330:17,20 331:18
**door** 2:14 276:6
**dots** 262:6
**DPS** 41:6,10,11,13,18
42:1,6,10,21 43:5
83:23 89:8 91:21
92:11 93:5,15 113:2
113:5,10,15 114:16
114:22,24 123:14
124:15 129:18
134:23 141:15
144:12,19 145:23
146:4 199:8 203:14
203:20 204:18
205:25 206:7 214:6
214:12 215:16,21
217:18 218:3,7,8,17
224:13 226:1,7,12
227:9 230:22,23
232:23 234:8,10,18
235:4,7,15,16
236:17 237:3,12,15
237:19 251:1
273:11,16,21
274:11,21 280:21
282:12 286:8
287:10,24 289:9
290:1,22 291:4,16
292:11 299:13,18
300:3,22 301:3
303:11 304:1 305:1
305:7 329:2 330:5
330:10
**DPS's** 145:6
**draft** 224:1
**drafting** 103:1
223:22 226:2
**dramatically** 277:13
**drawer** 275:21
**drawing** 221:17
222:16
**drill** 281:20 286:20
**drilling** 47:18 54:12
**drive** 71:8,18 122:21

122:23,25 267:18
**driven** 35:10 125:9
**driver** 289:5
**driver's** 40:20,24
41:9 66:19 67:1
68:8,25 69:3,13
70:1,11,19,23 71:10
71:17 93:17 94:2,10
94:17 125:10 131:5
174:9,22 226:7
233:5 235:17,22
237:15 248:13
249:25 250:4,7,11
250:14,23 251:5
253:5 264:15
265:18,25 274:16
275:18 278:21
280:13,23 281:7,14
288:6,11,18 294:8
294:16 298:9,11,12
298:15,17,25 299:1
299:20 300:1,23
302:8,11 303:17,17
303:22 304:6,23
305:5,8
**driving** 281:14
**dual** 35:22
**due** 270:12
**duly** 1:17 7:2 333:6
**duplicating** 287:23
**duty** 263:1
**Dyer** 3:3 7:17,17 9:7
31:6 138:13 289:24
331:15

---

**E**

**e** 2:1,1 9:9 196:14
254:22 285:21
307:13 331:22,22
333:21
**e-mail** 8:25 9:1 14:20
14:22 131:12,14
153:3,12,17,22,22
153:25 154:4
157:11,21 158:9,13

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

161:5 167:17
168:14 169:8,15,20
170:19 172:23
176:6,11,15,25
177:4 179:9,18
199:18 200:5,24
201:2,21 202:14,20
202:22 203:3,19
206:9,12,16 207:19
208:9 210:16
213:22,23 214:4
218:17 236:16
238:2 239:20
241:16,23 243:4
244:18,21 258:25
**e-mails** 5:11,12,13,16
5:17 6:1 12:18
16:14,20,22,23
17:15 23:1 169:4
219:6,13 268:19
**e.g** 217:18
**earlier** 15:13 25:25
56:13 58:7 77:14
84:21 98:14 102:23
106:7 114:20 123:4
131:13 139:25
140:17 150:11,25
158:15 160:4 179:3
215:10 216:2 225:2
225:14 226:11,20
228:5,15 243:20
246:11 247:17
252:13 264:22
268:1 269:21
279:12 295:24
298:19 301:21
302:12 307:25
308:12 309:9 311:9
312:3,20 314:14
316:20 317:10
321:19 326:6
**early** 31:13 35:16
37:2 43:18,20,21
126:24 259:10
261:17,18 262:12

262:13
**earn** 224:25
**easier** 185:25 234:7
234:12 261:13
**easily** 98:20
**East** 167:10
**easy** 96:11 130:23
262:15 275:17
287:3 316:22
317:23
**economic** 220:16
**Ed** 208:11 209:9,10
209:11 210:7
211:10,11,12,23
212:8
**edit** 103:10
**education** 7:10 20:6
24:1,2 27:9 86:17
86:19 90:18 117:20
167:6 183:24 184:5
197:4 288:21 290:4
290:15 310:1
**effect** 18:9 21:17 87:5
96:24 148:10,16
150:21 252:8,24
**effectively** 20:19
**effectiveness** 135:21
140:16,21 142:9
143:5 144:6 145:15
**effects** 119:4 315:23
**effort** 89:17 160:10
262:19
**efforts** 158:21
**EIC** 114:2,8 119:18
129:11,23 146:5
230:6,9,14,25
231:11,15,15,25
283:4,7 284:7,15
286:7 287:3 288:1
290:2 292:12,22
293:1 294:7,15
295:8 299:19 300:4
330:8
**EICs** 303:16
**eight** 163:16 225:14

**either** 16:24 25:22
115:21 120:14
149:4 156:18 168:6
178:10,13 186:9
193:6 201:11
208:16 209:15
216:10 262:1 278:7
280:24 281:21
315:13 317:8
333:12
**elderly** 70:22 71:5,10
147:1
**elected** 28:3 33:15
109:8 256:21
**election** 6:8 43:12,17
56:11 113:1 114:17
126:23,24 180:9
181:19 222:25
230:18 248:19
276:8,10 283:7,8,14
284:22 287:23
290:24 304:14
316:1 330:9
**election-related**
26:22 27:4
**elections** 84:8 87:11
114:17 130:3
180:23,24 181:16
228:7 252:4 294:24
295:1
**electronic** 230:6,14
**elements** 288:22
**eligibility** 272:21
286:3 294:23
**eligible** 55:20 75:6
171:16,18 173:8,21
174:1,2 179:5
212:24 260:17,22
261:4,8 262:2
295:20 315:21
328:13,16
**eliminated** 112:21
**Ellis** 145:18
**else's** 324:25
**embedded** 153:22

169:20 176:6
**embraced** 87:24
**emphasize** 96:12
**employ** 333:11
**employed** 32:14
327:16
**employee** 72:15,23
73:1 208:20 333:10
**employees** 273:17
**employer** 32:17
**employment** 327:11
**enable** 260:17
**enacted** 304:12
**enactment** 252:1
317:19
**encouraged** 160:23
**encouraging** 160:16
**ended** 23:7 129:6
321:24
**endorse** 175:21
**endorsement** 175:9
175:13,16,17
**ends** 40:5 170:15
**enemy** 191:25
**Englebredth** 131:15
160:4 200:9 201:2
201:15 202:7
213:12
**enjoyed** 59:11
**ensure** 39:4 249:23
**entire** 79:16 196:22
319:16
**entities** 81:25 272:19
309:22
**entitled** 5:14,18,20
5:24 6:8
**entity** 81:25 272:23
**equal** 81:14 235:9
**equally** 81:10
**equals** 64:11
**era** 165:15
**error** 104:18
**especially** 125:8
286:22 290:23
**essence** 19:16 95:2

15

163:13,21
**essentially** 34:6
  142:19 158:19
  165:18
**establish** 288:18
**established** 79:19
  225:2
**estimates** 18:8,17
  21:16 22:3
**et** 1:3,5 266:2 292:12
  292:23 306:8
**evaluate** 61:25
**evaluating** 237:9
**evening** 145:6
**eventually** 275:19
  322:4 325:25
**everybody** 47:18
  96:13 119:10 163:3
  163:4 283:12
  324:25
**everyone's** 7:8
  163:19
**evidence** 228:7,8,9,9
  251:13,20
**exact** 84:22 208:22
  251:4 263:25
**exactly** 14:16 41:20
  72:13 140:10 141:9
  167:18 185:21
  189:25 196:25
  209:11 210:24
  243:16,18 269:12
  289:17 304:10
**example** 20:7 24:1
  37:15 75:24 77:23
  83:18,24 92:23
  109:6 113:21
  117:22 119:14
  154:4,23 160:3
  166:25 171:17
  173:16,23 174:7
  182:2 183:10,18
  205:8 220:10
  221:10 222:23
  261:1,17 262:9

265:15 275:14,15
  277:10 294:23
  324:1
**examples** 295:14
**exception** 103:17
  123:3 197:21,23
  198:18 199:14
  275:10 323:12,18
**exclude** 266:16
**excluding** 252:8,24
**excuse** 47:17 151:7
**exempted** 202:23
**exemption** 124:11
  125:16 238:6,10,19
  239:11,13 329:21
  329:23
**exemptions** 130:2
  329:6,6
**exercise** 224:6,7,8
**exhibit** 5:1 13:6,8,11
  15:16 48:6,8,18
  95:11,14,24 102:9
  102:11 107:14
  121:18,19 152:19
  152:21 168:8,12
  176:3,4 187:17,18
  187:21 190:8
  199:21 206:10,11
  247:11 271:18
  274:4 283:23 285:9
  292:8 328:6
**exhibits** 196:24
  254:20 257:5 287:7
**exist** 284:15
**exits** 298:7
**expanded** 145:5
**expect** 22:25 115:14
  282:8
**expectation** 161:18
**expected** 161:16
  314:11
**experience** 40:7
  204:23 235:5
  304:25 311:10
**experiences** 232:17

**expiration** 52:21
  68:10,16,23 69:7,23
  69:23,24 140:3
  254:12 275:15,19
  333:23
**expire** 68:2 70:23
  71:18 316:5
**expired** 67:1,23 68:5
  69:1,3,19 70:15,18
  70:24 137:24
  138:22 139:7,13
  140:13 141:15
  316:8,11,17
**Expires** 333:22
**explain** 60:20 100:7
  160:9 162:13
  174:20 176:14
  258:10 269:15
**explained** 202:25
  278:8 321:19
**explanation** 165:8
  258:20
**express** 263:2
**expressed** 180:6
  260:13,16
**extensive** 256:13,13
**extensively** 182:23
**extent** 61:3 79:13
  82:9 113:8
**extra** 263:22 294:3
**eye** 241:8
**eyes** 245:14

————————
        **F**
**f** 284:20,20 331:22
**face** 75:24 112:25
  191:5,9 199:16
  204:15,19 205:7
  206:6 219:7,14,20
  232:4
**face-to-face** 202:16
**facilitate** 260:17
**facilitated** 260:25
**facilities** 205:2
  273:22 274:12,22

328:25 329:2
**facility** 259:1 330:6
**fact** 11:14 17:19
  51:12 58:1 59:10
  62:8,10 63:20 64:1
  64:4 65:4 69:5 85:8
  86:4 89:5 94:20
  96:16 97:6 113:5,10
  113:15 131:6
  141:23 150:19
  152:4 166:1 177:24
  187:13 201:18
  203:19 226:15
  268:14 272:13
  310:15 316:10
  329:14 330:4
**factor** 184:19
**factors** 73:8 82:17
  83:9 185:10 188:17
  189:11
**facts** 251:13,19 333:4
**failed** 46:12,16,24
  47:6,9,9
**fair** 29:22 39:9 40:18
  63:20 64:23 80:18
  81:17 106:11,14
  149:6 160:21
  161:14 181:21
  218:6 221:16
  222:16 255:25
  310:1 314:23,24
  319:10 329:13
  330:1,12
**fair-minded** 224:4
**fairly** 16:8,10 40:1
  130:22 183:13
  208:4 316:22
**fall** 119:18 220:1,13
**fallen** 324:7
**false** 10:6
**familiar** 40:10 187:1
  187:13 241:19,24
  243:1,5 292:15
  304:1,2 310:15
  331:25 332:2,3,5,7

**family** 92:1 216:10
   304:2
**famous** 284:7
**far** 21:23 41:18
   119:10 120:5,12
   185:4 192:24,24
   199:4 206:1 292:10
**farther** 114:1
**fathers** 256:14
**favor** 48:22 58:9
   73:16,22 132:6
   139:21,23 142:6
   161:23
**favored** 132:2,5
   309:12 312:23
**favoritism** 158:23,25
**fcravens** 155:17
**February** 200:5
   201:8 206:17
**federal** 1:23 68:6,11
   68:15,20,22 72:4,10
   72:15,23 220:9
   221:10 265:16
   266:9 268:4,6
   278:14 301:9 308:7
   315:25
**federally-issued**
   110:4
**fee** 259:1
**feedback** 117:25
   118:19
**feel** 11:4 54:2 86:19
   87:25 122:10
   157:22 194:11
   195:16,20 245:11
   285:2 296:13
   297:18
**fees** 44:20
**Felicia** 155:20,21,22
**fell** 65:5
**fellow** 64:9 119:9
**felon** 174:10,14,22
   295:4
**felons** 173:15,17,18
   173:19,23 174:3,8

**felt** 49:10 87:21
   140:1 203:9 247:7
   278:1
**fence** 190:16,17
**fewer** 90:22 277:5
   319:1,2
**FFA** 290:19
**field** 193:5
**fighting** 47:17
**figured** 105:16
**file** 19:14 22:19 94:2
   94:9,18 117:16,17
   164:5 253:23
**filed** 19:23 117:14,15
   164:23 269:13
**files** 19:8 23:8
**filing** 21:8
**filing/after** 21:8
**final** 63:9 259:12
   286:15
**finally** 244:18 259:13
**finance** 24:3
**find** 44:12,15 77:10
   81:19 87:13 146:24
   194:13 217:15
   234:21 237:18
   263:10 301:8
   325:17 328:6
**finding** 119:22
   146:17
**fine** 9:5 121:6 186:3,4
   212:23 231:3
   244:23 307:18
**fingerprint** 288:6,7,8
   288:17
**fingerprinted** 288:14
**fingerprints** 287:20
   288:1,12
**finish** 9:22 76:10
   233:9,11 291:24
   292:2
**finished** 233:12
**Firm** 333:24
**first** 6:3 7:2 15:15
   24:19,20 31:9,25

   59:16 83:16 94:19
   98:9 104:24 166:11
   176:16 177:17
   181:1 182:15 192:3
   230:9 235:14 238:4
   241:16 253:9 255:6
   269:11 270:23
   272:2,3 273:5
   287:11 288:22,23
   293:17 299:2,22
   300:1 313:8 314:24
   318:16,18 326:25
   331:2,2,10 333:6
**first-blush** 66:6
**five** 27:20 49:2,8
   69:23 73:25 84:8
   85:7,8 87:11 95:3
   113:11 167:15
**five-minute** 152:16
**fix** 115:22 116:3,15
   116:19 228:19
**flag** 268:15
**Fleming** 154:4,24
   168:16,21 170:7
   175:16,19
**flippant** 290:20
**floor** 33:8 72:12
   113:23 119:9 122:2
   126:8,9 129:2
   132:12 135:9
   137:20 138:16
   140:24 142:15
   143:12 146:10
   152:6 162:10,17
   163:5,7,14 165:12
   165:17 166:8 244:5
   247:5 318:24 320:5
   321:20 322:12,21
   324:3 333:24
**floors** 54:14
**flow** 99:20
**fly** 274:18
**focus** 129:16 204:23
**focused** 126:1
**folks** 27:18 50:4

   98:19 108:20
   130:20 157:21
**follow** 17:21 43:2
   112:8 118:22
**follow-up** 94:22
   307:15 331:21
**followed** 119:1 187:8
**following** 273:8
**follows** 7:2 333:14
**foolproof** 248:13
**forbid** 240:3 267:17
**force** 191:25
**foregoing** 333:5,8
**foreign** 58:24
**forever** 276:2
**forget** 123:25 242:22
   323:13
**forgotten** 19:23
   222:9
**form** 5:22 10:23 15:8
   15:22 36:1,10 37:9
   38:18 39:10 42:22
   46:18 47:1 50:20
   53:21 59:15 61:17
   62:15 63:8,23 64:24
   65:7 68:19 69:9,21
   70:7 72:16,18 79:8
   79:24 80:22 81:1,20
   83:13 85:18 86:5
   88:19 90:25 93:19
   93:21 94:11 109:2
   109:24 111:13
   114:3 117:12
   118:19 119:25
   123:14 125:1 130:4
   132:3 134:6 135:17
   143:3 145:24
   146:20 147:3,22
   172:3 174:16 178:8
   178:19 180:3,25
   181:17 183:25
   184:7 187:5,6
   188:16 195:9 203:6
   215:17 217:10,11
   218:12,22 220:20

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

17

221:11 222:17
229:18 232:7,24
233:5 234:11
235:10 236:11
240:21 243:24
248:23 262:20
266:22 269:8
272:21 274:5
276:24 277:7
288:24 289:13
290:10,11,18
296:11 297:20
300:9 301:7 303:13
**format** 34:15
**formed** 31:4 80:2
158:22
**former** 206:21
**forms** 38:11 51:22
52:2,5,15 76:19
77:4 78:13 81:9,13
82:13 83:8 98:5
107:19,22 108:1,8
110:18,25 111:23
133:7,22 141:12
142:21 152:1 174:9
220:23 221:5,6,15
222:15 243:1,5
249:1,4 273:8
277:20
**forth** 295:20 333:8
**forward** 19:4 24:7
101:19 120:15
136:17 163:25
177:2 202:23 208:9
**found** 118:23 119:13
177:19 202:15
229:15
**foundation** 145:25
195:10 229:21
**founder** 200:10
**founding** 256:14
**four** 27:19 36:7
162:22 177:17
193:8 205:9 245:22
**Fox** 192:8

**framework** 148:4
**frankly** 19:19 119:7
**Fraser** 19:21 20:20
100:18 102:2 104:6
105:10 127:13
128:14,17 244:3
306:23
**fraud** 46:12,16,25
47:9,9 56:15,19,22
56:25 65:25 66:2,10
66:12 106:16,18,24
106:25 107:8
251:15,21,24 317:1
317:3,11,12,16,17
318:2,8
**fraudulent** 180:10
280:1
**fraudulently** 280:4
317:20
**free** 11:4 54:2 83:24
89:8,8 122:10
135:17 136:2
157:22 230:21
232:4 233:3,24
234:3,6 235:15,16
251:2,2 264:10,10
276:18 283:4,4
284:8 330:10
**free-floating** 303:10
**frequent** 16:9,10
38:2
**frequently** 105:2
207:22 208:4
211:21
**freshman** 34:1
**friend** 41:25 92:19
207:24 216:11
**friends** 160:1
**front** 89:6 300:22
322:18
**full** 55:5 203:13
204:12 235:24
333:8
**function** 123:6
**Fund** 7:11 197:4

**furnish** 284:23
**further** 23:23 66:15
115:16 214:16
333:10
**furtherance** 251:9

___

**G**

**gain** 329:23
**garnered** 312:16
**gatherings** 211:14
**gavel** 319:17,18
**general** 2:20 3:1,1,6
3:7,13 14:13 23:3
31:19,20 32:21
34:15 39:24 50:6
51:3 53:1,10 56:19
56:24 57:18 59:17
60:11 69:16 71:16
81:5 100:14 103:15
132:1 148:5,7,14
149:7 151:17
161:22 180:23
181:16 187:20
194:19 202:8
211:23 244:1,3
250:17 255:21
256:9 259:18 260:1
315:2
**General's** 1:22 11:22
12:5 17:3 280:3
327:19
**generally** 12:16
25:14 90:12 178:18
**generated** 29:12
**geographical** 166:24
**George** 182:3 208:14
208:23 210:1,9,13
210:19 211:4,18
**George's** 210:24
**Georgia** 308:18
**Georgia's** 308:22
**getting** 41:10 42:15
73:11 113:1 116:24
123:14 129:21
185:3 190:15 216:4

216:9 250:16
279:21 288:20
293:1 296:21,22
302:10
**Gibbs** 13:21,23 14:2
14:3
**give** 22:22 63:6 92:1
114:9,13,18 117:22
133:2 136:1 158:9
175:24 200:2
204:11 232:14
239:3 240:23
242:17 257:11
271:15 288:1,6,17
290:7,8,13,14,21,22
292:3 303:10 304:8
304:13 318:11
319:19
**given** 39:21 53:16
69:10 78:10,25
86:11 95:9,11
109:14 114:19
144:9 158:13
162:17,22 191:1
194:13 255:6
314:15 333:17
**gives** 294:2,3
**giving** 10:5 152:20
221:9 261:24
**Gmail** 15:4,12,20
16:4,7,25
**go** 7:7 19:10 28:20
30:17 36:2 38:20
44:13 49:1 55:13
56:6 58:7 60:7 61:8
65:1,8,16 70:8
76:22,22 80:23
86:11 89:1,10 92:1
92:2,4,4,5,22 93:7
93:18 94:12 99:20
103:25 108:13
109:6,9 111:15
113:16 117:11
118:8 128:16
136:17 138:4 141:8

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

18

146:4 160:2 163:24
163:25 164:11,24
165:1 173:1 187:19
189:5 197:11 199:1
199:4 206:1 215:17
215:21 218:23
223:4,22 224:2
227:10,15 230:12
232:2,10 234:9,12
234:14,17,18,22,22
235:15,15 236:13
237:15,19 239:2
242:24 248:18
250:21 251:1 253:7
255:1,18,23 263:22
264:24 265:20
266:3,11 267:18
268:2,8 269:5 272:5
272:7 276:11 279:6
279:25 282:10
286:19 289:17
290:24 293:12
295:13,17 296:4
297:21 299:20
303:25 307:16
315:16 316:18
318:12 320:13,23
324:19
**goal** 61:21,22 122:12
147:16 172:12
**God** 104:25 105:21
**goes** 126:23,24 153:5
153:20 169:16
189:11 212:12
328:11
**going** 8:7 9:17 11:1
11:15 13:7 20:15
30:7 36:9 45:2 48:7
48:11 50:14,15 62:2
65:17 68:2 76:11
80:11 83:12 93:18
96:4 99:8 102:10
105:23 114:7
116:18 121:8,17
128:20 137:13

152:13 153:3 168:7
180:9 185:4,6,24
186:4 187:19 189:1
189:5,13 192:22,25
193:10 194:24
195:3,15 199:18
201:11 208:1
212:15 230:7 235:5
235:7 238:9,18
239:2,10,13 242:4,5
242:19 255:4,8
256:20 262:18,24
264:24 266:6,9
267:23 268:20
270:22 277:12,23
283:21 291:21
307:16 314:11
320:2 324:10
325:19,20,25 328:4
**Gonzales** 156:2
**good** 7:3 72:24 73:6
86:19 119:4 139:1
144:1 148:6 183:13
191:15 195:14
228:24 239:22
240:14 241:5
244:20 247:6 259:9
266:18 271:10
276:12,13 296:19
301:2,5 325:11
**goodbye** 227:13
**goodness** 87:1 212:15
254:1
**gosh** 114:24
**gotten** 279:10
**governed** 148:4
**government** 68:6,11
68:15,20,22,22 72:4
72:10 81:25 133:5
159:13,13 171:6
208:16,18,25
209:12,13 211:17
220:9 221:10 244:9
249:9 268:6 274:16
**government-issued**

