## 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  CORPUS CHRISTI DIVISION
 3   MARC VEASEY, et al.,        )
              Plaintiffs,        )
 4                               )
        v.                       )  CIVIL ACTION NUMBER
 5                               )   2:13-cv-193(NGR)
     RICK PERRY, et al.,         )
 6            Defendants.        )
 7   ************************************************
 8     ORAL 30 (b)(6) DEPOSITION OF THE TEXAS DEPARTMENT OF
 9                    PUBLIC SAFETY
10                     JOE PETERS
11                   APRIL 30, 2014
12   ************************************************
13        ORAL DEPOSITION OF JOE PETERS, produced as a
14   witness at the instance of Plaintiffs, and duly sworn,
15   was taken in the above-styled and numbered cause on
16   April 30, 2014, from 8:54 a.m. to 4:52 p.m. before Kim
17   Seibert, CSR in and for the State of Texas, reported by
18   machine shorthand, at the law offices of DECHERT LLP,
19   300 West Sixth Street, Suite 2010, Austin, Texas,
20   pursuant to the Federal Rules of Civil Procedure and/or
21   the provisions stated on the record or attached hereto.
22
23
24
25
```

## 2

```
 1              A P P E A R A N C E S
 2
 3   FOR PLAINTIFF UNITED STATES OF AMERICA:
        Mr. Daniel J. Freeman
 4        - and-
        Ms. Elizabeth S. Westfall (By Telephone)
 5      U.S. DEPARTMENT OF JUSTICE
        Civil Rights Division
 6      950 Pennsylvania Avenue, NW
        NWB Room 7203
 7      Washington, DC  20530
        (202) 305-4355
 8      daniel.freeman@usdoj.gov
 9
     FOR THE VEASEY PLAINTIFFS:
10      Mr. Scott Brazil
        BRAZIL & DUNN, LLP
11      4201 Cypress Creek Parkway
        Suite 530
12      Houston, Texas  77068
        (281) 380-6310
13      scott@brazilanddunn.com
14
     FOR THE TEXAS STATE CONFERENCE OF NAACP BRANCHES
15   PLAINTIFFS:
        Ms. Jennifer Clark
16      BRENNAN CENTER FOR JUSTICE
        161 Avenue of the Americas
17      12th Floor
        New York, New York  10013
18      (646) 292-8332
        jennifer.clark@nyu.edu
19
          - and -
20
        Ms. Amy L. Rudd
21      DECHERT
        300 West Sixth Street
22      Suite 2010
        Austin, Texas  78701
23      (512) 394-3000
        amy.rudd@dechert.com
24
          - and -
25
```

## 3

```
 1      Mr. Ezra D. Rosenberg (By Telephone)
        DECHERT LLP
 2      902 Carnegie Center, Suite 500
        Princeton, New Jersey  08540
 3      (202) 261-3300
        Ezra.rosenberg@dechert.com
 4
     FOR THE TEXAS LEAGUE OF YOUNG VOTERS
 5   PLAINTIFF-INTERVENORS:
        Mr. Kelly P. Dunbar
 6        - and -
        Mr. Hasan Ali
 7      WILMER CUTLER PICKERING HALE AND DOOR, LLP
        1875 Pennsylvania Avenue, NW
 8      Washington, DC  20006
        (202) 663-6262
 9      kelly.dunbar@wilmerhale.com
10
     FOR THE ORTIZ PLAINTIFFS:
11      Mr. Robert W. Doggett
        TEXAS RIO GRANDE LEGAL AID, INC.
12      4920 North IH-35
        Austin, Texas  78751
13      (512) 374-2725
        rdoggett@trla.org
14
15   FOR THE DEFENDANTS:
        Mr. S. Ronald Keister
16      Mr. Stephen L. Tatum, Jr.
        Ms. Lindsey Wolf
17      OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548
18      Austin, Texas  78711
        (512) 463-2197
19      ronny.keister@oag.state.tx.us
20
     ALSO PRESENT:
21      Ms. Kathleen Murphy-Darveau
        TEXAS DEPARTMENT OF PUBLIC SAFETY
22      5805 North Lamar Boulevard
        Austin, Texas  78752
23      (512) 424-2420
        kathleen.murphy@dps.texas.gov
24
          - and -
25
```

## 4

```
 1      Ms. Teresa Guerra Snelson
        ASSISTANT DISTRICT ATTORNEY
 2      411 Elm Street
        Dallas, Texas  75202
 3      (214) 653-7358
 4
 5   REPORTED BY:
        Kim Seibert, CSR, RPR
 6      U.S. Legal Support, Inc.
        Austin Centre
 7      701 Brazos, Suite 380
        Austin, Texas  78701
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JOE PETERS                                                          4/30/2014

5

INDEX

Appearances.................................. 2

JOE PETERS

Examination by Mr. Freeman..................... 8
Examination by Mr. Brazil..................... 147
Examination by Mr. Dunbar.................... 189
Examination by Ms. Clark.................... 238
Examination by Mr. Doggett................. 301
Further Examination by Mr. Freeman............. 320
Further Examination by Mr. Dunbar............. 323
Witness' Signature Page........................ 330
Reporter's Certificate......................... 332


EXHIBITS

NUMBER       DESCRIPTION           PAGE

Exhibit 36    ..........................    17
              Notice of Deposition
Exhibit 37    ..........................    28
              Senate Bill 14
Exhibit 38    ..........................    32
              Texas Administrative Code,
              Title 37, Part 1,
              Chapter 15
Exhibit 39    ..........................    60
              Article in the Fort Worth Star
              Telegram in September
              of 2013
Exhibit 40    ..........................    81
              Interlocal Cooperation Contract
              for Mobile EIC
              operations between the
              Department of Public
              Safety and Duval
              County, Texas
Exhibit 41    ..........................    88
              E-mail from Tony Rodriguez to
              Wroe Jackson dated
              October 2nd, 2013

6

Exhibit 42    ..........................    98
              Affidavit
Exhibit 43    ..........................    110
              E-mail dated
              February 1st of 2011
Exhibit 44    ..........................    123
              E-mail String
Exhibit 45    ..........................    145
              Texas Administrative Code
              Title 37, Chapter 15,
              Subchapter (b),
              Section 15.46
Exhibit 46    ..........................    186
              Calculation utilized in putting
              the fiscal note
              together for S.B. 14.
Exhibit 47    ..........................    197
              Cover e-mail from Janie Smith to
              Witness
Exhibit 48    ..........................    205
              Data from Texas State
              University
Exhibit 49    ..........................    211
              E-mail from Robert
              Bodisch dated 9-23-03
Exhibit 50    ..........................    219
              E-mail Exchange dated
              9-10-13
Exhibit 51    ..........................    246
              E-mail dated 6-21-13
Exhibit 52    ..........................    251
              E-mail dated 6-24-13
Exhibit 53    ..........................    268
              E-mail dated 10-3-13
Exhibit 54    ..........................    273
              County Election Certificate
              Training Plan, dated
              10-2-13
Exhibit 55    ..........................    276
              Texas Election
              Identification
              Certificate County
              Clerk Mobile Light
              Training

7

Exhibit 56    ..........................    276
              Manual Entitled
              "Election
              Identification
              Certificate County Set
              Up and Issuance
              Training"
Exhibit 57    ..........................    277
              Printout of Election
              Identification
              Certificates, EIC
              Documentation
              Requirements date
              stamped 4/27/2014
Exhibit 58    ..........................    285
              Poster:  Election Identification
              Certificates Available
              Here
Exhibit 59    ..........................    289
              E-mail from Keith Ingram to
              Joyce Cohen entitled,
              "Mobile EIC"
Exhibit 60    ..........................    293
              Media Publication Outreach
              Election Identification
              Certificates
Exhibit 61    ..........................    302
              EIC Application
Exhibit 62    ..........................    322
              Report showing 53 EICs

8

MR. FREEMAN:  Okay.  We're on the record.

JOE PETERS,

having been first duly sworn, testified as follows:

EXAMINATION

BY MR. FREEMAN:

Q.  Mr. Peters, thank you for taking the time for
the deposition.  If you could please state your name
for the record.

A.  Joe Peters.

Q.  So my name is Dan Freeman, and I represent the
United States of America in this matter.  And I'll
allow the others in the room -- we have several other
attorneys in the room.  I'll allow them to introduce
themselves for the record as well.

A.  Okay.

MR. BRAZIL:  Scott Brazil for the
Veasey plaintiffs.

MR. DUNBAR:  Kelly Dunbar for the Texas
League of Young Voters Group.

MR. ALI:  Hasan Ali for the Texas League
of Young Voters Group.

MS. CLARK:  Jennifer Clark for MALC and
Texas NAACP.

MS. RUDD:  Amy Rudd for MALC and Texas
NAACP.

JOE PETERS                                              4/30/2014

9

1        MR. DOGGETT:  Robert Doggett, Ortiz
2    plaintiffs.
3        MR. KEISTER:  Ronnie Keister for the
4    defendants, along with Lindsay Wolf and Stephen Tatum
5    and Kathleen Murphy as general counsel for DPS and the
6    witness.
7        MR. FREEMAN:  And joining by phone is my
8    colleague, Elizabeth Westfall, who also represents the
9    United States, although she will not be speaking.
10       Q.  (BY MR. FREEMAN) Sir, have you ever been
11   deposed before?
12       **A.  Yes, I have.**
13       Q.  So you know the basic rules.  But just so that
14   we're clear, a deposition functions by question and
15   answer.  So I'll be asking questions --
16       **A.  Yes, sir.**
17       Q.  -- you'll be answering questions.  The court
18   reporter needs to be able to get everything down for
19   the record, so it's important for you to articulate
20   rather than gesture --
21       **A.  Understood.**
22       Q.  -- when you answer.  Thank you.
23       It's also important that we don't speak
24   over each other, so -- because the court reporter can
25   only get down one thing at time.  So if you can wait

10

1    until I'm done answering my question before you answer
2    and I will make sure not to interrupt your answer with
3    another question.
4        **A.  Understood.**
5        Q.  Do you understand?
6        **A.  Yes, sir.**
7        Q.  Thank you.
8        So the purpose of the deposition is in
9    order to record your testimony to the full extent of
10   your knowledge.  So we need you to give full and
11   complete answers to my questions.  Do you understand?
12       **A.  Yes, sir.**
13       Q.  I may not always be clear.  If you don't
14   understand, can you ask me to restate the question?
15       **A.  Sure.**
16       Q.  If you need a break, please tell me and we'll
17   finish the current question and then see about a break.
18   Is that all right?
19       **A.  Yes, sir.  Yes, sir.**
20       Q.  If you need to get up for more water or for a
21   cup of coffee, please do that between questions and not
22   while a question is pending.  Do you understand?
23       **A.  Yes, sir.**
24       Q.  If you want to talk to your attorney, that's
25   fine.  But if there's a question pending or you're in

11

1    the middle of an answer, I'll need you to finish up
2    your answer first and then you can speak to your
3    attorney.
4        **A.  Okay.**
5        Q.  Do you understand?
6        **A.  Yes, sir.**
7        Q.  Sometimes you'll remember things later in the
8    day.  If that happens, please let know while it's on
9    your mind and well add it to the record.  Will you do
10   that?
11       **A.  Yes.**
12       Q.  I'll give you regular chances to do that as
13   well.  Okay?
14       **A.  Yes.**
15       Q.  Sometimes after we've been talking for a while
16   you may realize that a prior answer was not entirely
17   accurate or complete.  If you realize that, will you
18   let me know so we can correct the record?
19       **A.  Yes, sir.**
20       Q.  And sometimes while you're answering you may
21   think of a document that would help you remember or
22   help you answer more accurately.  If you do, will you
23   let me know?
24       **A.  Yes.**
25       Q.  We have a bunch of documents here and we may

12

1    not be able to get -- and we may be able to get a
2    document in order to assist you even if we don't have
3    it at present.  Okay?
4        **A.  Yes, sir.**
5        Q.  Are you on any -- and this just a standard
6    question.  Are you on any medication or drugs that
7    might make it difficult for you to understand or answer
8    questions?
9        **A.  No.**
10       Q.  Have you had anything alcoholic to drink in
11   the last eight hours?
12       **A.  No, sir.**
13       Q.  Are you at all sick today in a manner that
14   would prevent you from understanding my questions or
15   recalling the answers to them?
16       **A.  No, sir.**
17       Q.  Is there any reason you can think of why you
18   would not be able to answer my questions fully and
19   accurately?
20       **A.  No, sir.**
21       Q.  And the last thing, I want to remind you that
22   you're under oath and subject to federal penalties for
23   giving false or misleading testimony.  So it's
24   important to answer my questions truthfully,
25   accurately, and completely.  Do you understand?

JOE PETERS                                                    4/30/2014

---

13

1    A.  Yes, sir.
2    Q.  Any questions so far?
3    A.  No, sir.
4    Q.  That was the easy part.
5        Mr. Peters, what is your position?
6    A.  I'm the assistant director at the Department
7  of Public Safety for the driver's license division.
8    Q.  And what are your responsibilities in that
9  position?
10    A.  I oversee driver licensing, ID card issuance,
11  and election identification card issuance, enforcement
12  and compliance, policy and business improvement, and
13  business intelligence in the driver's license division.
14    Q.  And with regard to that supervision, is that
15  mostly at a policy level, is there a certain amount of
16  communication?  Well, first, is that generally at a
17  policy level?
18    A.  Yes.
19    Q.  Do you communicate directly with supervisors
20  at the various DPS regions?
21    A.  I do.
22    Q.  Under what circumstances?
23    A.  The circumstances vary where I may communicate
24  with regional commanders across the state.  Probably
25  the majority of those communications, from my

---

14

1  perspective, are DL related and often personnel
2  related.
3    Q.  And when you say "DL" you mean driver's
4  license?
5    A.  Yes, sir.  I'm sorry.
6    Q.  No, it's fine.  And I'm happy to use that
7  moving forward.
8    A.  Okay.
9    Q.  Just want to make sure we're clear on the
10  record that "DL" means driver's license.
11    A.  Yeah.
12    Q.  And with regard to EIC communications, do they
13  communicate to you directly regarding EIC programs as
14  well?
15    A.  Yes, sir.
16    Q.  Okay.  And who do you report to?
17    A.  I report to the deputy director for services
18  at the Department of Public Safety.
19    Q.  And who is that?
20    A.  Cheryl McBride.
21    Q.  How long have you been in your position?
22    A.  Ten months.
23    Q.  And what is your educational background?
24    A.  Bachelor of Science in law enforcement from --
25  well, Southwest Texas State, now Texas State

---

15

1  University.
2    Q.  Okay.  Anything else?
3    A.  High school education, lots of law enforcement
4  training.
5    Q.  Okay.  And what is your employment background?
6    A.  Was with -- well, during my high school years
7  I was dispatcher for a small rural sheriff's office in
8  Zavala County.  Then I worked for a funeral home.  And
9  I went to the highway patrol when I was -- well,
10  actually went to academy at 20 years old.  Got out of
11  the highway patrol academy, went to highway patrol in
12  Kerrville, and then got drafted into the Army.  Spent
13  three years in -- well, 2-1/2 years, really, in the
14  Army criminal investigation division, assigned to
15  Fort Meade, Maryland most of that time and Seoul,
16  South Korea for part of that time.
17        Then I reinstated into -- took a military
18  leave from the department for my military service, came
19  back into the department, highway patrol here in
20  Austin, and promoted to highway patrol sergeant.  I
21  went to Fort Bend County and served there for about
22  two years, when I got assigned to reorganize the
23  governor's security detail back here in Austin.  Moved
24  back to Austin, was there for about three years.
25  Promoted to Texas Ranger and went to Atascosa County

---

16

1  and was there for the next 18 years, until I retired in
2  '98, September of '98.
3        After that, I -- the -- I went to work
4  for the Sheriff's Association of Texas under a grant
5  from the Department of Justice to provide technology
6  assistance to state and local law enforcement across
7  the country, and was there for probably eight or
8  nine years.  Then the director at the Department of
9  Public Safety called me and asked me to come back and
10  serve as legislative liaison in 2012.  And I did that
11  for just over a year, and then took the assistant
12  director position for driver's license.
13    Q.  Okay.  So during your time working for the
14  State prior to your current position, you had not
15  worked in any licensing field?
16    A.  No, sir.
17    Q.  Okay.  Do you understand that you're
18  testifying on behalf of the State of Texas and not in
19  your individual capacity?
20    A.  Yes, sir.
21    Q.  When did you first learn that you would be
22  testifying on behalf of the State?
23    A.  December, I think.  I don't remember for sure,
24  but, you know, when -- when I got a copy of the notice
25  that was delivered to me by OGC.

17

1    Q.  And "OGC," you mean Office of General Counsel?
2    A.  Office of General Counsel at DPS, yes.
3    Q.  I'm happy to do that whenever we need.  Don't
4    worry.  Okay.
5    A.  Okay.
6    Q.  Are you represented by counsel here today?
7    A.  Yes, sir.
8    Q.  Who is representing you?
9    A.  Attorney General's Office and our Office of
10   General Counsel.
11   Q.  So the attorneys who represent you may object.
12   But you should answer unless he or she specifically
13   instructs you to -- not to answer.  Do you understand?
14   A.  Understood.
15   Q.  Okay.
16         MR. FREEMAN:  If the court reporter could
17   mark this.
18         (Exhibit No. 36 marked.)
19         THE REPORTER:  Exhibit 36.
20         MR. BRAZIL:  What number did you say this
21   was?
22         THE REPORTER:  36.
23   Q.  (BY MR. FREEMAN)  Sir, have you seen this
24   document before?
25   A.  Yes, I believe I have.

18

1    Q.  And what subjects within the document are you
2    prepared to testify about today?
3    A.  Do you want me to read the subjects or just
4    give you the number?
5    Q.  Just the number is fine.
6    A.  Okay.  I should be able to testify on 1, 2, 3,
7    part --
8         MR. KEISTER:  Excuse me just a minute,
9    Joe.
10        THE WITNESS:  Go ahead.
11        MR. KEISTER:  Counsel, there -- we have
12   designated him on certain numbers and you're giving --
13   you're going numbers that we haven't designated yet.
14   So it may be helpful if I let him see the letter we
15   sent you.
16        MR. FREEMAN:  That's fine.
17        MR. KEISTER:  He has knowledge about a
18   lot that we won't be designating him on, obviously.
19        MR. FREEMAN:  Okay.
20        MR. KEISTER:  So why don't we just look
21   through this letter.
22        THE WITNESS:  Okay.
23        MR. KEISTER:  And on the ones that your
24   name appears, that's the one -- that's the ones we
25   designated you on.

19

1         THE WITNESS:  Okay.  Then --
2    Q.  (BY MR. FREEMAN)  That's fine.  So I guess
3    I'll withdraw my question and I'll say, among the
4    topics for which you have been designated, which topics
5    are you prepared to testify about today?
6    A.  Okay.  2.
7         MR. BRAZIL:  Are we looking at the letter
8    now on February 26th?
9         MR. KEISTER:  I think so.
10        MR. BRAZIL:  Okay.  I just want to make
11   sure we're all in front of the same thing.
12        THE WITNESS:  5, 6, 7, 8, 9, 10, part of
13   11, part of 12, 13, 14, 19, 20, 21, and 23, and part of
14   24.
15   Q.  (BY MR. FREEMAN)  Are there any topics for
16   which you've been designated that you are not prepared
17   to testify about today?
18   A.  The only -- you know, I think I'm prepared to
19   do some testimony on all of them.  But given my short
20   experience in the driver's license division, I may not
21   be able to give you a complete answer.  But if I don't
22   I'll tell you.  It will be obvious.
23   Q.  Okay.  What did you do to prepare for your
24   deposition?
25   A.  Reviewed my predecessor's deposition from

20

1    prior litigation.
2    Q.  And was that Ms. Davio?
3    A.  Yes, it was.  And I reviewed e-mails and other
4    documentation that was provided as part of the request
5    for production.
6    Q.  Do you recall which e-mails in particular you
7    reviewed?
8    A.  No, I don't.
9    Q.  Do you have copies of those e-mails with you
10   today?
11   A.  I don't have them with me, no.
12   Q.  Okay.  And those were only e-mails that were
13   previously produced in this litigation?
14   A.  That's correct.
15   Q.  Okay.  Anything else?
16   A.  No.
17   Q.  Okay.  Did you meet with counsel?
18   A.  I did.
19   Q.  And when was that?
20   A.  Friday, Monday, yesterday, and at various
21   times prior to Friday with Office of General Counsel at
22   DPS.
23   Q.  Anyone other than Office of General Counsel at
24   DPS?
25   A.  No.

JOE PETERS                                                          4/30/2014

---

21

1     Q.  Did you speak to anyone else about your
2   deposition?
3     **A.  About the deposition specifically?**
4     Q.  Yes.
5     **A.  I may have -- I may have spoken to some of my**
6   **staff in the process of trying to refresh my memory on**
7   **some of the events.**
8     Q.  Anyone in particular?
9     **A.  Paul Watkins, Tony Rodriguez, Steve Bell**
10  **primarily.**
11    Q.  And who is Mr. Watkins?
12    **A.  He's my deputy assistant director for customer**
13  **operations.**
14    Q.  And who is Mr. Rodriguez?
15    **A.  He's the senior manager for customer**
16  **operations, responsible for the south and western**
17  **portions of the state.**
18    Q.  And so does Mr. Rodriguez report to
19  Mr. Watkins?
20    **A.  Yes, he does.**
21    Q.  And who is Mr. Bell?
22    **A.  Mr. Bell is the senior manager for the north**
23  **and east portions of the state for customer operations.**
24    Q.  And does Mr. Bell report to Mr. Watkins?
25    **A.  Yes, he does.**

---

22

1     Q.  And are Mr. Rodriguez and Mr. Bell the only
2   individuals at their level?  Do they encompass the
3   entirety of the state between the two of them?
4     **A.  Well, between -- for customer operations with**
5   **respect to driver's license offices and customer**
6   **service representatives, yes.**
7     Q.  Okay.
8     **A.  There are -- there's another senior manager in**
9   **our -- well, there are other senior managers on the**
10  **other side of the division.  But within -- within**
11  **customer operations our business improvement or**
12  **business intelligence center is headed by a senior**
13  **manager.  But there are no customer service**
14  **representatives that -- that he deals with or that**
15  **answer to him directly.**
16    Q.  And was anyone else present besides those
17  three individuals when you spoke with them about your
18  deposition?
19    **A.  There may have been.  I don't recall.  Because**
20  **I spoke to them at various times.**
21    Q.  If there had been, would those have only been
22  individuals from DPS or would --
23    **A.  Yes.  Yes.**
24    Q.  Okay.  Thank you.
25        So you said that you had been --

---

23

1         MR. BRAZIL:  Let him finish his question
2   first before you answer because at the end of this depo
3   she's going to be tired.
4         THE WITNESS:  Okay.
5         MR. BRAZIL:  She's trying to keep up.  So
6   give him a second to finish.
7         THE WITNESS:  Okay.
8         MR. KEISTER:  Yeah, let him pause and
9   then --
10        THE WITNESS:  Okay.
11    Q.  (BY MR. FREEMAN)  So, Mr. Peters, you've been
12  deposed previously.  When did that happen?
13    **A.  It was before I retired from DPS.  Probably**
14  **1997.**
15    Q.  And what was that matter?
16    **A.  It was a civil matter.**
17    Q.  What did it relate to?
18    **A.  A banker had intimate knowledge of a -- of an**
19  **elderly rancher who was mentally challenged that owned**
20  **a little over 1,000 acres of property in Atascosa**
21  **County.  And the rancher disappeared one day, no one in**
22  **the community knew where he was, where he went, and**
23  **there was concern that he had met an untimely death.**
24  **And I was -- as the ranger, I was asked by the**
25  **sheriff's office to assist in investigating his**

---

24

1   disappearance.
2       **We ultimately found out that the banker**
3   **had arranged for a one-way flight for him to New York,**
4   **and we found him in New York finally.  And the**
5   **family -- and then determined that the banker had**
6   **purchased that 1,000 acres of property for $100 an acre**
7   **back when it was probably worth closer to $1,000 an**
8   **acre.**
9       **The old man's family sued the banker, and**
10  **I was called and deposed on -- with respect to the**
11  **civil suit that the family filed against the bank --**
12  **the banker.**
13    Q.  And was that the only matter in which you've
14  been deposed?
15    **A.  I've been deposed in civil actions as a result**
16  **of motor vehicle traffic accidents while I was in the**
17  **highway patrol.  And I don't remember the specifics of**
18  **those.  That was long ago.**
19    Q.  And in those matters you were deposed as a
20  witness?
21    **A.  Yes.**
22    Q.  And not -- not in any matter in which the
23  State of Texas was a party, correct?
24    **A.  Correct.**
25    Q.  Okay.  Did you ever testify in court?

---

JOE PETERS                                                    4/30/2014

25

1     **A.  Yes, I did.**
2     Q.  And was that in the banker matter or the
3  traffic matters?
4     **A.  In -- in traffic matters.  And I have -- are**
5  **you talking about with respect to those matters**
6  **specifically or any of the criminal cases that I've**
7  **testified in?**
8     Q.  That's a separate --
9     **A.  Okay.**
10     Q.  That's a separate question.
11     **A.  That's why I asked the question.**
12     Q.  I mean civil matters.  Thank you for -- and
13  that's clarification.  Thank you so much.
14     **A.  Civil matters, yes, I have testified.**
15     Q.  Okay.  And was that in the banker matter?
16     **A.  No.**
17     Q.  Was that in the traffic matters?
18     **A.  That was traffic matters.**
19     Q.  Have you testified in court in any criminal
20  matters?
21     **A.  Yes, I have.**
22     Q.  And was that in your capacity as a -- as a
23  Texas Ranger?
24     **A.  And as a highway patrolman.**
25     Q.  Okay.  Have you ever personally been a party

26

1  to a lawsuit?
2     **A.  No.**
3     Q.  In any of those criminal matters did a court
4  ever find your testimony specifically not to be
5  credible?
6     **A.  No, sir.**
7     Q.  Are you familiar with Senate Bill 14 from the
8  2011 regular session?
9     **A.  Yes, sir.**
10     Q.  What is your understanding of Senate Bill 14
11  from 2011 regular session?
12     **A.  Basically it established a photo -- voter**
13  **photo identification requirement in Texas.**
14     Q.  Anything else?
15     **A.  And that DPS was directed to provide those**
16  **photo identifications for prospective voters in Texas**
17  **who might not otherwise have a photo ID as required by**
18  **the law.**
19     Q.  And is that only to vote in person or absentee
20  as well?
21     **A.  In person.**
22     Q.  Have you ever actually read Senate Bill 14?
23     **A.  I have.**
24     Q.  If I refer to Senate Bill 14 from the 2011
25  regular session as "S.B. 14," will you understand that

27

1  for purposes of this deposition?
2     **A.  I will.**
3     Q.  Are you familiar with the term "election
4  identification certificate"?
5     **A.  I am.**
6     Q.  What is an election identification
7  certificate?
8     **A.  That's the -- the actual card or the document**
9  **that was required by the provisions of Senate Bill 14.**
10  **It contains a photo of the -- of the holder and a**
11  **certificate number.  What else?**
12     Q.  Are there -- what are the other --
13     **A.  There's not much else on it.  I'm sorry?**
14     Q.  What other -- what besides a photo and a
15  document number is on the card?
16     **A.  I think the words "Election Identification**
17  **Certificate" are on the card.  I don't recall any of**
18  **the -- anything else.  But there's not a whole lot of**
19  **information on it.**
20     Q.  Is the voter's name on the card?
21     **A.  Yes.**
22     Q.  Is the voter's address on the card?
23     **A.  No.**
24     Q.  Is the voter's date of birth on the card?
25     **A.  I believe it is, yes.**

28

1     Q.  Is there an expiration on the card?
2     **A.  Yes, unless you're over 60 years old, and then**
3  **those don't expire.**
4     Q.  And that's at the age at the date of issuance?
5     **A.  Correct.**
6     Q.  Okay.  If I refer to an election
7  identification certificate as an "EIC," will you
8  understand that for purposes of this deposition?
9     **A.  I will.**
10     Q.  And, to your knowledge -- sorry.  To look
11  back, there -- to your knowledge, there's nothing else
12  on the card besides those categories of information
13  that we just discussed?
14     **A.  I don't recall anything else.**
15     Q.  Okay.
16          (Exhibit No. 37 marked.)
17          THE REPORTER:  Exhibit 37.
18     Q.  (BY MR. FREEMAN)  Sir, what is this document?
19  Just to speed things up, is this a copy of S.B.14 that
20  we discussed previously?
21     **A.  Yeah, it does appear to be a copy of Senate**
22  **Bill 14.**
23     Q.  And you said that you had read this bill
24  before?
25     **A.  Yes, I did.**

---

29

1      Q.  Were you the legislative liaison for DPS at
2  the time that this was passed?
3      **A.  No, sir.**
4      Q.  Okay.  Could you turn to Page 13 and take a
5  look at Section 20?
6      **A.  I'm there.**
7      Q.  What is your best understanding of an
8  election -- of the requirements of an election
9  identification certificate based on your reading of
10  Exhibit 37?
11           MR. KEISTER:  Objection, vague.
12      Q.  (BY MR. FREEMAN)  You may answer.
13           MR. KEISTER:  You can answer.
14           THE WITNESS:  The Section 521A.001 says,
15  "The department shall issue an election identification
16  certificate to a person who states that the person is
17  obtaining the certificate for the purposes of
18  satisfying Section 63.001(b) of the election code and
19  that person does not have another form of
20  identification described by 63.0101 of the election
21  code."
22      Q.  And that's -- that's the text of
23  Section 521A.001, Sub (a)?
24      **A.  Correct.**
25      Q.  Okay.  If you'll look at Section 20,

---

30

1  Subsection (f)?
2      **A.  F as in Frank?**
3      Q.  F as in Frank.  What is your understanding of
4  that provision?
5      **A.  The -- the text says, "The department may
6  require each applicant for an original or renewal
7  election identification certificate to furnish to the
8  department the information required by Section 521.142.**
9      Q.  And that's Section 521.142 of the
10  transportation code?
11      **A.  Correct.**
12      Q.  Does the statute require an applicant for an
13  EIC to provide any particular information or data?
14      **A.  Specific information?**
15      Q.  Yes.
16           MR. KEISTER:  Objection, calls for a
17  legal conclusion.
18           But you can answer.
19           THE WITNESS:  I'm not certain exactly
20  what 521 requires, whether it specifies a particular
21  document.  I believe -- I believe it doesn't, but I
22  want to qualify the answer.
23      Q.  (BY MR. FREEMAN)  I guess if I can refine my
24  question.  Does Subsection (f) require -- state that
25  the department must require particular forms of

---

31

1  identification?
2      **A.  No, sir.**
3      Q.  It only establishes that the department may
4  require certain forms?
5      **A.  Yes, sir.**
6      Q.  And, to your knowledge, what information or
7  data may the Department of Public Safety require an
8  individual to provide?
9      **A.  If you're talking about what 521.142 says
10  specifically, I don't recall specifically the
11  information that it requires.  But, you know, we do
12  require certain forms of identification.**
13      Q.  And is it a matter of the department's
14  discretion, then, to determine what an individual must
15  require?
16      **A.  Yes, sir.**
17      Q.  Are you familiar with the regulations that the
18  Department of Public Safety has promulgated in order to
19  implement Section 521A.001(f) of the Texas
20  Transportation Code?
21      **A.  Are you referring to the administrative rule?**
22      Q.  Is -- are -- is the administrative rules -- is
23  that the term that you use to refer to regulations?
24      **A.  Yes.**
25      Q.  Then, yes.

---

32

1      **A.  Yes.**
2           (Exhibit No. 38 marked.)
3           THE REPORTER:  Exhibit 38.
4      Q.  (BY MR. FREEMAN)  What is this document?
5      **A.  This appears to be a copy of the Texas
6  Administrative Code, Title 37, Part 1, Chapter 15.**
7      Q.  Is this the complete set of regulations that
8  DPS has promulgated to implement its election
9  identification certificate program?
10      **A.  I believe it is.**
11      Q.  When were these promulgated?
12      **A.  2011.**
13      Q.  Do you know more specifically?
14      **A.  No, but I think it was in December.**
15      Q.  Who drafted these regulations?
16      **A.  This was before my time, but I'm advised by
17  staff that it was a collaboration, and I think probably
18  Janie Smith was the primary drafter, with the
19  assistance and guidance from the Office of General
20  Counsel.**
21      Q.  And who is Janie Smith?
22      **A.  She is in our policy and business improvement
23  section of the customer support division.**
24      Q.  Okay.  And that collaborative process, could
25  you explain the nature of that process?

---

JOE PETERS                                                                    4/30/2014

33

1     **A. Not for this. I wasn't there.**
2     Q. What is the general type of process that is
3     used to develop regulations in areas under your
4     supervision?
5     **A. The policy and business improvement staff**
6     **identifies the -- the need for those rules and the**
7     **language that needs to be in those rules for DPS to**
8     **accomplish whatever it is we're trying to accomplish.**
9     **And the policy and business improvement staff will --**
10    **will develop a draft with -- in consultation with the**
11    **Office of General Counsel to be sure that we've covered**
12    **everything in statute that we're required to**
13    **accomplish.**
14    Q. And who is required to approve those
15    regulations once they've been drafted?
16    **A. Ultimately for the division?**
17    MR. KEISTER: You've got to slow down,
18    let him pause.
19    THE WITNESS: Okay.
20    Would you restate your question?
21    Q. (BY MR. FREEMAN) Who is ultimately -- who has
22    to approve those regulations before they're finalized?
23    **A. Ultimately, I sign off on those.**
24    Q. Anyone above you?
25    **A. Well, let me back up. I sign off on those and**

34

1     **the Public Safety Commission has to approve final**
2     **adoption of them once I've signed off on them.**
3     Q. And that -- the Public Safety Commission is a
4     separate supervisory body that oversees the Department
5     of Public Safety?
6     **A. Correct.**
7     Q. If you could please take a look at
8     Section 15.181(c)(1)?
9     **A. C, as in Charles, 1?**
10    Q. C, as in Charles, 1.
11    **A. Okay.**
12    Q. Does this section require an applicant who is
13    already a registered voter to present a voter
14    registration card issued to that individual when
15    applying for an election identification certificate?
16    **A. That's what the rule says.**
17    Q. If the registered voter has lost their card,
18    are they unable to apply for an election identification
19    certificate?
20    **A. No, they would still be able to apply for an**
21    **election identification certificate.**
22    Q. How would they do that?
23    **A. They would specify on their application that**
24    **they are a registered voter. If they're not a**
25    **registered voter, they can apply for voter registration**

35

1     at that point.
2     Q. But if they are a registered voter, but do not
3     have a copy of their voter registration card because
4     they have lost it, how would they apply?
5     **A. They just attest that they are a registered**
6     **voter.**
7     Q. And so an applicant who is a registered voter,
8     in fact, does not have to present their voter
9     registration card?
10    **A. That's correct.**
11    Q. Okay. Is it possible for the Department of
12    Public Safety to query the Secretary of State's office
13    to verify whether an individual is a registered voter?
14    **A. We -- I don't think we have direct connection**
15    **with the Secretary of State to develop -- I mean, to**
16    **determine whether or not a voter is registered. They**
17    **sign the affidavit on the application form ensuring or**
18    **saying that they are, and we take that. And from there**
19    **it's out of our hands.**
20    Q. So there's no current process to do that?
21    **A. Not that I'm aware of.**
22    Q. Is there any technical impediment to doing
23    that?
24    **A. Well, there is a technical impediment in that**
25    **we don't have connectivity to the voter -- direct**

36

1     **connectively to a voter registration file.**
2     Q. Could they call someone at the Secretary of
3     State's office?
4     **A. I suppose they could.**
5     Q. Is there any legal impediment to doing that to
6     your knowledge?
7     **A. Not that I'm aware of.**
8     Q. Could you please take a look at Section
9     15.181(d)?
10    **A. B, as in boy?**
11    Q. D, as in --
12    **A. Oh, D, as in David?**
13    Q. -- as in David.
14    **A. Okay.**
15    Q. The term has been -- so -- sorry. Strike
16    that.
17    This provision bars an individual who has
18    been issued certain documents that would be sufficient
19    to cast an in-person ballot under S.B. 14 from
20    obtaining an EIC, correct?
21    **A. Would you state your question again? I'm not**
22    **sure I followed it.**
23    Q. Sure. This provision bars an individual who,
24    quote, has been issued, close quote, a set of documents
25    that are sufficient to cast an in-person ballot under

JOE PETERS                                                    4/30/2014

---

**37**

1   S.B. 14 from obtaining an EIC from DPS, correct?
2       A. Yes.
3       Q. What if that document has been lost or stolen?
4       A. If the document has been lost or stolen,
5   assuming that it's a driver's license or an ID card
6   that was issued by DPS, we can determine whether or not
7   they still have a valid card or still have a valid
8   license, and we would issue the -- we would not issue
9   the election identification certificate.
10      Q. Is there a fee for an individual who has
11  DPS-issued ID, but has lost that ID to obtain a new
12  copy?
13      A. Yes.
14      Q. How does your office verify that an individual
15  has been issued one of those sets of documents?
16      A. We would query the driver's license system,
17  the driver's license database, and determine whether or
18  not there's a valid card or a valid issuance.
19      Q. The driver's license database addresses both
20  driver's licenses and Texas personal identification
21  cards?
22      A. Yes, sir.
23      Q. Does -- would -- strike that.
24          Does the department verify the license to
25  carry database?

---

**38**

1       A. No, sir.
2       Q. Does it check against any other forms of
3   identification set out in this regulation?
4       A. No, sir.
5       Q. Okay. Is it correct that an individual whose
6   identification will be expired by 60 days or more on
7   the date of an upcoming election but whose ID is not
8   expired by 60 days on the date of the application
9   cannot apply for an EIC?
10      A. They would -- they could apply.
11      Q. They could apply --
12      A. If --
13      Q. -- notwithstanding the fact that their
14  identification is not expired by 60 days or more on the
15  date that they are applying?
16      A. They could apply.
17      Q. And so the -- the actual rule for DPS is not
18  that the person has not been issued a driver's license
19  that expired no earlier than 60 days before the date of
20  the application, correct? That's not the rule?
21      A. That is the rule.
22      Q. So the rule is that an individual's driver's
23  license has to be expired by 60 days or more on the
24  date that they apply for an EIC, correct?
25      A. The rule is that if they have a driver's

---

**39**

1   license or an ID card that has expired no earlier than
2   that 60 days, then we would not issue them an EIC.
3       Q. So if an individual comes in seeking an EIC a
4   month before an election --
5       A. Uh-huh.
6       Q. -- their ID has been expired for 45 days --
7       A. Uh-huh.
8       Q. -- you will not issue them an EIC at that
9   time, correct?
10      A. Correct.
11      Q. They would need to come back closer to the
12  election, correct?
13      A. Yes.
14      Q. Okay. And if the individual's license expires
15  the day before the election -- excuse me -- would be
16  60 days expired the day before the election, they would
17  not have to come back on that day, correct?
18      A. I'm not sure I understand your question. But
19  if you're saying that if their -- if their license
20  expired the day before the election and they came in --
21      Q. No. If their license was 60 days expired. So
22  it would no longer --
23      A. If it was already 60 days expired?
24      Q. 59 days the day before the election, you would
25  not issue them the EIC the day before the election even

---

**40**

1   though the election was the next day and the license
2   would not be sufficient to vote under S.B. 14 on the
3   election day, correct?
4       A. Well, yeah, that would be correct.
5       Q. Okay. Please look at Section 15.182. Am I
6   correct that this says that all documents that are used
7   to prove eligibility must be verifiable?
8       A. You are correct.
9       Q. What does verifiable mean?
10      A. That means that if they use -- I don't know --
11  proof of residence, a -- if they bring a passport in,
12  for example, if they have a passport, we're not going
13  to issue the EIC. I can't think off the top of my head
14  what all we're talking about now. There's -- you know,
15  you should have a list of the acceptable documents for
16  identification, and if you have that I would be glad to
17  look at it.
18      Q. Well, in fact, this regulation does provide
19  the list of acceptable documents.
20      A. Yes.
21      Q. And I guess maybe an easier way to ask the
22  question is, what documents are not verifiable?
23      A. I don't have the answer.
24      Q. Are there any documents on this list in
25  Section 15.182 that are -- that exist in any form that

---

---

**41**

1    the department would deem not verifiable?
2        A.  Okay.  The Texas driver license would be
3    verifiable.  The personal identification card issued by
4    the department would be verifiable.  And then the
5    secondary identification, a certified copy of a birth
6    certificate would ultimately be verifiable.  Not that
7    it would be verifiable at the time of application by
8    our customer service representative, but it would be
9    verifiable.
10              Original certified copy of the department
11   of state certification at birth, we would not be able
12   to verify on the spot.  Original or certified copy of a
13   court order with the name and date of birth indicating
14   an official change of name would not verifiable on the
15   spot, but would ultimately be verifiable.
16       Q.  Are there any that are listed here, that are
17   listed in Section 15.182(4), the supporting
18   identification, are there any of those documents that
19   are potentially not verifiable?
20       A.  I believe all of those would be ultimately
21   verifiable.
22       Q.  Okay.  So the provision that all documents
23   must be verifiable, that doesn't actually limit the use
24   of any of these categories of documents listed later in
25   the regulation; is that correct?

---

**42**

1        A.  That's correct.
2        Q.  Okay.  How was this list of documents created,
3    the documents required for obtaining an EIC?
4        A.  I don't know that.
5        Q.  Does it appear to be modeled on any other
6    provision set out by DPS?
7        A.  It does.
8        Q.  And what provision is that?
9        A.  That would be the requirements for driver
10   license identification and ID card identification.
11       Q.  And what was the basis for using the driver's
12   license or personal identification card requirements as
13   the requirements for an election identification
14   certificate?
15       A.  Continuity of the process.  The customer
16   service representatives, which if I can, I would refer
17   to them as "CSRs" going forward, if that's all right.
18       Q.  Okay.
19       A.  The CSRs are accustomed to the requirement for
20   a driver license and for ID card.  And the process for
21   entering data and issuing the driver's license and ID
22   card, my understanding from staff discussions, was that
23   thinking back in 2011 when they started putting the EIC
24   process together that there would be less chance for
25   error if the customer service representative that was

---

**43**

1    issuing driver licenses and ID cards as a matter of
2    business daily, that the election identification, or
3    EIC, certificate issuance was as similar as possible.
4        Q.  So --
5        A.  So they would be looking for basically the
6    same -- I'm sorry.  They would be looking for the same
7    documents for an EIC, the same documentation for an
8    EIC, although the data entry screen for an EIC is
9    separate and distinct from that of a driver license or
10   an ID card application.
11       Q.  So the purpose of modeling this list of
12   required documents was to reduce the administrative
13   burden on CSRs?
14       A.  Reduce the administrative burden and reduce
15   the chance for error.
16       Q.  And also to reduce the burden on perhaps the
17   programmers who put together the interface for the
18   CSRs?
19       A.  Possibly, yes, sir.
20       Q.  But not necessarily to reduce the burden on
21   individuals who are applying for an EIC?
22       A.  Correct.  My understanding was that the
23   thinking was if -- if individuals were accustomed to
24   what they had to have for -- for driver's license or
25   ID card issuance and knew that the same was applicable

---

**44**

1    to the EIC, there would be less confusion on the part
2    of the applicant for an EIC.
3        Q.  And if -- by "individuals" you mean CSRs,
4    correct?
5        A.  Yes.
6        Q.  Not applicants?
7        A.  Well, no, I'm talking about applicants.
8        Q.  But applicants for EICs are individuals who
9    are not accustomed to holding --
10       A.  That's correct.  That's correct.
11       Q.  Thank you.  If you could look at
12   Section 15.182(2), "Primary Identification."
13       A.  Uh-huh.
14       Q.  Am I correct that the only form of primary
15   identification that is independently sufficient to
16   establish EIC eligibility is a driver's license or ID
17   card that is expired for more than 60 days, but less
18   than two years?
19       A.  Yes, sir.
20       Q.  Why was this time period selected?
21       A.  I don't know.
22       Q.  What is this time period based on?
23       A.  The -- the driver license rule.
24       Q.  And the -- what is the driver license rule?
25       A.  That if you come in with an expired driver's

---

JOE PETERS                                                    4/30/2014

---

45

1  license you can -- that's been expired for 60 days, but
2  less than two years, you can apply for re-issuance
3  without testing.  If it exceeds two years, then you
4  have to go through retest.
5      Q.  By "retest" you mean test your driving
6  ability?
7      A.  Correct.
8      Q.  Does a driver's license that has expired for
9  less than two years establish identity?
10     A.  In most cases, yes.  It depends on when that
11 driver's license was initially issued.  If under the
12 Real ID Act -- Texas is not fully compliant yet with
13 Real ID, but we're working toward that, and we require
14 lawful presence verification now.  And some of the
15 older licensees may not have had lawful presence
16 established, and the -- the system will say
17 "citizenship not verified."  So then we would require
18 them to prove lawful presence.
19     Q.  But in terms of identity, in terms of proving
20 that a person is who they say they are, does a driver's
21 license that is expired for two years establish
22 identity?
23     A.  Less than two years?
24     Q.  Yes.
25     A.  Yes.

---

46

1      Q.  Does it establish citizenship?
2      A.  Not necessarily.
3      Q.  Is it, nonetheless, sufficient to obtain an
4  EIC if you have a driver's license that is expired by
5  less than two years?
6      A.  Less, yes.
7      Q.  Are you certain that DPS offices are not
8  requiring additional proof of citizenship from
9  individuals who present driver's licenses that are
10 expired for less than two years and attempt to obtain
11 an EIC?
12     A.  I can't say that I'm certain, because with
13 over 2,000 employees out there, some of them may
14 inadvertently require more than -- or ask for more than
15 what we actually require.
16     Q.  Are you taking any efforts to audit or
17 supervise this process?
18     A.  Yes, we are.
19     Q.  And have you been made aware of any instances
20 in which CSRs have asked for additional proof of
21 citizenship?
22     A.  Beyond what is required here?
23     Q.  Yes.
24     A.  I'm not aware of any.  That's not to say that
25 they haven't occurred.

---

47

1      Q.  Okay.  Are there any computerized checks of
2  citizenship that are made?
3      A.  Yes.
4      Q.  What type of computerized checks are made?
5      A.  We use the -- a federal database.  The
6  systematic -- well, one of them is the systematic alien
7  verification for entitlements to establish lawful
8  presence if the individual is not a citizen.
9      Q.  If --
10     A.  And then we rely on -- I'm sorry.  Go ahead.
11     Q.  Is that computerized check conducted for every
12 individual who applies for an EIC?
13     A.  Yes, I believe that's -- that's actually done
14 in the -- well, I better not answer that one that way
15 because I'm not real sure.  I'm thinking of the quality
16 assurance process that we go through once an EIC is
17 issued.  Our -- we have a -- our license and records
18 service is doing quality assurance on every EIC that's
19 issued.
20         Once they -- once the card -- or once the
21 application hits the database, then EIC staff -- I
22 mean, the -- the license of records, or LRS staff,
23 looks at every application in the database to be sure
24 that all the documentation that's required to prove
25 citizenship and birth and so forth is in the database.

---

48

1      Q.  Is -- is that the same level of scrutiny
2  provided to driver's licenses and identification cards?
3      A.  Yes, but on -- usually on a local level in a
4  spot check.
5      Q.  So it's an audit for driver's licenses and
6  identification cards, but it's a check for every EIC;
7  is that correct?
8      A.  Yeah.  And when -- when we're talking about
9  the audit for driver licenses, we process 7 million
10 applications a year, and it's next to impossible to --
11 to individually scrutinize each one of those
12 transactions.  But because we're going to -- with
13 respect to the issuance of EICs, we're going to err on
14 the side of issuance.  And there may be cases -- there
15 have been cases where an individual came in and applied
16 for an EIC and during the quality assurance process we
17 found out that they were not eligible most of the time
18 because they had a passport or they -- they had a valid
19 Texas ID card, various other reasons.
20     Q.  And how are you verifying that an
21 individual -- or determining that an individual has a
22 passport?
23     A.  In most cases they -- they tell us they have a
24 passport, and for whatever reason it -- it gets past
25 the CSR.

---

JOE PETERS                                                    4/30/2014

49

1      Q.  So that's on the application, correct?
2      A.  Yes, uh-huh.
3      Q.  Okay.  And in terms of the computerized
4    checks, while those are being run against federal
5    databases like SAVE, an individual is issued a
6    temporary EIC that they can use, correct?
7      A.  Correct.  Correct.
8      Q.  Okay.  What is the security benefit to the
9    election process of requiring an individual who has a
10   driver's license that has been expired for 61 days to
11   go to DPS and obtain an EIC rather than using their
12   driver's license?
13     A.  I'm not sure that there's an additional
14   benefit except that if they get the EIC, the data is
15   more current, the photo is more current.  Generally
16   with a driver license the picture can be as old as
17   12 years.
18     Q.  But if an individual had not -- had a new
19   driver's license, not a renewed driver's license that
20   expired --
21     A.  Uh-huh.
22     Q.  -- by 61 days, that could be a newer photo
23   than someone who has a driver's license that's about to
24   expire, but that had renewed that driver's license once
25   without getting a new photograph, correct?

50

1      A.  Yes.
2      Q.  Does a driver's license or identification card
3    that's expired by more than two years establish an
4    individual's identity?
5      A.  No.
6      Q.  Isn't it correct that a driver's license that
7    has expired by more than two years can be used as
8    supporting identification to obtain an EIC?
9      A.  As supporting identification.
10     Q.  And for that purpose does it establish an
11   individual's identity?
12     A.  Not in itself, I wouldn't think.  Not by
13   itself.
14     Q.  Can an expired Texas driver's license, along
15   with a non -- form of non-photographic
16   identification, such as a birth certificate, be used to
17   obtain an EIC with no other photographic
18   identification?
19     A.  Say that again now.  I'm sorry.
20     Q.  Can an expired Texas driver's license by more
21   than two years be used along with a non-photographic
22   document, such as birth certificate, to obtain an EIC?
23     A.  That can be -- that -- that expired driver's
24   license could be used as a form of supporting
25   identification.

51

1      Q.  But it's your testimony that that expired
2    driver's license does not establish the individual's
3    identity?
4      A.  No, sir -- or, yes, sir, that's true.
5      Q.  Can expired driver's licenses or
6    identification cards be used for any other purpose?
7      A.  I'm not aware of what else they could be used
8    for.
9      Q.  If you could take a look at Section 15.182(3),
10   which is the secondary identification, what is the
11   purpose of requiring this set of documents?
12     A.  To help determine identity that the applicant
13   is who they say they are.
14     Q.  Only identity?
15     A.  It could be citizenship if -- in the case of
16   birth certificates, it could be name change, could be
17   citizenship in terms of naturalization documents.
18     Q.  How do the secondary identification documents
19   differ from the supporting identification documents?
20     A.  Well, in my mind, the secondary identification
21   document is a more secure or more sure form of
22   identification than the supporting identification
23   documents would be.
24     Q.  Isn't it the case that these all establish
25   citizenship?

52

1      A.  Yes.
2      Q.  Okay.  But, of course, an individual can
3    obtain an EIC without proof of citizenship if they
4    provide a Texas driver's license that's been expired
5    for less than two years, correct?
6      A.  Yes, sir.  Yes, sir.
7      Q.  Is it necessary to provide documentary proof
8    of citizenship in Texas in order to register to vote?
9      A.  Provide proof of citizenship in order to
10   register to vote?
11     Q.  Documentary proof of citizenship.
12     A.  I'm not aware that it is.
13     Q.  It is necessary to obtain -- or to provide
14   documentary proof of citizenship in order to obtain a
15   driver's license or an identification card in Texas?
16     A.  Yes.
17     Q.  Proof of citizenship --
18     A.  Yes.
19     Q.  -- or lawful presence?
20     A.  Well, lawful presence.
21     Q.  So a noncitizen --
22     A.  So a noncitizen could obtain -- could obtain a
23   driver's license or an ID card.
24     Q.  Can a noncitizen obtain a license to carry?
25     A.  I'm not aware whether they can or not.

JOE PETERS                                                    4/30/2014

---

53

```
 1      Q.  So this proof of citizenship requirement for
 2   an EIC is an additional burden for individuals for
 3   attempting to vote using an EIC that doesn't exist for
 4   individuals who attempt to vote using a driver's
 5   license or identification card, correct?
 6      A.  That's my understanding.
 7      Q.  Please look at Section 15.182(4), which is
 8   supporting identification.  What is the purpose of this
 9   set of documents?
10      A.  Supporting identification will aid the
11   customer service representatives or the person doing
12   the issuance in establishing the identity of the
13   applicant.
14      Q.  Under Sub (d) --
15      A.  (E).
16      Q.  -- or -- sorry.  Sub (c).  Sorry.  Why must an
17   insurance policy be at least two years old?
18      A.  I have no idea.
19      Q.  Okay.  Why must a military dependent
20   identification card under Sub (f) be unexpired when
21   compared to a driver's license which may be expired?
22      A.  I don't have that answer either.
23      Q.  Why must an out-of-state driver's license or
24   identification card have been expired within two years
25   when a Texas driver's license or identification card
```

---

54

```
 1   can be expired for any amount of time?
 2      A.  I don't have that answer.
 3      Q.  There are several other documents on this list
 4   that never expire, such as school records or military
 5   records, correct?
 6      A.  Correct.
 7      Q.  Why are those acceptable when other documents
 8   must have been expired within a certain amount of time?
 9      A.  I don't have a good answer for that.
10      Q.  Can you please take a look at
11   Section 15.183(a)(1)?  And this sets out the
12   applicant's full name that must be included on an
13   application for an election identification certificate.
14   Does that full name have to match all the underlying
15   documents that are provided with the application?
16      A.  Yes.
17      Q.  If there is a disagreement between an
18   individual's voter registration record and that
19   individual's expired driver's license with regard to a
20   first name, will those documents be sufficient to
21   obtain an election identification certificate?
22      A.  If the applicant is otherwise eligible for the
23   election identification certificate and if the name
24   is -- the entire name is substantially the same, they
25   would more than likely be issued the EIC.
```

---

55

```
 1      Q.  More than likely?
 2      A.  Yes.
 3      Q.  Is that in the discretion of the CSR?
 4      A.  That would be in the discretion of the CSR,
 5   and then final evaluation would be made at quality
 6   assurance.
 7      Q.  If a CSR declines to provide a -- an EIC based
 8   on disagreement in the names that are underlying the
 9   application on the supporting documents, can an
10   individual appeal that to any kind of supervisor?
11      A.  Well, that -- yeah, the supervisor -- the CSRs
12   are instructed if they have a question about the name
13   that they seek guidance from their -- their local
14   supervisor.
15      Q.  Is the substantially -- sorry.  Is the
16   substantially similar rule that you described earlier,
17   is that only with regard to first names?
18      A.  No.
19      Q.  So last names as well?
20      A.  Yes, sir.
21      Q.  If there is a disagreement because of an
22   individual's name having been changed, such as a woman
23   getting married, so that her first name remains the
24   same, but the last name is entirely different --
25      A.  Uh-huh.
```

---

56

```
 1      Q.  -- will that application for an EIC be
 2   granted?
 3      A.  It -- it may not.  It does just depends on
 4   what supporting documentation the applicant can provide
 5   that will convince the -- the issuing CSR that she's
 6   who she said she is.
 7      Q.  So if Jane Smith married John Jones and her
 8   driver's license says Jane Smith, but her voter
 9   registration card says Jane Jones, would that be
10   granted without any other documentation?
11      A.  I'm sorry.  If -- what is she showing you
12   when -- the CSR when she comes in?
13      Q.  She's showing a driver's license that expired
14   two years ago --
15      A.  Okay.
16      Q.  -- that says Jane Smith.  She's showing a more
17   recent voter registration card that says Jane Jones
18   because she got married to lucky John Jones.
19      A.  Uh-huh.
20      Q.  Would that be sufficient to obtain an election
21   identification card?
22      A.  Without documentation to show the marriage, I
23   would say no.
24      Q.  Okay.  And if there is a disagreement in the
25   documents, but they're substantially similar; say,
```

---

JOE PETERS                                                    4/30/2014

57

1   Jane Smith and Janie Smith, would the EIC be issued
2   under the name Jane Smith or Janie Smith or would it be
3   her choice?
4        A.  It would be her choice based on what the
5   documentation that she has provided.
6        Q.  So she could provide either of these
7   substantially similar variations on the application and
8   that would be fine?
9        A.  That's my understanding.
10       Q.  Okay.  Is there any written guidance
11  concerning this substantially -- substantial similarity
12  rule?
13       A.  I'm not aware of it.
14       Q.  Do you know if it is any more stringent than
15  the rule that is used to compare a voter's name at the
16  voter registration table when they vote and the ID that
17  they show under S.B. 14?
18       A.  Am I aware of a difference?
19       Q.  Yes.
20       A.  No.
21       Q.  Is it the same rule?
22       A.  As far as I know.
23       Q.  Okay.  Could you take a look at
24  Section 15.183(a)(3)?
25       A.  Okay.

58

1        Q.  Who at DPS -- sorry.  First off, does this
2   require that an individual requesting an election
3   identification certificate submit to fingerprinting?
4        A.  The current rule does require.
5        Q.  Who at DPS decided to include this
6   requirement?
7        A.  Oh, that was decided before my time, but it
8   was -- it was part of the process of trying to ensure
9   that the EIC process -- or EIC issuance process was as
10  similar as possible to driver license and ID cards.
11  However, since this was -- this rule was adopted in
12  2011, I believe it was, we have determined -- the
13  Secretary of State, in discussion with them, had
14  concern that we were requiring fingerprint of an EIC
15  applicant, and upon review we determined that we had no
16  use for a fingerprint on an EIC application.  You know,
17  we weren't going to do anything with them anyway.  It
18  was a thumbprint.  And we saw no reason to require a
19  fingerprint.  And we sent directives to the field that
20  we would no longer require a fingerprint for an EIC
21  application.
22            And the -- the belief there was that it's
23  a rule that was adopted by DPS and we felt like we
24  could make enforcement of that rule less restrictive,
25  but we couldn't make one more restrictive.

59

1        Q.  When was the practice changed?
2        A.  I'm sorry?
3        Q.  When was this practice changed?
4        A.  I think it was toward the end of September
5   of 2013.
6        Q.  Are you confident that no driver's license
7   office or mobile EIC station or county office that is
8   accepting EIC applications is currently requiring
9   fingerprinting as part of the EIC application process?
10       A.  That's currently requiring them?
11       Q.  Yes.
12       A.  I am confident that none of them are requiring
13  them.  There again, with as many customer service
14  representatives as there are out there and because the
15  process changes, they have to get the fingerprint for a
16  driver license application, for an ID card application,
17  and it's -- it's a check box on the EIC data entry
18  screen where they bypass the fingerprint.
19       Q.  Okay.
20       A.  And there have been a couple of occasions
21  where a CSR failed to bypass it, and it won't let you
22  continue the application process until you either take
23  the thumbprint or the fingerprint or you check the box
24  to bypass it.
25       Q.  When the fingerprint requirement was in

60

1   effect, what did DPS do with the fingerprints?
2        A.  Nothing.
3        Q.  There was no type of check?
4        A.  No.
5        Q.  Didn't check the Texas Criminal Information
6   Center?
7        A.  No, sir.
8        Q.  No warrant check?
9        A.  No, sir.
10       Q.  No tickets?
11       A.  No, sir.
12       Q.  Didn't check the National Criminal Information
13  Center?
14       A.  No, sir.
15       Q.  Any other regular checks?
16       A.  No, sir.
17            (Exhibit No. 39 marked.)
18            THE REPORTER:  Exhibit 39.
19       Q.  (BY MR. FREEMAN)  Have you seen this article
20  before?
21       A.  Yes, I have.
22       Q.  And what is this document?
23       A.  This is -- excuse me.  It looks like a
24  transcript of an article that appeared in the Fort
25  Worth Star Telegram in September of 2013.

JOE PETERS                                                    4/30/2014

---

**61**

1     Q.  And does this article state that more than one
2  DPS employee said during the week of September 19th,
3  2013, that, "If you can't pass a warrant check, you
4  can't walk in and get a voter ID and, if you try, you
5  won't walk back out"?
6     A.  That's what the article says.
7     Q.  But it's your understanding that at no point
8  those CSRs were running warrant checks on individuals
9  who were obtaining -- or were attempting to obtain an
10  EIC?
11     A.  That's correct.
12     Q.  And so those -- those DPS employees were
13  telling reporters that they were running warrant
14  checks, but they weren't running warrant checks?
15     A.  That's --
16          MR. KEISTER:  Objection, form, calls for
17  speculation.
18     Q.  (BY MR. FREEMAN) That's your understanding of
19  those statements?
20     A.  Yes, sir.
21     Q.  Who is Tom Vinger?
22     A.  He is our -- one of the staff in the public
23  information office, or media and communications office
24  it is.
25     Q.  And -- this article states that Mr. Vinger

**62**

1  had told the reporter that it's routine to check anyone
2  at a license office for warrants?
3     A.  Where do you see that?
4     Q.  Starting -- the line starting, "Just the day
5  before."
6     A.  Yes, sir, I see that.  And now what's your
7  question?
8     Q.  Would -- knowing Mr. Vinger, would Mr. Vinger
9  have misrepresented to a reporter that it was routine
10  for every DPS interaction to include a warrant check?
11          MR. KEISTER:  Objection, form, calls for
12  speculation, and also no basis of foundation.
13     Q.  (BY MR. FREEMAN) I'm asking based on your
14  knowledge of Mr. Vinger's veracity.
15          MR. KEISTER:  Same objections.
16          THE WITNESS:  I have no question about
17  his veracity.  What I do believe with respect to
18  that -- to that statement was that there was a common
19  belief that the EIC -- excuse me -- the EIC database
20  and the data entry screens actually automatically ran a
21  warrant check on an applicant when, in fact, it did
22  not.  It does do an automatic warrant check on a
23  driver's license applicant or a Texas ID card
24  applicant, but at no time was the EIC application
25  screen or the EIC application process automatically

**63**

1  running a warrant check.
2          And -- and at the time Mr. Vinger made
3  this comment, he was not aware of that, nor were some
4  of the CSRs aware that that was not happening.  As a
5  matter of fact, we weren't aware of it until we went to
6  explore what was going on with it, because no one was
7  ever -- was ever turned away because of a warrant for
8  an EIC applicant.
9     Q.  (BY MR. FREEMAN) Has DPS promulgated any
10  rules or notices in order to combat this perception
11  that a warrant check will be run?
12     A.  Well, as far as promulgating rules, published
13  rules in the administrative code, I don't recall that
14  there were.  There have been directives to the field
15  that there will be no warrant checks.  And, in fact, in
16  the EIC application screen there is no capability to
17  run a warrant check.  And even in the driver's license
18  screen, they can't arbitrarily run a warrant check.
19          In the driver's license application
20  process and the ID card application process, once
21  sufficient data, identifying data, for an applicant is
22  in there, the system goes and runs the warrant check
23  automatically.  And what it returns is there's a
24  warrant -- a notice on the screen that says there's a
25  warrant.  And then the CSR contacts local law

**64**

1  enforcement or a trooper, if there happens to be one in
2  the office, to handle it from that point on.  The CSR
3  doesn't know what the warrant is for typically.
4          In the case of EICs, there's no warrant
5  check run and they don't even have the capability to
6  run one.
7     Q.  How long are fingerprint records maintained
8  once they're taken by DPS?
9     A.  I don't know.  I would assume forever, but I
10  don't know that answer.
11     Q.  So the fingerprint records that were taken
12  while DPS was still requiring fingerprints as part of
13  the EIC application process, those are still maintained
14  in the DPS database somewhere?
15     A.  I'm not sure they are.  Those may have been
16  deleted.
17     Q.  But you don't know?
18     A.  I don't know for sure, no, sir.
19     Q.  Are individuals informed of any potential
20  future use of the EIC?
21     A.  Of the --
22     Q.  Oh, sorry.  Of the fingerprint that's taken?
23     A.  On -- on EICs?
24     Q.  Yes.
25     A.  Well, no, we're not taking fingerprints on

65

```
1   EICs.
2       Q.  But the ones that were taken --
3       A.  No --
4       Q.  -- before the process --
5       A.  -- not that I'm aware.
6       Q.  Okay.  Do you have discretion; "you," being
7   DPS, to begin taking fingerprints at any time under the
8   existing regulation?
9       A.  Yes, we do under existing regulations.
10      Q.  Are there any plans to amend the regulation?
11      A.  Absolutely not.
12      Q.  Why not?
13      A.  As I said before, we don't -- we don't see a
14  need for taking a fingerprint on -- on an EIC
15  applicant.
16      Q.  But are -- are there any -- given that the
17  regulation currently states that a fingerprint is
18  required, why would DPS not change the regulation?
19      A.  Because we don't see a need to take the -- oh,
20  you're talking about change the regulation to --
21      Q.  To eliminate --
22      A.  Yes, we can do that.  I'm sorry.
23      Q.  Is there any current plan to do so?
24      A.  As far as a written documented plan to do so,
25  no, I can't tell you when that's going to happen.  But
```

66

```
1   I can assure you that we will be doing that.
2       Q.  When did those discussions occur?
3       A.  Periodically since the September timeframe of
4   2013 to present.
5       Q.  But it hasn't happened yet?
6       A.  No.
7       Q.  Is there an administrative process where a
8   rule has to be sent out for comment?
9       A.  Yes.
10      Q.  And that process hasn't begun?
11      A.  That hasn't begun.
12      Q.  Any -- have there been any other postings,
13  notices, or press releases regarding the elimination of
14  the fingerprint requirement?
15      A.  Yes.
16      Q.  What are those?
17      A.  I'm not aware of specific notices or press
18  releases that -- that were issued.
19      Q.  But it's your understanding that there were
20  some?
21      A.  Yes, uh-huh.
22      Q.  Any other voter education efforts regarding
23  the elimination of the fingerprint requirements?
24      A.  Well, not on our part.
25      Q.  Okay.  Is it your understanding that there's a
```

67

```
1   public perception that interactions with DPS will
2   trigger a check for warrants?
3       A.  There is that public perception in some
4   circles.
5       Q.  Is law enforcement present at DPS offices that
6   issue driver's licenses and EICs?
7       A.  Some of those there are.
8       Q.  What is the distinction between the offices
9   that have law enforcement present and those that don't?
10      A.  Some of the driver's license offices are
11  co-located with highway patrol and rangers and criminal
12  investigation divisions, so forth, so there may be law
13  enforcement in the building.  Some of the larger
14  offices; our mega centers, for example, have a trooper
15  assigned to the -- to the office to handle warrants for
16  driver license and ID card applicants.  They're
17  generally not present in the -- excuse me -- in the
18  issuance area, but they're readily available.
19      Q.  And those larger offices, those are generally
20  in urban areas?
21      A.  Yes, sir.
22      Q.  So it's more likely that offices in urban
23  areas will have law enforcement present?
24      A.  Yes, sir.  I think that's a safe statement.
25      Q.  Is there any rule authorizing law enforcement
```

68

```
1   to be present at mobile EIC stations?
2       A.  No.
3       Q.  Are they present?
4       A.  Rarely, if ever.
5       Q.  But sometimes they are?
6       A.  Well, if some local law enforcement happens to
7   come in, there -- you know, there would be a law
8   enforcement presence there.  But there's no requirement
9   that one be there.  We don't ask for them to be there.
10      Q.  To your knowledge, does a voter registration
11  application in Texas require fingerprints?
12      A.  No.
13      Q.  Does a US passport application require
14  fingerprints?
15      A.  I don't know.
16      Q.  Does an applicant for a military ID have to
17  provide fingerprints?
18      A.  I don't know that.  When I got one I had to
19  give fingerprints.
20      Q.  Sounds like a basis of knowledge for me.  More
21  than I know.
22          Let's move to 15.183(a)(6).  Does this
23  brief description of the applicant that is required
24  under the application, does that include the race of
25  the applicant?
```

JOE PETERS                                                      4/30/2014

69

1       A.  Yes.
2       Q.  How is that race determined?
3       A.  Whatever the applicant puts on their
4   application.
5       Q.  It's on the form?
6       A.  Yes.
7       Q.  Is that recorded in a database of any kind?
8       A.  It is.
9       Q.  So would it be searchable by -- would that
10  database be searchable by race?
11      A.  It is.
12      Q.  If you can look at 15.183(b), Social Security
13  number.  Under what circumstances do federal or state
14  law require that an EIC not be issued in the absence of
15  proof of Social Security number?
16      A.  I'm not sure I understood your question,
17  but --
18      Q.  Am I correct that the regulation states that
19  if the applicant fails or refuses to provide Social
20  Security information, the election identification
21  certificate will be issued without such documentation
22  unless state or federal statute requires otherwise."
23          Is that a correct reading of that
24  provision?
25      A.  Yes, it is.

70

1       Q.  Under what circumstances would federal or
2   state law require that an EIC not be issued in the
3   absence of proof of Social Security number?
4       A.  I don't have the answer.
5       Q.  So, to your knowledge, there are no
6   circumstances in which failure or refusal to provide
7   Social Security number will result in failure of an EIC
8   to be issued?
9           MR. KEISTER:  Object to form,
10  mischaracterizes his testimony.
11      Q.  (BY MR. FREEMAN)  Is that your understanding?
12      A.  Yes, sir.
13      Q.  If we can go to 15.183(c), which addresses
14  notarization.  Is a notary present at all DPS offices?
15      A.  No, sir.
16      Q.  Is -- but all requirements for an EIC require
17  notarization?
18      A.  Yes.  But the customer service representatives
19  are authorized by statute to -- to certify or verify
20  the applications and the information although they're
21  not notaries.
22      Q.  Are individuals who work at all DPS mobile
23  stations authorized to administer oaths or
24  affirmations?
25      A.  If it's a customer service, a DPS employee

71

1   customer service representation -- I mean -- I'm
2   sorry -- a customer service representative, yes.
3       Q.  Are all the mobile EIC stations staffed by
4   CSRs?
5       A.  If -- well, no.  If it's a mobile station
6   that's operated by a county, a CSR won't be there.  If
7   it's a mobile station operated by Health and Human
8   Services Commission staff, a CSR won't be there.
9       Q.  And if it's a mobile -- sorry.  Strike that.
10          If it is a county office at which EIC
11  applications are accepted, there won't be a -- an
12  authorized employee of the Department of Public Safety
13  who can issue an oath or affirmation, correct?
14      A.  There won't be a DPS employee there.  There
15  may be others within the county offices that could do
16  that.  I don't know the -- how many of those would have
17  notary authorization.
18      Q.  And is there a cost associated with receiving
19  notary public services?
20      A.  No.  If you're talking about the customer
21  service representative certifying a document, no.
22      Q.  If a CSR is not present at either a mobile
23  station or a county office and an individual needs a
24  notary to -- under this regulation are notaries
25  authorized to charge for their services in Texas?

72

1       A.  They are authorized.
2       Q.  And how much does that cost?
3       A.  I don't know.  And I think it varies with the
4   notary.
5       Q.  Is it your understanding that a notary or an
6   official who can administer oaths or affirmations under
7   this provision is present at all mobile EIC stations?
8       A.  Let me hear the question again.
9       Q.  Sure.  At all mobile EIC stations is there an
10  official who can issue oaths or affirmations or a
11  notary present?
12      A.  I'm not aware.
13      Q.  At all county offices at which EICs are
14  available, is there a notary present or a similar
15  official who can administer oaths?
16      A.  I don't know the answer to that one either.
17      Q.  Does one have to show proof of identity to a
18  notary in order for the notary to notarize an
19  application for an EIC?
20      A.  Well, I'm not a notary, but in my experience,
21  yes, you do.
22      Q.  Do you know what documents satisfy proof of
23  identity for notarization in Texas?
24      A.  I know a Texas driver's license or an ID card
25  satisfies that requirement.  Beyond that, I don't know

JOE PETERS                                                    4/30/2014

---

73

1    what they require.
2        Q.  If you're not known to a notary, is it
3    required to show photographic identification to that
4    notary?
5        A.  It's my understanding that it is.
6        Q.  So if an individual needs a notary to notarize
7    an EIC application under this provision and they need
8    the EIC application because they don't have photo ID
9    and they're not known to the notary, they can't get a
10   notary to notarize that EIC application, correct?
11       MR. KEISTER:  Object to the form and it
12   calls for legal conclusion that he's not -- calls for a
13   legal opinion that's not qualified to give.
14       THE WITNESS:  And I don't know the answer
15   to the question.
16       Q.  (BY MR. FREEMAN)  Okay.  If we can go to
17   Section 151.184(a), the last page.  Does an EIC that is
18   at least seven years old establish an individual's
19   identity?
20       A.  No, sir.
21       Q.  Why not?
22       A.  It would have been expired by then unless they
23   have renewed it --
24       Q.  But does it --
25       A.  -- or unless they're over 60 years old.

---

74

1        Q.  But as a practical matter, how does the age
2    distinction change whether or not the document shows
3    that the individual is who they say they are?
4        MR. KEISTER:  Object to form, vague, and
5    calls for speculation.
6        THE WITNESS:  I don't have an answer.
7        Q.  (BY MR. FREEMAN)  What is the purpose of
8    requiring renewal?
9        A.  Updating the photo and updating an address in
10   the database.
11       Q.  But the address isn't on the card, correct?
12       A.  No, sir.
13       Q.  And doesn't -- is a new photo taken every time
14   you renew an EIC?
15       A.  Yes, sir, I believe it is.
16       Q.  Is a new photo taken every time --
17       A.  We haven't experienced that, but that's a
18   requirement.
19       Q.  Is a new photo taken every time you renew a
20   driver's license?
21       A.  No.
22       Q.  Why the distinction?
23       A.  If you are renewing your driver's license
24   within six years of -- of the original application or
25   within the last time you had a photo, then we don't

---

75

1    require another photo.  You renew by mail or by --
2    online, there's no new photo.  You have to come in
3    every 12 years to get a new photo taken.
4        Q.  So why allow individuals to use photos that
5    are up to 12 years old for a driver's license but not
6    for an EIC?
7        A.  I don't have a good answer for that.
8        Q.  Does an EIC that is at least seven years old
9    and was issued to an individual who was at least
10   77 years old establish that individual's identity?
11       A.  For our purposes in issuing the EIC, yes.
12       Q.  Why the distinction between older and younger
13   individuals with regard to the ability of the EIC to
14   establish an individual's identity?
15       A.  I don't know.
16       Q.  Please look at Section 151.184(b)(3) under
17   "Renewal."  This provision says, "The department may
18   provide certificate holders with alternative means of
19   renewing or duplicating an election identification
20   certification."
21       Have any alternative means been
22   established at this time?
23       A.  Not that I'm aware of.
24       Q.  Okay.  Please look at Section 151.184(c),
25   "Applications for Replacements and Corrections."  What

---

76

1    are the actual requirements for an application for a
2    replacement or correction?
3        A.  Notification that the EIC has been lost,
4    destroyed, or mutilated or if there's been a change of
5    name or gender.
6        Q.  And how is that notification made?
7        A.  By the applicant.
8        Q.  On what form?
9        A.  It could be a marriage certificate; it could
10   be an affidavit that they've lost it or that it's been
11   mutilated.
12       Q.  Is an individual required to go to a DPS
13   office in order to obtain a replacement or correction?
14       A.  Yes, sir.
15       Q.  Is there an existing form for replacements as
16   opposed to issuance of new EICs?
17       A.  I believe there is.  I'm not familiar with the
18   form right off the top of my head.
19       Q.  Okay.  Are these procedures set out in any
20   regulation, the procedures for replacements or
21   corrections?
22       A.  Other than what you see in the administrative
23   rule, I'm -- no.
24       Q.  Okay.  And would you agree with me that the
25   circumstances for replacement or correction are set out

---

|  | 77 |
|---|---|
| 1 | in the rule, but the procedures are not? |
| 2 | **A. The procedures are not set out in the rule.** |
| 3 | Q. Would you take a look at Section 151.185. Are |
| 4 | there any grounds to cancel or require surrender of an |
| 5 | EIC other than noncompliance with the requirements of |
| 6 | Section 151.181? |
| 7 | **A. I'm not aware of any.** |
| 8 | Q. Has DPS enacted any other formal regulations |
| 9 | that are relevant to the implementation of S.B. 14 in |
| 10 | general and -- |
| 11 | **A. I'm not aware of any.** |
| 12 | Q. Are there any other administrative rules |
| 13 | besides the regulations that we've just been |
| 14 | discussing? |
| 15 | **A. I'm not aware of any.** |
| 16 | MR. KEISTER: Dan, is this a good time |
| 17 | for a break? |
| 18 | MR. FREEMAN: It is a great time for a |
| 19 | break. |
| 20 | THE REPORTER: Off the record. |
| 21 | (Recess from 10:19 a.m. to 10:39 a.m.) |
| 22 | THE REPORTER: Back on the record. |
| 23 | MR. FREEMAN: Back on the record. Thank |
| 24 | you. |
| 25 | THE WITNESS: Can I make a |

|  | 78 |
|---|---|
| 1 | clarification -- |
| 2 | Q. Absolutely. |
| 3 | **A. -- on previous testimony?** |
| 4 | **I mentioned earlier, I believe, that we** |
| 5 | **did a SAVE verification or a computerized check on** |
| 6 | **citizenship and so forth. That's not accurate. It's** |
| 7 | **not done either at the CSR station at the point of** |
| 8 | **application or after -- or during quality assurance.** |
| 9 | Q. Thank you for that clarification. I |
| 10 | appreciate that. |
| 11 | **A. Sure.** |
| 12 | Q. So before we move off the regulations real |
| 13 | quickly, I just wanted to verify with you. So you're |
| 14 | in charge of the driver's license division as a whole, |
| 15 | correct? |
| 16 | **A. Yes, sir.** |
| 17 | Q. And you have expertise in the implementation |
| 18 | of the EIC program, correct? |
| 19 | **A. That might be debatable, but, yes.** |
| 20 | Q. And you had an opportunity before testifying |
| 21 | to determine the rationale for the regulations and |
| 22 | rules that we just discussed, correct? |
| 23 | **A. I had that opportunity, yes, sir.** |
| 24 | Q. And you were -- you were on notice that you |
| 25 | were going to be testifying on behalf of the state |

|  | 79 |
|---|---|
| 1 | regarding those regulations and rules, correct? |
| 2 | **A. Yes, sir.** |
| 3 | Q. And with regard to several of those rules, you |
| 4 | stated that you did not why certain rules were |
| 5 | structured as they -- as they are, correct? |
| 6 | **A. That's correct.** |
| 7 | Q. So to the best of your knowledge, after your |
| 8 | review and preparation for this deposition, there is no |
| 9 | reason for the rules that you did not know a reason for |
| 10 | them that they're structured as they are, correct? |
| 11 | MR. KEISTER: Object to form, calls for |
| 12 | speculation and the question is confusing. |
| 13 | MR. FREEMAN: I'm happy to rephrase. |
| 14 | Q. (BY MR. FREEMAN) With regard to those rules |
| 15 | that you did not know a basis for those rules, to the |
| 16 | best of your knowledge, is there no basis for those |
| 17 | rules? |
| 18 | MR. KEISTER: Object to form. Once |
| 19 | again, it calls for speculation and that would be a |
| 20 | misleading characterization of the testimony. |
| 21 | Q. (BY MR. FREEMAN) You may answer. |
| 22 | **A. If you're asking if I believe there was no** |
| 23 | **basis for those rules?** |
| 24 | Q. I'm asking, to your knowledge -- |
| 25 | **A. Yes.** |

|  | 80 |
|---|---|
| 1 | Q. -- is there no basis for the rules that you |
| 2 | did not know a basis for? |
| 3 | MR. KEISTER: Same objections. |
| 4 | THE WITNESS: I don't believe that there |
| 5 | was no basis for the rule. Based on my experience in |
| 6 | ten months of having been involved in those, there is a |
| 7 | basis for everything we do with respect to rules. |
| 8 | Q. (BY MR. FREEMAN) But insofar as your |
| 9 | providing testimony here today on behalf of the State, |
| 10 | you cannot provide any basis for several of the rules |
| 11 | we just discussed, correct? |
| 12 | **A. Yes.** |
| 13 | Q. Okay. I would like to move on to the mobile |
| 14 | stations and county offices that provide EIC services. |
| 15 | Are there any formal rules or regulations that |
| 16 | authorize the issuance of EICs for mobile stations? |
| 17 | **A. There is legislation that was passed in the** |
| 18 | **83rd session that authorizes DPS to enter into a** |
| 19 | **memoranda of agreement with county offices to issue** |
| 20 | **driver licenses -- I'm sorry -- to provide renewal** |
| 21 | **services and address changes and so forth for driver** |
| 22 | **licenses and identification cards. And that was the** |
| 23 | **basis for which we believed we were also authorized to** |
| 24 | **do issuance of EICs by the county. And the process is** |
| 25 | **governed by a memorandum of agreement that the county** |

JOE PETERS                                                    4/30/2014

81

1    signed with DPS to conduct EIC issuance.
2        Q.  We'll get to eventually.
3        A.  Okay.
4        Q.  But my question was, are there any formal
5    rules or regulations that authorize the issuance of
6    EICs from mobile stations or county offices?
7        A.  Authorizing EICs specifically?  No.
8        Q.  Does S.B. 14 require or authorize issuance of
9    EICs for mobile stations or county offices?
10       A.  No.
11       Q.  Is it subject to DPS' discretion to terminate
12   the issuance of EICs from mobile stations?
13       A.  Yes.
14       Q.  Is it subject to DPS' discretion to terminate
15   the issuance of EICs from county offices?
16       A.  Yes.
17               (Exhibit No. 40 marked.)
18           THE REPORTER:  Exhibit 40.
19       Q.  (BY MR. FREEMAN)  What is this document?
20       A.  This is a copy of the interlocal cooperation
21   contract for mobile EIC operations between the
22   Department of Public Safety and Duval County, Texas.
23       Q.  And did you sign this document?
24       A.  Yes, I did.
25       Q.  What is the interlocal cooperation contract?

82

1        A.  That's the agreement that DPS entered with the
2    local agency; in this case, Duval County, and in what the
3    processes were, who does what, who provides what for
4    the issuance of an EIC.
5        Q.  Is there any DPS regulation that authorizes
6    this relationship?
7        A.  No.
8        Q.  Am I correct that the document says it was
9    authorized by Chapter 521 of the Texas Transportation
10   Code?
11       A.  Yes, sir.
12       Q.  Am I correct that Chapter 521 addresses only
13   driver's licenses and not EICs?
14       A.  Correct.
15       Q.  Is there any regulation under Chapter 521 that
16   authorizes DPS to delegate duties to local government?
17       A.  No, sir, not directly.
18       Q.  It also says it's authorized by Chapter 791 of
19   the Texas Government Code, correct?
20       A.  Yes.
21       Q.  Is that the Interlocal Cooperation Act?
22       A.  I believe it is, yes, sir.
23       Q.  Am I correct that the Interlocal Cooperation
24   Act authorizes local governments to contract for
25   services with other localities and state agencies?

83

1        A.  Yes, sir.
2        Q.  Am I correct that the Interlocal Cooperation
3    Act does not state that state agencies can contract
4    with a local government to delegate state services to
5    be provided at the local level?
6            MR. KEISTER:  Objection, form, calls for
7    a legal conclusion.
8        Q.  (BY MR. FREEMAN)  I'm happy to restate if you
9    didn't understand the question.
10       A.  Yeah, if you would.
11       Q.  Sure.  Am I correct that the Interlocal
12   Cooperation Act does not provide for state agencies to
13   delegate the provision of services to local government
14   entities to provide those services?
15       A.  I don't know.
16       Q.  Am I correct that nothing in S.B. 14
17   authorizes the use of interlocal cooperation
18   agreements?
19       A.  You're correct.
20       Q.  Am I correct that there's no regulation under
21   the Interlocal Cooperation Act that authorizes this
22   program?
23       A.  Yes.
24       Q.  Now, you previously discussed legislation from
25   the 83rd Legislature.  Was that S.B. 1729?

84

1        A.  Yes, sir.
2        Q.  Am I correct that this document does not say
3    that it is authorized by S.B. 1729?
4        A.  That's correct.
5        Q.  And am I correct that S.B. 1729 is a pilot
6    program that's limited to only eight counties of
7    specified sizes, correct?
8        A.  In it -- well, actually, it -- yeah.  But it
9    also authorizes us to provide those services in
10   counties where we already have scheduled offices.  So
11   we're not limited to -- to those eight counties.  If
12   there are other counties -- if there are 40 counties
13   out there that have a scheduled office, then our
14   interpretation of the legislation is that we could
15   establish the same presence in any of those counties.
16       Q.  So your understanding of S.B. 1729 is that it
17   is not a limited pilot program that is limited to
18   eight counties?
19       A.  It's limited to the extent that we would not
20   establish pilots in counties that -- that don't already
21   have -- the counties that we're limited to would be
22   those where we don't already have some limited
23   presence, whether there's a part-time office where we
24   don't have -- I mean, where we have equipment already
25   and we have connectivity and so forth, then we can

JOE PETERS                                                    4/30/2014

85

1  establish a county presence in any of those counties.
2      Q.  And so S.B. 1729 only allows you to establish
3  a presence in eight additional counties, correct?
4      A.  Yes.  Yes.
5      Q.  Am I correct that you've established either
6  mobile operations or operations in county offices in
7  more than eight counties in which you did not
8  previously have DPS offices?
9      A.  Are you saying for driver license issuance or
10  for EIC issuance?
11     Q.  EIC issuance.
12     A.  Okay.  Now, say the -- ask your question
13  again.
14     Q.  Sure.  Am I correct that you've established
15  EIC operations in more than eight counties in which you
16  do not have functional DPS offices?
17     A.  Yes.
18     Q.  And what is the statute, rule, or regulation
19  that authorizes that?
20     A.  I'm not aware of one.
21     Q.  Has any formal notice been given that EICs are
22  available from mobile stations as a general matter?
23     A.  Yes.
24     Q.  What formal notice is that?
25     A.  Press releases from the Department of Public

86

1  Safety Media and Communications Office, social media
2  from the -- from the media and communications office,
3  our website.  The Secretary of State, I believe, has
4  done notification.
5      Q.  Any direct mailers to registered voters?
6      A.  Not that I'm aware of.
7      Q.  Any targeted outreach to minority communities?
8      A.  From DPS perspective?  No.
9      Q.  Okay.  And, sorry.  I just -- I should have
10  asked one more question about S.B. 1729.  You said you
11  were not aware of any authorization beyond
12  eight counties in which DPS was not functioning.  So to
13  your knowledge, there is no authorization beyond -- for
14  DPS to have those county operations beyond eight
15  counties authorized by S.B. 1729?
16     A.  Well, 1729 does not mention EIC specifically.
17  To the extent that we're authorized to provide driver
18  license services and ID card services, there is
19  specific authorization.
20     Q.  How long in advance of a mobile station
21  location operating is notice provided regarding the
22  specific location?
23     A.  I'm not aware of how far in advance those
24  notices are given.  We have asked -- when the Secretary
25  of State's office identifies a location where they want

87

1  a mobile site we asked them for five days' notice for
2  us.
3      Q.  So the Secretary of State's office is the one
4  controlling where the mobile sites are located?
5      A.  Well, the -- to the extent that -- that
6  they're deploying their state -- their mobile stations,
7  the ones that they own --
8      Q.  Uh-huh.
9      A.  -- and that they man, they -- they govern all
10  of those.
11     Q.  Okay.
12     A.  To the extent that -- that we're deploying DPS
13  mobile stations in counties that don't have a driver
14  license present, we assign those on a rotating basis.
15  And our goal is to provide at least five days of
16  service in each of those counties prior to any
17  election.
18     Q.  And how far in advance of that -- those
19  five days of service do you provide notice that those
20  DPS-run mobile stations will be present in those
21  communities?
22     A.  That would be a question for media and
23  communications.  I can't tell you.  I don't know.
24     Q.  And so you don't know how that notice is
25  promulgated?

88

1      A.  I know -- I know that it's done with press
2  releases and social media contact and so forth.  But in
3  terms of how far in advance they -- they make those
4  notifications, I don't know.
5      Q.  And do you know whether those notifications
6  are made in Spanish language media?
7      A.  I don't know, but I'm sure they are.
8      Q.  But you don't have a basis to ensure that they
9  are?
10     A.  I've not seen -- I've not seen Spanish
11  language notification.  I know that there have been
12  interviews by Spanish language television stations and
13  so forth.
14         (Exhibit No. 41 marked.)
15         THE REPORTER:  Exhibit 41.
16     Q.  (BY MR. FREEMAN)  What is this document?
17     A.  This is an e-mail from Tony Rodriguez at DPS
18  to Wroe Jackson at the Secretary of State's office
19  dated October 2nd, 2013.
20     Q.  And am I correct that this e-mail relays
21  complaints from a county commissioner in Bexar County
22  concerning the sufficiency of notice before mobile
23  stations were present in Bexar County?
24     A.  That's correct.
25     Q.  Is Bexar County predominantly Hispanic?

JOE PETERS                                                    4/30/2014

89

1    A.  I'm not sure what the -- the demographics are
2    in Bexar County.
3    Q.  Are you aware of any other complaints from
4    local officials about insufficient notice before mobile
5    EIC units were sent out in their community?
6    A.  I'm not aware of any.  That doesn't mean that
7    there aren't any.
8    Q.  And am I correct that -- that this e-mail
9    describes an individual in DPS telling
10   Commissioner Rodriguez that she would tell him on
11   October 16th what date an EIC station will be present
12   in Bexar County and that that EIC station will be
13   present sometime between October 25th and October 28th?
14   A.  Are you asking me if that's what's in the
15   e-mail?
16   Q.  Yes.
17   A.  Yes.
18   Q.  And am I correct that that only provides
19   nine days of notice before the EIC station will be
20   present?
21        MR. KEISTER:  Object to form, calls for
22   speculation.
23        THE WITNESS:  Yes.
24   Q.  (BY MR. FREEMAN)  Are you aware of how many
25   other counties have provided similar complaints?

90

1    A.  I'm not aware of any.
2    Q.  Are such complaints relayed to you or only to
3    Mr. Rodriguez?
4    A.  Well, they wouldn't necessarily have been
5    directed to me specifically.  Mr. Rodriguez would
6    probably have been the first point of contact for them
7    since he was our point of contact for EIC.
8    Q.  Are you aware of how many community leaders
9    have made similar complaints regarding a lack of notice
10   before an EIC mobile station was sent into their
11   community?
12   A.  No, sir.
13        THE WITNESS:  I'm sorry.
14        MR. KEISTER:  Object to vague and calls
15   for speculation and fails to identify community
16   leaders.
17        Give me a chance to butt in if I need
18   to.
19        THE WITNESS:  Okay.
20   Q.  (BY MR. FREEMAN)  How has the State responded
21   to such complaints about lack of notice?
22        MR. KEISTER:  Object to vague.
23        THE WITNESS:  I'm not sure what those
24   responses would have been.  And, you know, to this one
25   the response, as you see in the e-mail, was that they

91

1    would get back with him and give him the dates.  And if
2    there were others, I'm not aware of them.
3    Q.  (BY MR. FREEMAN)  So you're not aware --
4    you're not aware of any specific efforts that were made
5    to provide more notice than the amount of notice that
6    this county commissioner deemed insufficient?
7    A.  I'm not.
8    Q.  Is there any rule that allows, but doesn't
9    require counties to perform certain processing services
10   for EIC applicants?
11   A.  Would you restate the question?
12   Q.  Sure.  Is there any rule that allows -- any
13   administrative rule or regulation that allows counties
14   to perform processing requirements for EIC
15   applications?
16   A.  Not that I'm aware of.
17   Q.  Is it up to counties to determine if they want
18   to participate in providing processing services for EIC
19   applicants?
20   A.  Yes, it is.
21   Q.  Are you aware of any legal obligation for
22   counties to participate?
23   A.  I'm not aware of any legal obligations.
24   Q.  Are counties paid for their services?
25   A.  No, sir.

92

1    Q.  Are you aware of any counties that have
2    declined to enter into an agreement to provide EIC
3    application services?
4    A.  I am.
5    Q.  Isn't it true that of the 79 or so counties
6    without driver's licenses -- driver license offices,
7    about 25 to 30 have declined to enter into such an
8    agreement?
9    A.  I don't believe that number is accurate now.
10   Q.  Sorry.  My question was sort of compound, so
11   let me restate it.
12   A.  Yeah.
13   Q.  Approximately how many counties have declined
14   to enter into an agreement to provide EIC services?
15   A.  I believe that number is 18 now.
16   Q.  And those are all counties that don't have DPS
17   offices?
18   A.  Correct.
19   Q.  Why have those counties declined to -- why
20   have -- sorry.  Let me restate.
21        What is the reason that those counties
22   have given for not wanting to enter into such an
23   agreement or provide EIC services?
24   A.  Some of those counties have not given us a
25   reason, but the few that have believed it was not

JOE PETERS                                                      4/30/2014

93

1    necessary.  They didn't have the staff to devote to EIC
2    issuance.
3        Q.  And DPS has not offered any resources to
4    assist those counties?
5        A.  I'm sorry?
6        Q.  DPS has not offered any resources to assist
7    those counties in terms of personnel or financial
8    resources?
9        A.  No financial resources and no -- no personnel
10   except that where a county has declined to participate.
11   DPS sends customer service representatives into those
12   counties to ensure that there's an opportunity for
13   county residents to obtain EICs in their county.
14       Q.  And that's the mobile station?
15       A.  Yes, sir.
16       Q.  But those are only available, you said,
17   approximately five days?
18       A.  Yes, sir.  That's our goal.
19       Q.  Five days before -- a total of five days prior
20   to an election?
21       A.  Correct.
22       Q.  Is there any formal notice, regulation, rule
23   that states that EICs are to be available from fixed
24   county offices as a general matter?
25           MR. KEISTER:  Object to form, compound.

94

1        Q.  (BY MR. FREEMAN)  Is there any formal notice
2    that EICs are to be available from fixed county offices
3    as a general matter?
4        A.  What's a formal notice?
5        Q.  Regulation, a rule, or any other type of
6    formal approved notice by your office?
7        A.  I'm not -- I'm not aware of a formal rule or a
8    regulation.
9        Q.  Have you provided any other notice other than
10   your website of the list of fixed county offices where
11   EICs are available?
12       A.  Yes.
13       Q.  What notice?
14       A.  Press releases, we have spreadsheets that
15   indicate those offices where we're going to provide EIC
16   services.
17       Q.  Are you aware of any notice particular -- or
18   specific to a particular county office?
19       A.  No.
20       Q.  Are you aware of any outreach that's been
21   known to TV stations?
22       A.  I'm -- I know it's been done because I've seen
23   some of them.  But as -- when you're talking
24   specifics, I don't have it.
25       Q.  Are you aware of any outreach to Spanish

95

1    language TV stations?
2        A.  I know that Spanish language TV stations have
3    been granted interviews and have done stories on the
4    EIC process.
5        Q.  Any African-American interest radio stations?
6        A.  I'm not aware of any.
7        Q.  Are there any regulations that authorize the
8    issuance of EICs from DPS offices on Saturdays?
9        A.  No regulation, no, sir.
10       Q.  And Saturday issuance is not required or
11   authorized by the text of S.B. 14?
12       A.  Correct.
13       Q.  And so this program could be terminated at any
14   time?
15       A.  Correct.
16       Q.  Have some DPS officials complained about the
17   issuance of EICs on Saturdays as a waste of resources?
18       A.  If they have it hasn't come to me.
19       Q.  Who would that go to?
20       A.  Well, they say -- a CSR might complain to the
21   local supervisor that they had to work on Saturday.
22   But, you know, I wouldn't hear about that.
23       Q.  Is there any rule that your office has
24   established concerning the amount of weekend or evening
25   hours that you've required for EIC issuance?

96

1        A.  Rules?
2        Q.  Yes.
3        A.  No.
4        Q.  At any point did DPS consider a rule that
5    would have allowed individuals to obtain an EIC without
6    bringing a certified birth certificate by connecting
7    DPS stations directly to the Department of State Health
8    Services in order to verify birth records?
9        A.  There was discussion about that, about the
10   ability and the costs for DPS to have direct access to
11   verify birth certificates.
12       Q.  And when did that discussion occur?
13       A.  It would be purely a guess, but I think it was
14   in September of 2013.
15       Q.  And who was a part of that discussion?
16       A.  There were HHSC representatives and DPS
17   representatives at the table.  And I don't recall the
18   names of -- of the HHSC representatives.
19       Q.  And why was the decision made not to create
20   that direct connection?
21       A.  I'm not sure what the -- the issues were with
22   HHSC, but the primary problem was the connectivity and
23   DPS having direct access and the cost of programming
24   that would -- that would allow us to have direct
25   access.

JOE PETERS                                                    4/30/2014

---

97

1      Q.  So it would have been possible to connect
2  fixed location DPS offices to birth certificate
3  records, but it would have required someone to program
4  it out; is that correct?
5      **A.  Yes.  It would have been technically possible,**
6  **yes.**
7      Q.  And am I correct that this would have allowed
8  individuals who don't presently have a birth
9  certificate to obtain an EIC without traveling to
10  another location to obtain their birth certificate?
11           MR. KEISTER:  Object to form, calls for
12  speculation.
13           THE WITNESS:  I would say yes.
14      Q.  (BY MR. FREEMAN)  And there was no legal
15  impediment to this direct connection, correct?
16      **A.  Right.**
17           MR. KEISTER:  Object to form, calls for a
18  legal conclusion or opinion.
19      Q.  (BY MR. FREEMAN)  This rule -- this provision
20  was ultimately rejected, correct?
21      **A.  Yes.**
22      Q.  At any point did DPS consider a rule that
23  would have permitted individuals seeking an EIC to sign
24  an affidavit attesting to their citizenship rather than
25  providing a birth certificate?

---

98

1      **A.  I don't recall.**
2           (Exhibit No. 42 marked.)
3           THE REPORTER:  Exhibit 42.
4           MR. KEISTER:  Thank you.
5      Q.  (BY MR. FREEMAN)  Have you seen this document
6  before?
7      **A.  I don't think I have.**
8      Q.  Am I correct that this is an affidavit that
9  would have allowed an individual to qualify for an
10  election certificate by certifying that they were the
11  person that they said they were and that they were born
12  in a particular place on a particular date?
13           MR. KEISTER:  Objection, form, calls for
14  speculation.
15      Q.  (BY MR. FREEMAN)  Looking at this document
16  that you have in front of you, am I correct that this
17  document states that it allows an individual to
18  establish their identity by providing certain
19  information related to date and place of birth?
20      **A.  Yes.**
21      Q.  Is a signed copy of this document presently an
22  accepted alternative to providing a birth certificate
23  when applying for an EIC?
24      **A.  I assume that it is.  I have not seen the**
25  **document.**

---

99

1           MR. KEISTER:  Objection, nonresponsive.
2           Please don't assume.
3      Q.  (BY MR. FREEMAN)  Am I correct that the
4  regulations -- sorry.
5           To your knowledge, your personal
6  knowledge, is an individual able to provide this form
7  rather than providing a birth certificate when they
8  apply for an EIC?
9           MR. KEISTER:  Objection, form.  And, Dan,
10  he's not here for his personal audit.  He's here for --
11  to testify on behalf of DPS.  So if you're asking him
12  with respect to DPS -- you said personal.
13      Q.  (BY MR. FREEMAN)  With respect to DPS?
14      **A.  Yes.**
15      Q.  It's your testimony that -- are you certain?
16      **A.  No.**
17      Q.  Okay.  Would this -- would this form have a
18  form number or something else if it had been finalized
19  on it?
20      **A.  It appears that it has not been finalized.**
21      Q.  Have you ever seen a finalized version of this
22  form?
23      **A.  No.  I haven't even seen this form.**
24      Q.  Okay.  And the regulations don't allow an
25  individual to submit this form in lieu of birth

---

100

1  certificate, correct?
2      **A.  Not that I'm aware of.**
3      Q.  Okay.  Do you know when a decision was made
4  regarding whether or not this form would be accepted in
5  lieu of a birth certificate?
6      **A.  No, sir.**
7      Q.  And so you don't know who made that decision
8  as --
9      **A.  That would be accurate.**
10      Q.  And you don't know why that decision was made?
11      **A.  No, sir.**
12      Q.  Would you agree that this form would have
13  allowed an individual who doesn't presently possess a
14  birth certificate to obtain an EIC without the cost or
15  burden of obtaining a birth certificate?
16           MR. KEISTER:  Objection, form, calls for
17  speculation.
18           THE WITNESS:  No.
19           MR. FREEMAN:  Sorry.  Could you read that
20  back?
21           THE REPORTER:  Sure.
22           "Would you agree that this form would
23  have allowed an individual who doesn't presently
24  possess a birth certificate to obtain an EIC without
25  the cost or burden of obtaining a birth certificate?"

---

JOE PETERS                                                    4/30/2014

101

1          Mr. Keister said, "Objection, form, calls
2    for speculation."
3          Answer, "No."
4    Q.  (BY MR. FREEMAN)  And why not?
5          MR. KEISTER:  Same objection.
6          THE WITNESS:  I think it would defeat the
7    purpose of identification and proof of citizenship.
8    Q.  (BY MR. FREEMAN)  But if a person doesn't have
9    a birth certificate and if this form were allowed, that
10   person wouldn't have to go through the burden of
11   obtaining a birth certificate in order to obtain an
12   EIC, correct?
13         MR. KEISTER:  Objection, calls for
14   speculation and no foundation as this form is not
15   adopted.
16         THE WITNESS:  Yes.
17   Q.  (BY MR. FREEMAN)  Okay.  Under the present
18   system an individual who lacks an S.B. 14 ID and lacks
19   a birth certificate must first obtain the birth
20   certificate by traveling to a birth certificate office
21   and then must obtain an EIC by traveling to a location
22   where they can apply for an EIC, correct?
23         MR. KEISTER:  Objection, form, compound.
24   And to the extent that calls for information with
25   respect to DPS issues, you can testify to that.  But

102

1    testifying with respect to birth certificate issues is
2    outside the scope of the items he's here to testify
3    about.
4          MR. FREEMAN:  Let me see if I can
5    rephrase that and avoid that problem then.
6    Q.  (BY MR. FREEMAN)  An individual who lacks the
7    forms of secondary ID that we discussed earlier must
8    obtain that ID in order to obtain an EIC, correct?
9          MR. KEISTER:  Objection, form, calls for
10   speculation.
11         THE WITNESS:  Yes.
12   Q.  (BY MR. FREEMAN)  And then that individual has
13   to travel to a place where EICs are available, correct?
14   **A.  I don't know what he has to do to get it.**
15   Q.  Well, no, no.  In -- once they have the birth
16   certificate they have to go to an EIC location to
17   obtain an EIC, correct?
18   **A.  Yes.**
19         MR. KEISTER:  Objection, form, compound,
20   mischaracterizes previous testimony.
21   Q.  (BY MR. FREEMAN)  If an individual travels to
22   an office to attempt to obtain an EIC, but they don't
23   bring a birth certificate with them because they don't
24   have it, they won't be able to get the EIC, correct?
25   **A.  Correct.**

103

1    Q.  Then they have to obtain the birth certificate
2    and then they have to come back to the EIC location,
3    correct?
4    **A.  Yes.**
5    Q.  So that's three trips, correct?
6    **A.  Well, I don't -- it's two trip to the DPS**
7    **office.**
8    Q.  And potentially one trip elsewhere to obtain
9    the birth certificate, correct?
10   **A.  Potentially.**
11   Q.  Okay.
12         MR. KEISTER:  Object, calls for
13   speculation.
14   Q.  (BY MR. FREEMAN)  And so would permitting an
15   individual to use this affidavit to establish their
16   birth save that individual at least the additional trip
17   back to DPS --
18         MR. KEISTER:  Are you done?
19   Q.  (BY MR. FREEMAN)  -- to bring their birth
20   certificate?
21         MR. KEISTER:  Objection, form, calls for
22   speculation.  In addition, Dan, he's here to testify
23   with respect to what is currently DPS policies, and
24   this obviously is not.  So this is outside the items
25   that he's here designated to testify about.  So I'm

104

1    going to instruct him not to answer.  This is all
2    speculation.
3          MR. FREEMAN:  Let me see --
4          MR. KEISTER:  Because it's not -- it's
5    not --
6          MR. FREEMAN:  Let's try one more time
7    then.
8          MR. KEISTER:  Okay.
9    Q.  (BY MR. FREEMAN)  Under the current rules,
10   which is within the scope of this deposition, an
11   individual arrives at an EIC station lacking a birth
12   certificate or any other form of secondary
13   identification, they -- a location that issues an EIC,
14   they can't get the EIC, correct?
15   **A.  Yes.**
16   Q.  The current rules do not allow an individual
17   to sign an affidavit establishing the same facts as a
18   birth certificate in lieu of providing a birth
19   certificate, correct?
20   **A.  Yes.**
21   Q.  And so the current rules would require the
22   individual to return on a second trip to DPS with a
23   birth certificate rather than signing an affidavit,
24   correct?
25         MR. KEISTER:  Objection, form, calls for

JOE PETERS                                                    4/30/2014

105

1    speculation, and I believe misstates the rules.
2         THE WITNESS:  Yes.
3         Q.  (BY MR. FREEMAN)  Thank you.
4         During the legislature's consideration of
5    S.B. 14, did any legislators request DPS to determine
6    the number of registered voters in Texas who lack a
7    DPS-issued ID?
8         **A.  I don't know what happened during the -- the**
9    **S.B. 14 discussion and so forth.**
10        MR. FREEMAN:  I believe he's been
11   designated specifically for that topic.  Am I correct,
12   Mr. Keister?
13        MR. KEISTER:  I believe you had that in
14   here, but he's giving you the testimony that he can
15   give you, so --
16        MR. FREEMAN:  Mr. Keister, am I correct
17   that Texas has designated Mr. Peters as their witness
18   regarding information that DPS provided during the
19   legislative process?
20        MR. KEISTER:  You have the designation
21   and he's here to testify, so you can ask him the
22   questions.
23        MR. FREEMAN:  Mr. Keister --
24        MR. KEISTER:  If you're not happy with
25   his answer we can discuss it later, but --

106

1         MR. FREEMAN:  His answer is that he lacks
2    all knowledge concerning a topic for which he's been
3    designated, correct?
4         THE WITNESS:  Well, I thought the
5    question --
6         MR. KEISTER:  Hold on.  Hold on.
7         No, that was not -- that was not his
8    answer.  And if you want to ask him questions, he will
9    answer the questions.  If you don't like the answers,
10   you can bring that up later, but let's go ahead with
11   the question.
12        Q.  (BY MR. FREEMAN)  Do you have any knowledge
13   regarding any questions that the legislature may have
14   asked DPS during the legislative consideration of
15   S.B. 14?
16        MR. KEISTER:  Objection, vague.
17        MR. FREEMAN:  Can we go off the record
18   for a second?
19        MR. KEISTER:  Yeah, let's go off the
20   record for a second.
21        THE REPORTER:  Off the record.
22        (Discussion off the record.)
23        THE REPORTER:  Back on the record.
24        Q.  (BY MR. FREEMAN)  We discussed earlier that
25   you are prepared to discuss all information provided by

107

1    or requested from DPS during legislative consideration
2    of S.B. 14, correct?
3         A.  Yes.
4         Q.  During the legislature's consideration of
5    S.B. 14 did any legislators request any information
6    from DPS?
7         **A.  Not having been here during that deliberation,**
8    **during that discussion, I'm not personally aware of any**
9    **requests from -- from the legislature of DPS.**
10        Q.  Is the Department of Public Safety aware of
11   any request received by the department from the
12   legislature during legislative consideration of
13   S.B. 14?
14        **A.  Yes.**
15        Q.  But you are not aware?
16        **A.  Correct.**
17        MR. KEISTER:  And by "you," you mean him
18   personally, not DPS?
19        Q.  (BY MR. FREEMAN)  I mean you as a witness that
20   has been designated by the State of Texas to testify
21   regarding this topic.
22        MR. KEISTER:  Okay.
23        Q.  (BY MR. FREEMAN)  Are you aware; "you," the
24   Department of Public Safety, aware of any request
25   received by the department from the Texas Legislature

108

1    during consideration of any prior photographic voter
2    identification bill by the legislature?
3         **A.  Yes.**
4         Q.  What requests were received?
5         **A.  I don't recall the specific requests.  We were**
6    **asked for a fiscal note and what would it cost to**
7    **implement the provisions of the bill.  We were asked**
8    **what impact the provisions of that bill might have on**
9    **DPS and their driver license issuance process.**
10        Q.  Were you ever asked to determine the number of
11   registered voters who lack DPS-issued ID?
12        **A.  No, sir.**
13        Q.  Were you ever asked to contribute any data or
14   other assistance in -- to a response to such a request?
15        **A.  Yes.**
16        Q.  When was that?
17        **A.  I don't recall the date.**
18        Q.  And was that -- with regard to S.B. 14
19   specifically, did DPS provide any assistance in
20   responding to a request that DPS or any other agency
21   determine the number of registered voters in Texas who
22   lack DPS-issued ID?
23        **A.  I'm not aware of the specific dates of the**
24   **request for data.**
25        Q.  Uh-huh.

JOE PETERS                                                4/30/2014

109

1    A.  It may have been during the consideration of
2    S.B. 14 and it could have been after that.  I just -- I
3    don't know.
4    Q.  Are you aware of any similar request with
5    regard to any earlier photographic voter identification
6    bill?
7    A.  You mean earlier than S.B. 14?
8    Q.  Yes.
9    A.  No, sir.
10   Q.  At any time did DPS contribute to any
11   information -- sorry.
12       At any time did DPS contribute any
13   information towards a database match that would have
14   estimated the number of registered voters who lack an
15   S.B. 14-required ID?
16   A.  We provided driver's license database
17   information to the office of the Secretary of State.
18   Q.  When was that?
19   A.  I think there were two occasions, but I don't
20   know either of the dates.
21   Q.  Were those before or after S.B. 14 was passed?
22   A.  One was after, I'm sure.  The other I'm not
23   sure, but I believe it was during.
24       (Exhibit No. 43 marked.)
25   THE REPORTER:  Exhibit 43.

110

1    MR. KEISTER:  Thank you.
2    Q.  (BY MR. FREEMAN)  Have you ever seen this
3    document before?
4    A.  No, sir.  I don't -- can't say that I have.
5    Q.  What does this document appear to be?
6    A.  It appears to be an e-mail from Ann McGeehan
7    to Ann McGeehan and Karen Richards, with Lee Guyette
8    and John Mendoza copied on February 1st of 2011.
9    Q.  And are any of those individuals employed by
10   DPS?
11   A.  I'm sorry?
12   Q.  Are any of those individuals employed by DPS?
13   A.  They don't look familiar to me.
14   Q.  If you go to the second page, do you see the
15   listing of numbers of voters that match a DPS record or
16   do not match a DPS record?
17   A.  I see a list that has a total number of voters
18   in the state and then Query 1, "Matching Criteria," the
19   number of voters with no Texas driver's license or ID
20   number and the number of voters that matched a DPS
21   record and the number of voters that did not match a
22   DPS record.
23   Q.  Are you aware of what types of records DPS
24   provided in order to allow the Secretary of State's
25   office to conduct this match?

111

1    MR. KEISTER:  Objection, form, calls for
2    speculation and assumes facts not in evidence.
3    Q.  (BY MR. FREEMAN)  You previously testified
4    that DPS provided information for a matching program
5    between SOS registered voters and DPS drivers, correct?
6    A.  Yes.
7    Q.  And you said that that may have occurred
8    during consideration of S.B. 14, correct?
9    A.  Yes.
10   Q.  And the date of this e-mail, you said, was
11   February 1st, correct?
12   A.  Yes.
13   Q.  And that's before S.B. 14 was passed, correct?
14   A.  Yes.
15   Q.  And this e-mail indicates that some match was
16   performed between total voters in the State of Texas
17   and a DPS record, correct?
18   A.  Yes.
19   Q.  My question is, what type of DPS record did
20   DPS provide in order for SOS to perform that match?
21   MR. KEISTER:  Objection, form, calls for
22   speculation, mischaracterizes the evidence presented to
23   this witness.
24       And to the extent you can testify with
25   DPS knowledge what DPS provided to the Secretary of

112

1    State, you're allowed to do that.  To the extent you're
2    being requested to testify as to what the Secretary of
3    State did with that knowledge, if DPS does not know,
4    then that's outside what you're designated to testify
5    about, and I'll instruct you not to answer that.
6    Q.  (BY MR. FREEMAN)  You may answer.
7    A.  I don't know what all data -- I know the data
8    that was given to them was from the driver's license
9    database.  And as to the specific fields that were
10   provided to the Secretary of State, I don't know.
11   Q.  Are you aware of whether DPS provided records
12   from the active DPS database or whether it provided a
13   copy of the jury wheel?
14   A.  I believe on one of those occasions the jury
15   wheel was provided to them.  And prior to that, I'm not
16   sure what they got.
17   Q.  So you don't know if this was the driver's
18   license database or was the jury wheel with regard to
19   this particular match?
20   MR. KEISTER:  Objection, form, calls for
21   speculation, mischaracterizes the previous testimony.
22   There's no foundation, no evidence that the information
23   this witness has talked about is the information that
24   was used by the Secretary of State.
25   THE WITNESS:  Okay.  The question --

JOE PETERS                                                    4/30/2014

113

1    Q.  (BY MR. FREEMAN)  You may answer.
2    A.  The question is?
3    Q.  With regard to the information that DPS
4  provided that the Secretary of State matched in January
5  of 2011, are you aware whether that was from the active
6  DPS database or whether that was from the jury wheel?
7         MR. KEISTER:  Same objections.
8         THE WITNESS:  I'm not aware.
9    Q.  (BY MR. FREEMAN)  Okay.  Did DPS help devise
10  the comparison algorithm or the -- the match that was
11  used between registered voter databases and DPS data?
12    A.  My understanding is that DPS provided the data
13  and had no input otherwise.
14    Q.  Okay.  Are you aware of whether DPS provided
15  the ethnicity field from the driver's license database?
16    A.  I'm not.
17    Q.  Okay.  Are you aware of whether DPS provided
18  the expiration date field from the DPS database?
19    A.  I'm not.
20    Q.  Did anyone from DPS follow up with the
21  Secretary of State's office to determine if the match
22  had been completed?
23    A.  I'm not aware of whether they did or not.
24    Q.  So, to your knowledge, as -- sorry.  To the
25  knowledge of the Department of Public Safety and you as

114

1  their designee here, no follow-up was conducted,
2  correct?
3         MR. KEISTER:  Objection, form, vague,
4  confusion, calls for speculation.
5         MR. FREEMAN:  I'm happy to rephrase it.
6         MR. KEISTER:  Okay.
7    Q.  (BY MR. FREEMAN)  To the knowledge of the
8  Department of Public Safety, there was no follow-up
9  conducted to determine if this match for which the
10  department had provided data had been completed,
11  correct?
12         MR. KEISTER:  Objection, form,
13  mischaracterizes the previous testimony, no foundation,
14  and calls for speculation.
15         THE WITNESS:  I'm not aware.
16    Q.  (BY MR. FREEMAN)  Did DPS receive the output
17  of the match that was conducted in January 2011?
18    A.  I'm not aware.
19    Q.  Was the match that was conducted in January
20  of 2011 provided to any Texas legislators during
21  consideration of S.B. 14?
22    A.  I don't know what the Secretary of State's
23  office may have provided them, if that's what you're
24  asking.  I don't know.
25    Q.  To your knowledge --

115

1    A.  No.
2    Q.  -- DPS didn't provide a copy?
3    A.  No.
4    Q.  Did DPS make any legislators aware that the
5  match had been -- that it had provided data for this
6  match?
7    A.  I'm not aware of any specific notification to
8  any legislator that we have provided that data.
9    Q.  Was a decision made not to inform Texas
10  legislators that data had been provided for this match?
11         MR. KEISTER:  Objection, form.
12  Mischaracterizes previous testimony.
13    A.  I'm not aware.
14    Q.  (BY MR. FREEMAN)  So you don't know -- pardon
15  -- the Department of Public Safety does not know when a
16  decision was made not to inform legislators that this
17  data had been provided?
18         MR. KEISTER:  Objection, form.
19  Argumentative and mischaracterizes the previous
20  testimony.
21    A.  I'm not aware of any such decision that was
22  made.
23    Q.  (BY MR. FREEMAN)  Are you aware of any other
24  instance in which legislators have requested
25  information that DPS -- that had in its possession

116

1  in which DPS did not provide that information?
2         MR. KEISTER:  Objection, form.
3  Mischaracterizes previous testimony, no foundation as
4  respect to you did not establish there was any request,
5  argumentative and calls for speculation.
6    A.  I'm not aware.
7    Q.  (BY MR. FREEMAN)  Are you aware of any
8  instance in which a Texas agency has declined to
9  provide readily available information to legislators
10  who have requested it?
11         MR. KEISTER:  Objection, form.  That's
12  outside the scope of the issues you're here to testify
13  about.  You can testify with respect to the knowledge
14  of DPS but not about other agencies.
15    A.  With respect to DPS I'm not aware of any
16  instance where we didn't provide information requested
17  by the legislature.
18    Q.  (BY MR. FREEMAN)  Is it ordinary procedure for
19  DPS to decline to provide readily available information
20  to the legislators who have requested it?
21         MR. KEISTER:  Object to form,
22  argumentative, mischaracterizes previous testimony and
23  no foundation.
24    A.  And your answer is no.
25    Q.  (BY MR. FREEMAN)  Okay.  Besides the

JOE PETERS                                                          4/30/2014

117

1    information that we discussed that DPS provided to the
2    Secretary of State's office and besides information for
3    the fiscal note, is there any other information that
4    DPS provided to legislators during discussion of S.B.
5    14?
6        **A. Are you talking about documented information?**
7        Q. Verbal or documented information.
8        **A. I'm not aware of any other information in**
9    **either form.**
10       Q. Okay. Are there any other requests to examine
11   DPS data that DPS received during consideration of
12   prior photographic voter identification bills?
13       **A. I'm not aware of it.**
14       Q. Are there any other efforts that DPS conducted
15   to analyze registered voters who did not possess or do
16   not possess -- sorry. Let me start over.
17       Are there any other efforts by DPS that
18   were conducted to analyze registered voters who possess
19   or do not possess a Texas driver's license?
20       MR. KEISTER: Objection, form,
21   mischaracterizes previous testimony. No foundation.
22   There's been no evidence that the DPS conducted any
23   analysis with respect to registered voters.
24       **A. And DPS did not conduct any kind of analysis**
25   **with respect to registered voters.**

118

1        Q. (BY MR. FREEMAN) Did DPS receive any other
2    request for information from the Texas Legislature
3    related to earlier voter identification bills?
4        MR. KEISTER: Objection, form.
5    Mischaracterizes previous testimony, no foundation.
6    There's been no evidence that the legislature requested
7    any information from -- I missed it -- would you read
8    back the question? Maybe I misunderstood it.
9        THE REPORTER: Sure. Question, "Did DPS
10   receive any other request for information from the
11   Texas Legislature related to earlier voter
12   identification bills?"
13       MR. KEISTER: I'm sorry. I was wrong.
14   I'll withdraw those objections.
15       **A. Okay. And the question was, once more?**
16       Q. (BY MR. FREEMAN) Did DPS receive any other
17   request for information or data from the Texas
18   Legislature related to earlier voter identification
19   bills?
20       **A. If they did I'm not aware of it.**
21       Q. And did DPS provide the Texas Legislature with
22   any other information related to pre-S.B. 14 voter
23   identification bills?
24       **A. Not that I'm aware of.**
25       Q. As part of Texas' request for administrative

119

1    preclearance of S.B. 14 under Section 5 of the Voting
2    Rights Act, did Texas make any attempt to determine the
3    number of registered voters in Texas who lack a
4    DPS-issued ID?
5        MR. KEISTER: Object to form. To the
6    extent you can testify or answer that question with
7    respect to DPS only, that's what you're here designated
8    to testify about.
9        **A. With respect to DPS the answer is no.**
10       Q. (BY MR. FREEMAN) Did DPS provide any
11   information in support of any such effort?
12       MR. KEISTER: Objection, vague.
13       Q. (BY MR. FREEMAN) Did DPS provide any
14   information in support of any attempt to determine the
15   number of registered voters in Texas who lack a
16   DPS-issued ID as part of Texas' requests for
17   administrative preclearance of S.B. 14 under Section 5
18   of the Voting Rights Act?
19       **A. I'm not aware of those requests. There may**
20   **have been some. I'm not informed.**
21       Q. So you're not aware of any information that
22   DPS provided to facilitate a database match during the
23   administrative preclearance process?
24       **A. Correct.**
25       Q. And so on behalf of DPS you're testifying you

120

1    have no knowledge whatsoever of information DPS
2    provided during the administrative preclearance
3    process, correct?
4        **A. Correct.**
5        MR. KEISTER: And I'll object to that's
6    vague and misstates his previous testimony. I think
7    the confusion may be, counsel, that you're tying it to
8    preclearance and assuming that DPS was aware that the
9    information they provided was for the preclearance.
10   He's already testified about the database
11   information -- I'm assuming that's what you're going
12   for -- that has been provided. If that's -- just so
13   there's a clear record. I think he was confused. I
14   mean, I'm sorry, you know, I'll stay off of it.
15       Q. (BY MR. FREEMAN) During the period in which
16   Texas was requesting administrative preclearance of
17   S.B. 14, did DPS provide any information that was used
18   to conduct a database match of registered voters in
19   order to determine whether those registered voters
20   possessed DPS-issued ID?
21       **A. DPS did provide data to the Secretary of**
22   **State's office at some point during the consideration**
23   **of S.B. 14 and whether or not -- and then some after**
24   **S.B. 14, but whether those dates corresponded with**
25   **preclearance, I don't know. I don't know the dates.**

JOE PETERS                                                    4/30/2014

121

1      Q.  What databases were provided during the
2    post-passage period?
3      **A.  Data from the driver license system database.**
4      Q.  Not the license-to-carry database?
5      **A.  Not the what?**
6      Q.  Not the license-to-carry database?
7      **A.  I'm not aware of what was provided by**
8    **license-to-carry.  Not my division.**
9      Q.  What information was provided from the
10   driver's license database?
11     **A.  I don't know the specific fields that were**
12   **provided.**
13     Q.  Are you aware of whether this was the live
14   database or the jury wheel database?
15     **A.  If I remember correctly, it was some of both.**
16   **One time it was the jury wheel database and I believe**
17   **another time from the live database.**
18     Q.  And you don't know which is which?
19     **A.  I don't know which is which.**
20     Q.  Did DPS help devise the matching protocol?
21     **A.  No, sir, not that I'm aware of.**
22     Q.  Do you know what the matching protocol was?
23     **A.  No, sir.**
24     Q.  Did you provide any racial data?
25     **A.  I don't know what fields we provided.**

122

1      Q.  But DPS does have an ethnicity field, correct,
2    in the driver's license database?
3      **A.  Yes, sir.**
4      Q.  Did DPS follow up to determine if a match had
5    been completed successfully?
6      **A.  I'm not aware that we did.**
7      Q.  Did DPS receive the output of this match?
8      **A.  I'm not aware that we did, I mean, if you're**
9    **talking directly from Secretary of State.  We became**
10   **aware of it.**
11     Q.  When did you become aware of it?
12     **A.  I would assume it was shortly after it was**
13   **conducted, but I don't know the date.**
14     Q.  And what information did you receive
15   concerning the completed match?
16     **A.  Was that the completed match indicated that**
17   **there were something over 700,000 potential voters in**
18   **Texas that did not have photo ID.**
19     Q.  Did you act on that match in any way?
20     **A.  I'm sorry?**
21     Q.  Did you act on that information in any way?
22     **A.  No, sir.**
23     Q.  Do you have any information, either positive
24   or negative, regarding the accuracy of that match?
25     **A.  No, sir.**

123

1              THE REPORTER:  Exhibit 44.
2              (Exhibit 44 marked.)
3              MR. KEISTER:  Thank you.
4      Q.  (BY MR. FREEMAN)  Are you aware of whether in
5    the post-passage period DPS provided data once or twice
6    or more than that to SOS for an analysis?
7      **A.  It's my recollection that we provided data**
8    **once after passage, post-passage.**
9      Q.  Have you seen this document before?
10     **A.  I have not.**
11     Q.  Who is Charles Moon?
12     **A.  I don't know who Charles Moon is.**
13     Q.  Am I correct that Charles Moon works for DPS?
14     **A.  Yes, sir, based on what I see in the e-mail**
15   **string as a DPS e-mail address.**
16     Q.  Who is Vanisree Madipadga?
17     **A.  I don't know.**
18     Q.  Who is Enrique Gomez?
19     **A.  Enrique Gomez is a former DPS employee.**
20     Q.  And what was Enrique Gomez's position at DPS?
21     **A.  He was in the information-technology division.**
22     Q.  Do you know what his position was in the
23   information technology position?
24     **A.  He was a senior manager, but I don't know -- I**
25   **don't recall -- I don't recall what his specific duties**

124

1    were.
2      Q.  Okay.  If you go to the last page.
3      **A.  Uh-huh.**
4      Q.  When this says, "Forward jury wheel FTP
5    address," does that suggest to you in any way that DPS
6    provided the jury wheel information for that match?
7      **A.  It would.**
8      Q.  What is the jury wheel?
9      **A.  That's a list of holders of driver licenses**
10   **and Texas ID cards that are provided to counties from**
11   **which they select their jury panels.**
12     Q.  How does that differ from the driver's license
13   or ID database?
14     **A.  It comes from the driver's license and ID**
15   **database.**
16     Q.  What is the distinction between the jury wheel
17   database and -- the jury wheel and the driver's license
18   and ID database?
19     **A.  The number or the fields that are actually**
20   **transmitted to the counties for jury wheel purposes.**
21     Q.  Are there any records that are present in the
22   driver's license or ID database that are eliminated for
23   purposes of creating the jury wheel?
24     **A.  I don't believe they get the Social Security**
25   **numbers.  And I'm not sure what all goes on the jury**

JOE PETERS                                                          4/30/2014

125

1    wheel.
2        Q.   Does license expiration go on the jury wheel?
3        A.   I don't know.
4        Q.   Are you aware of whether expired IDs are at
5    any point expunged from the driver's license database?
6        A.   They could be after some period of time but --
7        Q.   Are you certain that that is the regular
8    practice of DPS?
9        A.   Well, they're not automatically expunged.  If
10   some situation arises where -- I know in the case of
11   driver licenses we'll get a request every now and then
12   for a specific driver license number; and if that
13   driver license number has not been issued in a period
14   of five years, been inactive for five years, then we
15   will reissue that driver's license number.  And I'm
16   assuming we do the same for an ID card.
17       Q.   But it's not the regular practice of DPS to --
18       A.   No, sir.
19       Q.   -- eliminate records from the database?
20       A.   Correct.
21       Q.   And the jury wheel, does that include those
22   individuals with expired IDs or all individuals in the
23   DPS database?
24       A.   I don't know but -- well, I can't answer the
25   question.  I don't know.

126

1        Q.   When is the jury wheel list created?
2        A.   It's created annually.
3        Q.   When in the year?
4        A.   I don't know.
5        Q.   So you don't know if the jury wheel list is at
6    any point a collection of individuals who have a valid
7    Texas driver's license or ID, correct?
8        A.   Correct.
9        Q.   Do you know why DPS provided the jury wheel
10   rather than extract to the driver's license database?
11       A.   No, sir.
12       Q.   If you go to the prior page, Page 11.  To your
13   knowledge are all these fields present in the jury
14   wheel?
15       A.   Well, as I testified earlier, I don't know
16   what all the fields were that were provided, but the
17   e-mail indicates that the county, the first, middle,
18   and last name of the individual and Social Security
19   number, the gender, the DL and ID number and issue
20   date, the date of birth, and the ethnicity.
21       Q.   So am I correct that -- that no address fields
22   were provided for this match?
23       A.   None indicated in this e-mail.
24       Q.   And no expiration dates?
25       A.   Correct.

127

1        Q.   And as we've already discussed, you can't vote
2    with an ID, under S.B. 14, that's expired more than 60
3    days, correct?
4        A.   Correct.
5        Q.   Go to Page 7.  I'm sorry.  Page 10.
6        A.   10.
7        Q.   10.  Do you see the discussion of, in the last
8    e-mail, bad characters?
9        A.   I'm sorry, the last -- the one at the bottom?
10       Q.   The one from John Mendoza to Charles Moon?
11       A.   Uh-huh.
12       Q.   November 7th, 2011, at 4:05 p.m.?
13       A.   Uh-huh.
14       Q.   Do you see that the records suggest that there
15   are "bad characters" within certain records?
16       A.   Yes.
17       Q.   What does that mean?
18       A.   It means that -- to me, it means that --
19            MR. KEISTER:  Don't testify as to what it
20   means to you.
21            THE WITNESS:  Okay.
22            MR. KEISTER:  If you know what it means
23   to the DPS.
24            THE WITNESS:  I don't.
25            MR. KEISTER:  Yeah, and Dan, this -- I

128

1    don't think these issues were designated or that
2    Mr. Peters was designated to talk about database or
3    jury wheel or these type of issues.  This is getting
4    pretty technical.  He's not -- he's not the technical
5    person that could answer these questions.
6            MR. FREEMAN:  He was designated regarding
7    the information that DPS provided.
8            MR. KEISTER:  I know.  What you're
9    getting into, you're getting into technical computer
10   fields and -- so I mean, I don't see a topic that this
11   falls under.
12            I mean, I'm not saying you can't talk to
13   him about it.  I'm just letting you know he's not the
14   person that should be answering any technical computer
15   questions.
16       Q.   (BY MR. FREEMAN)  So are you aware of why
17   these bad characters were present in DPS databases?
18       A.   No, sir.
19       Q.   If you go to the first page of the database --
20   or of the e-mails I'm sorry.  Second e-mail.  Reading
21   this, am I correct the DPS eventually provided its
22   complete jury wheel without any major filters for
23   duplicates, deceased individuals, or individuals too
24   young to be registered voters?
25            MR. KEISTER:  Objection, form.  Calls for

---

129

1  speculation.
2      Q. (BY MR. FREEMAN) Does this e-mail provide the
3  list of filters that were applied to the jury wheel
4  database in order for -- to provide a copy of the jury
5  wheel to SOS for purposes of conducting a match?
6          MR. KEISTER: Objection, form. Calls for
7  speculation.
8      A. Am I aware of what now?
9      Q. (BY MR. FREEMAN) Does this e-mail provide the
10  list of the --
11     A. And you're referring specifically to --
12     Q. I'm referring to the December 9th, 2011, 4:33
13  p.m. e-mail.
14     A. Okay.
15     Q. From Enrique Gomez to Lee Guyette.
16     A. Okay.
17     Q. Am I correct that this sets out the filters
18  that were applied to the jury wheel when the jury wheel
19  was provided to SOS, correct?
20     A. That's my understanding, yes, sir.
21     Q. And there's no filter for duplicate records,
22  correct?
23     A. For which records?
24     Q. Duplicate records.
25          MR. KEISTER: Objection, form. Calls for

---

130

1  speculation. And, Dan, this is outside the issues he's
2  been designated for. I mean, he can testify generally,
3  but if you're asking him for specific fields and for
4  expert testimony I'm going to instruct him not to
5  answer, unless you can identify something that he's
6  been designated under. I don't see anything.
7          MR. FREEMAN: Mr. Keister, he's been
8  designated as the Department of Public Safety's witness
9  regarding analysis that was conducted during
10  preclearance.
11          MS. MURPHY-DARVEAU: DPS did not conduct
12  any analysis during preclearance.
13          MR. KEISTER: Correct.
14          MS. MURPHY-DARVEAU: So that's outside the
15  scope of what's in the notice.
16          MR. KEISTER: But I'm sure if you
17  certified it we could provide it if you need any
18  technical testimony. But this is beyond the scope.
19          MR. FREEMAN: He's been designated
20  regarding "All analyses of registered voters, including
21  racial demographics" who do not possess or -- "who
22  possess or do not possess a Texas driver license,
23  personal identification card or license to carry a
24  concealed handgun."
25          MR. KEISTER: And the testimony has been

---

131

1  that there was no analysis done by DPS. You're asking
2  him?
3          MR. FREEMAN: He's been designated by DPS
4  for DPS, all knowledge that DPS has regarding all
5  analyses.
6          MR. KEISTER: Correct.
7          MR. FREEMAN: Not all analyses conducted
8  by DPS but all knowledge DPS has regarding analyses.
9          MR. KEISTER: Well --
10          MR. FREEMAN: It says "all analyses."
11          MR. KEISTER: Be that as it may, he is
12  going to testify about knowledge that DPS has. If it's
13  outside DPS knowledge, he's not going to testify about
14  it.
15          With respect to these technical issues,
16  he's not been designated to testify to them, and I'm
17  going to instruct him not to answer.
18          MR. FREEMAN: Are you stating that DPS
19  doesn't have knowledge --
20          MR. KEISTER: I'm not --
21          MR. FREEMAN: -- regarding e-mails that
22  were sent by a DPS employee?
23          MR. KEISTER: You can ask him all you
24  want to about the e-mail, but you're not going to get
25  into specific computer issues with him that he's not

---

132

1  qualified to answer. You're going to get a wrong
2  answer and it's a waste of time. Or you may get a
3  wrong answer and it's a waste of time, and he's not
4  designated for it .
5          So don't answer it.
6      Q. (BY MR. FREEMAN) Are you aware of the
7  matching protocol that was conducted using DPS data for
8  the match that was conducted on the jury wheel
9  information provided and described in these e-mails?
10          MR. KEISTER: Object to form. Calls for
11  speculation. And no foundation.
12     Q. (BY MR. FREEMAN) Let me try and rephrase.
13          Are you aware of the matching protocol
14  that was used to compare Texas driver's license
15  information to the DPS information described in this
16  exhibit?
17          MR. KEISTER: Objection, form. Calls for
18  speculation. Mischaracterizes previous testimony in
19  that there's been no evidence that DPS conducted a
20  match.
21     Q. (BY MR. FREEMAN) My question is, are you
22  aware of any analysis or match conducted by anyone
23  using the information that DPS provided?
24     A. No, I don't know what was done with the data
25  that we provided.

---

JOE PETERS                                           4/30/2014

133

1    Q.  Are you aware of the output of that match?
2    A.  I have been advised that there were a match
3  conducted by the office of the Secretary of State or
4  whoever did it for them.  And I was made aware of those
5  results.
6    Q.  And what were those results?
7    A.  That there were over 700,000 registered voters
8  out there that may not have a photo ID.
9    Q.  And that was over 700,000 voters who could not
10  be matched to records provided by DPS?
11    A.  Without a clear understanding of how the match
12  was made, I don't know.
13    Q.  After Texas declared that it would begin
14  implementing S.B. 14, did it conduct another attempt to
15  determine which registered voters had a Texas driver's
16  license or ID card?
17    MR. KEISTER:  Object to form.  To the
18  extent it's asking about DPS specifically, you can
19  answer that question.
20    Q.  (BY MR. FREEMAN)  My question relates to DPS'
21  knowledge of any analysis conducted by the State of
22  Texas or any of its departments or agencies.
23    MR. KEISTER:  To the extent that's not
24  going to violate any attorney/client discussions or
25  your attorney/client communications you can answer, but

134

1  this is strictly with respect to DPS knowledge.
2    A.  Am I aware?
3    Q.  (BY MR. FREEMAN)  Yes.
4    A.  Yes.
5    Q.  When did it conduct that analysis?
6    A.  I don't know the date.
7    Q.  When did DPS --
8    A.  Well, DPS did not conduct an analysis.
9    Q.  When did DPS provide information to be used in
10  such an analysis?
11    MR. KEISTER:  Object to form.  To the
12  extent this is going to involve anything that's
13  attorney/client, do not respond to that.
14    A.  I don't know.
15    Q.  (BY MR. FREEMAN)  You don't know when the
16  Department of Public Safety provided information for an
17  analysis of which voters may not have S.B. 14-required
18  ID issued by DPS?
19    A.  Correct.
20    Q.  Do you know what information DPS provided?
21    A.  Information from the driver license database.
22    Q.  Was this the driver -- the live database or
23  the jury wheel?
24    A.  After preclearance was granted I believe it
25  was live database, but I'm not sure.

135

1    Q.  After Texas began implementing S.B. 14, you're
2  not aware of whether it was jury wheel data or live
3  driver's license database?
4    A.  After we began issuing EICs?
5    Q.  Yes.
6    A.  I'm not aware that we provided any data after
7  that date.
8    Q.  So in July 2013 you're not aware of whether
9  DPS provided any data for any analysis?
10    A.  I'm not aware that it was that date.
11    Q.  Are you aware of what fields DPS provided for
12  any analysis after the State of Texas began
13  implementing S.B. 14?
14    A.  No, sir.
15    Q.  Are you aware whether DPS helped devise the
16  matching protocol?
17    MR. KEISTER:  Object to form.  Calls for
18  speculation and vague.
19    There's no evidence that they did.
20    MR. FREEMAN:  Can we take a break?
21    THE REPORTER:  Off the record.
22    (Discussion off the record.)
23    THE REPORTER:  Back on the record.
24    Q.  (BY MR. FREEMAN)  Mr. Peters, you were
25  designated on Topic 19 that we discussed earlier,

136

1  correct?
2    A.  I got the wrong document.
3    Q.  It's the last page of that document.
4    MR. KEISTER:  Let me see it.  Here's the
5  letter.
6    THE WITNESS:  That's what I was looking
7  for.
8    MR. KEISTER:  That should be the same as
9  what's on there.
10    THE WITNESS:  Yeah, it is.
11    A.  Yes, sir.
12    Q.  (BY MR. FREEMAN)  And Topic 19 requests "All
13  information or data provided to or requested by the
14  Texas Legislature, directly or through another Texas
15  agency or official," correct?
16    A.  Correct.
17    Q.  And that's all information or data related to
18  S.B. 14, S.B. 362 from 2009, H.B. 218 from 2007 or H.B.
19  1706 from 2005.
20    A.  Correct.
21    Q.  What documents did you review in preparation
22  for that specific topic?
23    A.  Some e-mails.  And I don't recall specific --
24  any review on S.B. 362 or H.B. 218 or H.B. 1706.
25    Q.  And reviewing -- in reviewing those e-mails

137

1   related to S.B. 14, did you become aware of any data
2   that the State of Texas provided to the office of the
3   Secretary of State in order for the office of the
4   Secretary of State to respond to requests from the
5   Texas Legislature?
6       **A. I don't know that the Secretary of State was**
7   **responding to a request from the Texas Legislature when**
8   **we provided that data.**
9       Q. Did you become aware of what that data was
10  that you provided to the office of the Secretary of
11  State during consideration of S.B. 14?
12      **A. It was data from the driver license database.**
13      Q. But you're not aware of what specific fields
14  you provided?
15      **A. No, sir.**
16      Q. Okay. Who in the Department of Public Safety
17  would have more information related to that topic?
18      **A. That would be persons in the information**
19  **technology division.**
20      Q. Who specifically in the information technology
21  division?
22      **A. I would have to defer to the chief of the**
23  **division to get a name.**
24      Q. Who is the chief of the division?
25      **A. Chris Sarandos.**

138

1       Q. Was Chris Sarandos the chief of the division
2   in 2011?
3       **A. I don't think so. I'm not sure when he came**
4   **on, but he hadn't been there very long. Longer than I**
5   **have but --**
6       Q. Did you have any other discussion with staff
7   regarding specifically Topic 19?
8       **A. No.**
9       Q. With regard to Topic 20, am I correct that
10  Topic 20 requests information regarding "All analyses
11  of registered voters, including racial demographics,
12  who possess or do not possess a Texas driver license,
13  personal identification card, or license to carry a
14  concealed handgun conducted between January 1, 2005 and
15  May 27, 2011"?
16      **A. And you're asking me?**
17      Q. Am I correct that that topic includes that,
18  that subject?
19      **A. Yes, you are.**
20      Q. Am I correct that that topic includes analyses
21  conducted by the elections division of the Secretary of
22  State?
23      **A. It includes -- by the elections division of**
24  **the Secretary of State, it does.**
25      Q. But you don't know what information the

139

1   Department of Public Safety provided to contribute to
2   that analysis, correct?
3           MR. KEISTER: Objection, form. Misstates
4   previous testimony. Vague. And I think asked and
5   answered.
6       Q. (BY MR. FREEMAN) Correct?
7       **A. Yeah, we did provide data from the driver's**
8   **license system.**
9       Q. And with regard to analyses conducted after
10  May 27th and specifically analyses conducted between
11  August 31st, 2012 and the present, who did you -- who
12  did you discuss -- that's Topic 21. Who did you
13  discuss Topic 21 with?
14      **A. Topic 21?**
15      Q. Yep.
16      **A. I can't answer the question with respect to**
17  **the concealed handgun.**
18      Q. Okay. But with regard to driver's license and
19  personal identification card information, who did you
20  discuss that topic with?
21      **A. I don't recall who all I might have discussed**
22  **that with.**
23      Q. Do you recall anyone?
24      **A. I believe I discussed that with my -- one of**
25  **my deputy assistant directors.**

140

1       Q. Who was that?
2       **A. Would have been Paul Watkins.**
3       Q. Would Paul Watkins be aware of the specific
4   information that DPS provided to the office of the
5   Secretary of State?
6       **A. Likely not.**
7       Q. Who would?
8           MR. KEISTER: Objection -- objection,
9   form. Vague. What information are you referring to?
10      Q. (BY MR. FREEMAN) Who would be aware of the
11  specific information that DPS provided to the office of
12  Secretary of State between August 31st, 2012, and the
13  present to contribute to any analysis of the possession
14  of Texas driver's license or personal identification
15  cards by registered voters?
16      **A. That would be the information technology**
17  **division staff.**
18      Q. And that would be the same individual we
19  discussed earlier?
20      **A. Yes.**
21      Q. What was his name again? I'm sorry.
22      **A. Chris Sarandos.**
23      Q. Thank you. Are you aware of whether DPS
24  followed up with the office of Secretary of State to
25  determine if a match for which it had given data had

JOE PETERS

4/30/2014

---

141

1  been completed successfully?
2      MR. KEISTER:  Objection, form.
3  Mischaracterizes previous testimony.  Vague.  No
4  foundation.  And asked and answered.
5      But you can answer it.
6      A.  I'm not aware.
7      Q.  (BY MR. FREEMAN)  Did DPS receive the output
8  of any analysis performed using the data that it
9  provided after August 31st, 2012?
10     A.  I'm not aware that DPS received a formal
11  notification of the output.  We were made aware of what
12  the output was.
13     Q.  What was the output?
14     A.  As I testified earlier, I believe the output
15  was that there were over 700,000 potential voters out
16  there that did not have an ID or a driver's license.
17     Q.  That was the output of the analysis performed
18  after August 31, 2012?
19     A.  Oh, now, I'm not sure about the number -- I
20  mean, the date and that number on a specific date.
21     Q.  Are you aware of whether there were different
22  outputs of different analyses that were performed
23  during -- or using DPS data?
24     A.  No, sir.
25     Q.  Who would be?

---

142

1      A.  I would assume the Secretary of State would
2  have known if they conducted the analysis.
3      Q.  Who in DPS would have been made aware of that
4  information?
5      MR. KEISTER:  Object to form.  Calls for
6  speculation.  Mischaracterizes previous testimony.
7      A.  I don't know.
8      Q.  (BY MR. FREEMAN)  Are you aware of whether DPS
9  provided data more than once since August 31st, 2012,
10  with regard to any S.B. 14-related analysis?
11     MR. KEISTER:  Objection, form.
12     Q.  (BY MR. FREEMAN)  Did DPS become -- provide
13  data on more than one occasion in order for S.B.
14  14-related analysis to be conducted?
15     MR. FREEMAN:  I'm also going to object to
16  the fact that the witness just looked at a note that
17  was passed between counsel while a question was
18  pending.
19     MR. KEISTER:  No, he did not, Dan.  I was
20  looking at that and I just --
21     A.  What's your question?
22     MR. KEISTER:  Hold on.  Let me caution
23  the witness that anything that has to do with
24  litigation or attorney/client information, you are not
25  to answer that question.

---

143

1      A.  Okay.  And now the question was?
2      Q.  (BY MR. FREEMAN)  Did DPS provide data more
3  than once after August 31st, 2012, for the purpose of
4  allowing S.B. 14 analysis to be conducted?
5      MR. KEISTER:  Objection, form.
6  Mischaracterizes previous testimony.  No foundation.
7      A.  I'm not aware of what data was provided after
8  that date.
9      Q.  (BY MR. FREEMAN)  You're not aware of the
10  scope of the data or the frequency with which data was
11  provided or both?
12     A.  Both these -- all the above.
13     Q.  Okay.  Are you aware of any future plans for
14  DPS to provide data for the purpose of conducting S.B.
15  14-related analysis?
16     MR. FREEMAN:  Don't give any testimony
17  with respect to attorney/client information.  But to
18  the extent there's anything else, you can answer that.
19     MR. KEISTER:  If there is.
20     Q.  (BY MR. FREEMAN)  You're not aware?
21     A.  No.
22     Q.  Okay.  All right.  One last topic and then
23  you're done with me.  Are Texas driver's licenses
24  available to individuals who are not U.S. citizens?
25     A.  Yes.

---

144

1      Q.  Under what circumstances?
2      A.  If an applicant is here on a visa or some
3  limited term they are still eligible for a driver's
4  license restricted to the expiration of their legal
5  presence in the U.S.
6      Q.  Is there any difference in format between a
7  driver's license issued to a citizen and a driver's
8  license issued to a noncitizen?
9      A.  No.  Not that I'm aware of.
10     Q.  If an individual has a green card but is not a
11  citizen, is there any distinction between the
12  expiration of the driver's license of that noncitizen
13  and the expiration of a driver's license of a citizen?
14     A.  The expiration of a driver's license of a
15  noncitizen is limited to the term that they're
16  permitted to legally be in the U.S.
17     Q.  But if a noncitizen has an indefinite
18  permission to be present there will be no distinction
19  in expiration date between their driver's license and a
20  citizen's driver's license --
21     A.  Correct.
22     Q.  -- is that correct?
23     Are Texas ID cards available to
24  individuals who are not U.S. citizens?
25     A.  Yes.

---

JOE PETERS                                                    4/30/2014

145

1    Q.  Same circumstances?
2    **A.  Yes, sir.**
3    Q.  Are Texas license to -- licenses to carry a
4  concealed handgun available to individuals who are not
5  U.S. citizens?
6    **A.  I'm not aware.**
7    Q.  Very quick with this.
8        (Exhibit 45 marked.)
9    Q.  (BY MR. FREEMAN)  What is this document?
10   **A.  This appears to be a copy of the Texas**
11 **Administrative Code Title 37, Chapter 15, Subchapter**
12 **(b).**
13   Q.  Section 15.46?
14   **A.  Section 15.46.**
15   Q.  Have you seen this document before?
16   **A.  Well, not this particular document, excuse me.**
17 **I have seen the rule.**
18   Q.  Okay.  Am I correct that this document states,
19 "An applicant for a driver's license or ID must provide
20 information relating to their United States
21 citizenship"?
22   **A.  Yes.**
23   Q.  How is this regulation applied with regard to
24 individuals who are noncitizens and apply for a Texas
25 driver's license or ID card?

146

1    **A.  I'm not sure I understand your question.**
2    Q.  Am I correct that this states that an
3  applicant must provide information relating to their
4  United States citizenship?
5    **A.  Correct.**
6    Q.  What if an applicant is not a United States
7  citizen?
8    **A.  Then they have to provide proof of lawful**
9  **presence.**
10   Q.  Okay.  So this -- this regulation does not
11 apply to U.S. -- to non-U.S. citizens; is that correct?
12       MR. KEISTER:  Objection, calls for legal
13 conclusion and legal opinion.
14   **A.  I don't know.**
15   Q.  (BY MR. FREEMAN)  Okay.  Is there any way for
16 an individual to know from the face of a Texas driver's
17 license, personal identification -- or personal
18 identification card that the carrier is a U.S. citizen?
19   **A.  Not that I'm aware of.**
20   Q.  Are there any current valid driver's licenses
21 or ID cards in circulation that don't distinguish
22 between citizens and noncitizens?
23   **A.  That don't distinguish?**
24   Q.  That's correct.
25   **A.  I don't know.**

147

1    Q.  Are there any other guidelines, regulations,
2  policies or procedures specific to the ability of a
3  noncitizen to obtain a Texas driver's license or
4  personal identification card?
5    **A.  Let me hear the question again.**
6    Q.  Are there any other guidelines, regulations,
7  policies or procedures that specifically apply to the
8  ability of noncitizens to obtain a Texas driver's
9  license or personal identification card?
10   **A.  Not that I'm aware of.**
11       MR. FREEMAN:  Okay.  I pass the witness.
12       MR. KEISTER:  Lunch?
13       THE REPORTER:  Off the record?
14       MR. KEISTER:  Yeah.
15   (Lunch Recess from 12:16 to 12:44 p.m.)
16       THE REPORTER:  Back on the record.
17             EXAMINATION
18 BY MR. BRAZIL:
19   Q.  Good afternoon.
20   **A.  Good afternoon.**
21   Q.  I've got a few areas that I want to cover with
22 you before the other gentlemen have a turn as well.
23 And I speak very slowly so give me an opportunity to
24 finish my question before you give an answer.  And I'll
25 try to be very precise with my questions.  That way we

148

1  can get in, get out, and move on.  Okay?
2    **A.  Yes, sir.**
3    Q.  If you do not understand one of my questions
4  just say, "Scott, slow down," or, "Stop, back up,"
5  whatever.  Fair enough?
6    **A.  Yes, sir.  Yes, sir.**
7    Q.  I want to understand -- I like things simple.
8  I would like to understand and can you help me
9  understand the driver's license database.  I understand
10 from your testimony that the jury wheel is a part of
11 the driver's license database; is that correct?
12   **A.  The data for the jury wheel comes from the**
13 **driver license database, correct.**
14   Q.  So is there a master database that is
15 maintained by DPS?
16   **A.  With respect to driver's license?**
17   Q.  Yes.
18   **A.  Yes, sir.**
19   Q.  Okay.  And is there -- are there other
20 databases maintained by DPS other than the driver's
21 license database?
22   **A.  Yes, sir.**
23   Q.  Okay.  And what are those?
24   **A.  There's a criminal history database.**
25   Q.  Okay.

149

1          A.  The concealed handgun database.  Sex offender
2    registry.  Those are the ones that come to mind.
3          Q.  Okay.  Let's start with the driver's license
4    database.  The jury wheel information sent to counties
5    comes from that database, correct?
6          A.  Yes, sir.  And the jury wheel information is
7    sent to the Secretary of State and then distributed
8    from them to the counties, with a couple of exceptions
9    where the counties -- Dallas County is one, there's a
10   couple of other counties -- that have requested
11   information from the driver's license database in order
12   for the county appraisal districts to determine who's
13   eligible for things such as over-65 exemptions, tax
14   exemption.
15         Q.  Did that information flow directly from DPS to
16   the counties or did it go through the Secretary of
17   State?
18         A.  No.  Goes directly to counties.
19         Q.  Okay.  So the jury wheel information goes from
20   the DPS to Secretary of State, then to the counties?
21         A.  That's my understanding, yes, sir.
22         Q.  Now, if we take the DPS database as a whole,
23   what type of categories of information or fields are
24   available?  For example, does it break it down by age,
25   race, you know, date of birth?  What type of fields?

150

1    How many different categories are there in the DPS
2    driver's license database?
3          A.  I don't know how many separate fields there
4    are.
5          Q.  Is it broken down by race, for example?
6          A.  Yes, sir.
7          Q.  Okay.  What about things such as Hispanic
8    surnames or anything more detailed than that?
9          A.  There's nothing in the database that would
10   make a Hispanic surname distinguishable other than the
11   name itself, the spelling of the name.
12         Q.  Okay.
13         A.  But there's not a field that says "this person
14   is Hispanic," if that's what you're asking.
15         Q.  Okay.  So let me back up.  So you couldn't do
16   a search on those individuals who have designated
17   themselves as Hispanic origin, or could you?  I mean,
18   can you break it down by Hispanic, African-American,
19   Caucasian, other?
20         A.  We can break it down by African-American,
21   white, and I'm not sure how Hispanic is.  It may be
22   white, other than Hispanic.  I'm not sure.  I don't
23   know.
24         Q.  Okay.  Is there somebody that maintains that
25   database that would be more knowledgeable in that area?

151

1          A.  Yes, sir, that would be the information
2    technology division.
3          Q.  Okay.  And who is in charge of that again?
4          A.  Chris Sarandos.
5          Q.  Okay.  Can the DPS do a search by utilizing
6    date of birth or African-American or maybe light or
7    other than white?  Can they do searches like that?
8          A.  Yes, sir.
9          Q.  Now, is the information, if I walked in today
10   to get a driver's license, not a renewal, but just say
11   I turned 16 or came to this state and wanted to get a
12   Texas driver's license, what type of information would
13   be taken from me?
14         A.  Your name, your date of birth, your Social
15   Security number, a birth certificate.  I don't remember
16   everything on the application.
17         Q.  Okay.  Would I be asked to check a box under
18   some type of race; for example, Caucasian or
19   African-American or Hispanic or you know?
20         A.  Yes, sir.
21         Q.  I would?
22         A.  Well, you would -- you would -- if I'm not
23   mistaken, you would designate what your race is.  And
24   whatever you say, that's what we put in the database.
25   Now --

152

1          Q.  So you could -- I'm sorry.  Go ahead.
2          A.  Go ahead.  I'm through.
3          Q.  All right.  So you could do a search by that?
4          A.  Yes.
5          Q.  Okay.  And when you give the information to
6    the Secretary of State for the jury wheel that goes to
7    each county, is that type of information furnished?
8          A.  I'm not sure what all goes to the Secretary of
9    State for a jury wheel.
10         Q.  But I mean, dies the DPS furnish the racial
11   makeup information to the Secretary of State that is
12   then utilized for the jury wheel?
13         A.  I don't know.
14         Q.  Okay.  Is the designation -- if I walked in
15   today on designating myself as Caucasian or white, has
16   that changed over the last few years?  I mean, have you
17   added different races?  Have you made those categories
18   more broad or do you know?
19         A.  I don't know what changes have been made over
20   the last few years.
21         Q.  So those who have had a driver's license for
22   many years may be in the system differently than those
23   who get a driver's license today?
24         A.  That's a possibility.
25         Q.  Okay.  If -- if I renew my driver's license,

JOE PETERS                                                      4/30/2014

---

153

1    can I do that online?
2        **A.  Depends on your circumstances.  If you renewed**
3    **online last time, no, you can't.**
4        Q.  You can only do that every other time?
5        **A.  Yes, sir.**
6        Q.  Okay.  If I -- if I'm qualified to renew
7    online, do I complete the information in the section
8    designated for race?
9        **A.  I don't know.**
10       Q.  Okay.  Now, after I've renewed online, I have
11   to go back in to renew the next time, correct?
12       **A.  Correct.**
13       Q.  Then would I redesignate or would I be filling
14   out a current application or would I be grandfathered
15   in under the old information?
16       **A.  You would be filling out an application for**
17   **renewal.**
18       Q.  Okay.  Would that be the same as if I was
19   getting a new driver's license --
20       **A.  Yes, sir --**
21       Q.  -- the first time?
22       **A.  -- I believe it is.**
23       MR. KEISTER:  Let him completely stop.
24       THE WITNESS:  Okay.  I'm sorry.
25       MR. BRAZIL:  Very common.

---

154

1        THE WITNESS:  I got carried away.
2        MR. BRAZIL:  Okay.
3        THE WITNESS:  I was trying to be mindful
4    of the airplane schedules here.
5        MR. BRAZIL:  I understand.
6        Q.  (BY MR. BRAZIL)  I think I remember my
7    question.
8        For example, if I applied for a driver's
9    license in Texas for the very first time today or if I
10   applied to renew and I went in to an office to renew,
11   would the information be identical --
12       **A.  Yes, sir.**
13       Q.  -- that I would provide?
14       **A.  Yes, sir.**
15       Q.  So --
16       **A.  Except in -- if you've already provided proof**
17   **of residence, proof of citizenship, then you won't have**
18   **to do that again.**
19       Q.  Okay.  So if 40 years ago when I first got my
20   driver's license they didn't have any categories for
21   race, that would change when I renewed today?
22       **A.  That's my understanding.**
23       Q.  Okay.  So as the database is updated with
24   people that renew in person, that information becomes,
25   as I understand it, more current as far as racial

---

155

1    makeup of citizens in Texas who have a driver's
2    license?
3        **A.  Yes, sir.**
4        Q.  Okay.  Now, the concealed handgun database, is
5    it maintained separately from the driver's license
6    database?
7        **A.  It is.**
8        Q.  And why is that?
9        **A.  I don't have a clue.**
10       Q.  Okay.  I have a concealed handgun license and
11   I have a Texas driver's license, and they're two
12   separate cards.
13       **A.  Absolutely.**
14       Q.  Every year I ask why they are not combined.
15   Do you know why?
16       **A.  One of the reasons and several members of the**
17   **legislature have asked the same question, but the**
18   **expiration on a concealed handgun license does not**
19   **correspond with the expiration on a driver's license.**
20   **The expiration on a concealed handgun license, as I**
21   **understand it, is five years; and expiration on a**
22   **driver license is six years.**
23       **So there would be -- it would be**
24   **problematic to coordinate the two expirations if we had**
25   **everything on one card.  There are efforts afoot from**

---

156

1    **certain members of the legislature who would like to**
2    **see that happen.  But it hasn't yet.**
3        Q.  Okay.  To -- if -- to receive a Texas driver's
4    license I have to prove that I am a citizen or here
5    with some type of visa, correct?
6        **A.  Yes, sir.**
7        Q.  Okay.  If I got a driver's license 20 or 30
8    years ago, was it required then?
9        **A.  No, sir.**
10       Q.  Okay.  So if I'm grandfathered in, I could
11   have a Texas driver's license and not be here legally?
12       **A.  Yes, sir.**
13       Q.  Okay.
14       **A.  Until you come to renew.**
15       Q.  Correct, until I come in to renew.  But if I
16   come in to renew and I've had a driver's license for 20
17   or 30 years, do I have to show proof of citizenship?
18       **A.  Yes, sir.**
19       Q.  I do?
20       **A.  Yes, sir.**
21       Q.  Okay.  So I may have misunderstood your answer
22   to an earlier question.
23       So if I do come in to renew in person, I
24   will have to show proof that I'm a legal resident?
25       **A.  Yes, sir.**

---

JOE PETERS                                                           4/30/2014

157

1      Q.  All right.  Do I have to show the same type of
2  proof that I am a legal resident to get a CHL?
3      **A.  I don't know.**
4      Q.  Are you aware that in Texas to obtain a CHL
5  you do not have to show that you're a legal citizen?
6      **A.  I'm not aware.**
7      Q.  Okay.  What type of information is available
8  through the DPS or CHL database that is not available
9  in the driver's license database?
10     **A.  I don't know.**
11     Q.  Okay.  That would be somebody in the
12 information --
13     **A.  That would be somebody from the regulatory**
14 **services division that could answer that question.**
15     Q.  Okay.  But it is true that to get a CHL, you
16 are fingerprinted?
17     **A.  Yes, sir.**
18     Q.  And a background check is obtained?
19     **A.  Yes, sir.**
20     Q.  Okay.  So at least that -- those two steps are
21 in addition to getting the driver's license?
22     **A.  That's my understanding.**
23     Q.  Okay.  To your knowledge has the Department of
24 Public Safety ever provided to the Secretary of State's
25 office the CHL database?

158

1      **A.  I'm not aware of what CHL data has been**
2  **provided to them.**
3      Q.  To your knowledge as you sit here today,
4  having maybe read some of the e-mails, has anybody in
5  the Secretary of State's office requested the CHL
6  database to do any type of matching that you spoke of
7  earlier?
8      **A.  Not that I'm aware of.**
9          MR. KEISTER:  Scott, just so you know, we
10 do have somebody designated separately on the CHL.
11 It's a different program than what Mr. Peters is
12 involved with.
13     Q.  (BY MR. BRAZIL)  Where is the EIC information
14 maintained by DPS?  Is it in the driver's license
15 database or is it in a separate database?
16     **A.  It's in a separate database within the**
17 **driver's license system.**
18     Q.  So it is a part of the driver's license
19 system?
20     **A.  Yes, sir.**
21     Q.  Okay.  Is the jury wheel information part of
22 the driver's license system or is that different?
23     **A.  It's all -- it's part of the driver's license**
24 **system.**
25     Q.  Okay.  So if you provide to -- let's say the

159

1  Secretary of State asks you tomorrow to provide the
2  driver's license database.  Would it automatically have
3  the EIC information in it?
4      **A.  No, sir.**
5      Q.  They would have to specifically say, "We want
6  driver's license database and EIC"?
7      **A.  Correct.**
8      Q.  Okay.  And if they wanted CHL they would have
9  to make that specific request as well?
10     **A.  Correct.**
11     Q.  Has the DPS to your knowledge ever matched for
12 any purpose that you're aware of -- I know you've only
13 been there ten months -- EIC and/or driver's license
14 and CHL?
15     **A.  I'm not aware of it.**
16     Q.  When someone applies for an EIC do they
17 designate their race?
18     **A.  Yes, sir.**
19     Q.  So you could do a search by Hispanic,
20 African-American, Caucasian, to your knowledge with the
21 EIC?
22     **A.  Yes, sir.**
23     Q.  Now, I understand that DPS issues or is the
24 agency that issues almost all of the IDs in Texas to
25 the various agencies; is that correct?

160

1      **A.  If you're talking about employee**
2  **identification cards for purposes of some specific**
3  **agency requirement, I'm not aware of it.  We do issue**
4  **things such as access cards and so forth with some**
5  **identifying data on the card, the employee's name and**
6  **photo.**
7      Q.  Okay.  What about, for example, game wardens?
8  Do you issue their identification?
9      **A.  We don't issue their -- their department**
10 **identification cards, but we do issue them access**
11 **cards.**
12     Q.  All right.  Do any of the databases maintained
13 by DPS have a category for registered voter?
14     **A.  I'm sorry.  What was the question again?**
15     Q.  Sure do any -- does CHL, the driver's license,
16 EIC database, do any of those have a category for
17 registered voter?
18     **A.  I'm not aware of what CHL asks for.  Driver's**
19 **license asks you if you are and if you want to be.  If**
20 **you're not, do you want to be?  And the same with an ID**
21 **card.**
22     Q.  Okay.  So if I applied for a driver's license
23 today, I would check "registered voter"?
24     **A.  Yes, sir.**
25     Q.  So you could do a search by those that have

JOE PETERS                                                    4/30/2014

161

1    designated they're a registered voter?
2        **A.  We wouldn't do the search that they're a**
3    **registered voter.**
4        Q.  No.  But I mean you could search your
5    database --
6        **A.  Oh, yes.**
7        Q.  -- of those people?
8        **A.  Yes.**
9        Q.  Okay.
10       **A.  Yeah.**
11       Q.  To your knowledge is the only application that
12   requires fingerprints the CHL, of the three that we
13   talked about, the three databases?
14       **A.  The driver's license requires fingerprint, the**
15   **ID card requires a fingerprint.  The difference --**
16   **well, there is a difference in how those are obtained.**
17       Q.  And when you say ID, just so the record is
18   clear, that's the personal ID?
19       **A.  Correct.**
20       Q.  What's the difference between the personal ID
21   and EIC?
22       **A.  The personal identification card has more**
23   **data, more information on it, on the card itself.**
24       Q.  And can it be used to vote?
25       **A.  The ID card?**

162

1        Q.  Yes.
2        **A.  Yes, sir.**
3        Q.  Okay.  Does it require more information than
4    the EIC?
5        **A.  On the card?**
6        Q.  To apply for a personal identification.
7        **A.  I don't believe it requires more on the**
8    **application.  There's more displayed on the card.**
9        Q.  Okay.  So the application is the same.  The
10   information given by the applicant, is it the same for
11   the personal ID as it is for the EIC, if you know?
12       **A.  I'm just -- I don't know what the differences**
13   **in requirements for information are between EIC and the**
14   **ID card.**
15       Q.  Okay.  And can a noncitizen apply for a
16   personal ID?
17       **A.  They can apply.**
18       Q.  Do you designate race when you apply for a
19   personal ID?
20       **A.  I don't know the answer to that question.**
21       Q.  Is that database separate from the driver's
22   license database?
23       **A.  The ID card database?**
24       Q.  The personal ID.
25       **A.  No, they're all the same.**

163

1        Q.  Okay.
2        **A.  Yeah.**
3            MR. KEISTER:  Y'all are doing it again.
4            MR. BRAZIL:  I violated it too.
5        Q.  (BY MR. BRAZIL)  Is the personal ID database
6    part of the driver's license database?
7        **A.  Yes, sir.**
8        Q.  Okay.  So if the Secretary of State wanted the
9    personal ID database, if they asked for the driver's
10   license database, would they get that?
11       **A.  I'm sorry.  If they wanted the ID database --**
12       Q.  Yes.
13       **A.  -- would they get that separately from driver**
14   **license?**
15       Q.  Would they get that as part of the driver's
16   license database?
17       **A.  They could.**
18       Q.  Okay.  Well, okay.  Would it automatically be
19   given to them so that if they said, "I want the
20   driver's license database," would it be part of that
21   database that they would receive?
22       **A.  It's my understanding that that would depend**
23   **on how the query is structured.  If the query of the**
24   **driver license database was structured so that we**
25   **wanted to include driver's licenses and ID, then they**

164

1    **would get it all.**
2        Q.  Okay.  Because you do not have to have a Texas
3    driver's license to obtain a personal ID, correct?
4        **A.  Correct.**
5        Q.  Okay.  Now, the EIC can only be used to vote?
6        **A.  Yes, sir, that's my understanding.**
7        Q.  Okay.  Does it comply with the REAL ID Act?
8        **A.  The EIC?**
9        Q.  Yes.
10       **A.  No, sir.**
11       Q.  Does the personal identification card issued
12   by DPS comply with the REAL ID Act?
13       **A.  No, sir.**
14       Q.  Does the CHL?
15       **A.  I'm not aware.**
16       Q.  The driver's license does?
17       **A.  No, sir.**
18       Q.  It does not either?
19       **A.  It's not completely compliant with REAL ID.**
20       Q.  What is --
21       **A.  We're in partial compliance and we're working**
22   **toward complete compliance.**
23       Q.  What is lacking on the driver's license?
24       **A.  I don't remember what is lacking.  I know we**
25   **are lacking and we've received extensions on our**

JOE PETERS                                                    4/30/2014

165

1  compliance based on the fact that the legislature only
2  meets once every two years, and some of the compliance
3  is going to require legislation.
4      Q.  Okay.  When you apply for a driver's license,
5  does DPS do a background check or criminal history
6  check?
7      A.  Don't do a criminal history check.
8      Q.  Okay.  What type of background check, if any,
9  does DPS do?
10     A.  We don't do a background check.  We do a
11  warrant check.
12     Q.  Okay.  And that's different from a criminal
13  history check?
14     A.  Yes, sir.  A criminal history check would give
15  you all of your arrests and whether or not there were
16  convictions, et cetera.
17     Q.  Okay.  Just do a warrant search?
18     A.  A warrant search.
19     Q.  Okay.  The same for CHL or is it more
20  extensive?
21     A.  The -- it's my understanding -- I'm not part
22  of CHL, but it's my understanding that the background
23  check for CHL is more extensive.
24     Q.  Let me switch gears, if I may.  And I will try
25  not to re-plow old ground, okay?

166

1      A.  Okay.
2      Q.  I thought you would know what that term meant.
3          The EIC training given to the counties,
4  is it only when they request it?  Is there any mandate,
5  rule or regulation that says that counties have to
6  undergo EIC training?
7      A.  That's in the memorandum of agreement between
8  DPS and the county.
9      Q.  So it's voluntary?
10     A.  No, sir.  If -- if they don't complete the
11  training then we won't execute the agreement.
12     Q.  They that will not be allowed to do -- to
13  issue EICs on their own?
14     A.  Correct.
15     Q.  You would have to send a mobile EIC unit to
16  that county?
17     A.  Correct.
18     Q.  When a county is -- does receive the training
19  or does undergo the training and is part of that
20  agreement, are they provided the equipment to issue the
21  EICs?
22     A.  Yes, they are.
23     Q.  Okay.  By DPS?
24     A.  Yes, sir.
25     Q.  Okay.  So the only -- so the budget issue to

167

1  the counties would be just their personnel?
2      A.  Yes, sir, to my knowledge.
3      Q.  Okay.  Is there any -- was there any budget
4  items, specific budget item in S.B. 14 that would
5  assist the counties in the EIC training or the extra
6  manpower they may need, anything of that sort?
7      A.  No, sir.
8      Q.  Was there any extra money in the S.B. 14
9  budget for assisting DPS with handling the EICs or any
10  issue of S.B. 14 to your knowledge?
11     A.  No, sir.
12     Q.  So it had to come from -- your budget comes,
13  what, out of transportation?  I forget.  But anyway.
14     A.  Some of it comes out of you Fund 6, but not
15  all of it.
16     Q.  All right.  Was there -- there was no extra
17  money given to or allocated to DPS to help implement
18  S.B. 14?
19     A.  That's correct.
20     Q.  Okay.  It just comes out of your operating
21  budget?
22     A.  That's correct.
23     Q.  Okay.  Has anybody done a study at DPS on the
24  impact, the fiscal impact of S.B. 14 on the DPS budget?
25     A.  Yes, we have.

168

1      Q.  And who performed that and where would I find
2  it?
3      A.  The -- our driver license financial analyst
4  and our finance division.
5      Q.  Any specific names or just somebody in those
6  divisions?
7      A.  Saundra Truett is our financial analyst and
8  I'm not sure who in finance would have participated in
9  that.
10     Q.  Okay.  Was that provided to the legislature
11  during the process of S.B. 14?  When was that provided,
12  do you know?
13     A.  During the process of S.B. 14 there was a
14  fiscal note prepared and supplied to the legislative
15  budget board.
16     Q.  And how is that different from the analysis we
17  just spoke about?
18     A.  The fiscal note estimated the -- well,
19  actually we knew what the cost of a card would be.  And
20  we provided that information.  We had no idea how to
21  calculate how much staff time would be involved in
22  issuing EICs without knowing what the volume of EIC
23  applicants would be.
24     Q.  Do you recall when that fiscal note was
25  provided?

169

1      A. 2000 -- it was just prior to passage of S.B.
2   14.
3      Q. And do you recall the amount that was
4   estimated?
5      A. No, I don't --
6      Q. Ballpark it.
7      A. -- I don't recall the amount in total. There
8   were -- there were costs to the bill dependent upon how
9   many EICs would be issued or would have been issued.
10  And that was indeterminant.
11     Q. Okay.
12     A. The only thing we could determine was that
13  each card was going to cost us so much money and that,
14  again, the total would have been dependent on how many
15  were issued.
16     Q. Okay. Has there been a follow-up study to
17  that to determine what the actual cost was?
18     A. We have done an analysis as to what staff time
19  DPS employees have spent with respect to providing EIC
20  such as those that -- the employees that were
21  dispatched from a regular driver license office to a
22  mobile site.
23         We began tracking how much time they
24  spent on EICs, oh, last September I believe, September
25  or October, and we actually added a field in our

170

1   employee time accounting system to where when -- when a
2   CSR enters their time, if they spent one hour or six
3   hours providing EIC service, they enter it as EIC. And
4   we're now able to track how much time a DPS employee
5   spends on EIC specifically.
6      Q. Has DPS had -- had to hire extra people to
7   assist with implementation of S.B. 14?
8      A. No, sir.
9      Q. Do you know as we sit here today what the cost
10  has been to date to DPS?
11     A. The last analysis that I saw was $845,000 and
12  that included equipment during the initial deployment.
13  That cost has gone down considerably since that time
14  because we don't have to buy more equipment, all we're
15  doing is providing staff time.
16     Q. Does that number include staff time also, that
17  890 -- 845?
18     A. Yes, sir. That's everything we could come up
19  with that touched EIC.
20     Q. Including the cost of the card?
21     A. Yes, sir.
22     Q. So when a county enters into this agreement
23  with DPS to handle the processing of EICs they are
24  given the training by DPS?
25     A. Yes, sir.

171

1      Q. And they're given the equipment by DPS?
2      A. Yes, sir.
3      Q. And how long do they get to keep the
4   equipment? Is it up to them, is it pursuant to some
5   agreement?
6      A. It's pursuant to the agreement, but it's up to
7   them, they keep it as long as they're willing to
8   provide the service.
9      Q. And for those counties that will not provide
10  the service, that's when a mobile unit is utilized?
11     A. With DPS employees, yes, sir.
12     Q. So if a county says, "We're not going to be
13  part of that agreement," DPS would set up their mobile
14  station?
15     A. Yes, sir.
16     Q. And be manned only by DPS employees?
17     A. Correct.
18     Q. How would they determine the location and the
19  timing of those mobile units?
20     A. The location is determined by the local
21  supervisors. They'll travel to one of those counties
22  and scout potential locations and then determine
23  whether or not the owner or the proprietor of the
24  location agrees to let us have space for so many hours
25  a day for so many days.

172

1      Q. And is there a separate budget for the mobile
2   units?
3      A. No, sir.
4      Q. It's just part of the overall --
5      A. Part of overall operation. Driver license, ID
6   card and EIC are all in the same operational budget.
7      Q. And when we talk about these mobile units,
8   we're talking about basically enough equipment to be
9   one unit?
10     A. Yes, sir.
11     Q. Okay. And there are 25 of these units?
12     A. Well, there are 25 that the Secretary of State
13  has. And then I don't remember the number now that DPS
14  has, but I think it's -- well, I don't know. It would
15  be guessing.
16     Q. Okay.
17     A. But there are additional mobile units other
18  than the 25 that I think you were referring to that the
19  Secretary of State owns.
20     Q. And when would the Secretary of State utilize
21  a mobile unit versus DPS?
22     A. The Secretary of State generally responds to
23  requests from the local community, the local political
24  leaders, the legislature for mobile sites and offices
25  or, rather, in locations where we already have a driver

JOE PETERS                                                              4/30/2014

173

1    license office presence.
2            For example, Houston is an area where
3    they've provided mobile service in addition to all of
4    the driver license offices.  We -- or I say Secretary
5    of State has provided mobile sites in Harris County,
6    Dallas County, Tarrant County, I believe Hidalgo
7    County.  I'm not sure who else.
8        Q.  And DPS provides in those counties that do not
9    have a driver's license office?
10       A.  I'm sorry?
11       Q.  You -- DPS utilizes their mobile units in
12   counties that do not have a driver's license office?
13       A.  No, sir, not necessarily because all of those
14   counties all have driver license offices.  This is in
15   addition to what the -- like, a senator requested a
16   mobile station at a certain church in Harris County
17   Secretary of State provided that one.
18       Q.  Who could request a DPS mobile unit?
19       A.  Local officials can request it.  In the case
20   where we -- where we don't get a request from a local
21   county, our goal was to be able to provide EIC
22   availability in all 254 counties before every election.
23       Q.  So the same people could -- the same officials
24   could request the Secretary of State's mobile units as
25   DPS as well?

174

1        A.  Yes, sir.
2        Q.  Okay.  Are you aware of any provision of S.B.
3    14 that the DPS wanted delayed implementation of?
4        A.  No, sir.
5        Q.  Did anybody lobby on behalf of DPS for extra
6    funding for the implementation of S.B. 14?
7        A.  No, sir.  We don't lobby.
8        Q.  Ask for.  Let me change the term.
9        A.  There may have been a suggestion but --
10       Q.  Okay.  Do you know --
11       A.  No.
12       Q.  -- if someone made that suggestion and had a
13   specific amount in mind?
14       A.  No, I don't.
15       Q.  Do you know if the counties asked for a
16   specific budgetary item to help them comply with any
17   part of S.B. 14?
18       A.  I'm not.  Unless they may have made some
19   request to local commissioner's court, and I would not
20   be aware of that.
21       Q.  Are you aware of any rule or regulation or law
22   that makes it mandatory for the counties to undergo the
23   training to issue EICs?
24       A.  No, sir.
25       Q.  Have there been any studies -- you talked

175

1    about the monetary studies by DPS on the -- for
2    example, the wait times at some of the offices.
3    Have -- has there been any study to determine if the
4    lines are longer or there's more wait because of the
5    issuance of EICs?
6        A.  No, sir.  We track wait times in some of the
7    larger offices with queueing systems in places, but EIC
8    transactions are not distinguished in those queueing
9    systems.
10       Q.  Have you seen any increase in the wait time
11   since the -- since S.B. 14 went into effect?
12       A.  No, sir.  As a matter of fact, we're seeing
13   decreases in wait times.
14       Q.  Can a county request directly from DPS one of
15   their databases?
16       A.  I'm sorry?  One of their databases?
17       Q.  Yes.
18       A.  The counties -- the county appraisal districts
19   can request the driver's license database.
20       Q.  Any other database that you're aware of?
21       A.  I'm not aware of any other database they can
22   ask for the entire database.  The counties' sheriff's
23   office and police departments all have access to the
24   criminal history database via the Texas law enforcement
25   telecommunications system.

176

1            Y'all have to access to the sex offender
2    registry as well.
3        Q.  But the driver's license database is not
4    automatically accessible to the counties?
5        A.  It is to the law enforcement community in
6    those counties.
7        Q.  But not to the voter registrar or election
8    official in each county?
9        A.  I'm not aware that the voter registrar is.
10       Q.  Can they request it and be given it, given the
11   driver's license database?
12       A.  I suppose they can request it.  I don't know
13   that they would be given the entire database.
14       Q.  Do you know if there's any rule or regulation
15   that would prevent your office from giving them?
16       A.  I don't know of one.
17       Q.  Who is Mark Doggett?  Does he work for DPS?
18       A.  He used to.
19       Q.  What was his position when he was there?
20       A.  He was assistant director for the information
21   technology division.
22       Q.  Was part of his job EICs or part of the
23   implementation of S.B. 14?
24       A.  I'm not sure when he left.  But he may have
25   had a part in -- in the S.B. 14 development.

JOE PETERS                                                        4/30/2014

177

1     Q.  Did someone request that Texas State conduct
2  some kind of survey that was going to assist DPS?
3     A.  Yes.
4     Q.  And did DPS make that request or do you know?
5     A.  DPS made the request.
6     Q.  And what did they ask Texas State to do?
7     A.  We asked Texas State to look at population
8  centers and projected population growth and in order to
9  use that data to determine where we needed to place our
10  mega centers and that the -- the legislature had given
11  us money to -- for driver -- I'm sorry -- driver
12  license improvement.
13          And the -- the decision was to establish
14  these large driver license offices with a minimum of 25
15  customer service representatives in the office, and we
16  wanted to be certain that those offices were placed in
17  population centers where they would be the most
18  effective and where the population was going, where the
19  trends were, so we wouldn't invest in an office that
20  five years down the road was not in a population
21  center -- you know, if the population grew the other
22  direction, we didn't want people to have to drive clear
23  across the county to get to a major driver license
24  office.
25     Q.  Did any part of that request have within the

178

1  request S.B. 14 or any of the requirements that DPS was
2  going to have to meet, anything of that sort?
3     A.  Not that I'm aware of.
4     Q.  Is it separate and apart, as you know it, from
5  S.B. 14?
6     A.  That was done in order to improve our driver
7  license wait times.
8     Q.  Is that one of the reasons that you said the
9  wait time has gone down --
10     A.  Those --
11     Q.  -- because of the mega centers?
12     A.  Those are one of the reasons.  And some of the
13  other offices we've done refreshes and modified the
14  traffic flow within the office.  That also has
15  contributed.
16     Q.  Did you have to reallocate resources at DPS
17  offices for the EIC implementation?
18     A.  No, sir.
19     Q.  You just utilized existing personnel and
20  trained them for EICs?
21     A.  That's correct.
22     Q.  And that training is very similar to a
23  personal ID processing?
24     A.  It would be, although the DL process would be
25  a little more extensive.

179

1     Q.  You mentioned, with the counties, memorandum
2  of agreement.  Was that the exhibit we looked at?
3     A.  Yes, sir.
4     Q.  Okay.  Did -- has the DPS to your knowledge
5  done any survey or study to determine what the cost to
6  an individual is in, for example, obtaining a birth
7  certificate, certified copy of the birth certificate or
8  any of the other forms of identification we've talked
9  about?
10     A.  No, sir.
11     Q.  Can someone get a birth certificate at the
12  state -- I mean at the county level or do they have to
13  go to the state level to get that or do you know?
14     A.  Well, it's my understanding they can get -- in
15  most cases they can get them at county level, but I
16  have no DPS knowledge of that.
17     Q.  Okay.  Just so I understand, you talked
18  about -- you spoke about the fiscal note that was
19  provided sometime ago and then you said there was
20  something else done by someone within DPS to evaluate
21  the cost of S.B. 14.  Are those -- did I get that
22  correct, that there's two different analyses or --
23     A.  Well, it was all contained in the same
24  analyses, and DPS staff in that fiscal note said that
25  each EIC card, the production of that card would cost

180

1  some amount and that there would be a cost to the bill
2  for if someone came in and got an EIC and then did not
3  have to -- to purchase an ID or a driver's license, how
4  many ever -- the assumption was made for the purposes
5  of that fiscal note that if a thousand people came in
6  and got EICs and thus didn't require an ID or a DL,
7  then that would be a loss of revenue to the State by
8  whatever amount the driver license or the ID card would
9  have cost.
10     Q.  How often is the State -- the DPS driver's
11  license database updated?
12     A.  Daily.
13     Q.  Okay.  Is that the same for purging people
14  that have died or whatever?
15     A.  No, sir.
16     Q.  Okay.  When does that occur?  When does the
17  purging occur?
18     A.  If -- if we get notified that a death has
19  occurred, then we'll purge.  But the database has quite
20  a few in there where we did not receive notification
21  and the driver is no longer with us.
22     Q.  Do some people fall off automatically?  When
23  it's not renewed for a certain period of time, are they
24  purged from the system?
25     A.  No, sir.

JOE PETERS                                                    4/30/2014

---

181

1      Q.  So they stay in there forever?
2      **A.  They stay there, but it still shows**
3   **that they've expired for however long a time it is.**
4   **And say forever, I better qualify that.  I'm not sure**
5   **just how long it stays in there, but I know that I have**
6   **seen some that have been in there for ten years that**
7   **are -- that have been expired that long.**
8      Q.  The agreement, the -- I think you called it
9   cooperation agreement with the counties, specifically
10  states the county is to perform the initial processing
11  of EICs.  Then they turn that information over to DPS?
12     **A.  Correct.**
13     Q.  Okay.  And DPS issues the cards?
14     **A.  Correct.**
15     Q.  Okay.  The counties do not physically issue
16  the cards?
17     **A.  They issue a receipt at the time that can be**
18  **used for voting, but the card doesn't come until it**
19  **goes through quality assurance at headquarters.**
20     Q.  Are you -- is there any DPS database that
21  counties could request or -- whether it be an election
22  official or otherwise, that would have to be purchased
23  by the county to your knowledge?
24     **A.  I'm not aware of one.**
25     Q.  Do you know why the counties were not mandated

---

182

1   by the legislature to handle the processing of EICs?
2      **A.  No, sir.**
3      Q.  Do other agencies use DPS resources to issue
4   security access cards to their employees?
5      **A.  Yes, sir.**
6      Q.  And what exactly does that mean?  How would
7   another agency use DPS resources to do that?
8      **A.  Well, an example would be legislative staff**
9   **employees that work in the capitol, DPS will issue**
10  **their access cards based on the permission granted**
11  **them, you know, to enter certain areas of the capitol.**
12     Q.  So they would go to a DPS office and request
13  that security card?
14     **A.  Correct.**
15     Q.  Okay.  Other agencies would do the same, they
16  would come to DPS and say, "I work for such and such
17  agency, I need an identification card," and then DPS
18  would process it?
19     **A.  Well, yeah, they would need an access card.**
20     Q.  Okay.  And is -- do they complete some type of
21  application similar to the application for personal ID
22  or something along those line?
23     **A.  They do and it has to be approved by their**
24  **supervisor or agency head.**
25     Q.  Do different agencies have different

---

183

1   requirements that DPS has to comply with?
2      **A.  Different requirements that we have to comply**
3   **with?**
4      Q.  For example, is the application for Agency A
5   the same as it would be for Agency B on access cards?
6      **A.  Not necessarily, no, sir.**
7      Q.  Okay.  So how would DPS know what process to
8   use for each individual agency?
9      **A.  I'm not absolutely certain, but what I do know**
10  **about it from having worked at the capitol, if -- if an**
11  **employee in the Secretary of State's office, for**
12  **example, needed access to the capitol building, their**
13  **access card is going to grant them that access.  But if**
14  **the Secretary of State's employee asks for access to**
15  **the Reagan Building, for example, and they had no**
16  **business to conduct over there, they would not be**
17  **granted access to that building.**
18     Q.  How would DPS know that?
19     **A.  Based on the supervisor's approval of the**
20  **application.**
21     Q.  Okay.  So there is an application and it may
22  be different for different agencies?
23     **A.  Correct.**
24     Q.  Okay.  And access would be granted based on
25  the supervisor's signature on the application?

---

184

1      **A.  Yes, sir.**
2      Q.  Who did you replace at DPS?
3      **A.  Rebecca Davio.**
4      Q.  And where is she now?
5      **A.  As far as I know she's in the real estate**
6   **business here in Austin.**
7      Q.  So you started about June of last year?
8      **A.  June 24th.**
9      Q.  Okay.  Were you involved in any aspect of S.B.
10  14 before you took the job in June of last year?
11     **A.  No, sir.**
12     Q.  So you did not participate in any preclearance
13  issues, legislative issues, anything of that sort with
14  S.B. 14?
15     **A.  No, sir.**
16     Q.  Do you know how the idea of EIC mobile units
17  originated?
18     **A.  There was discussion about being able to**
19  **provide easy access to as many people as we could and**
20  **because at the time there were 78 counties across the**
21  **State that did not have a driver license presence, you**
22  **know, driver license office, and the idea of mobile**
23  **units where we went in and provided temporary EIC**
24  **service in those counties was born.  And I can't tell**
25  **you where that came from.  I think it was primarily a**

---

185

1    discussion with Secretary of State's office.
2       Q.  Originally, a fingerprint scanner or device
3    was in the budget for the mobile units, correct?
4       A.  No, sir, there was no budget for mobile units.
5       Q.  Was there an estimate made for the mobile unit
6    equipment --
7       A.  Yes, sir.
8       Q.  -- cost?
9       A.  Yes, sir.
10      Q.  Was it -- was included in that a fingerprint
11   device?
12      A.  Initially, yes, sir.
13      Q.  Were they ever supplied to the mobile units
14   for any period of time?
15      A.  They were not.  We ordered them and then by
16   the time we got them they had to go through testing and
17   we decided against capturing fingerprints so we
18   returned them to the vendor.
19      Q.  Where would I find or who would have
20   possession of the documents that would address the cost
21   issues that you spoke of earlier, the
22   eight-hundred-plus thousand dollars, that cost on the
23   DPS?
24      A.  Driver license division will have that
25   document that was put together.  It's just a

186

1    spreadsheet that listed the cost.
2       Q.  Do you know if that's been produced in this
3    litigation?
4       A.  I don't.
5       Q.  I'm trying not to re-plow the same ground.
6       A.  Much appreciated.
7       Q.  Let me show you what I did locate and I was
8    not exactly sure what this was, but I'll hand you -- we
9    may mark it as an exhibit but it's -- it's
10   TEX 00220420.
11      Can you tell me what that document is?
12      A.  It appears to be a calculation that was
13   utilized in putting the fiscal note together for S.B.
14   14.  I mean, it doesn't -- and it says, "Cost to
15   implement S.B. 14."
16      And I don't know when this was produced,
17   but that's what it appears.
18      Q.  Is any of the information in that document,
19   was any of that produced by or provided by DPS?
20      A.  In this document?
21      Q.  Yes.
22      A.  Well, it was provided in the fiscal note.  Are
23   you talking about provided to -- in this litigation?
24      Q.  No.  Provided -- did DPS prepare that
25   document?  Let me ask it more simply.

187

1       A.  Well, the information in that document would
2    have come from DPS.
3       Q.  Okay.  Was it prepared by DPS?
4       A.  I don't know who it was prepared by.
5       Q.  Okay.  Do you --
6       A.  But some of the numbers in here do look
7    familiar to me.
8       Q.  -- have any idea when that document may been
9    prepared?
10      A.  No, sir.
11      Q.  Okay.  That would be number --
12         THE REPORTER:  46.
13         MR. BRAZIL:  46.
14         (Exhibit 46 marked.)
15         MR. KEISTER:  Let me see that just to get
16   the number off of it.
17      Q.  (BY MR. BRAZIL)  Did DPS contact directly any
18   of the counties regarding the EIC mobile units?  I
19   mean, did you reach out and say, "Okay, we don't have a
20   DPS office in this county, so contact that county and
21   see if they will undergo the training or whatever"?
22      A.  We did.
23      Q.  And did you have somebody assigned to do that
24   or how did that occur?
25      A.  In some cases the senior managers contacted

188

1    the counties.  In some cases the -- one of the deputy
2    assistant directors contacted the county and in most of
3    the cases the regional manager of the region involved
4    contacted the counties.
5       Q.  What happens when someone's driver's license
6    is revoked?  What does DPS do?  Do they send a letter?
7    How does that occur?
8       A.  They send a letter.
9       Q.  Same with the CHL, I assume?
10      A.  I don't know what happens with a CHL.
11      Q.  Let me check my notes here.  I'm just about
12   finished.
13         When a mobile site was set up and a
14   county underwent the training and was going to issue
15   the EICs, who would transport the equipment to the
16   county?
17      A.  The training staff did that.
18      Q.  And then the County would sign off on receipt
19   of the equipment?
20      A.  That's correct.
21      Q.  Was there any -- to your knowledge is there
22   any rule or regulation or mandate that the county open
23   their EIC office on Saturday?
24      A.  No, sir.
25      Q.  So it was up to the individual counties?

                                                                189

1    A.  Yes, sir.
2    Q.  I believe I'll pass the witness.  Thank you.
3    A.  Thank you.
4         THE REPORTER:  You want to go off the
5    record?
6         (Discussion off the record.)
7              EXAMINATION
8    BY MR. DUNBAR:
9    Q.  Good afternoon, Mr. Peters.  I'm Kelly Dunbar
10   again.  And as with -- I know we've covered lots of
11   ground today, so apologies in advance if I'm jumping
12   around a bit.  But it will be also in a perhaps failed
13   effort to avoid repeating some ground.
14        And I know Mr. Freeman gave you a series
15   of instructions about rules of the deposition.  I won't
16   repeat those, but it -- I assume you understand them
17   and if you have any questions, obviously feel free to
18   ask.
19   A.  Understood.
20   Q.  So I would like to start with the line of
21   questions about the locations of DPS offices generally
22   and in particular with reference to public
23   transportation.  And just to be clear, for this line of
24   questioning when I refer to DPS offices, I'm referring
25   to the traditional brick-and-mortar office.  I will

                                                                190

1    have some questions about the mobile EIC units or
2    stations or whatever we're calling them later, but for
3    this series of questions a reference to a DPS office
4    will be a reference to a brick-and-mortar operation.
5    Does that make sense to you?
6    A.  Yes, sir.
7    Q.  Great.
8    A.  And you do understand that some DPS offices
9    are not driver license offices and some are combination
10   and so forth.
11   Q.  That's exactly all things I want to get to --
12   A.  Okay.
13   Q.  -- to help make sure I understand.  I do not
14   understand that as well you.
15   A.  Okay.
16   Q.  So how many DPS offices are located in Texas,
17   total?
18   A.  There are 228 driver license offices and there
19   are more than that of -- I assume.  I don't know how
20   many total offices there are.
21   Q.  Okay.  And in those offices that do not -- so
22   there are some driver's -- there are some DPS offices,
23   then, that do not provide driver's license services but
24   provide other services?
25   A.  That's correct.

                                                                191

1    Q.  And what would those other services be?
2    A.  Primarily they would house other divisions,
3    agents and rangers and so forth of other divisions
4    within the department.  Criminal investigations,
5    administration.
6    Q.  Got it.  Got it.  That makes sense.  So and
7    that is a helpful clarification, then, for me.  So when
8    I refer to "DPS offices" then for series, unless
9    context indicates otherwise or I say otherwise, I'm
10   meaning driver's license DPS offices.
11   A.  Okay.
12   Q.  And so as I understand your testimony there
13   are 78 -- currently 78 counties without a DPS office;
14   is that right?
15   A.  Correct.
16   Q.  And are these counties concentrated in
17   specific geographic regions in the state?
18   A.  No, sir.  They're not concentrated in any
19   specific geographic region of the state.  For the most
20   part they're rural areas, counties and probably more in
21   the West Texas region than East Texas.
22   Q.  Okay.  So if you had to generalize about
23   counties that don't have a DPS office would be some
24   combination of rural West Texas, understanding that
25   those -- there are probably lots of exceptions to that?

                                                                192

1    A.  Yes, and the Panhandle.
2    Q.  Correct.  And does DPS know anything about the
3    racial demographics of the counties without DPS
4    offices?
5    A.  No, sir.
6    Q.  Has anyone at DPS ever studied or analyzed
7    that issue?
8    A.  Not that I'm aware of.
9    Q.  Stepping back at a more general level, how is
10   the decision to locate a new DPS office made?
11   A.  We want to locate the offices in areas of the
12   greatest population concentration.
13   Q.  Uh-huh.
14   A.  And as mentioned earlier, we utilized the
15   Texas State study to determine what the projected
16   populations were going to be over the next ten years.
17   Q.  Right.  And I guess at a very even more basic
18   level, who actually makes the decision, the final
19   decision where to locate a DPS office?
20   A.  The driver's license division administration
21   makes a recommendation to the director, and the Public
22   Safety Commission generally has final say.  And if they
23   don't like where we want to put one, we don't put it.
24   Q.  So that you, the driver's license division,
25   would make a recommendation to the director of DPS; DPS

JOE PETERS                                                          4/30/2014

193

1    would need ultimate signoff from the commission?  Is
2    that correct?
3         A.  Well, we don't have to have ultimate signoff
4    but as a courtesy to them, so they know what's going
5    on, we brief them.
6         Q.  I see.  I see.  And so are there statutes or
7    regulations that govern the decision where to locate a
8    DPS office?
9         A.  No, sir.
10        Q.  Okay.  And as a general matter would you agree
11   that in order for DPS to carry out its various missions
12   the public needs to be able to physically get to a DPS
13   office?
14        A.  If what they're trying to accomplish requires
15   them to come to a DPS office, yes.
16        Q.  Okay.  And which DPS services do not require a
17   member of the public to actually come to an office?
18        A.  Driver license renewal, ID card renewal, CHL
19   applications.  There may be others.
20        Q.  Got it.  Got it.  And has DPS ever analyzed
21   how the public actually does get to a DPS office?
22        A.  In the case of the mega centers we did.
23        Q.  Okay.  And that was recently?
24        A.  Well, to the -- to the extent that we looked
25   for locations that had access to public transportation.

194

1         Q.  And prior to the mega -- the mega center
2    locations, is it your understanding as the
3    representative of DPS that historically prior to that
4    time access to public transportation was a factor taken
5    into consideration when locating the DPS office?
6         A.  I'm not aware that access to public
7    transportation in the location of the earlier offices
8    was a factor.
9         Q.  So for any DPS office that was located prior
10   to the mega centers, DPS is simply unaware or you're --
11   DPS -- you speaking on behalf of DPS are unaware that
12   access to public transportation was a factor?
13        A.  Correct.
14        Q.  Is it just that you don't know or that you
15   could actually say for certain that that was not a
16   factor?
17        A.  It's that I don't know that -- that any
18   evaluation was done in location of the offices prior --
19   or access to the offices prior to the mega centers.
20        Q.  Right.  And given that the public does need
21   physical access to DPS offices for at least some DPS
22   services, do you have an understanding of why access to
23   public transportation wouldn't have been a factor
24   historically?
25        A.  No.

195

1         Q.  Does that make sense?
2              MR. KEISTER:  Object to form.  Calls for
3    speculation.
4         A.  Well, I believe now that it makes sense.
5    Depending on the population concentration.  If -- if
6    there was not public access to a driver license office,
7    it would be a concern.
8         Q.  (BY MR. DUNBAR)  Right.
9         A.  And again, it would depend on the size of the
10   office.  You know, if it's a -- if it's a small county
11   and a one- or two-person office maybe public access is
12   not so critical.
13        Q.  Right.
14        A.  And likely, publication transportation is not
15   available.
16        Q.  Right.  And I guess prior to S.B. 14, the
17   pre-S.B. 14 world, would you agree with the statement
18   that access to public transportation might not have
19   been as important given that the demographic you were
20   serving would be people who want driver's license or
21   have driver's license and thus probably have access to
22   a car or an automobile?
23        A.  I don't think that was a factor.  The
24   factor -- the primary factor in that was whether or not
25   there was public access -- if I understood your

196

1    question correctly -- the consideration as to whether
2    or not there was public access any time, whether it was
3    S.B. 14 or before.  But it just happened that the mega
4    centers were not a gleam in our eye until Senate Bill
5    14.
6         Q.  Okay.  In going forward, then, looking
7    prospectively, does DPS have a policy of locating
8    future offices near public transportation?
9         A.  There's no written policy, but that's our
10   desire.
11        Q.  That's your desire and, as with some of the
12   other discretionary things we've talked about, that
13   could change tomorrow.  It's not written down in a law
14   or regulation --
15        A.  No, it's not.
16        Q.  -- or policy?
17        A.  And that's a factor subject to funding
18   availability.  You know, if we had to -- if we were
19   going to put an office in downtown office where we
20   couldn't afford it, that would be a factor.
21        Q.  Okay.
22              MR. DUNBAR:  Hasan, could we get
23   exhibit -- Tab 12, please.
24              THE REPORTER:  Exhibit 47.
25              (Exhibit 47 marked.)

197

1      Q.  (BY MR. DUNBAR) Mr. Peters, have you seen
2  this document before?
3      A.  Yes.
4      Q.  And there is a cover e-mail from someone named
5  Janie Smith to you which then includes an attachment.
6  For the time being I would like to focus on the
7  attachment, if you would flip the --
8          And can you describe for me the context
9  or tell me a little bit about what this document is?
10         MR. KEISTER:  Counsel, before we go any
11 further, I'm noticing this is an attorney/client
12 document which evidently was inadvertently produced.
13         MR. DUNBAR:  Can we go off the record to
14 talk about it?
15         MR. KEISTER:  Yes, let's go off the
16 record --
17         THE REPORTER:  Off the record.
18         (Discussion off the record.)
19         THE REPORTER:  Back on the record.
20         MR. KEISTER:  Counsel, with respect to
21 Exhibit 47, the cover page e-mail, we contend, is
22 attorney/client and attorney/client work product, and
23 we're going to request that that be clawed back or
24 returned to the OAG.
25         With respect to the information on the

198

1  attachment, I think that's been produced and used in
2  other forums, so we don't have any objections to the --
3  to the attachment to the e-mail.
4          MR. DUNBAR:  Okay.  And for the record, I
5  understand you'll put that request in writing just for
6  all of the groups who might not be here.  Is that
7  right?
8          MR. KEISTER:  That's right.  We will.
9          MR. DUNBAR:  Okay.
10     Q.  (BY MR. DUNBAR) Okay.  So, Mr. Peters,
11 turning to just the attachment, then, can you describe
12 for me what the attachment is?
13     A.  The attachment appears to be a list of
14 driver's license offices, the cities they're in, the
15 counties they're in, the number of employees that are
16 assigned to that office, what DPS region the office is
17 in, the office hours and days that that office is
18 open --
19     Q.  Yeah.
20     A.  -- and estimated county population in 2012 --
21     Q.  Right.
22     A.  -- and whether or not public transportation
23 was available and whether or not it has electronic
24 queuing system available.
25     Q.  Thank you.  And for present purposes I want to

199

1  focus on the, quote/unquote, "Available Public
2  Transportation" column.  What does "available public
3  transportation" mean?
4      A.  That means that there's public transportation
5  available to the office or within near proximity.
6      Q.  So that means, if I understand you correctly,
7  that someone -- there, say, is a bus stop located near
8  the Dallas-Garland Mega Center, for example.  If
9  there's a bus stop located near the Dallas-Garland Mega
10 Center, an X was put in the "Available Public
11 Transportation" column, correct?
12     A.  That's my understanding.  I didn't create the
13 document, but that's my understanding.
14     Q.  Okay.  And so that means with respect to the
15 2.4 estimated million people that live in the county,
16 an X in this box does not mean that all 2.4 million of
17 those people have public transportation they could use
18 to get to that DPS office then, correct?
19     A.  I can't answer the question because I don't
20 know where the 2.4 million live and how far from access
21 to public transportation within that location they are.
22     Q.  Fair enough.  But the metric that was used to
23 determine whether to put an X in the box would not tell
24 someone looking at the chart whether all 2.4 million of
25 those people could access a DPS office through public

200

1  transportation; is that correct?
2      A.  That would be correct.
3      Q.  In connection with this chart did DPS analyze
4  the costs in time or dollars for those that could make
5  use of public transportation to arrive at a DPS office?
6      A.  No, sir, not that I'm aware of.
7      Q.  And what forms of public transportation were
8  considered in creating this chart?
9      A.  Bus lines, taxi service, rail if it was
10 available.
11     Q.  So taxi service was included as a potential
12 means of available public transportation?
13     A.  That's my understanding, yes, sir.
14     Q.  So if someone could -- that lived on the
15 outskirts of, say, Dallas County could call a taxi and
16 pay $80 to have the taxi take the person to the
17 Dallas-Garland Mega Center, that would be considered a
18 form of public transportation that would lead to a
19 checking of the X in this column?
20     A.  Yes, sir.
21     Q.  Okay.  How many -- and perhaps you don't know,
22 but do you know or does DPS know how many Texans live
23 in counties where the DPS office is not accessible via
24 public transportation?
25     A.  I don't know.

201

1       Q.  Do you think it's a significant portion of the
2   Texas population?
3       A.  Statewide?
4       Q.  Yes.  Just doing the math based on this chart.
5           MR. KEISTER:  Objection, form.  It calls
6   for speculation and lack of a calculator.
7       Q.  (BY MR. DUNBAR)  Well, if I told you the
8   number was somewhere around 6 million, would that --
9   would that seem out of bounds to you?
10      A.  6 million that -- that population that had --
11      Q.  That live in counties without using the
12  State's metric --
13      A.  Without.
14      Q.  -- "available public transportation" to get to
15  a DPS office?
16      A.  Well, if you consider that there are roughly
17  21 million driver license and ID card holders, it would
18  be somewhat significant.
19      Q.  Okay.  And for those folks that don't have
20  access to available public transportation, as DPS is
21  defining it for purposes of this chart, are there any
22  forms of transportation assistance available to -- for
23  an individual to get to the DPS office to secure -- to
24  apply for an EIC or any information doc?
25      A.  Are you asking if DPS provides transportation

202

1   for those people to get to a DL office?
2       Q.  Yes.  Or any form of assistance designed to
3   enable them.
4       A.  There is a method that we can enable them in
5   certain circumstances.
6       Q.  And what are those circumstances?
7       A.  We call it homebound.
8       Q.  Homebound?
9       A.  Or if --
10      Q.  Can you describe that for me?
11      A.  -- if an individual for whatever reason is
12  physically challenged and can't get to a driver license
13  office and needs to do a driver license renewal or an
14  ID card renewal, then depending on those circumstances
15  we may dispatch a CSR to their home or their place of
16  residence and process their renewal or the address
17  change, whatever they're after.
18      Q.  And that service is also available for EICs?
19      A.  Yes, it would be.
20      Q.  And how many people have availed themselves of
21  that opportunity to get -- to apply for an EIC?
22      A.  None that I'm aware of.
23      Q.  And I guess my question that's -- thank you
24  for -- for telling me about that.  I wasn't --
25      A.  Well, let me --

203

1       Q.  Aware of that.
2       A.  -- let me qualify the answer.
3       Q.  Sure.
4       A.  There was one and maybe two that requested or
5   complained because they couldn't -- it was her mother,
6   I think it was, that couldn't vote because we denied
7   her an ID card and somehow it got twisted around to
8   where she was in there applying for an EIC when in fact
9   she was actually looking for an ID, and we did send
10  homebound -- or CSR did a homebound visit and got
11  her the ID.
12      Q.  Okay.  And is there a statute or regulation
13  that requires DPS to offer this homebound service?
14      A.  No, sir.
15      Q.  And this homebound service is just for those
16  with physical disabilities; is that correct?
17      A.  Well, whatever their disability is, each case
18  is evaluated individually at the office level.
19      Q.  So if I lived in a county, just looking at
20  this chart, say, Texarkana and did not have a car or
21  the ability to get to a DPS office and that was my only
22  constraint, could I apply -- could I successfully apply
23  for the homebound service you described?
24      A.  You could.
25      Q.  Would I successfully apply -- would DPS grant

204

1   that request?
2       A.  Generally, yes.
3       Q.  If someone --
4       A.  I mean -- go ahead.
5       Q.  I'm sorry.  Please go ahead.
6       A.  If -- you know, depending on the circumstances
7   if -- you know, we certainly don't have staff to do
8   homebound visits for everyone that might apply.  But if
9   your circumstances were if you're elderly or infirm or
10  whatever the case is that would prevent you --
11  legitimately prevent you from coming into the office,
12  then we would consider a homebound visit.
13      Q.  The circumstance in my question was I don't
14  own a car and I live in a county without public
15  transportation, could I successfully apply for a
16  homebound service?
17      A.  Are there any other circumstances other than
18  that you don't own a car?
19      Q.  No, I don't own a car.
20      A.  No, sir.
21      Q.  Okay is there a document or guideline written
22  down somewhere that define the criteria for the
23  homebound service?
24      A.  No, sir.
25      Q.  So this is just up to each individual DPS

JOE PETERS                                                              4/30/2014

---

205

1  office?
2      **A.  To determine whether or not they're going to**
3  **D.A. homebound visit.**
4      Q.  With no directive or guidance from the central
5  leadership of DPS?
6      **A.  I'm not aware of any written directive or**
7  **guidance along those lines.**
8      Q.  Okay.  Thank you.
9          One last set of questions just on the
10  location of DPS offices.  And this -- it's on Tab 1.
11         THE REPORTER:  Exhibit 48.
12         (Exhibit 48 marked.)
13     Q.  (BY MR. DUNBAR)  And, Mr. Peters, have you
14  seen this document before?
15     **A.  I have.  Well, I've seen it in a color form.**
16     Q.  In a color form, sure.  And was this -- this
17  document shows -- references data from Texas State
18  University, so was this document produced in connection
19  with the mega center location analysis that you were
20  talking about earlier?
21     **A.  This was produced in connection not with the**
22  **mega center locations but after the mega centers**
23  **were -- were already under construction.  And we were**
24  **looking to see what the driver or an applicant would**
25  **have to -- how far an applicant would have to drive to**

---

206

1  **get to the office.  We wanted to see what the level of**
2  **coverage we had within a 25-mile radius of the existing**
3  **driver license offices.**
4      Q.  So did DPS itself prepare this document?
5      **A.  Staff at DPS did based on information that**
6  **they got from the government partnership program at**
7  **Texas State University.**
8      Q.  And what was the specific purpose of creating
9  this document?
10     **A.  To determine how many counties and how many**
11  **people would not be served within a 25-mile radius of a**
12  **driver license office.**
13     Q.  For the purpose of figuring out where to
14  locate new DPS offices or for the purpose of figuring
15  out to where to send mobile EIC units?
16     **A.  More the later, to figure out where we needed**
17  **to put mobile EIC units.**
18     Q.  Okay.  And so the document I gave you has two
19  sides.  One, you'll see, says "Percentage of population
20  within 25 miles of DL office," which I think you
21  previously defined to be a driver's license office; is
22  that correct?
23     **A.  Yes, sir.**
24     Q.  And the other chart shows the percentage of
25  population within 50 miles of a DL office; is that

---

207

1  correct?
2      **A.  Correct.**
3      Q.  How were the distance metrics chosen; that is,
4  25 miles and 50 miles?
5      **A.  It was arbitrary, just pulled it out of the**
6  **air.**
7      Q.  So -- okay.  So you pulled those numbers from
8  the air.  I guess was consideration given to the
9  burdens that, say, someone living 23 miles from a DPS
10  might have in getting to a DPS office?
11     **A.  No.**
12     Q.  And would you agree with me that if you chose,
13  say, a radius of ten miles, this chart looks a lot
14  different, particularly in its bright colorful form,
15  doesn't it?
16     **A.  It would.**
17     Q.  And it would look like there's a lot less
18  coverage in the state; is that correct?
19     **A.  That's correct.**
20     Q.  And your testimony, then, is that the 25-mile
21  and the 50-mile distances were chosen arbitrarily; is
22  that correct?
23     **A.  Yes, sir.**
24     Q.  And was there any -- has DPS, in connection
25  with this particular chart or more generally, done any

---

208

1  analysis of the cost associated -- the cost or burdens
2  associated with a Texas resident traveling some
3  distance to use a DPS service?
4          MR. KEISTER:  Objection, vague.
5      **A.  No.**
6      Q.  (BY MR. DUNBAR)  No studies have been done
7  like that?
8      **A.  Huh-uh.**
9      Q.  I would now like to shift gears a little bit
10  and ask a few questions about the effect of the EIC
11  program on DPS' overall delivery of services, and this
12  will be an area where I'll be jumping around even a bit
13  more than I have been because we have covered some of
14  this ground before.
15         But just so I understand your -- I
16  believe your prior testimony correctly, during the
17  legislative debates leading up to the enactment of S.B.
18  14, did anyone in the legislature reach out to DPS to
19  solicit its views on the specific issue of having DPS
20  be the agency that issues EICs?
21     **A.  I'm not aware of it.  But typically that**
22  **happens and since we did prepare a bill analysis for**
23  **internal use, that the -- there was some contact made.**
24     Q.  And is this bill analysis you're referencing
25  different from the fiscal note you previously

---

JOE PETERS                                                        4/30/2014

209

1  mentioned?
2      A.  That's correct.
3      Q.  And do you know if this bill analysis has been
4  produced in this litigation?
5      A.  I don't.
6          MR. DUNBAR:  Does counsel for Texas know?
7          MR. KEISTER:  I don't know.
8      Q.  (BY MR. DUNBAR)  Okay.  And can you describe
9  who -- so you've seen -- you weren't there when this
10  bill analysis was produced, correct?
11     A.  Yes, sir.
12     Q.  But you've seen this document before?
13     A.  I have.
14     Q.  Can you describe what this document said?
15     A.  There are various questions that -- it's an
16  internal document.
17     Q.  Uh-huh.
18     A.  And there are various questions that staff has
19  to respond to with respect to the language that's in
20  the legislation.  You know, how is it going to affect
21  our operation?  What's it going to cost us?  What IT
22  implications are there?  Questions such as that.
23     Q.  Were there any questions along the lines of
24  whether it made sense to have a traditional law
25  enforcement agency be tasked with the responsibility

210

1  for issuing voter identification cards?
2      A.  No, sir, not that I've seen.
3      Q.  You've never seen any documents that raise
4  those types of issues?
5      A.  No, sir.
6      Q.  And did DPS -- I believe in the fiscal note,
7  but I just want to make sure I understand that this is
8  exhaustive.
9          Is the fiscal note the only attempt DPS
10  did prior to S.B. 14's enactment to quantity the costs
11  the EIC obligation might have on the agency?
12     A.  That's the only one I'm aware of.
13     Q.  Okay.  And has DPS made any efforts to study
14  or quantify the costs of EIC mandate since S.B. 14's
15  enactment other than, I believe you referenced a
16  document, that $845,000 total --
17     A.  That's the.
18     Q.  -- is that correct?
19     A.  -- only one I'm aware of.
20     Q.  So purely in fiscal terms, but has there been
21  any analysis that's been done to evaluate whether the
22  EIC responsibility has interfered with DPS' ability to
23  carry out any of it traditional statutory missions?
24     A.  There's not been an analysis done.
25     Q.  No type of analysis like that has been done?

211

1      A.  No.  Well, we process 7 million transactions
2  every year in the driver's license offices, and we've
3  had 269 applications for EICs.  It would be hard to
4  believe that there was a significant impact on DL
5  operations.
6      Q.  Right.  And so I believe you testified earlier
7  that or stated on the record earlier that you hadn't
8  heard of anyone internally complaining about the EIC
9  mandate at least to you; is that correct?
10     A.  That's correct.
11     Q.  I want to see -- excuse me.  My notes are
12  getting a little turned around here.
13         MR. DUNBAR:  Hasan, could I get the tab
14  that the -- yes.
15         THE REPORTER:  Exhibit 49.
16         (Exhibit 49 marked.)
17     Q.  (BY MR. DUNBAR)  And, Mr. Peters, have you
18  seen this e-mail before?
19     A.  I have.
20     Q.  And it appears to be an e-mail from a
21  Robert Bodisch.  Am I saying that name right?
22     A.  That's correct.
23     Q.  He is the Assistant Director, Chief of Staff,
24  Texas Homeland Security; is that correct?
25     A.  Yes, sir.

212

1      Q.  And that's part of the Texas Department of
2  Public Safety; is that correct?
3      A.  Correct.
4      Q.  And looking at the 9-23-2013 e-mail on which
5  you're copied, is where I wanted to start.
6          MR. DUNBAR:  Well, and I note, I guess
7  just to be fair, the bottom part of this e-mail is the
8  one you have just suggested is subject to the clawback.
9          MR. KEISTER:  Okay.
10         MR. DUNBAR:  I don't want to talk about
11  that e-mail.  I want to talk about the top e-mail.
12         MR. KEISTER:  Okay.
13         MR. DUNBAR:  So I guess I want to make
14  sure I don't --
15         MR. KEISTER:  To the extent I objected to
16  the previous -- that part of the previous e-mail, I'll
17  also make the objection on this, to that part of the
18  e-mail and I'll also request to claw it back.
19         MR. DUNBAR:  Okay.
20         MR. KEISTER:  But I don't see any problem
21  with the top part, do you?
22         MR. DUNBAR:  Okay.  I guess for the
23  clawback purposes for that, I guess we may need just a
24  redacted version of the -- do we need to go off the
25  record again?

JOE PETERS                                          4/30/2014

---

213

1           MR. KEISTER: Yeah.
2           MR. DUNBAR: Okay.
3           THE REPORTER: Off the record.
4           (Discussion off the record.)
5           THE REPORTER: Back on the record.
6           MR. KEISTER: I'm not sure where we were,
7    but with respect to Exhibit 49, once again the bottom
8    e-mail, which is from Joe Peters and dated July 3rd,
9    2013, we believe that was inadvertently produced and is
10   attorney/client, and we will be requesting for that to
11   be clawed back.
12          With respect to the top e-mail, which I
13   think is what you want to talk about today, that part
14   is fine.
15          MR. DUNBAR: Okay. And to clear up for
16   the record and the court reporter, would the best
17   process be for Texas to produce a redacted copy of this
18   exhibit for purposes of -- of this document or does the
19   State have an objection to that approach?
20          MR. KEISTER: No, I think that would be
21   good. Assuming everybody agrees that it's subject to
22   clawback, then I -- then we'll certainly do that.
23          Ought to be easy enough. Or if you
24   wanted to just redact it, would that be okay for her
25   just to redact that part?

---

214

1           MR. FREEMAN: That would be fine for us --
2           THE REPORTER: Everybody agree that I can
3    do it?
4           MR. DUNBAR: Yeah, we can do it.
5           MR. BRAZIL: That would be fine.
6           MR. KEISTER: That would be a lot less
7    confusing and that was on 49 and also on --
8           THE REPORTER: I'm going off the record
9    because I can't write and talk at the same time.
10          (Discussion off the record.)
11          THE REPORTER: Back on the record.
12          MR. DUNBAR: Back on the record.
13   Q.   (BY MR. DUNBAR) Okay. So talking about
14   the -- I believe we were talking about the top e-mail
15   from Mr. Bodisch to -- well, to himself, apparently,
16   and to MacGregor Stevenson with you copied; is that
17   correct, Mr. Peters?
18   A.   Yes, sir.
19   Q.   Who is Stevenson MacGregor?
20   A.   MacGregor Stevenson is with the office of the
21   governor.
22   Q.   And looking at the e-mail, the e-mail says,
23   "What you may not understand is that we are currently
24   pulling trained customer service representatives out of
25   busy DL offices to fill the 25 mobile teams. Lots of

---

215

1    internal grumbling about waste of tax dollars."
2           Then he goes on to say, "We don't have
3    the funds for what we are currently doing. Pulling all
4    of the CSRs out of existing DL offices will severely
5    degrade our DL mission."
6           Did I read those parts of the e-mail
7    correctly?
8    A.   Yes, you did.
9    Q.   Okay. And would you agree with the
10   characterization that this seems to be a complaint by
11   someone within DPS about assuming the EIC, about the
12   costs associated with the EIC mission?
13   A.   I wouldn't characterize it as a complaint.
14   What I would say is that it was an assessment from
15   Mr. Bodisch's perspective of the potential effects on
16   DPS or -- excuse me, driver license division.
17   Q.   Okay. And he specifically referenced a
18   concern that at least in connection with the mobile EIC
19   stations the resource constraints would, quote,
20   "Severely degrade our DL mission"; is that correct?
21   A.   That's what it says. And we mitigated that by
22   taking the CSRs out of the larger offices where we had
23   more CSRs.
24   Q.   So in your --
25   A.   We didn't close an office down to do EIC or

---

216

1    the mobiles.
2    Q.   So Mr. Bodisch is concerned that the EIC
3    mandate would severely degrade the DL mission turned
4    out to be incorrect. Is that your testimony?
5    A.   I would say it was not totally accurate based
6    on our experience. You know, when this was written in
7    September there was still that potential. We were
8    coming up on November election and we had -- we didn't
9    have any idea what to expect.
10   Q.   And are there others within DPS still who have
11   concerns that the EIC mission could interfere with the,
12   quote/unquote, "DL mission"?
13   A.   Based on our experience since June 26th, I
14   think those fears have been allayed.
15   Q.   And what is the experience since June 26th,
16   you simply mean the rollout of the various mobile EIC
17   units and the DPS offices handling EIC applications?
18   A.   One is the volume of applicants that have
19   applied for volume of people that have applied for
20   EICs.
21          Two is that we were over the hump of
22   where we had to buy equipment, which was a significant
23   expense. You know the equipment is already out there.
24   We don't have to worry about that anymore.
25          Three is that we have, I think, 52

---

217

1   counties that are now providing EIC services with their
2   staff which means that DPS does not have to furnish
3   staff for those mobile sites any longer.
4       Q.  Uh-huh.  And is there any -- I believe your
5   testimony was before there is no specific line item in
6   DPS's appropriation -- or in the transportation budget
7   generally for EIC unit; is that correct?
8       A.  That's correct.
9       Q.  So if there were unexpected needs in some of
10  the other, quote/unquote, "DL mission," you would face
11  resource constraints just like any agency; is that
12  correct?
13      A.  Yes, sir.
14      Q.  And is it fair to say that DPS's core mission
15  prior to the enactment of S.B. 14 was a law enforcement
16  mission?
17      A.  Yes, sir.  Well, actually the driver license
18  mission is -- is almost as large as the law enforcement
19  mission.
20      Q.  Right.  And you testified, I think, about your
21  background is in law enforcement; is that correct?
22      A.  Correct.
23      Q.  So you were chosen for this position at the
24  head of the DL division largely on the strength of your
25  law enforcement credentials; is that correct?

218

1       A.  I don't think it was so much on the basis of
2   my law enforcement experience.  It was management
3   experience that I had with when I was working for the
4   Sheriff's Association under the DOJ grant and as a
5   highway patrol sergeant, as a Ranger sergeant.
6       Q.  Right.  And I believe you said that, perhaps
7   in jest, that it was debatable whether you had
8   expertise in EIC implementation?
9       A.  That's correct.
10      Q.  And I guess my question is is, in, again, not
11  your personal opinion but in your capacity as
12  representative of DPS, does it make sense for DPS
13  rather than, say, the Secretary of State or some other
14  agency to have assumed a function so closely related to
15  elections?
16      A.  In terms of the resources available to DPS it
17  made sense for DPS to do that.
18      Q.  Because DPS had a lot of extra resources?
19      A.  Well, no, not that they had a lot of extra
20  resources, that we had resources -- we had 227 driver's
21  licenses offices out there and 18- or 1,900 CSRs that
22  could issue driver's licenses, EICs and ID cards.
23      Q.  So it makes sense in your view that there was
24  a basic convenience factor that the apparatus to issue
25  driver licenses was spread across the State, and it

219

1   made sense to impose this new EIC obligation on DPS for
2   that reason?
3       A.  Yes, sir.  We could not argue against it.
4       Q.  I would like to talk about a new exhibit.
5           MR. DUNBAR:  Hasan, give me Exhibit 9,
6   please.  I'm sorry tab for the record, that's tab in
7   our folder, not Exhibit 9.
8           (Exhibit 50 marked.)
9       Q.  (BY MR. DUNBAR)  Mr. Peters, have you seen
10  this e-mail exchange before?
11      A.  Whoops.  Yes, sir.
12      Q.  And I want to turn your attention to, I guess,
13  the last e-mail which is the September 10th, 2013,
14  e-mail from a Robert Herd?
15      A.  Wait a minute.  The last e-mail?  In the
16  string or the first e-mail in the string?
17      Q.  Sorry, yeah, the first e-mail in the string.
18  Last on the -- last physically.
19      A.  Okay.
20      Q.  But first e-mail on the string.  Good point.
21      A.  That's the September 10, 2013 at 12:12.
22      Q.  That's right.
23      A.  Got you.
24      Q.  And that's an e-mail from a Mr. Herd to a
25  Tracie Henson and Shaya Birch; is that correct?

220

1       A.  Yes, sir.
2       Q.  Do you know who Mr. Herd is?
3       A.  I believe he is the Dallas County voter
4   registrar.
5       Q.  Yeah, the bottom of the e-mail references the
6   Dallas County Elections Department Administrator.
7       A.  Yeah.
8       Q.  You're exactly right.  I don't know if that's
9   his position today, but at least at the time and then
10  who are Tracy Henson and Shaya Birch?
11      A.  I don't know.
12      Q.  Okay.  And looking at the e-mail, it appears
13  to be a request for assistance from DPS to deploy
14  mobile EIC units at various events.  Is that an
15  accurate --
16      A.  Yes, sir.
17      Q.  -- summary of the e-mail?
18      A.  Yes, sir.
19      Q.  And then there's a series of forwards of the
20  e-mail from -- the one I want to turn to, I guess, is
21  on September 10th, 2013, at 19:21, a JoAnn Mastrachio
22  says, "Tony, I'm handing this one off to the EIC guru."
23          Do you see that?
24      A.  At 19:21?  Yes, I see that.
25      Q.  And is it your understanding in this e-mail

JOE PETERS                                                    4/30/2014

221

1    the EIC guru is a reference to Mr. Rodriguez?
2        A.  That's correct.
3        Q.  Okay.  And then Mr. Rodriguez turns around and
4    sends the e-mail chain on Tuesday, September 10th at
5    2:13 to Mr. Watkins, who I believe you testified is one
6    your deputies?
7        A.  Yes.
8        Q.  And yourself --
9        A.  Yes.
10       Q.  -- is that correct?
11           And what are the first two words of his
12   e-mail?
13       A.  "Mission creep."
14       Q.  And what did you understand Mr. Rodriguez to
15   mean by "mission creep" when you saw this e-mail?
16       A.  That the mission was expanding.
17       Q.  And in what way was the mission expanding?
18       A.  By deploying the mobilizations.
19       Q.  And would you agree with me that "mission
20   creep" carries a negative connotation?
21       A.  It could.
22       Q.  Did you understand it to be that?
23       A.  I can't say that I did.  I mean --
24       Q.  You don't recall --
25       A.  It was a --

222

1        Q.  -- whether you understood --
2        A.  -- a fact, you know, that we -- we had these
3    requests and we -- we were going to do the best we
4    could to comply.
5        Q.  So you -- so your testimony is that you
6    understand Mr. Rodriguez's e-mail to reflect that it
7    was a negative development that a county was asking for
8    expanded mobile EIC access; is that correct?
9        A.  Well, yes.  And I understand that
10   Mr. Rodriguez is -- has an extensive military
11   background and is -- currently serves as a
12   major-general in the state guard, so he is familiar
13   with many missions of all types.  And I'm sure that's a
14   common reference that the military uses.  It was when I
15   was there.
16       Q.  Understood.  But I guess for clarity, I just
17   mean that it carries a negative connotation.
18           A mission creep is not a good thing; is
19   that correct?
20       A.  It could -- it could, yes.
21       Q.  Why would Mr. Rodriguez have represented the
22   request as mission creep in your view?
23       A.  I think it -- rather than a negative
24   connotation, it was that we need to expand, you know,
25   the mission is broader or about to become broader than

223

1    what we initially assessed.
2        Q.  But I thought you just testified that you
3    understand mission creep to carry a negative
4    connotation.
5        A.  It could.
6            MR. KEISTER:  Y'all are killing the court
7    reporter.
8        Q.  (BY MR. DUNBAR)  Okay.  What was the ultimate
9    resolution of Dallas County's request?
10       A.  We sent mobile units to Dallas County.
11       Q.  So Dallas County won over Mr. Rodriguez's
12   objections?
13       A.  Yes.
14       Q.  And do you know who ultimately made that
15   decision?  Was that your decision?
16       A.  Well, I was probably involved in that decision
17   that we were going to do it; but it was, you know, at
18   the request of and guidance from the Secretary of
19   State's office.
20       Q.  And have you heard other -- have there been
21   other references to mission creep in connection with
22   the EIC units during your tenure at DPS?
23       A.  No.
24       Q.  This was the only one?
25       A.  And I didn't even remember that one.  It just

224

1    didn't stick out in my mind.
2        Q.  Fair enough.  So I know we've had a lot of
3    questions about mobile EIC stations.  I want to really
4    just ask some basic clarifications.
5            I understand there have been three phases
6    of the mobile EIC program; is that correct?
7        A.  Yeah.  It depends on who you talk to and what
8    their understanding of a phase is, but go ahead.
9        Q.  But to be clear, this comes from Mr. Ingram's
10   deposition --
11       A.  Yes.
12       Q.  -- where there clearly were phases delineated
13   and this was the first time -- maybe it was my own
14   fault -- that I had heard of these phases.  So I want
15   to make sure I understand them correctly.
16           What would Phase 1 of the EIC program be
17   in your view?
18       A.  Phase 1 would have been -- if I remember
19   correctly, it was the Secretary of State's 25 mobile
20   stations and their assignments.
21       Q.  So Phase 1 is the 25?
22       A.  That's my understanding.
23       Q.  Okay.  I may have misunderstood.  I thought
24   that was the Phase 2.
25       A.  Well, I've tried not to refer to them as

JOE PETERS                                                    4/30/2014

225

1   phases because it's too confusing.  If I just said
2   Phase 1 or Phase 2 or Phase 3, nobody knows what we're
3   talking about.  But if I say Secretary of State's
4   mobile deployment, everybody knows what we're talking
5   about.
6       Q.  You should pass that along to Mr. Ingram.
7       A.  I will.
8       Q.  For all of our sakes.
9           Okay.  So I will sometimes use the
10  nomenclature, just to help understand what he might
11  have been referring to but also ask:  The Phase 1 in
12  your view, to the extent there was a Phase 1, is the
13  25 -- the 25 Secretary of State mobile EIC units; is
14  that correct?
15      A.  As I recall, yes, sir.
16      Q.  And who made -- this is the Secretary of
17  State's initiative.  Was it the Secretary of State's
18  idea to launch the 25 mobile EIC units?
19      A.  It was a collective decision to launch those
20  25 units and -- because the Secretary of State offered
21  to purchase those units.  Initially, the Secretary of
22  State offered to provide funding to DPS to buy those
23  units.  Then it was determined that they couldn't
24  provide DPS the funding; that they had to pay for them
25  themselves, and they had to own them.  And that's when

226

1   they became the Secretary of State's property.  And
2   they made those purchases based on specifications
3   recommended by DPS.
4       Q.  I see.  And when you say this was a collective
5   decision, though, I want to make sure I understand the
6   universe of the collective decision making here.
7           Was this DPS and the Secretary of State's
8   office only?
9       A.  No.
10      Q.  Who else was involved?
11      A.  Governor staff was involved.  The Secretary of
12  State staff, DPS staff.
13      Q.  Where did the idea initiate from for mobile
14  EICs?
15          MR. KEISTER:  To the extent this is going
16  to require you to state any of the deliberative process
17  that occurred in making this decision and to the extent
18  it's going to require you to give any attorney/client
19  information, I'm going to instruct you not to answer
20  those questions.  You can give the ultimate decision as
21  to what was done, but don't give the background
22  deliberations.
23          THE WITNESS:  Okay.  The ultimate
24  decision was that the Secretary of State would purchase
25  and own those mobile stations, the 25 mobile stations

227

1   that you're talking about.
2       Q.  (BY MR. DUNBAR)  But who made that ultimate
3   determination?
4       A.  I can't pinpoint any single individual that
5   made that decision.
6       Q.  So sitting here today, DPS has no view on who
7   came up with or ultimately decided on the Phase 1 of
8   the mobile EIC initiative?
9       A.  No, sir.
10      Q.  Okay.  And so Phase 1 or the 25 mobile
11  stations, that -- that program is ongoing; is that
12  correct?
13      A.  That's correct.
14      Q.  And is there a permanent appropriation for
15  those funds?
16      A.  No, sir.
17      Q.  So that program, like the entire EIC program,
18  is subject to the discretion of either the Secretary of
19  State or the Department of Public Safety; is that
20  correct?
21      A.  Correct.
22      Q.  And so Phase 3 of mobile EICs, at least the
23  Secretary of State's office would describe, it refers
24  to the county-led initiatives.
25          Is that your understanding?

228

1       A.  Yes, sir.
2       Q.  Okay.  And you've testified a lot about that
3   already, I believe; so I don't want to spend a lot of
4   time other than to understand Phase 3 is a DPS-led
5   initiative?
6       A.  Yes, sir.
7       Q.  And who came up with the idea for the Phase 3
8   initiative?
9       A.  Again, I can't pinpoint an individual.
10      Q.  Was it someone within DPS?
11      A.  Well, again, it was in collaboration with the
12  Secretary of State as to how we were going to achieve
13  coverage in all 254 counties.
14      Q.  Was DPS directed by any other agency in the
15  state to carry out Phase 3?
16      A.  Not that I'm aware of.  But there was
17  encouragement to explore that.
18      Q.  But the ultimate decision -- your
19  understanding is that the ultimate decision to say yea
20  or nay to Phase 3 rested with who?
21      A.  DPS.
22      Q.  The head of DPS or the commission?
23      A.  Ultimately based on recommendations from
24  staff.
25      Q.  Which among those two?  Who would have the

229

1  final green light or red light authority with respect
2  to Phase 3?
3      **A.  The director ultimately would have, but he**
4  **bases his -- or based his decisions on staff**
5  **recommendation.**
6      Q.  Okay.  And to the best of your understanding,
7  there's no other agency or department within the state
8  that could direct DPS to carry out Phase 3 even if the
9  department itself would rather not do it?
10     **A.  No.**
11     Q.  And what are the funding commitments -- what
12 funding does DPS need to carry out Phase 3?
13     **A.  All we can get.**
14     Q.  Have you made a request of the Texas
15 legislature, the OAG or, any other office for
16 additional funding to help with Phase 3?
17     **A.  We asked the governor's office -- well, yeah,**
18 **we asked the governor's office for funding assistance**
19 **for EIC generally.**
20     Q.  (BY MR. DUNBAR)  And what was the response of
21 the governor's office?
22     **A.  They told us we needed to submit a grant**
23 **application, and they would deal with it.**
24     Q.  And has DPS submitted that grant application?
25     **A.  We have.**

230

1      Q.  And do you know, was that grant application
2  produced in this litigation?
3      **A.  I don't know.**
4          MR. DUNBAR:  Same question to counsel.
5          MR. KEISTER:  I don't know, Counsel.  I'm
6  not saying it has or hasn't.  I just don't know.
7          MR. DUNBAR:  I understand.  We'll take a
8  look at the transcript and see if we want to look for
9  it and make a request for that.
10     Q.  (BY MR. DUNBAR) Can you describe for me what
11 was in the grant proposal?
12     **A.  We requested $200,000 in funding for election**
13 **identification.**
14     Q.  And is that an annual -- on an annual basis
15 $200,000?
16     **A.  No, sir.  It's one time.**
17     Q.  A one-time $200,000 grant?
18     **A.  Yes, sir.**
19     Q.  What would that allow you to accomplish?
20     **A.  Well, it allowed us to purchase mobile**
21 **equipment for mobile stations.**
22     Q.  I see.  So the $200,000 has been granted?
23     **A.  Yes.**
24     Q.  It was a successful grant?
25     **A.  Yes.**

231

1      Q.  I see.  And have -- did that $200,000 grant
2  alleviate the funding needs you just suggested are kind
3  of constant with respect to the EIC program?
4      **A.  It reduced to severity of the funding impact**
5  **on our operations back.**
6      Q.  Does DPS plan on reaching out to the governor
7  or the legislature for additional funding in connection
8  with the EICs?
9      **A.  Yes, sir.**
10     Q.  And are those concrete proposals or requests
11 that have already been made?
12     **A.  The requests, to my knowledge, have not been**
13 **made.  They certainly haven't been made by my office.**
14 **We have had discussion about making additional**
15 **requests.**
16     Q.  And if those funding requests aren't
17 satisfied, what effect would that have on the
18 department of -- on DPS's EIC mission?
19     **A.  I think the effect would be minimal in the**
20 **grand scheme of things, just because it would all come**
21 **out of our appropriated funds for operations.**
22     Q.  So you would -- you would -- if faced with
23 underfunding in the EIC program, which you've described
24 as, in your view, not being particularly voluminous to
25 date, your testimony is you would take funding from

232

1  other DPS missions to satisfy the -- the full EIC
2  requirements?
3      **A.  We would take it from the driver license**
4  **operational budget.**
5      Q.  At the expense of your core driver's license
6  services?
7      **A.  Correct.**
8      Q.  And is that based on a particular priority
9  between EICs and driver's license mission?
10     **A.  They're all in the same budget.**
11     Q.  Right.  Understood.  But I guess my question
12 is:  Is there a rule or regulation or law that would
13 require EIC funding to be given priority when DPS is
14 faced with a budget shortfall across the board?
15     **A.  Not that I'm aware of.**
16     Q.  But your testimony is, is that you would pull
17 dollars from your other services to fund EICs in that
18 circumstance?
19     **A.  Correct.**
20     Q.  And why is that?
21     **A.  Because that's all we've got.**
22     Q.  Right.  But to be clear, you could choose to
23 keep your money in the driver's license mission and not
24 fund fully EIC?
25     **A.  But EIC is part of the driver license mission.**

JOE PETERS

4/30/2014

233

1      Q.  And in your view they're all equally
2   important?
3      **A.  Absolutely.**
4      Q.  If you were faced, as a director of the
5   driver's license division, with a choice between fully
6   funding the driver's license -- the traditional core
7   driver's license services or EIC issuance, which choice
8   would you make?
9      **A.  If it meant disenfranchising a potential voter**
10  **and EIC, I would opt for EIC.**
11     Q.  So you've decided.  You've made DPS -- you,
12  individually, as the director of the driver's license
13  division, have made a decision on that front.
14  Is there a statute or regulation that
15  ensures that choice will always be made?
16     **A.  I have not made that decision because it**
17  **hasn't been presented yet.  But should it be presented,**
18  **that's what I would decide based on what I know today.**
19     Q.  That would be my question is that would be
20  your personal choice.  That's not necessarily something
21  that's legally required?
22     **A.  That's correct.  It's not legally required.**
23     Q.  Okay.  I just had a few more quick follow-up
24  questions.  Well, actually a topic we've touched a bit
25  about before, which is -- this relates to DPS topic --

234

1   Topic 13, which is any complaints or concerns raised
2   about the distribution of EICs.  And so we've covered
3   some of this ground, I think, already; but just so the
4   record is clear, I'm clear, I didn't miss anything.
5   Does DPS have a formal process through
6   which it receives criticism or general feedback from
7   the public for any of its services?
8      **A.  Yes, we do.**
9      Q.  What are those processes?
10     **A.  We have an e-mail address that's public**
11  **inquiries.**
12     Q.  Uh-huh.
13     **A.  DLD.  And anyone can make a complaint or a**
14  **compliment to public inquiries.**
15     Q.  Okay.  So where would --
16     **A.  They can phone call.**
17     Q.  And where would someone find the contact, this
18  public inquiry's e-mail address or the phone number, on
19  the DPS website?
20     **A.  It's on the DPS website.**
21     Q.  Okay.  And is it specifically -- is it made
22  clear on the DPS's website that these numbers and
23  e-mail addresses can be used for complaints about EIC
24  issuance?
25     **A.  I don't recall that it mentions EIC**

235

1   specifically.
2      Q.  Okay.  And to your knowledge, has DPS received
3   complaints from members of the public regarding
4   issuance of EICs?
5      **A.  There may have been some; but you know, they**
6   **were resolved before they got to me unless there was a**
7   **particular issue.  And I can't recall one, not to say**
8   **that there weren't any.**
9      Q.  And is there a policy -- well, let's say to
10  date there have been 20 e-mails that have been sent to
11  the public inquiries' e-mail address or -- and/or ten
12  phone calls that have been made to complain about EIC
13  issuance, whether it's notice, whether it's hours of
14  availability, whatever the complaint.
15  Would DPS have records of those
16  specifically identifying these as EIC complaints?
17     **A.  Yes.**
18     Q.  They would.  And do you know, to your
19  knowledge, do such records exist?
20     **A.  Well, anything that goes to public inquiries**
21  **or any phone call that comes into our call center are**
22  **logged and the purpose of the call and the purpose of**
23  **the complaint -- subject of the complaint is**
24  **documented.**
25     Q.  And are you aware, have any records related to

236

1   EIC complaints that you're describing been produced in
2   this litigation?
3      **A.  I don't recall seeing specific complaints.**
4   **And there may have been some.**
5      Q.  Okay.  And now we've seen some e-mail
6   traffic before that I won't march you through.
7   You have -- DPS has received at least
8   some complaints regarding the issuance of EICs from
9   local or county election officials; is that correct?
10     **A.  I don't recall that they were from county**
11  **election officials, other than Dallas County and may**
12  **have been one from -- or a couple from legislators.**
13     Q.  Okay.  Well, that was going to my next
14  question, actually.  And I'm not sure if we've seen the
15  e-mails, but you have received some complaints about
16  EIC issuance from Texas legislators; is that correct?
17     **A.  Yes.**
18     Q.  And do you know on how many occasions you've
19  received those complaints?
20     **A.  No.  I can't quantify it but very few.**
21     Q.  Very few.  Would there be records kept of that
22  as well?
23     **A.  There should be records.  If they made the**
24  **complaint through our Office of Government Relations,**
25  **there will be a record.**

237

1    Q.  Okay.  And has DPS -- everything we've
2  described to date has been reactive in the sense it
3  relies on someone complaining or telling DPS something.
4         Has DPS made a proactive effort to
5  determine whether, in connection with Phase 2 or Phase
6  3 or, to use your terminology, the mobile units and the
7  county units, whether the -- whether the processes are
8  working smoothly without public complaint?
9    A.  I'm not sure I understood your question.  You
10  want to know if we've been proactive in trying to
11  prevent those complaints, trying to take action to keep
12  those complaints down?
13    Q.  No.  Sorry.  To clarify.  It was a poorly
14  worded question.
15         My question is whether DPS has any
16  mechanism in place to proactively solicit public
17  feedback comment or criticism in the EIC program?
18    A.  We have a program in place where they can --
19  the public can comment on any driver's license office
20  transaction, whether it's ID cards, driver's license or
21  EIC.
22    Q.  But that requires someone to affirmatively
23  lodge a complaint with DPS; is that correct?
24    A.  Correct.
25    Q.  Have you reached out to, say, community

238

1  leaders -- local community leaders to ask generally
2  about how the EIC process has worked or how the process
3  might be improved?
4    A.  I'm not aware of it, if we have.  And that
5  would have been out of media office primarily.
6    Q.  Out of the media office?
7    A.  Uh-huh.
8    Q.  Okay.  That's all I have.  Thank you.
9         THE REPORTER:  Off the record.
10         (Recess from 2:50 p.m. to 2:55 p.m.)
11         THE REPORTER:  Back on the record.
12              EXAMINATION
13  BY MS. CLARK:
14    Q.  Hi, Mr. Peters.  It's been a while since we
15  did introductions this morning.  My name is Jennifer
16  Clark, and I represent MALC and Texas NAACP.  And I'm
17  wondering if you could go back, if you still have it,
18  to what was marked as Exhibit 36, a little while back.
19  It's the 30(b)(6) notification.
20    A.  Yep.
21    Q.  If you could turn to Page 9.  So I'll be
22  focusing primarily on the topics that are listed in the
23  middle of Page 9 here, starting with 10, 11, 12 and
24  then perhaps a little bit on 13.  If you could just
25  take a moment and review the topics that are listed

239

1  there, and just tell me if you are the person most
2  knowledgeable to speak about those topics from DPS?
3    A.  (Witness complies with request.)
4         And 13?
5    Q.  Yes, please.
6    A.  Okay.
7    Q.  Are you the person most knowledgeable to talk
8  about topic No. 10, the training of DPS employees?
9    A.  I have some knowledge of it, but I'm not one
10  of the trainers.
11    Q.  Okay.
12    A.  They would have, certainly, more in-depth
13  knowledge than I would.
14    Q.  Okay.  And did you talk to the trainers or
15  review documents in preparation for --
16    A.  I did.
17    Q.  Okay.  As to No. 11, are you the person most
18  knowledgeable about this topic?
19    A.  Media and communications would be more
20  knowledgeable than I am; although, I did approve
21  initial drafts of some of the press releases.
22    Q.  Did you speak to anybody from media and
23  communications in preparation for your deposition
24  today?
25    A.  I don't recall that I did in preparation for

240

1  the deposition.
2    Q.  I see.  Okay.  And how about No. 12?
3    A.  With respect to -- are you talking about
4  whether I --
5    Q.  Are you the person with the most knowledge?
6    A.  Well, with respect to the telephone help
7  lines, our customer call center staff would be the most
8  knowledgeable; although, I do have some knowledge of
9  what they do.
10    Q.  Uh-huh.
11    A.  There are no Internet chat lines.  Social
12  medial communications would be by media and
13  communications.
14    Q.  Uh-huh.
15    A.  No webinars.  The only direct contact with
16  specific voters was where one called into the call
17  center --
18    Q.  Uh-huh.
19    A.  -- and we talked to them.  As far as us making
20  calls out to the voters, it was only if they had an
21  issue.  In some cases, where it -- with respect to
22  EICs, if during quality assurance process, a problem
23  was discovered, the license record service staff may
24  call; in fact, did call some of the applicants to
25  resolve whatever issues they had.

JOE PETERS                                                          4/30/2014

---

**241**

1    Q.   And license and record service staff is
2    something that's located centrally, or that's at each
3    of the division offices?
4        **A.   That's in the headquarters office here in**
5    **Austin.**
6        Q.   Okay.  And as to No. 13, this has come up a
7    couple of times; and I believe that you have testified
8    that complaints wouldn't necessarily have come to?
9             Who would complaints have come to?
10       **A.   They could have come through public inquiries**
11   **via the Internet.  They could have come to the call**
12   **center.  They could have come to a local office.**
13       Q.   So did you speak to any of the people to whom
14   complaints would have come in preparation for your
15   deposition today?
16       **A.   No.**
17       Q.   You did not?
18       **A.   I don't recall.**
19       Q.   I see.  Did you review any -- you mentioned
20   that complaints are logged; is that correct?
21       **A.   Uh-huh.  Uh-huh.**
22       Q.   Did you review any documents that reflect
23   these logging of complaints in preparation for your
24   deposition?
25       **A.   I did.**

---

**242**

1        Q.   You did.  So you would be able to speak to
2    whether complaints have been logged?
3        **A.   To the best of my recollection.  I've slept**
4    **since I reviewed that document.**
5        Q.   Okay.  And it -- is it accurate to say that
6    you don't recall -- that DPS has not received
7    complaints from individual members of the public with
8    regards to EIC issuance?
9        **A.   Say that again.**
10       Q.   Is it correct to say that DPS has not received
11   complaints from individual members of the public with
12   regards to EIC issuance?
13       **A.   That would not be correct.**
14       Q.   So you have seen complaints?
15       **A.   I have not necessarily seen the complaints,**
16   **but I have been advised that there have been some**
17   **complaints.**
18       Q.   But you didn't see these complaint when you
19   reviewed the feedback logs?
20       **A.   No, not the complaints themselves.**
21       Q.   Okay.  Do you know if those logs were produced
22   as part of this --
23       **A.   I don't know.**
24       Q.   -- as part of production?  Okay.  Thank you.
25            All right.  So I'm going to talk a little

---

**243**

1    bit about training.  And before we get to that, just
2    generally speaking, I think you mentioned earlier that
3    there's upwards of 2000 DPS employees.
4             Do you know how many employees there are?
5        **A.   Driver license employees or DPS employees?**
6        Q.   I guess both.
7        **A.   DPS employees are something over 9,000.**
8        Q.   Uh-huh.
9        **A.   And in driver's license division, I think we**
10   **have 2,200 -- over 2,000.**
11       Q.   Okay.  So of those over 2,000 employees, how
12   many of them, more or less, would be responsible for
13   issuing EICs?  How many would be on the front lines?
14       **A.   I don't have that answer.**
15       Q.   Okay.  Is there a specific name for those
16   employees who staff the desks and would be responsible
17   for issuing EICs?
18       **A.   Customer service representatives.**
19       Q.   Okay.  So do customer service representatives
20   and other DPS employees receive training on a regular
21   basis?
22       **A.   They do ongoing training.**
23       Q.   Ongoing training.
24            What does "ongoing" mean?
25       **A.   That means that periodically they -- they have**

---

**244**

1    refresher training.  If technology changes, they get
2    refresher training.
3        Q.   Uh-huh.
4        **A.   If significant rules or legislation are**
5    **enacted or adopted that would affect their duties, then**
6    **they're trained.**
7        Q.   Okay.  So are they trained -- in addition to
8    this specialized training you're talking about,
9    are they just trained on an annual basis or regularly
10   with regards to general procedure?
11       **A.   There's not regularly scheduled training for**
12   **them, but they -- we have our training force.  We call**
13   **them facilitators.  We deploy them across the state;**
14   **and they will conduct individualized training, if it's**
15   **required on an as-needed basis.**
16       Q.   So would you characterize S.B.14 and the
17   creation of EICs as something that would have warranted
18   specialized training?
19       **A.   Yes.**
20       Q.   Okay.  And do DPS employees -- including
21   customer service representatives, do they receive
22   customer service training or specific instruction on
23   how to interact with the public?
24       **A.   Yes.**
25       Q.   And what does that training consist of?

---

245

1     A.  I don't know.
2     Q.  You don't know?
3     A.  I haven't gone through the training.
4     Q.  Do you know who might know that?
5     A.  Any of the training division would know.
6     Q.  Is there a head of the training division?
7     A.  Yeah.  It -- the -- JoAnna Straphio (phonetic)
8  is the deputy assistant director for training.
9     Q.  Uh-huh.
10    A.  Lynn Hale is one of the trainers here in
11 Austin that trains the trainers.
12    Q.  Okay.  So with regards to the customer service
13 representatives, does DPS require them to have attained
14 a certain level of education in order to be employed?
15    A.  No.
16    Q.  How many of the customer service
17 representatives are fluent in Spanish?
18    A.  I don't know that.
19    Q.  Is there a requirement that offices have a
20 minimum number of Spanish speakers?
21    A.  No.
22    Q.  Okay.
23        (Exhibit No. 51 marked.)
24    Q.  (BY MS. CLARK)  So you can tell me on what
25 date DPS began issuing EICs?

246

1     A.  June 26th, 2013.
2     Q.  Okay.  And this document that's just been
3  marked as an exhibit, this is an e-mail dated
4  June 21st, 2013, correct?
5     A.  Yes.
6     Q.  And although it doesn't have a subject, it
7  attaches something that's called 32 Job Aid Election
8  Certificate, and 32 Tax Election Certificate, correct?
9     A.  Uh-huh.
10       THE REPORTER:  Yes?
11       THE WITNESS:  Yes.
12    Q.  (BY MS. CLARK)  If I can draw your attention
13 to the e-mail at the top of the page.  On the second
14 line where it says, "because of this possibility, we
15 are holding a WebEx refresher training at 4:00 p.m.
16 today."
17       Was WebEx refresher training held in
18 anticipation of EICs being issued?
19    A.  That's my understanding.
20    Q.  Okay.  Do you know whether all EIC employees
21 were trained on -- I mean, whether all DPS employees
22 were trained on the issuance of EICs prior to 2013?
23    A.  All DPS employees were not trained.
24    Q.  Do you know whether all -- which DPS employees
25 would have been trained?

247

1     A.  The driver license employees, the customer
2  service representatives.
3     Q.  And they were trained in 2012?
4     A.  They were trained in 2011, initially.
5     Q.  And were they trained again in 2012?
6     A.  They received -- some of them received
7  refresher training in 2012 or '13.  2013, I believe.
8     Q.  So is this e-mail talking about the 2013
9  refresher training to which you're referring?
10    A.  Uh-huh.
11    Q.  Okay.
12       MR. KEISTER:  You have to say yes.
13       THE WITNESS:  I'm sorry.  Yes.  Sorry.
14    Q.  (BY MS. CLARK)  So do you know which employees
15 in particular were required to attend this WebEx
16 refresher training?
17    A.  No.
18    Q.  You don't.
19       Do you -- was there a record that was
20 kept of which employees attended the training?
21    A.  Yes.
22    Q.  So would that be -- what form does that record
23 take?
24    A.  If -- on the webinar, the WebEx webinar, I'm
25 not sure how that was tracked.  The other training,

248

1  there's a sign-in sheet where everyone comes in and
2  places their signature on a spreadsheet that certifies
3  that they were there for that training.
4     Q.  What is the "other training"?
5     A.  What do you mean "other training"?
6     Q.  You just said that you know for the other
7  training?
8     A.  For in-person training.
9     Q.  I see.
10    A.  If they came in to -- to greet and to meet
11 with a facilitator and they had one-on-one or
12 one-on-many rather than a webinar, that's the other
13 training I was referring to.
14    Q.  So was the 2011 original training an in-person
15 training?
16    A.  I believe it was.
17    Q.  And so there would be a document that was --
18 that would be something like a sign-in sheet that would
19 reflect who had attended that training?
20    A.  There should be, yes, ma'am.
21    Q.  Do you know whether that document was produced
22 as part of this litigation?
23    A.  I don't know.
24       MS. CLARK:  Do you know whether that
25 happened?

JOE PETERS                                                    4/30/2014

249

1         MR. KEISTER: I don't know, Counsel. I
2    don't know one way or the other.
3         MS. CLARK: Thank you.
4    Q.  (BY MS. CLARK)  So if an employee is required
5    to attend a training and is unable to or misses it,
6    what are the consequences of that?
7    A.  **They are given an opportunity at another time.**
8    Q.  To take the training?
9    A.  **To take the training.**
10   Q.  Okay.  And if an employee simply does not take
11   the training at any point, what are the consequences of
12   that?
13   A.  **Then they don't issue EICs or they don't issue**
14   **DLs or they don't issue ID cards.**
15   Q.  Okay.  Can you please turn to the third page
16   of this document, which has the title, "Election
17   Certificate Issuance Procedures"?
18   A.  Yes.
19   Q.  Can you tell me whether this was part of the
20   WebEx training that the employees received?
21   A.  **I can't tell you.**
22   Q.  Do you know who would be able to verify that
23   for me?
24   A.  **The training folks.**
25   Q.  Okay.  Can you turn -- it's about -- perhaps

250

1    ten pages in, to a document which has a label on the
2    bottom-right corner that says, "T-E-X 478177?  Yes.
3         And this is entitled, "Texas Election
4    Certificate," correct?
5    A.  **Yes.**
6    Q.  And is this also part of the WebEx training?
7    A.  **I don't know.**
8    Q.  You don't know.  Okay.
9         So what documents did you review in
10   preparation for discussing training?
11   A.  **The training packets for DPS employees, the**
12   **CSRs and the training packets for the Secretary of**
13   **State's office staff and the training packets for**
14   **county employees.**
15   Q.  So this would not be considered a training
16   packet for a CSR?
17   A.  **Well, no.  The training packet for a CSR is**
18   **much more extensive than this.**
19   Q.  Okay.  Can you give me any information about
20   what that looks like and what the title is?
21   A.  **I don't recall.**
22   Q.  Okay.
23         (Exhibit No. 52 marked.)
24         MR. KEISTER:  Thank you.
25   Q.  (BY MS. CLARK)  So the document that was just

251

1    marked is an e-mail from June 24th, 2013 that has a
2    subject line, "Election Certificate Refresher,"
3    correct?
4    A.  **Correct.**
5    Q.  And this e-mail references a WebEx training
6    for all facilitators and -- is that right?  In the
7    third line -- sorry -- of the mail.
8    A.  **Yes.**
9    Q.  So you -- you just mentioned earlier that
10   facilitators are the individuals responsible for giving
11   trainings?
12   A.  **Yes.**
13   Q.  Okay.  So if you can turn to the next page of
14   this document entitled, "Eligibility Requirements for
15   Issuance of Texas Election Certificate."
16         Is this part of the packet that you were
17   referencing?
18   A.  **It does look familiar, yes.**
19   Q.  Okay.  If you want to take a moment to flip
20   through it, you can let me know if this -- if this
21   looks like something that's part of the training
22   document that you reviewed.
23   A.  **(Witness complies with request.)**
24       **Okay.**
25   Q.  Okay.  So does this look like some of the

252

1    training documents that you reviewed in preparation for
2    your testimony today?
3    A.  **It does.**
4    Q.  Okay.  So if I can draw your attention to the
5    line that says, "Who is not eligible to apply for a
6    Texas Election Certificate?"
7    A.  **Uh-huh.**
8    Q.  And then first bullet -- the first sub-bullet
9    point says that those individuals who have a Texas
10   driver's license that is unexpired or expired less than
11   60 days are ineligible to apply; is that correct?
12   A.  **Yes.**
13   Q.  So DPS employees were trained not to issue
14   EICs to individuals whose licenses were expired less
15   than -- fewer than 60 days at the time they were in the
16   office; is that correct?
17   A.  **Less than 60 days.**
18   Q.  Yes?
19   A.  **Yes.**
20   Q.  Okay.  And if you go to the bottom of --
21   towards the bottom of Page 1 under the heading, "How
22   Does a Person Apply For a Texas Election Certificate?"
23   A.  **Okay.**
24   Q.  The third bullet point down, "Bring documents
25   that meet the department's identification policy."

JOE PETERS                                                      4/30/2014

253

1    What are the -- is there a list of
2  documents that meet the department's identification
3  policy on which employees are trained?
4    **A.  Yes.**
5    Q.  Is that part of the training that employees
6  received for issuing EICs?
7    **A.  Yes.  And I can't tell you where it is, but it**
8  **was in the packet -- the packet that I reviewed was an**
9  **inch thick.**
10   Q.  Uh-huh.
11   **A.  So either the fonts are smaller here or**
12 **there's a lot more information than what I reviewed.**
13   Q.  Okay.  So is there a different list for which
14 identification documents are accepted when applying for
15 an EIC and which are accepted when applying for a
16 driver's license?
17   **A.  The question again, please?**
18   Q.  Are there two -- is the list of acceptable
19 documents when applying for a driver's license the same
20 as the list of acceptable documents as when applying
21 for an EIC?
22   **A.  I believe the only difference would be lawful**
23 **presence of citizenship.  I'm not sure.**
24   Q.  You're not sure?
25   **A.  No.**

254

1    Q.  So -- but were employees trained on whether
2  there are any difference in the identification
3  documents accepted for EICs as opposed to driver's
4  licenses?
5    **A.  I don't know.  I wasn't there doing the**
6  **training.**
7    Q.  Okay.  So on the -- if you can turn to the top
8  of Page 3 where it says that the procedures for issuing
9  an election certificate are very similar to those used
10 to issue a driver's license or identification card.
11   **A.  Similar.**
12   Q.  Yes.  And then it says, "Similarities
13 include."  And if you go down to the third bullet
14 point, it says, "Collecting images, photos, thumb
15 prints, and signature," correct?
16   **A.  Yes.**
17   Q.  Okay.  So at the time of this training, which
18 took place on June 24th, 2013, the policy of DPS was to
19 collect thumb prints when applying for EICs, correct?
20   **A.  Correct.**
21   Q.  At what point did that policy -- did that
22 policy change?
23   **A.  The policy itself?  Well, yes.  I can say that**
24 **it changed, and that was in probably the end of**
25 **September of '13.**

255

1    Q.  Okay.  So if the training was in June of 2013
2  and the policy changed in September of 2013, at what
3  point were employees retrained on the new procedures?
4    **A.  If I remember correctly, there was no formal**
5  **training that we would not collect fingerprints or**
6  **thumb prints.  It was memos from the senior management**
7  **to each of the regional office and then passed to the**
8  **facilitators and to staff, the CSRs.**
9    Q.  So who was responsible, ultimately, for
10 getting the change in policy to the CSRs?
11   **A.  The regional managers, as it came from**
12 **headquarters through our senior managers.**
13   Q.  Okay.  So can you be assured that that policy
14 was communicated to all CSRs?
15   **A.  I was.  I mean, I didn't see it happen; but**
16 **that's what the senior managers were instructed to do.**
17   Q.  But there was no retraining at that point?
18   **A.  No formal retraining at that point that I'm**
19 **aware of.**
20   Q.  Okay.  If you could go to Page 4.  And towards
21 the top of the page where "prior to issuance of an
22 election certificate," under No. 1, towards the bottom.
23 It says, "Do not issue an election certificate if a
24 matching record is found under the following
25 circumstances:  DLS indicates the person is ineligible,

256

1    i.e., suspended, revoked, cancelled, or denied, if the
2    person maintains the card in their possession."
3        Can you explain what that means?
4    **A.  What that means is if the person still has**
5    **their ID or driver's license in their possession,**
6    **even though it's revoked, they can still use it for**
7    **identification purposes.  But their driving privileges**
8    **are revoked, and they can't use it to drive.**
9    Q.  So when you say they could still use it for
10   identification purposes, they could still use it to
11   vote?
12   **A.  Yes.**
13   Q.  So they would be ineligible to receive an
14 election certificate if they had a suspended license?
15   **A.  If they had a suspended license.  If they**
16 **wanted the EIC, they could sign an affidavit**
17 **surrendering their license; and then we could issue**
18 **them an EIC.**
19   Q.  So in order to get an EIC, somebody with a
20 suspended license would have to physically return their
21 license to you?
22   **A.  No.**
23   Q.  No.  What does "surrender" mean?
24   **A.  If they lost the driver's license or if it**
25 **was -- well, surrender means they would give it up.**

JOE PETERS                                                    4/30/2014

257

1    And if they don't have the card, we can't ask them to
2    produce something they don't have.  But they signed the
3    affidavit surrendering their driving privilege, and we
4    take their driving privileges out of the database.
5        Q.  So if someone has a suspended license in their
6    possession, are they eligible to receive an EIC?
7        A.  No.  If it meets this criteria.
8        Q.  What is --
9        A.  If there --
10       Q.  What are the additional criteria?
11       A.  I'm sorry.  If it's not expired more than 60
12   days.
13       Q.  So if someone has an unexpired, suspended
14   license --
15       A.  Uh-huh.
16       Q.  -- they are ineligible to receive an EIC?
17       A.  If they still have the card.
18       Q.  Okay.  If someone has an unexpired, revoked
19   license, are they ineligible to receive an EIC?
20       A.  If they -- if it -- no.  They can -- they
21   cannot get an EIC if the license is valid other than
22   that it's suspended or revoked.
23       Q.  Okay.  So what were DPS employees trained to
24   do if somebody came to them and said that they had lost
25   their license?

258

1        A.  If they came to DPS and said they lost their
2    license, they would be given an opportunity to apply
3    for a duplicate.
4        Q.  Okay.  So in the middle of the same page where
5    we are now, "Questions, answers regarding election
6    certificate."  Question No. 2.
7            Can you explain what the line means where
8    it says, "Remember the person must request the photo ID
9    for voting purposes"?
10       A.  Just what it says.
11       Q.  So someone who -- would have to request an EIC
12   specifically to receive one?
13       A.  Yes.
14       Q.  Okay.  Would they have to say that they were
15   seeking the card for voting purposes?
16       A.  We would have to know what they're in there
17   for.  And if they -- if they indicate that they just
18   want to vote, they don't need to do anything else,
19   they're not going to drive, they don't need an
20   identification card, then they would be offered an EIC,
21   if they indicated that they wanted to use an ID to
22   vote.
23       Q.  If they indicated to you they wanted to use an
24   ID to vote, they would be offered an EIC?
25       A.  Yes.

259

1        Q.  Okay.  Can you go to item No. 4, please?  It
2    reads, "What if the person tells you they do not have
3    money to pay for replacement identification card or
4    driver's license?"
5            Does an individual need to inform the CSR
6    that they don't have money in order to be eligible for
7    an EIC?
8        A.  They could tell the CSR that they don't have
9    money for the renewal or a duplicate.  And then if they
10   signed the affidavit surrendering their driver's
11   license driving privileges, then they could be issued
12   an EIC.
13       Q.  So who determines whether the individual has
14   enough money to pay?
15       A.  The individual.
16       Q.  The individual.
17           So there's no discretion given to CSRs at
18   that stage?
19       A.  No.
20       Q.  What if someone -- what are DPS employees
21   trained to do if someone has sufficient money to pay
22   for a replacement card but not enough money to pay for
23   the supporting documentation required to get an ID?
24       A.  If they don't come in with the supporting
25   documentation, then they won't be issued.

260

1        Q.  Okay.  So in order to get an EIC, someone only
2    needs to affirm that they do not have enough money to
3    pay for the identification card.
4        A.  No.  They have to surrender their driver's
5    license or ID card.
6        Q.  So if someone had an expired driver's license
7    and they -- that was no longer eligible for voting
8    purposes because it was expired for too long of a time
9    and they wanted -- they no longer had the money to
10   renew that driver's license, would they be able to get
11   an EIC?
12       A.  I would think that they would have to still be
13   required to sign the affidavit surrendering their
14   license.
15       Q.  So -- just so I understand the difference
16   between the affidavit surrendering and actually giving
17   the license back, are they returning the license to you
18   at that point?
19       A.  If they have it.
20       Q.  If they have it, they're returning it?
21       A.  Yeah.  Uh-huh.
22       Q.  Okay.  So is the EIC valid for anything other
23   than voting purposes?
24       A.  No.  Well, as far as DPS is concerned, we
25   don't control what anyone else might do with it and

JOE PETERS                                                    4/30/2014

---

261

1  what they might accept it for.
2      Q.  So if someone wanted to hold on to their
3  expired driver license for some other reason but also
4  wanted an EIC because they needed it to vote, would
5  they be able to hold on to their driver license?
6      **A.  I think they would.**
7      Q.  So it isn't -- what you testified before was
8  not correct, that they would have to surrender it?
9      **A.  If -- if they're going to surrender their**
10 **driving privileges and the card is not expired, then**
11 **they would have to surrender it.**
12     Q.  I'm sorry.  The card is expired because it's
13 no longer valid.  The card is expired.
14     **A.  Uh-huh.**
15     Q.  They do not have the money to renew the card
16 but they want to hold on to it because they use it for
17 ID and other parts of their life, but it's no longer --
18     **A.  Even if it's expired?**
19     Q.  Yes.
20     **A.  Okay.**
21     Q.  But it's no longer valid for voting under
22 Texas' photo ID law, would they be allowed to get an
23 EIC without returning their license to you?
24     **A.  I don't know the answer to that question.**
25     Q.  Do you know who would know the answer to that?

---

262

1      **A.  Probably license of record service that does**
2  **the quality assurance would be the best people.**
3      Q.  Is there someone in particular there?
4      **A.  Morgan Spinx.**
5      Q.  To your knowledge, is there any statutory
6  reason for this policy about surrendering your driver's
7  license when you're getting an EIC?
8      **A.  I'm not aware of it.**
9      Q.  And are there regulations that require DPS to
10 do that?
11     **A.  I believe there are.  I don't know what they**
12 **are specifically.**
13     Q.  Okay.  So if you could turn to the next page,
14 Page 5, item No. 6 at the top.  That reads, "Will we
15 issue election certificates to home-bound applicants?"
16     **A.  Uh-huh.**
17     Q.  The answer to that is no.  Is that -- so DPS
18 employees are trained not to issue EICs to home-bound
19 applicants; is that correct?
20     **A.  That's correct under these circumstances.**
21     Q.  What are the particular circumstances?
22     **A.  If a person is home bound, they could be**
23 **voting by mail; and an EIC would not be required.  If**
24 **they insist on a voter ID, then we will consider their**
25 **case on an individual basis and do a home-bound visit.**

---

263

1      Q.  Is there anything in this training that says
2  that that would be considered on an individual basis?
3      **A.  No.**
4      Q.  So how would individual employees have that
5  information?
6      **A.  That's -- when they get the request, the**
7  **regional manager or the office manager makes that**
8  **decision.**
9      Q.  How would they know to elevate it?
10     **A.  How would who know to elevate?**
11     Q.  How would a CSR know if the stated policy is
12 that EICs are not issued to home-bound applicants?
13     **A.  The CSR doesn't make the decision on a**
14 **home-bound visit.  Supervisors make those decisions and**
15 **then make the assignment.**
16     Q.  Okay.  If you could turn to the -- or go to
17 the bottom of this page.  Question No. 13, "Will
18 renewal notices for an election certificate be sent to
19 card holders?"
20         And is it DPS' policy that renewal
21 notices for an election certificate are not sent to EIC
22 holders?
23     **A.  I don't know the answer to the question.  We**
24 **haven't -- we're not that far along in the process.  I**
25 **know what -- what the training document says.**

---

264

1      Q.  Is there anything that says something
2  different from this training document?
3      **A.  Not that I'm aware of.**
4      Q.  Are renewal notices sent to individuals with
5  driver licenses?
6      **A.  Yes.**
7      Q.  Are renewal notices sent to individuals with
8  photo identification?
9      **A.  I believe they are.**
10     Q.  What is the reason for the difference in
11 policy?
12     **A.  I don't know.**
13     Q.  Is there a reason?
14     **A.  I don't know.**
15     Q.  Would you agree that this makes it more
16 difficult for someone with an EIC to renew than someone
17 with a driver license because they are not informed of
18 its expiration?
19     **A.  I don't know why it would make it more**
20 **difficult.  The requirements for renewal would be the**
21 **same whether they get notified or not.**
22     Q.  So why are individuals with driver licenses
23 notified, because it's a convenience to them?
24     **A.  Well, yeah.**
25     Q.  Okay.  Can you turn to Page 7, please?  This

JOE PETERS                                                    4/30/2014

265

1   is a signature page.
2           Did this -- was this page signed by
3   everybody who took this training?
4       A.  It's my understanding that it was.  I have not
5   seen them independently.
6       Q.  Do you know if they're logged and recorded?
7       A.  They're in the employee's -- excuse me --
8   their personnel folder if I remember right.
9       Q.  Okay.  And if an employee failed to sign this
10  document, who would be aware of that?
11      A.  Their supervisor.
12      Q.  And what would be the consequences of that?
13      A.  If -- if -- are you saying they took the
14  training but then refused to signed the document?
15      Q.  Is this the only evidence that somebody took
16  the training?
17      A.  No.
18      Q.  What is the -- what are the other pieces of
19  evidence?
20      A.  The sign-in sheet.
21      Q.  So I believe that this is a WebEx training,
22  and you said that there were not -- is that correct?
23      A.  There was WebEx training conducted here.
24      Q.  Okay.  So you're saying that for this
25  particular training that we just looked through, there

266

1   is a sign-in sheet?
2       A.  For -- if this is in-person training, yes.
3       Q.  Okay.
4       A.  If they do the WebEx then they still sign this
5   sheet, and it's maintained by the region.
6       Q.  So between the time that -- that employees are
7   required to take this training, were employees allowed
8   to work a shift after the time at which DPS was issuing
9   EICs but prior to taking this training?
10      A.  You're going to have to say that one again.
11      Q.  So were any CSRs -- who are the employees
12  responsible for issuing EICs, correct?
13      A.  Uh-huh.
14      Q.  Were any CSRs allowed to work a shift after
15  the time at which Texas began issuing the EICs but
16  prior to taking this training?
17      A.  I don't know the answer to that question.
18      Q.  So was that something that -- was that
19  something that was policed at the local DPS office
20  level?
21      A.  Well, the -- if it was done by the webinar, it
22  was -- it was processed or initiated by the
23  headquarters training staff.
24      Q.  Okay.  Can you turn two pages please, and look
25  at the second portion, which I think you already

267

1   reviewed, called "Election Certificate Issuance
2   Procedures.
3           Is this also part of the training that
4   employees received in June of 2013?
5       A.  I believe it was.
6       Q.  So in addition to these two documents, you
7   have referenced a larger training that you saw in
8   preparation for this deposition?
9       A.  Larger packet.
10      Q.  A larger packet.
11      A.  Uh-huh.
12      Q.  But you don't recall the name of that packet?
13      A.  No, I don't.
14      Q.  Okay.  Are there any other documents, other
15  than the two we just looked at and the packet that
16  you're referencing, that were used for employee
17  training in 2013?
18      A.  I'm not aware of any.
19      Q.  Do you know whether -- have DPS employees been
20  trained in 2014 on EIC issuance?
21      A.  There have been some that are being trained.
22      Q.  Are -- is this a refresher training?
23      A.  Well, we had facilitator training that we just
24  completed week before last; and EIC was part of that
25  facilitator training.

268

1       Q.  Have those -- has the training changed since
2   the training that we just looked through?
3       A.  I'm not sure if it has changed, what has been
4   changed -- or what was changed.
5       Q.  Okay.  At any point in 2013 or 2014, did
6   anyone other than DPS employees participate in the
7   issuance of EICs?
8       A.  In 2013 or 2014 did any other?  Yes.
9       Q.  Who?
10      A.  Secretary of State staff.
11      Q.  Okay.
12          (Exhibit No. 53 marked.)
13      Q.  (BY MS. CLARK)  So this is an e-mail sent on
14  your behalf, correct?
15      A.  Uh-huh.
16      Q.  On October 3, 2013.  And can you tell me what
17  this e-mail was about?
18      A.  This appears to be the e-mail that we sent out
19  to the counties with respect to having the counties'
20  employees, et cetera, trained for EIC issuance.
21      Q.  So prior to this -- receipt of this e-mail,
22  did county officials know that they were going to be
23  involved in EIC issuance?
24      A.  I can't answer the question.  I don't know how
25  many of them did and how many of them didn't.  But we

JOE PETERS                                                          4/30/2014

269

1    had made numerous contacts with the counties and had
2    some idea who had indicated an interest at that point
3    in participating.
4        Q.  So on the letter that you attached to this
5    e-mail in the second half of the page, it outlines DPS
6    responsibilities and county responsibilities, correct?
7        A.  Yes.
8        Q.  Do you believe this is an accurate
9    representation of the division of responsibilities
10   between DPS and the county?
11       A.  Yes, I do.
12       Q.  So was either DPS or the county responsible
13   for publicizing the times and locations of the mobile
14   units?
15       A.  Yes.
16       Q.  Who was responsible?
17       A.  DPS.
18       Q.  Does that appear in the DPS responsibilities?
19       A.  I don't recall that it's in this particular
20   document.
21       Q.  But it's your testimony that DPS was
22   responsible for publicizing the times and locations of
23   the mobile EIC units?
24       A.  Yes, except for those counties that were doing
25   it five days a week.

270

1        Q.  So what form did that publication take?
2        A.  I don't remember.
3        Q.  You don't know how DPS informed --
4        A.  Oh, how?
5        Q.  -- the public?
6        A.  Oh, yes.  Press releases, social media feeds.
7        Q.  Anything else?
8        A.  I'm not aware of them.
9        Q.  Okay.  If you can look under "DPS
10   Responsibilities," the fourth bullet point is -- reads,
11   "Upon successful completion of a six-hour training
12   course, DPS will issue mobile EIC station equipment to
13   county personnel for return to their respective
14   counties."
15            What was successful completion of the
16   course?  What did that constitute?
17       A.  That constituted them completing this six-hour
18   training course.
19       Q.  So successful completion just means sitting
20   through the course?
21       A.  Yes.
22       Q.  Did they have to take a test at any point to
23   demonstrate knowledge of the material?
24       A.  They demonstrated the fact that they knew how
25   to set the equipment up and how to operate the

271

1    equipment.  That was -- that was the only practical
2    test.
3        Q.  Was part of the training whether or -- was
4    part of the training whether or not individuals were --
5    met the eligibility criteria for receiving an EIC or --
6    yeah.
7        A.  I'm not sure I understand your question.
8        Q.  You mentioned tests on practical factors such
9    as setting up the technology, correct?
10       A.  Uh-huh.  Uh-huh.
11       Q.  Were county officials also tested on whether
12   or not they understood the EIC eligibility criteria?
13       A.  I don't know.
14       Q.  Were county officials ever issuing EICS in the
15   absence of DPS employees?
16       A.  They could.
17       Q.  But you don't know whether they were actually
18   trained on who could get an EIC?
19       A.  Oh, yes.  But I thought your question was:
20   Did county officials ever issue an EIC?
21       Q.  No, I'm sorry.  If that's what I said, I
22   misspoke.
23            I was asking whether county officials
24   were trained on the eligibility criteria for EICs.
25       A.  Yes.

272

1        Q.  Were they ever tested to make sure that they
2    understood the eligibility criteria?
3        A.  Not that I'm aware of.
4        Q.  Before we leave this document, if you could
5    flip to Page 2.  It's actually Page 5 of the document,
6    but it has Page 2 at the bottom.
7            Is this an accurate list of all the
8    training locations and dates for county officials who
9    were issuing EICs in 2013?
10       A.  I have no reason to believe that it's not.
11       Q.  Are any such trainings scheduled for 2014?
12       A.  Not that I'm aware of.
13       Q.  Have there already been any trainings for
14   county officials?
15       A.  Yes, there have.  Yes, there have.
16       Q.  When did those take place?
17       A.  I don't recall the dates.
18       Q.  Do you have a document that would give us that
19   information?
20       A.  There are documents that would -- that
21   would -- that would document the training and where it
22   was conducted and by whom.
23       Q.  Do you know whether those document were turned
24   over?
25       A.  No, I don't.

JOE PETERS                                                          4/30/2014

---

273

1    Q.  Okay.
2        (Exhibit No. 54 marked.)
3    Q.  (BY MS. CLARK)  So this document is entitled,
4    "County Election Certificate Training Plan."  And it's
5    dated October 2nd, 2013, correct?
6    **A.  Correct.**
7    Q.  So who was trained using this document?
8    **A.  These were county employees.**
9    Q.  County employees who would be issuing EICs?
10   **A.  Correct.**
11   Q.  So if you could turn to Page 4 of this
12   Document, 3.2, "Evaluation."
13       Do you know whether course evaluations
14   were used to measure the effectiveness of training?
15   **A.  They were in part of one of the trainings that**
16   **I attended.**
17   Q.  Do you know if -- has DPS retained those
18   course evaluations?
19   **A.  They have.**
20   Q.  Do you know whether those course evaluations
21   have been produced?
22   **A.  I don't know.**
23   Q.  Do you know whether DPS updated or improved
24   future training based on the responses from course
25   evaluations?

---

274

1    **A.  The whole EIC process is constantly being**
2    **update and improved.**
3    Q.  Can you identify some improvements that have
4    been made?
5    **A.  No.**
6    Q.  Can you identify some updates that have been
7    made?
8    **A.  No.**
9    Q.  So who were the instructors at these county
10   training sessions?
11   **A.  I don't know who they were for each individual**
12   **training session.  But generally Bob Myers and Lynn**
13   **Hale were responsible for either doing the training**
14   **themselves or identifying the appropriate facilitator.**
15   Q.  On the last two pages of this document is --
16   are pages called, "EIC Training Outline."
17   **A.  Uh-huh.**
18   Q.  You mentioned that you attended one of these
19   trainings?
20   **A.  I attended part of one of the trainings for**
21   **the Secretary of State's office.**
22   Q.  Was this timeline followed during the
23   training?
24   **A.  Pretty much.  As it relates to the Secretary**
25   **of State's office training, yes, it would.  And my**

---

275

1    understanding is that the training for the county
2    employees and that for the Secretary of State's office
3    employees were basically the same.  And the only
4    difference in the -- in the documents -- the training
5    plans was the cover page and titles at the top of the
6    pages.
7    Q.  So --
8    **A.  An the appendix, if there was one.**
9    Q.  So this document, which here is titled,
10   "County Election Certificate Training Plan," would have
11   also been used for the Secretary of State's
12   employees; but it would have been modified to say
13   Secretary of State employees?
14   **A.  That's my understanding.**
15   Q.  Okay.  And do you know whether there were any
16   additional materials that were used for training?
17   **A.  Additional materials such as?**
18   Q.  Well, in addition to what we just looked at.
19   **A.  Not that I'm aware of.**
20       **(Exhibit No. 55 marked.)**
21   Q.  (BY MS. CLARK)  So this document is entitled,
22   "Texas Election Identification Certificate County Clerk
23   Mobile Light Training," correct?
24   **A.  Yes.**
25   Q.  And do you agree that it appears to be a

---

276

1    printout of a PowerPoint or some kind of presentation?
2    **A.  Yes.**
3    Q.  When you attended the training, was this used?
4    **A.  I don't remember this being used.**
5    Q.  Was this generally used to train county
6    officials who would be issuing EICs?
7    **A.  I don't know.**
8    Q.  Have you ever seen this document before?
9    **A.  I don't recall that I have.  You know, the --**
10   **the thing that sticks out at me is the County Clerk**
11   **Mobile Light Training.  I don't recall having seen that**
12   **on a document.**
13   Q.  You don't know what "mobile light" means?
14   **A.  No.**
15   Q.  All right.  I have one more county training
16   document that I would like to take a look at.
17       (Exhibit No. 56 marked.)
18   Q.  (BY MS. CLARK)  So this is a manual entitled,
19   "Election Identification Certificate County Set Up and
20   Issuance Training," correct?
21   **A.  Correct.**
22   Q.  Dated October 11th, 2013.
23   **A.  Uh-huh.**
24   Q.  Was this manual distributed to county
25   officials attending EIC training?

---

JOE PETERS                                                      4/30/2014

277

1    A.  I don't know.
2    Q.  Do you know what -- were county officials
3  required by DPS to read the manual as part of the
4  training?
5    A.  I don't know that either.
6    Q.  So you mentioned before an appendix to
7  documents.  If you could turn to what is Appendix G.
8    A.  "G" as in George?
9    Q.  "G" as in George," which is located at Page
10  TexIR 303.  So this appendix outlines the primary
11  identification, secondary identification, and
12  supporting identification documents that are accepted
13  for an EIC, correct?
14    A.  Yes.
15        (Exhibit No. 57 marked.)
16        MS. CLARK:  Thank you.
17    Q.  (BY MS. CLARK)  The second document I just
18  handed you is a printout from Texas DPS's website from
19  a page entitled, "Election Identification Certificates,
20  EIC Documentation Requirements," is that correct?
21    A.  Yes.
22    Q.  And this -- if you can see through the staple,
23  this printout is date stamped 4/27/2014, correct?
24    A.  Yes.
25    Q.  So if you can look at the second page of the

278

1  website printout, at the top, it says "Primary
2  Identification"?
3    A.  Yes.
4    Q.  "Applicants can present one primary document."
5        What are the documents that are listed
6  there?
7    A.  "Texas driver's license or personal
8  identification card issued to the person that has been
9  expired for 60 days and is within two years of
10  expiration may be presented as primary identification."
11    Q.  And going back to Exhibit G, does that list
12  the same documents for --
13    A.  Going back to where?
14    Q.  Exhibit G from the other document we were --
15  I'm sorry.  Appendix G from the other document we were
16  just looking at.
17    A.  Okay.  And what's your question?
18    Q.  Whether the primary identification matches the
19  one that appears on your website?
20    A.  The website doesn't mention an American Indian
21  card, I872.
22    Q.  Does it mention a Northern Mariana card, I873?
23    A.  It does not.  It does not.
24    Q.  What accounts for the discrepancy?
25    A.  I don't know.

279

1    Q.  Which one is correct?
2    A.  I believe the appendix is correct.
3    Q.  So the website is presenting incorrect
4  information?
5    A.  Well, it's incomplete.
6    Q.  Incomplete information.
7        So were DPS employees trained to accept
8  an American Indian card as form of primary
9  identification?
10    A.  I can't tell you that they were.
11    Q.  Were they trained to accept a Northern Mariana
12  card?
13    A.  I can't tell you that they were.
14    Q.  Can you go to the secondary identification
15  category?
16    A.  On which document?
17    Q.  On the website printout, please.
18    A.  Okay.
19    Q.  And if you could compare the documents listed
20  there as acceptable secondary identification to the
21  ones listed on -- in Appendix G.
22    A.  Okay.
23    Q.  Are they the same?
24    A.  There's an omission in the website with
25  respect the DHS -- or the Department of State Health

280

1  Services record of birth issued only for the purpose of
2  obtaining an EIC.
3    Q.  So is it correct that the Texas Department of
4  State Health Services record of birth issued only for
5  the purpose of obtaining an EIC is an acceptable form
6  of secondary identification for an EIC?
7    A.  It is.  It is.
8    Q.  Why is the website not updated to reflect
9  that?
10    A.  Someone just didn't update it.
11    Q.  Do you know whether there's any information on
12  DPS's website about this EIC birth certificate?
13    A.  I'm not aware.
14    Q.  You're not aware of any?
15    A.  I'm not aware of any on the website.
16    Q.  Do you know if DPS did any publication or
17  otherwise attempted to raise public awareness of the
18  EIC birth certificate?
19    A.  I'm not aware of any.
20    Q.  Thank you.
21        So I would like to transition a little
22  bit into talking about outreach and assistance to the
23  public as well as public education.
24        Does DPS have a campaign to advertise the
25  EIC issuance program?

JOE PETERS                                                          4/30/2014

281

1      A.  I don't know that I could classify it as a
2   campaign.  There is an effort -- an ongoing effort to
3   keep the public apprised of the availability of EICs
4   and where they can obtain them and when they obtain
5   them and what they need to obtain one.
6      Q.  So what are the primary venues in which that
7   information is publicized?
8      A.  Press releases.
9      Q.  That's the primary?
10      A.  That's the primary.
11      Q.  So where are your press releases published?
12      A.  Whoever picks them up.  They're sent out
13   statewide by our media office.  And then if a -- if a
14   publication or an electronic media outlet chooses to
15   use them, it's up to them.  Many of them do, as a
16   matter of fact.
17      Q.  So how many, on average, pick up your press
18   releases?
19      A.  I don't have a clue.
20      Q.  Does DPS encourage media companies to pick up
21   their press releases particularly with regards to the
22   EIC program?
23      A.  I don't know that they're particularly
24   encouraged.  They're provided the information, and it's
25   up to them to use it or not.

282

1      Q.  Are there any other forms that your -- that
2   your EIC public education program takes outside of
3   press releases?
4      A.  Social media.
5      Q.  What does that consist of?
6      A.  I know they have a Twitter feed.  I think
7   there's a Facebook page.  But again, media and
8   communications would be the ones to answer the
9   question.
10      Q.  And would the best person from media and
11   communications to answer that question be Katherine
12   Sessinger?
13      A.  It would.
14      Q.  Okay.  So how much money was budgeted in 2013
15   to publicize the EIC program?
16      A.  None that I'm aware of.
17      Q.  No money was budgeted for that?
18      A.  Well, not that I'm aware of; but I'm also not
19   familiar with the media and communications budget.
20      Q.  So Ms. Sessinger would be?
21      A.  Yes.
22      Q.  Thank you.
23         Were there any particular groups or
24   populations targeted by DPS for EIC public education?
25      A.  No, not that I'm aware of.

283

1      Q.  Has DPS made any attempts to evaluate
2   saturation of the message about the EIC among the
3   public?
4      A.  Not that I'm aware of.
5      Q.  Has DPS set up a hotline to field calls on the
6   EIC?
7      A.  Specifically for EIC?
8      Q.  Yes, first that.
9      A.  No, not that it was advertised; but anyone can
10   call the call center and get information on EIC's,
11   driver's license or ID cards or anything else DPS, for
12   that matter.
13      Q.  So it's one hotline number?
14      A.  Yes.
15      Q.  But was that hotline number advertised in --
16   or publicized in any press releases or anything else
17   specifically pertaining to EICs?
18      A.  I don't remember specifically that it was in
19   the press releases.  I believe there is a "for further
20   information" contact.  And on some of them that number
21   was published.  Now, whether the outlets picked it up
22   or not was up to them.
23      Q.  That's up to the outlet, that's not DPS?
24      A.  Yeah.  Yeah.
25      Q.  Does DPS -- do DPS offices have designated

284

1   lines for individuals seeking EICs?
2      A.  No.
3      Q.  How is that decision arrived at?
4      A.  How was the decision not to provide EIC
5   dedicated lines?
6      Q.  Yes.
7      A.  There was just -- there was no decision made
8   not to provide them.  We already have telephone lines
9   available for anything involving DPS or a driver's
10   license.
11      Q.  I'm sorry.  I was unclear.  I meant any
12   windows at the offices or lines as an actual.  You --
13      A.  Oh, I thought you were talking about telephone
14   lines.  I'm sorry.
15      Q.  Sorry.  That was unclear.
16      A.  No, there's not an EIC line in a driver's
17   license office, if that's your question.
18      Q.  Yes.
19      A.  No.
20      Q.  And how was that decision arrived at?
21      A.  Volume.
22      Q.  So that decision was arrived at after EICs
23   were already being issued?
24      A.  Yes.
25      Q.  And that was because DPS decided that not

JOE PETERS                                                      4/30/2014

285

1   enough people were coming in to warrant a separate
2   line?
3        A.   Yeah.  We couldn't -- we couldn't afford to
4   dedicate a customer service representative to an empty
5   line.
6        Q.   So would an individual who did come in for an
7   EIC be somehow expedited, even if there isn't a
8   separate line?
9        A.   Well, to the extent that -- that an office has
10  a queuing system that would indicate what they're there
11  for and then they would be directed to the appropriate
12  line.  And that appropriate line may be the original
13  application line depending on what the volume of
14  customers is at the time the applicant comes in.
15  They're dynamically allocated.
16       Q.   That's at larger DPS offices?
17       A.   Those offices that have queuing systems in
18  place.
19       Q.   Are those larger offices?
20       A.   Typically, yes.
21       Q.   Okay.
22            (Exhibit No. 58 marked.)
23       Q.   (BY MS. CLARK)  So this document is a poster
24  that says, "Election Identification Certificates
25  Available Here."  Is that correct?

286

1        A.   Yes.
2        Q.   Where is this displayed?
3        A.   These were typically displayed as door signs
4   on the front of the -- or the entrance to the driver's
5   license offices or the mobile stations.
6        Q.   Or the mobile stations?
7        A.   Yeah.  This was developed for the driver
8   license offices.  And I can't say they used the same
9   signs for the mobile stations 'cause they had banners.
10       Q.   Okay.  So did --
11       A.   And -- I'm sorry.  Go ahead.
12       Q.   No.  Go ahead.
13       A.   And I don't remember for sure, but I believe
14  this is the same format for the banners.
15       Q.   Where were the banners displayed?
16       A.   Outside the building.
17       Q.   Outside of DPS offices?
18       A.   Yes.  And if -- in the case of the mobile
19  stations, if it could be displayed outside the
20  building, it was; otherwise, it was inside the building
21  near the issuance point.
22       Q.   Okay.  So did DPS headquarters distribute this
23  sign and the banner that looks similar to this sign to
24  local offices?
25       A.   We did not distribute them from the

287

1   headquarters building.  We authorized the local offices
2   to have them printed at local prints shops.
3        Q.   So it was up to the local offices as to
4   whether or not they wanted to display them?
5        A.   No.  They -- they were required to display
6   them.  It was up to them to get them printed, and that
7   was done in order to save time and shipping costs.
8        Q.   Were -- did headquarters -- in addition to
9   requiring the offices to display them, did they tell
10  them where to display them or how many to put up in a
11  particular office?
12       A.   I don't recall the specifics of where they had
13  to -- what they were told about where they had to
14  display them.
15       Q.   Did -- were these documents displayed anywhere
16  other than DPS offices and potentially at mobile EIC
17  issuing units?
18       A.   I'm not aware.  I think the -- well, mobile
19  stations for the Secretary of State used them.  I don't
20  know who else would have.
21       Q.   Was any effort made to put these posters in
22  places such as community centers or non-DPS-affiliated
23  offices?
24       A.   Only if there was a mobile station there.
25       Q.   So are people who come to a DPS office more

288

1   likely to have ID than people who go to other places?
2        A.   (No verbal response.)
3        Q.   If someone is coming to a DPS office, are they
4   likely to already have ID?
5        A.   I can't answer the question.  I don't know.
6        Q.   Okay.  Was there any -- did you speak with any
7   politicians, local community leaders, anybody else
8   about whether they would be interested in displaying
9   this or similar signage?
10       A.   I did not.
11       Q.   Did DPS?  I'm sorry.
12       A.   I don't know whether they were or not.
13       Q.   Was this document produced in Spanish as well?
14       A.   It was.
15       Q.   Are your press releases also written in
16  Spanish?
17       A.   I've not seen one in Spanish, and I can't tell
18  you whether they were.
19       Q.   Do Spanish language media outlet's pick up
20  your press releases?
21       A.   They do.
22       Q.   Was there targeting of your press releases at
23  Spanish language media outlets?
24       A.   No.
25       Q.   Does DPS Tweet in Spanish?

JOE PETERS                                                          4/30/2014

289

```
 1    A.  Do we what?
 2    Q.  Tweet in Spanish?
 3    A.  I don't know.
 4    Q.  Do you Facebook post in Spanish?
 5    A.  I don't know that either.
 6    Q.  Thank you.
 7    A.  I'm not a Facebook person or a Twitter person.
 8    Q.  Fair enough.
 9           (Exhibit No. 59 marked.)
10    Q.  (BY MS. CLARK)  So this is an e-mail.  The
11  second e-mail from the top on this page is an e-mail
12  from Keith Ingram to Joyce Cohen entitled, "Mobile
13  EIC."  Is that correct?
14    A.  Yes, it is.
15    Q.  Do you know who Keith Ingram is?
16    A.  Yes, I do.
17    Q.  Who is he?
18    A.  He's with the Secretary of State's office.
19    Q.  Who is Joyce Cohen?
20    A.  I don't know who that is.
21    Q.  Okay.  So in this e-mail Keith Ingram says,
22  "We think during business hours is better."
23           Do you see that?
24    A.  Where are you?
25    Q.  The second e-mail from the top of the page.
```

290

```
 1    A.  Okay.
 2    Q.  Where he starts with the line, "Excellent."
 3  And in the middle of that line he says, "We think
 4  during business hours is better."
 5           Do you see that?
 6    A.  Yes, I do.
 7    Q.  So do you agree that he seems to be responding
 8  to a question about the hours for a county unit issuing
 9  EICs?
10    A.  One could assume that, but I don't know what
11  he was intending to do.
12    Q.  You didn't -- I know you weren't on this
13  e-mail.
14    A.  Correct.
15    Q.  But is that your understanding of what he is
16  talking about?
17    A.  Based on what I read, yes.
18    Q.  Okay.  Did -- does DPS -- did DPS prefer to
19  operate the mobile units during business hours?
20    A.  Well, we would have preferred to operate them
21  during business hours just because we -- it was more
22  convenient for all concerned.
23    Q.  Who is "all concerned"?
24    A.  The applicants, the staff.
25    Q.  So it's your testimony --
```

291

```
 1    A.  The facilities.  You know, we had a county
 2  facility, for example, that was not open after regular
 3  business hours.  That would have been a problem.
 4    Q.  So it was more convenient for DPS staff for
 5  them -- for the units to be open during business hours?
 6    A.  Well, that's part of the reason.
 7    Q.  And you believe it was also more convenient
 8  for applicants for the mobile unit to be open during
 9  business hours?
10    A.  Possibly.
11    Q.  Did DPS consider whether it would be more
12  convenient for the applicants to be able to get an EIC
13  in the evening?
14    A.  We did.
15    Q.  So what leads you to say now that business
16  hours is more convenient for the applicants?
17    A.  I don't know.  I just -- that was my
18  assumption that, you know, they're accustomed to doing
19  business during business hours and not necessarily
20  accustomed to trying to get business done after
21  business hours.
22    Q.  Even if they also have their own business,
23  such as work, during business hours?
24    A.  Yes.
25    Q.  Was there any consideration given to whether
```

292

```
 1  weekends might be more convenient for people?
 2    A.  Yes, there was.
 3    Q.  And were mobile EIC units run on weekends?
 4    A.  I believe there were some that were run on
 5  weekends, but I can't tell you when or where.
 6    Q.  Is there a document that would catalog which
 7  mobile EIC units were run on weekends?
 8    A.  If -- if they were run on weekends, yes, there
 9  would be.
10    Q.  But you don't know that they were?
11    A.  No.
12    Q.  Who at DPS would know?
13    A.  Probably Mr. Rodriguez would be the best since
14  he created the matrix that showed all of those
15  locations and times.
16    Q.  Would Mr. Rodriguez also be able to testify
17  about whether there were any mobile EIC units that were
18  run after -- outside of business hours during the week?
19    A.  Yes, he would.
20    Q.  He would.  Okay.  Thank you.
21           MR. KEISTER:  One at a time.  She keeps
22  looking at me.
23           MS. CLARK:  Sorry.
24           THE WITNESS:  Well, she needs to just
25  kick me.
```

293

1    Q.  (BY MS. CLARK)  So is it accurate then to say
2  that DPS believed during business hours it was better,
3  too?
4    A.  Yes.
5    Q.  Thank you.
6         (Exhibit No. 60 marked.)
7         MR. KEISTER:  Thank you.
8    Q.  (BY MS. CLARK)  So the document that I just
9  handed you is entitled, "Media Publication Outreach
10  Election Identification Certificates."
11         Is that right?
12    A.  Yes.
13    Q.  Does this -- and this document reports to
14  cover the times between August 30th, 2012 and
15  February 14th, 2014; is that right?
16    A.  Correct.
17    Q.  Does this represent the entirety of DPS'
18  public education and outreach campaign as to EIC
19  issuance?
20    A.  I can't answer the question with any assurance
21  of accuracy that this represents all of the outreach
22  efforts.  And the media office would be the best ones
23  to answer that question.
24    Q.  How did DPS arrive at its media and public
25  outreach campaigns?

294

1    A.  I don't know.
2    Q.  Does DPS have an statutory obligation under
3  S.B.14 to advertise or otherwise publicize the EIC
4  campaign?
5    A.  Not that I'm aware of.
6    Q.  Is there any other formal requirement that DPS
7  do so?
8    A.  Not that I'm aware of.
9    Q.  Does DPS have any obligation to publicize the
10  EIC program?
11    A.  Maybe a moral and ethical obligation, but no
12  written.
13    Q.  Is there another entity other than DPS who is
14  more responsible in educating the public -- for
15  educating the public about EIC?
16         MR. KEISTER:  Objection, form; calls for
17  speculation.
18         THE WITNESS:  I don't know.
19    Q.  (BY MS. CLARK)  So you haven't seen any
20  documents that would indicate who has that
21  responsibility?
22    A.  No.
23         MS. CLARK:  All right.  I pass the
24  witness.  Thank you.
25         MS. RUDD:  Let's go off the record.

295

1         MS. CLARK:  Okay.
2         THE REPORTER:  Off the record.
3         (Recess from 4:08 p.m. to 4:15 p.m.)
4         THE REPORTER:  Back on the record.
5    Q.  (BY MS. CLARK)  So I just want to visit a
6  couple of things that we talked about.  First, going
7  back to employee training within DPS, I think you
8  testified earlier that if an employee was not trained
9  on EIC issuance, then they weren't permitted to issue
10  an EIC; is that correct?
11    A.  Correct.
12    Q.  So if an employee wasn't trained on EIC
13  issuance, were they not permitted to then work their
14  next shift?
15    A.  I'm not sure I understand your question.
16    Q.  So --
17    A.  If they weren't trained.
18    Q.  Yes.  On EIC issuance.
19    A.  Uh-huh.
20    Q.  Then your testimony is that they would not be
21  allowed to issue EICs; is that right?
22    A.  Correct.
23    Q.  How would -- how is that monitored?
24    A.  The supervisors would be monitoring that.
25    Q.  Would they be monitoring that by not allowing

296

1  them to work?
2    A.  They -- no.  They're still -- they can still
3  issue or process driver license transactions and ID
4  card transactions.
5    Q.  So is it true, then, that no employee can
6  issue an EIC without first going to their supervisor?
7    A.  Well, they have to be trained.
8    Q.  But how does -- I understand that.
9    A.  The supervisor has the capability of
10  monitoring what a customer service representative is
11  doing at their station, and it would be kind of an
12  audit process where they take -- excuse me -- a sample
13  of who is doing what.
14    Q.  So you're saying, then, that any employee that
15  had not been trained on EICs after the point at which
16  Texas began issuing the EICs, would have been
17  consistently audited and monitored until they were
18  trained?
19    A.  No.  That's not what I'm saying.
20    Q.  Then how would there -- how would it be
21  prevented that they would encounter a customer seeking
22  an EIC?
23    A.  It wouldn't necessarily be prevented, that I
24  know of, you know; but the employees are told that they
25  would not be able to issue EICs.  But I'm not aware of

297

1   any of them that have not been trained for EICs.
2        Q.   So they were told, but there's no mechanism
3   for enforcing?
4        A.   There's nothing to prevent them from doing it
5   other than the audit and the possibility of being
6   detected.
7        Q.   The possibility of an audit?
8        A.   Yes.
9        Q.   And possibility of being detected?
10       A.   Yes.
11       Q.   Okay.  I want to go back to another issue,
12  when we were talking about whether -- if someone had
13  lost their license.
14       A.   Uh-huh.
15       Q.   If someone had lost their driver license and
16  came into the DPS office seeking a new identification
17  card but were told -- but told the CSR that they
18  couldn't afford a new card, what would happen at that
19  point?
20       A.   If they couldn't afford the --
21       Q.   Replacement fee?
22       A.   Replacement fee for the driver license or the
23  ID card, they would be given an opportunity to
24  surrender their card, you know, sign that affidavit;
25  and then they could be issued the EIC.

298

1        Q.   So when you say surrender their card in the
2   circumstance they've lost it, so it's surrender their
3   driving privileges?
4        A.   Yes.
5        Q.   And in order to get that EIC, would they have
6   to provide all of the supporting documentation we've
7   been talking about?
8        A.   For -- that they would have to supply for an
9   EIC original application to begin with.
10       Q.   And that would be true even if their lost
11  driver's license was not expired at the time they lost
12  it?
13       A.   I don't know.
14       Q.   Is that written down where?
15       A.   I don't know that.
16       Q.   So if someone has not lost their license but
17  it has been expired for more than two years.  I come in
18  with a four years expired driver's license and I can't
19  afford to get a driver's license this time around, what
20  would happen at that point?  I have my card, but I
21  can't afford to renew it or to take the test again.
22       A.   I don't know.
23       Q.   You don't know what would happen?
24       A.   No.
25       Q.   What were DPS employees trained to do in that

299

1   circumstance?
2        A.   I don't know that either.
3        Q.   And one more question.  In terms of the poster
4   that we were looking at before, Exhibit 58, I think you
5   mentioned that offices were required to put that up?
6        A.   Yes, our offices were.
7        Q.   DPS offices were required to put that up?
8        A.   Yes.
9        Q.   How was that enforced?
10       A.   Supervisors enforced it, and then our senior
11  managers at headquarters made periodic random visits to
12  the offices to ensure that proper signage is posted not
13  only for this but regular driver's license signage.
14       Q.   So there are, as a matter of course, audits
15  conducted?
16       A.   Correct.
17       Q.   Who conducts those?
18       A.   Generally, the -- well, the regional managers
19  can conduct those.  Office supervisors could conduct
20  those, and the senior managers here in Austin conduct
21  those by traveling out to the offices.
22       Q.   So there were audits done specifically to
23  check for the posting of EIC signage?
24       A.   In some cases, there were.  But the audits
25  generally involve all of the signage that's required in

300

1   an office.
2        Q.   So --
3        A.   We didn't send somebody out there to look for
4   any EIC sign.
5        Q.   You did not do that?
6        A.   No.  It was -- you know, we send them out
7   there to look for compliance with all the signage
8   requirements in a driver license office, this being one
9   of them.
10       Q.   What are the signage requirements for this
11  sign?
12       A.   For this sign?
13       Q.   Yes.
14       A.   Are you talking about where they post it or --
15       Q.   Yes.
16       A.   If this was the door sign, it was required to
17  be posted on a door where it was visible from outside
18  the building, you know, the entry door.  If it was a
19  banner, it was required to be posted outside the
20  building.  And typically, we tried to hang them up high
21  where they're more visible and less prone to vandalism.
22       Q.   So how many local offices were out of
23  compliance?
24       A.   I don't know that we had any.  I was not
25  advised, but those typically would have been resolved

JOE PETERS                                                    4/30/2014

301

1    on a local issue -- local basis, and I wouldn't know
2    about it.
3        Q.  Is a record generated of that?
4        A.  Not that I'm aware of.
5        Q.  So there is no record generated?
6        A.  Not that I'm aware of.
7        Q.  Okay.  Thank you.
8            MS. CLARK:  Pass the witness.
9                EXAMINATION
10   BY MR. DOGGETT:
11       Q.  I'm Robert Doggett.  I'm the Texas Rio Grande
12   Legal Aid representative.  I represent Ortiz
13   plaintiffs.  We're almost done.
14       A.  Okay.
15       Q.  At least I've been told we're almost done.
16           If I could direct your attention to I
17   think what's been marked Exhibit 57.  I believe
18   Jennifer just handed it to you a little bit ago.  It's
19   a printout of the -- one, it appears to be a printout
20   of the -- what's on the department's website with
21   regard to EICs.  And if I can direct you to top of it,
22   "To qualify for an EIC."
23           You follow me?  It says "You must"?
24       A.  I am following you.
25       Q.  "Documentation for citizenship."  And of

302

1    course, it details it underneath.  "Documentation to
2    verify identity," which it, again lists specifics.  But
3    it says, "To be eligible to vote in Texas."  And I
4    think you talked about that originally this morning --
5    seems like forever ago -- about how someone didn't
6    necessarily have to have their voter registration card
7    when they came in to apply.
8            Is that right?  Did I remember that
9    right?
10       A.  That's correct.
11       Q.  So if someone comes in and says, "I think I'm
12   registered," then you would take that to mean that they
13   could go ahead and apply for an EIC, at least on that
14   bases?
15       A.  Yes.  And if -- do we have the application for
16   an EIC here?
17           MS. CLARK:  Yes.
18           MR. DOGGETT:  I guess I'm marking
19   something.
20           (Exhibit No. 61 marked.)
21       Q.  (BY MR. DOGGETT)  Is 61 the application, as
22   far as you know?
23       A.  Yes.
24       Q.  And I assume you're talking about the yes or
25   no box, No. 1?

303

1        A.  Yes.
2        Q.  Is it true that if you are a felon you're not
3    going to be able to vote; is that right?
4        A.  That's my understanding, but we don't control
5    who votes and who doesn't.
6        Q.  I understand.  But if you're a felon, you're
7    not going to be eligible to vote; is that right?
8        A.  Well, that's my understanding.
9        Q.  Well, wouldn't DPS want to make sure you're
10   eligible to vote and that would be checking their
11   criminal background?
12       A.  No.  It's up to the -- our understanding is,
13   is that it's up to the election judge as to who votes
14   and who doesn't.
15       Q.  So when it says in your website, for example,
16   and possibly other sources, that you must be eligible
17   to vote in Texas, that's not DPS making that
18   determination?
19       A.  That they must be eligible to vote?
20       Q.  Yes.  That's -- I'm just reading it verbatim.
21       A.  No.  We don't make that determination.
22       Q.  So when you tell someone that they have to be
23   eligible to vote, you're not suggesting that anyone is
24   checking their criminal background?
25       A.  We're not suggesting that.  We are not

304

1    checking criminal background.
2        Q.  Okay.  Underneath there it says, also, "Be" --
3    I'm back to this Exhibit 57.  "Be a Texas resident."  I
4    don't see any sort of information or documentation
5    required in order to prove you're a Texas resident.
6            What is that?  What are those
7    requirements?
8        A.  I don't know.
9        Q.  Well --
10       A.  Oh, I know, too, you could bring in the form
11   of the supporting identification, school records,
12   insurance policies, boat or title registration, pilots
13   license, any of those that would have your address on
14   it.
15       Q.  So in other words, you would use the
16   supporting identification materials.  That's what
17   you'll reference?
18       A.  We could, yes, sir.
19       Q.  Okay.  But normally, or at least as I read
20   both the regulations and the website, the supporting
21   document or identification is -- essentially an
22   element of proving who you are, not necessarily your
23   residency; is that right?
24       A.  Yes, sir.
25       Q.  Okay.  So there's -- but there's nothing

JOE PETERS                                                    4/30/2014

305

1    that's issued to the public, that I can find, that
2    would tell them what they need to bring in order to
3    qualify as a Texas resident.
4              Is that right or no?
5         A.  Say that again now.
6         Q.  Well, how does the public know what they're
7    supposed to bring to the DPS office is what I'm trying
8    to get at.
9         A.  Well, they had -- the information is on the
10   website.
11        Q.  Yes.  And on the website it doesn't say what
12   you need to bring in order to prove you're a Texas
13   resident.
14        A.  Okay.  I see what you're saying.
15        Q.  Is that --
16        A.  No.
17        Q.  Is that right?  So there's nothing?
18        A.  I don't see it readily.
19        Q.  And for example, on the supporting
20   identification documents listed, it includes an
21   out-of-state driver's license, right?  That would be J,
22   it looks like?
23        A.  Yes.
24        Q.  All right.  So you could bring in J and
25   possibly a secondary identification document; for

306

1    example, you know, A, B or C or D, right, and it may
2    not have your address.  And then you would go to DPS
3    office; and they would say, "I'm sorry.  You need to
4    get something to prove your current residence."
5              Isn't that fair to say?
6         A.  That's fair to say.
7         Q.  So they would have to go back home or find one
8    of these other documents?
9         A.  I don't think so.  If they have the supporting
10   document, then they're good to go.
11        Q.  Right.  But how would they know what documents
12   they need is my point?
13        A.  Well, I'm not sure how to answer the question.
14        Q.  Okay.  I'm not trying to belabor the point.
15        A.  Okay.  I understand.
16        Q.  If I could direct you to the regulations --
17   that was early this morning -- Exhibit 38.  You
18   probably know them much better than I do.  At 15.183,
19   it's labelled Page 3 at the top.
20        A.  Okay.  Page 3 at the top?
21        Q.  Yes, sir.  It's Section 15.183 starting with,
22   "A1," talking about a married woman may use her maiden
23   name, et cetera.
24        A.  Uh-huh.
25        Q.  If you continue on, it says, "Three full names

307

1    will be used unless the applicant does not have three
2    names."
3              What about four names?
4         A.  Four names is acceptable.
5         Q.  Okay.  And -- I mean, I assume you're familiar
6    with the Hispanic naming convention?
7         A.  Yes, sir.
8         Q.  Been here awhile?
9         A.  Yes, sir.
10        Q.  When I read the regulation and, frankly, you
11   know, the other page of the website that talks about
12   EIC, nowhere does it talk about anything with regard to
13   complying when your names don't match in the situation
14   where you have two surnames; a maiden surname and a
15   paternal surname.
16             Are you aware of any policy, procedure,
17   any instructions, training materials, anything that
18   talks about that problem?
19        A.  I'm not aware of that -- of training material
20   that specifically addresses that, but we -- we do
21   include the names if they can prove that they have
22   them.
23        Q.  Well, but you understand that --
24        A.  If they bring in a birth certificate, for
25   example, that shows the mother's maiden name and the

308

1    father's name -- and typically those are hyphenated --
2    then we would issue the card or the document under that
3    circumstance where we can put two names on the first
4    field or three names, depending on the limits of the
5    characters within a field.
6         Q.  So in other words, for the -- do you have
7    three fields in the DPS system, or you have multiple
8    fields for the --
9         A.  For the names, there are two separate lines,
10   if I remember correctly.
11        Q.  So you -- and I'm just going to use
12   nomenclature that I see on these entries.
13             There's a first, middle, and last name?
14        A.  Uh-huh.
15        Q.  And for the last name, it's DPS policy to put
16   both the maternal and the paternal last names in there,
17   surnames?
18        A.  In one field?
19        Q.  Yes.
20        A.  We can do that.
21        Q.  Okay.  But which is the normal policy
22   procedure that DPS uses?
23             MR. KEISTER:  Objection, vague.
24        Q.  (BY MR. DOGGETT)  What do you -- how do you
25   normally do that if somebody has two surnames; maternal

JOE PETERS                                                          4/30/2014

309

1    and a paternal?
2        You understand that's a common practice?
3    **A.  Yeah.  That is common practice and we have**
4    **encountered this and we have included both names in the**
5    **first field.  As long as we don't exceed the capacity**
6    **of the field, which I think is 26 characters.**
7    Q.  I mean, you say first field.
8        What do you mean by "first field"?  I'm
9    not sure.
10   **A.  There's a field for last name.  There's a**
11   **field for first name, and I believe there's a field for**
12   **middle name.**
13   Q.  So if someone has and provides some
14   documentation of a maternal and a paternal surname,
15   two, and you understand that the convention is that a
16   person may very well have four names, if you will, a
17   first name, it's given name; a second given name, what
18   I would call a middle.
19   **A.  Uh-huh.**
20   Q.  And then a maternal and then a paternal,
21   right?
22   **A.  Uh-huh.  Yes.**
23   Q.  And that sometimes people make a mistake and
24   they recognize that the maternal is actually their last
25   name when, in fact, they very well may use their

310

1    fraternal name or -- sorry.  I'm getting confused --
2    paternal.  Fraternal is a brother.  Whoops.  You follow
3    me?
4    **A.  I think I do.**
5    Q.  Okay.  So you -- in the one name field for
6    last name, you put them both in there; and you
7    hyphenate them?
8    **A.  Yes.**
9    Q.  Okay.  Now, is it your testimony that there's
10   really no policy, custom, practice that you're aware of
11   that sort of addresses this, other than sort of your
12   general understanding of --
13   **A.  Not that I'm aware of.**
14   Q.  Okay.  Has your office done any
15   investigations, research, or analysis on any of the
16   named individuals that are a party to this case?
17   **A.  To what extent?**
18   Q.  Any extent.  Are you aware of any of it being
19   done?
20   **A.  Analysis of the named individuals?**
21   Q.  Yes.
22   **A.  Well, we did look at areas of the state by zip**
23   **code that applicants were coming from.  We looked at**
24   **the race of the applicants, at the request of Senator**
25   **Ellis, I believe.  We looked at the age of the**

311

1    **applicant.**
2    Q.  And I'm talking about --
3    **A.  Is that what you're talking about?**
4    Q.  No, sir.  I don't believe so.
5    **A.  I'm sorry.**
6    Q.  That's okay.  I'm talking about the named
7    plaintiffs in this litigation, the actual individuals
8    that have filed the various cases.
9    **A.  Oh, I'm sorry.  Now, what's your question?**
10   Q.  My question is:  Of those people, has DPS done
11   some sort analysis of those?
12   **A.  Not that I'm aware of.**
13   Q.  Any research or anything?
14   **A.  No, not that I'm aware of.**
15   Q.  When you were talking moments ago, you were
16   talking about people that have applied for the EIC; is
17   that correct?
18   **A.  Correct.**
19   Q.  And that analysis, the results of that
20   analysis, I assume you've produced that in documents
21   already in this litigation.
22   **A.  I don't know.**
23   Q.  Okay.  Was that recently done, or was that
24   some time ago?
25   **A.  Fairly recently.**

312

1    Q.  How long ago?
2    **A.  I don't remember.**
3    Q.  A month, more than two?
4    **A.  It was probably more than a month.**
5    Q.  Okay.
6    **A.  In fact, it may have been more than two.**
7    Q.  Okay.  Referring back to Exhibit 38.  I was
8    almost done, I'm sorry to say but not quite.  Under
9    15.183, the same page, if you look down, it talks about
10   A2, the applicant's place and date of birth.
11       Do you see that?
12   **A.  Yes, sir.**
13   Q.  Requirement for an EIC?
14   **A.  Yes, sir.**
15   Q.  What authority does DPS cite as the basis for
16   requesting their place of birth?
17   **A.  This rule.**
18   Q.  Okay.  Is there any statutory basis for
19   requesting that information?
20   **A.  I believe it's in the Transportation Code.**
21   **I'm not absolutely certain that's where it is.**
22   Q.  Okay.  So I'm not aware -- Exhibit 37, on S.B.
23   14 itself, you're not citing that as a basis for
24   requesting that information?
25   **A.  No.  No.**

313

1    Q.  And the only reference to the Transportation
2  Code that I can find is Section 521.142.  It just says,
3  "The Department may require each applicant for an
4  original or renewal election identification certificate
5  to furnish to the Department the information required
6  by that," Section 521.142.
7            Possibly that's what you're talking about
8  that?
9    A.  That's what I think I'm talking about.
10   Q.  I understand.  It's not a test.
11   A.  Okay.
12   Q.  I couldn't tell you the number in two minutes
13 from now.
14   A.  Yeah.
15   Q.  And in reviewing that section, I'll represent
16 to you that it has a lot of things that -- that are
17 mentioned; thumb print, photograph, signature, brief
18 description, things I've seen before; the sex, these
19 kind of questions.  And nowhere does it say anything
20 specific about their place of birth.  There is one
21 section that says "The Department" -- I believe it
22 says, "The Department" -- sorry -- "The application
23 must include other information the Department requires
24 to determine the applicant's identity, residency,
25 competency, and eligibility as required by the

314

1  Department or state law."  Sort of a fairly broad
2  question.  Is that possibly where maybe the authority
3  could come from?
4    A.  Yes, sir.
5    Q.  I left that wide open, didn't I?
6            Well, I'm wondering if the place of
7  birth, how that could impact or make a determination of
8  someone's identity.  I mean, just because you know
9  where they're born, would that somehow or another make
10 the department feel like:  I'm comfortable with that's
11 who they say they are, 'cause you know where they were
12 born?
13   A.  I can't answer the question.
14   Q.  Okay.  What about any of the others;
15 residency, competency, or eligibility?  I'm just trying
16 to understand why it would make any difference to the
17 department where you're born in order to get an EIC.
18   A.  I -- I don't have an answer for why where
19 you're born makes a difference.
20   Q.  Is that -- by the way, I assume -- or I don't
21 know, actually.  Is -- is the place of birth also
22 required in order to get a driver's license and any
23 other -- and the personal identification card?
24   A.  I believe it is.
25   Q.  Okay.  So if it is, then, this would just be

315

1  consistent with that?
2    A.  That's correct.
3    Q.  Okay.  By the way, on the website -- and I
4  referenced it earlier -- you would agree that -- that
5  that is one place that the public would get information
6  from; is that right?
7    A.  Correct.
8    Q.  So when you have this listing of your various
9  press releases, which may or may not be picked up by
10 news organizations and Tweets, certainly the Internet
11 itself and your website itself would be one place you
12 should be able to get information?
13   A.  Yes.
14   Q.  And -- and thus, why I'm asking about it,
15 because, obviously, this is a -- definitely one
16 location that the public would want to gather
17 information from.
18           Do you have any idea how many times the
19 public has accessed this information off the website?
20   A.  I don't.
21   Q.  If that information was kept, it would be kept
22 by the web department, media department, something like
23 that?
24   A.  Yes, sir.
25   Q.  In the break I showed you a page that if you

316

1  type in DPS and EIC, that's all you type.  I represent
2  to you that this one page comes up first or second
3  every time.
4    A.  Yes, sir.
5    Q.  Google.  Sorry.  Using the -- you know,
6  these -- an unknown quantity to Google, right, not
7  being the other ones are.  And I showed you that at the
8  break, and I'm not going to test you on it.  I just
9  wanted you to look it over very briefly, and I don't
10 have a printout of it.  But I'll represent to you that
11 it says -- and this is the final thing.  Okay?  Final
12 topic.
13           It says that -- that if you're using a
14 name other than what's on your birth certificate, for
15 example, your married name, you will be required to
16 show legal documentation of your name change.  I'm just
17 reading right off the website.
18   A.  I understand.
19   Q.  "Documents must be original certified.  No
20 photocopies may be accepted.  Acceptable documents are
21 one, marriage license; two, divorce decree; or three,
22 court ordered name change."  I'll represent to you that
23 that's the information I got.
24           Does that sound like accurate information
25 to you that DPS would want to put out?

317

1      A.  Yes.
2      Q.  How come there's nothing else about this
3  problem if your name doesn't match?  In other words, we
4  talked about it a few minutes ago.  There could be a
5  lot of reasons why names don't match.  All it says is
6  you can -- you need to bring your marriage license,
7  divorce decree, or court ordered name change.  It seems
8  to me there would be other things you could bring
9  besides those things in order to address the problem of
10  different surnames on your various supporting or
11  primary documentation.
12      A.  If I understand --
13          MR. KEISTER:  Objection, vague.
14          Go ahead.
15      Q.  (BY MR. DOGGETT)  If you can figure that
16  question out, feel free.
17      A.  I'm working on that.
18      Q.  Thank you.  You're kind at the end of the day.
19      A.  It's my understanding that the supporting
20  documentation, if they bring something in that's not on
21  that list --
22      Q.  Yes.
23      A.  -- that the office supervisor makes a
24  determination as to whether or not that might be
25  acceptable.

318

1      Q.  I understand.  But if this is all that's on
2  the website when it talks about a name mismatch and it
3  doesn't really tell you any of this other
4  information --
5      A.  Uh-huh.
6      Q.  -- I'm representing to you as someone that's
7  looking at the website, I wouldn't understand what I
8  needed to do in order to fix this problem 'cause
9  remember, it says, "The information on the document
10  such as name and date of birth must all match."  That's
11  that first sentence.  And then it wants to talk about,
12  you know, providing marriage license, divorce decree,
13  everything else.
14          So I'm saying somebody that may have four
15  names, for example, right?
16      A.  Yes, sir.
17      Q.  Two different surnames, they have no idea how
18  to make this fit, how to fix this problem that they've
19  got because their names do not match, right?
20          MR. KEISTER:  Objection, vague.
21          MR. DOGGETT:  Of course.
22          MR. KEISTER:  Calls for speculation,
23  argumentative, and there's not a question in there
24  that --
25          MR. DOGGETT:  There's not?  I bet you I

319

1  could get him to answer.
2          MR. KEISTER:  He's trying to be helpful,
3  I can tell.
4          MR. DOGGETT:  He is trying to be helpful.
5  He's tired, and I am too.  I appreciate it.
6      Q.  (BY MR. DOGGETT)  It was your testimony
7  earlier, by the way, on the cost of secondary
8  information or any of the costs, that you're not
9  familiar with how much it costs to obtain any of these
10  other supporting documents; is that right?
11      A.  That's correct.
12      Q.  Even the ones that are issued by DPS
13  themselves or no?
14      A.  What other ones would you be referring to
15  issued by DPS?
16      Q.  Well, I don't know.  Maybe DPS doesn't issue
17  any of the supporting documentation.
18          Is that right, they -- they just don't
19  issue it?  They don't issue anything?
20      A.  I'm not aware of any supporting documentation
21  that DPS would issue.
22      Q.  Okay.  Okay.
23          MR. DOGGETT:  Pass the witness.
24
25

320

1          FURTHER EXAMINATION
2  BY MR. FREEMAN:
3      Q.  I just have a few very quick follow-ups.
4          First of all, who at the Department of
5  Public Safety is likely to have the most information
6  about any data provided to the Secretary of State's
7  office during legislative consideration of S.B.14?
8      A.  Any data provided?  Are you talking about
9  electronic data or --
10      Q.  Talking about jury wheel data, driver's
11  license data, or personal identification card.
12      A.  Any of that data that came from -- that would
13  have come from the driver's license system, the best
14  people to answer what was actually pulled --
15      Q.  Uh-huh --
16      A.  -- who developed the query, would be those in
17  the information technology division.
18      Q.  And the person who heads up that division is?
19      A.  Chris Sarandos.
20      Q.  Thank you.
21          And who is likely to have the most
22  information regarding any communications with the
23  Secretary of State's office concerning that data?
24      A.  Probably Chief Bodisch -- or now Deputy
25  Director Bodisch would be the person that had the most

JOE PETERS                                                4/30/2014

321

1    **contact with the Secretary of State's office.**
2       Q.  Okay.  Are you currently tracking issuance of
3    election identification certificates?
4       **A.  Yes.**
5       Q.  Statewide?
6       **A.  Yes.**
7       Q.  By region?
8       **A.  Yes.  Even by zip code.**
9       Q.  Are you issuing any regional reports?
10      **A.  As a statewide report.  We can issue a**
11   **regional report if it's required, yes.**
12      Q.  Are the regions offering data to DPS centrally
13   on a weekly basis?
14      **A.  They are -- they -- yes, they are.  They're**
15   **offering data daily.**
16      Q.  Are they issuing any information specific to
17   mobile offices?
18      **A.  Is DPS issuing the information?**
19      Q.  The regions offering it to central DPS.
20      **A.  Yes.  If -- when -- when a mobile office**
21   **issues an EIC --**
22      Q.  Uh-huh.
23      **A.  -- that data comes back to a driver license**
24   **office for upload into driver license system, and it's**
25   **at that point that it's reported to headquarters.**

322

1       Q.  Are there any summary reports?
2       **A.  Of -- of those --**
3       Q.  Of those EIC issuances?
4       **A.  Yes.**
5       Q.  Are you currently tracking interactions with
6    individuals who come to DPS or a mobile station seeking
7    an EIC that do not result in an issuance of an EIC?
8       **A.  Yes.  We know how many people came in and**
9    **actually made an application and for whatever reason**
10   **didn't get one.**
11      Q.  And is that, again, a statewide report?
12      **A.  Yes, it is.**
13      Q.  Does that name the individuals who came in?
14      **A.  In some cases it does.  Those that -- when an**
15   **application is made and accepted and a receipt is**
16   **issued and it comes to quality assurance?**
17      Q.  Uh-huh.
18      **A.  Then, yes, we track -- we have those names.**
19      Q.  Sorry to add another -- one last exhibit.
20         (Exhibit No. 62 marked.)
21      Q.  (BY MR. FREEMAN)  Have you seen Exhibit 62
22   before?
23      **A.  Yes, I have.**
24      Q.  And Exhibit 62, am I correct that that's
25   present as of -- when only 53 EICs had been issued?

323

1       **A.  Yes, sir.**
2       Q.  Has that been updated since?
3       **A.  Yes, it has.**
4       Q.  One last question.  And this actually
5    something that I think Robert was trying to get at.
6          Can an EIC be obtained without proof of
7    Texas residence?
8       **A.  Yes, I believe it can.**
9       Q.  Okay.
10         MR. FREEMAN:  Then I pass the witness.
11         MR. DUNBAR:  No more than five minutes, I
12   promise.  Probably less.
13         FURTHER EXAMINATION
14   BY MR. DUNBAR:
15      Q.  And I apologize if I asked before.  I wanted
16   to the make sure the record is clear.
17         Has DPS at any time done a study or
18   analysis of expected demand for EICs?
19      **A.  No, sir.**
20      Q.  So as of today sitting here, there are no
21   internal documents that look forward predicting what
22   demand will be for EICs?
23      **A.  Not that I'm aware of.**
24      Q.  Okay.  And you've testified at today, I think,
25   in several different contexts, that references to MDILs

324

1    and that not that many people have applied for EICs; is
2    that correct?
3       **A.  Yes.**
4       Q.  Is that surprising to you that demand for EICs
5    has been what you would qualify as low?
6       **A.  Does it surprise me that it's low?**
7       Q.  Does it surprise DPS?
8       **A.  Well, to some extent.  I mean, we really**
9    **didn't have a feel for how many were going to apply.**
10      Q.  And I take it -- well, I shouldn't say it that
11   way.
12         Let me ask it this way.  In your view, is
13   the result of low applications for EICs a result of
14   DPS' failure to engage in appropriate outreach?
15      **A.  No.**
16      Q.  In your view, is the low demand for EICs to
17   date, again, low demand in your view, the result of
18   DPS' failure to ameliorate the burdens of obtaining an
19   EIC?
20      **A.  No.**
21      Q.  Okay.  So in DPS' view, DPS has done
22   everything right, yet demand for DPS applications has
23   been low.
24         Is that an accurate summary of DPS' view?
25      **A.  Yes.**

JOE PETERS                                                    4/30/2014

325

1    Q.  Okay.  If that's the case, would it be fair to
2  expect that -- in terms of resource expenditures going
3  forward, that DPS, as any government agency, is
4  unlikely to continue devoting resources to something
5  for which it has been perceived a lack of demand?
6    A.  Are you asking me if that would be accurate?
7    Q.  Yes.
8    A.  It would not be accurate.  We're going to
9  continue.
10   Q.  Okay.  So despite the general rule that
11 government resources should be directed to areas where
12 there's actually demand, your testimony is that DPS
13 will continue to spend resources in terms of outreach,
14 mobile units, et cetera, despite the fact that, in your
15 estimate -- despite the fact in your estimation there's
16 little or no demand for EICs?
17       MR. KEISTER: Objection to form.  The
18 question -- there's no foundation for a statement that
19 that's the general -- general proposition of funds are
20 not dedicated unless there's a need.  I'm not restating
21 that correctly.
22   Q.  (BY MR. DUNBAR)  Well, in your experience in
23 government, does government continue to spend its
24 scarce resource on programs for which there is little
25 demand?

326

1    A.  In some cases, yes.
2    Q.  And it's your testimony that EIC issuance,
3  that the dollars that have been expended to date on
4  outreach and mobile EICs will stay static or only
5  continue to increase?
6    A.  That -- that could happen.
7    Q.  That could happen.  I'm asking --
8    A.  The expenditures could increase within the
9  limits of existing appropriated funds.
10   Q.  Right.  And again, just to be clear on all of
11 this, there's no statute or regulation that requires
12 that result.  It's simply your testimony that you, as
13 the director of the driver's license division, would
14 recommend that continue to be the policy going forward?
15   A.  Yes.
16   Q.  So it's within DPS' discretion?
17   A.  Yes.
18   Q.  A future Mr. Peters could reach the decision
19 that, you know what, given the low demand for EIC
20 applications, we're not going to continue to spend
21 resources on EIC outreach; is that correct?
22   A.  Well, there's a legislative mandate that we
23 issue these EICs.  And until the law is changed, then I
24 would expect that even a future assistant director
25 would not be able to --

327

1    Q.  Where -- where in S.B.14 does it tell you how
2  much money or resources you have to expend on EICs?
3    A.  It does not.  It just says we will do it.
4    Q.  So a future director could decide that the
5  current resource expenditures are better spent
6  elsewhere, then, correct?
7    A.  Not necessarily.
8    Q.  Why not?
9    A.  Well, because the legislature has mandated
10 that we do -- that we issue the EICs.
11   Q.  And so they -- and so the legislature has
12 mandated -- the legislature has mandated a particular
13 level of customer service representatives or a
14 particular level of mobile stations?
15   A.  No.
16   Q.  No?  So those discretionary choices, at least,
17 could be rolled back?
18   A.  Correct.
19       MR. DUNBAR:  No further questions.
20       Oh, sorry.  Oh, sorry.
21   Q.  (BY MR. DUNBAR)  Just to finish up, I guess,
22 the deposition across the board, are there any answers
23 that you've given today that, upon reflection, you wish
24 to change or correct for the record?
25   A.  Not other than what's already been addressed.

328

1    Q.  Okay.  And for the -- any of the answers you
2  gave that you couldn't recall an answer to, do you
3  recall the answer to that now?
4    A.  I don't.
5    Q.  And for any of the documents that we asked
6  were produced that you said you weren't sure, you're
7  still continuing to be --
8    A.  I don't know what was produced.
9    Q.  And finally, I guess, anything that you wish
10 to add to any of the answers you've given so that the
11 record is clear in terms of us understanding your
12 answer?
13   A.  No, sir.
14       MR. FREEMAN:  I believe we have no
15 further questions.  I just want to say on the record,
16 however, that we have previously requested updates of
17 all reports or information regarding EIC issuances and
18 transactions that did not result in an EIC.  Reid from
19 your office informed us that no such reports had been
20 created since the documents were produced back in
21 February.  It's directly contrary to the testimony that
22 was provided by Mr. Peters, and I'm going to renew our
23 request that we get all of those documents as soon as
24 absolutely possible; particularly in light of the prior
25 statement by Mr. Clay.

JOE PETERS                                                          4/30/2014

329

1          MR. KEISTER:  We'll reserve our questions
2  until time of trial.
3          THE REPORTER:  Off the record.
4          (Proceedings concluded at 4:52 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

330

1          WITNESS CORRECTIONS AND SIGNATURE
2      Please indicate changes on this sheet of paper,
   giving the change, page number, line number, and reason
3  for the change.  Please sign each page of changes.
4  PAGE/LINE    CORRECTION    REASON FOR CHANGE
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24
          _____
25          JOE PETERS

331

1          S I G N A T U R E   O F   W I T N E S S
2
3      I, JOE PETERS, solemnly swear or affirm under
4  the pains and penalties of perjury that the foregoing
5  pages contain a true and correct transcript of the
6  testimony given by me at the time and place stated,
7  with the corrections, if any, and the reasons therefor
8  noted on the foregoing correction pages(s).
9
10
11
12          _____
          JOE PETERS
13
14  Job No. 4-AUSTIN-161020 KS
15
16
17
18
19
20
21
22
23
24
25

332

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
2                CORPUS CHRISTI DIVISION
3  MARC VEASEY, et al.,     )
      Plaintiffs,     )
4                )
   v.             ) CIVIL ACTION NUMBER
5                ) 2:13-cv-193(NGR)
   RICK PERRY, et al.,     )
6      Defendants.     )
7  **********************************************************
8          REPORTER'S CERTIFICATE
9  THE STATE OF TEXAS:
   COUNTY OF TRAVIS:
10
11      I, Kim Seibert, a Certified Shorthand Reporter in
12  and for the State of Texas, hereby certify to the
13  following:
14      That the witness, JOE PETERS, was duly sworn by the
15  officer and that the transcript of the oral deposition
16  is a true record of the testimony given by the witness;
17      That the deposition transcript was submitted on
18  _____, 2014, to the witness, or to the
19  attorney for the witness, for examination, signature,
20  and return to U.S. Legal Support, Inc., by
21  _____, 2014;
22      That the amount of time used at the deposition was
23  6 hrs and 52 mins.
24
25

333

1       I further certify that I am neither counsel for,
2   related to, nor employed by any of the parties or
3   attorneys in the action in which this proceeding was
4   taken, and further that I am not financially or
5   otherwise interested in the outcome of the action.
6       GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the
7   _____ day of _____, 2014.
8
9
10
11
    _____
12      Kim Seibert, Texas CSR 4589
        Expiration Date:  12-31-2014
13      U.S. Legal Support, Inc.
        Austin Centre
14      701 Brazos, Suite 380
        Austin, Texas  78701
15      Firm Registration 344
        Expiration Date 12-31-2014
16
17  Job No. 4-AUSTIN-161020 KS
18
19
20
21
22
23
24
25



JOE PETERS                                              4/30/2014

1

**A**

**ability** 45:6 75:13
96:10 147:2,8
203:21 210:22
**able** 9:18 12:1,1,18
18:6 19:21 34:20
41:11 99:6 102:24
170:4 173:21
184:18 193:12
242:1 249:22
260:10 261:5
291:12 292:16
296:25 303:3
315:12 326:25
**above-styled** 1:15
**absence** 69:14 70:3
271:15
**absentee** 26:19
**absolutely** 65:11 78:2
155:13 183:9 233:3
312:21 328:24
**academy** 15:10,11
**accept** 261:1 279:7
279:11
**acceptable** 40:15,19
54:7 253:18,20
279:20 280:5 307:4
316:20 317:25
**accepted** 71:11 98:22
100:4 253:14,15
254:3 277:12
316:20 322:15
**accepting** 59:8
**access** 96:10,23,25
160:4,10 175:23
176:1 182:4,10,19
183:5,12,13,13,14
183:17,24 184:19
193:25 194:4,6,12
194:19,21,22 195:6
195:11,18,21,25
196:2 199:20,25
201:20 222:8
**accessed** 315:19
**accessible** 176:4

200:23
**accidents** 24:16
**accomplish** 33:8,8,13
193:14 230:19
**accounting** 170:1
**accounts** 278:24
**accuracy** 122:24
293:21
**accurate** 11:17 78:6
92:9 100:9 216:5
220:15 242:5 269:8
272:7 293:1 316:24
324:24 325:6,8
**accurately** 11:22
12:19,25
**accustomed** 42:19
43:23 44:9 291:18
291:20
**achieve** 228:12
**acre** 24:6,8
**acres** 23:20 24:6
**act** 45:12 82:21,24
83:3,12,21 119:2,18
122:19,21 164:7,12
**action** 1:4 237:11
332:4 333:3,5
**actions** 24:15
**active** 112:12 113:5
**actual** 27:8 38:17
76:1 169:17 284:12
311:7
**add** 11:9 322:19
328:10
**added** 152:17 169:25
**addition** 103:22
157:21 173:3,15
244:7 267:6 275:18
287:8
**additional** 46:8,20
49:13 53:2 85:3
103:16 172:17
229:16 231:7,14
257:10 275:16,17
**address** 27:22 74:9
74:11 80:21 123:15

124:5 126:21
185:20 202:16
234:10,18 235:11
304:13 306:2 317:9
**addressed** 327:25
**addresses** 37:19
70:13 82:12 234:23
307:20 310:11
**administer** 70:23
72:6,15
**administration** 191:5
192:20
**administrative** 5:16
6:5 31:21,22 32:6
43:12,14 63:13 66:7
76:22 77:12 91:13
118:25 119:17,23
120:2,16 145:11
**Administrator** 220:6
**adopted** 58:11,23
101:15 244:5
**adoption** 34:2
**advance** 86:20,23
87:18 88:3 189:11
**advertise** 280:24
294:3
**advertised** 283:9,15
**advised** 32:16 133:2
242:16 300:25
**affect** 209:20 244:5
**affidavit** 6:2 35:17
76:10 97:24 98:8
103:15 104:17,23
256:16 257:3
259:10 260:13,16
297:24
**affirm** 260:2 331:3
**affirmation** 71:13
**affirmations** 70:24
72:6,10
**affirmatively** 237:22
**afford** 196:20 285:3
297:18,20 298:19
298:21
**afoot** 155:25

**African-American**
95:5 150:18,20
151:6,19 159:20
**afternoon** 147:19,20
189:9
**age** 28:4 74:1 149:24
310:25
**agencies** 82:25 83:3
83:12 116:14
133:22 159:25
182:3,15,25 183:22
**agency** 82:2 108:20
116:8 136:15
159:24 160:3 182:7
182:17,24 183:4,5,8
208:20 209:25
210:11 217:11
218:14 228:14
229:7 325:3
**agents** 191:3
**ago** 24:18 56:14
154:19 156:8
179:19 301:18
302:5 311:15,24
312:1 317:4
**agree** 76:24 100:12
100:22 193:10
195:17 207:12
214:2 215:9 221:19
264:15 275:25
290:7 315:4
**agreement** 80:19,25
82:1 92:2,8,14,23
166:7,11,20 170:22
171:5,6,13 179:2
181:8,9
**agreements** 83:18
**agrees** 171:24 213:21
**ahead** 18:10 47:10
106:10 152:1,2
204:4,5 224:8
286:11,12 302:13
317:14
**aid** 3:11 53:10 246:7
301:12

JOE PETERS                                                              4/30/2014

2

**air** 207:6,8
**airplane** 154:4
**al** 1:3,5 332:3,5
**alcoholic** 12:10
**algorithm** 113:10
**Ali** 3:6 8:20,20
**alien** 47:6
**allayed** 216:14
**alleviate** 231:2
**allocated** 167:17
  285:15
**allow** 8:12,13 75:4
  96:24 99:24 104:16
  110:24 230:19
**allowed** 96:5 97:7
  98:9 100:13,23
  101:9 112:1 166:12
  230:20 261:22
  266:7,14 295:21
**allowing** 143:4
  295:25
**allows** 85:2 91:8,12
  91:13 98:17
**alternative** 75:18,21
  98:22
**ameliorate** 324:18
**amend** 65:10
**America** 2:3 8:11
**American** 278:20
  279:8
**Americas** 2:16
**amount** 13:15 54:1,8
  91:5 95:24 169:3,7
  174:13 180:1,8
  332:22
**Amy** 2:20 8:24
**amy.rudd@decher...**
  2:23
**analyses** 130:20
  131:5,7,8,10 138:10
  138:20 139:9,10
  141:22 179:22,24
**analysis** 117:23,24
  123:6 130:9,12
  131:1 132:22

133:21 134:5,8,10
134:17 135:9,12
139:2 140:13 141:8
141:17 142:2,10,14
143:4,15 168:16
169:18 170:11
205:19 208:1,22,24
209:3,10 210:21,24
210:25 310:15,20
311:11,19,20
323:18
**analyst** 168:3,7
**analyze** 117:15,18
  200:3
**analyzed** 192:6
  193:20
**and/or** 1:20 159:13
  235:11
**Ann** 110:6,7
**annual** 230:14,14
  244:9
**annually** 126:2
**answer** 9:15,22 10:1
  10:2 11:1,2,16,22
  12:7,18,24 17:12,13
  19:21 22:15 23:2
  29:12,13 30:18,22
  40:23 47:14 53:22
  54:2,9 64:10 70:4
  72:16 73:14 74:6
  75:7 79:21 101:3
  104:1 105:25 106:1
  106:8,9 112:5,6
  113:1 116:24 119:6
  119:9 125:24 128:5
  130:5 131:17 132:1
  132:2,3,5 133:19,25
  139:16 141:5
  142:25 143:18
  147:24 156:21
  157:14 162:20
  199:19 203:2
  226:19 243:14
  261:24,25 262:17
  263:23 266:17

268:24 282:8,11
288:5 293:20,23
306:13 314:13,18
319:1 320:14 328:2
328:3,12
**answered** 139:5
  141:4
**answering** 9:17 10:1
  11:20 128:14
**answers** 10:11 12:15
  106:9 258:5 327:22
  328:1,10
**anticipation** 246:18
**anybody** 158:4
  167:23 174:5
  239:22 288:7
**anymore** 216:24
**anyway** 58:17 167:13
**apart** 178:4
**apologies** 189:11
**apologize** 323:15
**apparatus** 218:24
**apparently** 214:15
**appeal** 55:10
**appear** 28:21 42:5
  110:5 269:18
**Appearances** 5:2
**appeared** 60:24
**appears** 18:24 32:5
  99:20 110:6 145:10
  186:12,17 198:13
  211:20 220:12
  268:18 275:25
  278:19 301:19
**appendix** 275:8
  277:6,7,10 278:15
  279:2,21
**applicable** 43:25
**applicant** 30:6,12
  34:12 35:7 44:2
  51:12 53:13 54:22
  56:4 58:15 62:21,23
  62:24 63:8,21 65:15
  68:16,23,25 69:3,19
  76:7 144:2 145:19

146:3,6 162:10
205:24,25 285:14
307:1 311:1 313:3
**applicants** 44:6,7,8
  67:16 91:10,19
  168:23 216:18
  240:24 262:15,19
  263:12 278:4
  290:24 291:8,12,16
  310:23,24
**applicant's** 54:12
  312:10 313:24
**application** 7:15
  34:23 35:17 38:8,20
  41:7 43:10 47:21,23
  49:1 54:13,15 55:9
  56:1 57:7 58:16,21
  59:9,16,16,22 62:24
  62:25 63:16,19,20
  64:13 68:11,13,24
  69:4 72:19 73:7,8
  73:10 74:24 76:1
  78:8 92:3 151:16
  153:14,16 161:11
  162:8,9 182:21,21
  183:4,20,21,25
  229:23,24 230:1
  285:13 298:9
  302:15,21 313:22
  322:9,15
**applications** 48:10
  59:8 70:20 71:11
  75:25 91:15 193:19
  211:3 216:17
  324:13,22 326:20
**applied** 48:15 129:3
  129:18 145:23
  154:8,10 160:22
  216:19,19 311:16
  324:1
**applies** 47:12 159:16
**apply** 34:18,20,25
  35:4 38:9,10,11,16
  38:24 45:2 99:8
  101:22 145:24

JOE PETERS                                                    4/30/2014

3

146:11 147:7 162:6
162:15,17,18 165:4
201:24 202:21
203:22,22,25 204:8
204:15 252:5,11,22
258:2 302:7,13
324:9
**applying** 34:15 38:15
43:21 98:23 203:8
253:14,15,19,20
254:19
**appraisal** 149:12
175:18
**appreciate** 78:10
319:5
**appreciated** 186:6
**apprised** 281:3
**approach** 213:19
**appropriate** 274:14
285:11,12 324:14
**appropriated** 231:21
326:9
**appropriation** 217:6
227:14
**approval** 183:19
**approve** 33:14,22
34:1 239:20
**approved** 94:6
182:23
**approximately** 92:13
93:17
**April** 1:11,16
**arbitrarily** 63:18
207:21
**arbitrary** 207:5
**area** 67:18 150:25
173:2 191:20
208:12
**areas** 33:3 67:20,23
147:21 182:11
192:11 310:22
325:11
**argue** 219:3
**argumentative**
115:19 116:5,22

318:23
**arises** 125:10
**Army** 15:12,14
**arranged** 24:3
**arrests** 165:15
**arrive** 200:5 293:24
**arrived** 284:3,20,22
**arrives** 104:11
**article** 5:18 60:19,24
61:1,6,25
**articulate** 9:19
**asked** 16:9 23:24
25:11 46:20 86:10
86:24 87:1 106:14
108:6,7,10,13 139:4
141:4 151:17
155:17 163:9
174:15 177:7
229:17,18 323:15
328:5
**asking** 9:15 62:13
79:22,24 89:14
99:11 114:24 130:3
131:1 133:18
138:16 150:14
201:25 222:7
271:23 315:14
325:6 326:7
**asks** 159:1 160:18,19
183:14
**aspect** 184:9
**assessed** 223:1
**assessment** 215:14
**assign** 87:14
**assigned** 15:14,22
67:15 187:23
198:16
**assignment** 263:15
**assignments** 224:20
**assist** 12:2 23:25 93:4
93:6 167:5 170:7
177:2
**assistance** 16:6 32:19
108:14,19 201:22
202:2 220:13

229:18 280:22
**assistant** 4:1 13:6
16:11 21:12 139:25
176:20 188:2
211:23 245:8
326:24
**assisting** 167:9
**associated** 71:18
208:1,2 215:12
**Association** 16:4
218:4
**assume** 64:9 98:24
99:2 122:12 142:1
188:9 189:16
190:19 290:10
302:24 307:5
311:20 314:20
**assumed** 218:14
**assumes** 111:2
**assuming** 37:5 120:8
120:11 125:16
213:21 215:11
**assumption** 180:4
291:18
**assurance** 47:16,18
48:16 55:6 78:8
181:19 240:22
262:2 293:20
322:16
**assure** 66:1
**assured** 255:13
**as-needed** 244:15
**Atascosa** 15:25 23:20
**attached** 1:21 269:4
**attaches** 246:7
**attachment** 197:5,7
198:1,3,11,12,13
**attained** 245:13
**attempt** 46:10 53:4
102:22 119:2,14
133:14 210:9
**attempted** 280:17
**attempting** 53:3 61:9
**attempts** 283:1
**attend** 247:15 249:5

**attended** 247:20
248:19 273:16
274:18,20 276:3
**attending** 276:25
**attention** 219:12
246:12 252:4
301:16
**attest** 35:5
**attesting** 97:24
**attorney** 3:17 4:1
10:24 11:3 17:9
332:19
**attorneys** 8:13 17:11
333:3
**attorney/client**
133:24,25 134:13
142:24 143:17
197:11,22,22
213:10 226:18
**audit** 46:16 48:5,9
99:10 296:12 297:5
297:7
**audited** 296:17
**audits** 299:14,22,24
**August** 139:11
140:12 141:9,18
142:9 143:3 293:14
**Austin** 1:19 2:22 3:12
3:18,22 4:6,7 15:20
15:23,24 184:6
241:5 245:11
299:20 333:13,14
**authority** 229:1
312:15 314:2
**authorization** 71:17
86:11,13,19
**authorize** 80:16 81:5
81:8 95:7
**authorized** 70:19,23
71:12,25 72:1 80:23
82:9,18 84:3 86:15
86:17 95:11 287:1
**authorizes** 80:18
82:5,16,24 83:17,21
84:9 85:19

JOE PETERS                                    4/30/2014

4

**authorizing** 67:25
  81:7
**automatic** 62:22
**automatically** 62:20
  62:25 63:23 125:9
  159:2 163:18 176:4
  180:22
**automobile** 195:22
**availability** 173:22
  196:18 235:14
  281:3
**available** 7:9 67:18
  72:14 85:22 93:16
  93:23 94:2,11
  102:13 116:9,19
  143:24 144:23
  145:4 149:24 157:7
  157:8 195:15
  198:23,24 199:1,2,5
  199:10 200:10,12
  201:14,20,22
  202:18 218:16
  284:9 285:25
**availed** 202:20
**Avenue** 2:6,16 3:7
**average** 281:17
**avoid** 102:5 189:13
**aware** 35:21 36:7
  46:19,24 51:7 52:12
  52:25 57:13,18 63:3
  63:4,5 65:5 66:17
  72:12 75:23 77:7,11
  77:15 85:20 86:6,11
  86:23 89:3,6,24
  90:1,8 91:2,3,4,16
  91:21,23 92:1 94:7
  94:17,20,25 95:6
  100:2 107:8,10,15
  107:23,24 108:23
  109:4 110:23
  112:11 113:5,8,14
  113:17,23 114:15
  114:18 115:4,7,13
  115:21,23 116:6,7
  116:15 117:8,13

118:20,24 119:19
119:21 120:8 121:7
121:13,21 122:6,8
122:10,11 123:4
125:4 128:16 129:8
132:6,13,22 133:1,4
134:2 135:2,6,8,10
135:11,15 137:1,9
137:13 140:3,10,23
141:6,10,11,21
142:3,8 143:7,9,13
143:20 144:9 145:6
146:19 147:10
157:4,6 158:1,8
159:12,15 160:3,18
164:15 174:2,20,21
175:20,21 176:9
178:3 181:24 192:8
194:6 200:6 202:22
203:1 205:6 208:21
210:12,19 228:16
232:15 235:25
238:4 255:19 262:8
264:3 265:10
267:18 270:8 272:3
272:12 275:19
280:13,14,15,19
282:16,18,25 283:4
287:18 294:5,8
296:25 301:4,6
307:16,19 310:10
310:13,18 311:12
311:14 312:22
319:20 323:23
**awareness** 280:17
**awhile** 307:8
**a.m** 1:16 77:21,21
**A1** 306:22
**A2** 312:10

_____ **B** _____
**b** 1:8 6:6 36:10
  145:12 183:5 306:1
**Bachelor** 14:24
**back** 15:19,23,24

16:9 24:7 28:11
33:25 39:11,17
42:23 61:5 77:22,23
91:1 100:20 103:2
103:17 106:23
118:8 135:23
147:16 148:4
150:15 153:11
192:9 197:19,23
212:18 213:5,11
214:11,12 231:5
238:11,17,18
260:17 278:11,13
295:4,7 297:11
304:3 306:7 312:7
321:23 327:17
328:20
**background** 14:23
  15:5 157:18 165:5,8
  165:10,22 217:21
  222:11 226:21
  303:11,24 304:1
**bad** 127:8,15 128:17
**ballot** 36:19,25
**Ballpark** 169:6
**bank** 24:11
**banker** 23:18 24:2,5
  24:9,12 25:2,15
**banner** 286:23
  300:19
**banners** 286:9,14,15
**bars** 36:17,23
**based** 29:9 44:22
  55:7 57:4 62:13
  80:5 123:14 165:1
  182:10 183:19,24
  201:4 206:5 216:5
  216:13 226:2
  228:23 229:4 232:8
  233:18 273:24
  290:17
**bases** 229:4 302:14
**basic** 9:13 192:17
  218:24 224:4
**basically** 26:12 43:5

172:8 275:3
**basis** 42:11 62:12
  68:20 79:15,16,23
  80:1,2,5,7,10,23
  87:14 88:8 218:1
  230:14 243:21
  244:9,15 262:25
  263:2 301:1 312:15
  312:18,23 321:13
**began** 135:1,4,12
  169:23 245:25
  266:15 296:16
**begun** 66:10,11
**behalf** 16:18,22
  78:25 80:9 99:11
  119:25 174:5
  194:11 268:14
**belabor** 306:14
**belief** 58:22 62:19
**believe** 17:25 27:25
  30:21,21 32:10
  41:20 47:13 58:12
  62:17 74:15 76:17
  78:4 79:22 80:4
  82:22 86:3 92:9,15
  105:1,10,13 109:23
  112:14 121:16
  124:24 134:24
  139:24 141:14
  153:22 162:7
  169:24 173:6 189:2
  195:4 208:16 210:6
  210:15 211:4,6
  213:9 214:14 217:4
  218:6 220:3 221:5
  228:3 241:7 247:7
  248:16 253:22
  262:11 264:9
  265:21 267:5 269:8
  272:10 279:2
  283:19 286:13
  291:7 292:4 301:17
  309:11 310:25
  311:4 312:20
  313:21 314:24

JOE PETERS                                                    4/30/2014

5

323:8 328:14
**believed** 80:23 92:25
  293:2
**Bell** 21:9,21,22,24
  22:1
**Bend** 15:21
**benefit** 49:8,14
**best** 29:7 79:7,16
  213:16 222:3 229:6
  242:3 262:2 282:10
  292:13 293:22
  320:13
**bet** 318:25
**better** 47:14 181:4
  289:22 290:4 293:2
  306:18 327:5
**Bexar** 88:21,23,25
  89:2,12
**beyond** 46:22 72:25
  86:11,13,14 130:18
**bill** 5:15 26:7,10,22
  26:24 27:9 28:22,23
  108:2,7,8 109:6
  169:8 180:1 196:4
  208:22,24 209:3,10
**bills** 117:12 118:3,12
  118:19,23
**Birch** 219:25 220:10
**birth** 27:24 41:5,11
  41:13 47:25 50:16
  50:22 51:16 96:6,8
  96:11 97:2,8,10,25
  98:19,22 99:7,25
  100:5,14,15,24,25
  101:9,11,19,19,20
  102:1,15,23 103:1,9
  103:16,19 104:11
  104:18,18,23
  126:20 149:25
  151:6,14,15 179:6,7
  179:11 280:1,4,12
  280:18 307:24
  312:10,16 313:20
  314:7,21 316:14
  318:10

**bit** 189:12 197:9
  208:9,12 233:24
  238:24 243:1
  280:22 301:18
**board** 168:15 232:14
  327:22
**boat** 304:12
**Bob** 274:12
**Bodisch** 6:13 211:21
  214:15 216:2
  320:24,25
**Bodisch's** 215:15
**body** 34:4
**born** 98:11 184:24
  314:9,12,17,19
**bottom** 127:9 212:7
  213:7 220:5 252:20
  252:21 255:22
  263:17 272:6
**bottom-right** 250:2
**Boulevard** 3:22
**bound** 262:22
**bounds** 201:9
**box** 3:17 59:17,23
  151:17 199:16,23
  302:25
**boy** 36:10
**BRANCHES** 2:14
**Brazil** 2:10,10 5:9
  8:16,16 17:20 19:7
  19:10 23:1,5 147:18
  153:25 154:2,5,6
  158:13 163:4,5
  187:13,17 214:5
**Brazos** 4:7 333:14
**break** 10:16,17 77:17
  77:19 135:20
  149:24 150:18,20
  315:25 316:8
**BRENNAN** 2:16
**brick-and-mortar**
  189:25 190:4
**brief** 68:23 193:5
  313:17
**briefly** 316:9

**bright** 207:14
**bring** 40:11 102:23
  103:19 106:10
  252:24 304:10
  305:2,7,12,24
  307:24 317:6,8,20
**bringing** 96:6
**broad** 152:18 314:1
**broader** 222:25,25
**broken** 150:5
**brother** 310:2
**budget** 166:25 167:3
  167:4,9,12,21,24
  168:15 172:1,6
  185:3,4 217:6 232:4
  232:10,14 282:19
**budgetary** 174:16
**budgeted** 282:14,17
**building** 67:13
  183:12,15,17
  286:16,20,20 287:1
  300:18,20
**bullet** 252:8,24
  254:13 270:10
**bunch** 11:25
**burden** 43:13,14,16
  43:20 53:2 100:15
  100:25 101:10
**burdens** 207:9 208:1
  324:18
**bus** 199:7,9 200:9
**business** 13:12,13
  22:11,12 32:22 33:5
  33:9 43:2 183:16
  184:6 289:22 290:4
  290:19,21 291:3,5,9
  291:15,19,19,20,21
  291:22,23 292:18
  293:2
**busy** 214:25
**butt** 90:17
**buy** 170:14 216:22
  225:22
**bypass** 59:18,21,24

|  | C |
| --- | --- |
**c** 2:1 34:9,10 53:16
  306:1
**calculate** 168:21
**calculation** 6:8
  186:12
**calculator** 201:6
**call** 36:2 200:15
  202:7 234:16
  235:21,21,22 240:7
  240:16,24,24
  241:11 244:12
  283:10,10 309:18
**called** 16:9 24:10
  181:8 240:16 246:7
  267:1 274:16
**calling** 190:2
**calls** 30:16 61:16
  62:11 73:12,12 74:5
  79:11,19 83:6 89:21
  90:14 97:11,17
  98:13 100:16 101:1
  101:13,24 102:9
  103:12,21 104:25
  111:1,21 112:20
  114:4,14 116:5
  128:25 129:6,25
  132:10,17 135:17
  142:5 146:12 195:2
  201:5 235:12
  240:20 283:5
  294:16 318:22
**campaign** 280:24
  281:2 293:18 294:4
**campaigns** 293:25
**cancel** 77:4
**cancelled** 256:1
**capability** 63:16 64:5
  296:9
**capacity** 16:19 25:22
  218:11 309:5
**capitol** 182:9,11
  183:10,12
**capturing** 185:17
**car** 195:22 203:20

JOE PETERS                                                    4/30/2014

6

204:14,18,19
**card** 13:10,11 27:8
  27:15,17,20,22,24
  28:1,12 34:14,17
  35:3,9 37:5,7,18
  39:1 41:3 42:10,12
  42:20,22 43:10,25
  44:17 47:20 48:19
  50:2 52:15,23 53:5
  53:20,24,25 56:9,17
  56:21 59:16 62:23
  63:20 67:16 72:24
  74:11 86:18 125:16
  130:23 133:16
  138:13 139:19
  144:10 145:25
  146:18 147:4,9
  155:25 160:5,21
  161:15,22,23,25
  162:5,8,14,23
  164:11 168:19
  169:13 170:20
  172:6 179:25,25
  180:8 181:18
  182:13,17,19
  183:13 193:18
  201:17 202:14
  203:7 254:10 256:2
  257:1,17 258:15,20
  259:3,22 260:3,5
  261:10,12,13,15
  263:19 278:8,21,22
  279:8,12 296:4
  297:17,18,23,24
  298:1,20 302:6
  308:2 314:23
  320:11
**cards** 37:21 43:1 48:2
  48:6 51:6 58:10
  80:22 124:10
  140:15 144:23
  146:21 155:12
  160:2,4,10,11
  181:13,16 182:4,10
  183:5 210:1 218:22

237:20 249:14
  283:11
**Carnegie** 3:2
**carried** 154:1
**carrier** 146:18
**carries** 221:20
  222:17
**carry** 37:25 52:24
  130:23 138:13
  145:3 193:11
  210:23 223:3
  228:15 229:8,12
**case** 51:15,24 64:4
  82:2 125:10 173:19
  193:22 203:17
  204:10 262:25
  286:18 310:16
  325:1
**cases** 25:6 45:10
  48:14,15,23 179:15
  187:25 188:1,3
  240:21 299:24
  311:8 322:14 326:1
**cast** 36:19,25
**catalog** 292:6
**categories** 28:12
  41:24 149:23 150:1
  152:17 154:20
**category** 160:13,16
  279:15
**Caucasian** 150:19
  151:18 152:15
  159:20
**cause** 1:15 286:9
  314:11 318:8
**caution** 142:22
**center** 2:16 3:2 22:12
  60:6,13 177:21
  194:1 199:8,10
  200:17 205:19,22
  235:21 240:7,17
  241:12 283:10
**centers** 67:14 177:8
  177:10,17 178:11
  193:22 194:10,19

196:4 205:22
  287:22
**central** 205:4 321:19
**centrally** 241:2
  321:12
**Centre** 4:6 333:13
**certain** 13:15 18:12
  30:19 31:4,12 36:18
  46:7,12 54:8 79:4
  91:9 98:18 99:15
  125:7 127:15 156:1
  173:16 177:16
  180:23 182:11
  183:9 194:15 202:5
  245:14 312:21
**certainly** 204:7
  213:22 231:13
  239:12 315:10
**certificate** 5:9 6:19
  6:22 7:3 27:4,7,11
  27:17 28:7 29:9,16
  29:17 30:7 32:9
  34:15,19,21 37:9
  41:6 42:14 43:3
  50:16,22 54:13,21
  54:23 58:3 69:21
  75:18 76:9 96:6
  97:2,9,10,25 98:10
  98:22 99:7 100:1,5
  100:14,15,24,25
  101:9,11,19,20,20
  102:1,16,23 103:1,9
  103:20 104:12,18
  104:19,23 151:15
  179:7,7,11 246:8,8
  249:17 250:4 251:2
  251:15 252:6,22
  254:9 255:22,23
  256:14 258:6
  263:18,21 267:1
  273:4 275:10,22
  276:19 280:12,18
  307:24 313:4
  316:14 332:8
**certificates** 7:6,9,14

51:16 96:11 262:15
  277:19 285:24
  293:10 321:3
**certification** 41:11
  75:20
**certified** 41:5,10,12
  96:6 130:17 179:7
  316:19 332:11
**certifies** 248:2
**certify** 70:19 332:12
  333:1
**certifying** 71:21
  98:10
**cetera** 165:16 268:20
  306:23 325:14
**chain** 221:4
**challenged** 23:19
  202:12
**chance** 42:24 43:15
  90:17
**chances** 11:12
**change** 41:14 51:16
  65:18,20 74:2 76:4
  154:21 174:8
  196:13 202:17
  254:22 255:10
  316:16,22 317:7
  327:24 330:2,3,4
**changed** 55:22 59:1,3
  152:16 254:24
  255:2 268:1,3,4,4
  326:23
**changes** 59:15 80:21
  152:19 244:1 330:2
  330:3
**Chapter** 5:17 6:6
  32:6 82:9,12,15,18
  145:11
**characterization**
  79:20 215:10
**characterize** 215:13
  244:16
**characters** 127:8,15
  128:17 308:5 309:6
**charge** 71:25 78:14

151:3
**Charles** 34:9,10
123:11,12,13
127:10
**chart** 199:24 200:3,8
201:4,21 203:20
206:24 207:13,25
**chat** 240:11
**check** 38:2 47:11
48:4,6 59:17,23
60:3,5,8,12 61:3
62:1,10,21,22 63:1
63:11,17,18,22 64:5
67:2 78:5 151:17
157:18 160:23
165:5,6,7,8,10,11
165:13,14,23
188:11 299:23
**checking** 200:19
303:10,24 304:1
**checks** 47:1,4 49:4
60:15 61:8,14,14
63:15
**Cheryl** 14:20
**chief** 137:22,24 138:1
211:23 320:24
**CHL** 157:2,4,8,15,25
158:1,5,10 159:8,14
160:15,18 161:12
164:14 165:19,22
165:23 188:9,10
193:18
**choice** 57:3,4 233:5,7
233:15,20
**choices** 327:16
**choose** 232:22
**chooses** 281:14
**chose** 207:12
**chosen** 207:3,21
217:23
**Chris** 137:25 138:1
140:22 151:4
320:19
**CHRISTI** 1:2 332:2
**church** 173:16

**circles** 67:4
**circulation** 146:21
**circumstance** 204:13
232:18 298:2 299:1
308:3
**circumstances** 13:22
13:23 69:13 70:1,6
76:25 144:1 145:1
153:2 202:5,6,14
204:6,9,17 255:25
262:20,21
**cite** 312:15
**cities** 198:14
**citing** 312:23
**citizen** 47:8 144:7,11
144:13 146:7,18
156:4 157:5
**citizens** 143:24
144:24 145:5
146:11,22 155:1
**citizenship** 45:17
46:1,8,21 47:2,25
51:15,17,25 52:3,8
52:9,11,14,17 53:1
78:6 97:24 101:7
145:21 146:4
154:17 156:17
253:23 301:25
**citizen's** 144:20
**civil** 1:4,20 2:5 23:16
24:11,15 25:12,14
332:4
**clarification** 25:13
78:1,9 191:7
**clarifications** 224:4
**clarify** 237:13
**clarity** 222:16
**Clark** 2:15 5:6 8:22
8:22 238:13,16
245:24 246:12
247:14 248:24
249:3,4 250:25
268:13 273:3
275:21 276:18
277:16,17 285:23

289:10 292:23
293:1,8 294:19,23
295:1,5 301:8
302:17
**classify** 281:1
**claw** 212:18
**clawback** 212:8,23
213:22
**clawed** 197:23
213:11
**Clay** 328:25
**clear** 9:14 10:13 14:9
120:13 133:11
161:18 177:22
189:23 213:15
224:9 232:22 234:4
234:4,22 323:16
326:10 328:11
**clearly** 224:12
**Clerk** 6:22 275:22
276:10
**close** 36:24 215:25
**closely** 218:14
**closer** 24:7 39:11
**clue** 155:9 281:19
**code** 5:16 6:5 29:18
29:21 30:10 31:20
32:6 63:13 82:10,19
145:11 310:23
312:20 313:2 321:8
**coffee** 10:21
**Cohen** 7:11 289:12
289:19
**collaboration** 32:17
228:11
**collaborative** 32:24
**colleague** 9:8
**collect** 254:19 255:5
**Collecting** 254:14
**collection** 126:6
**collective** 225:19
226:4,6
**color** 205:15,16
**colorful** 207:14
**column** 199:2,11

200:19
**combat** 63:10
**combination** 190:9
191:24
**combined** 155:14
**come** 16:9 39:11,17
44:25 68:7 75:2
95:18 103:2 149:2
156:14,15,16,23
167:12 170:18
181:18 182:16
187:2 193:15,17
231:20 241:6,8,9,10
241:11,12,14
259:24 285:6
287:25 298:17
314:3 317:2 320:13
322:6
**comes** 39:3 56:12
124:14 148:12
149:5 167:12,14,20
224:9 235:21 248:1
285:14 302:11
316:2 321:23
322:16
**comfortable** 314:10
**coming** 204:11 216:8
285:1 288:3 310:23
**commanders** 13:24
**comment** 63:3 66:8
237:17,19
**commission** 34:1,3
71:8 192:22 193:1
228:22
**commissioner** 88:21
89:10 91:6
**commissioner's**
174:19
**commitments** 229:11
**common** 62:18
153:25 222:14
309:2,3
**communicate** 13:19
13:23 14:13
**communicated**

255:14
**communication**
    13:16
**communications**
    13:25 14:12 61:23
    86:1,2 87:23 133:25
    239:19,23 240:12
    240:13 282:8,11,19
    320:22
**communities** 86:7
    87:21
**community** 23:22
    89:5 90:8,11,15
    172:23 176:5
    237:25 238:1
    287:22 288:7
**companies** 281:20
**compare** 57:15
    132:14 279:19
**compared** 53:21
**comparison** 113:10
**competency** 313:25
    314:15
**complain** 95:20
    235:12
**complained** 95:16
    203:5
**complaining** 211:8
    237:3
**complaint** 215:10,13
    234:13 235:14,23
    235:23 236:24
    237:8,23 242:18
**complaints** 88:21
    89:3,25 90:2,9,21
    234:1,23 235:3,16
    236:1,3,8,15,19
    237:11,12 241:8,9
    241:14,20,23 242:2
    242:7,11,14,15,17
    242:20
**complete** 10:11 11:17
    19:21 32:7 128:22
    153:7 164:22
    166:10 182:20

**completed** 113:22
    114:10 122:5,15,16
    141:1 267:24
**completely** 12:25
    153:23 164:19
**completing** 270:17
**completion** 270:11
    270:15,19
**compliance** 13:12
    164:21,22 165:1,2
    300:7,23
**compliant** 45:12
    164:19
**complies** 239:3
    251:23
**compliment** 234:14
**comply** 164:7,12
    174:16 183:1,2
    222:4
**complying** 307:13
**compound** 92:10
    93:25 101:23
    102:19
**computer** 128:9,14
    131:25
**computerized** 47:1,4
    47:11 49:3 78:5
**concealed** 130:24
    138:14 139:17
    145:4 149:1 155:4
    155:10,18,20
**concentrated** 191:16
    191:18
**concentration** 192:12
    195:5
**concern** 23:23 58:14
    195:7 215:18
**concerned** 216:2
    260:24 290:22,23
**concerning** 57:11
    88:22 95:24 106:2
    122:15 320:23
**concerns** 216:11
    234:1
**concluded** 329:4

**conclusion** 30:17
    73:12 83:7 97:18
    146:13
**concrete** 231:10
**conduct** 81:1 110:25
    117:24 120:18
    130:11 133:14
    134:5,8 177:1
    183:16 244:14
    299:19,19,20
**conducted** 47:11
    114:1,9,17,19
    117:14,18,22
    122:13 130:9 131:7
    132:7,8,19,22 133:3
    133:21 138:14,21
    139:9,10 142:2,14
    143:4 265:23
    272:22 299:15
**conducting** 129:5
    143:14
**conducts** 299:17
**CONFERENCE**
    2:14
**confident** 59:6,12
**confused** 120:13
    310:1
**confusing** 79:12
    214:7 225:1
**confusion** 44:1 114:4
    120:7
**connect** 97:1
**connecting** 96:6
**connection** 35:14
    96:20 97:15 200:3
    205:18,21 207:24
    215:18 223:21
    231:7 237:5
**connectively** 36:1
**connectivity** 35:25
    84:25 96:22
**connotation** 221:20
    222:17,24 223:4
**consequences** 249:6
    249:11 265:12

**consider** 96:4 97:22
    201:16 204:12
    262:24 291:11
**considerably** 170:13
**consideration** 105:4
    106:14 107:1,4,12
    108:1 109:1 111:8
    114:21 117:11
    120:22 137:11
    194:5 196:1 207:8
    291:25 320:7
**considered** 200:8,17
    250:15 263:2
**consist** 244:25 282:5
**consistent** 315:1
**consistently** 296:17
**constant** 231:3
**constantly** 274:1
**constitute** 270:16
**constituted** 270:17
**constraint** 203:22
**constraints** 215:19
    217:11
**construction** 205:23
**consultation** 33:10
**contact** 88:2 90:6,7
    187:17,20 208:23
    234:17 240:15
    283:20 321:1
**contacted** 187:25
    188:2,4
**contacts** 63:25 269:1
**contain** 331:5
**contained** 179:23
**contains** 27:10
**contend** 197:21
**context** 191:9 197:8
**contexts** 323:25
**continue** 59:22
    306:25 325:4,9,13
    325:23 326:5,14,20
**continuing** 328:7
**Continuity** 42:15
**contract** 5:20 81:21
    81:25 82:24 83:3

JOE PETERS                                                          4/30/2014

9

**contribute** 108:13
   109:10,12 139:1
   140:13
**contributed** 178:15
**control** 260:25 303:4
**controlling** 87:4
**convenience** 218:24
   264:23
**convenient** 290:22
   291:4,7,12,16 292:1
**convention** 307:6
   309:15
**convictions** 165:16
**convince** 56:5
**cooperation** 5:20
   81:20,25 82:21,23
   83:2,12,17,21 181:9
**coordinate** 155:24
**copied** 110:8 212:5
   214:16
**copies** 20:9
**copy** 16:24 28:19,21
   32:5 35:3 37:12
   41:5,10,12 81:20
   98:21 112:13 115:2
   129:4 145:10 179:7
   213:17
**core** 217:14 232:5
   233:6
**corner** 250:2
**CORPUS** 1:2 332:2
**correct** 11:18 20:14
   24:23,24 28:5 29:24
   30:11 34:6 35:10
   36:20 37:1 38:5,20
   38:24 39:9,10,12,17
   40:3,4,6,8 41:25
   42:1 43:22 44:4,10
   44:10,14 45:7 48:7
   49:1,6,7,7,25 50:6
   52:5 53:5 54:5,6
   61:11 69:18,23
   71:13 73:10 74:11
   78:15,18,22 79:1,5
   79:6,10 80:11 82:8

82:12,14,19,23 83:2
83:11,16,19,20 84:2
84:4,5,7 85:3,5,14
88:20,24 89:8,18
92:18 93:21 95:12
95:15 97:4,7,15,20
98:8,16 99:3 100:1
101:12,22 102:8,13
102:17,24,25 103:3
103:5,9 104:14,19
104:24 105:11,16
106:3 107:2,16
111:5,8,11,13,17
114:2,11 119:24
120:3,4 122:1
123:13 125:20
126:7,8,21,25 127:3
127:4 128:21
129:17,19,22
130:13 131:6
134:19 136:1,15,16
136:20 138:9,17,20
139:2,6 144:21,22
145:18 146:2,5,11
146:24 148:11,13
149:5 153:11,12
156:5,15 159:7,10
159:25 161:19
164:3,4 166:14,17
167:19,22 171:17
178:21 179:22
181:12,14 182:14
183:23 185:3
188:20 190:25
191:15 192:2 193:2
194:13 199:11,18
200:1,2 203:16
206:22 207:1,2,18
207:19,22 209:2,10
210:18 211:9,10,22
211:24 212:2,3
214:17 215:20
217:7,8,12,21,22,25
218:9 219:25 221:2
221:10 222:8,19

224:6 225:14
227:12,13,20,21
232:7,19 233:22
236:9,16 237:23,24
241:20 242:10,13
246:4,8 250:4 251:3
251:4 252:11,16
254:15,19,20 261:8
262:19,20 265:22
266:12 268:14
269:6 271:9 273:5,6
273:10 275:23
276:20,21 277:13
277:20,23 279:1,2
280:3 285:25
289:13 290:14
293:16 295:10,11
295:22 299:16
302:10 311:17,18
315:2,7 319:11
322:24 324:2
326:21 327:6,18,24
331:5
**correction** 76:2,13,25
   330:4 331:8
**corrections** 75:25
   76:21 330:1 331:7
**correctly** 121:15
   196:1 199:6 208:16
   215:7 224:15,19
   255:4 308:10
   325:21
**correspond** 155:19
**corresponded** 120:24
**cost** 71:18 72:2 96:23
   100:14,25 108:6
   168:19 169:13,17
   170:9,13,20 179:5
   179:21,25 180:1,9
   185:8,20,22 186:1
   186:14 208:1,1
   209:21 319:7
**costs** 96:10 169:8
   200:4 210:10,14
   215:12 287:7 319:8

319:9
**counsel** 9:5 17:1,2,6
   17:10 18:11 20:17
   20:21,23 32:20
   33:11 120:7 142:17
   197:10,20 209:6
   230:4,5 249:1 333:1
**counties** 84:6,10,11
   84:12,12,15,18,20
   84:21 85:1,3,7,15
   86:12,15 87:13,16
   89:25 91:9,13,17,22
   91:24 92:1,5,13,16
   92:19,21,24 93:4,7
   93:12 124:10,20
   149:4,8,9,10,16,18
   149:20 166:3,5
   167:1,5 171:9,21
   173:8,12,14,22
   174:15,22 175:18
   175:22 176:4,6
   179:1 181:9,15,21
   181:25 184:20,24
   187:18 188:1,4,25
   191:13,16,20,23
   192:3 198:15
   200:23 201:11
   206:10 217:1
   228:13 268:19,19
   269:1,24 270:14
**country** 16:7
**county** 5:22 6:19,22
   7:3 15:8,21,25
   23:21 59:7 71:6,10
   71:15,23 72:13
   80:14,19,24,25 81:6
   81:9,15,22 82:2
   85:1,6 86:14 88:21
   88:21,23,25 89:2,12
   91:6 93:10,13,13,24
   94:2,10,18 126:17
   149:9,12 152:7
   166:8,16,18 170:22
   171:12 173:5,6,6,7
   173:16,21 175:14

JOE PETERS                                    4/30/2014

10

175:18 176:8
177:23 179:12,15
181:10,23 187:20
187:20 188:2,14,16
188:18,22 195:10
198:20 199:15
200:15 203:19
204:14 220:3,6
222:7 223:10,11
236:9,10,11 237:7
250:14 268:22
269:6,10,12 270:13
271:11,14,20,23
272:8,14 273:4,8,9
274:9 275:1,10,22
276:5,10,15,19,24
277:2 290:8 291:1
332:9
**County's** 223:9
**county-led** 227:24
**couple** 59:20 149:8
149:10 236:12
241:7 295:6
**course** 52:2 270:12
270:16,18,20
273:13,18,20,24
299:14 302:1
318:21
**court** 1:1 9:17,24
17:16 24:25 25:19
26:3 41:13 174:19
213:16 223:6
316:22 317:7 332:1
**courtesy** 193:4
**cover** 6:10 147:21
197:4,21 275:5
293:14
**coverage** 206:2
207:18 228:13
**covered** 33:11 189:10
208:13 234:2
**co-located** 67:11
**create** 96:19 199:12
**created** 42:2 126:1,2
292:14 328:20

**creating** 124:23
200:8 206:8
**creation** 244:17
**credentials** 217:25
**credible** 26:5
**Creek** 2:11
**creep** 221:13,15,20
222:18,22 223:3,21
**criminal** 15:14 25:6
25:19 26:3 60:5,12
67:11 148:24 165:5
165:7,12,14 175:24
191:4 303:11,24
304:1
**criteria** 110:18
204:22 257:7,10
271:5,12,24 272:2
**critical** 195:12
**criticism** 234:6
237:17
**CSR** 1:17 4:5 48:25
55:3,4,7 56:5,12
59:21 63:25 64:2
71:6,8,22 78:7
95:20 170:2 202:15
203:10 250:16,17
259:5,8 263:11,13
297:17 333:12
**CSRs** 42:17,19 43:13
43:18 44:3 46:20
55:11 61:8 63:4
71:4 215:4,22,23
218:21 250:12
255:8,10,14 259:17
266:11,14
**cup** 10:21
**current** 10:17 16:14
35:20 49:15,15 58:4
65:23 104:9,16,21
146:20 153:14
154:25 306:4 327:5
**currently** 59:8,10
65:17 103:23
191:13 214:23
215:3 222:11 321:2

322:5
**custom** 310:10
**customer** 21:12,15
21:23 22:4,5,11,13
32:23 41:8 42:15,25
53:11 59:13 70:18
70:25 71:1,2,20
93:11 177:15
214:24 240:7
243:18,19 244:21
244:22 245:12,16
247:1 285:4 296:10
296:21 327:13
**customers** 285:14
**CUTLER** 3:7
**Cypress** 2:11

─────────────
**D**
**d** 3:1 36:11,12 53:14
306:1
**daily** 43:2 180:12
321:15
**Dallas** 4:2 149:9
173:6 200:15 220:3
220:6 223:9,10,11
236:11
**Dallas-Garland**
199:8,9 200:17
**Dan** 8:10 77:16 99:9
103:22 127:25
130:1 142:19
**Daniel** 2:3
**daniel.freeman@u...**
2:8
**data** 6:11 30:13 31:7
42:21 43:8 49:14
59:17 62:20 63:21
63:21 108:13,24
112:7,7 113:11,12
114:10 115:5,8,10
115:17 117:11
118:17 120:21
121:3,24 123:5,7
132:7,24 135:2,6,9
136:13,17 137:1,8,9

137:12 139:7
140:25 141:8,23
142:9,13 143:2,7,10
143:10,14 148:12
158:1 160:5 161:23
177:9 205:17 320:6
320:8,9,10,11,12,23
321:12,15,23
**database** 37:17,19,25
47:5,21,23,25 62:19
64:14 69:7,10 74:10
109:13,16 112:9,12
112:18 113:6,15,18
119:22 120:10,18
121:3,4,6,10,14,14
121:16,17 122:2
124:13,15,17,18,22
125:5,19,23 126:10
128:2,19 129:4
134:21,22,25 135:3
137:12 148:9,11,13
148:14,21,24 149:1
149:4,5,11,22 150:2
150:9,25 151:24
154:23 155:4,6
157:8,9,25 158:6,15
158:15,16 159:2,6
160:16 161:5
162:21,22,23 163:5
163:6,9,10,11,16,20
163:21,24 175:19
175:20,21,22,24
176:3,11,13 180:11
180:19 181:20
257:4
**databases** 49:5
113:11 121:1
128:17 148:20
160:12 161:13
175:15,16
**date** 7:7 27:24 28:4
38:7,8,15,19,24
41:13 89:11 98:12
98:19 108:17
111:10 113:18

JOE PETERS

4/30/2014

11

122:13 126:20,20
134:6 135:7,10
141:20,20 143:8
144:19 149:25
151:6,14 170:10
231:25 235:10
237:2 245:25
277:23 312:10
318:10 324:17
326:3 333:12,15
**dated** 5:24 6:3,13,14
6:16,17,18,19 88:19
213:8 246:3 273:5
276:22
**dates** 91:1 108:23
109:20 120:24,25
126:24 272:8,17
**David** 36:12,13
**Davio** 20:2 184:3
**day** 11:8 23:21 39:15
39:16,17,20,24,25
40:1,3 62:4 171:25
317:18 333:7
**days** 38:6,8,14,19,23
39:2,6,16,21,23,24
44:17 45:1 49:10,22
87:1,15,19 89:19
93:17,19,19 127:3
171:25 198:17
252:11,15,17
257:12 269:25
278:9
**DC** 2:7 3:8
**deal** 229:23
**deals** 22:14
**death** 23:23 180:18
**debatable** 78:19
218:7
**debates** 208:17
**deceased** 128:23
**December** 16:23
32:14 129:12
**DECHERT** 1:18
2:21 3:1
**decide** 233:18 327:4

**decided** 58:5,7
185:17 227:7
233:11 284:25
**decision** 96:19 100:3
100:7,10 115:9,16
115:21 177:13
192:10,18,19 193:7
223:15,15,16
225:19 226:5,6,17
226:20,24 227:5
228:18,19 233:13
233:16 263:8,13
284:3,4,7,20,22
326:18
**decisions** 229:4
263:14
**declared** 133:13
**decline** 116:19
**declined** 92:2,7,13,19
93:10 116:8
**declines** 55:7
**decreases** 175:13
**decree** 316:21 317:7
318:12
**dedicate** 285:4
**dedicated** 284:5
325:20
**deem** 41:1
**deemed** 91:6
**defeat** 101:6
**defendants** 1:6 3:15
9:4 332:6
**defer** 137:22
**define** 204:22
**defined** 206:21
**defining** 201:21
**definitely** 315:15
**degrade** 215:5,20
216:3
**delayed** 174:3
**delegate** 82:16 83:4
83:13
**deleted** 64:16
**deliberation** 107:7
**deliberations** 226:22

**deliberative** 226:16
**delineated** 224:12
**delivered** 16:25
**delivery** 208:11
**demand** 323:18,22
324:4,16,17,22
325:5,12,16,25
326:19
**demographic** 195:19
**demographics** 89:1
130:21 138:11
192:3
**demonstrate** 270:23
**demonstrated** 270:24
**denied** 203:6 256:1
**department** 1:8 2:5
3:21 5:21 13:6
14:18 15:18,19 16:5
16:8 29:15 30:5,8
30:25 31:3,7,18
34:4 35:11 37:24
41:1,4,10 71:12
75:17 81:22 85:25
96:7 107:10,11,24
107:25 113:25
114:8,10 115:15
130:8 134:16
137:16 139:1
157:23 160:9 191:4
212:1 220:6 227:19
229:7,9 231:18
279:25 280:3 313:3
313:5,21,22,23
314:1,10,17 315:22
315:22 320:4
**departments** 133:22
175:23
**department's** 31:13
252:25 253:2
301:20
**depend** 163:22 195:9
**dependent** 53:19
169:8,14
**depending** 195:5
202:14 204:6

285:13 308:4
**depends** 45:10 56:3
153:2 224:7
**deploy** 220:13 244:13
221:18
**deploying** 87:6,12
221:18
**deployment** 170:12
225:4
**depo** 23:2
**deposed** 9:11 23:12
24:10,14,15,19
**deposition** 1:8,13
5:14 8:7 9:14 10:8
19:24,25 21:2,3
22:18 27:1 28:8
79:8 104:10 189:15
224:10 239:23
240:1 241:15,24
267:8 327:22
332:15,17,22
**deputies** 221:6
**deputy** 14:17 21:12
139:25 188:1 245:8
320:24
**describe** 197:8
198:11 202:10
209:8,14 227:23
230:10
**described** 29:20
55:16 132:9,15
203:23 231:23
237:2
**describes** 89:9
**describing** 236:1
**description** 5:12
68:23 313:18
**designate** 151:23
159:17 162:18
**designated** 18:12,13
18:25 19:4,16
103:25 105:11,17
106:3 107:20 112:4
119:7 128:1,2,6
130:2,6,8,19 131:3
131:16 132:4

JOE PETERS                                                    4/30/2014

12

135:25 150:16 153:8 158:10 161:1 283:25
**designating** 18:18 152:15
**designation** 105:20 152:14
**designed** 202:2
**designee** 114:1
**desire** 196:10,11
**desks** 243:16
**despite** 325:10,14,15
**destroyed** 76:4
**detail** 15:23
**detailed** 150:8
**details** 302:1
**detected** 297:6,9
**determination** 227:3 303:18,21 314:7 317:24
**determine** 31:14 35:16 37:6,17 51:12 78:21 91:17 105:5 108:10,21 113:21 114:9 119:2,14 120:19 122:4 133:15 140:25 149:12 169:12,17 171:18,22 175:3 177:9 179:5 192:15 199:23 205:2 206:10 237:5 313:24
**determined** 24:5 58:12,15 69:2 171:20 225:23
**determines** 259:13
**determining** 48:21
**develop** 33:3,10 35:15
**developed** 286:7 320:16
**development** 176:25 222:7
**device** 185:2,11

**devise** 113:9 121:20 135:15
**devote** 93:1
**devoting** 325:4
**DHS** 279:25
**died** 180:14
**dies** 152:10
**differ** 51:19 124:12
**difference** 57:18 144:6 161:15,16,20 253:22 254:2 260:15 264:10 275:4 314:16,19
**differences** 162:12
**different** 55:24 141:21,22 150:1 152:17 158:11,22 165:12 168:16 179:22 182:25,25 183:2,22,22 207:14 208:25 253:13 264:2 317:10 318:17 323:25
**differently** 152:22
**difficult** 12:7 264:16 264:20
**direct** 35:14,25 86:5 96:10,20,23,24 97:15 229:8 240:15 301:16,21 306:16
**directed** 26:15 90:5 228:14 285:11 325:11
**direction** 177:22
**directive** 205:4,6
**directives** 58:19 63:14
**directly** 13:19 14:13 22:15 82:17 96:7 122:9 136:14 149:15,18 175:14 187:17 328:21
**director** 13:6 14:17 16:8,12 21:12 176:20 192:21,25

211:23 229:3 233:4 233:12 245:8 320:25 326:13,24 327:4
**directors** 139:25 188:2
**disabilities** 203:16
**disability** 203:17
**disagreement** 54:17 55:8,21 56:24
**disappearance** 24:1
**disappeared** 23:21
**discovered** 240:23
**discrepancy** 278:24
**discretion** 31:14 55:3 55:4 65:6 81:11,14 227:18 259:17 326:16
**discretionary** 196:12 327:16
**discuss** 105:25 106:25 139:12,13 139:20
**discussed** 28:13,20 78:22 80:11 83:24 102:7 106:24 117:1 127:1 135:25 139:21,24 140:19
**discussing** 77:14 250:10
**discussion** 58:13 96:9 96:12,15 105:9 106:22 107:8 117:4 127:7 135:22 138:6 184:18 185:1 189:6 197:18 213:4 214:10 231:14
**discussions** 42:22 66:2 133:24
**disenfranchising** 233:9
**dispatch** 202:15
**dispatched** 169:21
**dispatcher** 15:7
**display** 287:4,5,9,10

287:14
**displayed** 162:8 286:2,3,15,19 287:15
**displaying** 288:8
**distance** 207:3 208:3
**distances** 207:21
**distinct** 43:9
**distinction** 67:8 74:2 74:22 75:12 124:16 144:11,18
**distinguish** 146:21,23
**distinguishable** 150:10
**distinguished** 175:8
**distribute** 286:22,25
**distributed** 149:7 276:24
**distribution** 234:2
**DISTRICT** 1:1,1 4:1 332:1,1
**districts** 149:12 175:18
**division** 1:2 2:5 13:7 13:13 15:14 19:20 22:10 32:23 33:16 78:14 121:8 123:21 137:19,21,23,24 138:1,21,23 140:17 151:2 157:14 168:4 176:21 185:24 192:20,24 215:16 217:24 233:5,13 241:3 243:9 245:5,6 269:9 320:17,18 326:13 332:2
**divisions** 67:12 168:6 191:2,3
**divorce** 316:21 317:7 318:12
**DL** 14:1,3,10 126:19 178:24 180:6 202:1 206:20,25 211:4 214:25 215:4,5,20 216:3,12 217:10,24

JOE PETERS

4/30/2014

13

**DLD** 234:13
**DLs** 249:14 255:25
**doc** 201:24
**document** 11:21 12:2
  17:24 18:1 27:8,15
  28:18 30:21 32:4
  37:3,4 50:22 51:21
  60:22 71:21 74:2
  81:19,23 82:8 84:2
  88:16 98:5,15,17,21
  98:25 110:3,5 123:9
  136:2,3 145:9,15,16
  145:18 185:25
  186:11,18,20,25
  187:1,8 197:2,9,12
  199:13 204:21
  205:14,17,18 206:4
  206:9,18 209:12,14
  209:16 210:16
  213:18 242:4 246:2
  248:17,21 249:16
  250:1,25 251:14,22
  263:25 264:2
  265:10,14 269:20
  272:4,5,18,21,23
  273:3,7,12 274:15
  275:9,21 276:8,12
  276:16 277:17
  278:4,14,15 279:16
  285:23 288:13
  292:6 293:8,13
  304:21 305:25
  306:10 308:2 318:9
**documentary** 52:7,11
  52:14
**documentation** 7:7
  20:4 43:7 47:24
  56:4,10,22 57:5
  69:21 259:23,25
  277:20 298:6
  301:25 302:1 304:4
  309:14 316:16
  317:11,20 319:17
  319:20
**documented** 65:24

117:6,7 235:24
**documents** 11:25
  36:18,24 37:15 40:6
  40:15,19,22,24
  41:18,22,24 42:2,3
  43:7,12 51:11,17,18
  51:19,23 53:9 54:3
  54:7,15,20 55:9
  56:25 72:22 136:21
  185:20 210:3
  239:15 241:22
  250:9 252:1,24
  253:2,14,19,20
  254:3 267:6,14
  272:20 275:4 277:7
  277:12 278:5,12
  279:19 287:15
  294:20 305:20
  306:8,11 311:20
  316:19,20 319:10
  323:21 328:5,20,23
**Doggett** 3:11 5:7 9:1
  9:1 176:17 301:10
  301:11 302:18,21
  308:24 317:15
  318:21,25 319:4,6
  319:23
**doing** 35:22 36:5
  47:18 53:11 66:1
  163:3 170:15 201:4
  215:3 254:5 269:24
  274:13 291:18
  296:11,13 297:4
**DOJ** 218:4
**dollars** 185:22 200:4
  215:1 232:17 326:3
**door** 3:7 286:3
  300:16,17,18
**downtown** 196:19
**DPS** 9:5 13:20 17:2
  20:22,24 22:22
  23:13 26:15 29:1
  32:8 33:7 37:1,6
  38:17 42:6 46:7
  49:11 58:1,5,23

60:1 61:2,12 62:10
63:9 64:8,12,14
65:7,18 67:1,5
70:14,22,25 71:14
76:12 77:8 80:18
81:1,11,14 82:1,5
82:16 85:8,16 86:8
86:12,14 87:12
88:17 89:9 92:16
93:3,6,11 95:8,16
96:4,7,10,16,23
97:2,22 99:11,12,13
101:25 103:6,17,23
104:22 105:5,18
106:14 107:1,6,9,18
108:9,19,20 109:10
109:12 110:10,12
110:15,16,20,22,23
111:4,5,17,19,20,25
111:25 112:3,11,12
113:3,6,9,11,12,14
113:17,18,20
114:16 115:2,4,25
115:25 116:1,14,15
116:19 117:1,4,11
117:11,14,17,22,24
118:1,9,16,21 119:7
119:9,10,13,22,25
120:1,8,17,21
121:20 122:1,4,7
123:5,13,15,19,20
124:5 125:8,17,23
126:9 127:23 128:7
128:17,21 130:11
131:1,3,4,4,8,8,12
131:13,18,22 132:7
132:15,19,23
133:10,18,20 134:1
134:7,8,9,18,20
135:9,11,15 140:4
140:11,23 141:7,10
141:23 142:3,8,12
143:2,14 148:15,20
149:15,20,22 150:1
151:5 152:10 157:8

158:14 159:11,23
160:13 164:12
165:5,9 166:8,23
167:9,17,23,24
169:19 170:4,6,10
170:23,24 171:1,11
171:13,16 172:13
172:21 173:8,11,18
173:25 174:3,5
175:1,14 176:17
177:2,4,5 178:1,16
179:4,16,20,24
180:10 181:11,13
181:20 182:3,7,9,12
182:16,17 183:1,7
183:18 184:2
185:23 186:19,24
187:2,3,17,20 188:6
189:21,24 190:3,8
190:16,22 191:8,10
191:13,23 192:2,3,6
192:10,19,25,25
193:8,11,12,15,16
193:20,21 194:3,5,9
194:10,11,11,21,21
196:7 198:16
199:18,25 200:3,5
200:22,23 201:15
201:20,23,25
203:13,21,25
204:25 205:5,10
206:4,5,14 207:9,10
207:24 208:3,11,18
208:19 210:6,9,13
210:22 215:11,16
216:10,17 217:2
218:12,12,16,17,18
219:1 220:13
223:22 225:22,24
226:3,7,12 227:6
228:10,14,21,22
229:8,12,24 231:6
232:1,13 233:11,25
234:5,19,20 235:2
235:15 236:7 237:1

JOE PETERS

4/30/2014

14

237:3,4,15,23 239:2
239:8 242:6,10
243:3,5,7,20 244:20
245:13,25 246:21
246:23,24 250:11
252:13 254:18
257:23 258:1
259:20 260:24
262:9,17 263:20
266:8,19 267:19
268:6 269:5,10,12
269:17,18,21 270:3
270:9,12 271:15
273:17,23 277:3
279:7 280:16,24
281:20 282:24
283:1,5,11,23,25,25
284:9,25 285:16
286:17,22 287:16
287:25 288:3,11,25
290:18,18 291:4,11
292:12 293:2,17,24
294:2,6,9,13 295:7
297:16 298:25
299:7 303:9,17
305:7 306:2 308:7
308:15,22 311:10
312:15 316:1,25
319:12,15,16,21
321:12,18,19 322:6
323:17 324:7,14,18
324:21,21,22,24
325:3,12 326:16
**DPS's** 217:6,14
231:18 234:22
277:18 280:12
**DPS-issued** 37:11
105:7 108:11,22
119:4,16 120:20
**DPS-led** 228:4
**DPS-run** 87:20
**draft** 33:10
**drafted** 15:12 32:15
33:15
**drafter** 32:18

**drafts** 239:21
**draw** 246:12 252:4
**drink** 12:10
**drive** 177:22 205:25
256:8 258:19
**driver** 13:10 41:2
42:9,20 43:1,9
44:23,24 48:9 49:16
58:10 59:16 67:16
80:20,21 85:9 86:17
87:13 92:6 108:9
121:3 124:9 125:11
125:12,13 130:22
134:21,22 137:12
138:12 148:13
155:22 163:13,24
168:3 169:21 172:5
172:25 173:4,14
177:11,11,14,23
178:6 180:8,21
184:21,22 185:24
190:9,18 193:18
195:6 201:17
202:12,13 205:24
206:3,12 215:16
217:17 218:25
232:3,25 243:5
247:1 261:3,5 264:5
264:17,22 286:7
296:3 297:15,22
300:8 321:23,24
**drivers** 111:5
**driver's** 13:7,13 14:3
14:10 16:12 19:20
22:5 37:5,16,17,19
37:20 38:18,22,25
42:11,21 43:24
44:16,25 45:8,11,20
46:4,9 48:2,5 49:10
49:12,19,19,23,24
50:2,6,14,20,23
51:2,5 52:4,15,23
53:4,21,23,25 54:19
56:8,13 59:6 62:23
63:17,19 67:6,10

72:24 74:20,23 75:5
78:14 82:13 92:6
109:16 110:19
112:8,17 113:15
117:19 121:10
122:2 124:12,14,17
124:22 125:5,15
126:7,10 132:14
133:15 135:3 139:7
139:18 140:14
141:16 143:23
144:3,7,7,12,13,14
144:19,20 145:19
145:25 146:16,20
147:3,8 148:9,11,16
148:20 149:3,11
150:2 151:10,12
152:21,23,25
153:19 154:8,20
155:1,5,11,19 156:3
156:7,11,16 157:9
157:21 158:14,17
158:18,22,23 159:2
159:6,13 160:15,18
160:22 161:14
162:21 163:6,9,15
163:20,25 164:3,16
164:23 165:4 173:9
173:12 175:19
176:3,11 180:3,10
188:5 190:22,23
191:10 192:20,24
195:20,21 198:14
206:21 211:2
218:20,22 232:5,9
232:23 233:5,6,7,12
237:19,20 243:9
252:10 253:16,19
254:3,10 256:5,24
259:4,10 260:4,6,10
262:6 278:7 283:11
284:9,16 286:4
298:11,18,19
299:13 305:21
314:22 320:10,13

326:13
**driving** 45:5 256:7
257:3,4 259:11
261:10 298:3
**drugs** 12:6
**duly** 1:14 8:3 332:14
**Dunbar** 3:5 5:6,8
8:18,18 189:8,9
195:8 196:22 197:1
197:13 198:4,9,10
201:7 205:13 208:6
209:6,8 211:13,17
212:6,10,13,19,22
213:2,15 214:4,12
214:13 219:5,9
223:8 227:2 229:20
230:4,7,10 323:11
323:14 325:22
327:19,21
**DUNN** 2:10
**duplicate** 129:21,24
258:3 259:9
**duplicates** 128:23
**duplicating** 75:19
**duties** 82:16 123:25
244:5
**Duval** 5:22 81:22
82:2
**dynamically** 285:15
**D.A** 205:3

| E |
| --- |

**E** 2:1,1 53:15 331:1,1
**earlier** 38:19 39:1
55:16 78:4 102:7
106:24 109:5,7
118:3,11,18 126:15
135:25 140:19
141:14 156:22
158:7 185:21
192:14 194:7
205:20 211:6,7
243:2 251:9 295:8
315:4 319:7
**early** 306:17

JOE PETERS

4/30/2014

15

**easier** 40:21
**east** 21:23 191:21
**easy** 13:4 184:19
 213:23
**educating** 294:14,15
**education** 15:3 66:22
 245:14 280:23
 282:2,24 293:18
**educational** 14:23
**effect** 60:1 175:11
 208:10 231:17,19
**effective** 177:18
**effectiveness** 273:14
**effects** 215:15
**effort** 119:11 189:13
 237:4 281:2,2
 287:21
**efforts** 46:16 66:22
 91:4 117:14,17
 155:25 210:13
 293:22
**EIC** 5:20 7:6,12,15
 14:12,13 28:7 30:13
 36:20 37:1 38:9,24
 39:2,3,8,25 40:13
 42:3,23 43:3,7,8,8
 43:21 44:1,2,16
 46:4,11 47:12,16,18
 47:21 48:6,16 49:6
 49:11,14 50:8,17,22
 52:3 53:2,3 54:25
 55:7 56:1 57:1 58:9
 58:9,14,16,20 59:7
 59:8,9,17 61:10
 62:19,19,24,25 63:8
 63:16 64:13,20
 65:14 68:1 69:14
 70:2,7,16 71:3,10
 72:7,9,19 73:7,8,10
 73:17 74:14 75:6,8
 75:11,13 76:3 77:5
 78:18 80:14 81:1,21
 82:4 85:10,11,15
 86:16 89:5,11,12,19
 90:7,10 91:10,14,18

92:2,14 93:1 94:15
95:4,25 96:5 97:9
97:23 98:23 99:8
100:14,24 101:12
101:21,22 102:8,16
102:17,22,24 103:2
104:11,13,14
158:13 159:3,6,13
159:16,21 160:16
161:21 162:4,11,13
164:5,8 166:3,6,15
167:5 168:22
169:19 170:3,3,5,19
172:6 173:21 175:7
178:17 179:25
180:2 184:16,23
187:18 188:23
190:1 201:24
202:21 203:8
206:15,17 208:10
210:11,14,22 211:8
215:11,12,18,25
216:2,11,16,17
217:1,7 218:8 219:1
220:14,22 221:1
222:8 223:22 224:3
224:6,16 225:13,18
227:8,17 229:19
231:3,18,23 232:1
232:13,24,25 233:7
233:10,10 234:23
234:25 235:12,16
236:1,16 237:17,21
238:2 242:8,12
246:20 253:15,21
256:16,18,19 257:6
257:16,19,21
258:11,20,24 259:7
259:12 260:1,11,22
261:4,23 262:7,23
263:21 264:16
267:20,24 268:20
268:23 269:23
270:12 271:5,12,18
271:20 274:1,16

276:25 277:13,20
280:2,5,6,12,18,25
281:22 282:2,15,24
283:2,6,7 284:4,16
285:7 287:16
289:13 291:12
292:3,7,17 293:18
294:3,10,15 295:9
295:10,12,18 296:6
296:22 297:25
298:5,9 299:23
300:4 301:22
302:13,16 307:12
311:16 312:13
314:17 316:1
321:21 322:3,7,7
323:6 324:19 326:2
326:19,21 328:17
328:18
**EICs** 7:16 44:8 48:13
 64:4,23 65:1 67:6
 72:13 76:16 80:16
 80:24 81:6,7,9,12
 81:15 82:13 85:21
 93:13,23 94:2,11
 95:8,17 102:13
 135:4 166:13,21
 167:9 168:22 169:9
 169:24 170:23
 174:23 175:5
 176:22 178:20
 180:6 181:11 182:1
 188:15 202:18
 208:20 211:3
 216:20 218:22
 226:14 227:22
 231:8 232:9,17
 234:2 235:4 236:8
 240:22 243:13,17
 244:17 245:25
 246:18,22 249:13
 252:14 253:6 254:3
 254:19 262:18
 263:12 266:9,12,15
 268:7 271:14,24

272:9 273:9 276:6
281:3 283:17 284:1
284:22 290:9
295:21 296:15,16
296:25 297:1
301:21 322:25
323:18,22 324:1,4
324:13,16 325:16
326:4,23 327:2,10
**EIC's** 283:10
**eight** 12:11 16:7 84:6
 84:11,18 85:3,7,15
 86:12,14
**eight-hundred-plus**
 185:22
**either** 53:22 57:6
 59:22 71:22 72:16
 78:7 85:5 109:20
 117:9 122:23
 164:18 227:18
 253:11 269:12
 274:13 277:5 289:5
 299:2
**elderly** 23:19 204:9
**election** 6:19,21 7:2,5
 7:9,13 13:11 27:3,6
 27:16 28:6 29:8,8
 29:15,18,20 30:7
 32:8 34:15,18,21
 37:9 38:7 39:4,12
 39:15,16,20,24,25
 40:1,3 42:13 43:2
 49:9 54:13,21,23
 56:20 58:2 69:20
 75:19 87:17 93:20
 98:10 173:22 176:7
 181:21 216:8
 230:12 236:9,11
 246:7,8 249:16
 250:3 251:2,15
 252:6,22 254:9
 255:22,23 256:14
 258:5 262:15
 263:18,21 267:1
 273:4 275:10,22

JOE PETERS

4/30/2014

16

276:19 277:19
285:24 293:10
303:13 313:4 321:3
**elections** 138:21,23
218:15 220:6
**electronic** 198:23
281:14 320:9
**element** 304:22
**elevate** 263:9,10
**eligibility** 40:7 44:16
251:14 271:5,12,24
272:2 313:25
314:15
**eligible** 48:17 54:22
144:3 149:13 252:5
257:6 259:6 260:7
302:3 303:7,10,16
303:19,23
**eliminate** 65:21
125:19
**eliminated** 124:22
**elimination** 66:13,23
**Elizabeth** 2:4 9:8
**Ellis** 310:25
**Elm** 4:2
**employed** 110:9,12
245:14 333:2
**employee** 61:2 70:25
71:12,14 123:19
131:22 160:1 170:1
170:4 183:11,14
249:4,10 265:9
267:16 295:7,8,12
296:5,14
**employees** 46:13
61:12 169:19,20
171:11,16 182:4,9
198:15 239:8 243:3
243:4,5,5,7,11,16
243:20 244:20
246:20,21,23,24
247:1,14,20 249:20
250:11,14 252:13
253:3,5 254:1 255:3
257:23 259:20

262:18 263:4 266:6
266:7,11 267:4,19
268:6,20 271:15
273:8,9 275:2,3,12
275:13 279:7
296:24 298:25
**employee's** 160:5
265:7
**employment** 15:5
**empty** 285:4
**enable** 202:3,4
**enacted** 77:8 244:5
**enactment** 208:17
210:10,15 217:15
**encompass** 22:2
**encounter** 296:21
**encountered** 309:4
**encourage** 281:20
**encouraged** 281:24
**encouragement**
228:17
**enforced** 299:9,10
**enforcement** 13:11
14:24 15:3 16:6
58:24 64:1 67:5,9
67:13,23,25 68:6,8
175:24 176:5
209:25 217:15,18
217:21,25 218:2
**enforcing** 297:3
**engage** 324:14
**Enrique** 123:18,19
123:20 129:15
**ensure** 58:8 88:8
93:12 299:12
**ensures** 233:15
**ensuring** 35:17
**enter** 80:18 92:2,7,14
92:22 170:3 182:11
**entered** 82:1
**entering** 42:21
**enters** 170:2,22
**entire** 54:24 175:22
176:13 227:17
**entirely** 11:16 55:24

**entirety** 22:3 293:17
**entities** 83:14
**entitled** 7:2,11 250:3
251:14 273:3
275:21 276:18
277:19 289:12
293:9
**entitlements** 47:7
**entity** 294:13
**entrance** 286:4
**entries** 308:12
**entry** 43:8 59:17
62:20 300:18
**equally** 233:1
**equipment** 84:24
166:20 170:12,14
171:1,4 172:8 185:6
188:15,19 216:22
216:23 230:21
270:12,25 271:1
**err** 48:13
**error** 42:25 43:15
**essentially** 304:21
**establish** 44:16 45:9
45:21 46:1 47:7
50:3,10 51:2,24
73:18 75:10,14
84:15,20 85:1,2
98:18 103:15 116:4
177:13
**established** 26:12
45:16 75:22 85:5,14
95:24
**establishes** 31:3
**establishing** 53:12
104:17
**estate** 184:5
**estimate** 185:5
325:15
**estimated** 109:14
168:18 169:4
198:20 199:15
**estimation** 325:15
**et** 1:3,5 165:16
268:20 306:23

325:14 332:3,5
**ethical** 294:11
**ethnicity** 113:15
122:1 126:20
**evaluate** 179:20
210:21 283:1
**evaluated** 203:18
**evaluation** 55:5
194:18 273:12
**evaluations** 273:13
273:18,20,25
**evening** 95:24 291:13
**events** 21:7 220:14
**eventually** 81:2
128:21
**everybody** 213:21
214:2 225:4 265:3
**evidence** 111:2,22
112:22 117:22
118:6 132:19
135:19 265:15,19
**evidently** 197:12
**exactly** 30:19 182:6
186:8 190:11 220:8
**examination** 5:5,5,6
5:6,7,7,8 8:4 147:17
189:7 238:12 301:9
320:1 323:13
332:19
**examine** 117:10
**example** 40:12 67:14
149:24 150:5
151:18 154:8 160:7
173:2 175:2 179:6
182:8 183:4,12,15
199:8 291:2 303:15
305:19 306:1
307:25 316:15
318:15
**exceed** 309:5
**exceeds** 45:3
**Excellent** 290:2
**exceptions** 149:8
191:25
**exchange** 6:14

JOE PETERS                                              4/30/2014

17

219:10
**excuse** 18:8 39:15
  60:23 62:19 67:17
  145:16 211:11
  215:16 265:7
  296:12
**execute** 166:11
**exemption** 149:14
**exemptions** 149:13
**exhaustive** 210:8
**exhibit** 5:13,14,15,17
  5:19,23 6:1,2,4,5,7
  6:9,11,12,14,15,16
  6:17,18,20 7:1,5,8
  7:10,12,14,15 17:18
  17:19 28:16,17
  29:10 32:2,3 60:17
  60:18 81:17,18
  88:14,15 98:2,3
  109:24,25 123:1,2
  132:16 145:8 179:2
  186:9 187:14
  196:23,24,25
  197:21 205:11,12
  211:15,16 213:7,18
  219:4,5,7,8 238:18
  245:23 246:3
  250:23 268:12
  273:2 275:20
  276:17 277:15
  278:11,14 285:22
  289:9 293:6 299:4
  301:17 302:20
  304:3 306:17 312:7
  312:22 322:19,20
  322:21,24
**EXHIBITS** 5:11
**exist** 40:25 53:3
  235:19
**existing** 65:8,9 76:15
  178:19 206:2 215:4
  326:9
**expand** 222:24
**expanded** 222:8
**expanding** 221:16,17

**expect** 216:9 325:2
  326:24
**expected** 323:18
**expedited** 285:7
**expend** 327:2
**expended** 326:3
**expenditures** 325:2
  326:8 327:5
**expense** 216:23 232:5
**experience** 19:20
  72:20 80:5 216:6,13
  216:15 218:2,3
  325:22
**experienced** 74:17
**expert** 130:4
**expertise** 78:17 218:8
**expiration** 28:1
  113:18 125:2
  126:24 144:4,12,13
  144:14,19 155:18
  155:19,20,21
  264:18 278:10
  333:12,15
**expirations** 155:24
**expire** 28:3 49:24
  54:4
**expired** 38:6,8,14,19
  38:23 39:1,6,16,20
  39:21,23 44:17,25
  45:1,8,21 46:4,10
  49:10,20 50:3,7,14
  50:20,23 51:1,5
  52:4 53:21,24 54:1
  54:8,19 56:13 73:22
  125:4,22 127:2
  181:3,7 252:10,14
  257:11 260:6,8
  261:3,10,12,13,18
  278:9 298:11,17,18
**expires** 39:14
**explain** 32:25 256:3
  258:7
**explore** 63:6 228:17
**expunged** 125:5,9
**extensions** 164:25

**extensive** 165:20,23
  178:25 222:10
  250:18
**extent** 10:9 84:19
  86:17 87:5,12
  101:24 111:24
  112:1 119:6 133:18
  133:23 134:12
  143:18 193:24
  212:15 225:12
  226:15,17 285:9
  310:17,18 324:8
**extra** 167:5,8,16
  170:6 174:5 218:18
  218:19
**extract** 126:10
**eye** 196:4
**Ezra** 3:1
**Ezra.rosenberg@d...**
  3:3
**e-mail** 5:23 6:3,4,10
  6:13,14,16,17,18
  7:11 88:17,20 89:8
  89:15 90:25 110:6
  111:10,15 123:14
  123:15 126:17,23
  127:8 128:20 129:2
  129:9,13 131:24
  197:4,21 198:3
  211:18,20 212:4,7
  212:11,11,16,18
  213:8,12 214:14,22
  214:22 215:6
  219:10,13,14,15,16
  219:17,20,24 220:5
  220:12,17,20,25
  221:4,12,15 222:6
  234:10,18,23
  235:11 236:5 246:3
  246:13 247:8 251:1
  251:5 268:13,17,18
  268:21 269:5
  289:10,11,11,21,25
  290:13
**e-mails** 20:3,6,9,12

128:20 131:21
  132:9 136:23,25
  158:4 235:10
  236:15

---

**F**

**f** 30:1,2,3,24 53:20
  331:1
**face** 146:16 217:10
**Facebook** 282:7
  289:4,7
**faced** 231:22 232:14
  233:4
**facilitate** 119:22
**facilitator** 248:11
  267:23,25 274:14
**facilitators** 244:13
  251:6,10 255:8
**facilities** 291:1
**facility** 291:2
**fact** 35:8 38:13 40:18
  62:21 63:5,15
  142:16 165:1
  175:12 203:8 222:2
  240:24 270:24
  281:16 309:25
  312:6 325:14,15
**factor** 194:4,8,12,16
  194:23 195:23,24
  195:24 196:17,20
  218:24
**factors** 271:8
**facts** 104:17 111:2
**failed** 59:21 189:12
  265:9
**fails** 69:19 90:15
**failure** 70:6,7 324:14
  324:18
**fair** 148:5 199:22
  212:7 217:14 224:2
  289:8 306:5,6 325:1
**fairly** 311:25 314:1
**fall** 180:22
**falls** 128:11
**false** 12:23

JOE PETERS                                                4/30/2014

18

familiar 26:7 27:3
    31:17 76:17 110:13
    187:7 222:12
    251:18 282:19
    307:5 319:9
family 24:5,9,11
far 13:2 57:22 63:12
    65:24 86:23 87:18
    88:3 154:25 184:5
    199:20 205:25
    240:19 260:24
    263:24 302:22
father's 308:1
fault 224:14
fears 216:14
February 6:3 19:8
    110:8 111:11
    293:15 328:21
federal 1:20 12:22
    47:5 49:4 69:13,22
    70:1
fee 37:10 297:21,22
feed 282:6
feedback 234:6
    237:17 242:19
feeds 270:6
feel 189:17 314:10
    317:16 324:9
felon 303:2,6
felt 58:23
fewer 252:15
field 16:15 58:19
    63:14 113:15,18
    122:1 150:13
    169:25 283:5 308:4
    308:5,18 309:5,6,7
    309:8,10,11,11
    310:5
fields 112:9 121:11
    121:25 124:19
    126:13,16,21
    128:10 130:3
    135:11 137:13
    149:23,25 150:3
    308:7,8

figure 206:16 317:15
figuring 206:13,14
file 36:1
filed 24:11 311:8
fill 214:25
filling 153:13,16
filter 129:21
filters 128:22 129:3
    129:17
final 34:1 55:5
    192:18,22 229:1
    316:11,11
finalized 33:22 99:18
    99:20,21
finally 24:4 328:9
finance 168:4,8
financial 93:7,9
    168:3,7
financially 333:4
find 26:4 168:1
    185:19 234:17
    305:1 306:7 313:2
fine 10:25 14:6 18:5
    18:16 19:2 57:8
    213:14 214:1,5
fingerprint 58:14,16
    58:19,20 59:15,18
    59:23,25 64:7,11,22
    65:14,17 66:14,23
    161:14,15 185:2,10
fingerprinted 157:16
fingerprinting 58:3
    59:9
fingerprints 60:1
    64:12,25 65:7 68:11
    68:14,17,19 161:12
    185:17 255:5
finish 10:17 11:1
    23:1,6 147:24
    327:21
finished 188:12
Firm 333:15
first 8:3 11:2 13:16
    16:21 23:2 54:20
    55:17,23 58:1 90:6

101:19 126:17
    128:19 153:21
    154:9,19 219:16,17
    219:20 221:11
    224:13 252:8,8
    283:8 295:6 296:6
    308:3,13 309:5,7,8
    309:11,17 316:2
    318:11 320:4
fiscal 6:8 108:6 117:3
    167:24 168:14,18
    168:24 179:18,24
    180:5 186:13,22
    208:25 210:6,9,20
fit 318:18
five 87:1,15,19 93:17
    93:19,19 125:14,14
    155:21 177:20
    269:25 323:11
fix 318:8,18
fixed 93:23 94:2,10
    97:2
flight 24:3
flip 197:7 251:19
    272:5
Floor 2:17
flow 149:15 178:14
fluent 245:17
focus 197:6 199:1
focusing 238:22
folder 219:7 265:8
folks 201:19 249:24
follow 113:20 122:4
    301:23 310:2
followed 36:22
    140:24 274:22
following 255:24
    301:24 332:13
follows 8:3
follow-up 114:1,8
    169:16 233:23
follow-ups 320:3
fonts 253:11
force 244:12
foregoing 331:4,8

forever 64:9 181:1,2
    181:4 302:5
forget 167:13
form 29:19 35:17
    40:25 44:14 50:15
    50:24 51:21 61:16
    62:11 69:5 70:9
    73:11 74:4 76:8,15
    76:18 79:11,18 83:6
    89:21 93:25 97:1
    97:17 98:13 99:6,9
    99:17,18,22,23,25
    100:4,12,16,22
    101:1,9,14,23 102:9
    102:19 103:21
    104:12,25 111:1,21
    112:20 114:3,12
    115:11,18 116:2,11
    116:21 117:9,20
    118:4 119:5 128:25
    129:6,25 132:10,17
    133:17 134:11
    135:17 139:3 140:9
    141:2 142:5,11
    143:5 195:2 200:18
    201:5 202:2 205:15
    205:16 207:14
    247:22 270:1 279:8
    280:5 294:16
    304:10 325:17
formal 77:8 80:15
    81:4 85:21,24 93:22
    94:1,4,6,7 141:10
    234:5 255:4,18
    294:6
format 144:6 286:14
former 123:19
forms 30:25 31:4,12
    38:2 102:7 179:8
    200:7 201:22 282:1
Fort 5:18 15:15,21
    60:24
forth 47:25 67:12
    78:6 80:21 84:25
    88:2,13 105:9 160:4

JOE PETERS                                          4/30/2014

19

190:10 191:3
**forums** 198:2
**forward** 14:7 42:17
  124:4 196:6 323:21
  325:3 326:14
**forwards** 220:19
**found** 24:2,4 48:17
  255:24
**foundation** 62:12
  101:14 112:22
  114:13 116:3,23
  117:21 118:5
  132:11 141:4 143:6
  325:18
**four** 298:18 307:3,4
  309:16 318:14
**fourth** 270:10
**Frank** 30:2,3
**frankly** 307:10
**fraternal** 310:1,2
**free** 189:17 317:16
**Freeman** 2:3 5:5,7
  8:1,5,10 9:7,10
  17:16,23 18:16,19
  19:2,15 23:11 28:18
  29:12 30:23 32:4
  33:21 60:19 61:18
  62:13 63:9 70:11
  73:16 74:7 77:18,23
  79:13,14,21 80:8
  81:19 83:8 88:16
  89:24 90:20 91:3
  94:1 97:14,19 98:5
  98:15 99:3,13
  100:19 101:4,8,17
  102:4,6,12,21
  103:14,19 104:3,6,9
  105:3,10,16,23
  106:1,12,17,24
  107:19,23 110:2
  111:3 112:6 113:1,9
  114:5,7,16 115:14
  115:23 116:7,18,25
  118:1,16 119:10,13
  120:15 123:4 128:6

128:16 129:2,9
  130:7,19 131:3,7,10
  131:18,21 132:6,12
  132:21 133:20
  134:3,15 135:20,24
  136:12 139:6
  140:10 141:7 142:8
  142:12,15 143:2,9
  143:16,20 145:9
  146:15 147:11
  189:14 214:1 320:2
  322:21 323:10
  328:14
**frequency** 143:10
**Friday** 20:20,21
**front** 19:11 98:16
  233:13 243:13
  286:4
**FTP** 124:4
**full** 10:9,10 54:12,14
  232:1 306:25
**fully** 12:18 45:12
  232:24 233:5
**function** 218:14
**functional** 85:16
**functioning** 86:12
**functions** 9:14
**fund** 167:14 232:17
  232:24
**funding** 174:6 196:17
  225:22,24 229:11
  229:12,16,18
  230:12 231:2,4,7,16
  231:25 232:13
  233:6
**funds** 215:3 227:15
  231:21 325:19
  326:9
**funeral** 15:8
**furnish** 30:7 152:10
  217:2 313:5
**furnished** 152:7
**further** 5:7,8 197:11
  283:19 320:1
  323:13 327:19

328:15 333:1,4
**future** 64:20 143:13
  196:8 273:24
  326:18,24 327:4

————————

**G**

**G** 277:7,8,9 278:11
  278:14,15 279:21
  331:1
**game** 160:7
**gather** 315:16
**gears** 165:24 208:9
**gender** 76:5 126:19
**general** 3:17 9:5 17:1
  17:2,10 20:21,23
  32:19 33:2,11 77:10
  85:22 93:24 94:3
  192:9 193:10 234:6
  244:10 310:12
  325:10,19,19
**generalize** 191:22
**generally** 13:16
  49:15 67:17,19
  130:2 172:22
  189:21 192:22
  204:2 207:25 217:7
  229:19 238:1 243:2
  274:12 276:5
  299:18,25
**General's** 17:9
**generated** 301:3,5
**gentlemen** 147:22
**geographic** 191:17
  191:19
**George** 277:8,9
**gesture** 9:20
**getting** 49:25 55:23
  128:3,9,9 153:19
  157:21 207:10
  211:12 255:10
  262:7 310:1
**give** 10:10 11:12 18:4
  19:21 23:6 68:19
  73:13 90:17 91:1
  105:15 143:16

147:23,24 152:5
  165:14 219:5
  226:18,20,21
  250:19 256:25
  272:18
**given** 19:19 65:16
  85:21 86:24 92:22
  92:24 112:8 140:25
  162:10 163:19
  166:3 167:17
  170:24 171:1
  176:10,10,13
  177:10 194:20
  195:19 207:8
  232:13 249:7 258:2
  259:17 291:25
  297:23 309:17,17
  326:19 327:23
  328:10 331:6
  332:16 333:6
**giving** 12:23 18:12
  105:14 176:15
  251:10 260:16
  330:2
**glad** 40:16
**gleam** 196:4
**go** 18:10 45:4 47:10
  47:16 49:11 70:13
  73:16 76:12 95:19
  101:10 102:16
  106:10,17,19
  110:14 124:2 125:2
  126:12 127:5
  128:19 149:16
  152:1,2 153:11
  179:13 182:12
  185:16 189:4
  197:10,13,15 204:4
  204:5 212:24 224:8
  238:17 252:20
  254:13 255:20
  259:1 263:16
  279:14 286:11,12
  288:1 294:25
  297:11 302:13

JOE PETERS                                                4/30/2014

20

306:2,7,10 317:14
**goal** 87:15 93:18
   173:21
**goes** 63:22 124:25
   149:18,19 152:6,8
   181:19 215:2
   235:20
**going** 18:13 23:3
   40:12 42:17 48:12
   48:13 58:17 63:6
   65:25 78:25 94:15
   104:1 120:11 130:4
   131:12,13,17,24
   132:1 133:24
   134:12 142:15
   165:3 169:13
   171:12 177:2,18
   178:2 183:13
   188:14 192:16
   193:4 196:6,19
   197:23 205:2
   209:20,21 214:8
   222:3 223:17
   226:15,18,19
   228:12 236:13
   242:25 258:19
   261:9 266:10
   268:22 278:11,13
   295:6 296:6 303:3,7
   308:11 316:8 324:9
   325:2,8 326:14,20
   328:22
**Gomez** 123:18,19
   129:15
**Gomez's** 123:20
**good** 54:9 75:7 77:16
   147:19,20 189:9
   213:21 219:20
   222:18 306:10
**Google** 316:5,6
**govern** 87:9 193:7
**governed** 80:25
**government** 82:16,19
   83:4,13 206:6
   236:24 325:3,11,23

325:23
**governments** 82:24
**governor** 214:21
   226:11 231:6
**governor's** 15:23
   229:17,18,21
**grand** 231:20
**Grande** 3:11 301:11
**grandfathered**
   153:14 156:10
**grant** 16:4 183:13
   203:25 218:4
   229:22,24 230:1,11
   230:17,24 231:1
**granted** 56:2,10 95:3
   134:24 182:10
   183:17,24 230:22
**great** 77:18 190:7
**greatest** 192:12
**green** 144:10 229:1
**greet** 248:10
**grew** 177:21
**ground** 165:25 186:5
   189:11,13 208:14
   234:3
**grounds** 77:4
**Group** 8:19,21
**groups** 198:6 282:23
**growth** 177:8
**grumbling** 215:1
**guard** 222:12
**Guerra** 4:1
**guess** 19:2 30:23
   40:21 96:13 192:17
   195:16 202:23
   207:8 212:6,13,22
   212:23 218:10
   219:12 220:20
   222:16 232:11
   243:6 302:18
   327:21 328:9
**guessing** 172:15
**guidance** 32:19 55:13
   57:10 205:4,7
   223:18

**guideline** 204:21
**guidelines** 147:1,6
**guru** 220:22 221:1
**Guyette** 110:7 129:15

_____

**H**

**Hale** 3:7 245:10
   274:13
**half** 269:5
**hand** 186:8 333:6
**handed** 277:18 293:9
   301:18
**handgun** 130:24
   138:14 139:17
   145:4 149:1 155:4
   155:10,18,20
**handing** 220:22
**handle** 64:2 67:15
   170:23 182:1
**handling** 167:9
   216:17
**hands** 35:19
**hang** 300:20
**happen** 23:12 65:25
   156:2 255:15
   297:18 298:20,23
   326:6,7
**happened** 66:5 105:8
   196:3 248:25
**happening** 63:4
**happens** 11:8 64:1
   68:6 188:5,10
   208:22
**happy** 14:6 17:3
   79:13 83:8 105:24
   114:5
**hard** 211:3
**Harris** 173:5,16
**Hasan** 3:6 8:20
   196:22 211:13
   219:5
**head** 40:13 76:18
   182:24 217:24
   228:22 245:6
**headed** 22:12

**heading** 252:21
**headquarters** 181:19
   241:4 255:12
   266:23 286:22
   287:1,8 299:11
   321:25
**heads** 320:18
**Health** 71:7 96:7
   279:25 280:4
**hear** 72:8 95:22
   147:5
**heard** 211:8 223:20
   224:14
**held** 246:17
**help** 11:21,22 51:12
   113:9 121:20 148:8
   167:17 174:16
   190:13 225:10
   229:16 240:6
**helped** 135:15
**helpful** 18:14 191:7
   319:2,4
**Henson** 219:25
   220:10
**Herd** 219:14,24
   220:2
**hereto** 1:21
**HHSC** 96:16,18,22
**Hi** 238:14
**Hidalgo** 173:6
**high** 15:3,6 300:20
**highway** 15:9,11,11
   15:19,20 24:17
   25:24 67:11 218:5
**hire** 170:6
**Hispanic** 88:25 150:7
   150:10,14,17,18,21
   150:22 151:19
   159:19 307:6
**historically** 194:3,24
**history** 148:24 165:5
   165:7,13,14 175:24
**hits** 47:21
**hold** 106:6,6 142:22
   261:2,5,16

**holder** 27:10
**holders** 75:18 124:9
   201:17 263:19,22
**holding** 44:9 246:15
**home** 15:8 202:15
   262:22 306:7
**homebound** 202:7,8
   203:10,10,13,15,23
   204:8,12,16,23
   205:3
**Homeland** 211:24
**home-bound** 262:15
   262:18,25 263:12
   263:14
**hotline** 283:5,13,15
**hour** 170:2
**hours** 12:11 95:25
   170:3 171:24
   198:17 235:13
   289:22 290:4,8,19
   290:21 291:3,5,9,16
   291:19,21,23
   292:18 293:2
**house** 191:2
**Houston** 2:12 173:2
**hrs** 332:23
**Huh-uh** 208:8
**Human** 71:7
**hump** 216:21
**hyphenate** 310:7
**hyphenated** 308:1
**H.B** 136:18,18,24,24

**I**

**ID** 13:10 26:17 37:5
   37:11,11 38:7 39:1
   39:6 42:10,20,21
   43:1,10,25 44:16
   45:12,13 48:19
   52:23 57:16 58:10
   59:16 61:4 62:23
   63:20 67:16 68:16
   72:24 73:8 86:18
   101:18 102:7,8
   105:7 108:11,22

109:15 110:19
119:4,16 120:20
122:18 124:10,13
124:14,18,22
125:16 126:7,19
127:2 133:8,16
134:18 141:16
144:23 145:19,25
146:21 160:20
161:15,17,18,20,25
162:11,14,16,19,23
162:24 163:5,9,11
163:25 164:3,7,12
164:19 172:5
178:23 180:3,6,8
182:21 193:18
201:17 202:14
203:7,9,11 218:22
237:20 249:14
256:5 258:8,21,24
259:23 260:5
261:17,22 262:24
283:11 288:1,4
296:3 297:23
**idea** 53:18 168:20
   184:16,22 187:8
   216:9 225:18
   226:13 228:7 269:2
   315:18 318:17
**identical** 154:11
**identification** 6:21
   7:3,6,9,13 13:11
   26:13 27:4,6,16
   28:7 29:9,15,20
   30:7 31:1,12 32:9
   34:15,18,21 37:9,20
   38:3,6,14 40:16
   41:3,5,18 42:10,10
   42:12,13 43:2 44:12
   44:15 48:2,6 50:2,8
   50:9,16,18,25 51:6
   51:10,18,19,20,22
   51:22 52:15 53:5,8
   53:10,20,24,25
   54:13,21,23 56:21

58:3 69:20 73:3
75:19 80:22 101:7
104:13 108:2 109:5
117:12 118:3,12,18
118:23 130:23
138:13 139:19
140:14 146:17,18
147:4,9 160:2,8,10
161:22 162:6
164:11 179:8
182:17 210:1
230:13 252:25
253:2,14 254:2,10
256:7,10 258:20
259:3 260:3 264:8
275:22 276:19
277:11,11,12,19
278:2,8,10,18 279:9
279:14,20 280:6
285:24 293:10
297:16 304:11,16
304:21 305:20,25
313:4 314:23
320:11 321:3
**identifications** 26:16
**identifies** 33:6 86:25
**identify** 90:15 130:5
   274:3,6
**identifying** 63:21
   160:5 235:16
   274:14
**identity** 45:9,19,22
   50:4,11 51:3,12,14
   53:12 72:17,23
   73:19 75:10,14
   98:18 302:2 313:24
   314:8
**IDs** 125:4,22 159:24
**IH-35** 3:12
**images** 254:14
**impact** 108:8 167:24
   167:24 211:4 231:4
   314:7
**impediment** 35:22,24
   36:5 97:15

**implement** 31:19
   32:8 108:7 167:17
   186:15
**implementation** 77:9
   78:17 170:7 174:3,6
   176:23 178:17
   218:8
**implementing** 133:14
   135:1,13
**implications** 209:22
**important** 9:19,23
   12:24 195:19 233:2
**impose** 219:1
**impossible** 48:10
**improve** 178:6
**improved** 238:3
   273:23 274:2
**improvement** 13:12
   22:11 32:22 33:5,9
   177:12
**improvements** 274:3
**inactive** 125:14
**inadvertently** 46:14
   197:12 213:9
**inch** 253:9
**include** 58:5 62:10
   68:24 125:21
   163:25 170:16
   254:13 307:21
   313:23
**included** 54:12
   170:12 185:10
   200:11 309:4
**includes** 138:17,20
   138:23 197:5
   305:20
**including** 130:20
   138:11 170:20
   244:20
**incomplete** 279:5,6
**incorrect** 216:4 279:3
**increase** 175:10
   326:5,8
**indefinite** 144:17
**independently** 44:15

JOE PETERS

4/30/2014

22

265:5
**indeterminant**
169:10
**INDEX** 5:1
**Indian** 278:20 279:8
**indicate** 94:15 258:17
285:10 294:20
330:2
**indicated** 122:16
126:23 258:21,23
269:2
**indicates** 111:15
126:17 191:9
255:25
**indicating** 41:13
**individual** 16:19 31:8
31:14 34:14 35:13
36:17,23 37:10,14
38:5 39:3 47:8,12
48:15,21,21 49:5,9
49:18 52:2 55:10
58:2 71:23 73:6
74:3 75:9 76:12
89:9 98:9,17 99:6
99:25 100:13,23
101:18 102:6,12,21
103:15,16 104:11
104:16,22 126:18
140:18 144:10
146:16 179:6 183:8
188:25 201:23
202:11 204:25
227:4 228:9 242:7
242:11 259:5,13,15
259:16 262:25
263:2,4 274:11
285:6
**individualized**
244:14
**individually** 48:11
203:18 233:12
**individuals** 22:2,17
22:22 43:21,23 44:3
44:8 46:9 53:2,4
61:8 64:19 70:22

75:4,13 96:5 97:8
97:23 110:9,12
125:22,22 126:6
128:23,23 143:24
144:24 145:4,24
150:16 251:10
252:9,14 264:4,7,22
271:4 284:1 310:16
310:20 311:7 322:6
322:13
**individual's** 38:22
39:14 50:4,11 51:2
54:18,19 55:22
73:18 75:10,14
**ineligible** 252:11
255:25 256:13
257:16,19
**infirm** 204:9
**inform** 115:9,16
259:5
**information** 27:19
28:12 30:8,13,14
31:6,11 60:5,12
61:23 69:20 70:20
98:19 101:24
105:18 106:25
107:5 109:11,13,17
111:4 112:22,23
113:3 115:25 116:1
116:9,16,19 117:1,2
117:3,6,7,8 118:2,7
118:10,17,22
119:11,14,21 120:1
120:9,11,17 121:9
122:14,21,23
123:23 124:6 128:7
132:9,15,15,23
134:9,16,20,21
136:13,17 137:17
137:18,20 138:10
138:25 139:19
140:4,9,11,16 142:4
142:24 143:17
145:20 146:3 149:4
149:6,11,15,19,23

151:1,9,12 152:5,7
152:11 153:7,15
154:11,24 157:7,12
158:13,21 159:3
161:23 162:3,10,13
168:20 176:20
181:11 186:18
187:1 197:25
201:24 206:5
226:19 250:19
253:12 263:5
272:19 279:4,6
280:11 281:7,24
283:10,20 304:4
305:9 312:19,24
313:5,23 315:5,12
315:17,19,21
316:23,24 318:4,9
319:8 320:5,17,22
321:16,18 328:17
**information-techn...**
123:21
**informed** 64:19
119:20 264:17
270:3 328:19
**Ingram** 7:11 225:6
289:12,15,21
**Ingram's** 224:9
**initial** 170:12 181:10
239:21
**initially** 45:11 185:12
223:1 225:21 247:4
**initiate** 226:13
**initiated** 266:22
**initiative** 225:17
227:8 228:5,8
**initiatives** 227:24
**input** 113:13
**inquiries** 234:11,14
235:11,20 241:10
**inquiry's** 234:18
**inside** 286:20
**insist** 262:24
**insofar** 80:8
**instance** 1:14 115:24

116:8,16
**instances** 46:19
**instruct** 104:1 112:5
130:4 131:17
226:19
**instructed** 55:12
255:16
**instruction** 244:22
**instructions** 189:15
307:17
**instructors** 274:9
**instructs** 17:13
**insufficient** 89:4 91:6
**insurance** 53:17
304:12
**intelligence** 13:13
22:12
**intending** 290:11
**interact** 244:23
**interaction** 62:10
**interactions** 67:1
322:5
**interest** 95:5 269:2
**interested** 288:8
333:5
**interface** 43:17
**interfere** 216:11
**interfered** 210:22
**interlocal** 5:20 81:20
81:25 82:21,23 83:2
83:11,17,21
**internal** 208:23
209:16 215:1
323:21
**internally** 211:8
**Internet** 240:11
241:11 315:10
**interpretation** 84:14
**interrupt** 10:2
**interviews** 88:12 95:3
**intimate** 23:18
**introduce** 8:13
**introductions** 238:15
**invest** 177:19
**investigating** 23:25

**investigation** 15:14
  67:12
**investigations** 191:4
  310:15
**involve** 134:12
  299:25
**involved** 80:6 158:12
  168:21 184:9 188:3
  223:16 226:10,11
  268:23
**involving** 284:9
**in-depth** 239:12
**in-person** 36:19,25
  248:8,14 266:2
**issuance** 7:4 13:10,11
  28:4 37:18 43:3,25
  48:13,14 53:12 58:9
  67:18 76:16 80:16
  80:24 81:1,5,8,12
  81:15 82:4 85:9,10
  85:11 93:2 95:8,10
  95:17,25 108:9
  175:5 233:7 234:24
  235:4,13 236:8,16
  242:8,12 246:22
  249:17 251:15
  255:21 267:1,20
  268:7,20,23 276:20
  280:25 286:21
  293:19 295:9,13,18
  321:2 322:7 326:2
**issuances** 322:3
  328:17
**issue** 29:15 37:8,8
  39:2,8,25 40:13
  67:6 71:13 72:10
  80:19 126:19 160:3
  160:8,9,10 166:13
  166:20,25 167:10
  174:23 181:15,17
  182:3,9 188:14
  192:7 208:19
  218:22,24 235:7
  240:21 249:13,13
  249:14 252:13

254:10 255:23
  256:17 262:15,18
  270:12 271:20
  295:9,21 296:3,6,25
  297:11 301:1 308:2
  319:16,19,19,21
  321:10 326:23
  327:10
**issued** 34:14 36:18,24
  37:6,15 38:18 41:3
  45:11 47:17,19 49:5
  54:25 57:1 66:18
  69:14,21 70:2,8
  75:9 125:13 134:18
  144:7,8 164:11
  169:9,9,15 246:18
  259:11,25 263:12
  278:8 280:1,4
  284:23 297:25
  305:1 319:12,15
  322:16,25
**issues** 96:21 101:25
  102:1 104:13
  116:12 128:1,3
  130:1 131:15,25
  159:23,24 181:13
  184:13,13 185:21
  208:20 210:4
  240:25 321:21
**issuing** 42:21 43:1
  56:5 75:11 135:4
  168:22 210:1
  243:13,17 245:25
  253:6 254:8 266:8
  266:12,15 271:14
  272:9 273:9 276:6
  287:17 290:8
  296:16 321:9,16,18
**item** 167:4 174:16
  217:5 259:1 262:14
**items** 102:2 103:24
  167:4
**i.e** 256:1
**I872** 278:21
**I873** 278:22

**J**

**J** 2:3 305:21,24
**Jackson** 5:24 88:18
**Jane** 56:7,8,9,16,17
  57:1,2
**Janie** 6:10 32:18,21
  57:1,2 197:5
**January** 113:4
  114:17,19 138:14
**Jennifer** 2:15 8:22
  238:15 301:18
**jennifer.clark@ny...**
  2:18
**Jersey** 3:2
**jest** 218:7
**JoAnn** 220:21
**JoAnna** 245:7
**job** 176:22 184:10
  246:7 331:14
  333:17
**Joe** 1:10,13 5:3 8:2,9
  18:9 213:8 330:25
  331:3,12 332:14
**John** 56:7,18 110:8
  127:10
**joining** 9:7
**Jones** 56:7,9,17,18
**Joyce** 7:11 289:12,19
**Jr** 3:16
**judge** 303:13
**July** 135:8 213:8
**jumping** 189:11
  208:12
**June** 184:7,8,10
  216:13,15 246:1,4
  251:1 254:18 255:1
  267:4
**jury** 112:13,14,18
  113:6 121:14,16
  124:4,6,8,11,16,17
  124:20,23,25 125:2
  125:21 126:1,5,9,13
  128:3,22 129:3,4,18
  129:18 132:8
  134:23 135:2

148:10,12 149:4,6
  149:19 152:6,9,12
  158:21 320:10
**Justice** 2:5,16 16:5

**K**

**Karen** 110:7
**Katherine** 282:11
**Kathleen** 3:21 9:5
**kathleen.murphy...**
  3:23
**keep** 23:5 171:3,7
  232:23 237:11
  281:3
**keeps** 292:21
**Keister** 3:15 9:3,3
  18:8,11,17,20,23
  19:9 23:8 29:11,13
  30:16 33:17 61:16
  62:11,15 70:9 73:11
  74:4 77:16 79:11,18
  80:3 83:6 89:21
  90:14,22 93:25
  97:11,17 98:4,13
  99:1,9 100:16 101:1
  101:5,13,23 102:9
  102:19 103:12,18
  103:21 104:4,8,25
  105:12,13,16,20,23
  105:24 106:6,16,19
  107:17,22 110:1
  111:1,21 112:20
  113:7 114:3,6,12
  115:11,18 116:2,11
  116:21 117:20
  118:4,13 119:5,12
  120:5 123:3 127:19
  127:22,25 128:8,25
  129:6,25 130:7,13
  130:16,25 131:6,9
  131:11,20,23
  132:10,17 133:17
  133:23 134:11
  135:17 136:4,8
  139:3 140:8 141:2

JOE PETERS
4/30/2014

24

142:5,11,19,22
143:5,19 146:12
147:12,14 153:23
158:9 163:3 187:15
195:2 197:10,15,20
198:8 201:5 208:4
209:7 212:9,12,15
212:20 213:1,6,20
214:6 223:6 226:15
230:5 247:12 249:1
250:24 292:21
293:7 294:16
308:23 317:13
318:20,22 319:2
325:17 329:1
**Keith** 7:11 289:12,15
289:21
**Kelly** 3:5 8:18 189:9
**kelly.dunbar@wil...**
3:9
**kept** 236:21 247:20
315:21,21
**Kerrville** 15:12
**kick** 292:25
**killing** 223:6
**Kim** 1:16 4:5 332:11
333:12
**kind** 55:10 69:7
117:24 177:2 231:2
276:1 296:11
313:19 317:18
**knew** 23:22 43:25
168:19 270:24
**know** 9:13 11:8,18,23
16:24 19:18 31:11
32:13 40:10,14 42:4
44:21 57:14,22
58:16 64:3,9,10,17
64:18 68:7,15,18,21
71:16 72:3,16,22,24
72:25 73:14 75:15
79:9,15 80:2 83:15
87:23,24 88:1,1,4,5
88:7,11 90:24 94:22
95:2,22 100:3,7,10

102:14 105:8 109:3
109:20 112:3,7,7,10
112:17 114:22,24
115:14,15 120:14
120:25,25 121:11
121:18,19,22,25
122:13 123:12,17
123:22,24 125:3,10
125:24,25 126:4,5,9
126:15 127:22
128:8,13 132:24
133:12 134:6,14,15
134:20 137:6
138:25 142:7
146:14,16,25
149:25 150:3,23
151:19 152:13,18
152:19 153:9
155:15 157:3,10
158:9 159:12
162:11,12,20
164:24 166:2
168:12 170:9
172:14 174:10,15
176:12,14,16 177:4
177:21 178:4
179:13 181:5,25
182:11 183:7,9,18
184:5,16,22 186:2
186:16 187:4
188:10 189:10,14
190:19 192:2 193:4
194:14,17 195:10
196:18 199:20
200:21,22,22,25
204:6,7 209:3,6,7
209:20 216:6,23
220:2,8,11 222:2,24
223:14,17 224:2
230:1,3,5,6 233:18
235:5,18 236:5,18
237:10 242:21,23
243:4 245:1,2,4,4,5
245:18 246:20,24
247:14 248:6,21,23

248:24 249:1,2,22
250:7,8 251:20
254:5 258:16
261:24,25,25
262:11 263:9,10,11
263:23,25 264:12
264:14,19 265:6
266:17 267:19
268:22,24 270:3
271:13,17 272:23
273:13,17,20,22,23
274:11 275:15
276:7,9,13 277:1,2
277:5 278:25
280:11,16 281:1,23
282:6 287:20 288:5
288:12 289:3,5,15
289:20 290:10,12
291:1,17,18 292:10
292:12 294:1,18
296:24,24 297:24
298:13,15,22,23
299:2 300:6,18,24
301:1 302:22 304:8
304:10 305:6 306:1
306:11,18 307:11
311:22 314:8,11,21
316:5 318:12
319:16 322:8
326:19 328:8
**knowing** 62:8 168:22
**knowledge** 10:10
18:17 23:18 28:10
28:11 31:6 36:6
62:14 68:10,20 70:5
79:7,16,24 86:13
99:5,6 106:2,12
111:25 112:3
113:24,25 114:7,25
116:13 120:1
126:13 131:4,8,12
131:13,19 133:21
134:1 157:23 158:3
159:11,20 161:11
167:2,10 179:4,16

181:23 188:21
231:12 235:2,19
239:9,13 240:5,8
262:5 270:23
**knowledgeable**
150:25 239:2,7,18
239:20 240:8
**known** 73:2,9 94:21
142:2
**knows** 225:2,4
**Korea** 15:16
**KS** 331:14 333:17

**L**

**L** 2:20 3:16
**label** 250:1
**labelled** 306:19
**lack** 90:9,21 105:6
108:11,22 109:14
119:3,15 201:6
325:5
**lacking** 104:11
164:23,24,25
**lacks** 101:18,18
102:6 106:1
**Lamar** 3:22
**language** 33:7 88:6
88:11,12 95:1,2
209:19 288:19,23
**large** 177:14 217:18
**largely** 217:24
**larger** 67:13,19 175:7
215:22 267:7,9,10
285:16,19
**launch** 225:18,19
**law** 1:18 14:24 15:3
16:6 26:18 63:25
67:5,9,12,23,25
68:6,7 69:14 70:2
174:21 175:24
176:5 196:13
209:24 217:15,18
217:21,25 218:2
232:12 261:22
314:1 326:23

**lawful** 45:14,15,18
   47:7 52:19,20 146:8
   253:22
**lawsuit** 26:1
**lead** 200:18
**leaders** 90:8,16
   172:24 238:1,1
   288:7
**leadership** 205:5
**leading** 208:17
**leads** 291:15
**League** 3:4 8:19,20
**learn** 16:21
**leave** 15:18 272:4
**Lee** 110:7 129:15
**left** 176:24 314:5
**legal** 3:11 4:6 30:17
   36:5 73:12,13 83:7
   91:21,23 97:14,18
   144:4 146:12,13
   156:24 157:2,5
   301:12 316:16
   332:20 333:13
**legally** 144:16 156:11
   233:21,22
**legislation** 80:17
   83:24 84:14 165:3
   209:20 244:4
**legislative** 16:10 29:1
   105:19 106:14
   107:1,12 168:14
   182:8 184:13
   208:17 320:7
   326:22
**legislator** 115:8
**legislators** 105:5
   107:5 114:20 115:4
   115:10,16,24 116:9
   116:20 117:4
   236:12,16
**legislature** 83:25
   106:13 107:9,12,25
   108:2 116:17 118:2
   118:6,11,18,21
   136:14 137:5,7

155:17 156:1 165:1
   168:10 172:24
   177:10 182:1
   208:18 229:15
   231:7 327:9,11,12
**legislature's** 105:4
   107:4
**legitimately** 204:11
**letter** 18:14,21 19:7
   136:5 188:6,8 269:4
**letting** 128:13
**let's** 68:22 104:6
   106:10,19 149:3
   158:25 197:15
   235:9 294:25
**level** 13:15,17 22:2
   48:1,3 83:5 179:12
   179:13,15 192:9,18
   203:18 206:1
   245:14 266:20
   327:13,14
**liaison** 16:10 29:1
**license** 13:7,13 14:4
   14:10 16:12 19:20
   22:5 37:5,8,16,17
   37:19,24 38:18,23
   39:1,14,19,21 40:1
   41:2 42:10,12,20,21
   43:9,24 44:16,23,24
   45:1,8,11,21 46:4
   47:17,22 49:10,12
   49:16,19,19,23,24
   50:2,6,14,20,24
   51:2 52:4,15,23,24
   53:5,21,23,25 54:19
   56:8,13 58:10 59:6
   59:16 62:2,3 63:17
   63:19 67:10,16
   72:24 74:20,23 75:5
   78:14 85:9 86:18
   87:14 92:6 108:9
   109:16 110:19
   112:8,18 113:15
   117:19 121:3,10
   122:2 124:12,14,17

124:22 125:2,5,12
   125:13,15 126:7,10
   130:22,23 132:14
   133:16 134:21
   135:3 137:12
   138:12,13 139:8,18
   140:14 141:16
   144:4,7,8,12,13,14
   144:19,20 145:3,19
   145:25 146:17
   147:3,9 148:9,11,13
   148:16,21 149:3,11
   150:2 151:10,12
   152:21,23,25
   153:19 154:9,20
   155:2,5,10,11,18,19
   155:20,22 156:4,7
   156:11,16 157:9,21
   158:14,17,18,22,23
   159:2,6,13 160:15
   160:19,22 161:14
   162:22 163:6,10,14
   163:16,20,24 164:3
   164:16,23 165:4
   168:3 169:21 172:5
   173:1,4,9,12,14
   175:19 176:3,11
   177:12,14,23 178:7
   180:3,8,11 184:21
   184:22 185:24
   188:5 190:9,18,23
   191:10 192:20,24
   193:18 195:6,20,21
   198:14 201:17
   202:12,13 206:3,12
   206:21 211:2
   215:16 217:17
   232:3,5,9,23,25
   233:5,6,7,12 237:19
   237:20 240:23
   241:1 243:5,9 247:1
   252:10 253:16,19
   254:10 256:5,14,15
   256:17,20,21,24
   257:5,14,19,21,25

258:2 259:4,11
   260:5,6,10,14,17,17
   261:3,5,23 262:1,7
   264:17 278:7
   283:11 284:10,17
   286:5,8 296:3
   297:13,15,22
   298:11,16,18,19
   299:13 300:8
   304:13 305:21
   314:22 316:21
   317:6 318:12
   320:11,13 321:23
   321:24 326:13
**licensees** 45:15
**licenses** 37:20 43:1
   46:9 48:2,5,9 51:5
   67:6 80:20,22 82:13
   92:6 124:9 125:11
   143:23 145:3
   146:20 163:25
   218:21,22,25
   252:14 254:4 264:5
   264:22
**license-to-carry**
   121:4,6,8
**licensing** 13:10 16:15
**lieu** 99:25 100:5
   104:18
**life** 261:17
**light** 6:22 151:6
   229:1,1 275:23
   276:11,13 328:24
**limit** 41:23
**limited** 84:6,11,17,17
   84:19,21,22 144:3
   144:15
**limits** 308:4 326:9
**Lindsay** 9:4
**Lindsey** 3:16
**line** 62:4 182:22
   189:20,23 217:5
   246:14 251:2,7
   252:5 258:7 284:16
   285:2,5,8,12,12,13

JOE PETERS

4/30/2014

290:2,3 330:2
**lines** 175:4 200:9
  205:7 209:23 240:7
  240:11 243:13
  284:1,5,8,12,14
  308:9
**list** 40:15,19,24 42:2
  43:11 54:3 94:10
  110:17 124:9 126:1
  126:5 129:3,10
  198:13 253:1,13,18
  253:20 272:7
  278:11 317:21
**listed** 41:16,17,24
  186:1 238:22,25
  278:5 279:19,21
  305:20
**listing** 110:15 315:8
**lists** 302:2
**litigation** 20:1,13
  142:24 186:3,23
  209:4 230:2 236:2
  248:22 311:7,21
**little** 23:20 178:25
  197:9 208:9 211:12
  238:18,24 242:25
  280:21 301:18
  325:16,24
**live** 121:13,17 134:22
  134:25 135:2
  199:15,20 200:22
  201:11 204:14
**lived** 200:14 203:19
**living** 207:9
**LLP** 1:18 2:10 3:1,7
**lobby** 174:5,7
**local** 16:6 48:3 55:13
  63:25 68:6 82:2,16
  82:24 83:4,5,13
  89:4 95:21 171:20
  172:23,23 173:19
  173:20 174:19
  236:9 238:1 241:12
  266:19 286:24
  287:1,2,3 288:7

300:22 301:1,1
**localities** 82:25
**locate** 186:7 192:10
  192:11,19 193:7
  206:14
**located** 87:4 190:16
  194:9 199:7,9 241:2
  277:9
**locating** 194:5 196:7
**location** 86:21,22,25
  97:2,10 101:21
  102:16 103:2
  104:13 171:18,20
  171:24 194:7,18
  199:21 205:10,19
  315:16
**locations** 171:22
  172:25 189:21
  193:25 194:2
  205:22 269:13,22
  272:8 292:15
**lodge** 237:23
**logged** 235:22 241:20
  242:2 265:6
**logging** 241:23
**logs** 242:19,21
**long** 14:21 24:18 64:7
  86:20 138:4 171:3,7
  181:3,5,7 260:8
  309:5 312:1
**longer** 39:22 58:20
  138:4 175:4 180:21
  217:3 260:7,9
  261:13,17,21
**look** 18:20 28:10 29:5
  29:25 34:7 36:8
  40:5,17 44:11 51:9
  53:7 54:10 57:23
  69:12 75:16,24 77:3
  110:13 177:7 187:6
  207:17 230:8,8
  251:18,25 266:24
  270:9 276:16
  277:25 300:3,7
  310:22 312:9 316:9

323:21
**looked** 142:16 179:2
  193:24 265:25
  267:15 268:2
  275:18 310:23,25
**looking** 19:7 43:5,6
  98:15 136:6 142:20
  196:6 199:24 203:9
  203:19 205:24
  212:4 214:22
  220:12 278:16
  292:22 299:4 318:7
**looks** 47:23 60:23
  207:13 250:20
  251:21 286:23
  305:22
**loss** 180:7
**lost** 34:17 35:4 37:3,4
  37:11 76:3,10
  256:24 257:24
  258:1 297:13,15
  298:2,10,11,16
**lot** 18:18 27:18
  207:13,17 214:6
  218:18,19 224:2
  228:2,3 253:12
  313:16 317:5
**lots** 15:3 189:10
  191:25 214:25
**low** 324:5,6,13,16,17
  324:23 326:19
**LRS** 47:22
**lucky** 56:18
**Lunch** 147:12,15
**Lynn** 245:10 274:12

— M —

**MacGregor** 214:16
  214:19,20
**machine** 1:18
**Madipadga** 123:16
**maiden** 306:22
  307:14,25
**mail** 75:1 251:7
  262:23

**mailers** 86:5
**maintained** 64:7,13
  148:15,20 155:5
  158:14 160:12
  266:5
**maintains** 150:24
  256:2
**major** 128:22 177:23
**majority** 13:25
**major-general**
  222:12
**makeup** 152:11
  155:1
**making** 226:6,17
  231:14 240:19
  303:17
**MALC** 8:22,24
  238:16
**man** 87:9
**management** 218:2
  255:6
**manager** 21:15,22
  22:8,13 123:24
  188:3 263:7,7
**managers** 22:9
  187:25 255:11,12
  255:16 299:11,18
  299:20
**mandate** 166:4
  188:22 210:14
  211:9 216:3 326:22
**mandated** 181:25
  327:9,12,12
**mandatory** 174:22
**manned** 171:16
**manner** 12:13
**manpower** 167:6
**manual** 7:2 276:18
  276:24 277:3
**man's** 24:9
**MARC** 1:3 332:3
**march** 236:6
**Mariana** 278:22
  279:11
**mark** 17:17 176:17

186:9
marked 17:18 28:16
32:2 60:17 81:17
88:14 98:2 109:24
123:2 145:8 187:14
196:25 205:12
211:16 219:8
238:18 245:23
246:3 250:23 251:1
268:12 273:2
275:20 276:17
277:15 285:22
289:9 293:6 301:17
302:20 322:20
marking 302:18
marriage 56:22 76:9
316:21 317:6
318:12
married 55:23 56:7
56:18 306:22
316:15
Maryland 15:15
master 148:14
Mastrachio 220:21
match 54:14 109:13
110:15,16,21,25
111:15,20 112:19
113:10,21 114:9,17
114:19 115:5,6,10
119:22 120:18
122:4,7,15,16,19,24
124:6 126:22 129:5
132:8,20,22 133:1,2
133:11 140:25
307:13 317:3,5
318:10,19
matched 110:20
113:4 133:10
159:11
matches 278:18
matching 110:18
111:4 121:20,22
132:7,13 135:16
158:6 255:24
material 270:23

307:19
materials 275:16,17
304:16 307:17
maternal 308:16,25
309:14,20,24
math 201:4
matrix 292:14
matter 8:11 23:15,16
24:13,22 25:2,15
31:13 43:1 63:5
74:1 85:22 93:24
94:3 175:12 193:10
281:16 283:12
299:14
matters 24:19 25:3,4
25:5,12,14,17,18,20
26:3
ma'am 248:20
McBride 14:20
McGeehan 110:6,7
MDILs 323:25
Meade 15:15
mean 14:3 17:1 25:12
35:15 40:9 44:3
45:5 47:22 71:1
84:24 89:6 107:17
107:19 109:7
120:14 122:8
127:17 128:10,12
130:2 141:20
150:17 152:10,16
161:4 179:12 182:6
186:14 187:19
199:3,16 204:4
216:16 221:15,23
222:17 243:24
246:21 248:5
255:15 256:23
302:12 307:5 309:7
309:8 314:8 324:8
meaning 191:10
means 14:10 40:10
75:18,21 127:18,18
127:20,22 199:4,6
199:14 200:12

217:2 243:25 256:3
256:4,25 258:7
270:19 276:13
meant 166:2 233:9
284:11
measure 273:14
mechanism 237:16
297:2
media 7:13 61:23
86:1,1,2 87:22 88:2
88:6 238:5,6 239:19
239:22 240:12
270:6 281:13,14,20
282:4,7,10,19
288:19,23 293:9,22
293:24 315:22
medial 240:12
medication 12:6
meet 20:17 178:2
248:10 252:25
253:2
meets 165:2 257:7
mega 67:14 177:10
178:11 193:22
194:1,1,10,19 196:3
199:8,9 200:17
205:19,22,22
member 193:17
members 155:16
156:1 235:3 242:7
242:11
memoranda 80:19
memorandum 80:25
166:7 179:1
memory 21:6
memos 255:6
Mendoza 110:8
127:10
mentally 23:19
mention 86:16
278:20,22
mentioned 78:4
179:1 192:14 209:1
241:19 243:2 251:9
271:8 274:18 277:6

299:5 313:17
mentions 234:25
message 283:2
met 23:23 271:5
method 202:4
metric 199:22 201:12
metrics 207:3
middle 11:1 126:17
238:23 258:4 290:3
308:13 309:12,18
miles 206:20,25
207:4,4,9,13
military 15:17,18
53:19 54:4 68:16
222:10,14
million 48:9 199:15
199:16,20,24 201:8
201:10,17 211:1
mind 11:9 51:20
149:2 174:13 224:1
mindful 154:3
minimal 231:19
minimum 177:14
245:20
minority 86:7
mins 332:23
minute 18:8 219:15
minutes 313:12 317:4
323:11
mischaracterizes
70:10 102:20
111:22 112:21
114:13 115:12,19
116:3,22 117:21
118:5 132:18 141:3
142:6 143:6
misleading 12:23
79:20
mismatch 318:2
misrepresented 62:9
missed 118:7
misses 249:5
mission 215:5,12,20
216:3,11,12 217:10
217:14,16,18,19

221:13,15,16,17,19
222:18,22,25 223:3
223:21 231:18
232:9,23,25
**missions** 193:11
210:23 222:13
232:1
**misspoke** 271:22
**misstates** 105:1 120:6
139:3
**mistake** 309:23
**mistaken** 151:23
**misunderstood** 118:8
156:21 224:23
**mitigated** 215:21
**mobile** 5:20 6:22
7:12 59:7 68:1
70:22 71:3,5,7,9,22
72:7,9 80:13,16
81:6,9,12,21 85:6
85:22 86:20 87:1,4
87:6,13,20 88:22
89:4 90:10 93:14
166:15 169:22
171:10,13,19 172:1
172:7,17,21,24
173:3,5,11,16,18,24
184:16,22 185:3,4,5
185:13 187:18
188:13 190:1
206:15,17 214:25
215:18 216:16
217:3 220:14 222:8
223:10 224:3,6,19
225:4,13,18 226:13
226:25,25 227:8,10
227:22 230:20,21
237:6 269:13,23
270:12 275:23
276:11,13 286:5,6,9
286:18 287:16,18
287:24 289:12
290:19 291:8 292:3
292:7,17 321:17,20
322:6 325:14 326:4

327:14
**mobiles** 216:1
**mobilizations** 221:18
**modeled** 42:5
**modeling** 43:11
**modified** 178:13
275:12
**moment** 238:25
251:19
**moments** 311:15
**Monday** 20:20
**monetary** 175:1
**money** 167:8,17
169:13 177:11
232:23 259:3,6,9,14
259:21,22 260:2,9
261:15 282:14,17
327:2
**monitored** 295:23
296:17
**monitoring** 295:24
295:25 296:10
**month** 39:4 312:3,4
**months** 14:22 80:6
159:13
**Moon** 123:11,12,13
127:10
**moral** 294:11
**Morgan** 262:4
**morning** 238:15
302:4 306:17
**mother** 203:5
**mother's** 307:25
**motor** 24:16
**move** 68:22 78:12
80:13 148:1
**Moved** 15:23
**moving** 14:7
**multiple** 308:7
**Murphy** 9:5
**Murphy-Darveau**
3:21 130:11,14
**mutilated** 76:4,11
**Myers** 274:12

**N**

**N** 2:1 331:1,1
**NAACP** 2:14 8:23,25
238:16
**name** 8:7,10 18:24
27:20 41:13,14
51:16 54:12,14,20
54:23,24 55:12,22
55:23,24 57:2,15
76:5 126:18 137:23
140:21 150:11,11
151:14 160:5
211:21 238:15
243:15 267:12
306:23 307:25
308:1,13,15 309:10
309:11,12,17,17,17
309:25 310:1,5,6
316:14,15,16,22
317:3,7 318:2,10
322:13
**named** 197:4 310:16
310:20 311:6
**names** 55:8,17,19
96:18 168:5 306:25
307:2,3,4,13,21
308:3,4,9,16 309:4
309:16 317:5
318:15,19 322:18
**naming** 307:6
**National** 60:12
**naturalization** 51:17
**nature** 32:25
**nay** 228:20
**near** 196:8 199:5,7,9
286:21
**necessarily** 43:20
46:2 90:4 173:13
183:6 233:20 241:8
242:15 291:19
296:23 302:6
304:22 327:7
**necessary** 52:7,13
93:1
**need** 10:10,16,20

11:1 17:3 33:6
39:11 65:14,19 73:7
90:17 130:17 167:6
182:17,19 193:1
194:20 212:23,24
222:24 229:12
258:18,19 259:5
281:5 305:2,12
306:3,12 317:6
325:20
**needed** 177:9 183:12
206:16 229:22
261:4 318:8
**needs** 9:18 33:7
71:23 73:6 193:12
202:13 217:9 231:2
260:2 292:24
**negative** 122:24
221:20 222:7,17,23
223:3
**neither** 333:1
**never** 54:4 210:3
**new** 2:17,17 3:2 24:3
24:4 37:11 49:18,25
74:13,16,19 75:2,3
76:16 153:19
192:10 206:14
219:1,4 255:3
297:16,18
**newer** 49:22
**news** 315:10
**nine** 16:8 89:19
**nomenclature** 225:10
308:12
**non** 50:15
**noncitizen** 52:21,22
52:24 144:8,12,15
144:17 147:3
162:15
**noncitizens** 145:24
146:22 147:8
**noncompliance** 77:5
**nonresponsive** 99:1
**non-DPS-affiliated**
287:22

29

**non-photographic**
50:15,21
**non-U.S** 146:11
**normal** 308:21
**normally** 304:19
308:25
**north** 3:12,22 21:22
**Northern** 278:22
279:11
**notaries** 70:21 71:24
**notarization** 70:14
70:17 72:23
**notarize** 72:18 73:6
73:10
**notary** 70:14 71:17
71:19,24 72:4,5,11
72:14,18,18,20 73:2
73:4,6,9,10
**note** 6:8 108:6 117:3
142:16 168:14,18
168:24 179:18,24
180:5 186:13,22
208:25 210:6,9
212:6
**noted** 331:8
**notes** 188:11 211:11
**notice** 5:14 16:24
63:24 78:24 85:21
85:24 86:21 87:1,19
87:24 88:22 89:4,19
90:9,21 91:5,5
93:22 94:1,4,6,9,13
94:17 130:15
235:13
**notices** 63:10 66:13
66:17 86:24 263:18
263:21 264:4,7
**noticing** 197:11
**notification** 76:3,6
86:4 88:11 115:7
141:11 180:20
238:19
**notifications** 88:4,5
**notified** 180:18
264:21,23

**notwithstanding**
38:13
**November** 127:12
216:8
**number** 1:4 5:12
17:20 18:4,5 27:11
27:15 69:13,15 70:3
70:7 92:9,15 99:18
105:6 108:10,21
109:14 110:17,19
110:20,20,21 119:3
119:15 124:19
125:12,13,15
126:19,19 141:19
141:20 151:15
170:16 172:13
187:11,16 198:15
201:8 234:18
245:20 283:13,15
283:20 313:12
330:2,2 332:4
**numbered** 1:15
**numbers** 18:12,13
110:15 124:25
187:6 207:7 234:22
**numerous** 269:1
**NW** 2:6 3:7
**NWB** 2:6

**O**

**O** 331:1
**OAG** 197:24 229:15
**oath** 12:22 71:13
**oaths** 70:23 72:6,10
72:15
**object** 17:11 70:9
73:11 74:4 79:11,18
89:21 90:14,22
93:25 97:11,17
103:12 116:21
119:5 120:5 132:10
133:17 134:11
135:17 142:5,15
195:2
**objected** 212:15

**objection** 29:11
30:16 61:16 62:11
83:6 98:13 99:1,9
100:16 101:1,5,13
101:23 102:9,19
103:21 104:25
106:16 111:1,21
112:20 114:3,12
115:11,18 116:2,11
117:20 118:4
119:12 128:25
129:6,25 132:17
139:3 140:8,8 141:2
142:11 143:5
146:12 201:5 208:4
212:17 213:19
294:16 308:23
317:13 318:20
325:17
**objections** 62:15 80:3
113:7 118:14 198:2
223:12
**obligation** 91:21
210:11 219:1 294:2
294:9,11
**obligations** 91:23
**obtain** 37:11 46:3,10
49:11 50:8,17,22
52:3,13,14,22,22,24
54:21 56:20 61:9
76:13 93:13 96:5
97:9,10 100:14,24
101:11,19,21 102:8
102:8,17,22 103:1,8
147:3,8 157:4 164:3
281:4,4,5 319:9
**obtained** 157:18
161:16 323:6
**obtaining** 29:17
36:20 37:1 42:3
61:9 100:15,25
101:11 179:6 280:2
280:5 324:18
**obvious** 19:22
**obviously** 18:18

103:24 189:17
315:15
**occasion** 142:13
**occasions** 59:20
109:19 112:14
236:18
**occur** 66:2 96:12
180:16,17 187:24
188:7
**occurred** 46:25 111:7
180:19 226:17
**October** 5:24 88:19
89:11,13,13 169:25
268:16 273:5
276:22
**offender** 149:1 176:1
**offer** 203:13
**offered** 93:3,6 225:20
225:22 258:20,24
**offering** 321:12,15,19
**office** 3:17 15:7 17:1
17:2,9,9 20:21,23
23:25 32:19 33:11
35:12 36:3 37:14
59:7,7 61:23,23
62:2 64:2 67:15
71:10,23 76:13
84:13,23 86:1,2,25
87:3 88:18 94:6,18
95:23 101:20
102:22 103:7
109:17 110:25
113:21 114:23
117:2 120:22 133:3
137:2,3,10 140:4,11
140:24 154:10
157:25 158:5
169:21 173:1,9,12
175:23 176:15
177:15,19,24
178:14 182:12
183:11 184:22
185:1 187:20
188:23 189:25
190:3 191:13,23

JOE PETERS                                        4/30/2014

30

192:10,19 193:8,13
193:15,17,21 194:5
194:9 195:6,10,11
196:19,19 198:16
198:16,17,17 199:5
199:18,25 200:5,23
201:15,23 202:1,13
203:18,21 204:11
205:1 206:1,12,20
206:21,25 207:10
214:20 215:25
223:19 226:8
227:23 229:15,17
229:18,21 231:13
236:24 237:19
238:5,6 241:4,12
250:13 252:16
255:7 263:7 266:19
274:21,25 275:2
281:13 284:17
285:9 287:11,25
288:3 289:18
293:22 297:16
299:19 300:1,8
305:7 306:3 310:14
317:23 320:7,23
321:1,20,24 328:19
333:6
**officer** 332:15
**offices** 1:18 22:5 46:7
67:5,8,10,14,19,22
70:14 71:15 72:13
80:14,19 81:6,9,15
84:10 85:6,8,16
92:6,17 93:24 94:2
94:10,15 95:8 97:2
172:24 173:4,14
175:2,7 177:14,16
178:13,17 189:21
189:24 190:8,9,16
190:18,20,21,22
191:8,10 192:4,11
194:7,18,19,21
196:8 198:14
205:10 206:3,14

211:2 214:25 215:4
215:22 216:17
218:21 241:3
245:19 283:25
284:12 285:16,17
285:19 286:5,8,17
286:24 287:1,3,9,16
287:23 299:5,6,7,12
299:21 300:22
321:17
**official** 41:14 72:6,10
72:15 136:15 176:8
181:22
**officials** 89:4 95:16
173:19,23 236:9,11
268:22 271:11,14
271:20,23 272:8,14
276:6,25 277:2
**OGC** 16:25 17:1
**oh** 36:12 58:7 64:22
65:19 141:19 161:6
169:24 270:4,6
271:19 284:13
304:10 311:9
327:20,20
**okay** 8:1,15 11:4,13
12:3 14:8,16 15:2,5
16:13,17 17:5,15
18:6,19,22 19:1,6
19:10,23 20:12,15
20:17 22:7,24 23:4
23:7,10 24:25 25:9
25:15,25 28:6,15
29:4,25 32:24 33:19
34:11 35:11 36:14
38:5 39:14 40:5
41:2,22 42:2,18
47:1 49:3,8 52:2
53:19 56:15,24
57:10,23,25 59:19
65:6 66:25 73:16
75:24 76:19,24
80:13 81:3 85:12
86:9 87:11 90:19
99:17,24 100:3

101:17 103:11
104:8 107:22
112:25 113:9,14,17
114:6 116:25
117:10 118:15
124:2 127:21
129:14,16 137:16
139:18 143:1,13,22
145:18 146:10,15
147:11 148:1,19,23
148:25 149:3,19
150:7,12,15,24
151:3,5,17 152:5,14
152:25 153:6,10,18
153:24 154:2,19,23
155:4,10 156:3,7,10
156:13,21 157:7,11
157:15,20,23
158:21,25 159:8
160:7,22 161:9
162:3,9,15 163:1,8
163:18,18 164:2,5,7
165:4,8,12,17,19,25
166:1,23,25 167:3
167:20,23 168:10
169:11,16 172:11
172:16 174:2,10
179:4,17 180:13,16
181:13,15 182:15
182:20 183:7,21,24
184:9 187:3,5,11,19
190:12,15,21
191:11,22 193:10
193:16,23 196:6,21
198:4,9,10 199:14
200:21 201:19
203:12 204:21
205:8 206:18 207:7
209:8 210:13 212:9
212:12,19,22 213:2
213:15,24 214:13
215:9,17 219:19
220:12 221:3 223:8
224:23 225:9
226:23 227:10

228:2 229:6 233:23
234:15,21 235:2
236:5,13 237:1
238:8 239:6,11,14
239:17 240:2 241:6
242:5,21,24 243:11
243:15,19 244:7,20
245:12,22 246:2,20
247:11 249:10,15
249:25 250:8,19,22
251:13,19,24,25
252:4,20,23 253:13
254:7,17 255:1,13
255:20 257:18,23
258:4,14 259:1
260:1,22 261:20
262:13 263:16
264:25 265:9,24
266:3,24 267:14
268:5,11 270:9
273:1 275:15
278:17 279:18,22
282:14 285:21
286:10,22 288:6
289:21 290:1,18
292:20 295:1
297:11 301:7,14
304:2,19,25 305:14
306:14,15,20 307:5
308:21 310:5,9,14
311:6,23 312:5,7,18
312:22 313:11
314:14,25 315:3
316:11 319:22,22
321:2 323:9,24
324:21 325:1,10
328:1
**old** 15:10 24:9 28:2
49:16 53:17 73:18
73:25 75:5,8,10
153:15 165:25
**older** 45:15 75:12
**omission** 279:24
**once** 33:15 34:2
47:16,20,20,20

JOE PETERS                                         4/30/2014

31

49:24 63:20 64:8
  79:18 102:15
  118:15 123:5,8
  142:9 143:3 165:2
  213:7
**ones** 18:23,24 65:2
  87:7 149:2 279:21
  282:8 293:22 316:7
  319:12,14
**one-on-many** 248:12
**one-on-one** 248:11
**one-time** 230:17
**one-way** 24:3
**ongoing** 227:11
  243:22,23,24 281:2
**online** 75:2 153:1,3,7
  153:10
**open** 188:22 198:18
  291:2,5,8 314:5
**operate** 270:25
  290:19,20
**operated** 71:6,7
**operating** 86:21
  167:20
**operation** 172:5
  190:4 209:21
**operational** 172:6
  232:4
**operations** 5:21
  21:13,16,23 22:4,11
  81:21 85:6,6,15
  86:14 211:5 231:5
  231:21
**opinion** 73:13 97:18
  146:13 218:11
**opportunity** 78:20,23
  93:12 147:23
  202:21 249:7 258:2
  297:23
**opposed** 76:16 254:3
**opt** 233:10
**oral** 1:8,13 332:15
**order** 10:9 12:2
  31:18 41:13 52:8,9
  52:14 63:10 72:18

76:13 96:8 101:11
  102:8 110:24
  111:20 120:19
  129:4 137:3 142:13
  149:11 177:8 178:6
  193:11 245:14
  256:19 259:6 260:1
  287:7 298:5 304:5
  305:2,12 314:17,22
  317:9 318:8
**ordered** 185:15
  316:22 317:7
**ordinary** 116:18
**organizations** 315:10
**origin** 150:17
**original** 30:6 41:10
  41:12 74:24 248:14
  285:12 298:9 313:4
  316:19
**originally** 185:2
  302:4
**originated** 184:17
**Ortiz** 3:10 9:1 301:12
**Ought** 213:23
**outcome** 333:5
**outlet** 281:14 283:23
**outlets** 283:21 288:23
**outlet's** 288:19
**Outline** 274:16
**outlines** 269:5 277:10
**output** 114:16 122:7
  133:1 141:7,11,12
  141:13,14,17
**outputs** 141:22
**outreach** 7:13 86:7
  94:20,25 280:22
  293:9,18,21,25
  324:14 325:13
  326:4,21
**outside** 102:2 103:24
  112:4 116:12 130:1
  130:14 131:13
  282:2 286:16,17,19
  292:18 300:17,19
**outskirts** 200:15

**out-of-state** 53:23
  305:21
**overall** 172:4,5
  208:11
**oversee** 13:10
**oversees** 34:4
**over-65** 149:13
**owned** 23:19
**owner** 171:23
**owns** 172:19

─────────────

**P**

**P** 2:1,1 3:5
**packet** 250:16,17
  251:16 253:8,8
  267:9,10,12,15
**packets** 250:11,12,13
**page** 5:9,12 29:4
  73:17 110:14 124:2
  126:12,12 127:5,5
  128:19 136:3
  197:21 238:21,23
  246:13 249:15
  251:13 252:21
  254:8 255:20,21
  258:4 262:13,14
  263:17 264:25
  265:1,2 269:5 272:5
  272:5,6 273:11
  275:5 277:9,19,25
  282:7 289:11,25
  306:19,20 307:11
  312:9 315:25 316:2
  330:2,3
**pages** 250:1 266:24
  274:15,16 275:6
  331:5
**pages(s)** 331:8
**PAGE/LINE** 330:4
**paid** 91:24
**pains** 331:4
**panels** 124:11
**Panhandle** 192:1
**paper** 330:2
**pardon** 115:14

**Parkway** 2:11
**part** 5:16 13:4 15:16
  18:7 19:12,13,13
  20:4 32:6 44:1 58:8
  59:9 64:12 66:24
  96:15 118:25
  119:16 148:10
  158:18,21,23 163:6
  163:15,20 165:21
  166:19 171:13
  172:4,5 174:17
  176:22,22,25
  177:25 191:20
  212:1,7,16,17,21
  213:13,25 232:25
  242:22,24 248:22
  249:19 250:6
  251:16,21 253:5
  267:3,24 271:3,4
  273:15 274:20
  277:3 291:6
**partial** 164:21
**participate** 91:18,22
  93:10 184:12 268:6
**participated** 168:8
**participating** 269:3
**particular** 20:6 21:8
  30:13,20,25 94:17
  94:18 98:12,12
  112:19 145:16
  189:22 207:25
  232:8 235:7 247:15
  262:3,21 265:25
  269:19 282:23
  287:11 327:12,14
**particularly** 207:14
  231:24 281:21,23
  328:24
**parties** 333:2
**partnership** 206:6
**parts** 215:6 261:17
**party** 24:23 25:25
  310:16
**part-time** 84:23
**pass** 61:3 147:11

189:2 225:6 294:23 301:8 319:23 323:10
**passage** 123:8 169:1
**passed** 29:2 80:17 109:21 111:13 142:17 255:7
**passport** 40:11,12 48:18,22,24 68:13
**paternal** 307:15 308:16 309:1,14,20 310:2
**patrol** 15:9,11,11,19 15:20 24:17 67:11 218:5
**patrolman** 25:24
**Paul** 21:9 140:2,3
**pause** 23:8 33:18
**pay** 200:16 225:24 259:3,14,21,22 260:3
**penalties** 12:22 331:4
**pending** 10:22,25 142:18
**Pennsylvania** 2:6 3:7
**people** 154:24 161:7 170:6 173:23 177:22 180:5,13,22 184:19 195:20 199:15,17,25 202:1 202:20 206:11 216:19 241:13 262:2 285:1 287:25 288:1 292:1 309:23 311:10,16 320:14 322:8 324:1
**perceived** 325:5
**percentage** 206:19,24
**perception** 63:10 67:1,3
**perform** 91:9,14 111:20 181:10
**performed** 111:16 141:8,17,22 168:1
**period** 44:20,22

120:15 121:2 123:5 125:6,13 180:23 185:14
**periodic** 299:11
**periodically** 66:3 243:25
**perjury** 331:4
**permanent** 227:14
**permission** 144:18 182:10
**permitted** 97:23 144:16 295:9,13
**permitting** 103:14
**PERRY** 1:5 332:5
**person** 26:19,21 29:16,16,19 38:18 45:20 53:11 98:11 101:8,10 128:5,14 150:13 154:24 156:23 200:16 239:1,7,17 240:5 252:22 255:25 256:2,4 258:8 259:2 262:22 278:8 282:10 289:7,7 309:16 320:18,25
**personal** 37:20 41:3 42:12 99:5,10,12 130:23 138:13 139:19 140:14 146:17,17 147:4,9 161:18,20,22 162:6 162:11,16,19,24 163:5,9 164:3,11 178:23 182:21 218:11 233:20 278:7 314:23 320:11
**personally** 25:25 107:8,18
**personnel** 14:1 93:7 93:9 167:1 178:19 265:8 270:13
**persons** 137:18
**perspective** 14:1 86:8

215:15
**pertaining** 283:17
**Peters** 1:10,13 5:3 8:2,6,9 13:5 23:11 105:17 128:2 135:24 158:11 189:9 197:1 198:10 205:13 211:17 213:8 214:17 219:9 238:14 326:18 328:22 330:25 331:3,12 332:14
**phase** 224:8,16,18,21 224:24 225:2,2,2,11 225:12 227:7,10,22 228:4,7,15,20 229:2 229:8,12,16 237:5,5
**phases** 224:5,12,14 225:1
**phone** 9:7 234:16,18 235:12,21
**phonetic** 245:7
**photo** 26:12,13,16,17 27:10,14 49:15,22 73:8 74:9,13,16,19 74:25 75:1,2,3 122:18 133:8 160:6 258:8 261:22 264:8
**photocopies** 316:20
**photograph** 49:25 313:17
**photographic** 50:17 73:3 108:1 109:5 117:12
**photos** 75:4 254:14
**physical** 194:21 203:16
**physically** 181:15 193:12 202:12 219:18 256:20
**pick** 281:17,20 288:19
**picked** 283:21 315:9
**PICKERING** 3:7
**picks** 281:12

**picture** 49:16
**pieces** 265:18
**pilot** 84:5,17
**pilots** 84:20 304:12
**pinpoint** 227:4 228:9
**place** 98:12,19 102:13 177:9 202:15 237:16,18 254:18 272:16 285:18 312:10,16 313:20 314:6,21 315:5,11 331:6
**placed** 177:16
**places** 175:7 248:2 287:22 288:1
**PLAINTIFF** 2:3
**plaintiffs** 1:3,14 2:9 2:15 3:10 8:17 9:2 301:13 311:7 332:3
**PLAINTIFF-INT...** 3:5
**plan** 6:19 65:23,24 231:6 273:4 275:10
**plans** 65:10 143:13 275:5
**please** 8:7 10:16,21 11:8 34:7 36:8 40:5 53:7 54:10 75:16,24 99:2 196:23 204:5 219:6 239:5 249:15 253:17 259:1 264:25 266:24 279:17 330:2,3
**point** 35:1 61:7 64:2 78:7 90:6,7 96:4 97:22 120:22 125:5 126:6 219:20 249:11 252:9,24 254:14,21 255:3,17 255:18 260:18 268:5 269:2 270:10 270:22 286:21 296:15 297:19 298:20 306:12,14 321:25

JOE PETERS

4/30/2014

33

police 175:23
policed 266:19
policies 103:23 147:2
   147:7 304:12
policy 13:12,15,17
   32:22 33:5,9 53:17
   196:7,9,16 235:9
   252:25 253:3
   254:18,21,22,23
   255:2,10,13 262:6
   263:11,20 264:11
   307:16 308:15,21
   310:10 326:14
political 172:23
politicians 288:7
poorly 237:13
population 177:7,8
   177:17,18,20,21
   192:12 195:5
   198:20 201:2,10
   206:19,25
populations 192:16
   282:24
portion 201:1 266:25
portions 21:17,23
position 13:5,9 14:21
   16:12,14 123:20,22
   123:23 176:19
   217:23 220:9
positive 122:23
possess 100:13,24
   117:15,16,18,19
   130:21,22,22
   138:12,12
possessed 120:20
possession 115:25
   140:13 185:20
   256:2,5 257:6
possibility 152:24
   246:14 297:5,7,9
possible 35:11 43:3
   58:10 97:1,5 328:24
possibly 43:19
   291:10 303:16
   305:25 313:7 314:2

post 289:4 300:14
posted 299:12 300:17
   300:19
poster 7:9 285:23
   299:3
posters 287:21
posting 299:23
postings 66:12
post-passage 121:2
   123:5,8
potential 64:19
   122:17 141:15
   171:22 200:11
   215:15 216:7 233:9
potentially 41:19
   103:8,10 287:16
PowerPoint 276:1
practical 74:1 271:1
   271:8
practice 59:1,3 125:8
   125:17 309:2,3
   310:10
precise 147:25
preclearance 119:1
   119:17,23 120:2,8,9
   120:16,25 130:10
   130:12 134:24
   184:12
predecessor's 19:25
predicting 323:21
predominantly 88:25
prefer 290:18
preferred 290:20
preparation 79:8
   136:21 239:15,23
   239:25 241:14,23
   250:10 252:1 267:8
prepare 19:23 186:24
   206:4 208:22
prepared 18:2 19:5
   19:16,18 106:25
   168:14 187:3,4,9
presence 45:14,15,18
   47:8 52:19,20 68:8
   84:15,23 85:1,3

144:5 146:9 173:1
   184:21 253:23
present 3:20 12:3
   22:16 34:13 35:8
   46:9 66:4 67:5,9,17
   67:23 68:1,3 70:14
   71:22 72:7,11,14
   87:14,20 88:23
   89:11,13,20 101:17
   124:21 126:13
   128:17 139:11
   140:13 144:18
   198:25 278:4
   322:25
presentation 276:1
presented 111:22
   233:17,17 278:10
presenting 279:3
presently 97:8 98:21
   100:13,23
press 66:13,17 85:25
   88:1 94:14 239:21
   270:6 281:8,11,17
   281:21 282:3
   283:16,19 288:15
   288:20,22 315:9
pretty 128:4 274:24
prevent 12:14 176:15
   204:10,11 237:11
   297:4
prevented 296:21,23
previous 78:3 102:20
   112:21 114:13
   115:12,19 116:3,22
   117:21 118:5 120:6
   132:18 139:4 141:3
   142:6 143:6 212:16
   212:16
previously 20:13
   23:12 28:20 83:24
   85:8 111:3 206:21
   208:25 328:16
pre-S.B 118:22
   195:17
primarily 21:10

184:25 191:2 238:5
   238:22
primary 32:18 44:12
   44:14 96:22 195:24
   277:10 278:1,4,10
   278:18 279:8 281:6
   281:9,10 317:11
Princeton 3:2
print 313:17
printed 287:2,6
printout 7:5 276:1
   277:18,23 278:1
   279:17 301:19,19
   316:10
prints 254:15,19
   255:6 287:2
prior 11:16 16:14
   20:1,21 87:16 93:19
   108:1 112:15
   117:12 126:12
   169:1 194:1,3,9,18
   194:19 195:16
   208:16 210:10
   217:15 246:22
   255:21 266:9,16
   268:21 328:24
priority 232:8,13
privilege 257:3
privileges 256:7
   257:4 259:11
   261:10 298:3
proactive 237:4,10
proactively 237:16
probably 13:24 16:7
   23:13 24:7 32:17
   90:6 191:20,25
   195:21 223:16
   254:24 262:1
   292:13 306:18
   312:4 320:24
   323:12
problem 96:22 102:5
   212:20 240:22
   291:3 307:18 317:3
   317:9 318:8,18

JOE PETERS                                                    4/30/2014

34

**problematic** 155:24
**procedure** 1:20
  116:18 244:10
  307:16 308:22
**procedures** 76:19,20
  77:1,2 147:2,7
  249:17 254:8 255:3
  267:2
**proceeding** 333:3
**Proceedings** 329:4
**process** 21:6 32:24
  32:25 33:2 35:20
  42:15,20,24 46:17
  47:16 48:9,16 49:9
  58:8,9,9 59:9,15,22
  62:25 63:20,20
  64:13 65:4 66:7,10
  80:24 95:4 105:19
  108:9 119:23 120:3
  168:11,13 178:24
  182:18 183:7
  202:16 211:1
  213:17 226:16
  234:5 238:2,2
  240:22 263:24
  274:1 296:3,12
**processed** 266:22
**processes** 82:3 234:9
  237:7
**processing** 91:9,14
  91:18 170:23
  178:23 181:10
  182:1
**produce** 213:17
  257:2
**produced** 1:13 20:13
  186:2,16,19 197:12
  198:1 205:18,21
  209:4,10 213:9
  230:2 236:1 242:21
  248:21 273:21
  288:13 311:20
  328:6,8,20
**product** 197:22
**production** 20:5

**program** 32:9 78:18
  83:22 84:6,17 95:13
  97:3 111:4 158:11
  206:6 208:11 224:6
  224:16 227:11,17
  227:17 231:3,23
  237:17,18 280:25
  281:22 282:2,15
  294:10
**programmers** 43:17
**programming** 96:23
**programs** 14:13
  325:24
**projected** 177:8
  192:15
**promise** 323:12
**promoted** 15:20,25
**promulgated** 31:18
  32:8,11 63:9 87:25
**promulgating** 63:12
**prone** 300:21
**proof** 40:11 46:8,20
  52:3,7,9,11,14,17
  53:1 69:15 70:3
  72:17,22 101:7
  146:8 154:16,17
  156:17,24 157:2
  323:6
**proper** 299:12
**property** 23:20 24:6
  226:1
**proposal** 230:11
**proposals** 231:10
**proposition** 325:19
**proprietor** 171:23
**prospective** 26:16
**prospectively** 196:7
**protocol** 121:20,22
  132:7,13 135:16
**prove** 40:7 45:18
  47:24 156:4 304:5
  305:12 306:4
  307:21
**provide** 16:5 26:15

30:13 31:8 40:18
  52:4,7,9,13 55:7
  56:4 57:6 68:17
  69:19 70:6 75:18
  80:10,14,20 83:12
  83:14 84:9 86:17
  87:15,19 91:5 92:2
  92:14,23 94:15 99:6
  108:19 111:20
  115:2 116:1,9,16,19
  118:21 119:10,13
  120:17,21 121:24
  129:2,4,9 130:17
  134:9 139:7 142:12
  143:2,14 145:19
  146:3,8 154:13
  158:25 159:1 171:8
  171:9 173:21
  184:19 190:23,24
  225:22,24 284:4,8
  298:6
**provided** 20:4 48:2
  54:15 57:5 83:5
  86:21 89:25 94:9
  105:18 106:25
  109:16 110:24
  111:4,25 112:10,11
  112:12,15 113:4,12
  113:14,17 114:10
  114:20,23 115:5,8
  115:10,17 117:1,4
  119:22 120:2,9,12
  121:1,7,9,12,25
  123:5,7 124:6,10
  126:9,16,22 128:7
  128:21 129:19
  132:9,23,25 133:10
  134:16,20 135:6,9
  135:11 136:13
  137:2,8,10,14 139:1
  140:4,11 141:9
  142:9 143:7,11
  154:16 157:24
  158:2 166:20
  168:10,11,20,25

173:3,5,17 179:19
  184:23 186:19,22
  186:23,24 281:24
  320:6,8 328:22
**provides** 82:3 89:18
  173:8 201:25
  309:13
**providing** 80:9 91:18
  97:25 98:18,22 99:7
  104:18 169:19
  170:3,15 217:1
  318:12
**proving** 45:19 304:22
**provision** 30:4 36:17
  36:23 41:22 42:6,8
  69:24 72:7 73:7
  75:17 83:13 97:19
  174:2
**provisions** 1:21 27:9
  108:7,8
**proximity** 199:5
**public** 1:9 3:21 5:21
  13:7 14:18 16:9
  31:7,18 34:1,3,5
  35:12 61:22 67:1,3
  71:12,19 81:22
  85:25 107:10,24
  113:25 114:8
  115:15 130:8
  134:16 137:16
  139:1 157:24
  189:22 192:21
  193:12,17,21,25
  194:4,6,12,20,23
  195:6,11,18,25
  196:2,8 198:22
  199:1,2,4,10,17,21
  199:25 200:5,7,12
  200:18,24 201:14
  201:20 204:14
  212:2 227:19 234:7
  234:10,14,18 235:3
  235:11,20 237:8,16
  237:19 241:10
  242:7,11 244:23

270:5 280:17,23,23
  281:3 282:2,24
  283:3 293:18,24
  294:14,15 305:1,6
  315:5,16,19 320:5
**publication** 7:13
  195:14 270:1
  280:16 281:14
  293:9
**publicize** 282:15
  294:3,9
**publicized** 281:7
  283:16
**publicizing** 269:13
  269:22
**published** 63:12
  281:11 283:21
**pull** 232:16
**pulled** 207:5,7
  320:14
**pulling** 214:24 215:3
**purchase** 180:3
  225:21 226:24
  230:20
**purchased** 24:6
  181:22
**purchases** 226:2
**purely** 96:13 210:20
**purge** 180:19
**purged** 180:24
**purging** 180:13,17
**purpose** 10:8 43:11
  50:10 51:6,11 53:8
  74:7 101:7 143:3,14
  159:12 206:8,13,14
  235:22,22 280:1,5
**purposes** 27:1 28:8
  29:17 75:11 124:20
  124:23 129:5 160:2
  180:4 198:25
  201:21 212:23
  213:18 256:7,10
  258:9,15 260:8,23
**pursuant** 1:20 171:4
  171:6

**put** 43:17 151:24
  185:25 192:23,23
  196:19 198:5
  199:10,23 206:17
  287:10,21 299:5,7
  308:3,15 310:6
  316:25
**puts** 69:3
**putting** 6:8 42:23
  186:13
**p.m** 1:16 127:12
  129:13 147:15
  238:10,10 246:15
  295:3,3 329:4
**P.O** 3:17

---

**Q**

**qualified** 73:13 132:1
  153:6
**qualify** 30:22 98:9
  181:4 203:2 301:22
  305:3 324:5
**quality** 47:15,18
  48:16 55:5 78:8
  181:19 240:22
  262:2 322:16
**quantify** 210:14
  236:20
**quantity** 210:10
  316:6
**query** 35:12 37:16
  110:18 163:23,23
  320:16
**question** 9:14 10:1,3
  10:14,17,22,25 12:6
  19:3 23:1 25:10,11
  30:24 33:20 36:21
  39:18 40:22 55:12
  62:7,16 69:16 72:8
  73:15 79:12 81:4
  83:9 85:12 86:10
  87:22 91:11 92:10
  106:5,11 111:19
  112:25 113:2 118:8
  118:9,15 119:6

125:25 132:21
  133:19,20 139:16
  142:17,21,25 143:1
  146:1 147:5,24
  154:7 155:17
  156:22 157:14
  160:14 162:20
  196:1 199:19
  202:23 204:13
  218:10 230:4
  232:11 233:19
  236:14 237:9,14,15
  253:17 258:6
  261:24 263:17,23
  266:17 268:24
  271:7,19 278:17
  282:9,11 284:17
  288:5 290:8 293:20
  293:23 295:15
  299:3 306:13 311:9
  311:10 314:2,13
  317:16 318:23
  323:4 325:18
**questioning** 189:24
**questions** 9:15,17
  10:11,21 12:8,14,18
  12:24 13:2 105:22
  106:8,9,13 128:5,15
  147:25 148:3
  189:17,21 190:1,3
  205:9 208:10
  209:15,18,22,23
  224:3 226:20
  233:24 258:5
  313:19 327:19
  328:15 329:1
**queueing** 175:7,8
**queuing** 198:24
  285:10,17
**quick** 145:7 233:23
  320:3
**quickly** 78:13
**quite** 180:19 312:8
**quote** 36:24,24
  215:19

**quote/unquote** 199:1
  216:12 217:10

---

**R**

**R** 2:1 331:1
**race** 68:24 69:2,10
  149:25 150:5
  151:18,23 153:8
  154:21 159:17
  162:18 310:24
**races** 152:17
**racial** 121:24 130:21
  138:11 152:10
  154:25 192:3
**radio** 95:5
**radius** 206:2,11
  207:13
**rail** 200:9
**raise** 210:3 280:17
**raised** 234:1
**ran** 62:20
**rancher** 23:19,21
**random** 299:11
**ranger** 15:25 23:24
  25:23 218:5
**rangers** 67:11 191:3
**Rarely** 68:4
**rationale** 78:21
**rdoggett@trla.org**
  3:13
**reach** 187:19 208:18
  326:18
**reached** 237:25
**reaching** 231:6
**reactive** 237:2
**read** 18:3 26:22
  28:23 100:19 118:7
  158:4 215:6 277:3
  290:17 304:19
  307:10
**readily** 67:18 116:9
  116:19 305:18
**reading** 29:9 69:23
  128:20 303:20
  316:17

JOE PETERS                                                4/30/2014

36

**reads** 259:2 262:14
    270:10
**Reagan** 183:15
**real** 45:12,13 47:15
    78:12 164:7,12,19
    184:5
**realize** 11:16,17
**reallocate** 178:16
**really** 15:13 224:3
    310:10 318:3 324:8
**reason** 12:17 48:24
    58:18 79:9,9 92:21
    92:25 202:11 219:2
    261:3 262:6 264:10
    264:13 272:10
    291:6 322:9 330:2,4
**reasons** 48:19 155:16
    178:8,12 317:5
    331:7
**Rebecca** 184:3
**recall** 20:6 22:19
    27:17 28:14 31:10
    63:13 96:17 98:1
    108:5,17 123:25,25
    136:23 139:21,23
    168:24 169:3,7
    221:24 225:15
    234:25 235:7 236:3
    236:10 239:25
    241:18 242:6
    250:21 267:12
    269:19 272:17
    276:9,11 287:12
    328:2,3
**recalling** 12:15
**receipt** 181:17
    188:18 268:21
    322:15
**receive** 114:16 118:1
    118:10,16 122:7,14
    141:7 156:3 163:21
    166:18 180:20
    243:20 244:21
    256:13 257:6,16,19
    258:12

**received** 107:11,25
    108:4 117:11
    141:10 164:25
    235:2 236:7,15,19
    242:6,10 247:6,6
    249:20 253:6 267:4
**receives** 234:6
**receiving** 71:18 271:5
**Recess** 77:21 147:15
    238:10 295:3
**recognize** 309:24
**recollection** 123:7
    242:3
**recommend** 326:14
**recommendation**
    192:21,25 229:5
**recommendations**
    228:23
**recommended** 226:3
**record** 1:21 8:1,8,14
    9:19 10:9 11:9,18
    14:10 54:18 77:20
    77:22,23 106:17,20
    106:21,22,23
    110:15,16,21,22
    111:17,19 120:13
    135:21,22,23
    147:13,16 161:17
    189:5,6 197:13,16
    197:17,18,19 198:4
    211:7 212:25 213:3
    213:4,5,16 214:8,10
    214:11,12 219:6
    234:4 236:25 238:9
    238:11 240:23
    241:1 247:19,22
    255:24 262:1 280:1
    280:4 294:25 295:2
    295:4 301:3,5
    323:16 327:24
    328:11,15 329:3
    332:16
**recorded** 69:7 265:6
**records** 47:17,22
    54:4,5 64:7,11 96:8

97:3 110:23 112:11
    124:21 125:19
    127:14,15 129:21
    129:23,24 133:10
    235:15,19,25
    236:21,23 304:11
**red** 229:1
**redact** 213:24,25
**redacted** 212:24
    213:17
**redesignate** 153:13
**reduce** 43:12,14,14
    43:16,20
**reduced** 231:4
**refer** 26:24 28:6
    31:23 42:16 189:24
    191:8 224:25
**reference** 189:22
    190:3,4 221:1
    222:14 304:17
    313:1
**referenced** 210:15
    215:17 267:7 315:4
**references** 205:17
    220:5 223:21 251:5
    323:25
**referencing** 208:24
    251:17 267:16
**referring** 31:21
    129:11,12 140:9
    172:18 189:24
    225:11 247:9
    248:13 312:7
    319:14
**refers** 227:23
**refine** 30:23
**reflect** 222:6 241:22
    248:19 280:8
**reflection** 327:23
**refresh** 21:6
**refresher** 244:1,2
    246:15,17 247:7,9
    247:16 251:2
    267:22
**refreshes** 178:13

**refusal** 70:6
**refused** 265:14
**refuses** 69:19
**regard** 13:14 14:12
    54:19 55:17 75:13
    79:3,14 108:18
    109:5 112:18 113:3
    138:9 139:9,18
    142:10 145:23
    301:21 307:12
**regarding** 14:13
    66:13,22 79:1 86:21
    90:9 100:4 105:18
    106:13 107:21
    122:24 128:6 130:9
    130:20 131:4,8,21
    138:7,10 187:18
    235:3 236:8 258:5
    320:22 328:17
**regards** 242:8,12
    244:10 245:12
    281:21
**region** 188:3 191:19
    191:21 198:16
    266:5 321:7
**regional** 13:24 188:3
    255:7,11 263:7
    299:18 321:9,11
**regions** 13:20 191:17
    321:12,19
**register** 52:8,10
**registered** 34:13,17
    34:24,25 35:2,5,7
    35:13,16 86:5 105:6
    108:11,21 109:14
    111:5 113:11
    117:15,18,23,25
    119:3,15 120:18,19
    128:24 130:20
    133:7,15 138:11
    140:15 160:13,17
    160:23 161:1,3
    302:12
**registrar** 176:7,9
    220:4

registration 34:14,25
  35:3,9 36:1 54:18
  56:9,17 57:16 68:10
  302:6 304:12
  333:15
registry 149:2 176:2
regular 11:12 26:8
  26:11,25 60:15
  125:7,17 169:21
  243:20 291:2
  299:13
regularly 244:9,11
regulation 38:3 40:18
  41:25 65:8,10,17,18
  65:20 69:18 71:24
  76:20 82:5,15 83:20
  85:18 91:13 93:22
  94:5,8 95:9 145:23
  146:10 166:5
  174:21 176:14
  188:22 196:14
  203:12 232:12
  233:14 307:10
  326:11
regulations 31:17,23
  32:7,15 33:3,15,22
  65:9 77:8,13 78:12
  78:21 79:1 80:15
  81:5 95:7 99:4,24
  147:1,6 193:7 262:9
  304:20 306:16
regulatory 157:13
Reid 328:18
reinstated 15:17
reissue 125:15
rejected 97:20
relate 23:17
related 14:1,2 98:19
  118:3,11,18,22
  136:17 137:1,17
  218:14 235:25
  333:2
relates 133:20 233:25
  274:24
relating 145:20 146:3

Relations 236:24
relationship 82:6
relayed 90:2
relays 88:20
releases 66:13,18
  85:25 88:2 94:14,23
  239:21 270:6 281:8
  281:11,18,21 282:3
  283:16,19 288:15
  288:20,22 315:9
relevant 77:9
relies 237:3
rely 47:10
remains 55:23
remember 11:7,21
  16:23 24:17 121:15
  151:15 154:6
  164:24 172:13
  223:25 224:18
  255:4 258:8 265:8
  270:2 276:4 283:18
  286:13 302:8
  308:10 312:2 318:9
remind 12:21
renew 74:14,19 75:1
  152:25 153:6,11
  154:10,10,24
  156:14,15,16,23
  260:10 261:15
  264:16 298:21
  328:22
renewal 30:6 74:8
  75:17 80:20 151:10
  153:17 193:18,18
  202:13,14,16 259:9
  263:18,20 264:4,7
  264:20 313:4
renewed 49:19,24
  73:23 153:2,10
  154:21 180:23
renewing 74:23
  75:19
reorganize 15:22
repeat 189:16
repeating 189:13

rephrase 79:13 102:5
  114:5 132:12
replace 184:2
replacement 76:2,13
  76:25 259:3,22
  297:21,22
replacements 75:25
  76:15,20
report 7:16 14:16,17
  21:18,24 321:10,11
  322:11
reported 1:17 4:5
  321:25
reporter 9:18,24
  17:16,19,22 28:17
  32:3 60:18 62:1,9
  77:20,22 81:18
  88:15 98:3 100:21
  106:21,23 109:25
  118:9 123:1 135:21
  135:23 147:13,16
  187:12 189:4
  196:24 197:17,19
  205:11 211:15
  213:3,5,16 214:2,8
  214:11 223:7 238:9
  238:11 246:10
  295:2,4 329:3
  332:11
reporters 61:13
Reporter's 5:9 332:8
reports 293:13 321:9
  322:1 328:17,19
represent 8:10 17:11
  238:16 293:17
  301:12 313:15
  316:1,10,22
representation 71:1
  269:9
representative 41:8
  42:25 71:2,21 194:3
  218:12 285:4
  296:10 301:12
representatives 22:6
  22:14 42:16 53:11

59:14 70:18 93:11
  96:16,17,18 177:15
  214:24 243:18,19
  244:21 245:13,17
  247:2 327:13
represented 17:6
  222:21
representing 17:8
  318:6
represents 9:8
  293:21
request 20:4 105:5
  107:5,11,24 108:14
  108:20,24 109:4
  116:4 118:2,10,17
  118:25 125:11
  137:7 159:9 166:4
  173:18,19,20,24
  174:19 175:14,19
  176:10,12 177:1,4,5
  177:25 178:1
  181:21 182:12
  197:23 198:5 204:1
  212:18 220:13
  222:22 223:9,18
  229:14 230:9 239:3
  251:23 258:8,11
  263:6 310:24
  328:23
requested 107:1
  112:2 115:24
  116:10,16,20 118:6
  136:13 149:10
  158:5 173:15 203:4
  230:12 328:16
requesting 58:2
  120:16 213:10
  312:16,19,24
requests 107:9 108:4
  108:5 117:10
  119:16,19 136:12
  137:4 138:10
  172:23 222:3
  231:10,12,15,16
require 30:6,12,24,25

31:4,7,12,15 34:12
45:13,17 46:14,15
58:2,4,18,20 68:11
68:13 69:14 70:2,16
73:1 75:1 77:4 81:8
91:9 104:21 162:3
165:3 180:6 193:16
226:16,18 232:13
245:13 262:9 313:3
**required** 26:17 27:9
30:8 33:12,14 42:3
43:12 46:22 47:24
65:18 68:23 73:3
76:12 95:10,25 97:3
156:8 233:21,22
244:15 247:15
249:4 259:23
260:13 262:23
266:7 277:3 287:5
299:5,7,25 300:16
300:19 304:5 313:5
313:25 314:22
316:15 321:11
**requirement** 26:13
42:19 53:1 58:6
59:25 66:14 68:8
72:25 74:18 160:3
245:19 294:6
312:13
**requirements** 7:7
29:8 42:9,12,13
66:23 70:16 76:1
77:5 91:14 162:13
178:1 183:1,2 232:2
251:14 264:20
277:20 300:8,10
304:7
**requires** 30:20 31:11
69:22 161:12,14,15
162:7 193:14
203:13 237:22
313:23 326:11
**requiring** 46:8 49:9
51:11 58:14 59:8,10
59:12 64:12 74:8

287:9
**research** 310:15
311:13
**reserve** 329:1
**residence** 40:11
154:17 202:16
306:4 323:7
**residency** 304:23
313:24 314:15
**resident** 156:24
157:2 208:2 304:3,5
305:3,13
**residents** 93:13
**resolution** 223:9
**resolve** 240:25
**resolved** 235:6
300:25
**resource** 215:19
217:11 325:2,24
327:5
**resources** 93:3,6,8,9
95:17 178:16 182:3
182:7 218:16,18,20
218:20 325:4,11,13
326:21 327:2
**respect** 22:5 24:10
25:5 48:13 62:17
80:7 99:12,13
101:25 102:1
103:23 116:4,13,15
117:23,25 119:7,9
131:15 134:1
139:16 143:17
148:16 169:19
197:20,25 199:14
209:19 213:7,12
229:1 231:3 240:3,6
240:21 268:19
279:25
**respective** 270:13
**respond** 134:13
137:4 209:19
**responded** 90:20
**responding** 108:20
137:7 290:7

**responds** 172:22
**response** 90:25
108:14 229:20
288:2
**responses** 90:24
273:24
**responsibilities** 13:8
269:6,6,9,18 270:10
**responsibility** 209:25
210:22 294:21
**responsible** 21:16
243:12,16 251:10
255:9 266:12
269:12,16,22
274:13 294:14
**restate** 10:14 33:20
83:8 91:11 92:11,20
**restating** 325:20
**rested** 228:20
**restricted** 144:4
**restrictive** 58:24,25
**result** 24:15 70:7
322:7 324:13,13,17
326:12 328:18
**results** 133:5,6
311:19
**retained** 273:17
**retest** 45:4,5
**retired** 16:1 23:13
**retrained** 255:3
**retraining** 255:17,18
**return** 104:22 256:20
270:13 332:20
**returned** 185:18
197:24
**returning** 260:17,20
261:23
**returns** 63:23
**revenue** 180:7
**review** 58:15 79:8
136:21,24 238:25
239:15 241:19,22
250:9
**reviewed** 19:25 20:3
20:7 242:4,19

251:22 252:1 253:8
253:12 267:1
**reviewing** 136:25,25
313:15
**revoked** 188:6 256:1
256:6,8 257:18,22
**re-issuance** 45:2
**re-plow** 165:25 186:5
**Richards** 110:7
**RICK** 1:5 332:5
**right** 10:18 42:17
76:18 97:16 143:22
152:3 157:1 160:12
167:16 191:14
192:17 194:20
195:8,13,16 198:7,8
198:21 211:6,21
217:20 218:6
219:22 220:8
232:11,22 242:25
251:6 265:8 276:15
293:11,15 294:23
295:21 302:8,9
303:3,7 304:23
305:4,17,21,24
306:1,11 309:21
315:6 316:6,17
318:15,19 319:10
319:18 324:22
326:10
**Rights** 2:5 119:2,18
**Rio** 3:11 301:11
**road** 177:20
**Robert** 3:11 6:13 9:1
211:21 219:14
301:11 323:5
**Rodriguez** 5:23 21:9
21:14,18 22:1 88:17
89:10 90:3,5 221:1
221:3,14 222:10,21
292:13,16
**Rodriguez's** 222:6
223:11
**rolled** 327:17
**rollout** 216:16

JOE PETERS                                              4/30/2014

39

**Ronald** 3:15
**Ronnie** 9:3
**ronny.keister@oag...**
   3:19
**room** 2:6 8:12,13
**Rosenberg** 3:1
**rotating** 87:14
**roughly** 201:16
**routine** 62:1,9
**RPR** 4:5
**Rudd** 2:20 8:24,24
   294:25
**rule** 31:21 34:16
   38:17,20,21,22,25
   44:23,24 55:16
   57:12,15,21 58:4,11
   58:23,24 66:8 67:25
   76:23 77:1,2 80:5
   85:18 91:8,12,13
   93:22 94:5,7 95:23
   96:4 97:19,22
   145:17 166:5
   174:21 176:14
   188:22 232:12
   312:17 325:10
**rules** 1:20 9:13 31:22
   33:6,7 63:10,12,13
   77:12 78:22 79:1,3
   79:4,9,14,15,17,23
   80:1,7,10,15 81:5
   96:1 104:9,16,21
   105:1 189:15 244:4
**run** 49:4 63:11,17,18
   64:5,6 292:3,4,7,8
   292:18
**running** 61:8,13,14
   63:1
**runs** 63:22
**rural** 15:7 191:20,24

─────────────
         **S**
─────────────
**S** 2:1,4 3:15 331:1,1,1
**safe** 67:24
**Safety** 1:9 3:21 5:22
   13:7 14:18 16:9

31:7,18 34:1,3,5
35:12 71:12 81:22
86:1 107:10,24
113:25 114:8
115:15 134:16
137:16 139:1
157:24 192:22
212:2 227:19 320:5
**Safety's** 130:8
**sakes** 225:8
**sample** 296:12
**Sarandos** 137:25
   138:1 140:22 151:4
   320:19
**satisfied** 231:17
**satisfies** 72:25
**satisfy** 72:22 232:1
**satisfying** 29:18
**saturation** 283:2
**Saturday** 95:10,21
   188:23
**Saturdays** 95:8,17
**Saundra** 168:7
**save** 49:5 78:5 103:16
   287:7
**saw** 58:18 170:11
   221:15 267:7
**saying** 35:18 39:19
   85:9 128:12 211:21
   230:6 265:13,24
   296:14,19 305:14
   318:14
**says** 29:14 30:5 31:9
   34:16 40:6 56:8,9
   56:16,17 61:6 63:24
   75:17 82:8,18 124:4
   131:10 150:13
   166:5 171:12
   186:14 206:19
   214:22 215:21
   220:22 246:14
   250:2 252:5,9 254:8
   254:12,14 255:23
   258:8,10 263:1,25
   264:1 278:1 285:24

289:21 290:3
301:23 302:3,11
303:15 304:2
306:25 313:2,21,22
316:11,13 317:5
318:9 327:3
**scanner** 185:2
**scarce** 325:24
**scheduled** 84:10,13
   244:11 272:11
**schedules** 154:4
**scheme** 231:20
**school** 15:3,6 54:4
   304:11
**Science** 14:24
**scope** 102:2 104:10
   116:12 130:15,18
   143:10
**Scott** 2:10 8:16 148:4
   158:9
**scott@brazilanddu...**
   2:13
**scout** 171:22
**screen** 43:8 59:18
   62:25 63:16,18,24
**screens** 62:20
**scrutinize** 48:11
**scrutiny** 48:1
**SEAL** 333:6
**search** 150:16 151:5
   152:3 159:19
   160:25 161:2,4
   165:17,18
**searchable** 69:9,10
**searches** 151:7
**second** 23:6 104:22
   106:18,20 110:14
   128:20 246:13
   266:25 269:5
   277:17,25 289:11
   289:25 309:17
   316:2
**secondary** 41:5 51:10
   51:18,20 102:7
   104:12 277:11

279:14,20 280:6
305:25 319:7
**Secretary** 35:12,15
   36:2 58:13 86:3,24
   87:3 88:18 109:17
   110:24 111:25
   112:2,10,24 113:4
   113:21 114:22
   117:2 120:21 122:9
   133:3 137:3,4,6,10
   138:21,24 140:5,12
   140:24 142:1 149:7
   149:16,20 152:6,8
   152:11 157:24
   158:5 159:1 163:8
   172:12,19,20,22
   173:4,17,24 183:11
   183:14 185:1
   218:13 223:18
   224:19 225:3,13,16
   225:17,20,21 226:1
   226:7,11,24 227:18
   227:23 228:12
   250:12 268:10
   274:21,24 275:2,11
   275:13 287:19
   289:18 320:6,23
   321:1
**section** 6:7 29:5,14
   29:18,23,25 30:8,9
   31:19 32:23 34:8,12
   36:8 40:5,25 41:17
   44:12 51:9 53:7
   54:11 57:24 73:17
   75:16,24 77:3,6
   119:1,17 145:13,14
   153:7 306:21 313:2
   313:6,15,21
**secure** 51:21 201:23
**security** 15:23 49:8
   69:12,15,20 70:3,7
   124:24 126:18
   151:15 182:4,13
   211:24
**see** 10:17 18:14 62:3

JOE PETERS                                                    4/30/2014

62:6 65:13,19 76:22
90:25 102:4 104:3
110:14,17 123:14
127:7,14 128:10
130:6 136:4 156:2
187:15,21 193:6,6
205:24 206:1,19
211:11 212:20
220:23,24 226:4
230:8,22 231:1
240:2 241:19
242:18 248:9
255:15 277:22
289:23 290:5 304:4
305:14,18 308:12
312:11
**seeing** 175:12 236:3
**seek** 55:13
**seeking** 39:3 97:23
258:15 284:1
296:21 297:16
322:6
**seen** 17:23 60:19
88:10,10 94:22 98:5
98:24 99:21,23
110:2 123:9 145:15
145:17 175:10
181:6 197:1 205:14
205:15 209:9,12
210:2,3 211:18
219:9 236:5,14
242:14,15 265:5
276:8,11 288:17
294:19 313:18
322:21
**Seibert** 1:17 4:5
332:11 333:12
**select** 124:11
**selected** 44:20
**Senate** 5:15 26:7,10
26:22,24 27:9 28:21
196:4
**senator** 173:15
310:24
**send** 166:15 188:6,8

203:9 206:15 300:3
300:6
**sends** 93:11 221:4
**senior** 21:15,22 22:8
22:9,12 123:24
187:25 255:6,12,16
299:10,20
**sense** 190:5 191:6
195:1,4 209:24
218:12,17,23 219:1
237:2
**sent** 18:15 58:19 66:8
89:5 90:10 131:22
149:4,7 223:10
235:10 263:18,21
264:4,7 268:13,18
281:12
**sentence** 318:11
**Seoul** 15:15
**separate** 25:8,10 34:4
43:9 150:3 155:12
158:15,16 162:21
172:1 178:4 285:1,8
308:9
**separately** 155:5
158:10 163:13
**September** 5:18 16:2
59:4 60:25 61:2
66:3 96:14 169:24
169:24 216:7
219:13,21 220:21
221:4 254:25 255:2
**sergeant** 15:20 218:5
218:5
**series** 189:14 190:3
191:8 220:19
**serve** 16:10
**served** 15:21 206:11
**serves** 222:11
**service** 15:18 22:6,13
41:8 42:16,25 47:18
53:11 59:13 70:18
70:25 71:1,2,21
87:16,19 93:11
170:3 171:8,10

173:3 177:15
184:24 200:9,11
202:18 203:13,15
203:23 204:16,23
208:3 214:24
240:23 241:1
243:18,19 244:21
244:22 245:12,16
247:2 262:1 285:4
296:10 327:13
**services** 14:17 71:8
71:19,25 80:14,21
82:25 83:4,13,14
84:9 86:18,18 91:9
91:18,24 92:3,14,23
94:16 96:8 157:14
190:23,24 191:1
193:16 194:22
208:11 217:1 232:6
232:17 233:7 234:7
280:1,4
**serving** 195:20
**Sessinger** 282:12,20
**session** 26:8,11,25
80:18 274:12
**sessions** 274:10
**set** 7:3 32:7 36:24
38:3 42:6 51:11
53:9 76:19,25 77:2
171:13 188:13
205:9 270:25
276:19 283:5
**sets** 37:15 54:11
129:17
**setting** 271:9
**seven** 73:18 75:8
**severely** 215:4,20
216:3
**severity** 231:4
**sex** 149:1 176:1
313:18
**Shaya** 219:25 220:10
**sheet** 248:1,18
265:20 266:1,5
330:2

**sheriff's** 15:7 16:4
23:25 175:22 218:4
**shift** 208:9 266:8,14
295:14
**shipping** 287:7
**shops** 287:2
**short** 19:19
**shortfall** 232:14
**shorthand** 1:18
332:11
**shortly** 122:12
**show** 56:22 57:17
72:17 73:3 156:17
156:24 157:1,5
186:7 316:16
**showed** 292:14
315:25 316:7
**showing** 7:16 56:11
56:13,16
**shows** 74:2 181:2
205:17 206:24
307:25
**sick** 12:13
**side** 22:10 48:14
**sides** 206:19
**sign** 33:23,25 35:17
81:23 97:23 104:17
188:18 256:16
260:13 265:9 266:4
286:23,23 297:24
300:4,11,12,16
330:3
**signage** 288:9 299:12
299:13,23,25 300:7
300:10
**signature** 5:9 183:25
248:2 254:15 265:1
313:17 330:1
332:19
**signed** 34:2 81:1
98:21 257:2 259:10
265:2,14
**significant** 201:1,18
211:4 216:22 244:4
**signing** 104:23

JOE PETERS                                                    4/30/2014

41

signoff 193:1,3
signs 286:3,9
sign-in 248:1,18
   265:20 266:1
similar 43:3 55:16
   56:25 57:7 58:10
   72:14 89:25 90:9
   109:4 178:22
   182:21 254:9,11
   286:23 288:9
Similarities 254:12
similarity 57:11
simple 148:7
simply 186:25 194:10
   216:16 249:10
   326:12
single 227:4
sir 9:10,16 10:6,12,19
   10:19,23 11:6,19
   12:4,12,16,20 13:1
   13:3 14:5,15 16:16
   16:20 17:7,23 26:6
   26:9 28:18 29:3
   31:2,5,16 37:22
   38:1,4 43:19 44:19
   51:4,4 52:6,6 55:20
   60:7,9,11,14,16
   61:20 62:6 64:18
   67:21,24 70:12,15
   73:20 74:12,15
   76:14 78:16,23 79:2
   82:11,17,22 83:1
   84:1 90:12 91:25
   93:15,18 95:9 100:6
   100:11 108:12
   109:9 110:4 121:21
   121:23 122:3,22,25
   123:14 125:18
   126:11 128:18
   129:20 135:14
   136:11 137:15
   141:24 145:2 148:2
   148:6,6,18,22 149:6
   149:21 150:6 151:1
   151:8,20 153:5,20

154:12,14 155:3
156:6,9,12,18,20,25
157:17,19 158:20
159:4,18,22 160:24
162:2 163:7 164:6
164:10,13,17
165:14 166:10,24
167:2,7,11 170:8,18
170:21,25 171:2,11
171:15 172:3,10
173:13 174:1,4,7,24
175:6,12 178:18
179:3,10 180:15,25
182:2,5 183:6 184:1
184:11,15 185:4,7,9
185:12 187:10
188:24 189:1 190:6
191:18 192:5 193:9
200:6,13,20 203:14
204:20,24 206:23
207:23 209:11
210:2,5 211:25
214:18 217:13,17
219:3,11 220:1,16
220:18 225:15
227:9,16 228:1,6
230:16,18 231:9
304:18,24 306:21
307:7,9 311:4
312:12,14 314:4
315:24 316:4
318:16 323:1,19
328:13
sit 158:3 170:9
site 87:1 169:22
   188:13
sites 87:4 172:24
   173:5 217:3
sitting 227:6 270:19
   323:20
situation 125:10
   307:13
six 74:24 155:22
   170:2
Sixth 1:19 2:21

six-hour 270:11,17
size 195:9
sizes 84:7
slept 242:3
slow 33:17 148:4
slowly 147:23
small 15:7 195:10
smaller 253:11
Smith 6:10 32:18,21
   56:7,8,16 57:1,1,2,2
   197:5
smoothly 237:8
Snelson 4:1
social 69:12,15,19
   70:3,7 86:1 88:2
   124:24 126:18
   151:14 240:11
   270:6 282:4
solemnly 331:3
solicit 208:19 237:16
somebody 150:24
   157:11,13 158:10
   168:5 187:23
   256:19 257:24
   265:15 300:3
   308:25 318:14
someone's 188:5
   314:8
somewhat 201:18
soon 328:23
sorry 14:5 27:13
   28:10 36:15 43:6
   47:10 50:19 53:16
   53:16 55:15 56:11
   58:1 59:2 64:22
   65:22 71:2,9 80:20
   86:9 90:13 92:10,20
   93:5 99:4 100:19
   109:11 110:11
   113:24 117:16
   118:13 120:14
   122:20 127:5,9
   128:20 140:21
   152:1 153:24
   160:14 163:11

173:10 175:16
177:11 204:5 219:6
219:17 237:13
247:13,13 251:7
257:11 261:12
271:21 278:15
284:11,14,15
286:11 288:11
292:23 306:3 310:1
311:5,9 312:8
313:22 316:5
322:19 327:20,20
sort 92:10 167:6
   178:2 184:13 304:4
   310:11,11 311:11
   314:1
SOS 111:5,20 123:6
   129:5,19
sound 316:24
Sounds 68:20
sources 303:16
south 15:16 21:16
SOUTHERN 1:1
   332:1
Southwest 14:25
space 171:24
Spanish 88:6,10,12
   94:25 95:2 245:17
   245:20 288:13,16
   288:17,19,23,25
   289:2,4
speak 9:23 11:2 21:1
   147:23 239:2,22
   241:13 242:1 288:6
speakers 245:20
speaking 9:9 194:11
   243:2
specialized 244:8,18
specific 30:14 66:17
   86:19,22 91:4 94:18
   108:5,23 112:9
   115:7 121:11
   123:25 125:12
   130:3 131:25
   136:22,23 137:13

140:3,11 141:20
147:2 159:9 160:2
167:4 168:5 174:13
174:16 191:17,19
206:8 208:19 217:5
236:3 240:16
243:15 244:22
313:20 321:16
**specifically** 17:12
21:3 25:6 26:4
31:10,10 32:13 81:7
86:16 90:5 105:11
108:19 129:11
133:18 137:20
138:7 139:10 147:7
159:5 170:5 181:9
215:17 234:21
235:1,16 258:12
262:12 283:7,17,18
299:22 307:20
**specifications** 226:2
**specifics** 24:17 94:24
287:12 302:2
**specified** 84:7
**specifies** 30:20
**specify** 34:23
**speculation** 61:17
62:12 74:5 79:12,19
89:22 90:15 97:12
98:14 100:17 101:2
101:14 102:10
103:13,22 104:2
105:1 111:2,22
112:21 114:4,14
116:5 129:1,7 130:1
132:11,18 135:18
142:6 195:3 201:6
294:17 318:22
**speed** 28:19
**spelling** 150:11
**spend** 228:3 325:13
325:23 326:20
**spends** 170:5
**spent** 15:12 169:19
169:24 170:2 327:5

**Spinx** 262:4
**spoke** 22:17,20 158:6
168:17 179:18
185:21
**spoken** 21:5
**spot** 41:12,15 48:4
**spread** 218:25
**spreadsheet** 186:1
248:2
**spreadsheets** 94:14
**staff** 21:6 32:17 33:5
33:9 42:22 47:21,22
61:22 71:8 93:1
138:6 140:17
168:21 169:18
170:15,16 179:24
182:8 188:17 204:7
206:5 209:18
211:23 217:2,3
226:11,12,12
228:24 229:4 240:7
240:23 241:1
243:16 250:13
255:8 266:23
268:10 290:24
291:4
**staffed** 71:3
**stage** 259:18
**stamped** 7:8 277:23
**standard** 12:5
**staple** 277:22
**Star** 5:18 60:25
**start** 117:16 149:3
189:20 212:5
**started** 42:23 184:7
**starting** 62:4,4
238:23 306:21
**starts** 290:2
**state** 1:17 2:14 6:11
8:7 13:24 14:25,25
16:6,14,18,22 21:17
21:23 22:3 24:23
30:24 35:15 36:21
41:11 58:13 61:1
69:13,22 70:2 78:25

80:9 82:25 83:3,3,4
83:12 86:3 87:6
90:20 96:7 107:20
109:17 110:18
111:16 112:1,3,10
112:24 113:4 122:9
133:3,21 135:12
137:2,3,4,6,11
138:22,24 140:5,12
140:24 142:1 149:7
149:17,20 151:11
152:6,9,11 159:1
163:8 172:12,19,20
172:22 173:5,17
177:1,6,7 179:12,13
180:7,10 184:21
191:17,19 192:15
205:17 206:7
207:18 213:19
218:13,25 222:12
225:13,20,22
226:12,16,24
227:19 228:12,15
229:7 244:13
268:10 275:13
279:25 280:4
287:19 310:22
314:1 332:9,12
**stated** 1:21 79:4
211:7 263:11 331:6
**statement** 62:18
67:24 195:17
325:18 328:25
**statements** 61:19
**states** 1:1 2:3 8:11
9:9 29:16 61:25
65:17 69:18 93:23
98:17 145:18,20
146:2,4,6 181:10
332:1
**statewide** 201:3
281:13 321:5,10
322:11
**State's** 35:12 36:3
86:25 87:3 88:18

110:24 113:21
114:22 117:2
120:22 157:24
158:5 173:24
183:11,14 185:1
201:12 223:19
224:19 225:3,17,17
226:1,7 227:23
250:13 274:21,25
275:2,11 289:18
320:6,23 321:1
**static** 326:4
**stating** 131:18
**station** 59:7 71:5,7,23
78:7 86:20 89:11,12
89:19 90:10 93:14
104:11 171:14
173:16 270:12
287:24 296:11
322:6
**stations** 68:1 70:23
71:3 72:7,9 80:14
80:16 81:6,9,12
85:22 87:6,13,20
88:12,23 94:21 95:1
95:2,5 96:7 190:2
215:19 224:3,20
226:25,25 227:11
230:21 286:5,6,9,19
287:19 327:14
**statute** 30:12 33:12
69:22 70:19 85:18
203:12 233:14
326:11
**statutes** 193:6
**statutory** 210:23
262:5 294:2 312:18
**stay** 120:14 181:1,2
326:4
**stays** 181:5
**Stephen** 3:16 9:4
**Stepping** 192:9
**steps** 157:20
**Steve** 21:9
**Stevenson** 214:16,19

JOE PETERS                                                4/30/2014

43

214:20
**stick** 224:1
**sticks** 276:10
**stolen** 37:3,4
**stop** 148:4 153:23
   199:7,9
**stories** 95:3
**Straphio** 245:7
**Street** 1:19 2:21 4:2
**strength** 217:24
**strictly** 134:1
**strike** 36:15 37:23
   71:9
**string** 6:4 123:15
   219:16,16,17,20
**stringent** 57:14
**structured** 79:5,10
   163:23,24
**studied** 192:6
**studies** 174:25 175:1
   208:6
**study** 167:23 169:16
   175:3 179:5 192:15
   210:13 323:17
**Sub** 29:23 53:14,16
   53:20
**Subchapter** 6:6
   145:11
**subject** 12:22 81:11
   81:14 138:18
   196:17 212:8
   213:21 227:18
   235:23 246:6 251:2
**subjects** 18:1,3
**submit** 58:3 99:25
   229:22
**submitted** 229:24
   332:17
**Subsection** 30:1,24
**substantial** 57:11
**substantially** 54:24
   55:15,16 56:25 57:7
   57:11
**sub-bullet** 252:8
**successful** 230:24

270:11,15,19
**successfully** 122:5
   141:1 203:22,25
   204:15
**sued** 24:9
**sufficiency** 88:22
**sufficient** 36:18,25
   40:2 44:15 46:3
   54:20 56:20 63:21
   259:21
**suggest** 124:5 127:14
**suggested** 212:8
   231:2
**suggesting** 303:23,25
**suggestion** 174:9,12
**suit** 24:11
**Suite** 1:19 2:11,22
   3:2 4:7 333:14
**summary** 220:17
   322:1 324:24
**supervise** 46:17
**supervision** 13:14
   33:4
**supervisor** 55:10,11
   55:14 95:21 182:24
   265:11 296:6,9
   317:23
**supervisors** 13:19
   171:21 263:14
   295:24 299:10,19
**supervisory** 34:4
**supervisor's** 183:19
   183:25
**supplied** 168:14
   185:13
**supply** 298:8
**support** 4:6 32:23
   119:11,14 332:20
   333:13
**supporting** 41:17
   50:8,9,24 51:19,22
   53:8,10 55:9 56:4
   259:23,24 277:12
   298:6 304:11,16,20
   305:19 306:9

317:10,19 319:10
   319:17,20
**suppose** 36:4 176:12
**supposed** 305:7
**sure** 10:2,15 14:9
   16:23 19:11 33:11
   36:22,23 39:18
   47:15,23 49:13
   51:21 64:15,18
   69:16 72:9 78:11
   83:11 85:14 88:7
   89:1 90:23 91:12
   96:21 100:21
   109:22,23 112:16
   118:9 124:25
   130:16 134:25
   138:3 141:19 146:1
   150:21,22 152:8
   160:15 168:8 173:7
   176:24 181:4 186:8
   190:13 203:3
   205:16 210:7
   212:14 213:6
   222:13 224:15
   226:5 236:14 237:9
   247:25 253:23,24
   268:3 271:7 272:1
   286:13 295:15
   303:9 306:13 309:9
   323:16 328:6
**surname** 150:10
   307:14,15 309:14
**surnames** 150:8
   307:14 308:17,25
   317:10 318:17
**surprise** 324:6,7
**surprising** 324:4
**surrender** 77:4
   256:23,25 260:4
   261:8,9,11 297:24
   298:1,2
**surrendering** 256:17
   257:3 259:10
   260:13,16 262:6
**survey** 177:2 179:5

**suspended** 256:1,14
   256:15,20 257:5,13
   257:22
**swear** 331:3
**switch** 165:24
**sworn** 1:14 8:3
   332:14
**system** 37:16 45:16
   63:22 101:18 121:3
   139:8 152:22
   158:17,19,22,24
   170:1 175:25
   180:24 198:24
   285:10 308:7
   320:13 321:24
**systematic** 47:6,6
**systems** 175:7,9
   285:17
**S.B** 6:9 26:25 36:19
   37:1 40:2 57:17
   77:9 81:8 83:16,25
   84:3,5,16 85:2
   86:10,15 95:11
   101:18 105:5,9
   106:15 107:2,5,13
   108:18 109:2,7,15
   109:21 111:8,13
   114:21 117:4 119:1
   119:17 120:17,23
   120:24 127:2
   133:14 134:17
   135:1,13 136:18,18
   136:24 137:1,11
   142:10,13 143:4,14
   167:4,8,10,18,24
   168:11,13 169:1
   170:7 174:2,6,17
   175:11 176:23,25
   178:1,5 179:21
   184:9,14 186:13,15
   195:16 196:3
   208:17 210:10,14
   217:15 312:22
**S.B.14** 28:19 244:16
   294:3 320:7 327:1

**T**

**T** 331:1,1
**tab** 196:23 205:10
  211:13 219:6,6
**table** 57:16 96:17
**take** 29:4 34:7 35:18
  36:8 51:9 54:10
  57:23 59:22 65:19
  77:3 135:20 149:22
  200:16 230:7
  231:25 232:3
  237:11 238:25
  247:23 249:8,9,10
  251:19 257:4 266:7
  270:1,22 272:16
  276:16 296:12
  298:21 302:12
  324:10
**taken** 1:15 64:8,11,22
  65:2 74:13,16,19
  75:3 151:13 194:4
  333:4
**takes** 282:2
**talk** 10:24 128:2,12
  172:7 197:14
  212:10,11 213:13
  214:9 219:4 224:7
  239:7,14 242:25
  307:12 318:11
**talked** 112:23 161:13
  174:25 179:8,17
  196:12 240:19
  295:6 302:4 317:4
**talking** 11:15 25:5
  31:9 40:14 44:7
  48:8 65:20 71:20
  94:23 117:6 122:9
  160:1 172:8 186:23
  205:20 214:13,14
  225:3,4 227:1 240:3
  244:8 247:8 280:22
  284:13 290:16
  297:12 298:7
  300:14 302:24
  306:22 311:2,3,6,15

311:16 313:7,9
  320:8,10
**talks** 307:11,18 312:9
  318:2
**targeted** 86:7 282:24
**targeting** 288:22
**Tarrant** 173:6
**tasked** 209:25
**Tatum** 3:16 9:4
**tax** 149:12 215:1
  246:8
**taxi** 200:9,11,15,16
**teams** 214:25
**technical** 35:22,24
  128:4,4,9,14 130:18
  131:15
**technically** 97:5
**technology** 16:5
  123:23 137:19,20
  140:16 151:2
  176:21 244:1 271:9
  320:17
**telecommunications**
  175:25
**Telegram** 5:18 60:25
**telephone** 2:4 3:1
  240:6 284:8,13
**television** 88:12
**tell** 10:16 19:22 48:23
  65:25 87:23 89:10
  184:24 186:11
  197:9 199:23 239:1
  245:24 249:19,21
  253:7 259:8 268:16
  279:10,13 287:9
  288:17 292:5
  303:22 305:2
  313:12 318:3 319:3
  327:1
**telling** 61:13 89:9
  202:24 237:3
**tells** 259:2
**temporary** 49:6
  184:23
**ten** 14:22 80:6 159:13

181:6 192:16
  207:13 235:11
  250:1
**tenure** 223:22
**Teresa** 4:1
**term** 27:3 31:23
  36:15 144:3,15
  166:2 174:8
**terminate** 81:11,14
**terminated** 95:13
**terminology** 237:6
**terms** 45:19,19 49:3
  51:17 88:3 93:7
  210:20 218:16
  299:3 325:2,13
  328:11
**test** 45:5 270:22
  271:2 298:21
  313:10 316:8
**tested** 271:11 272:1
**testified** 8:3 25:7,14
  25:19 111:3 120:10
  126:15 141:14
  211:6 217:20 221:5
  223:2 228:2 241:7
  261:7 295:8 323:24
**testify** 18:2,6 19:5,17
  24:25 99:11 101:25
  102:2 103:22,25
  105:21 107:20
  111:24 112:2,4
  116:12,13 119:6,8
  127:19 130:2
  131:12,13,16
  292:16
**testifying** 16:18,22
  78:20,25 102:1
  119:25
**testimony** 10:9 12:23
  19:19 26:4 51:1
  70:10 78:3 79:20
  80:9 99:15 102:20
  105:14 112:21
  114:13 115:12,20
  116:3,22 117:21

118:5 120:6 130:4
  130:18,25 132:18
  139:4 141:3 142:6
  143:6,16 148:10
  191:12 207:20
  208:16 216:4 217:5
  222:5 231:25
  232:16 252:2
  269:21 290:25
  295:20 310:9 319:6
  325:12 326:2,12
  328:21 331:6
  332:16
**testing** 45:3 185:16
**tests** 271:8
**TEX** 186:10
**Texans** 200:22
**Texarkana** 203:20
**Texas** 1:1,8,17,19
  2:12,14,22 3:4,11
  3:12,17,18,21,22
  4:2,7 5:16,22 6:5,11
  6:21 8:18,20,23,24
  14:25,25 15:25 16:4
  16:18 24:23 25:23
  26:13,16 31:19 32:5
  37:20 41:2 45:12
  48:19 50:14,20 52:4
  52:8,15 53:25 60:5
  62:23 68:11 71:25
  72:23,24 81:22 82:9
  82:19 105:6,17
  107:20,25 108:21
  110:19 111:16
  114:20 115:9 116:8
  117:19 118:2,11,17
  118:21,25 119:2,3
  119:15,16 120:16
  122:18 124:10
  126:7 130:22
  132:14 133:13,15
  133:22 135:1,12
  136:14,14 137:2,5,7
  138:12 140:14
  143:23 144:23

JOE PETERS                                         4/30/2014

45

145:3,10,24 146:16
147:3,8 151:12
154:9 155:1,11
156:3,11 157:4
159:24 164:2
175:24 177:1,6,7
190:16 191:21,21
191:24 192:15
201:2 205:17 206:7
208:2 209:6 211:24
212:1 213:17
229:14 236:16
238:16 250:3
251:15 252:6,9,22
261:22 266:15
275:22 277:18
278:7 280:3 296:16
301:11 302:3
303:17 304:3,5
305:3,12 323:7
332:1,9,12 333:12
333:14
**TexIR** 277:10
**text** 29:22 30:5 95:11
**thank** 8:6 9:22 10:7
22:24 25:12,13
44:11 77:23 78:9
98:4 105:3 110:1
123:3 140:23 189:2
189:3 198:25
202:23 205:8 238:8
242:24 249:3
250:24 277:16
280:20 282:22
289:6 292:20 293:5
293:7 294:24 301:7
317:18 320:20
**therefor** 331:7
**thick** 253:9
**thing** 9:25 12:21
19:11 169:12
222:18 276:10
316:11
**things** 11:7 28:19
148:7 149:13 150:7

160:4 190:11
196:12 231:20
295:6 313:16,18
317:8,9
**think** 11:21 12:17
16:23 19:9,18 27:16
32:14,17 35:14
40:13 50:12 59:4
67:24 72:3 96:13
98:7 101:6 109:19
120:6,13 128:1
138:3 139:4 154:6
172:14,18 181:8
184:25 195:23
198:1 201:1 203:6
206:20 213:13,20
216:14,25 217:20
218:1 222:23
231:19 234:3 243:2
243:9 260:12 261:6
266:25 282:6
287:18 289:22
290:3 295:7 299:4
301:17 302:4,11
306:9 309:6 310:4
313:9 323:5,24
**thinking** 42:23 43:23
47:15
**third** 249:15 251:7
252:24 254:13
**thought** 106:4 166:2
223:2 224:23
271:19 284:13
**thousand** 180:5
185:22
**three** 15:13,24 22:17
103:5 161:12,13
216:25 224:5
306:25 307:1 308:4
308:7 316:21
**thumb** 254:14,19
255:6 313:17
**thumbprint** 58:18
59:23
**tickets** 60:10

**time** 8:6 9:25 15:15
15:16 16:13 29:2
32:16 39:9 41:7
44:20,22 48:17 54:1
54:8 58:7 62:24
63:2 65:7 74:13,16
74:19,25 75:22
77:16,18 95:14
104:6 109:10,12
121:16,17 125:6
132:2,3 153:3,4,11
153:21 154:9
168:21 169:18,23
170:1,2,4,13,15,16
175:10 178:9
180:23 181:3,17
184:20 185:14,16
194:4 196:2 197:6
200:4 214:9 220:9
224:13 228:4
230:16 249:7
252:15 254:17
260:8 266:6,8,15
285:14 287:7
292:21 298:11,19
311:24 316:3
323:17 329:2 331:6
332:22
**timeframe** 66:3
**timeline** 274:22
**times** 20:21 22:20
175:2,6,13 178:7
241:7 269:13,22
292:15 293:14
315:18
**timing** 171:19
**tired** 23:3 319:5
**title** 5:16 6:6 32:6
145:11 249:16
250:20 304:12
**titled** 275:9
**titles** 275:5
**today** 12:13 17:6
18:2 19:5,17 20:10
80:9 151:9 152:15

152:23 154:9,21
158:3 160:23 170:9
189:11 213:13
220:9 227:6 233:18
239:24 241:15
246:16 252:2
323:20,24 327:23
**told** 62:1 201:7
229:22 287:13
296:24 297:2,17,17
301:15
**Tom** 61:21
**tomorrow** 159:1
196:13
**Tony** 5:23 21:9 88:17
220:22
**top** 40:13 76:18
212:11,21 213:12
214:14 246:13
254:7 255:21
262:14 275:5 278:1
289:11,25 301:21
306:19,20
**topic** 105:11 106:2
107:21 128:10
135:25 136:12,22
137:17 138:7,9,10
138:17,20 139:12
139:13,14,20
143:22 233:24,25
234:1 239:8,18
316:12
**topics** 19:4,4,15
238:22,25 239:2
**total** 93:19 110:17
111:16 169:7,14
190:17,20 210:16
**totally** 216:5
**touched** 170:19
233:24
**Tracie** 219:25
**track** 170:4 175:6
322:18
**tracked** 247:25
**tracking** 169:23

JOE PETERS

4/30/2014

46

321:2 322:5
**Tracy** 220:10
**traditional** 189:25
 209:24 210:23
 233:6
**traffic** 24:16 25:3,4
 25:17,18 178:14
 236:6
**train** 276:5
**trained** 178:20
 214:24 244:6,7,9
 246:21,22,23,25
 247:3,4,5 252:13
 253:3 254:1 257:23
 259:21 262:18
 267:20,21 268:20
 271:18,24 273:7
 279:7,11 295:8,12
 295:17 296:7,15,18
 297:1 298:25
**trainers** 239:10,14
 245:10,11
**training** 6:19,23 7:4
 15:4 166:3,6,11,18
 166:19 167:5
 170:24 174:23
 178:22 187:21
 188:14,17 239:8
 243:1,20,22,23
 244:1,2,8,11,12,14
 244:18,22,25 245:3
 245:5,6,8 246:15,17
 247:7,9,16,20,25
 248:3,4,5,7,8,13,14
 248:15,19 249:5,8,9
 249:11,20,24 250:6
 250:10,11,12,13,15
 250:17 251:5,21
 252:1 253:5 254:6
 254:17 255:1,5
 263:1,25 264:2
 265:3,14,16,21,23
 265:25 266:2,7,9,16
 266:23 267:3,7,17
 267:22,23,25 268:1

268:2 270:11,18
 271:3,4 272:8,21
 273:4,14,24 274:10
 274:12,13,16,23,25
 275:1,4,10,11,16,23
 276:3,11,15,20,25
 277:4 295:7 307:17
 307:19
**trainings** 251:11
 272:11,13 273:15
 274:19,20
**trains** 245:11
**transaction** 237:20
**transactions** 48:12
 175:8 211:1 296:3,4
 328:18
**transcript** 60:24
 230:8 331:5 332:15
 332:17
**transition** 280:21
**transmitted** 124:20
**transport** 188:15
**transportation** 30:10
 31:20 82:9 167:13
 189:23 193:25
 194:4,7,12,23
 195:14,18 196:8
 198:22 199:2,3,4,11
 199:17,21 200:1,5,7
 200:12,18,24
 201:14,20,22,25
 204:15 217:6
 312:20 313:1
**travel** 102:13 171:21
**traveling** 97:9 101:20
 101:21 208:2
 299:21
**travels** 102:21
**TRAVIS** 332:9
**trends** 177:19
**trial** 329:2
**tried** 224:25 300:20
**trigger** 67:2
**trip** 103:6,8,16
 104:22

**trips** 103:5
**trooper** 64:1 67:14
**true** 51:4 92:5 157:15
 296:5 298:10 303:2
 331:5 332:16
**Truett** 168:7
**truthfully** 12:24
**try** 61:4 104:6 132:12
 147:25 165:24
**trying** 21:6 23:5 33:8
 58:8 154:3 186:5
 193:14 237:10,11
 291:20 305:7
 306:14 314:15
 319:2,4 323:5
**Tuesday** 221:4
**turn** 29:4 147:22
 181:11 219:12
 220:20 238:21
 249:15,25 251:13
 254:7 262:13
 263:16 264:25
 266:24 273:11
 277:7
**turned** 63:7 151:11
 211:12 216:3
 272:23
**turning** 198:11
**turns** 221:3
**TV** 94:21 95:1,2
**Tweet** 288:25 289:2
**Tweets** 315:10
**twice** 123:5
**twisted** 203:7
**Twitter** 282:6 289:7
**two** 15:22 22:3 44:18
 45:2,3,9,21,23 46:5
 46:10 50:3,7,21
 52:5 53:17,24 56:14
 103:6 109:19
 155:11,24 157:20
 165:2 179:22 203:4
 206:18 216:21
 221:11 228:25
 253:18 266:24

267:6,15 274:15
 278:9 298:17
 307:14 308:3,9,25
 309:15 312:3,6
 313:12 316:21
 318:17
**two-person** 195:11
**tying** 120:7
**type** 33:2 47:4 60:3
 94:5 111:19 128:3
 149:23,25 151:12
 151:18 152:7 156:5
 157:1,7 158:6 165:8
 182:20 210:25
 316:1,1
**types** 110:23 210:4
 222:13
**typically** 64:3 208:21
 285:20 286:3
 300:20,25 308:1
**T-E-X** 250:2

―――――――――――
           **U**
―――――――――――

**U** 331:1
**uh-huh** 39:5,7 44:13
 49:2,21 55:25 56:19
 66:21 87:8 108:25
 124:3 127:11,13
 192:13 209:17
 217:4 234:12 238:7
 240:10,14,18
 241:21,21 243:8
 244:3 245:9 246:9
 247:10 252:7
 253:10 257:15
 260:21 261:14
 262:16 266:13
 267:11 268:15
 271:10,10 274:17
 276:23 295:19
 297:14 306:24
 308:14 309:19,22
 318:5 320:15
 321:22 322:17
**ultimate** 193:1,3

223:8 226:20,23
  227:2 228:18,19
**ultimately** 24:2 33:16
  33:21,23 41:6,15,20
  97:20 223:14 227:7
  228:23 229:3 255:9
**unable** 34:18 249:5
**unaware** 194:10,11
**unclear** 284:11,15
**underfunding** 231:23
**undergo** 166:6,19
  174:22 187:21
**underlying** 54:14
  55:8
**underneath** 302:1
  304:2
**understand** 10:5,11
  10:14,22 11:5 12:7
  12:25 16:17 17:13
  26:25 28:8 39:18
  83:9 146:1 148:3,7
  148:8,9,9 154:5,25
  155:21 159:23
  179:17 189:16
  190:8,13,14 191:12
  198:5 199:6 208:15
  210:7 214:23
  221:14,22 222:6,9
  223:3 224:5,15
  225:10 226:5 228:4
  230:7 260:15 271:7
  295:15 296:8 303:6
  306:15 307:23
  309:2,15 313:10
  314:16 316:18
  317:12 318:1,7
**understanding** 12:14
  26:10 29:7 30:3
  42:22 43:22 53:6
  57:9 61:7,18 66:19
  66:25 70:11 72:5
  73:5 84:16 113:12
  129:20 133:11
  149:21 154:22
  157:22 163:22

164:6 165:21,22
  179:14 191:24
  194:2,22 199:12,13
  200:13 220:25
  224:8,22 227:25
  228:19 229:6
  246:19 265:4 275:1
  275:14 290:15
  303:4,8,12 310:12
  317:19 328:11
**understood** 9:21 10:4
  17:14 69:16 189:19
  195:25 222:1,16
  232:11 237:9
  271:12 272:2
**underwent** 188:14
**unexpected** 217:9
**unexpired** 53:20
  252:10 257:13,18
**unit** 166:15 171:10
  172:9,21 173:18
  185:5 217:7 290:8
  291:8
**United** 1:1 2:3 8:11
  9:9 145:20 146:4,6
  332:1
**units** 89:5 171:19
  172:2,7,11,17
  173:11,24 184:16
  184:23 185:3,4,13
  187:18 190:1
  206:15,17 216:17
  220:14 223:10,22
  225:13,18,20,21,23
  237:6,7 269:14,23
  287:17 290:19
  291:5 292:3,7,17
  325:14
**universe** 226:6
**University** 6:12 15:1
  205:18 206:7
**unknown** 316:6
**untimely** 23:23
**upcoming** 38:7
**update** 274:2 280:10

**updated** 154:23
  180:11 273:23
  280:8 323:2
**updates** 274:6 328:16
**updating** 74:9,9
**upload** 321:24
**upwards** 243:3
**urban** 67:20,22
**use** 14:6 31:23 40:10
  41:23 47:5 49:6
  58:16 64:20 75:4
  83:17 103:15 177:9
  182:3,7 183:8
  199:17 200:5 208:3
  208:23 225:9 237:6
  256:6,8,9,10 258:21
  258:23 261:16
  281:15,25 304:15
  306:22 308:11
  309:25
**uses** 222:14 308:22
**usually** 48:3
**utilize** 172:20
**utilized** 6:8 152:12
  171:10 178:19
  186:13 192:14
**utilizes** 173:11
**utilizing** 151:5
**U.S** 2:5 4:6 143:24
  144:5,16,24 145:5
  146:11,18 332:20
  333:13

────────────
**V**
────────────
**v** 1:4 332:4
**vague** 29:11 74:4
  90:14,22 106:16
  114:3 119:12 120:6
  135:18 139:4 140:9
  141:3 208:4 308:23
  317:13 318:20
**valid** 37:7,7,18,18
  48:18 126:6 146:20
  257:21 260:22
  261:13,21

**vandalism** 300:21
**Vanisree** 123:16
**variations** 57:7
**varies** 72:3
**various** 13:20 20:20
  22:20 48:19 159:25
  193:11 209:15,18
  216:16 220:14
  311:8 315:8 317:10
**vary** 13:23
**Veasey** 1:3 2:9 8:17
  332:3
**vehicle** 24:16
**vendor** 185:18
**venues** 281:6
**veracity** 62:14,17
**verbal** 117:7 288:2
**verbatim** 303:20
**verifiable** 40:7,9,22
  41:1,3,4,6,7,9,14,15
  41:19,21,23
**verification** 45:14
  47:7 78:5
**verified** 45:17
**verify** 35:13 37:14,24
  41:12 70:19 78:13
  96:8,11 249:22
  302:2
**verifying** 48:20
**version** 99:21 212:24
**versus** 172:21
**view** 218:23 222:22
  224:17 225:12
  227:6 231:24 233:1
  324:12,16,17,21,24
**views** 208:19
**Vinger** 61:21,25 62:8
  62:8 63:2
**Vinger's** 62:14
**violate** 133:24
**violated** 163:4
**visa** 144:2 156:5
**visible** 300:17,21
**visit** 203:10 204:12
  205:3 262:25

JOE PETERS

4/30/2014

48

263:14 295:5
**visits** 204:8 299:11
**volume** 168:22
  216:18,19 284:21
  285:13
**voluminous** 231:24
**voluntary** 166:9
**vote** 26:19 40:2 52:8
  52:10 53:3,4 57:16
  127:1 161:24 164:5
  203:6 256:11
  258:18,22,24 261:4
  302:3 303:3,7,10,17
  303:19,23
**voter** 26:12 34:13,13
  34:17,24,25,25 35:2
  35:3,6,7,8,13,16,25
  36:1 54:18 56:8,17
  57:16 61:4 66:22
  68:10 108:1 109:5
  113:11 117:12
  118:3,11,18,22
  160:13,17,23 161:1
  161:3 176:7,9 210:1
  220:3 233:9 262:24
  302:6
**voters** 3:4 8:19,21
  26:16 86:5 105:6
  108:11,21 109:14
  110:15,17,19,20,21
  111:5,16 117:15,18
  117:23,25 119:3,15
  120:18,19 122:17
  128:24 130:20
  133:7,9,15 134:17
  138:11 140:15
  141:15 240:16,20
**voter's** 27:20,22,24
  57:15
**votes** 303:5,13
**voting** 119:1,18
  181:18 258:9,15
  260:7,23 261:21
  262:23

**W**

**W** 3:11 331:1
**wait** 9:25 175:2,4,6
  175:10,13 178:7,9
  219:15
**walk** 61:4,5
**walked** 151:9 152:14
**want** 10:24 12:21
  14:9 18:3 19:10
  30:22 86:25 91:17
  106:8 131:24
  147:21 148:7 159:5
  160:19,20 163:19
  177:22 189:4
  190:11 192:11,23
  195:20 198:25
  210:7 211:11
  212:10,11,13
  213:13 219:12
  220:20 224:3,14
  226:5 228:3 230:8
  237:10 251:19
  258:18 261:16
  295:5 297:11 303:9
  315:16 316:25
  328:15
**wanted** 78:13 151:11
  159:8 163:8,11,25
  174:3 177:16 206:1
  212:5 213:24
  256:16 258:21,23
  260:9 261:2,4 287:4
  316:9 323:15
**wanting** 92:22
**wants** 318:11
**wardens** 160:7
**warrant** 60:8 61:3,8
  61:13,14 62:10,21
  62:22 63:1,7,11,15
  63:17,18,22,24,25
  64:3,4 165:11,17,18
  285:1
**warranted** 244:17
**warrants** 62:2 67:2
  67:15

**Washington** 2:7 3:8
**wasn't** 33:1 202:24
  254:5 295:12
**waste** 95:17 132:2,3
  215:1
**water** 10:20
**Watkins** 21:9,11,19
  21:24 140:2,3 221:5
**way** 40:21 47:14
  122:19,21 124:5
  146:15 147:25
  221:17 249:2
  314:20 315:3 319:7
  324:11,12
**web** 315:22
**WebEx** 246:15,17
  247:15,24 249:20
  250:6 251:5 265:21
  265:23 266:4
**webinar** 247:24,24
  248:12 266:21
**webinars** 240:15
**website** 86:3 94:10
  234:19,20,22
  277:18 278:1,19,20
  279:3,17,24 280:8
  280:12,15 301:20
  303:15 304:20
  305:10,11 307:11
  315:3,11,19 316:17
  318:2,7
**week** 61:2 267:24
  269:25 292:18
**weekend** 95:24
**weekends** 292:1,3,5,7
  292:8
**weekly** 321:13
**went** 15:9,10,11,21
  15:25 16:3 23:22
  63:5 154:10 175:11
  184:23
**weren't** 58:17 61:14
  63:5 209:9 235:8
  290:12 295:9,17
  328:6

**West** 1:19 2:21
  191:21,24
**western** 21:16
**Westfall** 2:4 9:8
**we'll** 10:16 81:2
  125:11 180:19
  213:22 230:7 329:1
**we're** 8:1 9:14 14:9
  19:11 33:8,12 40:12
  40:14 45:13 48:8,12
  48:13 64:25 84:11
  84:21 86:17 87:12
  94:15 164:21,21
  170:4,14 171:12
  172:8 175:12 190:2
  197:23 225:2,4
  263:24 301:13,15
  303:25 325:8
  326:20
**we've** 11:15 33:11
  77:13 127:1 164:25
  178:13 179:8
  189:10 196:12
  211:2 224:2 232:21
  233:24 234:2 236:5
  236:14 237:1,10
  298:6
**whatsoever** 120:1
**wheel** 112:13,15,18
  113:6 121:14,16
  124:4,6,8,16,17,20
  124:23 125:1,2,21
  126:1,5,9,14 128:3
  128:22 129:3,5,18
  129:18 132:8
  134:23 135:2
  148:10,12 149:4,6
  149:19 152:6,9,12
  158:21 320:10
**white** 150:21,22
  151:7 152:15
**Whoops** 219:11
  310:2
**wide** 314:5
**willing** 171:7

JOE PETERS                                                    4/30/2014

49

**WILMER** 3:7
**windows** 284:12
**wish** 327:23 328:9
**withdraw** 19:3
  118:14
**witness** 1:14 5:9 6:10
  9:6 18:10,22 19:1
  19:12 23:4,7,10
  24:20 29:14 30:19
  33:19 62:16 73:14
  74:6 77:25 80:4
  89:23 90:13,19,23
  97:13 100:18 101:6
  101:16 102:11
  105:2,17 106:4
  107:19 111:23
  112:23,25 113:8
  114:15 127:21,24
  130:8 136:6,10
  142:16,23 147:11
  153:24 154:1,3
  189:2 226:23 239:3
  246:11 247:13
  251:23 292:24
  294:18,24 301:8
  319:23 323:10
  330:1 332:14,16,18
  332:19
**Wolf** 3:16 9:4
**woman** 55:22 306:22
**won** 223:11
**wondering** 238:17
  314:6
**worded** 237:14
**words** 27:16 221:11
  304:15 308:6 317:3
**work** 16:3 70:22
  95:21 176:17 182:9
  182:16 197:22
  266:8,14 291:23
  295:13 296:1
**worked** 15:8 16:15
  183:10 238:2
**working** 16:13 45:13
  164:21 218:3 237:8

  317:17
**works** 123:13
**world** 195:17
**worry** 17:4 216:24
**worth** 5:18 24:7
  60:25
**wouldn't** 50:12 90:4
  95:22 101:10 161:2
  177:19 194:23
  215:13 241:8
  296:23 301:1 303:9
  318:7
**write** 214:9
**writing** 198:5
**written** 57:10 65:24
  196:9,13 204:21
  205:6 216:6 288:15
  294:12 298:14
**Wroe** 5:24 88:18
**wrong** 118:13 132:1
  132:3 136:2

——————————
            **X**
——————————
**X** 199:10,16,23
  200:19

——————————
            **Y**
——————————
**yea** 228:19
**yeah** 14:11 23:8
  28:21 40:4 48:8
  55:11 83:10 84:8
  92:12 106:19
  127:25 136:10
  139:7 147:14
  161:10 163:2
  182:19 198:19
  213:1 214:4 219:17
  220:5,7 224:7
  229:17 245:7
  260:21 264:24
  271:6 283:24,24
  285:3 286:7 309:3
  313:14
**year** 16:11 48:10
  126:3 155:14 184:7

  184:10 211:2
**years** 15:6,10,13,13
  15:22,24 16:1,8
  28:2 44:18 45:2,3,9
  45:21,23 46:5,10
  49:17 50:3,7,21
  52:5 53:17,24 56:14
  73:18,25 74:24 75:3
  75:5,8,10 125:14,14
  152:16,20,22
  154:19 155:21,22
  156:8,17 165:2
  177:20 181:6
  192:16 278:9
  298:17,18
**Yep** 139:15 238:20
**yesterday** 20:20
**York** 2:17,17 24:3,4
**young** 3:4 8:19,21
  128:24
**younger** 75:12
**Y'all** 163:3 176:1
  223:6

——————————
            **Z**
——————————
**Zavala** 15:8
**zip** 310:22 321:8

——————————
            **$**
——————————
**$1,000** 24:7
**$100** 24:6
**$200,000** 230:12,15
  230:17,22 231:1
**$80** 200:16
**$845,000** 170:11
  210:16

——————————
            **0**
——————————
**00220420** 186:10
**08540** 3:2

——————————
            **1**
——————————
**1** 5:16 18:6 32:6 34:9
  34:10 110:18
  138:14 205:10
  224:16,18,21 225:2

  225:11,12 227:7,10
  252:21 255:22
  302:25
**1st** 6:3 110:8 111:11
**1,000** 23:20 24:6
**1,900** 218:21
**10** 19:12 127:5,6,7
  219:21 238:23
  239:8
**10th** 219:13 220:21
  221:4
**10-2-13** 6:20
**10-3-13** 6:18
**10:19** 77:21
**10:39** 77:21
**10013** 2:17
**11** 19:13 126:12
  238:23 239:17
**11th** 276:22
**110** 6:2
**12** 19:13 49:17 75:3,5
  196:23 238:23
  240:2
**12th** 2:17
**12-31-2014** 333:12,15
**12:12** 219:21
**12:16** 147:15
**12:44** 147:15
**123** 6:4
**12548** 3:17
**13** 19:13 29:4 234:1
  238:24 239:4 241:6
  247:7 254:25
  263:17
**14** 5:15 6:9 19:13
  26:7,10,22,24,25
  27:9 28:22 36:19
  37:1 40:2 57:17
  77:9 81:8 83:16
  95:11 101:18 105:5
  105:9 106:15 107:2
  107:5,13 108:18
  109:2,7,21 111:8,13
  114:21 117:5
  118:22 119:1,17

JOE PETERS                                                    4/30/2014

120:17,23,24 127:2
133:14 135:1,13
136:18 137:1,11
143:4 167:4,8,10,18
167:24 168:11,13
169:2 170:7 174:3,6
174:17 175:11
176:23,25 178:1,5
179:21 184:10,14
186:14,15 195:16
195:17 196:3,5
208:18 217:15
312:23
**14th** 293:15
**14's** 210:10,14
**14-related** 142:10,14
143:15
**14-required** 109:15
134:17
**145** 6:5
**147** 5:5
**15** 5:17 6:6 32:6
145:11
**15.181(c)(1)** 34:8
**15.181(d)** 36:9
**15.182** 40:5,25
**15.182(2)** 44:12
**15.182(3)** 51:9
**15.182(4)** 41:17 53:7
**15.183** 306:18,21
312:9
**15.183(a)(1)** 54:11
**15.183(a)(3)** 57:24
**15.183(a)(6)** 68:22
**15.183(b)** 69:12
**15.183(c)** 70:13
**15.46** 6:7 145:13,14
**151.181** 77:6
**151.184(a)** 73:17
**151.184(b)(3)** 75:16
**151.184(c)** 75:24
**151.185** 77:3
**16** 151:11
**16th** 89:11
**161** 2:16

**17** 5:13
**1706** 136:19,24
**1729** 83:25 84:3,5,16
85:2 86:10,15,16
**18** 16:1 92:15 218:21
**186** 6:7
**1875** 3:7
**189** 5:6
**19** 19:13 135:25
136:12 138:7
**19th** 61:2
**19:21** 220:21,24
**197** 6:9
**1997** 23:14

----

**2**

**2** 5:2 18:6 19:6
224:24 225:2 237:5
258:6 272:5,6
**2nd** 5:24 88:19 273:5
**2,000** 46:13 243:10
243:11
**2,200** 243:10
**2-1/2** 15:13
**2.4** 199:15,16,20,24
**2:13** 221:5
**2:13-cv-193(NGR)**
1:5 332:5
**2:50** 238:10
**2:55** 238:10
**20** 15:10 19:13 29:5
29:25 138:9,10
156:7,16 235:10
**2000** 169:1 243:3
**20006** 3:8
**2005** 136:19 138:14
**2007** 136:18
**2009** 136:18
**2010** 1:19 2:22
**2011** 6:3 26:8,11,24
32:12 42:23 58:12
110:8 113:5 114:17
114:20 127:12
129:12 138:2,15
247:4 248:14

**2012** 16:10 139:11
140:12 141:9,18
142:9 143:3 198:20
247:3,5,7 293:14
**2013** 5:19,24 59:5
60:25 61:3 66:4
88:19 96:14 135:8
213:9 219:13,21
220:21 246:1,4,22
247:7,8 251:1
254:18 255:1,2
267:4,17 268:5,8,16
272:9 273:5 276:22
282:14
**2014** 1:11,16 267:20
268:5,8 272:11
293:15 332:18,21
333:7
**202** 2:7 3:8
**205** 6:11
**20530** 2:7
**21** 19:13 139:12,13
139:14 201:17
**21st** 246:4
**211** 6:12
**214** 4:3
**218** 136:18,24
**219** 6:14
**227** 218:20
**228** 190:18
**23** 19:13 207:9
**238** 5:6
**24** 19:14
**24th** 184:8 251:1
254:18
**246** 6:15
**25** 92:7 172:11,12,18
177:14 206:20
207:4 214:25
224:19,21 225:13
225:13,18,20
226:25 227:10
**25th** 89:13
**25-mile** 206:2,11
207:20

**251** 6:16
**254** 173:22 228:13
**26** 309:6
**26th** 19:8 216:13,15
246:1
**268** 6:17
**269** 211:3
**27** 138:15
**27th** 139:10
**273** 6:18
**276** 6:20 7:1
**277** 7:5
**28** 5:14
**28th** 89:13
**281** 2:12
**285** 7:8
**289** 7:10
**292-8332** 2:18
**293** 7:12

----

**3**

**3** 18:6 225:2 227:22
228:4,7,15,20 229:2
229:8,12,16 237:6
254:8 268:16
306:19,20
**3rd** 213:8
**3.2** 273:12
**30** 1:8,11,16 92:7
156:7,17
**30th** 293:14
**30(b)(6)** 238:19
**300** 1:19 2:21
**301** 5:7
**302** 7:14
**303** 277:10
**305-4355** 2:7
**31** 141:18
**31st** 139:11 140:12
141:9 142:9 143:3
**32** 5:15 246:7,8
**320** 5:7
**322** 7:15
**323** 5:8
**330** 5:9

JOE PETERS                                    4/30/2014

**332** 5:9
**344** 333:15
**36** 5:13 17:18,19,22
  238:18
**362** 136:18,24
**37** 5:14,16 6:6 28:16
  28:17 29:10 32:6
  145:11 312:22
**374-2725** 3:13
**38** 5:15 32:2,3 306:17
  312:7
**380** 4:7 333:14
**380-6310** 2:12
**39** 5:17 60:17,18
**394-3000** 2:23

_____

**4**

**4** 255:20 259:1
  273:11
**4-AUSTIN-161020**
  331:14 333:17
**4/27/2014** 7:8 277:23
**4:00** 246:15
**4:05** 127:12
**4:08** 295:3
**4:15** 295:3
**4:33** 129:12
**4:52** 1:16 329:4
**40** 5:19 81:17,18
  84:12 154:19
**41** 5:23 88:14,15
**411** 4:2
**42** 6:1 98:2,3
**4201** 2:11
**424-2420** 3:23
**43** 6:2 109:24,25
**44** 6:4 123:1,2
**45** 6:5 39:6 145:8
**4589** 333:12
**46** 6:7 187:12,13,14
**463-2197** 3:18
**47** 6:9 196:24,25
  197:21
**478177** 250:2
**48** 6:11 205:11,12

**49** 6:12 211:15,16
  213:7 214:7
**4920** 3:12

_____

**5**

**5** 19:12 119:1,17
  262:14 272:5
**50** 6:14 206:25 207:4
  219:8
**50-mile** 207:21
**500** 3:2
**51** 6:15 245:23
**512** 2:23 3:13,18,23
**52** 6:16 216:25
  250:23 332:23
**521** 30:20 82:9,12,15
**521A.001** 29:14,23
**521A.001(f)** 31:19
**521.142** 30:8,9 31:9
  313:2,6
**53** 6:17 7:16 268:12
  322:25
**530** 2:11
**54** 6:18 273:2
**55** 6:20 275:20
**56** 7:1 276:17
**57** 7:5 277:15 301:17
  304:3
**58** 7:8 285:22 299:4
**5805** 3:22
**59** 7:10 39:24 289:9

_____

**6**

**6** 1:8 19:12 167:14
  201:8,10 262:14
  332:23
**6-21-13** 6:16
**6-24-13** 6:17
**60** 5:17 7:12 28:2
  38:6,8,14,19,23
  39:2,16,21,23 44:17
  45:1 73:25 127:2
  252:11,15,17
  257:11 278:9 293:6
**61** 7:14 49:10,22

  302:20,21
**62** 7:15 322:20,21,24
**63.001(b)** 29:18
**63.0101** 29:20
**646** 2:18
**653-7358** 4:3
**663-6262** 3:8

_____

**7**

**7** 19:12 48:9 127:5
  211:1 264:25
**7th** 127:12
**700,000** 122:17 133:7
  133:9 141:15
**701** 4:7 333:14
**7203** 2:6
**75202** 4:2
**77** 75:10
**77068** 2:12
**78** 184:20 191:13,13
**78701** 2:22 4:7
  333:14
**78711** 3:18
**78751** 3:12
**78752** 3:22
**79** 92:5
**791** 82:18

_____

**8**

**8** 5:5 19:12
**8:54** 1:16
**81** 5:19
**83rd** 80:18 83:25
**845** 170:17
**88** 5:23
**890** 170:17

_____

**9**

**9** 19:12 219:5,7
  238:21,23
**9th** 129:12
**9,000** 243:7
**9-10-13** 6:15
**9-23-03** 6:13
**9-23-2013** 212:4

**902** 3:2
**950** 2:6
**98** 6:1 16:2,2