1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,         )
          Plaintiffs,        )
                             )
v.                           ) CIVIL ACTION NUMBER
                             )  2:13-cv-193(NGR)
RICK PERRY, et al.,          )
          Defendants.        )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

TONY RODRIGUEZ

MAY 8, 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF TONY RODRIGUEZ, produced as a

witness at the instance of Plaintiffs, and duly sworn,

was taken in the above-styled and numbered cause on

May 8, 2014, from 9:16 a.m. to 6:35 p.m. before Kim

Seibert, CSR in and for the State of Texas, reported by

machine shorthand, at the law offices of DECHERT LLP,

300 West Sixth Street, Suite 2010, Austin, Texas,

pursuant to the Federal Rules of Civil Procedure and/or

the provisions stated on the record or attached hereto.

TONY RODRIGUEZ                                                    5/8/2014

2

1                     A P P E A R A N C E S
2
3      FOR PLAINTIFF UNITED STATES OF AMERICA:
           Ms. Jennifer L. Maranzano
4               - and-
           Mr. Daniel J. Freeman
5          U.S. DEPARTMENT OF JUSTICE
           Civil Rights Division
6          950 Pennsylvania Avenue, NW
           NWB Room 7203
7          Washington, DC  20530
           (202) 305-4355
8          jennifer.maranzano@usdoj.gov
9
       FOR THE VEASEY PLAINTIFFS:
10         Mr. Scott Brazil
           BRAZIL & DUNN, LLP
11         4201 Cypress Creek Parkway
           Suite 530
12         Houston, Texas  77068
           (281) 380-6310
13         scott@brazilanddunn.com
14
       FOR THE TEXAS LEAGUE OF YOUNG VOTERS
15     PLAINTIFF-INTERVENORS:
           Mr. Richard F. Shordt
16         WILMER CUTLER PICKERING HALE AND DOOR, LLP
           1875 Pennsylvania Avenue, NW
17         Washington, DC  20006
           (202) 663-6262
18         richard.shordt@wilmerhale.com
19              - and -
20         Ms. Natasha Korgaonkar
                - and -
21         Mr. Ryan P. Haygood
           NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.:
22         40 Rector Street
           5th Floor
23         New York, New York  10006
           (212) 965-2200
24         nkorgaonkar@naacpldf.org
25

3

1    FOR THE ORTIZ PLAINTIFFS:
         Mr. Robert W. Doggett (By Telephone)
2        TEXAS RIO GRANDE LEGAL AID, INC.
         4920 North IH-35
3        Austin, Texas  78751
         (512) 374-2725
4        rdoggett@trla.org
5
     FOR THE DEFENDANTS:
6        Mr. S. Ronald Keister
         OFFICE OF THE ATTORNEY GENERAL OF TEXAS
7        P.O. Box 12548
         Austin, Texas  78711
8        (512) 463-2197
         ronny.keister@oag.state.tx.us
9
10   ALSO PRESENT:
         Ms. Kathleen T. Murphy-Darveau
11       TEXAS DEPARTMENT OF PUBLIC SAFETY
         5805 North Lamar Boulevard
12       Austin, Texas  78752
         (512) 424-2420
13       kathleen.murphy@dps.texas.gov
14
     REPORTED BY:
15       Kim Seibert, CSR, RPR
         U.S. Legal Support, Inc.
16       Austin Centre
         701 Brazos, Suite 380
17       Austin, Texas  78701
         (512) 788-8627
18       KimBowenCSR@yahoo.com
19
20
21
22
23
24
25

4

1                        INDEX

2      Appearances..................................    2

3

4    TONY RODRIGUEZ

5

       Examination by Ms. Maranzano....................   8
6      Examination by Mr. Brazil......................  189
       Examination by Ms. Korgaonkar..................  197
7      Examination by Mr. Keister.....................  316
       Further Examination by Ms. Korgaonkar..........  332
8      Further Examination by Ms. Maranzano...........  334
       Further Examination by Ms. Korgaonkar..........  339
9
       Witness' Signature Page........................  341
10     Reporter's Certificate.........................  343

11

12                       EXHIBITS

13   NUMBER           DESCRIPTION                     PAGE

14     Exhibit 63     ...............................   20
                      Notice of Deposition
15     Exhibit 64     ...............................   25
                      December 2011 Version of a DL-14C
16     Exhibit 65     ...............................   45
                      E-mail to Witness
17     Exhibit 66     ...............................   52
                      E-mail from Lynn Hale to Witness
18                    dated June 26, 2013
                      with Attachment
19     Exhibit 67     ...............................   95
                      E-mail from Witness
20     Exhibit 68     ...............................   99
                      E-mail to Witness from Amelia
21                    Flores, dated 10-24
       Exhibit 69     ...............................  112
22                    E-mail to DPS Regional Managers
                      from Witness
23     Exhibit 70     ...............................  125
                      E-mail from Witness
24     Exhibit 71     ...............................  129
                      E-mail to Witness in July

25

TONY RODRIGUEZ                                                   5/8/2014

5

1    Exhibit 72    ................................    134
              E-mail from Witness to Regional
2             Managers
     Exhibit 73    ................................    136
3             E-mail from Witness dated
              June 27th
4    Exhibit 74    ................................    139
              EIC Report
5    Exhibit 75    ................................    143
              Two-Page E-mail and Report of
6             Inquiries
     Exhibit 76    ................................    145
7             September 14th E-mail Between
              Witness and Regional
8             Managers
     Exhibit 77    ................................    159
9             Spreadsheet dated the 3rd of
              February
10   Exhibit 78    ................................    161
              Application Overview For
11            Election Certificates
              dated October 21, 2013
12   Exhibit 79    ................................    166
              E-mail with Attachment to
13            Mr. Peters on the 17th
              of October
14   Exhibit 80    ................................    172
              EIC Dashboard
15   Exhibit 81    ................................    178
              Birth Certificate Affidavit
16   Exhibit 82    ................................    182
              Information Derived from Database
17            and List of Inquiries
     Exhibit 83    ................................    186
18            Spreadsheet of EIC Issuance
              Information
19   Exhibit 84    ................................    198
              E-mail Bates-stamped TEX-0511323
20   Exhibit 85    ................................    217
              Map
21   Exhibit 86    ................................    221
              E-mail with Attachments
22   Exhibit 87    ................................    230
              E-mail dated 9-9-13
23   Exhibit 88    ................................    245
              E-mail Chain
24
25

TONY RODRIGUEZ                                                5/8/2014

6

1    Exhibit 89     ...............................   248
                    September 13, 2013 Press Release
2                   by the Secretary of
                    State
3    Exhibit 90     ...............................   255
                    Bates Nos. TEX-00462137 through
4                   2139
     Exhibit 91     ...............................   262
5                   Printout from DPS website
     Exhibit 92     ...............................   279
6                   September 24th, 2013 E-mail
     Exhibit 93     ...............................   282
7                   E-mail from Steve Bell
     Exhibit 94     ...............................   287
8                   EIC Meeting Minutes dated 9-25
     Exhibit 95     ...............................   290
9                   E-mail from Steve Bell
     Exhibit 96     ...............................   292
10                  Bates Nos. TEX-00462497
                    through 499
11   Exhibit 97     ...............................   294
                    Bates No. TEX-00462079
12   Exhibit 98     ...............................   296
                    E-mail regarding Sabine County's
13                  EIC Training
     Exhibit 99     ...............................   302
14                  E-mail exchange with Miss Lyndie
                    Madden-Warren
15   Exhibit 100    ...............................   306
                    E-mail Chain Initiated by the
16                  Dallas County Elections
                    Department
17   Exhibit 101    ...............................   317
                    Spreadsheet Used to Collect EIC
18                  Application Information
     Exhibit 102    ...............................   320
19                  Three-page Document Enumerating
                    the Invalid
20                  Applications for 2013
                    and 2014
21   Exhibit 103    ...............................   321
                    Series of Map Charts used during
22                  Daily Updates to
                    Provide Situational
23                  Awareness on the Status
                    of EIC Operations
24                  Across the State
25

TONY RODRIGUEZ                                          5/8/2014

7

1     Exhibit 104    ..............................    323
                     Driver License Division Customer
2                    Operations Organization
                     Chart
3     Exhibit 105    ..............................    324
                     Information for Hierarchical
4                    Structure of DPS
                     Regions

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TONY RODRIGUEZ                                              5/8/2014

8

1                          TONY RODRIGUEZ,

2           having been first duly sworn, testified as follows:

3                           EXAMINATION

4    BY MS. MARANZANO:

5           Q.    Good morning.

6           A.    Good morning.

7           Q.    My name is Jennifer Maranzano, and I'm

8    representing the United States in this matter.  Can you

9    please state your name for the record?

10          A.    My name is Manuel Antonio Rodriguez.

11               MS. MARANZANO:  And can we have counsel

12   please identify themselves for the record.

13               MR. BRAZIL:  Scott Brazil for the Veasey

14   plaintiffs.

15               MS. KORGAONKAR:  Natasha Korgaonkar from

16   the NAACP Legal Defense Fund for the Texas League of

17   Young Voters Group.

18               MR. SHORDT:  Richard Shordt with

19   WilmerHale for the Texas League of Young Voters.

20               MR. HAYGOOD:  Ryan Haygood for the Texas

21   League of Young Voters from the NAACP Legal Defense

22   Fund.

23               MR. KEISTER:  Ronnie Keister for the

24   defendants.  And Kathleen Murphy is here.  She's

25   general counsel, DPS.

TONY RODRIGUEZ                                              5/8/2014

9

1        Q.   (BY MS. MARANZANO)  Sir, first of all, I would

2   like to go through some ground rules for this

3   deposition.  You've been placed under oath today, so

4   it's important that you testify truthfully, accurately,

5   and completely.  Do you understand?

6        A.   Yes.

7        Q.   The court reporter will prepare a transcript

8   of everything that is said.  So if you could wait until

9   I finish a question before you answer, and I'll wait

10  until you finish answering before I ask the next

11  question.  Is that okay?

12       A.   Yes.

13       Q.   And if you would please just remember to

14  respond to my questions verbally instead of nodding or

15  shaking your head.  Is that okay?

16       A.   Yes.  I'll try.

17       Q.   Thank you.  I will try to ask you clear

18  questions.  If you don't understand a question, please

19  just stop and let me know.  Is that okay?

20       A.   Yes.

21       Q.   If you wish to stop and take a break, let me

22  know and I will do my best to accommodate you.

23            From time to time your attorney may make

24  an objection.  He's making that objection for the

25  record and unless he instructs you not to answer, you

TONY RODRIGUEZ                                          5/8/2014

                                                            10

1        can go ahead and answer my question.  Okay?

2            A.   Yes.

3            Q.   Do you understand these instructions?

4            A.   Yes.

5            Q.   Are you on any medication today that would

6        affect your ability to testify truthfully, accurately,

7        and completely?

8            A.   No.

9            Q.   Is there any other reason why you cannot

10       testify truthfully, accurately, and completely today?

11           A.   No.

12           Q.   Today during this deposition I may use the

13       term "EIC."  When I do that I'm referring to an

14       election identification certificate.  Is that okay?

15           A.   That's fine.

16           Q.   And I may use the term "DPS" today.  And when

17       I use that term I'm referring to the Department of

18       Public Safety.  Is that okay?

19           A.   Yes.

20           Q.   Okay.  Are you employed?

21           A.   Yes.

22           Q.   Where are you employed?

23           A.   Physically?

24           Q.   No, the name of the entity that you work for.

25           A.   The Department of Public Safety.

TONY RODRIGUEZ                                          5/8/2014

1      Q.   And what is your position with them?

2      A.   I'm a senior manager in the driver license

3  division.

4      Q.   How long have you held that position?

5      A.   About 2-1/2 years.

6      Q.   Have you held any other positions at DPS?

7      A.   No.

8      Q.   What are your responsibilities?

9      A.   In my capacity as a senior manager in the

10  driver license division, I'm responsible for the

11  operations of all of the driver license offices in DPS

12  Regions 3, 4, 5, 6A, and 6B.

13      Q.   And what is the significance of those regions?

14      A.   That's how the Department of Public Safety

15  geographically divides the state.

16      Q.   So which geographic portion of the state is

17  that?

18      A.   That's roughly described as the western

19  portion of the state.  It extends from -- from the tip

20  of the -- the tip of the state into the Panhandle and

21  out to El Paso.  And it also includes the central

22  portion of the state centered around Austin and

23  San Antonio.

24      Q.   Okay.  Does anybody report directly to you?

25      A.   Yes.

TONY RODRIGUEZ                                          5/8/2014

12

1      Q.   How many people?

2      A.   My direct reports?

3      Q.   Uh-huh.

4      A.   The managers for those regions that I

5 indicated previously, they all report to me.   And

6 that's about five.

7      Q.   And what are their positions?

8      A.   They're referred to as regional managers.

9      Q.   Who do you report to?

10     A.   I report to Deputy Assistant Director

11 Paul Watkins.

12     Q.   And who does Mr. Watkins report to?

13     A.   Paul reports to Assistant Director Joe Peters.

14     Q.   And how many people are between you and DPS

15 director Steve McCraw?

16     A.   Three, I believe.

17     Q.   So Mr. Peters reports to --

18     A.   Mr. Peters report to Cheryl, Cheryl MacBride.

19 She's the deputy director.

20     Q.   Okay.

21     A.   And Cheryl reports to Director McCraw.

22     Q.   Okay.   Can you tell me what your

23 responsibilities are specifically with regard to EICs?

24     A.   Yes.

25     Q.   What are they?

TONY RODRIGUEZ                                        5/8/2014

13

1    A.   I was asked to -- to be the agency point of

2    contact or correction, the driver license point of

3    contact for the EIC program.

4    Q.   And what does that mean, the agency point of

5    contact?

6    A.   It means that I was responsible to oversee it

7    from -- from its start, roughly June until the present

8    time.

9    Q.   Are you still responsible for overseeing the

10   program?

11   A.   Yes.

12   Q.   Was that -- I believe you said you were asked

13   to do that?

14   A.   Yes.

15   Q.   Who asked you to do that?

16   A.   It was -- it was Paul Watkins and Joe Peters.

17   Q.   Did you -- did you request that role?

18   A.   Did I request it?

19   Q.   Uh-huh.

20   A.   No.

21   Q.   What was your training for that?

22   A.   I didn't receive any formal training for that.

23   Q.   Do you know why you were chosen for this role?

24   A.   It may have been -- well, it's speculant.

25        MR. KEISTER:  If you know.

TONY RODRIGUEZ                                                    5/8/2014

14

1           THE WITNESS:  It's -- my speculation --

2      Q.   (BY MS. MARANZANO)  Uh-huh.

3      A.   -- is that it was because of my previous

4  experience in the US Army.

5      Q.   And what experience is that?

6      A.   I was an Army strategist.

7      Q.   And what was your role as an Army strategist?

8      A.   I planned wars.

9      Q.   And why do you think that that experience was

10  relevant to the -- to taking on the position overseeing

11  the EIC program?

12      A.   In order to do that, I graduated from the

13  School of Advanced Military Studies, and the curriculum

14  in the School of Advanced Military Studies establishes

15  a -- it establishes a plan or a way to design large

16  operations.

17      Q.   Okay.  Sir, did you say you were the statewide

18  point of contact for the EIC program?

19      A.   Within the Department of Public Safety.

20      Q.   Is there a statewide point of contact within

21  other agencies, other state agencies?

22      A.   There may be.  I don't know.

23      Q.   Okay.  Do you have a responsibility for

24  ensuring that DPS is issuing EICs accurately?

25      A.   Yes.  Define "accurate."

TONY RODRIGUEZ                                          5/8/2014

15

1    Q.   Making sure that those individuals who receive

2  an EIC are, in fact, eligible for an EIC.

3    A.   You're going to have to be more specific than

4  that because I have -- as I've described, I have

5  two responsibilities, my first responsibility within

6  the DPS regions that I spoke to you about.  And part of

7  that is to -- is to ensure that customers or applicants

8  who come to our offices receive the -- the documents,

9  the election certificates or driver licenses or

10 ID cards that they're seeking.  So I have that

11 responsibility.  But I also have a responsibility to

12 coordinate the election certificates.

13   Q.   Okay.  And in your role as coordination --

14 coordinator of the election certificates, do you -- is

15 part of your role to ensure that individuals who are

16 eligible for an EIC obtain an EIC?

17   A.   I -- I help establish the rules, the

18 procedures, to allow individuals to -- who seek EICs

19 and are eligible to receive those documents.

20   Q.   Okay.  Do you have responsibility for ensuring

21 the EIC program is a success?

22        MR. KEISTER:  Object, vague.

23   Q.   (BY MS. MARANZANO)  Do you understand the

24 question?

25   A.   Not entirely.

16

1      Q.   Do you have a responsibility for ensuring that

2   the EIC program is run effectively?

3      A.   I don't understand what you mean by

4   "effectively."

5      Q.   Do you have -- do you have a responsibility

6   for ensuring -- actually, strike that.

7              Can you tell me what percentage of your

8   time is spent on the EIC program versus the -- your

9   other role of overseeing the driver's license?

10     A.   That's -- it depends.  And the reason that it

11  depends is it will depend if we're in an election cycle

12  or not.  For example, in between election cycles we --

13  I don't spend more than about 30 minutes a day as --

14  and during an election cycle, as we're doing now, it

15  may -- it may increase.  But that information is

16  reflected on my time card.

17     Q.   Okay.  And have you given your time card to --

18  to counsel for Texas?

19     A.   No.

20     Q.   Has he requested it from you?

21     A.   No.

22     Q.   I'm sorry.

23              MR. KEISTER:  Don't answer any questions

24  about what you and I or any other counsel talked about.

25              THE WITNESS:  Sorry.

TONY RODRIGUEZ                                              5/8/2014

17

1          MR. KEISTER:  That's all right.

2     Q.   (BY MS. MARANZANO)  Can you tell me -- you

3     said during an election cycle you spend more than

4     30 minutes a day.  What -- what do you define as an

5     election cycle?

6     A.   I define an election cycle as the --

7     approximately it's the period that leads up to an

8     election and while the -- up to the point of the

9     election; and then if there is a cure period, then that

10    point in time after the election.

11    Q.   What -- when you say "the time leading up to

12    election," what -- how -- how far before an election do

13    you -- do you consider that starting?

14    A.   It depends.  It will depend on a variety of

15    things.  The more elections that we've done, then the

16    less time we need to prepare because the -- the

17    procedures are already in place.

18    Q.   And did you say right now you consider

19    yourself in an election cycle?

20    A.   Yes.

21    Q.   And when would you say this election cycle

22    began?

23    A.   To the best of my knowledge, we started our --

24    we started our daily meetings on the 28th of April.

25    Q.   The 28th of April.  And you're leading up to

TONY RODRIGUEZ                                          5/8/2014

18

1    which election?

2         A.   To the -- I should be able to rattle it off.

3    There's primaries that are coming up.

4         Q.   Do you know when they're coming up, what the

5    date is?

6         A.   I would have to look at a calendar, but it's

7    in late May.

8         Q.   And can you tell me, prior to the March

9    primary, when did you start spending more time on the

10   EIC program?

11        A.   Probably around the beginning of April.

12        Q.   The beginning of the -- the April before the

13   March primary, so almost 11 months?

14        A.   Oh, I'm sorry.

15        Q.   Is it --

16        A.   I can't remember.

17        Q.   Okay.

18        A.   Sorry.

19        Q.   Do you -- do you know approximately when?

20        A.   No.  I would have to look at a calendar.

21        Q.   When do you anticipate the program gearing up

22   in advance of the November general election?

23        A.   That will be a discussion between ourselves

24   and the Secretary of State.

25        Q.   Has it geared up now?

TONY RODRIGUEZ                                          5/8/2014

19

1        A.   Not to my mind, no.

2        Q.   And when you're in an election cycle can you

3    tell me about how much time you spend on the EIC

4    program?

5        A.   Well, it's variable, but, generally speaking,

6    it can be between one to three hours a day.

7        Q.   Between -- have you ever spent more than

8    three hours a day working on the EIC program?

9        A.   Yes.

10       Q.   And when was that?

11       A.   It was when the EIC program first started in

12   June.  And I certainly spent more than three hours a

13   day preparing for this.

14       Q.   And when the EIC program started in June,

15   about how much time did you spend on it?

16       A.   I couldn't tell you.  It was a lot.

17       Q.   Okay.  Do you understand that your testimony

18   today is on behalf of the Department of Public Safety?

19       A.   Yes.

20                 (Exhibit No. 63 marked.)

21                 THE REPORTER:  Exhibit 63.

22       Q.   (BY MS. MARANZANO)  I'm showing you what we've

23   marked for the record as Exhibit 63.  Do you recognize

24   this document?

25       A.   Stand by.  Yes.

1     Q.   What -- what is this?

2     A.   It's a notice of deposition.

3     Q.   Are you prepared to testify today about

4  Topics 1, 3, and 4?

5     A.   Yes.

6     Q.   What did you do to prepare for today's

7  deposition?

8     A.   Spoke with counsel.

9     Q.   Who did you meet with?

10     A.   Mr. Keister and Ms. Murphy.

11     Q.   Anybody -- was anybody else there?

12     A.   Present?

13     Q.   Present --

14     A.   No.

15     Q.   -- in that meeting.

16          And when did you meet with Mr. Keister

17  and Ms. Murphy?

18     A.   Sometime last week and this week.

19     Q.   Did you review any documents in preparation

20  for today's deposition?

21     A.   Yes.

22     Q.   Which documents?

23     A.   Well, we reviewed the deposition.  We reviewed

24  the state statute.  We reviewed the admin code.  We

25  reviewed other documents that escape me right now.  Oh,

TONY RODRIGUEZ                                                5/8/2014

                                                                    21

1    and I also have the documents that I brought with me.

2         Q.   And you said you reviewed the deposition?

3         A.   The notice of deposition.

4         Q.   Oh, the notice of deposition.  Okay.  Thank

5    you.

6         A.   I'm not a lawyer.

7         Q.   Did you talk to anybody else about your

8    deposition?

9         A.   Yes.

10        Q.   Who was that?

11        A.   I spoke with members of the DPS staff in

12   driver license to gather information.

13        Q.   Which members of the DPS staff?

14        A.   Ryan O'Connor.

15        Q.   And who is he?

16        A.   Ryan O'Connor is one of our analysts in our

17   business intelligence center.

18        Q.   Anybody else?

19        A.   I spoke with Kris Krueger.

20        Q.   Who is he?

21        A.   Kris Krueger is sort of our strategic analyst

22   in business intelligence.  Cynthia Collins, she is --

23   colloquially we call her battle captain.  She's

24   somebody who handles -- who gathers the day-to-day

25   information about EIC operations that are ongoing, so I

TONY RODRIGUEZ                                           5/8/2014

22

```
 1    needed to speak to her.  She also runs our daily EIC

 2    meetings.

 3                I spoke with Paul Watkins about some

 4    historical items.  I spoke briefly with Joe Peters.

 5    I'm trying to remember if I spoke with anybody else.

 6                That's all that comes to mind.  Oh, I

 7    know that I spoke with Steve Bell.  He's the other

 8    senior manager who's responsible for DPS Regions 1 and

 9    2.

10        Q.   For Topic -- can you just look at this notice

11    for a minute.  For Topic No. 1, who would you say at

12    DPS has the most knowledge about Topic No. 1?  And if

13    it varies by subpart, you can identify that.

14                MR. KEISTER:  Object to form, calls for

15    speculation.

16                But you can answer.

17                THE WITNESS:  Okay.

18                I think if you're looking for a single

19    person that knows the most, it probably would be

20    Kathleen.  She's reviewed all the documents.

21        Q.   (BY MS. MARANZANO)  Are you talking about your

22    counsel?

23        A.   Yes.

24        Q.   Okay.

25                MR. KEISTER:  Don't talk --
```

23

1        Q.    (BY MS. MARANZANO)  I'm talking about --

2                    MR. KEISTER:  Objection, attorney/client.

3        Don't talk about anything or any conversations you've

4        had with any attorneys in the case.

5                    THE WITNESS:  Well, then, other -- other

6        than me, probably not.

7        Q.    (BY MS. MARANZANO)  And in relation --

8                    MR. KEISTER:  Even if you're trying to

9        compliment, don't do it.

10                   THE WITNESS:  I'm not trying to do that.

11       I'm just trying to answer the question.

12       Q.    (BY MS. MARANZANO)  In relation to Topic 3,

13       who at DPS, not including your counsel, has the most

14       knowledge about that topic?

15       A.    That would be me.

16       Q.    And on Topic 4, who at DPS has the most

17       knowledge about Topic 4?

18       A.    Well, with the exception of concealed handgun

19       licenses, that would be me.

20       Q.    Okay.  Did you rely on any documents in

21       preparing for today's deposition that you did not

22       produce to us today?

23       A.    Yes.

24       Q.    Which documents are those?

25       A.    So I -- you may have this already.  I relied

24

1     on an excerpt from the Transportation Code,

2     Chapter 521A, election identification certificate.

3          Q.   Anything else?

4          A.   Yes.  I relied on an excerpt of the Texas

5     Administrative Code.  I call it the admin -- admin

6     rules.  Paragraph 15.181 deals with election

7     certificates.

8          Q.   Anything else?

9          A.   Yes.

10              MR. KEISTER:  For the record, those are

11    the documents that were -- that he's given.

12              MS. MARANZANO:  Yeah.

13         Q.   (BY MS. MARANZANO)  I'm sorry.  Just to be

14    clear, I was just asking if there were other documents

15    apart from what you've produced this morning.

16         A.   So you don't want me to enumerate them?

17         Q.   I -- no, you don't need to enumerate the ones

18    that we have in our possession.

19         A.   Okay.

20         Q.   Thank you.

21              Were there any others apart from those

22    that you relied on?

23         A.   Not to my knowledge.

24         Q.   Okay.  Are you familiar with an application

25    for an election identification certificate?

TONY RODRIGUEZ                                              5/8/2014

25

1        A.   I'm familiar with the DL-14C.

2        Q.   When did DPS start issuing EICs?

3        A.   Late June of last year.

4        Q.   And, for the record, what is an EIC?

5        A.   An election identification certificate?

6        Q.   Uh-huh.

7        A.   It's a card.

8        Q.   What's the -- what is the purpose of it?

9        A.   The purpose is to allow someone to vote.

10                  (Exhibit No. 64 marked.)

11             THE REPORTER:   Exhibit 64.

12       Q.   (BY MS. MARANZANO)   I'm showing you what we're

13   marking for the record as Exhibit 64.   Do you recognize

14   this document?

15       A.   Yes.

16       Q.   What is it?

17       A.   It's the December 2011 version of a DL-14C.

18       Q.   And has this document changed since

19   December 2011?

20       A.   This document has been modified.   It's been

21   updated, yes.

22       Q.   Can you tell me what's been modified?

23       A.   I would need to see the current version in

24   order to point it to you.

25       Q.   Do all offices accepting EICs use the DL-14

TONY RODRIGUEZ                                              5/8/2014

26

1    form?

2         A.    The DL-14C?

3         Q.    Uh-huh.  I'm sorry.   The DL-14C.

4         A.    Yes.

5         Q.    Who developed this application?

6         A.    Our -- our -- well, the person who oversaw the

7    development is Deputy Assistant Director

8    JoeAnna Mastracchio.   She works in driver license

9    division.

10        Q.    Did anybody else give input?

11        A.    Yes.

12        Q.    Who?

13        A.    That would have been myself, Stephen Bell, and

14   probably Paul Watkins, because we're the customer end

15   of the business.

16        Q.    Was there any input from the Secretary of

17   State's office?

18        A.    I'm unaware of any.

19        Q.    Was there any input from the governor's

20   office?

21        A.    I'm unaware of any.

22        Q.    Did DPS rely on other applications in

23   developing this application?

24        A.    Did they rely on other applications?

25        Q.    Uh-huh.

TONY RODRIGUEZ                                          5/8/2014

27

1      A.   Well, the DL-14C mirrors a DL-14, which is an

2  application for a driver license or a personal

3  identification certificate.

4      Q.   And how similar is the EIC application to the

5  application for a driver's license or a personal

6  identification certificate?

7      A.   You would have to show it to me and I can

8  point out the differences.

9      Q.   As you sit here today, you don't -- you don't

10  know what the differences are?

11      A.   No -- well, no.

12      Q.   Did DPS try to make the EIC application easy

13  to understand?

14      A.   Yes.

15      Q.   What steps did it take to ensure that the

16  application was easy to understand?

17      A.   Well, relying on the DL-14 that had gone

18  through an extensive vetting process.  And there are

19  modifications and updates to that to ensure the public

20  understands it.  And -- and so the department also --

21  when we were asked to -- to issue identification or

22  election identification certificates used the DL-14 as

23  a basis for it, and then we -- it was discussed to make

24  sure that it was -- the instructions were clear.

25      Q.   Did DPS give any consideration to the fact

TONY RODRIGUEZ                                    5/8/2014

28

1    that the population applying for an EIC might be

2    different than the population applying for the election

3    identification certificate?

4          A.   Not to my knowledge.

5          Q.   Isn't it true that an individual who's

6    applying for an EIC by definition wouldn't have a

7    driver's license?

8          A.   Not necessarily.

9          Q.   Wouldn't -- would not have a current driver's

10   license?

11         A.   Not necessarily.

12         Q.   How would a person who has a current driver's

13   license be eligible for an EIC?

14         A.   If the customer chose to, the customer could

15   surrender their driver license.

16         Q.   Okay.  Did DPS design the application -- the

17   EIC application to seek only the information that's

18   required to ensure EIC eligibility?

19         A.   The department designed the -- the DL-14C to

20   gather the information that was established in the

21   admin rules.

22         Q.   Did DPS have any other objectives when it

23   developed this -- the application for an EIC?

24         A.   I don't understand the question.

25         Q.   Well, we've -- you -- you testified that DPS

TONY RODRIGUEZ                                    5/8/2014

29

1    tried to ensure the EIC application was easy to

2    understand.

3          A.    The same way we do with all our documents,

4    yes.

5          Q.    And you testified that the application was

6    designed to solicit information that is required to

7    ensure EIC eligibility?

8          A.    That's correct.

9          Q.    Were there any other goals that DPS had in

10   developing this application?

11         A.    Not to my knowledge, no.

12         Q.    Did DPS consider the length of time it would

13   take an applicant to complete this application?

14         A.    Not to my knowledge.

15         Q.    Can you look at the bottom of the box, the box

16   at the top of the page, the last --

17         A.    The bottom of the box at the top of the page?

18         Q.    There's some information that's enclosed in a

19   box.

20         A.    You're going to have to help me with that.

21         Q.    Okay.  Well, I'm looking at --

22         A.    If you'll point to that I'll read the

23   information.

24         Q.    I'm looking at the last line, and it says,

25   "Father's last name and mother's maiden name."  Do you

TONY RODRIGUEZ                                            5/8/2014

30

1    see that?

2         A.   So the heading of the box says, "Applicant

3    information and contact information" at the top of the

4    box?

5         Q.   Yes.

6         A.   Okay.  So it says, "Father's last name"?

7         Q.   Yes.

8         A.   Yes.

9         Q.   And "Mother's maiden name" on that same line.

10        A.   I see that.

11        Q.   Are those two pieces of information on your

12   current application for an EIC?

13        A.   I believe so.

14        Q.   What's the purpose of asking applicants for

15   their mother's maiden name?

16        A.   It's part of the information that we were --

17   that we collect.

18        Q.   What does DPS do with that information?

19        A.   We use that to verify the applicant's

20   identity.

21        Q.   How do you -- how do you use the mother's

22   maiden name to verify the applicant's identity?

23        A.   That would depend on the applicant.  I mean,

24   some applicants, they -- they don't have a detailed set

25   of identity documents, and they may bring us a -- they

TONY RODRIGUEZ                                              5/8/2014

                                                                31

1        may bring us their birth certificate.  And that would

2        have their mother's maiden or it could have their

3        mother's maiden name on it.

4            Q.   So is it your testimony that you asked for

5        this information to check it against underlying

6        documents that might also have the mother's maiden

7        name?

8            A.   Yes.

9            Q.   And is it the case that some applicants might

10       present documents that don't have their mother's maiden

11       name?

12           A.   That could be the case.

13           Q.   And they're still required to fill out on this

14       application their mother's maiden name, correct?

15           A.   Yes.

16           Q.   For those applicants is there any purpose in

17       gathering that information?

18           A.   Not to my knowledge.

19           Q.   Is there -- can you tell me the purpose of

20       asking for the father's last name?

21           A.   It's the same purpose.  It's a -- it helps us

22       establish who the individual is.

23           Q.   Is the father's last name on any of the

24       underlying documents that an applicant might present?

25           A.   It could be.

TONY RODRIGUEZ                                          5/8/2014

32

1      Q.   Which documents?

2      A.   Well, again, that would be the birth

3   certificate.  And there may be -- there may be other

4   documents.  It -- it would depend on the individual and

5   what they provide.

6      Q.   And when you -- when you do the verification

7   of the application with the underlying documents, are

8   you merely checking that the names match or are you

9   doing some other sort of check on a DPS database?

10     A.   No, we don't -- we don't check anything on DPS

11  database.  We make sure the documents that are

12  presented, they match.  And our term, colloquialism, is

13  to connect the dots for the person's identity.

14     Q.   So you're -- and this -- this box that we're

15  looking at, is this filled out by the applicant?

16     A.   Yes.

17     Q.   So you're verifying that the applicant writes

18  down the same name as is on their underlying

19  documentation; is that correct?

20     A.   No, I don't understand your question entirely.

21  It's -- the applicant presents the form.  I mean, if

22  the applicant isn't able to, somebody else may fill it

23  out for them.  It's -- sometimes it's not uncommon for

24  the children to fill out the information and provide

25  it.

TONY RODRIGUEZ                                                    5/8/2014

33

1          Q.    Okay.  But what you're checking for is that

2     the name matches the underlying documentation if the

3     name is on the underlying documentation; is that

4     correct?

5          A.    It's one of the things we check for.

6          Q.    Is there anything else you check for?

7          A.    In this block of information here?

8          Q.    Well, right now just with regard to that line,

9     the father's last name and the mother's maiden name.

10         A.    I don't believe so.

11         Q.    Can you look at -- in that same box that we

12    were just talking about.  Do you see there's some lines

13    that ask for a physical description, such as eye color,

14    hair color, height, and weight?

15         A.    Yes.

16         Q.    What is the purpose of requesting information

17    about the physical characteristics of applicants?

18         A.    521.143 allows the department to gather a

19    brief physical description of the applicant.

20         Q.    And what do you do with that information?

21         A.    We enter it into the database.  That's it,

22    into our database for election certificates.

23         Q.    Do applicants complete the physical

24    description themselves?

25         A.    Yes.

TONY RODRIGUEZ                                          5/8/2014

34

1      Q.   Is any of that -- is any of the information

2  describing the physical description of an applicant

3  included on the face of an EIC?

4      A.   No.

5      Q.   Are DPS employees required to do some sort of

6  visual check to ensure the physical description written

7  matches the person standing in front of them?

8      A.   We don't have a scale in the office to make

9  sure their weight is right.

10     Q.   Do they do any other sort of visual check?

11     A.   Just a brief check.

12     Q.   And did you say you enter this data into an

13 EIC database?

14     A.   The EIC information is kept in our -- it's a

15 sub-compartment of our driver license system database.

16 It's a separate -- it's accessed through our DLS

17 computers, but it's a separate database.

18     Q.   Is that database searchable?

19     A.   Yes.

20     Q.   Is it searchable by different features,

21 different fields?

22     A.   I don't understand your question.

23     Q.   Presumably -- what information is captured in

24 your database?

25     A.   I think the name; social security number, if

TONY RODRIGUEZ                                          5/8/2014

35

1    they have; address, that type of information that's

2    depicted on the box.

3                    MR. KEISTER:  Can you speak up a little

4    more?

5                    MR. BRAZIL:  You keep getting more and

6    more quiet.

7                    MR. KEISTER:  Could you try and keep your

8    voice up, please?

9                    THE WITNESS:  I'll work on it.

10                   MR. BRAZIL:  Thank you.

11                   THE WITNESS:  The -- I have a problem

12   modulating my voice.  It's either too loud or not loud

13   enough.

14                   MR. BRAZIL:  Can't be too loud for my

15   ears.

16                   THE WITNESS:  I didn't want to be accused

17   of yelling at anybody.

18                   MR. FREEMAN:  She's tough.

19                   THE WITNESS:  It's nothing personal.

20       Q.   (BY MS. MARANZANO)  Is -- is the EIC database

21   searchable by race?

22       A.   I don't know.

23       Q.   What is the purpose of asking an applicant for

24   their race on the --

25       A.   The department --

TONY RODRIGUEZ                                          5/8/2014

36

1       Q.   I'm sorry.   I was just going to clarify -- on

2   the EIC application?

3       A.   The department gathers -- just part of the

4   demographic information that we gather.   We gather a

5   lot of information.

6       Q.   And what do you do with that information?

7       A.   Put it in the database.

8       Q.   Is the -- is the race of the applicant

9   included on the face of the EIC?

10      A.   No.

11      Q.   And once this information is gathered in your

12  database what's done with that information?

13      A.   To my knowledge -- well, the information is

14  verified at -- at our headquarters by our license and

15  records service as part of the issuance process.   And

16  what -- what the LRS, license and records service,

17  people do is they review the DL-14C, they review

18  whatever other documents that have been presented by

19  the applicant and scanned.   And then based on the

20  documents scanned, they do a quality assurance check to

21  make sure that the dates, the birthdays, match up and

22  the Social Security numbers match up if it's been

23  presented, and then they determine if it's a valid

24  issuance.   But -- but they don't they don't verify

25  race.   That's not part of the issuance process.

TONY RODRIGUEZ                                                    5/8/2014

37

1      Q.   So is there -- is there any purpose for asking

2  for it on the EIC application?

3      A.   Just that it's part of the information that we

4  collect.   It's -- because you have to remember that --

5  that the election identification certificate process

6  mirrors or roughly matches the process that we go

7  through in order to issue a driver license or an ID

8  card.   And we did that in order to not have to -- in

9  order not to have to go back to retrain all

10 1,800 driver license employees for a special way to

11 issue an EIC.   As much as we could we wanted to keep

12 the procedures to issue an EIC as close to the

13 procedures that we use to issue a DL, driver license,

14 or an ID card.

15     Q.   So keeping the -- keeping the application as

16 similar as you could to the application for a driver's

17 license was primarily for the convenience of the DPS

18 employees?

19     A.   I wouldn't say it was for the convenience of

20 the DPS employees.   What it allowed us to do is it just

21 meant that we didn't have to go back and retrain them.

22 We have 1,800 employees spread across 254 counties in

23 the State of Texas.   It's extremely difficult for us to

24 get them all together to train.

25     Q.   So was there any training done on EICs?

TONY RODRIGUEZ                                              5/8/2014

38

1       A.    Yes.

2       Q.    So you did retrain the DPS employees?

3       A.    It wasn't a retraining.

4       Q.    Well, would --

5       A.    We provided initial training when we were --

6    the department was asked to -- to do EICs.  And then

7    that -- it was before my time, but I believe it was in

8    2011.  And there were -- there were training -- there

9    was training that took place either by WebEx or in

10   person depending on where the driver license customer

11   service representatives, or CSRs, were in relation to

12   the trainers.

13             And then when we were asked to -- when we

14   were asked to issue EICs in June there were some

15   WebExes, training WebExes around that time to refresh

16   the tenured employees who had been working for a while.

17   But it's part of our new employee training.  I don't

18   know if I answered your question or not.

19       Q.    I think you did.

20       A.    Okay.

21       Q.    Turning back to the application for a moment.

22   When developing this application did DPS consider that

23   asking for numerous pieces of personal information

24   might discourage individuals from applying for an EIC?

25       A.    DPS asked for the information that we're

TONY RODRIGUEZ                                                    5/8/2014

39

1     allowed to ask for under the state -- under the admin

2     code.

3          Q.   So were you -- when developing this

4     application, DPS included all information that they

5     were permitted to ask for; is that correct?

6          A.   DPS included the information that we were

7     permitted to ask for relevant to elections.  So, for

8     instance, somebody who's here on a Visa, they're not

9     eligible to vote.  But we don't have for that because

10    they're not eligible to vote.  They can't get an EIC.

11         Q.   Okay.  So am I understanding you correctly

12    that you ask for all information that was relevant to

13    elections that you were permitted to ask for?

14         A.   As far as I know.

15         Q.   And there was not consideration given to

16    whether the information you were requesting was

17    necessary to determine eligibility for an EIC; is that

18    correct?

19         A.   The information that we ask for is -- is

20    collected in order to determine the eligibility.  And

21    also it's for administrative purposes.  We have to have

22    an address to mail the card to.  We have to --

23    sometimes that differs.  The resident address and the

24    mailing address may be -- may be different.

25         Q.   But how does physical -- the physical

TONY RODRIGUEZ                                                5/8/2014

                                                                   40

1     description of a person determine's one eligibility for

2     an EIC?

3          A.    It's just part of the information that we ask

4     for because we're allowed to gather a brief description

5     of applicants.

6          Q.    Okay.  So it does not impact whether the

7     individual is eligible for an EIC, correct?

8          A.    No.

9          Q.    Did DPS consider whether asking questions that

10    were not necessary for the determination of eligibility

11    for an EIC might deter individuals from applying for an

12    EIC?

13         A.    Could you restate that, please?

14         Q.    Did DPS consider when it was developing the

15    EIC application that requesting information from

16    applicants that was not necessary for DPS'

17    determination of whether they were eligible for an EIC

18    would deter individuals from applying for an EIC?

19         A.    I -- I don't believe so.

20         Q.    You don't believe that DPS considered that?

21         A.    No.

22         Q.    Okay.  Do you see at the -- towards the bottom

23    of this application there's a different box that says

24    "Verification" at the top?

25         A.    Yes.

TONY RODRIGUEZ                                              5/8/2014

41

1       Q.   And there a space for a notary?

2       A.   Yes.

3       Q.   Does an application have to be notarized to be

4    accepted?

5       A.   No.

6       Q.   Okay.  In what circumstances would it not need

7    to be notarized?

8       A.   Well, our -- our CSRs are permitted, acting on

9    behalf of the agency, to sign in that block.

10      Q.   They are permitted to sign as a notary?

11      A.   They're not a notary.  They're -- they're an

12   authorized officer of the State of Texas.

13      Q.   Okay.  So they're -- but they're permitted to

14   sign in the slot for notary public.

15              MR. KEISTER:  Object to -- object to

16   form, misstates the previous testimony and the state's

17   form.

18      Q.   (BY MS. MARANZANO)  Is that correct?

19      A.   They sign the block that says -- that says,

20   "Notary and other or authorized officer."  Do you see

21   that?

22      Q.   Yes.  So they're considered an authorized

23   officer --

24      A.   Yes.

25      Q.   -- is that correct?  Okay.

TONY RODRIGUEZ                                              5/8/2014

42

1          And if an individual was applying for an

2    EIC at a county office --

3          A.    Uh-huh.

4          Q.    -- would -- would this box be filled out by a

5    county employee?

6          A.    Yes.   It would be filled out by the county

7    employee who was processing the application.

8          Q.    And so in every office that issues EICs, is

9    there somebody who could sign as an authorized officer

10   or a notary public?

11         A.    Well, the customer service representatives are

12   authorized to sign as an authorized officer.   And they

13   crew all of our offices, so the answer is yes.   And the

14   county personnel are authorized, so that answer is yes

15   too.

16         Q.    And how about the mobile units?   Is there

17   somebody who could sign -- somebody who staffs the

18   mobile units who could sign in this box?

19         A.    Yes.

20         Q.    And who's that?

21         A.    It would depend on who's crewing the mobile

22   unit.   If a DPS employee was crewing the mobile unit,

23   then they would sign.   Or if somebody from the

24   Secretary of State's office was crewing the mobile unit

25   and there was also not a DPS employee there, then they

TONY RODRIGUEZ                                          5/8/2014

43

1    could sign.

2         Q.   Does -- does the applicant have to show any --

3    anything additional to the authorized officer other

4    than the underlying documents that they're presenting

5    for the EIC for this verification?

6         A.   Anything additional?

7         Q.   Uh-huh.

8         A.   I don't believe so.

9         Q.   Okay.  Has DPS received any feedback from EIC

10   applicants about the application?

11        A.   We receive feedback from customers.

12        Q.   What -- what has that feedback consisted of?

13        A.   The DL-14C specifically?

14        Q.   Yes.

15        A.   Not to my knowledge.  I'm sorry.

16        Q.   Okay.  Has DPS solicited any feedback from

17   applicants about the DL-14C?

18        A.   Customers who come to our offices can submit

19   feedback, and they could submit it either in person at

20   the office -- they have a box they can put it in.  They

21   can do it that way.  Or they can either make a phone

22   call to our office or they can submit it online.

23        Q.   So there are ways a customer could submit

24   feedback, but has DPS specifically solicited any

25   feedback from EIC applicants about the application?

TONY RODRIGUEZ                                      5/8/2014

44

1        A.    Not to my knowledge.

2        Q.    Has DPS solicited -- well, has DPS received

3    any feedback from DPS employees about the

4    application -- about the DL-14C form?

5        A.    Well, we've updated the form, and the update

6    was --

7        Q.    Uh-huh.

8        A.    -- conducted by DPS employees.  So in that

9    respect, yes.  But I'm unaware of any feedback from --

10   from the field, from the field offices asking us to

11   modify the form or anything like that.

12       Q.    And when you say "the field offices," are you

13   referring to individuals who are actually issuing the

14   EICs?

15       A.    When I say the field office, I'm referring to

16   the 229 offices we have around the State of Texas.

17       Q.    And are those the offices in which applicants

18   are filling -- completing this application and applying

19   for EICs?

20       A.    Yes.

21       Q.    Are drivers -- I'm sorry.  Are EIC

22   applications available in Spanish?

23       A.    Yes.  That's a DL-14CS.

24       Q.    And is that at every driver's license office?

25       A.    They're supposed to keep stocks on hand, yes.

TONY RODRIGUEZ                                          5/8/2014

45

1    Q.    Is that at every mobile unit?

2    A.    Yes.

3    Q.    And at every county office?

4    A.    Yes.

5    Q.    Are they available in any other languages?

6    A.    No.

7    Q.    Do you know when the DL-14C began to be

8    available in Spanish?

9    A.    I -- I know there was a discussion about it,

10   and there may have been some e-mails between

11   JoeAnna Mastracchio and myself.  And I believe the

12   timeframe was -- was in June or so, but I -- I can't

13   remember the exact date.

14             MS. MARANZANO:  Can you mark this?

15             (Exhibit No. 65 marked.)

16             THE REPORTER:  Exhibit 65.

17   Q.    (BY MS. MARANZANO)  I'm showing you what we

18   have marked for the record as Exhibit 65.  Do you

19   recognize this document?

20   A.    It looks like an e-mail.

21   Q.    And is this an accurate copy of an e-mail that

22   you received?

23   A.    My name is on it, so, yes.

24   Q.    Does this refresh your recollection as to when

25   the DL-14CS was made available?

TONY RODRIGUEZ                                          5/8/2014

46

1      A.    Let's see.  Yes.

2      Q.    When was the DL-14C made available in Spanish?

3      A.    So from the document here, it looks like it

4   was sometime around 9-5-2013.  That would be the 5th of

5   September.

6      Q.    Why was the DL-14CS not made available in June

7   when you began issuing EICs?

8      A.    I don't know.

9      Q.    Are you aware of any instances in which

10   someone with limited English proficiency wanted to

11   apply for an EIC but was unable to due to the

12   unavailability of a Spanish translation of the EIC

13   application?

14      A.    No.

15      Q.    Is that something you would be aware of if it

16   had happened?

17      A.    If it occurred within my area, the DPS regions

18   that I described to you, then I would get it through my

19   chain of command or if it -- from my subordinates.  Or

20   if I got it from -- if it happened over in Steve's

21   area, then he would -- he would tell me.  So I would

22   be -- eventually I would be.  It might -- it might take

23   a day or two, depending on -- on how fast the

24   information was transmitted up.

25      Q.    So you feel confident that if this had

TONY RODRIGUEZ                                          5/8/2014

47

1    happened, if somebody had been unable to apply because

2    the application was unavailable in Spanish, if it had

3    happened anywhere in the state you would be made aware

4    of that?

5            A.   Yes, I do.

6            Q.   And who is Steve?

7            A.   As I mentioned previously, Steve is

8    Stephen Bell.  He's the senior manager and he's

9    responsible for DPS Regions 1A, 1B, 2A, and 2B.  And

10   that's roughly described as the Dallas/Fort Worth

11   eastern part of Texas and Houston.

12           Q.   Do you and Stephen Bell split the state of

13   Texas or are there other individuals who are involved

14   in --

15           A.   That's it.

16           Q.   Okay.  And his role is overseeing the driver's

17   license offices as --

18           A.   He has the same duties and responsibilities

19   that I do and he exercises them over his DPS regions.

20           Q.   Does he have EIC responsibilities as well?

21           A.   He does have EIC responsibility.

22           Q.   And what are his responsibilities with regard

23   to EICs?

24           A.   He is our -- he's our logistician.

25           Q.   And what does he do in that capacity?

TONY RODRIGUEZ                                        5/8/2014

48

1      A.   In that capacity he was responsibility to

2   purchase all of the tubs that we used, all of the

3   screens to ensure that the computers were purchased

4   with all the peripherals, to take all that -- all those

5   different parts and configure them into sets that could

6   be -- that we now know as a mobile unit.

7           He's also responsible to track the

8   equipment so that he knows where each mobile unit is in

9   the state of Texas.   He's responsible for the inventory

10  control.

11      Q.   Okay.   Do all driver's license offices around

12  the state have at least one employee who is fluent in

13  Spanish?

14      A.   I don't know.

15      Q.   Do you know how many driver's license offices

16  do not have at least one employee who is fluent in

17  Spanish?

18      A.   I've never asked for that information.

19      Q.   Does DPS view fluency in Spanish as a positive

20  professional attribute when hiring its employees?

21      A.   It's asked for on the application for work.   I

22  don't know how it's regarded.

23      Q.   Has DPS made any effort to ensure that

24  Spanish-speaking employees are available to assist EIC

25  applications with limited English proficiency?

TONY RODRIGUEZ                                                    5/8/2014

                                                                    49

1       A.    No.

2                   (Discussion off the record.)

3                   MR. KEISTER:  You can answer.

4                   THE WITNESS:  Oh, okay.  They were --

5                   MR. KEISTER:  They can chat.  You just

6       answer.

7                   THE WITNESS:  I guess you're the

8       important one.

9                   MR. KEISTER:  Yes.

10                  THE WITNESS:  So would you mind restating

11      your question.

12      Q.    (BY MS. MARANZANO)  Has DPS made any effort to

13      ensure that Spanish-speaking employees are available to

14      assist EIC applicants with limited English proficiency?

15      A.    Okay.  So our offices are crewed by the people

16      who live around them by and large and -- and the

17      demographics of the office reflect the local

18      demographics in most instances.  So I don't know if

19      we've made a special effort to transfer somebody from

20      one office to another solely based on the language that

21      they speak.  But we hire people from the local area,

22      and if you go to different parts of Texas they'll speak

23      different languages, and -- and those are the people

24      that we hire.

25      Q.    Does DPS have any policy about the placement

TONY RODRIGUEZ                                           5/8/2014

50

1    of employees who speak more than one language?

2         A.   Not in driver license, and I don't believe DPS

3    does.

4         Q.   Okay.  Are DPS employees available to assist

5    EIC applicants who request assistance in completing the

6    application?

7                   MR. KEISTER:  Objection, vague.

8                   Go ahead.

9                   THE WITNESS:  If a customer needs

10   assistance, then -- then our customer service

11   representatives help out the -- help the applicant,

12   yes.

13        Q.   (BY MS. MARANZANO)  Are all DPS employees

14   trained to help an applicant who needs assistance?

15        A.   All DPS employees?

16        Q.   I'm sorry.  All DPS employees issuing EICs.

17        A.   So the DPS employees in the driver license

18   division?

19        Q.   Yes.

20        A.   Okay.  That's part of their new employee

21   training, yes.

22        Q.   From the time that an EIC application is

23   submitted, how long does it take DPS to issue an EIC to

24   that person?

25        A.   And when you say "issue," what do a mean?

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

TONY RODRIGUEZ                                                5/8/2014

51

1        Q.    When -- when DPS is, I presume, mailing the
2    EIC to the person.
3        A.    Okay.  So that's two questions, and I'll
4    answer it this way.  When the customer leaves the
5    office --
6        Q.    Uh-huh.
7        A.    -- they have what we call a transaction
8    receipt, and that enables the customer to vote right
9    away.  And then the actual plastic card is -- is
10   mailed -- for driver licenses and ID cards, I checked
11   the mailing cycle yesterday.  It was -- it was like
12   ten days.  But in practice, election certificates are
13   mailed within five.
14       Q.    Consistently?
15       A.    It would depend on the number that we have and
16   what else is going on in the production run of ID
17   cards.  So three -- three to five days is -- after the
18   QA process, which is three to five days, the card is
19   placed in the mail.  So that could be six to ten days
20   and the card would be in the mail.
21       Q.    Does DPS have a policy regarding an applicant
22   who does not have a mailing address?
23       A.    Customers have to have a mailing address in
24   order to receive the card.  Periodically we deal with
25   indigents and -- and the -- our -- our procedures are

TONY RODRIGUEZ                                          5/8/2014

52

1    that the applicant lists the -- if they're staying at

2    an indigent home or a shelter, to list that as their

3    address and we send the card there.

4         Q.   And if a person doesn't have an address to

5    list, would they not be able to receive an EIC?

6         A.   That's never come up.  I don't know how to

7    answer that question.

8         Q.   There's no policy -- DPS doesn't have a policy

9    about if a person doesn't have a permanent address to

10   list on their application?

11        A.   Well, just for the physics of mailing the card

12   we have to have somewhere to send it.

13        Q.   And there's no other delivery method that DPS

14   uses?

15        A.   No, we use the US mail.

16        Q.   Okay.

17                  (Exhibit No. 66 marked.)

18                  THE REPORTER:  Exhibit 66.

19        Q.   (BY MS. MARANZANO)  I'm showing you what we

20   marked for the record as Exhibit 66.  Can you take a

21   look at this and let me know if you recognize it?

22        A.   Yes.

23        Q.   What is this?

24        A.   Well, the cover sheet an e-mail from Lynn

25   Hale, who's one of our trainers, to myself.  It was

TONY RODRIGUEZ                                          5/8/2014

53

1    sent on the 26th of June 2013.  And I understand this

2    to be an attachment to that e-mail; is that right?

3         Q.   Do you recall receiving this document with

4    this e-mail?

5         A.   No, but it's -- obviously I did.

6         Q.   Can --

7              MR. KEISTER:  Don't -- don't speculate,

8    Mr. Rodriguez.

9              THE WITNESS:  I mean, yeah, I guess.

10   Yes.

11             MR. KEISTER:  Don't guess.  Either you

12   did or you didn't.

13             THE WITNESS:  It's my name.

14        Q.   (BY MS. MARANZANO)  Can you turn to Page --

15   the page that has at the bottom "Texas" -- or

16   "TEX-048020"?  I think it's -- yeah, it's the one that

17   you're on.

18        A.   Yes.

19        Q.   Is this a sample EIC on this page?

20        A.   Yes.

21        Q.   And is this the way EICs look currently when

22   they're issued?

23        A.   Yes.

24        Q.   What is the purpose of including the date of

25   birth on the EIC?

TONY RODRIGUEZ                                          5/8/2014

54

1        A.   It's just -- it's part of what we have to --

2   we have to show their birthday for their voter

3   eligibility.

4        Q.   Is the date of birth compared to the voter

5   registration list?

6        A.   We don't compare it to any list.

7        Q.   So why do you need to show it for their voter

8   eligibility?

9        A.   Well, we compare it if they present a -- we

10  just present it on their card and --

11       Q.   Is there any reason for -- for the requirement

12  that the card have the date of birth on it?

13       A.   I can't recall.

14       Q.   Okay.  What's the purpose of including the bar

15  code that's shown on the back of the election

16  identification certificate?

17       A.   The card is made from standard card stock and

18  part of the -- part of 521 says that it must be similar

19  in form and appearance to a driver license, but

20  different.  And so we just used the same card stock

21  when we printed this scantron or the bar code on the

22  back.  That's -- that's on our card stock and we just

23  include it on the -- we include it on the EIC.

24       Q.   So this bar code is not used for scanning?

25       A.   No, I don't -- I don't -- not to my knowledge,

TONY RODRIGUEZ                                              5/8/2014

                                                                55

1    no.

2         Q.    Is it your understanding that 521A requires

3    that the EIC be similar to the driver's license?

4         A.    Just similar in form and appearance, but

5    distinguishable from.

6         Q.    Okay.   And -- and so the bar code was put on

7    this because that's on driver's licenses; is that

8    correct?

9         A.    We -- we use the same card stock for the --

10   for the driver license, the ID card, and for the

11   election certificate.

12        Q.    Okay.   So it's on the card stock?

13        A.    Yeah.   Yes.

14        Q.    Do you see on the face of the front of the

15   card at the bottom it says, "Cannot be used as

16   identification"?

17        A.    Yes.

18        Q.    But the EIC is intended to serve as

19   identification for voting; is that correct?

20        A.    For voting purposes.

21        Q.    Is there any concern that that's confusing

22   language?

23        A.    Confusing to who?

24        Q.    To an individual who receives an EIC.

25        A.    No.   Our customer service representatives --

TONY RODRIGUEZ                                                    5/8/2014

56

1    as part of their dialogue with the customer when the

2    customer comes to the office to seek service, they

3    explain that the EIC is used for -- for voting.  And it

4    can be used for voting, but it's not meant to replace

5    the -- the Texas identification card.

6         Q.   If an EIC applicant expressed that they wanted

7    to use an EIC as identification for another purpose

8    other than voting, would they be permitted to receive

9    an EIC?

10        A.   Well, they would be advised that the card was

11   not intended for that, but that would not stop them

12   from getting an EIC.

13        Q.   If an individual went to a driver's license

14   office and said, "I would like to apply for an EIC.  I

15   would like to use this at my bank or in my office," is

16   it your testimony that that person would be -- that

17   the -- the EIC would still be issued to that person?

18        A.   The -- what the customer service

19   representatives do is they say, "Well, the EIC can only

20   be used for voting purposes.  It's not intended to be

21   an ID card," and they would -- they would explain the

22   uses -- or the purpose of the Texas ID card.

23        Q.   Are you aware of instances where an EIC

24   applicant wanted to obtain an EIC for something other

25   than voting and was turned away?

TONY RODRIGUEZ                                            5/8/2014

57

1   A.   And was turned away?   Not to my knowledge, no.

2   Q.   You're not aware of any instances?

3   A.   No.

4   Q.   What are the circumstances under which an EIC

5   can be canceled?

6   A.   Canceled?

7   Q.   Uh-huh.

8   A.   Well, the -- the admin rules allow us to

9   cancel it, permits the department to cancel it.   We

10  haven't canceled any EIC cards.   We haven't canceled

11  any.

12  Q.   Okay.  So --

13  A.   If -- if we found that the -- the individual

14  was fraudulent and they presented fraudulent documents,

15  I suppose that would be a reason for us to cancel it.

16  Q.   Is that the only basis under which DPS would

17  cancel an EIC?

18  A.   There may be others; but to be honest with

19  you, it's never come up.  We've never canceled an EIC.

20  Q.   As you sit here today, are you aware of any

21  other reasons that DPS would cancel an EIC, other than

22  fraudulent documents?

23  A.   No.

24  Q.   What are the circumstances under which you

25  would cancel an ID card, a personal ID card?

TONY RODRIGUEZ                                                5/8/2014

                                                                    58

1                    MR. KEISTER:  Counsel, this is beyond the

2        scope of the issues for which he's designated.

3                    MS. MARANZANO:  Well, this is directly

4        related to the standards and procedures under which an

5        EIC may be cancelled.

6                    MR. KEISTER:  No.  Did you say EIC?  I

7        thought you said a Texas ID card.

8                    MS. MARANZANO:  I did say Texas ID card,

9        but I'm looking for --

10                   MR. KEISTER:  That's beyond the scope of

11       what he's here to testify about, and I'm --

12                   MS. MARANZANO:  He can still answer the

13       question.

14                   MR. KEISTER:  I instruct him not answer.

15       It's beyond the scope.  I think we have somebody

16       designated specifically for those issues.  I'm

17       instructing him not to answer.

18                   MR. FREEMAN:  Mr. Keister --

19                   MS. MARANZANO:  Mr. Keister, it's

20       improper to instruct the witness not to answer based on

21       things that are beyond --

22                   MR. KEISTER:  He's not going to give

23       answers about issues he's not designated on.  He's here

24       to testify on behalf of DPS with these specific issues

25       and he's not going to give an opinion about issues he's

TONY RODRIGUEZ                                          5/8/2014

59

1    designated on and I'm instructing him not to answer.

2    We do have somebody else who's designated for those

3    issues.  I'm not going to change my mind.

4              MS. MARANZANO:  Well, you know, I can

5    cite you cases because it's absolutely improper to

6    instruct him not to answer.

7              MR. KEISTER:  I'm not -- I'm not going to

8    change my mind.  I'm instructing him not to answer.  We

9    have other people designated for that issue.

10             MR. FREEMAN:  Mr. Keister, once a witness

11   has been designated --

12             MR. KEISTER:  I'm not --

13             MR. FREEMAN:  Please let me finish

14   talking.

15             MR. KEISTER:  I'm not changing my mind.

16             MR. FREEMAN:  Sir, let me finish talking.

17             MR. KEISTER:  Sir, no.  There's no reason

18   to have this discussion.  I've instructed the witness

19   not to answer anything beyond what he's designated here

20   for.

21             MR. FREEMAN:  If he has personal

22   knowledge, it is entirely proper for him to answer

23   Ms. Maranzano's questions.  I can cite you a half dozen

24   cases.  If you want us to call the judge --

25             MR. KEISTER:  If you want to call the

TONY RODRIGUEZ                                              5/8/2014

                                                                60

 1    judge, call the judge.

 2                    MR. FREEMAN:  30(b)(6) deposition.

 3                    MR. KEISTER:  If you want to call, it's

 4    up to you.  But I've instructed him not to answer.

 5    That is my --

 6                    MR. FREEMAN:  You simply don't care about

 7    the law in this area.  Is that your response?

 8                    MR. KEISTER:  Do you have any other

 9    questions?

10                    MS. MARANZANO:  I think for the moment

11    we'll continue, and we'll consider what to do.

12                    MR. KEISTER:  Okay.

13        Q.  (BY MS. MARANZANO)  Are you following your

14    counsel's instruction not to answer that question?

15        A.  Yes.

16        Q.  Can you tell what the process is for

17    cancelling an EIC?

18        A.  We've never gone through it.  I couldn't

19    speculate.

20        Q.  Does DPS have any policies for the process for

21    cancellation of an EIC?

22        A.  The admin rules merely say that it can be

23    done.

24        Q.  And has DPS developed any policy by which they

25    would they would follow to cancel an EIC?

TONY RODRIGUEZ                                         5/8/2014

61

1      A.   No.

2      Q.   How is an EIC holder notified of cancellation,

3   if it occurs?

4      A.   I don't know because we haven't developed any

5   policies for it -- or procedures.  Excuse me.

6      Q.   Okay.  To obtain an EIC does an applicant have

7   to present documented proof of identity and proof of

8   citizenship?

9      A.   Yes.

10      Q.   And does your website state that applicants

11   need to prove identity and citizenship?

12      A.   Our website provides the information to the

13   document they need to bring with them, yes.

14      Q.   Do you train DPS employees issuing EICs that

15   applicants need to prove identity and citizenship?

16      A.   That's part of their training as new

17   employees, yes.

18      Q.   You train county employees who are issuing

19   EICs that applicants need to prove identity and

20   citizenship?

21      A.   Yes.

22      Q.   Can a non-citizen obtain a Texas driver's

23   license?

24      A.   Yes.

25      Q.   Can a non-citizen obtain a Texas personal

TONY RODRIGUEZ                                    5/8/2014

                                                    62

1       identification card?

2            A.    Yes.

3            Q.    Does a voter registration applicant need to

4       prove citizenship to become a registered voter?

5            A.    Registration is done at the Secretary of

6       State.  I don't know how they handle it.

7            Q.    Okay.

8                    MS. MARANZANO:  This was previously

9       marked.

10           Q.    (BY MS. MARANZANO)  I'm showing you what has

11      been previously marked as Exhibit No. 38.

12                    Do you recognize this document?

13           A.    Yes.

14           Q.    What is this document?

15           A.    This is an excerpt from our administrative

16      code.  I refer to them as admin rules, yes.

17           Q.    How was this regulation developed?

18           A.    This regulation is derived from the statute,

19      521.

20           Q.    Can you take a look at 15.181, subpart C,

21      subpart 1?

22           A.    Okay.

23           Q.    And do you see that says, "An applicant must

24      be a registered voter in the state and present a voter

25      registration card issued to the individual"?

TONY RODRIGUEZ                                              5/8/2014

63

1          Did I read that correctly?

2     A.    It has colon, semicolon, or; but yes.

3     Q.    Right.  If a person -- if an EIC applicant

4  says that she is a registered voter, does DPS do a

5  check to confirm that?

6     A.    There's no way for us to check.  No.

7     Q.    Does the applicant need to present a voter

8  registration card?

9     A.    Yes.  If they don't have a voter registration

10  card, they need to be eligible to vote and then they

11  have to -- they can apply for a voter registration card

12  in the office as part of their application for an EIC.

13     Q.    What about if an applicant states that she is

14  already a registered voter but she doesn't have the

15  voter registration card with her?

16     A.    She can apply in the office.

17     Q.    So she doesn't need to present her voter

18  registration card when she applies?

19     A.    It says here, "and submit an application for

20  voter registration."

21     Q.    Would a voter who is already registered to

22  vote but doesn't have a voter registration card with

23  her have to reapply to register to vote?

24     A.    Yes.  They would submit the paperwork.

25     Q.    Okay.

TONY RODRIGUEZ                                          5/8/2014

64

1    A.   Actually, it's just a check on the box.

2    Q.   Check on which box?

3    A.   Are you eligible -- I'm sorry.  Exhibit 64,

4  the DL-14C dated December 2011.  "Are you eligible and

5  registering to vote today?"

6    Q.   So the applicant would check that box yes or

7  no?

8    A.   Yes.

9    Q.   But if the -- if an applicant is already

10 registered to vote but doesn't have her card with her

11 or forgot her card, is it your testimony that that

12 applicant would re-register to vote when they applied

13 for an EIC?

14   A.   They would check the box.  We would send that

15 to the Secretary of State; and they would do whatever

16 they do with it, enter it in their database or update

17 their database, however they do that.  I'm not familiar

18 with that.

19   Q.   Okay.  So I guess what I'm trying to figure

20 out is:  If an applicant does haven't a voter

21 registration card on her --

22   A.   Right.

23   Q.   -- is she prohibited from applying for an EIC?

24   A.   No.

25   Q.   Okay.  Can you take a look at 15.182, which is

TONY RODRIGUEZ                                    5/8/2014

65

1        on that same page.

2            A.    Uh-huh.

3            Q.    -- on Exhibit 38.

4                  How was this list of underlying

5        documentation developed?

6            A.    So this -- this roughly corresponds with the

7        other information that we collect as a matter of course

8        under 6 check 521.143, but it's specific to -- it's

9        specific to voter -- voting, as I mentioned before.

10           Q.    And when you talk about the information you

11       collect, you're referring to the underlying

12       documentation listed in 15.182?

13           A.    Yes.    You talking about the one piece of

14       primary identification?

15           Q.    Right.    And then it goes on to the next page.

16           A.    Yes.    And then it goes into primary

17       identification; and it goes all the way down to B-B on

18       the next page, yes.

19           Q.    Yes.

20                 Did DPS consider that the population

21       applying for an EIC might have different access to the

22       documents than the population of -- than the population

23       applying for a Texas driver's license?

24           A.    Different access to the documents?

25           Q.    Uh-huh.

66

1        A.    I --

2        Q.    Did DPS consider that the population of

3   individuals who are applying for an EIC might not be

4   able to obtain the underlying documentation on this

5   list as easily as the population applying for a Texas

6   driver's license?

7             MR. KEISTER:  Object, form.  That's vague

8   and ambiguous.  And the population has not been defined

9   or established, so there's no foundation for that.

10             To the extent you can answer, you're

11   about to answer.

12             THE WITNESS:  Thank you.  These are the

13   documents that we collect and -- in order to identify

14   the applicant.  It helps us identify the applicant.

15        Q.    (BY MS. MARANZANO)  Did -- when -- when DPS

16   developed this list of required underlying

17   documentation, did it consider the ease with which a

18   person might be able to obtain these documents?

19        A.    Not to my knowledge, no.

20        Q.    Did DPS consider whether individuals applying

21   for an EIC might be less likely to have access to their

22   birth certificates than individuals applying for a

23   driver's license?

24             MR. KEISTER:  Objection, form.  That's

25   vague.  That calls for speculation and it assumes facts

67

1    not in evidence as to whether or not people applying

2    for EICs would not have access to these documents.

3                    To the extent you can answer.

4                    THE WITNESS:  Yeah.  I don't know.  I

5    don't know what an individual would have to go through

6    to get the documents.

7        Q.   (BY MS. MARANZANO)  Do you know whether DPS

8    considered -- considered that when they developed the

9    regulation?

10                   MR. KEISTER:  Same objection as

11   previously.

12       Q.   (BY MS. MARANZANO)  To be clear, did DPS

13   consider what individuals would have to go through to

14   get the documents?

15                   MR. KEISTER:  Same objections.

16                   THE WITNESS:  We don't know what an

17   individual would have to do in order to get the

18   documents that we're required to collect.

19       Q.   (BY MS. MARANZANO)  Okay.  Can you look at --

20   under -- under 15.182, Subsection 2, where it talks

21   about primary identification.  The only form of primary

22   identification that is independently sufficient to

23   establish EIC eligibility is a driver's license or ID

24   card that has been expired for more than 60 days but

25   less than two years, correct?

TONY RODRIGUEZ                                    5/8/2014

68

1        A.    Where does it say that?

2              MR. KEISTER:  Counsel, I think we're

3     missing something.  It looks Page 2 is missing.

4              THE WITNESS:  Oh, yeah.  It goes from

5     Page 1 to Page 3.

6              MS. MARANZANO:  I think that we referred

7     to the exhibit as it was introduced in -- it's in this

8     binder.

9              THE REPORTER:  Off the record.

10             (Discussion off the record.)

11             THE REPORTER:  Back on the record.

12        Q.    (BY MS. MARANZANO)  So we were looking at

13     15.182, Subsection 2 where it talks about a primary

14     identification.

15        A.    Yes.

16        Q.    And is the only form of primary identification

17     that's listed here, a Texas driver's license or

18     personal identification card issued to the person that

19     has expired for 60 days and is within two years of

20     expiration date -- that's the only form of primary

21     identification, correct?

22        A.    Or an ID card.  A driver license or an ID card

23     are accepted as primary forms of identification within

24     the -- within the parameters that you've laid out here,

25     the 60 days to two years of expiration.

TONY RODRIGUEZ                                          5/8/2014

69

1       Q.    Okay.  And does a driver's license that has

2  been expired for more than 60 days but less than two

3  years establish citizenship?

4       A.    No.

5       Q.    Is it nonetheless sufficient to obtain an EIC?

6       A.    It's sufficient to prove that the individual

7  is who they say they are.

8       Q.    So would an individual who presented a

9  driver's license that had been expired somewhere

10  between 60 days and two years also have to show

11  documentary proof of citizenship?

12      A.    They may.  What would happen is that the --

13  the applicant would come to the office and they would

14  present the card and as part of the -- as part of the

15  issuance process for EICs, then the customer service

16  representative would look at the driver license

17  information and citizenship information is contained

18  under that tab.

19      Q.    Okay.  So that the -- the DPS employee would

20  look at a database?

21      A.    Well, now it's our driver license system.

22      Q.    Okay.

23      A.    So when you -- when you come to an office

24  that -- you know, you'll have somebody and they have

25  their computer; and all of our driver license

TONY RODRIGUEZ                                           5/8/2014

1    information is contained in our system.  So there's the

2    driver licenses, the ID cards, then there's a separate

3    tab for election certificates.

4        Q.    Okay.  So the driver's license database

5    contains information about citizenship?

6        A.    Yes.

7        Q.    And is that for all individuals who have

8    received a driver's license?

9        A.    Yes.  Or an ID card, yes.

10       Q.    That was my next question.  So an ID card

11   holder would have that same information in the

12   database?

13       A.    Yes.

14       Q.    So if an individual had an ID card that was

15   expired for between 60 days --

16       A.    Same parameters you've laid out in here.

17       Q.    Two years?

18             Would that individual -- would the DPS

19   employee check the database to determine if that

20   individual is a US citizen?

21       A.    Yes.

22       Q.    And so if an individual had a driver's license

23   or ID card that had been expired between 60 days and

24   two years and did not have additional documentary proof

25   of citizenship, would that individual be able to obtain

TONY RODRIGUEZ                                          5/8/2014

71

1    an EIC?

2         A.    I need to see -- can you restate that to make

3    it a little bit more clear for me?

4         Q.    If an individual had a -- had ID that was part

5    of this primary identification --

6         A.    Uh-huh.

7         Q.    -- either a Texas driver's license or an ID

8    card that had expired somewhere between 60 days and two

9    years but did not have any additional documentary proof

10   of citizenship, is that person able to obtain an EIC?

11        A.    The answer to that question is it would

12   depend, and it would depend on what the entry is in the

13   driver license system.

14        Q.    And what -- what would --

15        A.    There a box that just says --

16             MR. KEISTER:   Let her complete ask her

17   question.

18             THE WITNESS:   Sorry.

19        Q.    (BY MS. MARANZANO)  What would it depend on?

20        A.    It would depend on if the box that said, US

21   citizen, yes/no.

22        Q.    Okay.  So if the person was a citizen and DPS

23   could confirm that, they would be able to apply for an

24   EIC?

25        A.    Yes.

TONY RODRIGUEZ                                                          5/8/2014

                                                                              72

1          Q.   If the person was a citizen and didn't have --

2      did not have documentary proof of citizenship, would

3      they be able to apply for an EIC?

4          A.   I would need to see what other documents they

5      presented.

6          Q.   Okay.

7               MS. MARANZANO:  Do you do you want to

8      take a few minutes for a break?

9               MR. KEISTER:  I do.

10              MS. MARANZANO:  Okay.  Let's go off the

11     record.

12              THE REPORTER:  Off the record.

13             (Recess from 10:32 a.m. to 10:46 a.m.)

14              THE REPORTER:  Back on the record.

15              THE WITNESS:  So I had previously

16     referred to the rule inaccurately.  When I said that we

17     were allowed to collect identification information

18     under 521.143, that's not an accurate statement.  It's

19     521.142.

20         Q.   (BY MS. MARANZANO)  Thank you for the

21     clarification.

22         A.   I apologize for that.

23              MS. MARANZANO:  And before I get started

24     asking questions, I just want to read for the record

25     the citations that establish the proposition that we

TONY RODRIGUEZ                                          5/8/2014

73

1    talked about, that it's improper to instruct a witness

2    not to answer questions beyond the scope of what he's

3    been designated for.  McMahan versus Presidential

4    Airways, Inc., 2006, US District Lexis 4909, middle

5    District, Florida 2006.  Push Lackey versus Reyes

6    (phonetic), 2014 US District Lexis 14278, District, New

7    Mexico, 2014.  Badger versus Walmart Stores, Inc., 2013

8    US District Lexis, 91216, District, Nevada, 2014.

9               And I want to note for the record that

10   these all cite Moore's Federal Practice, and they cite

11   other decisions in them.  And so we would appreciate if

12   you'd take a look and consider your position.

13               MR. KEISTER:  Do you have copies of those

14   cases?

15               MS. MARANZANO:  We have copies of

16   excerpts, which we can provide to you.

17               MR. KEISTER:  Thank you.

18               MS. MARANZANO:  Okay.

19        Q.   (BY MS. MARANZANO)  And before the break, we

20   were talking about what has been -- what has been

21   entered into the record as Exhibit No. 38.

22               Can you look at 15182?

23        A.   I'm sorry.  15 --

24        Q.   182.

25        A.   Yeah.

TONY RODRIGUEZ                                          5/8/2014

                                                            74

1        Q.   And we were talking about documents that

2   established citizenship before the break.

3                  Can you look at the secondary

4   identification items, which is subpart 3 under 15182?

5        A.   I see that.

6        Q.   Do you know if an original or certified copy

7   of a court order with name and date of birth indicating

8   an official change of name or gender, which is listed

9   as subjection 3 -- I'm sorry. -- section C under 3.

10                 Does that establish citizenship?

11       A.   No.

12       Q.   If an individual was to -- well, strike that.

13                 Can you look at the list of supporting

14   identification?

15       A.   Paragraph 4?

16       Q.   Yes.

17       A.   Yes.

18       Q.   How many of these documents that are listed

19   here establish citizenship?

20       A.   Let's see.

21                 MR. KEISTER:  Objection, form.  That

22   calls for a legal opinion and legal conclusion.

23                 You can answer.

24                 THE WITNESS:  To my knowledge, I only

25   believe it would be 2.

TONY RODRIGUEZ                                          5/8/2014

75

1        Q.   (BY MS. MARANZANO)  And is it --

2        A.   Well, I stand corrected.  To my knowledge, it

3   -- two, three, four -- I believe it would be -- I

4   believe it would be 4.

5        Q.   Four?

6        A.   Yes.

7        Q.   And is it the case that a person, an EIC

8   applicant can present one piece of secondary

9   identification and two pieces of supporting

10  identification under the regulation under 15182?

11             MR. KEISTER:  Objection, vague.  For what

12  purpose?  Has it has been stated?

13       Q.   (BY MS. MARANZANO)  Can you look at 15182,

14  Subsection 1, part C?

15       A.   Yes.  Yes.

16       Q.   So a requirement to obtain an EIC is that an

17  applicant must present one of these combinations of

18  underlying documentation; is that correct?

19       A.   Yes.

20       Q.   And is one of the combinations one piece of

21  secondary identification plus two pieces of supporting

22  identification?

23       A.   Yes.

24       Q.   If an individual presents the secondary

25  identification that we just talked about, Subsection C,

TONY RODRIGUEZ                                    5/8/2014

76

1    the change of name or gender, and supporting

2    identification that does not establish citizenship,

3    would that person have to show additional proof of

4    citizenship?

5         A.   They may be required to, yes.

6         Q.   And is that prescribed by the -- by the

7    regulation, that that individual would have to show

8    documentary proof of citizenship?

9         A.   The applicant has to -- has to be a U.S.

10   citizen, and they have to be able to show that.

11        Q.   And -- and what is that requirement based on?

12        A.   What's the requirement based on to -- to show

13   that you're a US citizen?

14        Q.   Uh-huh.

15        A.   I believe it's the voting code.

16        Q.   What -- do you know what section of the voting

17   code?

18        A.   I'm not familiar with that, no.

19        Q.   And are you -- just to be clear, are you

20   saying that the voting code requires that individuals

21   who are voting are citizens?

22        A.   Okay.  I don't know what the voting code is.

23   I'm not a voting code guy.

24        Q.   Right.  Right.  I was just trying to

25   understand your answer.

77

1      A.   Yeah.   I guess I was trying to understand your

2   question.   If you would restate it, I'll try and answer

3   it better.

4      Q.   Okay.   Perfect.

5           I'm trying to determine what gives DPS

6   the authority to require individuals to show

7   documentary proof of citizenship in addition to the

8   documents that are listed under 15182.

9      A.   Okay.   These are -- these are supporting forms

10   of identification and -- how can I explain this?   This

11   will be longer than a yes or no.

12           The reason they're supporting forms of

13   identification is that -- is that the farther that the

14   applicant gets from the driver license or the ID card,

15   which are primary forms of identification, and the --

16   the customer has already shown a lot of documents to

17   prove who they are and their citizenship and all that's

18   captured -- and those are primary documents, right?   So

19   the farther we get from those primary documents, then

20   you have to make up for that in -- in quantity of

21   documents.

22           So there may be other documents that are

23   required in order to -- to have the applicant show who

24   they are in order for us to be able to -- to verify

25   their identify or to issue the card.   The same for --

TONY RODRIGUEZ                                          5/8/2014

                                                              78

1    well, we're doing the citizenship, but the same for a

2    driver license or anything else.  So we recognize that

3    there are -- there are customers who may not have some

4    forms of ID and then that's why we ask for supporting

5    identification and then those supporting

6    identification, it will depend on the customer and it

7    will -- it will depend on what they have.

8                 I mean, it's really -- that part is done

9    on a case-by-case basis depending on what the customer

10   presents.  I mean, it's an imprecise answer; but --

11       Q.   Is this regulation that we're looking at what

12   establishes the criterion an applicant for an EIC would

13   have to present to obtain an EIC?

14       A.   It lists -- it provides a list of documents.

15   But I mean, if you -- if you look at B-B, it says,

16   "Document may be added depending on how things change

17   in the future."

18       Q.   Does this -- this regulation that we're

19   looking at --

20       A.   These rules, the admin rules?

21       Q.   Right.  The Exhibit 38.

22       A.   Okay.  Yes.

23       Q.   Does any part of this regulation require DPS

24   to confirm U.S. citizenship?

25       A.   Well, we don't confirm US citizenship.  The

TONY RODRIGUEZ                                          5/8/2014

79

1   customer presents us with -- the customer presents us

2   with their voter registration card, which is issued by

3   the Secretary of State; or if they don't have it, they

4   apply -- they can reapply.  But there's -- and if they

5   have a driver license or an ID card, we can check in

6   the driver license system to see if they have proved

7   it.

8            I -- it would depend on what they give

9   us.  It would -- we have a network -- you know, we have

10  customer service representatives.  They make -- based

11  on the training that we've given them, the parameters

12  that we've established, they make -- they have

13  discretion to exercise latitude.  And we tell them to

14  issue -- you know, err on the side of issuance.  I

15  haven't been involved in any of these.  I mean,

16  ultimately, if there were problems, I would see it

17  based on my responsibilities as a senior manager; and I

18  would help resolve those.  I haven't been involved in

19  anything like you've described.  I'm sorry.

20       Q.   Is the discretion that is given to the DPS

21  employees who are issuing EICs, is that discretion

22  limited by the parameters of the regulation?

23       A.   No.  It's -- I don't believe so.  The --

24  the -- it's a permissive.  I'm sorry.  We -- the

25  regulation establishes a certain set of guidelines,

TONY RODRIGUEZ                                           5/8/2014

80

1   okay; and we have procedures.   And then based on their

2   best judgment and reviewing documents and -- you know,

3   all of our CSRs review hundreds of documents, then they

4   issue; and we've instructed them to be -- to be liberal

5   in their issuance of EICs.

6        Q.   Does any part of this regulation require that

7   an EIC application must present documentary proof of

8   citizenship?

9        A.   Well, any part of the regulation?

10       Q.   Uh-huh.

11       A.   It says here, "U.S. citizenship or

12   naturalization papers."

13       Q.   As one --

14       A.   Secondary identification, D.

15       Q.   Okay.   And if an individual presented,

16   instead, the Subsection C as secondary identification?

17       A.   Original or certified copy of a court order

18   with the name, date of birth, indicating the official

19   name change?

20       Q.   Uh-huh.

21       A.   That doesn't indicate citizenship.

22       Q.   And if that person presented that document

23   with supporting documentation that also did not

24   establish citizenship, would that person have to

25   present independent documentary proof of citizenship?

TONY RODRIGUEZ                                           5/8/2014

                                                              81

1          A.    If I understand your question correctly -- and

2    I'll try and restate it.

3                 So a customer comes to the office.  They

4    have a certified copy of the court order, okay, that

5    provides a name change and they don't have any other

6    documentation that establishes that they are a United

7    States citizen?

8          Q.    Yes.

9          A.    They would have to show that documentation.

10         Q.    And is that a requirement that's set out in

11   this regulation?

12         A.    I don't know.  I would have to -- I would have

13   to run through it.

14         Q.    Okay.  Do you know if it's set out in any

15   other DPS regulation?

16         A.    Not to my knowledge.  I don't know.

17         Q.    Can you look at -- under "Secondary

18   Identification," which is Subsection 3, the first one

19   listed under A, the birth certificate?

20         A.    Yes.

21         Q.    How much does it cost to obtain a certified

22   copy of a birth certificate?

23         A.    I don't know.

24         Q.    You have no idea?

25         A.    No.  My mother gave me mine, so I --

TONY RODRIGUEZ                                        5/8/2014

                                                           82

1              It's old, but it's mine.

2                   MS. MARANZANO:  We're going to need to --

3              Let's go off the record for one second.

4                   THE REPORTER:  Off the record.

5                   (Discussion off the record.)

6                   THE REPORTER:  Back on the record.

7         Q.   (BY MS. MARANZANO)  Okay.  Can you look at

8    15183?

9         A.   Can I --

10        Q.   Oh, sorry.

11        A.   I'm happy to.  Give me a second.

12        Q.   It's Exhibit 38.

13        A.   Okay.

14        Q.   Okay.  Subsection A, subpart 3.

15        A.   Subpart 3.  Fingerprints.  Yes.

16        Q.   Whose decision was it to include a

17   fingerprinting requirement for EIC applicants?

18        A.   That, I don't know.  I do know that it's no

19   longer required, and it hasn't been required -- I'm not

20   sure what the date is.  It was -- it was early -- it

21   was early in the EIC efforts, so that would put it late

22   summer or early fall of last year.  But the decision

23   was made that -- not to collect them; and actually,

24   it's almost a moot point on the equipment that we have.

25   We've updated the equipment in your driver license

TONY RODRIGUEZ                                          5/8/2014

1    offices; and if you try and issue an EIC, it's not even

2    a prompt.  So to explain, if -- for the driver license

3    issuance, there's a series of screens that the CSR goes

4    through; and it asks the individual -- you know, our

5    CSRs, you know, get this information and ask the

6    customer for that.  And for a driver license or an ID,

7    then the -- they're prompted for the -- for the

8    fingerprints.

9              But for an EIC, that prompt doesn't come

10   up; and our mobile systems and the systems that we have

11   in the counties don't have -- we didn't even buy the

12   thumbprint scanners to afford them, so we don't collect

13   them.

14        Q.   Do you know what the purpose of the original

15   requirement to do fingerprints was?

16        A.   I could speculate.  And my speculation is that

17   it we collect thumbprints and fingerprints as part of

18   the issuance for driver licenses and for ID cards, we

19   try to make this process go the same way as others.  We

20   just included that in there.

21        Q.   And why did DPS decide to suspend that

22   requirement?

23        A.   DPS was directed not to by the Secretary of

24   State.

25        Q.   Did they explain their reasoning?

TONY RODRIGUEZ                                          5/8/2014

84

1          A.   I didn't ask.  I certainly didn't ask.

2          Q.   Did DPS have any concern when it was

3    collecting fingerprints that that would deter EIC

4    applicants from applying for an EIC?

5          A.   I don't -- I don't -- I don't recall, no.

6          Q.   How did you communicate the change from

7    collecting fingerprints to not collecting fingerprints

8    to the public?

9          A.   Sure.  To the public?

10          Q.   Uh-huh.

11          A.   And when you say "you," you mean DPS?

12          Q.   I do mean DPS.

13          A.   I don't -- I don't -- I'm unaware of anything

14    the DPS did to -- to communicate that to the public.

15          Q.   Did any other state agencies communicate that

16    to the public?

17          A.   They may have.  I don't know.

18          Q.   Did DPS put an update on its web page?

19          A.   I don't -- I don't recall.  It would be our

20    standard practice, but I don't recall if we did or not.

21          Q.   Are you confident that no driver's license

22    offices are currently fingerprinting EIC applicants?

23          A.   Well, as I've explained, we have no equipment

24    that -- we can't do it, so -- and the counties can't do

25    it and our mobiles can't do it, so the answer to your

TONY RODRIGUEZ                                        5/8/2014

85

1    question is, yes, I'm confident.

2        Q.    When the fingerprinting requirement was in

3    effect --

4        A.    Yes.

5        Q.    -- what did DPS do with the fingerprints?

6        A.    That information, along with the documents

7    that the applicant presented, were placed into the EIC

8    portion of driver -- of the driver license database,

9    which is -- that's a separate portion.  It's separate

10   and distinct from the ID cards and the driver licenses.

11       Q.    And what was done with that information?

12       A.    It was put there.  I don't think anything was

13   done with it.

14       Q.    Do you still maintain the fingerprints from

15   applicants who were fingerprinted when this policy was

16   in effect?

17       A.    Well, we were asked not to -- not to purge

18   anything from our database.  So as far as I know,

19   whatever we may have collected is supposed to still be

20   there because of what we're doing here today.

21       Q.    Is there any intention to use them in the

22   future for anything -- for any reason?

23       A.    EIC fingerprints?

24       Q.    Yes.

25       A.    No, not to my knowledge.

TONY RODRIGUEZ                                              5/8/2014

86

1        Q.    Are there any limitations on using EIC

2    fingerprints in the future?

3        A.    Not to my knowledge.

4        Q.    Why has DPS not changed the regulation to

5    remove the fingerprinting requirement?

6        A.    That's a good question.  We haven't got around

7    to updating our rules.  It's as simple as that.  We

8    just haven't done it, and we need to.

9        Q.    Could DPS at any time decide to start a

10   fingerprinting applicants again?

11       A.    In order to do that, we would have to field

12   new equipment to 229 driver licenses offices in 55

13   counties and the mobile units.  So the short answer is,

14   we don't have any plans to do that.

15       Q.    So there's no plans to do that, but is there

16   any impediment other than sort of logistical?

17       A.    Well, we would have to rewrite the code for

18   all the computers; and that would -- that would involve

19   a significant amount of time and money.  I mean,

20   it's -- we're not funded for that.  That's -- we have

21   no plans to do that.  We just got done fielding new

22   stuff.  Why would we want to go back and change?

23       Q.    Is there any legal impediment to DPS deciding

24   to fingerprint applicants at some point in the future?

25                   MR. KEISTER:  Object to form.  Calls for

TONY RODRIGUEZ                                          5/8/2014

                                                            87

1     a legal opinion.

2                   But you can answer.

3                   THE WITNESS:  The Secretary of State has

4     directed us not to.

5          Q.   (BY MS. MARANZANO)  Does the Secretary of

6     State control in any way DPS' action?

7          A.   Control our action?  With regard to what?

8          Q.   With regard to the EIC program.

9          A.   The Secretary of State, as far as the

10    execution of the program?  In some ways.  I mean, when

11    I'm -- by way of answering, what I would say is they're

12    the ones that directed to go -- which counties to go to

13    and which locations in those counties, and they're the

14    ones that told us not to collect fingerprints.

15         Q.   Is there any requirement that you follow what

16    the SOS directs you do with regard to the EIC program?

17                   MR. KEISTER:  Object to form; vague and

18    ambiguous.

19                   THE WITNESS:  Go ahead?

20                   I take my -- I take my instructions from

21    my chain of command.  And what discussions that the

22    Secretary of State have and DPS senior leadership have,

23    I'm not a party to those.  I'm not aware of any of

24    those.

25         Q.   (BY MS. MARANZANO)  And you take your

TONY RODRIGUEZ                                           5/8/2014

88

1    direction from who?

2         A.    I take my direction from Paul Watkins and AD

3    Peters.

4         Q.    Can you look at 15183, Subpart A, 1 and

5    then --

6         A.    Subpart A.

7         Q.    -- and then capital A?

8         A.    Married woman.  Is that what it says?

9         Q.    Yes.  And then a couple of sentence in it

10   says, "No name will be used that has not been

11   documented"?

12        A.    Right.

13        Q.    Can you tell me what that means?

14        A.    It -- if you remember what I -- what I said

15   previously and I used the term, "we connect the dots."

16   So that's part of our effort to connect to dots to

17   establish someone's identify.  If a woman were to come

18   to the office and she wanted to change her name and she

19   presented a marriage license and she had -- and she had

20   a birth certificate, let's say, so the marriage license

21   and the birth -- the married name -- I'm sorry.  The

22   maiden name would have to match the birth certificate.

23   But if there wasn't a match, then that wouldn't be a

24   documented name change; or it could be a court order, I

25   suppose.

89

1      Q.   Does DPS require that names -- that the name

2  of the applicant match exactly on the underlying

3  documentation that the individual presents?

4      A.   Without seeing the differences, I can't answer

5  that question.  I would need to see the specifics.  I

6  mean, if the name was -- was Shelly on one document and

7  Mary Lou on another, that would be a problem.  But we

8  would have -- I would have to see it, and I would have

9  to -- and if I couldn't make a determination, then I

10 would -- I'd ask -- I'd have to ask for advice.

11     Q.   Who would you ask for advice?

12     A.   Well, I mean, it would depend.  We have -- we

13 have counsel.  I can ask for advice from if there's a

14 problem with that.

15     Q.   So am I understanding you correctly that

16 there's some discretion about the name -- how exactly

17 the names match on the underlying documentation?

18     A.   Yes.  But again, without seeing an exact

19 example, I'd need -- I'd need to know.  I would need to

20 see that.

21     Q.   Okay.

22     A.   So I can't answer your question definitively.

23 I need to see -- I need to see what you're talking

24 about.

25     Q.   If the names are very different on the

TONY RODRIGUEZ                                          5/8/2014

90

1    underlying documentation --

2        A.   Then there's no connection.

3        Q.   -- and there's no connection, what does the

4    DPS employee advise to that individual?

5        A.   We -- we ask the customer to provide

6    documentation that would connect one name to the other.

7        Q.   Okay.  When someone appears at a driver's

8    license office and requests an EIC, what does the DPS

9    employee do, sort of each step, to ensure that that

10   individual is eligible for an EIC?

11       A.   Well, so when an applicant comes to one of our

12   offices, they're greeted by one of our customer service

13   representatives; and it's -- then there's a dialogue

14   between the applicant and the CSR before any paperwork

15   is done.  It's something -- it's a greeting; and then,

16   you know, what can we do for you today?  And depending

17   on what the customer says, then that would lead to

18   further -- further discussion about, well, here are the

19   forms that you need to fill out and have you brought

20   the documentation.  And then depending on how that went

21   and -- you know, because there's a lot of different

22   variables, then the customer could get issued their --

23   whatever document they were after.

24       Q.   When a person submits an EIC application, does

25   anyone at DPS review it for completeness?

TONY RODRIGUEZ                                    5/8/2014

91

1    A.   The customer service representative who

2    processes the applicant reviews it for completeness.

3    Q.   Is that done on the spot while the individual

4    is still in the office?

5    A.   Yes.

6    Q.   And if it's incomplete, will the person have

7    an opportunity to complete it before they leave the

8    office?

9    A.   The CSRs will -- will say, "You didn't fill

10   out block X and such," and then the customer is asked

11   to do that.

12   Q.   Okay.  Does DPS conduct any types of checks on

13   the applicants once the application is submitted?

14   A.   What do you mean "checks"?

15   Q.   Do they -- for example, do they check to

16   ensure that the individual doesn't have another form of

17   SB 14 compliant identification?

18   A.   SB 14?

19   Q.   Does the DPS employee check to ensure the

20   individual doesn't already have a driver's license?

21   A.   For a driver's license, as I mentioned before,

22   the customer service representative would -- if it's a

23   Texas driver's license, we can check within our driver

24   license system or the ID card system; and we can see if

25   an if -- an ID card or a driver license has been

TONY RODRIGUEZ                                              5/8/2014

92

1   expired to the customer.  I'm sorry -- has been issued

2   to the customer, not expired.

3        Q.    And if there is a current driver's license

4   issued to the customer, what does the DPS employee do

5   at that point?

6        A.    They say, "Ma'am, you have -- you have a

7   driver license and you can vote using your driver

8   license.  You don't need -- you don't need an EIC."

9        Q.    So that information is conveyed to the

10  applicant while they are in the driver's license

11  office?

12       A.    Yes.

13       Q.    Okay.  Does DPS do any background checks with

14  the information that is obtained from the EIC

15  application?

16       A.    Background checks?

17       Q.    Uh-huh.

18       A.    No.

19       Q.    Do they check for any outstanding tickets?

20       A.    No.

21       Q.    Do they check against the Texas Criminal

22  Information Center?

23       A.    No.

24       Q.    Against the National Criminal Information

25  Center?

TONY RODRIGUEZ                                          5/8/2014

93

1      A.   No.

2      Q.   Do they do any immigration checks?

3      A.   No.

4      Q.   Do they check the United States Visitor and

5   Immigration Status Indicator Technology?

6      A.   Not to my knowledge.   I've never heard of

7   that.

8      Q.   Do they check against the Interagency Border

9   Inspection System?

10     A.   No.

11     Q.   Do they check for warrants?

12     A.   No.

13     Q.   Have they, at any time, checked for warrants?

14     A.   Driver license CSRs don't have the ability to

15   check for warrants.

16     Q.   So they haven't, at any time, checked for

17   warrants?

18     A.   They are able to.

19     Q.   Have they, at any time, done any of the other

20   checks that we just talked about?

21     A.   Not to my knowledge.

22     Q.   Are law enforcement officials present at DPS

23   offices?

24     A.   Well, the Department of Public Safety has law

25   enforcement officials assigned to it and there may

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

TONY RODRIGUEZ                                    5/8/2014

94

1    be -- it's not uncommon for highway patrol or Rangers

2    or CID to be co-located in some of our offices.  Our

3    offices aren't all standalone driver license offices.

4         Q.   And when an individual is applying for an EIC

5    and you said these -- these various checks are not run,

6    is some of this information nonetheless available to

7    the DPS employee, sort of -- they can see the

8    information on the screen such as outstanding tickets

9    or --

10        A.   No, I don't believe so.  Base on my

11   observation of the driver license system, outstanding

12   tickets and things like that aren't -- aren't

13   available.

14        Q.   And is the same true for warrants?

15        A.   No, we don't do warrant checks.

16        Q.   So warrant checks would not be something that

17   the employee could see on the screen?

18        A.   We don't have access to that, no.

19        Q.   Okay.  Are warrant checks done when an

20   individual is applying for a driver's license?

21        A.   Not by a driver license person, no.

22        Q.   Are you aware of a public perception that

23   applying for IDs at DPS offices will trigger warrant

24   checks?

25        A.   I'm not aware of it.

TONY RODRIGUEZ                                           5/8/2014

95

1        Q.    Do you have any concern -- does DPS have any

2   concerns that individuals will be deterred from

3   applying for EICs because they believe a warrant check

4   could be conducted?

5        A.    Not to my knowledge.

6        Q.    Does DPS have any concerns that individuals

7   will be deterred from applying for an EIC at a law

8   enforcement agency?

9        A.    No.

10       Q.    Have you heard any such concerns?

11       A.    No.

12                    (Exhibit No. 67 marked.)

13       Q.    (BY MS. MARANZANO)  I'm showing you what we're

14   marking as Exhibit 67 for the record.  Can you take a

15   look at it and let me know if you recognize this

16   document?

17       A.    Yes.

18       Q.    Yes, you do recognize it?

19       A.    Yes.

20       Q.    Is this an accurate copy of an e-mail that you

21   sent?

22       A.    Yes.

23       Q.    Can you look down at the second paragraph,

24   there's a sentence that says, "In order to overcome

25   this, A.D. Skyler Hearne" --

TONY RODRIGUEZ                                          5/8/2014

96

1      A.    Hearne.

2      Q.    -- "has determined that our personnel can use

3   the regional communications centers to run a 1027 on

4   the applicants to verify their eligibility to receive

5   an EIC."

6      A.    Yes.

7      Q.    Did I read that correctly?

8      A.    Yes.

9      Q.    Can you tell me what a 1027 is?

10      A.    1027 is a police term.   It's a check for

11   other -- as I understand it, it's a check for other

12   documentation.   So we ask -- if you were to run a 1027

13   on me, it would come back and say that I have a dry

14   reporter license and a CHL.

15      Q.    So this -- a 1027 only shows other forms of

16   identification that an individual may have?

17      A.    Yes.   I mean, I'm not a cop.   That's how it

18   was explained to me, that's how I understand it, yes.

19      Q.    And what are the forms of identification that

20   you're checking for?

21      A.    Driver license, personal ID card, Texas

22   personal ID card, or a concealed handgun license.

23      Q.    Only those three?

24      A.    As far as I know, yes.

25      Q.    And are -- are these checks still being done

TONY RODRIGUEZ                                                5/8/2014

97

1    on EIC applicants today?

2        A.   Yes.   I would like to point out, these --

3    these checks are done at mobile stations and at the

4    county offices.   They're not done in a -- in a driver

5    license office.

6        Q.   I'm sorry, can you say that one more time?

7        A.   Sure.   These checks, the 1027 --

8        Q.   Yeah.

9        A.   -- to A.D. Skyler Hearne, that's done through

10   a mobile site or through a county office.   It's not

11   done in a driver license office because our employees

12   can look to see if the -- if the applicant has an ID

13   card or a driver license by looking in the driver

14   license system.

15       Q.   I see.   So a driver's license office does a

16   similar check substantively, but in a different way; is

17   that correct?

18       A.   That's a good way to put it, yes.

19       Q.   Okay.   And the driver's license office, are

20   they also checking for concealed handgun licenses or

21   not?

22       A.   We can't check that.   But in order to possess

23   a concealed handgun license in the State of Texas, you

24   must have a driver license or a Texas ID card.

25       Q.   Okay.   If a DPS employee determines that an

TONY RODRIGUEZ                                          5/8/2014

                                                              98

1    applicant for an EIC has been issued a driver's

2    license, but the applicant states that she has lost the

3    driver's license, is that person eligible to obtain an

4    EIC?

5         A.   Yes.

6         Q.   Does that person need to surrender her

7    driver's license?

8         A.   Well, if they've lost it, they can't surrender

9    it.  I mean, they would -- they would fill out -- I

10   believe it's on the form right here.

11        Q.   Do you want to refer --

12        A.   I want to refer back to whatever exhibit that

13   y'all called the DL-14C.

14        Q.   Exhibit 64.  Is it in there?

15        A.   There's a surrender document -- there's a

16   surrender document that they can sign where they say,

17   "I give it up, I surrender my driver license or ID

18   card."

19        Q.   So the individual would complete a form saying

20   they surrendered their driver's license?

21        A.   Yeah.  But if they don't have it -- I mean,

22   they don't possess it --

23        Q.   Is an applicant who has an out-of-state

24   driver's license required to surrender their

25   out-of-state driver's license to obtain an EIC?

TONY RODRIGUEZ                                              5/8/2014

99

1        A.   No.

2                    (Exhibit No. 68 marked.)

3        Q.   (BY MS. MARANZANO)  Can you take a look at

4   this document and tell me if you recognize it?

5        A.   Yes.  It looks like it's an e-mail from Amelia

6   Flores to me, October 24th.

7        Q.   Is this an accurate copy of an e-mail that you

8   received?

9        A.   Yes.

10       Q.   Do you recall the situation that's described

11  in the e-mail?

12       A.   I do.  It was out of my region, but I do.

13       Q.   And do you -- can you read the bottom part?

14       A.   Sure.

15       Q.   Do you know whether that individual who is

16  referred to in that e-mail who was told by DPS that he

17  would need to surrender his out-of-state driver's

18  license to obtain an EIC, do you know whether that

19  individual left the office without applying for an EIC?

20       A.   I don't know.  So that was in -- that was in

21  Steve's region, so I don't know if the -- if the person

22  left without an EIC.  But -- but this discussion,

23  that -- that triggered -- that resulted in the answer

24  that I gave you.  Now we know that we can't -- we can't

25  ask for out-of-state drivers to show their licenses.

TONY RODRIGUEZ                                          5/8/2014

                                                              100

1        Q.    Did DPS subsequently try to contact this

2    individual?

3        A.    I don't know.

4        Q.    Are you aware of any other situations in which

5    DPS employees have told EIC applicants that they would

6    have to surrender their out-of-state driver's licenses

7    to obtain EICs?

8        A.    I'm unaware of any.

9        Q.    Would you be aware of them if that had

10   occurred?

11       A.    Yes.

12       Q.    Did DPS make the public aware that applicants

13   for an EIC do not have to surrender their out-of-state

14   driver's licenses?

15       A.    To my knowledge, DPS never did, no.

16       Q.    Are you aware of any other instances where DPS

17   employees have told EIC applicants the incorrect

18   criteria for obtaining an EIC?

19       A.    It comes up from time to time.  I don't recall

20   any specific instances.  And, generally speaking, I

21   mean, once they're -- once it's made aware to either

22   myself or Steve Bell, the other regional senior

23   manager, we try and resolve that as quickly as we can.

24   I don't -- I don't think anything comes to mind, no.

25       Q.    Can you tell me approximately how many times

TONY RODRIGUEZ                                              5/8/2014

101

1    it's come up?

2         A.   No.

3         Q.   Because you don't know?

4         A.   Because I don't know, yeah.

5         Q.   Do you -- does DPS have any concerns that DPS

6    employees are deferring individuals for applying from

7    EICs by giving out incorrect information?

8         A.   Well, I mean, we have provided training for

9    the employees and we -- we do a QA/QC process on the

10   applicants.  And, you know, we're concerned about

11   providing incorrect information to any customer that

12   comes to our office, not just the EIC customers.

13        Q.   And the QA/QC process is done on individuals

14   who complete an application and submit it; is that

15   correct?

16        A.   Yes.

17        Q.   Is there a QA/QC process on individuals who

18   come into a driver's license office with a question

19   about an EIC?

20        A.   There's no QA/QC, but we do keep -- we do keep

21   track of that.  We refer to those as inquiries.

22        Q.   Okay.  Do you feel confident that the EIC

23   rules are being followed by DPS employees?

24        A.   Yes.

25        Q.   Do you feel confident that the EIC rules will

TONY RODRIGUEZ                                          5/8/2014

102

1    are being followed by DPS employees 100 percent of the

2    time?

3          A.   Well, I mean, in any human endeavor there's a

4    margin of error.

5          Q.   Who makes the final determination of whether

6    to issue an EIC applicant the temporary receipt that we

7    talked -- that you referred to earlier when they're at

8    the driver's license office?

9          A.   Right.  So -- and I refer to that as a

10   transaction receipt.  That's the -- that's the -- the

11   person who takes the application and processes it at

12   the point of dealing with the customer.

13         Q.   So is that --

14         A.   The customer walks away with a transaction

15   receipt if they have satisfied all of the other -- all

16   of the requirements that we have established.

17         Q.   Is that a CSR?

18         A.   So a customer service representative -- and

19   when I say a CSR, I'm referring to a DPS employee who

20   works in driver license division, and there are also

21   county employees.  And they may issue a transaction

22   receipt, but they're not -- they're not CSRs, they're

23   county employees.

24         Q.   Okay.

25         A.   Or SOS employees or HHSs.

TONY RODRIGUEZ                                          5/8/2014

103

1     Q.    Okay.   And the quality control check that you

2  referenced earlier --

3     A.    Yes.

4     Q.    -- who -- whose decision was it to do this

5  quality control?

6     A.    I don't remember exactly who.   I believe it

7  came out in some discussions that we had, and the issue

8  revolved around our -- around the -- the training that

9  we provided for the counties.   And what we wanted to be

10 able to do was to ensure that we had the same level of

11 quality in issuing documents, whether it was a county

12 personnel or whether it was one of our own CSRs.   And

13 so, as a result of that, we have -- we have a QA/QC

14 process and it's -- it's relatively quick.   It goes

15 between three and five days.

16    Q.    What does this process consist of?

17    A.    So the -- it differs slightly from -- from

18 brick and mortar office to mobile.   So I would like to

19 talk about the brick and mortar office, and if you want

20 me to I can talk about mobiles, too.

21    Q.    Okay.

22    A.    So the customer service representative

23 receives the documents from the customer, okay, so the

24 person comes and makes the application.   They scan

25 those documents, the DL-14C, and whatever else the

TONY RODRIGUEZ                                                    5/8/2014

104

1    customer is presented.  And then those documents are

2    placed in the -- on the EIC -- under the EIC tab in a

3    separate database.  And then the employees, or our

4    licensing and record service, I call that LRS, they

5    review the documents.  They review the birth

6    certificate and they make sure that the documents are

7    legible and that there's no administrative error.  And

8    sometimes, as I said, there's error in anything humans

9    do.  Sometimes the CSR enters the wrong birthday and

10   the birthday doesn't match up with the -- with the

11   birth certificate.  And they review those things and

12   that type of information is what they're looking at.

13       Q.   What is done if DPS determines that a

14   temporary EIC was issued in error?

15       A.   If a temporary EIC is issued in error and it

16   goes through our QA/QC process at the license and

17   records service, it would depend.  If it's a clear-cut

18   case where the LRS people feel confident that the

19   documents either aren't accurate or they can -- they

20   can contact the office.  If they can't get other

21   documents -- the customer can't provide other

22   documents, then -- then the department would issue a

23   letter from Austin headquarters to the applicant

24   explaining the reason why they aren't being issued an

25   EIC.  In some cases, and I've looked at -- if it

TONY RODRIGUEZ                                              5/8/2014

105

1    requires my decision or Steve's -- Steve is the other

2    regional manager -- then the LRS reps will show them to

3    us and Steve or I will review all the documents.  And

4    then, in those instances, if we -- if we issue, then I

5    write on the -- I handwrite, issue, I believe these

6    documents, I believe that, you know, there's not -- you

7    know, the names are substantially similar, or something

8    along those lines.  And then that's scanned into the --

9    the EIC as part of their record.  So if somebody were

10   to come back and say, "Why did you do that?", I would

11   say, "Well, the documents that were presented to me, I

12   thought they were substantial so I said to go ahead and

13   issue."

14       Q.   Okay.  Does DPS also conduct a quality control

15   check when an individual applies for a driver's

16   license?

17       A.   Well, there's -- there's a quality control

18   check that goes on, but because we issue seven million

19   driver licenses and ID cards on an annual basis, it's

20   not as -- it's not as thorough as we do for EICs.  We

21   have only issued 271 or 272 EICs.  I might be -- I

22   might be one EIC off.

23       Q.   And why are you doing a more thorough quality

24   control check for EICs?

25       A.   Well, it's because of the -- because of the

TONY RODRIGUEZ                                        5/8/2014

106

1    attention that's been paid to it and also because we

2    have such a few number, we're able to and we want to

3    make sure we're doing the right thing.

4         Q.   And I just want to make sure I understood your

5    previous testimony correctly about the check that you

6    do when an individual wants to apply for an EIC, but

7    doesn't end up filling out the application.  I believe

8    you said that --

9         A.   That's called an inquiry.

10        Q.   Okay.

11        A.   Okay.

12        Q.   And so what kind of check do you do on that

13   information?

14        A.   Well, there's really not a check.  I can --

15   can I show you something?  Does that work?

16              MR. KEISTER:  Well, just let her ask

17   questions.

18        Q.   (BY MS. MARANZANO)  You can just answer the

19   questions.

20        A.   We just -- there's really not a check.  If the

21   customer presents himself and says, "I want an EIC,"

22   for instance, and in the dialogue between the customer

23   service representative and the customer, you know, "Do

24   you have a passport?"  "Yep, I've got my valid U.S.

25   passport right here."  "Well, sir, ma'am, you know, you

TONY RODRIGUEZ                                               5/8/2014

107

1    can use that for voting."

2        Q.   And when --

3        A.   Or there are other categories of -- of

4    inquiries.

5        Q.   Does DPS record the names of the individuals

6    who make inquiries about EICs?

7        A.   Sometimes.

8        Q.   Why not all the time?

9        A.   Sometimes the customer comes in and they

10   ask -- they ask a question about a free ID and we

11   explain to them what the EIC is and what it does for

12   them and what a Texas ID is and what it does for them

13   and they walk out.  We don't -- we don't catch their

14   names.

15       Q.   Has DPS considered trying to get all the names

16   of individuals who have questions about EICs so that if

17   follow-up was necessary, they could -- they could do

18   that, follow-up with the individual?

19       A.   No.

20       Q.   No, you haven't considered that?

21       A.   No, we haven't.

22       Q.   If DPS determines that incorrect information

23   was given to a potential EIC applicant, what are the

24   steps it takes?

25       A.   Well, we -- since we don't collect anything of

TONY RODRIGUEZ                                                    5/8/2014

1    the applicant, there's nothing we can do on that side.

2    We do -- we do counsel our CSR, and if we need to we

3    provide them remedial training to make sure they

4    don't -- they don't make the same mistake again.

5        Q.   And do you give out any information to other

6    CSRs to make sure that same mistake isn't happening by

7    other DPS employees?

8        A.   What kind of information?  Specific to an

9    inquiry?

10       Q.   If you determined that one CSR gave out

11   incorrect information, would you let everybody -- all

12   the CSRs or all the individuals who are issuing EICs

13   know about this mistake and what the correct way to

14   handle that situation is?

15       A.   It would depend if I thought it was a systemic

16   problem.

17       Q.   How would you determine whether it was a

18   systemic problem?

19       A.   I would -- if I had the same -- the same kind

20   of issues would pop up and I would discuss it with the

21   chain of command through the regional managers.

22       Q.   So if it's an issue that happens repeatedly,

23   then you'll let everybody know who is issuing EICs; is

24   that correct?

25       A.   It would depend on what the issue is, but we

TONY RODRIGUEZ                                    5/8/2014

109

1   could -- I mean, there are a variety of ways we could

2   do that.

3        Q.   And do you feel confident that you're --

4   you're aware of the problems that are happening

5   repeatedly?

6        A.   Yes.

7        Q.   What gives you that confidence?

8        A.   I have -- I have routine interaction with my

9   regional managers.  And if there's -- if there's a

10  problem, I know that they'll talk to me.  They're not

11  shy about telling me.

12       Q.   Is DPS tracking the number of EICs that are

13  issued?

14       A.   Yes.

15       Q.   And when did that begin?

16       A.   Well, I believe it started from the beginning

17  of the program.

18       Q.   Whose decision was it to track the number of

19  EICs that are issued?

20       A.   I can't remember, but we thought that since it

21  was a new program, the discussion was that it should be

22  something we should keep track of.

23       Q.   And do you compile reports on EICs?  Is that

24  part of your responsibility?

25       A.   I used to compile a report.  And I -- I define

TONY RODRIGUEZ                                           5/8/2014

110

1   a report as it's a product that I get information from

2   and I -- I create and then I send it out to people.  So

3   I compiled an EIC report starting in June.  And first

4   we had different -- varying the cycle of the report and

5   the frequency of the report.  And we stopped -- we

6   stopped with the report itself, but we still track

7   that -- we still track that information.

8        Q.   When did you stop with the report?

9        A.   We stopped sending the report -- and, again,

10  the report -- so in order for me to answer the

11  question, I have to give you -- so I view a report as a

12  push, okay.  So I gather information, I compile a

13  report, and I push it out, I e-mail it to everybody who

14  is here.  So I push you the information.  We track the

15  information and the information has been tracked from

16  the beginning of the program, but now it's more of a

17  pull.  And the information that we have is resident on

18  a SharePoint site that's updated -- well, I won't say

19  real time because that would be a hyperbole, but near

20  real time.  And if you want the report, if you have

21  access to our SharePoint site, you can pull the report

22  that you want.

23       Q.   Okay.

24       A.   Or you can pull the tracking information.

25  It's not really a report.

TONY RODRIGUEZ                                                5/8/2014

111

1      Q.   So let's start with talking about the time

2   when you were gathering the information --

3      A.   Yes.

4      Q.   -- and pushing it out.   Who was sending you

5   that information?

6      A.   Well, I received the information from the

7   regional managers.

8      Q.   Okay.

9      A.   And they received it from -- from the CSR or

10  from their office supervisors.

11     Q.   And at the -- at the beginning, did you

12  receive information twice a day; is that correct?

13     A.   I know that I was sending -- maybe.   Things

14  were things moved very quickly, so I received the

15  information throughout the day.   There was -- there was

16  a period of time when I was making a daily EIC report.

17     Q.   Okay.

18     A.   And so I don't remember, but I know that I was

19  producing -- I did that for -- I want to say it was a

20  couple of weeks.   And that -- that became very labor

21  intensive, and so we changed the frequency of the

22  report to weekly.

23     Q.   Okay.

24          MS. MARANZANO:   Can I have this marked?

25          THE REPORTER:   Exhibit 69.

112

1                    (Exhibit No. 69 marked.)

2         Q.   (BY MS. MARANZANO)   Okay.   I'm showing you

3    what we have marked for the record as Exhibit 69.   Do

4    you recognize this document?

5         A.   I do.

6         Q.   Is this an accurate copy of an e-mail that you

7    sent?

8         A.   Yes.

9         Q.   And can you tell me who the recipients of this

10   e-mail are?

11        A.   Yes.   On the "To" line?

12        Q.   Yeah.

13        A.   Thomas Carter -- how much specificity do you

14   need?   Do you just want me to say the regional managers

15   in DPS?

16        Q.   That would suffice?

17        A.   The regional managers and assistant managers

18   in DPS.

19        Q.   And does that also include the CC line?

20        A.   The cc line, those are some assistant managers

21   in DPS.   Paul Watkins, my direct supervisor, and Steve

22   Bell, and I mentioned him before.   He's the other

23   regional manager -- or, I'm sorry, the other senior

24   manager.

25        Q.   And in terms of the regional managers, those

TONY RODRIGUEZ                                          5/8/2014

113

1    are individuals that you supervise, correct?

2         A.   That's not an accurate statement.  I supervise

3    Sam Silva.  He's the regional manager for Region 3.

4    Estella Valenzuela, Region 4; Tomas Valdez, Region 5;

5    Barbara Hubbard, 6A; Joe Garcia, 6B; Tom Carter, Kathy

6    Bergman, Salestus Winkley, and Johnnie Berkley, those

7    are the regional managers for DPS Regions 1A, 1B, 2A,

8    and 2B.  They're supervised by Steve Bell, who is on

9    the cc line.

10        Q.   With regard to the EIC program, since you were

11   the point of contact for that program, would you say

12   you supervise them with regard to EICs?

13        A.   I wouldn't use that term, but I -- because --

14   because, to my mind, "supervisory" means that I

15   evaluate them somehow or I'm somehow in their

16   administrative chain.  I have -- I can -- I can tell

17   them what to do regarding EICs.

18        Q.   Okay.

19        A.   All right.

20        Q.   That's what I was looking for in terms of

21   explaining the role.

22                  So can you look at the date that this was

23   sent?

24        A.   June 26th.

25        Q.   Is that -- do you know how that date relates

TONY RODRIGUEZ                                              5/8/2014

                                                                114

1    to when you started issuing EICs?

2         A.   If I'm not mistaken, that's -- that's either

3    the beginning or roughly when we -- or when the DPS was

4    told to -- told to issue EICs.

5         Q.   Okay.  Can you read the first sentence of this

6    e-mail?

7         A.   Yes.  "Folks, election certificates will be a

8    big deal for the next week to ten days.  Expect to be

9    peppered with requests regarding the number of EICs" --

10   I'm sorry -- "the number of certificates we have issued

11   and if there are any problems with issuance.  We should

12   expect this as a normal course of events."

13        Q.   What did you mean by "a big deal for the next

14   week to ten days"?

15        A.   Well, in light of the -- in light of the

16   decision and in light of the directive for us to issue

17   these documents, I thought that it would be very

18   important.

19        Q.   What decision are you referring to?

20        A.   The decision to issue EICs.

21        Q.   Okay.  And is there a reason that you thought

22   the EICs would be a big deal for a week to ten days?

23        A.   Well, that was -- I didn't realize -- I

24   thought that after a week to ten days that it would --

25   things would settle and it would be a normal part of

TONY RODRIGUEZ                                    5/8/2014

                                                      115

1      our routine, the same way that we do everything else.

2      So that was -- that was obviously an inaccurate

3      statement.

4           Q.   Can you look at the last sentence of this

5      e-mail?

6           A.   "Thank you for your patience."

7           Q.   It says, "I will need negative activity

8      reports to feed the machine up here," the second to

9      last sentence.

10          A.   "I know this sounds redundant," yes.

11          Q.   What did you mean by that?

12          A.   The whole thing?

13          Q.   By "we need negative activity reports."

14          A.   A negative activity report, as I understand

15     that and based on my experience, is that you need to

16     hear something from somebody just to know that they're

17     out there.  So when I say a negative activity report,

18     if you were one of my office supervisors or if you were

19     one of my regional managers, I would expect you to come

20     back and say, "I did not issue any EICs today."  And I

21     do that as -- I did that as a forcing function because

22     if you work for me and I'm asking you to provide me

23     with information, then -- and even if you come back and

24     say, "Tony, there's no -- we have had no EICs," then I

25     have a reasonable expectation that you've done your due

TONY RODRIGUEZ                                               5/8/2014

116

1    diligence and you've checked with your subordinates and

2    that you know if any have been done.

3        Q.    Why were you assuming right at the beginning

4    of this EIC program that the reports would be negative?

5        A.    No.   They're -- no, I'm asking for information

6    and it could be, "I've issued an EIC," okay, that would

7    be a report to my mind, or, "I didn't issue an EIC," in

8    which case we haven't issued any, that would be

9    negative.   But I wasn't assigning any negative

10   connotations to that.   That's just the way I talk.

11       Q.    So when you said "negative activity reports,"

12   you referred -- you meant that to mean either active

13   reports in which an EIC was issued or in which an EIC

14   was not issued?

15       A.    What I wanted to hear from the -- the regional

16   managers was I wanted to know -- I wanted to hear from

17   them whether they had issued an EIC or they hadn't.   In

18   other words, if no one had come into the office, then I

19   expected to have -- to have the regional managers tell

20   me, "Nobody came into the office."   So there's not an

21   assumption -- there's a -- there's a -- there's

22   communication between both of us where I know that

23   you've checked and nobody has come into your office and

24   I know that for a fact.

25       Q.    Did you have any concerns about using this

1    wording that it might suggest that you were looking for

2    a negative report, in other words, that EICs had not

3    been issued?

4         A.   I'm not sure we're communicating right.  So

5    the -- it didn't matter whether an EIC had been issued

6    or not, okay.  That's not -- that's neither positive

7    nor negative.

8         Q.   Okay.

9         A.   What I wanted to get from the regional

10   managers was, I wanted to know if somebody had come in

11   or if somebody had not come in.  And when I say

12   somebody had not -- nobody had come in, that would be

13   what I -- what I call -- what I have called for 22

14   years, a negative report.

15        Q.   Okay.  So why did you use the words "negative

16   report" if you wanted it to capture both when somebody

17   had come in and when somebody didn't come in?

18        A.   That's just the way I write.  I mean, that's

19   the way I -- ask my kids, that's the way I tell it.

20        Q.   Did you have any concerns that you were

21   suggesting a certain outcome by using the words

22   "negative activity report"?

23        A.   Not until right now.

24        Q.   What did you mean by "feed the machine"?

25        A.   That's a term that I use.  It's a -- a machine

TONY RODRIGUEZ                                         5/8/2014

118

1     is a system and -- and the system runs on information

2     and we have to know and that's why I ask for reports

3     whether people had come into the office or not.

4     Because -- because if you -- if you were my supervisor,

5     for instance, and I said, "Well, five people went into

6     five offices," then you would want to know if anything

7     else had gone on.  It would be my -- the way I view it,

8     it would be my responsibility to tell you, "We only had

9     five and nobody else came in."  And I would have to be

10    certain of that information.

11        Q.    And who is the machine in this case?

12        A.    Well, I'm part of the machine because I'm

13    responsible for the program.

14        Q.    Who else is part of the machine?

15        A.    Well, I mean, "the machine" is a slang term

16    for -- for the system.  I refer to it as headquarters.

17        Q.    And by that, you mean DPS leadership?

18        A.    Well, certainly my leadership needed to know

19    that.

20        Q.    Your leadership being DPS?

21        A.    Being -- well, yes.  So it would be Paul

22    Watkins and Joe Peters.  They're the ones that I

23    reported to on EICs.

24        Q.    Do you know if this information was also

25    shared with the secretary of state's office?

TONY RODRIGUEZ                                              5/8/2014

119

1      A.   It should have been, yes.

2      Q.   Was it shared with the governor's office?

3      A.   I don't know.

4      Q.   Was it shared with the lieutenant governor's

5   office?

6      A.   I don't know.

7      Q.   I believe earlier you testified that when

8   somebody appears at a driver's license office and

9   expresses an interest in obtaining an EIC, but does not

10  have the required underlying documentation, that person

11  is reported as an inquiry; is that right?

12     A.   Not necessarily.

13     Q.   Okay.  How is that person recorded?

14     A.   So give me the scenario again, please.

15     Q.   An individual wants to apply for an EIC, but

16  does not have the required underlying documentation.

17     A.   Well, it could be reported as an inquiry.  But

18  if they -- if they were seeking an EIC, then we would

19  send -- we would tell -- we would tell them what they

20  needed to have to satisfy the requirements.  I never

21  thought about it that way.  I guess the short answer is

22  I don't know.

23     Q.   Is it possible that person would not get

24  recorded at all?

25     A.   It's possible, yes.

TONY RODRIGUEZ                                      5/8/2014

120

1      Q.   Okay.

2      A.   I mean -- now, when I answer that question, we

3   have -- we have talked to our staff repeatedly on the

4   importance of collecting information on inquiries.

5   So -- but, yes, of course, it's possible.

6      Q.   Why did you not include in this e-mail to your

7   staff a request to include information about inquiries?

8      A.   I don't know.  That was an oversight.

9   Because -- because it was the 26th of June and we had

10   just started and didn't know what we needed to get.

11      Q.   Are you confident that you have consistently

12   received information about EIC inquiries --

13      A.   Yes.

14      Q.   -- from all offices issuing EICs?

15      A.   Yes.

16      Q.   And what gives you that confidence?

17      A.   Because we have a quality QA/QC check, as I

18   discussed previously, done by LRS.  So when a -- I'm

19   sorry, are you talking about issuances or inquiries?

20      Q.   I'm talking about inquiries.

21      A.   Oh, inquiries.  Well, I have a reasonable

22   confidence.  We have -- we have told the chain of

23   command, we have talked to the CSRs about it.  By and

24   large, my experience has been they're conscientious

25   employees.  I think they're doing their job, so, yes.

1          Q.   Is it possible that you did not receive

2     reporting on all EIC applicants who wanted to apply for

3     an EIC, but did not possess the underlying required

4     documentation?

5                    MR. KEISTER:  Objection, calls for

6     speculation.

7          Q.   (BY MS. MARANZANO)  You can answer.

8          A.   I don't know.  It's possible, I suppose.

9          Q.   Who -- what categories of people do get

10    recorded in the inquiry field?

11         A.   I believe there's -- it's general, so we have

12    had people come in and they ask general information.

13    And sometimes these are election officials and they

14    just want to educate themselves or they're customers

15    who think that they want a free ID card.  And we have a

16    way to categorize each one of those people who don't

17    have the documents, perhaps, or they need to go get the

18    documents, that kind of business.

19         Q.   Okay.  And did you say people who might want

20    to use the EIC for something else?

21         A.   I don't know.  Did I?

22         Q.   If somebody came in -- let me just back up and

23    ask.

24         A.   Yeah.

25         Q.   If somebody wanted to apply for an EIC --

TONY RODRIGUEZ                                          5/8/2014

122

1      A.   Right.

2      Q.   -- but they wanted to use it for another

3  purpose other than voting, is that somebody who

4  would -- who would be permitted to apply for an EIC if

5  they expressed their desire to the DPS employee?

6      A.   I think you asked me this question before.  I

7  guess it would depend.  I mean, it's -- we issue the

8  EIC to the customer.

9      Q.   Uh-huh.

10     A.   And we explain to the customer what it's used

11 for, what its intended use is for.  If the customer

12 goes and uses it for something else, to purchase

13 something or to prove something to a third party,

14 that's -- that's, I guess, the purview of that third

15 party.  But we inform the customer that that's not the

16 purpose.

17     Q.   Uh-huh.  And I guess what I'm asking you is,

18 if the customer expresses that desire to the DPS

19 employee when they're applying --

20     A.   Uh-huh.

21     Q.   -- does the DPS employee then -- do they

22 refuse to issue the EIC on that basis?

23     A.   I've never heard of that happening.

24     Q.   You've never heard of that?

25     A.   We advise the customer that the -- there are

123

1    other forms of identification that we can provide to

2    them, like a Texas ID card, which can be used for

3    identification purposes.  But I've never heard -- it's

4    never been brought to my attention -- or I don't think

5    it's been brought to my attention that we have denied

6    service to a customer who has said, "I want to take

7    this and use it for something else."  I don't recall

8    anything like that.

9         Q.   And the other forms of identification that

10   you're referring to, do they all cost some amount of

11   money to obtain?

12        A.   They do.

13        Q.   Does DPS compile these reports that it was

14   getting into a larger analysis?

15        A.   Which reports?

16        Q.   The reports that you were getting from the

17   customer service representatives.

18        A.   I don't believe so, no.

19        Q.   Is there any compilation of the number of

20   people who tried to apply for an EIC, but lacked a

21   birth certificate?

22        A.   A compilation?

23        Q.   Uh-huh.

24        A.   It's on a spreadsheet that we keep and we

25   would have to go through there.  But -- so I suppose --

124

I suppose the answer is yes.

Q. You have a spreadsheet of everyone who wanted
to apply for an EIC, but lacked a birth certificate?

A. We have a spreadsheet of every EIC application
and it also indicates whether it's valid or invalid and
the reason why it was valid or invalid.

Q. And if somebody at a driver's license office
wants to apply for an EIC, but doesn't have a birth
certificate, would -- is it possible they wouldn't
actually fill out an EIC application?

A. That doesn't make any sense.

Q. Does it --

A. Would you restate that?

Q. I thought that you testified earlier that when
an individual enters a driver's license office and
wants to obtain an EIC --

A. Yes.

Q. -- there's a dialogue about what's required to
obtain an EIC.

A. Yes, yes, yes.

Q. If that person doesn't have some of the
underlying documentation, isn't it possible they might
leave without completing an EIC application?

MR. KEISTER: Objection, form, calls for
speculation.

TONY RODRIGUEZ                                          5/8/2014

                                                            125

1                    THE WITNESS:  I don't know what they

2     would do.

3                    (Exhibit No. 70 marked.)

4                    THE REPORTER:  Exhibit 70.

5          Q.   (BY MS. MARANZANO)  Okay.  I'm showing you

6     what we have marked for the record as Exhibit 70.  Do

7     you recognize this document?

8          A.   I do.

9          Q.   Is this an accurate copy of an e-mail that you

10    sent?

11         A.   Yes.

12         Q.   Do you see at the bottom of the page the

13    e-mail that we just spoke about?

14         A.   I do.

15         Q.   And then there's a response from Mr. Winkley?

16         A.   Salestus Winkley, yes.

17         Q.   Who is Mr. Winkley?

18         A.   Salestus Winkley is the regional manager for

19    DPS Region 1A.

20         Q.   Is he responsible for determining whether to

21    issue an EIC applicant an EIC in his -- in the offices

22    that he oversees?

23         A.   Well, within our hierarchy, he could be -- I

24    mean, the -- we have a chain of command, but he's the

25    regional manager.  So if an issue was referred to him,

TONY RODRIGUEZ                                              5/8/2014

                                                                126

1      then he would be the one responsible.

2          Q.   And so he supervises employees who are issuing

3      EICs; is that correct?

4          A.   Yes.  Yes, he does.

5          Q.   Okay.  Can you look at your reply to

6      Mr. Winkley?

7          A.   Yep.

8          Q.   What do you mean by "zero is a good number"?

9          A.   That goes back to the discussion on the -- on

10     the e-mail below.

11         Q.   Uh-huh.

12         A.   And then when I say that I need negative

13     activity reports.  So as I was saying before, so now I

14     know that Salestus has had nobody go and an ask for an

15     EIC.

16         Q.   Were you saying that issuing -- that not

17     issuing any EICs is a desirable outcome?

18         A.   No.

19         Q.   Why is -- have you ever expressed the view

20     that issuing zero driver's licenses is a positive

21     outcome, is a good -- good thing?

22         A.   No.  I was referring to the number, so he

23     provided me information that I needed.  And, in this

24     instance, he hadn't issued and that's what I needed in

25     order to report to my chain of command and I needed to

TONY RODRIGUEZ                                          5/8/2014

127

1    have that number.  That was a negative activity report,

2    so now I know that nobody went into his office.  I

3    didn't have to make an assumption on whether he had

4    people go -- customers seeking EICs or not.  He

5    provided me the information.  And, in this instance, it

6    was zero and zero was the information that I was

7    looking for.

8         Q.   So when you said "zero is a good number,"

9    you're saying that that didn't have any -- you weren't

10   referring to the number zero itself when you said

11   that's a good number?

12        A.   Well, he provided me the information that I

13   wanted, okay.  And, in this instance, it was zero.  15

14   could have been a good number because I had the

15   information that I needed in order to fill out my

16   report.

17        Q.   Did you consider how the recipient of the

18   e-mail, Mr. Winkley, would respond to the statement

19   "zero is a good number"?

20        A.   Salestus knows me well enough to know how I

21   speak.

22        Q.   If you had received an e-mail that said "zero

23   is a good number," what would you have thought that

24   meant?

25        A.   I would have thought that I provided him with

TONY RODRIGUEZ                                         5/8/2014

1    the information that he was looking for and, in this

2    instance, that was zero and that was okay.

3        Q.   Do you think that an employee might be

4    deferred from issuing EICs to eligible applicants when

5    someone supervising the program says it's a good thing

6    not to issue any EIC applications?

7               MR. KEISTER:  Objection, form.  That

8    mischaracterizes the previous testimony.

9               THE WITNESS:  Say that again, please.

10       Q.   (BY MS. MARANZANO)  Do you think that an

11   employee might be deterred from issuing EICs, even to

12   eligible applicants, when a supervisor of the program

13   says it's a good thing to issue zero?

14       A.   Well --

15               MR. KEISTER:  Objection -- same

16   objection.

17               THE WITNESS:  I'll answer anyway.

18               MR. KEISTER:  Okay.

19               THE WITNESS:  No, because we have -- we

20   have told the employees to be liberal in how they look

21   at documents and to err on the side of issuance.  So

22   that's the first instance.

23               And the second instance is the

24   communication between Salestus and I, and Salestus

25   knows how I speak and how I express myself.

TONY RODRIGUEZ                                            5/8/2014

129

 1          Q.   (BY MS. MARANZANO)  Did you consider whether

 2     sending this e-mail would discourage employees from

 3     issuing EICs?

 4          A.   I did not.

 5          Q.   Have you said similar things to other DPS

 6     employees?

 7                    MR. KEISTER:  Objection, vague.

 8                    THE WITNESS:  Not that I can recall.

 9          Q.   (BY MS. MARANZANO)  Do you believe that DPS

10     should not be responsible for issuing EICs?

11          A.   I believe that we should be responsible for

12     issuing EICs.

13          Q.   Do you believe that EICs should be made

14     available to individuals?

15          A.   Yes.

16                    (Exhibit No. 71 marked.)

17          Q.   (BY MS. MARANZANO)  I'm showing you what we

18     have marked for the record as Exhibit 71.  Do you

19     recognize this document?

20          A.   I do.

21          Q.   Is this an accurate copy of an e-mail that you

22     received?

23          A.   Yes.

24          Q.   And also an accurate copy of an e-mail you

25     sent?

TONY RODRIGUEZ                                                    5/8/2014

130

1        A.    Yes.

2        Q.    Okay, thank you.  Can you take a look at the

3    initial message on the bottom of the page?

4        A.    The one that was dated 5 July, yes.

5        Q.    And so, at this point, did you change the

6    frequency of which you were collecting EIC reports?

7        A.    Well, it says here, "Just to follow-up, I only

8    need your EIC reports once a day at 4:00."  So, yes.

9        Q.    And that happened on July 5th; is that

10   correct?

11       A.    Yes.

12       Q.    And who made the decision to change the number

13   of times you were gathering information from twice a

14   day to once a day?

15       A.    I discussed it with Joe Peters.  My

16   recommendation was that since -- since I was spending a

17   lot of time producing EIC reports that I wanted to go

18   from twice a day to once a day.

19       Q.    Okay.  And so was it Mr. Peters' decision to

20   do that?

21       A.    It was my recommendation, but he okayed it.

22       Q.    And can you tell me, do you see that

23   Mr. Carter sent you an e-mail that said, "Negative

24   today" --

25       A.    Yes.

TONY RODRIGUEZ                                              5/8/2014

131

1    Q.    -- in response to your response for EIC

2  reports?

3    A.    Yes.

4    Q.    And your response to that was, "No inquiries

5  either.  This is getting better by the day."

6    A.    Yes.

7    Q.    What did you mean by that?

8    A.    Tom Carter is an old Navy man.  So I

9  understood his report to be that he hadn't had any

10  activity and that was the negative report that I had

11  asked for, the negative activity report that I spoke

12  about earlier.  And so he didn't get any inquiries.  I

13  wanted to know if he got any inquiries, and he responds

14  about that that he hadn't got any.  And when I say

15  "this is getting better by the day," we thought we were

16  going to have -- we thought we were going to have a lot

17  of customers.  And so it just looked like nobody was

18  coming in.  We had gone through and worked to set up a

19  system in place, but nobody was coming in.

20    Q.    And did you consider it a good thing that

21  nobody was coming in?

22    A.    I was just stating a fact.

23    Q.    And the fact is that it was getting better

24  than by the day?

25    A.    The fact is that nobody was coming in.

TONY RODRIGUEZ                                              5/8/2014

                                                                132

1        Q.    And why did you characterize that as "getting

2    better"?

3        A.    Well, we had gone and established an

4    infrastructure of reporting, and so we had expended a

5    lot of time and effort to work on something, but nobody

6    was coming in.  So that was sarcasm.

7        Q.    And your characterization of that was that

8    that was a good thing?

9        A.    No.  It was -- it was merely -- it was merely

10   a special frustration that we had prepared for

11   something, but it hadn't happened.  We had prepared for

12   a football game, but nobody showed up.

13       Q.    So "this is getting better by the day" is an

14   express of frustration?

15       A.    My frustration.

16       Q.    Did you consider how Mr. Carter might take

17   that statement?

18       A.    Well, as I mentioned, again, Tom's a Navy guy.

19   So Tom and I were able to -- were able to talk.  Tom

20   knows me well enough that when I say things, I use

21   military vernacular, that he takes it for what it's

22   worth.

23       Q.    Did you have any concern that you were

24   suggesting that no EIC activity is a good thing?

25       A.    No.  That wasn't what I was implying.

TONY RODRIGUEZ                                          5/8/2014

133

1      Q.    Any concern that this message might discourage
2    DPS employees from issuing EICs -- EICs even to
3    eligible applicants?
4      A.    Since that would run contrary to the training
5    and the instructions we had given them, no.
6      Q.    Did you say similar things to other DPS
7    employees?
8      A.    I may have.
9      Q.    Any specific recollections, as you sit here
10   today?
11     A.    No.  I mean --
12     Q.    Have you ever made a similar comment about
13   driver's licenses?
14     A.    Not to my knowledge, no.
15     Q.    Have you ever made a similar comment about
16   personal identification cards?
17     A.    Not to my knowledge.
18     Q.    Have you ever made a similar comment about a
19   license to carry concealed handguns?
20     A.    Driver license division doesn't deal with
21   concealed handgun licenses.
22     Q.    So would that be a no?
23     A.    That would be, we don't have anything to do
24   with concealed handgun licenses.
25     Q.    Okay.

TONY RODRIGUEZ                                              5/8/2014

134

1                    (Exhibit No. 72 marked.)

2                    THE REPORTER:  Exhibit 72.

3                    MS. MARANZANO:  Thanks.

4         Q.  (BY MS. MARANZANO)  I'm showing what we are

5    marking for the record as Exhibit 72.  Do you recognize

6    this document?

7         A.  Yes.

8         Q.  Is this an accurate copy of an e-mail that you

9    sent and received?

10        A.  Yes.

11        Q.  And on the bottom e-mail, who are the

12   individuals that this e-mail was sent to?

13        A.  Let's see.  Well, it's the regional managers;

14   Joe Peters, Paul Watkins, and Steve Bell.  Janie Smith

15   and Lori are policy people.  Enrique was one of our

16   tech solutions people.  He doesn't work for us anymore.

17   Joe Mastracchio is a DAD, a deputy assistant director.

18   Ron Grahovec works for L1.  John Crawford is one of our

19   IT guys.  Tom Vinger is one of our meeting

20   communications people.  So is Katherine Cesinger.

21   Stephanie Hunter is an assistant manager in one of the

22   regions.  It escapes me which one.  So is Charles

23   Wells, David Barber, Barbara Munoz, and Carolina

24   Segundo.

25        Q.  And this e-mail was sent on July 15th; is that

TONY RODRIGUEZ                                              5/8/2014

135

1      correct?

2           A.    The bottom one was sent on July 15th, yes.

3           Q.    Yes.    And, at this time, did you change the

4      reporting cycle to a weekly reporting cycle?

5           A.    Well, let's see.

6           Q.    I'm looking at the --

7           A.    Yeah, I know.    I'm reading it, too.    "We are

8      changing the reporting cycle from daily to weekly,"

9      yes.

10          Q.    Whose decision was that?

11          A.    That was -- that was Joe Peters decision based

12     on my recommendation.

13          Q.    What was your recommendation based on?

14          A.    My recommendation was based on the amount of

15     time that we were -- that we spent working on EICs and

16     compiling the information.

17          Q.    Okay.

18          A.    It didn't -- it seemed to me that the -- that

19     my assessment was that a daily report that captured all

20     the information that occurred during the day was a more

21     effective one than one in the morning and one in the

22     evening because sometimes you get those reports mixed

23     up.  So my recommendation -- I'm sorry -- then a daily

24     report, you get that information mixed up.  If you

25     didn't collect it all at the end of the week, you can

TONY RODRIGUEZ                                          5/8/2014

136

1    have what I call a roll-up, which is a compilation of

2    all the -- all the information -- all the activity that

3    happened in the previous week.

4         Q.   And after you went to weekly report, did you

5    ever change it back to getting reports more frequently

6    than once a week?

7         A.   Well, I don't think we changed the reports.  I

8    mentioned that we do a poll.  So if you want the

9    information right now, you can go to the SharePoint

10   site and you can pull the information.  If you want it

11   20 minutes from now, you can go back and pull the same

12   information.  But I don't recall me producing a report

13   and pushing it out to anybody to go back.  I may have,

14   but I don't -- I don't recall, no.

15        Q.   Okay.

16                  MS. MARANZANO:  Can I mark this?

17                  THE REPORTER:  Exhibit 73.

18                  (Exhibit No. 73 marked.)

19        Q.   (BY MS. MARANZANO)  I'm showing you what we

20   have marked as Exhibit 73 for the record.  Do you

21   recognize this document?

22        A.   Yes.

23        Q.   Is this an accurate copy of an e-mail you sent

24   on the bottom of the page?

25        A.   Yes, June 27th.

TONY RODRIGUEZ                                          5/8/2014

137

1      Q.   And can you tell me, does it say, "Sir, we

2   continue our clean sweep.  No EICs issued.  We have had

3   a close call on Vantage Park, but the customer opted

4   out and left the office"?

5      A.   Yes.

6      Q.   Did I read that correctly?

7      A.   Yeah, you did good.

8      Q.   Thank you.  What did I -- what did you mean by

9   "close call"?

10      A.   The customer just didn't want it.

11      Q.   What did you mean by "clean sweep"?

12      A.   That we -- I would need to see the document on

13   there, but based on the inference, it seems to me that

14   we really hadn't any EICs that were issued.

15      Q.   Are you aware of why this customer opted out

16   and left the office?

17      A.   No.  It may be in the database someplace, in

18   our spreadsheet.

19      Q.   Why did you choose to use these words, "clean

20   sweep," "close call"?

21      A.   That's just the way that I speak.  When you do

22   something your entire adult life, it's just how you --

23   I'm sure you have the same -- same colloquialisms and

24   terms.  That's just what I've done.

25      Q.   Did you have any concern that describing an

TONY RODRIGUEZ                                          5/8/2014

                                                          138

1    individual who wanted -- who was expressing interest in

2    applying for an EIC as a close call would discourage

3    individuals working for you from issuing EICs?

4         A.   Certainly not.  That would run contrary to the

5    training and the guidance that we had given them.

6         Q.   But you're also supervising the EIC program,

7    correct?

8         A.   Right.

9         Q.   And you're using words like "close call" to

10   describe somebody who is interested in obtaining an

11   EIC, correct?

12        A.   That's just the way that I speak.

13        Q.   So you think that when you send a message and

14   there's training that has a contrary message that

15   employees will follow the training as opposed to what

16   their supervisor is telling them?

17             MR. KEISTER:  Objection, form.  That's

18   vague and mischaracterizes previous testimony.

19             THE WITNESS:  Thank you.  I wouldn't say

20   that it was a contrary message.  That's the way that I

21   express myself.  And -- and I don't think that -- that

22   anything that I've done in my actions towards the

23   customers or the guidance that we have put out in our

24   training procedures or during our conference calls or

25   anything like that would discourage our -- our

TONY RODRIGUEZ                                    5/8/2014

139

1    employees from issuing an election certificate to a

2    customer that was supposed to get one.

3         Q.   (BY MS. MARANZANO)  You don't have any

4    concerns about the language that you used being

5    discouraging to DPS employees?

6         A.   No.

7         Q.   Is it DPS's responsibility to implement the

8    EIC program in a way that ensures an eligible EIC

9    applicant can obtain an EIC?

10        A.   Yes.

11        Q.   Is it DPS's responsibility to make the EIC

12   process as easy as possible for an EIC applicant?

13        A.   Within the constraints of the law, yes.

14                   (Exhibit No. 74 marked.)

15                   THE REPORTER:  Exhibit 74.

16        Q.   (BY MS. MARANZANO)  Can you take a look at

17   this and tell me if you recognize it?

18        A.   Yes.

19        Q.   What is this?

20        A.   This appears to be an EIC report that I sent

21   for a -- it looks like it's a weekly report.

22        Q.   Can you turn to the second page?  Actually,

23   let me clarify.  When you say "weekly report," this is

24   the information that you were receiving from the

25   regional offices and putting into one piece of

TONY RODRIGUEZ                                           5/8/2014

140

1    information and pushing out; is that correct?

2         A.   I would refer to this as a product.  So I

3    received information from the offices, I consolidated

4    it into this product, and I pushed this out.

5         Q.   Okay.  On the second page, under Hidalgo

6    County --

7         A.   Yes.

8         Q.   Inquiry for information only, there's a -- one

9    person is listed as, "Customer was needing supporting

10   document."  And the one below that, "Customer was

11   needing birth certificate."

12        A.   Are you talking about La Joya City Hall, Unit

13   No. 17?

14        Q.   Yes.

15        A.   And Weslaco Business and Visitors Center, Unit

16   No. 17?

17        Q.   Yes.

18        A.   Yes.

19        Q.   Do all offices distinguish between applicants

20   lacking birth certificates and applicants lacking other

21   forms of supporting documentation?

22        A.   I'm not sure it's a -- I'm not sure it's a

23   hard distinction because a birth certificate is

24   documented.  It just depends on who is entering the

25   report and how they refer to it.

TONY RODRIGUEZ                                          5/8/2014

                                                           141

1          Q.    Have you provided offices with any guidance

2    for tracking individuals who lack birth certificates?

3          A.    No.

4          Q.    And, previously, I believe you said that an

5    individual who lacked the underlying documentation may

6    or may not be recorded as an inquiry on this report; is

7    that correct?

8          A.    Yes.

9          Q.    Okay.  Can you turn to the third page under

10   Region 3?

11         A.    At the very bottom?

12         Q.    Uh-huh.

13         A.    Yes.

14         Q.    Do you see that there's an individual -- or

15   there's three -- I guess, three individuals listed as,

16   "Inquiry, did not have proof of citizenship"?

17         A.    Uh-huh.

18         Q.    Does that three indicate how many individuals

19   fall into that category?

20         A.    That's how I understand it.

21         Q.    Okay.  And is that based on basically what we

22   have talked about earlier, that individuals are

23   required to -- required to present some sort of

24   documentary proof of citizenship when they apply?

25         A.    Yes.

1      Q.   Okay.  How many times has a person sought to

2   apply for an EIC, but lacked the underlying

3   documentation?

4      A.   An individual?

5      Q.   Uh-huh.

6      A.   I don't know.

7      Q.   But that's information that you have some

8   tracking system for; is that correct?

9      A.   Not to the individual -- not to the -- not

10  down to the individual, I don't think.

11     Q.   Okay.

12     A.   I don't believe, no.

13     Q.   How many times has an individual attempted to

14  apply for an EIC, but been denied because they didn't

15  have documentary proof of citizenship?

16     A.   I don't know.

17          MR. KEISTER:  Objection, vague.  And I

18  think, counsel, that -- I think you're confused about

19  him saying "an individual."  I think he thinks you're

20  thinking about one individual coming back as opposed

21  to -- as opposed to how many individuals.

22          MS. MARANZANO:  Let me rephrase my

23  question.

24          MR. KEISTER:  I think.  I apologize, I'm

25  sorry if I'm wrong.

TONY RODRIGUEZ                                                5/8/2014

143

1      Q.   (BY MS. MARANZANO)  How many EIC applicants

2    have been unable -- or potential EIC applicants have

3    been unable to obtain an EIC because they lacked

4    documentary proof of citizenship?

5      A.   I -- I don't know.  I would have to go and

6    look -- look in our spreadsheet in order to provide

7    that information.

8      Q.   Do you know approximately how many?

9      A.   No, I don't.

10     Q.   Are you still doing okay?  Do you need --

11     A.   Well, I'll need some more water in a bit.

12     Q.   We'll push through a little bit longer.

13     A.   That's fine.

14     Q.   Okay.

15             THE REPORTER:  Off the record.

16             (Discussion off the record.)

17             THE REPORTER:  On the record.

18                 (Exhibit 75 marked.)

19     Q.   (BY MS. MARANZANO)  I'm showing you what we've

20    marked as Exhibit 75 for the record.

21     A.   Give me a second.

22     Q.   Yep.

23     A.   I have it.

24     Q.   Can you take a look at this and tell me if you

25    recognize it?

TONY RODRIGUEZ                                          5/8/2014

144

1        A.    Sure.

2        Q.    What is this?

3        A.    Well, it's two-page document.  So the front

4   part is an e-mail.  The back part looks like it's a

5   report of inquiries and issuances for mobile stations

6   in at least two counties.

7        Q.    Can you look at the top inquiry box?

8        A.    Uh-huh.

9        Q.    It says, "Number of inquiries that did not

10  qualify, one"?

11       A.    Yes.

12       Q.    And then the remarks, "Did not meet ID

13  policy."

14              What does that mean?

15       A.    It means that the applicant wasn't able to

16  provide the identification documents that we require in

17  order to issue an EIC.

18       Q.    So is that another way of saying the applicant

19  did not provide the required underlying documents?

20       A.    Yes.

21       Q.    Do you break out -- in that remark column, do

22  you break out documents that show identification as

23  opposed to documents that show citizenship or something

24  else?

25       A.    I don't -- I don't recall any instruction to

TONY RODRIGUEZ                                          5/8/2014

                                                            145

1    do that.  A lot of that would be up to the individual

2    who was putting the information into the blocks.

3         Q.   Okay.

4         A.   I don't -- I don't recall if we had any -- any

5    reporting standards that broke it down that way.

6         Q.   Okay.  Did you ever provide guidance to

7    individuals in terms of how to record the information

8    that they were sending to you?

9         A.   I don't recall doing that.

10        Q.   Okay.

11                  (Exhibit 76 marked.)

12        Q.   (BY MS. MARANZANO)  I'm showing you what we've

13   marked as Exhibit 76.

14             Do you recognize this document?

15        A.   I do.

16        Q.   What is this?

17        A.   This is an e-mail from -- there's two e-mails

18   in there.  There's an e-mail from myself out to the

19   regional managers who work for me, sent on September

20   the 14th.  And then there was a response the next day

21   from Sam Silva, who's the regional manager for DPS

22   Region No. 3.

23        Q.   Do you see that second entry in the box of --

24   can you take a look at that?

25        A.   It says 9, slash, 14, 2013, Weslaco station?

TONY RODRIGUEZ                                                    5/8/2014

146

1       Q.   Yes.   Exactly.

2       A.   Yes.

3       Q.   Do you see that the inquiry says that that

4   individual never had a US birth certificate?

5       A.   That's what it says, yes.

6       Q.   What's the appropriate way to handle an

7   applicant who says that they never had a US birth

8   certificate?

9       A.   Well, we -- we asked the customer to prove

10  their citizenship.   My father hasn't got a US birth

11  certificate.   He's a naturalized citizen.   He show his

12  naturalization card.

13      Q.   What if an individual is born in United States

14  but doesn't have a birth certificate, how is that

15  applicant handled?

16      A.   There are a variety of ways that we can help

17  mitigate that.

18      Q.   What are those ways?

19      A.   There may be a midwife certificate.   There may

20  be census documentation.   There may be other

21  documentation that we get from the Social Security

22  agency.   And it goes back to what I mentioned earlier

23  about the supporting documentation in that the farther

24  you get from the driver license or the identification

25  card, the more other documentation that you need.   The

TONY RODRIGUEZ                                              5/8/2014

147

1   customer may have a lot of things.  We've accepted

2   affidavits from people who were present at the birth of

3   a customer saying that, you know, he was born in such

4   and such a county.  It would depend on that.

5       Q.   So DPS will accept documents that prove birth

6   that aren't a certified copy of the birth certificate?

7   Is that what I'm hearing you say?

8       A.   We have -- we have discretion in the documents

9   that we do accept; but again, it would -- it would

10  depend on the other documents that were provided.

11  We -- when -- remember what I said about the -- the --

12  the lower the quality -- and I'm not saying that in a

13  pejorative way; but the farther you get from the driver

14  license and the ID card, the more we rely on a mass of

15  documents.  So if we had a number of documents, then we

16  could -- if the customer also had a Social Security

17  card or knew the Social Security number.  We call them

18  numies.  We could have that or an affidavit or there

19  are other things.  There could be tribal memberships

20  and things like that.  We can accept a lot of things to

21  help show that a customer was born in the United

22  States.

23      Q.   Doesn't the regulation specify what you can

24  accept?

25      A.   The regulation?

TONY RODRIGUEZ                                           5/8/2014

148

1     Q.   Uh-huh.   That we looked at earlier.

2     A.   You mean the rule?

3     Q.   Yes.

4     A.   The rule -- I need to go back and refer to it,

5  but I think that it also says other documents.   And we

6  can -- we do have some discretion which other ones we

7  deal with.

8     Q.   And the other document -- the other document

9  is -- the discretion to accept other documents is one

10  of the items listed in the supporting document

11  category; is that correct?

12     A.   Yes.

13     Q.   And doesn't the regulation require that

14  somebody show, along with the supporting documentation,

15  at least one of the forms of secondary ID?

16     A.   It does.   But some customers might not have

17  that.   It would depend on the customer.

18     Q.   When a customer doesn't have that, you're

19  willing to forego the requirement that they show the

20  secondary?

21     A.   Well, there's not a foregoance.   It's that we

22  accept other documents that give us a reasonable --

23  that would -- that make us reasonably certain that that

24  individual is who they represent themselves to be.

25     Q.   Is that permitted by the regulation, as you

149

1      read it?

2          A.   By the rule?

3          Q.   Uh-huh.

4          A.   Well, we certainly do it, yes.

5          Q.   Is it a DPS discretionary decision?

6          A.   DPS has discretion, and driver license

7      exercises discretion when dealing with customers.

8          Q.   So is this policy written down or memorialized

9      anywhere?

10         A.   Well, it's -- it's in our -- in it's our --

11     our admin rules, and it's also part of our training as

12     a part of our procedures.

13         Q.   Which admin rules is it in?

14         A.   The ones that we discussed earlier.  The --

15     we're talking about EICs now?  Are we talking about --

16         Q.   We're talk about EICs.

17         A.   Okay.  So it's -- it's in the admin rules that

18     we spoke about earlier.  What is that, 15?  Whatever it

19     is.

20         Q.   But the admin rules actually say something

21     different, correct?

22         A.   The -- we're allowed discretion in what we

23     accept.

24                  MR. KEISTER:  It may be on that.  I'm not

25     sure.

TONY RODRIGUEZ                                          5/8/2014

150

1            THE WITNESS:  I think it's these other

2    documents in the -- it's in the 521.  I can't -- I

3    can't remember it right now.

4        Q.   (BY MS. MARANZANO)  It's your testimony that

5    DPS has discretion to determine what documents are

6    sufficient?

7        A.   We have some discretion, yes.

8        Q.   Some discretion and --

9        A.   We can't accept nothing.

10       Q.   Can you, as you sit here today, tell me what

11   you could accept?

12       A.   I would need to see what it was.  And it would

13   depend on what the customer provided.

14       Q.   So --

15       A.   It's -- it's very much a -- it's very much an

16   individual case-by-case basis.  I need to see what the

17   customer or the office personnel -- I need to see what

18   the customer gives us or what they bring.

19       Q.   And it's -- and the case-by-case determination

20   is being made by whom?

21       A.   Well, initially, it's made by the people in

22   the office, our CSRs in the office.  If they have a

23   question -- and they can refer it to their office

24   supervisor, who makes a determination based on their

25   experience.  If they have a question, of course, they

TONY RODRIGUEZ                                              5/8/2014

151

1    would go to the assistant manager and the regional

2    manager; and they would come to me.

3         Q.   And the CSR, if they turn somebody away

4    because they don't think the documentation is

5    sufficient to establish identity, that -- that

6    person -- they may not have gotten that person's name

7    or contact information; is that correct?

8         A.   It would depend on where they are in the

9    process.

10        Q.   What do you mean by that?

11        A.   Well, so the customer would come and provide

12   the filled out application, the DL 14; and we would

13   have -- in that instance, we would have the customer's

14   name and some contact information.

15        Q.   So if the person has already completed the

16   application, you would have the person's name and

17   contact information?

18        A.   Yes.

19        Q.   And if you determine that somebody in that

20   situation was given incorrect information, do you

21   follow up with that applicant?

22        A.   We could, yes.  The office supervisors would

23   do that.

24        Q.   Is that something you do?

25        A.   It's not something I do, necessarily; but it's

TONY RODRIGUEZ                                          5/8/2014

152

1    something that the department would try to do if we're

2    able to.  We prefer the customer get the documents

3    that -- the identification documents that they're --

4    that they want and that they need.

5         Q.   And in terms of the documents that are

6    presented --

7         A.   Uh-huh.

8         Q.   -- is there any DPS office policy or office

9    guideline that lays out what CRS's or other individuals

10   issuing EICs are supposed to be looking for in terms of

11   this case-by-case determination?

12        A.   Well, it's based on their experience as driver

13   license employees.  So there's a standard training that

14   they all go through.  It's an eight-week training

15   program.  It's also based on their experience working

16   in those offices and accepting documents and referring

17   questions to their supervisors who have a tremendous

18   amount of experience in seeing identification

19   documents -- a variety of identification documents.

20        Q.   And do you see on this document that we're

21   looking, this particular customer was told that he

22   could not be processed.

23             Do you see that?

24        A.   I do.

25        Q.   And do you feel that that was the

TONY RODRIGUEZ                                          5/8/2014

                                                            153

1    appropriate -- you believe that was appropriate way to

2    handle this situation?

3         A.    Well, it's -- he had never had a US birth

4    certificate, and he couldn't be processed.  That's all

5    I know about the transaction.

6         Q.    Uh-huh.  Is there -- does it -- it doesn't

7    describe any of the other alternatives that you just

8    mentioned to me, does it?

9         A.    No, ma'am.

10        Q.    If the -- if the DPS employee had explained

11   that, would that be captured in this report, explained

12   that the individual had the option of providing any one

13   of the different documents you've just described to me?

14        A.    All I know about the report is what's written

15   here on the e-mail.  I don't know what other exchanges

16   took place between the employee and the customer.

17        Q.    And you testified earlier that you haven't

18   given employees guidance on what information they

19   should be capturing in these reports; is that correct?

20        A.    That's true.

21        Q.    Okay.

22                  MS. MARANZANO:  Is everybody okay?

23                  THE WITNESS:  I would like to take a

24   break, if that's all right.

25        (Lunch recess from 12:26 p.m. to 1:13 p.m.)

TONY RODRIGUEZ                                        5/8/2014

154

1          THE REPORTER:  Back on the record.

2          MS. MARANZANO:  Okay.  Back on the

3    record.

4      Q.  (BY MS. MARANZANO)  Am I correct that you

5    testified earlier that the first several weeks that DPS

6    was issuing EICs you didn't actually issue any EICs?

7      A.   To the best of my recollection, that's right.

8    I don't remember -- I don't remember when we issued our

9    first EIC.

10     Q.   What did you attribute that to, the lack of

11   issuing EICs?

12     A.   I don't -- I don't recall.

13     Q.   Did DPS evaluate the program at any time since

14   you've been issuing EICs?

15     A.   What do you -- how do you mean "evaluate"?

16     Q.   Was there any conversation about the fact that

17   you hadn't issued any EICs?

18     A.   Only that we hadn't issued any.

19     Q.   Was there any conversation or deliberation

20   about making any changes to the EIC program?

21     A.   What kind of changes?

22     Q.   Was there any conversation or deliberation

23   about making any changes?

24     A.   The -- the only conversations that we've had

25   regarding changing the EIC program have come after the

TONY RODRIGUEZ                                            5/8/2014

155

1    election cycles when we conducted after action reviews

2    to look at what we did and see what we could improve.

3    But other than that, no.

4         Q.   Okay.  And I want to talk to you a little bit

5    more about that.  But in terms of looking at the fact

6    that you have issued no EICs, did DPS change any of its

7    publicity about the EIC program?

8         A.   Not -- not to my knowledge.

9         Q.   Did DPS make any changes to any educational

10   outreach efforts?

11        A.   Not to my knowledge, no.

12        Q.   Did you or anybody else at DPS do any

13   follow-up with the employees actually issuing EICs?

14        A.   Other than the after action reviews that we

15   spoke about, no.

16        Q.   And can you tell me what these after action

17   reviews are?

18        A.   An after action review is a -- it's a military

19   term, and what you do is you look at what you were

20   asked to do, what your mission was, and then you look

21   at -- you look at it in terms of things that you had

22   done well and, therefore, need to be sustained and

23   things that need -- areas that need improvement.

24        Q.   And what did you determine that you had done

25   well in these after action reviews?

TONY RODRIGUEZ                                          5/8/2014

156

1        A.   Well, it would -- the specifics would depend

2   on which after action review you're talking about.

3        Q.   How many have you done?

4        A.   Two.

5        Q.   So why don't you tell me for each one what --

6   what you thought was a success, what you thought was

7   going well in the program in each after action report.

8        A.   Sure.   So to the best of my knowledge, the

9   discussion revolved around what had gone well with the

10  logistics and our ability to constitute the mobile EIC

11  units and then to get them to the county that we had

12  been asked to provide service in as an example of what

13  we did well.   And we recognized that an area that we

14  needed to improve on was the -- our internal data

15  tracking and also our media communications.

16       Q.   And why did you determine that you needed to

17  improve your data and tracking system?

18       A.   Well, it wasn't so much the information that

19  we were collecting.   It was that there were a lot of --

20  we had seen those reports and the report -- the

21  frequency of the report changed and we talked about how

22  we should -- how we should get -- provide information.

23       Q.   And you're referring to the reports that we

24  looked at earlier in your e-mails?

25       A.   Those reports that I produced, yes.

TONY RODRIGUEZ                                          5/8/2014

157

1        Q.    Okay.   And in terms of the media and

2    communications, why did you decide that that needed to

3    have some improvement?

4        A.    There was an internal -- it was an internal

5    communications between the driver license media point

6    of contact and the DPS media and communications point

7    of contact.

8        Q.    What caused you to think that it needed to be

9    improved?

10       A.    It was -- it was just based on comments that

11   we had at the after action review.

12       Q.    What -- can you remember any of those

13   comments?

14       A.    I don't remember specific comments.   I

15   remember that -- that our median -- media guy, he -- he

16   had a difficulty understanding where we were -- where

17   we were going to go to provide services.

18       Q.    Was there a concern that the media DPS was

19   providing was not accurate?

20       A.    No, that wasn't a concern.   It was that he

21   didn't understand.   The way we depicted the

22   information, he -- it wasn't laid out in a way he could

23   understand it.   He was looking for something

24   alphabetical and it was chronological.

25       Q.    And so the -- when you say media

TONY RODRIGUEZ                                        5/8/2014

                                                          158

1    communications needed to improve, you're talking about

2    internal communications to your media people?

3         A.    Internal from driver license to -- to the DPS

4    media communications.

5         Q.    Okay.  Was there any evaluation of your

6    external media communications?

7         A.    Not on our part.

8         Q.    Was that part of the after action review?

9         A.    Which part?

10        Q.    An evaluation of your external media.

11        A.    No.

12        Q.    Was part of the after action review an

13   analysis of how many EICs had been issued?

14        A.    No.

15        Q.    You didn't -- you didn't consider that at all?

16        A.    It was merely a statement of fact.  We issued

17   X number.

18        Q.    When -- you said there were two of these after

19   action reviews that you've done?

20        A.    Yes.

21        Q.    And when were they done?

22        A.    They were done after the election.  I don't

23   have the exact dates.  I believe one of them was

24   November and I believe the second one was -- was March.

25        Q.    March?

TONY RODRIGUEZ                                           5/8/2014

159

1      A.    To the best of my knowledge those are the

2   dates.

3      Q.    Okay.   So one -- to the best of your

4   knowledge, one was done after the November 2013

5   election and one was done after the March 2014

6   election?

7      A.    Yes.

8      Q.    Okay.

9                   (Exhibit No. 77 marked.)

10                  THE REPORTER:   Exhibit 77.

11     Q.    (BY MS. MARANZANO)   I'm showing you what we've

12   marked as Exhibit 77.   Do you recognize this document?

13     A.    I do.

14     Q.    What is this?

15     A.    This is a -- appears to be a spreadsheet dated

16   the 3rd of February with a list of names and the EICs

17   that were issued to individuals, location, and type of

18   office.

19     Q.    And can you turn to the -- the last page,

20   which, I think, is the fifth page.

21     A.    It starts with, "Delgado, Monica"?

22     Q.    Yes.

23     A.    Yes.

24     Q.    What is that list?

25     A.    This appears to be a list of applicants who

TONY RODRIGUEZ                                    5/8/2014

160

1    were not issued EICs.

2          Q.    And are all of these individuals, individuals

3    who actually submitted a complete application to DPS?

4          A.    I believe so.  To the best of my knowledge it

5    is, yes.  As of the 3rd of February, yes.

6          Q.    And when it says, "Insufficient supporting

7    documentation," what does that mean?

8          A.    It just means that the document that the

9    individual provided was -- was found to be -- I hate to

10   use the same word, but insufficient in some way.

11         Q.    Is this something that would come up in the

12   quality control check?

13         A.    Yes.

14         Q.    So it was somebody who had the supporting

15   documentation, but for whatever reason it was found to

16   be insufficient; is that correct?

17         A.    If it occurred during the -- the quality

18   control check conducted by license and record service,

19   it was based on a review of the documentation that was

20   provided.

21         Q.    Okay.  And if an individual hadn't had the

22   documentation, hadn't had the required documentation,

23   is it likely they wouldn't have completed an

24   application in the first place?

25         A.    I don't know.

TONY RODRIGUEZ                                          5/8/2014

161

1      Q.    Did DPS make any attempt to contact the

2   individuals on this list?

3      A.    To my knowledge, no.

4      Q.    Did DPS share this list with any other

5   agencies?

6      A.    I don't know.

7      Q.    Has any agency requested this information?

8      A.    I have not been -- no one has requested it

9   from me.  I can't answer that question.  I don't know.

10      Q.    Has any agency suggested to DPS that it would

11   be useful to follow up with individuals -- such

12   individuals who have invalid applications?

13      A.    Not to my knowledge.

14                (Exhibit No. 78 marked.)

15                THE REPORTER:  Exhibit 78.

16      Q.    (BY MS. MARANZANO)  I'm showing you what we've

17   marked as Exhibit 78.  Do you recognize this document?

18      A.    I do.

19      Q.    What is this?

20      A.    This appears to be an application overview for

21   election certificates dated 21 October 2013.

22      Q.    And what -- what did you say it was, an

23   application --

24      A.    An application overview.

25      Q.    Overview.  Oh, sorry.  I misheard you.  And

TONY RODRIGUEZ                                         5/8/2014

162

1    what -- what is the basis for this overview, what --

2    like what -- what do you use -- what information do you

3    rely on when you're making an application overview?

4         A.    What information do we use to create this?

5    That was a question.   What information do we use to

6    create this?

7         Q.    Yes.

8         A.    Okay.   We have information that's entered into

9    an Excel spreadsheet.   It's currently resident on a

10   SharePoint site --

11        Q.    Uh-huh.

12        A.    -- although I can't tell you if this was

13   resident on the SharePoint site on the day this was

14   created.

15        Q.    Uh-huh.

16        A.    There was -- there was a spreadsheet and the

17   spreadsheet was used as a source document for this.

18        Q.    Okay.   And the spreadsheet, is that the

19   information -- the spreadsheet contains information

20   from the regional offices; is that correct?

21        A.    This -- no, not now.

22        Q.    Where does it get the information from?

23        A.    The spreadsheet as it currently stands is --

24   receives input from each CSR who is in the field.

25        Q.    Okay.   I understand.   Do you compile this

TONY RODRIGUEZ                                          5/8/2014

163

1    application overview?

2         A.   No.

3         Q.   Who does that?

4         A.   Well, on the 21st of October it was -- it

5    probably -- I mean, to the best of my knowledge, it was

6    a gentleman named Ryan O'Connor.

7         Q.   And do you see -- let's see -- the number

8    applied at the top of the first page?

9         A.   Hang on a second.  This says, "Application for

10   EIC received at an EIC station"?

11        Q.   Yes.

12        A.   Yes.

13        Q.   Is that -- are those all the applications that

14   have been received at any office that was issuing EICs?

15        A.   Say that again, please.

16        Q.   Are -- is that -- No. 74, does that capture

17   all of the EICs that have been issued from any of the

18   offices that issue EICs?

19        A.   To the best of my knowledge, yes.

20        Q.   Can you look at the second page?  Who decided

21   how to put together these graphs or what information

22   would be captured in these graphs?

23        A.   I believe Ryan did that.

24        Q.   Do you know how he made that decision?

25        A.   Well, Ryan thought that might be information

TONY RODRIGUEZ                                                    5/8/2014

164

1    that we could use and he offered it as a suggestion,

2    and I said it looked fine to me.

3        Q.   Why is DPS tracking the number of applications

4    by race?

5        A.   Well, it's in response to a number of queries.

6    We get queries from the media and we get queries from

7    the legislators, and sometimes they want that

8    information.  And after discussion with Ryan, what we

9    felt was it was -- it was -- it was easier for us to

10   depict that information on the chart that you see in

11   front of you rather than to go back and query the

12   database each time we get a request like that.

13       Q.   Has there been any analysis of these numbers,

14   the number of applications by race?

15       A.   No, I'm not aware of any.

16       Q.   Did DPS do any analysis to determine whether

17   the racial breakdown of EIC applications is consistent

18   with the demographics of Texas?

19       A.   No, ma'am.

20       Q.   What do you do with this overview?

21       A.   We look at it.  I mean, we really -- it was in

22   there.  Ryan suggested it.  I thought it was a good

23   idea.  We -- we don't really -- we don't do anything

24   with it.  We look at it.  We depict it.  That's it.

25       Q.   In terms of this whole report, what -- what is

TONY RODRIGUEZ                                                5/8/2014

165

1     the purpose of this -- compiling this information into

2     an overview?

3          A.   We -- we're asked periodically to provide this

4     information because -- because EIC is a topic that's

5     generated interest.  We found it was easier for us to

6     go ahead, since we had the information, to -- to show

7     it on a chart.  And that if way if -- for instance, if

8     Paul -- Deputy Assistant Director Watkins were going to

9     a meeting, I might print this and say, "If somebody

10    asks, here's the current status on the EICs."

11         Q.   Is it shared with -- with anybody routinely

12    apart from special requests?

13         A.   I don't know.  I mean, you would have to

14    specify -- not -- not to my knowledge.

15         Q.   Does it -- does it get sent to DPS Director

16    Steve McCraw?

17         A.   I never have.  I don't know.

18         Q.   Does Mr. Peters see it regularly?

19         A.   Mr. Peters sees it when I print it and provide

20    it to him.  Sometimes he asks for it and sometimes he

21    doesn't.

22         Q.   Does it get shared with any other state

23    agencies?

24         A.   I've never shared it with another state

25    agency.  I don't know of anyone who has.

TONY RODRIGUEZ                                    5/8/2014

                                                      166

1        Q.   Is it shared with the public?

2        A.   The -- no.  No, I don't think so.  No, ma'am.

3        Q.   Has this information been used to make any

4    changes to the EIC program?

5        A.   No.

6        Q.   To the best of your knowledge, has it been

7    used for any purpose?

8        A.   It's just -- just to tell people where we are

9    and how many we've issued.

10                  (Exhibit No. 79 marked.)

11                  THE REPORTER:  Exhibit 79.

12       Q.   (BY MS. MARANZANO)  I'm showing you what we've

13   marked as Exhibit 79 for the record.  Do you recognize

14   this?

15       A.   Yes.

16       Q.   What is this?

17       A.   This is an e-mail with an attachment that I

18   sent to Mr. Peters on the 17th of October.

19       Q.   And what -- what is this attachment?

20       A.   The attachment -- excuse me.  The attachment

21   seems to be the tabs that we have -- that we -- that

22   are on our spreadsheet, the number of tabs on the

23   spreadsheet where we enter the EIC information.

24       Q.   And you're referring to the same spreadsheet

25   that you talked about earlier?

TONY RODRIGUEZ                                      5/8/2014

167

1      A.   Yes.

2      Q.   Who does this report get sent to?

3      A.   Well, it's not a report.  It's a -- I mean --

4  remember, the way I think of the reports are something

5  that I write.  So this is -- this is something that I

6  thought that AD Peters might need.  And at that time in

7  the morning, I don't remember why I sent this one,

8  but --

9      Q.   Is this information that's compiled regularly

10  or was this a onetime compilation?

11      A.   By "regularly," what do you mean?

12      Q.   Have you compiled this information more than

13  once?

14      A.   Probably, yes.

15      Q.   Do you compile it when people request it or is

16  there another reason that you compile this information?

17      A.   We compile it when people request it or -- or

18  if I think that -- you know, if I'm going to a meeting

19  and I think I need it, or something along those lines.

20  But it's not a routine weekly occurrence.

21      Q.   Can you look at the first page?  There's

22  graphs on this page, number of applications by age and

23  number of applications by race.  What are you using

24  this information for?

25      A.   As I explained earlier, it's just the

168

1    information that -- that Ryan and I discussed and we

2    thought might be of interest.  We don't use the

3    information really for anything.

4         Q.   So would you say this information also has not

5    been used to make any assessments of the EIC program?

6         A.   Yes, I would say that.

7         Q.   Okay.  Can you turn to the fourth page where

8    it has charts?

9         A.   Charts?  Are you talking about this page?

10        Q.   That's the page --

11        A.   Thank you.

12        Q.   -- yes.  And they -- you also have a list of

13   EIC applications.  I assume -- actually, why don't you

14   tell me, what does that count represent?

15        A.   Well, it hasn't got a header on it.  So what I

16   believe it is is that that's the number of EICs that

17   have been issued to -- to various people.  We've got

18   the counties that have been depicted from Anderson to

19   Zavala, we've got ages, we've got other demographics.

20        Q.   And has the information on this page been used

21   to make any assessments of the EIC program?

22        A.   No.  Not to my knowledge, no.

23        Q.   Can you turn to the next page, which is a

24   chart of individuals' names.  What does this page

25   represent?

TONY RODRIGUEZ                                             5/8/2014

169

1        A.    This page represents the number of EIC

2   applications.  It's -- it's an actuality.  It's more of

3   a status chart for internal use.

4        Q.    What does the highlighting mean on this page?

5        A.    Which color?

6        Q.    Well, could you tell me what the yellow

7   highlighting means?

8        A.    Yes.  Well, the -- on the very top one it

9   says, "LRS Validated."

10       Q.    Uh-huh.

11       A.    That's the process that I described earlier

12  where with the license and records service --

13       Q.    Uh-huh.

14       A.    -- conducts the QA/QC.  And then -- and then

15  orange directly below that on Line 10, that's a not

16  valid.  That just means that we didn't issue that --

17  that driver correction, that -- that EIC.  And the

18  yellow and the question mark under the "Type of

19  Station" on Line 29, that's just a question mark.  It's

20  information that we just don't have.  And for some

21  reason we weren't able to get it.

22       Q.    So for those individuals who have the yellow

23  highlighted question mark, those are individuals where

24  DPS is unaware of the type of station that they

25  received the EIC from?

TONY RODRIGUEZ                                          5/8/2014

170

1        A.   That's right.

2        Q.   And on the -- if you could flip two more

3   pages, there's another list.  Is this list the same

4   as -- is this the same as that we were just looking at?

5        A.   Well, it looks like it has some of the same

6   data on it, but the -- the list with the -- the orange

7   highlighting -- not that one, but the other one that we

8   had talked about previously.

9        Q.   The list we were just talking about --

10        A.   Yes.

11        Q.   -- and the list we were looking out now have

12   some of the --

13        A.   It has some of the same information on it.

14   What -- what this appears to be, the first list, is it

15   appears to be a tracking chart so we can see where the

16   EIC is in the process in case anybody has asked.  And

17   then what this list -- the shaded list that you're

18   looking at right now, what that appears to be is that

19   just appears to be the entry on the spreadsheet for the

20   customer that came to the office.

21        Q.   And what -- what does the highlighting on this

22   second list mean?

23        A.   The yellow highlighting?

24        Q.   Yes.

25        A.   I don't know.

TONY RODRIGUEZ                                          5/8/2014

171

1      Q.   Do you see that it's not the same highlighting
2   as what we looked at previously?
3      A.   Well, it's yellow.  I don't know why they --
4   they highlighted the application count column.  I don't
5   know why they did that.
6      Q.   The application count column is for only
7   certain individuals, correct?
8      A.   Yes.  I don't know why they did that.
9      Q.   Is this -- is this chart -- or this group of
10  charts and tables shared with any other state agencies?
11     A.   Not to my knowledge.  I've never done it.
12  Nobody has asked me to.
13     Q.   And is any of this information included in any
14  of these charts or tables used to evaluate the EIC
15  program?
16     A.   No, ma'am.
17             MS. MARANZANO:  Can we -- can we go off
18  the record for one moment?
19             MR. KEISTER:  Sure.
20             (Discussion off the record.)
21             MS. MARANZANO:  Let me have this marked.
22              (Exhibit No. 80 marked.)
23             THE REPORTER:  Exhibit 80.
24             THE WITNESS:  Do you want to give her my
25  stuff?

TONY RODRIGUEZ                                    5/8/2014

172

1           MR. KEISTER:  You may need your tables or

2      your statutes.

3           MS. MARANZANO:  Thank you.

4           MR. KEISTER:  All right.

5      Q.   (BY MS. MARANZANO)  Okay.  I am showing you

6   what we have marked as Exhibit 80.

7      A.   Yes.

8      Q.   Can you tell me what this is?

9      A.   Yes.  This is what we refer to as our EIC

10  dashboard.  And by way of clarification, we have talked

11  about the way that we track EICs.  And initially there

12  was a report.  We referred to it as a push document,

13  push it out.  This is the final evolution or the

14  current evolution, I suppose I should say, for how we

15  track our election certificates.

16     Q.   Okay.  And this is compiled from those reports

17  that you get that you push out; is that correct?

18     A.   No.

19     Q.   Can you repeat what you just said then?

20     A.   Yes.  I'll try.  This is what is we call the

21  EIC dashboard, and this is the -- the current evolution

22  of how we track election certificates.

23     Q.   How frequently do you put together this

24  dashboard?

25     A.   In order to answer that question I have to --

TONY RODRIGUEZ                                          5/8/2014

173

1    I have to do some explaining.

2        Q.    Okay.

3        A.    I mentioned that there's a SharePoint site.

4        Q.    Uh-huh.

5        A.    Okay.   And our customer service

6    representatives have access to the SharePoint site, and

7    they enter -- on the SharePoint site they enter the

8    application data for customers that come to the office.

9    And once they update it there's a series of menus and

10   they go through their pull-down menus.   And then

11   they -- they post it or they, you know, submit it.   And

12   then that information updates a spreadsheet which is

13   kept on the SharePoint site, and from that spreadsheet

14   we derive this chart.

15       Q.    Okay.

16       A.    So it's not updated in the same manner as the

17   daily or the weekly reports that I would produce and

18   send.   This is -- this document can be -- or is updated

19   or carries, I suppose is the best way to put it, near

20   realtime information.   So if you go to an office in Bee

21   County, you get your EIC, the CSR puts it in there, and

22   it's updated.

23       Q.    Who can access that information?

24       A.    Any DPS employee and driver license division

25   has access to it in order to be able to update the

TONY RODRIGUEZ                                                5/8/2014

174

1   source document.

2        Q.    And who at DPS headquarters can access that

3   information?

4        A.    When you say "access the information," are you

5   referring to the charts or are you referring to the

6   underlying spreadsheet that's the source document for

7   the chart?

8        Q.    The underlying spreadsheet.

9        A.    We have that restricted.  I -- I can't give

10  you an exhaustive list of who it's restricted to.  And

11  the CSRs don't update the spreadsheet; they update the

12  SharePoint site, which updates the spreadsheet.  Okay?

13  So I can look at the spreadsheet and a few people can

14  look at the spreadsheet, but we can access the

15  dashboard to print it for ourselves.

16       Q.    Do you circulate the dashboard to anybody?

17       A.    No.  No, we don't.  If somebody wants it and

18  they have access to the site, then they can -- they can

19  print their own.  It's -- it's on the other side of the

20  DPS firewall, so only DPS personnel who have access

21  would be able to access the SharePoint site.

22       Q.    Who decided what information to include in the

23  dashboard?

24       A.    You have to understand that the -- this EIC

25  dashboard is an evolution of all the previous products,

TONY RODRIGUEZ                                                    5/8/2014

175

1    so there's an element of, "Well, we had done it that

2    way before, so we're going to include it this way now."

3    And that's why the windows that you see are included in

4    here.

5                    And -- and it also -- it's in response to

6    some -- sometimes we get media queries of how many

7    issues or how many applicants we had.  And rather than

8    answer the question several times a day, it was just

9    easier for us to give Tom Vinger, or whoever was

10   answering the question, the link and allow them to view

11   it themselves.

12       Q.   When -- when is this -- the information that's

13   on this dashboard that we're looking at, when is this

14   current as of?

15       A.   If you remember the answer to my previous

16   question that I gave you.

17       Q.   Uh-huh.

18       A.   So when -- it's current as of the time that

19   you print it.  Okay?  But the information on the -- on

20   the spreadsheet, or whatever it is, is updated as soon

21   as the CSR updates the share point site.

22       Q.   So I guess what I'm asking is, when was this

23   printed?

24       A.   I don't know.  It's whenever they printed it.

25   It's -- it doesn't say as of -- hang on a second.  It

TONY RODRIGUEZ                                        5/8/2014

                                                          176

 1      might say it somewhere.  I don't know.

 2          Q.   What's done with -- with this information?

 3          A.   The same -- the same that we did with the --

 4      with the other information.  We had talked about we

 5      look at it.  If -- if somebody has a question, then we

 6      provide them the information from it.

 7          Q.   Do you circulate this EIC dashboard in sort

 8      of -- as we're looking at it, something like this?  Not

 9      the spreadsheet, but this compilation of the EIC

10      dashboard to any other state agencies?

11          A.   No.

12          Q.   Do you circulate any form of that, of the

13      information that goes into this EIC dashboard to other

14      state agencies?

15          A.   No, ma'am, not to my knowledge.

16          Q.   Do you use this EIC dashboard to evaluate your

17      EIC program?

18          A.   No, ma'am.

19          Q.   So you're collecting this information just in

20      case people ask for it?

21          A.   That's essentially it.

22          Q.   Has -- other than the press, have individuals

23      asked questions about information that's contained in

24      this EIC dashboard?

25          A.   Sometimes we get questions from legislators,

TONY RODRIGUEZ                                          5/8/2014

177

1    and based on -- depending on what they ask, you can use

2    this to answer their questions.  But we -- to my

3    knowledge, we've never provided this to a legislator.

4        Q.    So this is an internal document that DPS uses

5    to answer questions, but DPS doesn't share this

6    document with others?

7        A.    No, ma'am, not to my knowledge.

8        Q.    Have legislators asked you for information

9    that's contained in here?

10       A.    On occasion, yes.

11       Q.    Do you know which ones?

12       A.    I -- I don't recall any right now off the top

13   of my head, no.

14       Q.    Is there -- was there any discussion of the

15   different information to categorize in this report?

16       A.    I'm sure that we -- or I know that we talked

17   about some of the information.

18       Q.    Do you know why you decided to do this graph

19   with the numbers -- and I'm looking on the --

20       A.    I see it.

21       Q.    -- fourth page --

22       A.    Yes.

23       Q.    -- the number of applicants by race.

24       A.    No, that was -- that goes back to the

25   statement that I had made where it was something that

TONY RODRIGUEZ                                          5/8/2014

178

1    we had collected, and we continued just to collect it.

2    When you make a spreadsheet and you create the tables

3    from the spreadsheet, sometime it's easier just to keep

4    them, and we just hung onto them.

5         Q.    Do you why you have that graph of the number

6    of applicants by age group?

7         A.    No, that was just something we included.

8         Q.    Okay.   I want to circle back to something that

9    we talked about earlier.

10                   (Exhibit No. 81 marked.)

11                   THE REPORTER:   Exhibit 81.

12        Q.    (BY MS. MARANZANO)  Does this look familiar to

13   you?

14        A.    It's a birth certificate affidavit.   We don't

15   use it.

16        Q.    Have you seen this before?

17        A.    Yes.

18        Q.    When was that?

19        A.    It was during our prep.   I'm sorry.

20                   MR. KEISTER:   Beyond that.

21        Q.    (BY MS. MARANZANO)  Apart from any

22   conversations you had with counsel, did DPS at some

23   time consider using this affidavit instead of requiring

24   an individual to present a birth certificate?

25        A.    They must have, yes.

179

1      Q.   Do you have any awareness of that?

2      A.   No.

3      Q.   Do you have any knowledge of why this

4  affidavit is not used?

5      A.   Well, we -- we asked for -- we asked for birth

6  certificates.  I'm not sure what this would do for

7  anybody.

8      Q.   Did you testify earlier that an individual who

9  didn't have a birth certificate could provide other

10  documentation, such as a -- well, you mentioned an

11  affidavit of somebody who was at their birth; is that

12  correct?

13     A.   That's correct, but I think that I really

14  should have highlighted at that point in time that the

15  people who fall into that category are customers.

16  That's a very small number of people like that, and --

17  and so it's not something that we accept as a matter of

18  course or routine.  There are provisions, to answer

19  your question.

20             If somebody was born and they didn't have

21  a birth certificate, they could, but I personally have

22  never dealt with it.  I was instructed that that was

23  something that we could accept, but I've never dealt

24  with that in my time in DPS.  And, to my knowledge,

25  none of my subordinates have ever had to deal with that

TONY RODRIGUEZ                                                      5/8/2014

180

1      kind of an affidavit.

2          Q.   And are -- you're saying it's a small number

3      of people who have never received a birth certificate?

4      Is that what you're saying?

5          A.   I'm saying that there a small number of people

6      who come to our office who -- who don't have a birth

7      certificate.

8          Q.   So your knowledge is based on what?

9          A.   My knowledge of that?

10         Q.   Uh-huh.

11         A.   It's -- it's anecdotal and personal knowledge.

12         Q.   What problems would there be in using this

13     affidavit in place of a birth certificate?

14         A.   Well, you're asking an individual to say that

15     they are who they say they are independently.

16         Q.   And why is that a problem?

17         A.   Well, they may not be who they say they are.

18         Q.   So --

19         A.   It's not -- it's not something that we can

20     compare to anything.  And there's -- there's no way for

21     us to connect the dots that I talked about before in

22     order to determine that the person who fills out the

23     application is actually who they say they are.

24         Q.   And is it the case that this person would be

25     signing this certification essentially under oath that

5/8/2014

                                                                181

1    they are who they say they are, correct?

2        A.   That's what it looks like, yes.

3        Q.   DPS determined that that was insufficient?

4        A.   I -- yes.

5        Q.   You were not a part of that determination?

6        A.   I was not part of that decision.

7        Q.   But is it the case that DPS uses this

8    affidavit now or would accept this affidavit?

9        A.   We do not use that document.

10       Q.   Did DPS consider a rule at any point that

11   would have allowed individuals to obtain an EIC without

12   bringing a birth certificate to the office, but

13   allowing DPS to connect to the Department of Vital

14   Statistics to access the birth records?

15       A.   Not to my knowledge.

16       Q.   You're not aware of any discussion of such a

17   possibility?

18       A.   No.

19       Q.   Would there be any technical impediment to

20   doing that?

21       A.   I -- I don't know.  I'm not -- I'm not a

22   technical person.  I don't know how those things would

23   work.

24       Q.   Are you aware of any other impediment that

25   would have existed to doing that?

TONY RODRIGUEZ                                                    5/8/2014

                                                                      182

1          A.   No.

2          Q.   Okay.

3                     (Exhibit No. 82 marked.)

4                     THE REPORTER:   Exhibit 82.

5          Q.   (BY MS. MARANZANO)   Okay.   I'm showing you

6    what we have marked as Exhibit 82 for the record.   Do

7    you recognize this?

8          A.   I do.

9          Q.   What is this?

10         A.   This appears to be information that we derived

11   from our database, and it is a list of inquiries.

12         Q.   And when is this current as of?

13         A.   It's current as of whenever it was printed,

14   but that's not depicted on the document.   It's whenever

15   they printed it.

16         Q.   What's done with this list?

17         A.   Well, other than bringing it here for you,

18   nothing.   We look at it, but that's it.

19         Q.   Does DPS do any follow-up with any of these

20   individuals?

21         A.   Not to my knowledge, no.

22         Q.   To your knowledge, it hasn't done any

23   follow-up with anybody on that list?

24         A.   To my knowledge, no.

25         Q.   Does it do any sort of analysis of the inquiry

TONY RODRIGUEZ                                               5/8/2014

183

1     descriptions?

2          A.   No.

3          Q.   Does it use this at all for training

4     employees?

5          A.   No.

6          Q.   Does it use this at all for any sort of

7     outreach or education?

8          A.   No.

9          Q.   Where is this information kept, in a database?

10         A.   There's not a database.  It's information

11    that's derived from the applications.  It's on the

12    same -- it's on the same spreadsheet.  So the CSR -- if

13    you remember, I explained to you earlier, a customer

14    comes in for an issuance, the CSR accesses the

15    SharePoint site.  He enters the information relevant to

16    an issuance.  Well, there's also a way to enter

17    information relevant to an issue, yes.

18         Q.   Am I correct that when we looked at the weekly

19    reports earlier some of those reports had inquiries

20    without anybody's names listed?

21         A.   I would have to go back, but I believe you're

22    correct.

23         Q.   So what distinguishes an inquiry where a DPS

24    employee takes down the name?

25         A.   Just that the DPS employee had -- had the

TONY RODRIGUEZ                                                5/8/2014

184

1    customer's name.

2        Q.   So this -- this list of inquiries, which is

3    current as of some date -- we're not sure when --

4    wouldn't actually capture every inquiry that occurred.

5    Is that true?

6        A.   What this appears to be are the inquiries for

7    2014.

8        Q.   Uh-huh.  But is it the inquiries where you had

9    the name -- the customer's name?

10       A.   It's not -- it's not only -- if you look at

11   the second inquiry --

12       Q.   Uh-huh.

13       A.   -- it just says, "Customer had valid Texas ID

14   in 1981," but we didn't capture the customer's name.

15       Q.   That's not Annabelle --

16       A.   No.  Modified -- modified by the DPS employee

17   who entered that information.

18       Q.   I see, uh-huh.  So this is every inquiry that

19   was captured in a weekly report by -- or captured by a

20   DPS employee?

21       A.   No.  This is -- this is -- these are the

22   inquiries that were captured in -- and these are -- I

23   don't know how exhaustive it is.  These appear to be

24   the inquiries that were captured for 2014.  We don't do

25   weekly reports anymore.

TONY RODRIGUEZ                                           5/8/2014

                                                              185

1          Q.   Okay.  And if somebody walks into a driver's

2     license office and just asks a couple of casual

3     questions, does that give -- about an EIC, would that

4     be reported in an inquiry?

5          A.   It's supposed to be.

6          Q.   Are you confident that it is?

7          A.   Yes.  I mean, within the scope of what we

8     talked about, there are errors for human -- human

9     errors.  If the -- the CSR is distracted by something

10    else or some other incident occurs in the office, that

11    might not be entered into the database.  But I'm

12    confident as a general rule that that's entered in

13    there.

14         Q.   Can you take a look at --

15              THE REPORTER:  Hold on just a second.

16    I'm trying not to cover up something.

17         Q.   (BY MS. MARANZANO)  I'm showing you what's

18    been marked for the record --

19              THE REPORTER:  Exhibit 83.

20         Q.   (BY MS. MARANZANO)  -- as Exhibit 83.  Do you

21    recognize this document?

22         A.   It's a good thing that I wear trifocals, yes.

23         Q.   And what is this?

24         A.   This is a printout of -- I can't tell you if

25    it's the entire spreadsheet that we use or a portion of

TONY RODRIGUEZ                                          5/8/2014

186

1    it, but it appears to be a printout of -- of the

2    spreadsheet where we keep all of the EIC issuance

3    information.

4        Q.   And can you tell me when this is current as

5    of?

6        A.   It's -- no, it's the same -- it's the same

7    answer for the other documents, and I don't know.  I

8    can't tell from looking at it.

9             MR. KEISTER:  Counsel, just if you want

10   to know, all these were printed Tuesday, so -- on that

11   day.  So they're current this week or whatever.

12            MS. MARANZANO:  Okay.  Thank you for that

13   clarification.

14            MR. KEISTER:  I think it was Monday; it

15   could have been Tuesday.

16            THE WITNESS:  Don't get me to start

17   saying anything.

18       Q.   (BY MS. MARANZANO)  Have you used this chart

19   for any -- anything related to the EIC program?

20       A.   This chart?

21       Q.   Yes.

22       A.   No, ma'am.

23       Q.   Have you focused any outreach efforts or any

24   staffing efforts where more EICs are issued?

25       A.   No, ma'am.

TONY RODRIGUEZ                                              5/8/2014

187

1      Q.   You haven't used this chart for any -- or the

2   information contained in the chart for any assessments

3   of the EIC program?

4      A.   No.

5      Q.   Would you consider the EIC program to be a

6   success?

7      A.   You're asking me to provide you with my

8   opinion?

9      Q.   Yes.

10      A.   In my opinion, it's been a success, yes.

11      Q.   And what are you basing that on?

12      A.   I'm basing that on the fact that we were able

13   to provide the opportunity for Texans in all

14   254 counties to get an EIC.

15      Q.   Is accessibility of places to obtain an EIC a

16   factor in determining whether the program is a success?

17      A.   I don't understand what kind of accessibility

18   you're talking about.

19      Q.   Is the number of places issuing EICs a factor

20   in determining whether the program is a success?

21      A.   The number in and of itself?

22      Q.   Uh-huh.

23      A.   No, I don't believe so.

24      Q.   Is the number of EICs issued a factor in

25   determining whether it's a success?

TONY RODRIGUEZ                                          5/8/2014

188

1      A.   No, I don't believe so.

2      Q.   Have you received any complaints from DPS

3   employees about the EIC program?

4      A.   I have not, no.

5      Q.   Now that you've been sort of overseeing --

6      A.   Tenderized?

7      Q.   -- the EIC program for about a year, how --

8   how would you say you find the additional

9   responsibility in terms of your workload?

10      A.   Well, it's -- it's cyclic and the hours that I

11   put in at DPS aren't much different.  In many ways

12   they're easier than the hours that I've put in working

13   at other places.

14      Q.   Has it impacted your ability to deal with

15   other responsibilities that you have at DPS?

16      A.   That's a discussion you have to have with my

17   boss.

18      Q.   Fair enough.  Okay.

19           MS. MARANZANO:  At this time I will pass

20   the witness.

21           THE WITNESS:  Okay.

22           MS. MARANZANO:  Thank you.

23           THE WITNESS:  Thank you.  Can I get a

24   break?

25           MR. KEISTER:  Yeah.

TONY RODRIGUEZ                                                5/8/2014

189

1          (Recess from 2:01 p.m. to 2:13 p.m.)

2              THE REPORTER:  On the record.

3                      EXAMINATION

4    BY MR. BRAZIL:

5         Q.   Good afternoon.

6         A.   Hi.

7         Q.   I just want to follow-up on a few areas that

8    you touched on in earlier testimony.  You talked about

9    the equipment of the mobile EIC stations or units.  Do

10   you recall that?

11        A.   I do.

12        Q.   Okay.  Can you describe what equipment exactly

13   makes up one of the mobile units?

14        A.   I don't know if I can do it exactly.

15        Q.   Sure.

16        A.   I'll give you the best I can.  So a mobile

17   unit will consist of a laptop computer, a printer.

18   There's a number of forms -- DPS forms necessary to

19   issue EICs.  There will be a ream of paper.  There's a

20   tripod, a camera, a digital camera.  The connections,

21   the cables, and that stuff that makes all that business

22   work.  There's a -- there's a blue screen that we -- we

23   use as a backdrop for the photographs that we take.

24   There's a tripod for that or some kind of a stand.  I

25   don't know if it's a tripod or not.  There's the tubs

TONY RODRIGUEZ                                      5/8/2014

190

1    to put it in.  And -- and depending whether it is a

2    county EIC unit or a DPS EIC unit, it will have a cell

3    phone.  If it's a DPS EIC unit, it will have a DPS

4    issued cell phone with phone numbers entered into for

5    the ease of the CSRs.  I can't recall if we still give

6    the -- the CSRs a dolly to carry -- there were

7    complaints about that.  They didn't like our dollies

8    because the boxes were light.  And if there's a dolly,

9    then there's going to be bungee cords.  So, to the best

10   of my knowledge, that's an EIC mobile unit.

11        Q.    The laptop, is it connected to any DPS

12   databank --

13        A.    No, sir.

14        Q.    -- remotely?

15        A.    No, sir.

16        Q.    So it's a standalone laptop?

17        A.    The laptop has been configured by our IT

18   people so that it is not able to connect to anything.

19        Q.    Okay.  And how many of those mobile units were

20   established by DPS, approximately?

21        A.    So, to the best of my knowledge, the Phase 2

22   EICs -- EIC mobile units were -- there were 25 of them.

23   And the Phase 3, which are the county EIC units, I

24   can't remember if there were 78 or 79 of them.  There

25   were somewhere around 80.  I can't remember if we kept

TONY RODRIGUEZ                                          5/8/2014

191

1  one to do -- to use -- it's called bench testing.  So

2  they -- our tech people are, you know, running tests on

3  it to make sure that the applications work properly,

4  and that would be called what's called the bench test

5  unit.  There's somewhere around 80 of those.

6        Q.   When you say 80, you're talking about the

7  county mobile units?

8        A.   Yes.

9        Q.   And how do you distinguish between a DPS

10 mobile unit and a county mobile unit?

11       A.   The only distinction -- in reality, the only

12 distinction is the inclusion of the cell phone that I

13 mentioned earlier.

14       Q.   That's the only difference?

15       A.   To the best of my recollection, yes, sir.

16       Q.   And of the approximately 80 county units, are

17 those permanent?  I mean, are they given to the county

18 permanently or are they retrieved by DPS after the

19 county has finished using them?

20       A.   The 80 units or so that that were provided to

21 the counties, the counties don't own them.  The State

22 of Texas owns them.  And I don't -- I don't recall if

23 Secretary of State actually paid for them or DPS did.

24 That part I don't know.  But those units are provided

25 to the county.  The county inventories them and they

TONY RODRIGUEZ                                              5/8/2014

192

1    are responsible for them.

2         Q.   So they keep the units as long as they need

3    them?

4         A.   They maintain the units, yes, sir.

5         Q.   Okay.  Are they charged any fee, rental or

6    otherwise, by DPS or the Secretary of State's office

7    for these mobile units?

8         A.   No, sir.  We even provide toner cartridges if

9    they need them.

10        Q.   Do you know what the approximate cost of each

11   unit was to the State?

12        A.   I knew at one time.  I don't know now.  I

13   don't recall the cost of the unit.

14        Q.   Do you have a range, like $5,000 to $10,000

15   or --

16        A.   I couldn't even speculate because there were

17   all kinds of peripherals.  I don't know.

18        Q.   What about the total of cost of all,

19   approximately, 105 mobile units?

20        A.   No, sir, I don't know.

21        Q.   Did some of the counties already have some of

22   the equipment that they could use as part of the mobile

23   units?  For example, paper, printer, laptop, things

24   like that?

25        A.   No.

TONY RODRIGUEZ                                    5/8/2014

193

1     Q.    I'm sorry?

2     A.    No.

3     Q.    And the 80 -- approximately 80 county units,

4   were those given to certain counties or were they given

5   to counties that requested them or how did that work?

6   How did you determine -- or how did DPS determine who

7   got the 80 mobile units?

8     A.    DPS reached out to the counties that do not

9   have driver license offices.  There are 78 counties

10  that do not have driver license offices in the state.

11  And there was a letter -- I can't recall if A.D. Peters

12  signed it or not, but that letter established that I

13  was the point of contact and that letter went out to --

14  to the counties.  I can't recall exactly who -- I can't

15  remember if it was the county commissioners or the

16  county judge, but it went to -- it went to a county

17  official to make them aware of -- of the availability

18  of these the units.

19    Q.    Did all of the counties that did not have a

20  driver's license office accept one of the mobile units?

21    A.    No, sir.

22    Q.    So did some of the counties take more than

23  one?

24    A.    No, sir.

25    Q.    Okay.  So some of these 80 units went to

TONY RODRIGUEZ                                           5/8/2014

194

1      counties that had a driver's license office?

2          A.   No, sir.

3          Q.   So what happened to the other --

4          A.   DPS maintains the control of those units.

5          Q.   And they're available if a county asks for

6      them today?

7          A.   If a county were to ask for them and the

8      county didn't have a driver license office and the

9      county returned a memorandum of understanding signed by

10     the county judge and they participated in the training

11     to operate the unit, then we would provide the mobile

12     unit to the county.

13         Q.   How many counties that did not have a driver's

14     license office not accept the training and not accept

15     one of the mobile units?

16         A.   I would have to refer to one of our -- one of

17     our charts.  The number is -- is relatively small.  I

18     believe, to the best of my recollection, it's 17.

19         Q.   17, approximately?

20         A.   Approximately, yes, sir.

21         Q.   You also spoke earlier about the EIC database

22     is kept separate from the driver's license database?

23         A.   So within the driver license system, okay,

24     that we use when we're issuing driver licenses or ID

25     cards, the EIC database, it's a separate tab and that's

TONY RODRIGUEZ                                      5/8/2014

195

1    kept separately.

2        Q.   Okay.  So -- but the overall driver's license

3    database has within it EIC information?

4        A.   That's -- that's not an accurate statement.

5        Q.   Okay.  I didn't think it was.  I was asking

6    you to explain it to me.  I didn't understand it

7    earlier.

8        A.   Yes, sir, I'll try.  When -- when the system

9    was -- when the driver license system that we use for

10   our offices was configured and EIC was added into it,

11   the information in that was placed -- it's maintained

12   in a separate database.  It's not accessible -- the

13   document in that database are not accessible to driver

14   license personnel unless they have special access to

15   that.

16       Q.   Okay.  That explains it.  Now, what about the

17   CHL, is that a separate database?

18       A.   Yes, sir.  And it's separate and distinct from

19   driver license.  It's maintained by another -- another

20   department in -- in DPS.

21       Q.   What department maintains the CHL database?

22       A.   To the best of my knowledge, it's called RSD.

23   It's Regulatory Services Division.

24       Q.   Okay.  Does -- now, we know the EIC forms have

25   a box or category for race, correct?

TONY RODRIGUEZ                                          5/8/2014

                                                              196

1        A.   Yes.

2        Q.   Okay.  What about the driver's license

3    database and those forms, is there a place for someone

4    to designate their race?

5        A.   Yes.

6        Q.   And what about the CHL?

7        A.   I don't recall.

8        Q.   Can you search the driver's license database

9    by race?

10       A.   I don't know.

11       Q.   What about the EIC?

12       A.   I don't think so, no, sir.  I don't know that

13   either.

14       Q.   So the form -- even though the form on the EIC

15   has a box for race, is that not inputted into the

16   database?

17       A.   Yes.

18       Q.   It is?

19       A.   Yes, but I don't know -- I don't know the

20   searchability of the database.

21       Q.   Fair enough.  It is inputted, though?

22       A.   Yes.

23       Q.   Okay.  That's all I have.  Thank you.

24       A.   Thank you.

25            MS. KORGAONKAR:  Before I start, could

TONY RODRIGUEZ                                          5/8/2014

                                                             197

 1      you just let me know how much time we have.

 2                      THE REPORTER:  Off the record.

 3                      (Discussion off the record.)

 4                      THE REPORTER:  Back on the record.

 5                            EXAMINATION

 6      BY MS. KORGAONKAR:

 7          Q.    Good afternoon, Mr. Rodriguez.  I understand

 8      it's late in the day and you're probably a little bit

 9      tired.

10          A.    Not at all.

11          Q.    So my name is Natasha Korgaonkar, just to

12      reintroduce myself, from the NAACP Legal Defense Fund.

13      In this case, I represent the Texas League of Young

14      Voters and two individual plaintiffs, Imani Clark and

15      Michelle Bessiake.

16                      So Ms. Maranzano has been asking you, and

17      Mr. Brazil as well, a series of questions.  I'm going

18      to continue that series of questions on a slightly

19      different topic.  It's Topics 3 and 4 from the notice,

20      which you testified earlier today that you were

21      prepared for.  I just want to remind you that you're

22      still under oath and you're required to answer all of

23      the questions as truthfully and completely as you were

24      this morning, okay?

25          A.    That's fine.

198

1      Q.   Is it correct that DPS is the only state

2   agency that can issue EICs?

3      A.   Yes.

4      Q.   Okay.  Now, I would like to hand you an

5   exhibit.  I'll give you a moment to review it.

6                  (Exhibit No. 84 marked.)

7                  THE REPORTER:  Exhibit 84.

8                  (Discussion off the record.)

9      Q.   (BY MS. KORGAONKAR)  Exhibit 84 is

10   Bates-stamped TEX-0511323, for the record.  When you've

11   had a minute to look at it, if you could just let me

12   know.

13      A.   Okay.

14      Q.   Okay.  Have you seen this document before?

15      A.   Yes, ma'am.

16      Q.   Okay.  And what is this document?

17      A.   Well, it appears to be an e-mail from me to

18   the leadership and the -- the driver license leadership

19   and the different driver license regions about EIC

20   reporting -- information reporting requirements.

21      Q.   And are these the regions for which you're

22   responsible?

23      A.   In part.

24      Q.   And what do you mean by that?

25      A.   As I explained previously, I'm responsible for

TONY RODRIGUEZ                                          5/8/2014

                                                              199

1    DPS Regions 3, 4, 5, 6A and 6B, and this is all of the

2    DPS Regions 1 through 6B.

3          Q.   Okay.  So these include regions that your

4    colleague, Mr. Bell, also supervises; is that right?

5          A.   Yes, ma'am.

6          Q.   Okay.  And could you just read the first

7    sentence of this e-mail?

8          A.   Sure.  "Folks, EICs are becoming a big deal

9    now and the information requirements are tightening

10   up."

11         Q.   Okay.  So what did you mean when you said that

12   EICs were becoming a big deal?

13         A.   It means that -- that people were asking about

14   them and the quality of information that I was getting

15   needed to be increased.  And that's why, if you look

16   further down in the e-mail, I'm asking for additional

17   information, specifically the date, the office name and

18   the station number, and a narrative for each of the

19   issuances.  And I sent this because -- because we were

20   getting different information from different regions.

21         Q.   And who was asking for the information that

22   you're now requesting?

23         A.   Me.

24         Q.   Aside from you, was there anyone else?

25         A.   No.  I collected the information and I

TONY RODRIGUEZ                                          5/8/2014

                                                              200

1    provided it to -- to my chain of command.

2        Q.   And, to your knowledge, was it only provided

3    to your chain of command within DPS or did it go

4    outside of DPS as well?

5        A.   To my knowledge, it went to my chain of

6    command, and that would be Paul Watkins and A.D.

7    Peters.

8        Q.   Okay.  And could you tell me what you meant by

9    "tightening up"?  It seems like there's a change in the

10   requirements.  I guess what I'm trying to get at is

11   what were the requirements before and then what

12   happened?

13       A.   I would have to see -- I would have to see

14   whatever I had sent out previously.

15       Q.   Okay.  As far as you can recall.

16       A.   As near as I can recall, they -- obviously,

17   since I had asked for it, the regions were not

18   including the office name or the station number.  And

19   then that would -- then the narrative -- I mean, they

20   may have been providing a narrative.

21       Q.   Okay.

22       A.   Because if you look at the example, it lays

23   out what I was looking for.

24       Q.   And in the last sentence, you wrote, "The

25   clearer you make this up front, the fewer follow-up

TONY RODRIGUEZ                                              5/8/2014

201

1    phone calls we have to have."

2        A.   Yeah.

3        Q.   Is that right?

4        A.   Yes, ma'am.

5        Q.   What -- what exactly did you mean by that?

6        A.   If I got information from a region that --

7    that was -- was incomplete, then I would have to call

8    them.

9        Q.   You would have to call them in order to

10   complete the information, right?

11       A.   To find out what the information was.

12       Q.   And why would you have to do that?

13       A.   Well, because I was in charge of the program

14   and I viewed it as my responsibility to provide as

15   complete information as I could get to my chain of

16   command.

17       Q.   Okay.  And was there a problem with phone --

18   you mentioned fewer follow-up phone calls.  At the

19   time, were there too many follow-up phone calls, as far

20   as you can remember?

21       A.   Well, when you're trying to call nine people

22   about something it consumes a fair amount of your time.

23       Q.   Okay, fair enough.  And when the information

24   requirements changed, do you recall where you got the

25   change information from or -- that's a confusing

TONY RODRIGUEZ                                          5/8/2014

202

1    question.

2         A.    Yes.

3         Q.    Did someone ask that the information

4    requirements be changed?

5         A.    No, I decided.

6         Q.    And you decided for what purpose?

7         A.    I decided to ensure that we had more

8    continuity of the information and clarity and quality.

9         Q.    Okay.  You can set that document aside for

10   now.

11        A.    I'll keep them in order.

12        Q.    Okay.  Currently, what are all of the types of

13   places that someone can apply for an EIC?

14        A.    A customer can get -- can apply for an EIC in

15   a driver license office.  They can apply for an EIC at

16   a mobile location that's operated by DPS employees.

17   They can go and they can apply -- in some -- in some of

18   the counties that I've touched on before, the counties

19   that don't have driver license offices that have

20   entered into the memorandum of understanding with DPS,

21   they can go to wherever that county is designated for

22   EIC issuance.  And the Secretary of State has some

23   mobile units and they can go to a location where the

24   Secretary of State are conducting mobile operations and

25   they can apply for an election certificate there.

TONY RODRIGUEZ                                      5/8/2014

203

1        Q.    Okay.   So just for my understanding, the
2    mobile units that are operated by DPS are different
3    from the mobile units that are operated by the
4    Secretary of State?
5        A.    The -- those units -- with the exception of
6    the cell phone, those are the same units.   The cell
7    phone is the only change in terms of equipment.
8        Q.    But in terms of who is organizing the
9    availability of those units --
10       A.    The Secretary of State has units and
11   they can -- we maintain the units.   They tell us where
12   they're going to go and our employees bring the unit to
13   that location.   The Secretary of State operates the
14   unit.   They set it up, they operate it.
15       Q.    Okay.   So for that category, I'll call them
16   the Secretary of State mobile units.
17       A.    Okay.
18       Q.    The DPS's responsibility is to bring the
19   equipment to a place that the Secretary of State has
20   designated to set up and then it's operated entirely by
21   the Secretary of State from that point on or does a DPS
22   employee remain?
23       A.    Depending on where it is, the DPS employee may
24   or may not remain because we -- we did train a number
25   of Secretary of State personnel.   Some of them are less

TONY RODRIGUEZ                                              5/8/2014

204

1    confident in their ability to issue and, in that case,

2    we have instructed our employees to remain to help to

3    make sure that it's done properly.

4         Q.   Okay.  And why are some of them less

5    confident?

6         A.   We're asking them to do something they've

7    never done before.  It would be as if I were to give

8    you an eight-hour block of instruction and send you out

9    by yourself.

10        Q.   Right.

11        A.   You would want someone who has done it before

12   to go with you.

13        Q.   Is it right that most of the Secretary of

14   State employees have probably not done any kind of

15   licensing, at least in their job in the Secretary of

16   State's office?

17        A.   I don't know what their jobs entail, so I

18   wouldn't want to speculate.

19        Q.   Okay.  Has -- to your knowledge, has the --

20   has the biggest problem been that they don't issue

21   usually issue any kind of licenses the way that DPS

22   employees do with frequency?

23        A.   I wouldn't categorize it as a problem.

24        Q.   Or the source of a lack of confidence, as you

25   called it earlier?

TONY RODRIGUEZ                                    5/8/2014

205

1          A.   I don't know.  I mean, it's -- it's difficult

2     for me to categorize what somebody is thinking.  I hate

3     to be imprecise.  If you could help me -- rephrase the

4     question and I can try and answer it better.

5          Q.   It's just a very simple point.  So I

6     understand from your testimony, but correct if I'm

7     mistaken, that for these Secretary of State operated

8     mobile units, you have perceived -- or DPS has

9     perceived that some of the Secretary of State employees

10    who are manning them are a little bit less confident

11    than DPS employees when they man the DPS mobile units?

12         A.   Well, that's not entirely an accurate

13    statement.  And if I said that, that's not what I

14    meant.  Depending on the distances involved, our

15    employees will bring the unit out there and will link

16    up with the Secretary of State employees.  And then

17    there could be a variety of reasons they stay.  They

18    might not want to drive back six hours.  They might

19    stay and help out.

20         Q.   Okay.

21         A.   Or -- or the Secretary of State personnel can

22    say, "Please stay," in which case we're happy to do

23    that.

24         Q.   All right, fair enough.  Are there -- so you

25    listed out four different categories of places where

TONY RODRIGUEZ                                                5/8/2014

206

1    people right now can apply for EICs.  Are there

2    currently any plans, that you're aware of, to expand

3    that list of categories?

4         A.   Yes.

5         Q.   And what are some of -- or what are all of

6    those plans right now, as you know them?

7         A.   As I know the plans is that we -- we are in

8    the process or we have -- I can't remember if we have

9    trained them all or not.  But we have provided training

10   for a number of Health and Human Services employees who

11   are in seven counties around the State.

12        Q.   And those employees, have they been trained to

13   man mobile stations, mobile EIC units?

14        A.   The equipment that we have -- the equipment

15   that we have leftover was part of the original 80 that

16   we purchased for counties, okay.

17        Q.   Uh-huh.

18        A.   So we didn't go out and buy new.  We have got

19   this equipment that still -- it's been -- we still have

20   it.  So if the -- if the seven HHSC county employees,

21   if they are going to use the equipment, it would be

22   the -- part of the original 80 or so that we purchased

23   as part of the county -- the county effort.

24        Q.   Okay.  And do you know which counties those

25   seven are?

TONY RODRIGUEZ                                      5/8/2014

207

1        A.   I would have to refer to a map.  I mean, we

2    have that, but --

3        Q.   You don't remember offhand any of them?

4        A.   Garza is one that I remember, yeah.

5        Q.   Garza is one of them?

6        A.   It's Garza, Blanco, and then there are some

7    other ones.  Off the top of my head, those are the ones

8    I can recall.

9        Q.   Okay.  And what is the timeframe for those

10   seven counties to be participating in the mobile

11   program through these HHS employees?

12       A.   When do we think they're going to be issuing

13   EICs?

14       Q.   Or accepting applications.

15       A.   I don't know yet.  I don't -- I don't have

16   that information.

17       Q.   How did those seven counties get chosen or how

18   did they come about to be the ones?

19       A.   Those were counties in which we did not have

20   an existing driver license office.

21       Q.   Okay.

22       A.   So it was part of the 78 counties that didn't

23   have any.  And there were discussions at senior levels

24   between DPS and HHSC to determine if there were -- if

25   HHSC had a presence in some of those locations.  It

TONY RODRIGUEZ                                              5/8/2014

                                                              208

1       turned out that it was -- or they did.

2            Q.    Do you know approximately when those

3       conversations started?

4            A.    I wasn't a party to them.  I don't know.  I

5       know that I spoke with a gentleman named Rolando Garza

6       in probably March -- maybe March.

7            Q.    Okay.  So early spring of this year, to your

8       knowledge?

9            A.    To my knowledge, yes.

10           Q.    Okay.  And any other plans for expanding the

11      types of places where a person could get an EIC,

12      besides the one that you listed so far?

13           A.    Not at the present time.

14           Q.    Okay.  So I would like to get just a general

15      sense of the current availability of places where

16      people can apply for EICs, and I would like to start

17      with the brick and mortar DPS locations generally.

18                 So how many DPS offices are there in

19      Texas?

20           A.    229.

21           Q.    229.  How many driver's license offices are

22      there?

23           A.    I'm sorry.  There are 229 driver license

24      offices in the State of Texas.

25           Q.    Do you know approximately how many DPS

TONY RODRIGUEZ                                              5/8/2014

209

1    offices?

2        A.   No, I don't.  I'm not a facility person.  I

3    wouldn't speculate.

4        Q.   Okay.  And just for the sake of clarity, what

5    is the difference between a DPS office and a driver's

6    license office?

7        A.   Certainly.  A DPS office is a facility that's

8    operated by DPS.  It may have -- it may have highway

9    patrol.  It may have Texas Rangers.  It may be a

10   maintenance point.  It may be nothing more than a

11   communications building or it could be a driver license

12   office.  We're a large agency.  We have a lot of

13   other -- a lot of subdivisions within the agency and

14   they could crew some of our offices.  And then we also

15   have some offices that -- in which all of those

16   entities or portions of those entities work together.

17       Q.   Okay.  And how many counties don't have a

18   driver's license office?  Is it around 79 or 80?

19       A.   78.

20       Q.   78, okay.  Are there counties that you know of

21   that have no DPS office at all?

22       A.   I don't know.

23       Q.   Why do some counties not have driver's license

24   offices?

25       A.   Well, there's a variety of reasons.  The

TONY RODRIGUEZ                                          5/8/2014

                                                              210

 1    population of the county.  The availability of

 2    equipment to send to counties.  Other resources.

 3         Q.   So what do you mean when you say "the

 4    availability of equipment"?

 5         A.   We have a -- our driver license equipment and

 6    we have purchased that after -- well, after our old

 7    equipment was so obsolete that it ceased to function.

 8    So we purchased a given number of sets, and with those

 9    given number of sets we can only equip so many offices.

10         Q.   And do you know around what time it was that

11    the old equipment, it sounds like, went obsolete, just

12    a rough timeframe?

13         A.   It was -- to the best of my knowledge, it was

14    somewhere around 2009.

15         Q.   Okay.  So did certain counties before 2009

16    have functioning driver's license offices that then

17    closed and have not since reopened because of the

18    problem with the equipment?

19         A.   I believe so, yes.

20         Q.   And you also mentioned population was one of

21    the reasons that some of these counties may not have

22    driver's license offices.  Can you tell me what you

23    meant by that?

24         A.   Well, an example is Loving County where they

25    have fewer than 100 people.  From a business process

TONY RODRIGUEZ                                          5/8/2014

211

1    standpoint, it doesn't make -- it doesn't make much

2    business sense to put an office out in Loving County.

3         Q.    And who is making the decisions about whether

4    it makes sense from a business standpoint?

5         A.    Ultimately, within driver license, it's A.D.

6    Peters based on the recommendation of the staff.

7         Q.    Okay.  And, similarly -- I should have asked

8    this a minute ago.  But when it came to deciding which

9    counties would receive the updated equipment around

10   2009 or so, do you know who made the decision about

11   which counties would get the updated equipment?

12        A.    So we have had -- we have had two sets of

13   updated equipment.  So we switched in 2009 and we just

14   switched now to the current -- the current equipment

15   that we have.  But the decision was made by driver

16   license leadership.  It would have been the A.D. at the

17   time, which was Rebecca Davio, or now for the

18   current -- current equipment, it's A.D. Peters.

19        Q.    In your professional opinion, are there some

20   counties where it might make sense to have driver's

21   license offices but that don't right now?

22        A.    Well, I wouldn't want to -- to speculate,

23   other than to say that I think that the number of

24   offices that we have matches the population density and

25   the business that we -- we currently experience in our

TONY RODRIGUEZ                                    5/8/2014

212

1    offices.

2         Q.   So right -- is it correct to say that right

3    now, you don't feel there are any places where it might

4    make sense to have a driver's license office, but that,

5    at least at this moment, don't?

6         A.   None come to mind right now.

7         Q.   Okay.  Can all driver's license offices, all

8    229 of them, issue EICs?

9         A.   Yes.

10        Q.   And how long has that been accurate?

11        A.   Well, it was -- it was accurate from when we

12   were asked to -- to start the program.

13        Q.   When was that, roughly?

14        A.   Late June.

15        Q.   Has that been true continuously of all 229

16   since late June?

17        A.   Yes.

18        Q.   Okay.  Who sets the hours for these driver's

19   license offices?

20        A.   The -- the hours are -- in general, they're

21   set by headquarters in Austin, and there are some local

22   variations.

23        Q.   Okay.  So in terms of the hours that are set

24   in Austin, which division of DPS is it that sets those

25   hours?

TONY RODRIGUEZ                                    5/8/2014

213

1        A.    That would be the Driver License Division who

2     sets the driver license operation -- operating hours.

3        Q.    And do you have a role in that?

4        A.    I have an advisory role, yes.

5        Q.    So what factors go into considering the hours

6     for the license offices?

7        A.    Well, it's -- it's the population, customer

8     flow, the number of transactions, drive -- number of

9     drive tests.

10       Q.    And would you say that all of those factors

11    factor in about equally?

12       A.    Well, we have -- generally speaking, we have a

13    standard set of hours.  The only real variations are in

14    smaller offices.

15       Q.    Is that -- are those the variations that you

16    said were the second group, the ones that have some

17    local variations?

18       A.    Yes.

19       Q.    Okay.  And when -- when local hours vary to

20    those local offices, say an office wants to expand or

21    truncate the hours that they're open, do they need

22    permission from Austin?

23       A.    They -- the permission is routed through the

24    chain of command, yes.

25       Q.    So they do?

TONY RODRIGUEZ                                              5/8/2014

214

1        A.    Yes.

2        Q.    Okay.

3        A.    But I haven't seen any truncation of hours.

4    You have to understand that the hours, especially in

5    rural offices, generally speaking, are based on travel

6    time.  So if we're asking an employee to travel to an

7    office to conduct business and there's banking and

8    stuff that needs to be done at the close of business

9    day, and so that's what sets the hours.  It's a

10   decision that we make based on that information.

11       Q.    So it's a decision based on information that

12   you may receive from the local employee about what they

13   think is the -- makes the most sense for their office?

14       A.    No.

15       Q.    Correct me.  Tell me how it works.

16       A.    Okay.  So there's a dialogue that occurs

17   between the -- the CSR and the office supervisor and

18   the regional manager.  And based on that dialogue, the

19   regional manager contacts me and we discuss the hours.

20       Q.    And, in general, what is -- what is the

21   dialogue about?

22       A.    Well, it would depend on the office,

23   obviously.  But it would be -- it would be, "I have a

24   two-hour drive to get to Office X and a two-hour drive

25   to get back at the close of the day.  If you're okay

TONY RODRIGUEZ                                                    5/8/2014

215

1   with it, I would like to set the hours to open at such

2   and such time with a lunch and then a dinner or to

3   close the doors at another time."

4        Q.   And when the decision ultimately comes to you

5   to approve, what do you think about when you're

6   deciding whether it makes sense for the hours to change

7   in X or Y way?

8        A.   It depends on -- it depends on the location of

9   the office and the -- and the discussion that I have

10  with the -- with the manager.  But, generally speaking,

11  I'm concerned about servicing the public.  That's our

12  job.  And I'm also concerned about what we're asking

13  the employee to do and the number of hours we're asking

14  them to work over a given period of time.

15       Q.   So when you say that it depends on the

16  location, is that -- do you mean the location with

17  respect to wherever that employee would need to come

18  from?

19       A.   The location of the office, yes.

20       Q.   But the location -- for what purpose?  You

21  mentioned earlier that some employee might need to

22  drive two hours, it might take them some time to get

23  there.

24       A.   Sure.

25       Q.   And then when you say "location," I also think

TONY RODRIGUEZ                                                    5/8/2014

216

1    about population, which varies, obviously, based on the

2    location.  So when you say that you -- one of things

3    that you consider is the location, what about the

4    location?

5        A.   It's -- it's where the location of the office

6    is relative to where the employee is coming from.

7        Q.   Okay.  So for the 229 driver's license

8    offices, is it right that none of them needed to opt in

9    or opt out of the EIC program?

10       A.   No.  That was an assignment they were given.

11       Q.   Okay.  So there was no discretion.  All 229 of

12   the actual driver's license offices have issued EICs

13   from the end of June through the present?

14       A.   Well, I don't know if each office had issued

15   one, but they all have the capability to issue an EIC.

16       Q.   Okay.  Has DPS conducted any studies into the

17   relative distances that the EIC applicants or just the

18   people at large might travel in order to go to a place

19   where they can get an EIC application?

20       A.   I don't know if you would call it a study.

21   There are a couple of map charts, PowerPoint slides

22   that were produced that indicate -- to the best of my

23   knowledge, one of them showed the location of offices

24   with a 25-mile circle and one of them showed the

25   location of our offices with a 50-mile circle radius

217

1    around the office.

2         Q.   Okay.  I think that this next exhibit is what

3    you are describing.

4                   THE REPORTER:  Is it both pages?

5                   MS. KORGAONKAR:  Yes.

6                   THE REPORTER:  Don't we already have this

7    as an exhibit?

8                   (Discussion off the record.)

9                   (Exhibit No. 85 marked.)

10                  THE REPORTER:  Exhibit 85.

11        Q.   (BY MS. KORGAONKAR)  Take a moment to look at

12   it and let me know when you're ready.

13        A.   Okay.

14        Q.   Have you seen this document before?

15        A.   Yes.

16        Q.   And is this the type of document that you

17   referred to just a minute ago?

18        A.   Yes, ma'am, it is.

19        Q.   Okay.  So tell me a little bit about who

20   prepared the document and just where it came from.

21        A.   Well, the gentleman who prepared it is named

22   Christopher Krueger.  He is one of our strategic

23   analysts in Driver License Division.

24        Q.   Okay.  And why did he prepare this?

25        A.   I'm sure he was asked to prepare it, and I

TONY RODRIGUEZ                                    5/8/2014

218

1    don't remember who directed its preparation.

2        Q.   Okay.  And do you know for what -- for what

3    purpose?

4        A.   Merely to depict the radiuses -- the 25-mile

5    radiuses around driver license offices or -- or the

6    50-mile radius around the offices relative to

7    population.

8        Q.   But it wasn't -- it wasn't prepared with a

9    specific goal in mind, other than to prepare it?

10        A.   Well, again, I wasn't -- I wasn't party to the

11    decision to why it came about.  I know that it was done

12    just to show the distances that the percentage of the

13    population is from the -- from one of our offices in

14    either 50 or 25 miles.

15        Q.   So was there something happening at DPS in

16    September that made this a useful document for someone

17    to -- to direct Mr. Krueger to create?

18        A.   I'm sure there was.  I can't -- I can't

19    recall.  I don't -- I don't know.

20        Q.   Okay.  Could it have been related to --

21        A.   EICs?

22        Q.   -- DPS offices and EICs?

23        A.   Let's see.  It could have been, yes.

24        Q.   And do you -- do you know whether there are

25    any similar maps like this that were -- that either

TONY RODRIGUEZ                                          5/8/2014

                                                            219

1    predate this one from September or that postdate it or

2    was this the only one like this created?

3         A.   For EICs?

4         Q.   Well, of this document.  Do you need to me to

5    clarify?

6         A.   The reason I asked is because there is another

7    chart that we use for a different thing.  We use it to

8    figure out where the offices are for commercial driver

9    licenses.  It's in no way related to CELs, but I've

10   seen similar documents.  But it deals with commercial

11   driver licenses, not EICs.  That's why I was --

12        Q.   No, I appreciate that.  So I'll limit it.  I

13   just mean, is there another document like this that

14   would have been prepared for the purposes of EICs?

15        A.   Not to my knowledge.  I don't know.

16        Q.   Okay.  So, to your knowledge, this is the only

17   one --

18        A.   As far as I know.

19        Q.   -- this one from September?

20        A.   Yes, ma'am, as far as I know.

21        Q.   All right.  And after you received this

22   document, did you or anyone else at DPS think about

23   what this may have shown in terms of EIC availability

24   in Texas?

25        A.   Well, I'm sure we had a meeting, but I don't

TONY RODRIGUEZ                                        5/8/2014

220

1     recall the discussion internal to the meeting.  I know

2     I've seen it, but that's as good as I can tell you

3     right now.

4         Q.   That's fine.  Can you recall who would have

5     been at such a meeting in addition to you?

6         A.   Sure.  That would be -- probably would be A.D.

7     Peters; Paul Watkins; Deputy Assistant Director JoeAnna

8     Mastracchio; Krueger, of course; Steve Bell, the other

9     guy.  Other than that --

10        Q.   Do you think anyone from outside of DPS might

11    have been there?

12        A.   No, I don't think so.

13        Q.   And do you know whether this -- whether this

14    map was forwarded outside of the agency?

15        A.   I don't know.

16        Q.   Do you think anyone at DPS would know?

17        A.   I don't know.

18        Q.   Okay.  You can set this one aside.  I'm going

19    to hand you the next exhibit.

20             THE REPORTER:  Do they go together?

21             MS. KORGAONKAR:  They do.  It's an e-mail

22    and the attachment to that e-mail.

23             THE REPORTER:  So staple it?

24             MS. KORGAONKAR:  Please.  Sorry that they

25    were not stapled.

TONY RODRIGUEZ                                        5/8/2014

221

1              (Exhibit No. 86 marked.)

2              THE REPORTER:  Exhibit 86.

3         Q.   (BY MS. KORGAONKAR)  Just take a moment to

4    look at it and let me know.

5         A.   Okay.

6         Q.   Have you seen this document before?

7         A.   Yes, ma'am, I have.

8         Q.   And what is it?

9         A.   This is an e-mail with an attachment.  The

10   attachment shows, as near as I can determine, the

11   counties in Texas which don't have driver license

12   offices resident in them.

13        Q.   Okay.  So in the e-mail that begins the chain,

14   which is found at --

15        A.   Yes.

16        Q.   -- TEX-0511236, could you read the last

17   sentence in that e-mail for the record?

18        A.   The last sentence?

19        Q.   Uh-huh.

20        A.   "I have highlighted the counties in which

21   there is a temporary DPS office set up already in the

22   county with contact information, if available, for that

23   office."  Can I read that again?

24        Q.   Sure.

25        A.   "I have highlighted the counties in which

TONY RODRIGUEZ                                         5/8/2014

222

1    there is a temporary DPS office set up already in the

2    county with contact information, if available, for that

3    office."

4         Q.   Okay.  So I just wanted to talk about the

5    temporary DPS office that was already set up.  Can you

6    tell me what those offices would have been or are?

7         A.   I don't know.  Jennifer Templeton is a

8    Secretary of State employee.  I don't know where she

9    got that information.

10        Q.   So, to your knowledge, were there any

11   temporary DPS offices set up in any counties as of the

12   date of the e-mail?

13        A.   No.  This appears to be a list of the

14   counties -- the 80 counties where we don't have offices

15   I don't know.  Why she would have referred to them as

16   temporary.

17        Q.   So, unfortunately, this attachment isn't

18   printed in color, but I can represent to you that if it

19   were, the three counties that would have been

20   highlighted are Motley, Armstrong, and Sutton.

21        A.   Hang on a second.

22        Q.   If that refreshes your recollection.

23        A.   In order to answer your question, I need to

24   refer to another document.

25        Q.   I'm fine with that if that's --

TONY RODRIGUEZ                                                    5/8/2014

223

1      A.   Which counties did you say?

2      Q.   So in Ms. Templeton's attachment --

3      A.   Yes.

4      Q.   -- from September 25th --

5      A.   Yes.

6      Q.   -- Motley, Armstrong, and --

7      A.   Hold that thought.

8      Q.   Sure.

9      A.   Motley, Armstrong --

10     Q.   And Sutton.

11     A.   Sutton.  I can't find Sutton county, okay.  I

12  can't find Sutton county.  I can tell you that

13  Armstrong County and Motley County are counties in

14  which we don't have a driver license office, and I can

15  tell you that because this chart that I have here in

16  blue depicts the counties where we sent mobile units.

17     Q.   Okay.

18     A.   And we sent mobile units to counties that did

19  not have driver license offices.  And if I could ever

20  find Sutton, I can tell you -- give you the answer on

21  that one.

22     Q.   Well, I can tell you that I'm trying to

23  understand something specific.

24     A.   Sure.

25     Q.   Do you -- strike that.

224

1            What are the temporary DPS offices --

2       A.   I don't know what --

3       Q.   -- that would have been set up?

4       A.   I don't know what she's talking about.

5       Q.   To your knowledge, were there any temporary

6  offices set up in September?

7       A.   Temporary, no.  I don't --

8       Q.   Were there --

9       A.   I'm telling you, I don't know what this woman

10 wrote.  I don't understand why she used that term.

11      Q.   Okay.

12      A.   I'm sorry, I don't understand what she wrote.

13      Q.   That's quite all right.  Do you see that you

14 received the e-mails on the first page?

15      A.   Sure.

16      Q.   September 26th at 2:30 p.m., and then it looks

17 as if you forwarded it the next morning.  Why did you

18 forward this e-mail?

19      A.   Bob Meyers and Lynn Hale, they're part of our

20 training team.  And so I forwarded it to them so they

21 could plan where they might need to go because,

22 potentially, they might need to cover all these

23 counties to train the employees there.

24      Q.   Okay.  And as you stated just a minute ago,

25 the list shows the 79 counties without driver's license

TONY RODRIGUEZ                                                    5/8/2014

225

 1    offices, and Ms. Templeton's e-mail states that 55

 2    counties are interested.

 3         A.    It does, yes.

 4         Q.    What happened next with those 55 interested

 5    counties?

 6         A.    Well, somebody in DPS would reach out to them

 7    and offer them training.  They would offer to train the

 8    counties on how to issue EICs.  And -- and then the

 9    counties would go to a point that we designated, they

10    would receive the training, they would take the

11    equipment back to their -- to their county, and they

12    were also provided with a blank memorandum of

13    understanding, which they could provide to their county

14    commissioners to vote on.  And then, depending on the

15    county, did their business, the judge would sign, and

16    they would forward it to us.

17         Q.    And of those 55 counties, do you know how many

18    ultimately ended up signing the memorandum?

19         A.    Yes.  As of the 5th of May, 55 counties.

20         Q.    And what happened in September with the 24

21    counties that Ms. Templeton indicated are outstanding

22    with a response?

23         A.    Okay.  They hadn't answered us back.  I mean,

24    we would have contacted them again.

25         Q.    Okay.  And would it have been Mr. Meyers or

TONY RODRIGUEZ                                          5/8/2014

                                                                  226

1        Ms. Hale who would have contacted them or you or

2        someone else?

3              A.    No.  When did you say again, by September?

4              Q.    Well, as of -- right after this e-mail

5        presumably, so late September or sometime thereafter.

6              A.    I believe it was -- it was Mr. Krueger who

7        contacted the counties because -- because the -- it was

8        getting so ponderous that Krueger was the one that was

9        the point of contact for -- for counties to return

10       their MOUs.

11             Q.    And you said, when you referred to the

12       document that you were holding, that 55 of these

13       counties as of May --

14             A.    The 5th of May, yes.

15             Q.    -- as of the 5th of May had signed a

16       memorandum of understanding and had EIC capabilities.

17       Do you know how many that number was by the time of the

18       November 2013 election?

19             A.    Give me a second.  No, I don't remember.

20             Q.    And do you know what the number would have

21       been as of the March primaries just a couple of months

22       ago?

23             A.    No.  I would have to go back and -- I can't

24       tell you.  I don't know what they were.

25             Q.    Okay.  Are all forms of DPS issued

TONY RODRIGUEZ                                          5/8/2014

227

1    identification available at any driver's license

2    office?

3         A.   No.

4         Q.   Can you explain which forms might not be?

5         A.   Employee ID cards.

6         Q.   For DPS employees?

7         A.   That's correct.

8         Q.   Okay.  So I mean, just to clarify, the types

9    of DPS issued ID that the public can apply for.  Are

10   all of those forms available at any driver's license

11   office?

12        A.   I understand those forms to be driver

13   licenses, Texas personal identification cards, and

14   election certificates, and those are available for

15   issue at all of our driver license offices.

16        Q.   And what about concealed handgun licenses?

17        A.   The concealed handgun program, as I've said

18   before, is operated through headquarters.  It's

19   operated through -- I don't know how you would

20   categorize it.  A division, I guess.  Well, a

21   division -- by the Regulatory Services Division.  It's

22   not done in person face-to-face.

23        Q.   Okay.  And with respect to driver's licenses

24   specifically, can you -- strike that.

25             With respect to driver's licenses, can a

TONY RODRIGUEZ                                              5/8/2014

228

1    person applying for one go through all the steps

2    required to ultimately get one at any driver's license

3    office?

4         A.   Yes.

5         Q.   So there aren't any offices where you would

6    apply for a driver's license, but you couldn't take the

7    test, for example?

8         A.   Which test?

9         Q.   The test to get a driver's license, the

10   driving test.

11        A.   The drive test, there may be an office which

12   is not offering what we categorize as the skills test,

13   the drive test.  None of them come to mind.  I'm under

14   the impression, to the best of my knowledge, all of the

15   offices offer drive tests.  There may be one or two

16   that don't, but none of them come to mind and I don't

17   know why they wouldn't.

18        Q.   All right.  I would like to take just a quick

19   break, if that's okay.

20        A.   Sure.

21             (Recess from 3:10 p.m. to 3:20 p.m.)

22             THE REPORTER:  Back on the record.

23        Q.   (BY MS. KORGAONKAR)  So I just had,

24   Mr. Rodriguez, one more question about Exhibit 86.

25        A.   Yes, ma'am.

TONY RODRIGUEZ                                              5/8/2014

229

1    Q.    In the attachment, which is stamped 511237 --

2    A.    Uh-huh, yes.

3    Q.    -- through -- well, that's -- if you'll see

4    the comment -- on the comments column on the far

5    right --

6    A.    Armstrong County.

7    Q.    Right, and it continues through on the other

8    pages to other counties as well.  So I just wanted to

9    ask, with Armstrong, for example, starting there, it

10   says, "Sergeant Ward, DPS," and then there's what

11   appears to be a phone number.  And then it says,

12   "Located, Clarendon."  I just wanted to confirm -- or

13   to ask your understanding of that.  Does that seem to

14   indicate that there might be a DPS office in that

15   county, but, perhaps, not a driver's license office?

16   A.    There may be.  And just based on the little

17   bit of information that's provided in the box, it

18   appears that there's some commissioned -- commissioned

19   law enforcement officer is located in Clarendon County,

20   or Clarendon.

21   Q.    And if you turn to the next page and look at

22   Sutton County, there's another note in the comments

23   column that says, "Sheriff's office building has DPS

24   office and courthouse has DPS office open Thursday" --

25   sorry -- "open every Thursday," and then what appears

TONY RODRIGUEZ                                          5/8/2014

                                                            230

1      to be a phone number.  Do you know what that note might

2      mean?

3           A.   No more than you've read.  I can't even find

4      Sutton county on the map.  I don't know what they meant

5      because this document was produced by somebody in the

6      Secretary of State's office, so I don't know -- I don't

7      know what Jennifer Templeton was thinking when she

8      populated it.

9           Q.   Okay.

10                    (Exhibit No. 87 marked.)

11          Q.   (BY MS. KORGAONKAR)  I will now hand you

12     Exhibit 87.  Exhibit 87 is marked TEX-0496271 through

13     6273.

14          A.   I think I have two copies of that.

15                    MS. KORGAONKAR:  Off the record.

16                    (Discussion off the record.)

17                    THE REPORTER:  Back on the record.

18          Q.   (BY MS. KORGAONKAR)  Okay.  So we're on

19     Exhibit 87, I believe it is.  I just wanted to turn

20     your attention to the first e-mail in the chain that is

21     dated September 9th, 2013.

22          A.   At 5:59 p.m.?

23          Q.   Exactly.

24          A.   Yes.

25          Q.   So before we get into the -- into the

TONY RODRIGUEZ                                          5/8/2014

231

1    substance of the e-mail, around this time of year, how

2    many EIC applications would DPS have been processing?

3         A.   I don't know.

4         Q.   Do you have a rough estimate?

5         A.   No.  I would -- I would have to refer to

6    something someplace.  I don't know off the top of my

7    head.

8         Q.   Okay.  So in this e-mail, you write, "Folks,

9    the word has come down that we need to open offices in

10   the top 13 counties where the Secretary of State thinks

11   there are potential voters who do not possess ID."  Is

12   that right?

13        A.   That's what it says, yes, ma'am.

14        Q.   So tell me what you meant when you said "the

15   word has come down"?

16        A.   That's -- as I said before, that's the way I

17   speak.  So when I say "the word has come down," it

18   means that I've been -- I don't know civilians would

19   say it.  I've been asked to, I've been invited to -- to

20   do something.  And, in this case, it was to open

21   offices in the top 13 counties where the Secretary of

22   State thinks there are potential voters who don't

23   possess IDs.  It's just the way I talk.

24        Q.   And when you said "come down," did that, to

25   you, imply that you had been required to do something

232

1    or invited to?

2        A.   I understood that to mean that was a -- that

3    was a directive from my chain of command.  You can put

4    whatever you want on it.  They asked me to do it and I

5    did it.

6        Q.   So it was a mandatory instruction.  Is that

7    fair to say?

8        A.   Yes.

9        Q.   And was it the Secretary of State that gave

10   you -- that gave DPS this instruction?

11       A.   I don't know who -- I don't know who gave the

12   Secretary of State the -- or who gave DPS the

13   instruction.  What I wrote here is that the Secretary

14   of State thinks there are potential voters in those

15   counties.

16       Q.   Right.  But setting aside the second part of

17   the sentence, was the instruction that DPS received to

18   open offices in these 13 counties received from the

19   Secretary of State's office?

20       A.   I received it from my chain of command.

21       Q.   Do you know where DPS received it from?

22       A.   No.

23       Q.   Did DPS have any role in determining which

24   those counties were?

25       A.   No.

TONY RODRIGUEZ                                              5/8/2014

233

1          Q.    Now, dealing with the second part of the

2     sentence, you said, "The top 13 counties where the

3     Secretary of State thinks there are potential voters

4     who don't possess ID."

5          A.    Uh-huh.

6          Q.    Did you -- strike that.

7                    As far as you know, based on what did the

8     Secretary of State's office think this?

9          A.    Excuse me.  Would you mind rephrasing that,

10    please?

11         Q.    Sure.  So you've stated the Secretary of State

12    thinks there are these 13 counties with voters who may

13    not possess ID.

14         A.    Yes.

15         Q.    Do you know what the Secretary of State's

16    assessment was based on?

17         A.    No.

18         Q.    Did DPS have any role in determining which

19    those 13 counties were?

20         A.    I don't believe so.

21         Q.    Did you ask anyone why these 13 counties?

22         A.    No.  I was told to do it in 13 counties and

23    that's what I did.

24         Q.    So did DPS -- not you personally, but DPS --

25    inquire to the Secretary of State, "Why are these 13

TONY RODRIGUEZ                                              5/8/2014

234

1    counties the ones and how did you determine that they

2    would be the ones?"

3         A.   I don't know what discussions went on between

4    DPS and the Secretary of State's office.

5         Q.   Okay.  And then in the last sentence in this

6    same e-mail, you wrote, "In the meantime, I need you to

7    start working on getting your folks energized."

8                   Did you think that it would be a problem

9    to get folks excited about this or energized about it?

10        A.   To ask somebody to come in on a Saturday.  I

11   think that we would need to talk to our employees and

12   we would need to explain to them what needed to be

13   done.  And that's -- but that's also a colloquialism

14   to -- if I ask you to get energized, we're going to go

15   to dinner, you need to get energized, get your stuff,

16   let's go.

17        Q.   Right.

18        A.   So in that respect, it's not that -- that the

19   individual may or may not be willing to go or not.

20   It's that when you -- it's a slang term, it's jargon.

21   And so when you went someone to be energized, it's

22   let's get them moving in that direction.

23        Q.   Of course.  But did you think that it might be

24   hard to get DPS employees energized about working on a

25   Saturday?

TONY RODRIGUEZ                                      5/8/2014

235

1      A.   I didn't know.  I mean, that's why I said, "I

2   need you to start working on getting your folks

3   energized."  They're the people that are closer to the

4   employees than I am.  And that's part of the give and

5   take that I have with my supervisors.

6      Q.   Okay.  Did you think there might be some

7   resistance from employees to the idea that they would

8   have to come in on a Saturday when they usually didn't?

9      A.   Our employees are people.  I don't like

10  working on Saturdays unless it's required to.  I mean,

11  I do it.  We can -- they'll do what we ask them to do.

12     Q.   Of course, okay.  So now I want to look at the

13  next e-mail in this same chain, the one --

14     A.   Directly above it?

15     Q.   I'm sorry?

16     A.   Directly above it?

17     Q.   That's right.  The one that is time-stamped

18  6:24 p.m.

19     A.   Uh-huh.

20     Q.   Could you read the first sentence in this

21  e-mail?

22     A.   Yes.  It says, "Gentlemen, we have been asked

23  to open driver license offices in" -- pardon me -- "in

24  13 counties that the Secretary of State's office

25  believes have the highest number of Texans who require

TONY RODRIGUEZ                                          5/8/2014

236

1    election identification certificates (EICs)."

2        Q.   Okay.  So who asked that these license --

3    driver's license offices be opened?

4        A.   It gets back to the -- your first question,

5    which is we have been asked -- I mean, I was asked by

6    my chain of command.  It's part of -- I don't -- I

7    don't think I fully understand your question.

8        Q.   Do you know whether the Secretary of State's

9    office asked DPS to do this?

10       A.   I don't know.

11       Q.   You don't know, okay.  So in this e-mail, you

12   go on to state, "The bottom line is that these offices

13   will open part of the day Saturday to issue EICs only."

14       A.   Hang on a second.  Yes, I see that paragraph.

15       Q.   Okay.

16       A.   I'm sorry.  I that sentence, yes.

17       Q.   Okay, great.  So I noticed that this e-mail

18   was sent on a Monday.  September 9th was a Monday.

19       A.   Okay.

20       Q.   So I'll represent that to you.

21       A.   Thank you.

22       Q.   Was that short notice to be receiving and then

23   giving this instruction on a Monday for Saturday hours

24   that Saturday?

25       A.   Well, if you -- if you consider the audience

TONY RODRIGUEZ                                           5/8/2014

237

1      to which the e-mail was being sent, not necessarily.

2          Q.    What do you mean by that?

3          A.    Well, the audience are the regional

4      commanders -- the DPS regional commanders.  Remember, I

5      talked about DPS regions.  So they have a commander who

6      is commissioned -- he is in charge of each of those

7      regions.  So I was informing them that they -- that

8      those offices -- our driver licenses in those areas

9      would be open.

10         Q.    So do you mean that for those people who were

11     the recipients of this e-mail hearing on Monday that

12     they had to get some of their offices open on Saturday

13     wouldn't have been short notice for them?

14         A.    You have to understand how the DPS is

15     organized.  So I've spoken about regional managers,

16     okay, and the regional managers are the driver license

17     representatives in the DPS region, okay.  There's also

18     a regional commander, and that's a commissioned law

19     enforcement officer and he is -- he is the highest

20     ranking DPS person within that region and he exercises

21     command over the driver license offices, highway

22     patrol, the Rangers, CID.  So he's the highest ranking

23     person in the region.  So for me to correspond with a

24     regional commander to inform them that there are some

25     offices that may be open, what is that, five days in

TONY RODRIGUEZ                                          5/8/2014

238

 1     advance, that may not be -- there is -- they just need

 2     to be aware of it.

 3         Q.   Was this the first that they had learned of

 4     these Saturdays?

 5         A.   As far as I know, yes.

 6         Q.   So do you not -- it's not a trick question.

 7     I'm just trying to understand --

 8         A.   No, I understand.  I don't think we

 9     understand -- we're talking past each other.

10         Q.   Okay.  I'll try to be more clear.

11         A.   Okay.

12         Q.   So telling them on a Monday that they have to

13     mobilize certain offices to stay open on Saturday,

14     would you consider that short notice considering that

15     they did not know before the 9th that would need to be

16     open on the 14th?

17         A.   No, because they are responsible for other

18     functions, okay.  The people who are responsible to

19     ensure the offices are open are the regional managers,

20     not the regional commanders.

21         Q.   But were the commanders deputized to then pass

22     this information along to the managers?

23         A.   No.

24         Q.   So how did the managers receive the

25     information?

TONY RODRIGUEZ                                          5/8/2014

239

1      A.    Well, they would have either received it

2  either in an e-mail, which you may or may not have --

3  you should have, if I sent one -- or it would be during

4  our 8:00 conference calls.

5      Q.    And what day of the week are the 8:00 calls?

6      A.    When we're in an EIC cycle, as we are now,

7  it's every -- every workday.

8      Q.    And would you have been in an EIC cycle on the

9  9th of September?

10     A.    I -- to the best of my knowledge, I was, yes.

11     Q.    And did the regional managers receive notice

12 prior to this date --

13     A.    I --

14     Q.    -- of the Saturday openings?

15     A.    I -- I don't know for sure.  They should have.

16 It's -- it's the way that I would -- I would ordinarily

17 do business.

18     Q.    So is it common for the for the managers to

19 learn of something like this before the commanders

20 would have?

21     A.    In some instances.  It would depend on what it

22 is.  I mean the regional commander, as I stated, has a

23 number of other functions.  Okay.  So they're -- it's

24 hard to describe what they do to someone who doesn't

25 work in driver license or DPS, so bear with me.

TONY RODRIGUEZ                                        5/8/2014

240

1            So the regional managers in driver

2     license, they're the ones that ensure that the offices

3     are open.  So they're the ones that have to -- to get

4     the resources available to open those offices.  The

5     regional commanders should be informed because it's an

6     occurrence within their area of responsibility, which

7     is their region; and -- and they're responsible for

8     everything that happens within that region.  So this

9     was a -- it just -- it was merely a notification.  But

10    there was not much they had to do in order to -- in

11    order for the offices to be open.  They needed to be

12    aware of it and perhaps a couple other things to let

13    the communications people know or the highway patrol

14    know that there would be offices and there may be

15    customers outside of driver license open, it's open on

16    a Saturday when it wasn't ordinarily.

17         Q.   I want to then draw your attention to what

18    looks like a bullet point, although it's faint here.

19         A.   Hold on a second.  I need to get a drink of

20    water.

21         Q.   Sure.

22         A.   Okay.  I'm with you.

23         Q.   On that first bullet point, you state, "I

24    realize that this creates a real issue for you."

25         A.   Yes.

TONY RODRIGUEZ                                            5/8/2014

241

1     Q.   What was the issue that you believed it

2  created --

3     A.   Well --

4     Q.   -- for the commanders?

5     A.   So I believed that the issue that it would

6  create for those regional commanders was that there

7  would be offices, which -- which are not open

8  ordinarily that would be open on whatever day I

9  specified in there; and that may be a resource issue

10  for them.

11     Q.   Okay.  And then in the final sentence of the

12  first paragraph, could you read that starting, "We were

13  told"?

14     A.   Okay.  "We were told to expect that this

15  effort would continue until the elections in November,

16  but my personal thought is that we don't get" -- that

17  was a misspelled -- "that we don't get any demand if --

18  if we don't get any demand for EICs, we can make a case

19  to stop opening these offices."

20     Q.   So who told you to expect that the effort

21  would only continue through November elections?

22     A.   Well, here's my personal thought.

23     Q.   When you say, "We were told to expect"?

24     A.   Oh.

25     Q.   Someone told you that?

TONY RODRIGUEZ                                              5/8/2014

242

1       A.    It was my chain of command.  I'm sorry.  It

2  would be Paul Watkins or perhaps AD Peters.  I don't

3  know exactly who said this.

4       Q.    Okay.  And do you know whether they're the

5  ones who made that decision?

6       A.    The decision to open on Saturdays?

7       Q.    Yes -- I'm sorry.  The decision to stay open

8  through November elections on Saturdays.

9       A.    That was a discussion between -- between AD

10  Peters and Paul and Steve Bell and myself.

11       Q.    Okay.  And was anyone from outside of DPS

12  involved in that decision?

13       A.    I don't recall.  No, I don't recall.

14       Q.    And then the second part of the sentence about

15  your personal thought.

16       A.    Yes.

17       Q.    Tell me what you meant by that clause.

18       A.    It's merely that that's what my thought was

19  and that we were asking people to come in on Saturdays

20  and that if we didn't get any demand, if there wasn't a

21  group of people that came in -- because at that point

22  this appears to be relatively early in our EICs

23  efforts, and we weren't sure how many people would show

24  up.  And -- and if a -- if a lot -- a lot of a

25  customers showed up in the offices to receive their

TONY RODRIGUEZ                                              5/8/2014

243

1    EICs, obviously we would stay open.  If a lot of -- a

2    lot of customers didn't show up, then we may be able to

3    go back and say -- you know, we're asking employees to

4    come in on Saturday.  It cuts into their quality of

5    life and their family time, and we could make a case

6    that, you know, it might not be worth burning out our

7    employees -- that's my term -- to issue a small number

8    of EICs or potentially none.

9        Q.   Did you anticipate that there wouldn't be that

10   many people?

11       A.   I didn't know what to anticipate.

12       Q.   And what ended up happening, were there any

13   people for those first Saturday -- for that first

14   Saturday?

15       A.   The offices that I visit indicated on that

16   first Saturday, I was the only person to walk in.

17   Those were a couple of small offices.

18       Q.   Which -- which area?

19       A.   Killeen.  I live in Gatesville.  It was easy

20   for me to drive to Killeen.

21       Q.   Do you know about the other offices in

22   general?

23       A.   I don't believe we had -- we don't -- had many

24   customers; but in order to answer that question, I

25   would have to go and look and see where our --

244

1        Q.    Okay.  But just your recollection.

2        A.    My recollection was that we had very few

3   customers.

4        Q.    Okay.  And "very few," could you quantity very

5   few or --

6        A.    I'd say -- as near as I can determine, I

7   believe the number was less than ten.

8        Q.    Less than ten for that date or for that series

9   of Saturdays?

10        A.    Well, for the first Saturday is the question

11   that I was answering for you.

12        Q.    Okay.

13        A.    If you want any more information, I have to go

14   back and look at the charts that we have to get you a

15   precise answer.

16        Q.    To just the best of your recollection, did the

17   numbers grow after that first Saturday or stay about

18   the same?

19        A.    Saturday service stayed roughly the same.

20        Q.    Roughly the same.  Okay.

21                    (Exhibit 88 marked.)

22        Q.    (BY MS. KORGAONKAR)  Okay.  I'm handing you

23   Exhibit 88.  Just let me know when you're ready.

24        A.    Okay.

25        Q.    I just wanted to turn your attention to the

245

1     first e-mail in this chain, and that's the e-mail at

2     9:28 a.m. on the page Bates marked TEX-0511360.

3          A.   Yes, I see it.

4          Q.   Is this a complete list here, this chart below

5     of the regions within your area that were open on those

6     Saturdays?

7          A.   No.

8          Q.   Do you know if such a list is available, a

9     complete list?

10         A.   I don't know.  I -- these aren't my regions.

11         Q.   So one 1A, 1B, 2A, and 2B?

12         A.   Those are Steve's.

13         Q.   Okay.  Those are -- okay.  Do you know whether

14    this is a complete list of the Saturday open offices in

15    that time period for his regions?

16         A.   I would have to compare that to other

17    documents.  It appears to be -- it appears to be

18    complete with the exception of Townhurst.  Townhurst

19    was undergoing remodelling.

20         Q.   Okay.

21         A.   I do not believe the office was open at this

22    point.

23         Q.   And then flipping back to the previous

24    document.  Yes.

25         A.   So that's Exhibit 87?

TONY RODRIGUEZ                                                    5/8/2014

                                                                    246

1        Q.   87.  That's right.

2        A.   Okay.

3        Q.   Do you see the chart under the top e-mail, the

4   6:26 p.m. e-mail that has your regions?

5        A.   Wait a second.  I have a 6/24 e-mail.

6        Q.   Yes.  Sorry.  I misspoke.  That's what I

7   meant.  That chart there under the 6/24 e-mail.

8        A.   Yes.

9        Q.   Does that represent a complete list of the

10  offices in your regions that were open for those

11  Saturday hours?

12       A.   It appears to.  Again, I would have to go back

13  and check with other documentation; but as near as I

14  can determine, it appears to be a complete list, yes.

15       Q.   And I noticed that it doesn't look as though

16  there's anywhere open in Region 5.

17       A.   That's correct.

18       Q.   Do you know whether -- so were there no

19  offices, to your recollection, open in that region for

20  this time period on Saturday?

21       A.   No.

22       Q.   Why is that?

23       A.   Because the population density in Region 5

24  does not warrant opening offices on Saturdays for EIC

25  purposes.

TONY RODRIGUEZ                                          5/8/2014

247

1      Q.   Does that mean there aren't enough people for

2   it to make business sense?

3      A.   Aren't enough people?

4      Q.   There's not enough of a population for it to

5   make business sense open an office on a Saturday for

6   EICs in that region?

7      A.   There are not enough potential customers in

8   Region 5 to warrant opening an office on Saturday.

9      Q.   What is a sufficient number of potential

10  customers?

11     A.   I don't recall that number.  I would have to

12  go back and check other documents.  I don't recall

13  right now.  I just remember that Region 5, because of

14  the low density of population, didn't open offices on

15  Saturdays.

16     Q.   Okay.  And do you recall whose determination

17  it was to not have a Region 5 office open?

18     A.   It was -- since the determination was based on

19  population, then it was -- I don't know.  I -- I can't

20  remember who made the determination.  I can't remember

21  if I recommended it or -- or -- I'm sure ultimately

22  within driver license it was Joe Peters, but I cannot

23  recall the discussion that led up to that decision.

24     Q.   Ultimately, would you have had to sign off on

25  that since it's your region?

TONY RODRIGUEZ                                      5/8/2014

248

1      A.   Well, I report to -- I report to my chain of

2   command.

3      Q.   Okay.

4      A.   It would have been a recommendation that I

5   would have made.

6      Q.   Okay.  And would it have been signed off on by

7   Mr. Peters?

8      A.   We don't sign off on these thing like you sign

9   a ticket.  It would have been a verbal discussion

10  between Mr. Peters and myself or myself and Mr. Watkins

11  or some combination thereof.  We would have been told

12  to do it or not to do it.

13     Q.   So you would have reached an agreement among

14  the three of you?

15     A.   Yes.

16     Q.   Or you and one of those two people, at least?

17     A.   Yes.  Yes.

18               MS. KORGAONKAR:  Next exhibit is 89.

19               (Exhibit No. 89 marked.)

20               THE WITNESS:  Thank you very much.

21  That's when my son was born.

22     Q.   (BY MS. KORGAONKAR)  Okay.  So this exhibit is

23  Bates stamped TEX-00304974.  And it is a press release

24  issued by the Secretary of State on September 13th,

25  2013, is that right?

TONY RODRIGUEZ                                                    5/8/2014

249

1      A.   Yes, that's what it says.

2      Q.   And the title is, "Secretary of State's

3    commends DPS for opening offices on Saturdays to issue

4    election IDs."

5      A.   Yes.

6      Q.   So I just have a couple of questions about

7    this.  You'll see that in the first sentence, the press

8    release states that nearly 50 driver's license offices

9    are offering Saturday hours in order to issue EICs.

10              Is that right?

11     A.   It says "more election certificates," but yes.

12     Q.   Okay.  Sorry.  It says, "more election

13   certificates."

14              Do you know what the number actually was

15   of offices?

16     A.   As of the 13th of September, no.  I'm sorry.

17   Election certificates?

18     Q.   No.  Offices.

19     A.   I believe the number was 49 offices were open.

20     Q.   Okay.  Okay.  Do you know the process for

21   selecting those 49 offices?

22     A.   The Secretary of State provided some

23   information to DPS; and based on that information, I

24   was directed to have the offices open.

25     Q.   What was the information that was provided?

TONY RODRIGUEZ                                          5/8/2014

                                                              250

1        A.    If I recall correctly, there was a -- an Excel

2   spreadsheet that had -- it had the number -- it was a

3   potential -- as it was explained to me, it was the --

4   it was the number of potential Texans who might not

5   have -- or might require an election certificate.

6        Q.    Was it a number in a certain geographic

7   region?  Just to the best of your recollection.

8        A.    Yeah.  To the best of my recollection, it was

9   a county list; and that was one column.  And then there

10  were numbers in another column.  I can't remember much

11  else other than that.

12       Q.    And did the Secretary of State's office

13  generate that list?

14       A.    When I saw it, I was given that by my chain of

15  command; so I don't know who generated it.  I know that

16  my chain of command gave it to me.

17       Q.    And gave it to you stating that it was a

18  document from the Secretary of State's office, right?

19       A.    Yes.

20       Q.    Okay.  Do you know what those numbers were

21  based on?

22       A.    Not more than what I've already told you is

23  that it was -- it was the number -- the -- it was an

24  estimate of the number of individual Texans in those

25  counties who -- there was -- who they thought might

TONY RODRIGUEZ                                           5/8/2014

251

1      need an election certificate.

2           Q.   And do you know based on what they thought

3      people in those counties might need an EIC?

4           A.   Say that again, please.

5           Q.   Do you know what the basis was for the

6      Secretary of State's belief that people in X or Y

7      county?

8           A.   I'm under the impression it was a comparison

9      of databases.

10          Q.   Did DPS, to your knowledge, work on that

11     comparison of databases at all?

12          A.   I don't know if DPS worked on the comparison

13     of databases, no.

14          Q.   Okay.

15               MS. KORGAONKAR:   And do you know whether

16     that list has been provided to us?

17               MR. KEISTER:   I have no idea.

18          Q.   (BY MS. KORGAONKAR)   So the 59 office -- or

19     the 50 offices -- or 49 --

20          A.   49.

21          Q.   -- approximately, which regions of the state

22     were they concentrated in?

23          A.   Concentrated or existed?

24          Q.   Where were they?

25          A.   DPS Regions 1A, 2 -- I'm sorry -- 1A, 1B, 2A,

TONY RODRIGUEZ                                          5/8/2014

252

1    2B, 3, 4, 6A, 6B.

2        Q.   So every region except Region 5, it sounds

3    like?

4        A.   That's correct, yes.

5        Q.   Were there -- was there any particular part of

6    the state or region in which they were concentrated?

7        A.   I -- I don't recall any.  I mean, it was

8    centered around population centers.  They were dealing

9    with people.  So to the best of my recollection, it was

10   based around where the people were.

11       Q.   Okay.  That makes sense.

12            Were there more of them near -- near big

13   urban centers than in very, very rural areas?

14       A.   More of them?

15       Q.   More of these Saturday opened offices?

16       A.   The offices that were open on Saturdays were

17   in the counties -- that was 'cause it was -- I did it

18   by county, and the counties were selected or based on

19   the population.

20       Q.   Okay.

21       A.   If that answers your question.

22       Q.   It does.

23       A.   Okay.

24       Q.   Is it fair to say that DPS locations that were

25   in places with smaller populations were less likely to

TONY RODRIGUEZ                                              5/8/2014

253

 1    have Saturday open hours?

 2        A.   I'm not sure if that's an accurate statement,

 3    because we went on the -- we used the population by

 4    county.  So Bell County would have -- and had offices

 5    that were open, you know; so parts of Bell County are

 6    rural.  So when we broke it out, we broke it out by

 7    county.  It wasn't -- it wasn't -- it was all the

 8    offices within a given county that were open.

 9        Q.   Okay.  So some counties had more than one

10    office open for Saturday hours in this time period?

11        A.   Potentially, yes.

12        Q.   All right.  So it looks to me from the past

13    few documents that we've received that on Monday of

14    that week you let the commanders know that Saturday

15    hours were going into effect.  And then on Monday and

16    Tuesday, it sounds like you were working on figuring

17    out which offices would actually be open.  On Friday

18    this press release goes out; and on Saturday, that's

19    the first open Saturday hours.

20             Does that sound about right from your

21    recollection for that week?

22        A.   In order for me to answer specifically, I

23    would want to see all the chain; but it sounds -- it

24    sounds -- generally speaking, if what you've described

25    is accurate, then generally speaking, yes.

TONY RODRIGUEZ                                                    5/8/2014

254

1          Q.   And that information is just based on the last

2     few e-mails that we have discussed today.

3          A.   We've looked at a lot of e-mails today.

4          Q.   I understand that.

5               So was that a busy week for you at DPS?

6          A.   I don't know.  I suppose.

7          Q.   Do you think it would be fair to say it was a

8     busier week than usual, given that you had a big,

9     different event occurring on Saturday?

10         A.   I leave the office at 7 o'clock every night

11    anyway, so no.  Sometimes I leave at 6:30 because I

12    want to give myself a break.

13         Q.   Okay.  Understood.  Was -- were people rushing

14    to accommodate those Saturday hours for that first

15    week, at least?  It seems like it would be a busy week.

16         A.   I don't -- I don't -- I don't recall it as

17    being rushing.  I was -- I was actually very pleased

18    with our employees.  They did what we wanted them to

19    do, and they did it in a darn good way.  And I was -- I

20    was very satisfied with how they were doing it.  And so

21    I didn't perceive it as a busy week, necessarily.

22         Q.   Were there any offices that you-all had

23    discussed or maybe wanted to have open for that first

24    set of Saturday hours that ultimately it didn't work

25    out in?

TONY RODRIGUEZ                                          5/8/2014

255

1        A.    Only in the office that I've mentioned to you,

2   Townhurst, because it was undergoing renovations.

3        Q.    But aside from Townhurst, everywhere else that

4   you and your colleagues discussed wanted to have open

5   and everywhere else that the Secretary of State

6   requested be open ended up being open on that Saturday?

7        A.    To the best of the my knowledge, yes.

8        Q.    Okay.

9

10             MS. KORGAONKAR:  Can we go off the record

11   for one second?

12             THE REPORTER:  Off the record.

13             (Discussion off the record.)

14             THE REPORTER:  Back on the record.

15             (Exhibit No. 90 marked.)

16        Q.    (BY MS. KORGAONKAR)  I will hand you

17   Exhibit 90, which is Bates marked TEX-00462137 through

18   2139.  If you could just take a moment, and let me know

19   when you're ready.

20        A.    Okay.

21        Q.    Have you seen this document before?

22        A.    I don't recall seeing this document.

23        Q.    So I wanted to draw your attention to the very

24   first e-mail, which is at the bottom of the chain.  It

25   is from Janie Ramon to Keith Ingram with John Steen

TONY RODRIGUEZ                                              5/8/2014

256

1     copied --

2         A.   Okay.

3         Q.   -- from October 7th, 2013, at 10:18 a.m.  So

4     in this, Ms. Ramon states to Mr. Ingram and Secretary

5     Steen, "Would like to request your assistance."  And

6     then she states that she understands that opening --

7     sorry -- strike that.

8                    "I understand that this has to be

9     approved by SOS.  We're currently trying to get some

10    Saturday openings of the local DPS office for election

11    certificates"; is that right?

12        A.   That's what it says.

13        Q.   Okay.  In the e-mail, when Mr. Ingram responds

14    to her that's just above it.

15        A.   Hold on a second.

16        Q.   -- at --

17        A.   Give me a second.

18        Q.   Sure.

19        A.   Okay.  I'm with you.

20        Q.   Okay.  So this is the 11:03 a.m. e-mail in the

21    chain from Mr. Ingram in response to Ms. Ramon?

22        A.   I see that.

23        Q.   He states, "Thank you for letting us know of

24    your request to DPS.  We don't have any ability to

25    request Saturday openings in Val Verde County, but we

TONY RODRIGUEZ                                              5/8/2014

257

1    are scheduled to bring mobile EICs units to your county

2    on October 31st to November 1st."

3                   Is that right?

4        A.   Happy Halloween, yes.

5        Q.   Okay.  So starting with Ms. Ramon's e-mail,

6    she indicates that the Secretary of State's office

7    needs to approve requests for DPS offices.

8        A.   Okay.

9        Q.   To be open on certain dates.

10                  Is that how you understand it as well?

11       A.   I was informed --

12                  MR. KEISTER:  Object to speculation.

13       Q.   (BY MS. KORGAONKAR)  I'm asking how you

14   understand it, not what she necessarily meant.

15                  MR. KEISTER:  I'll object.  It's

16   speculation.  He's not -- he's not a participant, so --

17       Q.   (BY MS. KORGAONKAR)  Right.  But you don't

18   have to speculate when it comes to what you take this

19   to mean.  That's all I'll asking you.

20                  How do you understand this?

21       A.   Okay.  Give me a second.

22       Q.   Sure.

23       A.   I understand that this has to be approved by

24   SOS, yeah.  Yes.

25       Q.   So do -- did you understand her request also

TONY RODRIGUEZ                                              5/8/2014

258

1    to have had to be approved by the Secretary of State?

2         A.   Well, I wasn't e-mailed the request.  But what

3    you've handed me, it looks -- it appears that they have

4    to ask the Secretary of State.  This a county clerk in

5    Val Verde.

6         Q.   Right.  I understand that.

7              So my question is, do you also think that

8    that is the correct process that she would have had to

9    go through?

10             MR. KEISTER:  Objection, calls for

11   speculation.

12             THE WITNESS:  I believe there would have

13   to be some -- the counties that we -- this is for

14   Saturday openings?

15             They would have to have some discussion

16   with the Secretary of State's office.

17        Q.   (BY MS. KORGAONKAR)  Okay.

18        A.   Yeah.

19        Q.   Would you have also -- "you" being DPS --

20   needed to approve such a thing, or would it only have

21   been the Secretary of State's office?

22        A.   Well, the selection of Saturday offices was

23   based on other -- other criteria than requests.

24        Q.   But elective Saturday hours for a county that

25   may not have been selected.  If the county voluntarily

TONY RODRIGUEZ                                                5/8/2014

259

1      wanted to open on Saturday hours that wasn't already

2      within the counties specified by the Secretary of

3      State's office, did they need to get approval from DPS

4      from you?

5           A.   Assuming they had an office in the county,

6      then they would have to -- it wouldn't so much be -- I

7      suppose you could categorize it as approval but the

8      employees worked for us and we would have to authorize

9      them to go into the office.  So if that's how you

10     categorize approval, then the answer to your question

11     is yes.

12          Q.   Okay.  And then turning to Mr. Ingram's

13     response, as I read before, he stated, "We don't have

14     any ability to request Saturday openings in Val Verde

15     County."

16          A.   Okay.

17          Q.   Is that accurate, as you understand it?

18          A.   Well, they can request it.

19          Q.   Did they have the ability to require DPS to

20     open certain offices for Saturday hours?

21          A.   Does the Secretary of State have the ability

22     to require DPS to open an office on a Saturday?  Not to

23     my knowledge.

24          Q.   But didn't the previous e-mails establish that

25     there were certain offices that the Secretary of

TONY RODRIGUEZ                                                5/8/2014

260

1    State's office requested DPS to open on Saturday?

2         A.    Yes.

3         Q.    So to me that sounds in consistent.  Maybe I'm

4    just not understanding.

5         A.    I think you don't understand.

6         Q.    Okay.

7         A.    It's because the offices that were selected

8    for Saturday were based on the population of those

9    counties.

10        Q.    But the Secretary of State's office selected

11   them?

12        A.    Based on the population of those counties.

13        Q.    So could the Secretary of State's office have

14   selected different counties based on something else, if

15   it had chosen to?

16        A.    I suppose they could have.

17        Q.    Based on something else that even made sense,

18   let's say?

19        A.    I would say that having an office open on

20   extended hours near the bulk of the population

21   certainly makes sense to me.

22        Q.    Right.  But there's a number of other things

23   that could have made sense.  So I'm saying, you

24   agree -- or tell me if you disagree that the Secretary

25   of State's office could have instructed DPS to open 13

TONY RODRIGUEZ                                              5/8/2014

261

1    different county offices if under some other criteria

2    those offices would have made sense to open, right?

3         A.   I suppose so.

4         Q.   So then is it correct that the Secretary of

5    State's office doesn't have the ability to request

6    Saturday openings in Val Verde County?

7         A.   They can request them.

8         Q.   Okay.  And did the Secretary of State's office

9    request certain other county offices to be open on

10   Saturdays?

11        A.   Not to my knowledge.

12        Q.   The 13 counties from the previous --

13        A.   Oh, yeah.  Those ones, yes.

14              May I -- so let's be clear.  The

15   Secretary of State asked for driver licenses to be

16   opened in certain counties, not county offices.

17        Q.   Okay.

18        A.   Okay.

19        Q.   Okay.  And just looking through the rest of

20   the exchange, which goes over to the first page, it

21   doesn't appear to me in this chain that there are any

22   DPS people on this e-mail; is that right?

23        A.   I believe that to be correct, yes.

24        Q.   Did this e-mail, to your knowledge, ever get

25   forwarded to DPS?

TONY RODRIGUEZ                                              5/8/2014

262

1          A.   I don't know.

2                MS. KORGAONKAR:  The next document,

3     Exhibit 91.  Yes.

4                (Exhibit No. 91 marked.)

5          Q.   (BY MS. KORGAONKAR)  I'm handing you

6     Exhibit 91, which is not Bates marked.  Just take a

7     minute to look at it.

8          A.   Okay.

9          Q.   So this is a printout from earlier this week

10    from the DPS website.  It's a document that states the

11    listed driver license offices will be opening the

12    following Saturdays; May 10th, 17th, and 24th.

13         A.   Yes, that's correct.

14         Q.   Can you tell me when or approximately when

15    this list would have been posted on your website?

16         A.   No.  It would have been posted some -- because

17    we started our -- sometime after the 28th of April is

18    all I can tell you.

19         Q.   Okay.  And why the 28th of April?

20         A.   That's the date when we started to have our

21    daily EIC conference calls.

22         Q.   Okay.  And to your knowledge, is this list

23    complete as of today?

24         A.   Yes.

25         Q.   And was the -- well, strike that.

TONY RODRIGUEZ                                                5/8/2014

263

1          What was the process of establishing

2   Saturday hours for these offices this May?

3          A.    The process we -- the process we used to open

4   these offices was that these were the offices that we

5   had opened on Saturdays previously.

6          Q.    "Previously" meaning what?

7          A.    Previous election cycles.

8          Q.    In the fall of 2013?

9          A.    With the exception of Townhurst.  And I

10  believe there's an office in Dallas, which is opened.

11  I can't -- I can't remember if it's Dallas East or

12  Dallas Southwest, but there's an office that we've

13  opened since the 2013 to now.  And because it's in

14  Dallas County, it's open.

15         Q.    Okay.  Like a brand-new office?

16         A.    Yes.

17         Q.    Okay.  So because this is based on the offices

18  that were open in the fall 2013 cycle, that means that

19  ultimately this is based on that same set of data from

20  the Secretary of State's office; is that right?

21         A.    That's correct.

22         Q.    Okay.  Besides the period of time in the fall

23  of 2011 preceding the November 2013 elections, and

24  besides the period of time right now, this May, when

25  there's Saturday hours, have there been any other

TONY RODRIGUEZ                                            5/8/2014

264

1    Saturday hours for people to get EICs?

2        A.   Outside of an election cycle?

3        Q.   I guess both outside of an election cycle; and

4    also, are those are those the only two election cycles

5    when Saturday hours were instituted?

6        A.   To the best of my recollection, we've had a

7    constitutional election, we've had primaries, and we're

8    in the midst of a runoff.  And if I'm not mistaken, to

9    the best of my recollection, we've had Saturday

10   operations during each one of those three election

11   cycles.

12       Q.   All right.  And have there been other Saturday

13   hours since last September, let say?

14       A.   Outside of the times that I just described as

15   election cycles?

16       Q.   Correct.

17       A.   No.

18       Q.   Okay.  Do you know if this notice that we're

19   looking at now is distributed in all of these counties?

20       A.   This notice?  This notice is posted on our

21   website.

22       Q.   And is there a different notice that goes to

23   the counties from DPS?

24       A.   I don't know.

25       Q.   Is it upon the local DPS offices to publicize

TONY RODRIGUEZ                                              5/8/2014

265

1      the Saturday hours?

2          A.   That's media and communications.  I don't

3      know.  I don't know their -- I don't know how they do

4      business.  It's not my business to know their business.

5          Q.   Okay.  All right.

6               MS. KORGAONKAR:  All right.  You want to

7      take a quick break?

8               THE REPORTER:  Off the record.

9           (Recess from 4:15 p.m. to 4:27 p.m.)

10              THE REPORTER:  Back on the record.

11         Q.   (BY MS. KORGAONKAR)  Okay.  I'm going to shift

12     gears just a little now.  I want to talk about the

13     mobile EICs units.

14         A.   Okay.

15         Q.   Could you just tell me what a mobile EIC unit

16     is?

17         A.   Okay.  We call a mobile EIC unit -- I had

18     described it before.  I'll do it again.  It's nothing

19     more than a term we use for a -- called collection

20     equipment.  It's -- roughly speaking, it's a laptop.

21     There's a printer.  There's cartridges, and then

22     there's the -- thank you -- the digital camera, the

23     tripod for the digital camera.  There's the blue screen

24     that we have to use as a backdrop for when we take

25     applicant pictures.  There are forms.  There's blank

TONY RODRIGUEZ                                    5/8/2014

266

1    sheets of paper, and there -- it's containerized inside

2    of a tub.  There's -- for the units that we -- that DPS

3    provides that -- for use of DPS employees, there's a

4    cell phone that's a DPS-provided cell phone.  For the

5    county units, there's not a DPS-provided cell phone.

6    It's the major distinction between the county EIC,

7    mobile EICs units, and the DPS mobile EIC unit.

8         Q.   Is there a car or a vehicle associated with

9    the mobile unit?

10                  (Phone buzzing.)

11                  THE WITNESS:  It's our friend.

12                  No.

13        Q.   (BY MS. KORGAONKAR)  So to get to wherever a

14   mobile station is set up, employees, whoever they are,

15   use their own cars generally?

16        A.   I misunderstood your question.  I understood

17   your question to be:  Is a car associated with a

18   specific unit?  In other words, is that part of the

19   unit set?  And the answer to that question is no.

20        Q.   Okay.

21        A.   The Department of Public Safety, insofar as

22   the resources that we have available, provides fleet

23   vehicles for the employees to go and issue EICs.

24        Q.   And are those fleet vehicles available any

25   type a DPS employee needs to make it to a mobile unit?

TONY RODRIGUEZ                                           5/8/2014

267

1    A.   Within the -- within the resources that we
2    have available, yes.
3    Q.   Okay.  Is a mobile unit the same thing as a
4    mobile light unit?
5    A.   Yes.
6    Q.   They're the same?
7    A.   Yes.  The mobile light and -- you've heard the
8    term "pet peeve"?
9    Q.   I have, indeed.
10   A.   The making -- calling things names like mobile
11   light is one of my pet peeves, and -- but essentially,
12   the mobile light is a mobile unit, yes.
13   Q.   Is there any difference between the two?
14   A.   Someone put it on slide, and everybody refers
15   to it as that.  Other than somebody thought it was a
16   great ideal to call them that, no.
17   Q.   So there's never been a substantive
18   distinction or difference between these two things.
19   It's just what people call them.
20   A.   That's right.
21   Q.   Okay.  When did DPS first learn of mobile
22   units for EICs?
23   A.   I'm going need you to rephrase that question,
24   please.
25   Q.   When did the idea of -- of issuing mobile

TONY RODRIGUEZ                                                5/8/2014

268

1    units first occur?

2          A.   Issuing EICs through mobile units?

3          Q.   Correct.

4          A.   Okay.  I don't remember exactly what day.  It

5    was -- it was sometime during the constitutional

6    election cycle, and the -- the -- the initial

7    suggestion that was in the September, that fall, the

8    period of 2013, the initial suggestion was that we use

9    one of our six disaster response units to issue EICs.

10   And there are a variety of reasons that we didn't want

11   to do that.  And we decided to -- to enter into an

12   agreement with the Secretary of State, and I don't

13   remember who paid for them.  But -- but we constituted

14   25 sets of mobile units; and then later, on we

15   constituted approximately 80 sets of mobile units.

16         Q.   Okay.  And did the idea generate within DPS,

17   or did it generate from the Secretary of State's

18   office?

19         A.   I don't know -- I don't know where the idea

20   generated from.

21         Q.   Okay.  And whose, to the best of your

22   recollection, idea was it to use one of those disaster

23   response units?

24         A.   I don't recall.

25         Q.   Who all was involved in the -- in the planning

TONY RODRIGUEZ                                        5/8/2014

269

1    in fall of 2013 to involve -- strike that -- the

2    planning in 2013 to create and then to dispatch mobile

3    EIC units?  By "who," I mean which offices.

4         A.   Well, the driver license division of DPS,

5    certainly, we were the executor of that.  I cannot

6    recall if there was discussion between DPS and the

7    Secretary of State about mobile units.  I just can't.

8    I don't recall.

9         Q.   Do you recall whether the Governor's office

10   was involved?

11        A.   I don't know about that.

12        Q.   Do you recall whether the Lieutenant

13   Governor's office was involved?

14        A.   I don't know about that either.

15        Q.   What was the goal of the mobile EIC units?

16        A.   The goal was to provide Texans, who lived in

17   those 80 -- or 79 counties that I talked about, the

18   opportunity to -- to get an EIC.

19        Q.   What were some of the potential difficulties

20   discussed when you were planning this and implementing

21   the program?

22        A.   Well, we had to -- we had to get the

23   resources.  We had to get the money.

24        Q.   Uh-huh.

25        A.   And of course, there's a -- because we're a

TONY RODRIGUEZ                                              5/8/2014

270

1    government agency, there's a process it needs to go

2    through in order to get the money.  We had to -- we had

3    to purchase the computers themselves, and we had to --

4    we had to ensure that the computers were able to do

5    what we wanted them to do.  And so DPS IT has IT

6    security.  I'm not an IT guy, but I know they have

7    certain security requirements.  So those computers had

8    to meet those security requirements.  They also had to

9    configure the application, the desktop application to

10   enable to -- or to make the screens that were displayed

11   for the CSRs to look as much like the screens that are

12   displayed in our brick-and-mortar offices as possible

13   so that -- so that we wouldn't have to train people to

14   do a completely different system and would be as

15   similar to what they had already done as possible.

16              So there was that -- the IT and the

17   IT-related issues of getting all that done under a

18   relatively short period of time.  I believe it was ten

19   days or so.  We had to -- we had to -- we received the

20   computers from the vendors.  It was a lot of logistics.

21   We received the computers from the vendors.  They had

22   to be imaged.  They had to be -- the application had to

23   be loaded on the computer.  The physical loading all

24   the applications takes time when you're dealing with 25

25   computers.  You know, there's going be a problem.  We

TONY RODRIGUEZ                                              5/8/2014

271

1    had a bench test.  We had to make sure that all the

2    peripherals worked and everything like that.  So there

3    was --

4         Q.   Okay.  And you mentioned that money was one

5    potential concern, but clearly the money came.

6              Do you know where it came from?

7         A.   No.  We were told to -- Steve Bell and I were

8    told to put it on our purchase cards, and that's what

9    we did.

10        Q.   Okay.  And is your purchase card a credit card

11   that you have for your employment at DPS?

12        A.   It's -- yeah, it's a P card.  I'm authorized

13   to use it under certain circumstances and within

14   certain spending limits.  Steve did most of the buying

15   because he was -- as I said before, he was the person

16   who dealt with logistics.  And so I was under -- I was

17   operations, and he was logistics.

18        Q.   Do you know whether ultimately the amounts

19   that you-all paid for the equipment came out of DPS's

20   budget, or was DPS reimbursed by the Secretary of State

21   or any other agency?

22        A.   I have no idea.

23        Q.   And so you mentioned money and the difficult

24   IT work that needed to be done as two of the --

25        A.   Well, there were -- there were a challenge

TONY RODRIGUEZ                                          5/8/2014

272

1      that needed to be done.  We needed to receive the

2      equipment.  We needed to configure the equipment and

3      the boxes that I talked about before.

4           Q.   Right.

5           A.   We had to physically bring the CSRs to Austin

6      and conduct a training class.  And then we dispatched

7      them to their home regions with the equipment in hand

8      after they had -- after they had inventoried it and

9      made sure that it all ran.

10          Q.   And was there ever any concern about which

11     would be the right places to receive equipment for

12     mobile EIC units?

13          A.   I don't understand what you're asking me.

14          Q.   Well, how were the places selected?

15          A.   The -- the locations for EIC operations were

16     selected based on that they were the 80 counties in the

17     state that didn't have driver license offices.

18          Q.   So what about the initial 25?  Maybe I'm

19     getting different phases confused.

20          A.   Okay.  So it's very easy, to my mind anyway.

21     Nobody else seems to --

22               Okay.  Phase 1 --

23          Q.   Uh-huh.

24          A.   -- Saturday opening.

25          Q.   So Phase 1 has nothing to do with mobile EIC

TONY RODRIGUEZ                                           5/8/2014

273

1    units?

2         A.   No, ma'am.

3         Q.   Is at the Saturday openings that we discussed

4    earlier?

5         A.   Yes.

6         Q.   Okay.

7         A.   Phase 2, 25 Secretary of State EIC mobile

8    units.

9         Q.   Okay.

10        A.   Phase 3 are the 80 county units -- about 80, I

11   think.  I can't remember exactly how many of them there

12   were.  So that allowed me to organize the operation

13   within my own mind.

14        Q.   And for my clarification, the 80 county units

15   are still considered mobile units?

16        A.   Well, yes, because -- because -- because of

17   the equipment that comprises the unit, yes.

18        Q.   But the -- those 80 units, are they themselves

19   ambulatory; or are they set up in one spot and they

20   stay in that spot in the county?

21        A.   You mean do they get up and walk around?

22        Q.   Do they get moved around?

23        A.   They can be moved to wherever the county

24   determines that they want to issue EICs.  If the county

25   wants to move them, then the county can do that,

TONY RODRIGUEZ                                        5/8/2014

274

1    because the units -- because the set -- the equipment
2    set they've been given enables them to do that; and
3    we've had counties ask about that.  The answer is, if
4    that's what you want to do, it's your equipment to use
5    for the time being.
6        Q.   So to your knowledge, of those 80 Phase 3
7    units, do the counties generally set them up in one --
8    in one spot in a courthouse, for example, and keep it
9    there; or do the counties sometimes take them outside
10   of a Target?
11       A.   Outside of a target.
12       Q.   A Target or a grocery store or to --
13       A.   Oh, you're talking about a store.
14       Q.   Yes.
15       A.   Sorry.  I'll be honest with you, I don't know
16   what the counties do with them.  I've never visited a
17   county to -- to see their EIC units.  It's just -- I
18   couldn't speculate on that.
19       Q.   Okay.  And to your knowledge, for the 25, the
20   Phase 2 --
21       A.   Uh-huh.
22       Q.   -- are those ones set up outside of shops and
23   places like that where people can go?
24       A.   So the -- the site selection for the Phase 2
25   units was given to us by the Secretary of State.

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

TONY RODRIGUEZ                                          5/8/2014

275

Q.   Okay.   And did you, DPS, have any role in the site selection for those Phase 2 units?

A.   I'm trying to answer your question.   We could, is the short answer.   The Secretary of State would tell us to go to a given location -- and I'll use an example.   123 Main Street, Val Verde, Texas -- and we would send employees to that location and they would make sure that the people at that location knew that we were coming, okay, and that they had the -- the infrastructure quote, unquote that we needed.   And the infrastructure was a chair -- you know, chairs and a table and a plug.   And once they had done that, then that site -- we would go to that site.

Q.   Okay.   And for the 25, is it right that those were manned by Secretary of State employees plus a DPS employee, maybe?

A.   That's not an accurate statement, no.

Q.   Okay.   Who were they manned by?

A.   So the 25 Phase 2 units have up, until this election cycle that we're currently in --

I -- it's possible that the Secretary of State units might have some employees at one of those 25 -- with one of those 25 units but not during the -- not during the fall elections.   It was only after we provided them with training.   I just don't know.

TONY RODRIGUEZ                                              5/8/2014

276

1    Q.   Okay.   Is it correct that the 80 county units

2    are manned by county employees?

3    A.   That's not correct.

4    Q.   Okay.   What is correct?

5    A.   What is correct is that the 55 units that

6    we've sent to the counties who have signed the MOUs and

7    who have received training are being crewed by county

8    employees.   The delta -- the difference between

9    whatever, 80 minus 55, is those are being maintained by

10   DPS.   We have control of those units.

11   Q.   Is the only difference between the 55 and the

12   remaining balance, that for the 55, those county

13   employees have been trained and have gone through that

14   and signed the MOU?

15   A.   Yes.

16   Q.   And for these three phases -- well, strike

17   that.   We've covered the time period associated with

18   Phase 1.

19           But can you let me know what the time

20   period is associated with Phase 2?   Are those ongoing?

21   A.   When I refer to those phases, it was during

22   the fall election that ended in November.   And the only

23   reason I did that is because we had a lot of moving

24   parts and because it allowed me to separate those

25   moving parts in my mind.   When I was talking to people,

TONY RODRIGUEZ                                          5/8/2014

277

1    I would -- I would refer to things as Phase 1, Phase 2,

2    Phase 3, because that's been my experience.  And it was

3    also how I wanted to get all of our employees on the

4    same sheet of music, so to speak, so they would

5    understand.  That way we get away from the mobile light

6    colloquialism.

7        Q.   Are the Phase 2 units still out there?

8        A.   The Phase 2 units are currently still being

9    used, yes.

10       Q.   Are they still in the same places where they

11   started?

12       A.   I --

13               MR. KEISTER:  Objection, vague.

14               THE WITNESS:  I don't know.  I mean,

15   they're in the field.  Okay.  They've -- Steve Bell

16   keeps track of which -- specifically which units are

17   where.  So the broad answer is yes, they're still out

18   in the field; but I can't give you granularity on which

19   units and which office.

20       Q.   And the Phase 3 units, when did those start

21   being operated, approximately?

22       A.   I don't recall.  I believe it was -- it was

23   associated with the same constitutional election.  I

24   believe we had Phase 1, 2, and 3; and they were running

25   concurrently.

TONY RODRIGUEZ                                          5/8/2014

278

1      Q.   Okay.   Is it correct that Phase 3 units are

2   still operating now?

3      A.   That's an accurate statement, yes.

4      Q.   That was the clearest description of phases?

5      A.   That's what --

6      Q.   I appreciate that.

7      A.   That's what I've been told.

8      Q.   Thank you.

9           You've been -- you've been kicking that

10   one around for some time.

11      A.   All it did is it -- because we had a lot of

12   things that were going on, it allowed me to

13   intellectually separate things that were happening so

14   that when I was talking to certain people about certain

15   things, I can say, "Well, that's a Phase 1 issue."  Got

16   that.  Because we would have different issues on

17   different phases.  And then within the Army lexicon is

18   a that phases can run concurrently.  They can overlap,

19   or they could be sequential.  In this case, they all

20   overlapped; so that's --

21      Q.   Thank you.  We appreciate that.

22      A.   Just to be clear, is that we're no longer

23   referring to any phases during our current election

24   cycle.

25      Q.   Okay.

TONY RODRIGUEZ                                            5/8/2014

279

1        A.    Okay.

2        Q.    When did phases get phased out?

3        A.    I'm sorry.  We stopped referring to things in

4   phases at the November election, whenever that was.  It

5   was, what, the 11th or the 12th, I believe.  Once we

6   stopped that initial constitutional election, that was

7   the end of it because we didn't need to.  We just

8   had -- all we had were EIC units that were in the

9   counties; and everything else we didn't need to

10  separate things in people's minds.

11       Q.    Okay.  I will hand you Exhibit 92.

12             (Exhibit No. 92 marked.)

13             THE WITNESS:  Thank you very much.

14       Q.    (BY MS. KORGAONKAR)  This exhibit is Bates

15  marked TEX-0511208 to 209.  And let me know when you've

16  had a minute to review.

17       A.    Okay.

18       Q.    So I wanted to turn your attention to the

19  initial e-mail in the chain, which is dated

20  September 24th, 2013, from 3:18 p.m.?

21       A.    Yes.

22       Q.    It's an e-mail from you.

23       A.    Uh-huh.

24       Q.    The subject is "Rumor control election

25  certificates," and it's been designated with an

TONY RODRIGUEZ                                              5/8/2014

280

1    importance level of high.  In the first sentence you

2    write, "Managers, I'm trying to control some rumors.

3    There's a change in the way we will do EIC operations

4    that will impact your regions."

5              So I just wanted to know, first of all,

6    what the rumors are, as you recall them.

7        A.   I'm sorry.  I can't recall anything right now.

8        Q.   Okay.  And does reading the rest of the chain

9    maybe refresh your recollection?

10       A.   Well, let's see.  (Witness reading.)

11             Only that it must deal with something

12   with county units and these counties.  Although I would

13   like to point out that previously I told you there were

14   78 counties.  Okay?  And this here says 79.  In

15   reality, Kimball County had opened an office right

16   around this time period.  So there was some minor

17   confusion whether Kimball was a county with a driver

18   license or not; and some people thought it was and

19   thought it wasn't.  Kimball County has an office in

20   there.  It's not counted as one of the 78.

21       Q.   Understood.  So with respect to the rumors?

22       A.   All I can -- the only illumination I can give

23   you is that it must -- it must have had something to do

24   with -- with these mobile units.

25       Q.   And your next sentence, "There's a change in

TONY RODRIGUEZ                                              5/8/2014

281

1    the way we'll do EIC operations that will impact your

2    regions."

3        A.   Yes.

4        Q.   What was that change?

5        A.   The changes as loaded out -- as below.  So

6    your facilitators and assistant manager will need to be

7    trained by ITS -- stands for Innovation and Tech

8    Solutions, people on the new EIC system for the new

9    computers.  So all that -- all that deals with is that

10   we're going to get the 79 Phase 3, 78 Phase 3 county

11   units; and we're going to shift the responsibility for

12   training.  We're going to have distributed training.

13       Q.   What is "distributed training"?

14       A.   Distributed training is that we're telling the

15   facilitator, who is an employee who is a resident in a

16   county -- or I'm sorry -- a DPS region that they're

17   responsible to train the county -- the county

18   employees.  So we'll provide the training to the

19   facilitator, and the facilitator will provide the

20   training to the County.  What that allows us to do is

21   to train much faster.

22       Q.   And is it correct that previously everyone

23   getting trained would have been trained here in Austin?

24       A.   It is, but only when you -- but in order to --

25   in order for that -- you have to understand that prior

TONY RODRIGUEZ                                        5/8/2014

282

1    to this the only people that we had trained were DPS

2    employees.  So Phase 2, we had a new system.  We

3    brought the people who were going to operate the

4    system, and we conduct the training in a central

5    location.  Okay?  This is Phase 3 now; and since there

6    are a large number of counties that will receive

7    training in a distributed manner, it made more sense

8    for us to go ahead and train the trainer.

9        Q.   Okay.  And what was the difference in the --

10   in the two computer systems, the old one versus the new

11   one, as of this date?

12       A.   When I refer to the new computers, it's merely

13   that they're -- that they're computers that were

14   purchased.  There should be -- and to the best of my

15   knowledge, the laptops that we purchased to send out

16   for Phase 2 and for Phase 3 were the same model of Dell

17   or whatever they were.  So when I say -- when I refer

18   to "new computers," it's not a new computer system.

19   It's merely they we've purchase a new computer.

20       Q.   Okay.  I have another document.

21            (Exhibit No. 93 marked.)

22       Q.   (BY MS. KORGAONKAR)  So Exhibit 93 is Bates

23   stamped TEX-0511590 through 591.

24       A.   Okay.

25       Q.   Okay.  Do you recognize this e-mail?

TONY RODRIGUEZ                                          5/8/2014

283

1      A.   Yes.

2      Q.   What is it?

3      A.   Going from the bottom up, this is an e-mail

4  that my counterpart, Steve Bell, sent out; and he sent

5  it to the regional managers for regions 1 and 2.  And

6  it just says that we're going to set up these 25 units.

7  And then later on in the e-mail, there's some other

8  information from a guy named -- DPS employee named Bob

9  Meyers.  Bob Meyers is one of our training people, and

10  he provides the -- the -- some -- some specifics for

11  training, when we're going to do the training.

12              And then the very top is from Deborah

13  Pitzer.  Deborah Pitzer is an assistant manager in

14  Region 1B, and she just provides the names of the

15  employees who are going to travel to Austin and receive

16  the training.

17      Q.   And at this time period, with this --

18      A.   September.

19      Q.   -- the end of September --

20      A.   Yes.

21      Q.   -- do you know how many EICs were being

22  processed at that point?

23      A.   I don't know.

24      Q.   And I just wanted to ask you a question about

25  the first e-mail -- the first sentence, rather, in

TONY RODRIGUEZ                                          5/8/2014

284

1    Mr. Bell's initial e-mail.

2         A.    Yes.

3         Q.    He writes, "We are going to be required by the

4    Secretary of State's office to deploy up to 25 mobile

5    light EIC units."

6              My question about this sentence is, he

7    has stated "required by the Secretary of State's

8    office."  Is that how DPS understood the -- the chain

9    of command when it came to the 25 units in September?

10        A.    You have to understand Steve Bell.  Steve Bell

11   is a retired non-commissioned officer.  He's got five

12   tours of combat.  That's how Steve Bell talks and

13   writes.  We all talk about things that are required.

14   So if I were to go home, I would be required to bring

15   things for my wife.  That's just how we talk.

16        Q.    But what did the Secretary of State, in fact,

17   require DPS to -- to work with the Secretary of State

18   on the 25 mobile units?

19        A.    We did work with the Secretary of State and we

20   knew that we were going to have to provide some sort of

21   coverage in these counties.  I think you're paying an

22   inordinate amount of attention to the word

23   "requirement," and I think that you and I have a

24   different view of what the word "required" means.

25              But we were -- it was -- that was what we

TONY RODRIGUEZ                                          5/8/2014

285

1    were told to do, so that's what we did.  And we were

2    told by our chain of command.  I don't know how Steve

3    wrote that.  I wasn't a party to this e-mail except

4    that I received it am some point.

5         Q.   Well, I'll put it differently.

6         A.   Please.

7         Q.   Did DPS have any discretion?  Could DPS have

8    said," We actually don't want to work on these 25

9    mobile units with you"?

10        A.   Wow.  I don't think DPS had that kind of

11   discretion.

12        Q.   Okay.

13        A.   That was -- that's we were asked to do, and

14   that's what we did.

15        Q.   So to date, do you know how many EICs have

16   been applied for?

17        A.   Yes.

18        Q.   How many?

19        A.   As of the 5th of May, 271.

20        Q.   As of May 5th.

21        A.   As of the 5th of May.

22        Q.   Do you know how many have been issued?

23        A.   252, as of the 5th of May.

24        Q.   And those are totals statewide?

25        A.   That's correct.

TONY RODRIGUEZ                                          5/8/2014

                                                              286

1          Q.    And that's -- those figures, 271 applications,

2    and 252 issued?

3          A.    Yes.

4          Q.    Is in the entirety of EIC's existence?

5          A.    That's every EIC we ever issued.

6          Q.    Okay.

7          A.    252 is every EIC we've issued.

8          Q.    Okay.  So earlier, I think when Ms. Maranzano

9    was wrapping up with you, she asked whether your --

10   whether you felt that the success of the EICs were

11   related to the number of those issued.

12               Do you remember?

13         A.    I remember some discussion.  I don't remember

14   exactly what the question was.

15         Q.    So I -- my recollection is that the question

16   had generally been whether the success of the EIC

17   program was related to the number of EICs that had been

18   issued by the state.

19         A.    Okay.

20         Q.    And your testimony was basically that that was

21   not correct, that the success wouldn't be based on the

22   number of EICs issued.

23         A.    The success of the program does not -- gauging

24   duck success as a metric for the program does not hinge

25   on the number of documents issued.

TONY RODRIGUEZ                                                    5/8/2014

                                                                      287

1          Q.   So if, hypothetically, zero EICs had been

2    issued, could the program still have been successful?

3          A.   Well, I suppose so.   We provided a service.

4    We were asked to provide a service.   We provided a

5    service across the State on Texas.   We provided an

6    opportunity for Texans to come and -- come to an office

7    or come to a mobile site to -- to get a document that

8    they felt they required in order to vote.

9          Q.   Okay.   Do you have any sense of how many

10   people in Texas do not have any of the forms of ID

11   required by the voter ID law?

12         A.   I have no sense of that.

13              (Exhibit No. 94 marked.)

14         Q.   (BY MS. KORGAONKAR)   Exhibit 94 is Bates

15   marked TEX-511199 through 5119200.

16         A.   Okay.

17         Q.   Do you recognize this document?

18         A.   Hang on a second.   Yes.

19         Q.   And is it entitled "EIC meeting minutes,

20   9/25"?

21         A.   Yes, it is.

22         Q.   Sent on September 25th, 2013?

23         A.   That's correct.

24         Q.   I just wanted to direct your attention to the

25   two final bullet points under the heading "Status of

TONY RODRIGUEZ                                              5/8/2014

                                                                288

1    EIC initiative in progress."

2         A.    I see them.

3         Q.    The final bullet point, could you read that

4    aloud, the one that starts, "Voters without"?

5         A.    "The voters without photo ID cast provisional

6    ballots.  They'll have six days under law to return to

7    a DL office with photo ID to make their vote count."

8         Q.    Is that your understanding of how provisional

9    ballots work?

10        A.    Well, I'm not an election official.  That's

11   how I understand it to work.

12        Q.    Okay.  And the previous bullet point, if you

13   could read that out loud.

14        A.    Sure.  Starts with the word "anticipate"?

15        Q.    That's right.

16        A.    "Anticipate keeping the equipment for a week

17   after the election because of provisional ballots."

18        Q.    Can you help me understand what that -- what

19   that means?

20        A.    Yes.  So we, DPS, were under the impression --

21   and we wanted to be able to -- to provide the

22   opportunity for people to get their EIC during what's

23   called a cure period, which is a period that I

24   understand, as a layman, to be after the vote; but

25   there's a period of time when people who, for whatever

TONY RODRIGUEZ                                              5/8/2014

                                                                289

1    reason, they cast that provisional ballot, they may

2    come in and then they can prove -- they can show their

3    EIC.  So we wanted to make sure that we extended our

4    operations to enable Texans to do that.

5         Q.   Okay.  Thank you.

6              And one other quick question.  Under the

7    heading "Documentation."

8         A.   Give me a second.

9         Q.   Sure.

10        A.   Yes.

11        Q.   In the middle bullet, it reads, "Tiffany and

12   Andrea working to complete process for exceptions

13   path" -- or exception "paths," rather.

14        A.   Yes.

15        Q.   What are exception paths?

16        A.   I have no clue.  That's outside my area.

17        Q.   Then on the next page, under "Considerations,"

18   the third bullet point.

19        A.   Brian Lane?

20        Q.   Exactly.  If you could read that aloud.

21        A.   Brian Lane is having discussions with SOS

22   office about security requirements for non-DPS people

23   gathering EIC data, parens, background checks, comma,

24   training, closed parens.

25        Q.   Can you help me understand what that one

TONY RODRIGUEZ                                         5/8/2014

290

1    means?

2        A.   Sure.  Brian Lane, I think he's a deputy

3    assistant director.  He's in IT, no matter what his

4    rank is.  So what this appears to me that Brian Lane is

5    talking with -- about the security requirements to

6    allow DPS people to gather information.

7        Q.   Okay.

8        A.   And so because -- because we have people who

9    are who are not DPS employees who are interacting with

10   customers.

11       Q.   Okay.  So this is about background checks for

12   state employees who would be working on issuance of the

13   EICs?

14       A.   That's correct, yeah.  Yes.

15             MS. KORGAONKAR:  Off the record for just

16   a minute.

17             (Exhibit No. 95 marked.)

18       Q.   (BY MS. KORGAONKAR)  I'm handing you Exhibit

19   95.

20       A.   Yes, ma'am.

21       Q.   The exhibit is marked TEX-0511902 through 905.

22   If you would take just a minute to review it.

23       A.   Okay.

24       Q.   In e-mail from Stephen Bell to a group of

25   people --

291

```
 1        A.    On the very top?

 2        Q.    The one at 4:50 p.m., the second one on the

 3   first page.

 4              Mr. Bell writes, "We are trying to rework

 5   the hours from 8:00 to 5:00" --

 6        A.    Wait.  Wait.

 7              MR. KEISTER:  Down here (indicating).

 8   She said at the end of the paragraph.

 9              THE WITNESS:  Oh, I'm sorry.  I was

10   looking at the top one because they both have 4:50 time

11   stamp.

12        Q.    (BY MS. KORGAONKAR)  I'm sorry.

13        A.    It's okay.  It's fine.  We're good.

14        Q.    Mr. Bell writes, "We are trying to rework the

15   hours from 8:00 to 5:00 to 9:00 to 4:00 for any future

16   deployments."

17        A.    Yes.

18        Q.    Why was he trying to rework the hours?

19        A.    That takes into consideration the travel time

20   for the employee to get from wherever they draw the

21   equipment from to the site for EIC issuance.  And then

22   at the conclusion of the day -- because as I mentioned

23   before, these are stand-alone units and they have no

24   other connectivity, all of the information is placed

25   onto USB drive and then the employee has to go back to
```

TONY RODRIGUEZ                                          5/8/2014

292

1    the office and transfer the information from the

2    computer hard drive onto the USB into driver license

3    systems.  And so that what he's doing is this takes

4    into consideration the administrative time on either

5    end of the operation.

6         Q.   Were those hours reworked as he's described

7    here?

8         A.   To the best of my knowledge, yes.  I believe

9    9:00 to 4:00 became standard.

10        Q.   Okay.

11                  (Exhibit No. 96 marked.)

12        Q.   (BY MS. KORGAONKAR)  Exhibit 96 is Bates

13   marked TEX-00462497 --

14        A.   Yes.

15        Q.   -- through 499.

16        A.   Yes.

17        Q.   If you could just take a moment.

18        A.   Okay.

19        Q.   And I wanted to direct your attention to the

20   e-mail on the page marked 462498, the second page.

21        A.   Yes.

22        Q.   In the middle at 10:24 a.m.

23        A.   Wroe Jackson.

24        Q.   Yes, from Wroe Jackson to you.

25        A.   Okay.

TONY RODRIGUEZ                                                    5/8/2014

293

1      Q.    If you could read that e-mail.

2      A.    "Thank you, Keith has already contacted them

3   to request the change in hours from 9:00 a.m. to

4   4:00 p.m. with one day available for off-business hours

5   as we discussed."

6      Q.    So who made the request to change the hours

7   from 9:00 a.m. to 4:00 p.m.?

8      A.    As near as I can determine, they did.

9      Q.    Who is "they"?

10     A.    I don't know.

11     Q.    In the e-mail below that stems from you on

12  October 2nd at 10:20 a.m. --

13     A.    Yes.

14     Q.    -- can you read the second sentence?

15     A.    "While the requested times are from 1100 to

16  1900," which is 7:00 p.m. -- "the Secretary of State or

17  sec state is working to see if we can change the

18  hours."

19     Q.    Why was the Secretary of State working to see

20  if the hours could be changed?

21     A.    Off the top of my head, I don't know.  I could

22  speculate.

23     Q.    Well, did the request to change the hours come

24  from DPS, based on these e-mails?

25     A.    Possibly.

TONY RODRIGUEZ                                          5/8/2014

294

1     Q.   Why did DPS ask that the hours be changed?

2     A.   Why would we want the hours changed, if that's

3  what we asked for?  Simply because 7 o'clock at night

4  is awfully late for us to keep employees working.

5     Q.   I just want to point out in the e-mail that

6  you sent at 10:53 a.m., it starts on the first page and

7  ends on the second.

8     A.   Yes.

9     Q.   "Okay.  Do we know which day yet?  No

10  pressure.  I'm just asking."

11          Does that refresh your recollection as to

12  whether it was also you or DPS that asked that the

13  hours be changed?

14     A.   Not really.  Hang on a second.  Possibly.

15     Q.   Okay.

16               (Exhibit 97 marked.)

17     Q.   (BY MS. KORGAONKAR)  Exhibit 97 is Bates

18  marked TEX-00462079.

19     A.   I see it.

20     Q.   If you could just take a minute to read the

21  chain.

22     A.   Okay.  (Witness reading.)

23     Q.   In the chain --

24     A.   Hang on.

25     Q.   Sorry.

TONY RODRIGUEZ                                                  5/8/2014

295

1          A.    Okay.  I'm sorry.

2          Q.    Okay.  So this chain discusses mobile EIC

3     units for Hays County; is that right?

4          A.    Yes.

5          Q.    So you'll see in the e-mail from Keith Ingram

6     to Joyce Cowan, September 24th, 2013, at 3:52 p.m.,

7     Mr. Ingram states --

8          A.    3:52?

9          Q.    3:52.  I apologize.

10         A.    Okay.  "Excellent"?  Okay.

11         Q.    He writes, "Excellent.  The times are

12    basically up to you.  We think during business hours is

13    better."

14               Is it DPS's position that during business

15    hours is a better time for mobile EIC units as well?

16         A.    Well, we -- for -- because of our employees,

17    we prefer to issue the EICs during business hours.

18    That's what we do everywhere else in the state.

19         Q.    And with respect to the actual citizens who

20    would be applying for them, does DPS have a position as

21    to whether business hours or non-business hours would

22    be better for those people?

23         A.    Well, we're not open during non-business

24    hours.  Our business hours are established, as I talked

25    about somewhere here.

TONY RODRIGUEZ                                          5/8/2014

                                                            296

1          Q.   Right.  So I understand that.  My question --

2          A.   Okay.

3          Q.   -- is a little bit different.  I understand

4     that you just stated that during business hours is much

5     better for DPS employees because, obviously, those are

6     the hours that they generally work.

7          A.   Yes.

8          Q.   Right?

9               Has DPS ever considered whether business

10    hours also work better for people who would be going to

11    use mobile EIC units?

12         A.   Not to my knowledge.

13         Q.   Okay.  Did DPS request that Mr. Ingram relay

14    this message to Hays County that business hours are

15    better?

16         A.   I don't recall.  I -- without seeing more, I

17    don't -- I don't know.

18         Q.   So just to clarify, your testimony is that you

19    don't recall whether this statement from Mr. Ingram

20    was, in fact, relayed from DPS to Hays County through

21    him?

22         A.   No.

23         Q.   Okay.

24                   (Exhibit 98 marked.)

25         Q.   (BY MS. KORGAONKAR)  This is Exhibit 98.

TONY RODRIGUEZ                                          5/8/2014

297

1        A.    Okay.

2        Q.    If you could just take a minute.  Exhibit 98

3    is Bates marked TEX-511238 through 239.

4        A.    Yes.

5        Q.    Okay.  So this exchange concerns Sabine

6    County's EIC participation; is that right?

7        A.    Yes.

8        Q.    So in it a Kathy Bergman from DPS has sent to

9    Janice McDaniel of Sabine County some information about

10   EIC training; is that right?

11              That's found at the e-mail from 3:20 p.m.

12       A.    From when?

13       Q.    3:20 p.m.

14       A.    3:20 p.m.

15       Q.    On the first page.  It's confusing 'cause it's

16   a little squished together.

17       A.    I'm not sure I'm looking at the same thing

18   you're looking at.  Oh, I see it.  I see it.  I see it.

19   Okay.  I'm sorry.  So --

20       Q.    So do you agree that Kathy Bergman is relaying

21   information here to Janice McDaniel of Sabine County

22   and that that information is about EIC training?

23       A.    Yes, that's what it appears to be.

24       Q.    And then Janice McDaniel has written back to

25   Ms. Bergman.

TONY RODRIGUEZ                                          5/8/2014

                                                            298

        1        A.    Yes.

        2        Q.    At 10:26 a.m.

        3        A.    I see that, yeah.

        4        Q.    Could you read that e-mail?

        5        A.    "Ms. Bergman, Judge Watson and I have

        6   discussed the EIC participation; and we don't feel we

        7   have the staff to commit to this.  I am short an

        8   employee, plus I have early voting starting next

        9   Monday.  Thank you, Janice McNeil, Sabine County

       10   Clerk."

       11        Q.    And then at noon that same day, it looks as

       12   though Ms. Bergman forwarded this e-mail exchange to

       13   you, to Kristopher Krueger, and a number of other

       14   people; is that right?

       15        A.    That's -- yes.

       16        Q.    What was DPS's reaction to Sabine County's

       17   inability to participate because of resource issues?

       18        A.    So there were resource issues on the part of

       19   the county.

       20        Q.    Correct.

       21        A.    Okay.  Well, that was -- that's Sabine

       22   County's decision to make.  They still haven't been

       23   trained.

       24        Q.    And are there a number of other counties that

       25   couldn't participate in the program because of a lack

TONY RODRIGUEZ                                                    5/8/2014

299

1      of resources?

2                     MR. KEISTER:  Object to form, calls for

3      speculation.

4                     Go ahead.

5                     THE WITNESS:  Yes.

6           Q.   (BY MS. KORGAONKAR)  Do you know approximately

7      how many?

8           A.   Approximately 17.

9           Q.   And did DPS follow-up with Sabine County after

10     this e-mail exchange to see whether there was a way

11     that DPS could offer any resources or try to help the

12     county fill the gap in a different way?

13          A.   DPS has reached out to Sabine County on a

14     number of occasions and offered to provide them with a

15     mobile EIC training and the equipment.  Sabine County

16     has declined to do that.

17          Q.   Because of the staff resource issue?

18          A.   Because of the -- because of the source issue,

19     they have here.  So Sabine County is currently being

20     serviced by HHSC.

21          Q.   So did -- is it correct that DPS never reached

22     back out to Sabine County to try to help fill the staff

23     shortage?

24          A.   Did DPS reach out to the county to fill a

25     county employee staff shortage, is that your question?

TONY RODRIGUEZ                                              5/8/2014

300

1      Q.    It's little bit different.  So Sabine County

2   writes back to Ms. Bergman and says, "We want to

3   participate, but we can't because I don't have enough

4   staff to do it."

5      A.    Yes.

6      Q.    And my question is:  Did DPS e-mail or reach

7   back out to Sabine County and say, "How can we help you

8   with that staff problem in order to get this EIC mobile

9   unit up and running?"

10     A.    No.

11     Q.    And for the other counties, I think you said

12  there were about 17 that couldn't participate because

13  of various resource issues.  Did DPS --

14     A.    Various issues.

15     Q.    Okay.  So how many couldn't participate

16  because of resource issues?

17     A.    I don't know.

18              MR. KEISTER:  Objection, calls for

19  speculation.

20     Q.    (BY MS. KORGAONKAR)  So it's subset of the 17.

21  Is that fair to say?

22              MR. KEISTER:  Speculation.

23              THE WITNESS:  Possibly.

24     Q.    (BY MS. KORGAONKAR)  Did DPS ever offer to

25  help counties that had resource problems when it came

TONY RODRIGUEZ                                         5/8/2014

301

1    to EIC availability?

2        A.   I don't understand.  You used the term "help."

3    Can you define that, or can you rephrase the question?

4        Q.   Sure.

5             So is it fair to say that a number of

6    counties didn't have enough staff to be able to

7    participate in the EIC program?

8             MR. KEISTER:  Objection, calls for

9    speculation.

10            THE WITNESS:  I can't answer that.  I

11   don't know.

12       Q.   (BY MS. KORGAONKAR)  Is there anyone at DPS

13   who would know?

14       A.   No.

15       Q.   So then how does DPS know why counties can't

16   participate if no one at DPS knows why they can't

17   participate?

18       A.   The county just either doesn't return the MOU

19   or doesn't accept the training or just says they're not

20   interested.

21       Q.   But DPS has received a number of e-mails from

22   counties stating that they don't have enough space or

23   money in the budget or staff to be able to participate;

24   is that not right?

25       A.   DPS has received e-mail or communication from

TONY RODRIGUEZ                                           5/8/2014

302

1    some counties, yes.

2         Q.    So in response to those e-mails that DPS has

3    received, has DPS ever tried to work with those

4    counties to address whatever the limiting reactant is

5    and to try to enable that county to, in fact, be able

6    to issue EICs?

7         A.    To enable the county to issue EICs?

8         Q.    To enable the citizens in the county to apply

9    for EICs within the county.

10        A.    Yes.

11        Q.    And how has DPS done that?

12        A.    DPS sends mobile teams to those county that

13   have not entered into the MOU, and we issue the EICs at

14   mobile location in those counties.

15        Q.    Has DPS been able to do that with all such

16   counties?

17        A.    Yes.

18                THE REPORTER:  This is Exhibit 100.

19                (Discussion off the record.)

20                THE REPORTER: This is Exhibit 99.

21                (Exhibit No. 99 marked.)

22        Q.    (BY MS. KORGAONKAR)  So Exhibit 99 is Bates

23   marked TEX-0511298 through 299.

24        A.    Yes.

25        Q.    Let's take a moment, and let me know when

TONY RODRIGUEZ                                          5/8/2014

303

1    you're ready.

2          A.    (Witness reading.)

3                Okay.

4          Q.    This is an e-mail exchange between you and a

5    Ms. Lyndie Madden-Warren of Trinity County; is that

6    right?

7          A.    Yes.

8          Q.    And it looks as though she's the tax assessor

9    and the voter registrar from her signature; is that

10   accurate?

11         A.    Tax assessor/collector, yes.

12         Q.    Okay.  In her 9/01 e-mail to you, Ms. Warren

13   writes, "After the initial e-mail regarding this pilot

14   program, I responded because our county does not have a

15   licensing department for driver's licenses."

16               And then later in the e-mail she states,

17   "Trinity County is a small county; and in turn, I have

18   a small staff to provide service that we already

19   offer."

20               Is that right?

21         A.    That's what it says, yes.

22         Q.    Okay.  And then in your response to her at

23   9:47 a.m., you explain two different programs being run

24   by the Department of Public Safety.  And then you

25   state, "We will remove Trinity County from the list.

TONY RODRIGUEZ                                              5/8/2014

                                                                304

1       If you have any further questions, please don't

2       hesitate to contact me again"; is that right?

3            A.   That's right.

4            Q.   Beyond this e-mail, did DPS offer any further

5       assistant to Trinity County with respect to the mobile

6       EIC program?

7            A.   We may have conducted EIC mobile operations in

8       Trinity County, although my reference indicates that

9       Trinity County has signed the MOU, returned -- or

10      received their training, and their equipment is

11      currently operational as of 5 May.

12           Q.   Okay.  But that would have likely occurred

13      after this exchange at some point?

14           A.   That's correct.

15           Q.   Do you know at what point that occurred?  Can

16      you tell me?

17           A.   No.

18           Q.   Okay.  What do people in counties like Trinity

19      County that don't have licensing departments do to

20      apply for any other forms of DPS ID?  If you need a

21      license and you live in Trinity County, what do you do?

22           A.   They travel to a location where they can get

23      one.

24           Q.   Do you know where the closest location is to

25      Trinity County where someone could get one?

TONY RODRIGUEZ                                              5/8/2014

305

1          A.    I would have to reference our website.

2          Q.    And your response would be the same with

3    respect to personal identification cards as well,

4    right?

5          A.    Driver's license or Texas identification

6    cards, that's correct.

7          Q.    In general, when it comes to counties that

8    decline to participate in the program, what were the

9    reasons generally offered by those counties?

10         A.    The reasons could be varied.  I've had

11   conversations with the County judge that said the

12   sheriff is the election official, and I can't make him

13   do it.  I've -- we've had exchanges with counties that

14   say they don't have the personnel or the -- or the

15   resources to do that.  And some of them don't offer us

16   any answer at all.

17         Q.    Okay.  And are these counties generally

18   comparatively poor counties?

19         A.    I don't know.

20         Q.    Are they generally located in specific regions

21   of the state?

22         A.    Specific regions?

23         Q.    Are they concentrated in certain regions of

24   the state?

25         A.    Those counties are -- please clarify which

TONY RODRIGUEZ                                          5/8/2014

306

1    counties you're talking about in order for me to answer

2    your question.

3        Q.   The counties that declined to participate in

4    the program.

5        A.   Yes.

6        Q.   In general, are those distributed evenly

7    throughout the State; or are they concentrated in

8    certain regions of the State?

9        A.   By way -- to answer your question, I would say

10   that they're scattered.  They're across the State.

11       Q.   Would you say it's a fairly even distribution

12   throughout the state?

13       A.   I would have to --

14            MR. KEISTER:  Objection, vague.

15            THE WITNESS:  I would say no.

16       Q.   (BY MS. KORGAONKAR)  So if it's not a fairly

17   even distribution.  In general, terms where are they

18   concentrated?

19       A.   The panhandle.

20       Q.   Do you have any sense as to why that would be?

21       A.   No.

22            (Exhibit No. 100 marked.)

23            (Discussion of the record.)

24       Q.   (BY MS. KORGAONKAR)  This exhibit is Bates

25   stamped TEX-00462181 through 2184.

TONY RODRIGUEZ                                          5/8/2014

307

1      A.   Yes.

2      Q.   Let me know when you have had a moment to

3  review.

4      A.   (Witness reading.)

5           Okay.

6      Q.   So this e-mail chain is initiated by the

7  Dallas County Elections Department, and it concerns

8  that county's request to work with DPS on a mobile

9  voter ID initiative; is that right?

10     A.   That's the subject, yes.

11     Q.   And is that generally the content of the

12  exchange as well?

13     A.   Yes.

14     Q.   Okay.  I want to direct your attention to the

15  e-mail located at Page 462182, which is the second page

16  of the packet.

17     A.   Yes.

18     Q.   And it's an e-mail that you sent Tuesday,

19  September 10th at 7:29 p.m.

20     A.   Yes.

21     Q.   Okay.  Could you read that e-mail?

22     A.    It says mission creep.  These folks would like

23  our DSUs at locations other than offices, semicolon,

24  quote, appropriate public and private events, unquote,

25  like state fairs to issue EICs.  I'm not sure who would

TONY RODRIGUEZ                                                    5/8/2014

                                                                      308

 1    like -- who would we like to reach out to them.

 2         Q.   What does "mission creep" mean?

 3         A.   Mission Creep is a colloquialism.  We used it

 4    just to describe a change in mission in a dynamic

 5    environment.

 6         Q.   What does -- what does "creep" mean in the

 7    context of mission creep?  I understand the mission.

 8         A.   It's the evolution -- it's the evolution of a

 9    mission.

10         Q.   Does it mean that a mission is growing, like,

11    creeping like a vine, for example?

12         A.   It could, or it could mean that the mission is

13    changing in terms of what we've been asked to do.

14         Q.   Does it have any kind of connotation --

15         A.   It's a statement.

16         Q.   -- to you?

17         A.   Not to me.  It's a statement.

18         Q.   Do you see how it could have a negative

19    connotation?

20         A.   No.

21         Q.   Okay.  And what are DSUs?

22         A.   Disaster support units.

23         Q.   Those are the six units that you mentioned

24    earlier?

25         A.   That's right.  And you have to understand when

TONY RODRIGUEZ                                        5/8/2014

                                                          309

1    this e-mail was sent in relation to the information

2    that I provided you earlier, what they would ask for

3    was those six disaster support units.  And I would have

4    to look and see when we constituted the 25 units to

5    satisfy the mobile requirement.

6         Q.   Okay.  Since your -- it's your -- I just want

7    to be clear.  Your testimony is that mission creep has

8    no negative connotation whatsoever?

9         A.   Not to me.

10        Q.   Okay.

11             MS. KORGAONKAR:  Let's take a final

12   break, and then I think we'll be done shortly.

13             THE REPORTER:  Off the record.

14        (Recess from 5:43 p.m. to 5:51 p.m.)

15             THE REPORTER:  Back on the record.

16        Q.   (BY MS. KORGAONKAR)  So you stated earlier

17   that HHSC employees are being trained --

18        A.   Yes, I did.

19        Q.   -- in certain counties to issue EICs; is that

20   right?

21        A.   That's what I said, yes.

22        Q.   When was it decided that those employees would

23   accept the EIC applications?

24        A.   To the best of my recollection, it was

25   sometime in February or March, sometime in that time

TONY RODRIGUEZ                                                5/8/2014

310

1    period.    It may have been as early as January.    I

2    honestly can't recall.

3         Q.    And whose decision was it?

4         A.    Well, whoever is in charge of HHSC.

5         Q.    What type of HHSC employees are being trained?

6         A.    I don't understand their structure or the

7    proper titles of the employees.  Based on my discussion

8    with -- with the gentleman who have I have been working

9    with at HHSC, I'm given to understand that their HHSC

10   employees whose duty station is -- is one of those

11   seven counties that they're going to work in.  And I

12   know that one of them is a registered nurse.  But other

13   than that, I don't exactly why they do.

14        Q.    Okay.  And do you know what type of presence

15   HHSC has in counties where it's issuing EICs in those

16   seven counties?

17        A.    Over and above the one or two people that I've

18   been made aware of or I might be a party on e-mails

19   that might be in a certain county, no.

20        Q.    So you don't know really know what they have

21   in those counties, what kind of presence, how many

22   employees?

23        A.    No.  I have a hard enough time keeping track

24   with DPS stuff.

25        Q.    Okay.  And has DPS provided training to those

TONY RODRIGUEZ                                          5/8/2014

311

1    employees who will be accepting the applications?

2         A.   Yes.

3         Q.   What kind of training?

4         A.   It's training that's similar to the training

5    that we've provided to the county employees to

6    familiarize the HHSC employee with everything that he

7    or she would need to know in order to issue an election

8    certificate.

9         Q.   Okay.  And was -- was that training provided

10   from Austin, or was it provided by a regional manager

11   or regional commander?

12        A.   The training to HHSC employees was provided by

13   a DPS employee, and we refer to those DPS employees as

14   facilitators.

15        Q.   Okay.  And has any notice gone out to the

16   public at large concerning EIC availability from HHSC

17   offices?

18        A.   I'm unaware.  I don't know.

19        Q.   And you don't know whether DPS has issued any

20   kind of notices to that effect?

21        A.   No, ma'am, I don't.

22        Q.   Do you know whether any of the HHSC office

23   that will be accepting EIC applications are also able

24   to provide certified copies of birth records?

25        A.   I don't know what other services HHSC provides

TONY RODRIGUEZ                                          5/8/2014

312

1     in their offices.

2          Q.   And how many -- strike.

3               It's HHSC offices; is that right?

4          A.   Yes.  It's -- it's seven -- it's HHSC offices

5     in seven counties.

6          Q.   Okay.  Thank you.

7          A.   I don't know how many offices they are.

8          Q.   Okay.  Understood.  Thank you.

9               Is DPS currently using all of the

10    equipment that it has purchased to facilitate the

11    remote acceptance of EIC applications?

12         A.   All of what equipment?

13         Q.   All of the equipment that you would have

14    mentioned earlier that goes with mobile EIC stations'

15    all of the printers, computers, cables, blue screens.

16         A.   So --

17         Q.   Cameras.

18         A.   I understand your question to be:  Did we

19    break it apart?

20         Q.   No.  The question --

21         A.   Okay.

22         Q.   -- is all -- of all of those pieces of

23    equipment that was purchased for the purpose of using

24    the mobile EIC stations, is every piece of equipment in

25    use currently?

TONY RODRIGUEZ                                          5/8/2014

313

1        A.   Every piece of equipment that was purchased --

2   and again, I don't know who actually paid for it --

3   that was configured into an EIC set remains in the EIC

4   set, except for the bench stock that I mentioned

5   before, which is used for testing.

6        Q.   Okay.   So are there any -- was any equipment

7   purchased that was not configured?

8        A.   I don't believe so, no.

9        Q.   Okay.   And are all of the configured kits

10  being used right now throughout the State somewhere to

11  accept mobile EIC applications?

12       A.   I don't believe so, no.

13       Q.   Do you have an estimate about how many kits

14  might be unused at this moment?

15       A.   I don't -- I don't know.   I know -- I know

16  that -- that some of those kits are being used by

17  employees and -- and that there's a schedule for those

18  kits to be deployed to sites to issue EICs.   I know

19  that we have issued 55 of those kits to counties, and I

20  know that we're in the -- somewhere in the process of

21  issuing up to seven of those kits to HHSC; but I can't

22  provide you the granularity of which kit's being

23  currently used, which kit was used today, or which kit

24  was used tomorrow.

25       Q.   So for the kits that you mentioned, there are

TONY RODRIGUEZ                                          5/8/2014

314

1    employees using right now, what are they using them

2    for?

3         A.   Well, we're currently issuing EICs.  Well, not

4    right now; but I mean, today we're issuing EICs.

5         Q.   So are there any kits that are configured

6    today --

7         A.   Right.

8         Q.   -- to issue EICs remotely but that are not

9    being used for that purpose, that are lying around?

10        A.   Not -- I don't believe so, no.

11        Q.   So each configured EIC kit is out there being

12   used for EICs?

13        A.   Again, it would depend on the schedule that

14   that unit's being -- that that unit's -- that the

15   schedule for that unit.  So a unit may sit in an office

16   today; but if it's going to Glasscock County tomorrow,

17   then it would be used tomorrow.  So I suppose strictly

18   speaking about it, the narrow parameters of your

19   question, it wasn't used today; but it will be used

20   tomorrow.

21        Q.   Okay.  So they're all -- all the configured

22   ones are in circulation; is that fair to say?

23        A.   That's a good characterization.

24        Q.   You would agree with that?

25        A.   I would agree with it.

TONY RODRIGUEZ                                    5/8/2014

315

1      Q.    Are there any plans to purchase more kits?

2      A.    Not that I'm aware of.

3      Q.    Why were there only seven HHSC counties

4   selected to participate?

5      A.    Because that's the number of -- of counties

6   that HHSC offered to provide employees for based on the

7   78 counties that don't have driver license offices

8   and -- and -- and haven't also received the EIC

9   equipment or training.

10      Q.    Did DPS ask HHSC whether it was willing to

11   participate in more than seven counties?

12      A.    I don't recall.  I don't know.  I was not a

13   party to any of those discussions.

14      Q.    Okay.  Do you know what the largest county is

15   without a driver's license office?

16             MR. KEISTER:  Objection, vague.

17             THE WITNESS:  Yeah.

18      Q.    (BY MS. KORGAONKAR)  Do you know what the

19   geographic largest county is that doesn't have a

20   driver's license office?

21      A.    I have no idea.

22      Q.    Do you know what the county with -- do you

23   know what the most populous county without a driver's

24   license office is?

25      A.    I do not know.

TONY RODRIGUEZ                                          5/8/2014

316

1           MS. KORGAONKAR:  I'm done.

2           MS. MARANZANO:  I don't have anything

3     further, but I just want to say for the record that

4     because we had a disagreement about an instruction that

5     was given we're going to hold the deposition open.

6           MR. KEISTER:  Okay.  Well, I have a few

7     questions.  I promise not to use up an hour.

8                         EXAMINATION

9     BY MR. KEISTER:

10        Q.   Mr. Rodriguez, pursuant to the deposition

11    notice did you bring documents with you today that you

12    relied on in preparing for this deposition?

13        A.   Yes, sir, I did.

14        Q.   Okay.  Would you please pull out Exhibits 82

15    and 83.  And would you look at Exhibit 83, please?

16        A.   Yes.

17        Q.   Is Exhibit 83 a document that you brought

18    today for use in the deposition that you relied on in

19    preparing for the deposition?

20        A.   Yes, sir.

21        Q.   Could you tell us briefly what Exhibit 83 is?

22        A.   Exhibit 83 is a printout of the spreadsheet

23    that we used to collect EIC application information.

24        Q.   Okay.  And where is this Exhibit 83?  What is

25    it printed out from?

TONY RODRIGUEZ                                          5/8/2014

317

1       A.   It's printed out from the spreadsheet that's

2   maintained on the SharePoint site --

3       Q.   Okay.

4       A.   -- the DPS SharePoint site.

5       Q.   Okay.   And is there a -- is there a name for

6   that site?

7       A.   The DPS SharePoint site.   That's -- that's

8   what I call it.

9       Q.   Okay.   Is that referred to as the dashboard?

10      A.   The dashboard is a document that's derived

11  from the information available on the SharePoint site.

12      Q.   Okay.   Would you hand this document to the

13  court reporter and ask her to mark it, please?

14              (Exhibit No. 101 marked.)

15              THE REPORTER:   Exhibit 101.

16      Q.   (BY MR. KEISTER)   Can you identify

17  Exhibit 101, please?

18      A.   Yes, sir.   Exhibit 101 essentially is

19  Exhibit 83, however what we -- for legibility purposes,

20  what -- what I asked the analyst to do was to collapse

21  some of the cells, some of the columns that -- that are

22  not relevant to EIC issuance, and the information

23  contained in those columns is administrative

24  information.

25      Q.   Okay.   Are all of the same EIC issuances that

TONY RODRIGUEZ                                              5/8/2014

318

1    are listed on 101 also listed on Exhibit --

2        A.   83?

3        Q.   -- 83?

4        A.   Yes, sir.  Yeah.

5        Q.   Okay.

6                 MR. HAYGOOD:  Can we get a look at 83, do

7    you mind?

8                 MR. KEISTER:  Yeah.  But I don't know

9    about -- if I get them messed up what we're going to

10   do.

11       Q.   (BY MR. KEISTER)  Can you take a look at

12   Exhibit 82, please.

13       A.   Yes, sir.

14       Q.   Is Exhibit 82 a document that you brought

15   today to the deposition?

16       A.   Yes, sir, it is.

17       Q.   Okay.  And can you identify what Exhibit 82

18   is?

19       A.   Yes, sir.  Exhibit 82 contains information --

20   it's a printed copy of the information from our -- from

21   a spreadsheet that's resident on our SharePoint site,

22   and the information deals with -- excuse me --

23   inquiries that are made either at mobile or brick and

24   mortar offices --

25       Q.   Okay.

TONY RODRIGUEZ                                        5/8/2014

319

1        A.   -- or counties.

2        Q.   And with respect to Exhibit 83, 101, and

3   Exhibit 82, when were those documents printed out?

4        A.   We asked for these -- I asked for these

5   documents to be printed out -- I believe it was -- it

6   was this week, and I believe the date was Tuesday.

7        Q.   Okay.  And does that mean that these documents

8   contained all the information as of Tuesday with

9   respect to the issuances and the inquiries?

10       A.   Yes.

11            MS. KORGAONKAR:  Objection, leading.

12            THE WITNESS:  And she hasn't said that

13   before.

14       Q.   (BY MR. KEISTER)  Okay.  That's fine.  That's

15   fine.  Just keep all those in front of you.

16            Okay.  Do you have Exhibit 80 in front of

17   you?

18       A.   Yes, sir.

19       Q.   Is Exhibit 80 a document that you brought to

20   the deposition today?

21       A.   Yes, sir, it is.

22       Q.   Okay.  And is this a document you relied upon

23   in preparation for the deposition?

24            MS. KORGAONKAR:  Objection, leading.

25       Q.   (BY MR. KEISTER)  You can answer.

TONY RODRIGUEZ                                          5/8/2014

320

1      A.    Okay.   Yes.

2      Q.    Okay.   Can you tell us what Exhibit 80 is,

3   please?

4      A.    Exhibit 80 is referred to as titled.   It's an

5   EIC dashboard.   And a dashboard is just a depiction of

6   information on a -- on a printed document.

7      Q.    Okay.   And when was this document printed out?

8      A.    This document was -- was also printed on

9   Tuesday.

10      Q.    Okay.   And does this document contain

11   up-to-date information as of Tuesday?

12      A.    As of Tuesday, yes, sir.

13      Q.    Okay.   Let me ask you to hand this document to

14   the court reporter and have her mark it.

15              (Exhibit No. 102 marked.)

16              THE REPORTER:   Exhibit 102.

17      Q.    (BY MR. KEISTER)   Can you identify

18   Exhibit 102, please?

19      A.    Exhibit 102 shows -- it's a three-page

20   document.   It shows the -- the number or the -- it

21   enumerates the invalid applications for 2013 and for

22   2014.

23      Q.    Okay.   And is Exhibit 102 a document that you

24   brought to the deposition today?

25      A.    Yes, sir.

TONY RODRIGUEZ                                              5/8/2014

321

1      Q.   Okay.   And does Exhibit 102 contain

2   information current as of the date that it was printed

3   out?

4      A.   Yes, sir, as of Tuesday.

5      Q.   Okay.   Thank you.

6           Would you pass this to the court reporter

7   and ask her to mark it, please?

8           THE REPORTER:   Thank you.

9           (Exhibit No. 103 marked.)

10          THE REPORTER:   Exhibit 103.

11     Q.   (BY MR. KEISTER)   Can you identify

12  Exhibit 103, please?

13     A.   Exhibit 103 are -- are a series of map charts

14  that -- that are used during our daily updates to

15  provide us with situational awareness on the status of

16  EIC operations across the state.

17     Q.   And what type information does the map charts

18  on Exhibit 103 provide?

19     A.   The map chart is color coded by county.

20  There's a legend in the lower left-hand side along with

21  the as of date of the -- of the production of this --

22  of that particular document.   And it shows the status

23  of each county, vis-à-vis driver license, EIC

24  operations, the county issuing EICs, whether the status

25  of the county has returned their MOU, if the county

TONY RODRIGUEZ                                          5/8/2014

322

1    needs to be trained in the EIC of issuance or if

2    they're experiencing -- in this instance the county

3    has -- has equipment issues.

4              There's also on -- on further -- or on

5    subsequent documents there's also a small data block in

6    the top left-hand corner that provides the -- the as of

7    date.  It provides the number of EICs that were issued,

8    the number of EICs that -- the approval for which is

9    pending, the EICs that have not been approved, and the

10   total number of transactions.  And then below that is

11   what -- what I refer to as a slant report, which merely

12   provides those -- those numbers that are rolled up on a

13   single line of information.

14        Q.   Okay.  Is there any other documentation within

15   those reports or attached to those reports?

16        A.   On the back -- on the second -- the second

17   slide, what that shows -- or the subsequent slides,

18   what they show are they show that the -- the date,

19   time, region, county, location, and -- and the status

20   of that location for EIC units across the state of

21   Texas.  And when I say "verified by the column of

22   information" means that one of our employees has gone

23   to that location and has ensured that the location is

24   suitable for our needs in the EIC operations.

25        Q.   Okay.  And how many -- how many separate

TONY RODRIGUEZ                                              5/8/2014

323

1    clipped documents are contained within that exhibit,

2    please?

3         A.    Nine.

4         Q.    Okay.    Thank you, sir.

5               Would you pass this document to the court

6    reporter, please?

7               THE REPORTER:    Thank you.

8               (Exhibit No. 104 marked.)

9               THE REPORTER:    Exhibit 104.

10        Q.    (BY MR. KEISTER)    Can you identify

11   Exhibit 104, please?

12        A.    Yes, sir.

13        Q.    What is Exhibit 104?

14        A.    Exhibit 104 is the driver license division

15   customer operations organization chart.    It's also

16   referred to as an org chart.    And what it does is it

17   provides the hierarchical structure for each of our DPS

18   regions, 1A through 6B.    It shows the chain of command,

19   the supervisory chain of command; it lists the offices

20   within each region; and it also lists the city where

21   the office is resident and the employees at that office

22   or it shows if there's a vacancy in that office.

23        Q.    Okay.    Is that a document that you brought

24   today to the deposition that you relied upon in

25   preparation for the deposition?

TONY RODRIGUEZ                                                    5/8/2014

324

1          MS. KORGAONKAR:   Objection, leading.

2          THE WITNESS:   I relied on this in

3   preparation for my deposition.

4     Q.   (BY MR. KEISTER)   And you brought that today?

5     A.   And I brought it with me.

6     Q.   Pass that to the court reporter to be marked,

7   please.

8          (Discussion off the record.)

9          (Exhibit No. 105 marked.)

10         THE REPORTER:   Exhibit 105.

11    Q.   (BY MR. KEISTER)   Can you identify

12   Exhibit 105, please?

13    A.   Exhibit 105 are a series -- pardon me -- are a

14   series of sheets of paper.   They're organized by DPS

15   region.   There's multiple pages per region.   What it

16   shows is it provides more information for the

17   hierarchical structure of the DPS regions.   It provides

18   the chain of command, the office supervisors, their

19   contact information; phone, fax, cell, and also their

20   physical location, their duty -- their duty location.

21   On subsequent pages it provides the -- the physical

22   location, the street location for each office; the

23   station number; the area number, which is -- which is

24   an archaic term.   We used to use that when -- when

25   commissioned personnel were in charge of those offices,

TONY RODRIGUEZ                                          5/8/2014

325

1    but we still reflect it anyway.  It reflects the days

2    that are open, it reflects the hours of operation of

3    each office, and it also reflects the contact

4    information; telephone numbers and fax for each.  And

5    it does that for DPS Regions 1A through 6B -- 6B.

6        Q.   Okay.  Is this information reflected in that

7    document current as of today?

8                    MS. KORGAONKAR:  Objection, leading.

9                    THE WITNESS:  This information is current

10   as of the time that it was printed, which I believe was

11   Tuesday.

12       Q.   (BY MR. KEISTER)  Okay.  Do you have any

13   reason to think any of those offices have changed

14   between now and Tuesday?

15       A.   No, sir.

16       Q.   Okay.  Is Exhibit --

17       A.   105.

18       Q.   -- 105 a document that you brought today for

19   this deposition?

20       A.   I did, yes, sir.

21       Q.   Is it a document that you relied upon in

22   preparation for this deposition?

23       A.   Yes, sir.

24       Q.   And with respect to -- I may have asked you

25   this, but I don't remember.  With respect to

TONY RODRIGUEZ                                          5/8/2014

326

1      Exhibit 104 --

2          A.    Yes.

3          Q.    -- is the information contained within

4      Exhibit 104 current as of today?

5                    MS. KORGAONKAR:   Objection, leading.

6                    THE WITNESS:   This information that's

7      reflected on 104 is current as of when it was printed

8      on Tuesday.

9          Q.    (BY MR. KEISTER)   Okay.   Do you have any

10     reason to think there's been any changes between

11     Tuesday and today?

12         A.    No.   The -- the only changes may be some

13     employees who -- who are working who may have been

14     employed or may have left the employ.   But -- but

15     the -- the majority of the information in terms of

16     office supervisors, assistant manager, and the rest of

17     the chain of command should remain the same.

18         Q.    Okay.

19         A.    And maybe some -- and maybe some

20     discrepancies.

21         Q.    Okay.   Thank you.

22              Have we identified all of the documents

23     that you brought for the deposition today?

24         A.    These are -- yes, sir.

25         Q.    Okay.   When did the DPS begin tracking the

TONY RODRIGUEZ                                                    5/8/2014

327

1    issuances of the EICs?

2        A.   We began tracking EIC issuances and inquiries

3    at the -- at the beginning of the program.

4        Q.   Okay.  And how did DPS track the issuance of

5    EICs at the beginning of the program?

6        A.   The -- the way we used -- the method we used

7    to track it, the -- that information was that the

8    regional managers would consolidate that information

9    and provide it to me, generally speaking, through

10   e-mail.  And if I am not mistaken, it was done several

11   times a day.  And that -- that went on for about a

12   week, and then I would produce a -- a weekly report

13   that I referred to earlier.

14       Q.   Okay.  And the reports you referred to

15   earlier, how were -- how were they styled?  What were

16   they called?

17       A.   I believe it was just called EIC report, or it

18   may have been referred to as a daily or a weekly EIC

19   report.

20       Q.   Okay.

21       A.   I would need to see for certain.  I need to go

22   back and look at it.

23       Q.   If -- well, that's fine.

24       A.   Okay.

25       Q.   Yeah.  How long did you prepare the EIC

TONY RODRIGUEZ                                    5/8/2014

328

1   reports?

2       A.   I prepared the EIC reports and I sent them

3   until, roughly, the beginning of November.

4       Q.   Okay.  Did anyone else in the agency prepare

5   EIC reports or were you the only one?

6       A.   From the beginning of the program until about

7   the beginning of December, I was the only one that did

8   that with -- with the exception of -- I believe there

9   was a day or so that I had gone on leave, on vacation,

10  and -- and I was unavailable to collect the

11  information, so -- I left, so somebody had done that.

12  And I can't remember if it was either Steve Bell or

13  Paul Watkins, one of those.

14      Q.   Okay.  Why did you discontinue the preparation

15  of the EIC reports?

16      A.   Because it was extremely time-consuming.

17      Q.   Okay.  Any other reasons?

18      A.   Well, there -- there was the -- the potential

19  for errors.  And I spent a lot of time going back and

20  finding out -- you know, confirming the information

21  that I had been given.

22      Q.   Okay.  Did the department, DPS, continue

23  tracking EIC issuances after you discontinued your

24  preparation of the EIC reports?

25      A.   Yes.

TONY RODRIGUEZ                                          5/8/2014

329

1        Q.    How did that tracking go forward or continue?

2        A.    There's an analyst -- one of our analysts

3   named Ryan O'Connor, and Ryan was asked to work with me

4   on -- on the -- on the data tracking, on EIC tracking.

5   And Ryan and I had a discussion about how we should

6   track EICs.   And, as a consequence, he began -- he

7   began to collect it, the information, on a spreadsheet

8   that he kept, and he would produce some documents.

9        Q.    Okay.   Did -- did Ryan create EIC reports like

10  you did and circulate those reports as you did?

11       A.    No.

12       Q.    Okay.   What happened to the information that

13  Ryan would collect?

14       A.    Ryan collected the report -- or the

15  information -- excuse me -- and he would provide what

16  can be best categorized as -- as an ad hoc report.   So

17  if somebody were to want -- want specific -- an updated

18  EIC information, Ryan would print the -- the tables

19  from the Excel spreadsheet and they would provide it to

20  that individual.

21       Q.    Okay.   Did there come a time when Ryan

22  discontinued his participation in the tracking of EICs?

23                 MS. KORGAONKAR:   Objection, leading.

24                 THE WITNESS:   Yes.

25       Q.    (BY MR. KEISTER)   And do you know when that

TONY RODRIGUEZ                                              5/8/2014

330

1    was?

2         A.   It was -- it was the winter -- it was December

3    of '13 or early in January of '14.

4         Q.   Okay.   Did the DPS continue tracking EIC

5    issuances after Ryan discontinued or -- or stopped his

6    participation?

7         A.   Yes.

8         Q.   How did the -- how did DPS track EIC

9    issuances?

10        A.   We -- what we did was, we moved the -- the

11   information, the spreadsheet, that Ryan was maintaining

12   from his computer onto a SharePoint site.   So that

13   was -- that was the first part of it.   And the second

14   part was -- was the important part, because Ryan and I

15   had a discussion that -- you know, we were still

16   collecting information the same way.   And -- and so

17   what Ryan suggested was a better way to collect the

18   information.   And that gave birth to the -- its current

19   form where the -- the input is available on the DPS

20   share point site and the CSR can -- can go to that site

21   and can enter the information about an EIC issuance or

22   an inquiry directly into the share point site.   And

23   then that's kept -- that's kept resident.   That updates

24   the spreadsheet.

25                  And then from that spreadsheet we can --

1    we can pull -- we can pull ad hoc queries or we can

2    print pages or tables or whatever we decide -- whatever

3    information we decide we decide we need we can print

4    from that database.

5        Q.   Do any of the documents that you brought to

6    the deposition today demonstrate how -- how that --

7    that tracking system works?

8                    MS. KORGAONKAR:   Objection, leading.

9                    THE WITNESS:   The documents that I

10   brought with me, what they do is they --

11       Q.   (BY MR. KEISTER)  And you can refer to them --

12       A.   I'm going to have to.

13       Q.   -- by exhibit numbers.

14       A.   Okay.  So the CSR inputs information onto the

15   SharePoint site and that serves to populate Exhibit

16   No. 83, okay, or Exhibit No. 82, depending on -- on

17   whether it's an issuance or it's an inquiry.  I won't

18   talk about that because it's the same things.

19       Q.   Okay.

20       A.   Okay.  And based on that, then there's a -- a

21   document that's -- there's a link -- hyperlink to -- on

22   our website, on the -- the SharePoint site, and the

23   hyperlink is -- is called EIC executive dashboard.  And

24   that is depicted on Exhibit No. 80.  And what that is

25   is that's an Excel spreadsheet with a number of tabs

TONY RODRIGUEZ                                              5/8/2014

                                                                332

1    associated with that spreadsheet.  And we've discussed

2    some of these tabs earlier today.

3         Q.   Okay.  To your knowledge, does anyone at DPS

4    create an EIC report as you did last year based upon

5    the information that is kept on the -- on the share

6    site?

7         A.   No, sir.  We discontinued that when I stopped

8    producing the report.

9         Q.   Okay.  Thank you, sir.

10             MR. KEISTER:  I'll pass the witness.

11             MS. KORGAONKAR:  I have one question --

12   or two questions, rather, about the documents that --

13   that you were just looking at with Mr. Keister.

14                  FURTHER EXAMINATION

15   BY MS. KORGAONKAR:

16        Q.   The first is, you testified earlier that

17   271 EICs had been applied for --

18        A.   Yes.

19        Q.   -- is that right?  Is that number reflected in

20   any of these exhibits?

21        A.   Yes.

22        Q.   Can you direct me to that, please?

23        A.   Yes.

24             (Discussion off the record.)

25             THE WITNESS:  It's the last page of

TONY RODRIGUEZ                                            5/8/2014

333

1   that -- of that exhibit.

2       Q.   (BY MS. KORGAONKAR)  So, for the record, you

3   are indicating the last page of Exhibit 103?

4       A.   I'm sorry.  I misspoke.  It's -- it's -- I'll

5   keep it together.  It's this packet.

6       Q.   So it's the first page of the last packet in

7   Exhibit 103 --

8       A.   Yes.

9       Q.   -- is that right?  Okay.  And is that the same

10  document that indicates the number of EICs that have

11  been issued?

12      A.   Yes.  If you refer to the block in the upper

13  left-hand corner, do you see the text that's there?

14      Q.   I do.

15      A.   That -- that establishes the information that

16  you're asking.

17           MS. KORGAONKAR:  And we just want to

18  request that the State of Texas produce the documents

19  that you all brought with you today in native format to

20  the plaintiffs with the appropriate metadata.

21           MR. KEISTER:  I'm sorry.  I don't make

22  discovery agreements on the record.  I'll be happy to

23  entertain whatever discovery we need to do.

24           MS. MARANZANO:  I have a quick follow-up

25  question.

TONY RODRIGUEZ                                              5/8/2014

                                                              334

 1                Are you done?

 2                MR. KEISTER:  I am.

 3                MS. MARANZANO:  Okay.

 4                     FURTHER EXAMINATION

 5     BY MS. MARANZANO:

 6         Q.   I believe when your counsel was asking you

 7     questions, Mr. Rodriguez, he asked you to compare the

 8     reports that Ryan O'Connor had made to the reports

 9     that -- weekly reports that you made, and he asked you

10     to compare the circulation of those reports.  Do you

11     recall that?

12         A.   No.

13         Q.   Let me ask you this.  Can you describe the

14     circulation of the weekly reports?

15         A.   Okay.  So we -- we have to understand that

16     when I produced the documents that I produced from June

17     to the beginning of November, that's what I call a

18     report.  Okay?  And -- and the circulation of that

19     report that was e-mailed, as I said before, would be

20     pushed out, sent in an e-mail form, to -- to different

21     people in DPS; regional managers and other people who

22     were involved in the EIC process.

23         Q.   So can you list everybody who it was sent to

24     for me?

25         A.   I would have to -- if you want an exhaustive

TONY RODRIGUEZ                                          5/8/2014

335

1   list, I would have to see some of those e-mails that I

2   did.  I can -- I can answer as best I ask.

3        Q.   Would looking at a previous exhibit help

4   refresh your recollection?

5        A.   Tremendously, yes.

6        Q.   Okay.  Let's see.  I don't have the numbers in

7   front of me, but I believe -- perhaps I could look at

8   the pile of exhibits.

9        A.   You're going to need a wheelbarrow.

10            THE REPORTER:  Well, they were in order.

11            MS. MARANZANO:  No, I think it's ones

12   that we introduced today.

13       Q.   (BY MS. MARANZANO)  Do you have all of the

14   exhibits in front of you that --

15       A.   I have the ones that we introduced.

16       Q.   Is that the one --

17       A.   These ones?

18            MR. KEISTER:  You can stop typing until

19   we get it sorted.  You're not going to do it?

20            MS. MARANZANO:  Okay.  Are we still on

21   the record?

22            THE REPORTER:  Yes.

23       Q.   (BY MS. MARANZANO)  Can I show you what we

24   previously marked as Exhibit 74.  Is that an example of

25   one of your weekly reports?

TONY RODRIGUEZ                                        5/8/2014

336

1     A.   This is an example of one of my weekly

2   reports, yes.

3     Q.   Does that help refresh your recollection as to

4   who it was circulated to?

5     A.   Well, not entirely.  This is a partial list of

6   people who would get it.

7     Q.   And who's on that list?

8     A.   Well, I'm on it.  Kristopher Krueger, who

9   is -- is one of our strategic analysts; Lisa Daughtry,

10  who works at license and records services; Ryan

11  O'Connor, who was -- who was helping me collect

12  tracking information; Maria Flores is a -- is an

13  assistant manager in one of the two regions.  She's not

14  in mine.  I don't know.  And Raquel Ramirez is an

15  assistant manager in Region 3.

16    Q.   Did you send these reports to -- to

17  Mr. McCraw?

18    A.   I believe he may be on some of the

19  distribution, yes.

20    Q.   Did you send these reports to anybody outside

21  DPS?

22    A.   I don't recall having done that.  I may have.

23    Q.   Okay.  Did you send these reports to the DPS

24  commission?

25    A.   The DPS commission?

TONY RODRIGUEZ                                           5/8/2014

                                                              337

1        Q.    To the board of commissioners that oversees

2    DPS?

3        A.    The Public Safety Commission.

4        Q.    Thank you.  Yes, the Public Safety Commission.

5        A.    No.

6        Q.    Anybody else that you can recall as you sit

7    here today who got copies of your weekly reports?

8        A.    Well, as I stated before, it was -- it was my

9    normal policy or procedure to send them to all of the

10   regional managers, okay, to -- to my chain of command.

11   And then -- and then after that it gets fuzzy.  I may

12   have -- there may -- I have may included

13   Cheryl MacBride and other -- Tom Vinger and some folks

14   in -- in media and communications.  I -- that's the

15   best I can do.  I need to see one and then I can tell

16   you who they all are.

17       Q.    Okay.  I have nothing further at this point.

18             MR. KEISTER:  Just one thing.  To the

19   extent you feel I inappropriately cut you off this

20   morning, for whatever time is remaining, if you want to

21   readdress that question, we'll consider it.

22             How much time is remaining?

23             THE REPORTER:  Three minutes.

24             MS. KORGAONKAR:  Can we go off the

25   record?

TONY RODRIGUEZ                                                    5/8/2014

338

1              MR. KEISTER:  Sure, yeah.

2              THE REPORTER:  Off the record.

3              (Discussion off the record.)

4              THE REPORTER:  All right.  Back on the

5    record.

6              MS. MARANZANO:  Okay.  Back on the

7    record.

8         Q.   (BY MS. MARANZANO)  This morning you may

9    recall that we talked a little bit about EIC

10   cancellations?

11        A.   Yes.

12        Q.   And I had asked you a question about the

13   procedures under which a driver's license can be

14   canceled.  Do you know what those are?

15             MR. KEISTER:  And let me -- let me just

16   object that this is outside the area for which he's

17   designated.  But to the extent he can answer, I'll

18   allow him to do it.

19             MS. MARANZANO:  Thank you.

20             THE WITNESS:  As best I can recall, a

21   driver license can be suspended if -- if a customer or

22   a driver gets an excessive number of tickets or they

23   have other -- a DWI, or something along those lines,

24   they can suspend it.  I'm -- I'm unfamiliar with the

25   term "cancellation of a driver license."  It may be

TONY RODRIGUEZ                                           5/8/2014

339

1    possible, but I don't know about that.

2        Q.   (BY MS. MARANZANO)  And would an excessive

3    number of tickets be caused to cancel an EIC?

4        A.   No.

5        Q.   Can personal identification cards be canceled?

6        A.   Yes, we can cancel -- we can cancel -- I

7    suppose we can cancel documentation if there's evidence

8    that the -- the applicant or the customer provided

9    false or fraudulent information.  And I -- I guess that

10   would be the same rule to -- for driver licenses and

11   personal ID cards, yes.

12       Q.   Okay.  And any other circumstances under which

13   a personal ID can be canceled?

14       A.   I'm unaware of any.

15       Q.   Okay.  I don't think I have anything further.

16       A.   Thank you very much.

17            MR. KEISTER:  We'll reserve the remainder

18   until time of trial.

19                    FURTHER EXAMINATION

20   BY MS. KORGAONKAR:

21       Q.   Can I just ask you what the relationship is

22   between DPS and the Public Safety Commission?

23       A.   The -- as I understand it -- and that's --

24   that's a level above me -- the Public Safety

25   Commission, they're the ones that essentially hire

TONY RODRIGUEZ                                          5/8/2014

                                                            340

1    Director McCraw.  He works for the Public Safety

2    Commission.  If we want to make a substantive change in

3    a rule or if we want to -- to have a contract to

4    purchase equipment, or anything like that, the Public

5    Safety Commission -- and they're appointed civilians

6    and they're appointed by the governor -- then they --

7    we have to present that case to the PSC, the Public

8    Safety Commission.  And I -- I guess you could say that

9    they're our governing body.  I mean, they -- they make

10   sure that we comply with -- with the rules as set out.

11   So we answer to the Public Safety Commission.

12        Q.   Would the MOUs have had to go through the

13   commission?

14        A.   No.

15        Q.   Okay.

16                  MR. KEISTER:  Is that it?

17                  THE REPORTER:  Off the record.

18             (Proceedings concluded at 6:35 p.m.)

19

20

21

22

23

24

25

TONY RODRIGUEZ                                          5/8/2014

341

1                WITNESS CORRECTIONS AND SIGNATURE

2          Please indicate changes on this sheet of paper,
     giving the change, page number, line number, and reason
3    for the change.  Please sign each page of changes.

4    PAGE/LINE        CORRECTION        REASON FOR CHANGE

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24

25                        _____
                          TONY RODRIGUEZ

TONY RODRIGUEZ                                                5/8/2014

342

1              S I G N A T U R E   O F   W I T N E S S

2

3          I, TONY RODRIGUEZ, solemnly swear or affirm

4      under the pains and penalties of perjury that the

5      foregoing pages contain a true and correct transcript

6      of the testimony given by me at the time and place

7      stated, with the corrections, if any, and the reasons

8      therefor noted on the foregoing correction pages(s).

9

10

11

12                                   _____

13                                   TONY RODRIGUEZ

14      Job No. 4-AUSTIN-161268 KS

15

16

17

18

19

20

21

22

23

24

25

TONY RODRIGUEZ                                          5/8/2014

343

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,          )
        Plaintiffs,           )
                              )
v.                            ) CIVIL ACTION NUMBER
                              )  2:13-cv-193(NGR)
RICK PERRY, et al.,           )
        Defendants.           )

*********************************************************

                   REPORTER'S CERTIFICATE

THE STATE OF TEXAS:
COUNTY OF TRAVIS:

    I, Kim Seibert, a Certified Shorthand Reporter in

and for the State of Texas, hereby certify to the

following:

    That the witness, TONY RODRIGUEZ, was duly sworn by

the officer and that the transcript of the oral

deposition is a true record of the testimony given by

the witness;  That the deposition transcript was

submitted on _____, 2014, to the witness,

or to the attorney for the witness, for examination,

signature, and return to U.S. Legal Support, Inc., by

_____, 2014;

    That the amount of time used by each party at the

deposition is as follows:

TONY RODRIGUEZ                                                    5/8/2014

344

1          Ms. Jennifer Maranzano - 3 hrs. 49 min.
           Mr. Scott Brazil - 10 min.
2          Ms. Natasha Korgaonkar - 3 hrs. 5 min.
           Mr. Richard F. Shordt -
3          Mr. Ronald Keister - 21 min.
           Mr. Robert W. Doggett -

4

5       I further certify that I am neither counsel for,

6   related to, nor employed by any of the parties or

7   attorneys in the action in which this proceeding was

8   taken, and further that I am not financially or

9   otherwise interested in the outcome of the action.

10       GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the

11   _____ day of _____, 2014.

12

13

14

15

16       _____
         Kim Seibert, Texas CSR 4589
17       Expiration Date:  12-31-2014
         U.S. Legal Support, Inc.
18       Austin Centre
         701 Brazos, Suite 380
         Austin, Texas  78701
19       Firm Registration 344
         Expiration Date 12-31-2014

20

21   Job No. 4-AUSTIN-161268 KS

22

23

24

25

TONY RODRIGUEZ                                      5/8/2014

1

**A**

**ability** 10:6 93:14
  156:10 188:14
  204:1 256:24
  259:14,19,21 261:5
**able** 18:2 32:22 52:5
  66:4,18 70:25 71:10
  71:23 72:3 76:10
  77:24 93:18 103:10
  106:2 132:19,19
  144:15 152:2
  169:21 173:25
  174:21 187:12
  190:18 243:2 270:4
  288:21 301:6,23
  302:5,15 311:23
**above-styled** 1:14
**absolutely** 59:5
**accept** 147:5,9,20,24
  148:9,22 149:23
  150:9,11 179:17,23
  181:8 193:20
  194:14,14 301:19
  309:23 313:11
**acceptance** 312:11
**accepted** 41:4 68:23
  147:1
**accepting** 25:25
  152:16 207:14
  311:1,23
**access** 65:21,24 66:21
  67:2 94:18 110:21
  173:6,23,25 174:2,4
  174:14,18,20,21
  181:14 195:14
**accessed** 34:16
**accesses** 183:14
**accessibility** 187:15
  187:17
**accessible** 195:12,13
**accommodate** 9:22
  254:14
**accurate** 14:25 45:21
  72:18 95:20 99:7
  104:19 112:6 113:2

125:9 129:21,24
  134:8 136:23
  157:19 195:4
  205:12 212:10,11
  253:2,25 259:17
  275:17 278:3
  303:10
**accurately** 9:4 10:6
  10:10 14:24
**accused** 35:16
**acting** 41:8
**action** 1:4 87:6,7
  155:1,14,16,18,25
  156:2,7 157:11
  158:8,12,19 343:4
  344:7,9
**actions** 138:22
**active** 116:12
**activity** 115:7,13,14
  115:17 116:11
  117:22 126:13
  127:1 131:10,11
  132:24 136:2
**actual** 51:9 216:12
  295:19
**actuality** 169:2
**ad** 88:2 167:6 242:2,9
  329:16 331:1
**added** 78:16 195:10
**addition** 77:7 220:5
**additional** 43:3,6
  70:24 71:9 76:3
  188:8 199:16
**address** 35:1 39:22
  39:23,24 51:22,23
  52:3,4,9 302:4
**admin** 20:24 24:5,5
  28:21 39:1 57:8
  60:22 62:16 78:20
  149:11,13,17,20
**administrative** 24:5
  39:21 62:15 104:7
  113:16 292:4
  317:23
**adult** 137:22

**advance** 18:22 238:1
**Advanced** 14:13,14
**advice** 89:10,11,13
**advise** 90:4 122:25
**advised** 56:10
**advisory** 213:4
**affect** 10:6
**affidavit** 5:15 147:18
  178:14,23 179:4,11
  180:1,13 181:8,8
**affidavits** 147:2
**affirm** 342:3
**afford** 83:12
**afternoon** 189:5
  197:7
**age** 167:22 178:6
**agencies** 14:21,21
  84:15 161:5 165:23
  171:10 176:10,14
**agency** 13:1,4 41:9
  95:8 146:22 161:7
  161:10 165:25
  198:2 209:12,13
  220:14 270:1
  271:21 328:4
**ages** 168:19
**ago** 211:8 217:17
  224:24 226:22
**agree** 260:24 297:20
  314:24,25
**agreement** 248:13
  268:12
**agreements** 333:22
**ahead** 10:1 50:8
  87:19 105:12 165:6
  282:8 299:4
**AID** 3:2
**Airways** 73:4
**al** 1:3,5 343:3,5
**allow** 15:18 25:9 57:8
  175:10 290:6
  338:18
**allowed** 37:20 39:1
  40:4 72:17 149:22
  181:11 273:12

276:24 278:12
**allowing** 181:13
**allows** 33:18 281:20
**aloud** 288:4 289:20
**alphabetical** 157:24
**alternatives** 153:7
**ambiguous** 66:8
  87:18
**ambulatory** 273:19
**Amelia** 4:20 99:5
**AMERICA** 2:3
**amount** 86:19 123:10
  135:14 152:18
  201:22 284:22
  343:22
**amounts** 271:18
**analysis** 123:14
  158:13 164:13,16
  182:25
**analyst** 21:21 317:20
  329:2
**analysts** 21:16
  217:23 329:2 336:9
**Anderson** 168:18
**Andrea** 289:12
**and/or** 1:19
**anecdotal** 180:11
**Annabelle** 184:15
**annual** 105:19
**answer** 9:9,25 10:1
  16:23 22:16 23:11
  42:13,14 49:3,6
  51:4 52:7 58:12,14
  58:17,20 59:1,6,8
  59:19,22 60:4,14
  66:10,11 67:3 71:11
  73:2 74:23 76:25
  77:2 78:10 84:25
  86:13 87:2 89:4,22
  99:23 106:18
  110:10 119:21
  120:2 121:7 124:1
  128:17 161:9
  172:25 175:8,15
  177:2,5 179:18

TONY RODRIGUEZ                                                5/8/2014

2

186:7 197:22 205:4
222:23 223:20
243:24 244:15
253:22 259:10
266:19 274:3 275:3
275:4 277:17
301:10 305:16
306:1,9 319:25
335:2 338:17
340:11
**answered** 38:18
225:23
**answering** 9:10 87:11
175:10 244:11
**answers** 58:23
252:21
**anticipate** 18:21
243:9,11 288:14,16
**Antonio** 8:10 11:23
**anybody** 11:24 20:11
20:11 21:7,18 22:5
26:10 35:17 136:13
155:12 165:11
170:16 174:16
179:7 182:23
336:20 337:6
**anybody's** 183:20
**anymore** 134:16
184:25
**anyway** 128:17
254:11 272:20
325:1
**apart** 24:15,21
165:12 178:21
312:19
**apologize** 72:22
142:24 295:9
**appear** 184:23
261:21
**appearance** 54:19
55:4
**Appearances** 4:2
**appears** 90:7 119:8
139:20 159:15,25
161:20 170:14,15

170:18,19 182:10
184:6 186:1 198:17
222:13 229:11,18
229:25 242:22
245:17,17 246:12
246:14 258:3 290:4
297:23
**applicant** 29:13 30:2
30:23 31:24 32:15
32:17,21,22 33:19
34:2 35:23 36:8,19
43:2 50:11,14 51:21
52:1 56:6,24 61:6
62:3,23 63:3,7,13
64:6,9,12,20 66:14
66:14 69:13 75:8,17
76:9 77:14,23 78:12
85:7 89:2 90:11,14
91:2 92:10 97:12
98:1,2,23 102:6
104:23 107:23
108:1 125:21 139:9
139:12 144:15,18
146:7,15 151:21
265:25 339:8
**applicants** 15:7 30:14
30:24 31:9,16 33:17
33:23 40:5,16 43:10
43:17,25 44:17
49:14 50:5 61:10,15
61:19 82:17 84:4,22
85:15 86:10,24
91:13 96:4 97:1
100:5,12,17 101:10
121:2 128:4,12
133:3 140:19,20
143:1,2 159:25
175:7 177:23 178:6
216:17
**applicant's** 30:19,22
**application** 5:10 6:18
24:24 26:5,23 27:2
27:4,5,12,16 28:16
28:17,23 29:1,5,10
29:13 30:12 31:14

32:7 36:2 37:2,15
37:16 38:21,22 39:4
40:15,23 41:3 42:7
43:10,25 44:4,18
46:13 47:2 48:21
50:6,22 52:10 63:12
63:19 80:7 90:24
91:13 92:15 101:14
102:11 103:24
106:7 124:4,10,23
151:12,16 160:3,24
161:20,23,24 162:3
163:1,9 171:4,6
173:8 180:23
216:19 270:9,9,22
316:23
**applications** 6:20
26:22,24 44:22
48:25 128:6 161:12
163:13 164:3,14,17
167:22,23 168:13
169:2 183:11 191:3
207:14 231:2
270:24 286:1
309:23 311:1,23
312:11 313:11
320:21
**applied** 64:12 163:8
285:16 332:17
**applies** 63:18 105:15
**apply** 46:11 47:1
56:14 63:11,16
71:23 72:3 79:4
106:6 119:15 121:2
121:25 122:4
123:20 124:3,8
141:24 142:2,14
202:13,14,15,17,25
206:1 208:16 227:9
228:6 302:8 304:20
**applying** 28:1,2,6
38:24 40:11,18 42:1
44:18 64:23 65:21
65:23 66:3,5,20,22
67:1 84:4 94:4,20

94:23 95:3,7 99:19
101:6 122:19 138:2
228:1 295:20
**appointed** 340:5,6
**appreciate** 73:11
219:12 278:6,21
**appropriate** 146:6
153:1,1 307:24
333:20
**approval** 259:3,7,10
322:8
**approve** 215:5 257:7
258:20
**approved** 256:9
257:23 258:1 322:9
**approximate** 192:10
**approximately** 17:7
18:19 100:25 143:8
190:20 191:16
192:19 193:3
194:19,20 208:2,25
251:21 262:14
268:15 277:21
299:6,8
**April** 17:24,25 18:11
18:12 262:17,19
**archaic** 324:24
**area** 46:17,21 49:21
60:7 156:13 240:6
243:18 245:5
289:16 324:23
338:16
**areas** 155:23 189:7
237:8 252:13
**Armstrong** 222:20
223:6,9,13 229:6,9
**Army** 14:4,6,7
278:17
**aside** 199:24 202:9
220:18 232:16
255:3
**asked** 13:1,12,15
27:21 31:4 38:6,13
38:14,25 48:18,21
85:17 91:10 122:6

TONY RODRIGUEZ                                    5/8/2014

3

131:11 146:9
155:20 156:12
165:3 170:16
171:12 176:23
177:8 179:5,5
200:17 211:7
212:12 217:25
219:6 231:19 232:4
235:22 236:2,5,5,9
261:15 285:13
286:9 287:4 294:3
294:12 308:13
317:20 319:4,4
325:24 329:3 334:7
334:9 338:12
**asking** 24:14 30:14
31:20 35:23 37:1
38:23 40:9 44:10
72:24 115:22 116:5
122:17 175:22
180:14 187:7 195:5
197:16 199:13,16
199:21 204:6 214:6
215:12,13 242:19
243:3 257:13,19
272:13 294:10
333:16 334:6
**asks** 83:4 165:10,20
185:2 194:5
**assessment** 135:19
233:16
**assessments** 168:5,21
187:2
**assessor** 303:8
**assessor/collector**
303:11
**assigned** 93:25
**assigning** 116:9
**assignment** 216:10
**assist** 48:24 49:14
50:4
**assistance** 50:5,10,14
256:5
**assistant** 12:10,13
26:7 112:17,20

134:17,21 151:1
165:8 220:7 281:6
283:13 290:3 304:5
326:16 336:13,15
**associated** 266:8,17
276:17,20 277:23
332:1
**assume** 168:13
**assumes** 66:25
**assuming** 116:3
259:5
**assumption** 116:21
127:3
**assurance** 36:20
**attached** 1:20 322:15
**attachment** 4:18 5:12
53:2 166:17,19,20
166:20 220:22
221:9,10 222:17
223:2 229:1
**Attachments** 5:21
**attempt** 161:1
**attempted** 142:13
**attention** 106:1 123:4
123:5 230:20
240:17 244:25
255:23 279:18
284:22 287:24
292:19 307:14
**attorney** 3:6 9:23
343:19
**attorneys** 23:4 344:7
**attorney/client** 23:2
**attribute** 48:20
154:10
**audience** 236:25
237:3
**Austin** 1:18 3:3,7,12
3:16,17 11:22
104:23 212:21,24
213:22 272:5
281:23 283:15
311:10 344:17,18
**authority** 77:6
**authorize** 259:8

**authorized** 41:12,20
41:22 42:9,12,12,14
43:3 271:12
**availability** 193:17
203:9 208:15 210:1
210:4 219:23 301:1
311:16
**available** 44:22 45:5
45:8,25 46:2,6
48:24 49:13 50:4
94:6,13 129:14
194:5 221:22 222:2
227:1,10,14 240:4
245:8 266:22,24
267:2 293:4 317:11
330:19
**Avenue** 2:6,16
**aware** 46:9,15 47:3
56:23 57:2,20 87:23
94:22,25 100:4,9,12
100:16,21 109:4
137:15 164:15
181:16,24 193:17
206:2 238:2 240:12
310:18 315:2
**awareness** 6:23 179:1
321:15
**awfully** 294:4
**A.D** 95:25 97:9
193:11 200:6 211:5
211:16,18 220:6
**a.m** 1:15 72:13,13
245:2 256:3,20
292:22 293:3,7,12
294:6 298:2 303:23

─────── **B** ───────

**back** 37:9,21 38:21
54:15,22 68:11
72:14 82:6 86:22
96:13 98:12 105:10
115:20,23 121:22
126:9 136:5,11,13
142:20 144:4
146:22 148:4 154:1

154:2 164:11
177:24 178:8
183:21 197:4
205:18 214:25
225:11,23 226:23
228:22 230:17
236:4 243:3 244:14
245:23 246:12
247:12 255:14
265:10 291:25
297:24 299:22
300:2,7 309:15
322:16 327:22
328:19 338:4,6
**backdrop** 189:23
265:24
**background** 92:13,16
289:23 290:11
**Badger** 73:7
**balance** 276:12
**ballot** 289:1
**ballots** 288:6,9,17
**bank** 56:15
**banking** 214:7
**bar** 54:14,21,24 55:6
**Barbara** 113:5
134:23
**Barber** 134:23
**Base** 94:10
**based** 36:19 49:20
58:20 76:11,12
79:10,17 80:1
115:15 135:11,13
135:14 137:13
141:21 150:24
152:12,15 157:10
160:19 177:1 180:8
211:6 214:5,10,11
214:18 216:1
229:16 233:7,16
247:18 249:23
250:21 251:2
252:10,18 254:1
258:23 260:8,12,14
260:17 263:17,19

TONY RODRIGUEZ                                    5/8/2014

4

272:16 286:21
293:24 310:7 315:6
331:20 332:4
**basically** 141:21
286:20 295:12
**basing** 187:11,12
**basis** 27:23 57:16
78:9 105:19 122:22
150:16 162:1 251:5
**Bates** 6:3,10,11 245:2
248:23 255:17
262:6 279:14
282:22 287:14
292:12 294:17
297:3 302:22
306:24
**Bates-stamped** 5:19
198:10
**battle** 21:23
**bear** 239:25
**becoming** 199:8,12
**Bee** 173:20
**began** 17:22 45:7
46:7 327:2 329:6,7
**beginning** 18:11,12
109:16 110:16
111:11 114:3 116:3
327:3,5 328:3,6,7
334:17
**begins** 221:13
**behalf** 19:18 41:9
58:24
**belief** 251:6
**believe** 12:16 13:12
30:13 33:10 38:7
40:19,20 43:8 45:11
50:2 74:25 75:3,4
76:15 79:23 94:10
95:3 98:10 103:6
105:5,6 106:7
109:16 119:7
121:11 123:18
129:9,11,13 141:4
142:12 153:1
158:23,24 160:4

163:23 168:16
183:21 187:23
188:1 194:18
210:19 226:6
230:19 233:20
243:23 244:7
245:21 249:19
258:12 261:23
263:10 270:18
277:22,24 279:5
292:8 313:8,12
314:10 319:5,6
325:10 327:17
328:8 334:6 335:7
336:18
**believed** 241:1,5
**believes** 235:25
**Bell** 6:7,9 22:7 26:13
47:8,12 100:22
112:22 113:8
134:14 199:4 220:8
242:10 253:4,5
271:7 277:15 283:4
284:10,10,12
290:24 291:4,14
328:12
**Bell's** 284:1
**bench** 191:1,4 271:1
313:4
**Bergman** 113:6
297:8,20,25 298:5
298:12 300:2
**Berkley** 113:6
**Bessiake** 197:15
**best** 9:22 17:23 80:2
154:7 156:8 159:1,3
160:4 163:5,19
166:6 173:19
189:16 190:9,21
191:15 194:18
195:22 210:13
216:22 228:14
239:10 244:16
250:7,8 252:9 255:7
264:6,9 268:21

282:14 292:8
309:24 329:16
335:2 337:15
338:20
**better** 77:3 131:5,15
131:23 132:2,13
205:4 295:13,15,22
296:5,10,15 330:17
**beyond** 58:1,10,15,21
59:19 73:2 178:20
304:4
**big** 114:8,13,22 199:8
199:12 252:12
254:8
**biggest** 204:20
**binder** 68:8
**birth** 5:15 31:1 32:2
53:25 54:4,12 66:22
74:7 80:18 81:19,22
88:20,21,22 104:5
104:11 123:21
124:3,8 140:11,20
140:23 141:2 146:4
146:7,10,14 147:2,5
147:6 153:3 178:14
178:24 179:5,9,11
179:21 180:3,6,13
181:12,14 311:24
330:18
**birthday** 54:2 104:9
104:10
**birthdays** 36:21
**bit** 71:3 143:11,12
155:4 197:8 205:10
217:19 229:17
296:3 300:1 338:9
**Blanco** 207:6
**blank** 225:12 265:25
**block** 33:7 41:9,19
91:10 204:8 322:5
333:12
**blocks** 145:2
**blue** 189:22 223:16
265:23 312:15
**board** 337:1

**Bob** 224:19 283:8,9
**body** 340:9
**Border** 93:8
**born** 146:13 147:3,21
179:20 248:21
**boss** 188:17
**bottom** 29:15,17
40:22 53:15 55:15
99:13 125:12 130:3
134:11 135:2
136:24 141:11
236:12 255:24
283:3
**Boulevard** 3:11
**box** 3:7 29:15,15,17
29:19 30:2,4 32:14
33:11 35:2 40:23
42:4,18 43:20 64:1
64:2,6,14 71:15,20
144:7 145:23
195:25 196:15
229:17
**boxes** 190:8 272:3
**brand-new** 263:15
**Brazil** 2:10,10 4:6
8:13,13 35:5,10,14
189:4 197:17 344:1
**Brazos** 3:16 344:18
**break** 9:21 72:8
73:19 74:2 144:21
144:22 153:24
188:24 228:19
254:12 265:7
309:12 312:19
**breakdown** 164:17
**Brian** 289:19,21
290:2,4
**brick** 103:18,19
208:17 318:23
**brick-and-mortar**
270:12
**brief** 33:19 34:11
40:4
**briefly** 22:4 316:21
**bring** 30:25 31:1

TONY RODRIGUEZ                                    5/8/2014

5

61:13 150:18
203:12,18 205:15
257:1 272:5 284:14
316:11
**bringing** 181:12
182:17
**broad** 277:17
**broke** 145:5 253:6,6
**brought** 21:1 90:19
123:4,5 282:3
316:17 318:14
319:19 320:24
323:23 324:4,5
325:18 326:23
331:5,10 333:19
**budget** 271:20
301:23
**building** 209:11
229:23
**bulk** 260:20
**bullet** 240:18,23
287:25 288:3,12
289:11,18
**bungee** 190:9
**burning** 243:6
**busier** 254:8
**business** 21:17,22
26:15 121:18
140:15 189:21
210:25 211:2,4,25
214:7,8 225:15
239:17 247:2,5
265:4,4,4 295:12,14
295:17,21,24 296:4
296:9,14
**busy** 254:5,15,21
**buy** 83:11 206:18
**buying** 271:14
**buzzing** 266:10
**B-B** 65:17 78:15

———————
**C**
**C** 2:1 62:20 74:9
75:14,25 80:16
**cables** 189:21 312:15

**calendar** 18:6,20
**call** 21:23 24:5 43:22
51:7 59:24,25 60:1
60:3 104:4 117:13
136:1 137:3,9,20
138:2,9 147:17
172:20 201:7,9,21
203:15 216:20
265:17 267:16,19
317:8 334:17
**called** 98:13 106:9
117:13 191:1,4,4
195:22 204:25
265:19 288:23
327:16,17 331:23
**calling** 267:10
**calls** 22:14 66:25
74:22 86:25 121:5
124:24 138:24
201:1,18,19 239:4,5
258:10 262:21
299:2 300:18 301:8
**camera** 189:20,20
265:22,23
**Cameras** 312:17
**cancel** 57:9,9,15,17
57:21,25 60:25
339:3,6,6,7
**canceled** 57:5,6,10,10
57:19 338:14 339:5
339:13
**cancellation** 60:21
61:2 338:25
**cancellations** 338:10
**cancelled** 58:5
**cancelling** 60:17
**capabilities** 226:16
**capability** 216:15
**capacity** 11:9 47:25
48:1
**capital** 88:7
**captain** 21:23
**capture** 117:16
163:16 184:4,14
**captured** 34:23 77:18

135:19 153:11
163:22 184:19,19
184:22,24
**capturing** 153:19
**car** 266:8,17
**card** 16:16,17 25:7
37:8,14 39:22 51:9
51:18,20,24 52:3,11
54:10,12,17,19,20
54:22 55:9,10,12,15
56:5,10,21,22 57:25
57:25 58:7,8 62:1
62:25 63:8,10,11,15
63:18,22 64:10,11
64:21 67:24 68:18
68:22,22 69:14 70:9
70:10,14,23 71:8
77:14,25 79:2,5
91:24,25 96:21,22
97:13,24 98:18
121:15 123:2
146:12,25 147:14
147:17 271:10,10
271:12
**cards** 15:10 51:10,17
57:10 70:2 83:18
85:10 105:19
133:16 194:25
227:5,13 271:8
305:3,6 339:5,11
**care** 60:6
**Carolina** 134:23
**carries** 173:19
**carry** 133:19 190:6
**cars** 266:15
**Carter** 112:13 113:5
130:23 131:8
132:16
**cartridges** 192:8
265:21
**case** 23:4 31:9,12
75:7 104:18 116:8
118:11 170:16
176:20 180:24
181:7 197:13 204:1

205:22 231:20
241:18 243:5
278:19 340:7
**cases** 59:5,24 73:14
104:25
**case-by-case** 78:9
150:16,19 152:11
**cast** 288:5 289:1
**casual** 185:2
**catch** 107:13
**categories** 107:3
121:9 205:25 206:3
**categorize** 121:16
177:15 204:23
205:2 227:20
228:12 259:7,10
**categorized** 329:16
**category** 141:19
148:11 179:15
195:25 203:15
**cause** 1:14 252:17
297:15
**caused** 157:8 339:3
**cc** 112:19,20 113:9
**ceased** 210:7
**cell** 190:2,4 191:12
203:6,6 266:4,4,5
324:19
**cells** 317:21
**CELs** 219:9
**census** 146:20
**center** 21:17 92:22
92:25 140:15
**centered** 11:22 252:8
**centers** 96:3 252:8,13
**central** 11:21 282:4
**Centre** 3:16 344:17
**certain** 79:25 117:21
118:10 148:23
171:7 193:4 210:15
238:13 250:6 257:9
259:20,25 261:9,16
270:7 271:13,14
278:14,14 305:23
306:8 309:19

TONY RODRIGUEZ                                    5/8/2014

6

310:19 327:21
**certainly** 19:12 84:1
　118:18 138:4 149:4
　209:7 260:21 269:5
**certificate** 4:10 5:15
　10:14 24:2,25 25:5
　27:3,6 28:3 31:1
　32:3 37:5 54:16
　55:11 81:19,22
　88:20,22 104:6,11
　123:21 124:3,9
　139:1 140:11,23
　146:4,8,11,14,19
　147:6 153:4 178:14
　178:24 179:9,21
　180:3,7,13 181:12
　202:25 250:5 251:1
　311:8 343:8
**certificates** 5:11 15:9
　15:12,14 24:7 27:22
　33:22 51:12 66:22
　70:3 114:7,10
　140:20 141:2
　161:21 172:15,22
　179:6 227:14 236:1
　249:11,13,17
　256:11 279:25
**certification** 180:25
**certified** 74:6 80:17
　81:4,21 147:6
　311:24 343:11
**certify** 343:12 344:5
**Cesinger** 134:20
**chain** 5:23 6:15 46:19
　87:21 108:21
　113:16 120:22
　125:24 126:25
　200:1,3,5 201:15
　213:24 221:13
　230:20 232:3,20
　235:13 236:6 242:1
　245:1 248:1 250:14
　250:16 253:23
　255:24 256:21
　261:21 279:19

280:8 284:8 285:2
　294:21,23 295:2
　307:6 323:18,19
　324:18 326:17
　337:10
**chair** 275:11
**chairs** 275:11
**challenge** 271:25
**change** 59:3,8 74:8
　76:1 78:16 80:19
　81:5 84:6 86:22
　88:18,24 130:5,12
　135:3 136:5 155:6
　200:9 201:25 203:7
　215:6 280:3,25
　281:4 293:3,6,17,23
　308:4 340:2 341:2,3
　341:4
**changed** 25:18 86:4
　111:21 136:7
　156:21 201:24
　202:4 293:20 294:1
　294:2,13 325:13
**changes** 154:20,21,23
　155:9 166:4 281:5
　326:10,12 341:2,3
**changing** 59:15 135:8
　154:25 308:13
**Chapter** 24:2
**characteristics** 33:17
**characterization**
　132:7 314:23
**characterize** 132:1
**charge** 201:13 237:6
　310:4 324:25
**charged** 192:5
**Charles** 134:22
**chart** 7:2 164:10
　165:7 168:24 169:3
　170:15 171:9
　173:14 174:7
　186:18,20 187:1,2
　219:7 223:15 245:4
　246:3,7 321:19
　323:15,16

**charts** 6:21 168:8,9
　171:10,14 174:5
　194:17 216:21
　244:14 321:13,17
**chat** 49:5
**check** 31:5 32:9,10
　33:5,6 34:6,10,11
　36:20 63:5,6 64:1,2
　64:6,14 65:8 70:19
　79:5 91:15,19,23
　92:19,21 93:4,8,11
　93:15 95:3 96:10,11
　97:16,22 103:1
　105:15,18,24 106:5
　106:12,14,20
　120:17 160:12,18
　246:13 247:12
**checked** 51:10 93:13
　93:16 116:1,23
**checking** 32:8 33:1
　96:20 97:20
**checks** 91:12,14
　92:13,16 93:2,20
　94:5,15,16,19,24
　96:25 97:3,7 289:23
　290:11
**Cheryl** 12:18,18,21
　337:13
**children** 32:24
**CHL** 96:14 195:17
　195:21 196:6
**choose** 137:19
**chose** 28:14
**chosen** 13:23 207:17
　260:15
**CHRISTI** 1:2 343:2
**Christopher** 217:22
**chronological** 157:24
**CID** 94:2 237:22
**circle** 178:8 216:24
　216:25
**circulate** 174:16
　176:7,12 329:10
**circulated** 336:4
**circulation** 314:22

334:10,14,18
**circumstances** 41:6
　57:4,24 271:13
　339:12
**citations** 72:25
**cite** 59:5,23 73:10,10
**citizen** 70:20 71:21
　71:22 72:1 76:10,13
　81:7 146:11
**citizens** 76:21 295:19
　302:8
**citizenship** 61:8,11
　61:15,20 62:4 69:3
　69:11,17 70:5,25
　71:10 72:2 74:2,10
　74:19 76:2,4,8 77:7
　77:17 78:1,24,25
　80:8,11,21,24,25
　141:16,24 142:15
　143:4 144:23
　146:10
**city** 140:12 323:20
**Civil** 1:4,19 2:5 343:4
**civilians** 231:18
　340:5
**Clarendon** 229:12,19
　229:20
**clarification** 72:21
　172:10 186:13
　273:14
**clarify** 36:1 139:23
　219:5 227:8 296:18
　305:25
**clarity** 202:8 209:4
**Clark** 197:14
**class** 272:6
**clause** 242:17
**clean** 137:2,11,19
**clear** 9:17 24:14
　27:24 67:12 71:3
　76:19 238:10
　261:14 278:22
　309:7
**clearer** 200:25
**clearest** 278:4

TONY RODRIGUEZ                                          5/8/2014

7

**clearly** 271:5
**clear-cut** 104:17
**clerk** 258:4 298:10
**clipped** 323:1
**close** 37:12 137:3,9
    137:20 138:2,9
    214:8,25 215:3
**closed** 210:17 289:24
**closer** 235:3
**closest** 304:24
**clue** 289:16
**code** 20:24 24:1,5
    39:2 54:15,21,24
    55:6 62:16 76:15,17
    76:20,22,23 86:17
**coded** 321:19
**collapse** 317:20
**colleague** 199:4
**colleagues** 255:4
**collect** 6:17 30:17
    37:4 65:7,11 66:13
    67:18 72:17 82:23
    83:12,17 87:14
    107:25 135:25
    178:1 316:23
    328:10 329:7,13
    330:17 336:11
**collected** 39:20 85:19
    178:1 199:25
    329:14
**collecting** 84:3,7,7
    120:4 130:6 156:19
    176:19 330:16
**collection** 265:19
**Collins** 21:22
**colloquialism** 32:12
    234:13 277:6 308:3
**colloquialisms**
    137:23
**colloquially** 21:23
**colon** 63:2
**color** 33:13,14 169:5
    222:18 321:19
**column** 144:21 171:4
    171:6 229:4,23

250:9,10 322:21
**columns** 317:21,23
**combat** 284:12
**combination** 248:11
**combinations** 75:17
    75:20
**come** 15:8 43:18 52:6
    57:19 69:13,23 83:9
    88:17 96:13 101:1
    101:18 105:10
    115:19,23 116:18
    116:23 117:10,11
    117:12,17,17 118:3
    121:12 151:2,11
    154:25 160:11
    173:8 180:6 207:18
    212:6 215:17
    228:13,16 231:9,15
    231:17,24 234:10
    235:8 242:19 243:4
    287:6,6,7 289:2
    293:23 329:21
**comes** 22:6 56:2 81:3
    90:11 100:19,24
    101:12 103:24
    107:9 183:14 215:4
    257:18 305:7
**coming** 18:3,4 131:18
    131:19,21,25 132:6
    142:20 216:6 275:9
**comma** 289:23
**command** 46:19
    87:21 108:21
    120:23 125:24
    126:25 200:1,3,6
    201:16 213:24
    232:3,20 236:6
    237:21 242:1 248:2
    250:15,16 284:9
    285:2 323:18,19
    324:18 326:17
    337:10
**commander** 237:5,18
    237:24 239:22
    311:11

**commanders** 237:4,4
    238:20,21 239:19
    240:5 241:4,6
    253:14
**commends** 249:3
**comment** 133:12,15
    133:18 229:4
**comments** 157:10,13
    157:14 229:4,22
**commercial** 219:8,10
**commission** 336:24
    336:25 337:3,4
    339:22,25 340:2,5,8
    340:11,13
**commissioned**
    229:18,18 237:6,18
    324:25
**commissioners**
    193:15 225:14
    337:1
**commit** 298:7
**common** 239:18
**communicate** 84:6
    84:14,15
**communicating**
    117:4
**communication**
    116:22 128:24
    301:25
**communications**
    96:3 134:20 156:15
    157:2,5,6 158:1,2,4
    158:6 209:11
    240:13 265:2
    337:14
**comparatively**
    305:18
**compare** 54:6,9
    180:20 245:16
    334:7,10
**compared** 54:4
**comparison** 251:8,11
    251:12
**compilation** 123:19
    123:22 136:1

167:10 176:9
**compile** 109:23,25
    110:12 123:13
    162:25 167:15,16
    167:17
**compiled** 110:3 167:9
    167:12 172:16
**compiling** 135:16
    165:1
**complaints** 188:2
    190:7
**complete** 29:13 33:23
    71:16 91:7 98:19
    101:14 160:3
    201:10,15 245:4,9
    245:14,18 246:9,14
    262:23 289:12
**completed** 151:15
    160:23
**completely** 9:5 10:7
    10:10 197:23
    270:14
**completeness** 90:25
    91:2
**completing** 44:18
    50:5 124:23
**compliant** 91:17
**compliment** 23:9
**comply** 340:10
**comprises** 273:17
**computer** 69:25
    189:17 270:23
    282:10,18,19 292:2
    330:12
**computers** 34:17
    48:3 86:18 270:3,4
    270:7,20,21,25
    281:9 282:12,13,18
    312:15
**concealed** 23:18
    96:22 97:20,23
    133:19,21,24
    227:16,17
**concentrated** 251:22
    251:23 252:6

TONY RODRIGUEZ                                    5/8/2014

8

305:23 306:7,18
**concern** 55:21 84:2
  95:1 132:23 133:1
  137:25 157:18,20
  271:5 272:10
**concerned** 101:10
  215:11,12
**concerning** 311:16
**concerns** 95:2,6,10
  101:5 116:25
  117:20 139:4 297:5
  307:7
**concluded** 340:18
**conclusion** 74:22
  291:22
**concurrently** 277:25
  278:18
**conduct** 91:12 105:14
  214:7 272:6 282:4
**conducted** 44:8 95:4
  155:1 160:18
  216:16 304:7
**conducting** 202:24
**conducts** 169:14
**conference** 138:24
  239:4 262:21
**confidence** 109:7
  120:16,22 204:24
**confident** 46:25
  84:21 85:1 101:22
  101:25 104:18
  109:3 120:11 185:6
  185:12 204:1,5
  205:10
**configure** 48:5 270:9
  272:2
**configured** 190:17
  195:10 313:3,7,9
  314:5,11,21
**confirm** 63:5 71:23
  78:24,25 229:12
**confirming** 328:20
**confused** 142:18
  272:19
**confusing** 55:21,23

201:25 297:15
**confusion** 280:17
**connect** 32:13 88:15
  88:16 90:6 180:21
  181:13 190:18
**connected** 190:11
**connection** 90:2,3
**connections** 189:20
**connectivity** 291:24
**connotation** 308:14
  308:19 309:8
**connotations** 116:10
**conscientious** 120:24
**consequence** 329:6
**consider** 17:13,18
  29:12 38:22 40:9,14
  60:11 65:20 66:2,17
  66:20 67:13 73:12
  127:17 129:1
  131:20 132:16
  158:15 178:23
  181:10 187:5 216:3
  236:25 238:14
  337:21
**consideration** 27:25
  39:15 291:19 292:4
**Considerations**
  289:17
**considered** 40:20
  41:22 67:8,8 107:15
  107:20 273:15
  296:9
**considering** 213:5
  238:14
**consist** 103:16 189:17
**consisted** 43:12
**consistent** 164:17
  260:3
**consistently** 51:14
  120:11
**consolidate** 327:8
**consolidated** 140:3
**constitute** 156:10
**constituted** 268:13
  268:15 309:4

**constitutional** 264:7
  268:5 277:23 279:6
**constraints** 139:13
**consumes** 201:22
**contact** 13:2,3,5
  14:18,20 30:3 100:1
  104:20 113:11
  151:7,14,17 157:6,7
  161:1 193:13
  221:22 222:2 226:9
  304:2 324:19 325:3
**contacted** 225:24
  226:1,7 293:2
**contacts** 214:19
**contain** 320:10 321:1
  342:5
**contained** 69:17 70:1
  176:23 177:9 187:2
  317:23 319:8 323:1
  326:3
**containerized** 266:1
**contains** 70:5 162:19
  318:19
**content** 307:11
**context** 308:7
**continue** 60:11 137:2
  197:18 241:15,21
  328:22 329:1 330:4
**continued** 178:1
**continues** 229:7
**continuity** 202:8
**continuously** 212:15
**contract** 340:3
**contrary** 133:4 138:4
  138:14,20
**control** 48:10 87:6,7
  103:1,5 105:14,17
  105:24 160:12,18
  194:4 276:10
  279:24 280:2
**convenience** 37:17,19
**conversation** 154:16
  154:19,22
**conversations** 23:3
  154:24 178:22

208:3 305:11
**conveyed** 92:9
**coordinate** 15:12
**coordination** 15:13
**coordinator** 15:14
**cop** 96:17
**copied** 256:1
**copies** 73:13,15
  230:14 311:24
  337:7
**copy** 45:21 74:6
  80:17 81:4,22 95:20
  99:7 112:6 125:9
  129:21,24 134:8
  136:23 147:6
  318:20
**cords** 190:9
**corner** 322:6 333:13
**CORPUS** 1:2 343:2
**correct** 29:8 31:14
  32:19 33:4 39:5,18
  40:7 41:18,25 55:8
  55:19 67:25 68:21
  75:18 97:17 101:15
  108:13,24 111:12
  113:1 126:3 130:10
  135:1 138:7,11
  140:1 141:7 142:8
  148:11 149:21
  151:7 153:19 154:4
  160:16 162:20
  171:7 172:17
  179:12,13 181:1
  183:18,22 195:25
  198:1 205:6 212:2
  214:15 227:7
  246:17 252:4 258:8
  261:4,23 262:13
  263:21 264:16
  268:3 276:1,3,4,5
  278:1 281:22
  285:25 286:21
  287:23 290:14
  298:20 299:21
  304:14 305:6 342:5

TONY RODRIGUEZ                                                              5/8/2014

9

**corrected** 75:2
**correction** 13:2
  169:17 341:4 342:8
**corrections** 341:1
  342:7
**correctly** 39:11 63:1
  81:1 89:15 96:7
  106:5 137:6 250:1
**correspond** 237:23
**corresponds** 65:6
**cost** 81:21 123:10
  192:10,13,18
**counsel** 8:11,25
  16:18,24 20:8 22:22
  23:13 58:1 68:2
  89:13 108:2 142:18
  178:22 186:9 334:6
  344:5
**counsel's** 60:14
**count** 168:14 171:4,6
  288:7
**counted** 280:20
**counterpart** 283:4
**counties** 37:22 83:11
  84:24 86:13 87:12
  87:13 103:9 144:6
  168:18 187:14
  191:21,21 192:21
  193:4,5,8,9,14,19
  193:22 194:1,13
  202:18,18 206:11
  206:16,24 207:10
  207:17,19,22
  209:17,20,23 210:2
  210:15,21 211:9,11
  211:20 221:11,20
  221:25 222:11,14
  222:14,19 223:1,13
  223:16,18 224:23
  224:25 225:2,5,8,9
  225:17,19,21 226:7
  226:9,13 229:8
  231:10,21 232:15
  232:18,24 233:2,12
  233:19,21,22 234:1

235:24 250:25
251:3 252:17,18
253:9 258:13 259:2
260:9,12,14 261:12
261:16 264:19,23
269:17 272:16
274:3,7,9,16 276:6
279:9 280:12,14
282:6 284:21
298:24 300:11,25
301:6,15,22 302:1,4
302:14,16 304:18
305:7,9,13,17,18,25
306:1,3 309:19
310:11,15,16,21
312:5 313:19 315:3
315:5,7,11 319:1
**county** 6:16 42:2,5,6
  42:14 45:3 61:18
  97:4,10 102:21,23
  103:11 140:6 147:4
  156:11 173:21
  190:2,23 191:7,10
  191:16,17,19,25,25
  193:3,15,16,16
  194:5,7,8,9,10,12
  202:21 206:20,23
  206:23 210:1,24
  211:2 221:22 222:2
  223:11,12,13,13
  225:11,13,15 229:6
  229:15,19,22 230:4
  250:9 251:7 252:18
  253:4,4,5,7,8
  256:25 257:1 258:4
  258:24,25 259:5,15
  261:1,6,9,16 263:14
  266:5,6 273:10,14
  273:20,23,24,25
  274:17 276:1,2,7,12
  280:12,15,17,19
  281:10,16,17,17,20
  295:3 296:14,20
  297:9,21 298:9,19
  299:9,12,13,15,19

299:22,24,25 300:1
300:7 301:18 302:5
302:7,8,9,12 303:5
303:14,17,17,25
304:5,8,9,19,21,25
305:11 307:7
310:19 311:5
314:16 315:14,19
315:22,23 321:19
321:23,24,25,25
322:2,19 343:9
**county's** 6:12 297:6
  298:16,22 307:8
**couple** 88:9 111:20
  185:2 216:21
  226:21 240:12
  243:17 249:6
**course** 65:7 114:12
  120:5 150:25
  179:18 220:8
  234:23 235:12
  269:25
**court** 1:1 9:7 74:7
  80:17 81:4 88:24
  317:13 320:14
  321:6 323:5 324:6
  343:1
**courthouse** 229:24
  274:8
**cover** 52:24 185:16
  224:22
**coverage** 284:21
**covered** 276:17
**Cowan** 295:6
**co-located** 94:2
**Crawford** 134:18
**create** 110:2 162:4,6
  178:2 218:17 241:6
  269:2 329:9 332:4
**created** 162:14 219:2
  241:2
**creates** 240:24
**credit** 271:10
**Creek** 2:11
**creep** 307:22 308:2,3

308:6,7 309:7
**creeping** 308:11
**crew** 42:13 209:14
**crewed** 49:15 276:7
**crewing** 42:21,22,24
**Criminal** 92:21,24
**criteria** 100:18
  258:23 261:1
**criterion** 78:12
**CRS's** 152:9
**CSR** 1:16 3:15 83:3
  90:14 102:17,19
  104:9 108:2,10
  111:9 151:3 162:24
  173:21 175:21
  183:12,14 185:9
  214:17 330:20
  331:14 344:16
**CSRs** 38:11 41:8
  80:3 83:5 91:9
  93:14 102:22
  103:12 108:6,12
  120:23 150:22
  174:11 190:5,6
  270:11 272:5
**cure** 17:9 288:23
**current** 25:23 28:9
  28:12 30:12 92:3
  165:10 172:14,21
  175:14,18 182:12
  182:13 184:3 186:4
  186:11 208:15
  211:14,14,18,18
  278:23 321:2 325:7
  325:9 326:4,7
  330:18
**currently** 53:21
  84:22 162:9,23
  202:12 206:2
  211:25 256:9
  275:20 277:8
  299:19 304:11
  312:9,25 313:23
  314:3
**curriculum** 14:13

TONY RODRIGUEZ                                      5/8/2014

10

**customer** 7:1 26:14
  28:14,14 38:10
  42:11 43:23 50:9,10
  51:4,8 55:25 56:1,2
  56:18 69:15 77:16
  78:6,9 79:1,1,10
  81:3 83:6 90:5,12
  90:17,22 91:1,10,22
  92:1,2,4 101:11
  102:12,14,18
  103:22,23 104:1,21
  106:21,22,23 107:9
  122:8,10,11,15,18
  122:25 123:6,17
  137:3,10,15 139:2
  140:9,10 146:9
  147:1,3,16,21
  148:17,18 150:13
  150:17,18 151:11
  152:2,21 153:16
  170:20 173:5
  183:13 184:13
  202:14 213:7
  323:15 338:21
  339:8
**customers** 15:7 43:11
  43:18 51:23 78:3
  101:12 121:14
  127:4 131:17
  138:23 148:16
  149:7 173:8 179:15
  240:15 242:25
  243:2,24 244:3
  247:7,10 290:10
**customer's** 151:13
  184:1,9,14
**cut** 337:19
**CUTLER** 2:16
**cuts** 243:4
**cycle** 16:11,14 17:3,5
  17:6,19,21 19:2
  51:11 110:4 135:4,4
  135:8 239:6,8
  263:18 264:2,3
  268:6 275:20

  278:24
**cycles** 16:12 155:1
  263:7 264:4,11,15
**cyclic** 188:10
**Cynthia** 21:22
**Cypress** 2:11

**D**

**D** 80:14
**DAD** 134:17
**daily** 6:22 17:24 22:1
  111:16 135:8,19,23
  173:17 262:21
  321:17 327:18
**Dallas** 6:16 263:10
  263:11,12,14 307:7
**Dallas/Fort** 47:10
**Daniel** 2:4
**darn** 254:19
**dashboard** 5:14
  172:10,21,24
  174:15,16,23,25
  175:13 176:7,10,13
  176:16,24 317:9,10
  320:5,5 331:23
**data** 34:12 156:14,17
  170:6 173:8 263:19
  289:23 322:5 329:4
**databank** 190:12
**database** 5:16 32:9
  32:11 33:21,22
  34:13,15,17,18,24
  35:20 36:7,12 64:16
  64:17 69:20 70:4,12
  70:19 85:8,18 104:3
  137:17 164:12
  182:11 183:9,10
  185:11 194:21,22
  194:25 195:3,12,13
  195:17,21 196:3,8
  196:16,20 331:4
**databases** 251:9,11
  251:13
**date** 18:5 45:13 53:24
  54:4,12 68:20 74:7

  80:18 82:20 113:22
  113:25 184:3
  199:17 222:12
  239:12 244:8
  262:20 282:11
  285:15 319:6 321:2
  321:21 322:7,18
  344:16,19
**dated** 4:18,21 5:3,9
  5:11,22 6:8 64:4
  130:4 159:15
  161:21 230:21
  279:19
**dates** 36:21 158:23
  159:2 257:9
**Daughtry** 336:9
**David** 134:23
**Davio** 211:17
**day** 16:13 17:4 19:6,8
  19:13 46:23 111:12
  111:15 130:8,14,14
  130:18,18 131:5,15
  131:24 132:13
  135:20 145:20
  162:13 175:8
  186:11 197:8 214:9
  214:25 236:13
  239:5 241:8 268:4
  291:22 293:4 294:9
  298:11 327:11
  328:9 344:11
**days** 51:12,17,18,19
  67:24 68:19,25 69:2
  69:10 70:15,23 71:8
  103:15 114:8,14,22
  114:24 237:25
  270:19 288:6 325:1
**day-to-day** 21:24
**DC** 2:7,17
**deal** 51:24 114:8,13
  114:22 133:20
  148:7 179:25
  188:14 199:8,12
  280:11
**dealing** 102:12 149:7

  233:1 252:8 270:24
**deals** 24:6 219:10
  281:9 318:22
**dealt** 179:22,23
  271:16
**Deborah** 283:12,13
**December** 4:15 25:17
  25:19 64:4 328:7
  330:2
**DECHERT** 1:17
**decide** 83:21 86:9
  157:2 331:2,3,3
**decided** 163:20
  174:22 177:18
  202:5,6,7 268:11
  309:22
**deciding** 86:23 211:8
  215:6
**decision** 82:16,22
  103:4 105:1 109:18
  114:16,19,20
  130:12,19 135:10
  135:11 149:5
  163:24 181:6
  211:10,15 214:10
  214:11 215:4
  218:11 242:5,6,7,12
  247:23 298:22
  310:3
**decisions** 73:11 211:3
**decline** 305:8
**declined** 299:16
  306:3
**defendants** 1:6 3:5
  8:24 343:6
**Defense** 2:21 8:16,21
  197:12
**deferred** 128:4
**deferring** 101:6
**define** 14:25 17:4,6
  109:25 301:3
**defined** 66:8
**definition** 28:6
**definitively** 89:22
**Delgado** 159:21

TONY RODRIGUEZ                                          5/8/2014

11

**deliberation** 154:19
154:22
**delivery** 52:13
**Dell** 282:16
**delta** 276:8
**demand** 241:17,18
242:20
**demographic** 36:4
**demographics** 49:17
49:18 164:18
168:19
**demonstrate** 331:6
**denied** 123:5 142:14
**density** 211:24
246:23 247:14
**department** 2:5 3:11
6:16 10:17,25 11:14
14:19 19:18 27:20
28:19 33:18 35:25
36:3 38:6 57:9
93:24 104:22 152:1
181:13 195:20,21
266:21 303:15,24
307:7 328:22
**departments** 304:19
**depend** 16:11 17:14
30:23 32:4 42:21
51:15 71:12,12,19
71:20 78:6,7 79:8
89:12 104:17
108:15,25 122:7
147:4,10 148:17
150:13 151:8 156:1
214:22 239:21
314:13
**depending** 38:10
46:23 78:9,16 90:16
90:20 177:1 190:1
203:23 205:14
225:14 331:16
**depends** 16:10,11
17:14 140:24 215:8
215:8,15
**depict** 164:10,24
218:4

**depicted** 35:2 157:21
168:18 182:14
331:24
**depiction** 320:5
**depicts** 223:16
**deploy** 284:4
**deployed** 313:18
**deployments** 291:16
**deposition** 1:8,12
4:14 9:3 10:12 20:2
20:7,20,23 21:2,3,4
21:8 23:21 60:2
316:5,10,12,18,19
318:15 319:20,23
320:24 323:24,25
324:3 325:19,22
326:23 331:6
343:16,17,23
**deputized** 238:21
**deputy** 12:10,19 26:7
134:17 165:8 220:7
290:2
**derive** 173:14
**derived** 5:16 62:18
182:10 183:11
317:10
**describe** 138:10
153:7 189:12
239:24 308:4
334:13
**described** 11:18 15:4
46:18 47:10 79:19
99:10 153:13
169:11 253:24
264:14 265:18
292:6
**describing** 34:2
137:25 217:3
**description** 4:13
33:13,19,24 34:2,6
40:1,4 278:4
**descriptions** 183:1
**design** 14:15 28:16
**designate** 196:4
**designated** 58:2,16

58:23 59:1,2,9,11
59:19 73:3 202:21
203:20 225:9
279:25 338:17
**designed** 28:19 29:6
**desirable** 126:17
**desire** 122:5,18
**desktop** 270:9
**detailed** 30:24
**deter** 40:11,18 84:3
**determination** 40:10
40:17 89:9 102:5
150:19,24 152:11
181:5 247:16,18,20
**determine** 36:23
39:17,20 70:19 77:5
108:17 150:5
151:19 155:24
156:16 164:16
180:22 193:6,6
207:24 221:10
234:1 244:6 246:14
293:8
**determined** 96:2
108:10 181:3
**determines** 97:25
104:13 107:22
273:24
**determine's** 40:1
**determining** 125:20
187:16,20,25
232:23 233:18
**deterred** 95:2,7
128:11
**developed** 26:5 28:23
60:24 61:4 62:17
65:5 66:16 67:8
**developing** 26:23
29:10 38:22 39:3
40:14
**development** 26:7
**dialogue** 56:1 90:13
106:22 124:18
214:16,18,21
**difference** 191:14

209:5 267:13,18
276:8,11 282:9
**differences** 27:8,10
89:4
**different** 28:2 34:20
34:21 39:24 40:23
48:5 49:22,23 54:20
65:21,24 89:25
90:21 97:16 110:4
149:21 153:13
177:15 188:11
197:19 198:19
199:20,20 203:2
205:25 219:7 254:9
260:14 261:1
264:22 270:14
272:19 278:16,17
284:24 296:3
299:12 300:1
303:23 334:20
**differently** 285:5
**differs** 39:23 103:17
**difficult** 37:23 205:1
271:23
**difficulties** 269:19
**difficulty** 157:16
**digital** 189:20 265:22
265:23
**diligence** 116:1
**dinner** 215:2 234:15
**direct** 12:2 112:21
218:17 287:24
292:19 307:14
332:22
**directed** 83:23 87:4
87:12 218:1 249:24
**direction** 88:1,2
234:22
**directive** 114:16
232:3
**directly** 11:24 58:3
169:15 235:14,16
330:22
**director** 12:10,13,15
12:19,21 26:7

134:17 165:8,15
220:7 290:3 340:1
**directs** 87:16
**disagree** 260:24
**disagreement** 316:4
**disaster** 268:9,22
308:22 309:3
**discontinue** 328:14
**discontinued** 328:23
329:22 330:5 332:7
**discourage** 38:24
129:2 133:1 138:2
138:25
**discouraging** 139:5
**discovery** 333:22,23
**discrepancies** 326:20
**discretion** 79:13,20
79:21 89:16 147:8
148:6,9 149:6,7,22
150:5,7,8 216:11
285:7,11
**discretionary** 149:5
**discuss** 108:20
214:19
**discussed** 27:23
120:18 130:15
149:14 168:1 254:2
254:23 255:4
269:20 273:3 293:5
298:6 332:1
**discusses** 295:2
**discussion** 18:23 45:9
49:2 59:18 68:10
82:5 90:18 99:22
109:21 126:9
143:16 156:9 164:8
171:20 177:14
181:16 188:16
197:3 198:8 215:9
217:8 220:1 230:16
242:9 247:23 248:9
255:13 258:15
269:6 286:13
302:19 306:23
310:7 324:8 329:5

330:15 332:24
338:3
**discussions** 87:21
103:7 207:23 234:3
289:21 315:13
**dispatch** 269:2
**dispatched** 272:6
**displayed** 270:10,12
**distances** 205:14
216:17 218:12
**distinct** 85:10 195:18
**distinction** 140:23
191:11,12 266:6
267:18
**distinguish** 140:19
191:9
**distinguishable** 55:5
**distinguishes** 183:23
**distracted** 185:9
**distributed** 264:19
281:12,13,14 282:7
306:6
**distribution** 306:11
306:17 336:19
**District** 1:1,1 73:4,5
73:6,6,8,8 343:1,1
**divides** 11:15
**division** 1:2 2:5 7:1
11:3,10 26:9 50:18
102:20 133:20
173:24 195:23
212:24 213:1
217:23 227:20,21
227:21 269:4
323:14 343:2
**DL** 37:13 151:12
288:7
**DLS** 34:16
**DL-14** 25:25 27:1,17
27:22
**DL-14C** 4:15 25:1,17
26:2,3 27:1 28:19
36:17 43:13,17 44:4
45:7 46:2 64:4
98:13 103:25

**DL-14CS** 44:23
45:25 46:6
**document** 6:19 19:24
25:14,18,20 45:19
46:3 53:3 61:13
62:12,14 78:16
80:22 89:6 90:23
95:16 98:15,16 99:4
112:4 125:7 129:19
134:6 136:21
137:12 140:10
144:3 145:14 148:8
148:8,10 152:20
159:12 160:8
161:17 162:17
172:12 173:18
174:1,6 177:4,6
181:9 182:14
185:21 195:13
198:14,16 202:9
217:14,16,20
218:16 219:4,13,22
221:6 222:24
226:12 230:5
245:24 250:18
255:21,22 262:2,10
282:20 287:7,17
316:17 317:10,12
318:14 319:19,22
320:6,7,8,10,13,20
320:23 321:22
323:5,23 325:7,18
325:21 331:21
333:10
**documentary** 69:11
70:24 71:9 72:2
76:8 77:7 80:7,25
141:24 142:15
143:4
**documentation** 32:19
33:2,3 65:5,12 66:4
66:17 75:18 80:23
81:6,9 89:3,17 90:1
90:6,20 96:12
119:10,16 121:4

124:22 140:21
141:5 142:3 146:20
146:21,23,25
148:14 151:4 160:7
160:15,19,22,22
179:10 246:13
289:7 322:14 339:7
**documented** 61:7
88:11,24 140:24
**documents** 15:8,19
20:19,22,25 21:1
22:20 23:20,24
24:11,14 29:3 30:25
31:6,10,24 32:1,4,7
32:11 36:18,20 43:4
57:14,22 65:22,24
66:13,18 67:2,6,14
67:18 72:4 74:1,18
77:8,16,18,19,21,22
78:14 80:2,3 85:6
103:11,23,25 104:1
104:5,6,19,21,22
105:3,6,11 114:17
121:17,18 128:21
144:16,19,22,23
147:5,8,10,15,15
148:5,9,22 150:2,5
152:2,3,5,16,19,19
153:13 186:7
219:10 245:17
247:12 253:13
286:25 316:11
319:3,5,7 322:5
323:1 326:22 329:8
331:5,9 332:12
333:18 334:16
**Doggett** 3:1 344:3
**doing** 16:14 32:9
78:1 85:20 105:23
106:3 120:25
143:10 145:9
181:20,25 254:20
292:3
**dollies** 190:7
**dolly** 190:6,8

TONY RODRIGUEZ                                           5/8/2014

13

**DOOR** 2:16
**doors** 215:3
**dots** 32:13 88:15,16
   180:21
**dozen** 59:23
**DPS** 4:22 6:5 7:4
   8:25 10:16 11:6,11
   12:14 14:24 15:6
   21:11,13 22:8,12
   23:13,16 25:2 26:22
   27:12,25 28:16,22
   28:25 29:9,12 30:18
   32:9,10 34:5 37:17
   37:20 38:2,22,25
   39:4,6 40:9,14,16
   40:20 42:22,25 43:9
   43:16,24 44:2,2,3,8
   46:17 47:9,19 48:19
   48:23 49:12,25 50:2
   50:4,13,15,16,17,23
   51:1,21 52:8,13
   57:16,21 58:24
   60:20,24 61:14 63:4
   65:20 66:2,15,20
   67:7,12 69:19 70:18
   71:22 77:5 78:23
   79:20 81:15 83:21
   83:23 84:2,11,12,14
   84:18 85:5 86:4,9
   86:23 87:6,22 89:1
   90:4,8,25 91:12,19
   92:4,13 93:22 94:7
   94:23 95:1,6 97:25
   99:16 100:1,5,12,15
   100:16 101:5,5,23
   102:1,19 104:13
   105:14 107:5,15,22
   108:7 109:12
   112:15,18,21 113:7
   114:3 118:17,20
   122:5,18,21 123:13
   125:19 129:5,9
   133:2,6 139:5
   145:21 147:5 149:5
   149:6 150:5 152:8

153:10 154:5,13
155:6,9,12 157:6,18
158:3 160:3 161:1,4
161:10 164:3,16
165:15 169:24
173:24 174:2,20,20
177:4,5 178:22
179:24 181:3,7,10
181:13 182:19
183:23,25 184:16
184:20 188:2,11,15
189:18 190:2,3,3,11
190:20 191:9,18,23
192:6 193:6,8 194:4
195:20 198:1 199:1
199:2 200:3,4
202:16,20 203:2,21
203:23 204:21
205:8,11,11 207:24
208:17,18,25 209:5
209:7,8,21 212:24
216:16 218:15,22
219:22 220:10,16
221:21 222:1,5,11
224:1 225:6 226:25
227:6,9 229:10,14
229:23,24 231:2
232:10,12,17,21,23
233:18,24,24 234:4
234:24 236:9 237:4
237:5,14,17,20
239:25 242:11
249:3,23 251:10,12
251:25 252:24
254:5 256:10,24
257:7 258:19 259:3
259:19,22 260:1,25
261:22,25 262:10
264:23,25 266:2,3,7
266:25 267:21
268:16 269:4,6
270:5 271:11,20
275:1,15 276:10
281:16 282:1 283:8
284:8,17 285:7,7,10

288:20 290:6,9
293:24 294:1,12
295:20 296:5,9,13
296:20 297:8 299:9
299:11,13,21,24
300:6,13,24 301:12
301:15,16,21,25
302:2,3,11,12,15
304:4,20 307:8
310:24,25 311:13
311:13,19 312:9
315:10 317:4,7
323:17 324:14,17
325:5 326:25 327:4
328:22 330:4,8,19
332:3 334:21
336:21,23,25 337:2
339:22
**DPS's** 139:7,11
   203:18 271:19
   295:14 298:16
**DPS-provided** 266:4
   266:5
**draw** 240:17 255:23
   291:20
**drink** 240:19
**drive** 205:18 213:8,9
   214:24,24 215:22
   228:11,13,15
   243:20 291:25
   292:2
**driver** 7:1 11:2,10,11
   13:2 15:9 21:12
   26:8 27:2 28:15
   34:15 37:7,10,13
   38:10 50:2,17 51:10
   54:19 55:10 68:22
   69:16,21,25 70:2
   71:13 77:14 78:2
   79:5,6 82:25 83:2,6
   83:18 85:8,8,10
   86:12 91:23,25 92:7
   92:7 93:14 94:3,11
   94:21 96:21 97:4,11
   97:13,13,24 98:17

102:20 105:19
133:20 146:24
147:13 149:6
152:12 157:5 158:3
169:17 173:24
193:9,10 194:8,23
194:24 195:9,13,19
198:18,19 202:15
202:19 207:20
208:23 209:11
210:5 211:5,15
213:1,2 217:23
218:5 219:8,11
221:11 223:14,19
227:12,15 235:23
237:8,16,21 239:25
240:1,15 247:22
261:15 262:11
269:4 272:17
280:17 292:2 315:7
321:23 323:14
338:21,22,25
339:10
**drivers** 44:21 99:25
**driver's** 16:9 27:5
   28:7,9,12 37:16
   44:24 47:16 48:11
   48:15 55:3,7 56:13
   61:22 65:23 66:6,23
   67:23 68:17 69:1,9
   70:4,8,22 71:7
   84:21 90:7 91:20,21
   91:23 92:3,10 94:20
   97:15,19 98:1,3,7
   98:20,24,25 99:17
   100:6,14 101:18
   102:8 105:15 119:8
   124:7,15 126:20
   133:13 185:1
   193:20 194:1,13,22
   195:2 196:2,8
   208:21 209:5,18,23
   210:16,22 211:20
   212:4,7,18 216:7,12
   224:25 227:1,10,23

TONY RODRIGUEZ                                                    5/8/2014

14

227:25 228:2,6,9
229:15 236:3 249:8
303:15 305:5
315:15,20,23
338:13
**driving** 228:10
**dry** 96:13
**DSUs** 307:23 308:21
**duck** 286:24
**due** 46:11 115:25
**duly** 1:13 8:2 343:14
**DUNN** 2:10
**duties** 47:18
**duty** 310:10 324:20
324:20
**DWI** 338:23
**dynamic** 308:4

―――――― E ――――――

**E** 2:1,1 342:1,1
**earlier** 102:7 103:2
119:7 124:14
131:12 141:22
146:22 148:1
149:14,18 153:17
154:5 156:24
166:25 167:25
169:11 178:9 179:8
183:13,19 189:8
191:13 194:21
195:7 197:20
204:25 215:21
262:9 273:4 286:8
308:24 309:2,16
312:14 327:13,15
332:2,16
**early** 82:20,21,22
208:7 242:22 298:8
310:1 330:3
**ears** 35:15
**ease** 66:17 190:5
**easier** 164:9 165:5
175:9 178:3 188:12
**easily** 66:5
**East** 263:11

**eastern** 47:11
**easy** 27:12,16 29:1
139:12 243:19
272:20
**educate** 121:14
**education** 183:7
**educational** 2:21
155:9
**effect** 85:3,16 253:15
311:20
**effective** 135:21
**effectively** 16:2,4
**effort** 48:23 49:12,19
88:16 132:5 206:23
241:15,20
**efforts** 82:21 155:10
186:23,24 242:23
**EIC** 5:4,14,18 6:8,13
6:17,23 10:13 13:3
14:11,18 15:2,2,16
15:16,21 16:2,8
18:10 19:3,8,11,14
21:25 22:1 25:4
27:4,12 28:1,6,13
28:17,18,23 29:1,7
30:12 34:3,13,14
35:20 36:2,9 37:2
37:11,12 38:24
39:10,17 40:2,7,11
40:12,15,17,18 42:2
43:5,9,25 44:21
46:11,12 47:20,21
48:24 49:14 50:5,22
50:23 51:2 52:5
53:19,25 54:23 55:3
55:18,24 56:3,6,7,9
56:12,14,17,19,23
56:24 57:4,10,17,19
57:21 58:5,6 60:17
60:21,25 61:2,6
63:3,12 64:13,23
65:21 66:3,21 67:23
69:5 71:1,10,24
72:3 75:7,16 78:12
78:13 80:7 82:17,21

83:1,9 84:3,4,22
85:7,23 86:1 87:8
87:16 90:8,10,24
92:8,14 94:4 95:7
96:5 97:1 98:1,4,25
99:18,19,22 100:5
100:13,17,18
101:12,19,22,25
102:6 104:2,2,14,15
104:25 105:9,22
106:6,21 107:11,23
110:3 111:16
113:10 116:4,6,7,13
116:13,17 117:5
119:9,15,18 120:12
121:2,3,20,25 122:4
122:8,22 123:20
124:3,4,8,10,16,19
124:23 125:21,21
126:15 128:6 130:6
130:8,17 131:1
132:24 138:2,6,11
139:8,8,9,11,12,20
142:2,14 143:1,2,3
144:17 154:9,20,25
155:7 156:10
163:10,10 164:17
165:4 166:4,23
168:5,13,21 169:1
169:17,25 170:16
171:14 172:9,21
173:21 174:24
176:7,9,13,16,17,24
181:11 185:3 186:2
186:19 187:3,5,14
187:15 188:3,7
189:9 190:2,2,3,10
190:22,23 194:21
194:25 195:3,10,24
196:11,14 198:19
202:13,14,15,22
206:13 208:11
216:9,15,17,19
219:23 226:16
231:2 239:6,8

246:24 251:3
262:21 265:15,17
266:6,7 269:3,15,18
272:12,15,25 273:7
274:17 279:8 280:3
281:1,8 284:5 286:5
286:7,16 287:19
288:1,22 289:3,23
291:21 295:2,15
296:11 297:6,10,22
298:6 299:15 300:8
301:1,7 304:6,7
309:23 311:16,23
312:11,14,24 313:3
313:3,11 314:11
315:8 316:23
317:22,25 320:5
321:16,23 322:1,20
322:24 327:2,17,18
327:25 328:2,5,15
328:23,24 329:4,9
329:18 330:4,8,21
331:23 332:4
334:22 338:9 339:3
**EICs** 12:23 14:24
15:18 25:2,25 37:25
38:6,14 42:8 44:14
44:19 46:7 47:23
50:16 53:21 61:14
61:19 67:2 69:15
79:21 80:5 95:3
100:7 101:7 105:20
105:21,24 107:6,16
108:12,23 109:12
109:19,23 113:12
113:17 114:1,4,9,20
114:22 115:20,24
117:2 118:23
120:14 126:3,17
127:4 128:4,11
129:3,10,12,13
133:2,2 135:15
137:2,14 138:3
149:15,16 152:10
154:6,6,11,14,17

TONY RODRIGUEZ                                                    5/8/2014

15

155:6,13 158:13
159:16 160:1
163:14,17,18
165:10 168:16
172:11 186:24
187:19,24 189:19
190:22 198:2 199:8
199:12 206:1
207:13 208:16
212:8 216:12
218:21,22 219:3,11
219:14 225:8 236:1
236:13 241:18
242:22 243:1,8
247:6 249:9 257:1
264:1 265:13 266:7
266:23 267:22
268:2,9 273:24
283:21 285:15
286:10,17,22 287:1
290:13 295:17
302:6,7,9,13 307:25
309:19 310:15
313:18 314:3,4,8,12
321:24 322:7,8,9
327:1,5 329:6,22
332:17 333:10
**EIC's** 286:4
**eight-hour** 204:8
**eight-week** 152:14
**either** 35:12 38:9
43:19,21 53:11 71:7
100:21 104:19
114:2 116:12 131:5
196:13 218:14,25
239:1,2 269:14
292:4 301:18
318:23 328:12
**El** 11:21
**election** 5:11 10:14
15:9,12,14 16:11,12
16:14 17:3,5,6,8,9
17:10,12,12,19,21
18:1,22 19:2 24:2,6
24:25 25:5 27:22

28:2 33:22 37:5
51:12 54:15 55:11
70:3 114:7 121:13
139:1 155:1 158:22
159:5,6 161:21
172:15,22 202:25
226:18 227:14
236:1 249:4,11,12
249:17 250:5 251:1
256:10 263:7 264:2
264:3,4,7,10,15
268:6 275:20
276:22 277:23
278:23 279:4,6,24
288:10,17 305:12
311:7
**elections** 6:16 17:15
39:7,13 241:15,21
242:8 263:23
275:24 307:7
**elective** 258:24
**element** 175:1
**eligibility** 28:18 29:7
39:17,20 40:1,10
54:3,8 67:23 96:4
**eligible** 15:2,16,19
28:13 39:9,10 40:7
40:17 63:10 64:3,4
90:10 98:3 128:4,12
133:3 139:8
**employ** 326:14
**employed** 10:20,22
326:14 344:6
**employee** 38:17 42:5
42:7,22,25 48:12,16
50:20 69:19 70:19
90:4,9 91:19 92:4
94:7,17 97:25
102:19 122:5,19,21
128:3,11 153:10,16
173:24 183:24,25
184:16,20 203:22
203:23 214:6,12
215:13,17,21 216:6
222:8 227:5 266:25

275:16 281:15
283:8 291:20,25
298:8 299:25 311:6
311:13
**employees** 34:5 37:10
37:18,20,22 38:2,16
44:3,8 48:20,24
49:13 50:1,4,13,15
50:16,17 61:14,17
61:18 79:21 97:11
100:5,17 101:6,9,23
102:1,21,23,25
104:3 108:7 120:25
126:2 128:20 129:2
129:6 133:2,7
138:15 139:1,5
152:13 153:18
155:13 183:4 188:3
202:16 203:12
204:2,14,22 205:9
205:11,15,16
206:10,12,20
207:11 224:23
227:6 234:11,24
235:4,7,9 243:3,7
254:18 259:8 266:3
266:14,23 275:7,15
275:22 276:2,8,13
277:3 281:18 282:2
283:15 290:9,12
294:4 295:16 296:5
309:17,22 310:5,7
310:10,22 311:1,5
311:12,13 313:17
314:1 315:6 322:22
323:21 326:13
**employment** 271:11
**enable** 270:10 289:4
302:5,7,8
**enables** 51:8 274:2
**enclosed** 29:18
**endeavor** 102:3
**ended** 225:18 243:12
255:6 276:22
**ends** 294:7

**energized** 234:7,9,14
234:15,21,24 235:3
**enforcement** 93:22
93:25 95:8 229:19
237:19
**English** 46:10 48:25
49:14
**Enrique** 134:15
**ensure** 15:7,15 27:15
27:19 28:18 29:1,7
34:6 48:3,23 49:13
90:9 91:16,19
103:10 202:7
238:19 240:2 270:4
**ensured** 322:23
**ensures** 139:8
**ensuring** 14:24 15:20
16:1,6
**entail** 204:17
**enter** 33:21 34:12
64:16 166:23 173:7
173:7 183:16
268:11 330:21
**entered** 73:21 162:8
184:17 185:11,12
190:4 202:20
302:13
**entering** 140:24
**enters** 104:9 124:15
183:15
**entertain** 333:23
**entire** 137:22 185:25
**entirely** 15:25 32:20
59:22 203:20
205:12 336:5
**entirety** 286:4
**entities** 209:16,16
**entitled** 287:19
**entity** 10:24
**entry** 71:12 145:23
170:19
**enumerate** 24:16,17
**enumerates** 320:21
**Enumerating** 6:19
**environment** 308:5

TONY RODRIGUEZ                                        5/8/2014

16

**equally** 213:11
**equip** 210:9
**equipment** 48:8
  82:24,25 84:23
  86:12 189:9,12
  192:22 203:7,19
  206:14,14,19,21
  210:2,4,5,7,11,18
  211:9,11,13,14,18
  225:11 265:20
  271:19 272:2,2,7,11
  273:17 274:1,4
  288:16 291:21
  299:15 304:10
  312:10,12,13,23,24
  313:1,6 315:9 322:3
  340:4
**err** 79:14 128:21
**error** 102:4 104:7,8
  104:14,15
**errors** 185:8,9
  328:19
**escape** 20:25
**escapes** 134:22
**especially** 214:4
**essentially** 176:21
  180:25 267:11
  317:18 339:25
**establish** 15:17 31:22
  67:23 69:3 72:25
  74:10,19 76:2 80:24
  88:17 151:5 259:24
**established** 28:20
  66:9 74:2 79:12
  102:16 132:3
  190:20 193:12
  295:24
**establishes** 14:14,15
  78:12 79:25 81:6
  333:15
**establishing** 263:1
**Estella** 113:4
**estimate** 231:4
  250:24 313:13
**et** 1:3,5 343:3,5

**evaluate** 113:15
  154:13,15 171:14
  176:16
**evaluation** 158:5,10
**evening** 135:22
**evenly** 306:6
**event** 254:9
**events** 114:12 307:24
**eventually** 46:22
**everybody** 108:11,23
  110:13 153:22
  267:14 334:23
**evidence** 67:1 339:7
**evolution** 172:13,14
  172:21 174:25
  308:8,8
**exact** 45:13 89:18
  158:23
**exactly** 89:2,16 103:6
  146:1 189:12,14
  193:14 201:5
  230:23 242:3 268:4
  273:11 286:14
  289:20 310:13
**examination** 4:5,6,6
  4:7,7,8,8 8:3 189:3
  197:5 316:8 332:14
  334:4 339:19
  343:19
**example** 16:12 89:19
  91:15 156:12
  192:23 200:22
  210:24 228:7 229:9
  274:8 275:6 308:11
  335:24 336:1
**Excel** 162:9 250:1
  329:19 331:25
**Excellent** 295:10,11
**exception** 23:18
  203:5 245:18 263:9
  289:13,15 328:8
**exceptions** 289:12
**excerpt** 24:1,4 62:15
**excerpts** 73:16
**excessive** 338:22

339:2
**exchange** 6:14
  261:20 297:5
  298:12 299:10
  303:4 304:13
  307:12
**exchanges** 153:15
  305:13
**excited** 234:9
**excuse** 61:5 166:20
  233:9 318:22
  329:15
**execution** 87:10
**executive** 331:23
**executor** 269:5
**exercise** 79:13
**exercises** 47:19 149:7
  237:20
**exhaustive** 174:10
  184:23 334:25
**exhibit** 4:14,15,16,17
  4:19,20,21,23,24
  5:1,2,4,5,6,8,10,12
  5:14,15,16,17,19,20
  5:21,22,23 6:1,3,4,5
  6:6,7,8,9,11,12,13
  6:15,17,18,21 7:1,3
  19:20,21,23 25:10
  25:11,13 45:15,16
  45:18 52:17,18,20
  62:11 64:3 65:3
  68:7 73:21 78:21
  82:12 95:12,14
  98:12,14 99:2
  111:25 112:1,3
  125:3,4,6 129:16,18
  134:1,2,5 136:17,18
  136:20 139:14,15
  143:18,20 145:11
  145:13 159:9,10,12
  161:14,15,17
  166:10,11,13
  171:22,23 172:6
  178:10,11 182:3,4,6
  185:19,20 198:5,6,7

198:9 217:2,7,9,10
  220:19 221:1,2
  228:24 230:10,12
  230:12,19 244:21
  244:23 245:25
  248:18,19,22
  255:15,17 262:3,4,6
  279:11,12,14
  282:21,22 287:13
  287:14 290:17,18
  290:21 292:11,12
  294:16,17 296:24
  296:25 297:2
  302:18,20,21,22
  306:22,24 316:15
  316:17,21,22,24
  317:14,15,17,18,19
  318:1,12,14,17,19
  319:2,3,16,19 320:2
  320:4,15,16,18,19
  320:23 321:1,9,10
  321:12,13,18 323:1
  323:8,9,11,13,14
  324:9,10,12,13
  325:16 326:1,4
  331:13,15,16,24
  333:1,3,7 335:3,24
**exhibits** 4:12 316:14
  332:20 335:8,14
**existed** 181:25
  251:23
**existence** 286:4
**existing** 207:20
**expand** 206:2 213:20
**expanding** 208:10
**expect** 114:8,12
  115:19 241:14,20
  241:23
**expectation** 115:25
**expected** 116:19
**expended** 132:4
**experience** 14:4,5,9
  115:15 120:24
  150:25 152:12,15
  152:18 211:25

277:2
**experiencing** 322:2
**expiration** 68:20,25
  344:16,19
**expired** 67:24 68:19
  69:2,9 70:15,23
  71:8 92:1,2
**explain** 56:3,21 77:10
  83:2,25 107:11
  122:10 195:6 227:4
  234:12 303:23
**explained** 84:23
  96:18 153:10,11
  167:25 183:13
  198:25 250:3
**explaining** 104:24
  113:21 173:1
**explains** 195:16
**express** 128:25
  132:14 138:21
**expressed** 56:6 122:5
  126:19
**expresses** 119:9
  122:18
**expressing** 138:1
**extended** 260:20
  289:3
**extends** 11:19
**extensive** 27:18
**extent** 66:10 67:3
  337:19 338:17
**external** 158:6,10
**extremely** 37:23
  328:16
**eye** 33:13
**e-mail** 4:16,17,19,20
  4:22,23,24 5:1,3,5,7
  5:12,19,21,22,23
  6:6,7,9,12,14,15
  45:20,21 52:24 53:2
  53:4 95:20 99:5,7
  99:11,16 110:13
  112:6,10 114:6
  115:5 120:6 125:9
  125:13 126:10

127:18,22 129:2,21
  129:24 130:23
  134:8,11,12,25
  136:23 144:4
  145:17,18 153:15
  166:17 198:17
  199:7,16 220:21,22
  221:9,13,17 222:12
  224:18 225:1 226:4
  230:20 231:1,8
  234:6 235:13,21
  236:11,17 237:1,11
  239:2 245:1,1 246:3
  246:4,5,7 255:24
  256:13,20 257:5
  261:22,24 279:19
  279:22 282:25
  283:3,7,25 284:1
  285:3 290:24
  292:20 293:1,11
  294:5 295:5 297:11
  298:4,12 299:10
  300:6 301:25 303:4
  303:12,13,16 304:4
  307:6,15,18,21
  309:1 327:10
  334:20
**e-mailed** 258:2
  334:19
**e-mails** 45:10 145:17
  156:24 224:14
  254:2,3 259:24
  293:24 301:21
  302:2 310:18 335:1

─────────
**F**
**F** 2:15 342:1 344:2
**face** 34:3 36:9 55:14
**face-to-face** 227:22
**facilitate** 312:10
**facilitator** 281:15,19
  281:19
**facilitators** 281:6
  311:14
**facility** 209:2,7

**fact** 15:2 27:25
  116:24 131:22,23
  131:25 154:16
  155:5 158:16
  187:12 284:16
  296:20 302:5
**factor** 187:16,19,24
  213:11
**factors** 213:5,10
**facts** 66:25
**faint** 240:18
**fair** 188:18 196:21
  201:22,23 205:24
  232:7 252:24 254:7
  300:21 301:5
  314:22
**fairly** 306:11,16
**fairs** 307:25
**fall** 82:22 141:19
  179:15 263:8,18,22
  268:7 269:1 275:24
  276:22
**false** 339:9
**familiar** 24:24 25:1
  64:17 76:18 178:12
**familiarize** 311:6
**family** 243:5
**far** 17:12 39:14 85:18
  87:9 96:24 200:15
  201:19 208:12
  219:18,20 229:4
  233:7 238:5
**farther** 77:13,19
  146:23 147:13
**fast** 46:23
**faster** 281:21
**father** 146:10
**father's** 29:25 30:6
  31:20,23 33:9
**fax** 324:19 325:4
**features** 34:20
**February** 5:9 159:16
  160:5 309:25
**Federal** 1:19 73:10
**fee** 192:5

**feed** 115:8 117:24
**feedback** 43:9,11,12
  43:16,19,24,25 44:3
  44:9
**feel** 46:25 101:22,25
  104:18 109:3
  152:25 212:3 298:6
  337:19
**felt** 164:9 286:10
  287:8
**fewer** 200:25 201:18
  210:25
**field** 44:10,10,12,15
  86:11 121:10
  162:24 277:15,18
**fielding** 86:21
**fields** 34:21
**fifth** 159:20
**figure** 64:19 219:8
**figures** 286:1
**figuring** 253:16
**fill** 31:13 32:22,24
  90:19 91:9 98:9
  124:10 127:15
  299:12,22,24
**filled** 32:15 42:4,6
  151:12
**filling** 44:18 106:7
**fills** 180:22
**final** 102:5 172:13
  241:11 287:25
  288:3 309:11
**financially** 344:8
**find** 188:8 201:11
  223:11,12,20 230:3
**finding** 328:20
**fine** 10:15 143:13
  164:2 197:25 220:4
  222:25 291:13
  319:14,15 327:23
**fingerprint** 86:24
**fingerprinted** 85:15
**fingerprinting** 82:17
  84:22 85:2 86:5,10
**fingerprints** 82:15

TONY RODRIGUEZ                                                    5/8/2014

83:8,15,17 84:3,7,7
85:5,14,23 86:2
87:14
**finish** 9:9,10 59:13,16
**finished** 191:19
**firewall** 174:20
**Firm** 344:19
**first** 8:2 9:1 15:5
19:11 81:18 110:3
114:5 128:22 154:5
154:9 160:24 163:8
167:21 170:14
199:6 224:14
230:20 235:20
236:4 238:3 240:23
241:12 243:13,13
243:16 244:10,17
245:1 249:7 253:19
254:14,23 255:24
261:20 267:21
268:1 280:1,5
283:25,25 291:3
294:6 297:15
330:13 332:16
333:6
**five** 12:6 51:13,17,18
103:15 118:5,6,9
237:25 284:11
**fleet** 266:22,24
**flip** 170:2
**flipping** 245:23
**Floor** 2:22
**Flores** 4:21 99:6
336:12
**Florida** 73:5
**flow** 213:8
**fluency** 48:19
**fluent** 48:12,16
**focused** 186:23
**folks** 114:7 199:8
231:8 234:7,9 235:2
307:22 337:13
**follow** 60:25 87:15
138:15 151:21
161:11

**followed** 101:23
102:1
**following** 60:13
262:12 343:13
**follows** 8:2 343:23
**follow-up** 107:17,18
130:7 155:13
182:19,23 189:7
200:25 201:18,19
299:9 333:24
**football** 132:12
**forcing** 115:21
**forego** 148:19
**foregoance** 148:21
**foregoing** 342:5,8
**forgot** 64:11
**form** 22:14 26:1
32:21 41:16,17 44:4
44:5,11 54:19 55:4
66:7,24 67:21 68:16
68:20 74:21 86:25
87:17 91:16 98:10
98:19 124:24 128:7
138:17 176:12
196:14,14 299:2
330:19 334:20
**formal** 13:22
**format** 333:19
**forms** 68:23 77:9,12
77:15 78:4 90:19
96:15,19 123:1,9
140:21 148:15
189:18,18 195:24
196:3 226:25 227:4
227:10,12 265:25
287:10 304:20
**forward** 224:18
225:16 329:1
**forwarded** 220:14
224:17,20 261:25
298:12
**found** 57:13 160:9,15
165:5 221:14
297:11
**foundation** 66:9

**four** 75:3,5 205:25
**fourth** 168:7 177:21
**fraudulent** 57:14,14
57:22 339:9
**free** 107:10 121:15
**Freeman** 2:4 35:18
58:18 59:10,13,16
59:21 60:2,6
**frequency** 110:5
111:21 130:6
156:21 204:22
**frequently** 136:5
172:23
**Friday** 253:17
**friend** 266:11
**front** 34:7 55:14
144:3 164:11
200:25 319:15,16
335:7,14
**frustration** 132:10,14
132:15
**fully** 236:7
**function** 115:21
210:7
**functioning** 210:16
**functions** 238:18
239:23
**Fund** 2:21 8:16,22
197:12
**funded** 86:20
**further** 4:7,8,8 90:18
90:18 199:16 304:1
304:4 316:3 322:4
332:14 334:4
337:17 339:15,19
344:5,8
**future** 78:17 85:22
86:2,24 291:15
**fuzzy** 337:11

─────────
G
─────────
**G** 342:1
**game** 132:12
**gap** 299:12
**Garcia** 113:5

**Garza** 207:4,5,6
208:5
**Gatesville** 243:19
**gather** 21:12 28:20
33:18 36:4,4 40:4
110:12 290:6
**gathered** 36:11
**gathering** 31:17
111:2 130:13
289:23
**gathers** 21:24 36:3
**gauging** 286:23
**geared** 18:25
**gearing** 18:21
**gears** 265:12
**gender** 74:8 76:1
**general** 3:6 8:25
18:22 121:11,12
185:12 208:14
212:20 214:20
243:22 305:7 306:6
306:17
**generally** 19:5
100:20 208:17
213:12 214:5
215:10 253:24,25
266:15 274:7
286:16 296:6 305:9
305:17,20 307:11
327:9
**generate** 250:13
268:16,17
**generated** 165:5
250:15 268:20
**gentleman** 163:6
208:5 217:21 310:8
**Gentlemen** 235:22
**geographic** 11:16
250:6 315:19
**geographically** 11:15
**getting** 35:5 56:12
123:14,16 131:5,15
131:23 132:1,13
136:5 199:14,20
226:8 234:7 235:2

270:17 272:19
281:23
**give** 26:10 27:25
58:22,25 79:8 82:11
98:17 108:5 110:11
119:14 143:21
148:22 171:24
174:9 175:9 185:3
189:16 190:5 198:5
204:7 223:20
226:19 235:4
254:12 256:17
257:21 277:18
280:22 289:8
**given** 16:17 24:11
39:15 79:11,20
107:23 133:5 138:5
151:20 153:18
191:17 193:4,4
210:8,9 215:14
216:10 250:14
253:8 254:8 274:2
274:25 275:5 310:9
316:5 328:21 342:6
343:16 344:10
**gives** 77:5 109:7
120:16 150:18
**giving** 101:7 236:23
341:2
**Glasscock** 314:16
**go** 9:2 10:1 37:6,9,21
49:22 50:8 67:5,13
72:10 82:3 83:19
86:22 87:12,12,19
105:12 121:17
123:25 126:14
127:4 130:17 136:9
136:11,13 143:5
148:4 151:1 152:14
157:17 164:11
165:6 171:17
173:10,20 183:21
200:3 202:17,21,23
203:12 204:12
206:18 213:5

216:18 220:20
224:21 225:9
226:23 228:1
234:14,16,19
236:12 243:3,25
244:13 246:12
247:12 255:10
258:9 259:9 266:23
270:1 274:23 275:5
275:13 282:8
284:14 291:25
299:4 327:21 329:1
330:20 337:24
340:12
**goal** 218:9 269:15,16
**goals** 29:9
**goes** 65:15,16,17 68:4
83:3 103:14 104:16
105:18 122:12
126:9 146:22
176:13 177:24
253:18 261:20
264:22 312:14
**going** 15:3 29:20 36:1
51:16 58:22,25 59:3
59:7 82:2 131:16,16
156:7 157:17 165:8
167:18 175:2 190:9
197:17 203:12
206:21 207:12
220:18 234:14
253:15 265:11
267:23 270:25
278:12 281:10,11
281:12 282:3 283:3
283:6,11,15 284:3
284:20 296:10
310:11 314:16
316:5 318:9 328:19
331:12 335:9,19
**good** 8:5,6 86:6 97:18
126:8,21,21 127:8
127:11,14,19,23
128:5,13 131:20
132:8,24 137:7

164:22 185:22
189:5 197:7 220:2
254:19 291:13
314:23
**gotten** 151:6
**governing** 340:9
**government** 270:1
**governor** 340:6
**governor's** 26:19
119:2,4 269:9,13
**graduated** 14:12
**Grahovec** 134:18
**GRANDE** 3:2
**granularity** 277:18
313:22
**graph** 177:18 178:5
**graphs** 163:21,22
167:22
**great** 236:17 267:16
**greeted** 90:12
**greeting** 90:15
**grocery** 274:12
**ground** 9:2
**group** 8:17 171:9
178:6 213:16
242:21 290:24
**grow** 244:17
**growing** 308:10
**guess** 49:7 53:9,11
64:19 77:1 119:21
122:7,14,17 141:15
175:22 200:10
227:20 264:3 339:9
340:8
**guidance** 138:5,23
141:1 145:6 153:18
**guideline** 152:9
**guidelines** 79:25
**guy** 76:23 132:18
157:15 220:9 270:6
283:8
**guys** 134:19

─────────────
**H**
─────────────
**hair** 33:14

**Hale** 2:16 4:17 52:25
224:19 226:1
**half** 59:23
**Hall** 140:12
**Halloween** 257:4
**hand** 44:25 198:4
220:19 230:11
255:16 272:7
279:11 317:12
320:13 344:10
**handed** 258:3
**handgun** 23:18 96:22
97:20,23 133:21,24
227:16,17
**handguns** 133:19
**handing** 244:22
262:5 290:18
**handle** 62:6 108:14
146:6 153:2
**handled** 146:15
**handles** 21:24
**handwrite** 105:5
**hang** 163:9 175:25
222:21 236:14
287:18 294:14,24
**happen** 69:12
**happened** 46:16,20
47:1,3 130:9 132:11
136:3 194:3 200:12
225:4,20 329:12
**happening** 108:6
109:4 122:23
218:15 243:12
278:13
**happens** 108:22
240:8
**happy** 82:11 205:22
257:4 333:22
**hard** 140:23 234:24
239:24 292:2
310:23
**hate** 160:9 205:2
**Haygood** 2:21 8:20
8:20 318:6
**Hays** 295:3 296:14

296:20
**head** 9:15 177:13
   207:7 231:7 293:21
**header** 168:15
**heading** 30:2 287:25
   289:7
**headquarters** 36:14
   104:23 118:16
   174:2 212:21
   227:18
**Health** 206:10
**hear** 115:16 116:15
   116:16
**heard** 93:6 95:10
   122:23,24 123:3
   267:7
**hearing** 147:7 237:11
**Hearne** 95:25 96:1
   97:9
**height** 33:14
**held** 11:4,6
**help** 15:17 29:20
   50:11,11,14 79:18
   146:16 147:21
   204:2 205:3,19
   288:18 289:25
   299:11,22 300:7,25
   301:2 335:3 336:3
**helping** 336:11
**helps** 31:21 66:14
**hereto** 1:20
**hesitate** 304:2
**HHS** 207:11
**HHSC** 206:20 207:24
   207:25 299:20
   309:17 310:4,5,9,9
   310:15 311:6,12,16
   311:22,25 312:3,4
   313:21 315:3,6,10
**HHSs** 102:25
**Hi** 189:6
**Hidalgo** 140:5
**hierarchical** 7:3
   323:17 324:17
**hierarchy** 125:23

**high** 280:1
**highest** 235:25
   237:19,22
**highlighted** 169:23
   171:4 179:14
   221:20,25 222:20
**highlighting** 169:4,7
   170:7,21,23 171:1
**highway** 94:1 209:8
   237:21 240:13
**hinge** 286:24
**hire** 49:21,24 339:25
**hiring** 48:20
**historical** 22:4
**hoc** 329:16 331:1
**hold** 185:15 223:7
   240:19 256:15
   316:5
**holder** 61:2 70:11
**holding** 226:12
**home** 52:2 272:7
   284:14
**honest** 57:18 274:15
**honestly** 310:2
**hour** 316:7
**hours** 19:6,8,12
   188:10,12 205:18
   212:18,20,23,25
   213:2,5,13,19,21
   214:3,4,9,19 215:1
   215:6,13,22 236:23
   246:11 249:9 253:1
   253:10,15,19
   254:14,24 258:24
   259:1,20 260:20
   263:2,25 264:1,5,13
   265:1 291:5,15,18
   292:6 293:3,4,6,18
   293:20,23 294:1,2
   294:13 295:12,15
   295:17,21,21,24,24
   296:4,6,10,14 325:2
**Houston** 2:12 47:11
**hrs** 344:1,2
**Hubbard** 113:5

**human** 102:3 185:8,8
   206:10
**humans** 104:8
**hundreds** 80:3
**hung** 178:4
**Hunter** 134:21
**hyperbole** 110:19
**hyperlink** 331:21,23
**hypothetically** 287:1

---

**I**

**ID** 15:10 37:7,14
   51:10,16 55:10
   56:21,22 57:25,25
   58:7,8 67:23 68:22
   68:22 70:2,9,10,14
   70:23 71:4,7 77:14
   78:4 79:5 83:6,18
   85:10 91:24,25
   96:21,22 97:12,24
   98:17 105:19
   107:10,12 121:15
   123:2 144:12
   147:14 148:15
   184:13 194:24
   227:5,9 231:11
   233:4,13 287:10,11
   288:5,7 304:20
   307:9 339:11,13
**idea** 81:24 164:23
   235:7 251:17
   267:25 268:16,19
   268:22 271:22
   315:21
**ideal** 267:16
**identification** 10:14
   24:2,25 25:5 27:3,6
   27:21,22 28:3 37:5
   54:16 55:16,19 56:5
   56:7 62:1 65:14,17
   67:21,22 68:14,16
   68:18,21,23 71:5
   72:17 74:4,14 75:9
   75:10,21,22,25 76:2
   77:10,13,15 78:5,6

80:14,16 81:18
   91:17 96:16,19
   123:1,3,9 133:16
   144:16,22 146:24
   152:3,18,19 227:1
   227:13 236:1 305:3
   305:5 339:5
**identified** 326:22
**identify** 8:12 22:13
   66:13,14 77:25
   88:17 317:16
   318:17 320:17
   321:11 323:10
   324:11
**identity** 30:20,22,25
   32:13 61:7,11,15,19
   151:5
**IDs** 94:23 231:23
   249:4
**IH-35** 3:2
**illumination** 280:22
**imaged** 270:22
**Imani** 197:14
**immigration** 93:2,5
**impact** 40:6 280:4
   281:1
**impacted** 188:14
**impediment** 86:16,23
   181:19,24
**implement** 139:7
**implementing** 269:20
**imply** 231:25
**implying** 132:25
**importance** 120:4
   280:1
**important** 9:4 49:8
   114:18 330:14
**imprecise** 78:10
   205:3
**impression** 228:14
   251:8 288:20
**improper** 58:20 59:5
   73:1
**improve** 155:2
   156:14,17 158:1

TONY RODRIGUEZ                                           5/8/2014

21

**improved** 157:9
**improvement** 155:23
   157:3
**inability** 298:17
**inaccurate** 115:2
**inaccurately** 72:16
**inappropriately**
   337:19
**incident** 185:10
**include** 54:23,23
   82:16 112:19 120:6
   120:7 174:22 175:2
   199:3
**included** 34:3 36:9
   39:4,6 83:20 171:13
   175:3 178:7 337:12
**includes** 11:21
**including** 23:13
   53:24 54:14 200:18
**inclusion** 191:12
**incomplete** 91:6
   201:7
**incorrect** 100:17
   101:7,11 107:22
   108:11 151:20
**increase** 16:15
**increased** 199:15
**independent** 80:25
**independently** 67:22
   180:15
**INDEX** 4:1
**indicate** 80:21 141:18
   216:22 229:14
   341:2
**indicated** 12:5
   225:21 243:15
**indicates** 124:5 257:6
   304:8 333:10
**indicating** 74:7 80:18
   291:7 333:3
**Indicator** 93:5
**indigent** 52:2
**indigents** 51:25
**individual** 28:5 31:22
   32:4 40:7 42:1

55:24 56:13 57:13
62:25 67:5,17 69:6
69:8 70:14,18,20,22
70:25 71:4 74:12
75:24 76:7 80:15
83:4 89:3 90:4,10
91:3,16,20 94:4,20
96:16 98:19 99:15
99:19 100:2 105:15
106:6 107:18
119:15 124:15
138:1 141:5,14
142:4,9,10,13,19,20
145:1 146:4,13
148:24 150:16
153:12 160:9,21
178:24 179:8
180:14 197:14
234:19 250:24
329:20
**individuals** 15:1,15
15:18 38:24 40:11
40:18 44:13 47:13
66:3,20,22 67:13
70:7 76:20 77:6
95:2,6 101:6,13,17
107:5,16 108:12
113:1 129:14
134:12 138:3 141:2
141:15,18,22
142:21 145:7 152:9
159:17 160:2,2
161:2,11,12 168:24
169:22,23 171:7
176:22 181:11
182:20
**inference** 137:13
**inform** 122:15
237:24
**information** 5:16,18
6:18 7:3 16:15
21:12,25 28:17,20
29:6,18,23 30:3,3
30:11,16,18 31:5,17
32:24 33:7,16,20

34:1,14,23 35:1
36:4,5,6,11,12,13
37:3 38:23,25 39:4
39:6,12,16,19 40:3
40:15 46:24 48:18
61:12 65:7,10 69:17
69:17 70:1,5,11
72:17 83:5 85:6,11
92:9,14,22,24 94:6
94:8 101:7,11
104:12 106:13
107:22 108:5,8,11
110:1,7,12,14,15,15
110:17,24 111:2,5,6
111:12,15 115:23
116:5 118:1,10,24
120:4,7,12 121:12
126:23 127:5,6,12
127:15 128:1
130:13 135:16,20
135:24 136:2,9,10
136:12 139:24
140:1,3,8 142:7
143:7 145:2,7 151:7
151:14,17,20
153:18 156:18,22
157:22 161:7 162:2
162:4,5,8,19,19,22
163:21,25 164:8,10
165:1,4,6 166:3,23
167:9,12,16,24
168:1,3,4,20 169:20
170:13 171:13
173:12,20,23 174:3
174:4,22 175:12,19
176:2,4,6,13,19,23
177:8,15,17 182:10
183:9,10,15,17
184:17 186:3 187:2
195:3,11 198:20
199:9,14,17,20,21
199:25 201:6,10,11
201:15,23,25 202:3
202:8 207:16
214:10,11 221:22

222:2,9 229:17
238:22,25 244:13
249:23,23,25 254:1
283:8 290:6 291:24
292:1 297:9,21,22
309:1 316:23
317:11,22,24
318:19,20,22 319:8
320:6,11 321:2,17
322:13,22 324:16
324:19 325:4,6,9
326:3,6,15 327:7,8
328:11,20 329:7,12
329:15,18 330:11
330:16,18,21 331:3
331:14 332:5
333:15 336:12
339:9
**informed** 240:5
257:11
**informing** 237:7
**infrastructure** 132:4
275:10,11
**Ingram** 255:25 256:4
256:13,21 295:5,7
296:13,19
**Ingram's** 259:12
**initial** 38:5 130:3
268:6,8 272:18
279:6,19 284:1
303:13
**initially** 150:21
172:11
**initiated** 6:15 307:6
**initiative** 288:1 307:9
**Innovation** 281:7
**inordinate** 284:22
**input** 26:10,16,19
162:24 330:19
**inputs** 331:14
**inputted** 196:15,21
**inquire** 233:25
**inquiries** 5:6,17
101:21 107:4,6
120:4,7,12,19,20,21

TONY RODRIGUEZ                                                    5/8/2014

22

131:4,12,13 144:5,9
182:11 183:19
184:2,6,8,22,24
318:23 319:9 327:2
**inquiry** 106:9 108:9
119:11,17 121:10
140:8 141:6,16
144:7 146:3 182:25
183:23 184:4,11,18
185:4 330:22
331:17
**inside** 266:1
**insofar** 266:21
**Inspection** 93:9
**instance** 1:13 39:8
106:22 118:5
126:24 127:5,13
128:2,22,23 151:13
165:7 322:2
**instances** 46:9 49:18
56:23 57:2 100:16
100:20 105:4
239:21
**instituted** 264:5
**instruct** 58:14,20
59:6 73:1
**instructed** 59:18 60:4
80:4 179:22 204:2
260:25
**instructing** 58:17
59:1,8
**instruction** 60:14
144:25 204:8 232:6
232:10,13,17
236:23 316:4
**instructions** 10:3
27:24 87:20 133:5
**instructs** 9:25
**insufficient** 160:6,10
160:16 181:3
**intellectually** 278:13
**intelligence** 21:17,22
**intended** 55:18 56:11
56:20 122:11
**intensive** 111:21

**intention** 85:21
**interacting** 290:9
**interaction** 109:8
**Interagency** 93:8
**interest** 119:9 138:1
165:5 168:2
**interested** 138:10
225:2,4 301:20
344:9
**internal** 156:14 157:4
157:4 158:2,3 169:3
177:4 220:1
**introduced** 68:7
335:12,15
**invalid** 6:19 124:5,6
161:12 320:21
**inventoried** 272:8
**inventories** 191:25
**inventory** 48:9
**invited** 231:19 232:1
**involve** 86:18 269:1
**involved** 47:13 79:15
79:18 205:14
242:12 268:25
269:10,13 334:22
**issuance** 5:18 36:15
36:24,25 69:15
79:14 80:5 83:3,18
114:11 128:21
183:14,16 186:2
202:22 290:12
291:21 317:22
322:1 327:4 330:21
331:17
**issuances** 120:19
144:5 199:19
317:25 319:9 327:1
327:2 328:23 330:5
330:9
**issue** 27:21 37:7,11
37:12,13 38:14
50:23,25 59:9 77:25
79:14 80:4 83:1
102:6,21 103:7
104:22 105:4,5,13

105:18 108:22,25
114:4,16,20 115:20
116:7 122:7,22
125:21,25 128:6,13
144:17 154:6
163:18 169:16
183:17 189:19
198:2 204:1,20,21
212:8 216:15 225:8
227:15 236:13
240:24 241:1,5,9
243:7 249:3,9
266:23 268:9
273:24 278:15
295:17 299:17,18
302:6,7,13 307:25
309:19 311:7
313:18 314:8
**issued** 53:22 56:17
62:25 68:18 79:2
90:22 92:1,4 98:1
104:14,15,24
105:21 109:13,19
114:10 116:6,8,13
116:14,17 117:3,5
126:24 137:2,14
154:8,17,18 155:6
158:13,16 159:17
160:1 163:17 166:9
168:17 186:24
187:24 190:4
216:12,14 226:25
227:9 248:24
285:22 286:2,5,7,11
286:18,22,25 287:2
311:19 313:19
322:7 333:11
**issues** 42:8 58:2,16
58:23,24,25 59:3
108:20 175:7
270:17 278:16
298:17,18 300:13
300:14,16 322:3
**issuing** 14:24 25:2
44:13 46:7 50:16

61:14,18 79:21
103:11 108:12,23
114:1 120:14 126:2
126:16,17,20 128:4
128:11 129:3,10,12
133:2 138:3 139:1
152:10 154:6,11,14
155:13 163:14
187:19 194:24
207:12 267:25
268:2 310:15
313:21 314:3,4
321:24
**items** 22:4 74:4
148:10
**IT-related** 270:17

---

### J

**J** 2:4
**Jackson** 292:23,24
**Janice** 297:9,21,24
298:9
**Janie** 134:14 255:25
**January** 310:1 330:3
**jargon** 234:20
**Jennifer** 2:3 8:7
222:7 230:7 344:1
**jennifer.maranzan...**
2:8
**job** 120:25 204:15
215:12 342:14
344:21
**jobs** 204:17
**Joe** 12:13 13:16 22:4
113:5 118:22
130:15 134:14,17
135:11 247:22
**JoeAnna** 26:8 45:11
220:7
**John** 134:18 255:25
**Johnnie** 113:6
**Joya** 140:12
**Joyce** 295:6
**judge** 59:24 60:1,1
193:16 194:10

TONY RODRIGUEZ                                5/8/2014

23

225:15 298:5
305:11
**judgment** 80:2
**July** 4:24 130:4,9
134:25 135:2
**June** 4:18 5:3 13:7
19:12,14 25:3 38:14
45:12 46:6 53:1
110:3 113:24 120:9
136:25 212:14,16
216:13 334:16
**JUSTICE** 2:5

_____

**K**

**Katherine** 134:20
**Kathleen** 3:10 8:24
22:20
**kathleen.murphy...**
3:13
**Kathy** 113:5 297:8
297:20
**keep** 35:5,7 37:11
44:25 101:20,20
109:22 123:24
178:3 186:2 192:2
202:11 274:8 294:4
319:15 333:5
**keeping** 37:15,15
288:16 310:23
**keeps** 277:16
**Keister** 3:6 4:7 8:23
8:23 13:25 15:22
16:23 17:1 20:10,16
22:14,25 23:2,8
24:10 35:3,7 41:15
49:3,5,9 50:7 53:7
53:11 58:1,6,10,14
58:18,19,22 59:7,10
59:12,15,17,25 60:3
60:8,12 66:7,24
67:10,15 68:2 71:16
72:9 73:13,17 74:21
75:11 86:25 87:17
106:16 121:5
124:24 128:7,15,18

129:7 138:17
142:17,24 149:24
171:19 172:1,4
178:20 186:9,14
188:25 251:17
257:12,15 258:10
277:13 291:7 299:2
300:18,22 301:8
306:14 315:16
316:6,9 317:16
318:8,11 319:14,25
320:17 321:11
323:10 324:4,11
325:12 326:9
329:25 331:11
332:10,13 333:21
334:2 335:18
337:18 338:1,15
339:17 340:16
344:3
**Keith** 255:25 293:2
295:5
**kept** 34:14 173:13
183:9 190:25
194:22 195:1 329:8
330:23,23 332:5
**kicking** 278:9
**kids** 117:19
**Killeen** 243:19,20
**Kim** 1:15 3:15
343:11 344:16
**Kimball** 280:15,17
280:19
**KimBowenCSR@...**
3:18
**kind** 106:12 108:8,19
121:18 154:21
180:1 187:17
189:24 204:14,21
285:10 308:14
310:21 311:3,20
**kinds** 192:17
**kit** 313:23,23 314:11
**kits** 313:9,13,16,18
313:19,21,25 314:5

315:1
**kit's** 313:22
**knew** 147:17 192:12
275:8 284:20
**know** 9:19,22 13:23
13:25 14:22 18:4,19
22:7 27:10 35:22
38:18 39:14 45:7,9
46:8 48:6,14,15,22
49:18 52:6,21 59:4
61:4 62:6 67:4,5,7
67:16 69:24 74:6
76:16,22 79:9,14
80:2 81:12,14,16,23
82:18,18 83:4,5,14
84:17 85:18 89:19
90:16,21 95:15
96:24 99:15,18,20
99:21,24 100:3
101:3,4,10 105:6,7
106:23,25 108:13
108:23 109:10
111:13,18 113:25
115:10,16 116:2,16
116:22,24 117:10
118:2,6,18,24 119:3
119:6,22 120:8,10
121:8,21 125:1
126:14 127:2,20
131:13 135:7 142:6
142:16 143:5,8
147:3 153:5,14,15
160:25 161:6,9
163:24 165:13,17
165:25 167:18
170:25 171:3,5,8
173:11 175:24
176:1 177:11,16,18
181:21,22 184:23
186:7,10 189:14,25
191:2,24 192:10,12
192:17,20 195:24
196:10,12,19,19
197:1 198:12
204:17 205:1 206:6

206:7,24 207:15
208:2,4,5,25 209:20
209:22 210:10
211:10 216:14,20
217:12 218:2,11,19
218:24 219:15,18
219:20 220:1,13,15
220:16,17 221:4
222:7,8,15 224:2,4
224:9 225:17
226:17,20,24
227:19 228:17
230:1,4,6,7 231:3,6
231:18 232:11,11
232:21 233:7,15
234:3 235:1 236:8
236:10,11 238:5,15
239:15 240:13,14
242:3,4 243:3,6,11
243:21 244:23
245:8,10,13 246:18
247:19 249:14,20
250:15,15,20 251:2
251:5,12,15 253:5
253:14 254:6
255:18 256:23
262:1 264:18,24
265:3,3,3,4 268:19
268:19 269:11,14
270:6,25 271:6,18
274:15 275:11,25
276:19 277:14
279:15 280:5
283:21,23 285:2,15
285:22 293:10,21
294:9 296:17 299:6
300:17 301:11,13
301:15 302:25
304:15,24 305:19
307:2 310:12,14,20
310:20 311:7,18,19
311:22,25 312:7
313:2,15,15,15,18
313:20 315:12,14
315:18,22,23,25

TONY RODRIGUEZ                                                5/8/2014

24

318:8 328:20
329:25 330:15
336:14 338:14
339:1
**knowledge** 17:23
22:12 23:14,17
24:23 28:4 29:11,14
31:18 36:13 43:15
44:1 54:25 57:1
59:22 66:19 74:24
75:2 81:16 85:25
86:3 93:6,21 95:5
100:15 133:14,17
155:8,11 156:8
159:1,4 160:4 161:3
161:13 163:5,19
165:14 166:6
168:22 171:11
176:15 177:3,7
179:3,24 180:8,9,11
181:15 182:21,22
182:24 190:10,21
195:22 200:2,5
204:19 208:8,9
210:13 216:23
219:15,16 222:10
224:5 228:14
239:10 251:10
255:7 259:23
261:11,24 262:22
274:6,19 282:15
292:8 296:12 332:3
**knows** 22:19 48:8
127:20 128:25
132:20 301:16
**Korgaonkar** 2:20 4:6
4:7,8 8:15,15
196:25 197:6,11
198:9 217:5,11
220:21,24 221:3
228:23 230:11,15
230:18 244:22
248:18,22 251:15
251:18 255:10,16
257:13,17 258:17

262:2,5 265:6,11
266:13 279:14
282:22 287:14
290:15,18 291:12
292:12 294:17
296:25 299:6
300:20,24 301:12
302:22 306:16,24
309:11,16 315:18
316:1 319:11,24
324:1 325:8 326:5
329:23 331:8
332:11,15 333:2,17
337:24 339:20
344:2
**Kris** 21:19,21
**Kristopher** 298:13
336:8
**Krueger** 21:19,21
217:22 218:17
220:8 226:6,8
298:13 336:8
**KS** 342:14 344:21

**L**

**L** 2:3
**La** 140:12
**labor** 111:20
**lack** 141:2 154:10
204:24 298:25
**lacked** 123:20 124:3
141:5 142:2 143:3
**Lackey** 73:5
**lacking** 140:20,20
**laid** 68:24 70:16
157:22
**Lamar** 3:11
**Lane** 289:19,21
290:2,4
**language** 49:20 50:1
55:22 139:4
**languages** 45:5 49:23
**laptop** 189:17 190:11
190:16,17 192:23
265:20

**laptops** 282:15
**large** 14:15 49:16
120:24 209:12
216:18 282:6
311:16
**larger** 123:14
**largest** 315:14,19
**late** 18:7 25:3 82:21
197:8 212:14,16
226:5 294:4
**latitude** 79:13
**law** 1:17 60:7 93:22
93:24 95:7 139:13
229:19 237:18
287:11 288:6
**lawyer** 21:6
**layman** 288:24
**lays** 152:9 200:22
**lead** 90:17
**leadership** 87:22
118:17,18,20
198:18,18 211:16
**leading** 17:11,25
319:11,24 324:1
325:8 326:5 329:23
331:8
**leads** 17:7
**League** 2:14 8:16,19
8:21 197:13
**learn** 239:19 267:21
**learned** 238:3
**leave** 91:7 124:23
254:10,11 328:9
**leaves** 51:4
**led** 247:23
**left** 99:19,22 137:4,16
326:14 328:11
**leftover** 206:15
**left-hand** 321:20
322:6 333:13
**legal** 2:21 3:2,15 8:16
8:21 74:22,22 86:23
87:1 197:12 343:20
344:17
**legend** 321:20

**legibility** 317:19
**legible** 104:7
**legislator** 177:3
**legislators** 164:7
176:25 177:8
**length** 29:12
**letter** 104:23 193:11
193:12,13
**letting** 256:23
**let's** 46:1 72:10 74:20
82:3 88:20 111:1
134:13 135:5 163:7
218:23 234:16,22
260:18 261:14
280:10 302:25
309:11 335:6
**level** 103:10 280:1
339:24
**levels** 207:23
**lexicon** 278:17
**Lexis** 73:4,6,8
**liberal** 80:4 128:20
**license** 7:1 11:2,10,11
13:2 16:9 21:12
26:8 27:2,5 28:7,10
28:13,15 34:15
36:14,16 37:7,10,13
37:17 38:10 44:24
47:17 48:11,15 50:2
50:17 54:19 55:3,10
56:13 61:23 65:23
66:6,23 67:23 68:17
68:22 69:1,9,16,21
69:25 70:4,8,22
71:7,13 77:14 78:2
79:5,6 82:25 83:2,6
84:21 85:8 88:19,20
90:8 91:20,21,23,24
91:25 92:3,7,8,10
93:14 94:3,11,20,21
96:14,21,22 97:5,11
97:13,14,15,19,23
97:24 98:2,3,7,17
98:20,24,25 99:18
101:18 102:8,20

104:16 105:16
119:8 124:7,15
133:19,20 146:24
147:14 149:6
152:13 157:5 158:3
160:18 169:12
173:24 185:2 193:9
193:10,20 194:1,8
194:14,22,23 195:2
195:9,14,19 196:2,8
198:18,19 202:15
202:19 207:20
208:21,23 209:6,11
209:18,23 210:5,16
210:22 211:5,16,21
212:4,7,19 213:1,2
213:6 216:7,12
217:23 218:5
221:11 223:14,19
224:25 227:1,10,15
228:2,6,9 229:15
235:23 236:2,3
237:16,21 239:25
240:2,15 247:22
249:8 262:11 269:4
272:17 280:18
292:2 304:21 305:5
315:7,15,20,24
321:23 323:14
336:10 338:13,21
338:25
**licenses** 15:9 23:19
51:10 55:7 70:2
83:18 85:10 86:12
97:20 99:25 100:6
100:14 105:19
126:20 133:13,21
133:24 194:24
204:21 219:9,11
227:13,16,23,25
237:8 261:15
303:15 339:10
**licensing** 104:4
204:15 303:15
304:19

**lieutenant** 119:4
269:12
**life** 137:22 243:5
**light** 114:15,15,16
190:8 267:4,7,11,12
277:5 284:5
**limit** 219:12
**limitations** 86:1
**limited** 46:10 48:25
49:14 79:22
**limiting** 302:4
**limits** 271:14
**line** 29:24 30:9 33:8
112:11,19,20 113:9
169:15,19 236:12
322:13 341:2
**lines** 33:12 105:8
167:19 338:23
**link** 175:10 205:15
331:21
**Lisa** 336:9
**list** 5:17 52:2,5,10
54:5,6 65:4 66:5,16
74:13 78:14 159:16
159:24,25 161:2,4
168:12 170:3,3,6,9
170:11,14,17,17,22
174:10 182:11,16
182:23 184:2 206:3
222:13 224:25
245:4,8,9,14 246:9
246:14 250:9,13
251:16 262:15,22
303:25 334:23
335:1 336:5,7
**listed** 65:12 68:17
74:8,18 77:8 81:19
140:9 141:15
148:10 183:20
205:25 208:12
262:11 318:1,1
**lists** 52:1 78:14
323:19,20
**little** 35:3 71:3
143:12 155:4 197:8

205:10 217:19
229:16 265:12
296:3 297:16 300:1
338:9
**live** 49:16 243:19
304:21
**lived** 269:16
**LLP** 1:17 2:10,16
**loaded** 270:23 281:5
**loading** 270:23
**local** 49:17,21 212:21
213:17,19,20
214:12 256:10
264:25
**located** 229:12,19
305:20 307:15
**location** 159:17
202:16,23 203:13
215:8,16,16,19,20
215:25 216:2,3,4,5
216:23,25 275:5,7,8
282:5 302:14
304:22,24 322:19
322:20,23,23
324:20,20,22,22
**locations** 87:13
207:25 208:17
252:24 272:15
307:23
**logistical** 86:16
**logistician** 47:24
**logistics** 156:10
270:20 271:16,17
**long** 11:4 50:23 192:2
212:10 327:25
**longer** 77:11 82:19
143:12 278:22
**look** 18:6,20 22:10
29:15 33:11 52:21
53:21 62:20 64:25
67:19 69:16,20
73:12,22 74:3,13
75:13 78:15 81:17
82:7 88:4 95:15,23
97:12 99:3 113:22

115:4 126:5 128:20
130:2 139:16 143:6
143:6,24 144:7
145:24 155:2,19,20
155:21 163:20
164:21,24 167:21
174:13,14 176:5
178:12 182:18
184:10 185:14
198:11 199:15
200:22 217:11
221:4 229:21
235:12 243:25
244:14 246:15
262:7 270:11 309:4
316:15 318:6,11
327:22 335:7
**looked** 104:25 131:17
148:1 156:24 164:2
171:2 183:18 254:3
**looking** 22:18 29:21
29:24 32:15 58:9
68:12 78:11,19
97:13 104:12
113:20 117:1 127:7
128:1 135:6 152:10
152:21 155:5
157:23 170:4,11,18
175:13 176:8
177:19 186:8
200:23 261:19
264:19 291:10
297:17,18 332:13
335:3
**looks** 45:20 46:3 68:3
99:5 139:21 144:4
170:5 181:2 224:16
240:18 253:12
258:3 298:11 303:8
**Lori** 134:15
**lost** 98:2,8
**lot** 19:16 36:5 77:16
90:21 130:17
131:16 132:5 145:1
147:1,20 156:19

TONY RODRIGUEZ                                                5/8/2014

26

209:12,13 242:24
242:24 243:1,2
254:3 270:20
276:23 278:11
328:19
**Lou** 89:7
**loud** 35:12,12,14
288:13
**Loving** 210:24 211:2
**low** 247:14
**lower** 147:12 321:20
**LRS** 36:16 104:4,18
105:2 120:18 169:9
**lunch** 153:25 215:2
**lying** 314:9
**Lyndie** 6:14 303:5
**Lynn** 4:17 52:24
224:19
**L1** 134:18

_____

**M**

**MacBride** 12:18
337:13
**machine** 1:17 115:8
117:24,25 118:11
118:12,14,15
**Madden-Warren**
6:14 303:5
**maiden** 29:25 30:9
30:15,22 31:2,3,6
31:10,14 33:9 88:22
**mail** 39:22 51:19,20
52:15
**mailed** 51:10,13
**mailing** 39:24 51:1
51:11,22,23 52:11
**Main** 275:6
**maintain** 85:14 192:4
203:11
**maintained** 195:11
195:19 276:9 317:2
**maintaining** 330:11
**maintains** 194:4
195:21
**maintenance** 209:10

**major** 266:6
**majority** 326:15
**making** 9:24 15:1
111:16 154:20,23
162:3 211:3 267:10
**man** 131:8 205:11
206:13
**manager** 11:2,9 22:8
47:8 79:17 100:23
105:2 112:23,24
113:3 125:18,25
134:21 145:21
151:1,2 214:18,19
215:10 281:6
283:13 311:10
326:16 336:13,15
**managers** 4:22 5:2,8
12:4,8 108:21 109:9
111:7 112:14,17,17
112:20,25 113:7
115:19 116:16,19
117:10 134:13
145:19 237:15,16
238:19,22,24
239:11,18 240:1
280:2 283:5 327:8
334:21 337:10
**mandatory** 232:6
**manned** 275:15,18
276:2
**manner** 173:16 282:7
**manning** 205:10
**Manuel** 8:10
**map** 5:20 6:21 207:1
216:21 220:14
230:4 321:13,17,19
**maps** 218:25
**Maranzano** 2:3 4:5,8
8:4,7,11 9:1 14:2
15:23 17:2 19:22
22:21 23:1,7,12
24:12,13 25:12
35:20 41:18 45:14
45:17 49:12 50:13
52:19 53:14 58:3,8

58:12,19 59:4 60:10
60:13 62:8,10 66:15
67:7,12,19 68:6,12
71:19 72:7,10,20,23
73:15,18,19 75:1,13
82:2,7 87:5,25
95:13 99:3 106:18
111:24 112:2 121:7
125:5 128:10 129:1
129:9,17 134:3,4
136:16,19 139:3,16
142:22 143:1,19
145:12 150:4
153:22 154:2,4
159:11 161:16
166:12 171:17,21
172:3,5 178:12,21
182:5 185:17,20
186:12,18 188:19
188:22 197:16
286:8 316:2 333:24
334:3,5 335:11,13
335:20,23 338:6,8
338:19 339:2 344:1
**Maranzano's** 59:23
**MARC** 1:3 343:3
**March** 18:8,13
158:24,25 159:5
208:6,6 226:21
309:25
**margin** 102:4
**Maria** 336:12
**mark** 45:14 136:16
169:18,19,23
317:13 320:14
321:7
**marked** 19:20,23
25:10 45:15,18
52:17,20 62:9,11
95:12 99:2 111:24
112:1,3 125:3,6
129:16,18 134:1
136:18,20 139:14
143:18,20 145:11
145:13 159:9,12

161:14,17 166:10
166:13 171:21,22
172:6 178:10 182:3
182:6 185:18 198:6
217:9 221:1 230:10
230:12 244:21
245:2 248:19
255:15,17 262:4,6
279:12,15 282:21
287:13,15 290:17
290:21 292:11,13
292:20 294:16,18
296:24 297:3
302:21,23 306:22
317:14 320:15
321:9 323:8 324:6,9
335:24
**marking** 25:13 95:14
134:5
**marriage** 88:19,20
**married** 88:8,21
**Mary** 89:7
**mass** 147:14
**Mastracchio** 26:8
45:11 134:17 220:8
**match** 32:8,12 36:21
36:22 88:22,23 89:2
89:17 104:10
**matches** 33:2 34:7
37:6 211:24
**matter** 8:8 65:7
117:5 179:17 290:3
**ma'am** 92:6 106:25
153:9 164:19 166:2
171:16 176:15,18
177:7 186:22,25
198:15 199:5 201:4
217:18 219:20
221:7 228:25
231:13 273:2
290:20 311:21
**McCraw** 12:15,21
165:16 336:17
340:1
**McDaniel** 297:9,21

TONY RODRIGUEZ                                          5/8/2014

27

297:24
**McMahan** 73:3
**McNeil** 298:9
**mean** 13:4 16:3 30:23
  32:21 50:25 53:9
  78:8,10,15 79:15
  84:11,12 86:19
  87:10 89:6,12 91:14
  96:17 98:9,21
  100:21 101:8 102:3
  109:1 114:13
  115:11 116:12
  117:18,24 118:15
  118:17 120:2 122:7
  125:24 126:8 131:7
  133:11 137:8,11
  144:14 148:2
  151:10 154:15
  160:7 163:5 164:21
  165:13 167:3,11
  169:4 170:22 185:7
  191:17 198:24
  199:11 200:19
  201:5 205:1 207:1
  210:3 215:16
  219:13 225:23
  227:8 230:2 232:2
  235:1,10 236:5
  237:2,10 239:22
  247:1 252:7 257:19
  269:3 273:21
  277:14 308:2,6,10
  308:12 314:4 319:7
  340:9
**meaning** 263:6
**means** 13:6 88:13
  113:14 144:15
  160:8 169:7,16
  199:13 231:18
  263:18 284:24
  288:19 290:1
  322:22
**meant** 37:21 56:4
  116:12 127:24
  200:8 205:14

210:23 230:4
  231:14 242:17
  246:7 257:14
**media** 156:15 157:1,5
  157:6,15,18,25
  158:2,4,6,10 164:6
  175:6 265:2 337:14
**median** 157:15
**medication** 10:5
**meet** 20:9,16 144:12
  270:8
**meeting** 6:8 20:15
  134:19 165:9
  167:18 219:25
  220:1,5 287:19
**meetings** 17:24 22:2
**members** 21:11,13
**memberships** 147:19
**memorandum** 194:9
  202:20 225:12,18
  226:16
**memorialized** 149:8
**mentioned** 47:7 65:9
  91:21 112:22
  132:18 136:8
  146:22 153:8 173:3
  179:10 191:13
  201:18 210:20
  215:21 255:1 271:4
  271:23 291:22
  308:23 312:14
  313:4,25
**menus** 173:9,10
**merely** 32:8 60:22
  132:9,9 158:16
  218:4 240:9 242:18
  282:12,19 322:11
**message** 130:3 133:1
  138:13,14,20
  296:14
**messed** 318:9
**metadata** 333:20
**method** 52:13 327:6
**metric** 286:24
**Mexico** 73:7

**Meyers** 224:19
  225:25 283:9,9
**Michelle** 197:15
**middle** 73:4 289:11
  292:22
**midst** 264:8
**midwife** 146:19
**miles** 218:14
**military** 14:13,14
  132:21 155:18
**million** 105:18
**min** 344:1,1,2,3
**mind** 19:1 22:6 49:10
  59:3,8,15 100:24
  113:14 116:7 212:6
  218:9 228:13,16
  233:9 272:20
  273:13 276:25
  318:7
**minds** 279:10
**mine** 81:25 82:1
  336:14
**minor** 280:16
**minus** 276:9
**minute** 22:11 198:11
  211:8 217:17
  224:24 262:7
  279:16 290:16,22
  294:20 297:2
**minutes** 6:8 16:13
  17:4 72:8 136:11
  287:19 337:23
**mirrors** 27:1 37:6
**mischaracterizes**
  128:8 138:18
**misheard** 161:25
**missing** 68:3,3
**mission** 155:20
  307:22 308:2,3,4,7
  308:7,9,10,12 309:7
**misspelled** 241:17
**misspoke** 246:6
  333:4
**misstates** 41:16
**mistake** 108:4,6,13

**mistaken** 114:2 205:7
  264:8 327:10
**misunderstood**
  266:16
**mitigate** 146:17
**mixed** 135:22,24
**mobile** 42:16,18,21
  42:22,24 45:1 48:6
  48:8 83:10 86:13
  97:3,10 103:18
  144:5 156:10 189:9
  189:13,16 190:10
  190:19,22 191:7,10
  191:10 192:7,19,22
  193:7,20 194:11,15
  202:16,23,24 203:2
  203:3,16 205:8,11
  206:13,13 207:10
  223:16,18 257:1
  265:13,15,17 266:7
  266:7,9,14,25 267:3
  267:4,7,10,12,12,21
  267:25 268:2,14,15
  269:2,7,15 272:12
  272:25 273:7,15
  277:5 280:24 284:4
  284:18 285:9 287:7
  295:2,15 296:11
  299:15 300:8
  302:12,14 304:5,7
  307:8 309:5 312:14
  312:24 313:11
  318:23
**mobiles** 84:25 103:20
**mobilize** 238:13
**model** 282:16
**modifications** 27:19
**modified** 25:20,22
  184:16,16
**modify** 44:11
**modulating** 35:12
**moment** 38:21 60:10
  171:18 198:5 212:5
  217:11 221:3
  255:18 292:17

302:25 307:2
313:14
**Monday** 186:14
236:18,18,23
237:11 238:12
253:13,15 298:9
**money** 86:19 123:11
269:23 270:2 271:4
271:5,23 301:23
**Monica** 159:21
**months** 18:13 226:21
**Moore's** 73:10
**moot** 82:24
**morning** 8:5,6 24:15
135:21 167:7
197:24 224:17
337:20 338:8
**mortar** 103:18,19
208:17 318:24
**mother** 81:25
**mother's** 29:25 30:9
30:15,21 31:2,3,6
31:10,14 33:9
**Motley** 222:20 223:6
223:9,13
**MOU** 276:14 301:18
302:13 304:9
321:25
**MOUs** 226:10 276:6
340:12
**move** 273:25
**moved** 111:14 273:22
273:23 330:10
**moving** 234:22
276:23,25
**multiple** 324:15
**Munoz** 134:23
**Murphy** 8:24 20:10
20:17
**Murphy-Darveau**
3:10
**music** 277:4

———————
**N**
**N** 2:1 342:1,1

**NAACP** 2:21 8:16,21
197:12
**name** 8:7,9,10 10:24
29:25,25 30:6,9,15
30:22 31:3,7,11,14
31:20,23 32:18 33:2
33:3,9,9 34:25
45:23 53:13 74:7,8
76:1 80:18,19 81:5
88:10,18,21,22,24
89:1,6,16 90:6
151:6,14,16 183:24
184:1,9,9,14 197:11
199:17 200:18
317:5
**named** 163:6 208:5
217:21 283:8,8
329:3
**names** 32:8 89:1,17
89:25 105:7 107:5
107:14,15 159:16
168:24 183:20
267:10 283:14
**narrative** 199:18
200:19,20
**narrow** 314:18
**Natasha** 2:20 8:15
197:11 344:2
**National** 92:24
**native** 333:19
**naturalization** 80:12
146:12
**naturalized** 146:11
**Navy** 131:8 132:18
**near** 110:19 173:19
200:16 221:10
244:6 246:13
252:12,12 260:20
293:8
**nearly** 249:8
**necessarily** 28:8,11
119:12 151:25
237:1 254:21
257:14
**necessary** 39:17

40:10,16 107:17
189:18
**need** 17:16 24:17
25:23 41:6 54:7
61:11,13,15,19 62:3
63:7,10,17 71:2
72:4 82:2 86:8 89:5
89:19,19,19,23,23
90:19 92:8,8 98:6
99:17 108:2 112:14
115:7,13,15 121:17
126:12 130:8
137:12 143:10,11
146:25 148:4
150:12,16,17 152:4
155:22,23,23 167:6
167:19 172:1 192:2
192:9 213:21
215:17,21 219:4
222:23 224:21,22
231:9 234:6,11,12
234:15 235:2 238:1
238:15 240:19
251:1,3 259:3
267:23 279:7,9
281:6 304:20 311:7
327:21,21 331:3
333:23 335:9
337:15
**needed** 22:1 118:18
119:20 120:10
126:23,24,25
127:15 156:14,16
157:2,8 158:1
199:15 216:8
234:12 240:11
258:20 271:24
272:1,1,2 275:10
**needing** 140:9,11
**needs** 50:9,14 214:8
257:7 266:25 270:1
322:1,24
**negative** 115:7,13,14
115:17 116:4,9,9,11
117:2,7,14,15,22

126:12 127:1
130:23 131:10,11
308:18 309:8
**neither** 117:6 344:5
**network** 79:9
**Nevada** 73:8
**never** 48:18 52:6
57:19,19 60:18 93:6
100:15 119:20
122:23,24 123:3,4
146:4,7 153:3
165:17,24 171:11
177:3 179:22,23
180:3 204:7 267:17
274:16 299:21
**new** 2:23,23 38:17
50:20 61:16 73:6
86:12,21 109:21
206:18 281:8,8
282:2,10,12,18,18
282:19
**night** 254:10 294:3
**nine** 201:21 323:3
**nkorgaonkar@naa...**
2:24
**nodding** 9:14
**non-business** 295:21
295:23
**non-citizen** 61:22,25
**non-commissioned**
284:11
**non-DPS** 289:22
**noon** 298:11
**normal** 114:12,25
337:9
**North** 3:2,11
**Nos** 6:3,10
**notarized** 41:3,7
**notary** 41:1,10,11,14
41:20 42:10
**note** 73:9 229:22
230:1
**noted** 342:8
**notice** 4:14 20:2 21:3
21:4 22:10 197:19

TONY RODRIGUEZ                                                    5/8/2014

29

236:22 237:13
238:14 239:11
264:18,20,20,22
311:15 316:11
**noticed** 236:17
246:15
**notices** 311:20
**notification** 240:9
**notified** 61:2
**November** 18:22
158:24 159:4
226:18 241:15,21
242:8 257:2 263:23
276:22 279:4 328:3
334:17
**number** 1:4 4:13
34:25 51:15 106:2
109:12,18 114:9,10
123:19 126:8,22
127:1,8,10,11,14,19
127:23 130:12
144:9 147:15,17
158:17 163:7 164:3
164:5,14 166:22
167:22,23 168:16
169:1 177:23 178:5
179:16 180:2,5
187:19,21,24
189:18 194:17
199:18 200:18
203:24 206:10
210:8,9 211:23
213:8,8 215:13
226:17,20 229:11
230:1 235:25
239:23 243:7 244:7
247:9,11 249:14,19
250:2,4,6,23,24
260:22 282:6
286:11,17,22,25
298:13,24 299:14
301:5,21 315:5
320:20 322:7,8,10
324:23,23 331:25
332:19 333:10

338:22 339:3 341:2
341:2 343:4
**numbered** 1:14
**numbers** 36:22
164:13 177:19
190:4 244:17
250:10,20 322:12
325:4 331:13 335:6
**numerous** 38:23
**numies** 147:18
**nurse** 310:12
**NW** 2:6,16
**NWB** 2:6

---

**O**

**O** 342:1
**oath** 9:3 180:25
197:22
**object** 15:22 22:14
41:15,15 66:7 86:25
87:17 257:12,15
299:2 338:16
**objection** 9:24,24
23:2 50:7 66:24
67:10 74:21 75:11
121:5 124:24 128:7
128:15,16 129:7
138:17 142:17
258:10 277:13
300:18 301:8
306:14 315:16
319:11,24 324:1
325:8 326:5 329:23
331:8
**objections** 67:15
**objectives** 28:22
**observation** 94:11
**obsolete** 210:7,11
**obtain** 15:16 56:24
61:6,22,25 66:4,18
69:5 70:25 71:10
75:16 78:13 81:21
98:3,25 99:18 100:7
123:11 124:16,19
139:9 143:3 181:11

187:15
**obtained** 92:14
**obtaining** 100:18
119:9 138:10
**obviously** 53:5 115:2
200:16 214:23
216:1 243:1 296:5
**occasion** 177:10
**occasions** 299:14
**occur** 268:1
**occurred** 46:17
100:10 135:20
160:17 184:4
304:12,15
**occurrence** 167:20
240:6
**occurring** 254:9
**occurs** 61:3 185:10
214:16
**October** 5:11,13 99:6
161:21 163:4
166:18 256:3 257:2
293:12
**offer** 225:7,7 228:15
299:11 300:24
303:19 304:4
305:15
**offered** 164:1 299:14
305:9 315:6
**offering** 228:12 249:9
**offhand** 207:3
**office** 3:6 26:17,20
34:8 42:2,8,24
43:20,22 44:15,24
45:3 49:17,20 51:5
56:2,14,15 63:12,16
69:13,23 81:3 88:18
90:8 91:4,8 92:11
97:5,10,11,15,19
99:19 101:12,18
102:8 103:18,19
104:20 111:10
115:18 116:18,20
116:23 118:3,25
119:2,5,8 124:7,15

127:2 137:4,16
150:17,22,22,23
151:22 152:8,8
159:18 163:14
170:20 173:8,20
180:6 181:12 185:2
185:10 192:6
193:20 194:1,8,14
199:17 200:18
202:15 204:16
207:20 209:5,6,7,12
209:18,21 211:2
212:4 213:20 214:7
214:13,17,22,24
215:9,19 216:5,14
217:1 221:21,23
222:1,3,5 223:14
227:2,11 228:3,11
229:14,15,23,24,24
230:6 232:19 233:8
234:4 235:24 236:9
245:21 247:5,8,17
250:12,18 251:18
253:10 254:10
255:1 256:10 257:6
258:16,21 259:3,5,9
259:22 260:1,10,13
260:19,25 261:5,8
263:10,12,15,20
268:18 269:9,13
277:19 280:15,19
284:4,8 287:6 288:7
289:22 292:1
311:22 314:15
315:15,20,24
323:21,21,22
324:18,22 325:3
326:16 344:10
**officer** 41:12,20,23
42:9,12 43:3 229:19
237:19 284:11
343:15
**offices** 1:17 11:11
15:8 25:25 42:13
43:18 44:10,12,16

TONY RODRIGUEZ                                    5/8/2014

30

44:17 47:17 48:11
48:15 49:15 83:1
84:22 86:12 90:12
93:23 94:2,3,3,23
97:4 118:6 120:14
125:21 139:25
140:3,19 141:1
152:16 162:20
163:18 193:9,10
195:10 202:19
208:18,21,24 209:1
209:14,15,24 210:9
210:16,22 211:21
211:24 212:1,7,19
213:6,14,20 214:5
216:8,12,23,25
218:5,6,13,22 219:8
221:12 222:6,11,14
223:19 224:1,6
225:1 227:15 228:5
228:15 231:9,21
232:18 235:23
236:3,12 237:8,12
237:21,25 238:13
238:19 240:2,4,11
240:14 241:7,19
242:25 243:15,17
243:21 245:14
246:10,19,24
247:14 249:3,8,15
249:18,19,21,24
251:19 252:15,16
253:4,8,17 254:22
257:7 258:22
259:20,25 260:7
261:1,2,9,16 262:11
263:2,4,4,17 264:25
269:3 270:12
272:17 307:23
311:17 312:1,3,4,7
315:7 318:24
323:19 324:25
325:13
**official** 74:8 80:18
193:17 288:10

305:12
**officials** 93:22,25
121:13
**off-business** 293:4
**Oh** 18:14 20:25 21:4
22:6 49:4 68:4
82:10 120:21
161:25 241:24
261:13 274:13
291:9 297:18
**okay** 9:11,15,19 10:1
10:14,18,20 11:24
12:20,22 14:17,23
15:13,20 16:17
18:17 19:17 21:4
22:17,24 23:20
24:19,24 28:16
29:21 30:6 33:1
38:20 39:11 40:6,22
41:6,13,25 43:9,16
47:16 48:11 49:4,15
50:4,20 51:3 52:16
54:14 55:6,12 57:12
60:12 61:6 62:7,22
63:25 64:19,25
67:19 69:1,19,22
70:4 71:22 72:6,10
73:18 76:22 77:4,9
78:22 80:1,15 81:4
81:14 82:7,13,14
89:21 90:7 91:12
92:13 94:19 97:19
97:25 101:22
102:24 103:1,21,23
105:14 106:10,11
110:12,23 111:8,17
111:23 112:2
113:18 114:5,21
116:6 117:6,8,15
119:13 120:1
121:19 125:5 126:5
127:13 128:2,18
130:2,19 133:25
135:17 136:15
140:5 141:9,21

142:1,11 143:10,14
145:3,6,10 149:17
153:21,22 154:2
155:4 157:1 158:5
159:3,8 160:21
162:8,18,25 168:7
172:5,16 173:2,5,15
174:12 175:19
178:8 182:2,5 185:1
186:12 188:18,21
189:12 190:19
192:5 193:25
194:23 195:2,5,16
195:24 196:2,23
197:24 198:4,13,14
198:16 199:3,6,11
200:8,15,21 201:17
201:23 202:9,12
203:1,15,17 204:4
204:19 205:20
206:16,24 207:9,21
208:7,10,14 209:4
209:17,20 210:15
211:7 212:7,18,23
213:19 214:2,16,25
216:7,11,16 217:2
217:13,19,24 218:2
218:20 219:16
220:18 221:5,13
222:4 223:11,17
224:11,24 225:23
225:25 226:25
227:8,23 228:19
230:9,18 231:8
234:5 235:6,12
236:2,11,15,17,19
237:16,17 238:10
238:11,18 239:23
240:22 241:11,14
242:4,11 244:1,4,12
244:20,22,24
245:13,13,20 246:2
247:16 248:3,6,22
249:12,20,20
250:20 251:14

252:11,20,23 253:9
254:13 255:8,20
256:2,13,19,20
257:5,8,21 258:17
259:12,16 260:6
261:8,17,18,19
262:8,19,22 263:15
263:17,22 264:18
265:5,11,14,17
266:20 267:3,21
268:4,16,21 271:4
271:10 272:20,22
273:6,9 274:19
275:1,9,14,18 276:1
276:4 277:15 278:1
278:25 279:1,11,17
280:8,14 282:5,9,20
282:24,25 285:12
286:6,8,19 287:9,16
288:12 289:5 290:7
290:11,23 291:13
292:10,18,25 294:9
294:15,22 295:1,2
295:10,10 296:2,13
296:23 297:1,5,19
298:21 300:15
303:3,12,22 304:12
304:18 305:17
307:5,14,21 308:21
309:6,10 310:14,25
311:9,15 312:6,8,21
313:6,9 314:21
315:14 316:6,14,24
317:3,5,9,12,25
318:5,17,25 319:7
319:14,16,22 320:1
320:2,7,10,13,23
321:1,5 322:14,25
323:4,23 325:6,12
325:16 326:9,18,21
326:25 327:4,14,20
327:24 328:4,14,17
328:22 329:9,12,21
330:4 331:14,16,19
331:20 332:3,9

333:9 334:3,15,18
335:6,20 336:23
337:10,17 338:6
339:12,15 340:15
**okayed** 130:21
**old** 82:1 131:8 210:6
210:11 282:10
**once** 36:11 59:10
91:13 100:21,21
130:8,14,18 136:6
167:13 173:9
275:12 279:5
**ones** 24:17 87:12,14
118:22 148:6
149:14 177:11
207:7,7,18 213:16
234:1,2 240:2,3
242:5 261:13
274:22 314:22
335:11,15,17
339:25
**onetime** 167:10
**ongoing** 21:25 276:20
**online** 43:22
**open** 213:21 215:1
229:24,25 231:9,20
232:18 235:23
236:13 237:9,12,25
238:13,16,19 240:3
240:4,11,15,15
241:7,8 242:6,7
243:1 245:5,14,21
246:10,16,19 247:5
247:14,17 249:19
249:24 252:16
253:1,5,8,10,17,19
254:23 255:4,6,6
257:9 259:1,20,22
260:1,19,25 261:2,9
263:3,14,18 295:23
316:5 325:2
**opened** 236:3 252:15
261:16 263:5,10,13
280:15
**opening** 241:19

246:24 247:8 249:3
256:6 262:11
272:24
**openings** 239:14
256:10,25 258:14
259:14 261:6 273:3
**operate** 194:11
203:14 282:3
**operated** 202:16
203:2,3,20 205:7
209:8 227:18,19
277:21
**operates** 203:13
**operating** 213:2
278:2
**operation** 213:2
273:12 292:5 325:2
**operational** 304:11
**operations** 6:23 7:2
11:11 14:16 21:25
202:24 264:10
271:17 272:15
280:3 281:1 289:4
304:7 321:16,24
322:24 323:15
**opinion** 58:25 74:22
87:1 187:8,10
211:19
**opportunity** 91:7
187:13 269:18
287:6 288:22
**opposed** 138:15
142:20,21 144:23
**opt** 216:8,9
**opted** 137:3,15
**option** 153:12
**oral** 1:8,12 343:15
**orange** 169:15 170:6
**order** 14:12 25:24
37:7,8,9 39:20
51:24 66:13 67:17
74:7 77:23,24 80:17
81:4 86:11 88:24
95:24 97:22 110:10
126:25 127:15

143:6 144:17
172:25 173:25
180:22 201:9
202:11 216:18
222:23 240:10,11
243:24 249:9
253:22 270:2
281:24,25 287:8
300:8 306:1 311:7
335:10
**ordinarily** 239:16
240:16 241:8
**org** 323:16
**organization** 7:2
323:15
**organize** 273:12
**organized** 237:15
324:14
**organizing** 203:8
**original** 74:6 80:17
83:14 206:15,22
**ORTIZ** 3:1
**outcome** 117:21
126:17,21 344:9
**outreach** 155:10
183:7 186:23
**outside** 200:4 220:10
220:14 240:15
242:11 264:2,3,14
274:9,11,22 289:16
336:20 338:16
**outstanding** 92:19
94:8,11 225:21
**out-of-state** 98:23,25
99:17,25 100:6,13
**overall** 195:2
**overcome** 95:24
**overlap** 278:18
**overlapped** 278:20
**oversaw** 26:6
**oversee** 13:6
**overseeing** 13:9
14:10 16:9 47:16
188:5
**oversees** 125:22

337:1
**oversight** 120:8
**overview** 5:10 161:20
161:24,25 162:1,3
163:1 164:20 165:2
**owns** 191:22
**o'clock** 254:10 294:3
**O'Connor** 21:14,16
163:6 329:3 334:8
336:11

_____
**P**
_____

**P** 2:1,1,21 271:12
**packet** 307:16 333:5
333:6
**page** 4:9,13 29:16,17
53:14,15,19 65:1,15
65:18 68:3,5,5
84:18 125:12 130:3
136:24 139:22
140:5 141:9 159:19
159:20 163:8,20
167:21,22 168:7,9
168:10,20,23,24
169:1,4 177:21
224:14 229:21
245:2 261:20
289:17 291:3
292:20,20 294:6
297:15 307:15,15
332:25 333:3,6
341:2,3
**pages** 170:3 217:4
229:8 324:15,21
331:2 342:5
**pages(s)** 342:8
**PAGE/LINE** 341:4
**paid** 106:1 191:23
268:13 271:19
313:2
**pains** 342:4
**panhandle** 11:20
306:19
**paper** 189:19 192:23
266:1 324:14 341:2

TONY RODRIGUEZ                                    5/8/2014

32

papers 80:12
paperwork 63:24
  90:14
paragraph 24:6
  74:15 95:23 236:14
  241:12 291:8
parameters 68:24
  70:16 79:11,22
  314:18
pardon 235:23
  324:13
parens 289:23,24
Park 137:3
Parkway 2:11
part 15:6,15 30:16
  36:3,15,25 37:3
  38:17 40:3 47:11
  50:20 54:1,18,18
  56:1 61:16 63:12
  69:14,14 71:4 75:14
  78:8,23 80:6,9
  83:17 88:16 99:13
  105:9 109:24
  114:25 118:12,14
  144:4,4 149:11,12
  158:7,8,9,12 181:5
  181:6 191:24
  192:22 198:23
  206:15,22,23
  207:22 224:19
  232:16 233:1 235:4
  236:6,13 242:14
  252:5 266:18
  298:18 330:13,14
  330:14
partial 336:5
participant 257:16
participate 298:17,25
  300:3,12,15 301:7
  301:16,17,23 305:8
  306:3 315:4,11
participated 194:10
participating 207:10
participation 297:6
  298:6 329:22 330:6

particular 152:21
  252:5 321:22
parties 344:6
parts 48:5 49:22
  253:5 276:24,25
party 87:23 122:13
  122:15 208:4
  218:10 285:3
  310:18 315:13
  343:22
Paso 11:21
pass 188:19 238:21
  321:6 323:5 324:6
  332:10
passport 106:24,25
path 289:13
paths 289:13,15
patience 115:6
patrol 94:1 209:9
  237:22 240:13
Paul 12:11,13 13:16
  22:3 26:14 88:2
  112:21 118:21
  134:14 165:8 200:6
  220:7 242:2,10
  328:13
paying 284:21
peeve 267:8
peeves 267:11
pejorative 147:13
penalties 342:4
pending 322:9
Pennsylvania 2:6,16
people 12:1,14 36:17
  49:15,21,23 59:9
  67:1 104:18 110:2
  118:3,5 121:9,12,16
  121:19 123:20
  127:4 134:15,16,20
  147:2 150:21 158:2
  166:8 167:15,17
  168:17 174:13
  176:20 179:15,16
  180:3,5 190:18
  191:2 199:13

201:21 206:1
208:16 210:25
216:18 235:3,9
237:10 238:18
240:13 242:19,21
242:23 243:10,13
247:1,3 248:16
251:3,6 252:9,10
254:13 261:22
264:1 267:19
270:13 274:23
275:8 276:25
278:14 280:18
281:8 282:1,3 283:9
287:10 288:22,25
289:22 290:6,8,25
295:22 296:10
298:14 304:18
310:17 334:21,21
336:6
people's 279:10
peppered 114:9
perceive 254:21
perceived 205:8,9
percent 102:1
percentage 16:7
  218:12
perception 94:22
Perfect 77:4
period 17:7,9 111:16
  215:14 245:15
  246:20 253:10
  263:22,24 268:8
  270:18 276:17,20
  280:16 283:17
  288:23,23,25 310:1
periodically 51:24
  165:3
peripherals 48:4
  192:17 271:2
perjury 342:4
permanent 52:9
  191:17
permanently 191:18
permission 213:22,23

permissive 79:24
permits 57:9
permitted 39:5,7,13
  41:8,10,13 56:8
  122:4 148:25
PERRY 1:5 343:5
person 22:19 26:6
  28:12 34:7 38:10
  40:1 43:19 50:24
  51:2 52:4,9 56:16
  56:17 63:5 66:18
  68:18 71:10,22 72:1
  75:7 76:3 80:22,24
  90:24 91:6 94:21
  98:3,6 99:21 102:11
  103:24 119:10,13
  119:23 124:21
  140:9 142:1 151:6
  151:15 180:22,24
  181:22 208:11
  209:2 227:22 228:1
  237:20,23 243:16
  271:15
personal 27:2,5
  35:19 38:23 57:25
  59:21 61:25 68:18
  96:21,22 133:16
  180:11 227:13
  241:16,22 242:15
  305:3 339:5,11,13
personally 179:21
  233:24
personnel 42:14 96:2
  103:12 150:17
  174:20 195:14
  203:25 205:21
  305:14 324:25
person's 32:13 151:6
  151:16
pet 267:8,11
Peters 5:13 12:13,17
  12:18 13:16 22:4
  88:3 118:22 130:15
  130:19 134:14
  135:11 165:18,19

TONY RODRIGUEZ                                         5/8/2014

33

166:18 167:6
193:11 200:7 211:6
211:18 220:7 242:2
242:10 247:22
248:7,10
**Phase** 190:21,23
272:22,25 273:7,10
274:6,20,24 275:2
275:19 276:18,20
277:1,1,2,7,8,20,24
278:1,15 281:10,10
282:2,5,16,16
**phased** 279:2
**phases** 272:19 276:16
276:21 278:4,17,18
278:23 279:2,4
**phone** 43:21 190:3,4
190:4 191:12 201:1
201:17,18,19 203:6
203:7 229:11 230:1
266:4,4,5,10 324:19
**phonetic** 73:6
**photo** 288:5,7
**photographs** 189:23
**physical** 33:13,17,19
33:23 34:2,6 39:25
39:25 270:23
324:20,21
**physically** 10:23
272:5
**physics** 52:11
**PICKERING** 2:16
**pictures** 265:25
**piece** 65:13 75:8,20
139:25 312:24
313:1
**pieces** 30:11 38:23
75:9,21 312:22
**pile** 335:8
**pilot** 303:13
**Pitzer** 283:13,13
**place** 17:17 38:9
131:19 153:16
160:24 180:13
196:3 203:19

216:18 342:6
**placed** 9:3 51:19 85:7
104:2 195:11
291:24
**placement** 49:25
**places** 187:15,19
188:13 202:13
205:25 208:11,15
212:3 252:25
272:11,14 274:23
277:10
**PLAINTIFF** 2:3
**plaintiffs** 1:3,13 2:9
3:1 8:14 197:14
333:20 343:3
**PLAINTIFF-INT...**
2:15
**plan** 14:15 224:21
**planned** 14:8
**planning** 268:25
269:2,20
**plans** 86:14,15,21
206:2,6,7 208:10
315:1
**plastic** 51:9
**please** 8:9,12 9:13,18
35:8 40:13 59:13
119:14 128:9
163:15 205:22
220:24 233:10
251:4 267:24 285:6
304:1 305:25
316:14,15 317:13
317:17 318:12
320:3,18 321:7,12
323:2,6,11 324:7,12
332:22 341:2,3
**pleased** 254:17
**plug** 275:12
**plus** 75:21 275:15
298:8
**point** 13:1,2,4 14:18
14:20 17:8,10 25:24
27:8 29:22 82:24
86:24 92:5 97:2

102:12 113:11
130:5 157:5,6
175:21 179:14
181:10 193:13
203:21 205:5
209:10 225:9 226:9
240:18,23 242:21
245:22 280:13
283:22 285:4 288:3
288:12 289:18
294:5 304:13,15
330:20,22 337:17
**points** 287:25
**police** 96:10
**policies** 60:20 61:5
**policy** 49:25 51:21
52:8,8 60:24 85:15
134:15 144:13
149:8 152:8 337:9
**poll** 136:8
**ponderous** 226:8
**poor** 305:18
**pop** 108:20
**populate** 331:15
**populated** 230:8
**population** 28:1,2
65:20,22,22 66:2,5
66:8 210:1,20
211:24 213:7 216:1
218:7,13 246:23
247:4,14,19 252:8
252:19 253:3 260:8
260:12,20
**populations** 252:25
**populous** 315:23
**portion** 11:16,19,22
85:8,9 185:25
**portions** 209:16
**position** 11:1,4 14:10
73:12 295:14,20
**positions** 11:6 12:7
**positive** 48:19 117:6
126:20
**possess** 97:22 98:22
121:3 231:11,23

233:4,13
**possession** 24:18
**possibility** 181:17
**possible** 119:23,25
120:5 121:1,8 124:9
124:22 139:12
270:12,15 275:21
339:1
**Possibly** 293:25
294:14 300:23
**post** 173:11
**postdate** 219:1
**posted** 262:15,16
264:20
**potential** 107:23
143:2 231:11,22
232:14 233:3 247:7
247:9 250:3,4
269:19 271:5
328:18
**potentially** 224:22
243:8 253:11
**PowerPoint** 216:21
**practice** 51:12 73:10
84:20
**preceding** 263:23
**precise** 244:15
**predate** 219:1
**prefer** 152:2 295:17
**prep** 178:19
**preparation** 20:19
218:1 319:23
323:25 324:3
325:22 328:14,24
**prepare** 9:7 17:16
20:6 217:24,25
218:9 327:25 328:4
**prepared** 20:3
132:10,11 197:21
217:20,21 218:8
219:14 328:2
**preparing** 19:13
23:21 316:12,19
**prescribed** 76:6
**presence** 207:25

TONY RODRIGUEZ                                      5/8/2014

34

310:14,21
**present** 3:10 13:7
  20:12,13 31:10,24
  54:9,10 61:7 62:24
  63:7,17 69:14 75:8
  75:17 78:13 80:7,25
  93:22 141:23 147:2
  178:24 208:13
  216:13 340:7
**presented** 32:12
  36:18,23 57:14 69:8
  72:5 80:15,22 85:7
  88:19 104:1 105:11
  152:6
**presenting** 43:4
**presents** 32:21 75:24
  78:10 79:1,1 89:3
  106:21
**Presidential** 73:3
**press** 6:1 176:22
  248:23 249:7
  253:18
**pressure** 294:10
**presumably** 34:23
  226:5
**presume** 51:1
**previous** 14:3 41:16
  106:5 128:8 136:3
  138:18 174:25
  175:15 245:23
  259:24 261:12
  263:7 288:12 335:3
**previously** 12:5 47:7
  62:8,11 67:11 72:15
  88:15 120:18 141:4
  170:8 171:2 198:25
  200:14 263:5,6
  280:13 281:22
  335:24
**primaries** 18:3
  226:21 264:7
**primarily** 37:1
**primary** 18:9,13
  65:14,16 67:21,21
  68:13,16,20,23 71:5

77:15,18,19
**print** 165:9,19
  174:15,19 175:19
  329:18 331:2,3
**printed** 54:21 175:23
  175:24 182:13,15
  186:10 222:18
  316:25 317:1
  318:20 319:3,5
  320:6,7,8 321:2
  325:10 326:7
**printer** 189:17
  192:23 265:21
**printers** 312:15
**printout** 6:5 185:24
  186:1 262:9 316:22
**prior** 18:8 239:12
  281:25
**private** 307:24
**probably** 18:11 22:19
  23:6 26:14 163:5
  167:14 197:8
  204:14 208:6 220:6
**problem** 35:11 89:7
  89:14 108:16,18
  109:10 180:16
  201:17 204:20,23
  210:18 234:8
  270:25 300:8
**problems** 79:16
  109:4 114:11
  180:12 300:25
**procedure** 1:19 337:9
**procedures** 15:18
  17:17 37:12,13
  51:25 58:4 61:5
  80:1 138:24 149:12
  338:13
**proceeding** 344:7
**Proceedings** 340:18
**process** 27:18 36:15
  36:25 37:5,6 51:18
  60:16,20 69:15
  83:19 101:9,13,17
  103:14,16 104:16

139:12 151:9
  169:11 170:16
  206:8 210:25
  249:20 258:8 263:1
  263:3,3 270:1
  289:12 313:20
  334:22
**processed** 152:22
  153:4 283:22
**processes** 91:2
  102:11
**processing** 42:7
  231:2
**produce** 23:22
  173:17 327:12
  329:8 333:18
**produced** 1:12 24:15
  156:25 216:22
  230:5 334:16,16
**producing** 111:19
  130:17 136:12
  332:8
**product** 110:1 140:2
  140:4
**production** 51:16
  321:21
**products** 174:25
**professional** 48:20
  211:19
**proficiency** 46:10
  48:25 49:14
**program** 13:3,10
  14:11,18 15:21 16:2
  16:8 18:10,21 19:4
  19:8,11,14 87:8,10
  87:16 109:17,21
  110:16 113:10,11
  116:4 118:13 128:5
  128:12 138:6 139:8
  152:15 154:13,20
  154:25 155:7 156:7
  166:4 168:5,21
  171:15 176:17
  186:19 187:3,5,16
  187:20 188:3,7

201:13 207:11
  212:12 216:9
  227:17 269:21
  286:17,23,24 287:2
  298:25 301:7
  303:14 304:6 305:8
  306:4 327:3,5 328:6
**programs** 303:23
**progress** 288:1
**prohibited** 64:23
**promise** 316:7
**prompt** 83:2,9
**prompted** 83:7
**proof** 61:7,7 69:11
  70:24 71:9 72:2
  76:3,8 77:7 80:7,25
  141:16,24 142:15
  143:4
**proper** 59:22 310:7
**properly** 191:3 204:3
**proposition** 72:25
**prove** 61:11,15,19
  62:4 69:6 77:17
  122:13 146:9 147:5
  289:2
**proved** 79:6
**provide** 6:22 32:5,24
  73:16 90:5 104:21
  108:3 115:22 123:1
  143:6 144:16,19
  145:6 151:11
  156:12,22 157:17
  165:3,19 176:6
  179:9 187:7,13
  192:8 194:11
  201:14 225:13
  269:16 281:18,19
  284:20 287:4
  288:21 299:14
  303:18 311:24
  313:22 315:6
  321:15,18 327:9
  329:15,19
**provided** 38:5 101:8
  103:9 126:23 127:5

127:12,25 141:1
147:10 150:13
160:9,20 177:3
191:20,24 200:1,2
206:9 225:12
229:17 249:22,25
251:16 275:25
287:3,4,5 309:2
310:25 311:5,9,10
311:12 339:8
**provides** 61:12 78:14
81:5 266:3,22
283:10,14 311:25
322:6,7,12 323:17
324:16,17,21
**providing** 101:11
153:12 157:19
200:20
**provisional** 288:5,8
288:17 289:1
**provisions** 1:20
179:18
**PSC** 340:7
**public** 3:11 10:18,25
11:14 14:19 19:18
27:19 41:14 42:10
84:8,9,14,16 93:24
94:22 100:12 166:1
215:11 227:9
266:21 303:24
307:24 311:16
337:3,4 339:22,24
340:1,4,7,11
**publicity** 155:7
**publicize** 264:25
**pull** 110:17,21,24
136:10,11 316:14
331:1,1
**pull-down** 173:10
**purchase** 48:2 122:12
270:3 271:8,10
282:19 315:1 340:4
**purchased** 48:3
206:16,22 210:6,8
282:14,15 312:10

312:23 313:1,7
**purge** 85:17
**purpose** 25:8,9 30:14
31:16,19,21 33:16
35:23 37:1 53:24
54:14 56:7,22 75:12
83:14 122:3,16
165:1 166:7 202:6
215:20 218:3
312:23 314:9
**purposes** 39:21 55:20
56:20 123:3 219:14
246:25 317:19
**pursuant** 1:19 316:10
**purview** 122:14
**push** 73:5 110:12,13
110:14 143:12
172:12,13,17
**pushed** 140:4 334:20
**pushing** 111:4 136:13
140:1
**put** 36:7 43:20 55:6
82:21 84:18 85:12
97:18 138:23
163:21 172:23
173:19 188:11,12
190:1 211:2 232:3
267:14 271:8 285:5
**puts** 173:21
**putting** 139:25 145:2
**p.m** 1:15 153:25,25
189:1,1 224:16
228:21,21 230:22
235:18 246:4 265:9
265:9 279:20 291:2
293:4,7,16 295:6
297:11,13,14
307:19 309:14,14
340:18
**P.O** 3:7

___

**Q**

**QA** 51:18
**QA/QC** 101:9,13,17
101:20 103:13

104:16 120:17
169:14
**qualify** 144:10
**quality** 36:20 103:1,5
103:11 105:14,17
105:23 120:17
147:12 160:12,17
199:14 202:8 243:4
**quantity** 77:20 244:4
**queries** 164:5,6,6
175:6 331:1
**query** 164:11
**question** 9:9,11,18
10:1 15:24 23:11
28:24 32:20 34:22
38:18 49:11 52:7
58:13 60:14 70:10
71:11,17 77:2 81:1
85:1 86:6 89:5,22
101:18 107:10
110:11 120:2 122:6
142:23 150:23,25
161:9 162:5 169:18
169:19,23 172:25
175:8,10,16 176:5
179:19 202:1 205:4
222:23 228:24
236:4,7 238:6
243:24 244:10
252:21 258:7
259:10 266:16,17
266:19 267:23
275:3 283:24 284:6
286:14,15 289:6
296:1 299:25 300:6
301:3 306:2,9
312:18,20 314:19
332:11 333:25
337:21 338:12
**questions** 9:14,18
16:23 40:9 51:3
59:23 60:9 72:24
73:2 106:17,19
107:16 152:17
176:23,25 177:2,5

185:3 197:17,18,23
249:6 304:1 316:7
332:12 334:7
**quick** 103:14 228:18
265:7 289:6 333:24
**quickly** 100:23
111:14
**quiet** 35:6
**quite** 224:13
**quote** 275:10 307:24

___

**R**

**R** 2:1 342:1
**race** 35:21,24 36:8,25
164:4,14 167:23
177:23 195:25
196:4,9,15
**racial** 164:17
**radius** 216:25 218:6
**radiuses** 218:4,5
**Ramirez** 336:14
**Ramon** 255:25 256:4
256:21
**Ramon's** 257:5
**ran** 272:9
**range** 192:14
**Rangers** 94:1 209:9
237:22
**rank** 290:4
**ranking** 237:20,22
**Raquel** 336:14
**rattle** 18:2
**rdoggett@trla.org**
3:4
**reach** 225:6 299:24
300:6 308:1
**reached** 193:8 248:13
299:13,21
**reactant** 302:4
**reaction** 298:16
**read** 29:22 63:1
72:24 96:7 99:13
114:5 137:6 149:1
199:6 221:16,23
230:3 235:20

TONY RODRIGUEZ                                                5/8/2014

36

241:12 259:13
288:3,13 289:20
293:1,14 294:20
298:4 307:21
**readdress** 337:21
**reading** 135:7 280:8
280:10 294:22
303:2 307:4
**reads** 289:11
**ready** 217:12 244:23
255:19 303:1
**real** 110:19,20
213:13 240:24
**reality** 191:11 280:15
**realize** 114:23 240:24
**really** 78:8 106:14,20
110:25 137:14
164:21,23 168:3
179:13 294:14
310:20
**realtime** 173:20
**ream** 189:19
**reapply** 63:23 79:4
**reason** 10:9 16:10
54:11 57:15 59:17
77:12 85:22 104:24
114:21 124:6
160:15 167:16
169:21 219:6
276:23 289:1
325:13 326:10
341:2,4
**reasonable** 115:25
120:21 148:22
**reasonably** 148:23
**reasoning** 83:25
**reasons** 57:21 205:17
209:25 210:21
268:10 305:9,10
328:17 342:7
**Rebecca** 211:17
**recall** 53:3 54:13
84:5,19,20 99:10
100:19 123:7 129:8
136:12,14 144:25

145:4,9 154:12
177:12 189:10
190:5 191:22
192:13 193:11,14
196:7 200:15,16
201:24 207:8
218:19 220:1,4
242:13,13 247:11
247:12,16,23 250:1
252:7 254:16
255:22 268:24
269:6,8,9,12 277:22
280:6,7 296:16,19
310:2 315:12
334:11 336:22
337:6 338:9,20
**receipt** 51:8 102:6,10
102:15,22
**receive** 13:22 15:1,8
15:19 43:11 51:24
52:5 56:8 96:4
111:12 121:1 211:9
214:12 225:10
238:24 239:11
242:25 272:1,11
282:6 283:15
**received** 43:9 44:2
45:22 70:8 99:8
111:6,9,14 120:12
127:22 129:22
134:9 140:3 163:10
163:14 169:25
180:3 188:2 219:21
224:14 232:17,18
232:20,21 239:1
253:13 270:19,21
276:7 285:4 301:21
301:25 302:3
304:10 315:8
**receives** 55:24 103:23
162:24
**receiving** 53:3 139:24
236:22
**recess** 72:13 153:25
189:1 228:21 265:9

309:14
**recipient** 127:17
**recipients** 112:9
237:11
**recognize** 19:23
25:13 45:19 52:21
62:12 78:2 95:15,18
99:4 112:4 125:7
129:19 134:5
136:21 139:17
143:25 145:14
159:12 161:17
166:13 182:7
185:21 282:25
287:17
**recognized** 156:13
**recollection** 45:24
154:7 191:15
194:18 222:22
244:1,2,16 246:19
250:7,8 252:9
253:21 264:6,9
268:22 280:9
286:15 294:11
309:24 335:4 336:3
**recollections** 133:9
**recommendation**
130:16,21 135:12
135:13,14,23 211:6
248:4
**recommended**
247:21
**record** 1:20 8:9,12
9:25 19:23 24:10
25:4,13 45:18 49:2
52:20 68:9,10,11
72:11,12,14,24 73:9
73:21 82:3,4,5,6
95:14 104:4 105:9
107:5 112:3 125:6
129:18 134:5
136:20 143:15,16
143:17,20 145:7
154:1,3 160:18
166:13 171:18,20

182:6 185:18 189:2
197:2,3,4 198:8,10
217:8 221:17
228:22 230:15,16
230:17 255:10,12
255:13,14 265:8,10
290:15 302:19
306:23 309:13,15
316:3 324:8 332:24
333:2,22 335:21
337:25 338:2,3,5,7
340:17 343:16
**recorded** 119:13,24
121:10 141:6
**records** 36:15,16
104:17 169:12
181:14 311:24
336:10
**Rector** 2:22
**redundant** 115:10
**refer** 62:16 98:11,12
101:21 102:9
118:16 140:2,25
148:4 150:23 172:9
194:16 207:1
222:24 231:5
276:21 277:1
282:12,17 311:13
322:11 331:11
333:12
**reference** 304:8
305:1
**referenced** 103:2
**referred** 12:8 68:6
72:16 99:16 102:7
116:12 125:25
172:12 217:17
222:15 226:11
317:9 320:4 323:16
327:13,14,18
**referring** 10:13,17
44:13,15 65:11
102:19 114:19
123:10 126:22
127:10 152:16

156:23 166:24
174:5,5 278:23
279:3
**refers** 267:14
**reflect** 49:17 325:1
**reflected** 16:16 325:6
326:7 332:19
**reflects** 325:1,2,3
**refresh** 38:15 45:24
280:9 294:11 335:4
336:3
**refreshes** 222:22
**refuse** 122:22
**regard** 12:23 33:8
47:22 87:7,8,16
113:10,12
**regarded** 48:22
**regarding** 6:12 51:21
113:17 114:9
154:25 303:13
**region** 99:12,21
113:3,4,4 125:19
141:10 145:22
201:6 237:17,20,23
240:7,8 246:16,19
246:23 247:6,8,13
247:17,25 250:7
252:2,2,6 281:16
283:14 322:19
323:20 324:15,15
336:15
**regional** 4:22 5:1,7
12:8 96:3 100:22
105:2 108:21 109:9
111:7 112:14,17,23
112:25 113:3,7
115:19 116:15,19
117:9 125:18,25
134:13 139:25
145:19,21 151:1
162:20 214:18,19
237:3,4,15,16,18,24
238:19,20 239:11
239:22 240:1,5
241:6 283:5 311:10

311:11 327:8
334:21 337:10
**regions** 7:4 11:12,13
12:4 15:6 22:8
46:17 47:9,19 113:7
134:22 198:19,21
199:1,2,3,20 200:17
237:5,7 245:5,10,15
246:4,10 251:21,25
272:7 280:4 281:2
283:5 305:20,22,23
306:8 323:18
324:17 325:5
336:13
**register** 63:23
**registered** 62:4,24
63:4,14,21 64:10
310:12
**registering** 64:5
**registrar** 303:9
**registration** 54:5
62:3,5,25 63:8,9,11
63:15,18,20,22
64:21 79:2 344:19
**regularly** 165:18
167:9,11
**regulation** 62:17,18
67:9 75:10 76:7
78:11,18,23 79:22
79:25 80:6,9 81:11
81:15 86:4 147:23
147:25 148:13,25
**Regulatory** 195:23
227:21
**reimbursed** 271:20
**reintroduce** 197:12
**related** 58:4 186:19
218:20 219:9
286:11,17 344:6
**relates** 113:25
**relation** 23:7,12
38:11 309:1
**relationship** 339:21
**relative** 216:6,17
218:6

**relatively** 103:14
194:17 242:22
270:18
**relay** 296:13
**relayed** 296:20
**relaying** 297:20
**release** 6:1 248:23
249:8 253:18
**relevant** 14:10 39:7
39:12 183:15,17
317:22
**relied** 23:25 24:4,22
316:12,18 319:22
323:24 324:2
325:21
**rely** 23:20 26:22,24
147:14 162:3
**relying** 27:17
**remain** 203:22,24
204:2 326:17
**remainder** 339:17
**remaining** 276:12
337:20,22
**remains** 313:3
**remark** 144:21
**remarks** 144:12
**remedial** 108:3
**remember** 9:13
18:16 22:5 37:4
45:13 88:14 103:6
109:20 111:18
147:11 150:3 154:8
154:8 157:12,14,15
167:4,7 175:15
183:13 190:24,25
193:15 201:20
206:8 207:3,4 218:1
226:19 237:4
247:13,20,20
250:10 263:11
268:4,13 273:11
286:12,13,13
325:25 328:12
**remind** 197:21
**remodelling** 245:19

**remote** 312:11
**remotely** 190:14
314:8
**remove** 86:5 303:25
**renovations** 255:2
**rental** 192:5
**reopened** 210:17
**repeat** 172:19
**repeatedly** 108:22
109:5 120:3
**rephrase** 142:22
205:3 267:23 301:3
**rephrasing** 233:9
**replace** 56:4
**reply** 126:5
**report** 5:4,5 11:24
12:5,9,10,12,18
109:25 110:1,3,4,5
110:6,8,9,10,11,13
110:20,21,25
111:16,22 115:14
115:17 116:7 117:2
117:14,16,22
126:25 127:1,16
131:9,10,11 135:19
135:24 136:4,12
139:20,21,23
140:25 141:6 144:5
153:11,14 156:7,20
156:21 164:25
167:2,3 172:12
177:15 184:19
248:1,1 322:11
327:12,17,19
329:14,16 332:4,8
334:18,19
**reported** 1:16 3:14
118:23 119:11,17
185:4
**reporter** 9:7 19:21
25:11 45:16 52:18
68:9,11 72:12,14
82:4,6 96:14 111:25
125:4 134:2 136:17
139:15 143:15,17

TONY RODRIGUEZ                                              5/8/2014

38

154:1 159:10
161:15 166:11
171:23 178:11
182:4 185:15,19
189:2 197:2,4 198:7
217:4,6,10 220:20
220:23 221:2
228:22 230:17
255:12,14 265:8,10
302:18,20 309:13
309:15 317:13,15
320:14,16 321:6,8
321:10 323:6,7,9
324:6,10 335:10,22
337:23 338:2,4
340:17 343:11
**Reporter's** 4:10
343:8
**reporting** 121:2
132:4 135:4,4,8
145:5 198:20,20
**reports** 12:2,13,17,21
109:23 115:8,13
116:4,11,13 118:2
123:13,15,16
126:13 130:6,8,17
131:2 135:22 136:5
136:7 153:19
156:20,23,25 167:4
172:16 173:17
183:19,19 184:25
322:15,15 327:14
328:1,2,5,15,24
329:9,10 334:8,8,9
334:10,14 335:25
336:2,16,20,23
337:7
**represent** 148:24
168:14,25 197:13
222:18 236:20
246:9
**representative** 69:16
91:1,22 102:18
103:22 106:23
**representatives**

38:11 42:11 50:11
55:25 56:19 79:10
90:13 123:17 173:6
237:17
**representing** 8:8
**represents** 169:1
**reps** 105:2
**request** 13:17,18
50:5 120:7 164:12
167:15,17 256:5,24
256:25 257:25
258:2 259:14,18
261:5,7,9 293:3,6
293:23 296:13
307:8 333:18
**requested** 16:20
161:7,8 193:5 255:6
260:1 293:15
**requesting** 33:16
39:16 40:15 199:22
**requests** 90:8 114:9
165:12 257:7
258:23
**require** 77:6 78:23
80:6 89:1 144:16
148:13 235:25
250:5 259:19,22
284:17
**required** 28:18 29:6
31:13 34:5 66:16
67:18 76:5 77:23
82:19,19 98:24
119:10,16 121:3
124:18 141:23,23
144:19 160:22
197:22 228:2
231:25 235:10
284:3,7,13,14,24
287:8,11
**requirement** 54:11
75:16 76:11,12
81:10 82:17 83:15
83:22 85:2 86:5
87:15 148:19
284:23 309:5

**requirements** 102:16
119:20 198:20
199:9 200:10,11
201:24 202:4 270:7
270:8 289:22 290:5
**requires** 55:2 76:20
105:1
**requiring** 178:23
**reserve** 339:17
**resident** 39:23
110:17 162:9,13
221:12 281:15
318:21 323:21
330:23
**resistance** 235:7
**resolve** 79:18 100:23
**resource** 241:9
298:17,18 299:17
300:13,16,25
**resources** 210:2
240:4 266:22 267:1
269:23 299:1,11
305:15
**respect** 44:9 215:17
227:23,25 234:18
280:21 295:19
304:5 305:3 319:2,9
325:24,25
**respond** 9:14 127:18
**responded** 303:14
**responds** 131:13
256:13
**response** 60:7 125:15
131:1,1,4 145:20
164:5 175:5 225:22
256:21 259:13
268:9,23 302:2
303:22 305:2
**responsibilities** 11:8
12:23 15:5 47:18,20
47:22 79:17 188:15
**responsibility** 14:23
15:5,11,11,20 16:1
16:5 47:21 48:1
109:24 118:8 139:7

139:11 188:9
201:14 203:18
240:6 281:11
**responsible** 11:10
13:6,9 22:8 47:9
48:7,9 118:13
125:20 126:1
129:10,11 192:1
198:22,25 238:17
238:18 240:7
281:17
**rest** 261:19 280:8
326:16
**restate** 40:13 71:2
77:2 81:2 124:13
**restating** 49:10
**restricted** 174:9,10
**result** 103:13
**resulted** 99:23
**retired** 284:11
**retrain** 37:9,21 38:2
**retraining** 38:3
**retrieved** 191:18
**return** 226:9 288:6
301:18 343:20
**returned** 194:9 304:9
321:25
**review** 20:19 36:17
36:17 80:3 90:25
104:5,5,11 105:3
155:18 156:2
157:11 158:8,12
160:19 198:5
279:16 290:22
307:3
**reviewed** 20:23,23,24
20:25 21:2 22:20
**reviewing** 80:2
**reviews** 91:2 155:1
155:14,17,25
158:19
**revolved** 103:8 156:9
**rework** 291:4,14,18
**reworked** 292:6
**rewrite** 86:17

TONY RODRIGUEZ                                          5/8/2014

39

**Reyes** 73:5
**re-register** 64:12
**Richard** 2:15 8:18
  344:2
**richard.shordt@w...**
  2:18
**RICK** 1:5 343:5
**right** 17:1,18 20:25
  33:8 34:9 51:8 53:2
  63:3 64:22 65:15
  76:24,24 77:18
  78:21 88:12 98:10
  102:9 106:3,25
  113:19 116:3 117:4
  117:23 119:11
  122:1 136:9 138:8
  150:3 153:24 154:7
  170:1,18 172:4
  177:12 199:4 201:3
  201:10 204:10,13
  205:24 206:1,6
  211:21 212:2,2,6
  216:8 219:21 220:3
  224:13 226:4
  228:18 229:5,7
  231:12 232:16
  234:17 235:17
  246:1 247:13
  248:25 249:10
  250:18 253:12,20
  256:11 257:3,17
  258:6 260:22 261:2
  261:22 263:20,24
  264:12 265:5,6
  267:20 272:4,11
  275:14 280:7,15
  288:15 295:3 296:1
  296:8 297:6,10
  298:14 301:24
  303:6,20 304:2,3
  305:4 307:9 308:25
  309:20 312:3
  313:10 314:1,4,7
  332:19 333:9 338:4
**Rights** 2:5

**RIO** 3:2
**Robert** 3:1 344:3
**Rodriguez** 1:9,12 4:4
  8:1,10 53:8 197:7
  228:24 316:10
  334:7 341:25 342:3
  342:12 343:14
**Rolando** 208:5
**role** 13:17,23 14:7
  15:13,15 16:9 47:16
  113:21 213:3,4
  232:23 233:18
  275:1
**rolled** 322:12
**roll-up** 136:1
**Ron** 134:18
**Ronald** 3:6 344:3
**Ronnie** 8:23
**ronny.keister@oag...**
  3:8
**Room** 2:6
**rough** 210:12 231:4
**roughly** 11:18 13:7
  37:6 47:10 65:6
  114:3 212:13
  244:19,20 265:20
  328:3
**routed** 213:23
**routine** 109:8 115:1
  167:20 179:18
**routinely** 165:11
**RPR** 3:15
**RSD** 195:22
**rule** 72:16 148:2,4
  149:2 181:10
  185:12 339:10
  340:3
**rules** 1:19 9:2 15:17
  24:6 28:21 57:8
  60:22 62:16 78:20
  78:20 86:7 101:23
  101:25 149:11,13
  149:17,20 340:10
**Rumor** 279:24
**rumors** 280:2,6,21

**run** 16:2 51:16 81:13
  94:5 96:3,12 133:4
  138:4 278:18
  303:23
**running** 191:2
  277:24 300:9
**runoff** 264:8
**runs** 22:1 118:1
**rural** 214:5 252:13
  253:6
**rushing** 254:13,17
**Ryan** 2:21 8:20 21:14
  21:16 163:6,23,25
  164:8,22 168:1
  329:3,3,5,9,13,14
  329:18,21 330:5,11
  330:14,17 334:8
  336:10

---

**S**

**S** 2:1 3:6 342:1,1,1
**Sabine** 6:12 297:5,9
  297:21 298:9,16,21
  299:9,13,15,19,22
  300:1,7
**Safety** 3:11 10:18,25
  11:14 14:19 19:18
  93:24 266:21
  303:24 337:3,4
  339:22,24 340:1,5,8
  340:11
**sake** 209:4
**Salestus** 113:6
  125:16,18 126:14
  127:20 128:24,24
**Sam** 113:3 145:21
**sample** 53:19
**San** 11:23
**sarcasm** 132:6
**satisfied** 102:15
  254:20
**satisfy** 119:20 309:5
**Saturday** 234:10,25
  235:8 236:13,23,24
  237:12 238:13

239:14 240:16
  243:4,13,14,16
  244:10,17,19
  245:14 246:11,20
  247:5,8 249:9
  252:15 253:1,10,14
  253:18,19 254:9,14
  254:24 255:6
  256:10,25 258:14
  258:22,24 259:1,14
  259:20,22 260:1,8
  261:6 263:2,25
  264:1,5,9,12 265:1
  272:24 273:3
**Saturdays** 235:10
  238:4 242:6,8,19
  244:9 245:6 246:24
  247:15 249:3
  252:16 261:10
  262:12 263:5
**saw** 250:14
**saying** 76:20 98:19
  126:13,16 127:9
  142:19 144:18
  147:3,12 180:2,4,5
  186:17 260:23
**says** 29:24 30:2,6
  40:23 41:19,19
  54:18 55:15 62:23
  63:4,19 71:15 78:15
  80:11 88:8,10 90:17
  95:24 106:21 115:7
  128:5,13 130:7
  144:9 145:25 146:3
  146:5,7 148:5 160:6
  163:9 169:9 184:13
  229:10,11,23
  231:13 235:22
  249:1,11,12 256:12
  280:14 283:6 300:2
  301:19 303:21
  307:22
**SB** 91:17,18
**scale** 34:8
**scan** 103:24

scanned 36:19,20
    105:8
scanners 83:12
scanning 54:24
scantron 54:21
scattered 306:10
scenario 119:14
schedule 313:17
    314:13,15
scheduled 257:1
School 14:13,14
scope 58:2,10,15 73:2
    185:7
Scott 2:10 8:13 344:1
scott@brazilanddu...
    2:13
screen 94:8,17
    189:22 265:23
screens 48:3 83:3
    270:10,11 312:15
SEAL 344:10
search 196:8
searchability 196:20
searchable 34:18,20
    35:21
sec 293:17
second 82:3,11 95:23
    115:8 128:23
    139:22 140:5
    143:21 145:23
    158:24 163:9,20
    170:22 175:25
    184:11 185:15
    213:16 222:21
    226:19 232:16
    233:1 236:14
    240:19 242:14
    246:5 255:11
    256:15,17 257:21
    287:18 289:8 291:2
    292:20 293:14
    294:7,14 307:15
    322:16,16 330:13
secondary 74:3 75:8
    75:21,24 80:14,16

81:17 148:15,20
secretary 6:2 18:24
    26:16 42:24 62:5
    64:15 79:3 83:23
    87:3,5,9,22 118:25
    191:23 192:6
    202:22,24 203:4,10
    203:13,16,19,21,25
    204:13,15 205:7,9
    205:16,21 222:8
    230:6 231:10,21
    232:9,12,13,19
    233:3,8,11,15,25
    234:4 235:24 236:8
    248:24 249:2,22
    250:12,18 251:6
    255:5 256:4 257:6
    258:1,4,16,21 259:2
    259:21,25 260:10
    260:13,24 261:4,8
    261:15 263:20
    268:12,17 269:7
    271:20 273:7
    274:25 275:4,15,21
    284:4,7,16,17,19
    293:16,19
section 74:9 76:16
security 34:25 36:22
    146:21 147:16,17
    270:6,7,8 289:22
    290:5
see 25:23 30:1,10
    33:12 40:22 41:20
    46:1 55:14 62:23
    71:2 72:4 74:5,20
    79:6,16 89:5,8,20
    89:23,23 91:24 94:7
    94:17 97:12,15
    125:12 130:22
    134:13 135:5
    137:12 141:14
    145:23 146:3
    150:12,16,17
    152:20,23 155:2
    163:7,7 164:10

165:18 170:15
    171:1 175:3 177:20
    184:18 200:13,13
    218:23 224:13
    229:3 236:14
    243:25 245:3 246:3
    249:7 253:23
    256:22 274:17
    280:10 288:2
    293:17,19 294:19
    295:5 297:18,18,18
    298:3 299:10
    308:18 309:4
    327:21 333:13
    335:1,6 337:15
seeing 89:4,18 152:18
    255:22 296:16
seek 15:18 28:17 56:2
seeking 15:10 119:18
    127:4
seen 156:20 178:16
    198:14 214:3
    217:14 219:10
    220:2 221:6 255:21
sees 165:19
Segundo 134:24
Seibert 1:16 3:15
    343:11 344:16
selected 252:18
    258:25 260:7,10,14
    272:14,16 315:4
selecting 249:21
selection 258:22
    274:24 275:2
semicolon 63:2
    307:23
send 52:3,12 64:14
    110:2 119:19
    138:13 173:18
    204:8 210:2 275:7
    282:15 336:16,20
    336:23 337:9
sending 110:9 111:4
    111:13 129:2 145:8
sends 302:12

senior 11:2,9 22:8
    47:8 79:17 87:22
    100:22 112:23
    207:23
sense 124:11 208:15
    211:2,4,20 212:4
    214:13 215:6 247:2
    247:5 252:11
    260:17,21,23 261:2
    282:7 287:9,12
    306:20
sent 53:1 95:21 112:7
    113:23 125:10
    129:25 130:23
    134:9,12,25 135:2
    136:23 139:20
    145:19 165:15
    166:18 167:2,7
    199:19 200:14
    223:16,18 236:18
    237:1 239:3 276:6
    283:4,4 287:22
    294:6 297:8 307:18
    309:1 328:2 334:20
    334:23
sentence 88:9 95:24
    114:5 115:4,9 199:7
    200:24 221:17,18
    232:17 233:2 234:5
    235:20 236:16
    241:11 242:14
    249:7 280:1,25
    283:25 284:6
    293:14
separate 34:16,17
    70:2 85:9,9 104:3
    194:22,25 195:12
    195:17,18 276:24
    278:13 279:10
    322:25
separately 195:1
September 5:7 6:1,6
    46:5 145:19 218:16
    219:1,19 223:4
    224:6,16 225:20

226:3,5 230:21
236:18 239:9
248:24 249:16
264:13 268:7
279:20 283:18,19
284:9 287:22 295:6
307:19
**sequential** 278:19
**Sergeant** 229:10
**series** 6:21 83:3
173:9 197:17,18
244:8 321:13
324:13,14
**serve** 55:18
**serves** 331:15
**service** 36:15,16
38:11 42:11 50:10
55:25 56:2,18 69:15
79:10 90:12 91:1,22
102:18 103:22
104:4,17 106:23
123:6,17 156:12
160:18 169:12
173:5 244:19 287:3
287:4,5 303:18
**serviced** 299:20
**services** 157:17
195:23 206:10
227:21 311:25
336:10
**servicing** 215:11
**set** 30:24 79:25 81:10
81:14 131:18 202:9
203:14,20 212:21
212:23 213:13
215:1 220:18
221:21 222:1,5,11
224:3,6 254:24
263:19 266:14,19
273:19 274:1,2,7,22
283:6 313:3,4
340:10
**sets** 48:5 210:8,9
211:12 212:18,24
213:2 214:9 268:14

268:15
**setting** 232:16
**settle** 114:25
**seven** 105:18 206:11
206:20,25 207:10
207:17 310:11,16
312:4,5 313:21
315:3,11
**shaded** 170:17
**shaking** 9:15
**share** 161:4 175:21
177:5 330:20,22
332:5
**shared** 118:25 119:2
119:4 165:11,22,24
166:1 171:10
**SharePoint** 110:18
110:21 136:9
162:10,13 173:3,6,7
173:13 174:12,21
183:15 317:2,4,7,11
318:21 330:12
331:15,22
**sheet** 52:24 277:4
341:2
**sheets** 266:1 324:14
**Shelly** 89:6
**shelter** 52:2
**sheriff** 305:12
**Sheriff's** 229:23
**shift** 265:11 281:11
**shops** 274:22
**Shordt** 2:15 8:18,18
344:2
**short** 86:13 119:21
236:22 237:13
238:14 270:18
275:4 298:7
**shortage** 299:23,25
**shorthand** 1:17
343:11
**shortly** 309:12
**show** 27:7 43:2 54:2
54:7 69:10 76:3,7
76:10,12 77:6,23

81:9 99:25 105:2
106:15 144:22,23
146:11 147:21
148:14,19 165:6
218:12 242:23
243:2 289:2 322:18
322:18 335:23
**showed** 132:12
216:23,24 242:25
**showing** 19:22 25:12
45:17 52:19 62:10
95:13 112:2 125:5
129:17 134:4
136:19 143:19
145:12 159:11
161:16 166:12
172:5 182:5 185:17
**shown** 54:15 77:16
219:23
**shows** 96:15 221:10
224:25 320:19,20
321:22 322:17
323:18,22 324:16
**shy** 109:11
**side** 79:14 108:1
128:21 174:19
321:20
**sign** 41:9,10,14,19
42:9,12,17,18,23
43:1 98:16 225:15
247:24 248:8,8
341:3
**signature** 4:9 303:9
341:1 343:20
**signed** 193:12 194:9
226:15 248:6 276:6
276:14 304:9
**significance** 11:13
**significant** 86:19
**signing** 180:25
225:18
**Silva** 113:3 145:21
**similar** 27:4 37:16
54:18 55:3,4 97:16
105:7 129:5 133:6

133:12,15,18
218:25 219:10
270:15 311:4
**similarly** 211:7
**simple** 86:7 205:5
**simply** 60:6 294:3
**single** 22:18 322:13
**sir** 9:1 14:17 59:16,17
106:25 137:1
190:13,15 191:15
192:4,8,20 193:21
193:24 194:2,20
195:8,18 196:12
316:13,20 317:18
318:4,13,16,19
319:18,21 320:12
320:25 321:4 323:4
323:12 325:15,20
325:23 326:24
332:7,9
**sit** 27:9 57:20 133:9
150:10 314:15
337:6
**site** 97:10 110:18,21
136:10 162:10,13
173:3,6,7,13 174:12
174:18,21 175:21
183:15 274:24
275:2,13,13 287:7
291:21 317:2,4,6,7
317:11 318:21
330:12,20,20,22
331:15,22 332:6
**sites** 313:18
**situation** 99:10
108:14 151:20
153:2
**situational** 6:22
321:15
**situations** 100:4
**six** 51:19 205:18
268:9 288:6 308:23
309:3
**Sixth** 1:18
**skills** 228:12

Skyler 95:25 97:9
slang 118:15 234:20
slant 322:11
slash 145:25
slide 267:14 322:17
slides 216:21 322:17
slightly 103:17
   197:18
slot 41:14
small 179:16 180:2,5
   194:17 243:7,17
   303:17,18 322:5
smaller 213:14
   252:25
Smith 134:14
social 34:25 36:22
   146:21 147:16,17
solely 49:20
solemnly 342:3
solicit 29:6
solicited 43:16,24
   44:2
solutions 134:16
   281:8
somebody 21:24
   32:22 39:8 42:9,17
   42:17,23 47:1 49:19
   58:15 59:2 69:24
   105:9 115:16
   117:10,11,12,16,17
   119:8 121:22,25
   122:3 124:7 138:10
   148:14 151:3,19
   160:14 165:9
   174:17 176:5
   179:11,20 185:1
   205:2 225:6 230:5
   234:10 267:15
   328:11 329:17
someone's 88:17
someplace 137:17
   231:6
son 248:21
soon 175:20
sorry 16:22,25 18:14

18:18 24:13 26:3
   36:1 43:15 44:21
   50:16 64:3 71:18
   73:23 74:9 79:19,24
   82:10 88:21 92:1
   97:6 112:23 114:10
   120:19 135:23
   142:25 161:25
   178:19 193:1
   208:23 220:24
   224:12 229:25
   235:15 236:16
   242:1,7 246:6
   249:12,16 251:25
   256:7 274:15 279:3
   280:7 281:16 291:9
   291:12 294:25
   295:1 297:19 333:4
   333:21
sort 21:21 32:9 34:5
   34:10 86:16 90:9
   94:7 141:23 176:7
   182:25 183:6 188:5
   284:20
sorted 335:19
SOS 87:16 102:25
   256:9 257:24
   289:21
sought 142:1
sound 253:20
sounds 115:10
   210:11 252:2
   253:16,23,24 260:3
source 162:17 174:1
   174:6 204:24
   299:18
SOUTHERN 1:1
   343:1
Southwest 263:12
space 41:1 301:22
Spanish 44:22 45:8
   46:2,12 47:2 48:13
   48:17,19
Spanish-speaking
   48:24 49:13

speak 22:1 35:3
   49:21,22 50:1
   127:21 128:25
   137:21 138:12
   231:17 277:4
speaking 19:5 100:20
   213:12 214:5
   215:10 253:24,25
   265:20 314:18
   327:9
special 37:10 49:19
   132:10 165:12
   195:14
specific 15:3 58:24
   65:8,9 100:20 108:8
   133:9 157:14 218:9
   223:23 266:18
   305:20,22 329:17
specifically 12:23
   43:13,24 58:16
   199:17 227:24
   253:22 277:16
specificity 112:13
specifics 89:5 156:1
   283:10
specified 241:9 259:2
specify 147:23
   165:14
speculant 13:24
speculate 53:7 60:19
   83:16 192:16
   204:18 209:3
   211:22 257:18
   274:18 293:22
speculation 14:1
   22:15 66:25 83:16
   121:6 124:25
   257:12,16 258:11
   299:3 300:19,22
   301:9
spend 16:13 17:3
   19:3,15
spending 18:9 130:16
   271:14
spent 16:8 19:7,12

135:15 328:19
split 47:12
spoke 15:6 20:8
   21:11,19 22:3,4,5,7
   125:13 131:11
   149:18 155:15
   194:21 208:5
spoken 237:15
spot 91:3 273:19,20
   274:8
spread 37:22
spreadsheet 5:9,18
   6:17 123:24 124:2,4
   137:18 143:6
   159:15 162:9,16,17
   162:18,19,23
   166:22,23,24
   170:19 173:12,13
   174:6,8,11,12,13,14
   175:20 176:9 178:2
   178:3 183:12
   185:25 186:2 250:2
   316:22 317:1
   318:21 329:7,19
   330:11,24,25
   331:25 332:1
spring 208:7
squished 297:16
staff 21:11,13 120:3,7
   211:6 298:7 299:17
   299:22,25 300:4,8
   301:6,23 303:18
staffing 186:24
staffs 42:17
stamp 291:11
stamped 229:1
   248:23 282:23
   306:25
stand 19:25 75:2
   189:24
standalone 94:3
   190:16
standard 54:17 84:20
   152:13 213:13
   292:9

TONY RODRIGUEZ                                                    5/8/2014

**standards** 58:4 145:5
**standing** 34:7
**standpoint** 211:1,4
**stands** 162:23 281:7
**stand-alone** 291:23
**staple** 220:23
**stapled** 220:25
**start** 13:7 18:9 25:2
  86:9 111:1 186:16
  196:25 208:16
  212:12 234:7 235:2
  277:20
**started** 17:23,24
  19:11,14 72:23
  109:16 114:1
  120:10 208:3
  262:17,20 277:11
**starting** 17:13 110:3
  229:9 241:12 257:5
  298:8
**starts** 159:21 288:4
  288:14 294:6
**state** 1:16 6:2,24 8:9
  11:15,16,19,20,22
  14:21 18:24 20:24
  37:23 39:1 41:12
  44:16 47:3,12 48:9
  48:12 61:10 62:6,24
  64:15 79:3 83:24
  84:15 87:3,6,9,22
  97:23 165:22,24
  171:10 176:10,14
  191:21,23 192:11
  193:10 198:1
  202:22,24 203:4,10
  203:13,16,19,21,25
  204:14 205:7,9,16
  205:21 206:11
  208:24 222:8
  231:10,22 232:9,12
  232:14 233:3,11,25
  236:12 240:23
  248:24 249:22
  251:21 252:6 255:5
  258:1,4 259:21

261:15 268:12
269:7 271:20
272:17 273:7
274:25 275:4,15,22
284:16,17,19
286:18 287:5
290:12 293:16,17
293:19 295:18
303:25 305:21,24
306:7,8,10,12
307:25 313:10
321:16 322:20
333:18 343:9,12
**stated** 1:20 75:12
224:24 233:11
239:22 259:13
284:7 296:4 309:16
337:8 342:7
**statement** 72:18
113:2 115:3 127:18
132:17 158:16
177:25 195:4
205:13 253:2
275:17 278:3
296:19 308:15,17
**states** 1:1 2:3 8:8
63:13 81:7 93:4
98:2 146:13 147:22
225:1 249:8 256:4,6
256:23 262:10
295:7 303:16 343:1
**statewide** 14:17,20
285:24
**state's** 26:17 41:16
42:24 118:25 192:6
204:16 230:6
232:19 233:8,15
234:4 235:24 236:8
249:2 250:12,18
251:6 257:6 258:16
258:21 259:3 260:1
260:10,13,25 261:5
261:8 263:20
268:17 284:4,7
**stating** 131:22 250:17

301:22
**station** 145:25 163:10
169:19,24 199:18
200:18 266:14
310:10 324:23
**stations** 97:3 144:5
189:9 206:13
312:14,24
**Statistics** 181:14
**status** 6:23 93:5
165:10 169:3
287:25 321:15,22
321:24 322:19
**statute** 20:24 62:18
**statutes** 172:2
**stay** 205:17,19,22
238:13 242:7 243:1
244:17 273:20
**stayed** 244:19
**staying** 52:1
**Steen** 255:25 256:5
**stems** 293:11
**step** 90:9
**Stephanie** 134:21
**Stephen** 26:13 47:8
47:12 290:24
**steps** 27:15 107:24
228:1
**Steve** 6:7,9 12:15
22:7 47:6,7 100:22
105:1,3 112:21
113:8 134:14
165:16 220:8
242:10 271:7,14
277:15 283:4
284:10,10,12 285:2
328:12
**Steve's** 46:20 99:21
105:1 245:12
**stock** 54:17,20,22
55:9,12 313:4
**stocks** 44:25
**stop** 9:19,21 56:11
110:8 241:19
335:18

**stopped** 110:5,6,9
279:3,6 330:5 332:7
**store** 274:12,13
**Stores** 73:7
**strategic** 21:21
217:22 336:9
**strategist** 14:6,7
**street** 1:18 2:22
275:6 324:22
**strictly** 314:17
**strike** 16:6 74:12
223:25 227:24
233:6 256:7 262:25
269:1 276:16 312:2
**structure** 7:4 310:6
323:17 324:17
**studies** 14:13,14
216:16
**study** 216:20
**stuff** 86:22 171:25
189:21 214:8
234:15 310:24
**styled** 327:15
**subdivisions** 209:13
**subject** 279:24
307:10
**subjection** 74:9
**submit** 43:18,19,22
43:23 63:19,24
101:14 173:11
**submits** 90:24
**submitted** 50:23
91:13 160:3 343:18
**subordinates** 46:19
116:1 179:25
**subpart** 22:13 62:20
62:21 74:4 82:14,15
88:4,6
**Subsection** 67:20
68:13 75:14,25
80:16 81:18 82:14
**subsequent** 322:5,17
324:21
**subsequently** 100:1
**subset** 300:20

**substance** 231:1
**substantial** 105:12
**substantially** 105:7
**substantive** 267:17
  340:2
**substantively** 97:16
**sub-compartment**
  34:15
**success** 15:21 156:6
  187:6,10,16,20,25
  286:10,16,21,23,24
**successful** 287:2
**suffice** 112:16
**sufficient** 67:22 69:5
  69:6 150:6 151:5
  247:9
**suggest** 117:1
**suggested** 161:10
  164:22 330:17
**suggesting** 117:21
  132:24
**suggestion** 164:1
  268:7,8
**suitable** 322:24
**Suite** 1:18 2:11 3:16
  344:18
**summer** 82:22
**supervise** 113:1,2,12
**supervised** 113:8
**supervises** 126:2
  199:4
**supervising** 128:5
  138:6
**supervisor** 112:21
  118:4 128:12
  138:16 150:24
  214:17
**supervisors** 111:10
  115:18 151:22
  152:17 235:5
  324:18 326:16
**supervisory** 113:14
  323:19
**support** 3:15 308:22
  309:3 343:20

  344:17
**supporting** 74:13
  75:9,21 76:1 77:9
  77:12 78:4,5 80:23
  140:9,21 146:23
  148:10,14 160:6,14
**suppose** 57:15 88:25
  121:8 123:25 124:1
  172:14 173:19
  254:6 259:7 260:16
  261:3 287:3 314:17
  339:7
**supposed** 44:25
  85:19 139:2 152:10
  185:5
**sure** 15:1 27:24 32:11
  34:9 36:21 82:20
  84:9 97:7 99:14
  104:6 106:3,4 108:3
  108:6 117:4 137:23
  140:22,22 144:1
  149:25 156:8
  171:19 177:16
  179:6 184:3 189:15
  191:3 199:8 204:3
  215:24 217:25
  218:18 219:25
  220:6 221:24 223:8
  223:24 224:15
  228:20 233:11
  239:15 240:21
  242:23 247:21
  253:2 256:18
  257:22 271:1 272:9
  275:8 288:14 289:3
  289:9 290:2 297:17
  301:4 307:25 338:1
  340:10
**surrender** 28:15 98:6
  98:8,15,16,17,24
  99:17 100:6,13
**surrendered** 98:20
**suspend** 83:21
  338:24
**suspended** 338:21

**sustained** 155:22
**Sutton** 222:20 223:10
  223:11,11,12,20
  229:22 230:4
**swear** 342:3
**sweep** 137:2,11,20
**switched** 211:13,14
**sworn** 1:13 8:2
  343:14
**system** 34:15 69:21
  70:1 71:13 79:6
  91:24,24 93:9 94:11
  97:14 118:1,1,16
  131:19 142:8
  156:17 194:23
  195:8,9 270:14
  281:8 282:2,4,18
  331:7
**systemic** 108:15,18
**systems** 83:10,10
  282:10 292:3

_____
**T**
_____
**T** 3:10 342:1,1
**tab** 69:18 70:3 104:2
  194:25
**table** 275:12
**tables** 171:10,14
  172:1 178:2 329:18
  331:2
**tabs** 166:21,22
  331:25 332:2
**take** 9:21 27:15 29:13
  46:22 48:4 50:23
  52:20 62:20 64:25
  72:8 73:12 87:20,20
  87:25 88:2 95:14
  99:3 123:6 130:2
  132:16 139:16
  143:24 145:24
  153:23 185:14
  189:23 193:22
  215:22 217:11
  221:3 225:10 228:6
  228:18 235:5

  255:18 257:18
  262:6 265:7,24
  274:9 290:22
  292:17 294:20
  297:2 302:25
  309:11 318:11
**taken** 1:14 344:8
**takes** 102:11 107:24
  132:21 183:24
  270:24 291:19
  292:3
**talk** 21:7 22:25 23:3
  65:10 103:19,20
  109:10 116:10
  132:19 149:16
  155:4 222:4 231:23
  234:11 265:12
  284:13,15 331:18
**talked** 16:24 73:1
  75:25 93:20 102:7
  120:3,23 141:22
  156:21 166:25
  170:8 172:10 176:4
  177:16 178:9
  180:21 185:8 189:8
  237:5 269:17 272:3
  295:24 338:9
**talking** 22:21 23:1
  33:12 59:14,16
  65:13 73:20 74:1
  89:23 111:1 120:19
  120:20 140:12
  149:15,15 156:2
  158:1 168:9 170:9
  187:18 191:6 224:4
  238:9 274:13
  276:25 278:14
  290:5 306:1
**talks** 67:20 68:13
  284:12
**target** 274:10,11,12
**tax** 303:8,11
**team** 224:20
**teams** 302:12
**tech** 134:16 191:2

281:7
**technical** 181:19,22
**Technology** 93:5
**telephone** 3:1 325:4
**tell** 12:22 16:7 17:2
  18:8 19:3,16 25:22
  31:19 46:21 60:16
  79:13 88:13 96:9
  99:4 100:25 112:9
  113:16 116:19
  117:19 118:8
  119:19,19 130:22
  137:1 139:17
  143:24 150:10
  155:16 156:5
  162:12 166:8
  168:14 169:6 172:8
  185:24 186:4,8
  200:8 203:11
  210:22 214:15
  217:19 220:2 222:6
  223:12,15,20,22
  226:24 231:14
  242:17 260:24
  262:14,18 265:15
  275:4 304:16
  316:21 320:2
  337:15
**telling** 109:11 138:16
  224:9 238:12
  281:14
**Templeton** 222:7
  225:21 230:7
**Templeton's** 223:2
  225:1
**temporary** 102:6
  104:14,15 221:21
  222:1,5,11,16 224:1
  224:5,7
**ten** 51:12,19 114:8,14
  114:22,24 244:7,8
  270:18
**Tenderized** 188:6
**tenured** 38:16
**term** 10:13,16,17

32:12 88:15 96:10
  113:13 117:25
  118:15 155:19
  224:10 234:20
  243:7 265:19 267:8
  301:2 324:24
  338:25
**terms** 112:25 113:20
  137:24 145:7 152:5
  152:10 155:5,21
  157:1 164:25 188:9
  203:7,8 212:23
  219:23 306:17
  308:13 326:15
**test** 191:4 228:7,8,9
  228:10,11,12,13
  271:1
**testified** 8:2 28:25
  29:5 119:7 124:14
  153:17 154:5
  197:20 332:16
**testify** 9:4 10:6,10
  20:3 58:11,24 179:8
**testimony** 19:17 31:4
  41:16 56:16 64:11
  106:5 128:8 138:18
  150:4 189:8 205:6
  286:20 296:18
  309:7 342:6 343:16
**testing** 191:1 313:5
**tests** 191:2 213:9
  228:15
**Texans** 187:13
  235:25 250:4,24
  269:16 287:6 289:4
**Texas** 1:1,16,18 2:12
  2:14 3:2,3,6,7,11,12
  3:17 8:16,19,20
  16:18 24:4 37:23
  41:12 44:16 47:11
  47:13 48:9 49:22
  53:15 56:5,22 58:7
  58:8 61:22,25 65:23
  66:5 68:17 71:7
  91:23 92:21 96:21

97:23,24 107:12
  123:2 164:18
  184:13 191:22
  197:13 208:19,24
  209:9 219:24
  221:11 227:13
  275:6 287:5,10
  305:5 322:21
  333:18 343:1,9,12
  344:16,18
**text** 333:13
**TEX-00304974**
  248:23
**TEX-00462079** 6:11
  294:18
**TEX-00462137** 6:3
  255:17
**TEX-00462181**
  306:25
**TEX-00462497** 6:10
  292:13
**TEX-048020** 53:16
**TEX-0496271** 230:12
**TEX-0511208** 279:15
**TEX-0511236** 221:16
**TEX-0511298** 302:23
**TEX-0511323** 5:19
  198:10
**TEX-0511360** 245:2
**TEX-0511590** 282:23
**TEX-0511902** 290:21
**TEX-511199** 287:15
**TEX-511238** 297:3
**thank** 9:17 21:4
  24:20 35:10 66:12
  72:20 73:17 115:6
  130:2 137:8 138:19
  168:11 172:3
  186:12 188:22,23
  196:23,24 236:21
  248:20 256:23
  265:22 278:8,21
  279:13 289:5 293:2
  298:9 312:6,8 321:5
  321:8 323:4,7

326:21 332:9 337:4
  338:19 339:16
**Thanks** 134:3
**therefor** 342:8
**thereof** 248:11
**thing** 106:3 115:12
  126:21 128:5,13
  131:20 132:8,24
  185:22 219:7 248:8
  258:20 267:3
  297:17 337:18
**things** 17:15 33:5
  58:21 78:16 94:12
  104:11 111:13,14
  114:25 129:5
  132:20 133:6 147:1
  147:19,20,20
  155:21,23 181:22
  192:23 216:2
  240:12 260:22
  267:10,18 277:1
  278:12,13,15 279:3
  279:10 284:13,15
  331:18
**think** 14:9 22:18
  34:25 38:19 53:16
  58:15 60:10 68:2,6
  85:12 100:24
  120:25 121:15
  122:6 123:4 128:3
  128:10 136:7
  138:13,21 142:10
  142:18,18,19,24
  148:5 150:1 151:4
  157:8 159:20 166:2
  167:4,18,19 179:13
  186:14 195:5
  196:12 207:12
  211:23 214:13
  215:5,25 217:2
  219:22 220:10,12
  220:16 230:14
  233:8 234:8,11,23
  235:6 236:7 238:8
  254:7 258:7 260:5

TONY RODRIGUEZ                                                                    5/8/2014

46

273:11 284:21,23
285:10 286:8 290:2
295:12 300:11
309:12 325:13
326:10 335:11
339:15
**thinking** 142:20
205:2 230:7
**thinks** 142:19 231:10
231:22 232:14
233:3,12
**third** 122:13,14
141:9 289:18
**Thomas** 112:13
**thorough** 105:20,23
**thought** 58:7 105:12
108:15 109:20
114:17,21,24
119:21 124:14
127:23,25 131:15
131:16 156:6,6
163:25 164:22
167:6 168:2 223:7
241:16,22 242:15
242:18 250:25
251:2 267:15
280:18,19
**three** 12:16 19:6,8,12
51:17,17,18 75:3
96:23 103:15
141:15,15,18
222:19 248:14
264:10 276:16
337:23
**three-page** 6:19
320:19
**thumbprint** 83:12
**thumbprints** 83:17
**Thursday** 229:24,25
**ticket** 248:9
**tickets** 92:19 94:8,12
338:22 339:3
**Tiffany** 289:11
**tightening** 199:9
200:9

**time** 9:23,23 13:8
16:8,16,17 17:10,11
17:16 18:9 19:3,15
29:12 38:7,15 50:22
86:9,19 93:13,16,19
97:6 100:19,19
102:2 107:8 110:19
110:20 111:1,16
130:17 132:5 135:3
135:15 154:13
164:12 167:6
175:18 178:23
179:14,24 188:19
192:12 197:1
201:19,22 208:13
210:10 211:17
214:6 215:2,3,14,22
226:17 231:1 243:5
245:15 246:20
253:10 263:22,24
270:18,24 274:5
276:17,19 278:10
280:16 283:17
288:25 291:10,19
292:4 295:15
309:25 310:23
322:19 325:10
328:19 329:21
337:20,22 339:18
342:6 343:22
**timeframe** 45:12
207:9 210:12
**times** 100:25 130:13
142:1,13 175:8
264:14 293:15
295:11 327:11
**time-consuming**
328:16
**time-stamped** 235:17
**tip** 11:19,20
**tired** 197:9
**title** 249:2
**titled** 320:4
**titles** 310:7
**today** 9:3 10:5,10,12

10:16 19:18 20:3
23:22 27:9 57:20
64:5 85:20 90:16
97:1 115:20 130:24
133:10 150:10
194:6 197:20 254:2
254:3 262:23
313:23 314:4,6,16
314:19 316:11,18
318:15 319:20
320:24 323:24
324:4 325:7,18
326:4,11,23 331:6
332:2 333:19
335:12 337:7
**today's** 20:6,20 23:21
**told** 87:14 99:16
100:5,17 114:4,4
120:22 128:20
152:21 233:22
241:13,14,20,23,25
248:11 250:22
271:7,8 278:7
280:13 285:1,2
**Tom** 113:5 131:8
132:19,19 134:19
175:9 337:13
**Tomas** 113:4
**tomorrow** 313:24
314:16,17,20
**Tom's** 132:18
**toner** 192:8
**Tony** 1:9,12 4:4 8:1
115:24 341:25
342:3,12 343:14
**top** 29:16,17 30:3
40:24 144:7 163:8
169:8 177:12 207:7
231:6,10,21 233:2
246:3 283:12 291:1
291:10 293:21
322:6
**topic** 22:10,11,12
23:12,14,16,17
165:4 197:19

**Topics** 20:4 197:19
**total** 192:18 322:10
**totals** 285:24
**touched** 189:8 202:18
**tough** 35:18
**tours** 284:12
**Townhurst** 245:18
245:18 255:2,3
263:9
**track** 48:7 101:21
109:18,22 110:6,7
110:14 172:11,15
172:22 277:16
310:23 327:4,7
329:6 330:8
**tracked** 110:15
**tracking** 109:12
110:24 141:2 142:8
156:15,17 164:3
170:15 326:25
327:2 328:23 329:1
329:4,4,22 330:4
331:7 336:12
**train** 37:24 61:14,18
203:24 224:23
225:7 270:13
281:17,21 282:8
**trained** 50:14 206:9
206:12 276:13
281:7,23,23 282:1
298:23 309:17
310:5 322:1
**trainer** 282:8
**trainers** 38:12 52:25
**training** 6:13 13:21
13:22 37:25 38:5,8
38:9,15,17 50:21
61:16 79:11 101:8
103:8 108:3 133:4
138:5,14,15,24
149:11 152:13,14
183:3 194:10,14
206:9 224:20 225:7
225:10 272:6
275:25 276:7

TONY RODRIGUEZ                                              5/8/2014

47

281:12,12,13,14,18
281:20 282:4,7
283:9,11,11,16
289:24 297:10,22
299:15 301:19
304:10 310:25
311:3,4,4,9,12
315:9
**transaction** 51:7
102:10,14,21 153:5
**transactions** 213:8
322:10
**transcript** 9:7 342:5
343:15,17
**transfer** 49:19 292:1
**translation** 46:12
**transmitted** 46:24
**Transportation** 24:1
**travel** 214:5,6 216:18
283:15 291:19
304:22
**TRAVIS** 343:9
**tremendous** 152:17
**Tremendously** 335:5
**trial** 339:18
**tribal** 147:19
**trick** 238:6
**tried** 29:1 123:20
302:3
**trifocals** 185:22
**trigger** 94:23
**triggered** 99:23
**Trinity** 303:5,17,25
304:5,8,9,18,21,25
**tripod** 189:20,24,25
265:23
**true** 28:5 94:14
153:20 184:5
212:15 342:5
343:16
**truncate** 213:21
**truncation** 214:3
**truthfully** 9:4 10:6
10:10 197:23
**try** 9:16,17 27:12

35:7 77:2 81:2 83:1
83:19 100:1,23
152:1 172:20 195:8
205:4 238:10
299:11,22 302:5
**trying** 22:5 23:8,10
23:11 64:19 76:24
77:1,5 107:15
185:16 200:10
201:21 223:22
238:7 256:9 275:3
280:2 291:4,14,18
**tub** 266:2
**tubs** 48:2 189:25
**Tuesday** 186:10,15
253:16 307:18
319:6,8 320:9,11,12
321:4 325:11,14
326:8,11
**turn** 53:14 139:22
141:9 151:3 159:19
168:7,23 229:21
230:19 244:25
279:18 303:17
**turned** 56:25 57:1
208:1
**turning** 38:21 259:12
**twice** 111:12 130:13
130:18
**two** 15:5 30:11 46:23
51:3 67:25 68:19,25
69:2,10 70:17,24
71:8 75:3,9,21
144:6 145:17 156:4
158:18 170:2
197:14 211:12
215:22 228:15
230:14 248:16
264:4 267:13,18
271:24 282:10
287:25 303:23
310:17 332:12
336:13
**two-hour** 214:24,24
**two-page** 5:5 144:3

**type** 35:1 104:12
159:17 169:18,24
217:16 266:25
310:5,14 321:17
**types** 91:12 202:12
208:11 227:8
**typing** 335:18

---

## U

**U** 342:1
**uh-huh** 12:3 13:19
14:2 25:6 26:3,25
42:3 43:7 44:7 51:6
57:7 65:2,25 71:6
76:14 80:10,20
84:10 92:17 122:9
122:17,20 123:23
126:11 141:12,17
142:5 144:8 148:1
149:3 152:7 153:6
162:11,15 169:10
169:13 173:4
175:17 180:10
184:8,12,18 187:22
206:17 221:19
229:2 233:5 235:19
269:24 272:23
274:21 279:23
**ultimately** 79:16
211:5 215:4 225:18
228:2 247:21,24
254:24 263:19
271:18
**unable** 46:11 47:1
143:2,3
**unavailability** 46:12
**unavailable** 47:2
328:10
**unaware** 26:18,21
44:9 84:13 100:8
169:24 311:18
339:14
**uncommon** 32:23
94:1
**undergoing** 245:19

255:2
**underlying** 31:5,24
32:7,18 33:2,3 43:4
65:4,11 66:4,16
75:18 89:2,17 90:1
119:10,16 121:3
124:22 141:5 142:2
144:19 174:6,8
**understand** 9:5,18
10:3 15:23 16:3
19:17 27:13,16
28:24 29:2 32:20
34:22 53:1 76:25
77:1 81:1 96:11,18
115:14 141:20
157:21,23 162:25
174:24 187:17
195:6 197:7 205:6
214:4 223:23
224:10,12 227:12
236:7 237:14 238:7
238:8,9 254:4 256:8
257:10,14,20,23,25
258:6 259:17 260:5
272:13 277:5
281:25 284:10
288:11,18,24
289:25 296:1,3
301:2 308:7,25
310:6,9 312:18
334:15 339:23
**understanding** 39:11
55:2 89:15 157:16
194:9 202:20 203:1
225:13 226:16
229:13 260:4 288:8
**understands** 27:20
256:6
**understood** 106:4
131:9 232:2 254:13
266:16 280:21
284:8 312:8
**unfamiliar** 338:24
**unfortunately** 222:17
**unit** 42:22,22,24 45:1

48:6,8 140:12,15
189:17 190:2,2,3,10
191:5,10,10 192:11
192:13 194:11,12
203:12,14 205:15
265:15,17 266:7,9
266:18,19,25 267:3
267:4,12 273:17
300:9 314:15,15
**United** 1:1 2:3 8:8
81:6 93:4 146:13
147:21 343:1
**units** 42:16,18 86:13
156:11 189:9,13
190:19,22,23 191:7
191:16,20,24 192:2
192:4,7,19,23 193:3
193:7,18,20,25
194:4,15 202:23
203:2,3,5,6,9,10,11
203:16 205:8,11
206:13 223:16,18
257:1 265:13 266:2
266:5,7 267:22
268:1,2,9,14,15,23
269:3,7,15 272:12
273:1,8,10,14,15,18
274:1,7,17,25 275:2
275:19,22,23 276:1
276:5,10 277:7,8,16
277:19,20 278:1
279:8 280:12,24
281:11 283:6 284:5
284:9,18 285:9
291:23 295:3,15
296:11 308:22,23
309:3,4 322:20
**unit's** 314:14,14
**unquote** 275:10
307:24
**unused** 313:14
**update** 44:5 64:16
84:18 173:9,25
174:11,11
**updated** 25:21 44:5

82:25 110:18
173:16,18,22
175:20 211:9,11,13
329:17
**updates** 6:22 27:19
173:12 174:12
175:21 321:14
330:23
**updating** 86:7
**upper** 333:12
**up-to-date** 320:11
**urban** 252:13
**USB** 291:25 292:2
**use** 10:12,16,17 25:25
30:19,21 37:13
52:15 55:9 56:7,15
85:21 96:2 107:1
113:13 117:15,25
121:20 122:2,11
123:7 132:20
137:19 160:10
162:2,4,5 164:1
168:2 169:3 176:16
177:1 178:15 181:9
183:3,6 185:25
189:23 191:1
192:22 194:24
195:9 206:21 219:7
219:7 265:19,24
266:3,15 268:8,22
271:13 274:4 275:5
296:11 312:25
316:7,18 324:24
**useful** 161:11 218:16
**uses** 52:14 56:22
122:12 177:4 181:7
**usual** 254:8
**usually** 204:21 235:8
**U.S** 2:5 3:15 76:9
78:24 80:11 106:24
343:20 344:17

---

**V**

**v** 1:4 343:4
**vacancy** 323:22

**vacation** 328:9
**vague** 15:22 50:7
66:7,25 75:11 87:17
129:7 138:18
142:17 277:13
306:14 315:16
**Val** 256:25 258:5
259:14 261:6 275:6
**Valdez** 113:4
**Valenzuela** 113:4
**valid** 36:23 106:24
124:5,6 169:16
184:13
**Validated** 169:9
**Vantage** 137:3
**variable** 19:5
**variables** 90:22
**variations** 212:22
213:13,15,17
**varied** 305:10
**varies** 22:13 216:1
**variety** 17:14 109:1
146:16 152:19
205:17 209:25
268:10
**various** 94:5 168:17
300:13,14
**vary** 213:19
**varying** 110:4
**Veasey** 1:3 2:9 8:13
343:3
**vehicle** 266:8
**vehicles** 266:23,24
**vendors** 270:20,21
**verbal** 248:9
**verbally** 9:14
**Verde** 256:25 258:5
259:14 261:6 275:6
**verification** 32:6
40:24 43:5
**verified** 36:14 322:21
**verify** 30:19,22 36:24
77:24 96:4
**verifying** 32:17
**vernacular** 132:21

**version** 4:15 25:17,23
**versus** 16:8 73:3,5,7
282:10
**vetting** 27:18
**view** 48:19 110:11
118:7 126:19
175:10 284:24
**viewed** 201:14
**vine** 308:11
**Vinger** 134:19 175:9
337:13
**Visa** 39:8
**visit** 243:15
**visited** 274:16
**Visitor** 93:4
**Visitors** 140:15
**visual** 34:6,10
**vis-à-vis** 321:23
**Vital** 181:13
**voice** 35:8,12
**voluntarily** 258:25
**vote** 25:9 39:9,10
51:8 63:10,22,23
64:5,10,12 92:7
225:14 287:8 288:7
288:24
**voter** 54:2,4,7 62:3,4
62:24,24 63:4,7,9
63:11,14,15,17,20
63:21,22 64:20 65:9
79:2 287:11 303:9
307:9
**voters** 2:14 8:17,19
8:21 197:14 231:11
231:22 232:14
233:3,12 288:4,5
**voting** 55:19,20 56:3
56:4,8,20,25 65:9
76:15,16,20,21,22
76:23 107:1 122:3
298:8

---

**W**

**W** 3:1 342:1 344:3
**wait** 9:8,9 246:5

TONY RODRIGUEZ                                      5/8/2014

49

291:6,6
**walk** 107:13 243:16
  273:21
**walks** 102:14 185:1
**Walmart** 73:7
**want** 24:16 35:16
  59:24,25 60:3 72:7
  72:24 73:9 86:22
  98:11,12 103:19
  106:2,4,21 110:20
  110:22 111:19
  112:14 118:6
  121:14,15,19 123:6
  136:8,10 137:10
  152:4 155:4 164:7
  171:24 178:8 186:9
  189:7 197:21
  204:11,18 205:18
  211:22 232:4
  235:12 240:17
  244:13 253:23
  254:12 265:6,12
  268:10 273:24
  274:4 285:8 294:2,5
  300:2 307:14 309:6
  316:3 329:17,17
  333:17 334:25
  337:20 340:2,3
**wanted** 37:11 46:10
  56:6,24 88:18 103:9
  116:15,16,16 117:9
  117:10,16 121:2,25
  122:2 124:2 127:13
  130:17 131:13
  138:1 222:4 229:8
  229:12 230:19
  244:25 254:18,23
  255:4,23 259:1
  270:5 277:3 279:18
  280:5 283:24
  287:24 288:21
  289:3 292:19
**wants** 106:6 119:15
  124:8,16 174:17
  213:20 273:25

**Ward** 229:10
**warrant** 94:15,16,19
  94:23 95:3 246:24
  247:8
**warrants** 93:11,13,15
  93:17 94:14
**Warren** 303:12
**wars** 14:8
**Washington** 2:7,17
**wasn't** 38:3 88:23
  116:9 132:25
  144:15 156:18
  157:20,22 208:4
  218:8,8,10,10
  240:16 242:20
  253:7,7 258:2 259:1
  280:19 285:3
  314:19
**water** 143:11 240:20
**Watkins** 12:11,12
  13:16 22:3 26:14
  88:2 112:21 118:22
  134:14 165:8 200:6
  220:7 242:2 248:10
  328:13
**Watson** 298:5
**way** 14:15 29:3 37:10
  43:21 51:4 53:21
  63:6 65:17 83:19
  87:6,11 97:16,18
  108:13 115:1
  116:10 117:18,19
  117:19 118:7
  119:21 121:16
  137:21 138:12,20
  139:8 144:18 145:5
  146:6 147:13 153:1
  157:21,22 160:10
  165:7 167:4 172:10
  172:11 173:19
  175:2,2 180:20
  183:16 204:21
  215:7 219:9 231:16
  231:23 239:16
  254:19 277:5 280:3

281:1 299:10,12
  306:9 327:6 330:16
  330:17
**ways** 43:23 87:10
  109:1 146:16,18
  188:11
**wear** 185:22
**web** 84:18
**WebEx** 38:9
**WebExes** 38:15,15
**website** 6:5 61:10,12
  262:10,15 264:21
  305:1 331:22
**week** 20:18,18 114:8
  114:14,22,24
  135:25 136:3,6
  186:11 239:5
  253:14,21 254:5,8
  254:15,15,21 262:9
  288:16 319:6
  327:12
**weekly** 111:22 135:4
  135:8 136:4 139:21
  139:23 167:20
  173:17 183:18
  184:19,25 327:12
  327:18 334:9,14
  335:25 336:1 337:7
**weeks** 111:20 154:5
**weight** 33:14 34:9
**Wells** 134:23
**went** 56:13 90:20
  118:5 127:2 136:4
  193:13,16,16,25
  200:5 210:11 234:3
  234:21 253:3
  327:11
**weren't** 127:9 169:21
  242:23
**Weslaco** 140:15
  145:25
**West** 1:18
**western** 11:18
**we'll** 60:11,11 143:12
  281:1,18 309:12

337:21 339:17
**we're** 16:11,14 25:12
  26:14 32:14 38:25
  40:4 67:18 68:2
  78:1,11,18 82:2
  85:20 86:20 95:13
  101:10 106:2,3
  117:4 149:15,16,22
  152:1,20 165:3
  175:2,13 176:8
  184:3 194:24 204:6
  205:22 209:12
  214:6 215:12,13
  230:18 234:14
  238:9 239:6 243:3
  256:9 264:7,18
  269:25 275:20
  278:22 281:10,11
  281:12,14 283:6,11
  291:13 295:23
  313:20 314:3,4
  316:5 318:9
**we've** 17:15 19:22
  28:25 44:5 49:19
  57:19 60:18 79:11
  79:12 80:4 82:25
  143:19 145:12
  147:1 154:24
  159:11 161:16
  166:9,12 168:17,19
  168:19 177:3
  253:13 254:3
  263:12 264:6,7,9
  274:3 276:6,17
  282:19 286:7
  305:13 308:13
  311:5 332:1
**whatsoever** 309:8
**wheelbarrow** 335:9
**wife** 284:15
**willing** 148:19 234:19
  315:10
**WILMER** 2:16
**WilmerHale** 8:19
**windows** 175:3

TONY RODRIGUEZ                                                5/8/2014

50

Winkley 113:6
  125:15,16,17,18
  126:6 127:18
winter 330:2
wish 9:21
witness 1:13 4:9,16
  4:17,19,20,22,23,24
  5:1,3,7 14:1 16:25
  22:17 23:5,10 35:9
  35:11,16,19 49:4,7
  49:10 50:9 53:9,13
  58:20 59:10,18
  66:12 67:4,16 68:4
  71:18 72:15 73:1
  74:24 87:3,19 125:1
  128:9,17,19 129:8
  138:19 150:1
  153:23 171:24
  186:16 188:20,21
  188:23 248:20
  258:12 266:11
  277:14 279:13
  280:10 291:9
  294:22 299:5
  300:23 301:10
  303:2 306:15 307:4
  315:17 319:12
  324:2 325:9 326:6
  329:24 331:9
  332:10,25 338:20
  341:1 343:14,17,18
  343:19
woman 88:8,17 224:9
word 160:10 231:9
  231:15,17 284:22
  284:24 288:14
wording 117:1
words 116:18 117:2
  117:15,21 137:19
  138:9 266:18
work 10:24 35:9
  48:21 106:15
  115:22 132:5
  134:16 145:19
  181:23 189:22

191:3 193:5 209:16
  215:14 239:25
  251:10 254:24
  271:24 284:17,19
  285:8 288:9,11
  296:6,10 302:3
  307:8 310:11 329:3
workday 239:7
worked 131:18
  251:12 259:8 271:2
working 19:8 38:16
  135:15 138:3
  152:15 188:12
  234:7,24 235:2,10
  253:16 289:12
  290:12 293:17,19
  294:4 310:8 326:13
workload 188:9
works 26:8 102:20
  134:18 214:15
  331:7 336:10 340:1
worth 47:10 132:22
  243:6
wouldn't 28:6,9
  37:19 88:23 113:13
  124:9 138:19
  160:23 184:4
  204:18,23 209:3
  211:22 228:17
  237:13 243:9 259:6
  270:13 286:21
Wow 285:10
wrapping 286:9
write 105:5 117:18
  167:5 231:8 280:2
writes 32:17 284:3,13
  291:4,14 295:11
  300:2 303:13
written 34:6 149:8
  153:14 297:24
Wroe 292:23,24
wrong 104:9 142:25
wrote 200:24 224:10
  224:12 232:13
  234:6 285:3

X
X 91:10 158:17
  214:24 215:7 251:6

Y
Y 215:7 251:6
yeah 24:12 53:9,16
  55:13 67:4 68:4
  73:25 77:1 97:8
  98:21 101:4 112:12
  121:24 135:7 137:7
  188:25 201:2 207:4
  250:8 257:24
  258:18 261:13
  271:12 290:14
  298:3 315:17 318:4
  318:8 327:25 338:1
year 25:3 82:22
  188:7 208:7 231:1
  332:4
years 11:5 67:25
  68:19,25 69:3,10
  70:17,24 71:9
  117:14
yelling 35:17
yellow 169:6,18,22
  170:23 171:3
Yep 106:24 126:7
  143:22
yesterday 51:11
yes/no 71:21
York 2:23,23
Young 2:14 8:17,19
  8:21 197:13
you-all 254:22
  271:19
y'all 98:13

Z
Zavala 168:19
zero 126:8,20 127:6,6
  127:8,10,13,19,22
  128:2,13 287:1

$

$10,000 192:14
$5,000 192:14

1
1 20:4 22:8,11,12
  62:21 68:5 75:14
  88:4 199:2 272:22
  272:25 276:18
  277:1,24 278:15
  283:5
1A 47:9 113:7 125:19
  245:11 251:25,25
  323:18 325:5
1B 47:9 113:7 245:11
  251:25 283:14
1st 257:2
1,800 37:10,22
1:13 153:25
10 169:15 344:1
10th 262:12 307:19
10-24 4:21
10:18 256:3
10:20 293:12
10:24 292:22
10:26 298:2
10:32 72:13
10:46 72:13
10:53 294:6
100 6:15 102:1
  210:25 302:18
  306:22
10006 2:23
101 6:17 317:14,15
  317:17,18 318:1
  319:2
102 6:18 320:15,16
  320:18,19,23 321:1
1027 96:3,9,10,12,15
  97:7
103 6:21 321:9,10,12
  321:13,18 333:3,7
104 7:1 323:8,9,11,13
  323:14 326:1,4,7
105 7:3 192:19 324:9
  324:10,12,13

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
(800) 734-4995

TONY RODRIGUEZ                                          5/8/2014

51

325:17,18
**11** 18:13
**11th** 279:5
**11:03** 256:20
**1100** 293:15
**112** 4:21
**12th** 279:5
**12-31-2014** 344:16,19
**12:26** 153:25
**123** 275:6
**125** 4:23
**12548** 3:7
**129** 4:24
**13** 6:1 231:10,21
    232:18 233:2,12,19
    233:21,22,25
    235:24 260:25
    261:12 330:3
**13th** 248:24 249:16
**134** 5:1
**136** 5:2
**139** 5:4
**14** 91:17,18 145:25
    151:12 330:3
**14th** 5:7 145:20
    238:16
**14278** 73:6
**143** 5:5
**145** 5:6
**15** 73:23 127:13
    149:18
**15th** 134:25 135:2
**15.181** 24:6 62:20
**15.182** 64:25 65:12
    67:20 68:13
**15182** 73:22 74:4
    75:10,13 77:8
**15183** 82:8 88:4
**159** 5:8
**161** 5:10
**166** 5:12
**17** 140:13,16 194:18
    194:19 299:8
    300:12,20
**17th** 5:13 166:18

262:12
**172** 5:14
**178** 5:15
**182** 5:16 73:24
**186** 5:17
**1875** 2:16
**189** 4:6
**1900** 293:16
**197** 4:6
**198** 5:19
**1981** 184:14

------

**2**

**2** 4:2 22:9 67:20 68:3
    68:13 74:25 190:21
    251:25 273:7
    274:20,24 275:2,19
    276:20 277:1,7,8,24
    282:2,16 283:5
**2A** 47:9 113:7 245:11
    251:25
**2B** 47:9 113:8 245:11
    252:1
**2nd** 293:12
**2-1/2** 11:5
**2:01** 189:1
**2:13** 189:1
**2:13-cv-193(NGR)**
    1:5 343:5
**2:30** 224:16
**20** 4:14 136:11
**20006** 2:17
**2006** 73:4,5
**2009** 210:14,15
    211:10,13
**2010** 1:18
**2011** 4:15 25:17,19
    38:8 64:4 263:23
**2013** 4:18 5:11 6:1,6
    6:20 53:1 73:7
    145:25 159:4
    161:21 226:18
    230:21 248:25
    256:3 263:8,13,18
    263:23 268:8 269:1

269:2 279:20
    287:22 295:6
    320:21
**2014** 1:10,15 6:20
    73:6,7,8 159:5
    184:7,24 320:22
    343:18,21 344:11
**202** 2:7,17
**20530** 2:7
**209** 279:15
**21** 5:11 161:21 344:3
**21st** 163:4
**212** 2:23
**2139** 6:4 255:18
**217** 5:20
**2184** 306:25
**22** 117:13
**221** 5:21
**229** 44:16 86:12
    208:20,21,23 212:8
    212:15 216:7,11
**230** 5:22
**239** 297:3
**24** 225:20
**24th** 6:6 99:6 262:12
    279:20 295:6
**245** 5:23
**248** 6:1
**25** 4:15 190:22
    218:14 268:14
    270:24 272:18
    273:7 274:19
    275:14,19,23,23
    283:6 284:4,9,18
    285:8 309:4
**25th** 223:4 287:22
**25-mile** 216:24 218:4
**252** 285:23 286:2,7
**254** 37:22 187:14
**255** 6:3
**26** 4:18
**26th** 53:1 113:24
    120:9 224:16
**262** 6:4
**27th** 5:3 136:25

**271** 105:21 285:19
    286:1 332:17
**272** 105:21
**279** 6:5
**28th** 17:24,25 262:17
    262:19
**281** 2:12
**282** 6:6
**287** 6:7
**29** 169:19
**290** 6:8
**292** 6:9
**294** 6:11
**296** 6:12
**299** 302:23

------

**3**

**3** 11:12 20:4 23:12
    68:5 74:4,9,9 81:18
    82:14,15 113:3
    141:10 145:22
    190:23 197:19
    199:1 252:1 273:10
    274:6 277:2,20,24
    278:1 281:10,10
    282:5,16 336:15
    344:1,2
**3rd** 5:9 159:16 160:5
**3:10** 228:21
**3:18** 279:20
**3:20** 228:21 297:11
    297:13,14
**3:52** 295:6,8,9
**30** 16:13 17:4
**30(b)(6)** 60:2
**300** 1:18
**302** 6:13
**305-4355** 2:7
**306** 6:15
**31st** 257:2
**316** 4:7
**317** 6:17
**320** 6:18
**321** 6:21
**323** 7:1

TONY RODRIGUEZ                                                    5/8/2014

52

**324** 7:3
**332** 4:7
**334** 4:8
**339** 4:8
**341** 4:9
**343** 4:10
**344** 344:19
**374-2725** 3:3
**38** 62:11 65:3 73:21
    78:21 82:12
**380** 3:16 344:18
**380-6310** 2:12

**4**
**4** 11:12 20:4 23:16,17
    74:15 75:4 113:4
    197:19 199:1 252:1
**4-AUSTIN-161268**
    342:14 344:21
**4:00** 130:8 291:15
    292:9 293:4,7
**4:15** 265:9
**4:27** 265:9
**4:50** 291:2,10
**40** 2:22
**4201** 2:11
**424-2420** 3:12
**45** 4:16
**4589** 344:16
**462182** 307:15
**462498** 292:20
**463-2197** 3:8
**49** 249:19,21 251:19
    251:20 344:1
**4909** 73:4
**4920** 3:2
**499** 6:10 292:15

**5**
**5** 11:12 113:4 130:4
    199:1 246:16,23
    247:8,13,17 252:2
    304:11 344:2
**5th** 2:22 46:4 130:9
    225:19 226:14,15

**285**:19,20,21,23
**5:00** 291:5,15
**5:43** 309:14
**5:51** 309:14
**5:59** 230:22
**50** 218:14 249:8
    251:19
**50-mile** 216:25 218:6
**511237** 229:1
**5119200** 287:15
**512** 3:3,8,12,17
**52** 4:17
**521** 54:18 62:19
    150:2
**521A** 24:2 55:2
**521.142** 72:19
**521.143** 33:18 65:8
    72:18
**530** 2:11
**55** 86:12 225:1,4,17
    225:19 226:12
    276:5,9,11,12
    313:19
**5805** 3:11
**59** 251:18
**591** 282:23

**6**
**6** 65:8
**6A** 11:12 113:5 199:1
    252:1
**6B** 11:12 113:5 199:1
    199:2 252:1 323:18
    325:5,5
**6/24** 246:5,7
**6:24** 235:18
**6:26** 246:4
**6:30** 254:11
**6:35** 1:15 340:18
**60** 67:24 68:19,25
    69:2,10 70:15,23
    71:8
**6273** 230:13
**63** 4:14 19:20,21,23
**64** 4:15 25:10,11,13

**64**:3 98:14
**65** 4:16 45:15,16,18
**66** 4:17 52:17,18,20
**663-6262** 2:17
**67** 4:19 95:12,14
**68** 4:20 99:2
**69** 4:21 111:25 112:1
    112:3

**7**
**7** 254:10 294:3
**7th** 256:3
**7:00** 293:16
**7:29** 307:19
**70** 4:23 125:3,4,6
**701** 3:16 344:18
**71** 4:24 129:16,18
**72** 5:1 134:1,2,5
**7203** 2:6
**73** 5:2 136:17,18,20
**74** 5:4 139:14,15
    163:16 335:24
**75** 5:5 143:18,20
**76** 5:6 145:11,13
**77** 5:8 159:9,10,12
**77068** 2:12
**78** 5:10 161:14,15,17
    190:24 193:9
    207:22 209:19,20
    280:14,20 281:10
    315:7
**78701** 3:17 344:18
**78711** 3:7
**78751** 3:3
**78752** 3:12
**788-8627** 3:17
**79** 5:12 166:10,11,13
    190:24 209:18
    224:25 269:17
    280:14 281:10

**8**
**8** 1:10,15 4:5
**8:00** 239:4,5 291:5,15
**80** 5:14 171:22,23

**172**:6 190:25 191:5
    191:6,16,20 193:3,3
    193:7,25 206:15,22
    209:18 222:14
    268:15 269:17
    272:16 273:10,10
    273:14,18 274:6
    276:1,9 319:16,19
    320:2,4 331:24
**81** 5:15 178:10,11
**82** 5:16 182:3,4,6
    316:14 318:12,14
    318:17,19 319:3
    331:16
**83** 5:17 185:19,20
    316:15,15,17,21,22
    316:24 317:19
    318:2,3,6 319:2
    331:16
**84** 5:19 198:6,7,9
**85** 5:20 217:9,10
**86** 5:21 221:1,2
    228:24
**87** 5:22 230:10,12,12
    230:19 245:25
    246:1
**88** 5:23 244:21,23
**89** 6:1 248:18,19

**9**
**9** 145:25
**9th** 230:21 236:18
    238:15 239:9
**9-25** 6:8
**9-5-2013** 46:4
**9-9-13** 5:22
**9/01** 303:12
**9/25** 287:20
**9:00** 291:15 292:9
    293:3,7
**9:16** 1:15
**9:28** 245:2
**9:47** 303:23
**90** 6:3 255:15,17
**905** 290:21

TONY RODRIGUEZ                                    5/8/2014

53

**91** 6:4 262:3,4,6
**91216** 73:8
**92** 6:5 279:11,12
**93** 6:6 282:21,22
**94** 6:7 287:13,14
**95** 4:19 6:8 290:17,19
**950** 2:6
**96** 6:9 292:11,12
**965-2200** 2:23
**97** 6:11 294:16,17
**98** 6:12 296:24,25
  297:2
**99** 4:20 6:13 302:20
  302:21,22