```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
---------------------------  )
MARC VEASEY, JANE HAMILTON,  )
SERGIO DELEON, FLOYD J.      )
CARRIER, ANNA BURNS, MICHAEL )
MONTEZ, PENNY POPE, OSCAR    )
ORTIZ, KOBY OZIAS, JOHN      )
MELLOR-CRUMLEY, PEGGY        )
HERMAN, EVELYN BRICKNER,     )
GORDON BENJAMIN, KEN GANDY,  )
LEAGUE OF UNITED LATIN       )  CIVIL ACTION NO.
AMERICAN CITIZENS (LULAC),   )  2:13-CV-193 (NGR)
AND DALLAS COUNTY, TEXAS     )  [Lead case]
        Plaintiffs           )
                             )
VS.                          )
                             )
RICK PERRY, Governor of      )
Texas; and JOHN STEEN, Texas )
Secretary of State,          )
        Defendants           )
---------------------------  )
UNITED STATES OF AMERICA,    )
        Plaintiffs           )
                             )
TEXAS LEAGUE OF YOUNG VOTERS )
EDUCATION FUND, IMANI CLARK, )
AND MICHELLE BESSIAKE,       )
   Plaintiff-Intervenors     )
                             )
TEXAS ASSOCIATION OF         )
HISPANIC COUNTY JUDGES AND   )
COUNTY COMMISSIONERS; and    )
HIDALGO COUNTY,              )
   Plaintiff-Intervenors     )  CIVIL ACTION NO.
                             )  2:13-CV-263 (NGR)
VS.                          )  [Consolidated case]
                             )
STATE OF TEXAS, JOHN STEEN,  )
in his official capacity as  )
Texas Secretary of State;    )
and STEVE McCRAW, in his     )
official capacity as         )
Director of the Texas        )
Department of Public Safety, )
        Defendants.          )
---------------------------  )
```

Juanita Valdez-Cox – 6/25/2014

**Page 2**

```
 1  ------------------------- )
    TEXAS STATE CONFERENCE OF   )
 2  NAACP BRANCHES; and the     )
    MEXICAN AMERICAN LEGISLATIVE )
 3  CAUCUS OF THE TEXAS HOUSE OF )
    REPRESENTATIVES,            )
 4       Plaintiffs      ) CIVIL ACTION NO.
                         ) 2:13-CV-291 (NGR)
 5  VS.                  ) [Consolidated case]
                         )
 6  JOHN STEEN, in his official  )
    capacity as Secretary of     )
 7  State of Texas; and STEVE     )
    McCRAW, in his official       )
 8  capacity as Director of the   )
    Texas Department of Public    )
 9  Safety,                       )
         Defendants       )
10  ------------------------- )
    BELINDA ORTIZ, LENARD        )
11  TAYLOR, EULALIO MENDEZ JR.,   )
    LIONEL ESTRADA; ESTELA        )
12  GARCIA ESPINOSA, LYDIA LARA,  )
    MARGARITO MARTINEZ LARA,      )
13  MAXIMINA MARTINEZ LARA, AND   )
    LA UNION DEL PUEBLO ENTERO,   ) CIVIL ACTION NO.
14  INC.,               ) 2:13-CV-348 (NGR)
        Plaintiffs      ) [Consolidated case]
15  VS.                 )
                        )
16  STATE OF TEXAS, JOHN STEEN,   )
17  in his official capacity as    )
    Texas Secretary of State;      )
18  and STEVE McCRAW, in his        )
    official capacity as           )
19  Director of the Texas          )
    Department of Public Safety,   )
20       Defendants.      )
    ------------------------- )
21  * * * * * * * * * * * * * * * * * * * * * * *
22              ORAL DEPOSITION OF
23              JUANITA VALDEZ-COX
24            TAKEN ON JUNE 25, 2014
25  * * * * * * * * * * * * * * * * * * * * * * *
```

**Page 3**

```
 1       ORAL DEPOSITION of JUANITA VALDEZ-COX, produced as a
 2  witness at the instance of the Defendants, and duly
 3  sworn, was taken in the above-styled and numbered cause
 4  on the 25th day of June, 2014, from 9:41 a.m. to 2:09
 5  p.m., before SYLVIA KERR, CSR, RPR, CRR in and for the
 6  State of Texas, reported by machine shorthand, at the
 7  offices of La Union del Pueblo Entero, Inc., 1601 U.S.
 8  83 Business, San Juan, Hidalgo County, Texas, pursuant
 9  to the Federal Rules of Civil Procedure and the
10  provisions attached hereto.
11              A P P E A R A N C E S
12  COUNSEL FOR THE PLAINTIFFS LA UNION DEL PUEBLO ENTERO,
    INC.:
13    MS. MARINDA VAN DALEN
      MS. PRISCILLA NORIEGA
14    Texas Rio Grande Legal Aid, Inc.
      531 East St. Francis Street
15    Brownsville, Texas 78529-5354
      (956) 982-5540
16
    COUNSEL FOR THE PLAINTIFF UNITED STATES OF AMERICA:
17    MS. ANGELA MILLER   (via telephone)
      MR. RYAN KING   (via telephone)
18    U.S. Department of Justice
      950 Pennsylvania Avenue NW
19    NWB #7266
      Washington, D.C. 20530
20    (202) 305-4143
21  COUNSEL FOR THE DEFENDANTS STATE OF TEXAS, RICK PERRY,
    JOHN STEEN and STEVE McCRAW:
22    MR. G. DAVID WHITLEY
      Assistant Deputy Attorney General
23    P.O. Box 12548
      Austin, Texas 78711
24    (512) 475-3281
25
```

**Page 4**

```
 1              INDEX
 2
                              PAGE
    Appearances....................................   3
 4  JUANITA VALDEZ-COX
        Examination by Mr. Whitley..................   6
 5
 6
    Signature and Changes..........................   164
 7  Reporter's Certificate.........................   166
 8
 9              EXHIBITS
10  NUMBER      DESCRIPTION               PAGE
11  1 -- Second Amended Notice to Take Oral
        Deposition of La Union del Pueblo Entero....   28
12
    2 -- Plaintiff's First Amended Complaint.........   65
13
    3 -- LUPE Website Page..........................   84
14
    4 -- Press Release...............................   111
15
    5 -- Twitter Feed Page...........................   128
16
    6 -- Texas Politics Voter ID Poll February 2011..   130
17
    7 -- Texas Politics Voter ID Poll October 2012...   135
18
    8 -- 2011 Form 990 for La Union del Pueblo Entero   152
19
20
21
22
23
24
25
```

**Page 5**

```
 1       COURT REPORTER:  At this time the
 2  deposition of Juanita Valdez-Cox is being taken in Cause
 3  No. 2:13-CV-291, styled Texas State Conference of NAACP
 4  Branches versus John Steen, et al, commencing at 9:41
 5  a.m. on Wednesday, the 25th day of June, 2014 at the
 6  offices of LUPE located at 1601 U.S. Expressway 83 in
 7  the city of San Juan, Texas.  The court reporter is
 8  Sylvia Kerr, affiliated with Integrity Reporting.  Will
 9  counsel please state their appearances for the record.
10       MR. WHITLEY:  My name is David Whitley,
11  and I represent the Defendants in this litigation.  And
12  if all the attorneys want to introduce themselves before
13  we get started.
14       MS. VAN DALEN:  Marinda van Dalen, Texas
15  Rio Grande Legal Aid representing LUPE at this
16  deposition.  Beside me is my colleague, Priscilla
17  Noriega.
18       MS. MILLER:  And I'm Angela Miller from
19  the Department of Justice representing the United
20  States.
21       THE WITNESS:  I was going to say that the
22  address is not an Expressway, but Business 83.
23           JUANITA VALDEZ-COX,
24  having been first duly sworn, testified as follows:
25
```

Juanita Valdez-Cox - 6/25/2014

**6**

1          EXAMINATION
2 BY MR. WHITLEY:
3     Q.   Ms. Cox, will you please state your full name
4 and spell it for the record, please.
5     A.   Juanita, J-u-a-n-i-t-a, Valdez, V-a-l-d-e-z,
6 hyphenate Cox, C-o-x.
7     Q.   Thank you.  And where do you reside?
8     A.   In Donna, Texas.
9     Q.   And are you represented by a lawyer today?
10     A.   Yes.
11     Q.   And who would that be?
12     A.   Marinda.
13     Q.   And she's sitting right next to you?
14     A.   Yes.
15     Q.   Have you ever been deposed before?
16     A.   Yes, once.
17     Q.   In what case was that?
18     A.   It was, I think, redistricting and voter ID.
19     Q.   So two times previously?
20     A.   No, no, it was combined.
21     Q.   It was one case?
22     A.   It was one case.
23     Q.   Do you remember which one -- those were
24 separate cases, so do you remember if it was in the
25 voter ID or redistricting?

**7**

1     A.   Well, maybe it was just a -- yeah.  Maybe -- I
2 just remember something about the redistricting because
3 it was a question that was asked, but a lot of it -- the
4 majority of the questions were on the voter ID.
5     Q.   Okay.  I believe it was in the voter ID case.
6          MS. VAN DALEN:  Yes.
7     Q.   (By Mr. Whitley)  And I'll represent to you
8 that it was.
9     A.   Okay.  Voter ID.
10     Q.   So let's just lay out some general ground rules
11 so we're on the same page.  We prefer verbal answers for
12 the record.  So I usually like to nod my head and stuff
13 and I have to make a conscious effort not to do that.
14 So yeses and no's, not uh-huhs or nuh-huhs because that
15 doesn't show up in the record.
16     A.   Okay.
17     Q.   I'm going to try to avoid talking over you if
18 you're answering a question.  When I'm asking a
19 question, even if you know the answer before I stop,
20 will you just wait until I'm finished so we can have a
21 clear record so we can avoid talking over each other?
22          If you don't understand a question at all in
23 any way, just stop me and let me know and I'll try to
24 rephrase it or ask it in a way that's easier to
25 understand or try to clarify something.

**8**

1     A.   I will.
2     Q.   Thank you.  If you need a break, let me know.
3 If we do take a break, I would ask that if I have
4 already asked you a question, that we go ahead and have
5 you answer that question before we take a break.  But
6 just let me know if anybody needs to take a break.  I'm
7 cool with taking breaks.
8     A.   Okay.
9     Q.   It's my understanding that you have a previous
10 engagement that you need to get to?
11     A.   I do.
12     Q.   This afternoon?
13     A.   Yes.
14     Q.   And that's -- you need to be done with this by
15 2:30; is that correct?
16     A.   Correct, yes.  But earlier is good, too.
17     Q.   Understood.  The lawyers attending and on the
18 phone may object to any question that I ask, but you
19 must still answer unless your lawyer instructs you not
20 to answer.
21     A.   Okay.
22     Q.   Do you understand that?
23     A.   Uh-huh, yes.
24     Q.   Do you understand that you're under oath?
25     A.   Yes.

**9**

1     Q.   Do you understand that being under oath means
2 that you have sworn to tell the truth?
3     A.   Yes.
4     Q.   And even though this is an informal setting,
5 your answers have the same force as if you were
6 testifying in open court before a judge.  Do you
7 understand?
8     A.   I understand, yes.
9     Q.   And are you prepared to answer my questions
10 truthfully and completely?
11     A.   Yes.
12     Q.   Are you suffering from any illness that will
13 affect your ability to provide accurate answers to my
14 questions?
15     A.   Thank God, no.
16     Q.   Are you on any medication or take any
17 medication routinely that will affect your ability to
18 answer my questions truthfully and completely today?
19     A.   No.
20     Q.   Are you aware of anything else that might
21 prevent you from accurately answering my questions
22 today?
23     A.   No.
24     Q.   And when we're -- you're a designee of LUPE --
25     A.   Correct.

Juanita Valdez-Cox - 6/25/2014

10

1    Q.   -- and unless otherwise indicated by me that
2  I'm asking you a personal question, when I say "you," I
3  will be referring to the group LUPE.  And I may
4  differentiate between saying "you" referring to LUPE or
5  "you" personally.  But generally you can interpret it to
6  mean the group LUPE.
7    A.   Okay.
8    Q.   And what did you do to prepare for your
9  deposition today?
10   A.   I talked to my attorney, our attorney.  And I
11  tried last night to look at the lawsuit, but I didn't.
12  I didn't get -- it's too much.  And I probably wouldn't
13  have understood very much of it.  And so I didn't read
14  it.  It's about that thick, and so I just gave up on it.
15   Q.   Which attorney did you prepare with?
16   A.   Marinda.
17   Q.   Okay.  And did you talk to anyone else in
18  connection with preparing for your deposition today?
19   A.   No.
20   Q.   When did you guys talk?  Was that yesterday,
21  you and Marinda?
22   A.   It was yesterday and then it was just some --
23  you know, in e-mails early on.
24   Q.   Earlier than yesterday?
25   A.   Yes, uh-huh.

11

1    Q.   Did you guys meet here?  Or where did you-all
2  meet when you-all spoke in person?  Or was it over the
3  phone?
4    A.   Here.
5    Q.   It was here?
6    A.   Uh-huh.
7    Q.   How long was the meeting?
8    A.   Maybe an hour, hour and a half.  Probably it
9  was about an hour, hour and a half.
10   Q.   Was anyone else present?
11   A.   No.
12   Q.   Did you review any documents yesterday?
13   A.   Did I review any documents?  Yes, we did.
14   Q.   Which ones were those?
15   A.   A flyer.  A flyer that we had used to inform
16  about the voter ID.  We -- what else did we talk about?
17        MS. VAN DALEN:  I'm going to tell you not
18  to discuss anything we talked about, just any documents
19  that you looked at in preparing for the deposition.
20   A.   Okay.  The flyer, a press release that we had
21  sent out about -- what else?  The flyer, the press
22  release, the lawsuit.  You know, she showed that to me.
23  And the -- I think something -- it was like the
24  responses that they -- that apparently you sent some
25  questions and they responded to you.

12

1    Q.   Okay.  Was there anything else that you can
2  remember, any other documents you remember reviewing?
3    A.   No, that was it.
4        MR. WHITLEY:  And just real quickly, on
5  the voter ID flyer, do you know if that's been produced
6  yet?
7        MS. VAN DALEN:  Yes.
8        MR. WHITLEY:  It has?
9    Q.   (By Mr. Whitley)  Did you meet with any other
10  attorney to prepare for your deposition?
11   A.   No.
12   Q.   And apart from what we've already discussed,
13  did you do anything else whatsoever to prepare for the
14  deposition?
15   A.   Last night I looked at the -- at the -- not the
16  actual lawsuit because it was a lot.  But I looked at
17  the questions, you know, that you might ask, but they
18  were the -- I stopped after a while because you asked
19  the same thing over and over again, and so it seemed to
20  me it was like the same thing, so I gave up on that.
21   Q.   Anything besides that list of questions?
22   A.   No.  I don't have time.  You know, I have any
23  time.  We don't get out until 6:00 and my mom is 93
24  years old and she lives with us and just too busy.  I
25  didn't get to any of that.

13

1    Q.   Understood.
2    A.   Yeah.
3    Q.   Ms. Cox, what is your educational background?
4    A.   I went to school here in Donna and I am --
5    Q.   Was that high school?
6    A.   To the tenth grade I am a former
7  migrant farm worker.  So then I went back and got my
8  G.E.D. and then I went back and got my associate degree
9  at the local university.
10   Q.   What university is that?
11   A.   Here at UTPA, Pan American.
12   Q.   And aside from your associate's degree, do you
13  have any other professional qualifications, any kind of
14  certifications at all other than your degree?
15   A.   No, not certifications or anything.  I can -- I
16  can teach people how to harvest a lot of different crops
17  because that's what we did, but there's no certification
18  for that.
19   Q.   Understood.  Are you currently employed?
20   A.   Yes.
21   Q.   Where?
22   A.   Here at this organization, La Union del Pueblo
23  Entero.
24   Q.   And that's LUPE?
25   A.   Yes, uh-huh.

Juanita Valdez-Cox - 6/25/2014

14

```
1   Q.  Are you employed by anyone else?
2   A.  No.
3   Q.  Do you receive income from any other source?
4   A.  Nuh-huh.  No, this is it.
5   Q.  What is your role at LUPE?
6   A.  I am the executive director of this
7   organization.
8   Q.  How long have you held that position?
9   A.  As executive director, since 2000 and -- I
10  believe it's 2003, if I recall correctly.  Yeah.
11  Q.  And, again, that is a paid position --
12  A.  Yes.
13  Q.  -- as executive director?
14  A.  Yes, uh-huh.
15  Q.  What are your official duties and
16  responsibilities?
17  A.  There's a lot of different ones.  We have -- we
18  have a staff of, I think, 25 or 26.  And we have to -- I
19  have to be in charge of, you know, the different
20  programs that we offer here at LUPE, make sure that our
21  yearly operational goals are met by the -- by the staff
22  and the services that we provide.  It's making sure that
23  the funding we get goes to the growth of the
24  organization, which is really important to growing the
25  base.  This is an organization where people pay a fee to
```

15

```
1   belong and pay for their services.  And so need to make
2   sure that that funding is used in the best way possible
3   to continue with the programs.
4           Servicing the needs of the community.  And that
5   is -- that is really, really an important goal that we
6   have.  Also, the -- making sure that those members that
7   live in the colonias, they're low income areas are out
8   in the community that have certain needs, that realize
9   that they also have the power to make change in those
10  needs, that they can, you know, work together.  And if
11  it's a lack of street lights in the colonia or lack of
12  water or whatever services or needs that they have that
13  they can address them, that through our community
14  organizing, training, leadership development that we can
15  all -- that it is our responsibility.
16          At the end of the day we are the ones that have
17  to live if we don't have water or street lights or
18  things like that.  And so that's one of the -- one of
19  our main -- my main goals here that I have to keep an
20  eye on, that that is always being achieved.
21  Q.  How many hours a week do you spend working at
22  LUPE?
23  A.  Well, my weekly hours are -- well, it should be
24  but, but it's never 40.
25  Q.  Is it usually more?
```

16

```
1   A.  Of course.  With all that we have to do, it's a
2   lot more.  It's a lot more.  And then sometimes it
3   includes like weekends, right, but that's -- that's just
4   part of the -- part of the work that we do.
5   Q.  Is all of the work that you do for LUPE done
6   here at this building?  Or do you work --
7   A.  We have other offices, so it may be here or I
8   may travel to one of the other offices that we have.
9   Q.  How many other offices are there?
10  A.  Besides this one, there's four more.
11  Q.  All in Texas?
12  A.  All in Texas, all in this county for now,
13  uh-huh.
14  Q.  Do you -- and forgive me, I may have already
15  asked this question.  Do you have a commute to and from
16  the office at all?
17  A.  Do I have what?
18  Q.  How long does it take you to get to the office?
19  A.  Oh, not long at all.  We live in Donna and
20  it's, I would say, maybe ten -- today it takes a little
21  bit longer because on Wednesdays there's a flea market
22  and there's a whole lot of, you know, cars and people
23  going to the flea market and I drive right through
24  there, so only Wednesdays are a little longer.  Other
25  than that, actually it's not far at all.  It's very,
```

17

```
1   very convenient, very close.
2   Q.  Did you have any previous jobs before you
3   started here at LUPE?
4   A.  Oh, yes, uh-huh.
5   Q.  What were those?
6   A.  How far do you want to go?
7   Q.  We can start with the ones that you remember
8   right before you started with LUPE and then I can tell
9   you to stop.
10  A.  I was -- first I was a Head Start director here
11  in this county also.  And then I was --
12  Q.  When was that?
13  A.  I have no idea.  Many years ago.  Maybe -- I
14  don't have -- it was a long time ago.  And then -- and
15  then I volunteered here at the union in around -- around
16  the mid '80s.
17  Q.  When you say "the union," do you mean LUPE?
18  A.  No.  I mean, the United Farm Workers.
19  Q.  Okay.
20  A.  LUPE wasn't until 2003.  That's when we brought
21  LUPE to Texas.  So before then, we were the United Farm
22  Workers.  And I started as a social service provider
23  offering services up front to the members.  And then I
24  became a community organizer for the union, and then I
25  became the coordinator for the different programs, and
```

Juanita Valdez-Cox - 6/25/2014

18

1 then I became the executive director.
2    Q.   So when you started with LUPE, it was in a
3 volunteer capacity?
4    A.   For many years.  With the United Farm Workers,
5 that's how it was.  Everybody was volunteering.  And I
6 volunteered.  Well, they would give us $25 a week for
7 childcare, but everybody was volunteering.  That's how
8 we were for, oh, I would say a good maybe ten or 12
9 years.
10   Q.   And then did LUPE start in 2003?
11   A.   Yes.
12   Q.   And that's --
13   A.   No.  In Texas it did.
14   Q.   Okay.
15   A.   Yeah.
16   Q.   And then that's when you became the executive
17 director?
18   A.   The director and then executive director,
19 uh-huh.
20   Q.   How long were you director before you became an
21 executive director?
22   A.   I think it was -- it wasn't too long.  Maybe
23 three or four years and then --
24   Q.   How are those positions different?
25   A.   As just director, I was in charge of this

19

1 office here -- of this office here and then we had
2 people based in the different offices like just office
3 managers.  And then our board just decided that that
4 wasn't working out too well, so we wanted to put
5 everything under one, which was me, you know, as
6 executive director.
7    Q.   So this is the main office for all of the other
8 locations in South Texas?
9    A.   Oh, yes, this is like the oldest office, yeah,
10 uh-huh.  This has been here the longest.
11   Q.   Who do you report to?
12   A.   We have an advisory board of LUPE members and
13 then obviously the executive board.
14   Q.   What is the difference between the advisory
15 board of LUPE members and the executive board?
16   A.   Well, the advisory board advises on certain
17 questions, you know, that I may have, certain programs.
18 And obviously the executive board, well, they make
19 policy and the policies and approve the yearly
20 operational plan, you know, approve our budget.  That's
21 the business of the executive board.
22   Q.   Who makes up the advisory board?  You mentioned
23 LUPE members.
24   A.   Yes, it's LUPE members.
25   Q.   Are they elected to serve?  Do they --

20

1    A.   They're elected by the membership of the
2 organization.
3    Q.   To serve on the advisory board?
4    A.   To be on the advisory board.  And then from the
5 advisory board, after they serve a few years, then they
6 can move up to the executive board.
7    Q.   How are the members of the executive board
8 chosen?
9    A.   Elected.
10   Q.   From the -- by the members of LUPE?
11   A.   No, by the board members.  By the -- they're
12 recommended and then they're chosen by the board
13 themselves.  You know, the other board members.
14   Q.   So the executive board votes as to whether or
15 not they want somebody on their executive board?
16   A.   Right.  For example, from the advisory board,
17 if a member has been on the advisory board, let's say,
18 two years and then I will write up a bio on that person
19 and I will recommend that to the executive board and
20 then they vote whether to vote that person -- to have
21 that person on the board.
22   Q.   Does that occur when there's an open spot on
23 the executive board?  Or does it grow continuously?
24   A.   It has to -- we have to name one community
25 member to the executive board every year.

21

1    Q.   Is that according to your bylaws?
2    A.   Yes, uh-huh.
3    Q.   And how many executive board members are there
4 now?
5    A.   There's seven.  It was five and now there's
6 seven.
7    Q.   So every year that will grow to eight and
8 then --
9    A.   Yeah, but we have a limit.  I think it's -- I'm
10 not exactly sure, but I think it's going to be like 11
11 and then that will -- then that will be it.
12   Q.   So once it gets to 11, when number 12 is ready,
13 somebody has to fall off?
14   A.   Yeah, because that's the limit that's on
15 the -- I don't remember if it's nine or 11 that's on the
16 bylaws of the members that we need to have on the
17 executive board.
18   Q.   So do you prepare the budget and then present
19 it to the executive committee -- or the executive board?
20 I'm sorry.
21   A.   Yeah.  I don't prepare it by myself, but I am
22 the final authorization on it.  And I present it to the
23 executive board.
24   Q.   But who do you manage around here that would
25 help you put that together?

Juanita Valdez-Cox - 6/25/2014

22

1  A.  We have our grant writer and then we have our
2  financial -- what do they call her?  She's like in
3  accounting to see the financial CFO, who we contract
4  with, that works with us on our books.  And then we have
5  an accounts payable person.  And then we have a person
6  that works under the CFO.
7      So we have three people that help me with the
8  budget and then plus the grant writer.  And then plus
9  the office managers in each of the offices, they just --
10  they will give me their operational budget with goals,
11  with a budget.  But that's all they do.  They just turn
12  it in.  The rest is up to the CFO, the assistant and the
13  accounts payable person and the grants writer and then
14  in the end, myself.
15  Q.  And out of the assistant, the CFO --
16  A.  Right.
17  Q.  -- the grants writer and the accounts payable
18  person --
19  A.  Yes.
20  Q.  -- how many of those are in-house and how many
21  do you hire outside of LUPE?
22  A.  One is in-house and three are outside.
23  Q.  Which one is in-house?  The CFO?
24  A.  The grants writer.
25  Q.  The grants writer is in-house?

23

1  A.  Right, uh-huh.  He's the grants writer and the
2  budget person for LUPE locally.
3  Q.  Okay.
4  A.  Not the grants -- the grants and the budget
5  person.
6  Q.  What makes up the biggest chunk of your budget?
7  A.  What do you mean?  I don't understand.
8  Q.  Is your budget calculated yearly?
9  A.  Yes.
10  Q.  Every year do you come up with a new budget?
11  A.  Yes.
12  Q.  And the executive board votes on it?
13  A.  Exactly.
14  Q.  And approves it or --
15  A.  Right.
16  Q.  Maybe if they have changes, you guys will
17  change something?
18  A.  They will.  Right, they will make changes,
19  uh-huh.
20  Q.  When you present that budget, what line item
21  costs the most money as you're estimating what you're
22  going to spend money on?
23  A.  Salaries.
24  Q.  Salaries?
25  A.  Uh-huh.

24

1  Q.  Do you know about what percentage?
2  A.  No, I don't.
3  Q.  What --
4  A.  But it is the biggest chunk.
5  Q.  What other items make up a big chunk of that
6  budget?
7  A.  Probably benefits.  We have really excellent
8  benefits for the staff.  And then -- I think that's the
9  next one.
10  Q.  And how much of a chunk does LUPE's programming
11  and voter outreach make up of the budget?
12  A.  Well, that falls under organizing, and we have
13  a budget for our community organizers that are the
14  people that work out in the communities.  I don't know
15  how much of it is for that.  But we have the social
16  services and the organizing.  So between those two, it's
17  a big chunk of our budget.
18  Q.  How many organizers do you guys have?
19  A.  We have -- we have -- I think it's four and one
20  coordinator, so five total.
21  Q.  Are they paid?
22  A.  Oh, yes, uh-huh.
23  Q.  Are they salaried employees of LUPE?
24  A.  Uh-huh, yes.
25  Q.  And how many people do you have on the social

25

1  services team?
2  A.  Oh, that's a lot because we have -- we have
3  three or four in each office.  And here we have maybe
4  five or six.  I can't -- I don't --
5  Q.  Would it be fair to say somewhere between 15
6  and 20?
7  A.  Yes, uh-huh.  Well, maybe -- maybe 12 to 15,
8  yeah.
9  Q.  Okay.
10  A.  Because we have other staff also.
11  Q.  So the organizers and those that help out with
12  social services are who performs the voter outreach for
13  LUPE?
14  A.  The social service providers and the
15  organizers, yes.
16  Q.  Is there any overlap between those two groups?
17  Is there anybody --
18  A.  I have no idea.  I don't know how I could tell
19  that.
20  Q.  I guess what I'm asking is:  Is anybody who is
21  an organizer and gets paid by LUPE --
22  A.  Right.
23  Q.  -- also on the social services team?
24  A.  Oh, no, nuh-huh, no.
25  Q.  What other activities do the organizers perform

26

1  other than voter outreach?
2     A.  Well, that's included in their -- in their
3  community organizing, which is -- includes -- the voter
4  outreach includes the -- you know, the GOTV, the
5  different events with potential candidates that are
6  running for office, you know, like candidates forms.
7  They have media events to announce to the community
8  what's coming down that might have an impact on the
9  community.
10        They have -- they organize marches, you know,
11 different kinds of protests that need to happen against,
12 you know, different issues that we're working on.  They
13 have a lot of meetings with what we call house meetings,
14 which are small meetings in the communities in a home of
15 a family that wants to discuss certain issues.  And, of
16 course, a really important job is also the enrollment of
17 members into the organization.
18     Q.  What sort of events do the organizers announce
19 to the community?
20     A.  For example, the whole issue on health, you
21 know, that was coming down and then Governor Perry
22 denied the Medicaid, so they tell folks how that might
23 have an impact on them.  When the immigration reform,
24 you know, that we're still working on, that hasn't
25 happened.  They educate them on that.  You know, tell

27

1  them about, you know, how they can have an impact or how
2  they can get involved in that issue.  Right now we're
3  working on the street lights.  That's a huge issue.
4        So we have federal issues that we work on, we
5  have state issues, and we have very local issues also
6  that they work on.  So they're involved in all of those
7  three areas.
8     Q.  And how is what the organizers do different
9  than what the social services people do?
10     A.  The social services, they are not out in the
11 community unless an organizer invites them to go present
12 information on the work that they do.  For example, LUPE
13 also does -- teaches English, ESL, and it also teaches
14 the history and the government of the United States to
15 the people in the community that want to become
16 citizens.
17        And so if an organizer is going to go to a
18 community and the organizer doesn't know all the details
19 about that program, then a service provider will
20 accompany the organizer so that the social service
21 provider can explain the details of that program.  So
22 they do sometimes go together.  Or on Sundays if the
23 organizer is going to talk at a church about the issues
24 of the community, whether it's the impact on the voter
25 ID or the healthcare, any of those, if they go explain

28

1  at the church, they might take a service provider with
2  them to explain that, too.  The service providers are
3  very skilled at the issues like of immigration and
4  income tax and they support the organizers in their work
5  and vice versa, the organizers with service.
6     Q.  Explain to me what LUPE does for its members
7  regarding income tax.  You mentioned that earlier.
8     A.  Oh, we -- for many years LUPE has offered the
9  service of income tax to its membership at lower cost
10 than at others because they're members of the
11 organization.  And we fill out the income tax papers,
12 you know, your tax returns, the tax returns for our
13 membership.
14        MS. VAN DALEN:  Can we go off the record.
15        (A recess was taken.)
16        (Exhibit No. 1 was marked.)
17     Q.  (By Mr. Whitley)  You've been handed what's
18 been marked as Exhibit 1.  And do you recognize that
19 document?
20     A.  Yes, uh-huh.
21     Q.  Can you tell me what it is, for the record,
22 please?
23     A.  This is -- I think that this is our -- this is
24 part of the -- you know, the filing of the lawsuit.  It
25 looks like it's -- it says Oral Deposition of La Union

29

1  del Pueblo Entero.  This is a notice for this
2  deposition.
3     Q.  It's the topics that we noticed for this
4  deposition.
5     A.  Oh, yeah.
6     Q.  So the title on there is --
7     A.  Oh, that's right.
8     Q.  -- Defendant's Second Amended Notice of
9  Intention To Take Oral Deposition --
10     A.  Yes.
11     Q.  -- of LUPE.
12     A.  Yes.
13     Q.  Have you seen this document before?
14     A.  You know, briefly.  I think that this is --
15 yeah, this is the one that I looked at for a little
16 while.
17     Q.  When did you last review it?
18     A.  I'm trying to figure out if this is the one
19 where it was repeating the questions.
20        MS. VAN DALEN:  They all do that.
21     A.  Well, I looked at one last night that kept
22 saying that.  I think it is, but -- I think it is.
23 Yeah, this is the one that I -- I looked at this last
24 night briefly.
25     Q.  And if you would turn to page 5 where it says

30

1 "matters."
2    A.  Yes.
3    Q.  And if you would, read for me topic number one
4 right there.
5    A.  Where it says "the factual basis"?
6    Q.  Yes, ma'am.
7    A.  "The factual basis of your claim or defense in
8 this lawsuit, including any contention that SB 14 as
9 enacted by the State of Texas 82nd legislature was
10 enacted with a discriminatory purpose and intent; and
11 two, results of denying and abridging the right to vote
12 on account of race and language, minority status."
13 That's it.
14    Q.  And have you been --
15    A.  Yes.
16    Q.  Have you been designated to testify as to topic
17 number 1 by LUPE?
18    A.  Yes.
19    Q.  Are you prepared to testify --
20    A.  Yes.
21    Q.  -- about topic number 1?  Moving on to topic 2,
22 can you read that for me?
23    A.  "Any" -- this one, "any interest"?
24    Q.  Yes, ma'am.
25    A.  "Any interest you have in the above captioned

31

1 litigation that is not adequately represented by the
2 Plaintiff, United States of America."
3    Q.  Have you been designated to testify to topic 2
4 on behalf of LUPE?
5        MS. VAN DALEN:  And I'm going to state for
6 the record that we've made an objection to that topic.
7    A.  Can you explain what that means?
8    Q.  Sure.  We served this notice of deposition on
9 LUPE as an organization.
10    A.  Right.
11    Q.  LUPE designated you to testify.
12    A.  Yes.
13    Q.  And I need to make sure that -- obviously
14 subject to the objections served by your attorney --
15 that you're prepared to testify to all of these topics.
16    A.  Yes.
17    Q.  So number 2 is you're prepared to testify to
18 topic 2?
19    A.  Yes.
20    Q.  And then number 3, will you read that one to
21 me?
22    A.  "The identity of your members on November 7,
23 2013."
24    Q.  Have you been designated to testify to topic 3?
25        MS. VAN DALEN:  And I'm going to -- before

32

1 the witness answers, I'm going to say that we have
2 objected to all of the questions relating to membership.
3 LUPE is not alleging standing in this litigation based
4 on harm to its members.  That was in our amended
5 complaint.  As we stated in these objections, that's no
6 longer a claim and I'm willing to stipulate to that on
7 the record today.
8        MR. WHITLEY:  And just to be clear, is it
9 the position of LUPE that none of their members are
10 harmed by SB 14?
11        MS. VAN DALEN:  No, that's not the
12 position.
13        MR. WHITLEY:  It's just based on standing?
14        MS. VAN DALEN:  The standing of the
15 organization in the litigation is based upon harm to the
16 organization.
17        MR. WHITLEY:  Okay.  And remind me again,
18 did you guys object to all the rest of the topics from
19 here on out?
20        MS. VAN DALEN:  I can give you a copy of
21 our objections.
22        MR. WHITLEY:  You don't have to.  I'm
23 going to go through each of them.
24        (Off the record.)
25    Q.  (By Mr. Whitley)  We're back on the record.

33

1 And Ms. Cox, just to be clear, on Exhibit 1 from topics
2 1 through 29, if you look, there are 29 topics.
3    A.  Okay.
4    Q.  Will you confirm that?
5    A.  Yes.
6    Q.  And you've been designated by LUPE to testify
7 to all 29 topics, correct?
8    A.  Yes.
9    Q.  And subject to the objections served by your
10 attorney, you're prepared to testify to all 29 topics,
11 correct?
12    A.  Yes.
13    Q.  Have you talked to any of the other plaintiffs
14 in this lawsuit?
15    A.  No.  I don't -- I haven't even looked at who
16 they are, but I don't recognize them.  No, I have not.
17    Q.  Have you ever met any of the other plaintiffs
18 in this lawsuit?
19    A.  These are the -- these are they -- these are
20 the people that you're referring to?
21    Q.  Yes, ma'am.
22    A.  No.
23    Q.  Actually, you can look at the caption, the part
24 of the caption that includes LUPE.
25        MS. VAN DALEN:  Yeah, if you could

Juanita Valdez-Cox - 6/25/2014

34

1 clarify.  Do you just mean the plaintiffs who are part
2 of what we've been calling the Ortiz group?
3       MR. WHITLEY:  Yes.
4       MS. VAN DALEN:  Okay.  Because . . .
5    A.  No, I don't know them.
6    Q.  And were you aware that one of the original
7 plaintiffs in the Ortiz group, Roxanne Hernandez,
8 withdrew from the lawsuit?
9    A.  Was what?
10    Q.  Withdrew.  She dropped out of the lawsuit?
11    A.  Is she here?
12    Q.  She's not because that was served after she
13 dropped out.
14    A.  Oh, no, I did not know.  I don't know that.  I
15 don't know them.  Was that announced?  Or how would I
16 know that?
17    Q.  You would have found out.  If you knew the
18 people, they would have told you or Marinda would have
19 told you.
20    A.  Oh, no, I didn't know that.
21    Q.  Have you spoken to any attorneys at the
22 Department of Justice about this lawsuit?
23    A.  No.
24    Q.  Have you written or recorded statements to
25 reporters or anyone in the media about this lawsuit?