96:18 97:7 249:18
**government-related**
249:20
**governor** 32:11
163:18 164:15
165:3,5 175:11,15
185:1 186:12
187:25 194:20
195:6 256:21,22
319:12,19,20
323:10
**gpendergras** 156:11
**graduate** 117:23
**grandchild** 57:15
**grandchildren**
295:15
**granted** 327:15
**grassroots** 27:18 37:7
37:11,12 130:12
156:10 159:21
169:5,10 175:5,10
175:14,20 200:16
**great** 61:20 121:17
214:16 220:3,4
259:3,4 297:11
332:16
**greater** 264:4
**greatly** 219:6,13,16
234:19
**Greg** 159:1
**Greg's** 155:8
**Greg@teapartyco...**
155:6
**gridlock** 241:11,12
**grinding** 322:2
**grocery** 92:4 93:5
227:5 234:13,14
**ground** 308:1
**group** 18:11 21:20
96:16 102:3,3
118:13 123:19
154:24,25 155:2,18
157:21 158:19,24
159:8,16 169:13
171:20 172:7 173:8

174:1 176:11
192:17 200:14,16
205:20 223:24
238:14 239:12
242:5 313:25 314:3
322:14
**groups** 81:10,15
158:24 160:10
169:14 175:22
220:1 223:9,12,13
223:19,23 238:9,18
239:10 311:18
314:5
**growth** 159:17 178:5
178:6,17
**gubernatorial** 84:15
**guess** 31:5 54:16
123:9 187:11
193:11 195:2 201:8
208:8 221:14
222:13 223:17
240:25 250:15
257:5 269:12
275:10 281:12
285:22 287:12
293:8
**guessing** 187:11
**guesstimate** 226:14
**guest** 34:4
**gun** 124:4
**guy** 210:23 211:1
**guys** 212:9

---

**H**

**h** 125:19 331:22
**habit** 324:8
**hagenbaks** 156:17
157:17
**Haight** 155:4
**HALE** 2:14
**half** 130:15,17
186:16 281:13
302:22
**hall** 156:3 257:7,8,24
258:3,9

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

19

**halt** 322:2
**Hammerline** 208:11
    208:13,14 210:2,10
    210:20 211:4 212:7
**hand** 13:7 48:7
    102:10 121:18
    168:7 196:13
    199:18 333:17
**handed** 48:17 107:14
    292:9
**handful** 87:18 240:17
**handgun** 108:7
**handicapped** 130:14
    130:23 131:2,4,24
    160:6 212:13,16
    213:3,19
**handle** 304:7
**handled** 13:20 26:8
**handles** 304:10
**hands-off** 159:7
**hang** 9:6,7,8 210:22
    330:18
**hanger** 212:13,17
    213:20
**hanging** 213:7
**happen** 174:5 199:9
**happened** 19:20
    100:2 105:3 106:1
    318:21 320:22,25
    321:2 323:3,16
**happening** 29:17
**happens** 105:3
    117:21 212:19
    240:8 246:8,8
    321:14 322:23
    324:18
**happy** 86:23 87:12
    95:22 119:11 203:8
    222:2,9 275:12
    296:15
**hard** 46:19 51:24
    65:15 190:16
**harder** 91:21 188:3,8
    215:12 261:11
    299:18,23

**hardship** 96:15
**Harless** 307:5,6
**harm** 136:3
**Harris** 25:4,5,10 88:2
    166:25 167:1,4
    206:23 207:2
    208:20 227:1 258:2
    333:2,21
**hate** 193:7
**hats** 32:23
**head** 9:20 60:19
    198:23
**headlines** 35:10
**health** 90:17 205:8
    205:22 290:5,16
**healthy** 85:11 247:6
**hear** 54:11 86:20
    87:12 189:15
    237:16 313:25
**heard** 25:23 61:12
    111:8 114:25 115:1
    180:5,18 186:21,25
    187:12 193:19,20
    201:11 228:11
    254:3,4 308:6,20
    309:4
**hearing** 97:10 186:10
    186:11,20 235:2
**heaven** 240:3 267:17
**heavily** 103:3 119:19
**heavy** 276:8
**held** 119:5 133:22
    328:19
**help** 19:3 22:17 23:23
    54:22 93:4 134:4
    182:19 205:16,24
    206:2 236:4 258:11
    258:13 260:18
    261:19 274:17
**helped** 249:22 269:16
**helpful** 20:15 128:11
    144:9 146:3 222:7
**hereto** 1:25 333:5
**high** 35:5 117:24
    175:6 256:19

**higher** 24:2 84:14
    90:8 91:8 169:4
**highly** 1:8 152:4,23
    168:8 175:25
    196:22
**Hinojosa** 100:24
    101:6 103:19
    132:15,22 133:10
    134:11
**hired** 311:17,20
**hiring** 33:3
**Hispanic** 182:1,3
**Hispanics** 119:15
**historically** 252:25
    253:4
**history** 104:13
    128:23 161:21
    163:8,11 183:3,8,8
    183:13,22 184:4
    318:12 320:23
**hit** 138:16
**hold** 40:20
**holder's** 75:12
**holders** 133:14
    134:14,24 194:3
**holding** 69:5
**home** 85:3 86:12
    114:16 229:12
    255:1 277:21
    307:17 319:24
**homebound** 199:4,12
    204:5
**homework** 271:13
    286:20
**honest** 61:14 105:13
    156:16 194:13
    287:6 314:4
**honestly** 115:24
    127:1 282:25
    329:19
**hope** 147:16 254:25
    259:2
**Hopefully** 34:16
    186:8
**hopes** 322:20

**host** 206:24 207:25
    207:25
**hot** 35:11
**hour** 48:12 291:22
**hourly** 145:23
**hours** 12:5 27:21
    34:17 61:9,10,10,11
    113:12 145:6,7
    194:10,11 226:21
    235:24 237:3,12,13
    237:15 258:22
**house** 5:20 28:22,23
    28:25 29:2 32:2
    41:19 42:2 92:21
    100:3 109:18 151:6
    165:10 229:6 307:3
    321:9,10,11,17,19
    322:6 323:7 324:23
    324:24
**households** 90:23,24
    91:8
**Houston** 1:23 2:21
    155:18 167:4
    217:23 333:24,25
**hue** 267:14
**huh-uhs** 9:20
**human** 90:17 205:8
    205:22 290:5
**hundred** 22:22
**hundreds** 65:23,23
    65:23,23,24 88:1,5
    88:11,16 115:11
    132:21 133:17
    201:20,20 225:4
**husband's** 155:13
**hypothetical** 52:11
    52:18,23 82:11
    83:15 84:3 91:17
    111:4 264:21
    266:13
**hypothetically** 52:12
    99:13 221:14
    222:13 264:20
    322:10
**hypotheticals** 53:18

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

82:20 85:6 89:11
222:20

**I**

**ID** 10:20,20 11:11
30:6,25 31:10,16
34:19,22 35:13,15
35:23,24 36:3 37:7
37:22 38:10,14,16
48:2,3 49:6 51:19
52:2,3,6,6,10,10,14
52:15 53:4,13,19
57:7 60:18 70:14
71:14 72:9,15,16,23
73:1 75:8 76:12,19
77:1,4 78:1,3,13
80:25 81:9,13,25
82:10,14,16 83:5,8
83:24 84:5 85:25
86:7,10 87:1,5 88:4
88:7 89:4,8,8,13,19
95:19 96:9,11,14,15
96:18 97:2,5,7,17
97:18 98:2,5 99:12
102:6 107:19 108:1
108:8,12,14,19,25
110:4,18,25 111:24
112:25 114:1,24
123:15,23 125:5,16
126:18 132:2 133:7
133:22 135:17
137:19 141:12
142:14 144:16,22
145:22 146:19,25
149:2,10,22 150:2
151:2,21 152:2
157:25 160:11,16
170:25 171:2,6
174:9 175:1 177:10
177:15,23 178:4,18
178:25 182:18
185:4,5 187:23
188:24 189:10,20
195:25 197:24
199:16 202:4,24

203:4,21 204:15,20
205:7,22 206:6
208:5,6 213:4,14
214:19 215:7,12
218:11 219:8,15,21
220:1,8,10 221:3,5
221:7,11,16 222:15
222:23,24 230:21
231:24 232:5,15
233:3,5,24 234:3,6
234:9 235:6,7,15,16
236:3 241:19,24
242:2 243:2,6,10
244:9,10 245:1,18
246:19 247:16
249:2,10,11 251:2
255:13 256:8,18
257:8 260:2 262:17
263:8,13,20 264:6
265:11,25 266:4,16
267:3 268:6 271:6
274:2,14,16 277:20
281:9,22 283:4
290:23 294:3
295:14,17,21 296:6
297:9 298:1,1,3,13
304:3 307:21 308:8
308:11,16,18,22
309:13,16 310:5
311:7 312:13,16,19
312:25 313:5 314:2
314:16 315:13,23
317:11,15 318:4,7
318:15,17 320:17
320:19 321:21
323:18 324:25
326:15,20,21
327:17,21,25
328:15,24 329:8,11
329:25 330:6,14

**idea** 39:3 52:25 53:9
60:23 68:20 128:9
144:1 148:6 192:19
212:21 220:21
238:25 243:22

266:18,18 293:4
316:12
**identification** 5:21
6:9 10:23 21:18
22:4 38:11 66:20
71:12 72:2 81:23
86:5 93:19 107:23
113:1 125:23
142:21,23 143:4
220:23 230:6,14,18
243:2,5 261:11,12
272:20,22 273:8
278:1 283:10,14
284:22 287:23
300:8 301:6 330:9
**identified** 78:13
144:11 259:20
260:5
**identifies** 102:12
**identify** 74:17 248:22
272:18
**identifying** 261:9
**identity** 44:24 45:8
45:18 67:25 68:17
69:8,19,20 70:6
72:11,17,24 73:3
74:16,20,22 77:22
136:4 286:2
**ideologies** 312:6
**IDs** 52:21 72:14 74:4
74:6,14 76:6 77:12
112:3 137:24
138:22 139:12
140:13 141:6,15
243:8 247:15
248:21,23,23 249:5
251:9,14,20,24
252:3,8,24 254:10
254:12 263:16
266:10 271:5
276:11 295:6 326:7
326:24 327:6,9,11
**ill** 320:1
**illegal** 5:14 170:22
171:3,11 172:2,9,16

172:20,22 173:7
175:6 178:9,20,24
179:4,22 186:13
187:2 188:1,4,13,20
190:5,19 191:20
192:4 238:15
**illegally** 171:9,24
173:25 174:13
175:2 213:1
**illegals** 174:4
**image** 190:8,13
205:20
**images** 191:6,7
**imagine** 37:23
**Imani** 7:11 197:4
**immediately** 139:6
**immigrant** 178:7
**immigrants** 96:20
170:22 171:4,11
172:9,16,20,22
173:7 179:4 186:13
190:19 191:20
192:5,20
**immigration** 172:2
175:6 177:10,15,23
178:5,6,9,9,25
187:2 188:1,4,14,20
190:5
**immobile** 124:5
**impact** 18:18 22:4
80:20 85:15 88:24
97:18 107:4 114:8
114:12 118:24
120:11,19 147:1
170:22 172:20,22
173:17 225:10
230:3 267:23 318:1
318:6,6
**impacted** 171:23
**impacts** 96:8 118:7
171:3
**impersonation** 46:25
47:13 56:22 66:2,11
106:17,25 107:9
180:16

**Impersonators**
279:19
**implementation**
146:15
**implemented** 53:3,12
166:3
**importance** 36:8
**important** 17:14,17
17:21 34:22,24,25
35:7,14,17,24,24
36:4,20,21,24 37:1
37:4,5,7 39:20
49:16 68:7,8 81:6
81:18 83:1 118:7
126:15 148:4 158:2
158:6,7 184:13
198:18 240:17
242:1 245:7,8,8
263:12 268:23
297:1 300:14
303:12 305:7 313:9
319:10
**impose** 18:10 21:18
218:9,24 237:11
**imposed** 93:20
137:10,13 223:8
**imposes** 18:9 91:25
**impossible** 191:3,4
297:8
**impression** 213:6,17
**improper** 221:25
**improve** 118:10
246:15 261:21
**in-person** 46:25
47:12 56:21 66:1,7
66:11 106:17,25
107:8 180:16
317:12
**inadequate** 69:20
**inappropriate**
194:15
**inclined** 298:2
**include** 25:20 96:10
108:1,8 128:9
141:11 241:2 251:8

266:16 285:23,25
**included** 25:3 28:24
74:6,8 77:10 107:23
125:15 126:4 128:7
132:18 133:23
141:6,25
**including** 26:4 59:2
59:25 79:1 85:15
115:25 124:10
181:25 192:6
220:14 270:18
285:20 292:22
297:4
**inclusion** 77:12
**income** 96:25 234:5
236:1
**incomes** 97:1,3
**inconvenience**
276:18
**incorporates** 292:21
**incorrect** 134:10
218:1 236:20
**incorrectly** 249:14
**increase** 56:4
**increased** 33:16
**incur** 231:10,21
**indefinitely** 24:9
140:13
**independent** 102:5
124:7 198:25
205:17 311:17,18
311:19
**independently** 219:1
**Independents** 35:3
38:7 63:17 312:8
**INDEX** 4:1 5:1
**Indiana** 123:2,8,8,11
125:12 127:22,23
128:1,6 130:6
198:19 232:18
240:15,16 241:14
241:17,20,24 242:2
243:2,6,12,21 244:6
244:12 246:4
267:25 268:13,15

268:21 269:2,2,2,3
269:6,12 270:1,9,24
270:25
**Indiana's** 243:10
244:10 308:8,11
**indicated** 59:1 106:9
333:6
**indicating** 280:21
**indigency** 124:11
**indirectly** 170:22
171:3 172:20,22
**individual** 127:9
143:19 144:2
237:12 289:6,6
**individuals** 157:13
218:9,19 219:7,14
219:19,20 224:22
314:5
**ineligible** 171:8,9,14
171:25 172:7,14
173:5 174:6 179:6
**inflammatory** 194:6
**influence** 325:17,20
326:1
**information** 26:4
68:4 73:13,22 91:3
95:8 109:17 111:2,7
117:2 134:2,14,17
134:23 157:16
159:21 160:8
192:18 250:16
264:1,3 275:16
284:24 285:17
286:1 303:20
308:14 328:18
**informed** 208:1
**infringed** 80:25
**initially** 41:10
**initiate** 201:17
**initiative** 5:19 205:16
**inner** 228:16
**innocently** 249:14
**input** 245:25
**inquire** 115:6
**inquired** 115:4

**inside** 217:18,21,22
217:23 218:8,18
**inspected** 267:12,16
**inspection** 267:17
**instance** 1:16 79:1
167:16
**instances** 46:7,10,14
47:12
**instantly** 160:6
**instituted** 171:5
**institution** 72:3,4
74:5 311:3
**instructions** 10:9,12
14:3,7 17:22 197:7
**instrumental** 255:15
**integrity** 5:19 49:17
50:9 55:18 56:2,7
65:12 66:7 75:4
78:3 81:7 87:25
106:8 112:12,18
171:13 173:4
224:18 236:5,6
249:23 251:10
260:3 288:19 297:1
313:9 323:20
**intended** 134:4 293:1
**intention** 134:8
195:19,21
**intentioned** 261:10
**interchangeably**
10:21
**interest** 167:5 256:4
**interested** 210:23
212:2 311:20
324:16,17 325:18
333:12
**interesting** 177:3
311:8
**interests** 288:23
**interfere** 54:25
140:21
**interfered** 135:20
140:15 142:9 144:5
145:14
**INTERGOVERN...**

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

22

3:2
**Internet** 190:9
**interpret** 10:22 107:6
**interpreting** 107:5
**interrogatories** 6:3
327:8 333:6
**interrogatory** 271:20
273:1
**interrupt** 79:23
196:18 326:2
**Interstate** 217:22,23
**interviewed** 39:1
**interviews** 51:2
**introduce** 127:11
**introduced** 48:2,4
100:9 101:9
**intuition** 250:17
**invade** 79:13
**invasion** 5:15 191:18
191:19,24
**investigation** 115:16
**involve** 27:16 158:20
**involved** 103:1,3
129:3 155:13
156:10 157:1 159:2
159:4 160:10,13,25
184:17 198:20
200:11 208:24
258:23 329:18
**involvement** 19:25
23:10 100:19,25
**involving** 317:8
**Irrelevant** 195:12
**isolated** 199:13
204:24 216:15
**issue** 24:10 34:22,24
34:25 35:13,15,24
35:25 36:3 38:4
57:13 58:17 59:3
60:10 95:9 111:5
116:22 123:11
136:7,7 143:20
144:2 149:4 151:18
167:11 175:7
182:20,22 188:1,13

204:14 205:5,22
212:10,11 228:11
247:7 270:13
272:19,20 273:16
273:24 274:12
277:24 297:7 305:5
305:25 311:9,21
313:18,21 327:9
330:10
**issued** 52:15 72:3,9
74:4,14 75:17,20
244:9 248:11 249:9
268:6 326:21
327:17
**issues** 24:4 35:7,8
36:4,6,7,19,20,22
146:14 152:7
166:21,24 167:8
170:10 177:11,15
179:10 183:14,20
187:10 202:4 208:5
208:6,7 228:21
242:4 267:20 273:7
290:23 311:12,15
311:15
**issuing** 305:4
**it'd** 210:13
**item** 132:18

_____
**J**
_____

**J** 3:15
**jackhammer** 54:14
**James** 316:3
**January** 21:20 22:5
31:10 121:21 132:9
135:9 137:21
153:13,14 154:1
**Jared** 257:25
**Jay** 3:3 7:17 12:9
139:1
**jay.dyer@oag.stat...**
3:4
**Jimmy** 316:2
**JoAnn** 154:4,23
168:16,21 170:7

175:16,19
**job** 146:3 263:1
**jobs** 145:23
**jog** 316:1
**John** 13:21,25
**Johnny** 34:7
**Johnson** 208:11
209:9,10 211:10
212:8
**join** 28:17 146:7
187:22 218:13
266:23
**joined** 310:15
**joint** 19:17 20:19,24
21:1 103:20
**journal** 5:10 23:15
121:21 132:9 135:9
247:11
**Jr** 3:15
**judge** 248:19 276:10
**judge's** 30:14 189:16
**judgement** 80:2
**judgment** 49:24 51:4
73:2,23 79:8,24
81:2 151:4 182:11
227:20,21 236:10
**Julie@hounddogr...**
157:3
**July** 1:13,18 4:3 5:3
333:18
**jump** 99:2
**jumps** 193:22
**June** 168:16,17
169:25 170:13
**justice** 2:3 24:2
308:21
**Justice's** 280:19

_____
**K**
_____

**Katrina** 157:6
**keep** 8:8 16:3 23:17
57:25 89:24,25
172:17 182:25
196:21 197:6 259:3
276:5,25 292:5

**kept** 105:14,15
**kick** 258:12
**kill** 322:14
**killed** 322:5
**kills** 5:21 136:17
**kin** 333:12
**kind** 34:15 55:14
66:10 69:10 73:10
97:2 99:8 103:9
106:16,23 107:8
111:4 115:19 124:5
153:2 159:17 195:5
195:7 196:2 198:23
199:3 204:21
207:21 210:22
211:1 219:1 228:1
244:7 296:14
297:18 307:24
318:12
**kinds** 263:16
**King** 2:9 200:10,11
200:12,13
**knew** 38:14 79:6
133:2,4 149:11
157:14 207:12
242:7 282:2,8,24
306:7
**knock** 125:10
**know** 8:16,22 10:1
14:10,11,15 15:6
17:20 22:10 23:24
23:24 24:6,11,15,15
25:13,14,16,23
26:19,20 27:3 28:16
29:23 31:1 32:5
34:3 35:9,16 36:14
36:17,21 38:5,9,13
38:16,21,22 39:7,13
39:14,17,25 40:6,16
40:19 41:18,21 42:1
44:4,8,10,17,19,22
44:23 54:3 56:6
57:2,11,20 58:17
59:9,10 60:11,25
61:11 62:8 66:15

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

23

68:1,1 69:10 70:9
70:20,21 74:2,8,10
74:11,12 75:11,17
76:11 77:5,6,7,7,24
77:25 81:8,13,16
84:1,9,21 86:21
87:10,16,19 88:10
88:11,13,15 89:16
90:15,16 91:18,19
92:17,20 93:3 94:7
94:15 95:7,8 96:9
97:12 98:9,12,13,13
98:15,15,15,21,23
98:25 99:10,15
100:2,5 101:6,13,15
102:1 104:10,10,11
104:18 105:2,7,8,17
107:22 108:11,21
108:22 109:4,17,22
109:25 110:2 111:5
111:9,14,18 112:11
113:16 115:18,19
115:21 116:1,2,3,17
116:18,19,21 117:6
117:13,14,14,17
118:10 122:12,25
123:5,6 124:6 125:2
125:3,24 126:6,10
126:21 127:1,23
128:2,3,25 129:5
130:5,15,20 131:8
131:14 132:24
133:5 134:7,11,16
136:6,6,9,10,10
138:8,17,19 139:24
140:2 141:3,9,24
143:17 144:7,17
145:16,20 150:15
150:24 151:14,15
151:23 154:19
155:2,5,8 156:7,12
156:15,18,23
157:10,12,14,24
159:12 160:14,21
160:23,25 162:3,7

162:15 164:21,22
165:19 166:18,21
167:12 169:1
170:11,16 172:11
172:12 173:2 175:8
177:3 180:18 181:2
181:19,20 182:2,5
183:13 184:10,23
188:10 190:10,20
194:9 197:6,14
198:24,24,24 199:3
200:17,19,19,20
201:18,20 202:5,5,9
204:7,8 206:21
207:7,7,8,9,9,10,11
207:12,13,15,15
208:6,14,22,22,23
209:7,16,23 210:3,4
210:5,5,5,5,21
211:1,8,12,12,16,19
211:19 213:2,15,19
215:22 216:24
220:9,13 221:1,2,3
221:24 222:10
226:1,4 228:7 230:9
231:6,8 232:11,11
240:17,25 241:21
242:4,5,12,15,18,21
243:11,17 244:5,11
245:12,13 246:2,9
246:12 247:7,19
249:1,4,6 250:5,9
250:19 251:3,3,9
252:15,21 253:8,10
253:23 254:6,9
258:10,11 259:6
263:12,25 266:5
267:3,7,19 269:22
269:23,23 270:11
270:11,11,13 271:7
271:11,15,21
274:25 275:13,17
275:20,25 276:13
276:18 277:17,18
277:20 278:22,25