35

1    A.  About the lawsuit?  I don't think so.  We've
2 talked about -- not the lawsuit, but the -- but the
3 bill.  But no, actually, I think -- I think in a press
4 release we did say that LUPE was a plaintiff in the
5 lawsuit.  I think -- I think I remember that.
6    Q.  And when you say "the bill," you're referring
7 to --
8    A.  SB 14.
9    Q.  The voter ID bill?
10    A.  Yes, the voter ID bill.
11    Q.  We'll refer to it as SB 14 on the record.
12    A.  Okay.  Sure.
13    Q.  And we'll know what that means.
14    A.  Uh-huh.
15    Q.  Do you remember when that press release was
16 issued?
17    A.  When that was issued?
18    Q.  Uh-huh.
19    A.  No, I don't remember the date.  I don't
20 remember the date on that, but I know that we did do a
21 press release on it.
22    Q.  Have you posted -- or has LUPE posted any
23 statements about the events related to this lawsuit on
24 the Internet?
25    A.  Events leading to the --

36

1    Q.  Events related to this lawsuit.
2    A.  Events related in the Internet?  We may have.
3 We have -- our communications director probably put
4 something on Facebook or on our website.  He may have.
5 I'm not 100 percent sure.
6    Q.  Does the communications director report to you?
7    A.  Yes, he does.
8    Q.  Does he receive or seek your approval before
9 submitting statements of LUPE on the Internet?
10    A.  Yes, he does, but I don't usually get on
11 Facebook to see them, right.
12    Q.  So how does that usually work?
13    A.  He -- he sends them to me via e-mail, yeah.
14    Q.  And then once you approve it, he'll go ahead
15 and post it?
16    A.  Then he'll just do his job, right.
17    Q.  Does LUPE have a Twitter account?
18    A.  Not -- I think we do.  I'm not too -- you know,
19 I think we do.  I'm not 100 percent sure.  I know
20 Facebook he does and I know he sometimes does like what
21 he calls like a blog and then our website.
22    Q.  Who's your communications director?
23    A.  John Michael Torres.
24    Q.  And do you know what his duties are other than
25 posting information on you-all's website and his blog

37

1 and Facebook and --
2    A.  Actually, he -- he reads a lot of the news that
3 come out.  And anything that has an impact on the LUPE
4 membership or our community, he will -- he will write
5 the press releases or he will write them and then I will
6 approve them or not.  And then he also helps with the
7 leadership development of our memberships -- of our
8 membership so that he does a lot of training with the
9 members so that they can tell their own story and how
10 certain issues are going to impact them.
11          That's part of his work also.  And then he also
12 covers, you know, different meetings.  Like yesterday he
13 was at a meeting for the issue on the unaccompanied
14 minors and then he'll write, you know, on that, too.
15    Q.  How much do you -- does LUPE rely on John
16 Michael Torres, the communications director, to post its
17 business or what it considers to be important on its
18 website or Facebook or issue a press release?  Is that
19 every issue that comes up he will do that?  Or how do
20 you guys choose?
21    A.  Not every issue, but issues that have been
22 identified by our membership that are important to them
23 that will have a negative impact on them somehow, he
24 does that.
25    Q.  How does the membership identify that to you?

38

```
 1    A.   At the -- remember earlier I told you about the
 2  house meetings that the organizers have?
 3    A.   Yes.
 4    A.   That's where the issues are discussed and
 5  prioritized and that's where the -- from that, we decide
 6  what actions to take.
 7    Q.   So has there ever been an instance in which the
 8  communications director posted something on the Internet
 9  or Facebook or -- and I believe you mentioned there was
10  a Twitter account?
11    A.   I said I thought there was.  Not 100 percent
12  sure.
13    Q.   Without your approval?
14    A.   Nuh-uh, no.  Nuh-uh.  In all the years he's
15  been with us, I haven't found that to be the case, not
16  that I know of.
17    Q.   Can you tell me what you understand this case
18  to be about?
19    A.   The voter ID, the SB 14?
20    Q.   Yes, ma'am.
21    A.   My understanding of it is that the voter ID was
22  created or was passed to have -- that it has a negative
23  impact on the people that we work with, with the
24  community that we work with.  That it -- that it placed
25  unneeded obstacles to people that already have -- that
```

39

```
 1  are living in very difficult situations.  It just added
 2  more difficulties to deny them the right to vote.
 3    Q.   And what do you understand this case to be
 4  addressing?
 5    A.   That's what -- that's what it is.  This case,
 6  we're trying to put a stop to the denying of voters
 7  rights to vote.
 8    Q.   And when did you learn that the voter ID law
 9  had taken effect?
10    A.   I don't recall the date when that was.
11  Maybe -- I don't recall.  Two years ago or last year.  I
12  don't remember the date.  I just know it was passed in
13  the last legislative session and then I think --
14         MR. WHITLEY:  We can go off the record.
15         (Off the record.)
16    Q.   (By Mr. Whitley)  We were discussing earlier
17  whether or not you remembered --
18    A.   The date.
19    Q.   -- when you learned that the voter ID law had
20  gone into effect?
21    A.   Uh-huh.
22    Q.   I am on Twitter on my phone.
23    A.   Okay.
24    Q.   And this is LUPE's Twitter account.
25    A.   Oh, good.
```

40

```
 1    Q.   And I'm going to show you a tweet --
 2    A.   Okay.
 3    Q.   -- that the LUPE Twitter account sent out and I
 4  want you to look at it.  I'm going to hand you my phone
 5  and see if you recognize this post.
 6    A.   Okay.
 7         MS. VAN DALEN:  Can I see it first?
 8         MR. WHITLEY:  Sure.
 9    Q.   (By Mr. Whitley)  Can you see the date on
10  there, first of all?
11    A.   6/26.  Actually, almost a year ago.  '13.
12  6/26/13.
13    Q.   And does that tweet look familiar?
14    A.   Yes.
15    Q.   You can read it into the record.
16    A.   "Two hours after Supreme Court gets Voting
17  Rights Act, Texas AG suppresses minority votes."
18    Q.   And is that --
19    A.   "Voters."  Excuse me.
20    Q.   I'm sorry for interrupting you.
21    A.   Voters.  I don't -- you know, I don't get on
22  the Twitter, but it's something that we would have put
23  out.
24    Q.   And would that have been put out by the
25  communications director?
```

41

```
 1    A.   Yes, he does all that.
 2    Q.   And so it would be fair to say that you learned
 3  about voter ID going into effect some time around when
 4  this tweet got sent?
 5    A.   I couldn't say that.  You know, I don't know.
 6  I just know that it hit us hard and that we probably did
 7  that, put out that tweet.
 8    Q.   Do you remember how you found out or who
 9  informed you?  Let's start with how you found out.
10    A.   Probably the news.  Probably the news.
11    Q.   In the news?
12    A.   Yeah.
13    Q.   And have you continued to keep track of news
14  articles or news stories about voter ID?
15    A.   As much as possible.
16    Q.   Were you interested in whether or not voter ID
17  had taken effect in Texas?
18    A.   Was I interested?  Was I interested in -- we
19  didn't want it to, right.
20    Q.   So yes or no?
21    A.   We didn't want it to take effect.
22    Q.   If you didn't want it to take effect --
23    A.   Right.
24    Q.   -- would that mean that you were interested in
25  whether or not it took effect?
```

Juanita Valdez-Cox - 6/25/2014

42

1    MS. VAN DALEN:  I object if you're asking
2 for a legal conclusion.
3    A.  Yes.
4    MR. WHITLEY:  I'm not.
5    MS. VAN DALEN:  She's trying to answer
6 you.  She's already tried to answer your question.
7    MR. WHITLEY:  Yeah.
8    Q.  (By Mr. Whitley)  So would it be fair to
9 characterize your testimony --
10    A.  Oh, again?  I thought we were done.  Okay.
11    Q.  I'm sorry for interrupting.  Let me see if I
12 can rephrase it in a way that's easier to answer.
13    A.  Okay.  Okay.
14    Q.  If by saying that you didn't want it to take
15 effect means that you weren't interested, would it be
16 fair to characterize your testimony that you were
17 interested in whether or not voter ID had taken effect?
18    A.  We were interested.  We were interested because
19 we didn't want it to take effect.
20    Q.  Thanks.  Now, personally, do you have a
21 driver's license?
22    A.  Yes, uh-huh.
23    Q.  And have you ever voted in the State of Texas?
24    A.  Oh, yes, that's -- many times.  That's a
25 very -- that's a very important privilege to me.

43

1    Q.  And also personally, have you voted since voter
2 ID went into effect?
3    A.  Yeah.  We just had elections, uh-huh.  Yes, I
4 did.
5    Q.  Do you remember which elections?
6    A.  Just these ones that just passed in March.
7    Q.  That would be the March primaries?
8    A.  Yes, it would have, uh-huh.
9    Q.  Did you vote in the run-off in May?
10    A.  In the run-off in May?  In the local elections?
11    Q.  I'm not sure if there was a run-off locally.
12    A.  There was only run-offs in local elections.  I
13 don't remember run-offs in -- that I voted in others.
14    Q.  Do you remember if you voted in the November
15 2013 constitutional amendment election?
16    A.  Yes, I always vote, so --
17    Q.  And you did vote in that election?
18    A.  Yes.
19    Q.  When did LUPE become a plaintiff in this case?
20    A.  Maybe -- maybe four months ago.
21    Q.  And how did LUPE become a plaintiff in this
22 case?
23    A.  How did we become a plaintiff?
24    Q.  Yes.
25    A.  By filing the lawsuit.

44

1    Q.  So how did you personally learn about this
2 case?
3    A.  About the --
4    Q.  The lawsuit, yes, ma'am.
5    A.  The lawsuit?  I think --
6    MS. VAN DALEN:  And I'm going to direct
7 you not to discuss any communications you had with me or
8 any other attorneys with Legal Aid.
9    A.  No, I saw it.  It was in -- I think it was an
10 e-mail that I received or somehow I think it was the
11 NAACP or the -- not LULAC, but there's another one.
12 MALDEF or -- MALDEF, somebody, I heard that there was a
13 lawsuit.
14    Q.  Do you remember who the e-mail came from?
15    A.  No, I don't know if it was just -- I don't
16 remember if it was just an announcement about them
17 taking on this voter ID.  Some kind of announcement, I
18 think, is how I found out.  I think that that would be
19 the way that I would have found out that there was a
20 lawsuit.
21    Q.  You're pretty sure you found out over e-mail?
22    A.  Not 100 percent sure, but I think that --
23 usually that's how I get -- I find out, you know, news
24 of -- there's an on-line newspaper and that's usually
25 where I --

45

1    Q.  What on-line newspaper?
2    A.  It's called the Rio Grande Guardian.
3    Q.  Is there a print copy of that as well?
4    A.  Not that I know of.
5    Q.  They're just an on-line publication?
6    A.  Yes, uh-huh, they're just an on-line
7 publication.
8    Q.  Would you say that that's where you get most of
9 your news?
10    A.  Well, that's the local newspaper, but it covers
11 national, state and local issues.  But then, of course,
12 there's the others, you know, the New York Times or the
13 LA or the Huntington Post.  I mean, you know, we read
14 just different ones, yeah.
15    Q.  Sure.  Do you read all of those on a regular
16 basis?
17    A.  Oh, yes.  I'm a -- yeah.
18    Q.  How much of a --
19    A.  I'm -- yeah, I have that habit now of reading
20 them.
21    Q.  How much in a normal day would you spend
22 catching up on news on any of those publications?
23    A.  Probably my first hour, hour and a half of the
24 morning.
25    Q.  Did somebody approach you about this case?

Juanita Valdez-Cox - 6/25/2014

46

1    A.  No.  We approached -- when it's an issue that
2  impacts our community, I try to find, you know,
3  attorneys that can help us file a lawsuit.  If I -- if
4  the membership is hurting and is discussing something
5  that's going to have a negative impact, that's part of
6  my job, to find somebody that can help us with that.
7    Q.  How did LUPE, as an organization, decide that
8  it wanted to get involved in this lawsuit?
9    A.  Well, we decided, again, because of the -- you
10  know, the meetings that the community organizers have.
11  You know, the GOTV vote that we do when we're knocking
12  on doors and you listen to what the issues are.  The
13  services -- the service providers, when we have people
14  that come in for services, if it's an issue that they're
15  discussing, right?
16        And I talk to the organizers, to the
17  coordinator and I say, look, this is what we're hearing
18  out in the -- this is what I'm getting that's going on
19  out in the community, is this something?  And then
20  they'll say, yeah, you know, all the organizers, or say,
21  no, it was only in this area or -- you know, and that's
22  how we -- and then -- and then we look at is it going to
23  have an impact on the membership.
24        And if it is, then we say, you know what, we
25  need to file a lawsuit, but also we need to do training,

47

1  we need to do educating.  Because the lawsuit is only
2  one piece of it, right?  There's a whole other thing in
3  educating that needs to happen so that the impact is
4  felt less.
5    Q.  Do you remember specifically about this lawsuit
6  how LUPE decided to get involved?
7    A.  We -- through -- through the avenues that I
8  have discussed.  And then we also belong to a coalition
9  of different non-profit organizations.  It was an issue
10  that came up again.  We have a group that is made up
11  just of executive directors and we discussed this issue
12  and everybody was of the same feeling, that it would
13  have a negative impact, and then we decided, you know.
14  Not that I needed for them to decide, I decided for our
15  membership based on conversations.
16    Q.  What is that coalition of --
17    A.  Right.
18    Q.  -- executive directors called?
19    A.  It's called Voces Unidas, Equal Voice Network.
20    Q.  And which executive director -- so that's made
21  up of executive directors from different organizations?
22    A.  Of many different organizations.
23    Q.  Do you know which organizations?
24    A.  Yeah, there's different ones.  I think there's
25  like ten or 12 different organizations.  Some are

48

1  housing, some are health, others are immigration, others
2  are education, you know, wage.  There's different kinds
3  of non-profits that deal with different issues and their
4  executive directors belong to this organization.
5    Q.  And you mentioned earlier that you made the
6  decision to get involved?
7    A.  Yes.
8    Q.  Based on something that you had learned from
9  somebody you had in the field?
10    A.  From the meetings that the organizers have and
11  from the clients that come here, from reading the news,
12  from -- you know, it's not just one thing, of course.
13  You know, this is a decision where you want to spend
14  your limited time that's very busy, you know, on a
15  lawsuit or in depositions, right.  So it's not an easy
16  decision.
17        So it's looking at the impact that it's going
18  to have on a community; the community where I live, the
19  community that I represent in my role as an executive
20  director, a community that I know very well.  And so
21  through all of those different things, I decided, right,
22  with some of the staff that this is what we should do.
23    Q.  You mentioned you had been deposed in the
24  previous voter ID lawsuit?
25    A.  Yes, uh-huh, I did.

49

1    Q.  Which, if we need to bring it up, we will call
2  that Texas v. Holder because that's what that case was
3  called.
4    A.  Oh.
5    Q.  Texas versus Holder.  It was the previous voter
6  ID lawsuit.
7    A.  Okay.  I don't know who it was, but I was
8  deposed on that.
9    Q.  Other than this case and Texas v. Holder, has
10  LUPE gotten involved in any litigation previously?
11    A.  Oh, yes, uh-huh, we have.
12    Q.  What sorts of issues?
13    A.  Way back when -- I think it was in the -- in
14  the '80s when farm workers were denied the right to
15  unemployment compensation.  There was like a freeze, a
16  huge freeze that devastated the crops in the fields.
17  And we would send our memberships from the union at that
18  time, the United Farm Workers, to the Texas Employment
19  Office and we found out that in the '30s when the laws
20  were read and farm workers were left out of receiving
21  unemployment compensation.
22        So the farm workers would go and they would
23  come back and say, there's nothing for us.  And we
24  didn't -- we said, well, why?  There's unemployment and
25  it wasn't your fault, it was nature that finished the

Juanita Valdez-Cox – 6/25/2014

---

**50**

1  crops.  And so at that time we filed a lawsuit.  Oh, you
2  said LUPE.  This is under United Farm Workers.  Do you
3  want just LUPE?  I can just do LUPE.
4     Q.   Just LUPE.
5     A.   Sorry.  I went way back.  Okay.  LUPE.  Yes, we
6  filed against Janet Napolitano when she was the
7  Secretary of Homeland Security because there is a
8  hurricane -- when it's hurricane season and we were
9  concerned about the routes out of the Valley that we
10  could evacuate safely.  And it was for the whole
11  community, not just members because we felt that if --
12  if they were going to check our documents leaving on the
13  bus, if they were going to check our documents at the
14  crossing here, you know, it's in -- where is it, Encino?
15  Or just a little --
16     Q.   I think there's one in Falfurrias.
17     A.   -- before Falfurrias.  Well, no, this other way
18  on 281.  And we felt that it could bottleneck there and
19  that people could be, you know, in danger of -- and then
20  Homeland Security had come in to the McAllen Civic
21  Center and they did a whole training for people.  And in
22  that, it came out in the news that the Homeland Security
23  said that they were going to ask for documents.  And we
24  said, but you know, how is that possible?  Do they not
25  understand that we only have one route out?  On here

---

**51**

1  it's 281.  And how it's going to bottleneck everything.
2  And so we filed against her.
3     Q.   When you say "documents," you mean immigration
4  documents?
5     A.   Yes, uh-huh.  They said -- immigration said
6  that they would -- that they would let people on the bus
7  that had documents.  And the ones that didn't have
8  documents, they will have special shelters.  And we
9  filed because we said, you know, they're really -- where
10  is their head because they don't understand that in a
11  family, you have citizens and you have undocumented in
12  one family.
13          So that means that they're going to get the
14  mother and the grandmother not, or the father and the
15  mother not or the kid.  That's going to create a crisis
16  in the Valley.  And not just for the people that we
17  represent, it's for everybody.  And so we filed a
18  lawsuit against her.
19     Q.   So that was against Homeland Security?
20     A.   Yes, and Janet Napolitano in her role as . . .
21     Q.   Would you characterize that as being an
22  immigration-related lawsuit?
23     A.   An immigration-related lawsuit?
24     Q.   Was it a voting rights lawsuit?
25     A.   No.

---

**52**

1     Q.   Have there been any other voting rights
2  lawsuits that --
3     A.   Oh, you only asked about voting rights?
4     Q.   I did not only ask about it, but now I am.
5     A.   I said, well, you should have told me that
6  because I went into this whole explanation.
7          Oh, okay.  So it's not just about voting
8  rights, but now about voting rights?
9     Q.   Yes, ma'am.
10     A.   Well, just the one you mentioned earlier, that
11  one, uh-huh.
12     Q.   Okay.  Besides the one that's going on now?
13     A.   And the --
14     Q.   And the previous Texas v. Holder, the ID
15  lawsuit?
16     A.   That one, uh-huh.
17     Q.   Any other voting rights?
18     A.   No, not voting rights.  A different -- against
19  the government for different things that they have done
20  that has a negative impact on people we have, but on
21  voting rights, I think it's just this -- I think it's
22  just these two.
23     Q.   Okay.  Is it your opinion that the United
24  States Government cannot win this case without your
25  participation?

---

**53**

1     A.   That they cannot win?  I pray that that's -- I
2  want it to -- I want them to not to win.  So are you
3  saying that if I didn't -- if I don't -- if I'm not part
4  of it as LUPE, the government won't win?
5     Q.   I'm asking if LUPE was not a part of this
6  lawsuit --
7     A.   Okay.
8     Q.   -- do you believe that the United States
9  Government would still be able to win this lawsuit?  And
10  when I mean "the United States Government," I mean the
11  Department of Justice.
12     A.   You-all?
13          MS. VAN DALEN:  No.
14     Q.   (By Mr. Whitley)  No, I'm from the Texas
15  Attorney General's office.
16     A.   Okay.
17     Q.   So I represent the defendants, so I'm defending
18  the law.
19     A.   You're defending the State?
20     Q.   That's right.
21     A.   Okay.
22     Q.   And when I say "the law," I meant SB 14.  I
23  apologize if I was unclear.  The United States is one of
24  the plaintiffs in this lawsuit along with LUPE.
25     A.   Okay.

Juanita Valdez-Cox - 6/25/2014

54

1  Q.  And the United States has also sued the
2  defendants in this action.
3  A.  Who has sued?
4  Q.  The United States.
5  A.  Okay.
6  Q.  So my question to you is:  The United States is
7  a plaintiff, LUPE is a plaintiff.
8  A.  Okay.
9  Q.  Is it your belief that if LUPE was not a
10 plaintiff in this lawsuit, that the United States would
11 lose?
12      MS. VAN DALEN:  And I'm going to object to
13 the question.
14 A.  I'm not -- I'm not understanding it, I guess,
15 really well, but I want us to win.  And if I -- and
16 if -- "us," I mean LUPE.  And if I can help, if LUPE can
17 help in that, I would want that.  We would want that to
18 be.
19 Q.  Fair enough.  It was a tough question.
20 A.  Yeah.
21      MS. VAN DALEN:  And we've objected to it
22 also in writing.
23      THE WITNESS:  Okay.
24 A.  You involved too many people there, the United
25 States and the State and --

55

1  Q.  I apologize.
2  A.  And everybody, right?  I didn't --
3  Q.  I'm not trying to confuse you.
4  A.  Yeah.  No, that's okay, we got it, I think.
5  Q.  Have you been promised or offered anything for
6  participating in this lawsuit?
7  A.  Offered anything?  No.
8  Q.  Have you been promised anything for
9  participating in this lawsuit?
10 A.  No.
11      MS. VAN DALEN:  I told her I would get
12 lunch today.
13 A.  And for you, too.
14 Q.  And I appreciate it.  Other than lunch today
15 during the break, the answer to the previous questions
16 were no?
17 A.  No, no, no.
18 Q.  Before SB 14 passed, did you communicate with
19 your state senator or state representative about the
20 bill?
21 A.  Not that I recall that we did or didn't.
22 Q.  And when I say "you" here, I'm referring to
23 LUPE as an organization or you personally representing
24 LUPE.
25 A.  Are you saying -- are you asking if another

56

1  staff person would or just me?
2  Q.  I'm asking about anybody --
3  A.  Anybody with that?
4  Q.  -- who would be representing LUPE.
5  A.  No, it would be me.
6  Q.  Okay.
7  A.  I don't recall having -- I don't recall, but if
8  I -- if I -- I really don't recall doing that because we
9  weren't -- I don't know why it happened, but I don't
10 remember a lot of news when you-all were doing this.  I
11 don't remember that a lot of news came out.  But if --
12 if it had been -- if it had been very public, I probably
13 would have called them.
14 Q.  Do you remember specifically whether or not you
15 did?
16 A.  No, I don't remember whether I did or not.  But
17 maybe after I found out about it, maybe way later when
18 it passed, I probably -- in my role, I probably would
19 have called and I probably would have called them and
20 probably just got after them, why didn't they do more to
21 stop it.
22 Q.  Do you remember specific --
23 A.  But I don't -- no, I don't.  I'm saying that in
24 my role in other bills, that's probably what I would
25 have done, right.

57

1  Q.  Have you done that for other bills?
2  A.  Yes, uh-huh.
3  Q.  Do you remember specifically what bills you
4  have?
5  A.  In -- I think it was in the session -- I don't
6  remember if it was 2011 session or 2010 session.  There
7  were over 100 pieces of anti-immigrant legislation that
8  was introduced by some very conservative people,
9  representatives, and so I did -- I did that then.
10 Q.  And it was you representing LUPE?
11 A.  Yes, it was.
12 Q.  Opposing those anti-immigrant bills?
13 A.  Correct, yes.
14 Q.  Have you ever contacted or communicated with
15 your state senator or state rep --
16 A.  Oh, many times.
17 Q.  -- other than those bills that you just
18 mentioned regarding --
19 A.  Yes.
20 Q.  -- immigration?  Have you ever contacted them
21 about voting rights bills?
22 A.  Yes, these two bills.
23 Q.  Which two bills do you refer to?
24 A.  The first one that we were involved in in the
25 lawsuit.  But, again, it wasn't -- I don't remember it

58

1  being during the session because I don't remember it
2  being very public information during the session.  But
3  what I am saying is if it -- afterwards when they
4  announced it that it had passed, it would not be rare
5  for me to call them and say, you know, what is this and
6  how disappointed and why -- and what can we do.
7      Q.  I just want to get clear for the record.  There
8  have been two lawsuits --
9      A.  Yes.
10     Q.  -- on one bill.
11     A.  Okay.
12     Q.  So this is just one bill.  And I know it's easy
13  to confuse.  And I get confused, too.
14     A.  Oh, I thought it was two different bills.
15     Q.  So SB 14 is just one bill.  There have been two
16  different lawsuits.  This is the second one.
17     A.  Okay.
18     Q.  And I also want to get clear for the record,
19  did you contact your state senator or state
20  representative, either before SB 14 was passed or after
21  it was passed regarding SB 14?
22          MS. VAN DALEN:  And I'm going to object
23  that she's answered -- you've asked and she's answered
24  that question, but you can try again.
25     A.  Well, I don't remember, like I said, if it was

59

1  before because it wasn't too public.  But if -- if I
2  did, it would have been after -- after.  I wish I had
3  found out about it before and I probably would have.
4      Q.  Do you remember any other voting rights bills
5  that you contacted your state senator or state rep about
6  other than SB 14?
7      A.  There's been others, other type of voting ID
8  that hasn't passed, legislation that has been introduced
9  and where they have tried to make it more difficult for
10  people to vote, but that didn't pass.  But I do remember
11  that there have been other intents and I would have
12  called them about that.
13     Q.  Do you remember specifically whether or not you
14  did?
15     A.  I don't remember specifically because I don't
16  remember how long ago it was and what session it was,
17  but I do -- I do vaguely remember that there was another
18  intent to put some obstacles on voting, but I don't --
19  but I do know that it didn't pass because we're arguing
20  about this one now, right?  So this is probably the only
21  one that passed.  But there were others that were
22  introduced or talked about in the legislature.
23     Q.  So other than bills that were about voter ID,
24  are there any other voting rights bills that you've
25  discussed with your state senator or state

60

1  representative?
2      A.  Not that I can recall right now.
3          MS. VAN DALEN:  An example of a voting
4  rights bill would be like redistricting or changes to
5  voter registration practices.
6      A.  Oh, yeah.  Oh, yes, yes.  Yeah, there was.
7      Q.  I apologize for not clarifying that.
8      A.  Oh, yes, definitely we were involved in that,
9  uh-huh.
10     Q.  And so let's bring up redistricting as an
11  example.  Did you contact your state senator or state
12  rep regarding redistricting?
13     A.  And my congressman.  And actually, I testified
14  in that one, too.
15     Q.  Did you testify in Austin?
16     A.  Yes.
17     Q.  Did you testify in Washington, D.C.?
18     A.  No.
19     Q.  When you testified in Austin, was that
20  regarding the redistricting bill?
21     A.  Yes.
22     Q.  Do you remember when that was?
23     A.  No.  Maybe they started this redistricting
24  when, maybe six or eight years ago.  It's been a while.
25  I don't recall the year, but it was -- it hasn't been in

61

1  the last four years, that I'm sure of.  So it was
2  further back.
3      Q.  Okay.
4      A.  It was the one with the -- it was a
5  congressional because it was our congressman that I was
6  working with.
7      Q.  And what congressman is that?
8      A.  Ours was -- well, they redistrict it again so
9  maybe there is another one.  That one I didn't testify
10  in.  It was Ruben Hinojosa.  But now -- when they
11  redistricted it again, now it's Filemon Vela.
12     Q.  And I asked you before about your state senator
13  or your state representative.  Now I'm going to ask
14  broadly --
15     A.  Okay.
16     Q.  -- whether or not you discussed SB 14, this
17  voter ID bill, with any state senator or any state
18  representative.
19     A.  With our state senator.
20     A.  With --
21     Q.  About this one, SB 14?
22     A.  Yes.
23     A.  Again, if I did, it would have been after the
24  fact because I didn't hear about it until at the end.
25     Q.  Who is your state senator?

62

1    A.  Juan "Chuy" Hinojosa.
2    Q.  Will you be seeking any attorneys' fees in this
3  lawsuit?
4    A.  No.  In all of our lawsuits, that has never
5  been the case.
6    Q.  And you mentioned earlier that you made the
7  decision that LUPE would become a plaintiff --
8    A.  Uh-huh.
9    Q.  -- in this case.
10        MS. VAN DALEN:  I'm just going to -- just
11  backing up.  There has been a claim for attorneys' fees
12  made in this case.
13        THE WITNESS:  But he's asking for LUPE.
14        MS. VAN DALEN:  But to clarify, they would
15  not go to the organization, they would go to . . .
16        THE WITNESS:  Okay.
17        MR. WHITLEY:  So in their complaint they
18  requested --
19        MS. VAN DALEN:  There's a fees claim,
20  yeah.
21        MR. WHITLEY:  When I say "their," I mean
22  LUPE.
23    Q.  (By Mr. Whitley)  When -- after you made the
24  decision that LUPE would become a plaintiff in this
25  case, when did you hire your attorney?

63

1    A.  Oh, my, it was months and months after,
2  actually.  It was the more -- it took months because we
3  kept learning more and more things about the voter ID,
4  that -- the SB 14 that -- we kept learning about it and
5  learning about it, and the more we learned, the worse it
6  got and the worse it got.  And so finally I think it
7  would have been months because it's been maybe only two
8  months since we have the attorney, or maybe three at the
9  most.  So there was a lot that happened before -- or
10  maybe longer.
11    Q.  You mentioned that you learned about "it."
12  Were you learning about the lawsuit or the bill?
13    A.  Oh, the bill.
14    Q.  Where did you get most of your information?
15    A.  Again, from -- from reading, from -- from
16  radio, from TV, from -- of the actual bill from there,
17  of the impacts, obviously it was from the community.
18    Q.  What were you reading?
19    A.  What was going to be --
20    Q.  From where were you reading?  Was it from
21  newspapers?  The Guardian?
22    A.  Again, like I said earlier, the Guardian and
23  the New York Times or the Huffington Post or the LA
24  or -- you know, one of those.
25    Q.  When you were learning that the bill was

64

1  getting, according to your words, worse and worse --
2    A.  Right.
3    Q.  -- did you get information from any other
4  source?
5    A.  From the community.
6    Q.  And those would have been through LUPE's
7  organizers?
8    A.  With the LUPE organizers, but just the
9  community because, you know, if we're in the news, and
10  sometimes if I go -- wherever I'm at, people see me and
11  they say, oh, you were in the news about this and this
12  and, you know, thank you for doing that because it
13  was -- it wasn't right what they were doing or it's
14  going to have an impact on me.  You know, so I can't
15  just say that it was just from LUPE that I was hearing
16  or the organizers, but the community.
17    Q.  Okay.  So when you made the decision that LUPE
18  would get involved in the lawsuit --
19    A.  Right, right.
20    Q.  -- how long after that did you hire your
21  attorney?
22    A.  How long after we made the -- oh, maybe -- it's
23  hard to say.  Maybe -- I don't know.  Months.  Maybe two
24  months or three months after.
25        MS. VAN DALEN:  David, could you -- and

65

1  you can tell me when I'm getting into your business too
2  much, but could you show her the original complaint or
3  just tell her what the date was because I think that
4  might refresh her recollection.
5        THE WITNESS:  I don't remember.
6        MR. WHITLEY:  Absolutely.  And we can mark
7  this as Exhibit 2 I believe we're on.
8        (Exhibit No. 2 was marked.)
9    Q.  (By Mr. Whitley)  And Ms. Cox, that is the
10  first amended complaint.
11    A.  Okay.
12    Q.  So there would have been a complaint that was
13  filed before that.
14        MS. VAN DALEN:  And that's the date I was
15  suggesting might be helpful.  Maybe you can just
16  represent on the record when that was.
17    Q.  (By Mr. Whitley)  And I can represent that the
18  first complaint was filed in November, November 5th.
19    A.  Okay.  Of this year?
20    Q.  2013.
21    A.  2013.  Okay.
22    Q.  And so I believe your lawyer's signature is on
23  that pleading?
24    A.  On this one?
25    Q.  On the original one.

Juanita Valdez-Cox - 6/25/2014

66

1    A.  Okay.
2    Q.  I can verify that.  It is.
3    A.  Time flies.
4    Q.  It does indeed.  So how soon before November
5    5th, 2013 when the original complaint was filed on
6    behalf of LUPE did you decide that LUPE was going to get
7    involved in the lawsuit?
8         MS. VAN DALEN:  If you remember.
9    A.  I'm really trying, but I can't.  I don't
10   remember.
11   Q.  Okay.  And did you reach out to your attorneys?
12        MS. VAN DALEN:  I'm going to object to
13   that question in seeking information that's privileged,
14   attorney/client communications.
15        THE WITNESS:  Don't answer?
16        MS. VAN DALEN:  No, don't answer.
17   Q.  (By Mr. Whitley)  In the previous lawsuit, did
18   you contact your attorneys?
19   A.  In previous lawsuits?  And usually that is the
20   case, I go to --
21   Q.  In the previous voter ID lawsuit that was Texas
22   v. Holder, the previous lawsuit that involved this bill
23   that you were deposed in.
24   A.  Right, uh-huh.
25   Q.  When LUPE decided to get involved in that

67

1    lawsuit --
2    A.  Right, uh-huh.
3    Q.  -- did you contact your attorney?
4         MS. VAN DALEN:  And again, I'm going to
5    object to the question as seeking information protected
6    by the attorney/client privilege and direct the witness
7    not to answer.
8    Q.  (By Mr. Whitley)  Did you speak to any other
9    lawyers when considering whether to become a plaintiff
10   in this suit?
11   A.  In this current one?  To other lawyers.
12        MS. VAN DALEN:  Other than Legal Aid
13   attorneys.
14   A.  Well, I may have talked to our immigration
15   attorney about it, about what we wanted to do, but he's
16   not an attorney in -- he's not the attorney in this
17   case.
18   Q.  And how much are you paying your lawyer per
19   hour to represent you?
20   A.  I have no idea.  I have no idea.  I just -- I
21   just know that they've been -- Legal Aid has been good
22   representatives of the community when we've had to file
23   lawsuits.  But I don't know that they charge at all.
24        MS. VAN DALEN:  And I can stipulate on the
25   record that we're not charging LUPE for our services.