279:1,1,7,9,13,14
279:22,24 280:6,8
280:10,11,12
281:16,23 282:5,7,7
282:8,10,17,19,19
282:22,25 287:4,12
288:11 289:23
291:10,15,19
294:25 295:13
296:18,19 298:3
299:3,5,7,10,24,25
300:2,10 302:3,8,22
304:18 306:8,9,10
306:17,18 307:8,16
308:1,2 309:17,18
309:21,23 310:8
311:18 312:6 313:4
313:25 314:15
315:13,23 317:4,18
317:25 318:2,13,19
319:25,25 320:25
321:6,11,18 322:4,8
323:8 325:1,5,9,24
326:7 327:14
**knowledge** 37:25
43:6 51:3 62:23
114:20,22 148:5,7
148:14 161:22
180:20 181:23
183:2,5,6,6,9 202:2
209:8 215:23 223:3
223:3 225:18,19
226:15 244:12
245:25 254:3
279:14 310:20,22
311:10 316:6
326:20 327:10,24
329:1
**knowledgeable** 208:2
**known** 164:4 306:11
**knows** 91:15 324:21

───────────
**L**
───────────
**label** 152:23 176:1
**lack** 56:10 83:4 91:8

98:2,4 204:18 206:7
214:12 218:7,8,17
224:16,17 253:4
264:11 330:13
**lacked** 88:7 203:20
251:5
**Lake** 155:25
**landscaping** 164:6,23
**language** 18:11 21:20
52:19 67:11,20 72:7
78:4 100:9 139:4,10
172:23 208:10
**large** 26:9 49:22
85:21 86:25 118:7
228:9 238:9,18
239:10,12 281:12
281:17 313:25
**late** 320:1
**latest** 75:14
**Latino** 63:21
**Latinos** 25:21
**Lauren** 3:19 7:21
**law** 27:4 41:2 70:11
85:12 86:7 89:1
99:23,24 118:14,15
123:2 125:12
127:23 128:1,6
130:6,7 198:19
223:14,19,24 239:1
241:14,17,19,24
242:2 243:2,6,10,12
243:19,19,21
244:10 260:4
262:17 264:5,8
266:16 268:1,13
269:2,3,7,12 270:1
270:9 271:6 285:3
286:4 290:23
293:21 298:6 300:2
308:9,11,16,19,22
317:11,15 318:7,15
328:24
**lawful** 327:15
**laws** 78:25 255:13,14
255:15 259:24

SENATOR DAN PATRICK                          7/11/2014
CONFIDENTIAL TRANSCRIPT

299:15,15,16
315:13
**lawsuit** 118:15
253:15 271:21
**lawyer** 147:23 195:2
284:25 308:4
**lead** 99:1,4 276:14
**leaders** 158:20
**leadership** 27:7
**League** 2:13 7:10
197:3
**learn** 50:13 159:20
159:22 287:24
**learned** 37:2
**leave** 68:5 92:20
146:4 200:12
**leaves** 227:14 266:2
**leaving** 205:14
**leeway** 86:11
**left** 85:2 86:12
229:12 312:10,10
**legal** 46:5 119:1
178:6,9,20 220:10
288:21 333:24
**legally** 46:2 327:15
**legislation** 23:17 29:3
29:9,17,18,21,24
30:2 31:17 38:8
48:2,4 49:20 50:12
50:16 55:23 60:1
61:19,20 63:14
64:13 73:11 78:21
78:23,24 79:5,6,9
79:25 80:9,17 86:15
86:16 104:24
105:20 115:18
118:6,7 119:2
147:11 148:8,14,22
201:15 207:23
210:11 211:22,23
215:24 228:20
240:9,17 241:7
242:3,10 245:20
260:9,16 265:12
267:23 278:4

286:17 289:1,2
290:3 304:11
323:25
**legislative** 24:13 30:8
54:19 55:17 79:13
104:13 119:24
120:2 158:21 306:7
306:12 318:12
322:2
**legislator** 37:3 49:18
50:13 151:6 179:15
194:2 314:16
**legislators** 162:19
258:12 278:6
312:22 313:19,20
314:21 322:14
**legislature** 11:12,14
26:22 30:10,16
33:18,23 36:23
50:17 113:14
160:15,24 208:2
260:14 267:14
286:7 292:25 293:2
293:4 303:10 305:6
307:22 308:16
312:18 313:6
314:21 318:17
320:20 321:3
330:10,13
**length** 81:4 186:6
211:25
**lenient** 111:23,25
**leprosy** 192:7,20
**Leslie** 155:4
**lessened** 143:4
**let's** 9:4 54:2 79:3
83:3 85:23 89:1
194:24 200:12
206:9 209:24 222:3
239:21 240:16
244:25 245:12,13
245:13,13 272:13
272:24 283:3
285:20 291:20
292:1,5 295:2

305:14 318:12
322:10 324:14
327:15
**letter** 5:22 123:25
124:2 131:1 198:4,4
198:9 232:16 238:7
280:19
**letting** 271:4,5 274:1
274:13
**level** 37:22 124:17
234:5 241:22,25
242:17,17
**leveled** 187:14
**library** 141:22
**license** 40:21,24
41:10 67:23 68:8,25
69:3,14,19 70:1,11
70:19,23,24 71:10
71:18 93:17 94:2,10
94:17 108:7 125:10
131:5 174:9,23
226:7 233:6 235:17
235:22 237:15,20
248:13 250:1,4,14
250:23 251:5
264:16 265:19,25
274:17 275:18
281:15 288:6,11,18
294:8,16 298:12,13
298:15,18,25 299:1
300:2,23 302:8,11
303:2,17,18,22
304:3,6 305:5,8
**licenses** 66:20 67:1
70:15 250:7 253:5
278:21 279:4
280:13,24 281:7
298:9 299:20
304:23
**licensing** 328:25
**lieutenant** 32:11
163:18 164:14
165:3,5 175:10,14
185:1 186:11
187:25 256:21,22

319:12,19,20
**life** 57:5 125:9 232:16
297:8
**likelihood** 116:13
**likes** 287:3
**limited** 113:12 186:4
202:9
**line** 8:23,24 66:21,23
66:24 67:13 71:25
79:11 96:7 101:25
136:20 138:11,25
139:18 142:4
143:10,24 145:10
147:7 153:4,18
161:16 166:22
170:20 188:3,8,23
190:3 217:7 224:23
276:2,6 277:22
**lines** 63:7 64:5 65:5
128:1 138:24 161:8
182:13,16 246:10
277:13,20
**list** 168:22 327:7
**listed** 19:4 20:19
38:11 98:18 102:23
104:8,19,23 105:5
170:24 273:14,19
274:11,21 295:6
**listen** 27:22 61:25
**listened** 62:6 64:1
**listeners** 34:14,24
35:14
**listening** 8:12,16 20:1
27:23 29:14
**lists** 273:10 315:5,7
**literally** 24:4
**litigated** 242:4,6
**litigation** 3:13 11:24
12:24 13:2,15 15:7
15:7,21 118:21
152:23 175:25
199:19 229:14
331:16
**little** 20:10 24:16
25:6,6,8 37:17

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

25

43:15 47:19 50:2
65:17 100:6,21
101:8 110:13
157:25 163:8,21
165:1,20 185:4
189:1 207:18 213:7
214:22 246:14
264:22 268:15
272:13 276:10
286:9,20 291:4
292:19 293:16
308:25 326:6,24
327:6
**live** 47:21 57:13
75:24 83:22 92:13
92:18 93:2,11,15
98:20 114:21
118:14 125:5
171:16 174:5 199:9
204:24 205:18
214:18 215:6 216:3
216:9,24,25 217:1,1
217:2,2,4,5,7 219:1
219:2 220:6,11
226:21,25 227:2,12
228:2 232:23
234:10 235:7
236:23 249:12
254:25 294:25
**lived** 122:15 129:15
205:23 210:8
**lives** 168:22 216:12
234:8 235:4
**living** 179:23 204:3
216:17 224:12,19
224:22 227:7
**LLP** 2:14
**lobbying** 160:15,18
**lobbyist** 160:18
**local** 215:3,5 272:18
297:3 301:10
329:24
**location** 203:20 226:8
237:12
**locations** 218:3 226:2

236:17 237:3
**locking** 325:14
**lodge** 187:20
**logic** 274:1,13
**logical** 216:12
**logically** 228:1
**long** 15:23 24:12,17
41:15 44:9 162:15
162:16 165:8
184:11 185:25
186:4 190:10
197:11,14 208:10
211:2 212:7 226:6
235:23 277:21
278:17,17 318:13
331:10
**longer** 16:15,20,25
71:18 156:25 157:1
159:2 218:10
277:14
**look** 15:15 16:1 18:1
21:12 35:1 36:25
61:9 64:9,11 83:16
84:6 97:13 98:17
99:20 101:6 104:1
105:18,23 113:17
116:5 118:14
125:18 126:9 133:6
135:8,11 137:20
138:4 141:23
142:15 143:12
145:2 146:11 153:9
169:15 181:19
190:23 191:2 206:9
223:15 237:25
240:14 242:7,10,15
247:21 255:18
258:25 261:16
268:14,16 269:6
273:1 275:13,14
282:11 285:21
287:2,11 292:19
293:15 309:15
320:23 327:11,12
**looked** 87:3,9 123:1

125:11,12 198:19
204:2 214:5 247:10
258:9 292:16,20
309:17,18,24,24
331:1,8
**looking** 26:3,10
123:7 125:20 138:2
139:2 141:11
145:17 151:16
153:17,22 177:7
205:12 206:15,16
219:6,13 238:1
257:12 305:9,18
313:15
**looks** 77:25 170:13
177:18 178:1
258:15 259:3,6
275:24
**Loop** 217:19,21
218:4,8,18 236:18
236:23 237:1
**loophole** 130:13,21
131:11,20 212:25
238:16
**losing** 296:10 297:17
**lost** 166:13 320:6,14
**lot** 51:18 53:1,10 80:9
82:24 89:11 95:7
99:1 101:16 106:4
122:19 124:20
130:19 186:5
188:17 204:4
205:11 210:13
214:8 219:2 227:4
240:8 245:20
251:16 262:2 275:4
279:4,24 286:18
314:8 324:10,11
325:12 329:5,5
330:8
**lots** 37:4 166:17
169:13 267:7
302:21
**loud** 272:15 285:24
**low** 136:9

**low-income** 224:9,12
225:10 233:16
**lower** 97:1
**lunch** 117:9 121:4,7

_____
**M**
**M** 1:19 2:5 9:9
196:14 254:22
307:13 331:22
**ma'am** 102:22
108:17 121:23
137:22 206:19
**machine** 1:21
**mail** 71:11 83:18,19
99:11,14 114:11
122:22 126:13,23
262:15 265:2
281:15 296:2,4,10
296:16 297:17
329:10
**mail-in** 107:4 262:14
**main** 129:16 131:24
205:3 282:18
323:19
**maintain** 18:23
**maintained** 24:9
**major** 86:17 118:6
203:10
**majority** 26:15 38:6
43:4 49:11,13,20,22
50:1 51:16 57:6,20
57:22 59:1 60:3
62:13,16,22 81:22
82:4 87:24 89:3
106:9 150:20 151:1
151:19 161:24
162:20 166:8
180:21,22 181:5,10
181:13,14,18,21
182:5,8,16,17
226:11 249:25
250:1,12,12 252:22
263:8,8 278:21
312:17,23 313:1,17
322:8 325:21

makeup 39:13
252:16
making 56:2 75:5
83:25 102:3 194:18
210:11 211:22
212:11 256:4
266:17 287:25
mall 92:21,22,23,24
93:5 234:13,15
man 302:4
manager 32:22
MARC 1:3
March 95:25 258:4,7
258:8,8 259:1,10,10
mark 95:11 187:16
marked 13:8 48:8,18
102:11 121:11,18
152:21 168:7,8
176:2 257:20
marked/introduced
13:6 48:6 95:14
102:9 121:19
152:19 168:12
176:4 187:18
199:21 206:10
254:21 271:18
283:23 285:9 287:8
292:8
marriage 302:5
married 302:6,23,24
match 46:5 221:2
matching 318:4
matter 7:5,12 17:4
69:16 71:16 88:1
91:15 277:17,24
290:22 303:12
323:14
mattered 94:8
mean 8:10 10:22 11:4
11:8,11 14:10 16:10
17:10,20 23:4 28:4
31:12,20 33:4 34:14
36:7 37:12 41:15
51:25 55:12 58:18
67:15 70:20 71:20

72:13 74:11 77:7
79:23 82:1 84:11
86:22 87:18 91:10
93:22 98:23 99:7,9
111:5 112:11 113:7
115:24 125:21
134:9 137:17
141:24 158:5
160:13 161:25
162:5,6,8 166:6
188:25 191:10,11
191:12,25 198:8
201:4 210:12,24
217:21 220:9 221:2
223:11 238:12
239:24 243:15
244:5 245:4 246:12
249:12 250:25
253:11,21,22 267:1
270:10 281:2,4
282:7,22 283:19
290:13 296:18
298:3 299:25
302:16,19,22
304:21 306:23
307:5 313:25 314:4
318:21 327:14
meaning 64:17 191:8
meaningful 53:18
means 19:11 79:5
119:17 136:17
216:4,9 234:21
253:9 264:19,23
270:12 314:6
330:14
meant 165:9 212:20
238:17 311:6
measure 39:8
media 39:18 229:7
309:23
Medicaid 77:23,24
medical 204:25 205:2
Medicare 77:23,24
142:23
medication 10:14

meet 27:17,21 147:21
148:23 149:14
248:11 293:10
294:6,14,19,22
295:7,7 298:9
330:11
meeting 29:13 31:9
31:22 57:11 60:14
95:17 100:15
162:11 176:20
177:4,21 179:17
257:24 258:3
306:19
meetings 31:16 32:3
101:12 154:17
158:16
member 58:1 60:2
62:11,12,25 92:1
126:7 147:25
154:13 216:11
229:6
members 18:11
19:24 21:19 28:6,7
28:23,24 29:2 30:9
30:15 51:6 81:10,15
109:11,12,14,16,18
154:6 160:15,20,22
160:24,25 165:14
260:14 269:16,21
memory 100:13,21
110:8 230:7,20
316:2 321:21
men 190:18
mental 224:3
mention 203:12
236:17
mentioned 25:25
37:19 127:9 158:15
177:11,18,23 179:8
179:9 216:16 251:7
309:4,11 312:3
314:14
message 16:1,1
157:12 170:6,7
195:5 196:2

messages 153:1
messed 283:11
met 31:24 131:13
133:7 154:7 176:21
202:16 275:9
method 287:22
micromanage 304:9
middle 20:14 191:3
204:6 207:20 216:8
228:3 284:11
middle-class 226:24
Mike 39:16
miles 114:7 122:25
205:25 206:1
214:18 215:6 227:8
227:9
military 76:6,12
123:22,23 125:10
233:6 248:13,23
249:2,5 264:17
265:25 281:9 288:8
294:8,17
million 130:15,17
179:22 253:19
millions 84:12 87:17
88:11 296:24 297:4
297:4
mind 53:5 115:12
176:25 178:12,18
194:10 213:16
220:6 221:23 224:8
274:15 291:19
294:12 300:25
mine 75:15 76:1
151:15 153:14
266:24
minimum 177:12,19
minorities 38:15
80:20 85:10 119:19
148:11,17,24 297:6
312:17 313:1
minority 11:7 18:10
18:11 21:19,20
25:18,20 57:5 59:25
60:3 62:13,17,22

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

27

63:1 82:4,17 83:7
84:23 87:24 89:20
95:18 118:25
120:12,19 134:5,8
134:15 147:1
149:21 150:1,20
181:22,24 182:8
183:4 225:2 313:17
325:23
**minute** 210:10
296:21,22
**minutes** 59:17 203:1
291:24 321:13,23
322:17
**mirror** 256:11
**mirrored** 269:11
**misalignment** 314:20
**Mischaracterizes**
98:7 172:4 232:8
239:15
**mischaracterizing**
235:13 309:1 312:5
**misleading** 10:6
**misnomer** 165:20
**misrepresent** 280:17
**Misrepresents** 274:3
**missed** 181:11 284:13
**missing** 318:24
**mistake** 248:6
**mistakenly** 130:12
**misunderstanding**
131:21
**mix** 109:11
**model** 123:11 243:21
**modern** 165:15
**moment** 13:10 54:21
122:10 135:11
138:11 141:2
146:11
**money** 258:12 276:10
330:14
**mongrel** 193:4,17,25
**Montgomery** 157:4,7
**month** 16:11 27:18
27:19 69:4,19

158:16
**months** 16:12 35:12
242:23
**morning** 7:3 286:10
298:19
**mother** 71:9
**motivated** 120:1,4
**motorized** 205:12
**move** 22:18,20,25
24:5,7 54:10 66:4
92:16 93:6 95:9
101:18 121:1
163:25 165:4 175:4
185:17 194:23,24
196:5 217:9 227:4
227:13 239:19
245:13 303:7
305:23 315:10
**moved** 110:15 120:15
159:3
**movement** 159:14,18
**moving** 19:3 32:2
227:14 247:9
**mulligan** 319:19
**multiple** 77:19
120:13 125:3
172:18 203:8 228:6
232:11 306:1
**muster** 127:17 128:6
242:19
**mystery** 59:4

**N**

**N** 2:1 9:9,9 196:14,14
254:22,22 307:13
307:13 331:22,22
333:24
**name** 7:3,8 9:12
19:12 44:5,6,7,7,8
44:20 46:5 85:25
154:15 155:2,8,19
156:1,23 157:5
169:1,3 197:2
254:24 301:20
302:2,4,5,9,22,24

307:19 309:4 318:4
**names** 104:16,19
154:14,15 158:17
169:13 194:2
**NANDITA** 3:11
**narrow** 51:25 142:19
**nation** 58:14,18
**natural** 314:10
**navigate** 93:9
**near** 114:16 204:25
210:7 235:7 272:14
273:3
**nearest** 328:23,24
**nearly** 186:6
**necessarily** 67:12
74:23,25 75:9 91:24
112:11 113:11
217:8 233:23
238:23 261:21,25
262:6 264:25
327:21
**necessary** 198:12
**need** 9:6 32:16 65:2
96:15 99:11 101:2
116:2,3,3 117:11
124:4 129:10,22
133:4 135:16 196:5
204:25 222:10
228:19 234:22
235:15 236:2 240:7
281:14 286:6 294:2
297:25 302:15
305:23 313:12
316:18 324:6,6
325:20
**needed** 33:8 44:11
78:3 146:5 166:12
203:21 218:10
325:2
**needs** 80:4 205:24
215:20 233:9
300:23
**negative** 80:19
117:25 118:18,24
148:9,16 150:21

172:10
**negatively** 148:24
**negotiate** 324:14
325:16
**negotiating** 324:15
325:18
**neighborhood** 22:20
132:20
**neighborhoods** 261:1
**neighbors** 160:1
**never** 21:22 31:7
50:14,15 61:24 65:9
80:24 86:23 91:5,10
114:24,25 115:1
123:21 125:9 164:7
164:24 172:10
180:18 202:16
210:12 227:14
241:9 265:6 282:2
291:10,19 319:16
319:20 320:10
324:18 325:10,14
325:21 330:25
**new** 109:7,10 121:1
264:7 303:25,25
**news** 35:11 51:2
56:17 58:15 87:14
87:15 151:17
193:20
**newscast** 192:9
**newspaper** 37:24
50:3 309:21 310:25
**newspapers** 38:3
**nice** 89:24
**night** 58:15
**nine** 225:14
**nine-page** 48:9
**no-brainer** 314:8
**noise** 47:22
**non-Anglo** 11:8
**noncitizen** 178:17
**noncitizens** 315:15
326:7
**nonpartisan** 192:17
**nonphoto** 52:6,10

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

28

76:25 77:4,12 78:1
78:2 108:12,19,25
141:6,12 142:21
143:4
**nonwhite** 11:8
**normal** 297:8
**normally** 23:7 101:17
176:23
**Notary** 333:4,21
**note** 22:17 214:3,16
244:25
**noted** 245:16
**notes** 13:3
**noticed** 68:2
**notion** 229:2 261:7,9
**notwithstanding**
51:12 58:1 60:2
**November** 21:21
22:6
**Nugent** 193:3,15
194:17
**number** 18:6,16 20:7
21:13,15 22:13 36:4
36:5 38:4 39:1
53:17 60:11 66:23
66:24 76:19 84:4,22
86:25 87:3,21 94:10
94:17 95:12 96:7
115:6,10 117:23
118:3,7 133:14,20
133:23 146:14,17
151:19 167:22
168:10 170:9,20,20
170:25 176:1
191:20,22 197:20
201:6 217:15 220:4
220:5 225:1 228:10
250:3,6 262:4 266:7
266:11 268:19
273:10 280:10,22
280:25 281:13,23
282:3,6,9,13,24
284:17 286:14,17
287:12,12,19
289:20 306:6

310:16 312:12
315:18 318:25
321:15 328:13,17
**numbered** 1:18 96:1
152:24
**numbers** 40:16 84:2
85:22 94:18 264:21
280:25 281:4 332:7
**numerous** 96:23
**NW** 2:4,15
**NWB** 2:4

————————

**O**

**O** 9:9 196:14 254:22
307:13 331:22
**oath** 10:4
**Obama** 193:4,16,24
**object** 11:1 36:9
42:22 83:12 192:22
240:21
**objected** 182:16
319:5
**objecting** 256:4
**objection** 15:8,22
30:17 36:1 37:9
38:18 39:10 46:18
47:1 50:20 53:21
54:4 59:13,15 60:5
61:2,17 62:15 63:8
63:23 64:6,24 68:19
69:9,21 70:7 71:19
72:18 73:18 80:22
81:20 85:18 88:19
89:22 90:25 93:21
94:11 97:22 98:6
99:6 109:2,24
111:13 114:3 117:3
119:25 125:1 130:4
132:3 134:6 145:24
146:6,20 147:3,22
150:8,23 151:11
172:3,24 174:16
178:8,14,19 179:12
180:3,25 181:17
182:14 183:25

184:7 185:8,16
187:3,4,20,22
188:16 193:18
194:21,22 195:9
203:6 215:17
216:23 217:10,11
218:12,20,22
220:20 221:8,18,23
221:24 222:17
223:25 229:18,19
232:6,7,24 234:11
235:10 236:11
239:14 243:24
262:20 266:22
269:8 274:3,5 275:9
276:24 277:7
282:14 288:24
289:11,13 290:10
290:11,18 291:1,6
294:11 296:11
297:20 300:9 301:7
303:4,13 305:10,20
**objections** 6:2 222:4
**obstacle** 225:7
**obtain** 135:16 198:9
203:21 204:20
206:6 218:10 219:8
219:15 231:11,22
234:9 328:22
**obtaining** 119:18
137:4 199:16
202:24 203:4
219:20 220:1 232:4
272:21
**obviously** 49:10
65:20 84:2 101:25
103:18,21 104:5
111:16 112:14
114:12 124:16
125:13 126:2
134:10,12 145:18
166:22 177:8 179:6
190:11 208:3
213:13 219:17
224:20 230:2