68

1         THE WITNESS:  Yeah.
2    Q.  (By Mr. Whitley)  So other than the deposition
3    prep that we discussed earlier --
4    A.  Right.
5    Q.  -- have you met with your lawyer or any of your
6    other lawyers -- and when I say "lawyers," is it fair to
7    say that that's -- that they're all from Rio Grande
8    Legal Aid, Inc.?
9         MS. VAN DALEN:  Yes.
10        MR. WHITLEY:  And then is Jose Garza from
11   Rio Grande Legal Aid?
12        MS. VAN DALEN:  He has been representing
13   LUPE in his capacity as a staff attorney for Texas Rio
14   Grande Legal Aid.
15   Q.  (By Mr. Whitley)  Are there any other attorneys
16   besides those that work for Rio Grande Legal Aid that
17   represent LUPE?
18   A.  In this case?
19   Q.  Yes.
20   A.  No.
21   Q.  Okay.  So I'm going to ask that question again
22   now that we have that straight.
23   A.  Okay.
24   Q.  Have you met with your lawyers in this case in
25   person before today's deposition other than for the

69

1    deposition prep?
2    A.  On this suit, not just the deposition part --
3    Q.  That's right.  That's correct.
4    A.  -- but others?
5    Q.  That's correct.
6    A.  Yeah, we met once with Jose Garza, it was like
7    maybe 15 minutes.
8         MS. VAN DALEN:  You can just say yes, yes
9    or no.
10        THE WITNESS:  Oh, okay.
11   A.  Yes.
12   Q.  When was that?
13   A.  I don't recall.  I don't recall when that was.
14   Q.  Was it after the lawsuit was filed in early
15   November?
16   A.  I don't recall.  I just recall that it was very
17   brief because -- I don't recall.  It was a very brief
18   visit, so I don't recall when that was.
19   Q.  How long was the visit?
20   A.  Oh, maybe -- oh, maybe ten minutes, 15 minutes.
21   It was really quick because he had a flight to take.
22   Q.  Was it here in the office?
23   A.  Yes, uh-huh.
24   Q.  Other than that occasion, have you met with any
25   of your lawyers about this lawsuit?

70

1    A.   With Marinda, uh-huh.
2    Q.   You've met with Marinda previously about this
3  lawsuit other than the depo prep that you guys did
4  yesterday?
5    A.   Yes, uh-huh.
6    Q.   When was that?
7    A.   I don't recall when it was, but I remember that
8  it was after you were asking for some documents and she
9  had to get them from me.
10   Q.   And was that in person as well?
11   A.   Yes, because she came to pick up the documents.
12   Q.   Was that here at the office?
13   A.   Yes, uh-huh.
14   Q.   Do you remember how long that meeting was?
15   A.   No, I don't remember.
16   Q.   So other than the meeting with Mr. Garza that
17  you don't remember when it took place and the two
18  meetings with Marinda, have you met with any of your
19  attorneys about this lawsuit in person?
20   A.   No.
21   Q.   Have you spoken with your lawyers over the
22  phone before today's deposition?
23   A.   Yes, uh-huh.
24   Q.   Do you know when those conversations took
25  place?

71

1    A.   No.  It wasn't like months ago.  I mean, it
2  was -- it was during this time, maybe -- maybe last
3  month.
4    Q.   Do you know how many occasions you've spoken
5  with your lawyers on the phone, or any one lawyer in
6  this lawsuit?
7    A.   Maybe once.
8        MS. VAN DALEN:  David, I appreciate you
9  not asking about the actual communications, but
10  nonetheless, I think this is borderline harassment.  I
11  mean, we haven't waived any privilege, nobody else has
12  been present during these communications, we're trying
13  to meet with our clients who participate and help
14  facilitate responding to discovery, etcetera, so if you
15  can move on.
16       MR. WHITLEY:  I certainly don't intend to
17  harass, and I'm certainly not asking for any privileged
18  information.
19   Q.   (By Mr. Whitley)  What is your date of birth?
20   A.   What is my date of birth?
21   Q.   Yes, ma'am.
22   A.   March 22nd, 1947.
23   Q.   And where did you grow up?
24   A.   Here in the Valley.
25   Q.   And your current home address is in Donna, you

72

1  mentioned?
2    A.   Yes, uh-huh.
3    Q.   Do you know where the closest Department of
4  Public Safety driver's license office is?
5    A.   In -- from here, from San Juan, I think the
6  closest one would be I, think, Edinburg.
7    Q.   Edinburg?
8    A.   I think so.
9    Q.   Does the regional office that's between here
10  and Harlingen issue driver's licenses?
11   A.   I don't know.  I don't know if there's a
12  regional office here.
13   A.   I saw a sign on my drive on the way.
14   A.   Oh, I don't know.  I know there's one in
15  Edinburg, uh-huh.
16   Q.   How far away is Edinburg?
17   A.   Maybe 25 minutes or so.
18   Q.   Do you know what forms of identification you
19  need to show in order to be able to vote under SB 14?
20   A.   Under SB 14, well, there's a list.  There's a
21  list of them.  I know one is a driver's license, a birth
22  certificate.  And I remember one because I couldn't
23  believe that they didn't accept the student ID, but they
24  would accept a gun ID or a gun permit or something like
25  that, which I thought was absolutely awful.  But anyway,

73

1  that's one of them.  I don't remember the others.
2    Q.   So you mentioned a driver's license?
3    A.   Right, yeah.
4    Q.   And a concealed handgun license?
5    A.   Is that what that one is?  Yes, uh-huh.
6    Q.   Are you aware that a Texas personal
7  identification card is acceptable on election date to
8  vote?
9    A.   I think that's on the list, too.
10   Q.   Are you aware that a U.S. passbook --
11   A.   Yes, I saw that on the list, too.
12   Q.   I mispronounced that.
13   A.   Passport.  Yes.
14   Q.   Passport book or card is acceptable on election
15  day to vote?
16   A.   I don't know if it says book; it says a U.S.
17  passport.
18   Q.   Are you aware that a U.S. military ID with a
19  photo is acceptable on election day to prove your
20  identity?
21   A.   I don't remember that one.
22   Q.   And are you aware that a U.S. citizenship
23  certificate or certificate of naturalization with a
24  photo is acceptable?
25   A.   I think I saw that one, yes.

74

1    Q.   Were you made aware of these during the
2  previous litigation?
3    A.   I saw them on the -- I saw them on the
4  information that went out, you know, when the -- when
5  the bill passed.  The State, I think it was, sent out
6  information as to what was going to be required.  And it
7  had that list on there.
8    Q.   Has anyone from LUPE offered to tell anyone
9  what forms of identification are needed to be able to
10  vote in Texas?
11    A.   Has anyone from LUPE offered to -- yeah.
12    Q.   And who would LUPE have given this information
13  to?
14    A.   To the community.  And that's a lot of staff at
15  LUPE, not just one staff.  Because remember I said we
16  have five organizers that work out in the community,
17  plus the social service providers.
18    Q.   I do remember that.
19    A.   Okay.  So that -- so it's those people.
20    Q.   So --
21    A.   That staff, I mean.
22    Q.   Through those two groups of people, the
23  requirements to vote on election day are communicated to
24  LUPE's members and the general community?
25    A.   Yeah, because we want to make sure that they --

75

1  that they vote, right.  And we communicated that.  And
2  that's when we found out that it would have a negative
3  impact because many of them didn't have that.
4    Q.   And are there specific pieces of information
5  that LUPE uses to get that message across when those two
6  groups of LUPE agents are out in the field?
7    A.   Yeah, like a flyer.  We put it on paper and
8  hand it out.
9    Q.   Is that the voter ID flyer that we mentioned
10  earlier in the deposition that's already been produced?
11    A.   Yes, we have a flyer that we give out -- we
12  gave out.
13    Q.   And you can confirm that it's already been
14  produced to us in the litigation?
15    A.   Yes, I turned it over.
16    Q.   Okay.  Has anyone from LUPE offered to take
17  anyone to get one of the forms of identification to be
18  able to vote in Texas?
19    A.   No, we can't.  We're really very busy.  And
20  when you go to the -- like when I go to renew my
21  license, it's like an all day thing.  There's lines.
22  There's always lines.  Right.  And so it takes a long
23  time.  So we don't have the staff or the resources to be
24  able to do that.  It would be good, but we just can't.
25    Q.   Do you know whether a free ID is available to

76

1  people who need to obtain one of the forms of
2  identification needed to vote under --
3    Q.   Do I know if it's available?
4    Q.   Uh-huh.  Under SB 14?
5    A.   No.  Do I know if it's available for free?  I
6  think I heard something -- something about that it --
7  later, I think, it was that it was free, that they could
8  be provided for free, yes.
9    Q.   Do you know what the free ID is called?
10    A.   Isn't it the Texas ID?
11    Q.   It's a -- the free one is the election
12  identification certificate.
13    A.   The one we have now, the voter card?
14    Q.   So you've got your driver's license?
15    A.   Yes.
16    Q.   So you don't need an election identification
17  certificate.
18    A.   Okay.
19         MS. VAN DALEN:  It's a photo ID that can
20  be used only for voting.
21    A.   I haven't seen one of those.
22    Q.   Were you aware that it existed?
23    A.   Vaguely I remember somebody saying that it
24  existed.
25    Q.   Do you know that there's no expiration date for

77

1  those IDs that I mentioned?  And we'll call them EICs
2  because they're election identification certificates.
3    A.   No, I didn't know that.
4    Q.   Did you know there's no -- well, let me finish
5  my question.
6    A.   Okay.
7    Q.   Do you know there's no expiration date for EICs
8  issued to citizens 70 years of age or older?
9    A.   That it's --
10    Q.   So if you're 70 or older --
11    A.   Uh-huh.
12    Q.   -- and you get issued an EIC, it does not
13  expire, did you know that?
14    A.   No, I didn't know that.
15    Q.   Are you aware of the supporting documentation
16  needed to obtain an election identification certificate?
17  You mentioned birth certificate earlier.
18    A.   Right, right.
19    Q.   Do you know any of the other ones?
20    A.   The birth certificate, to get it.  Probably the
21  passport, the driver's license, and the gun permit.
22    Q.   I don't think you can use the gun permit.
23         MS. VAN DALEN:  Or the passport or the
24  driver's license.
25         MR. WHITLEY:  Well, you can use --

78

1      MS. VAN DALEN:  An old one.
2      MR. WHITLEY:  Yeah, you can use an old
3   driver's license.  You're exactly right.
4      THE WITNESS:  Well, I thought that's what
5   you -- okay.
6      MR. WHITLEY:  An expired one.
7      THE WITNESS:  Okay.
8   Q.  (By Mr. Whitley)  And that would be within two
9   years of expiration.  So you can go and present a
10  driver's license that's been expired for, for example, a
11  year and a half, and that's good enough to get an EIC.
12  A.  Okay.
13  Q.  And you mentioned birth certificate.
14  A.  Uh-huh.
15  Q.  Were you aware that an original or certified
16  copy of a court order with the name and date of birth
17  that indicates a name change and/or gender is acceptable
18  as supporting identification?
19  A.  No, I didn't.
20  Q.  Are you aware that U.S. citizenship or
21  naturalization papers without an identifiable photo is
22  acceptable as supporting identification?
23  A.  Without a photo?
24  Q.  Uh-huh.
25  A.  The ones I've seen all have photos, so I

79

1   thought it was a naturalization with a photo.
2   Q.  And when I say "supporting identification,"
3   that means a supporting document to get an EIC.
4   A.  No, I didn't know that.
5   Q.  Did you know that a voter registration card is
6   an acceptable form of identification to get an EIC?
7   A.  I really hadn't heard about the EIC.
8   Q.  Okay.  School records, had you heard that
9   school records could be used?
10  A.  No.
11  Q.  Is it safe to say that you hadn't heard about
12  any of the other supporting forms of identification to
13  get an EIC?
14  A.  The EIC is the -- is -- you're saying that
15  that -- that with your voter card you can vote, is that
16  what you're saying?
17  Q.  Of course you can.
18  A.  You can vote without your voter card if you
19  have your picture ID.  And so the EIC is a picture ID
20  that if you don't have one of the supporting forms of
21  ID, like one of the other forms --
22  A.  Uh-huh.
23  Q.  -- and you need an EIC because you can't afford
24  one of the other forms for various reasons, the EIC is
25  the one that's used just for voting.
A.  Okay.

80

1   Q.  So those are the supporting identifications I'm
2   going through.
3   A.  Okay.
4   Q.  The supporting identification is what you use
5   to get one of those EICs.
6   A.  Okay.
7   Q.  And I can continue through the list, but it's
8   really long.
9   A.  Okay.
10  Q.  And --
11  A.  I don't think --
12  Q.  Based on your attorney's previous objections --
13  and I'm not here to harass you.
14  A.  Right.
15  Q.  I do want to just kind of move along in the
16  deposition by being able to cover these categories of
17  supporting identification so you can confirm whether or
18  not you know that somebody can use that to get an EIC.
19  A.  Well, you know, you can go through the list if
20  you want, but that's not the only objection we have to
21  the voter ID or the ability to get -- to be able to
22  vote.  You know, the transportation issue, the very
23  remote area where colonias are at.  You know, the
24  elderly, you know, that might do this.  And in the --
25  then the bottom line is I just don't -- I just don't

81

1   understand -- I don't understand and I don't see any
2   reason why you need to go -- why this list was
3   established in the first place, you know.  So I -- I
4   just don't understand why we need this list of things
5   when we could vote with a simple -- our voter card.
6   Q.  Let me go through some of the other categories.
7      MS. VAN DALEN:  Can I suggest -- can you
8   just ask her if she knows what supporting documents are
9   necessary in order to get an EIC and she can give her
10  answer?
11  Q.  (By Mr. Whitley)  Yeah.  Do you know what
12  supporting documents are needed to get an EIC?
13  A.  No.
14  Q.  Okay.  Let's go into --
15  A.  But can I say -- can I again tell you why I
16  don't think -- see, because to me --
17  Q.  Of course you can.
18  A.  It's just that I don't understand the reason
19  why that has -- that is -- that was done, right?  And so
20  there's no -- there was -- it was fine the way it was
21  where we were voting with our card.  So, you know, we
22  thank the State for trying to do this, but we don't get
23  it, why it had to change.
24  Q.  So can you describe the purpose and mission of
25  LUPE?

82

1    A.  Well, the purpose is to -- or the mission is
2  to, you know, to help -- to help create a more just
3  society and to -- just to create a more just society
4  that respects the rights of human beings.
5    Q.  Is there a -- is there a stated mission of LUPE
6  somewhere?
7    A.  Yes, uh-huh.
8    Q.  Is it on the website?  Or is it in your --
9    A.  It is, uh-huh.  And our core values also.
10    Q.  The core values are on your website?
11    A.  Yes, uh-huh.
12    Q.  And I think you mentioned earlier that LUPE has
13  been in existence since 2003?
14    A.  Here in Texas, uh-huh.
15    Q.  Where did it exist before that?
16    A.  In California.
17    Q.  It's just California and Texas?
18    A.  No, and Arizona.
19    Q.  It started in California?
20    A.  Yes, uh-huh.
21    Q.  And how was it formed?
22    A.  It was formed by Cesar Chavez and Dolores
23  Huerta in 1989 to -- because they already had the United
24  Farm Workers that was dealing with grievances in the
25  fields for farm workers, but they needed a non-profit

83

1  organization to deal with some of the issues in the
2  community like education or, you know, health, housing,
3  immigration, those community issues, and that's why they
4  created LUPE.
5    Q.  And does LUPE here that you're in charge of,
6  does it have regular meetings of the membership?
7    A.  Oh, yes, uh-huh.
8    Q.  How often?
9    A.  Every first Friday of the month.
10    Q.  Where do they meet?
11    A.  Here.  Not -- here in the hall, in the union
12  hall back here.
13    Q.  Every first Friday of the month, you say?
14    A.  Every first Friday of the month.
15        MS. VAN DALEN:  I think five people is
16  about the capacity of this office here.
17    Q.  (By Mr. Whitley) I was about to say certainly
18  not in this office.
19    A.  No, not in this office.  We have a nice union
20  hall back here that accommodates the meetings.
21    Q.  How many people attend those meetings, just
22  in --
23    A.  Oh, it varies.  It varies.  I think the -- I
24  think the fewest that we have had range from maybe 80 to
25  100 and then it's on up.

84

1    Q.  What is the upper limit?  So on --
2    A.  Well, what fits.  Because once we had a meeting
3  where we didn't fit.  It fits like -- it fits like 200.
4  And then -- but sometimes they -- we have -- you know,
5  we have to open the doors and it spills out outside.  So
6  we've had 500, 800.  When we have the annual Cesar
7  Chavez march, it's over 2,000.  It's -- excuse me, over
8  1,000.
9    Q.  So over 1,000 here in the union hall?
10    A.  No, in and out.  They don't fit inside.  Inside
11  and outside.
12        MS. VAN DALEN:  Off the record for a
13  second.
14        (Off the record.)
15        MR. WHITLEY:  Back on the record.
16        (Exhibit No. 3 was marked.)
17    Q.  (By Mr. Whitley)  I have handed you what's been
18  marked as Exhibit 3, I believe.
19    A.  Uh-huh.
20    Q.  And this is a page from LUPE's website --
21    A.  Oh, how nice.
22    Q.  -- that lays out your members.
23    A.  Yes.
24    Q.  What the description of your members, the
25  membership, the following services and other free and

85

1  discounted benefits.
2    A.  Yes.
3    Q.  And you can see the URL, the website address
4  there at the bottom.  And this was pulled yesterday.
5    A.  Yes.
6    Q.  So how many members does LUPE have?
7    A.  7,000 plus.
8    Q.  And the cost for membership is $40 a person?
9    A.  $40 per person, $60 for a married couple and
10  the students are $20.
11    Q.  And so do you renew -- does a member renew that
12  membership every year?
13    A.  We sure love that.  Some don't.  Some do and
14  some don't, but we do try to have them to renew, try to
15  get them to renew.
16    Q.  How does one become a member?
17    A.  You just walk into the front and you get -- and
18  you get like an application and you fill out the
19  application and you present -- and you pay $40 and you
20  present something to identify you.
21    Q.  What kind of documentation is provided that
22  identifies the people that want to become members?
23    A.  There's different kinds.  You know, there's a
24  number of different kinds of documents that you can
25  bring.

Juanita Valdez-Cox - 6/25/2014

86

1  Q.  Do you know which ones?
2  A.  Some of them.  Like a school ID or a birth
3  certificate from any country or an -- a license also.
4  Q.  So you mentioned earlier that you would like
5  everybody to renew every year --
6  A.  Right.
7  Q.  -- but they don't always renew?
8  A.  Right.  That's correct.
9  Q.  What happens when somebody doesn't renew?  Do
10  they get dropped?
11  A.  No.  We -- not right away.  I mean, we try to
12  get them back.  We call them and we visit them and we
13  give them information.
14  Q.  Do you know how much of LUPE's revenue in a
15  year comes from those membership dues?
16  A.  How much comes from the membership dues?  I
17  don't remember off of my head, but -- I don't remember.
18  I have it somewhere, but I don't remember.  I guess it
19  would be easy to multiply that.
20  Q.  But that would be assuming everybody renews --
21  all 7,000 renew every year, right?  But we're not going
22  to assume that because they don't.
23  A.  No, but these are not renewals, these are --
24  this is -- this is -- this is a yearly.  This is what we
25  have.  We're not counting -- in this number, we don't

87

1  count people that haven't renewed.
2  Q.  Oh, okay.
3  A.  It's an up-to-date database.
4  Q.  So on any given year you can count on 7,000
5  members?
6  A.  6,000, 7,000, 8,000, yeah.
7  Q.  So assuming each of those -- let's call it
8  7,000.
9  A.  Yeah, the only issue with that is that we
10  wouldn't know how many are students --
11  Q.  Right.
12  A.  -- or how many are couples, you know.  That
13  would be --
14  Q.  Or how many are renewing.  Is it true that when
15  you renew, do you get a discount?
16  A.  Yes.  Wow, you do know.  Did you just read
17  this?
18  Q.  I'm looking at it with you.
19  A.  Does it say that, that you get a discount?  Oh,
20  there it is.  Yes, they do get.
21  Q.  Okay.
22  A.  Yes, I see it.
23  Q.  So assuming all of the 7,000 were first time
24  members.
25  A.  Right.

88

1  Q.  And they all paid $40.
2  A.  Okay.
3  Q.  And they weren't married and they weren't
4  students.
5  A.  Okay.
6  Q.  That would be about $280,000?
7  A.  I guess.
8  Q.  So would it be safe to assume that LUPE gets
9  somewhere less than that every year from dues?
10  MS. VAN DALEN:  I'm going to object,
11  assumes facts not in evidence.  You can try to answer.
12  A.  I think it's about that amount.
13  Q.  Okay.  And are there different levels of
14  membership based on how people become a member at all?
15  Or is it just you're a member of LUPE and that's it?
16  A.  Yes.  Well, you're a member -- wait.  What they
17  pay, you're saying?  What they pay as fees?
18  Q.  Not necessarily.  That could be one of the
19  categories.  But what I'm asking is more generally.  Out
20  of all the 7,000 members, are there different categories
21  of members or --
22  A.  The student and the married couple and -- yeah.
23  Q.  Those are the only categories?
24  A.  Uh-huh.
25  Q.  Okay.

89

1  A.  Yeah.
2  Q.  Is LUPE a partisan organization?
3  A.  We are 501(c)(3).
4  Q.  Do you represent any given party, Republican or
5  Democrat?
6  A.  As a 501(c)(3), you can't.
7  Q.  Okay.  Does LUPE accept African American
8  members?
9  A.  Yes, of course.
10  Q.  Are there any African American members of LUPE
11  currently?
12  A.  I don't think so.  We don't have a very large
13  African American community here in the Valley.  I think
14  it's -- I don't think we have very many.  It's mainly
15  Mexican.
16  Q.  Does LUPE accept white members?
17  A.  Definitely.
18  Q.  Does LUPE currently have any white members?
19  A.  We do, actually.  Not, of course -- not very
20  many because, again, the Valley is mainly predominantly
21  Mexican American, but we do.
22  Q.  Does LUPE accept -- would it be fair to say
23  that LUPE accepts all other ethnicities if somebody
24  wants to become a member of LUPE?
25  A.  All other ethnicities and also whatever

90

1  profession you're in.  You know, accepts lawyers.
2          MS. VAN DALEN:  She's giving you the sale
3  right now.
4          THE WITNESS:  You know, teachers.
5          MR. WHITLEY:  Sales pitch.  I don't even
6  know if I have $40 with me.
7      A.  We take credit -- we take your card, too.
8  Somebody from the State, I think we can trust your card,
9  right?
10     Q.  I don't know.
11     A.  We're in trouble.
12     Q.  Are there -- so are there any -- to your
13 knowledge, are there currently any members of LUPE of
14 any other ethnicity besides African American, white or
15 Latino?
16     A.  Well, we have -- Latino includes like Central
17 America and South America countries.  If that's included
18 in that description, we do.
19     Q.  Is that what your description of Latino
20 includes for LUPE's purposes?
21     A.  Latinos are Hispanics, uh-huh.
22     Q.  What's the difference between that, between
23 Latino and Hispanic to LUPE?
24     A.  I think Latinos is like it includes more, like
25 people from not only Mexico, but Central American

91

1  countries or South American countries and Hispanic -- I
2  don't know if this is the way it is.  That's how I just
3  understand it is mainly --
4      Q.  Sure.  And that's all I'm asking.
5      A.  -- Mexican American, Mexican people.
6      Q.  So besides how you would define Hispanics or
7  Latinos, besides those two, white, African Americans,
8  are there members of any other ethnicity of LUPE
9  right now?
10     A.  Maybe some Native Americans.
11     Q.  Do you know if there have been any other
12 members from any other ethnicity of LUPE?
13     A.  Like what?  Like which ones?  Do you know of
14 any more?  I can't think of them.  Do you know of some?
15         MS. VAN DALEN:  Southeast Asia.
16     Q.  (By Mr. Whitley)  Sure.  Asian?
17     A.  Probably not.
18     Q.  And I think you mentioned earlier when we were
19 talking about your position, but remind me again, how
20 many employees or staff does LUPE --
21     A.  It's like 25 or -- between 25 and 27, uh-huh.
22     Q.  And that's in all of the offices in South
23 Texas?
24     A.  Yes, uh-huh, yes.
25     Q.  And of those 25 or 27, some of those are

92

1  organizers and the social services people?
2      A.  And communications and fund developments and
3  program managers.  You know, there's others also.
4      Q.  And how would you describe who LUPE serves?
5      A.  We service the needs of the community, and that
6  depends on what those needs are.  In one community it
7  could be the lack of transportation, the other one could
8  be, you know, health issues.  Immigration --
9          MS. VAN DALEN:  The question is who -- who
10 you serve, not . . .
11     A.  What we serve.
12     Q.  Who?
13     A.  Who?  Who do we serve?  Well, we just went
14 through the whole list of -- it's mainly the people that
15 we have identified, low income and predominantly Mexican
16 American, but there's others also.
17     Q.  Do you have to be a member of LUPE for LUPE to
18 be able to serve you?
19     A.  No, you don't have to be a member of LUPE.  We
20 have -- we have folks that are not members, but they
21 still need the services.
22     Q.  And so people who are not members of LUPE are
23 able to get some of these services here on Exhibit 3?
24     A.  Exhibit 3?
25     Q.  Where it says --

93

1      A.  Where it says "other free and discount"?
2      Q.  Let's go -- so members receive the following
3  services?
4      A.  Yes, they receive that.
5      Q.  And are there non-members of LUPE that receive
6  those services?
7      A.  Yes.
8      Q.  Does LUPE maintain an active list of its
9  members?
10     A.  An active?  Yes, we try, uh-huh.
11     Q.  And you mentioned before that LUPE is a
12 501(c)(3)?
13     A.  That is correct.
14     Q.  Which means that LUPE is a non-profit?
15     A.  Yes, we are a non-profit organization.
16     Q.  From where does LUPE receive funding?  We've
17 discussed earlier --
18     A.  The members.
19     Q.  -- the member fees?
20     A.  Uh-huh, yes.
21     Q.  Does LUPE receive donations?
22     A.  Yes, uh-huh.
23     Q.  Individual -- from individuals?
24     A.  Yes.
25     Q.  From corporations?

Juanita Valdez-Cox - 6/25/2014

94

1    A.  No.
2    Q.  Does it receive sponsorships?  Do people
3    sponsor events that LUPE puts on?
4    A.  Yes.
5    Q.  And LUPE engages in some fund-raising, you
6    mentioned before?
7    A.  A little bit, yeah, we're just starting that,
8    uh-huh.
9    Q.  And the only dues that LUPE has are the $40 a
10   year dues?
11   A.  Or 60 or, yeah, or 20, uh-huh.
12   Q.  Depending on who you are?
13   A.  Right.
14   Q.  And that's represented on the website --
15   A.  Right.
16   Q.  -- as depicted in Exhibit 3?
17   A.  Uh-huh.
18   Q.  Do you know generally how those funds are
19   allocated?
20   A.  How they are allocated?  In our budget?  No, I
21   can't -- the money that comes in -- you asked earlier,
22   you know, about the money that comes in and how we use
23   it, is that -- I said for salaries and benefits.
24   Q.  Sure.
25   A.  And then the programs.

95

1    Q.  You mentioned salary, benefits.
2    A.  Benefits and the programs.
3    Q.  Programs?
4    A.  Right, uh-huh.
5    Q.  Anything else you can think of?
6    A.  Well, by programs, I mean the work that we do,
7    our social services and our organizing, right?  But the
8    membership funding, we also -- we also charge for
9    services, so there's some more money that comes in
10   through our social services.
11   Q.  So a member of LUPE for the first time would
12   pay $40 to become a member?
13   A.  Uh-huh.
14   Q.  And then there are some services that LUPE
15   provides that's an additional fee?
16   A.  Oh, yes, uh-huh.
17   Q.  What are those fees?
18   A.  That's a big part of it.  It depends.  For
19   example, in the tax preparation, it depends if you're
20   doing a 1040EZ, a 1040 or 1040X.  You know, it just
21   depends on what kind of income tax you're filing.  The
22   cost is based on that.
23   Q.  Is it based on the complexity of the filing and
24   how many forms are required by the IRS?
25   A.  Yes.

96

1    Q.  Or is it based on how many hours somebody
2    spends to prepare?
3    A.  No, just on the -- on the complexity of what is
4    required to fill your taxes.
5    Q.  Do you know about how much that usually costs
6    for -- let's just pull an example of somebody who had
7    used that service.  Do you know how much that would cost
8    somebody?
9    A.  I don't -- I don't know.  I just know that like
10   the 10 -- if you're a single person, what they call the
11   1040EZ is like the least expensive one.
12   Q.  Do you know how expensive that is?
13   A.  Maybe 20 or 25.  Between 20 and 30.
14   Q.  And that would be in addition to the $40 fee to
15   join LUPE, correct?
16   A.  Yes, but if they're already a member obviously.
17   If they are a member and then they come just in for the
18   taxes, we only charge them the taxes, not the membership
19   because they're already members.
20   Q.  Right.  So again, just to be clear for the
21   record --
22   A.  Right.
23   Q.  -- if I wanted to become a member of LUPE
24   today, I would pay $40?
25   A.  Yes.

97

1    Q.  Assuming my credit card got accepted.
2    A.  Okay.
3    Q.  And then if I wanted LUPE to help me with my
4    taxes --
5    A.  That's extra.
6    Q.  -- I would come in and pay -- if it was only a
7    1040EZ --
8    A.  Right.
9    Q.  -- I would pay $25?
10   A.  Between 20 and 30.  I'm not exactly -- yeah,
11   20, 25 or 30.
12   Q.  Do any of the other services provided by LUPE
13   require an additional fee to be paid?
14   A.  All of those that are listed there.
15   Q.  In Exhibit 3?
16   A.  Yes.
17      MS. VAN DALEN:  The ones that says
18   "services at low cost"?
19      THE WITNESS:  Yeah.
20   Q.  (By Mr. Whitley)  So tax preparation we've
21   discussed.
22   A.  Uh-huh.
23   Q.  How much does immigration services run?
24   A.  It also depends on the form that you're filing.
25   You know, is it for --

98

1   Q.   Let's go from low end to high end, if you know.
2   A.   I don't do -- I don't do immigration services,
3   but I see the -- let's see.  I think it goes from -- I
4   think what they call the simple one is like a 990 when
5   you renew.  Your employment record, I think -- maybe
6   that's --
7         MS. VAN DALEN:  I just caution you not to
8   guess.
9   A.   I'm not sure.
10  Q.   Sure.  If you're not sure, you're not sure.
11  A.   Right.
12  Q.   If you do know, let me know.
13  A.   I'm not sure because we have -- under
14  immigration, it's a whole bunch of forms.  There are
15  like, oh, I would say that we fill out many -- like
16  maybe 15 or 20 different kinds of forms that immigration
17  requires and each one has a different cost.
18  Q.   Do you know how much one would cost?
19  A.   We just changed prices on them and we just
20  changed the cost and I don't remember.
21  Q.   What did the cost change from?  What was the
22  old price?
23  A.   From -- we increased it.  I think we increased
24  it $5 or $10.
25  Q.   That was the amount of the increase?

99

1   A.   On each of the different -- or not on each.  On
2   some of the forms, the ones that we -- that the staff --
3   social service staff is taking like longer on or needed
4   a lot of copies, based on that.
5   Q.   So bigger forms require more copies?
6   A.   Yes.
7   Q.   And increase the fees?
8   A.   Yes, and more time.
9   Q.   Do you remember what the price of one form was
10  before you increased it $5 or $10?
11  A.   For example, which one is it that they do?
12  They do -- I think, for example, the FOIA that we do for
13  immigration was -- I think before it was -- I want to
14  say like maybe 40 and we went to 50.
15  Q.   Okay.
16  A.   Somewhere in there.
17  Q.   So that was immigration services?
18  A.   I think.
19  Q.   The next thing on the list in Exhibit 3 is
20  notary services?
21  A.   Yes.
22  Q.   Do you know how much LUPE would charge for a
23  notary service?
24  A.   Those are only like $5.  You know, like $5,
25  uh-huh.

100

1   Q.   And then the last thing on that list is birth
2   certificate and marriage certificate translations?
3   A.   Right.
4   Q.   Do you know how much that would cost?
5   A.   No, because those are done as part of the --
6   every immigration packet -- package includes those and
7   that's part of the -- that's part of the cost.
8   Q.   So the cost of translating a birth certificate
9   or marriage certificate would be --
10  A.   Go with immigration.
11  Q.   -- looped into the immigration services?
12  A.   Yes.  It's required by immigration as part of
13  that.
14  Q.   I think we're done with Exhibit 3.
15  A.   Oh, good.  I thought you were going to say
16  we're done.
17        MS. VAN DALEN:  That would be a gift.
18        THE WITNESS:  That would be so nice.
19  Q.   (By Mr. Whitley) So can you -- do you know
20  whether or not LUPE has monitored voter ID legislation
21  in other states besides Texas?
22  A.   Monitored?  What does that -- what do you mean
23  by that, monitor?
24  Q.   Monitor could mean specifically following a
25  bill that was filed in another state or a law that was

101

1   passed in another state.  We're just talking about voter
2   ID.
3   A.   Voter ID.
4         MS. VAN DALEN:  It could include reading
5   about it in the paper.
6   Q.   (By Mr. Whitley) It could include reading
7   about it in the paper, it could include following a
8   lawsuit about another state's voter ID law.
9         MS. VAN DALEN:  Perhaps I should object
10  because it's such a vague question.
11        MR. WHITLEY:  That's a big question.
12        THE WITNESS:  Yeah.
13  Q.   (By Mr. Whitley) So do you know of any other
14  voter ID legislation in any other state besides Texas?
15  Are you familiar with --
16  A.   I think -- I think I read about one in -- what
17  state was it?  Oklahoma?  It was one of the southern --
18  it was Oklahoma or -- I heard on the news on the TV
19  about some law, some voter ID law that I said, wow,
20  that's as bad as ours or worse.  But I don't remember if
21  it was -- if it was Oklahoma.  It was -- or Michigan.  I
22  don't know.  I don't remember.  But I did -- I do
23  remember hearing about other -- another state that
24  had -- that had a voter ID issue.
25  Q.   Have you -- LUPE, has anyone from LUPE or you

102

1 personally communicated with members of other state
2 legislatures regarding any voter ID legislation?
3   A.  No, nuh-huh.
4   Q.  And have you exchanged documents or any
5 materials about such legislation with other state's
6 legislatures?
7   A.  No, nuh-huh.
8   Q.  Let's talk some more about voter outreach and
9 voter education.
10   A.  Uh-huh.
11   Q.  You mentioned earlier that the organizers
12 and -- remind me again the other category of people?
13   A.  Service providers.
14   Q.  And service providers educate the public about
15 voter ID?
16   A.  Yes, uh-huh.
17   Q.  And you mentioned that they used a flyer.  Do
18 you know if there are any other resources used to
19 educate the public on voter ID?
20       MS. VAN DALEN:  I'm going to object.  I
21 think that's a vague question.
22       MR. WHITLEY:  Okay.
23       MS. VAN DALEN:  You can answer.
24   Q.  (By Mr. Whitley)  To the extent you know, you
25 can answer.