235:17 237:14,19
241:22 246:15,17
275:2,3 318:5,21
**occasion** 34:5 168:1
**occasionally** 211:13
**occasions** 184:18
211:13 321:15
**occurred** 101:1
250:10
**occurs** 71:21 276:7
**offer** 103:23,25
128:21 144:22
201:11
**offered** 120:23
123:12 197:17
201:12 247:14
269:18
**offering** 52:18 129:6
**offhand** 155:3,9
182:10
**office** 1:22 2:20 3:1,6
3:7,13 7:22 11:22
12:5 13:25 17:3
23:17 24:14,22 32:7
33:11 41:7,11,14,19
42:1,6,10,21 43:5
50:5 84:19 87:13
91:21 92:5,12 93:16
113:5 114:16
123:14 144:19
145:23 182:7
184:13 194:3
195:23 196:2 199:9
203:14 208:10,17
209:15 211:1,2,17
212:7 214:6 217:18
240:11 255:12
259:2 261:19 280:3
300:22 303:25
327:19 333:17
**officeholder** 194:2
240:1
**offices** 1:21 113:11
113:15 144:12
214:12 218:7,8,17

SENATOR DAN PATRICK                          7/11/2014
CONFIDENTIAL TRANSCRIPT

**official** 183:23
211:19
**officials** 182:19 297:3
304:14
**oh** 27:12 47:25 78:2
87:1 110:8 153:16
153:19 176:10
189:25 198:7 200:1
209:4,5 212:15
258:6 259:8 284:13
287:16 304:2
331:11
**okay** 8:17 11:7,23
12:2,10,21 14:22,24
20:17 21:3,6,10
22:12 25:19 26:3
27:10,14 28:14,24
31:7 32:19 33:11,17
34:9 42:17,18 52:14
54:8 55:8,12 66:16
66:24 68:14 69:23
69:24,24 72:7 79:18
79:21 83:2 91:12
93:24 95:10,13 96:3
96:6 102:13 104:17
104:19 107:12,17
110:8 120:17
121:17,24 122:2,6
122:14 129:17
131:9 132:11,16
133:6 135:7,10,14
138:10,23 139:5,5,8
139:8 140:7 141:1,4
142:18 143:18,18
146:12,12 152:25
153:6,12,24 154:3
154:12,18 155:4,10
155:14,23 156:1,3,5
156:9,17,24 157:5,7
157:10 158:12,19
160:14 161:4,13
163:17 165:15
168:17,24 169:2,4
169:15 170:1,5,23
174:21 175:4

176:10,20 177:6
178:24 179:21
181:11,11 183:10
187:12 189:15
196:7,20 197:9,10
197:13,23 198:14
198:16 199:18,20
200:15,25 202:10
203:3,12 204:11
206:3,15 207:20
209:6,17,25 214:3,9
214:16 215:9
217:14,21 218:6
221:4 222:8 225:17
230:4,19,22,24
231:3,8,19 232:2
233:13 236:22
239:19 240:19
244:15,17,20
247:19 248:6,9
251:7,12 255:3,10
255:16,20,24
256:20 257:6,22,23
258:24 259:8,9,10
259:16,16,17,18
260:8,11,15,19
261:6 264:14,19
265:3,9,23 266:15
266:19 267:6,10,25
268:13,18 269:1,3,5
270:22 271:19
272:10,24 273:2,10
273:18 274:10,23
277:4,8 280:8,11,15
280:18 281:6
282:12 283:3,6,17
283:20,22,25 284:4
284:13,14,17,25
285:8,11,14 286:23
286:25 287:18,19
289:19 291:3,15,19
291:20 292:5,9,17
293:7,14 294:21
295:23 296:8
297:13,15,25

298:17,21 300:20
301:16 306:2
307:10,11 308:6
310:8 315:10,11
319:13 323:1
329:20 330:17
**Oklahoma** 174:5
**old** 75:15 95:4 159:15
186:15 326:11
**older** 126:12 127:5
129:13 329:10
**on-air** 33:7,19
**once** 16:11 22:18,24
23:4,6 24:10 27:18
33:14 52:18 114:9
114:18 147:13
158:16 165:2 171:5
172:13 267:11
325:13 331:4
**one's** 229:2,4
**one-fourth** 97:6
**one-party** 165:24
166:4 324:2
**ones** 135:6 158:17
233:7 248:22
304:20,24
**online** 38:3 41:3
**open** 8:24 113:11
144:19 237:4,13,16
**opened** 130:21 218:1
**operating** 33:2 145:6
**opinion** 40:2 45:6,15
67:7 74:13,19 89:11
118:20,21 135:23
213:16 229:14
230:2 268:15
310:25 311:3
312:25 314:19
**opinions** 109:13
151:17 315:2,6
**opponents** 188:5,9
**opportunities** 261:25
**opportunity** 126:16
126:20 146:4
202:19 214:24

232:15 233:1,16,19
233:24 234:2 261:5
261:24 262:10
276:4
**oppose** 137:7 146:17
146:23
**opposed** 61:16 77:21
144:25 145:19
150:7,18 162:4
256:10 314:16
**opposing** 162:16
314:2
**opposition** 60:2 63:7
64:4 65:5
**option** 92:7 108:19
110:3 144:15
**options** 112:7,8,10
**ORAL** 1:11,15 4:2
5:2
**orally** 14:9
**order** 30:14 125:6
129:10,23 165:17
204:16 231:21
288:14 298:11
300:3 303:3 322:3
322:11 330:6
**ordinary** 201:24
**organization** 127:10
154:21 155:15
156:5,7,13 168:24
169:11 175:5
**organizational** 31:22
**organizations** 27:24
131:10,19 157:8,8
159:11 161:1
**organize** 163:13
**organized** 159:9,10
160:14
**original** 245:5 284:22
**originally** 166:5
302:13
**ought** 101:7 285:2
288:3
**out-of-state** 75:9
**outdated** 165:22

SENATOR DAN PATRICK                                          7/11/2014
CONFIDENTIAL TRANSCRIPT

30

**outlier** 229:10
**outpouring** 253:25
**outright** 254:10
**outside** 19:25 47:18
    54:14 162:9 210:15
    210:16 314:1
**overall** 38:23 78:5
    79:12 101:8
**overseeing** 33:6,7
**overwhelming** 263:8
    314:7
**owner** 33:2
**ownership** 91:14

———————————
                **P**
**P** 2:1,1
**P-A-T-R-I-C-K** 9:13
**p.m** 1:19 332:18
**P.O** 3:2,7,14
**pack** 217:9
**page** 4:4 5:4 13:12
    15:15 18:3,4 21:12
    55:3,4 66:17,22
    71:22 96:1 99:2
    107:12 121:24
    132:9 135:8 137:21
    140:25 142:17
    143:14,15 145:3
    153:20 169:9
    193:22 206:16
    238:4 239:20
    241:16 247:21
    248:2,2,3 272:7,16
    272:24 273:3 284:2
    284:3,6,11,12,19
    285:5,21,21 287:11
    287:16 331:10
**pages** 272:2 273:18
    274:11 330:25
**paid** 276:9
**palatable** 325:17
**papers** 35:18
**paperwork** 19:8
**paragraph** 66:18
    161:3 176:16

203:13 204:12
208:9 214:4 217:16
238:5 239:20
**paraphrase** 285:16
**parents** 86:20 118:1
**park** 130:14
**parking** 131:4,25
**Parkway** 333:24
**part** 26:5,11 38:17
    57:24 74:12 78:7
    101:19 103:7 109:5
    109:19 125:25
    126:2 128:7 133:19
    148:7,13 150:17
    166:21 189:10,10
    204:7 231:16,16,17
    240:15 263:22
    273:5,15 282:4
    303:15 306:14
    323:19
**participate** 28:18
    148:11,17
**participated** 154:22
**participation** 262:8
**particular** 13:11
    15:25 29:8 37:22
    40:15 49:25 51:14
    51:15 56:15 67:18
    90:17 96:24 123:19
    131:10 151:25
    168:24 172:16
    180:9 194:5 201:1
    206:7 214:14 256:4
    310:17
**particularly** 208:7
    211:24 222:19
    223:14 242:3 312:2
**parties** 58:20,21
    240:9 323:24
    333:12
**partisan** 181:5
    242:10
**parts** 27:25 77:17
    82:24 167:3
**partway** 170:19

**party** 27:10,12 28:2
    29:8 30:6,25 31:3
    31:16 32:3 61:23
    106:2 136:20
    139:18 142:3 143:9
    143:23 145:9 147:7
    154:8,9,25 155:14
    156:5,8 157:8
    158:15,20,23
    159:14 161:7,16
    163:2 166:22
    167:11 182:13,16
    200:14 210:4 236:7
    246:10 258:2
    325:23 333:10,13
**pass** 22:21 29:9 49:11
    86:15 90:4 99:19
    106:8,10 115:7,8,18
    116:14 118:6
    127:16 152:5
    160:11 161:7 164:7
    164:9 165:5,12
    167:13 170:17,18
    241:9 242:18,22,24
    245:23 256:19
    265:12 267:17,22
    286:17 289:1 290:3
    304:11 314:12
    322:9 323:20,25
    324:22 325:8,11,16
    325:25
**passage** 44:23 45:3
    180:14 256:3
    259:12 311:7
**passed** 11:12 22:18
    31:24 32:1 63:13
    79:6 84:7 85:5
    86:16,20 95:2,5
    103:19 104:24
    105:21 106:10
    110:13,14,14 115:3
    118:19 128:6 142:9
    170:17,17,21 228:6
    258:4,5 259:11,13
    260:9 263:25 264:8

267:12 275:8 278:2
291:13 307:22
308:16 318:22,23
319:4 320:7,9,24
321:3 323:4,7,13,14
329:17
**passes** 36:24 37:3
**passing** 37:8 117:9
    152:9 171:10
    254:15
**passport** 68:2,7,9,12
    68:15 70:19 75:12
    75:16,17,23,25 76:3
    173:19 174:22
    233:6 248:14
    249:15,18 281:11
    300:11 327:1
**passports** 75:11,14
    75:19
**Patrick** 1:12,15 4:3
    5:3,5,6,7,9,10,11,12
    5:13,14,16,17,18,18
    5:20,20,22,23,24
    6:1,2,4,5,6,7,8 7:1,6
    9:11 11:18 13:6
    24:17 32:6,18,19,25
    40:21 43:10 44:2
    48:6,17 54:1,3 82:8
    95:14,16 97:9 102:9
    102:17 121:19,20
    142:16 152:19,20
    168:12,14 176:4
    187:18,24 196:12
    197:2 199:21
    206:10,17 254:20
    254:24 271:18
    283:23 285:9 287:7
    292:8 300:21
    301:16,21 302:1
    306:4 333:5
**Patrick's** 7:22
**Patriots** 200:10,11,12
    200:13
**Paul** 206:17,20,21
    207:24 208:15

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

212:8 238:2
**pause** 63:6
**paused** 99:9
**pay** 259:5,7
**penalty** 10:5
**Pendergras** 157:17
**pending** 120:11
  201:15 207:23
**Pennsylvania** 2:4,15
**people** 13:24 28:17
  35:8,19 36:19 37:14
  39:1,4 49:18,21
  50:7,8,15 52:25
  53:9,19 55:19,20
  56:8,23 57:5,9,19
  57:20,21,23 58:18
  58:21 59:1,19 60:12
  61:25 63:12 70:14
  70:22 71:10,17 75:5
  81:22 83:17,17,19
  83:22 84:4,12,18
  86:23,25 87:18,21
  87:24 89:7,12,15,16
  89:18 91:18,18,19
  92:3,3,6,10,13,18
  93:2,6,8 96:14,17
  96:21 97:1 98:2,4
  98:22,22 99:10
  100:22 102:3,3
  103:10 104:22
  105:4 106:9 113:18
  114:21,23 115:15
  117:16 118:8 119:8
  122:14,19 123:13
  125:4 126:24,25
  130:23 131:3
  132:21 133:3
  137:16 157:1
  158:18 159:6,8,12
  159:25,25 160:1
  165:20 166:18
  168:20 169:10
  171:7,8,23 172:13
  173:4,7,21,24,25,25
  174:4,6 175:21

179:5 185:13
190:14 191:21,23
197:24 198:8 199:2
199:16 201:6,18,19
203:10 204:3,23
205:11,21 206:5,8
208:12 210:4
212:14,16,22,23,24
213:1,18 214:23
215:10,12,24
216:24 217:4
218:24 219:1,2
220:4,5,7,11,12,13
220:14,16,18 223:9
223:12,14,19,23,24
224:5,9,19,25 225:1
226:11,21,25 227:4
227:12,25 228:10
229:16,16,24
232:14,20 233:1,4,4
233:16 234:21
235:8 237:14,18
238:15,25 239:2,3,7
239:12 240:10,18
243:17 246:1
248:22 250:22,24
251:1 253:22
260:10 261:3,20,21
261:23,24 262:1,2,4
262:12,18 263:11
264:3,9,10,15 265:6
265:18,24 266:3,7
266:11 267:15,23
269:18 271:4
275:11 276:5
277:14,16,19
278:21 279:4,6,17
279:21,22,23,24
280:2,4,11,12,23
281:21 293:1,12
296:4,25 297:5
298:5,5,8 299:15,19
302:21 303:25
304:5 305:2 307:7
311:17,20 313:11

313:14 314:8,11
315:19,20 317:25
318:2 323:21 324:4
329:7,9 330:11,13
**percent** 25:18,19
  35:2,18 50:7,7,14
  50:15,18,22,23
  57:19,19 82:12,14
  83:3,5 84:22,23
  86:22,23 94:8,14
  96:17 97:3 98:4,22
  99:13,14 119:15,15
  119:16 256:11
  264:3,8,15,19,23,23
  264:25 265:4,7,24
  266:2,5 309:12
  312:12,13 323:21
**percentage** 35:5
  83:24 88:12,13
  89:19 94:1 98:18,21
  99:10 224:25 233:4
  251:4 253:22
  261:21 263:25
  264:10 265:11,17
  265:23 266:11
  281:17 328:16
**perfect** 239:22 240:3
  240:18,20 241:1,9
  245:14
**perfect-especially**
  239:22
**perfectly** 195:14
**perform** 252:7
**performed** 224:8
  225:24
**period** 68:24 75:20
  87:6 88:8 194:2
  313:15
**periods** 52:21 68:10
  68:16
**perjury** 10:5 238:8
**permanent** 327:16
**permissible** 247:15
  248:24
**permit** 326:5

**permitted** 10:24
  247:14 287:21
**PERRY** 1:5 3:11
**person** 10:24 41:1,4
  43:19,21,22,25
  45:22,24 46:1 50:5
  57:2 69:5 83:20
  84:20 86:8 89:4,24
  90:4 91:15 114:19
  122:23 124:8,14
  126:16,25 132:22
  159:1 179:24 181:3
  191:5 204:14 205:6
  211:18 214:17,25
  215:2,4,14 216:2
  224:4 229:11
  232:22 234:5,8,16
  235:3,6,19,19 236:1
  236:8 238:5,6 241:6
  241:8 248:20
  253:20 267:2 276:1
  293:24 295:9,10,22
  296:9 297:16
  300:21 321:25
  328:22 330:5,7
**person's** 72:2 150:13
  156:1 247:15
  327:25
**personal** 14:20 66:20
  150:9 183:5,6,6,8
  202:14 227:17,19
  236:9 263:3 279:13
**personally** 24:6
  47:14 56:14,16
  84:10 105:6,7
  165:19 184:6,9
  211:3,3 229:2,5
  242:13 253:18
  270:2 279:14
  296:18
**personnel** 109:21
**persons** 147:2 190:24
  326:10
**perspectives** 49:23
**persuaded** 219:18

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

32

pertain 224:9
pertained 224:10
Phil 155:10
philosophical 262:25
  263:5 267:4 296:23
philosophically
  289:7
phone 7:25 8:2,10,24
  60:15
photo 10:20 35:15,24
  36:3 37:7,22 38:10
  38:14 46:6 48:3
  49:6 50:8 51:19
  52:3,6,10,14 53:3
  53:12,19 57:7,14
  60:18 72:9 75:8
  77:25 78:3,13 80:25
  81:22,25 83:5,8
  84:5 86:9 89:4,8,13
  95:19 96:18 97:7,17
  97:18 98:2,5 99:12
  107:19 108:14
  110:4 112:22
  114:24 125:5
  135:17 137:24
  142:14 143:21
  144:3,16,22 145:22
  149:22 150:2 151:2
  151:20 170:25
  171:2,6 178:4,18,25
  191:1 197:24
  199:16 202:24
  204:15,20 205:6
  206:6 213:4,14
  214:19 215:7
  218:10 219:8,15,20
  220:1,7,10 221:16
  222:15 232:5,15
  234:9 235:5,7 238:6
  239:4 241:19,24
  242:2 243:2,6,10
  244:8,10 245:1,18
  246:19 256:8 260:2
  262:17 263:8,13,16
  263:20 264:6

265:11 266:4,16
267:3 268:6 271:5,6
274:2,14,25 281:22
293:23 294:3 295:6
295:14,21 296:6,25
297:7,9,25 298:1,2
298:13 300:17
312:13,16,25
313:11,12 317:11
317:15 318:1,4
photograph 72:3
  191:14 247:15
  303:19 304:22
photographic 272:20
  272:22
photographs 273:9
phrase 278:19,20
phrased 46:20
  233:24
pick 57:15 295:16,17
picked 304:17,18
PICKERING 2:14
picking 302:19
picture 68:3
pictured 190:12,18
  190:24
piece 105:20 241:7
  271:20 272:1
pieces 80:9
Pierson 157:6
pivoting 73:10
placard 130:14,23
placards 131:25
  160:6 238:25 239:3
  240:13
place 46:22 56:20
  144:14 148:25
  162:10 164:19
  175:6 189:19
  227:13 237:14
  303:17
placed 137:3
places 216:25 261:1
plaintiff 2:2 253:14
plaintiff-intervenors

2:13 6:3 7:11 197:5
plaintiffs 1:3 2:8 6:2
  7:14 8:6 85:15
  255:2
plan 227:14
plane 279:2
planned 330:24
play 163:20 182:12
  186:18
playing 186:19
please 7:8 9:25 30:10
  30:14 43:7 46:13
  54:2 106:22 128:18
  142:16 143:17
  179:13,15 189:6,8
  212:8 219:9 241:6
  274:7,9
pleased 86:14
plethora 248:20
plural 309:2
plus 84:23 131:2
  165:2 235:24
pocket 96:11
point 17:24 22:17
  25:17 26:12 32:4
  35:2 41:11 55:14
  56:12 60:16 68:21
  89:25 90:1,1,2
  96:24 101:4 103:11
  104:6 138:13
  149:18 173:23
  177:20 178:3
  183:20 228:24
  238:22 240:10,14
  250:2 261:18
  271:25 274:20
  275:2 290:20 310:1
  323:8
pointed 96:18 186:8
pointing 238:21
points 215:1 265:18
polarization 182:11
policies 259:25 261:6
policy 23:4 69:16
  259:19 260:4,7,19

267:20 274:17
303:11 311:15
312:2
polio 192:7,20
polite 244:11
political 34:10,12
  40:4 49:22 58:20
  72:5 74:5 148:11,18
  195:17 268:7 312:6
politician 35:21
politics 180:20
  182:12 184:18
  185:6
poll 35:4 37:20,24
  38:9,13 39:13,15,16
  40:3,10,13,14 57:21
  58:10,10,12,25,25
  59:1,9,19,20 122:24
  183:11 248:20
  276:10 309:7,11,11
  309:13,18,19,22,24
  310:5,12,14,18,20
  310:21 311:6,9,24
  312:14 331:24
  332:1,3,4,8,10,11
polled 58:9 152:5,7
  152:13 310:16
polling 35:1 37:19
  38:1,17 39:19 50:3
  51:2 59:11,17,23
  151:16,18 261:1
  311:15 332:2
polls 35:17,20 38:23
  39:17 40:1,4,18
  44:24 45:8,17 46:12
  46:16 58:14,15,15
  58:19,21 59:5 60:9
  70:15 71:13 97:17
  98:14 146:19 152:1
  277:21 299:21
  309:1,2,8,15,20,25
  310:4 311:10,16
  312:3,11 313:3,15
  329:16 332:14
pollster 311:14,20

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

33

poor 82:15 83:6
  96:20 113:20
  124:15,22,25 216:8
  217:7 220:12,18
  225:5 226:22 228:3
  229:15 232:22
  233:2 234:21
  235:19,19 297:5
popular 58:16,17,17
population 25:9 39:4
  40:2 82:2 178:7,17
  223:7 232:3 252:17
  252:20 302:22
populations 57:6
pose 218:18
poses 233:20
posing 52:11
position 28:3 69:17
  140:1 182:15 187:9
  208:22
positions 187:1
  188:10,11,20 190:5
positive 14:12 25:18
  28:12 113:19
  127:12 155:7 156:8
  286:24
possess 95:19 110:18
  149:21 150:2
possessed 78:12
  81:10,14
possession 18:25
  21:23 46:1 70:18,24
  82:11
possible 17:1 71:3
possibly 93:23
  104:11 256:4
potential 224:12
potentially 56:19
  83:16 99:1 213:15
pouring 191:20
poverty 90:7 119:14
  217:7 224:23
power 256:22 290:7
  290:9,15
practical 158:3,11

precedes 139:6
precinct 199:7 210:7
  211:14 215:3,5
  276:10 295:3
  328:22
precise 234:17,17
preclearance 78:17
  128:4 147:20
  331:16
precleared 79:5,7
  147:15,17 148:22
  308:22
prefer 43:22 83:20
preference 69:17
preferences 151:5,9
preferred 69:12,12
prefiling 20:19
premise 83:25 84:1,3
  281:25 282:1
preparation 49:9
prepare 12:2
prepared 136:1
preparing 9:17
present 3:18 8:14
  10:23 12:10 57:14
  82:11 85:6 319:1
presentation 191:12
presented 61:13
  95:17 149:25
  251:20 275:7
  316:16
presently 18:22
president 32:22
  58:16,22 182:4
  193:3,16,24 297:2
  316:2
presidential 84:15
press 12:19
pretend 151:14
pretty 42:4,9 100:10
  115:17 130:8
  159:15 160:6
  162:15 189:14
  208:2 218:15
  238:13 248:21