103

1   A.  Through the meetings.  You know, we have
2 meetings in the community and meetings here.
3   Q.  So let me try to clarify it.
4   A.  Okay.
5   Q.  There's a flyer that the organizers and the
6 support -- the services people use?
7   A.  Uh-huh.
8   Q.  Do you know what that flyer contains?  What
9 information that flyer contains?
10   A.  It has what to expect from the voter ID, like
11 what -- what is it and how is it going to -- how could
12 you get ready for it?  What did you need to have.
13   Q.  Specifically in the same way that that flyer is
14 used, are any other flyers or specific printed
15 information used by organizers or services?
16   A.  Actually, we put together a booklet on it, too,
17 with many pages on -- not just on that, but voter ID was
18 one of the issues.  We had a big -- a big candidates
19 forum and we gave those out to educate the people and we
20 asked the candidates about their -- we asked them a
21 question on the voter ID.  I don't remember the question
22 exactly, but we did ask them about voter ID.  And that
23 was a huge event that we had here in McAllen.
24   Q.  Do you know if that packet has been produced?
25   A.  I don't remember.  Oh, yes.  Yes, uh-huh, it

104

1 was.  Yeah, I remember that event.  And it was very
2 expensive because at that place that we had it, even the
3 water was very expensive.  Yeah, we went to get a bottle
4 of water and it was like $1.50 or $2, something like
5 that.
6   Q.  That's less than what I paid for my water at
7 the airport.
8   A.  I know, they really --
9   Q.  The airport gets you.
10   A.  So it was expensive there.
11   Q.  Does LUPE engage in any activities related to
12 assisting voters during elections?
13   A.  Assisting meaning there's many ways.
14   Q.  Let's go in terms of helping them to the polls.
15   A.  Very, very, very, very few.  And like very --
16 for example, we usually have a number that we give them
17 to call the elections office, you know, but we don't do
18 that.  That would take a lot of -- we do some, but not
19 very many.
20   Q.  The number that you give them to call is of the
21 county elections office?
22   A.  Yes, uh-huh.  Yvonne, Yvonne Ramon, uh-huh.
23   Q.  And is she the Hidalgo County elections
24 administrator?
25   A.  Yes, uh-huh, yes.

105

1   Q.  And that number is for a ride to the polls?
2   A.  Well, that number is for any questions,
3 actually, that they may have.  And if anybody knows who
4 can give rides, I would think, and any questions, it
5 would be -- she's in charge of that.
6   Q.  So you said very few times has LUPE given
7 rides?
8   A.  Yes, uh-huh.  Yeah.
9   Q.  Do you remember the last time that it happened?
10   A.  Probably the last -- probably the last election
11 again.  Probably in March.
12   Q.  March of 2014?
13   A.  Uh-huh, yes.
14   Q.  How about voter registration, does LUPE help
15 people register to vote?
16   A.  Yes, that's very, very important.  We do that a
17 lot, uh-huh.
18   Q.  How often?
19   A.  All the time.  We have stacks of voter
20 registration cards.  So if you're not registered, we can
21 do it for you like really quick.  We do that a lot in
22 all of the offices, inside, outside with the organizers,
23 year-round, yeah.  That's very important to us.
24       MR. WHITLEY:  And I think it's noon.
25       MS. VAN DALEN:  We can go off the record.

106

1    MR. WHITLEY:  So we can go off the record.
2        (A recess was taken for lunch.)
3    MR. WHITLEY:  For the record, Ryan, will
4  you please state your name?
5    MR. KING:  Sure.  Ryan king.
6    MR. WHITLEY:  From the Department of
7  Justice, correct?
8    MR. KING:  That's correct.
9    Q.  (By Mr. Whitley)  Okay.  Ms. Cox, Exhibit 2, I
10  think, is before you?
11   A.  Yes.
12   Q.  And do you know what that document is?
13   A.  This is the lawsuit.
14   Q.  Yes.  It's the complaint.  It's you-all's
15  amended complaint.  Have you seen that before?
16  Obviously you saw it earlier in the deposition?
17   A.  Right.
18   Q.  Did you assist in the preparation of that
19  complaint?
20   A.  Well, the -- with the lawyers.  You know, they
21  asked some questions.
22   Q.  On the first page, do you see LUPE there listed
23  as one of the plaintiffs?
24   A.  Yes, uh-huh.
25   Q.  Then if you would, follow me to paragraph 13.

107

1  It should be on page 3.
2    A.  Yes.
3    Q.  Do you understand that this complaint is filed
4  by your attorneys on your behalf in this lawsuit?
5    A.  Yes.
6    Q.  If you would, read me the second sentence of
7  number 13, starting with "LUPE was founded."
8    A.  "LUPE was founded by Cesar Chavez to help meet
9  the advocacy and organizing needs of low-wage workers
10  and their families."
11   Q.  And, again, just for the record, that was
12  founded by Cesar Chavez in what year?
13   A.  1989 in California.
14   Q.  And then will you start with the next sentence
15  that starts "LUPE has operated."
16   A.  "LUPE has operated an office in San Juan,
17  Hidalgo County, Texas, for over ten years and also has
18  offices in the cities of Alton, Las Milpas, Mercedes and
19  Edcouch, Texas.
20   Q.  And that includes all of the LUPE offices in
21  Texas?
22   A.  Yes, uh-huh.
23   Q.  What about -- so it started in California and
24  then it moved to Texas; is that correct?
25   A.  Well, actually, it moved to Arizona first and

108

1  then to Texas.
2    MS. VAN DALEN:  It moved or expanded?
3    A.  It expanded.  You're right, yes.
4    Q.  So it still exists in California?
5    A.  It existed at that time; it doesn't now.  At
6  one point it existed in California and Arizona, and then
7  now it's just in Texas.
8    Q.  So is there a part of LUPE that still runs in
9  California at this moment?
10   A.  No, nuh-huh.
11   Q.  When did the California version of LUPE cease
12  operations?
13   A.  I don't recall the date exactly, but it -- but
14  maybe around -- maybe, what, maybe around 2000 --
15  somewhere around 2001.  Between 2001 and 2004, around
16  that time.
17   Q.  Okay.
18   A.  Well, that's what I remember.
19   Q.  And then so the next sentence in that complaint
20  starts with "the organization has more than"?
21   A.  Yes, more than 7,000 members.
22   Q.  Is that just in Texas?
23   A.  Yes, uh-huh.
24   Q.  And then let's go to two sentences later that
25  starts with "in response to."

109

1    A.  "In response to passage of the Texas voter
2  identification law, LUPE staff diverted significant
3  resources to educating their members and the larger
4  public on the new laws requirements."
5    Q.  Is that true?
6    A.  Yes, uh-huh.
7    Q.  In what way were significant resources
8  diverted?
9    A.  In -- in how -- in the discussions we had
10  earlier when I -- when I talked about the organizers
11  that do the work out there, and then I talked about the
12  social services, and I told you about like John Michael,
13  you know, with us.  So it's --
14   Q.  Is John Michael -- I'm sorry for interrupting.
15   A.  -- the involvement of the staff.
16   Q.  Is John Michael the communications director?
17   A.  Yes, he is.
18   Q.  Do you know what portion of the budget
19  financial resources were diverted by LUPE?
20   A.  A percentage?  No, I don't know.
21   Q.  Okay.  The next sentence starts with "these
22  efforts were undertaken."  Will you read that one for
23  me, please?
24   A.  "These efforts were undertaken to minimize the
25  number of otherwise eligible voters who would be unable

110

1  to vote."
2      Q.  Has LUPE had any success in those efforts?
3      A.  Have we had what again, please?
4      Q.  Any success in those efforts?
5      A.  I hope so.  To -- to -- you mean for them to be
6  able to get the documents required so they can vote?
7      Q.  Yes, ma'am.
8      A.  I don't know how -- I hope so.
9      Q.  Do you know --
10      A.  Slowly it's going to get into.
11      Q.  -- specifically whether or not LUPE has had any
12  success in minimizing the number of otherwise eligible
13  voters who would be unable to vote?
14      A.  Let me read it again.  I think -- I think that
15  we did some.
16      Q.  Do you remember any specific instances?
17      A.  Well, no, because you rely on that -- you know,
18  that folks actually read the flyer that you give them
19  and that can come up with the documents to do that, to
20  be able to go and get their ID.  But we don't know that,
21  that that is the -- that is the case for sure.  We don't
22  know.  We don't have ways of tracking that.
23      Q.  And we talked about the flyer before.
24      A.  Right.
25      Q.  Other than the flyer, was any other publication

111

1  involved in those efforts to minimize --
2      A.  Yeah, remember I told you about the -- I'm
3  sorry.
4      Q.  No, go ahead.
5      A.  I told you about the booklet and about the form
6  and about the meetings, the community meetings, and the
7  services.
8      Q.  Written material would just be the booklet and
9  a flyer?
10      A.  And the -- no.  And the -- and the press
11  release that we talked about, the press release.
12      Q.  And I was a little unclear on the press
13  release.  Do you remember when that was issued?
14      A.  No, but we have a copy of that.  They have a
15  copy of it.  You have a copy.
16          MR. WHITLEY:  And we can put this into the
17  record as well.
18          (Exhibit No. 4 was marked.)
19      Q.  (By Mr. Whitley)  So that's Exhibit 4.  Is that
20  the press release you were referring to earlier?
21      A.  Yes.
22      Q.  Can you read me the date on the press release?
23      A.  This one was August 30th, 2012.
24      Q.  Around do you remember earlier when we were
25  discussing when voter ID was put into effect?

112

1      A.  Uh-huh.
2      Q.  The tweet that I showed you from LUPE's --
3      A.  Right.
4      Q.  -- Twitter feed, do you remember the date of
5  that?
6      A.  I know it was in 2013.
7      Q.  It was June of 2013.
8      A.  Okay.  Actually, yes, it was June the 26th of
9  2013.
10      Q.  So since June of 2013, has LUPE issued any
11  press releases regarding voter ID?
12      A.  After June 2013?
13      Q.  Uh-huh, yes, ma'am.
14      A.  Other press releases?  I'm not sure.  I'm not
15  sure.  We might have, but I'm not sure.  I just don't
16  see how this could be the only one, but I don't remember
17  exactly.  We may have.
18      Q.  Okay.
19      A.  This was a very important issue, so I think
20  that we may have.
21      Q.  But you can't remember for sure?
22      A.  No.
23      Q.  And back to Exhibit 2, if you would, the
24  complaint that we were looking at earlier.
25      A.  Okay.

113

1      Q.  If you would, turn to page -- it should be page
2  17.  And I'm looking for paragraph 90.
3      A.  Okay.  17.  Okay.  I got it.
4      Q.  Will you read the first sentence in paragraph
5  90?
6      A.  "Plaintiff La Union del Pueblo Entero has
7  citizen members who lack the necessary identification to
8  vote under the requirement of SB 14 and who are unable
9  to -- and who are unable to make the financial
10  sacrifices required to obtain or correct or correct such
11  identification documents."
12      Q.  What would LUPE define as a financial
13  sacrifice?
14      A.  That our membership -- many of our 7,000
15  members are very, very low income people.  And any --
16  any kind of this requirement would place an extra burden
17  on their family.  You know, on very, very low income
18  people.
19      Q.  Can you read the next sentence starting with
20  "further LUPE?
21      A.  "Further, LUPE has had to divert its limited
22  resources to provide voter education services to low
23  income Mexican Americans in the Rio Grande Valley
24  regarding the SB 14 requirements about how its members
25  must comply with the new law."

Juanita Valdez-Cox - 6/25/2014

114

1    Q.  Is that true?
2    A.  Yes, the voter -- yes, uh-huh.
3    Q.  And again, just to be clear, do you know
4  specifically what the amount of resources -- financial
5  resources LUPE has had to divert for this purpose?
6    A.  I don't know the amount, but I know that we --
7  we all put a lot of time into it because, again, as I
8  have stated earlier, it's a very important issue to our
9  membership, to have the right to vote.
10   Q.  Are you aware that one of the forms of
11 supporting documentation to get an EIC is a birth
12 certificate?
13   A.  You said that earlier.  Yes, uh-huh.
14   Q.  And are you aware that if somebody needs a
15 birth certificate for the purposes of getting an EIC,
16 that that person can get it for $2 or $3?
17   A.  No.  I thought earlier you said it was free.
18 That's what I had said that I didn't know it was free.
19   Q.  The election identification certificate is
20 free.
21   A.  Oh, okay.
22   Q.  To get -- are you aware that to get a birth
23 certificate for the purposes of showing it to DPS to get
24 an EIC, which is the election certificate, the birth
25 certificate is $2 or $3?

115

1    A.  No, it's not.
2        MS. VAN DALEN:  I'm going to object to the
3  question as putting facts in evidence.  And let the
4  witness answer.
5    A.  It's -- no.  Remember earlier we also talked
6  about immigration services?  And the birth certificates
7  are much more expensive than that.  I think they run
8  around $26 or $28.
9    Q.  And --
10   A.  That's the information -- you know, that's the
11 work that we do here.  That's how much the birth
12 certificates are when you -- when you send one off to
13 get to the state.  That's the amount that the money
14 order -- more or less that's what they ask for.
15   Q.  I'll represent to you here that if somebody
16 needs a birth certificate for the purposes of getting an
17 election identification certificate, that birth
18 certificate is $2 or $3 maximum.
19       MS. VAN DALEN:  And I'm going to object
20 and dispute that representation.  You can answer the
21 question.  Actually, I don't think there was a question.
22 Go ahead.
23       MR. WHITLEY:  There wasn't.
24   Q.  (By Mr. Whitley)  Did LUPE urge the Department
25 of Justice to sue the State of Texas over SB 14?

116

1    A.  No.
2        MS. VAN DALEN:  I'm going to object to the
3  question insofar as it asks for communications protected
4  by the attorney/client privilege.
5    Q.  (By Mr. Whitley)  You can answer.
6        THE WITNESS:  I can answer?
7        MS. VAN DALEN:  Yes.
8    A.  No, no.
9    Q.  Did LUPE draft any amendments to SB 14 while it
10 was being considered?
11   A.  No, nuh-huh.
12   Q.  Did LUPE write any articles or opinion pieces
13 about SB 14 when it was being considered?
14   A.  Not that I recall.
15   Q.  Does LUPE possess any studies on the effect of
16 SB 14 on minority voters?
17   Q.  Do we have -- do we possess studies?
18   Q.  Uh-huh.
19   A.  Studies?  Except what we know from our work.
20 You know, our experiences, our history of our
21 communities here and the discrimination upon communities
22 and, you know, the low income that they are, the high
23 unemployment.  Based on that, we know that it would
24 be -- that it is -- it's not a study, an official study,
25 but that's -- that's what we use, right, to know that it

117

1  would have a negative impact.
2    Q.  So any data that would have been received from
3  the community has not been compiled into a study?
4    A.  No.
5    Q.  How about reports?
6    A.  That we have done?
7    Q.  Yes, ma'am.
8    A.  LUPE has done?  No, we have not done them.
9    Q.  Is LUPE aware of any reports on the effect of
10 SB 14 on minority voters?
11   A.  I think that I've seen somewhere that -- I
12 remember seeing some numbers that -- on -- I don't know
13 if it was an opinion or an article in the newspaper of
14 how there had been a study done and that it was -- it
15 was having -- they were large numbers.  They talked
16 about thousands of people that were going to be denied
17 the right to vote because of it.
18   Q.  Has LUPE done any reports as an organization on
19 the effect of SB 14 on minority voters?
20   A.  LUPE, we haven't, except our communication with
21 the communities.
22   Q.  Has LUPE estimated the effect of SB 14 on
23 minority voters?
24       MS. VAN DALEN:  I'm going to object to the
25 question being vague.  You can try to answer.

Juanita Valdez-Cox - 6/25/2014

118

1    A.   No, I don't know how many, but as hard as we
2    work to get them registered, to get them the right, you
3    know, so they can vote, one would be too many.
4        Q.   And did LUPE as an organization undertake any
5    efforts to prevent SB 14 from being passed?
6        A.   No.  I think we were pretty busy with other
7    bills.  Had we, I think we would have very much tried to
8    stop it.
9        Q.   What other bills were you busy with?
10       A.   The anti-immigrant legislation that was
11   happening at that time.
12       Q.   Did LUPE attempt to slow down or delay
13   consideration of SB 14?
14       A.   Slow down?  Once it was a law?
15       Q.   No.  Before it was a law, while it was still a
16   bill?
17       A.   No, nuh-huh.  Again, it wasn't very public.
18   You know, that I -- I don't remember it being very
19   public, and we didn't.  But had we known, we would have
20   done something, tried anyway to stop it.
21       Q.   Did LUPE receive any communications, written
22   communications, from its members regarding SB 14?
23       A.   Written, no, just verbal.
24       Q.   Do you recall the previous voter ID bill before
25   SB 14?  It was in 2009.

119

1    A.   The one on the redistricting?
2        Q.   No.  It was a voter ID bill, and it was Senate
3    Bill 362.
4        A.   I don't remember.
5        Q.   Okay.  Do you recall any previous versions of
6    voter ID related bills?
7        A.   I know that there were some, but I couldn't --
8    I don't remember how they were different than this one.
9        Q.   Do you remember whether or not LUPE opposed any
10   of those bills while they were being considered?
11       A.   I don't remember that we did, but I do know
12   that -- I don't remember exactly whether we did or
13   didn't, but we would have.  It would be -- it would be
14   the thing that we would do.  We would oppose them
15   because we don't see any reason to have them, so we
16   would oppose them.
17       Q.   You would normally?
18       A.   We would -- yes, we would normally.  And so
19   based on that, I think that I would say that we
20   probably -- we probably did.
21       Q.   But do you remember specifically whether or not
22   you did?
23       A.   Not specifically.  But based on our history of
24   taking care of the privilege to vote, we probably would
25   have.

120

1    Q.   Does LUPE contend that SB 14 was enacted with a
2    discriminatory purpose?
3        A.   We do.  I do.
4        Q.   What is that based on?
5        A.   Again, it's based on our -- the history of
6    Mexican Americans in South Texas, of minorities in South
7    Texas.  It's based on, for example, my dad had to pay
8    for a poll tax when that made it difficult and harder
9    for him to vote.  I think that, you know, the
10   difficulties of the situation in South Texas with the
11   members that we -- that we represent, I think that it
12   does -- it does deny them -- it does deny them the right
13   to vote.  And because they're all Mexican American, I
14   think that it is discriminatory.
15       And, again, there was no basis, in LUPE's
16   opinion, our opinion, for the change in the law.  There
17   was no basis for obstacles to be placed on people to
18   vote.  And, you know, just the many obstacles that this
19   law places on them, it discriminates their right to
20   vote.
21       Q.   Is it LUPE's position that SB 14 is a poll tax?
22       A.   It's very -- it's -- it's an obstacle like the
23   poll tax was.  And it's -- and it's something that like
24   the poll tax was done to keep low income people to
25   make -- well, actually, to make it harder for them to

121

1    vote because you shouldn't have to pay to vote.
2        Q.   Does LUPE contend that the legislature acted
3    outside normal procedures in enacting SB 14?
4        A.   I don't know what normal procedures you mean,
5    what -- I don't know what that means.
6        Q.   Whatever you would determine.  Whatever your
7    opinion of normal procedures would be in a legislature?
8            MS. VAN DALEN:  And I'll object that the
9    question is vague.  You can answer if you can.
10       A.   I don't know what normal -- no, I don't know
11   what that is.
12       Q.   Okay.  Does LUPE contend that the legislature
13   acted outside its authority in making rule changes?
14       A.   Do they have the authority to do that?  I don't
15   think that anybody should have the authority to take out
16   your right to vote.
17       Q.   Does LUPE contend that SB 14 specifically
18   prevents people from voting?
19       A.   Yes.
20       Q.   In what way?
21       A.   We do.
22       Q.   In what ways?
23       A.   In that it's made it more difficult to vote in
24   that -- in that for years and years and years we've been
25   able to vote with our voter card and now why -- why add

122

1 to that?  In our opinion, there was no reason to make it
2 more difficult.  If anything, the state should
3 concentrate on making it easier for people to vote,
4 right, on doing more to get people to the polls instead
5 of -- instead of what they're doing and making it more
6 difficult.
7     Q.  Does LUPE contend that any legislator who voted
8 for SB 14 did so with discriminatory intent?
9     A.  I think that by -- by voting on the bill in --
10 well, by voting in favor of the bill, I think that
11 that's what they did.
12     Q.  Does LUPE contend that the legislature intended
13 to harm any minority group by enacting SB 14?
14     A.  That's what they did.  That is what -- that is
15 what has happened.  That is what they did.
16     Q.  In what way?
17     A.  By making it more difficult for people to
18 exercise, you know, their right to vote, by placing
19 obstacles on a person's right to vote for no reason at
20 all.  There was no -- no -- there was nothing that was
21 happening that they should -- it was -- it was -- the
22 voting and the voter card, everything was working fine.
23 There was no reason to add anything to that.
24     Q.  Does LUPE believe that it was not given the
25 opportunity to voice its opposition to SB 14 in front of

123

1 the legislature?
2     A.  It was not -- they didn't give us the
3 opportunity?  Again, because -- again, I say that it was
4 kept sort of secret and there was -- it wasn't too
5 public.  We didn't get a lot of notice of what was going
6 on in the legislature.  So I don't know.
7         Maybe they were dealing with it in a -- in
8 secrecy so that we didn't find out until it was already
9 passed and then we had to deal with it.  But if we had
10 been given the opportunity, we would have been there to
11 oppose it.
12     Q.  Does LUPE support the idea that only registered
13 voters should be allowed to vote?
14     A.  Yes, that's -- that's the way it's done.
15     Q.  Does LUPE believe that Texas should make sure
16 that people attempting to vote are registered voters?
17     A.  Do we support the idea that registered
18 voters -- can you repeat that, please?
19     Q.  Absolutely.  Does LUPE believe that Texas
20 should make sure that people attempting to vote are
21 registered voters?
22     A.  Well, that's -- I don't know about the state
23 because that's why you have people at the polls, the
24 judges and everybody else.  They know -- they know the
25 rules and the laws.  And so if you go -- if I go vote

124

1 and I have my card, they decide.  I don't know why the
2 state should be -- should be -- well, if you -- no, I
3 don't think they should be involved.
4     Q.  Are you aware that the local poll workers are
5 acting on state law when they administer elections?
6     A.  I didn't know it was -- I assumed it was state
7 law.
8     Q.  Does LUPE believe that Texas should make sure
9 that people do not vote or attempt to vote in the name
10 of another person?
11     A.  Can you repeat that?
12     Q.  Sure.  Does LUPE believe that Texas should make
13 sure that people do not vote or attempt to vote in the
14 name of another person?
15     A.  I don't think that -- I don't think that that
16 is -- that that is -- that that is right, that people
17 vote under the name of another person.  I don't -- I
18 don't think that that's what's happening.  Does -- well,
19 I can't ask you questions.
20         THE WITNESS:  I was going to ask him
21 something.
22     Q.  (By Mr. Whitley)  Assuming it does, do you
23 think that Texas should make sure that it does not
24 happen?
25         MS. VAN DALEN:  I'm going to object to the

125

1 question as calling for speculation and posing a
2 hypothetical.
3     Q.  (By Mr. Whitley)  You can answer.
4     A.  You know, it doesn't happen.  You know, how can
5 you vote in the name of another person?  You have your
6 voter -- your voter -- your voter card.
7     Q.  Does LUPE acknowledge that voter fraud exists?
8     A.  LUPE acknowledge -- LUPE acknowledges that
9 it doesn't exist.
10     Q.  Does LUPE acknowledge that voter fraud exists?
11     A.  No.
12     Q.  So it's the position of LUPE that voter fraud
13 never takes place?
14         MS. VAN DALEN:  The question has been
15 asked and answered.  You can answer again.
16     A.  I'm saying that in my years of working in this
17 community and, you know, the work that we're involved in
18 with civic engagement and stuff, I don't think that that
19 is something that happens to the point of where the
20 state has to impose these obstacles upon its community.
21     Q.  So it's LUPE's position that voter fraud
22 doesn't exist in Texas or anywhere else?
23     A.  I can't say.  I can't say that that it doesn't
24 exist anywhere else.  I'm saying in our community in
25 South Texas, you know, that I know --

126

1  Q.  So you're saying -- I'm sorry.
2  A.  What I'm saying is I don't think it exists to
3  where it creates an issue for the state to take -- to
4  develop laws that they may be thinking that they are
5  righting -- making right something that is wrong, but
6  they are -- they're making something that is right
7  wrong.
8  Q.  Does voter fraud exist or not?
9  A.  Somewhere in the world probably.
10  MS. VAN DALEN:  I'm going to object to the
11  question as overly broad, vague, ambiguous.
12  Q.  (By Mr. Whitley)  You can answer.  Go ahead.
13  A.  Somewhere probably in the world.
14  Q.  Do you think that SB 14 prevents someone from
15  casting the vote of someone else?
16  A.  Again, these questions seem to be based on
17  something that I can't relate to because that's not
18  something that in my experience happens, and so I just
19  don't think that they are questions that I'd want to
20  address or answer because that's not what I believe
21  happens.  And it's the same thing over and over again
22  that I keep telling you, is that I don't see those as
23  the reasons why you have SB 14.
24  Q.  Has any member or -- strike that.
25  Has any member of LUPE ever expressed support

127

1  for SB 14?
2  A.  No.
3  MS. VAN DALEN:  That you -- I mean,
4  object, it calls for speculation.
5  Q.  (By Mr. Whitley)  Has any member of LUPE ever
6  expressed support for any other voter ID law?
7  A.  No.
8  MS. VAN DALEN:  I'm going to object, it
9  calls for speculation.
10  Q.  (By Mr. Whitley)  You can answer.
11  A.  No, we do not -- I don't think that that
12  would -- that that would happen.  Why -- why would a
13  group that has been discriminated against and that has
14  struggled so long to get that right, why would they --
15  why would they support SB 14?
16  Q.  Does LUPE believe that voter ID requirements
17  were not popular among Texans when SB 14 was being
18  considered?
19  MS. VAN DALEN:  Object, calls for
20  speculation.
21  Q.  (By Mr. Whitley)  You can answer.  I can repeat
22  it.
23  A.  I don't know about the rest of Texas.  I know
24  that it was not popular with the community that we
25  represent and the low income community.  And so I'm sure

128

1  there's other groups throughout the State of Texas that
2  feel the same way, especially minorities, like African
3  Americans and Mexican Americans.  I'm sure there's some
4  in the State of Texas that would be just opposed as we
5  are here.
6  (Exhibit No. 5 was marked.)
7  Q.  (By Mr. Whitley)  You've been handed what's
8  been marked as Exhibit 5.
9  A.  Yes, uh-huh.
10  Q.  And can you describe to me what this is?
11  A.  This looks like -- what is it?  I don't know.
12  It's like a note.
13  Q.  Can you read me the web address at the bottom,
14  just the first part?
15  A.  It says -- it's a Twitter account.  Yeah.
16  A.  This was posted to LUPE's Twitter account.
17  A.  Okay.
18  Q.  Can you read me what the tweet says?
19  A.  It says, "88 percent of likely voters support a
20  pathway to citizenship for DREAMers.  Time is" --
21  Q.  You can finish.  I'm sorry.  Go ahead.
22  A.  "Time is now" and "ready for reform."
23  Q.  And then if you turn the page, what is on the
24  next page?
25  A.  On the next page is 88 -- the same thing, "88

129

1  percent of voters support a pathway to citizenship for
2  DREAMers."
3  Q.  And underneath that figure, there's a source.
4  A.  Yes.
5  Q.  What is that source?
6  A.  Basswood, Basswood Research.
7  Q.  Do you remember approving this tweet before it
8  went out?
9  A.  For the Dreamers, yes.
10  Q.  Are you aware that according to a poll
11  conducted by the Texas Tribune and University of Texas
12  in February of 2011 --
13  A.  2011.
14  Q.  -- while SB 14 was being considered, that 75
15  percent of registered voters agreed with the proposition
16  that voters should have to present a government-issued
17  photo ID before they can be allowed to vote?
18  A.  No.
19  MS. VAN DALEN:  I'm going to object to
20  this question.  You know, it's an exhibit that's been
21  presented.  I don't know what you're referring to.  But
22  the witness can answer if she knows.
23  A.  No.  I was going to say, I didn't know that --
24  I didn't know about that, that they had polled them.
25  But I also know that very rarely are low income Mexican

## 130

1 Americans are polled. So if they were polled, that
2 would be a different thing. So probably they just got
3 people in Austin or somewhere like that where it's
4 mainly, you know, upper class kind of folks maybe.
5        (Exhibit No. 6 was marked.)
6        MS. VAN DALEN: Is this a document that's
7 already been produced in this case?
8        MR. WHITLEY: We can go off the record.
9        (Off the record.)
10   Q. (By Mr. Whitley) You've been handed what's
11 been marked as Exhibit 6.
12   A. Yes, uh-huh.
13   Q. And what does the top of the page say there on
14 the first page?
15   A. The bars?
16   Q. Uh-huh.
17   A. It says "75 percent, 17 percent and 8 percent."
18   Q. And then can you see what tab is highlighted
19 there at the top?
20   A. Voter ID prefaces.
21   Q. Uh-huh.
22   A. Yes.
23   Q. And can you read me at the very top there's a
24 line that starts with Texas Politics.
25   A. "Texas Politics voter identification, February

## 131

1 2011."
2   Q. Then if you would, read me the first line
3 underneath the tabs that starts "do you agree."
4   A. "Do you agree or disagree that registered
5 voters should be required to present a government-issued
6 photo ID before they can be allowed to vote."
7        MS. VAN DALEN: I'd like to -- sorry, go
8 ahead.
9   A. February 2011.
10        MS. VAN DALEN: I'm going to put an
11 objection on the record that this -- whether people
12 support voter ID or not has no relevance to the case and
13 that this exhibit hasn't been presented in advance of
14 this deposition as a potential exhibit. But we can
15 continue with the questioning.
16        MR. WHITLEY: Okay. As you can see at the
17 top, I printed it out yesterday, so I apologize that it
18 wasn't presented in advance of the deposition.
19   Q. (By Mr. Whitley) And you previously read the
20 percentage above that first bar?
21   A. 75, uh-huh.
22   Q. 75 percent, correct?
23   A. Yes.
24   Q. And under that bar is what word?
25   A. "Agree."

## 132

1   Q. And so would you agree that this poll shows
2 that 75 percent of Texans agree that registered voters
3 should be required to present a government-issued photo
4 ID before they can be allowed to vote?
5        MS. VAN DALEN: And I'm going to object to
6 the question. I have no idea if this poll actually
7 reflects what Texans believe or not. I don't know who
8 was polled by whom or how many people, etcetera. But if
9 the witness wants to answer that question, we can put it
10 on the record.
11   A. What was the question? Do I agree?
12   Q. I'll repeat it. Would you agree that this poll
13 shows that 75 percent of Texans agree?
14   A. Yes, that's what it --
15   Q. With the statement that's printed above the bar
16 graph?
17   A. That's what it says. That's what it says.
18 That's what it says there. But, again, I don't know who
19 was polled. Maybe it was just Austin people or --
20        MS. VAN DALEN: It's not even clear on the
21 face of the document that it's Texans that are being
22 polled.
23   A. So we don't know. I wouldn't agree with it.
24   Q. Personally you wouldn't agree?
25   A. For our organization, on behalf of our

## 133

1 organization.
2   Q. If you would, turn to the second page. Do you
3 see the tab that's highlighted there?
4   A. The breakdown?
5   Q. Uh-huh.
6   A. Where it says breakdown, yes.
7   Q. Breakdown by --
8   A. Party ID.
9   Q. Can you read me the question right after that?
10   A. "Do you agree," that one?
11   Q. Uh-huh.
12   A. "Or disagree that registered voters should be
13 required to present a government-issued photo ID before
14 they can even be allowed to vote?"
15   Q. And on that first group of bars on the left,
16 the three colors --
17   A. Right.
18   Q. -- represent Democrats, Republicans and
19 Independents?
20   A. Yes.
21   Q. Can you read me which percentages apply to
22 which group?
23   A. 58 percent apply to Democrats, 92 to
24 Republicans, and 70 percent to Independents.
25   Q. Okay. If you would, turn to the next page.

Juanita Valdez-Cox - 6/25/2014

134

1    A.  But on that one, you know, it says required to
2  present a government-issued photo ID.  So if this is the
3  case, then if I were asked this question, I would say I
4  agree, but I would be thinking that I could present just
5  my driver's license to vote.
6    Q.  Which is what you can do today.
7    A.  No, you can't just vote with your driver's
8  license.  The way I understand it is that I could go
9  without even my voter card and go to vote with my
10  license.
11    Q.  You can do that today.
12    A.  No, I can't.  You have to have your voter ID.
13        MS. VAN DALEN:  No, under --
14    A.  No, not ID.  I don't mean your voter ID, I
15  mean, your voter card, your certificate.
16        MS. VAN DALEN:  Under SB 14 you need to
17  have one of the forms of photo ID.  You don't need to
18  have your voter registration card.  It used to be that
19  you could just vote with your voter registration card.
20        THE WITNESS:  Right.
21    A.  But when you go vote, they ask you for your
22  driver's license.  That's what I'm saying.  That's what
23  I understand.
24    Q.  Let's turn to the third page.  Can you see what
25  tab is highlighted there?

135

1    A.  The third one?
2    Q.  Yes, ma'am.
3    A.  Breakdown by race.
4    Q.  And will you read me that question?
5    A.  "Do you agree or disagree that registered
6  voters should be required to present a government-issued
7  photo ID before they can be allowed to vote?"
8    Q.  And then that group of bars on the left --
9    A.  Uh-huh.
10    Q.  -- that represent the agrees --
11    A.  Right.
12    Q.  -- do you see that there are three colors that
13  represent White, African American and Latino?
14    A.  Right.
15    Q.  Responded to the survey?
16    A.  Right.
17    Q.  Can you read me the percentages that apply to
18  each of those groups?
19    A.  80 percent to White, 63 percent to African
20  American, and 68 percent to Latino.
21    Q.  Okay.
22    A.  But, again, it's who they asked.
23        (Exhibit No. 7 was marked.)
24    Q.  (By Mr. Whitley)  I've handed you what's been
25  marked as Exhibit 7.

136

1    A.  Yes.
2    Q.  And on -- please turn to the fourth page.
3    A.  Okay.  Got it.
4    Q.  Can you read me at the very, very top what it
5  says, Texas Politics?
6    A.  "Voter ID law support, October 2012."
7    Q.  And then what tab is highlighted there?
8    A.  "By race."
9    Q.  And will you read me that question?
10    A.  "Do you agree or disagree with the idea that
11  registered voters should be required to present a
12  government-issued photo ID at the polls before they can
13  be allowed to vote?"
14    Q.  And do you see that group of bars on the left?
15    A.  Yes.
16    Q.  And do you see that the three colors apply to
17  White, African American and Hispanic?
18    A.  Yes.
19    Q.  And can you read to me the percentages that
20  apply to those respective groups?
21    A.  71 percent applies to the White and 33 percent
22  applies to the African American and 75 percent applies
23  to Hispanics.
24        MS. VAN DALEN:  And I'm going to object
25  again to this exhibit as first not having been presented

137

1  prior to this deposition.  And secondly, as being
2  unclear what actually this data means, who it was
3  obtained from, the methodology, etcetera.
4        MR. WHITLEY:  I'll represent on the record
5  in response to that objection --
6        THE WITNESS:  And I would also like to say
7  that the 22 percent that disagree, that's where we would
8  be at.
9        MR. WHITLEY:  Thank you.  In response to
10  that objection, I want to state for the record that this
11  poll is available at the URL at the bottom of each page
12  of this poll, as is the methodology.
13        THE WITNESS:  Okay.
14    Q.  (By Mr. Whitley)  So looking at Exhibits -- at
15  the third page of 6 and the fourth page of 7.
16    A.  The what page in 6?
17    Q.  The third page of 6?
18    A.  Okay.
19    Q.  And the fourth page of 7.
20    A.  Okay.  One second.  7.  What was the last page?
21    Q.  By race.  Breakdown by race on 6 and by race on
22  7.
23    A.  Yes, I have it.
24    Q.  Can you read to me the percentage in February
25  2011 that this --

138

1   A.  Yes.
2   Q.  -- that this poll shows --
3   A.  Uh-huh.
4   Q.  -- of Latinos that agreed that registered
5   voters should be required to present a government-issued
6   photo ID before they can be allowed to vote?
7   A.  68 percent.
8   Q.  And then if you go to the October 2012, which
9   is number 7 --
10   A.  Yes, uh-huh.
11   Q.  -- can you read to me that percentage as it
12   applies to Hispanics?
13   A.  Of the Hispanics, it is 75 percent.
14   Q.  And would you agree that these two polls show
15   that that percentage increased?
16   A.  Based on these two polls, which we don't know
17   how they were conducted, that's what it shows.
18   Q.  Okay.  Thank you.
19   A.  Do you know where this was done?  Was it done
20   in the Valley, people that were polled?
21   Q.  The respondents?
22   A.  Uh-huh.
23   MS. VAN DALEN:  He has no idea.  And you
24   don't get to ask him questions, right?
25   MR. WHITLEY:  I'm not saying I don't have

139

1   any idea, but I do agree with your second statement.
2   THE WITNESS:  Oh, okay.
3   Q.  (By Mr. Whitley)  You stated earlier that LUPE
4   believes that SB 14 denies or abridges the right to vote
5   of its members, correct?
6   A.  Correct.
7   Q.  And you stated that LUPE didn't have any
8   studies or data that were conducted by LUPE or anybody
9   else?
10   MS. VAN DALEN:  I can --
11   A.  I said by LUPE.
12   Q.  In written form that would confirm that?
13   A.  Not by LUPE.
14   Q.  Are you familiar with the provisional ballot
15   process established by SB 14?
16   A.  No.
17   Q.  Has LUPE, either on its own or through counsel,
18   submitted public records requests to various counties
19   seeking information regarding provisional ballots cast
20   during the most recent election cycle?
21   A.  Provisional ballot is like for people that are
22   abroad or that they can vote?  I don't understand
23   provisional ballot.
24   Q.  Provisional ballot is on election day at the
25   polling place.  If you --

140

1   A.  Oh, yes, yes, where you can vote, but then you
2   have to like go to the courthouse and prove that you
3   were eligible to vote?
4   Q.  Right.
5   A.  Yes, I've heard of that.  I didn't know that
6   that's how you called it.  Yeah.
7   Q.  And has LUPE, either on its own or through
8   counsel, submitted public records requests of various
9   counties --
10   A.  Uh-huh.
11   Q.  -- seeking information regarding provisional
12   ballots cast during the most recent election cycle?
13   A.  We asked.  We asked what the process would be,
14   but we didn't put it in writing or through the
15   counsel -- or through counsel.  It was on our own that
16   we wanted to know how that would be.
17   Q.  And who did you ask?
18   A.  We had a training with Ms. Yvonne Ramon.
19   Q.  The county election administrator in Hidalgo
20   County?
21   A.  Yes, uh-huh, because now -- before you could be
22   deputized to register.  Before you didn't have to.  It
23   got stricter now also in that sense that now you have to
24   be deputized in order to register, and so she gave us a
25   training on that, and it came out, yes.