262:15 296:19
  320:4
prevent 46:12,16,24
  47:6,9,9 107:9
  171:7 174:14 175:1
prevented 106:17,24
  317:12
preventing 322:20
previous 108:4 214:4
  252:4 284:6,12
  330:23
previously 15:20
  143:3 147:9
primaries 84:14
primarily 20:1 25:5,9
  26:8 166:4
primary 183:18
  203:25
principle 179:23
prior 15:7,21 33:11
  44:23 45:2 46:22
  47:13 56:11 65:11
  101:9 108:19
  142:20 180:14
  252:1 317:19
priorities 106:4,5
priority 106:2 175:6
private 157:21 158:9
  179:14,16 248:16
  278:6 311:14
privately 30:10,16
privilege 30:8,11
  79:14
probably 8:18 20:9
  26:12 43:8,8 49:8
  50:5 89:15 96:9,12
  101:14,16 105:25
  106:14 128:7
  140:14 154:6
  185:25 199:12
  204:4,4 211:25
  212:3 238:17 242:7
  246:7,16 250:24
  270:17 285:1
  291:24 299:2,2

problem 47:7 53:8
  115:7,9 116:16,17
  172:8 219:21 229:3
  230:15 279:3 281:8
problems 115:14
  241:10
procedural 147:19
  256:2,5 323:13
procedure 1:24 24:11
proceedings 333:8
process 16:6,8 19:7
  19:13 20:11 23:24
  56:11 66:5 95:8
  99:16 148:11,18
  152:9,14 159:20
  177:2 223:21 224:3
  228:12 277:13
  286:18 305:9,19
  306:7,12 322:1,2
produce 22:8 136:8
  328:10
produced 1:16 12:23
  13:2 152:22 168:9
  175:25 199:19
  202:13
product 33:7
professional 311:19
projected 18:10
projections 18:8,17
  21:17 22:3
promise 197:11
  244:18
promote 29:9
proof 45:21,25 46:3,4
  85:7 301:5
proper 279:23 295:3
properly 259:19
  295:5
proportion 81:15
proposed 214:1
prosecuted 280:4
protect 49:16 50:9
  55:18 56:7 65:12
  78:3 81:7 106:7
  112:12,18 224:18

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

34

260:2 313:9 314:9
**protecting** 251:9
**protection** 2:20 8:22
**protective** 290:6
**protest** 319:8
**protested** 319:6
**proud** 105:20
**prove** 45:24 69:7
  172:10 295:12
  298:15,21,24
  299:24 300:14,18
  300:21 301:5,13,17
  301:18 316:14
  326:15,17 327:21
**proven** 228:14
**proves** 301:14
**provide** 14:3 15:3
  144:15 230:5
  300:12
**provided** 135:15,17
**providing** 45:5,7,16
  46:11,15,24
**provision** 67:5,8
  141:18 230:5
**provisional** 86:1,10
  87:4 88:3,23 146:18
  293:12,19,19 294:1
  295:10 316:13
**provisionally** 316:10
  316:12
**provisions** 1:24 66:17
  101:11 284:8
**public** 3:11 24:22
  30:12 42:2,6,10,12
  42:20 43:5 56:19
  57:18 60:10 61:3,5
  74:6,14 81:5 92:6
  92:11,14 93:3
  179:14 183:24
  184:5 193:3,16
  195:23 226:12,16
  227:8 237:17 243:9
  248:15 267:20,20
  272:18 273:7,13
  275:9 277:25 278:8

278:11 310:16
  311:12,21 312:2
  328:24 333:4,21
**pull** 240:4,7
**purportedly** 230:21
**purpose** 54:18,19
  55:17,23 56:1,4,7
  65:11,14 67:24
  68:12 69:18 70:5
  75:4 77:3 106:6,11
  106:12 108:18
  110:2 112:12,17
  132:16 135:21
  137:23 139:11
  145:15 159:23
  173:3,10,11,13,14
  173:20 199:13
  201:1 204:13 205:4
  213:25 230:4
**purposes** 8:14 55:22
  68:10 75:3 102:7
  203:22 247:16
**pursuant** 1:23 30:14
**purview** 207:8
**push** 40:10,12,14,18
  310:21 311:6,9,9,16
  311:24
**pushback** 116:25
**put** 104:24 115:12
  153:2 164:23 201:7
  242:19,21 244:18
  244:21 275:19
  280:15 289:15
  291:5
**putting** 99:25 202:23
  254:11 261:1

**Q**

**qualification** 53:20
**qualified** 271:6
**qualify** 149:16 264:9
  264:18 265:20
  266:4,12 268:7
  300:4
**qualifying** 103:12

**question** 8:21 9:22
  11:3 14:16 16:16
  30:8,19,23 35:20
  38:13,19 46:19 47:3
  51:24 53:15,22,24
  54:2,4 55:13,16
  56:14 59:16,17
  63:24 66:14 69:11
  76:10 81:21 82:19
  82:24 83:13 85:19
  88:20 91:17 93:23
  94:13 99:15 100:20
  106:21 107:1,5,6
  108:4 113:7 129:14
  147:13 149:3
  151:23 161:2
  167:13 171:22
  172:5,21 173:3
  174:11 175:3 176:6
  179:4 181:12 190:2
  192:23 193:11,14
  194:12 195:4,14,24
  196:1,5 201:23
  203:8 210:18
  213:21 219:9
  221:14 222:2,6,13
  222:20 223:5,21
  233:18,20 234:24
  240:22,23 244:14
  244:22 250:15
  254:8 255:22
  257:22 261:14
  272:11,12,15 274:6
  274:8 279:12,13
  283:21 286:11
  287:5 292:4 296:17
  297:12,14 299:25
  301:1 303:9 304:15
  305:7 306:13 310:3
  311:8,22 315:2,10
  317:24 331:21
**question's** 221:19
**questioning** 79:11
  188:23 189:2 190:3
  196:13

**questions** 9:19 10:11
  20:14 37:21,23
  39:20 40:14 79:13
  95:1,5 98:11 99:1,3
  99:4 116:25 127:23
  153:3 168:13 170:9
  185:17 186:1
  187:20 188:25
  192:25 193:9
  194:11 195:1
  196:23 200:24
  207:19 223:5
  225:14 231:13
  233:22 255:4 264:2
  271:22,23 272:1
  278:16 305:15
  306:6,11 307:15,25
  329:4 331:2
**quick** 107:2 196:9
  237:23 271:15
  307:16 331:21
**quickly** 55:14 136:1
  185:5
**quite** 19:19 81:4
  119:7 253:19 319:8
  324:19 325:10,21
**quote** 119:17 158:1
  177:9 192:5,6,7
**quoting** 192:8,9

**R**

**R** 2:1 331:22,22
**race** 134:24 135:1
  184:15,19 186:14
  186:16 190:23
**race-baiting** 187:14
**racial** 25:11 38:15
  63:1,7 64:5,22 65:5
  80:20 81:10,15
  82:17 83:7 127:4
  148:10,17,24
  182:11 183:23
  185:9 236:23 237:1
  252:16
**racially** 85:14 194:6

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

35

**racist** 193:24 194:8
  194:16
**radio** 33:6 35:10,14
  50:5 57:11 186:11
  186:11 206:24
  207:1,25
**railcar** 190:17
**raise** 185:7
**raised** 112:24
**rally** 313:22
**ran** 24:20 182:3
  185:1 186:12
  321:23 322:5
**range** 199:23 257:11
**rate** 38:23,24 91:8
  119:14 190:1
**rates** 82:10 90:7
**rationale** 202:22
**Ravens** 155:21
**reach** 43:4 159:5
  223:16
**reaction** 96:5 97:20
  179:20 303:15
**read** 16:17 25:22
  35:18 37:23 49:7,8
  49:9 50:4 54:20,21
  54:25 55:6 58:7
  77:2 85:1 89:7
  95:22 96:4 106:21
  111:15 118:21
  122:9,11,11 133:18
  140:14 176:18
  177:22 178:2 179:8
  179:19 183:7
  184:10 189:7 190:2
  200:23 202:19
  205:4 207:18
  212:19 219:10
  222:3,8 229:7
  257:18 272:15,16
  273:5,6,15 284:8,20
  285:15,24 286:5
  287:19 297:14
  309:19,19 312:15
  328:9 330:24 331:9

  332:14
**reading** 125:21 138:9
  140:4,4 160:7 170:8
  177:16 201:3 258:1
**ready** 135:12 141:3
  143:17 153:10,11
  164:24 169:18
  257:22
**real** 83:24 96:15
  292:6
**realize** 310:2
**really** 14:15,15 20:13
  21:9 25:15 27:21
  31:12 36:24 37:1
  39:8 40:9 46:19
  47:3 51:25 53:23
  60:19,25 61:13,24
  62:5,7,8 77:7 79:12
  86:21 91:11 96:12
  101:15 116:2
  117:21 133:12,15
  149:4 150:12,24
  159:17 163:20
  165:8,22 185:20
  187:15 188:23
  192:23 204:22
  212:1 238:24
  269:23 270:10
  275:15 281:20
  282:8 287:4,5 293:9
  305:14,23,25
  314:17 315:17
  324:3
**reason** 10:17 59:24
  68:6,22 72:22 73:6
  88:7,10 89:2 111:19
  124:6 128:5 162:15
  172:18 203:24,25
  206:2 215:20
  237:19 261:15
  271:2,2,10,16
  281:18 295:5
  314:12 323:17,19
  323:20
**reasonable** 67:4 69:1

  136:9 137:11
  215:24 224:18
  276:1 313:10 314:8
**reasoning** 119:5
  150:15,16,17 275:5
**reasons** 49:14 60:23
  61:1,5 88:9,13,15
  150:24 161:21
  162:2,3 204:9,10,18
  206:3,4,5 227:2
  269:22,24 275:18
**recall** 14:8,16 15:10
  15:23 16:2 17:5,6
  17:10,10,22,23
  18:15,21 19:1 20:3
  21:25 22:7,11,15
  25:17 26:13 27:4,6
  28:9,20 31:1,12,20
  31:25 32:3 38:3
  39:2 40:23 41:1,2,4
  41:6,13,15,17 48:3
  48:5 59:22 61:9,11
  73:24 77:8,11 78:14
  93:24 94:20,21,22
  95:16,23 97:19 99:5
  99:7,17 100:4,13,16
  100:20 101:14,21
  101:24,24 102:8,8
  103:3,18 104:6
  105:1,8,11,17 108:3
  108:5,10 109:25
  110:1,10,20,22
  111:1,9 112:23
  113:3,4,6,7,13,22
  117:8,9 120:12,14
  120:16 122:9 123:2
  126:4,10 127:12,18
  127:18 129:12,24
  130:5,15 132:4
  133:9,12,19 134:7
  134:25 137:1
  139:24 141:20
  144:4,7,24 149:13
  149:16,18,20,25
  150:4 162:8,9

  163:12 168:19
  169:3 170:8 179:8
  180:7,12,13 184:25
  186:10,20 192:11
  198:20 201:3,5
  202:6,10 211:24
  212:4,12,17 225:20
  225:23,25 226:9,10
  229:5 230:10
  231:12,20,25,25
  237:10,21 243:7
  244:7 247:3,13
  251:16,17,19,22
  252:6,11,13,14
  253:6 254:14,14
  256:13 268:11
  269:24 270:4,5,10
  270:20 275:5,25
  278:12,13 282:4,25
  291:14,18 293:3,6,8
  298:20,20,23
  302:12 303:1,14
  306:18 308:24
  310:12,14,17
  313:23,24 315:24
  317:6 318:16 320:8
  320:12 322:6
  331:12
**receive** 16:3 17:2
  41:14 45:3 175:9,13
  175:17
**received** 16:24 17:11
  24:8 51:3 330:23
**receiving** 17:23 136:2
**recipients** 154:3,12
  154:21
**recog** 156:22
**recognition** 329:14
  330:4
**recognize** 13:10
  48:19,20 102:16,18
  154:14,15 157:15
  203:3 268:2,3
**recognized** 185:10
  232:2

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

36

recollect 278:17
recollection 41:9
    51:10 77:21 97:9
    100:10,11 101:8
    104:14 107:16
    110:12 128:13,15
    134:1 186:17
    192:11 208:19
    247:24 321:16
recollections 31:15
record 1:24 7:8 8:14
    9:12,24 48:24 51:10
    54:13 58:5,7 61:4
    62:19,19 63:2,3
    65:21 74:1 77:15
    79:15 85:23 94:18
    98:11 121:8 137:8
    185:8,16 190:11
    199:22 206:12
    221:23 231:5
    236:14 257:1
    274:20 278:8,11
    282:11 285:10
    326:4 330:19,22
    331:7,14
recorded 1:21
records 116:7 299:13
redistrict 24:3
redistricting 24:3
    25:7 26:1,6,11,14
    26:17 148:1,4 149:2
    149:9
redone 320:10
reduced 118:3 333:7
Reed 3:15 7:15
    307:19 331:25
reed.clay@oag.stat...
    3:16
refer 11:11
reference 68:16
    332:9
referenced 309:8
    331:25 332:4
referred 138:19
    241:13 268:20

referring 37:21 40:17
    57:25 138:8 176:16
refers 257:7
reflect 44:5 63:3
    65:21 75:11 151:3
    167:17 202:22
    203:1 213:24,24
    255:12 256:7
reflected 37:21 49:7
    49:13 260:13
reflecting 261:25
reflection 66:15
    232:19 238:24
reflects 44:6 48:24
    62:20 168:15 256:2
    260:4
reform 86:17 316:1
reforms 86:19
refresh 97:9 107:16
    110:8 186:17 230:7
    230:20 247:24
refreshed 100:13,21
refreshes 104:13
regard 151:23 185:14
regarding 11:24
    74:11 149:20 150:1
    187:21 201:15
    202:4,11 210:11,20
    211:22 231:10
    328:18
regardless 26:9 29:3
    29:5,19 82:4 124:23
    138:7 139:11
    140:11 166:9
    184:14 220:16
    224:21 234:5 236:1
    236:7
register 130:9 160:19
    174:25 262:3
    315:21 316:22
    318:3
registered 55:20 75:6
    75:10 78:12 82:13
    83:4 86:9 94:1,9
    98:23 110:18 171:7

171:14,19 172:14
    173:5 212:24
    231:10 252:3,25
    262:4 265:5,5,8,10
    279:7 280:12,23
    281:6 294:20 295:2
    295:5,21 317:20
    318:5 328:19
registering 262:1
registers 261:4
registrar 207:6,14
    209:16 238:8
    329:24
registration 18:19
    22:5 45:4,7,16,23
    46:5,8,11,15,23
    57:1 94:18 142:25
    143:20 144:3
    208:20 237:20
    279:22 315:5,6,9
    316:5,9,11,16 317:1
    317:3,7,17 318:2,8
    318:10
regular 10:24 16:6,8
    33:18 37:14 45:4
    108:12 168:1,4
    202:2 267:13
    333:10,11
regularly 33:12,14
regulations 298:4
related 16:22 17:4
    18:7,8,16,18 20:8
    21:15,17 22:2,3
    23:8 70:4 146:14
    331:5
relates 189:22
relations 3:2 211:17
relationship 209:22
    210:1 211:11
    325:11
relative 92:20
relatives 71:5
relax 212:9
releases 12:19
relevance 185:8

187:3,4,20 193:18
    194:21,22
relevant 185:14,20
    187:23
relying 58:10,11
    97:16
remarks 193:3,16
    194:18
remedy 219:21
remember 12:15,20
    14:13 15:11 17:12
    17:19 19:20 28:18
    31:2,8 41:12 49:1
    65:16,16 67:6 84:6
    85:23 95:21 98:10
    101:15 103:14
    105:13 109:10
    110:9 111:20
    116:11,22 122:17
    122:18 125:25
    126:2 127:1,3,19,19
    128:20,22 131:12
    132:25 141:21
    157:16,17 158:17
    175:22 176:20
    179:17,18 204:1
    229:10 231:1 246:4
    246:6 267:13 268:8
    270:6,8 271:7 278:3
    279:20 282:23
    283:1,2 285:15
    293:7 300:1 303:5,6
    306:20,21 312:12
    317:6 320:25 321:1
    321:2 323:9
remembered 131:16
    177:4
remembering 140:4
remind 168:21 231:7
remote 216:13
    220:11
remove 315:14
removing 108:18
    110:3
renew 41:3 298:17

SENATOR DAN PATRICK                                7/11/2014
CONFIDENTIAL TRANSCRIPT

37

renewal 284:22 299:3
renewed 40:23 41:5,5
  299:1
renewing 41:9
  287:22
reopen 193:8,10
repaired 267:16
repeal 116:14,15
  117:15
repealed 116:18
repeat 16:16 30:19
  30:22 42:7 45:14
  46:13 54:5 148:12
  189:6 219:9 265:22
  294:12
repeatedly 96:19
  97:16,25
repeating 220:6
  300:25
rephrase 210:18
  222:2,10 240:24
  254:7 260:12
  305:13
report 87:15 146:14
  279:9 315:25
  328:11
reported 37:25 39:18
  280:21 309:23
reporter 4:15 9:17
  16:18 30:24 42:8,14
  53:8 87:13 106:23
  148:13 190:4
  219:11 222:3,12
  274:10 289:22
  294:14 297:15
  333:1,4
reports 18:7,17 21:16
  22:2 151:17 229:7
  309:25 315:22
represent 7:4,10,14
  12:22 24:25 40:2
  45:2 62:21 190:19
  197:3 230:11
  253:13,13 255:1
  258:17 277:25

representation 45:10
  63:25
representative 39:5
representatives 12:4
  12:8 260:10
represented 11:18
  91:6 115:10 150:19
  211:16 314:22
  328:17
representing 161:24
  167:4 263:2 307:19
represents 60:3
  62:13,16 63:12
  115:2
Republican 101:11
  104:8,20 106:2
  115:1 117:10
  164:17 166:16,17
  167:2 176:12 177:1
  181:6 182:9 188:4
  194:3 209:1,17
  211:14 239:25
  254:5 258:2,11
  282:10 325:3
Republican-in-na...
  131:7
Republican/Democ...
  166:20
Republicans 35:3
  38:7 50:24 58:23
  63:16 64:10,14,15
  105:1 161:6,23
  162:23,24 166:6,7
  166:12 167:10,19
  183:16 184:23
  240:4,5 257:2
  277:24 281:17
  312:8,12 322:7
  324:24
request 15:14 17:2,8
  17:15 18:2,6,14,20
  81:4 224:18 225:7
  282:18 313:10
requests 13:12 18:25
require 57:7 256:15

284:21 286:12
  288:10 293:1,5
  295:16 300:11,13
  302:7 314:9
required 57:14 78:12
  81:9,14,24 83:5,8
  110:18,19,25 131:1
  148:21 165:16
  220:7 221:7 256:10
  263:7,9 264:5
  281:21 284:24
  285:17 286:3
  299:19 302:8
  328:14
requirement 10:22
  132:2 146:25
  147:19 197:25
  299:3,5,8,11
requirements 21:18
  22:4 78:17 125:22
  149:15 152:2
  272:21 292:22
  293:10 294:6,15,19
  294:22,25 295:8
  298:10,10 330:11
requires 38:10 221:1
  286:1 301:3,10
  302:7
requiring 147:19
  296:24
reread 274:6,8
Rereading 97:8
research 97:18 102:5
  250:20 301:8
residence 74:23 75:1
  75:3 76:13,15,17,21
residency 171:17
  173:24 286:2
  286:17
resident 222:25
  249:16 294:23,24
  295:3 327:16
residential 42:5,10
  75:12
residents 328:13,16

resolved 246:5
resources 273:16
  274:21
respect 22:1 53:3,12
  76:16 119:6 121:10
  144:11 150:6,13
  151:25 174:7
  176:17 197:18
  210:9 211:10
  213:22,23 228:22
  230:2 233:15
  270:12
respected 319:15
respectful 247:4
  270:13
respectfully 232:10
respective 289:4,5
respond 9:19 145:16
  195:3,15 201:18
responded 258:8
responding 170:10
  280:20
response 38:23,24
  39:21 66:6 201:17
  223:5 227:16
  237:17 271:15
Responses 6:2
responsibilities 32:25
  33:16
responsibility 290:2
  291:5,17
responsible 33:3,4,5
responsive 18:14,20
  18:24
rest 244:19,21 281:5
  307:22
restate 36:12 181:12
restrictive 109:23
  246:20
restroom 319:5
result 86:18 87:7
results 38:1 39:7
retained 24:12
retention 23:4
retread 182:24

SENATOR DAN PATRICK                                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

38

**retreats** 176:22
**retrogressive** 118:24
  148:10,16
**return** 15:18
**reveal** 179:14,16
**review** 12:12 79:3
  103:10 138:1 141:2
**reviewed** 12:17,23
  13:2 148:8,15
**Reviewing** 143:18
  146:12
**revote** 319:23
**rgonzo** 155:24
**rhetoric** 195:8
**RICK** 1:5 3:11
**rid** 24:10 256:20
**ride** 91:22 92:1
  214:17 215:3,5,5,15
  215:20
**rides** 92:3 215:11
**right** 17:25 18:5
  29:20 30:21 31:4,23
  43:3 52:3,7,20
  54:23 56:1 62:1
  63:11,15 71:18
  72:12 96:11 100:1
  107:17 108:16
  124:9 125:17
  130:10 131:6 137:5
  138:25 141:7,19
  145:4 147:21
  150:13 153:8
  157:22 158:3
  173:13 174:10
  175:1 176:8 183:17
  189:21 197:18,19
  197:25 199:10,17
  200:2,3,6 202:20
  203:5,9,15 204:9
  208:9 212:6 214:6
  214:20,21 215:1
  216:17 217:24
  218:21 219:22
  221:13 222:12
  223:9 224:5 226:13

227:24 228:25
229:3 230:10
232:13,18,22
233:17 235:9
236:10,18 237:22
238:3,11,20 243:23
247:23 248:24
249:8 251:5,10
253:19,23 254:19
255:9,17,21 265:21
266:1,8 268:15,24
271:24 272:25
273:11,23,25
276:21 278:1,21
281:23,24 282:3,24
284:16 285:18
287:15 289:12
290:8 291:4 292:2
292:14 294:3,9
296:5 301:22,23
302:20 308:4
312:10,10 314:16
316:14,23 318:22
319:9 320:19 321:1
322:13,18 327:19
327:22 329:12
**right-hand** 284:2
**rights** 2:4 78:17,22
  79:2,4,10 80:1,20
  80:25 82:10 85:14
  147:12 148:9,15,23
  149:15 288:23
  289:4,5 308:23
**ring** 169:6 177:7
  316:1,4
**rings** 198:23
**RINO** 131:7
**ripe** 56:25
**road** 279:5
**Robert** 156:2
**role** 26:5,7,9 27:16
  35:22 100:8 182:12
  209:10 210:25
  211:20 255:15
**roles** 27:7