141

1   MS. VAN DALEN:  And for the record, to
2   clarify, as you know, an open records request has been
3   made to counties for provisional ballots and have
4   actually been produced to the state by TRLA on behalf of
5   its clients in this litigation.
6   MR. WHITLEY:  So is it on behalf of LUPE
7   as well?
8   MS. VAN DALEN:  Yes.
9   MR. WHITLEY:  Fair enough.
10   Q.  (By Mr. Whitley)  Were those requests to the
11   counties based on any studies that were conducted by
12   LUPE?
13   MS. VAN DALEN:  She's already testified
14   she didn't even know about the requests.
15   Q.  (By Mr. Whitley)  Does LUPE contend that a
16   significant portion of its members lack any of the
17   acceptable forms of ID under SB 14?
18   A.  We contend that they do lack them.
19   Q.  Do you know what portion?
20   A.  A percentage, you're saying?
21   Q.  Sure.
22   A.  No.
23   Q.  Do you know how many specifically?
24   A.  Out of 7,000, no, I don't know.
25   Q.  Can you identify one member of LUPE that does

142

1  not have any of the acceptable forms of ID under SB 14?
2     A.  I know -- I know of them, but I don't think I
3  can give you that information.
4     Q.  But you can identify one member?
5     A.  Yes, uh-huh.
6     Q.  Do you know how many of your members do not
7  have a driver's license?
8     A.  That don't have a driver's license?  I don't
9  know how many, but it's -- it's -- I don't know how I
10 could say how many, but there are many that don't have a
11 driver's license.
12    Q.  Do you know how many of your members do not
13 have a state-issued photo ID?
14    A.  I don't know how many.  I know that a lot of
15 our members don't have a voter ID.
16    Q.  I'm just talking about a state-issued photo ID.
17    A.  Right.  Yeah.  No, we don't.
18    Q.  Which could be a driver's license, a concealed
19 handgun license.
20    A.  Yes.  No.
21    Q.  A personal identification card?
22    A.  I don't know how many don't.
23    Q.  Do you know how many of your members do not
24 have a passport?
25    A.  I don't know how many.  I know that they -- a

143

1  lot of them don't, but I don't know the number.
2     Q.  Do you know how many of your members do not
3  have a military ID card with a photo?
4     A.  I do not know.
5     Q.  Do you know how many of your members do not
6  have a citizenship certificate?
7     A.  I can't give you a number of the 7,000.
8     Q.  Can you identify one member that does not have
9  any of the documents necessary to get an EIC?  When I
10 say EIC, I mean the election identification certificate.
11    A.  Right.  She's not a member now, but I do know
12 of somebody that doesn't have anything.
13    Q.  When did she cease to become a member?
14    A.  Oh, maybe -- it's been a while.  It's been a
15 number of years.
16    Q.  How many years?
17    A.  Oh, maybe -- let me think.  Maybe five or six.
18    Q.  Do you know how many of your members have
19 attempted to get an EIC?
20    A.  No, I don't.
21    Q.  Do you know of anybody who has attempted to get
22 an EIC?
23    A.  That's the same question.
24    Q.  Well, the first one was do you know how many,
25 and you said you didn't know how many.  But do you know

144

1  of anybody at all of your members who have attempted to
2  get an EIC?
3     A.  I don't know.  I don't know how many, but I do
4  remember a conversation from the organizers about some
5  of the people in their meetings that had tried, but they
6  were -- I really don't know what the issue was, why they
7  couldn't, whether they lacked how many pieces of
8  documents they needed or if they weren't accepted or
9  what had happened.
10    Q.  So you're not sure what the issue was?
11    A.  I know that they couldn't get it, but I don't
12 know like specifically based on if it was that they
13 didn't have -- they didn't have the -- all of the
14 documents that are required or the ones that they had
15 were outdated or they -- you know, I don't know what the
16 issue was.
17    Q.  Did anyone from LUPE follow-up with that
18 person?
19    A.  We tried to, and she -- and she hasn't
20 responded, but we'll keep trying.
21    Q.  Is LUPE able to identify any Texas registered
22 voter who, as of the filing of your complaint, which is
23 November 5th --
24    A.  Of 2013?
25    Q.  -- 2013 had been unable to vote on account of

145

1  his or her inability to obtain an acceptable form of ID
2  under SB 14?
3     A.  They have not -- that they have not been able
4  to vote?
5     Q.  On account of inability to obtain one of the
6  acceptable forms of ID under SB 14?
7     A.  We've heard -- we've heard that they were not
8  going to be able to vote.  Like when we were knocking on
9  doors to get them out to vote, some were saying that
10 they didn't have any documentation, so they didn't --
11 they probably were not going to go vote.  They didn't
12 have the documentation that was required to get the
13 photo ID, and so they were not going to go vote.
14    Q.  Are you able to identify somebody specifically?
15    A.  If we look at the precincts that we worked this
16 last election, maybe the organizers could.
17    Q.  Can you?
18    A.  No, myself, I can't, but I could ask.
19    Q.  Was that person or people who are identified,
20 were they members of LUPE?
21    A.  One -- some were; others were not.
22    Q.  So that was in November?
23    A.  No.  In March.
24    Q.  Okay.  So --
25    A.  I don't remember about November.  I'm not sure

146

1  exactly the date.  I don't remember if it was March, the
2  last one.  I don't remember if it was March of this year
3  or if it was -- well -- or November of last year.  I
4  don't remember.
5      Q.  Is LUPE able to identify any member who is
6  currently at present or has been unable to vote because
7  of her inability to obtain acceptable form of ID under
8  SB 14?  So that fast forwards it to the present.
9      A.  Right now you're saying?  In the last election?
10     Q.  So the example you have is from the last
11  election?
12     A.  Uh-huh.
13     Q.  And that is the March 2014 primary?
14     A.  Uh-huh.  That went to vote and they were not
15  allowed to vote?  Or what was it?  Can you read it
16  again?
17     Q.  Sure.  Is LUPE able to identify any LUPE member
18  who at present is unable to vote because of his or her
19  inability to obtain an acceptable form of ID under SB
20  14?
21     A.  Probably -- I'm trying to -- I'm trying to
22  remember whether the ones I remember have renewed their
23  membership or not.  I don't think they're LUPE members
24  right now.
25     Q.  Is LUPE able to identify any Texas registered

147

1  voter who is at present unable to vote because of his or
2  her inability to obtain acceptable forms of ID under SB
3  14, an acceptable form?
4      A.  Right.  Yes.
5      Q.  And is that registered voter a member of LUPE?
6      A.  No.  I mean, they haven't renewed.
7      Q.  Is LUPE able to identify a specific instance in
8  which a LUPE member attempted to obtain an acceptable
9  form of ID under SB 14 but was unable to?
10     A.  I don't know personally.
11     Q.  Is LUPE able to identify a specific instance in
12  which a Texas registered voter attempted to obtain an
13  acceptable form of ID under SB 14 but was unable to?
14     A.  I've read of some cases where they weren't, but
15  they're not LUPE members.
16     Q.  What cases did you read?
17     A.  In other parts of the State of Texas there
18  were -- I think it was an African American and also a
19  Mexican American that stated that they were not able
20  to -- that they had not -- their issue was more, I think
21  it was like transportation or some other issue that they
22  couldn't get because they were living in a very remote
23  area or far away area from DPS and they couldn't get
24  there to get their form of ID.  Do you remember that
25  one?  It was in -- it was in the --

148

1      Q.  Do you remember where those stories came from?
2      A.  From the newspaper.
3      Q.  Do you remember the location of the registered
4  voter that was having problems that was identified in
5  the news story?
6      A.  I think it was -- I don't know why -- East
7  Texas or West Texas.
8      Q.  Texas is a big place.
9      A.  Yeah, but I'm thinking because --
10     Q.  It was either far east or far west?
11     A.  Right.  And I don't remember where.
12     Q.  Okay.  Does LUPE contend that SB 14 makes it
13  impossible for anyone to vote?
14         MS. VAN DALEN:  I'm going to object to the
15  question as vague.  You can answer.
16     A.  Can you read it again?
17     Q.  Sure.  Does LUPE contend that SB 14 makes it
18  impossible for anyone to vote?
19     A.  I don't know.  Impossible is like -- I don't
20  know totally impossible, but it does make it -- if you
21  place obstacles on people that want to vote, then it's
22  our belief that they're more likely to get discouraged
23  and not vote.  But it just -- you know, I just believe
24  that it makes it -- it makes it difficult.  And if
25  obstacles are placed in there and you can't vote, I

149

1  guess it does make it impossible, right?  Yes.
2      Q.  Compared to previous elections, do you know if
3  more or less LUPE members voted in any election since SB
4  14 was implemented?
5      A.  No, I don't know.
6      Q.  Do you know if any LUPE members chose not to
7  vote in an election because of SB 14?
8          MS. VAN DALEN:  I'm going to object to the
9  question as ambiguous.  You can answer.
10     Q.  (By Mr. Whitley)  You can answer.
11     A.  I don't know.
12     Q.  Is LUPE able to identify a LUPE member who has
13  suffered harm at any point because of SB 14?
14     A.  There are many.  There are many within LUPE
15  that were hurt by SB 14.
16     Q.  Are you able to identify a specific member?
17     Q.  That were harmed by this bill?
18     Q.  Uh-huh.
19     A.  Yes.
20     Q.  Has LUPE seen its donations or sponsorships
21  increase as a result of its work related to SB 14?
22     A.  Our funds increased because of it?
23     Q.  Sponsorships or donations?
24     A.  No.
25     Q.  How about membership?

150

1    A.   It's because of our -- no, I don't attribute it
2   just to SB 14.  I couldn't tell really if it could be
3   because of the advertising by -- you know, the educating
4   that went on when the organizers were talking about it.
5   Maybe more people did join, but I don't have like data
6   to show that that happened.
7    Q.   So has LUPE seen its donations or sponsorships
8   increase in general over the last year?
9    A.   I don't know how we could do that -- how we
10  can -- how I could tell that.
11   Q.   Do you get -- is more money coming in from
12  sponsorships or donations as compared to last year?
13   A.   Money donations?  Not because of SB 14.
14   Q.   In general?
15   A.   Oh, in general?  I think it's more than last
16  year because we -- we started new programs and now we
17  increased -- not increased programs, but we added new
18  programs.
19       MS. VAN DALEN:  Can we go off the record
20  for a second?
21       (A recess was taken.)
22       MR. WHITLEY:  Back on the record.
23   Q.   (By Mr. Whitley)  Does LUPE contend that any of
24  its SB 14 related activities fall outside the scope of
25  its organizational mission or goals?

151

1    A.   Outside of it?
2    Q.   Uh-huh.
3    A.   We didn't expect it to be -- to be spending
4   time on something like this, so it wasn't like we put it
5   in a specific line item in -- like in the budget, right.
6   It was something that came out that has an impact on the
7   community that we felt that we had to -- we had to deal
8   with it.  We had to work on it.
9    Q.   So SB 14 is not a line item in the budget?
10   A.   No.  It's part of the expenses from the budget,
11  but not a line item.
12   Q.   And does LUPE contend that it is unable to
13  fulfill its mission because of SB 14?
14   A.   Oh, no, our mission includes -- it's broad and
15  it's not specifically -- our mission is not just on
16  voter ID, on voter registration or -- it's more than
17  just on voter -- on voting, right, but it's part of it.
18  LUPE's mission to help -- to have a fair and just
19  society includes that, but there's others.
20   Q.   So because of SB 14, is LUPE -- even though SB
21  14 is in place, is LUPE still able to fulfill its
22  mission?
23   A.   Not completely because if it continues this
24  way, then it's not creating a more fair, just society.
25       MR. WHITLEY:  I'll mark this.  And I

152

1   apologize, I only have one copy, so I'll walk around
2   there with you.
3        (Exhibit No. 8 was marked.)
4    Q.   (By Mr. Whitley)  I'm handing you what's been
5   marked as Exhibit 8.  And can you read what that says?
6        MS. VAN DALEN:  I just want to look
7   through it first.
8        MR. WHITLEY:  Okay.
9        THE WITNESS:  It's so little, right?  It's
10  tiny.  Do you have a copy of this?
11       MR. WHITLEY:  I only have one copy.  I'm
12  sorry.
13       THE WITNESS:  Okay.  I have one.
14       MS. VAN DALEN:  That's okay.  I just want
15  to look through it quickly because I haven't seen it.
16   Q.   (By Mr. Whitley)  Okay.  Can you read to me
17  what that says?
18   A.   Form 990.
19   Q.   And we are on page 2 of the exhibit.  It's not
20  marked, but we flipped to it.
21   A.   Yes, yes.
22   Q.   And can you read me what's listed here on top?
23   A.   Return -- this one?
24   Q.   Uh-huh.
25   A.   "Return of organization exempt form" -- no,

153

1   "exempt from income tax."
2    Q.   And the year?
3    A.   2011.
4    Q.   And then really tiny in box C in that dark box,
5   can you read me the information in there?
6    A.   The name?
7    Q.   Yes, ma'am.
8    A.   La Union del Pueblo Entero.
9    Q.   And then the rest of the information in there?
10   A.   Doing business as -- all of this?
11   Q.   Uh-huh.
12   A.   29700 Woodford-Tehachapi Road, Keene,
13  California.
14   Q.   Okay.  We are going to turn to page 8.  And can
15  you read to me what part that is right there?
16   A.   Compensation, part 7.
17   Q.   And then can you read the names here in 1
18  through 7 for me?
19   A.   Read the names?
20   Q.   Yes, ma'am.
21   A.   Fernando Mancillas, Nora Linares-Moeller, Pablo
22  F. Chavez, Linda Rockstad, Juanita Valdez-Cox, Tanis
23  Ybarra, Arturo Rodriguez, Arturo S. Rodriguez.
24   Q.   And then for each of those people, will you
25  read how many hours per week are allotted to them on

154

1   this chart?
2   A.   100 per week.
3   Q.   I think that's 1.
4   A.   Oh, 1.  Okay.  1, 1, 1, 1, 40, 1, 1.
5   Q.   Okay.  And the 40 applies to?
6   A.   To me.
7   Q.   Okay.  And then in column D, there's one value
8   in there?
9   A.   Right.
10  Q.   And that applies to who?
11  A.   To me.
12  Q.   And what's that number?
13  A.   47,308.
14  Q.   And then in column E?
15  A.   180,357.
16  Q.   To whom?
17  A.   To the Cesar Chavez Foundation.
18  Q.   That's to the Cesar Chavez Foundation?
19  A.   Right, uh-huh.
20  Q.   Do you know what that number represents?
21  A.   I think this was a -- I think it was a -- a
22  grant.  The Cesar Chavez Foundation, it grants out.  And
23  if you apply for a grant to the Cesar Chavez Foundation,
24  a percentage of the foundation is given out to
25  non-profits, and I think that that may be it, or a loan.

155

1   Q.   And so this is LUPE's 990 filing --
2   A.   Yes, it is.
3   Q.   -- that you read on the second page of the
4   document?
5   A.   Yes, it is.
6   Q.   And that's an outgoing expenditure to you for
7   your salary?
8   A.   Right.
9   Q.   And that's an outgoing expenditure to Paul
10  Chavez?
11  A.   Right.
12  Q.   For $180,357?
13  A.   Right.  For the foundation, uh-huh.
14  Q.   And he works how many hours a week?
15  A.   Well, this is just a board meeting.  He doesn't
16  work for us.
17  Q.   So he attends a board meeting --
18  A.   Right.
19  Q.   -- once a year for an hour?
20  A.   It's a yearly meeting.  No, it usually -- I
21  don't know.  That one usually lasts -- we usually start
22  them at about 1:00 -- sometimes like at 9:00 and it goes
23  till noon or sometimes like at 1:30.  Maybe three or
24  four hours.
25  Q.   And is he on the board here in Texas?

156

1   A.   He lives in California, but he's part of the
2   board, of the LUPE board, yes.
3   Q.   Is he part of that board that accepts a
4   new community member every year?
5   A.   Yes, exactly, uh-huh.
6   Q.   And who decided to pay him that amount of
7   money?
8   A.   No.  Like I said, this is -- I think that this
9   is a -- I can -- I think this is a grant that we --
10  well, I don't know.  I think this is money that we --
11  that we either got, a grant or a loan that we have to
12  pay back.  I'm not sure.
13  Q.   Okay.  Let's turn to page --
14  A.   But we can find out.
15  Q.   -- 29 in the document, which is not numbered.
16  A.   Oh, look what it says.  "Reportable
17  compensation from related organizations."  This is their
18  salary from their organizations.
19  Q.   So we're still on page 8.  And you're reading
20  from column E?
21  A.   Right.
22  Q.   And read it again for the record.
23  A.   Well, it says, "reportable compensation from
24  relatable organizations" because we're all related.
25  Q.   So what would the related organization be?

157

1   A.   Well, the Cesar Chavez farm worker movement has
2   many entities under it.  LUPE is an entity, the Cesar
3   Chavez Foundation is an entity, The United Farm Workers
4   is an entity, the Robert F. Kennedy Medical Plan.  Well,
5   there's different entities.  We're all like sister
6   organizations related because of the same founder.
7   Q.   So would the Cesar Chavez Foundation be like
8   the parent?  Or is there --
9   A.   No, it's one -- it's one entity under the farm
10  worker movement.
11  Q.   Okay.  And so that amount of money, the 180,357
12  paid to Paul Chavez came from a related organization?
13  A.   Right, uh-huh.
14  Q.   Not LUPE?
15  A.   No.  We don't pay the board members.
16  Q.   So one of the related organizations could be
17  one of the ones you listed?
18  A.   Yes, uh-huh.
19       MS. VAN DALEN:  And I'm just going to
20  state for the record an objection to the use of this
21  document with this witness because I'm not -- I don't
22  know what role, if any, she had in the preparation of
23  this document.  We didn't know this was going to be used
24  today.  She's testifying to the best of her ability, but
25  it may be that she's completely mistaken.  She's not the

158

1  accountant, she didn't prepare it, I don't think.
2          THE WITNESS:  No, this is from our auditor
3  and our bookkeepers.
4      Q.   (By Mr. Whitley)  So let's turn to page 29.
5      A.   Okay.
6      Q.   And then can you read the top here?
7      A.   Schedule R Form 990, related organizations and
8  unrelated partnerships.
9      Q.   Okay.  So what are the related organizations?
10     A.   Oh, those are the ones -- see, this is the one
11 I just mentioned, the Robert F. Kennedy Medical Plan.
12     Q.   So you're looking in column A?
13     A.   Uh-huh.  And the Cesar Chavez Foundation,
14 that's here.  And the Stonybrook United Farm Workers,
15 those are the ones that I mentioned that they are --
16     Q.   What is Stonybrook?
17     A.   Stonybrook Corporation is they have the -- what
18 do they call it?  The Cesar Chavez -- I can't think of
19 it.  It's like -- like the history of the union.  The
20 events that they hold under Cesar Chavez's name.  It's
21 like an events center that's run by the farm worker
22 movement.
23     Q.   Stonybrook is?
24     A.   Yes, Stonybrook is.
25     Q.   So is Stonybrook one of those sister

159

1  organizations that would be --
2      A.   It's an entity.
3      Q.   -- that exists alongside LUPE and the Cesar
4  Chavez Foundation?
5      A.   And these other ones, uh-huh.  This Juan
6  De La Cruz, that's our pension plan.
7      Q.   Okay.  Thank you very much.
8      A.   Uh-huh, sure.  What does that have to do with
9  the voter ID?
10     Q.   I was just trying to come up with what your
11 numbers were because you didn't know what the numbers
12 were last time.
13     A.   What numbers?  Our budget?
14     Q.   You don't need to ask me anything.
15         MS. VAN DALEN:  That's okay.
16     Q.   (By Mr. Whitley)  I'm going to ask you --
17     A.   As executive director, you're sort of used to
18 asking the questions, but not here, right?
19         MS. VAN DALEN:  Imagine if one of us had
20 to be subjected to this.
21     Q.   (By Mr. Whitley)  I'm going to ask you some
22 questions now that might seem silly.  And we're closing
23 up.
24     A.   Aye, gracias a Dios.
25     Q.   I want to make sure that you have a chance to

160

1  answer them.  Have I been courteous to you?
2      A.   Those are the questions?
3      Q.   That's my first question.
4      A.   Yes, you have.  Sorry.
5      Q.   Have I treated you in what you would consider
6  to be a professional manner?
7      A.   Yes.
8      Q.   Has there been anything about my conduct or
9  demeanor that has caused you to answer in any other way
10 but the truth?
11     A.   No.
12     Q.   Did you have an opportunity to answer all
13 questions fully?
14     A.   The ones that I was able to.
15     Q.   And we've been going since 9:30.  But are there
16 any answers you want to retract, add to, change, amend,
17 or modify in any way?  And I can give you as much time
18 as you want to think about that.
19     A.   To add to it?
20     Q.   Change your answers in any way?
21     A.   Oh, change them?  No.
22     Q.   You can add to them, you can subtract from
23 them, you can change them.
24     A.   No.  I just -- I think when I was answering,
25 I -- I want to be able to convey very honestly -- you

161

1  know, and maybe it's not for you to believe or for
2  anybody in this room to believe, but I do want to convey
3  the -- how critical this situation is for us and for our
4  membership and for low income people.  You know, how
5  serious we take the right to vote, how hard we work to
6  get the right to vote.  And how offensive it is for the
7  state to come in and impose these obstacles on our
8  membership and our community on minorities.
9          And through the questioning, I didn't feel like
10 I was -- I was -- because the questions have to be -- I
11 have to just respond to your questions, I wasn't given
12 the opportunity to say these things of how -- how
13 serious we take this and how honestly I reported to you
14 the community that I know and the history of this
15 community and how it has suffered because of many unfair
16 and unjust laws.  And that we consider this one one of
17 those.  And that to the best of my ability, I want -- I
18 want to convey that.
19         I want that to be -- to be very clear.  We take
20 the membership dues from the lowest in the community
21 that pay to us to do a good job of representing them,
22 and I think that that's -- you know, that's what we try
23 to do.  I just want to make sure that that was -- that
24 that was conveyed in my responses to you.
25     Q.   I appreciate you taking the time to do so.

Juanita Valdez-Cox - 6/25/2014

162

1    A.   Yes.  Thank you.
2    Q.   Is there anything else you want to clarify
3    before we finish up?
4    A.   No, just -- I think in the end I was taken by
5    surprise when you -- about the 990 because when you
6    questioned me about those, I got a feeling that maybe
7    you were trying to say -- insinuate something that
8    wasn't there when you were questioning me about the
9    foundations.  And you were -- and you directly asked me
10   whether we paid them and I felt a little bit offended by
11   that because that's not the kind of organization we are.
12        I mean, we don't -- we don't -- I don't know if
13   you know of board where you get paid to belong, but not
14   the farm workers boards that I belong to or that they
15   belong to.  So there's -- there's a very honest and
16   clear answer about this because we have a very -- a very
17   good auditor who's in charge.
18   Q.   Thank you.
19   A.   Don't give me anymore opportunities because --
20   I'm sorry.
21   Q.   I don't have any other questions.
22   A.   No.  Thank you so much.
23        MR. WHITLEY:  I pass the witness.
24        MS. VAN DALEN:  I don't have any questions
25   and I will reserve our questions for trial.

163

1         COURT REPORTER:  Before I conclude the
2    deposition, are there any stipulations that you-all want
3    to put on the record regarding the original deposition
4    or any exhibits?
5         MR. WHITLEY:  No.
6         COURT REPORTER:  All right.  Then this
7    concludes the deposition at 2:09 p.m.
8
9              * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

164

1              CHANGES AND SIGNATURE
2    WITNESS NAME:  JUANITA VALDEZ-COX
3    DATE OF DEPOSITION:  JUNE 25, 2014
4    PAGE     LINE     CHANGE     REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

165

1         I, JUANITA VALDEZ-COX, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.
4
5         _____
6              JUANITA VALDEZ-COX
7
8    THE STATE OF TEXAS:
9    COUNTY OF HIDALGO :
10
11        Before me, _____, on this
12   day personally appeared JUANITA VALDEZ-COX, known to me
13   (or proved to me under oath or through
14   _____) (description of identity card or
15   other document) to be the person whose name is
16   subscribed to the foregoing instrument and acknowledged
17   to me that they executed the same for the purposes and
18   consideration therein expressed.
19        Given under my hand and seal of office this
20   _____ day of _____, 2014.
21
22
23        _____
24        NOTARY PUBLIC IN AND FOR
25        THE STATE OF TEXAS
     COMMISSION EXPIRES: _____

Juanita Valdez-Cox – 6/25/2014

166

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                 CORPUS CHRISTI DIVISION
    ---------------------------  )
 3  MARC VEASEY, JANE HAMILTON,   )
    SERGIO DELEON, FLOYD J.       )
 4  CARRIER, ANNA BURNS, MICHAEL  )
    MONTEZ, PENNY POPE, OSCAR     )
 5  ORTIZ, KOBY OZIAS, JOHN       )
    MELLOR-CRUMLEY, PEGGY         )
 6  HERMAN, EVELYN BRICKNER,      )
    GORDON BENJAMIN, KEN GANDY,   )
 7  LEAGUE OF UNITED LATIN        ) CIVIL ACTION NO.
    AMERICAN CITIZENS (LULAC),    ) 2:13-CV-193 (NGR)
 8  AND DALLAS COUNTY, TEXAS      ) [Lead case]
              Plaintiffs          )
 9                                )
    VS.                           )
10                                )
    RICK PERRY, Governor of       )
11  Texas; and JOHN STEEN, Texas  )
    Secretary of State,           )
12        Defendants              )
    ---------------------------  )
13  UNITED STATES OF AMERICA,     )
          Plaintiffs              )
14                                )
    TEXAS LEAGUE OF YOUNG VOTERS  )
15  EDUCATION FUND, IMANI CLARK,  )
    AND MICHELLE BESSIAKE,        )
16     Plaintiff-Intervenors      )
                                  )
17  TEXAS ASSOCIATION OF          )
    HISPANIC COUNTY JUDGES AND    )
18  COUNTY COMMISSIONERS; and     )
    HIDALGO COUNTY,               )
19     Plaintiff-Intervenors      ) CIVIL ACTION NO.
                                  ) 2:13-CV-263 (NGR)
20  VS.                           ) [Consolidated case]
                                  )
21  STATE OF TEXAS, JOHN STEEN,   )
    in his official capacity as   )
22  Texas Secretary of State;     )
    and STEVE McCRAW, in his      )
23  official capacity as          )
    Director of the Texas         )
24  Department of Public Safety,  )
          Defendants.             )
25  ---------------------------  )
```

167

```
    ---------------------------  )
 1  TEXAS STATE CONFERENCE OF     )
    NAACP BRANCHES; and the       )
 2  MEXICAN AMERICAN LEGISLATIVE  )
    CAUCUS OF THE TEXAS HOUSE OF  )
 3  REPRESENTATIVES,              )
          Plaintiffs              ) CIVIL ACTION NO.
 4                                ) 2:13-CV-291 (NGR)
    VS.                           ) [Consolidated case]
 5                                )
    JOHN STEEN, in his official   )
 6  capacity as Secretary of      )
    State of Texas; and STEVE     )
 7  McCRAW, in his official       )
    capacity as Director of the   )
 8  Texas Department of Public    )
    Safety,                       )
 9        Defendants              )
    ---------------------------  )
10  BELINDA ORTIZ, LENARD         )
    TAYLOR, EULALIO MENDEZ JR.,   )
11  LIONEL ESTRADA; ESTELA        )
    GARCIA ESPINOSA, LYDIA LARA,  )
12  MARGARITO MARTINEZ LARA,      )
    MAXIMINA MARTINEZ LARA, AND   )
13  LA UNION DEL PUEBLO ENTERO,   ) CIVIL ACTION NO.
    INC.,                         ) 2:13-CV-348 (NGR)
14        Plaintiffs              ) [Consolidated case]
                                  )
15  VS.                           )
                                  )
16  STATE OF TEXAS, JOHN STEEN,   )
    in his official capacity as   )
17  Texas Secretary of State;     )
    and STEVE McCRAW, in his      )
18  official capacity as          )
    Director of the Texas         )
19  Department of Public Safety,  )
          Defendants.             )
20  ---------------------------  )
21
              REPORTER'S CERTIFICATION
22        DEPOSITION OF JUANITA VALDEZ-COX
               TAKEN ON JUNE 25, 2014
23
24       I, SYLVIA KERR, Certified Shorthand Reporter in and
25  for the State of Texas, hereby certify to the following:
```

168

```
 1       That the witness, JUANITA VALDEZ-COX, was duly sworn
 2  by the officer and that the transcript of the oral
 3  deposition is a true record of the testimony given by
 4  the witness;
 5       That the deposition transcript was submitted on
 6  _____, 2014 to MS. MARINDA VAN DALEN for the
 7  witness to examine, sign and return to Integrity Legal
 8  Support Solutions by _____, 2014;
 9       That the amount of time used by each party at the
10  deposition is as follows:
11  MR. G. DAVID WHITLEY - 03:30:38
12       That pursuant to information given to the deposition
13  officer at the time said testimony was taken, the
14  following includes counsel for all parties of record:
15
        MS. MARINDA VAN DALEN and MS. PRISCILLA NORIEGA,
16      Attorneys for the Plaintiff La Union Del Pueblo
        Entero, Inc.
17
        MS. ANGELA MILLER and MR. RYAN KING, Attorneys for
18      the Plaintiff United States of America
19      MR. G. DAVID WHITLEY, Attorney for the Defendants
        State of Texas, Rick Perry, John Steen, and Steve
20      McCraw
21       That $_____ is the deposition officer's charges
22  to the Defendants for preparing the original deposition
23  transcript and any copies of exhibits;
24       I further certify that I am neither counsel for,
25  related to, nor employed by any of the parties or
```

169

```
 1  attorneys in the action in which this proceeding was
 2  taken, and further that I am not financially or
 3  otherwise interested in the outcome of the action.
 4       Certified to by me this 27th of June, 2014.
 5
 6
 7                _____
                  SYLVIA KERR, Texas CSR No. 4776
 8                Expiration Date:  12/31/14
                  Integrity Legal Support Solutions
 9                Firm Registration No. 528
                  3100 West Slaughter Lane, Suite A-101
10                Austin, Texas 78748
                  (512) 320-8690
11                (512) 320-8692 Fax
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---
$
---

**$** 168:21

**$1.50** 104:4

**$10** 98:24 99:10

**$180,357** 155:12

**$2** 104:4 114:16,25 115:18

**$20** 85:10

**$25** 18:6 97:9

**$26** 115:8

**$28** 115:8

**$280,000** 88:6

**$3** 114:16,25 115:18

**$40** 85:8,9,19 88:1 90:6 94:9 95:12 96:14,24

**$5** 98:24 99:10,24

**$60** 85:9

---
0
---

**03:30:38** 168:11

---
1
---

**1** 4:11 28:16,18 30:17,21 33:1,2 153:17 154:3,4

**1,000** 84:8,9

**1:00** 155:22

**1:30** 155:23

**10** 96:10

**100** 36:5,19 38:11 44:22 57:7 83:25 154:2

**1040** 95:20

**1040EZ** 95:20 96:11 97:7

**1040X** 95:20

**11** 21:10,12,15

**111** 4:14

**12** 18:8 21:12 25:7 47:25

**12/31/14** 169:8

**12548** 3:23

**128** 4:15

**13** 40:11 106:25 107:7

**130** 4:16

**135** 4:17

**14** 30:8 32:10 35:8,11 38:19 53:22 55:18 58:15,20,21 59:6 61:16,21 63:4 72:19,20 76:4 113:8,24 115:25 116:9,13,16 117:10,19,22 118:5,13,22,25 120:1,21 121:3,17 122:8,13,25 126:14,23 127:1,15,17 129:14 134:16 139:4,15 141:17 142:1 145:2,6 146:8,20 147:3,9,13 148:12,17 149:4,7,13,15,21 150:2,13,24 151:9,13,20,21