**roll** 320:3
**rolls** 85:25 315:3,15
  315:19
**room** 2:4 7:7 54:15
  96:10 163:1 164:17
  298:7
**rosebush** 164:4
**Rosemarie** 2:22 7:19
  12:9
**rosemarie.donnell...**
  2:23
**roughly** 15:11 49:3
**round-trip** 114:7
**RPR** 1:20 333:20
**rule** 163:9 164:18,19
  165:4 167:17,24,25
  256:6,21,23 318:25
  323:12,15 324:20
  324:21
**rule-making** 286:18
  287:10 290:7 304:8
**rules** 1:23 33:10
  68:21 164:11,16,18
  223:2 256:2,5
  287:10 289:9
  295:18,19 297:25
  298:4 308:1 321:9
  321:11 323:23,23
  323:25 325:6,7,7,8
**ruling** 120:7,9 189:16
**run** 24:22 194:20
  326:5
**running** 32:7,11
  33:11 192:3 195:23
**runoff** 43:11
**rural** 92:16 115:2
  122:15 129:16,19
  166:24 167:10
  199:9,13 205:1
  216:3,3,9,17 217:7
  220:12 227:13
  228:17

――――――――
**S**
――――――――
**S** 2:1 269:9 333:21

**sacred** 296:25
**sacrifice** 239:21
  240:16
**safe** 225:4 267:22
**Safety** 3:11 273:7
  328:25
**sake** 263:4
**Sam** 333:24
**sample** 39:5
**sampling** 39:4
**San** 156:4,6
**Sanders** 1:19 333:3
  333:20
**save** 230:12 244:12
**saving** 255:19
**saw** 15:9 35:4,18
  123:7 131:16 256:2
  274:24 312:11
  331:11
**saying** 52:12 53:5
  105:14,15 114:23
  117:5,10 118:11,14
  128:21 149:12
  172:17 177:25
  213:2 230:16,17
  231:14,15 233:14
  235:8 239:12
  240:25 247:3
  253:24,25 270:8
  294:1 320:19 324:8
  325:14
**says** 57:21 138:6
  140:11 141:21
  147:15 153:14
  163:22 170:20
  201:8,19 203:16,23
  205:4 258:25 259:1
  268:16 270:12
  273:6 274:20 284:3
  284:19 328:10
**SB** 5:6,9 6:4 11:11,14
  11:15,25 16:23 17:4
  18:9,9,18 20:18
  44:23 45:3 48:10,19
  51:7 54:19 59:8,11

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

60:1 64:22 65:13
66:1,17,25 72:1
75:3 76:25 77:13
78:13,15,20 80:1,19
81:9,14 82:14 84:7
87:4 93:25 95:11
99:18 100:2,5,9
101:10,23 102:6,12
102:21 104:9 106:2
106:6,12,12,17,24
107:8,19 108:11,15
108:16 109:22
110:4,19,23 111:22
111:24 112:16,17
112:22,24 118:19
118:24 120:5,10,18
120:19,23 121:10
121:13 133:24
135:17,21 139:25
140:16 141:6,19
142:10 144:6
145:15 146:15
147:10,10 149:14
149:20,25 150:6,7
150:18,21 151:23
151:25 152:2
170:25 171:11
172:1,21 174:8,14
177:2 180:15
182:12 194:24
197:18 202:7
210:20 220:25
221:7,16 222:15
224:11 225:9 226:3
226:18 227:24
230:5 231:9,16
237:9 242:2 248:24
251:12 252:1
260:12 269:10
283:24 284:7
289:21 295:6,20
312:24 317:19
**scandal** 317:7
**scheme** 201:20
**school** 57:15,16

117:24 227:3 285:3
295:16,17
**schools** 295:16
**seal** 30:13 79:14,17
196:18,24 254:18
333:17
**search** 14:4,4,14,19
14:19 15:20,25,25
**searched** 13:17 14:1
14:18,21 15:12,19
16:13,18
**searches** 14:24
**seasonal** 35:9
**seat** 166:14
**second** 99:9 200:2
203:13 204:11
208:8 214:3 244:24
285:21 306:3
317:25 318:11
330:18
**secondly** 57:3 88:10
265:4 269:15
299:23
**seconds** 66:13
**secret** 59:4
**Secretary** 84:25 94:3
94:10 146:13,24
290:24 328:10
**section** 55:2,3,4,7
66:18 71:23 78:16
78:22 79:1,3 107:13
107:18 118:20
123:10 138:5,6,12
138:17,17,23,23,23
139:2,3 147:11,14
147:15,18,23 148:8
148:15,21,22 149:9
159:5 185:8 189:10
229:14 280:20
284:6,10,11,20,20
284:24 285:12,15
328:15
**security** 142:24
273:16
**see** 37:20,24 39:16

48:20 57:21 58:2,15
66:18,24,25 67:3
71:25 86:18 92:24
102:19,20 104:12
104:16,16 121:21
122:12 138:5 167:9
167:20 170:19,24
176:10,10 177:9
184:24 186:18
194:15 198:7
205:14 211:12,14
213:5 220:3,15
225:5 242:11 257:9
257:9 263:13
267:21 272:2,14
277:16,18 284:4,13
285:20,23 286:11
287:12 289:3,7,17
291:20 292:21
311:21
**seeing** 17:6 25:17
57:11 131:12
157:16 194:1
293:16 310:12
**seek** 94:16 175:9,13
**seeking** 134:1 137:16
137:18
**seen** 13:13 22:11
25:15 38:1 44:8
59:19,20 75:14 76:2
87:22 91:5 121:15
278:22 319:16,20
**segment** 232:3
**seldom** 34:8 201:16
202:9
**self-controlled**
205:11
**selling** 238:22
**Senate** 5:10,24 23:15
24:18,25 27:8,11
28:6,25 32:2 33:13
48:2,4,21,22 50:18
51:6 58:2 60:3,24
62:11,13,25 63:18
64:5 65:6,17 72:12

90:14 95:17 104:25
105:22 113:23
121:21 132:9
138:14,16 152:6
162:10 163:9
164:14 165:13
171:24 172:12
173:3 185:2,9 192:3
194:9 225:24
227:23 244:4
247:11 256:11,12
256:23 258:5
259:11 263:24
264:4,4 268:4
269:16,25 270:1
318:23 320:5,11,24
321:10 323:5,6,8,11
323:17 324:7,10
**Senate's** 149:19,24
**senator** 1:12,15 4:3
5:3,18,20 7:1,5,22
9:11 11:18 19:8,21
20:20 23:12 24:17
28:12,14,19 32:6,15
34:23 40:21 43:10
44:2 48:17 54:1,2
82:8 95:15 97:8
100:24 101:6 102:2
102:17 103:19
104:6 105:10 115:1
115:2,25 116:21
117:10,10 121:20
127:13 128:14,17
132:14,22 133:10
134:11 142:16
145:18 151:10
152:20 168:13
186:12 187:2,24
195:19 196:12,16
197:2 229:1,6 230:4
233:8 234:23 244:2
248:23 254:4,5,24
306:4,15,22,23
318:19 319:4,9,18
319:24 320:1,2,4

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

40

325:9,13 333:5
**senator's** 151:15
**senators** 19:10,14,15
  19:23 24:7 63:21
  64:10,11,23 104:8
  104:20 105:23
  108:8 109:7 112:24
  118:8,13 120:20
  129:1 150:6 161:25
  162:3,21 163:10
  164:10,15,17,25
  165:2 167:1,2,9
  176:12 179:9,11
  256:23,24 282:15
  297:3 318:24,25
  319:1,1,3
**send** 238:7
**sending** 157:13,20
  170:7 201:3
**sends** 195:5 196:3
**senior** 96:21 265:1
  281:18
**seniors** 85:9 126:22
  266:6
**sense** 10:2 11:5,16
  35:21,23 50:6 103:8
  111:23 124:9
  125:14 151:17
  215:23 244:6
  261:10 294:4
  303:23
**sent** 14:12 16:24
  23:13 46:2 153:12
  154:1 157:12
  168:15 170:9,13
  176:7 177:8 178:2
  280:21
**sentence** 177:9
  179:20 204:12
  212:6 217:16
  238:12 239:21
  244:25 273:14
**sentiment** 180:6
**separate** 39:8 86:4
  124:10 129:20

**separately** 178:22
**Separating** 35:20
**serious** 117:17,19
  297:23
**servants** 265:16,17
  266:9,10 268:5
  271:4 278:9,14
**served** 13:9,15 24:18
  27:8 90:14 112:16
  123:22 205:8
**service** 92:16 205:22
  249:7
**services** 41:14 90:17
  205:9 290:5
**serving** 33:13
**session** 11:13 20:6
  22:21 23:6 24:1,19
  26:21 27:3,18 31:5
  31:23 33:18,24
  86:17,20 101:10,18
  106:4 109:1,1,6,7
  109:15,16 111:6
  115:23 116:6,11
  118:4,9 164:20
  166:11 168:1,18
  170:11,15,21
  176:24 201:16
  206:25 242:22
  255:13 258:15
  270:19 324:20
  325:19
**sessions** 33:25 34:3
  118:9 164:22
  167:21,22,25 168:4
  205:9 245:22,23
  279:17
**set** 6:3 68:10,15
  168:1 280:22
  295:19 303:16
  304:20 305:4,7
  333:8
**sets** 24:14 68:21,22
  107:18
**seven** 194:11 235:24
  293:22 328:12

**severe** 100:23 113:18
  124:19 198:1,3,7
  204:24
**severely** 123:16,18
  123:21,24 124:2
  125:7 129:15
  199:12 330:7
**severity** 198:11
**shadow** 191:8,10,12
**shake** 60:19
**shaking** 9:20
**shape** 117:11
**share** 27:22 139:24
  258:21
**shared** 264:1
**sharing** 29:15
**Sharon** 156:3
**shift** 48:13
**shifted** 25:9
**shocked** 131:9
**shopping** 92:24
**shore** 236:4
**short** 167:14,15
  291:25 292:1,6
**shorthand** 1:21
  318:14 333:3
**show** 34:4,6,10,12
  37:14 57:1 67:25
  69:4 70:15 71:13,14
  75:8 76:7,12,20
  85:7,24 86:3,4
  87:14,20 95:10 98:4
  104:15 108:11
  110:3 113:6 129:22
  158:23 249:16
  270:22 274:15
  276:6 283:21 285:4
  295:17 297:9
  313:21 327:1,4
  329:11
**showed** 85:2 309:12
  312:4 327:7
**showing** 45:4,6,15
  46:10,15,23 50:8
  59:7 90:7 97:17

108:19 125:16
  158:25 175:1 213:7
  268:20 293:24
  328:11
**shown** 52:21 321:1
**shows** 58:12 326:22
  327:25
**side** 184:24 216:6
  229:25 241:11
  271:21 276:23
  305:1,8
**side's** 271:22
**sign** 238:8
**signal** 8:19
**signature** 1:25 45:5,7
  45:16 46:11,16,24
  169:8
**signed** 102:20 323:10
**signifi** 111:15
**significance** 64:21
  65:4 229:9
**significant** 84:4
  87:20 88:24 89:20
  133:20,23 151:19
  188:1 191:22 198:3
  199:2 218:25 220:5
  228:9 229:15
  232:14 262:4
**significantly** 111:11
  329:22
**similar** 36:8 124:24
  147:9 161:19
  209:10 241:17
  242:2 244:6 303:16
  305:5
**Simple** 325:21
**simplified** 276:15
**simply** 45:25 56:6
  79:5 147:15 162:14
  213:7 232:13
**single** 217:18
**sir** 47:11 263:18
  292:24 306:5
**sit** 73:2 77:20 107:10
  115:24 162:2

SENATOR DAN PATRICK                                      7/11/2014
CONFIDENTIAL TRANSCRIPT

41

324:13
**sitting** 60:22 66:9,13
    67:7,9,19 72:22
    73:5 74:13 90:10
    95:15 97:21 103:14
    110:1,7,9 120:8
    135:23 144:24
    145:17 194:10
    221:4 234:2 251:23
    269:13 275:21
**situation** 152:11,12
    175:23 290:16
    302:20 304:11
**situations** 256:1
**six** 86:3 158:16
    167:15 194:10
    255:7 293:22 294:3
**six-day** 87:6
**size** 205:23
**skimmed** 330:25
**slightly** 42:24
**slow** 277:13 322:3
**slowed** 66:4
**slowly** 33:15
**small** 26:7 88:13
    102:2 233:4 253:21
    265:10 314:4
**social** 142:24 210:15
    211:13
**society** 57:13,24
    96:16 220:7 298:3
**sole** 173:10,11,13
**solicit** 40:15
**SOLICITOR** 3:7
**somebody** 8:19
    124:15 279:10
    282:12 288:14
    293:10 304:1
**somebody's** 67:25
    68:17 69:8 70:6
**someone's** 198:22
    304:2
**somewhat** 227:12
    318:13
**soon** 157:24 158:3

189:14 255:1
**sorry** 12:25 27:1
    28:22 30:20 33:22
    47:22 53:7 54:9
    66:21 74:18 79:22
    102:14 118:22
    135:3 149:23
    153:19 175:12
    176:10 184:8
    196:17 198:14
    200:1,1,2 215:4
    225:16 230:15,15
    231:2 248:4,5
    252:19 283:11
    326:2 331:20
**sort** 159:6 227:22
    233:19 284:18
    329:7
**sorts** 243:21
**SOS** 328:18 329:1
**sought** 117:2 175:16
**sounds** 54:14 194:7
    195:13
**sources** 14:25
**South** 254:25
**SOUTHERN** 1:1
**speak** 24:6 43:14
    47:18 51:15 76:1
    112:6 135:22
    159:16 211:4
    213:16 217:3
    219:24 227:25
    244:2 278:12
    306:15 307:1
    308:17 321:11,12
**speaking** 8:11 54:4
    221:23 222:4
**speaks** 113:24 125:22
    126:3 137:8 146:21
    147:4 190:11,14
    203:7 218:14
**special** 65:4 167:21
    167:22,24 170:11
    302:20,21 324:20
    325:19

**specific** 31:15,18
    37:20 38:11 46:9
    55:12,13 57:21 59:5
    59:6,9 60:1 66:17
    81:8 95:21 97:24
    100:8 101:15
    107:22 113:13
    152:1,2 162:1,3
    180:13 181:19
    183:20 211:19
    278:5 310:3,14
    317:16 332:3,4,10
**specifically** 25:13
    47:14 49:5 52:1
    56:21 59:18,19
    78:18 79:2,4 100:16
    102:18 111:10
    113:16 120:14
    122:9,13 131:8,15
    146:24 149:18
    150:6 160:13
    176:15 181:2
    187:10 188:21
    190:6 212:4 214:9
    219:19 236:17
    252:18,21 255:22
    256:17 269:23
    279:20 309:5
    311:22 314:15
    332:14
**specifics** 18:1 53:2,11
    73:24,25 103:14
    104:7 108:3 114:10
    114:13,19 127:20
    144:8 152:7 170:4
    183:1,12 187:9
    279:25 303:14
**specified** 77:4 142:20
    171:19
**spectrum** 173:6
**speculate** 43:7
    109:20 125:2
    131:23 132:21
    133:16 146:1,8
    160:20 162:5

**speculation** 109:20
    182:14 282:14
    304:19 306:14
**Speculative** 150:8,23
    216:23
**speed** 255:7
**speed-read** 207:20
**speeded** 184:2
**spell** 9:11 309:6
**spend** 55:6 186:5
**split** 63:7 64:4
**spoke** 103:16 140:17
**sponsor** 27:3 135:6
    307:3
**sponsored** 26:22 27:5
    122:3 132:8,13
    197:19
**sponsors** 307:4
**staff** 13:19,20 14:25
    33:4,5 211:6 225:8
    226:5 252:2,7,23
    307:7
**stamped** 206:12
**stances** 188:4,9
**stand** 5:14 58:22
    116:6 123:5 192:19
    202:17 268:23
    280:3 283:7 286:13
    288:5,10 293:21
    298:14 313:23
    321:10
**standard** 117:23
    133:8 148:23,25
    149:9
**standards** 147:20
**standing** 300:21
**stands** 311:21
**start** 14:2 42:16,17
    90:20 96:7 213:19
    272:14 284:6
**started** 163:21 164:3
**starting** 96:7 206:15
**starts** 153:4,17
    169:16,22 272:12
    272:13

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

42

state 1:20 3:11 7:15
  9:11 27:25 52:16
  68:24 71:6 73:1
  74:5 75:21 84:9,25
  85:16 89:3 90:7
  93:20 94:3,10
  117:23 118:3
  130:16,16,18
  133:22 135:17
  136:3 137:4 146:14
  146:24 160:19
  162:19 166:4
  171:17,18 183:2,11
  183:16 185:15
  192:4 216:25
  217:15 228:17
  243:16 248:12,16
  249:12,16,19
  253:20 259:18,21
  259:24 260:4,7,19
  265:17 266:9 268:4
  268:6,7 271:4,5,20
  271:25 272:18,20
  278:9 280:2 286:3
  290:24 301:10
  303:11 305:4
  307:20 315:3,6,8
  326:8,13,17,24
  327:6,8,9,11,17,21
  327:25 328:10,14
  328:16 333:2,4
state-issued 274:16
  327:10
stated 1:24 55:24
  145:15 226:20
  333:4
statement 76:24
  106:20 119:10
  179:25 182:1
  192:13,14 193:24
  194:6
statements 12:19
  30:12,13 129:18
  179:15
states 1:1,17 2:2 7:4

41:2 48:9 52:16
  242:8,11,16 244:9
  261:17 273:21
  274:11 327:2,16
statewide 28:1,2 32:7
  33:11 180:23
  181:15 182:7
  184:13
station 3:2,7,14 33:6
  87:14 208:1 309:22
statistics 90:6 91:5
status 220:17 236:1
statute 289:16
stay 285:6
step 200:23 263:22
steps 97:12 228:1
sticker 131:4 213:8
sticking 210:9
stolen 46:8
stood 256:3
stop 5:14 9:25 323:25
  325:8
stoppage 235:24
stopped 60:13 259:2
store 92:4 93:5 199:5
  227:5 234:13,15,18
stories 51:2
story 35:11 85:1
  87:15 89:7 177:20
  229:11 308:24
street 2:9 57:12
  60:14 163:22
  200:10,11,12,13
  250:21
strict 132:2 261:12
stricter 261:11
strike 37:15 138:6
strikes 189:17
stringency 262:10
stringent 262:17
  263:14,20 264:6,12
  266:17,17,21,21
  267:2 276:23,25
  277:3,4,9,12
strong 162:20 255:14

student 74:6,14 75:7
  75:9 147:23 183:13
  222:23,24 243:8
  247:14 249:10,11
  249:19 250:22
  251:8,14,20,24
  252:3,8,9,12,17,19
  252:24,25 253:14
  254:12 266:10
  275:10 326:7,15,20
  326:21
students 76:16 85:9
  96:22 147:2 249:14
  249:25 250:3,7,10
  250:11,13 251:4
  253:3,10,20,25
  254:10 265:16
studied 98:12
studies 96:23 98:3
  250:2 253:3 315:22
study 97:13 98:10,12
  107:11 164:2
  165:23 192:10
  271:13 286:9
  293:16
studying 147:14
stuff 185:20
style 243:14
subdivision 72:5 74:5
  268:7
subgroup 171:25
  232:20
subhuman 193:4,16
  193:24
subject 10:5 16:21
  17:4 30:17 31:16
  78:16 122:6,8 238:8
  243:15
subjected 85:13
subjects 161:20
submission 280:20
submit 19:9 288:12
subparagraph 66:22
  74:3
subpoena 5:5 13:9,14

15:16 21:12
subsection 125:19
subset 172:6 173:7
  174:1 179:5
substance 109:22
  141:2
substantive 147:20
  305:15
substitute 138:7
  206:23
suburban 217:17
suburbs 227:5,12
success 33:5 87:23
  188:14,18
suddenly 320:5
sue 85:20 277:17
sufficient 68:17
suggest 58:25 128:10
  190:22 277:11
  299:22
suggested 251:14,20
suggesting 107:3
  118:5 134:14,17
  160:19 239:5
  243:25
suggestion 86:8
suing 275:10
suit 197:5 269:13
  277:18
Suite 1:22 2:9,21
summarize 63:19
Sunday 27:20 176:7
Sunset 24:3
super-wealthy
  226:23
superintendents
  86:21 118:2
support 19:12 35:4
  37:7,13,15,22 38:10
  38:14 48:25 49:6
  50:12 51:1,17 57:4
  57:19,25 58:6 59:12
  59:25 60:17 61:21
  61:22 63:6 64:4,13
  64:15 65:4 67:16,20

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

43

72:7 77:12 78:20
81:5 97:17 147:10
160:16 182:12
255:14 298:5,6
312:4,8,17 314:7
333:24
**supported** 38:7 49:10
49:12,15,20,25 51:3
51:7,8,14 53:1,10
53:19 58:12 59:3,8
59:19 65:21 67:10
74:9 77:21 151:1,20
181:6 182:18,22
260:2 312:13,25
323:22
**supporters** 110:23
120:5,18
**supporting** 29:25
30:3 50:18 186:13
242:14
**supportive** 67:12
133:1 160:12
213:14
**supports** 132:23
267:20
**suppose** 281:6 291:9
295:2
**supposed** 190:18
271:22
**Supreme** 269:4
288:21 308:8,10
**sure** 28:8,11 30:4
31:11 32:21 34:21
37:18 44:3,3 53:6
54:6 56:2 62:1
64:19 66:22 71:20
71:20 75:5 78:18,19
82:6 87:19 92:23
95:24 101:19
102:25 108:13
121:2 122:16
127:12 129:5
134:13 136:16
140:9,10 149:11,17
149:24 151:2,24

152:17 155:5
156:20 159:4 170:5
172:13 173:4,18,21
175:21 176:19
178:12 179:3
181:13 184:9
185:13 196:10
199:14 201:7,12
207:10 208:17
209:11 210:24
214:23,24 224:3
230:13 235:1
247:18 257:19
259:13 260:18
267:8 278:24
288:19 296:12
303:21 315:8
316:12 322:8
332:17
**surely** 33:15 147:18
194:15 242:6
**surprise** 91:9 243:8
243:12 280:8,15
281:1,19 287:24
**surprised** 120:7
159:17 193:12
212:5 311:16
**survey** 39:9 96:25
**survive** 80:12
**survived** 242:11
**suspend** 164:11
165:4
**suspenders** 214:23
**Sutterfield** 3:19 7:21
7:21
**swear** 258:17
**switch** 37:17
**switching** 139:10
**sworn** 1:17 7:2 333:6
**sync** 138:16
**system** 46:22,23
47:13 56:25 115:17
165:24 303:19
323:24