**15** 25:5,7 69:7,20 98:16

**152** 4:18

**1601** 3:7 5:6

**164** 4:6

**166** 4:7

**17** 113:2,3 130:17

**180,357** 154:15 157:11

**1947** 71:22

**1989** 82:23 107:13

---
2
---

**2** 4:12 30:21 31:3,17,18 65:7,8

**106:9** 112:23 152:19

**2,000** 84:7

**2:09** 3:4 163:7

**2:13-CV-193** 1:7 166:7

**2:13-CV-263** 1:19 166:19

**2:13-CV-291** 2:4 5:3 167:4

**2:13-CV-348** 2:14 167:14

**2:30** 8:15

**20** 25:6 94:11 96:13 97:10,11 98:16

**200** 84:3

**2000** 14:9 108:14

**2001** 108:15

**2003** 14:10 17:20 18:10 82:13

**2004** 108:15

**2009** 118:25

**2010** 57:6

**2011** 4:16,18 57:6 129:12,13 131:1,9 137:25 153:3

**2012** 4:17 111:23 136:6 138:8

**2013** 31:23 43:15 65:20,21 66:5 112:6,7,9,10,12 144:24,25

**2014** 2:24 3:4 5:5 105:12 146:13 164:3 165:20 167:22 168:6,8 169:4

**202** 3:20

**20530** 3:19

**22** 137:7

**22nd** 71:22

**25** 2:24 14:18 72:17 91:21,25 96:13 97:11

164:3 167:22

**25th** 3:4 5:5

**26** 14:18

**26th** 112:8

**27** 91:21,25

**27th** 169:4

**28** 4:11

**281** 50:18 51:1

**29** 33:2,7,10 156:15
158:4

**29700** 153:12

---
3
---

**3** 4:3,13 31:20,24
84:16,18 92:23,24
94:16 97:15 99:19
100:14 107:1

**30** 96:13 97:10,11

**305-4143** 3:20

**30s** 49:19

**30th** 111:23

**3100** 169:9

**320-8690** 169:10

**320-8692** 169:11

**33** 136:21

**362** 119:3

---
4
---

**4** 4:14 111:18,19

**40** 15:24 99:14
154:4,5

**47,308** 154:13

**475-3281** 3:24

**4776** 169:7

---
5
---

**5** 4:15 29:25 128:6,8

**50** 99:14

**500** 84:6

**501(c)(3** 89:3,6 93:12

**512** 3:24 169:10,11

**528** 169:9

**531** 3:14

**58** 133:23

**5th** 65:18 66:5 144:23

---
6
---

**6** 4:4,16 130:5,11
137:15,16,17,21

**6,000** 87:6

**6/26** 40:11

**6/26/13** 40:12

**6:00** 12:23

**60** 94:11

**63** 135:19

**65** 4:12

**68** 135:20 138:7

---
7
---

**7** 4:17 31:22
135:23,25
137:15,19,20,22
138:9 153:16,18

**7,000** 85:7 86:21
87:4,6,8,23 88:20
108:21 113:14 141:24
143:7

**70** 77:8,10 133:24

**71** 136:21

**7266** 3:19

**75** 129:14 130:17
131:21,22 132:2,13
136:22 138:13

**78529-5354** 3:15

**78711** 3:23

**78748** 169:10

---
8
---

**8** 4:18 130:17 152:3,5

153:14 156:19

**8,000** 87:6

**80** 83:24 135:19

**800** 84:6

**80s** 17:16 49:14

**82nd** 30:9

**83** 3:8 5:6,22

**84** 4:13

**88** 128:19,25

---
9
---

**9:00** 155:22

**9:30** 160:15

**9:41** 3:4 5:4

**90** 113:2,5

**92** 133:23

**93** 12:23

**950** 3:18

**956** 3:15

**982-5540** 3:15

**990** 4:18 98:4 152:18
155:1 158:7 162:5

---
A
---

**a.m** 3:4 5:5

**A-101** 169:9

**ability** 9:13,17 80:21
157:24 161:17

**able** 53:9 72:19 74:9
75:18,24 80:16,21
92:18,23 110:6,20
121:25 144:21
145:3,8,14
146:5,17,25
147:7,11,19
149:12,16 151:21
160:14,25

**above-styled** 3:3

**abridges** 139:4

**abridging** 30:11

**abroad** 139:22

**absolutely** 65:6 72:25
  123:19

**accept** 72:23,24
  89:7,16,22

**acceptable**
  73:7,14,19,24
  78:17,22 79:6 141:17
  142:1 145:1,6
  146:7,19
  147:2,3,8,13

**accepted** 97:1 144:8

**accepts** 89:23 90:1
  156:3

**accommodates** 83:20

**accompany** 27:20

**according** 21:1 64:1
  129:10

**account** 30:12 36:17
  38:10 39:24 40:3
  128:15,16 144:25
  145:5

**accountant** 158:1

**accounting** 22:3

**accounts** 22:5,13,17

**accurate** 9:13

**accurately** 9:21

**achieved** 15:20

**acknowledge**
  125:7,8,10

**acknowledged** 165:16

**acknowledges** 125:8

**across** 75:5

**Act** 40:17

**acted** 121:2,13

**acting** 124:5

**action** 1:7,19 2:4,13
  54:2 166:7,19
  167:4,13 169:1,3

**actions** 38:6

**active** 93:8,10

**activities** 25:25
  104:11 150:24

**actual** 12:16 63:16
  71:9

**actually** 16:25 33:23
  35:3 37:2 40:11
  60:13 63:2 89:19
  103:16 105:3 107:25
  110:18 112:8 115:21
  120:25 132:6 137:2
  141:4

**add** 121:25 122:23
  160:16,19,22

**added** 39:1 150:17

**addition** 96:14

**additional** 95:15
  97:13

**address** 5:22 15:13
  71:25 85:3 126:20
  128:13

**addressing** 39:4

**adequately** 31:1

**administer** 124:5

**administrator** 104:24
  140:19

**advance** 131:13,18

**advertising** 150:3

**advises** 19:16

**advisory**
  19:12,14,16,22
  20:3,4,5,16,17

**advocacy** 107:9

**affect** 9:13,17

**affiliated** 5:8

**affix** 165:2

**afford** 79:22

**African** 89:7,10,13
  90:14 91:7 128:2

  135:13,19 136:17,22
  147:18

**afternoon** 8:12

**afterwards** 58:3

**AG** 40:17

**against** 26:11 50:6
  51:2,18,19 52:18
  127:13

**age** 77:8

**agents** 75:6

**ago** 17:13,14 39:11
  40:11 43:20 59:16
  60:24 71:1

**agreed** 129:15 138:4

**ahead** 8:4 36:14 111:4
  115:22 126:12 128:21
  131:8

**Aid** 3:14 5:15 44:8
  67:12,21
  68:8,11,14,16

**airport** 104:7,9

**al** 5:4

**alleging** 32:3

**allocated** 94:19,20

**allotted** 153:25

**allowed** 123:13 129:17
  131:6 132:4 133:14
  135:7 136:13 138:6
  146:15

**alongside** 159:3

**already** 8:4 12:12
  16:14 38:25 42:6
  75:10,13 82:23
  96:16,19 123:8 130:7
  141:13

**Alton** 107:18

**am** 13:4,6 14:6 21:21
  39:22 52:4 58:3
  168:24 169:2

**ambiguous** 126:11
  149:9

amend 160:16

amended 4:11,12 29:8
32:4 65:10 106:15

amendment 43:15

amendments 116:9

America 1:13 3:16
31:2 90:17 166:13
168:18

American 1:7 2:2
13:11 89:7,10,13,21
90:14,25 91:1,5
92:16 120:13
135:13,20 136:17,22
147:18,19 166:7
167:2

Americans 91:7,10
113:23 120:6 128:3
130:1

among 127:17

amount 88:12 98:25
114:4,6 115:13 156:6
157:11 168:9

and/or 78:17

Angela 3:17 5:18
168:17

ANNA 1:4 166:4

announce 26:7,18

announced 34:15 58:4

announcement 44:16,17

annual 84:6

answer 7:19 8:5,19,20
9:9,18 42:5,6,12
55:15 66:15,16 67:7
81:10 88:11
102:23,25 115:4,20
116:5,6 117:25 121:9
125:3,15 126:12,20
127:10,21 129:22
132:9 148:15
149:9,10 160:1,9,12
162:16

answered 58:23 125:15

answering 7:18 9:21
160:24

answers 7:11 9:5,13
32:1 160:16,20

anti-immigrant
57:7,12 118:10

anybody 8:6 25:17,20
56:2,3 105:3 121:15
139:8 143:21 144:1
161:2

anymore 162:19

anyone 10:17 11:10
14:1 34:25 74:8,11
75:16,17 101:25
144:17 148:13,18

anything 9:20 11:18
12:1,13,21 13:15
37:3 55:5,7,8 95:5
122:2,23 143:12
159:14 160:8 162:2

anyway 72:25 118:20

anywhere 125:22,24

apart 12:12

apologize 53:23 55:1
60:7 131:17 152:1

apparently 11:24

appearances 4:3 5:9

appeared 165:12

application 85:18,19

applies 136:21,22
138:12 154:5,10

apply 133:21,23
135:17 136:16,20
154:23

appreciate 55:14 71:8
161:25

approach 45:25

approached 46:1

approval 36:8 38:13

approve 19:19,20
36:14 37:6

approves 23:14

approving 129:7

area 46:21 80:23
147:23

areas 15:7 27:7

arguing 59:19

Arizona 82:18 107:25
108:6

article 117:13

articles 41:14 116:12

Arturo 153:23

Asia 91:15

Asian 91:16

aside 13:12

assist 106:18

assistant 3:22
22:12,15

assisting 104:12,13

associate 13:8

associate's 13:12

ASSOCIATION 1:17
166:17

assume 86:22 88:8

assumed 124:6

assumes 88:11

assuming 86:20
87:7,23 97:1 124:22

attached 3:10

attempt 118:12
124:9,13

attempted 143:19,21
144:1 147:8,12

attempting 123:16,20

attend 83:21

attending 8:17

attends 155:17

attorney 3:22
10:10,15 12:10 31:14

33:10 53:15 62:25
63:8 64:21
67:3,15,16 68:13
168:19

**attorney/client** 66:14
67:6 116:4

**attorneys** 5:12 34:21
44:8 46:3 62:2,11
66:11,18 67:13 68:15
70:19 107:4 169:1

**attorney's** 80:12

**Attorneys** 168:16,17

**attribute** 150:1

**auditor** 158:2 162:17

**August** 111:23

**Austin** 3:23 60:15,19
130:3 132:19 169:10

**authority**
121:13,14,15

**authorization** 21:22

**available** 75:25
76:3,5 137:11

**Avenue** 3:18

**avenues** 47:7

**avoid** 7:17,21

**aware** 9:20 34:6
73:6,10,18,22 74:1
76:22 77:15 78:15,20
114:10,14,22 117:9
124:4 129:10

**away** 72:16 86:11
147:23

**awful** 72:25

**Aye** 159:24

---

B

**background** 13:3

**backing** 62:11

**bad** 101:20

**ballot**

139:14,21,23,24

**ballots** 139:19 140:12
141:3

**bar** 131:20,24 132:15

**bars** 130:15 133:15
135:8 136:14

**base** 14:25

**based** 19:2 32:3,13,15
47:15 48:8 80:12
88:14 95:22,23 96:1
99:4 116:23
119:19,23 120:4,5,7
126:16 138:16 141:11
144:12

**basis** 30:5,7 45:16
120:15,17

**Basswood** 129:6

**became** 17:24,25
18:1,16,20

**become** 27:15
43:19,21,23 62:7,24
67:9 85:16,22 88:14
89:24 95:12 96:23
143:13

**behalf** 31:4 66:6
107:4 132:25 141:4,6

**beings** 82:4

**belief** 54:9 148:22

**believe** 7:5 14:10
38:9 53:8 65:7,22
72:23 84:18 122:24
123:15,19 124:8,12
126:20 127:16 132:7
148:23 161:1,2

**believes** 139:4

**BELINDA** 2:10 167:10

**belong** 15:1 47:8 48:4
162:13,14,15

**benefits** 24:7,8 85:1
94:23 95:1,2

**BENJAMIN** 1:6 166:6

**Beside** 5:16

**besides** 12:21 16:10
52:12 68:16 90:14
91:6,7 100:21 101:14

**BESSIAKE** 1:15 166:15

**best** 15:2 157:24
161:17

**bigger** 99:5

**biggest** 23:6 24:4

**bill** 35:3,6,9,10
55:20 58:10,12,15
60:4,20 61:17
63:12,13,16,25 66:22
74:5 100:25
118:16,24 119:2,3
122:9,10 149:17

**bills** 56:24
57:1,3,12,17,21,22,2
3 58:14 59:4,23,24
118:7,9 119:6,10

**bio** 20:18

**birth** 71:19,20 72:21
77:17,20 78:13,16
86:2 100:1,8
114:11,15,22,24
115:6,11,16,17

**bit** 16:21 94:7 162:10

**blog** 36:21,25

**board**
19:3,12,13,15,16,18,
21,22
20:3,4,5,6,7,11,12,1
3,14,15,16,17,19,21,
23,25 21:3,17,19,23
23:12 155:15,17,25
156:2,3 157:15
162:13

**boards** 162:14

**book** 73:14,16

**bookkeepers** 158:3

**booklet** 103:16
111:5,8

**books** 22:4

**borderline** 71:10

**bottle** 104:3

**bottleneck** 50:18 51:1

**bottom** 80:25 85:4
   128:13 137:11

**box** 3:23 153:4

**Branches** 2:2 5:4
   167:2

**break** 8:2,3,5,6 55:15

**breakdown** 133:4,6,7
   135:3 137:21

**breaks** 8:7

**BRICKNER** 1:6 166:6

**brief** 69:17

**briefly** 29:14,24

**bring** 49:1 60:10
   85:25

**broad** 126:11 151:14

**broadly** 61:14

**brought** 17:20

**Brownsville** 3:15

**budget** 19:20 21:18
   22:8,10,11
   23:2,4,6,8,10,20
   24:6,11,13,17 94:20
   109:18 151:5,9,10
   159:13

**building** 16:6

**bunch** 98:14

**burden** 113:16

**BURNS** 1:4 166:4

**bus** 50:13 51:6

**business** 3:8 5:22
   19:21 37:17 65:1
   153:10

**busy** 12:24 48:14
   75:19 118:6,9

**bylaws** 21:1,16

---

C

---

**calculated** 23:8

**California**
   82:16,17,19
   107:13,23
   108:4,6,9,11 153:13
   156:1

**candidates** 26:5,6
   103:18,20

**capacity** 1:21,23
   2:6,8,17,18 18:3
   68:13 83:16
   166:21,23
   167:6,8,17,18

**caption** 33:23,24

**captioned** 30:25

**card** 73:7,14 76:13
   79:5,15,17 81:5,21
   90:7,8 97:1 121:25
   122:22 124:1 125:6
   134:9,15,18,19
   142:21 143:3 165:14

**cards** 105:20

**care** 119:24

**CARRIER** 1:4 166:4

**cars** 16:22

**case** 1:8,20 2:5,14
   6:17,21,22 7:5
   38:15,17 39:3,5
   43:19,22 44:2 45:25
   49:2,9 52:24
   62:5,9,12,25 66:20
   67:17 68:18,24
   110:21 130:7 131:12
   134:3 166:8,20
   167:5,14

**cases** 6:24 147:14,16

**cast** 139:19 140:12

**casting** 126:15

**catching** 45:22

**categories** 80:16 81:6
   88:19,20,23

---

**category** 102:12

**CAUCUS** 2:3 167:3

**cause** 3:3 5:2

**caused** 160:9

**caution** 98:7

**cease** 108:11 143:13

**center** 50:21 158:21

**Central** 90:16,25

**certain** 15:8 19:16,17
   26:15 37:10

**certainly** 71:16,17
   83:17

**certificate** 4:7 72:22
   73:23 76:12,17
   77:16,17,20 78:13
   86:3 100:2,8,9
   114:12,15,19,23,24,2
   5 115:16,17,18
   134:15 143:6,10

**certificates** 77:2
   115:6,12

**certification** 13:17
   167:21

**certifications**
   13:14,15

**certified** 78:15
   167:24 169:4

**certify** 167:25 168:24

**Cesar** 82:22 84:6
   107:8,12
   154:17,18,22,23
   157:1,2,7
   158:13,18,20 159:3

**CFO** 22:3,6,12,15,23

**chance** 159:25

**change** 15:9 23:17
   78:17 81:23 98:21
   120:16
   160:16,20,21,23
   164:4

**changed** 98:19,20

**changes** 4:6 23:16,18
   60:4 121:13 164:1

**characterize** 42:9,16
   51:21

**charge** 14:19 18:25
   67:23 83:5 95:8
   96:18 99:22 105:5
   162:17

**charges** 168:21

**charging** 67:25

**chart** 154:1

**Chavez** 82:22 84:7
   107:8,12 153:22
   154:17,18,22,23
   155:10 157:1,3,7,12
   158:13,18 159:4

**Chavez's** 158:20

**check** 50:12,13

**childcare** 18:7

**choose** 37:20

**chose** 149:6

**chosen** 20:8,12

**CHRISTI** 1:2 166:2

**chunk** 23:6
   24:4,5,10,17

**church** 27:23 28:1

**Chuy** 62:1

**cities** 107:18

**citizen** 113:7

**citizens** 1:7 27:16
   51:11 77:8 166:7

**citizenship** 73:22
   78:20 128:20 129:1
   143:6

**city** 5:7

**civic** 50:20 125:18

**Civil** 1:7,19 2:4,13
   3:9 166:7,19
   167:4,13

**claim** 30:7 32:6

**clarify** 7:25 34:1
   62:14 103:3 141:2
   162:2

**clarifying** 60:7

**CLARK** 1:15 166:15

**class** 130:4

**clear** 7:21 32:8 33:1
   58:7,18 96:20 114:3
   132:20 161:19 162:16

**clients** 48:11 71:13
   141:5

**close** 17:1

**closest** 72:3,6

**closing** 159:22

**coalition** 47:8,16

**colleague** 5:16

**colonia** 15:11

**colonias** 15:7 80:23

**colors** 133:16 135:12
   136:16

**column** 154:7,14
   156:20 158:12

**combined** 6:20

**comes** 37:19 86:15,16
   94:21,22 95:9

**coming** 26:8,21 150:11

**commencing** 5:4

**COMMISSION** 165:24

**COMMISSIONERS** 1:18
   166:18

**committee** 21:19

**communicate** 55:18

**communicated** 57:14
   74:23 75:1 102:1

**communication** 117:20

**communications**
   36:3,6,22 37:16 38:8
   40:25 44:7 66:14

**62:11,19**

**71:9,12 92:2 109:16
116:3 118:21,22

**communities** 24:14
   26:14 116:21 117:21

**community** 15:4,8,13
   17:24 20:24 24:13
   26:3,7,9,19
   27:11,15,18,24 37:4
   38:24 46:2,10,19
   48:18,19,20 50:11
   63:17 64:5,9,16
   67:22 74:14,16,24
   83:2,3 89:13 92:5,6
   103:2 111:6 117:3
   125:17,20,24
   127:24,25 151:7
   156:4 161:8,14,15,20

**commute** 16:15

**compared** 149:2 150:12

**compensation** 49:15,21
   153:16 156:17,23

**compiled** 117:3

**complaint** 4:12 32:5
   62:17 65:2,10,12,18
   66:5 106:14,15,19
   107:3 108:19 112:24
   144:22

**completely** 9:10,18
   151:23 157:25

**complexity** 95:23 96:3

**comply** 113:25

**concealed** 73:4 142:18

**concentrate** 122:3

**concerned** 50:9

**conclude** 163:1

**concludes** 163:7

**conclusion** 42:2

**conduct** 160:8

**conducted** 129:11
   138:17 139:8 141:11

**Conference** 2:1 5:3
   167:1

**confirm** 33:4 75:13
80:17 139:12

**confuse** 55:3 58:13

**confused** 58:13

**congressional** 61:5

**congressman** 60:13
61:5,7

**connection** 10:18

**conscious** 7:13

**conservative** 57:8

**consider** 160:5 161:16

**consideration** 118:13
165:18

**considered** 116:10,13
119:10 127:18 129:14

**considering** 67:9

**considers** 37:17

**Consolidated** 1:20
2:5,14 166:20
167:5,14

**constitutional** 43:15

**contact** 58:19 60:11
66:18 67:3

**contacted** 57:14,20
59:5

**contains** 103:8,9

**contend** 120:1
121:2,12,17 122:7,12
141:15,18 148:12,17
150:23 151:12

**contention** 30:8

**continue** 15:3 80:7
131:15

**continued** 41:13

**continues** 151:23

**continuously** 20:23

**contract** 22:3

**convenient** 17:1

**conversation** 144:4

**conversations** 47:15
70:24

**convey** 160:25
161:2,18

**conveyed** 161:24

**cool** 8:7

**coordinator** 17:25
24:20 46:17

**copies** 99:4,5 168:23

**copy** 32:20 45:3 78:16
111:14,15
152:1,10,11

**core** 82:9,10

**Corporation** 158:17

**corporations** 93:25

**CORPUS** 1:2 166:2

**correct** 8:15,16 9:25
33:7,11 57:13 69:3,5
86:8 93:13 96:15
106:7,8 107:24
113:10 131:22
139:5,6 165:3

**correctly** 14:10

**cost** 28:9 85:8 95:22
96:7 97:18
98:17,18,20,21
100:4,7,8

**costs** 23:21 96:5

**counsel** 3:12,16,21
5:9 139:17 140:8,15
168:14,24

**count** 87:1,4

**counties** 139:18 140:9
141:3,11

**counting** 86:25

**countries** 90:17 91:1

**country** 86:3

**county** 1:8,17,18 3:8
16:12 17:11
104:21,23 107:17
140:19,20 165:9

166:8,17,18

**couple** 85:9 88:22

**couples** 87:12

**course** 16:1 26:16
45:11 48:12 81:17
89:9,19

**court** 1:1 5:1,7 9:6
40:16 78:16 163:1,6
166:1

**courteous** 160:1

**courthouse** 140:2

**cover** 80:16

**covers** 37:12 45:10

**Cox** 6:3,6 13:3 33:1
65:9 106:9

**C-o-x** 6:6

**create** 51:15 82:2,3

**created** 38:22 83:4

**creates** 126:3

**creating** 151:24

**credit** 90:7 97:1

**crisis** 51:15

**critical** 161:3

**crops** 13:16 49:16
50:1

**crossing** 50:14

**CRR** 3:5

**Cruz** 159:6

**CSR** 3:5 169:7

**current** 67:11 71:25

**currently** 13:19
89:11,18 90:13 146:6

**cycle** 139:20 140:12

---

D

**D.C** 3:19 60:17

**dad** 120:7

**Dalen** 3:13 5:14 7:6

11:17 12:7 28:14
29:20 31:5,25
32:11,14,20 33:25
34:4 40:7 42:1,5
44:6 53:13 54:12,21
55:11 58:22 60:3
62:10,14,19 64:25
65:14 66:8,12,16
67:4,12,24 68:9,12
69:8 71:8 76:19
77:23 78:1 81:7
83:15 84:12 88:10
90:2 91:15 92:9
97:17 98:7 100:17
101:4,9 102:20,23
105:25 108:2
115:2,19 116:2,7
117:24 121:8 124:25
125:14 126:10
127:3,8,19 129:19
130:6 131:7,10
132:5,20 134:13,16
136:24 138:23 139:10
141:1,8,13 148:14
149:8 150:19
152:6,14 157:19
159:15,19 162:24
168:6,15

**DALLAS** 1:8 166:8

**danger** 50:19

**dark** 153:4

**data** 117:2 137:2
139:8 150:5

**database** 87:3

**date** 35:19,20
39:10,12,18 40:9
65:3,14 71:19,20
73:7 76:25 77:7
78:16 108:13 111:22
112:4 146:1 164:3
169:8

**David** 3:22 5:10 64:25
71:8 168:11,19

**day** 3:4 5:5 15:16
45:21 73:15,19 74:23
75:21 139:24

165:12,20

**De** 159:6

**deal** 48:3 83:1 123:9
151:7

**dealing** 82:24 123:7

**decide** 38:5 46:7
47:14 66:6 124:1

**decided** 19:3 46:9
47:6,13,14 48:21
66:25 156:6

**decision** 48:6,13,16
62:7,24 64:17

**defendants** 1:12,24
2:9,20 3:2 5:11
53:17 54:2 166:12,24
167:9,20 168:19,22

**Defendant's** 29:8

**DEFENDANTS** 3:21

**defending** 53:17,19

**defense** 30:7

**define** 91:6 113:12

**definitely** 60:8 89:17

**degree** 13:8,12,14

**del** 2:13 3:7,12
4:11,18 13:22 29:1
113:6 153:8 167:13
168:16

**delay** 118:12

**DELEON** 1:3 166:3

**demeanor** 160:9

**Democrat** 89:5

**Democrats** 133:18,23

**denied** 26:22 49:14
117:16

**denies** 139:4

**deny** 39:2 120:12

**denying** 30:11 39:6

**Department** 1:24
2:8,19 3:18 5:19
34:22 53:11 72:3

106:6 115:24 166:24
167:8,19

**Depending** 94:12

**depends** 92:6
95:18,19,21 97:24

**depicted** 94:16

**depo** 70:3

**deposed** 6:15 48:23
49:8 66:23

**deposition** 2:22 3:1
4:11 5:2,16 10:9,18
11:19 12:10,14 28:25
29:2,4,9 31:8
68:2,25 69:1,2 70:22
75:10 80:16 106:16
131:14,18 137:1
163:2,3,7 164:3
165:2 167:22
168:3,5,10,12,21,22

**depositions** 48:15

**deputized** 140:22,24

**Deputy** 3:22

**describe** 81:24 92:4
128:10

**description** 4:10
84:24 90:18,19
165:14

**designated** 30:16
31:3,11,24 33:6

**designee** 9:24

**details** 27:18,21

**determine** 121:6

**devastated** 49:16

**develop** 126:4

**development** 15:14
37:7

**developments** 92:2

**difference** 19:14
90:22

**different** 13:16
14:17,19 17:25 18:24

19:2 26:5,11,12 27:8
37:12 45:14
47:9,21,22,24,25
48:2,3,21 52:18,19
58:14,16 85:23,24
88:13,20 98:16,17
99:1 119:8 130:2
157:5

**differentiate** 10:4

**difficult** 39:1 59:9
120:8 121:23
122:2,6,17 148:24

**difficulties** 39:2
120:10

**Dios** 159:24

**direct** 44:6 67:6

**directly** 162:9

**director** 1:23 2:8,19
14:6,9,13 17:10
18:1,17,18,20,21,25
19:6 36:3,6,22 37:16
38:8 40:25 47:20
48:20 109:16 159:17
166:23 167:8,19

**directors** 47:11,18,21
48:4

**disagree** 131:4 133:12
135:5 136:10 137:7

**disappointed** 58:6

**discount** 87:15,19
93:1

**discounted** 85:1

**discouraged** 148:22

**discovery** 71:14

**discriminated** 127:13

**discriminates** 120:19

**discrimination** 116:21

**discriminatory** 30:10
120:2,14 122:8

**discuss** 11:18 26:15
44:7

**discussed** 12:12 38:4

47:8,11 59:25 61:16
68:3 93:17 97:21

**discussing** 39:16
46:4,15 111:25

**discussions** 109:9

**dispute** 115:20

**DISTRICT** 1:1 166:1

**divert** 113:21 114:5

**diverted** 109:2,8,19

**DIVISION** 1:2 166:2

**document** 28:19 29:13
79:3 106:12 130:6
132:21 155:4 156:15
157:21,23 165:15

**documentation** 77:15
85:21 114:11
145:10,12

**documents** 11:12,13,18
12:2 50:12,13,23
51:3,4,7,8 70:8,11
81:8,12 85:24 102:4
110:6,19 113:11
143:9 144:8,14

**Dolores** 82:22

**donations** 93:21
149:20,23
150:7,12,13

**done** 8:14 16:5 42:10
52:19 56:25 57:1
81:19 100:5,14,16
117:6,8,14,18 118:20
120:24 123:14 138:19

**Donna** 6:8 13:4 16:19
71:25

**doors** 46:12 84:5
145:9

**DPS** 114:23 147:23

**draft** 116:9

**dreamers** 128:20 129:2

**Dreamers** 129:9

**drive** 16:23 72:13

**driver's** 42:21
72:4,10,21 73:2
76:14 77:21,24
78:3,10 134:5,7,22
142:7,8,11,18

**dropped** 34:10,13
86:10

**dues** 86:15,16 88:9
94:9,10 161:20

**duly** 3:2 5:24 168:1

**during** 55:15 58:1,2
71:2,12 74:1 104:12
139:20 140:12

**duties** 14:15 36:24

---

E

**earlier** 8:16 10:24
28:7 38:1 39:16 48:5
52:10 62:6 63:22
68:3 75:10 77:17
82:12 86:4 91:18
93:17 94:21 102:11
106:16 109:10
111:20,24 112:24
114:8,13,17 115:5
139:3

**early** 10:23 69:14

**easier** 7:24 42:12
122:3

**east** 3:14 148:6,10

**easy** 48:15 58:12
86:19

**Edcouch** 107:19

**Edinburg** 72:6,7,15,16

**educate** 26:25
102:14,19 103:19

**educating** 47:1,3
109:3 150:3

**education** 1:15 48:2
83:2 102:9 113:22
166:15

**educational** 13:3

**effect** 39:9,20

41:3,17,21,22,25
42:15,17,19 43:2
111:25 116:15
117:9,19,22

**effort** 7:13

**efforts** 109:22,24
110:2,4 111:1 118:5

**EIC** 77:12 78:11
79:3,6,7,13,14,18,22
,23 80:18 81:9,12
114:11,15,24
143:9,10,19,22 144:2

**EICs** 77:1,7 80:5

**eight** 21:7 60:24

**either** 58:20 139:17
140:7 148:10 156:11

**elderly** 80:24

**elected** 19:25 20:1,9

**election** 43:15,17
73:7,14,19 74:23
76:11,16 77:2,16
105:10 114:19,24
115:17 139:20,24
140:12,19 143:10
145:16 146:9,11
149:3,7

**elections**
43:3,5,10,12
104:12,17,21,23
124:5 149:2

**eligible** 109:25
110:12 140:3

**else** 9:20 10:17
11:10,16,21 12:1,13
14:1 71:11 95:5
123:24 125:22,24
126:15 139:9 162:2

**e-mail** 36:13
44:10,14,21

**e-mails** 10:23

**employed** 13:19 14:1
168:25

**employees** 24:23 91:20

**employment** 49:18 98:5

**enacted** 30:9,10 120:1

**enacting** 121:3 122:13

**Encino** 50:14

**engage** 104:11

**engagement** 8:10
125:18

**engages** 94:5

**English** 27:13

**enrollment** 26:16

**Entero** 2:13 3:7,12
4:11,18 13:23 29:1
113:6 153:8 167:13
168:16

**entities** 157:2,5

**entity** 157:2,3,4,9
159:2

**Equal** 47:19

**ESL** 27:13

**especially** 128:2

**ESPINOSA** 2:12 167:12

**established** 81:3
139:15

**ESTELA** 2:11 167:11

**estimated** 117:22

**estimating** 23:21

**ESTRADA** 2:11 167:11

**et** 5:4

**etcetera** 71:14 132:8
137:3

**ethnicities** 89:23,25

**ethnicity** 90:14
91:8,12

**EULALIO** 2:11 167:11

**evacuate** 50:10

**EVELYN** 1:6 166:6

**event** 103:23 104:1

**events** 26:5,7,18

35:23,25 36:1,2 94:3
158:20,21

**everybody** 18:5,7
47:12 51:17 55:2
86:5,20 123:24

**everything** 19:5 51:1
122:22

**evidence** 88:11 115:3

**exactly** 21:10 23:13
78:3 97:10 103:22
108:13 112:17 119:12
146:1 156:5

**Examination** 4:4 6:1

**examine** 168:7

**example** 20:16 26:20
27:12 60:3,11 78:10
95:19 96:6 99:11,12
104:16 120:7 146:10

**excellent** 24:7

**except** 116:19 117:20
165:3

**exchanged** 102:4

**excuse** 40:19 84:7

**executed** 165:17

**executive** 14:6,9,13
18:1,16,18,21
19:6,13,15,18,21
20:6,7,14,15,19,23,2
5 21:3,17,19,23
23:12 47:11,18,20,21
48:4,19 159:17

**exempt** 152:25 153:1

**exercise** 122:18

**exhibit** 28:16,18 33:1
65:7,8 84:16,18
92:23,24 94:16 97:15
99:19 100:14 106:9
111:18,19 112:23
128:6,8 129:20
130:5,11 131:13,14
135:23,25 136:25
152:3,5,19

**exhibits** 4:9 137:14

163:4 168:23

**exist** 82:15
125:9,22,24 126:8

**existed** 76:22,24
108:5,6

**existence** 82:13

**exists** 108:4 125:7,10
126:2 159:3

**expanded** 108:2,3

**expect** 103:10 151:3

**expenditure** 155:6,9

**expenses** 151:10

**expensive** 96:11,12
104:2,3,10 115:7

**experience** 126:18

**experiences** 116:20

**expiration** 76:25 77:7
78:9 169:8

**expire** 77:13

**expired** 78:6,10

**EXPIRES** 165:24

**explain** 27:21,25
28:2,6 31:7

**explanation** 52:6

**expressed** 126:25
127:6 165:18

**Expressway** 5:6,22

**extent** 102:24

**extra** 97:5 113:16

**eye** 15:20

---

F

**face** 132:21

**Facebook** 36:4,11,20
37:1,18 38:9

**facilitate** 71:14

**fact** 61:24

**facts** 88:11 115:3

**factual** 30:5,7

**fair** 25:5 41:2
42:8,16 54:19 68:6
89:22 141:9
151:18,24

**Falfurrias** 50:16,17

**fall** 21:13 150:24

**falls** 24:12

**familiar** 40:13 101:15
139:14

**families** 107:10

**family** 26:15 51:11,12
113:17

**farm** 13:7 17:18,21
18:4 49:14,18,20,22
50:2 82:24,25
157:1,3,9 158:14,21
162:14

**fast** 146:8

**father** 51:14

**fault** 49:25

**favor** 122:10

**Fax** 169:11

**February** 4:16 129:12
130:25 131:9 137:24

**federal** 3:9 27:4

**fee** 14:25 95:15 96:14
97:13

**feed** 4:15 112:4

**feel** 128:2 161:9

**feeling** 47:12 162:6

**fees** 62:2,11,19 88:17
93:19 95:17 99:7

**felt** 47:4 50:11,18
151:7 162:10

**Fernando** 153:21

**fewest** 83:24

**field** 48:9 75:6

**fields** 49:16 82:25

**figure** 29:18 129:3

**file** 46:3,25 67:22

**filed** 50:1,6
51:2,9,17 65:13,18
66:5 69:14 100:25
107:3

**Filemon** 61:11

**filing** 28:24 43:25
95:21,23 97:24
144:22 155:1

**fill** 28:11 85:18 96:4
98:15

**final** 21:22

**finally** 63:6

**financial** 22:2,3
109:19 113:9,12
114:4

**financially** 169:2

**fine** 81:20 122:22

**finish** 77:4 128:21
162:3

**finished** 7:20 49:25

**Firm** 169:9

**first** 4:12 5:24 17:10
40:7,10 45:23 57:24
65:10,18 81:3
83:9,13,14 87:23
95:11 106:22 107:25
113:4 128:14 130:14
131:2,20 133:15
136:25 143:24 152:7
160:3

**fit** 84:3,10

**fits** 84:2,3

**five** 21:5 24:20 25:4
74:16 83:15 143:17

**flea** 16:21,23

**flies** 66:3

**flight** 69:21

**flipped** 152:20

**FLOYD** 1:3 166:3

**flyer** 11:15,20,21
  12:5 75:7,9,11
  102:17 103:5,8,9,13
  110:18,23,25 111:9

**flyers** 103:14

**FOIA** 99:12

**folks** 26:22 92:20
  110:18 130:4

**follow-up** 144:17

**force** 9:5

**foregoing** 165:1,16

**forgive** 16:14

**form** 4:18 79:6 97:24
  99:9 111:5 139:12
  145:1 146:7,19
  147:3,9,13,24
  152:18,25 158:7

**formed** 82:21,22

**former** 13:6

**forms** 26:6 72:18 74:9
  75:17 76:1
  79:12,19,20,23 95:24
  98:14,16 99:2,5
  114:10 134:17 141:17
  142:1 145:6 147:2