**T**

**T** 9:9 196:14 254:22
307:13 331:22,22
333:21
**table** 136:24 137:1
143:7 146:22 147:5
**tabled** 136:13,20
139:15 142:3 143:9
143:23 145:9 147:6
**tabling** 136:17
137:14 139:21,23
142:6
**TAC** 6:6,7
**tactic** 324:19
**take** 9:25 13:10 19:8
22:22 24:4,4 48:12
54:21 64:20 65:9
82:5 85:5 88:23
119:23 120:2 121:4
122:10 135:8,11
137:20 138:11
141:2 142:15
143:12 145:2
146:11 152:15
153:9 157:25
163:17,19 169:15
185:25 186:5
187:12 196:9
197:15 199:5,6
200:23 206:9
207:18 209:24
216:5 226:6 233:3
235:23 237:22,25
238:9,19 239:11
247:21 268:10,11
271:1 277:23 291:9
291:25 292:1
293:20 294:1
295:18 303:17,18
304:3 306:2
**taken** 1:17 59:6
83:21 167:18 188:3
245:21,22 304:22
333:11
**takes** 92:25 187:2

263:6
**talk** 30:12,13 34:10
34:12 35:8,10 48:1
120:22 121:9
127:10 135:5
146:10 194:24
208:4 210:13 276:4
321:23 322:17
**talk-show** 207:24,25
**talked** 12:4 14:6,11
31:21 34:16,19
35:16 50:2 62:7
74:10 81:4 100:6
101:5 119:3 132:24
159:1 160:4 168:20
182:23 208:7
211:24 246:10
264:22 265:6
267:25 268:1
278:19 283:3 297:5
308:25 313:3,14
324:2 326:24 327:6
328:3 329:5,20
330:8
**talking** 11:15 36:6
39:5 50:4 57:12
72:14 80:1 82:9
87:17 96:8,25 97:3
101:16 138:5
139:25 169:20
183:7 189:18 216:6
247:20 258:21
263:17 265:7,9
266:18 287:9 304:5
326:6
**talks** 292:11 328:9
**tally** 63:9
**targeted** 130:1
171:20 174:8
**targeting** 174:3,4,4,6
**Tarrant** 155:11,14
**tax** 183:11 206:22
207:2,4,5 208:16
209:16
**Tcorsaut@yahoo**

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

44

156:21
TCRR 1:20 333:20
Tea 27:10,12 28:2
  29:8 30:6,25 31:3
  31:15 32:3 154:7,9
  154:25 155:14
  156:5,8 157:8
  158:15,20,22
  159:14 200:14
  290:4
teachers 118:1
team 167:9
techni 115:19
Ted 185:1 187:8
  193:3,15 194:17
tell 17:20 24:17 37:3
  49:4 65:22 88:14
  120:8 135:12
  138:19 153:9 158:7
  162:7 166:18
  169:18 187:9
  189:16 190:25,25
  191:4 207:16
  222:22 255:8,8
  257:23 284:5
  285:12 287:18
  289:9,14 292:10
  302:18 304:10,17
  332:14
telling 282:23
tells 284:14
ten 66:13 69:24 75:15
  75:15 121:3 321:12
  321:23 322:17
ten-year 75:20
term 10:22 11:4,7
  40:10,12 160:17
  264:11 265:24
terminology 20:23
  27:2
terms 10:20 15:25
  52:15 67:10,24
  69:15 70:4,5 101:7
  117:17 162:19
  221:2

testified 7:2 97:16,25
  102:25 133:13
  150:11,25 197:18
  198:14 215:9 220:5
  226:11 228:5
  243:20 252:13
  302:12 306:18
  308:12 317:10
testify 9:15 10:15,17
  100:12 205:21
  269:21 333:7
testifying 54:16
testimony 5:8 10:6
  20:1,21 56:18 61:9
  64:1 65:11 67:21
  95:10,16,22,25 96:1
  96:5 97:8,14,20
  98:7,10 111:8 113:4
  113:9 143:2 149:20
  149:25 150:3 151:8
  172:4 205:10
  215:10 216:2
  219:23 221:4 223:6
  223:18 232:8 234:1
  234:4 239:15
  251:17,17 253:18
  279:16,21,25 280:1
  307:25 308:7 309:2
  312:5,20 314:13,18
  317:2 330:2
tests 117:23 118:3
Texan 35:2 261:3,8
Texans 49:11,14,22
  50:1 59:25 63:16
  97:3 133:23 161:24
  195:6 245:8 276:16
  296:24 297:4
  309:12
Texas 1:1,20,23 2:13
  2:20,21 3:11 7:10
  7:16 11:12,13 25:3
  26:21 32:9,15 33:13
  34:23 35:1,19 40:20
  44:25 46:17 50:11
  52:16 56:11 59:12

60:3 63:12 66:19
  68:18 70:17 71:6
  72:5 74:15 78:16
  80:21 81:11,15
  85:16 89:3 90:7,14
  90:24 92:16 93:20
  106:3 119:8,14
  127:7 129:16 130:3
  130:22 133:7 136:3
  144:14 147:21
  152:1 162:14,18
  166:20,23 167:8,10
  171:11,16 172:9
  173:24 174:22
  178:5,18 180:15,20
  180:24 181:5,16
  182:6,7,12,17,17
  183:3,11,18,22
  184:4,11,18 192:21
  197:3 199:13 204:1
  214:5,7 222:24,25
  224:9,10,19 227:13
  228:2 229:24 237:4
  243:17 250:6 251:4
  251:15 252:17,20
  253:1 259:22,23,24
  260:1,17 261:3
  262:16 272:18
  273:7 294:23
  298:16 300:2
  307:20 310:8,10,12
  310:13,18,18,24
  311:2,5,6,13,14,23
  312:17,18 313:1,6
  314:21 315:7,13
  316:22 317:1,8,11
  318:7,15,16 326:21
  327:17 332:11,12
  333:2,4,25
Texas's 317:15
Texas/Tribune
  331:24
thank 7:5 20:16
  21:10 48:15 58:25
  65:10 79:21 99:25

161:10,12 196:12
  196:20 197:1
  222:10 231:4
  244:16 254:15
  259:17 307:11,12
  330:17
Thanks 9:8 170:1
  271:1 332:17
thereof 224:16,17
they'd 122:22 234:17
  321:22
thing 50:13 55:1
  63:15 80:13 85:1
  99:8 124:9 130:5,10
  162:25 186:5
  188:20 190:5
  199:17 203:10
  210:15 211:12
  224:5 230:17
  232:13,19,22
  242:10 257:3,19
  268:17 276:5 278:2
  284:19 295:24
  302:25 313:3
things 16:7 37:2
  73:13,14 101:7,17
  123:4 129:2 159:22
  184:10 201:20
  212:4 214:8 215:22
  220:8 255:7 260:25
  261:2,23 267:24
  268:22 273:10
  275:23 284:17
  285:20 292:25
  294:8,16 297:10
  298:5 300:11,12
  306:10 313:12,13
think 8:13,18 11:2
  14:11 20:13 27:5
  28:14 31:22 32:21
  37:2,6,11,13 40:1
  41:16 42:3,4,8,24
  44:3 47:7 51:12,13
  55:5,25 58:4,6,24
  59:3,16 60:8 61:11

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

45

61:13 62:8,19,19
64:3,8,16 66:5,9
67:4,22 70:13,22,25
71:1 72:9,15,19,21
72:23,25 73:4,5,7
80:2,14,18 81:18
82:3 83:10 84:9,13
84:18,22 85:1,4,5,7
87:23,24 89:5,6,12
89:12 91:16,17,25
92:3 93:2,6,10,10
93:13,13,14 94:13
98:1 101:1,7 103:20
103:21 104:2,10
106:14 107:7
109:10 112:13
113:17 114:6
115:25 116:8,9,23
116:24 120:13
121:16 126:15,19
126:19 128:12
129:14 131:14
134:10 135:25
136:4,12 137:8,8
138:14,24 143:3
144:23 146:2
147:13 149:6
150:11,17 152:4,10
152:10,12 155:22
156:2 157:18 159:3
160:5,12,17,21
161:22 163:9,22
166:1 167:22 172:5
174:11 177:16
178:15 180:4
181:18,20 182:6,10
185:24 186:21
189:9 190:21
192:18,23,24
194:12,14 195:1,5
195:15,16,23 196:2
197:6 198:17
200:14 202:17,18
203:7,25 204:21
206:11 207:16

208:18 209:4,14
212:1,2 213:4,21
215:11,14 216:16
218:14,15 219:23
221:5,25 222:21,21
223:7,13,23 225:4
225:13,14,22
226:25 227:4,6
228:8,12,22,24
229:23 232:21
234:15,24 235:13
237:11 238:16
239:4,17,17 240:2
240:18,19 241:16
242:1 244:1 245:5
245:18 246:2,7,16
246:18,23,24 247:1
247:17 248:10,15
249:9,22 250:22,23
255:7,8 259:14
260:1 261:15,15
262:5 263:4 264:12
267:8 268:1,5 271:9
276:1 277:9 278:20
288:3,13 289:24
291:11 296:20
297:6,22 305:12,23
308:20 309:1,5,6
310:1 311:5 312:1,7
312:20 313:8,10,16
314:11 315:17
317:2,15,17 318:7
323:16,19 324:23
325:5 327:7 329:22
331:4,13 332:6
**thinking** 49:2,4 65:22
66:14 73:8 89:5
123:11 127:18
131:3 149:1 230:3
269:15,17 275:4
300:10 301:9
325:22
**thinks** 166:19
**third** 124:6 192:5
204:12 206:15

238:4
**thought** 47:23 49:13
67:6 91:11 99:16
110:15 123:1
125:13,13 130:12
130:19 132:23
134:9,12 149:4,12
159:12,19 177:11
179:10 181:8
199:17 213:13,14
213:17 223:18,19
232:13,18 241:5
246:13,21,22 247:2
291:10,13 301:2
317:10
**thought-out** 246:22
**thoughtful** 85:5
247:1
**thoughts** 27:22,23
103:6 271:8
**thousand** 22:21
250:21 270:16
**thousands** 65:24
115:11 132:21
133:17 152:5 225:5
270:15
**three** 34:1 36:6,17
85:8 97:5 162:22
167:1,2 177:17
190:18 205:9 206:1
228:5 245:21,22
258:22 272:2 275:6
329:4
**three-judge** 118:20
**threshold** 198:11
256:19 319:2
**thrown** 239:23
242:20,25
**tight** 292:6
**time** 11:24 14:17
15:23 17:9 19:13,13
27:8,21 31:25 33:12
33:15,17,21 38:3
41:6,16 43:1,9 44:9
46:21 49:5,19 55:6

57:10,10 65:2,19,22
67:6,18 69:13 73:21
78:10,15 90:14,15
90:16,16 92:4,21
95:9 97:10 99:17
103:23,24,25
109:15 123:2,8
124:1,16 133:13
134:20 136:11
137:12 149:23
150:15 152:8,8
154:17 157:12
158:1,14 162:15,16
162:22 163:5
166:19 170:15
177:17 184:17,22
184:22 186:5
196:13 198:17
200:23 201:4,7
203:18 206:22
207:12,18 215:11
218:2,3,6,16 230:12
234:17 235:24
236:19 241:23
243:4 244:12
245:23,24 246:2
247:3 251:12
255:19 258:3
261:19,20 266:15
267:11,13,22
270:21 271:7
277:22 278:8,17
279:1 290:4 293:17
294:2 298:22 299:2
299:4,6,8,16,17
312:24 313:15,24
314:25 316:15
318:16,18 319:13
319:16 321:16,23
324:17 325:10
326:3 328:21
330:18,25 331:9,13
333:9,13
**times** 27:20 77:19
97:5 115:10,20

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

46

120:13 125:3
166:17 172:18
191:21 203:8
232:12 246:25
257:2 306:1 313:5
324:9 329:1 331:5
**timing** 201:13
**title** 32:19 43:24
207:17
**titled** 48:19
**today** 7:5 9:14,18
10:6,14,18 11:15,19
13:4 16:25 60:22
66:9,13 67:7,9,19
70:12 72:22 73:2,5
74:13 77:20 82:1
90:10 95:15 96:19
97:21 99:4 103:14
107:10 110:1,9
111:20 115:24
120:8 125:3,6
135:23 144:24
145:17 149:1
157:10 162:2
164:19 192:14,19
201:5 208:11 219:5
219:12 221:1
225:15 226:20
234:2 241:21
250:20 251:23,25
252:14 264:2
271:12 279:12
293:22 297:6,8
299:19 307:20,25
308:7,13 311:9
312:20 313:12
314:14,19,19
**today's** 12:2
**told** 14:13 82:12
180:8 184:10 296:8
297:16 301:21
304:16,18
**top** 48:9 102:11
169:8,9 272:14
273:3

**topic** 21:15,23 22:9
22:13 31:11 35:11
193:2 196:8 212:2
265:13 295:24
**topics** 21:11,12 37:17
103:15
**TORT** 3:13
**total** 84:8
**totally** 20:4 124:22
**tough** 287:3
**tour** 259:3
**Tova** 96:2
**town** 257:7,8,24
258:3,9
**track** 8:8
**tracts** 56:24
**tradition** 164:13
**traffic** 163:23,24
227:3,4 278:22
**trail** 133:16
**train** 190:15
**transcribe** 9:21
**transcript** 5:7 9:18
79:17 196:22 333:8
**transit** 226:12
**transportation** 6:5
24:2 42:2,6,11,13
42:21 43:5 92:7,11
92:14 93:3 167:7
216:13 226:16
227:8,9 232:23
234:21 285:13
290:6
**travel** 114:1,7 129:18
144:10 199:8
218:10
**Travis** 1:22 2:21
**trial** 10:7
**Tribune** 310:8,13,24
311:6,14,24 332:11
**Tribune/University**
310:18
**tried** 78:23 85:5
116:10 184:22
245:6 278:15

**tries** 184:19
**trip** 86:4
**Troy** 100:18
**truck** 227:14
**true** 131:15,18 132:1
160:5 200:10,17,20
244:2 263:19 333:5
333:8
**Trust** 47:25 104:25
105:21
**truth** 333:7
**truthfully** 9:15 10:18
**try** 10:1 34:4 43:1
47:5 61:25 62:5,7
77:9 78:24 80:16
81:19 90:4 115:22
116:19 123:4 149:3
159:5 207:25 219:1
219:2 222:3 224:4
238:9,19 239:11
241:6 243:14
246:15 255:4
256:20 278:24
282:21 307:16
318:14 324:4
325:24
**trying** 27:2 28:18
41:16 42:25 43:2
53:14 54:6,7,24
65:18 66:4 69:17
89:25 94:25 114:14
170:16 172:9
204:20 206:6 219:8
219:15 221:24
222:25 244:11
270:12 277:25
284:25 288:18
290:20 306:20
315:19 328:5
**TSA** 221:1 223:2
302:7
**Tuesday** 95:25
**turn** 95:24 100:5
107:12 121:24
132:9 140:24 165:3

257:4 272:24 284:1
284:19 285:21
303:20
**turned** 140:2 228:13
**turnout** 18:19 22:5
84:13 85:11 252:9
252:12 261:16
262:7
**turnover** 109:19
**TV** 309:22
**tweak** 117:11
**twice** 64:3 97:2
210:13
**two** 28:8 33:25 36:16
50:24 56:24 67:2
69:23 77:4 100:20
109:10 112:4 118:9
141:15 142:20
154:15 159:15
162:7,22 166:15
167:1,2,14,23
176:15,23 177:11
177:14,18 179:7,10
185:12 205:25
212:3 233:21 235:8
245:21,22 258:22
258:23 261:6 280:9
286:5,17 293:23
310:15
**two-party** 169:12
**two-thirds** 256:6,15
256:18,21 323:11
323:12,15
**TX** 96:1 152:24
176:2 199:23
206:13
**TX_0009976** 168:11
**TxDOT** 290:6
**Tyler** 155:1 168:23
**type** 65:25 81:22
317:11
**types** 20:10 317:16
328:18
**typewriting** 333:7,8
**typical** 103:8 302:4

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

47

**U**

**U** 331:22
**U.S** 2:3 174:22
  179:23 256:12
  333:24
**Uh-huh** 41:24 71:24
  115:13 175:18
  251:11 265:15
  269:14 281:10
**uh-huhs** 9:20
**ultimately** 37:8 99:18
  320:16
**unanimous** 50:25
  61:22 63:3,14
**uncommon** 118:8
**underestimating**
  234:20
**underlined** 139:4
**underlying** 129:10,22
  135:16
**undermining** 213:18
**understand** 9:14 10:4
  10:9,25 11:9,13
  19:7 20:11,18 23:23
  39:8 40:12 42:23,25
  45:13 47:3,4,8
  53:22,23 54:1,3,7
  57:23 61:16 64:20
  67:11 69:15,17
  82:21 83:14,20
  96:16 102:25
  129:18 136:16
  143:2 148:20,21
  149:8 150:12 165:8
  172:2 175:3 212:20
  217:12 222:1,5
  230:16 233:13
  235:12 253:16,17
  253:17 263:15
  268:13 286:25,25
  289:7 290:20
  296:12 305:17
  308:2 315:8 325:10
**understanding** 19:3
  62:7 138:21 148:3

  149:7 150:5,10
  170:16 177:14
  213:5,6,24 223:1
  239:18 261:14
**understood** 51:6
  67:20 147:18 151:5
  151:8 239:18
  324:19 325:14,21
**undocumented**
  192:20
**undue** 125:4 203:4
  203:20 204:16,19
  218:9,18 220:15
  227:6 232:4 246:24
**unfairly** 40:4
**unified** 60:2
**unilaterally** 144:18
**unincorporated**
  92:15 227:1
**unintended** 115:20
**United** 1:1,16 2:2 7:4
  244:9 327:1,16
**universal** 57:4,25
  58:5 59:12 60:17,18
**universities** 74:7,15
  243:9 248:16,17
  253:1,4 326:8,13
**university** 249:20
  252:19 310:10,13
  311:2,5,13,23
  326:22 331:24
  332:11
**unpopular** 58:16,17
  58:18
**unprecedented** 168:3
  168:5
**unreasonable** 57:7
  57:22 81:3,6 82:3
  225:7
**unusual** 104:22 152:4
  168:5 201:22,24
  204:6
**upcoming** 101:18
**update** 5:23 29:16
  44:20 116:10

**upheld** 80:17 128:2
  240:16 308:11
**upholding** 308:8
**upper** 284:1
**upset** 160:5 212:21
  240:12 324:24
**urban** 83:22 166:24
  217:17
**Uresti** 320:2,5
**use** 10:20 11:4,7
  15:25 27:2 57:17
  58:21,22,22,23,23
  66:19 67:1 68:23
  72:1 76:25 77:4
  130:24 137:24
  138:22 139:12
  140:12 141:5
  167:24,25 172:22
  184:19,22 191:17
  191:22 220:23,24
  221:3 222:23,24
  224:15 238:16
  239:4,13 242:12
  243:20,21 247:14
  273:16,21 274:11
  274:21 277:11,19
  298:12 317:7
  324:20,21
**useful** 111:3
**usual** 168:4
**usually** 27:20 38:5
  109:17 115:7 152:6
  199:7 201:16,17
  216:3 245:23
  265:13 290:8
  311:11,17
**utilizes** 287:22

**V**

**v** 1:4
**vacuuming** 33:8
**vague** 36:14 97:22
  99:6 178:14 294:11
  306:21
**valid** 61:12 67:22

  68:7,8,25 69:13
  70:1,10 71:9 72:2
  72:10,14 86:5
  115:22 140:2,18,18
  243:1,5,9 244:9
**validity** 39:9 75:20
  98:15
**valley** 167:9
**variety** 29:7 220:8
  227:2
**various** 26:4 168:2
  170:15 251:17,18
  260:16 269:18
  279:17 286:19
  292:21 307:20
  313:5 324:9 327:8
  329:5,7 330:11
**vary** 52:14
**vast** 38:6 49:11 57:20
  81:22 106:9 249:24
  250:1,12,12 263:8
  278:20,20
**vastly** 275:24
**Veasey** 1:3 2:8 7:14
**Veasey/LULAC**
  255:1
**verbally** 9:19
**verbatim** 321:12
**verified** 44:24
**verify** 45:8,17 68:17
  69:18,20 70:6 72:11
  72:16,24 73:3 74:15
  74:20,22,23 75:1
  77:22 136:3
**verifying** 75:2 305:2
**version** 102:20
  138:15,15 142:19
  318:14
**versus** 21:7
**victory** 245:1,12
**view** 36:3 51:20
  56:10 57:6 68:24
  81:6 89:2,2 90:1,1,1
  90:2 100:17 112:16
  132:23 136:12

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

48

165:23,24 168:6
172:1 173:9 177:9
177:22 191:4
203:18 218:7,17,25
240:3 261:23,24
323:21
**viewed** 128:1 194:16
**views** 183:8
**virtually** 210:12
301:4
**Voice** 5:24
**volume** 23:21
**volunteer** 154:5,6
276:9
**vote** 10:24 23:19,20
43:12,17,19,22,25
45:3 49:19 50:9,14
50:24 55:20,21 57:8
62:2,4,17 63:1,11
63:14,14,18 67:11
67:14 71:11 75:6,6
75:10 77:15,16 78:8
78:8,10 83:18,19,20
84:12 86:1,8,9 87:2
87:21 88:7 89:13
98:23 99:11,14
112:21 114:11
122:16,22,22 124:8
125:6 126:13,16,20
126:21,24,25 130:3
130:24 131:16,18
132:1 136:21
139:18,23 141:22
142:4,13 143:10,24
145:10 147:7
150:13 151:2 160:5
161:7,15,16 164:11
164:15,16,18,18
166:22 167:14
171:7,8,8,9,14,25
172:7,9,11,14,14,15
173:5,6,8,15,18,20
173:21,22 174:1,2,6
174:13,25 179:5,6
179:24 180:9,10,15

180:17,22 181:15
181:22 199:1,7
200:10,18,20
204:16 212:16,22
212:24 213:1,1,7
214:25,25 220:24
222:25 223:16
225:1,3,5 232:15
238:15 239:8 248:7
248:18 249:15
252:3 253:12 254:1
256:12,15,23
259:20 260:14,17
260:23 261:4,4,5,8
261:12,13,20 262:1
262:3,5,5,12,15,19
263:6,7,20,21,23
265:1,5 267:3 276:4
276:6 277:15 279:6
281:15,15 288:1,15
289:1 293:11,12
294:10,17,20,20,25
295:1,3,5,8,9,10,11
295:21 296:4,9,9,15
296:25 297:16,17
298:1 299:14
313:11 316:8,11,14
316:17,22 317:20
317:22 318:1,3,3
319:6,11,14,17
320:6,9,13,14
328:13,16 329:10
329:24
**voted** 22:24 23:6
43:10,18,21 48:22
51:8,9,11,13 58:2,8
59:2 60:21,24 62:9
62:11,14,20 63:9,21
64:2 65:20 67:16,18
72:8 73:16,21 74:1
75:5 77:14,17 78:5
95:5,6 116:9 117:22
120:15 136:23,23
137:1 139:21 142:6
143:7 145:12