**forum** 103:19

**forwards** 146:8

**foundation**
  154:17,18,22,23,24
  155:13 157:3,7
  158:13 159:4

**foundations** 162:9

**founded** 107:7,8,12

**founder** 157:6

**fourth** 136:2
  137:15,19

**Francis** 3:14

**fraud** 125:7,10,12,21
  126:8

**free** 75:25

76:5,7,8,9,11 84:25
  93:1 114:17,18,20

**freeze** 49:15,16

**Friday** 83:9,13,14

**front** 17:23 85:17
  122:25

**fulfill** 151:13,21

**full** 6:3

**fully** 160:13

**fund** 1:15 92:2 166:15

**funding** 14:23 15:2
  93:16 95:8

**fund-raising** 94:5

**funds** 94:18 149:22

---

G

**G.E.D** 13:8

**GANDY** 1:6 166:6

**GARCIA** 2:12 167:12

**Garza** 68:10 69:6
  70:16

**gender** 78:17

**general** 3:22 7:10
  74:24 150:8,14,15

**generally** 10:5 88:19
  94:18

**General's** 53:15

**gets** 21:12 25:21
  40:16 88:8 104:9

**getting** 46:18 64:1
  65:1 114:15 115:16

**gift** 100:17

**given** 74:12 87:4 89:4
  105:6 122:24 123:10
  154:24 161:11 165:19
  168:3,12

**giving** 90:2

**goal** 15:5

**goals** 14:21 15:19

22:10 150:25

**God** 9:15

**gone** 39:20

**GORDON** 1:6 166:6

**gotten** 49:10

**GOTV** 26:4 46:11

**government** 27:14
  52:19,24 53:4,9,10

**government-issued**
  129:16 131:5 132:3
  133:13 134:2 135:6
  136:12 138:5

**Governor** 1:10 26:21
  166:10

**gracias** 159:24

**grade** 13:6

**Grande** 3:14 5:15 45:2
  68:7,11,14,16 113:23

**grandmother** 51:14

**grant** 22:1,8
  154:22,23 156:9,11

**grants** 22:13,17,24,25
  23:1,4 154:22

**graph** 132:16

**grievances** 82:24

**ground** 7:10

**group** 10:3,6 34:2,7
  47:10 122:13 127:13
  133:15,22 135:8
  136:14

**groups** 25:16 74:22
  75:6 128:1 135:18
  136:20

**grow** 20:23 21:7 71:23

**growing** 14:24

**growth** 14:23

**Guardian** 45:2
  63:21,22

**guess** 25:20 54:14
  86:18 88:7 98:8

149:1

**gun** 72:24 77:21,22

**guys** 10:20 11:1 23:16
24:18 32:18 37:20
70:3

---
H
---

**habit** 45:19

**half** 11:8,9 45:23
78:11

**hall** 83:11,12,20 84:9

**HAMILTON** 1:3 166:3

**hand** 40:4 75:8 165:19

**handed** 28:17 84:17
128:7 130:10 135:24

**handgun** 73:4 142:19

**handing** 152:4

**happen** 26:11 47:3
124:24 125:4 127:12

**happened** 26:25 56:9
63:9 105:9 122:15
144:9 150:6

**happens** 86:9 125:19
126:18,21

**harass** 71:17 80:13

**harassment** 71:10

**hard** 41:6 64:23 118:1
161:5

**harder** 120:8,25

**Harlingen** 72:10

**harm** 32:4,15 122:13
149:13

**harmed** 32:10 149:17

**harvest** 13:16

**haven't** 33:15 38:15
71:11 76:21 87:1
117:20 147:6 152:15

**having** 5:24 56:7
117:15 136:25 148:4

**head** 7:12 17:10 51:10

86:17

**health** 26:20 48:1
83:2 92:8

**healthcare** 27:25

**hear** 61:24

**heard** 44:12 76:6
79:7,8,11 101:18
140:5 145:7

**hearing** 46:17 64:15
101:23

**held** 14:8

**he'll** 36:14,16 37:14

**help** 21:25 22:7 25:11
46:3,6 54:16,17
71:13 82:2 97:3
105:14 107:8 151:18

**helpful** 65:15

**helping** 104:14

**helps** 37:6

**hereby** 165:2 167:25

**hereto** 3:10

**HERMAN** 1:6 166:6

**Hernandez** 34:7

**he's** 23:1 38:14 62:13
67:15,16 156:1

**Hidalgo** 1:18 3:8
104:23 107:17 140:19
165:9 166:18

**high** 13:5 98:1 116:22

**highlighted** 130:18
133:3 134:25 136:7

**Hinojosa** 61:10 62:1

**hire** 22:21 62:25
64:20

**Hispanic** 1:17 90:23
91:1 136:17 166:17

**Hispanics** 90:21 91:6
136:23 138:12,13

**history** 27:14 116:20
119:23 120:5 158:19

161:14

**hit** 41:6

**hold** 158:20

**Holder** 49:2,5,9 52:14
66:22

**home** 26:14 71:25

**Homeland** 50:7,20,22
51:19

**honest** 162:15

**honestly** 160:25
161:13

**hope** 110:5,8

**hour** 11:8,9 45:23
67:19 155:19

**hours** 15:21,23 40:16
96:1 153:25
155:14,24

**house** 2:3 26:13 38:2
167:3

**housing** 48:1 83:2

**Huerta** 82:23

**Huffington** 63:23

**huge** 27:3 49:16
103:23

**human** 82:4

**Huntington** 45:13

**hurricane** 50:8

**hurt** 149:15

**hurting** 46:4

**hyphenate** 6:6

**hypothetical** 125:2

---
I
---

**I'd** 126:19 131:7

**ID** 4:16,17 6:18,25
7:4,5,9 11:16 12:5
27:25 35:9,10
38:19,21 39:8,19
41:3,14,16 42:17
43:2 44:17 48:24

49:6 52:14 59:7,23
61:17 63:3 66:21
72:23,24 73:18
75:9,25 76:9,10,19
79:18,20 80:21 86:2
100:20
101:2,3,8,14,19,24
102:2,15,19
103:10,17,21,22
110:20 111:25 112:11
118:24 119:2,6
127:6,16 129:17
130:20 131:6,12
132:4 133:8,13
134:2,12,14,17 135:7
136:6,12 138:6
141:17
142:1,13,15,16 143:3
145:1,6,13 146:7,19
147:2,9,13,24 151:16
159:9

**idea** 17:13 25:18
67:20 123:12,17
132:6 136:10 138:23
139:1

**identifiable** 78:21

**identification** 72:18
73:7 74:9 75:17
76:2,12,16 77:2,16
78:18,22 79:2,6,12
80:4,17 109:2
113:7,11 114:19
115:17 130:25 142:21
143:10

**identifications** 80:1

**identified** 37:22
92:15 145:19 148:4

**identifies** 85:22

**identify** 37:25 85:20
141:25 142:4 143:8
144:21 145:14
146:5,17,25 147:7,11
149:12,16

**identity** 31:22 73:20
165:14

**IDs** 77:1

**I'll** 7:7,23 115:15
121:8 132:12 137:4
151:25 152:1

**illness** 9:12

**I'm** 5:18 7:17,18,20
8:6 10:2 11:17
21:9,20 25:20 29:18
31:5,25 32:1,6,22
36:5,18,19 40:1,4,20
42:4,11 43:11 44:6
45:17,19 46:18
53:3,5,14,17
54:12,14 55:3,22
56:2,23 58:22
61:1,13 62:10 64:10
65:1 66:9,12 67:4
68:21 71:17 80:1,13
87:18 88:10,19 91:4
97:10 98:9,13 102:20
109:14 111:2
112:14,15 113:2
115:2,19 116:2
117:24 124:25
125:16,24 126:1,2,10
127:8,25 128:3,21
129:19 131:10 132:5
134:22 136:24 138:25
142:16 145:25 146:21
148:9,14 149:8
152:4,11 156:12
157:19,21 159:16,21
162:20

**Imagine** 159:19

**IMANI** 1:15 166:15

**immigration** 26:23
28:3 48:1 51:3,5
57:20 67:14 83:3
92:8 97:23
98:2,14,16 99:13,17
100:6,10,11,12 115:6

**immigration-related**
51:22,23

**impact** 26:8,23
27:1,24 37:3,10,23
38:23 46:5,23

47:3,13 48:17 52:20
64:14 75:3 117:1
151:6

**impacts** 46:2 63:17

**implemented** 149:4

**important** 14:24 15:5
26:16 37:17,22 42:25
105:16,23 112:19
114:8

**impose** 125:20 161:7

**impossible**
148:13,18,19,20
149:1

**inability** 145:1,5
146:7,19 147:2

**Inc** 2:14 3:7,12,14
68:8 167:14 168:16

**include** 101:4,6,7

**included** 26:2 90:17

**includes** 16:3 26:3,4
33:24 90:16,20,24
100:6 107:20
151:14,19 168:14

**including** 30:8

**income** 14:3 15:7
28:4,7,9,11 92:15
95:21 113:15,17,23
116:22 120:24 127:25
129:25 153:1 161:4

**increase** 98:25 99:7
149:21 150:8

**increased** 98:23 99:10
138:15 149:22 150:17

**indeed** 66:4

**Independents**
133:19,24

**INDEX** 4:1

**indicated** 10:1

**indicates** 78:17

**Individual** 93:23

**individuals** 93:23

**inform** 11:15

**informal** 9:4

**information** 27:12
36:25 58:2 63:14
64:3 66:13 67:5
71:18 74:4,6,12 75:4
86:13 103:9,15
115:10 139:19 140:11
142:3 153:5,9 168:12

**informed** 41:9

**in-house**
22:20,22,23,25

**inside** 84:10 105:22

**insinuate** 162:7

**insofar** 116:3

**instance** 3:2 38:7
147:7,11

**instances** 110:16

**instead** 122:4,5

**instructs** 8:19

**instrument** 165:16

**Integrity** 5:8 168:7
169:8

**intend** 71:16

**intended** 122:12

**intent** 30:10 59:18
122:8

**Intention** 29:9

**intents** 59:11

**interest** 30:23,25

**interested**
41:16,18,24
42:15,17,18 169:3

**Internet** 35:24 36:2,9
38:8

**interpret** 10:5

**interrupting** 40:20
42:11 109:14

**introduce** 5:12

**introduced** 57:8

59:8,22

**invites** 27:11

**involved** 27:2,6 46:8
47:6 48:6 49:10
54:24 57:24 60:8
64:18 66:7,22,25
111:1 124:3 125:17

**involvement** 109:15

**IRS** 95:24

**Isn't** 76:10

**issue** 26:20 27:2,3
37:13,18,19,21
46:1,14 47:9,11
72:10 80:22 87:9
101:24 112:19 114:8
126:3 144:6,10,16
147:20,21

**issued** 35:16,17
77:8,12 111:13
112:10

**issues** 26:12,15
27:4,5,23 28:3
37:10,21 38:4 45:11
46:12 48:3 49:12
83:1,3 92:8 103:18

**item** 23:20 151:5,9,11

**items** 24:5

**it's** 8:9 10:12,14
14:10,22 15:11,24
16:1,2,20,25 19:24
21:9,10,15 24:16,19
27:24 28:25 29:3
32:13 40:22 45:2
46:1,14 47:19
48:12,15,17 50:8,14
51:1,17 52:7,21
58:12 60:24 61:11
63:7 64:13,22 74:19
75:13,21
76:3,5,11,19 77:9
80:7 81:18 82:17
83:25 84:7 87:3
88:12 89:14 91:21
92:14 98:14 100:12
101:10 105:24 106:14

108:7 109:13 110:10
114:8 115:1,5 116:24
120:5,7,22,23 121:23
123:14 125:12,21
126:21 128:12,15
129:20 130:3
132:20,21 135:22
142:9 143:14 148:21
150:1,15
151:10,14,15,16,17,2
4 152:9,19 155:20
157:9 158:19,20
159:2 161:1

**I've** 78:25 117:11
135:24 140:5 147:14

---

J

**JANE** 1:3 166:3

**Janet** 50:6 51:20

**job** 26:16 36:16 46:6
161:21

**jobs** 17:2

**John** 1:5,11,21 2:6,16
3:21 5:4 36:23 37:15
109:12,14,16
166:5,11,21 167:6,16
168:19

**join** 96:15 150:5

**Jose** 68:10 69:6

**JR** 2:11 167:11

**Juan** 3:8 5:7 62:1
72:5 107:16 159:5

**Juanita** 5:2 6:5
153:22

**J-u-a-n-i-t-a** 6:5

**JUANITA** 2:23 3:1 4:4
5:23 164:2
165:1,6,12 167:22
168:1

**judge** 9:6

**judges** 1:17 123:24
166:17

**June** 2:24 3:4 5:5

112:7,8,10,12  164:3
167:22  169:4

**Justice** 3:18  5:19
34:22  53:11  106:7
115:25

---

K

**Keene** 153:12

**KEN** 1:6  166:6

**Kennedy** 157:4  158:11

**Kerr** 3:5  5:8  167:24
169:7

**kid** 51:15

**kinds** 26:11  48:2
85:23,24  98:16

**king** 3:17  106:5,8
168:17

**knew** 34:17

**knocking** 46:11  145:8

**knowledge** 90:13

**known** 118:19  165:12

**KOBY** 1:5  166:5

---

L

**La** 2:13  3:7,12
4:11,18  13:22  28:25
45:13  63:23  113:6
153:8  159:6  167:13
168:16

**lack** 15:11  92:7  113:7
141:16,18

**lacked** 144:7

**Lane** 169:9

**language** 30:12

**LARA** 2:12,13
167:12,13

**large** 89:12  117:15

**larger** 109:3

**Las** 107:18

**last** 10:11  12:15

29:17,21,23  39:11,13
61:1  71:2  100:1
105:9,10  137:20
145:16  146:2,3,9,10
150:8,12,15  159:12

**lasts** 155:21

**later** 56:17  76:7
108:24

**LATIN** 1:7  166:7

**Latino** 90:15,16,19,23
135:13,20

**Latinos** 90:21,24  91:7
138:4

**law** 39:8,19  53:18,22
100:25  101:8,19
109:2  113:25
118:14,15  120:16,19
124:5,7  127:6  136:6

**laws** 49:19  109:4
123:25  126:4  161:16

**lawsuit** 10:11  11:22
12:16  28:24  30:8
33:14,18
34:8,10,22,25
35:1,2,5,23  36:1
43:25  44:4,5,13,20
46:3,8,25  47:1,5
48:15,24  49:6  50:1
51:18,22,23,24  52:15
53:6,9,24  54:10
55:6,9  57:25  62:3
63:12  64:18
66:7,17,21,22  67:1
69:14,25  70:3,19
71:6  101:8  106:13
107:4

**lawsuits** 52:2  58:8,16
62:4  66:19  67:23

**lawyer** 6:9  8:19  67:18
68:5  71:5

**lawyers** 8:17  67:9,11
68:6,24  69:25  70:21
71:5  90:1  106:20

**lawyer's** 65:22

**lay** 7:10

**lays** 84:22

**Lead** 1:8  166:8

**leadership** 15:14  37:7

**leading** 35:25

**LEAGUE** 1:7,14
166:7,14

**learn** 39:8  44:1

**learned** 39:19  41:2
48:8  63:5,11

**learning**
63:3,4,5,12,25

**least** 96:11

**leaving** 50:12

**legal** 3:14  5:15  42:2
44:8  67:12,21
68:8,11,14,16  168:7
169:8

**legislation** 57:7  59:8
100:20  101:14
102:2,5  118:10

**legislative** 2:2  39:13
167:2

**legislator** 122:7

**legislature** 30:9
59:22  121:2,7,12
122:12  123:1,6

**legislatures** 102:2,6

**LENARD** 2:10  167:10

**less** 47:4  88:9  104:6
115:14  149:3

**let's** 7:10  20:17  41:9
60:10  81:14  87:7
93:2  96:6  98:1,3
102:8  104:14  108:24
134:24  156:13  158:4

**levels** 88:13

**license** 42:21  72:4,21
73:2,4  75:21  76:14
77:21,24  78:3,10
86:3  134:5,8,10,22

142:7,8,11,18,19

**licenses** 72:10

**lights** 15:11,17 27:3

**likely** 128:19 148:22

**limit** 21:9,14 84:1

**limited** 48:14 113:21

**Linares-Moeller**
153:21

**Linda** 153:22

**line** 23:20 80:25
130:24 131:2
151:5,9,11 164:4

**lines** 75:21,22

**LIONEL** 2:11 167:11

**list** 12:21 72:20,21
73:9,11 74:7 80:7,19
81:2,4 92:14 93:8
99:19 100:1

**listed** 97:14 106:22
152:22 157:17

**listen** 46:12

**litigation** 5:11 31:1
32:3,15 49:10 74:2
75:14 141:5

**little** 16:20,24 29:15
50:15 94:7 111:12
152:9 162:10

**live** 15:7,17 16:19
48:18

**lives** 12:24 156:1

**living** 39:1 147:22

**loan** 154:25 156:11

**local** 13:9 27:5
43:10,12 45:10,11
124:4

**locally** 23:2 43:11

**located** 5:6

**location** 148:3

**locations** 19:8

**long** 11:7 14:8

16:18,19 17:14
18:20,22 59:16
64:20,22 69:19 70:14
75:22 80:8 127:14

**longer** 16:21,24 32:6
63:10 99:3

**longest** 19:10

**looped** 100:11

**lose** 54:11

**lot** 7:3 12:16 13:16
14:17 16:2,22 25:2
26:13 37:2,8
56:10,11 63:9 74:14
99:4 104:18
105:17,21 114:7
123:5 142:14 143:1

**love** 85:13

**low** 15:7 92:15 97:18
98:1 113:15,17,22
116:22 120:24 127:25
129:25 161:4

**lower** 28:9

**lowest** 161:20

**low-wage** 107:9

**LULAC** 1:7 44:11 166:7

**lunch** 55:12,14 106:2

**LUPE** 4:13 5:6,15 9:24
10:3,4,6 13:24
14:5,20 15:22 16:5
17:3,8,17,20,21
18:2,10
19:12,15,23,24 20:10
22:21 23:2 24:23
25:13,21 27:12
28:6,8 29:11 30:17
31:4,9,11 32:3,9
33:6,24 35:4,22
36:9,17 37:3,15 40:3
43:19,21 46:7 47:6
49:10 50:2,3,4,5
53:4,5,24 54:7,9,16
55:23,24 56:4 57:10
62:7,13,22,24
64:8,15,17 66:6,25

67:25 68:13,17
74:8,11,12,15
75:5,6,16 81:25
82:5,12 83:4,5 85:6
88:8,15
89:2,7,10,16,18,22,2
3,24 90:13,23
91:8,12,20
92:4,17,19,22
93:5,8,11,14,16,21
94:3,5,9 95:11,14
96:15,23 97:3,12
99:22 100:20 101:25
104:11 105:6,14
106:22
107:7,8,15,16,20
108:8,11 109:2,19
110:2,11 112:10
113:12,20,21 114:5
115:24 116:9,12,15
117:8,9,18,20,22
118:4,12,21 119:9
120:1 121:2,12,17
122:7,12,24
123:12,15,19
124:8,12
125:7,8,10,12 126:25
127:5,16
139:3,7,8,11,13,17
140:7 141:6,12,15,25
144:17,21 145:20
146:5,17,23,25
147:5,7,8,11,15
148:12,17
149:3,6,12,14,20
150:7,23
151:12,20,21 156:2
157:2,14 159:3

**LUPE's** 24:10 39:24
64:6 74:24 84:20
86:14 90:20 112:2
120:15,21 125:21
128:16 151:18 155:1

**LYDIA** 2:12 167:12

———————————————

| M |
| --- |

**ma'am** 30:6,24 33:21
38:20 44:4 52:9

71:21 110:7 112:13
117:7 135:2 153:7,20

**machine** 3:6

**main** 15:19 19:7

**mainly** 89:14,20 91:3
92:14 130:4

**maintain** 93:8

**majority** 7:4

**MALDEF** 44:12

**manage** 21:24

**managers** 19:3 22:9
92:3

**Mancillas** 153:21

**manner** 160:6

**MARC** 1:3 166:3

**march** 43:6,7 71:22
84:7 105:11,12
145:23 146:1,2,13

**marches** 26:10

**MARGARITO** 2:12 167:12

**Marinda** 3:13 5:14
6:12 10:16,21 34:18
70:1,2,18 168:6,15

**mark** 65:6 151:25

**marked** 28:16,18 65:8
84:16,18 111:18
128:6,8 130:5,11
135:23,25 152:3,5,20

**market** 16:21,23

**marriage** 100:2,9

**married** 85:9 88:3,22

**MARTINEZ** 2:12,13
167:12,13

**material** 111:8

**materials** 102:5

**matters** 30:1

**MAXIMINA** 2:13 167:13

**maximum** 115:18

**may** 8:18 10:3

16:7,8,14 19:17
36:2,4 43:9,10 67:14
105:3 112:17,20
126:4 154:25 157:25

**maybe** 7:1 11:8 16:20
17:13 18:8,22 23:16
25:3,7 39:11 43:20
56:17 60:23,24 61:9
63:7,8,10 64:22,23
65:15 69:7,20 71:2,7
72:17 83:24 91:10
96:13 98:5,16 99:14
108:14 123:7 130:4
132:19 143:14,17
145:16 150:5 155:23
161:1 162:6

**McAllen** 50:20 103:23

**mccraw** 1:22 2:7,18
3:21 166:22 167:7,18

**McCraw** 168:20

**mean** 10:6 17:17,18
23:7 34:1 41:24
45:13 51:3 53:10
54:16 62:21 71:1,11
74:21 86:11 95:6
100:22,24 110:5
121:4 127:3
134:14,15 143:10
147:6 162:12

**meaning** 104:13

**means** 9:1 31:7 35:13
42:15 51:13 79:3
93:14 121:5 137:2

**meant** 53:22

**media** 26:7 34:25

**Medicaid** 26:22

**Medical** 157:4 158:11

**medication** 9:16,17

**meet** 11:1,2 12:9
71:13 83:10 107:8

**meeting** 11:7 37:13
70:14,16 84:2
155:15,17,20

**meetings** 26:13,14
37:12 38:2 46:10
48:10 70:18
83:6,20,21 103:1,2
111:6 144:5

**MELLOR-CRUMLEY** 1:5
166:5

**member** 20:17,25
85:11,16 88:14,15,16
89:24 92:17,19 93:19
95:11,12 96:16,17,23
126:24,25 127:5
141:25 142:4
143:8,11,13 146:5,17
147:5,8 149:12,16
156:4

**members** 15:6 17:23
19:12,15,23,24
20:7,10,11,13
21:3,16 26:17
28:6,10 31:22 32:4,9
37:9 50:11 74:24
84:22,24 85:6,22
87:5,24 88:20,21
89:8,10,16,18 90:13
91:8,12 92:20,22
93:2,9,18 96:19
102:1 108:21 109:3
113:7,15,24 118:22
120:11 139:5 141:16
142:6,12,15,23
143:2,5,18 144:1
145:20 146:23 147:15
149:3,6 157:15

**membership** 20:1
28:9,13 32:2
37:4,8,22,25 46:4,23
47:15 83:6 84:25
85:8,12 86:15,16
88:14 95:8 96:18
113:14 114:9 146:23
149:25 161:4,8,20

**memberships** 37:7
49:17

**MENDEZ** 2:11 167:11

**mentioned** 19:22 28:7

38:9 48:5,23 52:10
57:18 62:6 63:11
72:1 73:2 75:9
77:1,17 78:13 82:12
86:4 91:18 93:11
94:6 95:1 102:11,17
158:11,15

**Mercedes** 107:18

**message** 75:5

**met** 14:21 33:17
68:5,24 69:6,24
70:2,18

**methodology** 137:3,12

**Mexican** 2:2 89:15,21
91:5 92:15 113:23
120:6,13 128:3
129:25 147:19 167:2

**Mexico** 90:25

**Michael** 1:4 36:23
37:16 109:12,14,16
166:4

**MICHELLE** 1:15 166:15

**Michigan** 101:21

**mid** 17:16

**migrant** 13:7

**military** 73:18 143:3

**Miller** 3:17 5:18
168:17

**Milpas** 107:18

**minimize** 109:24 111:1

**minimizing** 110:12

**minorities** 120:6
128:2 161:8

**minority** 30:12 40:17
116:16 117:10,19,23
122:13

**minors** 37:14

**minutes** 69:7,20 72:17

**mispronounced** 73:12

**mission** 81:24 82:1,5
150:25

151:13,14,15,18,22

**mistaken** 157:25

**modify** 160:17

**mom** 12:23

**moment** 108:9

**money** 23:21,22
94:21,22 95:9 115:13
150:11,13 156:7,10
157:11

**monitor** 100:23,24

**monitored** 100:20,22

**MONTEZ** 1:4 166:4

**month** 71:3 83:9,13,14

**months** 43:20
63:1,2,7,8 64:23,24
71:1

**morning** 45:24

**mother** 51:14,15

**move** 20:6 71:15 80:15

**moved** 107:24,25 108:2

**movement** 157:1,10
158:22

**Moving** 30:21

**multiply** 86:19

**myself** 21:21 22:14
145:18

---

### N

**NAACP** 2:2 5:3 44:11
167:2

**Napolitano** 50:6 51:20

**national** 45:11

**Native** 91:10

**naturalization** 73:23
78:21 79:1

**nature** 49:25

**necessarily** 88:18

**necessary** 81:9 113:7
143:9

**negative** 37:23 38:22
46:5 47:13 52:20
75:2 117:1

**neither** 168:24

**Network** 47:19

**news** 37:2
41:10,11,13,14 44:23
45:9,22 48:11 50:22
56:10,11 64:9,11
101:18 148:5

**newspaper** 44:24
45:1,10 117:13 148:2

**newspapers** 63:21

**NGR** 1:7,19 2:4,14
166:7,19 167:4,14

**nice** 83:19 84:21
100:18

**night** 10:11 12:15
29:21,24

**nine** 21:15

**nobody** 71:11

**nod** 7:12

**none** 32:9

**nonetheless** 71:10

**non-members** 93:5

**non-profit** 47:9 82:25
93:14,15

**non-profits** 48:3
154:25

**noon** 105:24 155:23

**nor** 168:25

**Nora** 153:21

**Noriega** 3:13 5:17
168:15

**normal** 45:21
121:3,4,7,10

**normally** 119:17,18

**no's** 7:14

**notary** 99:20,23
165:23

note 128:12

noted 165:3

nothing 49:23 122:20

notice 4:11 29:1,8
  31:8 123:5

noticed 29:3

November 31:22 43:14
  65:18 66:4 69:15
  144:23 145:22,25
  146:3

nuh-huh 14:4 25:24
  38:14 102:3,7 108:10
  116:11 118:17

nuh-huhs 7:14

NW 3:18

NWB 3:19

_____
          O
_____

oath 8:24 9:1 165:13

object 8:18 32:18
  42:1 54:12 58:22
  66:12 67:5 88:10
  101:9 102:20
  115:2,19 116:2
  117:24 121:8 124:25
  126:10 127:4,8,19
  129:19 132:5 136:24
  148:14 149:8

objected 32:2 54:21

objection 31:6 80:20
  131:11 137:5,10
  157:20

objections 31:14
  32:5,21 33:9 80:12

obstacle 120:22

obstacles 38:25 59:18
  120:17,18 122:19
  125:20 148:21,25
  161:7

obtain 76:1 77:16
  113:10 145:1,5
  146:7,19 147:2,8,12

obtained 137:3

obviously 19:13,18
  31:13 63:17 96:16
  106:16

occasion 69:24

occasions 71:4

occur 20:22

October 4:17 136:6
  138:8

offended 162:10

offensive 161:6

offer 14:20

offered 28:8 55:5,7
  74:8,11 75:16

offering 17:23

office 16:16,18
  19:1,2,7,9 22:9 25:3
  26:6 49:19 53:15
  69:22 70:12
  72:4,9,12
  83:16,18,19
  104:17,21 107:16
  165:19

officer 168:2,13

officer's 168:21

offices 3:7 5:6
  16:7,8,9 19:2 22:9
  91:22 105:22
  107:18,20

official 1:21,23
  2:6,7,17,18 14:15
  116:24 166:21,23
  167:6,7,17,18

oh 16:19 17:4 18:8
  19:9 24:22 25:2,24
  28:8 29:5,7 34:14,20
  39:25 42:10,24 45:17
  49:4,11 50:1 52:3,7
  57:16 58:14 60:6,8
  63:1,13 64:11,22
  69:10,20 72:14
  83:7,23 84:21
  87:2,19 95:16 98:15

100:15 103:25 114:21
139:2 140:1
143:14,17 150:15
151:14 154:4 156:16
158:10 160:21

okay 7:5,9,16 8:8,21
  10:7,17 11:20 12:1
  17:19 18:14 23:3
  25:9 32:17 33:3 34:4
  35:12 39:23 40:2,6
  42:10,13 49:7 50:5
  52:7,12,23
  53:7,16,21,25
  54:5,8,23 55:4 56:6
  58:11,17 61:3,15
  62:16 64:17
  65:11,19,21 66:1,11
  68:21,23 69:10 74:19
  75:16 76:18 77:6
  78:5,7,12 79:8,25
  80:3,6,9 81:14
  87:2,21 88:2,5,13,25
  89:7 97:2 99:15
  102:22 103:4 106:9
  108:17 109:21
  112:8,18,25 113:3
  114:21 119:5 121:12
  128:17 131:16 133:25
  135:21 136:3
  137:13,18,20 138:18
  139:2 145:24 148:12
  152:8,13,14,16
  153:14 154:4,5,7
  156:3,13 157:11
  158:5,9 159:7,15

Oklahoma 101:17,18,21

old 12:24 78:1,2
  98:22

older 77:8,10

oldest 19:9

ones 11:14 14:17
  15:16 17:7 43:6
  45:14 47:24 51:7
  77:19 78:25 86:1
  91:13 97:17 99:2
  144:14 146:22 157:17
  158:10,15 159:5

160:14

**on-line** 44:24
45:1,5,6

**open** 9:6 20:22 84:5
141:2

**operated** 107:15,16

**operational** 14:21
19:20 22:10

**operations** 108:12

**opinion** 52:23 116:12
117:13 120:16 121:7
122:1

**opportunities** 162:19

**opportunity** 122:25
123:3,10 160:12
161:12

**oppose** 119:14,16
123:11

**opposed** 119:9 128:4

**Opposing** 57:12

**opposition** 122:25

**oral** 2:22 3:1 4:11
28:25 29:9 168:2

**order** 72:19 78:16
81:9 115:14 140:24

**organization** 13:22
14:7,24,25 20:2
26:17 28:11 31:9
32:15,16 46:7 48:4
55:23 62:15 83:1
89:2 93:15 108:20
117:18 118:4 132:25
133:1 152:25 156:25
157:12 162:11

**organizational** 150:25

**organizations**
47:9,21,22,23,25
156:17,18,24
157:6,16 158:7,9
159:1

**organize** 26:10

**organizer** 17:24 25:21

27:11,17,18,20,23

**organizers** 24:13,18
25:11,15,25 26:18
27:8 28:4,5 38:2
46:10,16,20 48:10
64:7,8,16 74:16 92:1
102:11 103:5,15
105:22 109:10 144:4
145:16 150:4

**organizing** 15:14
24:12,16 26:3 95:7
107:9

**original** 34:6 65:2,25
66:5 78:15 163:3
168:22

**Ortiz** 1:5 2:10 34:2,7
166:5 167:10

**OSCAR** 1:4 166:4

**others** 28:10 43:13
45:12 48:1 59:7,21
69:4 73:1 92:3,16
145:21 151:19

**otherwise** 10:1 109:25
110:12 169:3

**ours** 61:8 101:20

**outcome** 169:3

**outdated** 144:15

**outgoing** 155:6,9

**outreach** 24:11 25:12
26:1,4 102:8

**outside** 22:21,22
84:5,11 105:22
121:3,13 150:24
151:1

**overlap** 25:16

**overly** 126:11

**OZIAS** 1:5 166:5

─────────────
P
─────────────

**p.m** 3:5 163:7

**P.O** 3:23

**Pablo** 153:21

**package** 100:6

**packet** 100:6 103:24

**page** 4:2,10,13,15
7:11 29:25 84:20
106:22 107:1 113:1
128:23,24,25
130:13,14 133:2,25
134:24 136:2
137:11,15,16,17,19,2
0 152:19 153:14
155:3 156:13,19
158:4 164:4

**pages** 103:17

**paid** 14:11 24:21
25:21 88:1 97:13
104:6 157:12
162:10,13

**Pan** 13:11

**paper** 75:7 101:5,7

**papers** 28:11 78:21

**paragraph** 106:25
113:2,4

**parent** 157:8

**participate** 71:13

**participating** 55:6,9

**participation** 52:25

**parties** 168:14,25

**partisan** 89:2

**partnerships** 158:8

**party** 89:4 133:8
168:9

**pass** 59:10,19 162:23

**passage** 109:1

**passbook** 73:10

**passed** 38:22 39:12
43:6 55:18 56:18
58:4,20,21 59:8,21
74:5 101:1 118:5
123:9

**passport** 73:13,14,17
77:21,23 142:24

pathway 128:20 129:1

Paul 155:9 157:12

pay 14:25 15:1 85:19
  88:17 95:12 96:24
  97:6,9 120:7 121:1
  156:6,12 157:15
  161:21

payable 22:5,13,17

paying 67:18

PEGGY 1:5 166:5

Pennsylvania 3:18

PENNY 1:4 166:4

pension 159:6

people 13:16 14:25
  16:22 19:2 22:7
  24:14,25 27:9,15
  33:20 34:18 38:23,25
  46:13 50:19,21
  51:6,16 52:20 54:24
  57:8 59:10 64:10
  74:19,22 76:1
  83:15,21 85:22 87:1
  88:14 90:25 91:5
  92:1,14,22 94:2
  102:12 103:6,19
  105:15 113:15,18
  117:16 120:17,24
  121:18 122:3,4,17
  123:16,20,23
  124:9,13,16 130:3
  131:11 132:8,19
  138:20 139:21 144:5
  145:19 148:21 150:5
  153:24 161:4

per 67:18 85:9 153:25
  154:2

percent 36:5,19 38:11
  44:22 128:19
  129:1,15 130:17
  131:22 132:2,13
  133:23,24 135:19,20
  136:21,22 137:7
  138:7,13

percentage 24:1
  109:20 131:20 137:24

138:11,15 141:20
  154:24

percentages 133:21
  135:17 136:19

perform 25:25

performs 25:12

Perhaps 101:9

permit 72:24 77:21,22

Perry 1:10 3:21 26:21
  166:10 168:19

person 11:2
  20:18,20,21
  22:5,13,18 23:2,5
  56:1 68:25 70:10,19
  85:8,9 96:10 114:16
  124:10,14,17 125:5
  144:18 145:19 165:15

personal 10:2 73:6
  142:21

personally 10:5 42:20
  43:1 44:1 55:23
  102:1 132:24 147:10
  165:12

person's 122:19

phone 8:18 11:3 39:22
  40:4 70:22 71:5

photo 73:19,24 76:19
  78:21,23 79:1 129:17
  131:6 132:3 133:13
  134:2,17 135:7
  136:12 138:6
  142:13,16 143:3
  145:13

photos 78:25

pick 70:11

picture 79:18

piece 47:2

pieces 57:7 75:4
  116:12 144:7

pitch 90:5

placed 38:24 120:17
  148:25

places 120:19

placing 122:18

plaintiff 3:16 31:2
  35:4 43:19,21,23
  54:7,10 62:7,24 67:9
  113:6 168:16,18

Plaintiff-Intervenors
  1:16,19 166:16,19

plaintiffs 1:8,13
  2:4,14 33:13,17
  34:1,7 53:24 106:23
  166:8,13 167:4,14

Plaintiff's 4:12

PLAINTIFFS 3:12

plan 19:20 157:4
  158:11 159:6

pleading 65:23

please 5:9 6:3,4
  28:22 106:4 109:23
  110:3 123:18 136:2

plus 22:8 74:17 85:7

point 108:6 125:19
  149:13

policies 19:19

policy 19:19

Politics 4:16,17
  130:24,25 136:5

poll 4:16,17
  120:8,21,23,24 124:4
  129:10 132:1,6,12
  137:11,12 138:2

polled 129:24 130:1
  132:8,19,22 138:20

polling 139:25

polls 104:14 105:1
  122:4 123:23 136:12
  138:14,16

POPE 1:4 166:4

popular 127:17,24

portion 109:18
  141:16,19

posing 125:1

position 14:8,11
  32:9,12 91:19 120:21
  125:12,21

positions 18:24

possess 116:15,17

possible 15:2 41:15
  50:24

post 36:15 37:16 40:5
  45:13 63:23

posted 35:22 38:8
  128:16

posting 36:25

potential 26:5 131:14

power 15:9

practices 60:5

pray 53:1

precincts 145:15

predominantly 89:20
  92:15

prefaces 130:20

prefer 7:11

prep 68:3 69:1 70:3

preparation 95:19
  97:20 106:18 157:22

prepare 10:8,15
  12:10,13 21:18,21
  96:2 158:1

prepared 9:9 30:19
  31:15,17 33:10

preparing 10:18 11:19
  168:22

present 11:10
  21:18,22 23:20 27:11
  71:12 78:9 85:19,20
  129:16 131:5 132:3
  133:13 134:2,4 135:6
  136:11 138:5
  146:6,8,18 147:1

presented 129:21

131:13,18 136:25

press 4:14 11:20,21
  35:3,15,21 37:5,18
  111:10,11,12,20,22
  112:11,14

pretty 44:21 118:6

prevent 9:21 118:5

prevents 121:18
  126:14

previous 8:9 17:2
  48:24 49:5 52:14
  55:15 66:17,19,21,22
  74:2 80:12 118:24
  119:5 149:2

previously 6:19 49:10
  70:2 131:19

price 98:22 99:9

prices 98:19

primaries 43:7

primary 146:13

print 45:3

printed 103:14 131:17
  132:15

prior 137:1

prioritized 38:5

Priscilla 3:13 5:16
  168:15

privilege 42:25 67:6
  71:11 116:4 119:24

privileged 66:13
  71:17

probably 10:12 11:8
  24:7 36:3 41:6,10
  45:23
  56:12,18,19,20,24
  59:3,20 77:20 91:17
  105:10,11 119:20,24
  126:9,13 130:2
  145:11 146:21

problems 148:4

Procedure 3:9

procedures 121:3,4,7

proceeding 169:1

process 139:15 140:13

produced 3:1 12:5
  75:10,14 103:24
  130:7 141:4

profession 90:1

professional 13:13
  160:6

program 27:19,21 92:3

programming 24:10

programs 14:20 15:3
  17:25 19:17 94:25
  95:2,3,6
  150:16,17,18

promised 55:5,8

proposition 129:15

protected 67:5 116:3

protests 26:11

prove 73:19 140:2

proved 165:13

provide 9:13 14:22
  113:22

provided 76:8 85:21
  97:12

provider 17:22
  27:19,21 28:1

providers 25:14 28:2
  46:13 74:17
  102:13,14

provides 95:15

provisional
  139:14,19,21,23,24
  140:11 141:3

provisions 3:10

public 1:24 2:8,19
  56:12 58:2 59:1 72:4
  102:14,19 109:4
  118:17,19 123:5
  139:18 140:8 165:23