146:18,21 147:4
150:6,12 152:6
162:6 163:10
164:24 171:14
172:11 173:22
182:3,8,20 236:12
246:11,17 271:17
293:24 312:22,24
**voter** 5:18,21 10:20
10:23 11:11 18:19
18:19 21:18 22:4,5
22:5 30:5,25 31:10
31:16 34:19,22
35:13,15,23,24 36:3
37:7,22 45:4,6,16
45:23 46:7,11,15,23
46:25 47:12 48:2,3
49:6 53:4,13 56:5
56:15,21 57:1 60:18
66:2,11 69:5 77:3
77:22 80:25 84:13
85:24,25 86:7 89:4
93:19 94:18 96:9
102:5 106:17,25
107:8 108:11,14
110:3 112:9 114:6
114:10,10,13,15
123:21 125:5
137:17,18 142:24
143:20 144:3 146:3
149:2,10 151:2,21
157:25 158:7,10
160:11,16 170:25
171:2 177:10,15,22
180:8,16 182:18
185:4,5 187:23
188:24 189:10,20
195:25 202:4
205:21 207:6,14
208:5,6,17,20
209:16 213:14
231:10 245:1
251:23 252:9,12
255:13 256:8,18
257:8 260:2 263:13

264:6,11 265:11
279:22 289:4
290:23 295:2 298:1
298:1,2 307:21
308:8,11,16,18,22
309:12,16 310:5
311:7 312:13,16,18
312:25 313:5 314:2
314:16 315:3,5,6,9
315:13,15,19,23
316:5,8 317:1,2,7
317:11,12,15,17
318:1,7,8,10,15,17
320:17,19 321:21
323:18 324:24
328:15,24 329:8
**voter's** 44:24 45:8,17
69:18,20 72:11,16
72:24 73:3 74:15
75:12 76:13 136:4
143:21 288:23
**voter-related** 26:23
**voters** 2:13 7:10 11:7
11:8 18:10,10 21:19
21:19 29:14 34:25
35:2 38:10 45:3
50:12 56:10 59:12
70:18 78:12 82:13
83:4 85:21 87:5,10
87:12 88:4,6,17,22
94:1,9,17 95:18,20
110:18,24 112:25
113:20,21,25
118:25 120:12,19
123:19 125:16
126:12 127:5 129:8
129:8,21 130:1
134:5,8 137:5,10,13
137:16 144:12,22
145:22 146:18
147:1,1 149:21,22
150:1,2 152:1
161:25 180:15,22
180:22 181:14,15
181:22,25 182:1,3,8

SENATOR DAN PATRICK                    7/11/2014
CONFIDENTIAL TRANSCRIPT

49

182:17 183:4
184:14 188:21
190:6 197:4 202:24
203:5,21 224:12
225:5,10 236:23
237:1 252:3,25
259:19 260:5,13,15
260:17,22 263:20
263:21 265:8,10
280:12,23 281:7,17
289:10 305:9,19
313:17 328:19
329:21,22
**votes** 22:21 49:3
58:13 80:8 87:7
88:2,3,5,11,16
115:11 161:19
166:10 167:18
180:11 270:16
278:18 285:2
319:17 322:6,9
325:21
**voting** 10:23 20:2
23:10 55:19 56:20
60:20 61:19 66:8
68:18 78:17,22 79:2
79:4,9 80:1,20
82:10 85:10,14
126:23 147:12
148:9,15,23 149:15
171:11 174:14
175:2 203:22
212:24 238:6,7
242:14 246:10
247:16 249:14
251:15,21 261:18
261:18,22 262:12
263:13 270:3 271:6
271:12 276:3,5,7
277:11,22 279:17
279:18 280:2,5
288:22 290:22
296:1,1 304:25
305:2,7 308:22
316:13 324:11

328:21

**W**

**wait** 9:22 41:13,15
42:15 221:20
328:22
**waiting** 329:1
**waive** 30:11
**waived** 1:25
**waiver** 43:24
**walk** 92:21 304:22
**walked** 53:17 224:5
228:1
**walking** 57:12 213:2
**walks** 57:5
**Wang** 96:2
**want** 8:15 9:1 10:21
20:11 22:19 36:11
43:2 53:6 54:25
63:24 73:12 76:10
79:14 80:6,16 82:11
86:18 90:4 96:7,24
97:23 101:2,18
103:2 105:5 119:23
120:2 122:22 124:7
124:8 126:21
138:18 151:24
158:23 159:8 163:2
163:3 164:19
167:13 170:3 199:1
205:21 213:1 223:4
232:10 234:22
235:12 240:25
242:21,24 244:13
253:7 261:3,7 263:6
263:11,11,20,21
267:21 268:2,3,8,14
268:16 269:19
270:24,25 271:14
272:4,5,6,7,16
274:19 276:2
279:25 280:16,16
281:3 284:1 285:5
291:25 295:3,16
303:24 305:13

307:24 314:9
322:14 325:15,23
330:20 331:12,13
**wanted** 49:11,14
106:10 122:15
129:17 137:10
144:15 158:20
171:12 173:17
199:15 214:23,25
219:21 239:1 258:9
258:10 260:2
267:21 275:3,13
287:25 293:5
323:20 331:7
332:16
**wanting** 259:19
260:5 277:14
**wants** 163:3,4
**Washington** 2:5,15
241:11
**wasn't** 33:18 128:3
134:4 155:12
171:19 173:9,9,10
189:12 198:5,5
204:22 205:3
245:14 282:18
296:17 297:11
299:10 305:6
318:22 319:9,9
321:3 329:17,18
332:7
**wasting** 324:17
**water** 167:7
**way** 8:4 9:24 29:24
39:8,13,19,22,23
40:14,15 45:8,17
46:20 72:10 85:22
99:24 107:14
116:10 117:11
126:9 134:20 136:4
140:20 147:17
153:1 160:3,6
163:13 165:13
183:15 193:5
194:12 195:20

227:5 237:18 256:3
267:24 280:16
291:19 295:23
321:19 325:6
**ways** 51:19 52:1
168:2
**we'll** 8:15 9:24 10:1
175:4 185:17 190:2
283:4 318:13
319:13,13
**we're** 8:5 47:17 54:14
57:14 69:1 71:23
78:25 79:25 87:17
94:25 97:2 139:2
167:4,14 185:3
186:4 189:1,4,18
192:25 193:6,10
194:23 206:11
253:9 254:17
264:19 265:7 266:9
288:18 304:5
324:10,11,15,15
325:19
**we've** 25:7 48:11
53:17 77:18 79:18
81:4 84:7,12 95:2
116:5 129:1 167:22
186:7 192:23,24
219:5,12 238:1
247:20 258:21
263:16 265:24
278:19 291:21
296:19 297:5 308:6
313:3 324:1 329:5
**wealthy** 216:8
**wears** 32:23
**website** 292:11,11
**week** 113:12
**weekend** 145:7 146:5
**weeks** 158:16
**weigh** 83:10
**welcome** 185:7,15
**went** 38:4 41:6,11
55:14 89:7 105:22
118:2 127:24

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

159:15 197:8,16
204:2 224:3 228:13
270:21 275:4,5
303:1 312:9,9 319:8
319:22,24 320:1
323:9
**weren't** 63:20 87:7
94:9 102:25 119:21
123:10 130:2 131:3
131:22 133:21,23
160:13 171:16
172:14 173:18,21
174:3,3,4 279:24
331:25
**west** 25:5,10 167:8,10
**wheelchair** 206:2
**wheelchairs** 205:12
205:13
**wherewithal** 234:20
**white** 47:22 64:10
216:7
**whites** 97:5 119:17
**Whitmire** 319:4,9
**widespread** 59:24
**wife** 155:12
**WILBORN** 2:9
**willing** 55:6
**Willowbrook** 92:22
92:24
**WILMER** 2:14
**wish** 9:25
**witness** 1:16 2:19
7:18,20,24,25 8:3
8:21 9:4 30:21 31:7
36:11 43:16 53:5
54:11,17 74:25 82:6
82:19 121:15
128:19 138:2 139:1
184:8 191:16
221:24 254:16
257:15,18 274:16
283:13 292:5
307:12 330:22
331:17,19 333:5,6
**witnessed** 184:18

**witnesses** 65:24
**woman** 302:4
**women** 147:1 302:5
302:23,23
**wonder** 60:19 126:8
**wondering** 121:4
**Woodfill** 257:25
**word** 88:21 139:7
191:18,19,22
205:12 219:16
224:14,15 268:10
268:12 276:25
277:12 309:2,17
317:7 329:22
**word-for-word** 59:20
**words** 60:1 69:6
74:24 116:16 170:6
172:19 254:11
262:11 312:7,8
**work** 19:22 26:11
29:2,5,6,6,9 107:9
116:2 118:16
124:20 145:22
159:22 168:2
200:20 217:3
228:17,18 237:1,18
242:20 245:10
246:16 259:4
267:18 323:24
324:5,15 325:11,12
327:18
**worked** 13:25 29:18
53:2,11 111:6
208:15,15 245:20
246:15
**worker** 276:11
**workers** 248:20
**working** 23:7 29:15
29:17,19,21 86:21
100:17 128:24
198:24 232:17
242:22 248:20
270:14
**works** 115:17 159:20
208:17,18 209:11

209:13 237:12
**world** 125:5 192:6
**worry** 61:24 63:16
**worthy** 61:21,22
**wouldn't** 23:17,21,21
35:6 38:21 39:11,12
67:20 69:24 70:20
70:20 72:23 73:6
76:20 81:16,16
88:21 111:25 112:5
114:12 123:22
124:4 130:17 131:9
136:2 144:1 148:24
151:14 152:10
174:14 175:1 177:3
180:18 181:1 188:6
192:11 212:5
233:21 265:19
282:12,20 290:13
290:14,16 297:22
298:6 299:11
301:25 302:15,18
303:24 307:8
310:22 314:24
316:17
**wranglings** 119:2
**wrap** 21:11 292:2
**write** 19:5 78:23,24
103:9 123:4 161:5
171:2 208:10
215:24 242:3 244:1
289:1
**writes** 80:5
**writing** 14:12 17:7
73:11 80:11,15
201:4
**writings** 256:13,14
**written** 147:16
**wrong** 50:23 128:14
165:23 187:11
230:17 280:1
316:18,21
**wrote** 157:20 203:19
204:13 218:16
236:20 241:23

243:4 258:7

|   X   |
|-------|

**X** 9:9 196:14 254:22
307:13 322:10,23
331:22 333:21

|   Y   |
|-------|

**Y** 2:16
**yeah** 8:7,13,15 9:4,8
21:25 22:15 27:3
34:22 38:25 47:8,8
61:8 64:8 88:21
91:2 97:23 110:8
111:4,14 114:4,23
117:6 122:11,11
125:23 128:19
130:5 133:9,15
138:2,24,25 150:24
151:14 156:22
169:10,12 189:25
189:25 191:10,10
191:16 194:25
202:1 207:15,24
214:22 216:24
217:12 221:9
225:13,25 232:9
241:15 247:21
250:18,24 257:13
257:17 259:9,13
270:4 271:1 279:15
282:1 285:7,24
287:17 289:25
293:9 302:18 304:2
312:1 314:17
318:23
**year** 15:13,19 26:24
68:3 84:16 97:1,4
164:16 170:12
186:15,16 210:13
225:1
**yearly** 146:18
**years** 26:13 38:5 41:4
49:2,8 60:11 67:2
69:23,23,24 73:25
75:15,15 85:7,8,8

SENATOR DAN PATRICK                                7/11/2014
CONFIDENTIAL TRANSCRIPT

95:4 105:24 117:22
125:16 126:12
127:5 141:15 149:5
159:3,15 164:14
177:17,17,18
189:19,23 210:3
228:5 242:23
245:10 267:13
275:6 326:11
329:10
**yelling** 314:1
**yesterday** 12:7 15:9
100:21 131:12,17
**you-all** 118:16
325:14
**Young** 2:13 7:10
197:4

————————
**Z**
**zero** 100:11

————————
**0**
**00:31:03** 333:16
**00004155** 96:1
**00009987** 176:2
**00010002** 152:24
**00261258** 199:23
206:13
**01:07:01** 333:16
**01:14:28** 333:15
**02** 153:4
**03** 153:7
**04:16:14** 333:15
**07** 33:15 246:6
315:13
**09** 315:13

————————
**1**
**1** 5:5 13:6,8 15:16
18:12 21:20 22:5
63:10,10 66:18,22
125:19 170:20
206:17 328:23
**1-26-11** 5:10
**10** 5:16 55:2 66:18
71:23 82:12,14 83:3

83:5 95:25 96:17
98:4,22 99:13
138:23 199:21
227:8 264:19,23,23
264:25 265:4,7
266:2,5 284:3
**10:17** 1:19
**100** 50:6,14,15,18,22
50:23 86:22,23
105:24
**100-500** 259:2
**100,000** 239:3
**102** 5:9
**11** 1:13,18 4:3 5:3,17
138:23 141:12
206:10,12 246:6
257:2 284:2,2
315:14 324:8,9
**118** 135:8
**119** 137:21 248:2,5
**11th** 170:13
**12** 5:18 94:8,14 135:9
135:13 138:6,12,23
161:9,11 179:22
227:8 254:20 324:9
**12-31-15** 333:23
**12,000** 49:3
**12:00** 121:3
**121** 5:10 140:25
**122** 333:24
**123** 132:9 142:17
247:21 248:3
**12548** 3:2,7,14
**126** 143:15
**129** 145:3
**12A** 5:20
**12A-12E** 254:20
**12B** 5:22
**12C** 5:23
**12D** 5:24
**12E** 6:1 257:5,21
**12th** 333:24
**13** 5:5 6:2 137:20
157:2 271:18
**133** 121:24

**14** 5:9 6:4,4 11:11,14
11:15,25 16:23 17:4
18:9,9,18 20:18
44:23 45:3 65:17
84:7 87:4 100:5,9
101:10,23 102:6,12
102:21 104:9 106:2
106:6,12,17,24
107:8,13,19 108:11
108:16 109:22
110:19,23 111:24
112:7,16,24 118:19
118:24 120:5,10,18
120:19,23 121:10
121:13 133:24
135:17,21 138:14
139:3 140:16
142:10 144:6
146:15 147:10
149:14,20,25 150:6
150:7,18,21 151:25
152:2 168:17
169:25 170:25
171:11,24 172:1,13
172:21 173:3 174:8
174:14 177:2
180:15 182:12
194:10,24 197:18
202:7 210:20
220:25 221:7,16
222:15 224:11
225:9 226:3,18
227:24 230:5 231:9
231:16 237:9 242:2
248:24 251:12
252:1 260:12
263:24 264:5
269:10,25 283:23
283:24 284:7
289:21,24,25 295:6
295:20 312:24
317:19
**14's** 145:15
**14th** 168:16
**15** 6:5 54:14 118:4

167:22 285:9
**15.182** 6:7
**15.185** 6:6
**150** 114:7
**152** 5:11
**1520** 1:22 2:21
**16** 6:6 71:25 140:24
287:7,10 325:20
**16,000** 285:2 319:17
**168** 5:12
**16th** 333:18
**17** 6:7 287:7,11
**176** 5:13
**18** 6:8 61:10 132:12
250:13,23 292:8
326:11
**187** 5:14
**1875** 2:15
**19** 104:16,22 161:8
161:11 166:14
167:18,18 247:22
248:1 256:9,25
**1950s** 163:20
**196** 4:7
**1988** 124:20 198:21
**199** 5:16

————————
**2**
**2** 4:5 5:6 48:6,8,18
63:10 161:8 185:8
189:11 217:15
239:21
**2-24-12** 5:23
**2:13-cv-193(NGR)**
1:5
**20** 61:10 104:16
142:16 163:15,17
164:10 165:2,2
166:12 257:2 284:6
284:10,11
**20-minute** 319:22
**2000** 168:17 182:4
**20006** 2:15
**2004** 182:4
**2005** 21:20 22:6

SENATOR DAN PATRICK
CONFIDENTIAL TRANSCRIPT

7/11/2014

52

**2006** 24:20 192:4,10
**2007** 24:19 25:24
  166:11 245:6
  255:13 318:19,21
  320:11,17 323:16
**2009** 48:3,4 54:20
  65:18 95:6,25 97:10
  99:5 108:25 111:11
  112:14 166:13
  245:6 320:20,22
  322:7 323:17
**2010** 18:12 21:21
  22:6 25:24 159:16
  176:7
**2011** 11:12 16:14,20
  16:24 18:12 23:2
  31:6 108:25 109:9
  110:16 111:10,12
  112:15 121:22
  153:13 154:1
  159:14 166:13
  168:17 169:25
  200:5 206:17
  211:25 245:6 246:3
  257:8 307:23
  308:15 309:16
  310:6 312:18 323:3
  323:3,4,18 325:5
**2012** 157:1 185:2
  331:18,19
**2013** 116:6 118:11
**2014** 1:13,18 4:3 5:3
  15:18 16:14,19
  84:16 333:18
**2015** 109:6
**202.305.4355** 2:6
**202.663.6262** 2:16
**20530** 2:5
**206** 5:17
**21** 165:2 256:10
**21-bill** 324:20,21
**21-vote** 167:24,25
  318:25 320:14
**21st** 164:11
**22** 66:23,24 109:7

**23** 119:15
**24** 61:9 143:13 200:5
  247:4
**24th** 201:8
**25** 96:7 119:14
  153:13 154:1
**25-year** 128:23
**254** 4:8 5:18,20,22,23
  5:24 6:1 204:1
**258** 238:1
**25th** 153:14
**26** 121:21 137:21
  163:16
**26-hour** 247:4
**26th** 132:10 135:9
**27** 18:12 257:15,16
**271** 6:2
**27th** 259:15
**28** 272:14,16
**283** 6:4
**285** 6:5
**287** 6:6,7
**28a** 273:1,6
**29** 63:10 145:2 176:7
**292** 6:8
**29403** 2:10
**29th** 176:8
**2nd** 258:8 259:1

---

**3**

**3** 5:7 13:12 18:6 55:4
  95:12,14 132:20
  170:25 269:9
  287:12,14,19
**3-10-09** 5:7
**3-29** 153:14,22
**3,000** 49:3
**30** 21:21 22:6 25:18
  25:19 61:10 63:10
  84:22 122:25
  146:10 282:15
  328:9
**307** 4:9
**30s** 162:20
**31** 104:25 109:7

162:21 165:14
  256:24 319:1
**331** 4:10
**333** 4:15
**35** 84:23 122:2
  197:19
**35,000** 224:25
**3500** 22:21
**36** 248:15
**362** 5:6 48:10,19,21
  48:22 51:7 54:19
  59:8,9,11 60:1
  64:22 65:13 66:1,17
  66:25 72:1 75:3,4
  76:25 77:13 78:13
  78:15,20 79:12 80:1
  80:19 81:9,14 82:14
  93:25 95:11 99:18
  100:2 101:22 102:6
  106:12 108:15
  110:4 111:22 112:7
  112:17,22 139:25
  141:6,19,21 147:10
  151:24 268:4 269:9
  269:20 270:1
**363** 333:24
**37** 6:6,7
**38** 84:23 97:3

---

**4**

**4** 5:9 18:4,16 102:9
  102:11,14 121:13
  152:24,25 281:20
**4-14-17** 333:22
**4-15-09** 5:22
**4,000** 22:21
**40** 122:25 221:15
  222:14
**400,000** 132:20
**4038** 333:23
**40s** 162:20
**48** 5:6
**4th** 258:4,7,8

---

**5**

**5** 5:10 21:12 66:17

78:16,22 79:1,3
  118:4,20 121:18,19
  123:10 147:12,14
  147:15,18,24 148:8
  148:15,21,22 149:9
  229:14 247:11
  280:20 292:6 328:7
  328:8
**5,000** 204:3
**5:00** 146:3
**50** 276:11 321:17
**500,000** 212:15
  238:25 281:21
**50s** 162:20
**512.463.2197** 3:4,9
  3:15
**521.142** 6:5 284:24
  285:13,17,19
**55** 321:17
**56** 199:24 200:3
**57** 199:24 200:3
**575** 2:9
**59** 199:23 206:13

---

**6**

**6** 5:11 55:2,3,4,7
  71:22 152:19,21
  170:20 272:8,9
**6:07** 1:19 332:18
**60** 140:3 256:11
  275:19 276:11
**600,000** 281:18
**605,000** 280:24
**60s** 162:21
**610** 217:22,23
**62** 84:7
**63.0101** 139:2 328:15
  328:23
**65** 43:23 71:10,11
  83:18,20 99:11,14
  114:10,11 281:13
  296:15 329:9
**65-plus** 265:1

---

**7**

**7** 5:12,24 24:25 168:8

SENATOR DAN PATRICK                                    7/11/2014
CONFIDENTIAL TRANSCRIPT

53

| | |
|---|---|
| 168:12 221:16 | 57:19 264:3,8,13,15 |
| 222:15 | 265:24 309:12 |
| **70** 27:5 125:16 | 323:21 |
| 126:12 127:5 129:8 | **900** 270:17 |
| 265:25 272:7 | **95** 5:7 |
| 277:19 | **950** 2:4 |
| **70-year-old** 129:13 | **96** 312:12 |
| **700,000** 281:18 | **9976** 169:5 |
| **70s** 129:13 | **9977** 168:11 |
| **713.225.8919** 2:22 | **9987** 176:6 |
| **713.653.7100** 333:25 | **9990** 176:2 |
| **7254** 2:4 | |
| **74** 312:13 | |
| **75** 214:18 215:6 | |
| 272:13,14,16 | |
| **76** 168:15 169:16,23 | |
| 272:24 | |
| **77** 169:16 203:13,19 | |
| 204:1,17 214:5,7 | |
| 224:13 | |
| **77002** 2:21 | |
| **77060** 333:25 | |
| **78711** 3:3,8,14 | |
| **795,000** 280:24 281:6 | |
| **7th** 34:1 | |

**8**

| | |
|---|---|
| **8** 5:13 21:13,15 | |
| 119:16 176:3,4 | |
| 179:22 287:16,16 | |
| **8:18** 170:2 | |
| **80** 27:5 35:18 50:7 | |
| 99:13 277:19 | |
| **808** 1:22 2:21 | |
| **80s** 331:6 | |
| **82nd** 31:5 | |
| **83rd** 26:21,24 | |
| **843.723.9804** 2:11 | |
| **88-year-old** 71:9 | |

**9**

| | |
|---|---|
| **9** 4:6 5:14 21:13 22:1 | |
| 22:13 107:12 | |
| 187:17,18,21 190:8 | |
| **9:00** 146:3 | |
| **90** 35:2,18 50:7 57:18 | |