166:24 167:8,19

**publication** 45:5,7
110:25

**publications** 45:22

**Pueblo** 2:13 3:7,12
4:11,18 13:22 29:1
113:6 153:8 167:13
168:16

**pull** 96:6

**pulled** 85:4

**purpose** 30:10 81:24
82:1 114:5 120:2

**purposes** 90:20
114:15,23 115:16
165:17

**pursuant** 3:8 168:12

**puts** 94:3

**putting** 115:3

---
Q
---

**qualifications** 13:13

**question** 7:3,18,19,22
8:4,5,18 10:2 16:15
42:6 54:6,13,19
58:24 66:13 67:5
68:21 77:5 92:9
101:10,11 102:21
103:21 115:3,21
116:3 117:25 121:9
125:1,14 126:11
129:20 132:6,9,11
133:9 134:3 135:4
136:9 143:23 148:15
149:9 160:3

**questioned** 162:6

**questioning** 131:15
161:9 162:8

**questions** 7:4
9:9,14,18,21 11:25
12:17,21 19:17 29:19
32:2 55:15 105:2,4
106:21 124:19
126:16,19 138:24
159:18,22 160:2,13

161:10,11
162:21,24,25

**quick** 69:21 105:21

**quickly** 12:4 152:15

---
R
---

**race** 30:12 135:3
136:8 137:21

**radio** 63:16

**Ramon** 104:22 140:18

**range** 83:24

**rare** 58:4

**rarely** 129:25

**reach** 66:11

**reading** 45:19 48:11
63:15,18,20 101:4,6
156:19

**reads** 37:2

**ready** 21:12 103:12
128:22

**real** 12:4

**realize** 15:8

**really** 14:24 15:5
24:7 26:16 51:9
54:15 56:8 66:9
69:21 75:19 79:7
80:8 104:8 105:21
144:6 150:2 153:4

**reason** 81:2,18 119:15
122:1,19,23 164:4

**reasons** 79:23 126:23

**recall** 14:10 39:10,11
55:21 56:7,8 60:2,25
69:13,16,17,18 70:7
108:13 116:14 118:24
119:5

**receive** 14:3 36:8
93:2,4,5,16,21 94:2
118:21

**received** 44:10 117:2

**receiving** 49:20

**recent** 139:20 140:12

**recess** 28:15 106:2
150:21

**recognize** 28:18 33:16
40:5

**recollection** 65:4

**recommend** 20:19

**recommended** 20:12

**record** 5:9 6:4
7:12,15,21 28:14,21
31:6 32:7,24,25
35:11 39:14,15 40:15
58:7,18 65:16 67:25
84:12,14,15 96:21
98:5 105:25 106:1,3
107:11 111:17
130:8,9 131:11
132:10 137:4,10
141:1 150:19,22
156:22 157:20 163:3
168:3,14

**recorded** 34:24

**records** 79:8,9 139:18
140:8 141:2

**redistrict** 61:8

**redistricted** 61:11

**redistricting** 6:18,25
7:2 60:4,10,12,20,23
119:1

**refer** 35:11 57:23

**referring** 10:3,4
33:20 35:6 55:22
111:20 129:21

**reflects** 132:7

**reform** 26:23 128:22

**refresh** 65:4

**regarding** 28:7 57:18
58:21 60:12,20 102:2
112:11 113:24 118:22
139:19 140:11 163:3

**regional** 72:9,12

**register** 105:15

140:22,24

**registered** 105:20
118:2
123:12,16,17,21
129:15 131:4 132:2
133:12 135:5 136:11
138:4 144:21 146:25
147:5,12 148:3

**registration** 60:5
79:5 105:14,20
134:18,19 151:16
169:9

**regular** 45:15 83:6

**relatable** 156:24

**relate** 126:17

**related** 35:23 36:1,2
104:11 119:6 149:21
150:24 156:17,24,25
157:6,12,16 158:7,9
168:25

**relating** 32:2

**release** 4:14 11:20,22
35:4,15,21 37:18
111:11,13,20,22

**releases** 37:5
112:11,14

**relevance** 131:12

**rely** 37:15 110:17

**remember** 6:23,24 7:2
12:2 17:7 21:15
35:5,15,19,20 38:1
39:12 41:8
43:5,13,14 44:14,16
47:5
56:10,11,14,16,22
57:3,6,25 58:1,25
59:4,10,13,15,16,17
60:22 65:5 66:8,10
70:7,14,15,17 72:22
73:1,21 74:15,18
76:23 86:17,18 98:20
99:9 101:20,22,23
103:21,25 104:1
105:9 108:18 110:16
111:2,13,24

112:4,16,21 115:5
117:12 118:18
119:4,8,9,11,12,21
129:7 144:4 145:25
146:1,2,4,22 147:24
148:1,3,11

**remembered** 39:17

**remind** 32:17 91:19
102:12

**remote** 80:23 147:22

**renew** 75:20
85:11,14,15
86:5,7,9,21 87:15
98:5

**renewals** 86:23

**renewed** 87:1 146:22
147:6

**renewing** 87:14

**renews** 86:20

**rep** 57:15 59:5 60:12

**repeat** 123:18 124:11
127:21 132:12

**repeating** 29:19

**rephrase** 7:24 42:12

**report** 19:11 36:6

**reportable** 156:16,23

**reported** 3:6 161:13

**reporter** 5:1,7
163:1,6 167:24

**reporters** 34:25

**Reporter's** 4:7 167:21

**Reporting** 5:8

**reports** 117:5,9,18

**represent** 5:11 7:7
48:19 51:17 53:17
65:16,17 67:19 68:17
89:4 115:15 120:11
127:25 133:18
135:10,13 137:4

**representation** 115:20

**representative** 55:19
58:20 60:1 61:13,18

**representatives** 2:3
57:9 67:22 167:3

**represented** 6:9 31:1
94:14

**representing** 5:15,19
55:23 56:4 57:10
68:12 161:21

**represents** 154:20

**Republican** 89:4

**Republicans** 133:18,24

**request** 141:2

**requested** 62:18

**requests** 139:18 140:8
141:10,14

**require** 97:13 99:5

**required** 74:6 95:24
96:4 100:12 110:6
113:10 131:5 132:3
133:13 134:1 135:6
136:11 138:5 144:14
145:12

**requirement** 113:8,16

**requirements** 74:23
109:4 113:24 127:16

**requires** 98:17

**Research** 129:6

**reserve** 162:25

**reside** 6:7

**resources** 75:23
102:18 109:3,7,19
113:22 114:4,5

**respective** 136:20

**respects** 82:4

**respond** 161:11

**responded** 11:25
135:15 144:20

**respondents** 138:21

**responding** 71:14

**response** 108:25 109:1
  137:5,9

**responses** 11:24
  161:24

**responsibilities**
  14:16

**responsibility** 15:15

**rest** 22:12 32:18
  127:23 153:9

**result** 149:21

**results** 30:11

**retract** 160:16

**return** 152:23,25
  168:7

**returns** 28:12

**revenue** 86:14

**review** 11:12,13 29:17

**reviewing** 12:2

**Rick** 1:10 3:21 166:10
  168:19

**ride** 105:1

**rides** 105:4,7

**righting** 126:5

**rights** 39:7 40:17
  51:24
  52:1,3,8,17,18,21
  57:21 59:4,24 60:4
  82:4

**Rio** 3:14 5:15 45:2
  68:7,11,13,16 113:23

**Road** 153:12

**Robert** 157:4 158:11

**Rockstad** 153:22

**Rodriguez** 153:23

**role** 14:5 48:19 51:20
  56:18,24 157:22

**room** 161:2

**route** 50:25

**routes** 50:9

**routinely** 9:17

**Roxanne** 34:7

**RPR** 3:5

**Ruben** 61:10

**rule** 121:13

**rules** 3:9 7:10 123:25

**run** 97:23 115:7
  158:21

**running** 26:6

**run-off** 43:9,10,11

**run-offs** 43:12,13

**runs** 108:8

**Ryan** 3:17 106:3,5
  168:17

─────────────────
        S
─────────────────
**sacrifice** 113:13

**sacrifices** 113:10

**safe** 79:11 88:8

**safely** 50:10

**Safety** 1:24 2:9,19
  72:4 166:24 167:9,19

**salaried** 24:23

**salaries** 23:23,24
  94:23

**salary** 95:1 155:7
  156:18

**sale** 90:2

**Sales** 90:5

**San** 3:8 5:7 72:5
  107:16

**saw** 44:9 72:13
  73:11,25 74:3 106:16

**SB** 30:8 32:10 35:8,11
  38:19 53:22 55:18
  58:15,20,21 59:6
  61:16,21 63:4
  72:19,20 76:4
  113:8,24 115:25
  116:9,13,16

**117:10,19,22
  118:5,13,22,25
  120:1,21 121:3,17
  122:8,13,25
  126:14,23
  127:1,15,17 129:14
  134:16 139:4,15
  141:17 142:1 145:2,6
  146:8,19 147:2,9,13
  148:12,17
  149:3,7,13,15,21
  150:2,13,24
  151:9,13,20**

**Schedule** 158:7

**school** 13:4,5 79:8,9
  86:2

**scope** 150:24

**seal** 165:19

**season** 50:8

**second** 4:11 29:8
  58:16 84:13 107:6
  133:2 137:20 139:1
  150:20 155:3

**secondly** 137:1

**secrecy** 123:8

**secret** 123:4

**Secretary** 1:11,22
  2:6,17 50:7
  166:11,22 167:6,17

**Security** 50:7,20,22
  51:19

**seeing** 117:12

**seek** 36:8

**seeking** 62:2 66:13
  67:5 139:19 140:11

**seem** 126:16 159:22

**seemed** 12:19

**seen** 29:13 76:21
  78:25 106:15 117:11
  149:20 150:7 152:15

**Senate** 119:2

**senator** 55:19 57:15

58:19 59:5,25 60:11
61:12,17,19,25

**send** 49:17 115:12

**sends** 36:13

**sense** 140:23

**sent** 11:21,24 40:3
41:4 74:5

**sentence** 107:6,14
108:19 109:21
113:4,19

**sentences** 108:24

**separate** 6:24

**SERGIO** 1:3 166:3

**serious** 161:5,13

**serve** 19:25 20:3,5
92:10,11,13,18

**served** 31:8,14 33:9
34:12

**serves** 92:4

**service** 17:22 25:14
27:19,20 28:1,2,5,9
46:13 74:17 92:5
96:7 99:3,23
102:13,14

**services** 14:22
15:1,12 17:23 24:16
25:1,12,23 27:9,10
46:13,14 67:25 84:25
92:1,21,23 93:3,6
95:7,9,10,14
97:12,18,23 98:2
99:17,20 100:11
103:6,15 109:12
111:7 113:22 115:6

**Servicing** 15:4

**session** 39:13 57:5,6
58:1,2 59:16

**setting** 9:4

**seven** 21:5,6

**shelters** 51:8

**she's** 6:13 22:2 34:12
42:5,6 58:23 90:2

105:5 141:13 143:11
157:24,25

**shorthand** 3:6 167:24

**showed** 11:22 112:2

**showing** 114:23

**shows** 132:1,13
138:2,17

**sign** 72:13 168:7

**signature** 4:6 65:22
164:1 165:2

**significant** 109:2,7
141:16

**silly** 159:22

**simple** 81:5 98:4

**single** 96:10

**sister** 157:5 158:25

**sitting** 6:13

**situation** 120:10
161:3

**situations** 39:1

**six** 25:4 60:24 143:17

**skilled** 28:3

**Slaughter** 169:9

**slow** 118:12,14

**Slowly** 110:10

**small** 26:14

**social** 17:22 24:15,25
25:12,14,23
27:9,10,20 74:17
92:1 95:7,10 99:3
109:12

**society** 82:3
151:19,24

**Solutions** 168:8 169:8

**somebody** 20:15 21:13
44:12 45:25 46:6
48:9 76:23 80:18
86:9 89:23 90:8
96:1,6,8 114:14
115:15 143:12 145:14

**somehow** 37:23 44:10

**someone** 126:14,15

**somewhere** 25:5 82:6
86:18 88:9 99:16
108:15 117:11
126:9,13 130:3

**sorry** 21:20 40:20
42:11 50:5 109:14
111:3 126:1 128:21
131:7 152:12 160:4
162:20

**sort** 26:18 123:4
159:17

**sorts** 49:12

**source** 14:3 64:4
129:3,5

**South** 19:8 90:17
91:1,22 120:6,10
125:25

**Southeast** 91:15

**southern** 1:1 101:17
166:1

**speak** 67:8

**special** 51:8

**specific** 56:22 75:4
103:14 110:16
147:7,11 149:16
151:5

**specifically** 47:5
56:14 57:3 59:13,15
100:24 103:13 110:11
114:4 119:21,23
121:17 141:23 144:12
145:14 151:15

**speculation** 125:1
127:4,9,20

**spell** 6:4

**spend** 15:21 23:22
45:21 48:13

**spending** 151:3

**spends** 96:2

**spills** 84:5

spoke 11:2

spoken 34:21 70:21
  71:4

sponsor 94:3

sponsorships 94:2
  149:20,23 150:7,12

spot 20:22

St 3:14

stacks 105:19

staff 14:18,21 24:8
  25:10 48:22 56:1
  68:13 74:14,15,21
  75:23 91:20 99:2,3
  109:2,15

standing 32:3,13,14

start 17:7,10 18:10
  41:9 107:14 155:21

started 5:13
  17:3,8,22 18:2 60:23
  82:19 107:23 150:16

starting 94:7 107:7
  113:19

starts 107:15
  108:20,25 109:21
  130:24 131:3

state 1:11,21,22
  2:1,7,16,17 3:6,21
  5:3,9 6:3 27:5 30:9
  31:5 42:23 45:11
  53:19 54:25 55:19
  57:15 58:19 59:5,25
  60:11
  61:12,13,17,19,25
  74:5 81:22 90:8
  100:25
  101:1,14,17,23 102:1
  106:4 115:13,25
  122:2 123:22
  124:2,5,6 125:20
  126:3 128:1,4 137:10
  141:4 147:17 157:20
  161:7 165:8,24
  166:11,21,22
  167:1,7,16,17,25

168:18,19

stated 32:5 82:5
  114:8 139:3,7 147:19

state-issued
  142:13,16

statement 132:15
  139:1

statements 34:24
  35:23 36:9

states 100:21

state's 101:8 102:5

States 1:1,13 3:16
  5:20 27:14 31:2
  52:24 53:8,10,23
  54:1,4,6,10,25
  166:1,13

status 30:12

Steen 1:11,21 2:6,16
  3:21 5:4 166:11,21
  167:6,16 168:19

Steve 1:22 2:7,18
  3:21 166:22 167:7,18
  168:19

stipulate 32:6 67:24

stipulations 163:2

Stonybrook
  158:14,16,17,23,24,2
  5

stop 7:19,23 17:9
  39:6 56:21 118:8,20

stopped 12:18

stories 41:14 148:1

story 37:9 148:5

straight 68:22

street 3:14 15:11,17
  27:3

stricter 140:23

strike 126:24

struggled 127:14

student 72:23 88:22

students 85:10 87:10
  88:4

studies 116:15,17,19
  139:8 141:11

stuff 7:12 125:18

styled 5:3

subject 31:14 33:9

subjected 159:20

submitted 139:18
  140:8 168:5

submitting 36:9

subscribed 165:16

subtract 160:22

success 110:2,4,12

sue 115:25

sued 54:1,3

suffered 149:13
  161:15

suffering 9:12

suggest 81:7

suggesting 65:15

suit 67:10 69:2

Suite 169:9

Sundays 27:22

support 28:4 103:6
  123:12,17 126:25
  127:6,15 128:19
  129:1 131:12 136:6
  168:8 169:8

supporting 77:15
  78:18,22
  79:2,3,12,19
  80:1,4,17 81:8,12
  114:11

suppresses 40:17

Supreme 40:16

sure 14:20,22 15:2,6
  21:10 31:8,13 35:12
  36:5,19 38:12 40:8
  43:11 44:21,22 45:15

61:1 74:25 85:13
91:4,16 94:24
98:9,10,13 106:5
110:21 112:14,15,21
123:15,20
124:8,12,13,23
127:25 128:3 141:21
144:10 145:25 146:17
148:17 156:12
159:8,25 161:23

**surprise** 162:5

**survey** 135:15

**sworn** 3:3 5:24 9:2
168:1

**Sylvia** 3:5 5:8 167:24
169:7

----------------------
T
----------------------

**tab** 130:18 133:3
134:25 136:7

**tabs** 131:3

**taking** 8:7 44:17 99:3
119:24 161:25

**talk** 10:17,20 11:16
27:23 46:16 102:8

**talked** 10:10 11:18
33:13 35:2 59:22
67:14 109:10,11
110:23 111:11 115:5
117:15

**talking** 7:17,21 91:19
101:1 142:16 150:4

**Tanis** 153:22

**tax** 28:4,7,9,11,12
95:19,21 97:20
120:8,21,23,24 153:1

**taxes** 96:4,18 97:4

**TAYLOR** 2:11 167:11

**teach** 13:16

**teachers** 90:4

**teaches** 27:13

**team** 25:1,23

**telephone** 3:17

**ten** 16:20 18:8 47:25
69:20 107:17

**tenth** 13:6

**terms** 104:14

**testified** 5:24
60:13,19 141:13

**testify** 30:16,19
31:3,11,15,17,24
33:6,10 60:15,17
61:9

**testifying** 9:6 157:24

**testimony** 42:9,16
168:3,13

**Texans** 127:17
132:2,7,13,21

**Texas**
1:1,8,11,14,17,21,22
,23
2:1,3,7,8,16,17,19
3:6,8,14,15,21,23
4:16,17 5:3,7,14 6:8
16:11,12 17:21 18:13
19:8 30:9 40:17
41:17 42:23
49:2,5,9,18 52:14
53:14 66:21 68:13
73:6 74:10 75:18
76:10 82:14,17 91:23
100:21 101:14
107:17,19,21,24
108:1,7,22 109:1
115:25 120:6,7,10
123:15,19
124:8,12,23
125:22,25 127:23
128:1,4 129:11
130:24,25 136:5
144:21 146:25
147:12,17 148:7,8
155:25 165:8,24
166:1,8,11,14,17,21,
22,23
167:1,3,7,8,16,17,19
,25 168:19 169:7,10

**thank** 6:7 8:2 9:15
64:12 81:22 137:9
138:18 159:7
162:1,18,22

**Thanks** 42:20

**that's** 7:24 8:14 12:5
13:17,24 15:18 16:3
17:20 18:5,7,12,16
19:20 21:14,15 22:11
24:8 25:2 26:2 27:3
29:7 30:13 32:5,11
37:11 38:4,5 39:5
42:12,24,25 44:23,24
45:8,10 46:5,18,21
47:20 48:14 49:2
51:15 52:12 53:1,20
55:4 56:24 65:14
66:13 68:7 69:3,5
72:9 73:1,9 74:14
75:2,10 78:4,10,11
79:24 80:20 83:3
86:8 88:15 90:17
91:2,4,22 94:14
95:15,18 97:5 98:6
100:7 101:11,20
102:21 104:6
105:16,23 106:8
108:18 111:19 114:18
115:10,11,13,14
116:25 122:11,14
123:14,22,23 124:18
126:17,20 129:20
130:6
132:14,15,17,18
133:3 134:22 137:7
138:17 140:6 143:23
152:14 154:3,18
155:6,9 158:14,21
159:6,15 160:3
161:22 162:11

**themselves** 5:12 20:13

**therein** 165:18

**there's** 13:17 14:17
16:10,21,22 20:22
21:5 44:11,24 45:12
47:2,24 48:2
49:23,24 50:16 59:7

62:19 72:11,14,20
75:21,22 76:25
77:4,7 81:20 85:23
92:3,16 95:9 103:5
104:13 128:1,3 129:3
130:23 151:19 154:7
157:5 162:15

**they'll** 46:20

**they're** 15:7
20:1,11,12 27:6
28:10 45:5,6 46:14
51:9,13 68:7 77:2
96:16,19 120:13
122:5 126:6 146:23
147:15 148:22

**they've** 67:21

**thick** 10:14

**third** 134:24 135:1
137:15,17

**thousands** 117:16

**throughout** 128:1

**till** 155:23

**tiny** 152:10 153:4

**title** 29:6

**today** 6:9 9:18,22
10:9,18 16:20 32:7
55:12,14 96:24
134:6,11 157:24

**today's** 68:25 70:22

**top** 130:13,19,23
131:17 136:4 152:22
158:6

**topic** 30:3,16,21
31:3,6,18,24

**topics** 29:3 31:15
32:18 33:1,2,7,10

**Torres** 36:23 37:16

**total** 24:20

**totally** 148:20

**tough** 54:19

**track** 41:13

**tracking** 110:22

**training** 15:14 37:8
46:25 50:21
140:18,25

**transcript** 168:2,5,23

**translating** 100:8

**translations** 100:2

**transportation** 80:22
92:7 147:21

**travel** 16:8

**treated** 160:5

**trial** 162:25

**Tribune** 129:11

**tried** 10:11 42:6 59:9
118:7,20 144:5,19

**TRLA** 141:4

**trouble** 90:11

**true** 87:14 109:5
114:1 165:3 168:3

**trust** 90:8

**truth** 9:2 160:10

**truthfully** 9:10,18

**try** 7:17,23,25 46:2
58:24 85:14 86:11
88:11 93:10 103:3
117:25 161:22

**trying** 29:18 39:6
42:5 55:3 66:9 71:12
81:22 144:20 146:21
159:10 162:7

**turn** 22:11 29:25
113:1 128:23
133:2,25 134:24
136:2 153:14 156:13
158:4

**turned** 75:15

**TV** 63:16 101:18

**tweet** 40:1,13 41:4,7
112:2 128:18 129:7

**Twitter** 4:15 36:17

38:10 39:22,24
40:3,22 112:4
128:15,16

**type** 59:7

---
U
---

**U.S** 3:7,18 5:6
73:10,16,18,22 78:20

**uh-huh** 8:23 10:25
11:6 13:25 14:14
16:13 17:4 18:19
19:10 21:2
23:1,19,25 24:22,24
25:7 28:20 35:14,18
39:21 42:22 43:3,8
45:6 48:25 49:11
51:5 52:11,16 57:2
60:9 62:8 66:24 67:2
69:23 70:1,5,13,23
72:2,15 73:5 76:4
77:11 78:14,24 79:21
82:7,9,11,14,20 83:7
84:19 88:24 90:21
91:21,24 93:10,20,22
94:8,11,17
95:4,13,16 97:22
99:25 102:10,16
103:7,25 104:22,25
105:8,13,17 106:24
107:22 108:23 109:6
112:1,13 114:2,13
116:18 128:9
130:12,16,21 131:21
133:5,11 135:9
138:3,10,22
140:10,21 142:5
146:12,14 149:18
151:2 152:24 153:11
154:19 155:13 156:5
157:13,18 158:13
159:5,8

**uh-huhs** 7:14

**unable** 109:25 110:13
113:8,9 144:25
146:6,18 147:1,9,13
151:12

**unaccompanied** 37:13

**unclear** 53:23 111:12
  137:2

**underneath** 129:3
  131:3

**understand** 7:22,25
  8:22,24 9:1,7,8 23:7
  38:17 39:3 50:25
  51:10 81:1,4,18 91:3
  107:3 134:8,23
  139:22

**understanding** 8:9
  38:21 54:14

**understood** 8:17 10:13
  13:1,19

**undertake** 118:4

**undertaken** 109:22,24

**undocumented** 51:11

**unemployment**
  49:15,21,24 116:23

**unfair** 161:15

**Unidas** 47:19

**union** 2:13 3:7,12
  4:11,18 13:22
  17:15,17,24 28:25
  49:17 83:11,19 84:9
  113:6 153:8 158:19
  167:13 168:16

**United** 1:1,7,13 3:16
  5:19 17:18,21 18:4
  27:14 31:2 49:18
  50:2 52:23
  53:8,10,23
  54:1,4,6,10,24 82:23
  157:3 158:14
  166:1,7,13 168:18

**university** 13:9,10
  129:11

**unjust** 161:16

**unless** 8:19 10:1
  27:11

**unneeded** 38:25

**unrelated** 158:8

**upon** 32:15 116:21
  125:20

**upper** 84:1 130:4

**up-to-date** 87:3

**urge** 115:24

**URL** 85:3 137:11

**usually** 7:12 15:25
  36:10,12 44:23,24
  66:19 96:5 104:16
  155:20,21

**UTPA** 13:11

---
V
---

**vague** 101:10 102:21
  117:25 121:9 126:11
  148:15

**vaguely** 59:17 76:23

**Valdez** 6:5

**V-a-l-d-e-z** 6:5

**Valdez-Cox** 2:23 3:1
  4:4 5:2,23 153:22
  164:2 165:1,6,12
  167:22 168:1

**Valley** 50:9 51:16
  71:24 89:13,20
  113:23 138:20

**value** 154:7

**values** 82:9,10

**van** 3:13 5:14 7:6
  11:17 12:7 28:14
  29:20 31:5,25
  32:11,14,20 33:25
  34:4 40:7 42:1,5
  44:6 53:13 54:12,21
  55:11 58:22 60:3
  62:10,14,19 64:25
  65:14 66:8,12,16
  67:4,12,24 68:9,12
  69:8 71:8 76:19
  77:23 78:1 81:7
  83:15 84:12 88:10
  90:2 91:15 92:9
  97:17 98:7 100:17

101:4,9 102:20,23
105:25 108:2
115:2,19 116:2,7
117:24 121:8 124:25
125:14 126:10
127:3,8,19 129:19
130:6 131:7,10
132:5,20 134:13,16
136:24 138:23 139:10
141:1,8,13 148:14
149:8 150:19
152:6,14 157:19
159:15,19 162:24
168:6,15

**varies** 83:23

**various** 79:23 139:18
  140:8

**VEASEY** 1:3 166:3

**Vela** 61:11

**verbal** 7:11 118:23

**verify** 66:2

**versa** 28:5

**version** 108:11

**versions** 119:5

**versus** 5:4 49:5

**via** 3:17 36:13

**vice** 28:5

**visit** 69:18,19 86:12

**Voces** 47:19

**voice** 47:19 122:25

**volunteer** 18:3

**volunteered** 17:15
  18:6

**volunteering** 18:5,7

**vote** 20:20 30:11
  39:2,7 43:9,16,17
  46:11 59:10 72:19
  73:8,15 74:10,23
  75:1,18 76:2
  79:15,17 80:22 81:5
  105:15 110:1,6,13
  113:8 114:9 117:17

118:3 119:24
120:9,13,18,20
121:1,16,23,25
122:3,18,19
123:13,16,20,25
124:9,13,17 125:5
126:15 129:17 131:6
132:4 133:14
134:5,7,9,19,21
135:7 136:13 138:6
139:4,22 140:1,3
144:25
145:4,8,9,11,13
146:6,14,15,18 147:1
148:13,18,21,23,25
149:7 161:5,6

**voted** 42:23
43:1,13,14 122:7
149:3

**voter** 4:16,17 6:18,25
7:4,5,9 11:16 12:5
24:11 25:12 26:1,3
27:24 35:9,10
38:19,21 39:8,19
41:3,14,16 42:17
43:1 44:17 48:24
49:5 59:23 60:5
61:17 63:3 66:21
75:9 76:13
79:5,15,17 80:21
81:5 100:20
101:1,3,8,14,19,24
102:2,8,9,15,19
103:10,17,21,22
105:14,19 109:1
111:25 112:11 113:22
114:2 118:24 119:2,6
121:25 122:22
125:6,7,10,12,21
126:8 127:6,16
130:20,25 131:12
134:9,12,14,15,18,19
136:6 142:15 144:22
147:1,5,12 148:4
151:16,17 159:9

**voters** 1:14 39:6
40:19,21 104:12
109:25 110:13 116:16

117:10,19,23
123:13,16,18,21
128:19 129:1,15,16
131:5 132:2 133:12
135:6 136:11 138:5
166:14

**votes** 20:14 23:12
40:17

**voting** 40:16 51:24
52:1,3,7,8,17,18,21
57:21 59:4,7,18,24
60:3 76:20 79:24
81:21 121:18
122:9,10,22 151:17

**VS** 1:9,20 2:5,15
166:9,20 167:5,15

———————————————

W

**wage** 48:2

**wait** 7:20 88:16

**waived** 71:11

**walk** 85:17 152:1

**Washington** 3:19 60:17

**wasn't** 17:20 18:22
19:4 49:25 57:25
59:1 64:13 71:1
115:23 118:17 123:4
131:18 151:4 161:11
162:8

**water** 15:12,17
104:3,4,6

**ways** 104:13 110:22
121:22

**web** 128:13

**website** 4:13
36:4,21,25 37:18
82:8,10 84:20 85:3
94:14

**Wednesday** 5:5

**Wednesdays** 16:21,24

**week** 15:21 18:6
153:25 154:2 155:14

**weekends** 16:3

**weekly** 15:23

**we'll** 35:11,13 77:1
144:20

**we're** 7:11 9:24
26:12,24 27:2 32:25
39:6 46:11,17 59:19
64:9 65:7 67:25
71:12 75:19 86:21,25
90:11 94:7 100:14,16
101:1 125:17
156:19,24 157:5
159:22

**west** 148:7,10 169:9

**we've** 12:12 31:6 34:2
35:1 54:21 67:22
84:6 93:16 97:20
121:24 145:7 160:15

**whatever** 15:12 89:25
121:6

**whatsoever** 12:13

**wherever** 64:10

**whether** 20:14,20
27:24 39:17 41:16,25
42:17 56:14,16 59:13
61:16 67:9 75:25
80:17 100:20 110:11
119:9,12,21 131:11
144:7 146:22 162:10

**white** 89:16,18 90:14
91:7 135:13,19
136:17,21

**Whitley** 3:22 4:4 5:10
6:2 7:7 12:4,8,9
28:17
32:8,13,17,22,25
34:3 39:14,16 40:8,9
42:4,7,8 53:14
62:17,21,23
65:6,9,17 66:17 67:8
68:2,10,15 71:16,19
77:25 78:2,6,8 81:11
83:17 84:15,17 90:5
91:16 97:20 100:19
101:6,11,13

102:22,24 105:24
106:1,3,6,9
111:16,19 115:23,24
116:5 124:22 125:3
126:12 127:5,10,21
128:7 130:8,10
131:16,19 135:24
137:4,9,14 138:25
139:3 141:6,9,10,15
149:10 150:22,23
151:25 152:4,8,11,16
158:4 159:16,21
162:23 163:5
168:11,19

**whole** 16:22 26:20
47:2 50:10,21 52:6
92:14 98:14

**whom** 132:8 154:16

**who's** 36:22 162:17

**whose** 165:15

**willing** 32:6

**win** 52:24 53:1,2,4,9
54:15

**wish** 59:2

**withdrew** 34:8,10

**witness** 3:2 5:21 32:1
54:23 62:13,16 65:5
66:15 67:6 68:1
69:10 78:4,7 90:4
97:19 100:18 101:12
115:4 116:6 124:20
129:22 132:9 134:20
137:6,13 139:2
152:9,13 157:21
158:2 162:23 164:2
168:1,4,7

**Woodford-Tehachapi**
153:12

**work** 15:10 16:4,5,6
24:14 27:4,6,12 28:4
36:12 37:11 38:23,24
68:16 74:16 95:6
109:11 115:11 116:19
118:2 125:17 149:21
151:8 155:16 161:5

**worked** 145:15

**worker** 13:7 157:1,10
158:21

**workers** 17:18,22 18:4
49:14,18,20,22 50:2
82:24,25 107:9 124:4
157:3 158:14 162:14

**working** 15:21 19:4
26:12,24 27:3 61:6
122:22 125:16

**works** 22:4,6 155:14

**world** 126:9,13

**worse** 63:5,6 64:1
101:20

**wow** 87:16 101:19

**write** 20:18 37:4,5,14
116:12

**writer**
22:1,8,13,17,24,25
23:1

**writing** 54:22 140:14

**written** 34:24 111:8
118:21,23 139:12

**wrong** 126:5,7

---
## Y

**Ybarra** 153:23

**yearly** 14:21 19:19
23:8 86:24 155:20

**year-round** 105:23

**yeses** 7:14

**yesterday** 10:20,22,24
11:12 37:12 70:4
85:4 131:17

**yet** 12:6

**York** 45:12 63:23

**you-all** 11:1,2 53:12
56:10 163:2

**you-all's** 36:25
106:14

**YOUNG** 1:14 166:14

**you've** 28:17 33:6
58:23 59:24 70:2
71:4 76:14 128:7
130:10

**Yvonne** 104:22 140:18