TOMMY WILLIAMS                                                  7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,         )
        Plaintiffs,          )
                             )
v.                           ) Civil Action
                             ) No. 2:13-cv-193(NGR)
RICK PERRY, et al.,          )
        Defendants.          )

<<<<<HIGHLY CONFIDENTIAL>>>>>

*********************************************************

ORAL DEPOSITION OF

TOMMY WILLIAMS

JULY 29, 2014

*********************************************************

        ORAL DEPOSITION of TOMMY WILLIAMS, produced
as a witness at the instance of the Plaintiffs Texas
State Conference of NAACP Branches, Mexican American
Legislative Caucus of the Texas House of
Representatives, and duly sworn, was taken in the
above-styled and numbered cause on July 29, 2014, from
9:39 a.m. to 6:45 p.m., before Denyce M. Sanders, CSR,
RPR, CRR, TCRR, in and for the State of Texas,
recorded by machine shorthand, at OFFICE OF THE
ATTORNEY GENERAL OF TEXAS, Consumer Protection
Division, 808 Travis, Suite 1520, Houston, Texas,
pursuant to the Federal Rules of Civil Procedure and
the provisions stated on the record or attached
hereto; signature having been waived.

                                                                        2

1                  A P P E A R A N C E S

2

    FOR THE PLAINTIFF UNITED STATES OF AMERICA:
3

        U.S. DEPARTMENT OF JUSTICE
4       Civil Rights Division
        950 Pennsylvania Avenue, NW - NWB Room 7254
5       Washington, D.C.  20530
        Ms. Jennifer Maranzano
6       800.258.3931
        jennifer.maranzano@usdoj.gov
7

8   FOR THE PLAINTIFFS TEXAS STATE CONFERENCE OF NAACP
    BRANCHES, MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE
9   TEXAS HOUSE OF REPRESENTATIVES:

10      DECHERT LLP
        633 West 5th Street, 37th Floor
11      Los Angeles, California  90071
        Ms. Amy L. Rudd
12      213.808.5700
        amy.rudd@dechert.com
13

14  FOR THE VEASEY PLAINTIFFS:

15      BRAZIL & DUNN, LLP
        4201 Cypress Creek Parkway, Suite 530
16      Houston,Texas  77068
        Mr. K. Scott Brazil
17      281.380.6310
        scott@brazilanddunn.com
18

19  FOR THE DEFENDANT TEXAS LEAGUE OF YOUNG VOTERS
    PLAINTIFF-INTERVENORS:
20

        WILMER CUTLER PICKERING HALE AND DOOR, LLP
21      1875 Pennsylvania Avenue, NW
        Washington, D.C.  20006
22      Mr. Richard Shordt
        202.663.6262
23      richard.shordt@wilmerhale.com

24

25                  -CONTINUED-

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

1  FOR THE DEFENDANTS:

2       OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        Consumer Protection Division
3       808 Travis, Suite 1520
        Houston, Texas  77002
4       Ms. Rosemarie Donnelly
        713.225.8919
5       rosemarie.donnelly@texasattorneygeneral.gov

6

   FOR THE DEFENDANTS RICK PERRY, STATE OF TEXAS, NANDITA
7  BERRY, AND THE DEPARTMENT OF PUBLIC SAFETY:

8

        OFFICE OF THE ATTORNEY GENERAL
9       TORT LITIGATION DIVISION
        P.O. Box 12548, Capitol Station
10      Austin,Texas  78711
        Mr. S. Ronald Keister
11      512.463.2197
        ronny.keister@oag.state.tx.us

12

13

14 ALSO PRESENT:

15      Leah Buenik - intern
        James Graham - intern

16

17

18

19

20

21

22

23

24

25

4

1                           INDEX

2                     ORAL DEPOSITION OF

3              TOMMY WILLIAMS, JULY 29, 2014

4                                                Page

5      APPEARANCES..............................   2

6      BY MS. RUDD..............................   9

7      BY MR. BRAZIL............................  188

8      BY MS. MARANZANO........................  206

9      BY MR. SHORDT...........................  279

10

11

12

13

14     REPORTER CERTIFICATION...................  308

15

16

17

18

19

20

21

22

23

24

25

```
                                                                    5
 1                        EXHIBIT INDEX

 2                     ORAL DEPOSITION OF

 3              TOMMY WILLIAMS, JULY 29, 2014

 4                      Description                  Page

 5
    Williams 1          House Bill No. 218............ 36
 6
    Williams 2          4-26-07 Senate Journal........ 38
 7
    Williams 3          7-9-12 Transcript of Bench ... 39
 8                      Trial

 9  Williams 4          5-15-07 Senate Journal........ 51

10  Williams 5          Senate Bill 362............... 54

11  Williams 6          1-14-09 Senate Journal........ 62

12  Williams 7          Resolution.................... 64

13  Williams 8          3-18-09 Senate Journal........ 93

14  Williams 9          6-8-09 News Release........... 99

15  Williams 10         Senate Bill 14................ 111

16  Williams 11         Subchapter A of Title 7 of ... 115
                        the Transportation Code
17
    Williams 12         9-14-11 letter from Brennan .. 167
18                      Center for Justice to
                        Christian Herren
19
    Williams 13         November 2007 Audit Report.... 207
20
    Williams 14         1971 Excerpt from Rules of ... 216
21                      the Senate

22  Williams 15         1973 Excerpt from Rules of ... 217
                        the Senate
23
    Williams 16         1975 Excerpt from Rules of ... 218
24                      the Senate

25
```

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

 1  Williams 17        1977 Excerpt from Rules of ... 218
                       the Senate
 2
    Williams 18        1982 Excerpt from Rules of ... 219
 3                     the Senate

 4  Williams 19        1985 Resolution adopting ..... 220
                       rules
 5
    Williams 20        1985 Excerpt from Rules of ... 220
 6                     the Senate

 7  Williams 21        1987 Excerpt from the Rules .. 221
                       of the Senate
 8
    Williams 22        1989 Excerpt from the Rules .. 222
 9                     of the Senate

10  Williams 23        2009 Excerpt from the Rules .. 222
                       of the Senate
11
    Williams 24        1-24-11 e-mail from Libby .... 240
12                     Nezda to Amanda Montagne, et
                       al.
13
    Williams 25        1-25-11 Transcript Excerpt ... 246
14                     of a Committee of the Whole
                       Proceedings
15
    Williams 26        E-mail string between Ann .... 257
16                     McGeehan and Karen Richards,
                       et al.
17
    Williams 27        1-26-11 State Journal........ 264
18
    Williams 28        Talking Points Against ....... 280
19                     Student ID Amendment

20  Williams 29        Support for Voter ID ......... 294
                       Requirement Poll
21
    Williams 30        Views on Proposed Voter ID ... 294
22                     Requirement Poll

23  Williams 31        Letter from Tommy Williams ... 295
                       to "Dear Friends"
24
    Williams 32        Voter ID Law Support Survey... 302
25

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

7

1  Williams 33        Voter Identification Survey... 302

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

1               MS. RUDD:  Let's just go around the room

2  and have everyone introduce themselves for the record,

3  first.

4               I'm Amy Rudd, representing the Texas

5  State Conference of the NAACP and the Mexican American

6  Legislative Caucus.

7               MR. BRAZIL:  Scott Brazil for the Veasey

8  plaintiffs.

9               MS. MARANZANO:  I'm Jennifer Maranzano.

10 I'm representing the United States.

11              MR. SHORDT:  Richard Shordt,

12 representing the Texas League of Young Voters

13 Education Funds and Imani Clark, Plaintiff.

14              MS. DONNELLY:  Rosemarie Donnelly.  I

15 represent the witness.

16              MR. KEISTER:  Ronnie Keister.  I

17 represent the defendants.

18              MS. BUENIK:  My name is Leah Buenik, and

19 I'm an intern at the Office of the Attorney General.

20              MR. GRAHAM:  And I'm James Graham.  I'm

21 also an intern at the Office of the Attorney General.

22

23

24

25                         * * *

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

1                      TOMMY WILLIAMS,

2  having been first duly sworn, testified as follows:

3                  E X A M I N A T I O N

4  BY MS. RUDD:

5        Q.    Good morning, Senator Williams.    How are you

6  this morning?

7        A.    I'm well.

8        Q.    You've been through this routine before,

9  haven't you, in connection with a Section 2

10  litigation?

11        A.    I think, on the voter ID case, it was a

12  Section 5 claim --

13        Q.    Sorry.

14        A.    -- when I --

15        Q.    You're right.

16        A.    -- gave my testimony the last time.

17        Q.    And you also testified in the trial in the

18  Section 5 case, correct?

19        A.    I did.

20        Q.    Have you given any other testimony in any

21  other deposition in the past?

22        A.    Any other deposition?  Yeah.

23        Q.    What other depositions have you given in the

24  past?

25        A.    Business litigation, and I guess maybe -- I

10

1    can't remember, but I think maybe the redistricting

2    case.

3        Q.   Can you tell me approximately how many times

4    you've been deposed.

5        A.   No.

6        Q.   Is it less than 10?

7        A.   Maybe.

8        Q.   When you say "business litigation," what

9    business litigation are you referring to?

10       A.   Stuff that came up in the routine course of

11   my business career, civil litigation.

12       Q.   Were you suing somebody in that civil

13   litigation?

14       A.   Sometimes I was and sometimes I was the

15   defendant.

16       Q.   Okay.  We'll come back to that.

17            Can you tell me what you did to prepare for

18   your deposition today.

19       A.   I met with the Office of the Attorney

20   General, and briefly yesterday for less than two

21   hours.

22       Q.   And did you review any documents when you

23   were preparing?

24       A.   I did.  I relooked at the transcript from the

25   deposition I gave in this case when it was a Section 5

11

1    case, and I looked at the requirements to obtain a

2    voter ID card off of the website, you know, that

3    had -- so, that's about it.

4        Q.   When you say "the requirements to obtain a

5    voter ID," you mean the requirements under Senate Bill

6    14?

7        A.   Yeah.

8        Q.   And did you go to the website that --

9        A.   No.

10       Q.   -- the DPS website?

11       A.   No, the OAG's office had printed off copies

12   of it, and I just looked at it.

13       Q.   Did you look at anything else in connection

14   with your preparation?

15       A.   No.

16       Q.   Did you talk to anyone about your deposition

17   today other than your attorney?

18       A.   No.

19       Q.   What did you do to produce --

20       A.   Only to complain to people about having to be

21   here, what a huge inconvenience and waste of my time

22   and the taxpayers' money it is.

23       Q.   Fair enough.

24            What did you do to produce documents in this

25   case, if anything?

TOMMY WILLIAMS                                                  7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

1              MS. DONNELLY:   I'm sorry, can I
2    interrupt that question just briefly?
3              Are we -- is this deposition going to be
4    taken under seal?
5              MS. RUDD:   My understanding is, the way
6    that this has been working -- and someone can correct
7    me if I'm wrong -- is that we designate certain
8    portions to be under seal; but, we haven't been doing
9    entire depositions under seal.   So, for example, when
10   I ask about a highly confidential document, I'll note
11   that for the record so we make sure that portion goes
12   under seal.
13             Is that the way you guys have been doing
14   it for the most part?
15             MS. DONNELLY:   We have had some
16   depositions where the entire deposition is under seal,
17   so I don't have to keep interrupting you.
18             MR. KEISTER:   I've attended both ways.
19   It just kind of depends on whoever is taking it and
20   what the preference is.
21             MS. RUDD:   I mean, I'm fine with
22   putting, for convenience purposes, the whole
23   deposition under seal, but with the understanding that
24   they're going to be nonconfidential portions.
25             So if -- if -- I think it would be your

13

1   burden to go back later and sort of say, "This is what

2   I want to be under seal," and -- because otherwise, it

3   makes it quite difficult, I think, for the court to

4   parse what's confidential and what's not.

5                    What do you think about it?

6                    MS. DONNELLY:   Well, I mean, it causes

7   more interruptions, but, I mean, we can do it that way

8   if you want.   We have done it before where it's just

9   the whole deposition is under seal, it causes less

10  interruptions, with the understanding that Senator

11  Williams will be testifying under seal.

12                    And what I mean by that is, it's my

13  understanding that he will be testifying as to

14  questions and answers, under seal, that would

15  be -- that we would object to the legislative -- it's

16  covered by the legislative privilege.

17                    And so, I'm going to simply interrupt

18  and object on a question-by-question basis, is what

19  I'm hearing is the way you prefer to do it.

20                    MS. RUDD:   Or if we can just put on the

21  record right now that the portions that will be under

22  seal are those portions relating to legislative

23  privileged information and anything that's highly

24  confidential that I'm asking about in terms of

25  documents; but for administrative purposes, we'll just

14

1    say the whole thing's under seal, understanding that

2    later on I can introduce evidence that's not in those

3    two categories of highly confidential or legislatively

4    privileged information.

5              Does that make sense?  Otherwise, let's

6    just --

7              MS. DONNELLY:  No, I'm sorry, I'm

8    confused.  I think the way I've understood it before,

9    is that the entire deposition is under seal; and then,

10   essentially, the parties will be able to unseal it to

11   the extent that the question and answer is not covered

12   by legislative privilege.  It seems like a more

13   efficient way to do it.

14             I don't want to waive privilege by

15   having it be not clear on the record that we are going

16   to be asserting legislative privilege to the whole

17   deposition, or, in the alternative, doing it on a

18   question-by-question basis.

19             MS. RUDD:  Well, I think the first thing

20   you said is the flip side of what I just said, so I

21   think we can do the whole thing under seal,

22   understanding that we'll be designating at some later

23   time what's -- what's going to be confidential for

24   purposes of sealing the deposition and what's not.

25             MS. DONNELLY:  Okay.  So if all of the

15

1   lawyers are in agreement, who are present, that the

2   deposition is under seal -- with the understanding

3   that each of the parties is able to unseal it, for

4   the -- lack of a better word, portions that are not

5   covered by the legislative privilege; and certainly,

6   if -- if the witness and the defendant feels that it

7   is covered by legislative privilege, we can have that

8   discussion another day.

9                Is that acceptable?

10               MS. MARANZANO:  That's agreeable to us.

11               MS. DONNELLY:  That's acceptable to all

12   the lawyers present?

13               MR. BRAZIL:  Yes.

14               MR. SHORDT:  Yes.

15               MS. DONNELLY:  Okay.  With one exception

16   to that, and that is; the legislative privilege of

17   folks who are not present and are not the witness here

18   today, we are not waiving their privilege, and I will

19   be asserting legislative privilege to those questions.

20               MS. RUDD:  Okay.

21               MS. DONNELLY:  And for that limited

22   purpose.

23               MS. RUDD:  Understood.

24               MS. DONNELLY:  Very good.  Thank you.

25       Q.   (BY MS. RUDD)  Okay.  So back to document

16

1   production.

2            I know you produced some documents in

3   connection with the Section 5 case.

4            Did you also produce documents in connection

5   with this case?

6       A.   I believe so.  My staff produced the ones in

7   the Section 5 case, and if you look back at the

8   deposition, you'll -- there was a long line of

9   questioning about that, and they did all the work.

10           And then, of course, I had resigned -- I

11  resigned from the Senate on October 2nd or 3rd, right

12  along in there somewhere, and so the people who were

13  my former staffers also produced whatever additional

14  documents were produced in this -- for this

15  deposition.

16      Q.   So at the time that documents were produced

17  from your offices with this litigation, you were no

18  longer -- you, by that time, resigned from office; is

19  that correct?

20      A.   I believe so.

21      Q.   And so the people who would have produced

22  documents in this litigation are people who are your

23  former staffers?

24      A.   That's correct.  They continue to staff the

25  office, even though I no longer held it.  It's vacant

17

1  at the present time.

2      Q.   And when you resigned from office, did you

3  retain, or was there some system for retaining files,

4  from when you were serving as a senator?

5      A.   I did not personally retain any files.  My

6  staff cataloged whatever files we had, and then they

7  were put in storage, I guess, at the Archives

8  Commission.  I'm not sure where they sent them.

9      Q.   Did you discuss the document production in

10 this case with any of those former staff members prior

11 to their production of documents in this case?

12     A.   Yes.  I received a subpoena, and my

13 instructions to Amanda Martin, who is an attorney who

14 was my legislative director and general counsel, was

15 to produce whatever relevant documents there were, to

16 do the search and make sure that everything was

17 produced.

18     Q.   So if I wanted to know the mechanics of that

19 actual search, I would have to ask Amanda Martin?

20     A.   That's correct.  Or -- yeah, I think that's

21 right, yeah.

22     Q.   Do you know whether there would have been

23 both electronic and paper files that Ms. Martin would

24 have searched, or one or the other?

25     A.   I think probably both.

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

1       Q.    What happened to your e-mail when you

2   resigned from office?  Did that e-mail remain

3   functional for some period of time, your official

4   state e-mail?

5       A.    I don't know the answer to that.  You'll have

6   to ask -- I mean, I'm sure they were receiving e-mails

7   in the office.  It wouldn't have been to me anymore,

8   because I no longer held the office.

9       Q.    Do you --

10      A.    So you'll have to ask them what happened

11  there.

12      Q.    Do you know whether your prior e-mails, prior

13  to leaving office, were archived somewhere?

14      A.    You know, it was our practice to delete them

15  as soon as we were done with them.  So whatever was

16  there, was there.  I mean, I -- I really wasn't in

17  charge of that, so I can't tell you.

18      Q.    Okay.  So if -- if somebody -- you or

19  somebody in your office deleted something in the

20  ordinary course of business, you don't know whether

21  that e-mail is somewhere out there in an archived file

22  or in a backup tape of some kind?

23      A.    That's correct.  I don't know.

24      Q.    Let's talk a little bit about your

25  background.   I think I -- I understand most of your

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

1    background from your prior deposition, so let me try

2    to get through it pretty quickly.

3            You attended A&M University, correct?

4        A.   Yeah, that's correct.

5        Q.   And you received a BBA in accounting; is that

6    right?

7        A.   That's correct.

8        Q.   What year did you receive that degree?

9        A.   1978.

10       Q.   And you're also a CPA?

11       A.   I am.

12       Q.   Is your license current?

13       A.   I think I'm on the inactive status now,

14   because I don't practice public accounting.   It's

15   been -- it's been kept current up until this last

16   year.   I think I took an inactive status.

17       Q.   And then what did you do after college?   Can

18   you just give me a brief rundown of sort of your

19   career path after you graduated?

20       A.   When I graduated, I moved to Houston on May

21   23, 1978, and I went to work for Kaneb Services in --

22   as a corporate accountant.   I worked there for about a

23   year and a half or two years.   And I've worked for

24   my -- I left and worked for my dad for a few months

25   while he closed his business down.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
7/29/2014

20

1        And then I came back and went to work for a
2  subsidiary of Kaneb, called Diamond M Offshore
3  Drilling.  And I worked there for a couple of years,
4  and I left and went into the insurance and financial
5  services business, and I've been in that business
6  since then.  That was roughly '81 or '82, somewhere
7  along in there.
8        I've got -- all of that stuff really is a
9  matter of public record.  If you really want to know,
10  you can go check, because it's all out there.
11     Q.   Well, it's just a lot easier, when I have you
12  here, to ask you questions about it.
13     A.   It was a long time ago.
14     Q.   So in your first job as a corporate
15  accountant, were you involved in any litigation in
16  that job?
17     A.   No.
18     Q.   And then you said you worked for your dad for
19  some period of time, correct?
20     A.   Uh-huh.
21     Q.   Were you involved in any litigation while you
22  were working for your dad?
23     A.   No.
24     Q.   And then you went and worked for, I believe
25  you said -- it's Diamond -- what was the name of the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

21

1    company?

2         A.    Diamond M Offshore Drilling.

3         Q.    Diamond M Offshore Drilling, were you

4    involved in any litigation while you were working

5    there?

6         A.    No.

7         Q.    And then when you went into the insurance and

8    financial services business, where were you working?

9         A.    Well, I started off working for a marketing

10   company called Common Wheel, and we marketed insurance

11   products to other agents.   We were a wholesaler.

12              Then I went to work for New England Life as a

13   career agent, and I was there for 14 years -- 14 or 16

14   years.   So I left there.

15              And soon after I left there, I opened an

16   office for Raymond James in The Woodlands.

17              In 2000, I sold that to Woodforest Financial

18   Group, and then I ran it for them for 13 or 14 years,

19   and then I resigned to take my present job as vice

20   chancellor for federal and state relations at the

21   Texas A&M University System.

22        Q.    I noticed you were wearing the school colors

23   today.

24        A.    I am.

25        Q.    Okay.   So the first place you mentioned was

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

1   Common Wheel.  Were you involved in any litigation at

2   Common Wheel?

3       A.   No.

4       Q.   And then you said you went to New England

5   Life for 14 years.  Were you involved in any

6   litigation there?

7       A.   No.

8       Q.   And then you said you went to work for

9   Raymond James; is that correct?

10      A.   No.  I said opened an office for them.  I

11  owned the office.  I mean, it was more of a

12  franchise-type or contractual relationship.  It wasn't

13  a franchise.

14      Q.   Okay.  And you sold that business to

15  Woodforest Financial Group in 2000, correct?

16      A.   Yes.

17      Q.   While you were at Raymond James, were you

18  involved in any litigation there?

19      A.   Yes.

20      Q.   What was that litigation about?

21      A.   There were a couple of cases where people

22  left my employment under less than favorable

23  circumstances, and they tried to take trade secrets,

24  or something like that, and we were involved in making

25  sure that we protected the firm's interest in that.

23

1      Q.   So in that situation, you were actually suing

2  people for --

3      A.   Yeah.  Or they owed me money when they left.

4  They owed the company money, yeah.

5      Q.   Was there anything else?

6      A.   That was the primary thing.  I did -- there

7  was a guy that worked for me that, after he left he --

8  well, he was under investigation by the Securities and

9  Exchange Commission for insider trading, and so he

10  left my employment.

11           And subsequent to the time that he left my

12  employment, they -- you know, it's a matter of public

13  record what happened.  I don't -- he's not in the

14  business anymore.  I don't know all the details.

15      Q.   But you weren't implicated in that insider

16  trading?

17      A.   I was not.

18      Q.   Did you offer any testimony in connection

19  with this investigation?

20      A.   Only as a part of the investigation.

21      Q.   That was an investigation by the Securities

22  and Exchange Commission?

23      A.   Correct.

24           And then when he left, he took some trade

25  secrets, and I was involved in litigation to protect

24

1  those trade secrets.

2       Q.   So you sued him for theft of trade secrets?

3       A.   I don't think that was exactly what it was,

4  but it was something like that, yeah.

5       Q.   How was that resolved?

6       A.   It was resolved to my satisfaction later; so

7  we got an injunction, and he paid some money, and that

8  was it.

9       Q.   And then after you sold your business to

10 Woodforest Financial Group, were you involved in any

11 litigation there?

12      A.   That's what I was just talking about.

13      Q.   Okay.  So that was after you sold your

14 business to Woodforest?

15      A.   Right.  All of that was, yeah.

16      Q.   And then there was also an issue where

17 Woodforest National Bank was penalized by the Federal

18 Office of the Controller of Currency.

19           Do you recall that?

20      A.   I do.

21      Q.   Did you have any involvement in that?

22      A.   I did not.  We were owned by the same parent

23 company, but I was not an employee of the bank.

24      Q.   Okay.  So you were never involved in any of

25 the bank operations?

25

1     A.    No.

2     Q.    Did you give any testimony in connection with

3  that investigation?

4     A.    I did not.

5     Q.    And then how -- you said you ran Woodforest

6  Financial Group for 13 or 14 years?

7     A.    No.   Woodforest Financial Services.

8     Q.    Okay.   And do you have any affiliation with

9  Woodforest Financial Services today?

10     A.    No.   I resigned in October or November.   I

11  guess it was probably November.   I think my last day

12  was sometime during December.   My wife still works

13  there, but I do not.   I own stock in the Woodforest

14  Financial Group still.

15     Q.    And when you say October/November, you're

16  talking about last year --

17     A.    Correct.

18     Q.    -- 2013?

19     A.    Yeah.

20     Q.    And at that time, you took a job as vice

21  chancellor of federal and state relations at Texas

22  A&M; is that correct?

23     A.    That's correct.

24     Q.    Okay.   Let's talk about your tenure in the

25  Texas legislature.   You were initially elected to the

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

26

1   Texas House in 1996; is that right?

2       A.    That's correct.

3       Q.    And you served there until you were elected

4   to the Senate in 2002?

5       A.    That's correct.

6       Q.    And your district was District 4, which

7   encompassed sort of a large swath of Southeast Texas,

8   right?

9       A.    My Senate district was Senate District 4 --

10      Q.    Right.

11      A.    -- and my House district was 15.

12      Q.    And other than your work with Woodforest

13  Financial Services, did you hold any other jobs while

14  you were serving in the legislature?

15      A.    No.

16      Q.    And you resigned primarily to take a job of

17  vice chancellor of federal and state relations?

18      A.    That's not correct.

19      Q.    Okay.  Why did you resign?

20      A.    You know, I resigned for personal reasons,

21  and subsequent to my resignation, I was offered the

22  job --

23      Q.    Okay.

24      A.    -- as vice chancellor at A&M.

25      Q.    What were those personal reasons?

27

1    A.    Well, I had served 16 years, 10 months and 18

2    days, and I felt like that was enough.

3    Q.    Is there any other reason you resigned?

4    A.    None that's not a part of public record.    I

5    mean, I've pretty much said publicly it was time for

6    me to move on.

7    Q.    One of the things that you went through in

8    your prior deposition was your service on various

9    legislative committees, and I just want to quickly run

10   through the committees that you served on in each of

11   your years as a senator.  And to make this easier, I'm

12   going to go session by session, and you can just

13   either correct me or tell me that there's something

14   missing.

15   A.    I'm not sure I can correct you, because, you

16   know, I -- that was a long time, 11 years, and I'm not

17   sure I remember every single thing.  I'll do it to the

18   best of my recollection.

19   Q.    Well, this is what I -- I have listed, just

20   tell me if this sounds right.

21         So 2003, that would have been the first

22   session that you were serving as a senator, correct?

23   A.    Uh-huh.

24   Q.    You have to say "yes" or "no."

25   A.    Correct.

28

1    Q.   I have you as serving on the Criminal Justice

2  Committee, the Education Committee, the Finance

3  Committee, and serving as vice chair of State Affairs

4  that year.

5         Does that sound right?

6    A.   No.  I don't believe I was vice chair, State

7  Affairs, and I think I was vice chair of the Criminal

8  Justice Committee my first session in the Senate.  I

9  may have been a member of the Senate Affairs

10 Committee.  I don't recall.  I probably was.

11   Q.   So if the Senate Archives list you as the

12 vice chair of State Affairs in the 2003 session, you

13 say that's wrong, to your knowledge?

14   A.   I don't recall that I was.  My

15 recollection -- I mean, I could have been.  I don't

16 know.

17   Q.   Okay.  I understand it was a long time ago.

18   A.   Yeah.

19   Q.   2005, I have you serving on the Education

20 Finance, again, the State Affairs and the

21 Transportation and Homeland Security Committees.

22        Does that sound right?

23   A.   That sounds right.

24   Q.   And I also have you listed in 2005 as the

25 vice chair of State Affairs.

29

1          Does that sound right in that year?

2     A.    Yeah.

3     Q.    In 2007, I have you on the education, the

4  finance, the State Affairs, the Transportation and

5  Homeland Security Committees and then several select

6  committees.

7          Does that sound right?

8     A.    Yeah.

9     Q.    And again, you were the vice chair of State

10 Affairs in 2007?

11    A.    Could have been.

12    Q.    Do you have any reason to think otherwise?

13    A.    If that's what it says in the Archives, I

14 imagine it's correct.

15    Q.    Okay.  And then in 2009, I have you on the

16 Education, Finance, the International Relations and

17 Trade and the Transportation and Homeland Security

18 Committees.

19          Does that sound right?

20    A.    Uh-huh.

21    Q.    You did not serve on the State Affairs

22 Committee in 2009; is that consistent with your

23 recollection?

24    A.    Uh-huh.  Yes, it is.

25    Q.    And then in that year, you also served on the

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

30

1  Select Committee on Redistricting; is that right?

2       A.   If that's what it says in the Archives,

3  that's correct.

4       Q.   Okay.  And then moving forward to the 2011

5  session, I have you serving on several subcommittees

6  of the Finance Committee, one of which is the

7  subcommittee on Article 6, and 7.

8            Do you recall that?

9       A.   Yeah, that's -- I know -- are we talking

10  about the 2011 session?

11      Q.   Yes, sir.

12      A.   Yeah, there were several subcommittees.  It

13  was an unusual session, in that respect, that we had

14  had a bunch of subcommittees that we all served on,

15  yeah.

16      Q.   Can you tell me what the subcommittee on

17  Article 6, and 7, is.

18      A.   6 is the article that deals with natural

19  resources and other business regulatory matters, and

20  then 7 is the -- I think the article that deals with

21  the Department of Public Safety, criminal justice, and

22  those sorts of things.

23            And there's a separate Article 8, that's just

24  a regulatory article, that deals only with the

25  regulation of business.

31

1           I think 6 deals with things like natural

2    resources and those sorts of things like that.

3        Q.    That year, you also served on the

4    International Relations and Trade Committee, the State

5    Affairs Committee, the Transportation Committee; is

6    that correct?

7        A.    If that's what it says in the Archives, yeah.

8        Q.    When did you first form the opinion that

9    Texas needed a voter identification bill?

10       A.    I can't -- I can't recall a specific time.

11       Q.    You recall that the first time that there was

12   legislation that you were involved with was during the

13   2007 session, correct?

14       A.    I think there was a session in -- when I was

15   in the House, where there was a bill that was passed

16   that attempted to deal with this, that I voted on, but

17   I can't -- I don't recall, I wasn't involved in

18   drafting the legislation or helping to get it passed.

19   It was a Senate bill.

20           So it was an issue that had come up before,

21   but that's the first time that I was directly

22   involved, would have been in '07, '09, along in there.

23       Q.    Okay.   So prior to that initial legislation,

24   did you form an opinion that Texas needed a voter

25   identification bill, or is it something that you just

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

32

1    heard about in connection with that legislation in the

2    House?

3        A.    I think that it's a good idea.  I can't tell

4    you specifically when I felt like we needed

5    legislation to address it.

6        Q.    Do you recall why you decided that Texas

7    needed voter ID legislation?

8        A.    No.

9        Q.    Do you recall House Bill 218 during the 2007

10   legislative session?

11       A.    Not the specific details of it.  I mean, I --

12   I really don't -- it's kind of a blur, to tell you the

13   truth.

14       Q.    Okay.  I understand that.

15             When you gave deposition testimony in the

16   Section 5 case -- and I understand that that case was

17   also, you know, several years removed from the 2007

18   legislate session -- you didn't recall a lot of

19   specifics of some of the voter ID legislation prior to

20   SB 14.  And then, when you gave trial testimony in

21   July 2012 in the Section 5 case, you testified about

22   House Bill 218.

23             Do you recall that?

24       A.    No.

25       Q.    Can I ask you what changed between your

33

1    deposition in the Section 5 case and trial, that your

2    recollection improved?

3                    MS. DONNELLY:  Objection.  Form.  It's

4    confusing and vague.

5                    Do you understand the question?

6                    THE WITNESS:  No.

7        Q.   (BY MS. RUDD)  Okay.  Well, here's what I'm

8    getting at.  There were a lot of answers in your prior

9    deposition about you not recalling the specifics of

10   House Bill 218.  Then, when you were asked questions

11   during the trial on Section 5, you gave specific

12   information about House Bill 218.

13                I'm asking, what changed between your

14   deposition and trial?

15                    MS. DONNELLY:  Objection.  Form.

16                    Counsel, if you want to show him his

17   testimony and ask him specifics, that's -- it's vague

18   and confusing.

19                    MS. RUDD:  I'm just asking general

20   questions now.

21                    MR. KEISTER:  Objection.  Form.

22   Misstates facts not in evidence.

23       Q.   (BY MS. RUDD)  Did you understand the

24   question?

25       A.   No.  Not really.  If you have something

34

1  specific you want to ask me, I'm glad to try to answer

2  it.

3      Q.  We'll have to go through your testimony, I

4  guess.

5              House Bill 218 in the 2007 session was a bill

6  designed to combat in-person voter fraud; is that

7  correct?

8      A.  Yes.

9      Q.  Do you recall House Bill 218 generally?

10     A.  Only that it was a voter ID bill.

11     Q.  Do you recall who sponsored it on the Senate

12  side?

13     A.  I don't know.

14     Q.  If I told you that Troy Fraser sponsored that

15  bill, would that sound right to you?

16     A.  He was very involved in the issue, yes.

17     Q.  When did you become very involved in the

18  issue --

19              MS. DONNELLY:  Objection.  Form.

20     Q.  (BY MS. RUDD)  -- to your recollection?

21              MS. DONNELLY:  Objection.  Form.

22              You can answer.

23     A.  You know, I don't have a specific

24  recollection about when I became involved in it.  It's

25  a -- it was an issue that was important to a lot of

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

35

1    people and a lot of my constituents during my

2    legislative career.

3              You know, I cast about 5,000 record votes

4    every session, and I don't remember every detail of

5    every bill.  It's just -- you've been swimming in this

6    river the last few months, and I have not been, so I

7    don't -- you know, there's a lot that I don't

8    remember.

9        Q.    (BY MS. RUDD)   Okay.   But to be fair, voter ID

10   legislation was fairly controversial legislation for

11   several sessions, correct?

12             MS. DONNELLY:   Objection.   Form.

13       A.    I don't think it was controversial.   There

14   was a lot of opposition to it on one side, but I

15   wouldn't say it was controversial.   It was widely

16   perceived by the public as something that was a good

17   thing.

18       Q.    (BY MS. RUDD)   Okay.   But there was

19   significant opposition to voter ID legislation each

20   year that it was proposed, from 2007 onward, correct?

21       A.    Yes.

22       Q.    And it was something -- voter ID legislation

23   was an issue that you personally had a lot of

24   involvement with over the years, correct?

25             MS. DONNELLY:   Objection.   Form.

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

36

1      A.    I was involved in -- when it passed, and I

2 was a joint author or a co-author of the bills; but I

3 wasn't involved in drafting any of the legislation.

4      Q.    (BY MS. RUDD)  Okay.  So when you say you were

5 a joint author or co-author, you mean more that you

6 were a sponsor of the legislation?

7      A.    Someone else was the author, and I had

8 registered my support by being a joint or co-author of

9 the legislation.

10     Q.    Okay.  Which -- were you a joint or co-author

11 of Senate Bill 14?

12     A.    I don't recall.

13     Q.    Do you recall any other particular voter ID

14 legislation that you were registered as a joint or

15 co-author on?

16     A.    Not as we sit here today.

17               (Williams Exhibit 1 marked/introduced.)

18     Q.    (BY MS. RUDD)  Do you recognize Exhibit 1?

19     A.    This looks like it is the filed version of

20 House Bill 218, as it was filed in the House.

21     Q.    Okay.  And that was the voter ID legislation

22 filed during the 2007 legislative session, correct?

23     A.    Yeah.  It looks like it was prefiled in

24 November of 2006, so it would have been for the 80th

25 regular session, it says.

37

1    Q.   And the purpose of this legislation was to

2  combat in-person voter ID fraud, correct?

3    A.   I think that was the intent of the author,

4  yeah.

5    Q.   As opposed to absentee ballot fraud or some

6  other form of voter fraud, right?

7    A.   Well, let me read it and see.

8         It would appear that this only addresses

9  identification for people who are voting in person.

10    Q.   Okay.   Prior to -- let me back up.

11         You were sitting on the State Affairs

12  Committee in 2007, correct?

13    A.   If that's what the records say, I wouldn't

14  dispute that.   I could have been.   There were some

15  sessions where I didn't -- where I wasn't on the

16  committee.

17    Q.   Okay.   Do you recall that this bill was

18  referred to the Senate State Affairs Committee for

19  consideration?

20    A.   I do not have a specific recollection.   It

21  would have been under the -- you know, the procedures

22  that we followed in the Senate.   It would have been in

23  the usual course of business that it would have come

24  to the State Affairs Committee.

25    Q.   So as a member of the State Affairs

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

38

1  Committee, you would have considered this legislation

2  in committee; is that right?

3      A.    It if passed the House.   I can't tell by

4  looking at this that it did.   It just says here that

5  this is the filed version.   It doesn't show that it

6  was the enrolled version.   It's not -- you know, I

7  don't know what the progress of this bill was, by what

8  you gave me.

9                (Williams Exhibit 2 marked/introduced.)

10     Q.    (BY MS. RUDD)   Exhibit 2 is the Senate

11 Journal from April 26, 2007, correct?

12     A.    It would appear to be.

13     Q.    If you turn to page -- and I'm looking at the

14 page numbers on the upper left-hand corner -- 1372 of

15 that document.

16     A.    Uh-huh.

17     Q.    The bottom half of that page has a section

18 titled, "HOUSE BILLS AND RESOLUTIONS ON FIRST

19 READING."

20           Do you see that?

21     A.    I do.

22     Q.    And it says:   "The following bills and

23 resolutions received from the House were read first

24 time and referred to the committees indicated."

25           Do you see that?

TOMMY WILLIAMS                                                            7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

39

1       A.    I do.

2       Q.    And in that list is "HB 218 to Committee on

3   State Affairs," correct?

4       A.    That's correct.

5       Q.    Does that tell you that HB 218 was referred

6   to the State Affairs Committee?

7       A.    It does, but it doesn't tell me that this

8   bill that you've put before me was the bill that was

9   referred.   This is the introduced version of the bill.

10  I don't know whether this bill was amended on the

11  House floor or not.

12      Q.    That's a fair distinction.

13            Do you recall considering this bill on the

14  State Affairs --

15      A.    No.

16      Q.    -- Committee in 2007?

17              (Williams Exhibit 3 marked/introduced.)

18      Q.    (BY MS. RUDD)   Exhibit 3 is a transcript of

19  the bench trial in the Section 5 case.   And if you

20  turn to page 69 of that exhibit, the bottom of that

21  page is the beginning of your testimony.

22            Do you see that?

23      A.    On line 24?

24      Q.    Yes.

25      A.    I see that.

TOMMY WILLIAMS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

40

1    Q.   And if you'll turn to page 71, at line 22 of

2 71, you're asked:  "Moving up to 2007, did the Texas

3 House pass voter ID legislation again in 2007?"

4       You say:  "Yes."

5       Question is:  "And was that House Bill 218?"

6       You say:  "Yes."

7       Do you see that?

8    A.   I do see that.

9    Q.   Okay.  And then the next couple of pages go

10 on to discuss House Bill 218.

11    A.   Yeah, I see that.  But that still does not

12 address that this is the introduced version, not the

13 enrolled version of the bill.  So this is not

14 necessarily the bill that was before the Senate.

15    Q.   I understand that.

16    A.   Okay.

17    Q.   If you go ahead and just read through your

18 testimony on page 72, I just want to know if that

19 refreshes your collection of what happened --

20 recollection of what happened with this Senate Bill

21 218.

22         MS. DONNELLY:  Objection.  Form.

23    Q.   (BY MS. RUDD)  Sorry.  House Bill 218.

24         MS. DONNELLY:  To the extent that you

25 need to read all of the testimony to refresh your

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

41

1   recollection, feel free to do so.

2              THE WITNESS:   Okay.

3      Q.   (BY MS. RUDD)   If it will make this process go

4   faster, I'll give you the opportunity to read further

5   into your transcript.   I just want to talk about 2007

6   now.

7      A.   Oh, okay.

8      Q.   So having now read your trial testimony, do

9   you recall that HB 218 passed out of the State Affairs

10  Committee?

11     A.   Yes, it did.

12     Q.   And you voted to pass that out of committee,

13  correct?

14     A.   I did.

15     Q.   Do you recall that that vote was strictly

16  along party lines?

17     A.   It wouldn't surprise me if it was.   I don't

18  recall the vote.

19     Q.   At the time that you voted to pass HB 218 out

20  of committee, did you think it was a good bill?

21     A.   I did.

22     Q.   It was acceptable to you, and that's why you

23  voted for it?

24     A.   It was the bill that was before us, it was

25  the best opportunity we had at that time.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    7/29/2014

42

1      Q.    Okay.  Let's go through, if we can, for a

2  second -- and I understand your qualification about

3  whether the bill that was considered in committee is

4  the bill that I have a copy of, which is Exhibit 1.

5      A.    This is not the bill that was considered in

6  committee.   This is the filed version.

7      Q.    Okay.   And fair enough.

8            Do you know, off the top of your head, what

9  differences there might have been between this version

10 and the version that was considered in committee?

11     A.    Oh, good Lord, no.

12     Q.    Okay.   If you'll turn with me to page 3 of

13 Exhibit 1.

14           First, let me ask you this general question:

15 Do you recall that HB 218 permitted a voter to either

16 show a photo ID or two forms of nonphoto ID at the

17 polls?

18           MS. DONNELLY:   Based upon Exhibit 1?

19           MS. RUDD:   Correct.

20     A.    It would appear that that was true of the --

21 if this is the legislation that we considered in

22 committee.

23     Q.    (BY MS. RUDD)  Okay.  And on page 3 of that

24 document, Subsection -- Section 63.0101(a) lists

25 documentation that was acceptable for a form of photo

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

43

1  ID, correct?

2      A.   Let's see.   Yes.

3      Q.   Number 1 is a driver's license or personal ID

4  card not expired more than two years, correct?

5      A.   No.   It says that it would be a driver's

6  license or personal ID card issued by the Department

7  of Public Safety that is not expired or that is

8  expired no earlier than two years before the date of

9  the -- of presentation.

10     Q.   Right.   So a driver's license or personal ID

11  card that was expired more than two years would not

12  have been accep- -- unacceptable under this version of

13  HB 218; is that right?

14               MS. DONNELLY:   Objection.   Form.

15     A.   I believe that's correct.

16     Q.   (BY MS. RUDD)   Number 2 is a United States

17  military identification card with a photo, correct?

18     A.   Uh-huh.   Person's photograph.

19     Q.   Right.

20          Number 3 is a valid employee identification

21  card with a person's photograph and issued by an

22  employer of the person in the ordinary course of

23  business, correct?

24     A.   That's Item Number 3.

25     Q.   Do you recall why that item was included in

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

44

1    this legislation?

2       A.    No.    You'd have to ask Betty Brown.

3       Q.    Do you recall discussing that particular form

4    of ID in committee?

5       A.    I do not.

6       Q.    Number 4 is a United States citizenship

7    certificate with a photograph, correct?

8       A.    Yes.

9       Q.    5 is a passport.

10            6 is a student identification card issued by

11   a public or a private institution on behalf of higher

12   education; is that correct?

13      A.    Correct.

14      Q.    Do you recall discussion in committee about

15   the use of a student identification card as a form of

16   photo ID?

17      A.    I do not.

18      Q.    At the time that HB 218 was being considered

19   in committee, did you consider a student

20   identification card an acceptable form of photographic

21   identification at the polls?

22      A.    I -- would you repeat the question?

23      Q.    Sure.    At the time that HB 218 was being

24   considered by you in committee, did you consider a

25   student identification card to be an acceptable form

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

45

1  of photo ID?

2      A.   I don't recall that I cared for this

3  provision.  It was a part of the bill, but I'm not

4  sure that I -- I don't necessarily agree with every

5  provision of every bill, so...

6      Q.   Fair enough.

7           Can you tell me why you might not have agreed

8  with this particular provision.

9      A.   I think, you know, it makes it a lot more

10  difficult for the people who are working at the polls

11  to identify -- to know whether it's a valid ID or not,

12  because we have 38 general academic institutions in

13  this state and we have a bunch of health science

14  centers and a lot of people that are issuing student

15  ID cards, including all of our community colleges; and

16  so I think it becomes very difficult for someone at

17  the poll to know whether that's actually a valid ID or

18  not.

19      Q.   Would the -- would you have the same opinion

20  of the ID listed in Number 3 there, a valid employee

21  identification card?

22      A.   Yeah.

23      Q.   Number 7 is a license to carry a concealed

24  handgun, correct?

25      A.   Correct.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

46

1       Q.    So there are seven different forms of

2  photographic identification that were acceptable under

3  HB 218 in this version, correct?

4       A.    Correct.

5       Q.    And then if you look at Subsection (b), there

6  are 11 different forms of nonphoto ID that were

7  acceptable under this version of the legislation,

8  correct?

9       A.    I have to read it.

10      Q.    Sure.

11      A.    Actually, I -- let's see.  Yeah, there are

12  11.  That's correct.

13      Q.    And do you recall discussing in committee any

14  of these forms of nonphoto identification?

15      A.    I don't have a specific recollection, no.

16      Q.    Is there any reason that these forms of photo

17  identification would not have been acceptable?

18      A.    I don't think they're particularly good forms

19  of identification.

20      Q.    And is it your opinion that the only form of

21  identification that can truly identify or verify who a

22  person is is a photo identification?

23      A.    I think that the way it was listed in Senate

24  Bill 1 was -- excuse me, Senate Bill 14 was, there

25  were primary forms of identification and secondary

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

47

1  forms of identification; and I think that was a much

2  more reasonable way to determine whether the person

3  before you is really the person they said they were,

4  so...

5       Q.   Okay.   But in Senate Bill 14, the secondary

6  forms of identification are only used in order to --

7  to obtain an ID that has a photo on it --

8       A.   Right.

9       Q.   -- for purposes of voting, correct?

10      A.   That's correct.

11      Q.   Whereas in Senate Bill -- or House Bill 218,

12  you could actually present at the poll a form of

13  nonphotographic identification, correct?

14      A.   Under this bill, that would be true, House

15  Bill 18 [sic].

16      Q.   And can you tell me why it is that you don't

17  think any of these forms, these 11 forms of nonphoto

18  ID listed in this version of HB 218, would be

19  sufficient to identify or verify a person's identity.

20      A.   Primarily, it makes it very difficult for the

21  person who's working at the polls -- they have so many

22  things that they have to look at -- and they don't

23  know whether it's a valid document or not.

24      Q.   Do poll workers have a way to determine

25  whether a particular license is a valid license?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

48

1          MS. DONNELLY:   Objection.   Form.

2      A.    I don't know.

3      Q.    (BY MS. RUDD)   Do poll workers have a way to

4  verify whether a particular Texas ID card is actually

5  what it purports to be?

6          MS. DONNELLY:   Objection.   Form.

7      A.    I don't know the answer to that.

8      Q.    (BY MS. RUDD)   HB 218 ultimately didn't get

9  considered on the floor of the Senate; is that

10  correct?

11      A.    That's correct.

12      Q.    Senator Fraser made a motion to consider

13  HB 218 outside the regular course of business,

14  correct?

15      A.    I believe he made a motion to suspend the

16  regular order of business to take up and consider

17  House Bill 218.

18      Q.    And when you say "the regular order of

19  business," that's the sort of default calendar in the

20  Senate, correct?

21      A.    The regular order of business is the order of

22  the bill -- the order that bills came out of committee

23  numerically and by time, when they were voted out of

24  committee.   That's the regular order of business out

25  of the Substantive Committee.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

49

1     Q.    And in the regular order of business, bills
2  are considered in the order that they come out of
3  committee, correct?
4     A.    Under the regular order of business.
5     Q.    And if you want a bill to be considered
6  outside the regular order, you have to suspend the
7  regular order of business; is that right?
8     A.    That's correct.
9     Q.    And typically, to suspend the regular order
10 of business, you need a two-thirds vote of Senate
11 members present at the time?
12    A.    That's true of the Senate and the House.
13    Q.    Okay.  Initially, when Senator Fraser made
14 his motion to consider House Bill 218 outside the
15 regular order of business, there were some Democratic
16 senators missing from the Senate floor; is that
17 correct?
18    A.    I believe there were two who were not on the
19 floor.
20    Q.    And that was Senator John Whitmire?
21    A.    He had been counted present, but he was not
22 on the floor.
23    Q.    Okay.  And the other one was Senator Carlos
24 Uresti; is that correct?
25    A.    Correct.

50

1    Q.    And so the initial vote on Senator Fraser's

2  motion passed without those two members on the floor,

3  correct?

4    A.    The motion to suspend the regular order of

5  business was passed with two-thirds of the members

6  present voting.

7    Q.    And then -- and I'm probably going to butcher

8  this name -- Senator Shapleigh, is that the way to

9  pronounce that?

10    A.    Shapleigh?

11    Q.    Yes.

12    A.    I think that's correct.

13    Q.    Okay.   Senator Shapleigh called for a

14  verification of that vote on suspending the regular

15  order of business, correct?

16    A.    I'm not sure without looking, but he could

17  have.   Any member could have asked for a verification

18  of the vote.

19    Q.    Okay.   And a verification of the vote

20  required a roll call of the senators present, correct?

21    A.    Correct.

22    Q.    And by the time that verification occurred on

23  the motion to consider HB 218 outside the regular

24  course of business, Senators Whitmire and Uresti were

25  back on the Senate floor; is that right?

51

1      A.    That's not my recollection, but I know that

2  ultimately there was a second vote and that there --

3  there were -- they were present.

4      Q.    Okay.   When you say that's not your

5  recollection, do you have a different recollection of

6  what happened?

7      A.    I don't -- I don't recall that Senator

8  Shapleigh called for a verification vote.   I don't

9  know whether he did or he didn't, and so I can't -- I

10  don't know what you're saying is correct or not.

11          MS. DONNELLY:   Counsel, we've been going

12  about an hour.   Good time for a break?

13          MS. RUDD:   Let me do this one last thing

14  and then we can take a break.

15          (Williams Exhibit 4 marked/introduced.)

16      Q.    (BY MS. RUDD)   Exhibit 4 is a copy of the

17  Senate Journal from May 15, 2007; is that right?

18      A.    It would appear to be.

19      Q.    And if you look at the second page of that

20  document, at the bottom of the page, there's a portion

21  titled, "COMMITTEE SUBSTITUTE HOUSE BILL 218 ON SECOND

22  READING."

23          Do you see that?

24      A.    I do.

25      Q.    And there, it says that Senator Fraser moved

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

52

1  to suspend the regular order of business to consider

2  CSHB 218, correct?

3      A.    Would you repeat the question?

4      Q.    Sure.   Just -- I'm just verifying that that

5  says that Senator Fraser moved to suspend the regular

6  order of business to take up consideration of CSHB

7  218.

8      A.    Correct.

9      Q.    And then if you sort of read along, it looks

10 like the motion prevailed, and then it lists the yeas

11 and nays on the vote.

12          Do you see that?

13     A.    Uh-huh.

14     Q.    You have to say "yes" or "no" --

15     A.    Yes.

16     Q.    -- for the record.

17          And then it says absent was may Hegar, Uresti

18 and Whitmire, correct?

19     A.    Correct.

20     Q.    And then at the very bottom, it says that

21 Senator Shapleigh called for a verification of the

22 vote?

23     A.    I see that.

24     Q.    Okay.   So -- and you have no reason to

25 question whether that recording in the Senate Journal

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

53

1    is accurate, correct?

2         A.    I believe that it's accurate.

3         Q.    Okay.   And then there was a roll call

4    performed, correct?

5         A.    Yes.

6         Q.    And this time, Senators Whitmire and Uresti

7    voted against considering CSHB 218 outside the regular

8    course of business, correct?

9         A.    Correct.   The motion failed 20 to 11.

10        Q.    And so no voter ID after that -- no voter ID

11   legislation passed out of the Senate in the 2007

12   session; is that right?

13        A.    I don't believe so.

14             MS. RUDD:   We can take a break.

15             (Break.)

16        Q.   (BY MS. RUDD)   Okay.   Prior to the break, we

17   were talking about the voter ID legislation and what

18   happened to that legislation in the 2007 session, and

19   now I want to move forward to the 2009 session.

20             In 2009 there was a voter ID bill introduced

21   in the Senate, correct?

22        A.    I don't recall without going back and

23   looking, so...

24        Q.    Okay.   Do you recall Senate Bill 362 at all?

25        A.    Not as we sit here today.

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

54

1                    (Williams Exhibit 5 marked/introduced.)

2       Q.    (BY MS. RUDD)   Exhibit 5 is a -- I'm going to

3   represent to you, is the engrossed version of Senate

4   Bill 362.   Feel free to look through it.   I have

5   several questions about it.

6       A.    Well, it is a version of Senate Bill 362.   I

7   can't tell you from looking at this that it's the

8   engrossed version, but...

9       Q.    Right.   And I'm making that representation.

10  I pulled it off of the Texas Legislature's website.

11            Do you recall this legislation, now that

12  you've looked through it?

13      A.    Not every detail, but I remember that we had

14  a bill that session --

15      Q.    And --

16      A.    -- about it.

17      Q.    And this legislation was sponsored by

18  Senators Fraser, Estes, Nelson and Nichols, correct?

19      A.    It would appear that they were the joint

20  authors.   They don't list everybody on there always.

21      Q.    Do you know whether there were any other

22  authors --

23      A.    There could have been some coauthors.   I

24  can't tell by looking at this whether there were or

25  there were not.

TOMMY WILLIAMS                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

55

1    Q.   And do you know whether you were?

2    A.   I don't recall.

3    Q.   Everybody listed as an author on this bill is

4  a Republican, correct?

5    A.   Everybody -- yes.

6    Q.   Okay.   Let's go briefly through the ID

7  requirements listed in this bill.   If you turn to

8  page 3, I'm looking at Section 6.

9         Okay.   On page 3, Section 6, it says -- if

10  you look at Section (b) right there -- "On offering to

11  vote, a voter must present to an election officer at

12  the polling place either:   one form of identification

13  listed in Section 63.0101(a); or two different forms

14  of identification listed in Section 63.0101(b)."

15         Do you see that?

16    A.   I see it.

17    Q.   If you turn to page 5 with me, I'm going to

18  look at the bottom of that page, Section 63.0101(a).

19         And this section lists the forms of photo

20  identification that a voter could show at the polls in

21  order to vote, correct?

22    A.   Would you repeat the question?

23    Q.   Sure.   Section 63.0101(a) lists the forms of

24  photo identification that a voter could show in order

25  to vote at the polls, correct?

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

56

1      A.    I think what 63.010- -- I think -- excuse me.

2   Correct, 63.0101(a) shows the forms of identification

3   that would be acceptable.   Only one form of

4   identification would be acceptable.   That's -- that's

5   the way the legislation reads.

6      Q.    Okay.   And -- but all of the forms of

7   identification listed in that section are forms of

8   photo identification, correct?

9      A.    Every form listed under Section 63.0101(a),

10  there's a requirement that that document also have the

11  person's photograph.

12     Q.    All right.   And there are six different forms

13  of photographic identification listed in that section,

14  correct?

15     A.    Well, let me count them.   Well, there's six

16  or seven, depending on whether you count the --

17  there's two subsections under 6(a) and (b), so it's an

18  either -- it's an "or" thing.   So I guess it -- you

19  know, it depends on how you count it out.

20          It could be a valid identification card

21  containing the person's photograph issued by an agency

22  or institution of the federal government or an agency

23  or institution or political subdivision of the State.

24          So there are six list -- subsections; but the

25  six has two forms, and either -- and either would --

57

1   you know, it's a -- either one of them will do, it

2   looks like.   So I guess there'd be seven --

3       Q.   Okay.

4       A.   -- the way I count it.

5       Q.   Okay.   But as you've just pointed out,

6   Section 6 would have allowed a valid identification

7   card issued by an agency or institution of the federal

8   government or an agency, institution or political

9   subdivision of the State, correct?

10      A.   Either one.

11      Q.   One of the things that's not listed here is a

12  student ID; is that right?

13      A.   I don't see it listed.

14      Q.   Okay.   And another thing that's not listed

15  here is an employee identification card issued in the

16  ordinary course of an employer's business; is that

17  correct?

18      A.   I don't see it here.

19      Q.   Okay.   Do you know what changed between the

20  2007 session and the 2009 session that those two

21  things were eliminated from the voter ID legislation

22  that you and the Senate were considering?

23      A.   You'd have to ask Senator Fraser.   He was the

24  primary author of this bill.

25      Q.   Do you recall having any discussions about

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

58

1   student ID as a form of ID that would be acceptable?

2       A.    I don't have a recollection of that.

3       Q.    But you were not in favor of a student ID

4   being one of the forms of photographic identification

5   that a voter could present at the polls?

6       A.    It's my opinion that that is a weaker form of

7   identification than the ones that are listed here.

8       Q.    Is -- and then in terms of an employee

9   identification card issued in the ordinary course of

10  business by an employer, is it also your opinion that

11  that is a weaker form of ID than the ones listed here?

12      A.    I think it makes it more difficult for the

13  person at the poll and a -- you don't know -- they

14  don't know what that employer's criteria for issuing

15  an ID card are.

16      Q.    And then, if you look at Subsection (b), at

17  the bottom of page 6, that lists nonphotographic

18  identification that was acceptable as a way to verify

19  someone's identity if you had two forms of any of

20  those documents; is that right?

21      A.    Would you restate the question?

22      Q.    Sure.   Subsection (b) here lists the types of

23  nonphotographic identification that can be used to

24  identify a voter at the polls, correct?

25      A.    Well, I think, the way the bill reads, it

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

59

1  says that it would require two forms.  I don't think

2  it specifies whether or not -- let me read it and see.

3        Two different forms of identification listed

4  in 63.0101(b).  And when I go over to that subsection,

5  it says, the following documentation is acceptable as

6  proof of identification under this chapter.

7        There is nothing in the bill that says this

8  is nonphotographic.

9     Q.   Okay.  Does anything in Subsection (b)

10  require a photograph --

11     A.   I don't know the answer --

12     Q.   -- expressly?

13     A.   -- to that.

14     Q.   So anything --

15     A.   I mean, I just said that there -- it says

16  that it requires two forms.  But I don't know whether

17  any of them would -- any of these forms would have a

18  photograph with them or not.

19     Q.   In your experience, does a voter registration

20  certificate contain a photograph?

21     A.   No.

22     Q.   Does a utility bill contain a photograph?

23     A.   Not to my knowledge.

24     Q.   So official mail from the government, does

25  that typically contain a person's photograph?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

60

1      A.    It could.   I don't know whether it does or

2  not.   I mean, it guess it would depend on what it is.

3      Q.    There are a number of forms of ID in this

4  Subsection (b) that are nonphotographic forms of ID,

5  correct?

6      A.    It would appear that many of them do not

7  require a photograph.   I couldn't tell you

8  definitively that none of them do.

9      Q.    Okay.   So one of the things that you could do

10  under Senate Bill 362 is present two forms of

11  secondary identification, let's call it, listed in

12  Subsection (b), to vote, correct?

13      A.    Yes.   To the best of my recollection, it

14  would appear so.

15      Q.    Did you think that Senate Bill 362 was an

16  improvement on the legislation that was introduced in

17  the 2007 session for voter ID?   So we looked earlier,

18  House Bill 218.

19           Did you think this Senate Bill 362 was an

20  improvement on House Bill 218?

21           MS. DONNELLY:   Objection.   Form.

22           You can answer.

23      A.    I can't tell you what I thought at that time.

24  I don't recall what I thought at the time that we were

25  considering this bill.

61

1      Q.     (BY MS. RUDD)   But one of the things that we

2  just discussed is that in terms of the photographic

3  identification listed in Subsection (a) of Section

4  63.0101, student IDs were eliminated from Senate Bill

5  362, correct?

6      A.     They're not included on the list.

7      Q.     Right.   And -- and employee ID cards issued

8  in the ordinary course of business were eliminated

9  from the list?

10     A.     They're not included in Senate Bill 362.

11     Q.     In your opinion, did those eliminations make

12 this a better voter ID bill?

13             MS. DONNELLY:   Objection.   Form.

14             Go ahead.

15     A.     I think I've already stated on the record

16 that I thought those were weak forms of

17 identification.   I can't tell you what I thought at

18 the time.   I don't have any specific recollection

19 about the consideration of this bill.

20     Q.     (BY MS. RUDD)   Okay.   One of the things that

21 happened in the 2009 session is that you proposed a

22 rule change, a change to Senate rules; is that -- do

23 you recall that?

24     A.     I recall that I proposed a rule change.   It

25 could have been in 2009.   I don't recall the exact

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

62

1   session.

2       Q.    The rule change that I'm referencing is a

3   change that would allow any bill relating to voter

4   identification requirements to be set as a special

5   order and considered by the Senate on a majority vote.

6            Do you recall that rule change?

7       A.    Yes, I proposed a rule change.  I don't

8   recall which session it was, off the top of my head.

9   If you have something that could refresh my memory,

10  I'll be glad to take a look at it.

11               (Williams Exhibit 6 marked/introduced.)

12      Q.    (BY MS. RUDD)   Exhibit 6 is a copy of the

13  Senate Journal dated January 14, 2009, correct?

14      A.    It would appear to be.

15      Q.    And if you look at the third -- the second

16  line [sic] down, the secretary is recorded as saying:

17  "Senate Resolution 14 adopting the Rules of the Senate

18  of the 80th Legislature as the permanent Rules of the

19  Senate of the 81st Legislature with the following

20  modifications, by Williams."

21           Do you see that?

22      A.    I see that.

23      Q.    Does that refresh your recollection that you

24  proposed a rule change to the rules of the Senate in

25  the 2009 legislative session?

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

63

1      A.    Yes.

2      Q.    And that was the rule change we just

3  mentioned, correct?

4      A.    My recollection would be that there were two

5  rule changes that were proposed then:   One related to

6  special orders, the other was related to another

7  matter on constitutional amendments by Senator Carona.

8  I don't remember the exact nature of that change.

9      Q.    Was the proposed rule change on

10 constitutional amendments a controversial rule change

11 that session?

12     A.    I don't recall that it was or that there was

13 any debate.   But I don't have a -- you know, I'd have

14 to take a look at it and see.   I don't recall that

15 there was any controversy about it.

16     Q.    Am I right that typically the rules for the

17 Senate at the beginning of each session are laid out

18 by the dean of the Senate, typically?

19     A.    I don't think that's necessarily true.

20     Q.    Was that true during the time that Senator

21 Whitmire was the dean of the Senate?

22     A.    I don't recall.   Could have been.

23     Q.    Am I right that a simple majority vote is

24 required to adopt the Senate rules each session?

25     A.    That's correct.   If it's done at the

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

64

1   beginning of the session.

2       Q.    Am I correct that in this session, the 2009

3   session, the only proposed change to the rules --

4   strike that.

5           Am I correct that voter ID legislation was

6   the only substantive issues that was -- that could be

7   set by special order under the proposed rule change

8   that you laid out?

9       A.    I don't recall without reading the

10  resolution.   It dealt with special orders.   I don't

11  recall the exact, without taking a look at the

12  resolution.

13              (Williams Exhibit 7 marked/introduced.)

14              MS. DONNELLY:   Okay.   The witness has

15  just pointed out that this is a confidential document.

16  This is all under seal, correct?

17              MS. RUDD:   Correct.   Although I -- it

18  was my understanding that -- is it all confidential

19  documents that are under seal or is it highly

20  confidential?

21              MS. MARANZANO:   I believe it's highly

22  confidential.

23              MS. RUDD:   I believe so, too.

24              MS. DONNELLY:   This deposition is all

25  under seal, though, right?   So I guess it doesn't make

TOMMY WILLIAMS                                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

65

1    that much difference.

2                  MS. RUDD:   Right.

3                  MS. DONNELLY:   Just for the record, 7 is

4    marked "CONFIDENTIAL."

5        Q.   (BY MS. RUDD)   Exhibit 7 is a copy of a

6    resolution introduced during the 80th Legislative

7    Session, correct?

8        A.   I can't determine that by the document that

9    you've given me.   This is an unsigned draft of a

10   Senate resolution, so I can't -- just on the face of

11   it, I can't tell you whether it is or not.

12       Q.   Okay.   Well, if you turn with me to the last

13   page of that document, Rule 16.07, at the bottom of

14   the page.

15              Do you see that?

16       A.   I do see that.

17       Q.   That lists the matters requiring a vote of

18   the majority members of the Senate, correct?   In this

19   version?

20       A.   Yes.   It -- actually, what it does is, it --

21   this is an amendment.   It's not the entire rule.

22       Q.   I understand that.

23              And under this amendment, the only -- the

24   only item listed here that -- that is an item

25   discussing a substantive piece of legislation, is Item

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

66

1  7, correct?

2       A.    Would you repeat the question?

3       Q.    Sure.    Maybe I asked it poorly.

4             I'm just trying to get at, in this proposed

5  amendment, the only piece of substantive legislation

6  listed is legislation relating to voter IDs or voter

7  identification requirements, correct?

8       A.    No, I wouldn't agree with that.    I'm not --

9  you're going to have to repeat the question.    I'm not

10 sure.

11      Q.    Let me ask you this way:    Was there any other

12 specific legislative agenda item or issue that was

13 made part of the rule changes or the Senate rules in

14 the 2009 legislative session that you can recall?

15      A.    As I mentioned before, there were two things.

16 We created a special order for voter ID, and then

17 there was another matter that dealt with the

18 Constitutional amendment that Senator Carona carried.

19      Q.    Okay.    And Constitutional amendments aren't

20 listed in this proposed amendment to Rule 16.07,

21 right?

22      A.    Let's see.    Not -- the Constitutional

23 amendments are not listed in the amendment to Rule

24 16.07.

25      Q.    Okay.    One reason to propose a change like

67

1   this, allowing voter identification requirement bills

2   to be -- to be voted on by a majority, is -- strike

3   that.

4           Senate rules can be adopted by a majority

5   vote, correct?

6       A.   If they're adopted at the beginning of the

7   session, that's correct.

8       Q.   And as we saw in the 2007 legislative

9   session, Senator Fraser's motion to consider voter ID

10  legislation as a special order was not passed?

11      A.   Is that a question?

12      Q.   Right.  Yes.

13      A.   That's not correct.

14      Q.   So Senator Fraser moved in the 2007 session

15  to consider voter ID legislation as a special order in

16  the Senate, correct?

17      A.   That's not correct.

18      Q.   Why is that not correct?

19      A.   That wasn't his motion.

20      Q.   Was it your motion?

21      A.   Are you talking about in the 2007 session,

22  was not -- he didn't make the motion and neither did

23  I.

24      Q.   Okay.  What was the motion?

25      A.   Why don't you get the Senate Journal out and

TOMMY WILLIAMS                                                  7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

68

1    we'll both know.

2         Q.    One of the things we talked about in

3    connection with HB 218 was that there was a motion to

4    consider HB 218 as a special order in the Senate.

5         A.    That's not my recollection.

6         Q.    Do you recall talking about, just a few

7    minutes ago, there being a motion to consider HB 218

8    outside the regular order of business?

9         A.    Yes.

10        Q.    And that motion was initially passed,

11   correct?

12        A.    That's correct.

13        Q.    Without the participation of two particular

14   senators that we discussed, Senator Whitmire and

15   Senator Uresti, correct?

16        A.    That's correct.

17        Q.    And thereafter, there was a roll call on the

18   vote, correct?

19        A.    My recollection is that Senator Shapleigh

20   asked for verification.

21        Q.    Right.

22        A.    That's different than a roll call.

23        Q.    Okay.  Senator Shapleigh asked for a

24   verification that required a roll call?

25        A.    The roll was called.  It was a verification

69

1  vote.   It wasn't a roll call vote.   They're different.

2      Q.    Okay.   And by that time, Senators Whitmire

3  and Uresti were on the floor, and the motion failed,

4  correct?

5      A.    That's correct.

6      Q.    Okay.   And one of the things that would have

7  been required for that motion to pass was a two-thirds

8  vote of the present senators on the floor, correct?

9      A.    That's correct.

10     Q.    And one of the differences between that

11  motion and what happened in 2009, is that in 2009, to

12  pass the Senate rules, you only needed a majority

13  vote, correct?

14     A.    They're -- you're -- I'm not sure what you're

15  asking me, because they're not related.

16     Q.    Why didn't you, in 2009, make a motion to

17  consider voter ID legislation outside the ordinary --

18  or the regular order of business?

19     A.    My recollection in 2009, is, it was

20  considered under a special order in 2009.

21     Q.    Okay.   And that's -- that's a little bit

22  different answer than what I asked.

23          Why didn't you, instead of doing what you did

24  with the rule change here, just make a motion to

25  consider Senate Bill 362 outside the regular order of

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

70

1  business?

2          MS. DONNELLY:   Objection.   Form.

3      A.   I don't understand your question.

4          MS. DONNELLY:   Note my objection.

5      Q.   (BY MS. RUDD)   One of the things you could

6  have done in 2009 is make a motion like Senator Fraser

7  did in 2007 to consider Senate Bill 362 out of the

8  regular order of business, correct?

9      A.   I wasn't the author of that legislation in

10 '07 or '09, and I wouldn't have been recognized to

11 make that motion.

12     Q.   Okay.   One of the things that the authors of

13 the legislation could have done in 2009 is move to

14 consider it out of the regular order of business,

15 correct?

16     A.   Yes.

17     Q.   But they didn't do that because, what had

18 happened instead, is at the beginning of session, you

19 proposed a rule change to the Senate rules that

20 allowed it to be considered upon a majority vote of

21 senators?

22          MS. DONNELLY:   I think we're walking up

23 to -- very close to what other legislators thought,

24 their motives, why they did certain things.

25          And I would instruct the witness, please

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

71

1   do not discuss what you think, or what someone else

2   may have done, or what their motives were.  The

3   legislative privilege is to be waived by them and not

4   by another person.

5           THE WITNESS:  Okay.  Thank you.  I

6   understand.

7       A.   So what's your question?

8       Q.   (BY MS. RUDD)  I don't remember now.

9           MS. DONNELLY:  I'm sorry.  I just want

10  to make that clear, that -- because we're getting into

11  what others may have thought or done or why they did

12  it; and I just want to make that clear to the witness

13  that he shouldn't go there.

14          MS. RUDD:  Thanks.  I'm trying to be

15  pretty careful.

16          MS. DONNELLY:  Okay.

17      Q.   (BY MS. RUDD)  A motion by one of the authors

18  of Senate Bill 362 to consider that legislation out of

19  the regular order of business wasn't necessary in the

20  2009 session because there was this rule change put in

21  place at the beginning of session to allow voter

22  identification requirement bills to be considered upon

23  a vote of the majority of the Senate, correct?

24      A.   I don't think that's entirely correct.

25      Q.   Okay.  Correct me.

TOMMY WILLIAMS                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

72

1     A.    I don't think that's my job.   It's not -- I'm

2  not here to correct you or teach you parliamentary

3  procedure.

4     Q.    Well, one of the things -- but you are here

5  to answer my questions.

6          So one of the things that the rule change at

7  the beginning of the 2009 session allowed you to do

8  as -- as the Senate, is to consider voter

9  identification bills as a special order of business;

10  is that correct?

11     A.    This -- the rule amendment that I offered in

12  the 2009 session allowed voter identification

13  legislation to be considered under a special order.

14          My recollection is that it had to be passed

15  out of the Committee of the Whole by a majority vote

16  to be able -- to be eligible to be considered under

17  the special order provision.

18     Q.    Okay.

19     A.    That's my recollection.

20     Q.    So adopting your proposed rule change took a

21  majority vote of senators, correct?

22     A.    That's true every session.

23     Q.    Fair.   And then considering voter ID

24  legislation as a special order also took a majority

25  vote of senators out of the Committee of the Whole,

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

73

1   correct?

2        A.    No.

3        Q.    Okay.   What's wrong with what I said?

4        A.    Could you rephrase the question, restate the

5   question?

6        Q.    Sure.   It took a majority vote of senators to

7   consider voter ID legislation in 2009 as a special

8   order, correct?

9        A.    No.

10       Q.    What's wrong with what I said?

11       A.    I think that the voter ID legislation was

12  required to be considered by the Committee of the

13  Whole.   It had to pass out of committee under the

14  regular committee rules, which would have been a

15  majority vote, and then it could be brought to the

16  floor under a special order that would only require a

17  majority vote.

18       Q.    Right.   Without your rule change, considering

19  voter ID legislation as a special order, after it

20  passed out of committee, would have required a

21  two-thirds vote of senators present, correct?

22       A.    If you were going to consider it out of the

23  regular order of business, it would be true.

24       Q.    Right.   So what I'm -- what -- without your

25  rule change, it would have required, to consider it

TOMMY WILLIAMS                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

74

1   outside the regular order of business after it passed

2   out of committee, a two-thirds vote of senators

3   present, correct?

4       A.    If it were being considered out of the

5   regular order of business.

6       Q.    Right.  Which is exactly what I just said.

7             So I'm correct?

8       A.    Is that a question?

9       Q.    Yes.

10      A.    I think you are.

11      Q.    Thank you.

12            And your rule change enabled the Senate to

13  consider voter ID legislation outside the regular

14  order of business by a simple majority vote, correct?

15      A.    No.

16      Q.    Okay.  What's wrong with what I said?

17      A.    I think that what this rule change -- it

18  became a part of the regular order of business when

19  this rule change was enacted.

20      Q.    Okay.  Is it the only -- was voter ID

21  legislation the only substantive piece of legislation

22  that was made a regular order of business by a

23  majority vote under the rule change?

24      A.    I think that it -- I don't know.  You're

25  going to have to restate your question.  Let me look

TOMMY WILLIAMS                                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

75

1   at this and see.

2          Yeah, I'd have to have a complete copy of the

3   Senate rules to answer your question, because all I

4   really have before me are the amendments.

5          And so what you're asking me are

6   some -- whether you're intending to or not -- are some

7   fairly technical parliamentary procedures, and I can't

8   do that unless I have a complete copy of the Senate

9   rules before me.

10     Q.   Okay.  We'll come back to it.  Let me ask you

11  this question instead:  How long before, if you

12  recall, the 2009 session, did you start working on

13  this particular rule change?

14     A.   I don't recall.  Sometime before the '09

15  session started, but I don't recall the date.

16     Q.   Okay.  One of the things you did is, you went

17  back and you researched whether there had been

18  instances in the history of the Senate where similar

19  rule changes had been proposed at the outset of

20  session; is that right?

21     A.   I think that I've testified in the D.C. Court

22  of Appeals and on the Senate floor about that matter,

23  and I'd refer you to that testimony.  I don't have a

24  specific recollection of -- about that at this time --

25     Q.   So I'm right --

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

76

1    A.    -- without having that right in front of me.

2    Q.    Okay.   And I'm not asking you to recall the

3  specifics of that particular testimony.

4          I'm just asking you whether you performed

5  research to determine whether similar rule changes had

6  been proposed in the history of the Senate prior to

7  proposing this rule change in 2009?

8    A.    Yes.

9    Q.    Do you recall, generally speaking, how long

10 that research took?

11   A.    No.

12   Q.    Did you enlist anybody else to help you with

13 that research?

14         MS. DONNELLY:   I would caution the

15 witness that, to the extent that this invades the

16 legislative privilege, please do not discuss it.

17   A.    I -- I'm going to assert legislative

18 privilege about that.   I don't think I'm going to

19 answer the question, so...

20         MS. RUDD:   I think the fact of whether

21 he enlisted others to help him in that research is

22 not, itself, legislative privilege.   I'm not asking

23 him to go into the details of what he discussed with

24 other people.

25         MS. DONNELLY:   That limited question, go

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

77

1   ahead and answer it, but only "yes" or "no."

2      A.   Yes.

3      Q.   (BY MS. RUDD)   Okay.   Can you tell me

4   approximately how many people you enlisted to help

5   research this particular question.

6      A.   I don't recall.

7      Q.   Is there a particular person on your staff

8   who is typically responsible for researching issues

9   for you in advance of session?

10     A.   Well, my entire staff worked on those kinds

11  of things.

12     Q.   And would your entire staff have worked on

13  this issue involving the rule change in 2009?

14     A.   I don't recall the extent of their

15  involvement.   They -- they knew -- there were some of

16  them that knew what I was working on, but I can't tell

17  you who it was.

18     Q.   Did any other senators work with you on the

19  rule change that you eventually proposed for the 2009

20  session?

21            MS. DONNELLY:   You can answer that

22  question, but limit it to "yes" or "no."

23     A.   No.

24     Q.   (BY MS. RUDD)   Did you conceive of this

25  proposed rule change entirely on your own?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

78

1     A.    No.

2     Q.    Okay.   Can you tell me who assisted you in

3 conceiving of this proposed rule change.

4     A.    No.

5     Q.    Is it because you don't recall?

6     A.    No.

7     Q.    Okay.   Why can't you tell me?

8     A.    I'm asserting privilege on that.   I've worked

9 with people that there was a privileged --

10 legislatively privileged relationship.

11     Q.    Okay.   So there were people outside of your

12 staff that you worked on this proposed rule change

13 with?   It's a "yes" or "no" at this point.

14               MS. DONNELLY:   Limit it to "yes" or

15 "no."

16     A.    Yes.

17     Q.    (BY MS. RUDD)   And I asked you earlier whether

18 you worked with any other senators on the proposed

19 rule change, and you said no; is that right?

20     A.    That's correct.

21     Q.    Did you work with any members of the House on

22 this proposed rule change?

23     A.    No.

24     Q.    Did you work with any other members of the

25 state government on the proposed rule change?

79

1        MS. DONNELLY:   "Yes" or "no."

2     A.    Yes.

3     Q.    (BY MS. RUDD)  Did you work with the

4  governor's office on the proposed rule change?

5     A.    No.

6     Q.    Did you work with the lieutenant governor's

7  office on the proposed rule change?

8     A.    No.

9     Q.    Can you tell me what other members of the

10  government you worked with on the proposed rule

11  change.

12            MS. DONNELLY:   I'm going to instruct the

13  witness not to answer.   Asserting legislative

14  privilege.

15     Q.    (BY MS. RUDD)   And I assume you're going to

16  follow the advice of your counsel?

17     A.    On the advice of counsel, I'm asserting

18  legislative privilege.

19            THE WITNESS:   I'd like a brief recess.

20            MS. RUDD:   Okay.

21            (Break.)

22     Q.    (BY MS. RUDD)   Before the break, we were

23  talking about the rule change that you proposed in the

24  2009 legislative session, and I was asking you how you

25  developed that particular proposed rule change.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

80

1        Did you seek any legal advice on the legality

2   of that proposed rule change?

3       A.    No.

4       Q.    Did you draft the proposed amendments to the

5   Senate rules yourself?

6       A.    No.

7       Q.    Who drafted those proposed amendments?

8       A.    I don't recall.

9       Q.    Would it have been someone on your staff?

10      A.    No.

11      Q.    Okay.  Who -- would it have been someone from

12  the TLC?

13      A.    It could have been.

14      Q.    Did you consult with the TLC prior to

15  proposing the rule change in 2009?

16      A.    You mean the Texas Legislative Council --

17      Q.    Yes, sir.

18      A.    -- is that what you mean by that?

19            You know, I don't remember if I did or not.

20  They could have drafted it.  There are people on my

21  staff who could have drafted it, but I don't think

22  they did.  And there are others who might have helped

23  on the, you know, lieutenant governor's staff or the

24  officers -- there's lots of people who could have

25  helped me.  Honestly, I don't remember.

TOMMY WILLIAMS                                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

81

1      Q.    Okay.   Earlier, I asked you whether you

2 worked with anyone from the office of the lieutenant

3 governor on the proposed rule change.

4           Did you work with any of the lieutenant

5 governor's staff on the proposed rule change?

6      A.    No.

7      Q.    Prior to introducing this proposed rule

8 change, you spoke to Lieutenant Governor Dewhurst

9 about it, correct?

10     A.    Would you ask the question again?

11     Q.    Sure.   Prior to introducing this proposed

12 rule change at the outset of session in 2009, you

13 spoke to Lieutenant Governor Dewhurst about it,

14 correct?

15                 MS. DONNELLY:   I would instruct the

16 witness, any private conversations you had, please

17 don't -- please don't go into them.   They're protected

18 by legislative privilege of the other legislators.

19                 With that instruction, you can answer

20 the question.

21     A.    Yes, I talked to the lieutenant governor and

22 informed him of my intentions.

23     Q.    (BY MS. RUDD)   Okay.   Other than a

24 conversation when you informed the lieutenant governor

25 of your intentions, did you have any other discussions

TOMMY WILLIAMS                                           7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

82

1   with Lieutenant Governor Dewhurst about this

2   particular proposed rule change?

3       A.   No.

4       Q.   Did you have any other discussions with any

5   members of Lieutenant Governor Dewhurst's staff about

6   the proposed rule change prior to introducing it?

7       A.   I might have.   I don't recall.

8       Q.   Do you recall speaking to Bryan Hebert about

9   the proposed rule change?

10      A.   I might have.   I don't have a specific

11  recollection.

12      Q.   Would Mr. Hebert be someone you typically

13  worked with on -- on matters of importance to you

14  during the legislative session?

15      A.   I worked with him on a lot of different

16  stuff.   I don't recall whether he was on the

17  lieutenant governor's staff or whether the lieutenant

18  governor asked him to look at what I was doing.   I

19  mean, honestly, I don't remember.

20      Q.   Did you need the lieutenant governor's

21  approval to propose this rule change in 2009?

22      A.   No.   The rules are the rules of the Senate.

23      Q.   Did you tell any of the Democratic senators

24  about your proposed rule change prior to introducing

25  it in 2009?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

83

1    A.    Yes.

2    Q.    Who did you speak to about it?

3    A.    I don't recall.

4    Q.    Do you recall how far in advance of

5  introducing this proposed rule change you spoke to any

6  of the Democratic senators about it?

7    A.    I don't recall the exact time frame.  I know

8  that I discussed it with two or three members of the

9  Democratic caucus prior to the time that I introduced

10 it.

11   Q.    Would --

12   A.    I would suspect that it would have been --

13 probably Senator Whitmire would have been one of them.

14 He was the Dean of the Senate.   And I might have

15 talked to Senator Van de Putte and Senator West.   I

16 know that we had discussions.   It could have been

17 after I introduced it or it could have been right

18 before.  I don't remember.

19   Q.    Do you recall how much advance notice you

20 gave those particular senators --

21   A.    Not exactly.

22   Q.    Okay.   Was it the day before it was

23 introduced that you told them?

24   A.    I don't recall.

25   Q.    One of the things we were discussing before

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

84

1   was that, at least in Senator Whitmire's tenure as

2   Dean of the Senate, prior to 2009, he typically laid

3   out the rules of the Senate; is that consistent with

4   your recollection?

5       A.   I can't speak to that, how it was done prior

6   to 2009.   From the '03, the '05, and the '07 session,

7   he laid out the rules, but I can't speak to prior to

8   that.   I don't know before '03.

9       Q.   Okay.   But in your tenure as a Senator,

10  while -- up until 2009 Senator Whitmire laid out the

11  rules of the Senate?

12      A.   He did in the '03 session, the '05 session,

13  and the '07 session.

14      Q.   And the reason that he didn't do so in the

15  2009 session is because he was opposed to this

16  proposed rule change; is that correct?

17      A.   He was opposed to this, that's correct.

18      Q.   And as a result, he didn't want to lay out

19  the rules for the Senate in that particular session;

20  is that right?

21      A.   You'd have to ask him about that.

22      Q.   Well, it's part of public record.

23           Do you recall that Senator Whitmire did not

24  want to lay out the rules for the 2009 session because

25  he was opposed to the rule change?

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

85

1      A.    If it's a matter of public record, I'm not

2   sure why you're asking me.

3      Q.    I'm asking your recollection.

4      A.    Honestly, I don't remember all the details

5   about that.

6      Q.    You do recall that the proposed rule change

7   in 2009 was relatively controversial in the Senate,

8   don't you?

9            MS. DONNELLY:   Objection.   Form.

10     A.    There was a lot of opposition and there was a

11  lot of debate about the rule change.

12     Q.    (BY MS. RUDD)   I think you previously

13  testified that there were about six hours of debate on

14  the proposed rule change?

15     A.    About six, six and a half hours, yeah.

16     Q.    And all of the Democratic senators were

17  opposed to the rule change; is that right?

18     A.    That's correct.

19     Q.    Let's talk about your research prior to

20  introducing this proposed rule change.

21            One of the things that you said in the debate

22  about this particular rule change was that the --

23  similar rule changes had been made in history; is that

24  correct?

25     A.    I don't have a specific recollection.   If you

TOMMY WILLIAMS                                                         7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

86

1  have something you'd like for me to look at, I'd be

2  glad to look at it.

3          But I -- I do know, as a general matter, that

4  special orders have been used before and bills had

5  been considered in the regular order of business a

6  number of times during the history of the Senate.

7          And my recollection is that there were some

8  very significant pieces of legislation that were

9  passed without suspending the regular order of

10  business.  I was surprised to find that when I did my

11  research.

12     Q.   Okay.  So one of the things that you just

13  said is that legislation is -- you know, has often

14  been considered in the regular order of business in

15  the Senate history; is that correct?  Controversial or

16  major legislation?

17     A.   I didn't -- no, I don't think that's what I

18  said.

19     Q.   Okay.

20             THE WITNESS:  Would you want to read

21  back what I said?  She doesn't remember.

22     Q.   (BY MS. RUDD)  Let me just start over.

23     A.   All right.

24     Q.   The regular order of business is the way

25  things are usually considered.  When they're passed

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

87

1  out of committee, they're -- they're considered on the

2  Senate floor as they're passed out of committee, in

3  that particular order; is that right?

4      A.   That is called the regular order of business.

5  It's not the way all legislation is considered in the

6  Senate.

7      Q.   I understand that.

8           And then sometimes things are considered

9  under a special order, so there's a vote to consider a

10  piece of legislation outside the regular order of

11  business; is that correct?

12      A.   That has happened in the past.   It's not as

13  frequent.

14      Q.   And the typical rule, when something is

15  considered as a special order, is that you have to

16  vote on something to be considered a special order by

17  two-thirds vote of senators present, correct?

18      A.   I think you've confused a special order and

19  suspending the regular order of business.   They're two

20  different things.

21      Q.   Okay.   That's a subtle distinction, but I

22  appreciate that, because you're much more familiar

23  with the parliamentary rules than I am.

24           So considering something outside the regular

25  order of business typically, in the Senate, required a

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

88

1   two-thirds vote of senators present; is that correct?

2       A.   That's correct.

3       Q.   And then tell me how something would be

4   considered a special order instead of -- in the

5   regular order of business.   How did something end up

6   being a special order?

7       A.   Well, the rules define what can be considered

8   under a special order, and a special order takes

9   precedent over all other -- it is above the regular

10  order of business.

11      Q.   Okay.   And -- and are there things that, from

12  session to session, always come under that category of

13  special order?

14              MS. DONNELLY:   Objection.   Form.

15      A.   No.   Not every session.

16      Q.   (BY MS. RUDD)   Okay.   Well, are there things

17  that are typically considered special orders as part

18  of the Senate business?

19      A.   I couldn't answer that without having a copy

20  of the Senate rules in front of me.

21      Q.   Okay.   So if we went through the Senate rules

22  for 2003, 2005, 2007, and 2009, and so forth, for all

23  the years that you were in the Senate, you could look

24  at those and tell me what things were typically

25  considered special orders?

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

89

1    A.   Well, no, that's not true.

2    Q.   Okay.  Why is that not true?

3    A.   Well, you'd have to have the Senate Journals

4  and the Senate rules to know what was considered under

5  a special order.

6    Q.   Okay.  So there are some things that aren't

7  laid out in the Senate rules that are, nonetheless,

8  considered a special order; is that right?

9    A.   I'm not sure what you're asking.

10        What I can tell you is that I don't -- I

11  don't recall in '03, '05, or '07, any legislation

12  being considered under a special order.

13        There was legislative -- most legislation was

14  passed out of the regular order of business from the

15  Senate, and there was a lot of legislation that was

16  passed in the regular order of business without

17  suspending the regular order of business.

18    Q.   And then in 2009, was the only piece of

19  legislation that -- well, strike that.  Let me ask you

20  the question.

21        In 2009, was there anything considered by the

22  Senate that was a special order?

23    A.   The only thing I recall in the '09 session

24  being considered a special order was the voter ID

25  legislation.

TOMMY WILLIAMS                                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

90

1     Q.    And is the same thing true for the 2011
2  session?
3     A.    No.
4     Q.    Okay.   What else was considered a special
5  order in the 2011 special session?
6     A.    I don't recall any legislation being
7  considered under the special order of business in the
8  2011 session.
9     Q.    Okay.   So voter ID legislation wasn't
10 considered in the special order of business in the
11 2011 session?
12    A.    Not to the best of my recollection.
13    Q.    Voter ID in the 2011 session was declared an
14 emergency item by the governor, correct?
15    A.    I believe that's correct.
16    Q.    And that permitted legislation relating to
17 voter identification requirements to be considered in
18 the first 30 days of the session; is that correct?
19    A.    Emergency items can be considered during
20 the -- there's two prohibitions under the
21 Constitution:   the first 30 days is for reading and
22 reference to committee, and the second 30 days is
23 for -- so normally, you wouldn't consider any bills on
24 the floor during the first 60 days of the session, and
25 so -- but if it's declared an emergency item, it can

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

91

1   be considered.

2       Q.    Okay.   Going back to 2009, as we just

3   discussed, there was a lot of debate on the proposed

4   rule change in 2009, correct?

5       A.    Yes.

6       Q.    And there were a number of amendments offered

7   by various Democratic senators to that proposed rule

8   change, correct?

9       A.    There were.

10      Q.    And each time that an amendment was proposed,

11  you moved to table the amendment; is that right?

12      A.    I don't recall specifically if -- I don't

13  recall that I took any amendments, but I don't recall

14  that I moved to table every amendment.

15      Q.    You didn't take any amendments, did you?

16      A.    I don't recall that I did.   But I might not

17  have moved to table every amendment.   I might have

18  just voted on a straight up or down so I could either

19  move to table or we could just have a straight up and

20  down vote.   And I don't recall every amendment from

21  that early part of 2009, and what motions I made,

22  without looking at the Senate Journal.

23      Q.    Moving to table an amendment has the effect

24  of -- if the motion to table carries, has the effect

25  of killing the amendment, correct?

TOMMY WILLIAMS                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

92

1    A.   It can't be considered again during that
2  session.
3    Q.   Right.   So it has the effect of killing the
4  amendment for that session; am I right about that?
5    A.   Yes.
6    Q.   Thanks.   Every single vote during the debate
7  on your proposed rule change in 2009 split along party
8  lines; is that right?
9    A.   I don't -- I don't recall.   It was either
10 party line or very close to party-line vote.
11   Q.   You would stand by whatever appears in the
12 Senate Journal on that debate?
13   A.   I think that the Senate Journal accurately
14 reflects what happened.   Senator Carona had an
15 objection to it, and I'm not sure how he voted on
16 every single one of those amendments.
17   Q.   Ultimately, your proposed rule change in 2009
18 passed; is that correct?
19   A.   It did.
20   Q.   And all eight senators who were ethnic
21 minorities voted against that rule change; is that
22 correct?
23   A.   I know that all the Democrats voted against
24 it.   I can't tell you that every ethnic minority voted
25 against it.   I don't know that.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

93

1              (Williams Exhibit 8 marked/introduced.)

2      Q.    (BY MS. RUDD)   Exhibit 8 is a copy of the

3   Senate Journal from March 18, 2009; is that correct?

4      A.    It would appear so.

5      Q.    If you turn with me to page 591 of that

6   exhibit, I want to look at the bottom half of that

7   page.

8      A.    Uh-huh.

9      Q.    If you -- the title of this section is,

10  "STATEMENT REGARDING VOTES CAST ON SENATE BILL 362."

11         Do you see that?

12     A.    I do.

13     Q.    And it looks like Senator West offered the

14  following -- a number of statements on votes cast on

15  Senate Bill 362, continuing on to page 592.

16         Do you see that?

17     A.    I do.

18     Q.    Number 1 is that, "The Senate is comprised of

19  31 members, 8 of whom are ethnic minorities," and then

20  it lists the ethnic minorities at this time; is that

21  correct?

22     A.    Are you talking about Point No. 1, under the,

23  "STATEMENT REGARDING VOTES CAST ON SENATE BILL 362"?

24     Q.    Yes, sir.

25     A.    It lists eight people who are ethnic

94

1    minorities there.   I don't know that Senator Zaffirini

2    is an ethnic minority.   She may be.   And I don't know

3    if there are any other members of the legislature who

4    might be ethnic minorities.   I don't know.

5        Q.   Okay.   Well, right here --

6        A.   These people are asserting that they are.

7        Q.   Okay.   Fair enough.

8             If you look at Item No. 2, that discusses

9    your motion to amend the rules of the Senate that

10   we've been discussing.

11            Do you see that?

12       A.   I do.

13       Q.   And if you look at the last two lines of Item

14   No. 2 there, it says the motion to amend the previous

15   rules of the Senate prevailed by a vote of 18 to 13,

16   correct?

17       A.   Yes.

18       Q.   And all eight senators who were ethnic

19   minorities voted against the motion; is that right?

20            MS. DONNELLY:   Well, you're just asking

21   what it says, right?

22       A.   That's what it says.

23       Q.   (BY MS. RUDD)   Do you have any reason to

24   dispute what it says here?

25       A.   No.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

1       Q.    Senate Bill 362 was ultimately considered by

2   the Committee of the Whole, correct?

3       A.    I believe that's true.

4       Q.    And the Committee of the Whole is just the

5   entire body of senators making up the Senate; is that

6   right?

7       A.    That's correct.

8       Q.    And eventually, the Senate -- the Committee

9   of the Whole voted to pass Senate Bill 362 out of

10  committee, correct?

11      A.    I believe that's correct.

12      Q.    And you voted to pass Senate Bill 362 out of

13  committee, correct?

14      A.    I did.

15      Q.    And all of the senators who were ethnic

16  minorities voted against passing Senate Bill 362 out

17  of the Committee of the Whole; is that right?

18      A.    You know, I don't have a specific

19  recollection, but I know that it -- it -- it went

20  against party lines, and the eight people who are

21  listed here all voted against it.

22      Q.    Are you aware of any ethnic minority who

23  voted for passing Senate Bill 362 out of the Committee

24  of the Whole?

25      A.    No, I can't -- I don't know.  I don't know

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

96

1   who's an ethnic minority, who else might be.

2       Q.    But you have no reason to dispute Senator

3   West's statement in this particular Senate Journal?

4       A.    No.

5       Q.    After Senate Bill 362 was voted out of the

6   Committee of the Whole, it was set as a special order;

7   is that right?

8       A.    You know, I believe it was.  I don't -- I

9   don't have a specific recollection of that.  I'm sure

10  it's in the Senate Journal.  Whatever's reflected in

11  the Senate Journal is accurate.

12      Q.    Okay.  Well, let's look at page 592 of the

13  Senate Journal, Item 4.

14      A.    Uh-huh.  I see it.

15      Q.    Does that refresh your recollection that

16  Senate Bill 362 was set as a special order --

17      A.    The Journal says that, "On March 11, 2009,

18  the Senate voted to set Senate Bill 362, and no other

19  bill, for special order.  The vote on this special

20  order was 19-12."

21      Q.    And that's consistent with your recollection;

22  yes?

23      A.    I have no reason to believe that's not true.

24      Q.    Okay.  And again, all eight ethnic minorities

25  listed here in the Senate Journal voted against

1  sending Senate Bill 362 as a special order; is that
2  right?
3      A.    That's my recollection.   And that's what it
4  says here in the Senate Journal.
5      Q.    Okay.   And then ultimately, Senate Bill 362
6  passed on the third reading; is that right?   It passed
7  out of the Senate?
8      A.    It was passed out of the Senate and it was
9  sent to the House.
10     Q.    And again, the vote to pass Senate Bill 362
11 out of the Senate was split along party lines, right?
12     A.    Yes.
13     Q.    With everybody who is self-identified as an
14 ethnic minority voting against passing it out of the
15 Senate, correct?
16     A.    To the best of my knowledge, yes.
17     Q.    And then, ultimately what happened, is that
18 Senate Bill 362 didn't pass the House in that
19 particular legislative session; is that right?
20     A.    That's my recollection.
21     Q.    And so voter ID legislation didn't become law
22 in the 2009 session, right?
23     A.    That's correct.
24     Q.    Do you recall a piece of legislation that you
25 conceived of called the Smile and Vote Legislation?

98

1          MS. DONNELLY:  Counsel, are you about to

2  shift to another line of questioning?  Our food's

3  here.

4          MS. RUDD:  Oh, then let's go off record,

5  because, yes, I'm totally about to shift.

6          MS. DONNELLY:  You're totally about the

7  food.  Yeah, and I am, too.  I think everybody's

8  hungry.

9          (Lunch break.)

10     Q.   (BY MS. RUDD)  Before the break, we were

11  talking about another piece of legislation that you

12  conceived of in 2009 called the Smile and Vote

13  Legislation.

14          Do you recall that?

15     A.   Vaguely.  I don't recall the specifics of it.

16  And, frankly, I'm not even sure if I introduced the

17  bill, so...

18     Q.   Well, that was going to be one of my

19  questions.

20          Do you know whether you ever introduced that

21  particular bill?

22     A.   I don't recall.

23     Q.   Do you recall that that piece of legislation

24  would have required people who showed up at the polls

25  without a voter ID to have their picture taken in

TOMMY WILLIAMS                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

99

1  order to vote?

2      A.   That's my recollection of what the essence of

3  the bill was.   I don't know that there was ever a bill

4  drafted.   There may have been.   I just honestly -- I

5  don't remember.

6           Which session are we talking about?

7      Q.   2009.

8              (Williams Exhibit 9 marked/introduced.)

9      Q.   (BY MS. RUDD)   Exhibit 9 is a press release

10  issued from your office on June 8, 2009, correct?

11     A.   Uh-huh.

12     Q.   And --

13     A.   It would appear so.

14     Q.   And the subject line of that press release

15  is:  "State Senator Williams Proposes 'Smile & Vote,'

16  Legislation," correct?

17     A.   Yes.

18     Q.   Was it your practice to send out press

19  releases about legislation before drafting any

20  legislation?

21     A.   Sometimes we would send out a press release

22  before the legislation was drafted, before it was

23  actually -- I mean, if you had the idea and it was

24  being drafted, you might send a press release out

25  about it --

100

1      Q.    Okay.

2      A.    -- what you intended to do.

3      Q.    And what was the purpose of those type of

4  press releases?

5      A.    To tell people what you were working on, get

6  feedback.

7      Q.    Okay.  Did you get any feedback from your

8  constituents about this particular piece of

9  legislation?

10     A.    I don't recall.

11     Q.    One of the things that this would have

12 required, according to your press release, is for

13 polling locations to be equipped with either digital

14 cameras or laptop computers with cameras; is that

15 right?  I'm looking at the last paragraph of that

16 release.

17     A.    Uh-huh.  Yes, that's what it says.

18     Q.    And then the legislation also would have

19 required digital photos to be held by the respective

20 county voter registration clerk for six years,

21 correct?

22     A.    That's what it says.

23     Q.    Do you recall what the purpose was of that

24 requirement?

25     A.    I think it says it here.  I mean, they would

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

101

1  be required to either show photo proof of ID or have

2  their photograph made.   I don't know what else I can

3  add to that.

4      Q.   Do you have any -- do you know why holding on

5  to those photographs for six years would have been

6  important?

7      A.   Well, if someone came in with their voter

8  registration card and -- with a voter registration

9  card and they weren't that person, it might be a good

10 idea to hang on to the photograph for a while and see

11 if it was ever disputed.   It might take a while.

12     Q.   Under Senate Bill 14, poll workers aren't

13 required to hold on to people's driver's licenses or a

14 copy of people's driver's licenses for any amount of

15 time, correct?

16     A.   I don't believe so.

17     Q.   By taking someone's photograph at the polls,

18 how does that verify who they are?

19     A.   Well, I -- I think what it says here is that

20 if they didn't have a photo ID, all they had was a

21 voter registration, you could take their picture; and

22 then, if it was ever disputed that that was the

23 person, you'd at least have a photograph of who they

24 were.

25          I think the idea here is that if you don't

U.S. LEGAL SUPPORT
(800) 567-8757

102

1   require a photo ID before someone goes to vote, you

2   can't ever prove voter -- in-person voter fraud.

3   That's one of the fundamental things.  It's very

4   difficult to do if you don't require a photo ID.

5       Q.    Is it possible to obtain a photo ID under

6   someone else's name in Texas?

7              MS. DONNELLY:  Objection.  Form.

8       A.    I guess it could be, if you committed fraud.

9       Q.    (BY MS. RUDD)  Is there any way for poll

10  workers, today, to determine whether someone

11  legitimately obtained a particular form of photo ID

12  that they're showing at the polls?

13             MS. DONNELLY:  Objection.  Form.

14      A.    If someone presents the required form of

15  identification that they have, I think the poll worker

16  can be fairly certain that that is who they say it

17  was --

18      Q.    (BY MS. RUDD)  Are you --

19      A.    -- under today's law.

20      Q.    Are you aware that there have been relatively

21  massive problems in recent history of identity fraud

22  in the United States?

23             MS. DONNELLY:  Objection.  Form.

24      A.    I know there have been problems.

25      Q.    (BY MS. RUDD)  Do you recall a problem with a

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

103

1  bunch of people who shopped at Target having their

2  identities stolen?

3              MS. DONNELLY:   Objection.   Form.

4      A.    I remember hearing the news accounts.   It

5  involved their credit cards, though, not their photo

6  identification.

7      Q.    (BY MS. RUDD)   It's possible, though, isn't

8  it, if you're a person who's acting fraudulently, to

9  go and obtain someone's ID or go obtain an ID under

10 someone else's name?

11             MR. KEISTER:   Object to form.

12             MS. DONNELLY:   Object to form.

13     A.    I -- I wouldn't have any idea about that.

14     Q.    (BY MS. RUDD)   And there's no record kept of

15 the photo ID that's shown at the polls today so that

16 if someone else challenges that voter's identity

17 later, there's any way to verify it, is there?

18     A.    Would you repeat the question?

19     Q.    Sure.   That was a jumbled question.

20             One of the things about this Smile and Vote

21 Legislation was that it would have required a

22 photograph to remain on file for some period of time

23 so that if anyone ever challenged the voter's

24 identity, there was at least a photograph to go

25 reference to determine if the voter was who they say

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

104

1   they were, right?

2       A.    I think the idea was that if they only

3   presented a voter registration card and no other form

4   of ID, that if someone different was coming to use

5   that same one, you'd be able to determine that that

6   voter registration card was being used by different

7   people.

8       Q.    Okay.  Do you --

9       A.    You see what I'm saying?

10      Q.    I do see what you're saying.

11            Do you have the same ability, under the

12  current law, to go back and look at what picture

13  someone showed at the polls to determine whether that

14  person was who they say they were if there's a

15  challenge to that voter's identity later?

16            MS. DONNELLY:   Objection.   Form.

17            Go ahead.

18      A.    I think that the legislation that was passed,

19  the Senate Bill 14 legislation, is a lot better than

20  this idea would have been.

21            And the reason I say that is, it's a very

22  specific form of ID, it's fairly easy for the person

23  who's working at the polls to understand and identify

24  whether that -- if you handle a lot of driver's

25  licenses, you're going to know the ones that aren't

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   real -- it's easier to determine.

2          And so, by narrowing what was required -- so

3   once they -- I don't think there's a need to retain

4   that once you've identified that.  You can look at the

5   picture and say, "Okay, that's the person," and you

6   know whether it's a real ID or not.  There's a pretty

7   good chance that they were -- of course, there's

8   always a chance that there could be some fraud, too.

9      Q.   Are poll workers, to your knowledge, trained

10  in knowing how to identify what is and is not a

11  legitimate Texas driver's license?

12     A.   I think they are.

13     Q.   What do you base that belief on?

14     A.   I think that that's part of the training to

15  be an election judge, is to know what is required for

16  someone to come and vote and to then -- also to know

17  what are the -- how do you know if that's the proper

18  identification or not.

19     Q.   Okay.  And I understand that.

20     A.   The Secretary of State does that.  They

21  promulgate the rules.  It's not written into

22  legislation.

23     Q.   I understand what you're saying, and my

24  question was slightly different.

25          I understand that election workers are

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  trained in what kinds of ID are acceptable at the

2  polls and determine whether someone has a proper form

3  of ID.

4          What I'm asking is whether poll workers, to

5  your knowledge, are trained in how to detect whether

6  something is a fake ID?

7      A.   I would presume they are, but I don't have

8  direct knowledge.

9      Q.   And there's nothing in Senate Bill 14 that

10 requires poll workers to be trained in detecting

11 whether a particular ID that's proper under the bill

12 is, in fact, real?

13     A.   I don't know, without reviewing the

14 legislation, whether that was included in there or

15 not.   I would say that, generally, what we tried to

16 do, was allow the Department of Public Safety to

17 promulgate the rules about what was required to get a

18 photo ID.

19         And there were provisions under Senate Bill

20 14, that people be educated about what was required;

21 and I would presume that that would include money that

22 the Secretary of State could use to help people know

23 which forms of ID were acceptable and what they looked

24 like.

25     Q.   Okay.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

107

1      A.    That would be -- I'm just -- I don't have a
2  specific knowledge of that.    It would be my
3  presumption.
4      Q.    Okay.   Since you mentioned the DPS and its
5  role here, let's just talk about that for a second.
6           In 2011, you served as the chair of the
7  Transportation and Homeland Security Committee; is
8  that correct?
9      A.    I believe that's true.
10     Q.    And in that role, you had oversight of the
11 DPS and its driver's license division --
12               MS. DONNELLY:    Objection.    Form.
13     Q.    (BY MS. RUDD)    -- is that true?
14     A.    My committee had oversight.    I didn't,
15 personally, have oversight.
16     Q.    Okay.   Were you, in your capacity as the
17 chair of the Transportation and Homeland Security
18 Committee, familiar with DPS procedures in the
19 driver's license offices in the state?
20     A.    There were people that were available to me
21 to help me understand.    But it's a fairly technical
22 area, and I couldn't -- you know, I didn't have what I
23 would call an intimate knowledge of it, but I had
24 access to people who could tell me about the
25 requirements.

108

1     Q.    Okay.   One of the issues that was raised in

2   the debate over Senate Bill 14 was the difficulty that

3   some people might have in obtaining a proper form of

4   photo identification in order to vote.

5         Do you recall that?

6     A.    I remember that it was discussed.

7     Q.    One of the things you did in connection with

8   voter ID legislation is, you reached out to the DPS to

9   ask them about certain information that they had

10   regarding ID ownership in Texas.

11         Do you recall that?

12     A.    I had a lot of conversations with the

13   Department of Public Safety, so, I mean, I don't have

14   a specific recollection about that.

15     Q.    Okay.   Let me ask you, before SB 14 was

16   passed, did you attempt to make any determination of

17   how many registered voters in Texas had one of the

18   required forms of ID?

19     A.    I don't recall.

20     Q.    Did you reach out to the DPS at any point to

21   find out what kinds of documents a voter would be

22   required to show in order to obtain photographic

23   identification from the DPS?

24     A.    Would you repeat the question?

25     Q.    Sure.   Prior to the passage of SB 14, did you

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

109

1  ask anyone at the DPS to educate you on what

2  might -- what documentation a person might have to

3  show in order to obtain photographic identification

4  from the DPS?

5      A.   I'm sure I made an inquiry, but I don't have

6  a specific recollection.

7      Q.   Do you know what a person has to show in

8  order to obtain a Texas driver's license in the state

9  of Texas, what documentation?

10     A.   Are you talking about now or in 2011?

11     Q.   Let's start with 2011.

12     A.   I can't recall specifically.  I know that the

13 information is available on their website.  And I

14 think, generally, it would be a -- if you had a

15 passport, a concealed carry permit, you know, a

16 certified copy of your birth certificate, it would be

17 things like that.

18          And there's categories where one is

19 called prime -- one category's called primary, the

20 other's called secondary.  And, you know, it takes two

21 of these and only one of these.

22          Like, you'd -- if you just had your passport,

23 that would be good enough.  But if you were using

24 something else that wasn't quite as solid as a

25 passport, then it might take two forms, so...

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

110

1     Q.    In 2011, was a person who wanted to obtain a

2  Texas driver's license required to bring documentation

3  showing proof of their citizenship?

4     A.    I believe they were by rule, not by law.

5     Q.    Do you think that was the rule in 2011?

6     A.    I believe that DPS had adopted that as a rule

7  prior to 2011.

8     Q.    Why did DPS adopt that rule, if you know?

9              MS. DONNELLY:    Objection.    Form.

10     A.    You'd have to ask them.   I think what they

11  wanted to do was, they wanted to know who they were

12  issuing the driver's license to.   And so I think that

13  prior to the adoption of that rule, there was some

14  concern that people might have been fraudulently

15  obtaining driver's licenses.

16              So the commission adopted it by rule.   I

17  don't remember the year.   Sometime prior to 2011.   And

18  I think in 2011 or 2013, I carried legislation that

19  codified the rule.

20     Q.    (BY MS. RUDD)   So -- well, that's an important

21  distinction.   Was it before or after SB 14 that you

22  carried that legislation?

23     A.    I don't -- I don't know.

24     Q.    Let's talk about election identification

25  certificates under Senate Bill 14.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
7/29/2014

111

1          Are you familiar with what an election

2   identification certificate is?

3      A.    Generally.

4      Q.    And that is the so-called free ID that a

5   person can obtain from the DPS if they don't have one

6   of the other forms of photographic identification

7   required under SB 14, right?

8               MS. DONNELLY:   Objection.   Form.

9               Go ahead.

10     A.    I believe that's correct.

11     Q.    (BY MS. RUDD)   What is required under SB 14

12  for a person to obtain an election identification

13  certificate, if you know?

14     A.    You know, I can't recite it to you.   It's a

15  matter of public record.   And whatever is in the

16  record, I'm sure is accurate.   I mean, you could take

17  a look at that.   I can't tell you, off the top of my

18  head.

19     Q.    Well, I don't want this to be a memory

20  contest, so I'm just going to show you the

21  legislation, if that will help this along.

22               (Williams Exhibit 10 marked/introduced.)

23     Q.    (BY MS. RUDD)   Exhibit 10 is a copy of the

24  signed version of Senate Bill 14, correct, sir?

25     A.    So what's your question?   I'm finished

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

112

1   looking at it now.

2       Q.   My question was just -- I just wanted you to

3   identify the exhibit.

4       A.   Looks like it's the final version of Senate

5   Bill 14 that was finally adopted and signed by the

6   governor.

7       Q.   Okay.  And then my prior question was:  What

8   is required under this piece of legislation for a

9   person to obtain an election identification

10  certificate?

11      A.   I'd have to look at it.  It's in here.  Do

12  you want me to look and see?

13      Q.   I was actually looking myself to see, too.

14           "ELECTION IDENTIFICATION CERTIFICATE," that

15  section starts on page 13.

16               MS. DONNELLY:  Are you asking him just

17  to read it?

18               MS. RUDD:  Yeah, let's start with that.

19      Q.   (BY MS. RUDD)  So you familiarize yourself

20  with the provisions, and then I have just a couple of

21  questions.

22      A.   Okay.  I've looked over that part of the

23  bill.

24      Q.   Okay.

25      A.   Section 20, Subtitle B, Title 7 of the

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

113

1   521A.001?   Is that the section that you're referring

2   to?

3       Q.   Yes, sir.

4       A.   On line 20 --

5       Q.   Yes, sir.   Let's just look at --

6       A.   -- on page 13?

7       Q.   Let's just look at Subsection (a) on page 13

8   first.   That subsection requires the DPS to issue an

9   election identification certificate to a person who

10  states that they're obtaining the certificate for

11  purposes of satisfying the ID requirements of this

12  legislation and does not have another form of

13  identification and then who presents one of two items;

14  is that correct?

15      A.   It says they either have to be a registered

16  voter or, it looks like, complete a voter registration

17  form.

18      Q.   Okay.   So there's nothing in this provision

19  of Senate Bill 14 that requires a person to bring

20  documentation showing proof of citizenship in order to

21  obtain an election identification certificate; is that

22  right?

23      A.   That would -- yes, I believe that's true.

24      Q.   Do you know whether, today, a person can

25  obtain an election identification certificate without

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

114

1   showing proof of citizenship?

2       A.   I don't know without looking at the DPS rules

3   that were adopted to enact this.  But if you're -- I

4   don't believe you can register to vote in Texas if

5   you're not a citizen of the state.

6       Q.   Can you obtain a voter registration card in

7   Texas without presenting proof of citizenship in the

8   form of a document showing --

9       A.   I'm not sure.

10      Q.   In order to obtain a voter registration card

11  in Texas, can't you just attest that you're a United

12  States citizen?

13      A.   I don't know.

14      Q.   Have you ever showed up anywhere and showed a

15  document giving -- showing your proof of citizenship

16  to obtain a voter registration card?

17      A.   I don't know.  I've had it so long, I don't

18  remember.

19      Q.   Okay.  Does anything in this section of

20  Senate Bill 14 give the DPS discretion to require

21  documentation of proof of citizenship?

22      A.   Well, it's hard for me to say.  If you look

23  on page 14, on line 9, Subsection (f), it says:  "The

24  department may require each applicant for an original

25  or renewal election identification certificate to

TOMMY WILLIAMS                                         7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

115

1   furnish to the department the information required by

2   Section 521.142."

3            And I don't think I have that information.

4   It is not -- I'm not sure that it's a part of this

5   bill.  If it is, if you can show it to me, I could

6   determine; but I don't know what 521.421 does.

7            Presumably, that's the delegation of

8   authority to that section, but it's hard for me to

9   determine by looking at the bill.

10      Q.    Okay.   Well, we can look at the DPS

11  regulations in just a second.

12            Was one of the purposes of Senate Bill 14 to

13  ensure that people who show up to the polls to vote

14  are United States citizens?

15      A.    I think that would have been -- I don't

16  remember that as a primary objective, but I think the

17  objective was that they were registered and legal to

18  vote, and that would be one of the things.

19            I don't remember that being -- I think the

20  purpose of the bill was to prevent in-person voter

21  fraud.  That would include people who weren't citizens

22  of the United States who tried to vote, but I don't

23  think that was the only thing.

24            (Williams Exhibit 11 marked/introduced.)

25      Q.    (BY MS. RUDD)  Exhibit 11 is Subchapter A of

116

1   Title 7 of the Transportation Code, and I've only

2   included certain portions of that here, because it's

3   really long.   And I want to look at the second page of

4   this document, page 56.

5          At the bottom of that page is Section

6   521.1425, and it's titled, "Information Required to be

7   Furnished to Department."

8          Do you see that?

9      A.   I do.

10     Q.   If you can read through that for me, I have

11  just a couple of questions about that.

12     A.   (Witness complies.)   Okay.

13     Q.   If you look at page 57, at the very end of

14  that section --

15     A.   The very end of what section?

16     Q.   Sorry.   I'm looking in the middle of the

17  page, end of Section 521.1425.

18     A.   Okay.

19     Q.   Well, first, let me ask this question:   Did

20  you carry the legislation that added this regulation

21  to the Transportation Code?

22     A.   No, I can't tell you specifically without

23  looking at the bill.   But I will tell you that I

24  carried legislation that required people to prove that

25  they were either a United States citizen or that they

117

1   were in this country legally, to obtain a driver's

2   license.

3       Q.   And why was -- why did you carry that

4   legislation?

5       A.   Well, there were a number of reasons.   Chief

6   among them were, that if we didn't pass that

7   provision, you would no longer be able to use your

8   Texas driver's license to board an aircraft without

9   this provision as a part of the law.   Texas was one of

10  the very last states in the country to put these

11  provisions in.

12      Q.   Okay.   So your testimony is that without

13  these provisions, if I showed up at Austin-Bergstrom

14  International Airport, which is the airport I use most

15  frequently, and flashed my driver's license, I

16  wouldn't be able to get on a plane?

17      A.   Under federal law, that's true.

18      Q.   Okay.   Did you have any other reasons for

19  wanting to amend the Transportation Code to require

20  someone to show proof of citizenship in order to

21  obtain a driver's license?

22      A.   It's not just proof of citizenship, it was

23  proof that you were in the country legally.

24      Q.   Was there any other reasons for you wanting

25  to carry that particular piece of legislation?

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

118

1      A.    No.   I mean, I think that was the principal

2  reason, as I recall, and I think there was a lot of

3  debate about these provisions and whatever -- you

4  know, it -- I'd point you to the record on that.   It

5  was debated extensively on the floor of the Senate and

6  the House.

7      Q.    Did you -- so just so we're clear on when

8  this particular change in the regulations occurred, if

9  you look at the end of that particular section on page

10  57, there's a reference to the 82nd Legislative

11  Session and an effective date of September 28, 2011.

12          Is that consistent with your recollection

13  that this particular change in the regulation happened

14  in the 2011 legislative session?

15      A.    Well, it says, actually, that it occurred in

16  the first called session.

17      Q.    Okay.   It became effective on September 28,

18  2011; is that correct?

19      A.    That's what it says.

20      Q.    So this became effective after Senate Bill 14

21  became effective in May of 2011; is that correct?

22      A.    Without looking at -- I don't remember the

23  effective date of Senate Bill 14, but it's -- the law

24  clearly passed after Senate Bill 14 did.   I don't know

25  what the effective date of 14 was.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                       119

1     Q.   Was one of --

2     A.   It could have been earlier or later.

3     Q.   Was one of your reasons for wanting this

4  regulation, this amendment to the Transportation Code,

5  so that people who applied for election identification

6  certificates would be required to show proof of

7  citizenship to obtain that particular form of ID?

8     A.   No.   That's not my recollection as I sit here

9  today.

10    Q.   Okay.   And this was a regular --

11    A.   I think it would have done that, it would

12  have had that effect, but I don't think that was the

13  primary reason.

14    Q.   Well, was it something that you considered

15  prior to supporting this particular change to the

16  regulations?

17    A.   I can't tell you.

18    Q.   You don't recall?

19    A.   Huh-uh, I don't recall.

20    Q.   There's nothing in this particular regulation

21  or this section that references electronic [sic]

22  identification certificates; is that correct?

23              MS. DONNELLY:   Objection.   Form.

24    A.   I don't believe there is, but I don't know.

25  I'd have to look at Senate Bill 1.

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

120

1       Q.    (BY MS. RUDD)   That would be the budget bill?

2       A.    No.   Senate Bill 1 would be the budget bill

3  for the 2013 session.   House Bill 1 would have been

4  the budget in the 2011 session.   And this would have

5  been Senate Bill 1 in the first-called session of the

6  82nd Legislature, which was a special session.

7       Q.    And this regulation was passed as part of --

8  was this regulation appended as a rider to SB 1?

9       A.    No.   I don't believe so.

10      Q.    Do you recall that in 2011 DPS -- I'm done

11  with that document.

12            Do you recall that in 2011 the DPS was facing

13  a lot of organizational challenges?   I mean, I can be

14  more specific if that helps you.   Or the chair of the

15  Transportation and Homeland Security --

16      A.    You'd have to be a lot more specific.

17      Q.    Well, are you aware of any issues the DPS was

18  facing as an organization in 2011?

19            MS. DONNELLY:   Objection.   Form.

20      A.    I don't have a specific recollection.   If

21  there's something that you want me to speak to, if

22  you'll be more specific, I'll be glad to try to answer

23  the question.

24      Q.    (BY MS. RUDD)   Was the DPS's budget cut before

25  the 2011 session?

121

1      A.    I think that prior to the 2011 session, most

2  of state government -- there were some exceptions,

3  like public education.   But there were budget cuts

4  that were made prior to the session started, in

5  anticipation of a shortfall we were going to have in

6  the 2011 session.

7      Q.    Okay.   So the answer to my question is yes?

8            MS. DONNELLY:   Objection.   Form.

9      A.    Well, I don't -- I'm not sure it is, in

10  answer to your question.   That was -- those were cuts

11  that the governor asked for and the agencies brought

12  forward to the Legislative Budget Board; and I was not

13  a member of the Legislative Budget Board at that time,

14  so I really wasn't involved in these cuts that were

15  made prior to the session.   It wasn't a legislative

16  act that caused those cuts to be made.

17      Q.    (BY MS. RUDD)   As -- as the chair of the

18  Transportation and Homeland Security Committee in

19  2011, did you have any occasion to sit down with

20  anybody representing the DPS and talk to them about

21  budgetary issues they were facing?

22      A.    I would have talked with them about that in

23  my capacity as a member of the Senate Finance

24  Committee.   We dealt mostly with policy issues in the

25  Transportation and Homeland Security Committee, so it

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

122

1  might have come up.  But, really, it would be more in

2  my capacity as a member of the Senate Finance

3  Committee.

4      Q.   Okay.  In your capacity as a member of the

5  Senate Finance Committee, do you recall having any

6  discussions with anyone at the DPS about budgetary

7  problems they were facing in 2011?

8      A.   I'm sure I discussed their budget.  I don't

9  remember any specific discussions about it.

10     Q.   Are you aware that the DPS, in 2011, had

11 antiquated technology --

12               MS. DONNELLY:   Objection.  Form.

13     Q.   (BY MS. RUDD)   -- in its driver's license

14 division?

15     A.   I know that I spent a lot of time and effort

16 during the 2011 session working with the department to

17 figure out how we could modernize and streamline the

18 issuance of driver's licenses and election

19 identification certificates.

20          My interest in that was primarily because I

21 think I got -- I believe it's correct to say that we

22 received more complaints in our office about the

23 waiting lines at driver's license offices than any

24 other single function of state government.  So there

25 was a problem there.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

123

1     Q.    Okay.   So were your efforts to try and

2 modernize and streamline the process for issuing

3 driver's license -- driver's licenses more a function

4 of general public complaints about that process, or

5 was it more something done in conjunction with SB 14

6 and this whole new notion of obtaining an election

7 identification certificate?

8                 MS. DONNELLY:   Objection.   Form.

9                 You can answer.

10     A.    I think it's a matter of public record that I

11 wanted the -- for -- just as a general policy of

12 making state government work for the citizens, that

13 this was something that needed to be done; but that it

14 was also important that we address this issue if we

15 were going to require people to have -- go to the DPS

16 office and obtain these election identification

17 certificates.   I felt like it was important that they

18 be able to get that in a timely and reasonable way.

19     Q.    (BY MS. RUDD)   And were you satisfied, prior

20 to the passage of SB 14, that people were going to be

21 able to obtain election identification certificates in

22 a timely and reasonable way?

23     A.    Yes.

24     Q.    And why is that?

25     A.    It would have been based on what my efforts

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

124

1  were with the DPS, the discussions that I'd had, what

2  we were doing, planning to do in the budget, and all

3  those sorts of things.

4       Q.    Okay.   Let's -- let's talk about that.

5             What was your plan, prior to the passage of

6  SB 14, for budgeting for the kinds of things that

7  would be required to streamline and modernize the

8  issuance of driver's licenses and electronic [sic]

9  identification certificates?

10      A.    I think it would be a mischaracterization to

11  say that it was my plan.   I think that it might be

12  more accurate to say that I had asked the DPS to tell

13  me, what is it going to take to solve this problem,

14  and then work with them to mold that into something

15  that we could put into the budget to address this

16  issue.

17      Q.    Okay.   So is it fair to say, then, that

18  whatever needed to be done to address the problem was

19  going to be done on a going-forward basis after the

20  passage of SB 14?

21      A.    I'm not sure what you're asking.   You have a

22  legislative session that's 140 days long.   We're

23  writing -- you know, at that point, it was probably a

24  $120 billion budget, and you've got legislation all

25  through the session that's passing that the budget

125

1   will affect or that will affect the budget, and until

2   you get to the very end, that's where you reconcile

3   all of those things.   So I would say that it's a

4   contemporaneous process for 140 days.

5           The legislature's not like Congress; we're

6   not in session all the time.   And so, you know, you do

7   these things -- it's not exactly all happening at

8   exactly the same time, but you get to an end point

9   where you've got to make it all match up.

10      Q.   Okay.   And when you got to that end point in

11  the 2011 legislative session, were you satisfied that

12  the DPS was going to get enough budgetary dollars to

13  do what it needed to do to, as you said, modernize and

14  streamline the issuance of driver's licenses and

15  electronic [sic] identification certificates?

16      A.   I think, based on what they knew at that time

17  and what I knew at that time, I believe that was true.

18      Q.   Do you recall what amount of money was

19  allocated to the DPS for that purpose in the --

20      A.   No --

21      Q.   -- 2011 --

22      A.   -- it wasn't -- I don't.   I know that there

23  was an amount, it was a significant amount, but I

24  don't remember the amount.

25      Q.   Well, one of the reasons I'm asking is

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

126

1  because, having looked through a lot of the records in

2  2011, I just really can't tell what was allocated to

3  the DPS.

4          So it would be helpful to me if you could

5  give me even kind of general -- like, is it 10s of

6  millions?  Is it -- I've seen -- I've seen 2 million,

7  I've seen 3 million, I've seen 43 million, I've seen

8  66 million?

9          Do you have any general sense?

10     A.    It would be more like 66 million than 2

11  million.  It was a significant amount of money.

12     Q.    Okay.

13     A.    And I don't know if that would be by annum or

14  per year, or whether it would be staggered between --

15  there are two years in a budget, so sometimes, what

16  the agencies do is, they'll ramp it up.  They don't

17  need the money the first year while they're planning

18  and making orders, they need the money the second year

19  when they're paying for it.  So that's all kind of

20  details that would have been worked out in the budget

21  process.

22     Q.    Do you know whether there were specific

23  dollars set aside that year for the processing of

24  electronic [sic] identification certificates?

25     A.    I don't know.  That would be a question that

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

127

1    you'd be better to ask the Department of Public
2    Safety.   In general, what I recall is that their
3    message to me was that they would be able to deal with
4    the cost, and I don't think there was a -- I recall
5    there wasn't a fiscal note related to the cost of
6    this, that they felt like they could handle it in the
7    ordinary course of business, and so -- that it
8    wouldn't be an overwhelming problem for them.
9            And I think, in particular, since we were
10   giving them the money for these mega centers and
11   mobile driver's license centers and the things that we
12   had talked to them about, you know, I think they felt
13   like they could take care of it.
14      Q.   Okay.   You just mentioned two things, and --
15   actually, you said a lot, but I want to focus on two
16   things that you just said.
17           There were mega centers, you say, set up; is
18   that correct?
19      A.   The money was budgeted for them to open mega
20   centers.
21      Q.   Do you know when those mega centers were
22   actually opened?
23      A.   They were opened over a period of time, so I
24   don't know the exact dates.   The DPS could tell you.
25   I think they opened -- we might have budgeted for five

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

128

1   and they opened four, but I'm not sure.

2       Q.    And is it fair to say that those mega centers

3   were in heavily populated areas where the demand was

4   higher?

5       A.    I think that they were put in place to

6   relieve the inadequate facilities that we had in

7   heavily populated areas, so we're probably saying

8   close to the same thing, so...

9       Q.    Okay.   And then the other thing that you

10  mentioned was mobile units.    Explain to me what mobile

11  units were -- are.

12      A.    Well, there were driver's license offices

13  that weren't open every day in some rural areas of the

14  state.   And as I recall, we were encouraging them to

15  develop mobile units, that they could have a regular

16  circuit that they went around to address this renewal

17  and issuance of driver's licenses, and I guess as an

18  ancillary to the voter ID thing, so...

19      Q.    Do you recall, during the testimony on SB 14,

20  the representative from the Department of Public

21  Safety testifying that there were 77 rural areas where

22  there were no DPS offices in Texas?

23      A.    I don't have a specific recollection, but I

24  wouldn't dispute that.   I wouldn't be surprised by it.

25      Q.    Do you know whether, since the passage of

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    7/29/2014

129

1  SB 14, mobile units have been deployed -- and I'm

2  going to correct myself.  Let me go back.

3         There were 77 counties that didn't have DPS

4  offices; does that sound about right to you?

5      A.   It's possible, yeah.  I don't -- I don't know

6  that you're correct, but I wouldn't be surprised by

7  that.

8      Q.   Okay.  And you wouldn't dispute what the

9  DPS --

10     A.   Whatever they said --

11     Q.   -- testified to?

12     A.   -- no.

13     Q.   Do you know whether, since the passage of

14 SB 14, mobile units have been deployed to those 77

15 counties without DPS offices?

16     A.   I don't know the answer to that.  I mean,

17 you'd have to ask DPS.

18     Q.   There wasn't anything in SB 14 specifically

19 requiring budgetary dollars to be allocated to mobile

20 units, was there?

21     A.   No.  That would be very unusual.  That

22 wouldn't be a particular way that legislation was

23 drafted.

24     Q.   Do you know whether any particular dollars in

25 the final budget in 2011 provided for the deployment

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

130

1  of mobile units to counties without DPS offices?

2      A.   I can't tell you as I sit here today.  I know

3  that we've -- I felt like we had done a -- a good job

4  of making sure that everyone had access to a DPS

5  office.  I felt like the problem had been adequately

6  addressed.  I don't have a specific recollection of

7  what that meant.

8      Q.   Isn't it true that even after the opening of

9  mega centers and other improvements that were made

10 within the DPS, that more work was required to be done

11 and is required to be done to improve the DPS's

12 systems?

13              MS. DONNELLY:  Objection.  Form.

14              Go ahead.

15     A.   I know that in 2013 we continued to fund what

16 they had done, and we tried to extend that, because it

17 had been successful.  So there's always room for

18 improvement.

19     Q.   (BY MS. RUDD)  Do you recall what budgetary

20 dollars, if any, were allocated to the DPS in the 2013

21 session?

22     A.   Not off the top of my head.

23     Q.   Do you recall receiving a communication from

24 the DPS in 2012 asking for 152 million more dollars?

25     A.   No.  I don't have a specific recollection.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

131

1  If you have a document that you want to show me, it

2  might help me remember.

3      Q.   Well, I can't decide if I want to show you

4  that document.

5           You don't have any recollection, though,

6  generally speaking, of whether budgetary dollars were

7  allocated to the DPS in 2013; is that right?

8      A.   Ask that question again.

9      Q.   Sure.  Do you have any general recollection

10  of whether there were budgetary dollars allocated to

11  the DPS in the 2013 budget?

12      A.   Oh, yes.  There were.

13      Q.   Do you have any general recollection of how

14  much that money was?

15      A.   I can't tell you, off the top of my head.

16      Q.   Do you know whether it was more or less than

17  the 2011 session?

18      A.   It was more.

19      Q.   Was it significantly more, in your mind?

20      A.   Yeah, I think they had a good session.  I

21  think they got a lot -- they got new money.  But I

22  can't tell you whether it was more.  I -- I think it

23  was more, but I can't tell you without looking at the

24  budget.  And I don't know -- of course, that would

25  depend also on whether you're talking about money that

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

132

1   was -- if there was debt issuance proceeds that were

2   appropriated, and things like that, that could make

3   the money -- that could create a bulge in money.

4           Operationally, I'm fairly certain they

5   received more money.  They may have received more

6   total dollars in 2011, because they had a big capital

7   spending program then with all these new offices that

8   they were trying to open.

9           So they're two different questions, whether

10  they had more money for operations or whether they had

11  more total dollars.  I can't tell you without looking

12  at the budgets.

13      Q.   Let's talk about the education and outreach

14  that was required after the passage of Senate Bill 14.

15              THE WITNESS:  If we're going to start a

16  new subject, let's take a break right now, okay?

17              MS. RUDD:  Sure.

18          (Break.)

19      Q.   (BY MS. RUDD)  Just before the break -- and

20  before I move on to this next very short segment, I

21  just want to backtrack on one thing, and that is:  I

22  think you said that the budget in every session isn't

23  really -- doesn't really come together until the very

24  end of session when things get allocated and, you

25  know, you've moved along in the session and various

TOMMY WILLIAMS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

133

1  pieces of legislation have been passed so you know

2  what needs to have a budget attached to it.

3          Am I characterizing that roughly correctly?

4      A.    I think what I said is:   It's a

5  contemporaneous process, that there are things that

6  affect the budget as we go through.   So I wouldn't say

7  it exactly the way you did, but...

8      Q.    Is it fair to say that unless a fiscal note

9  is attached to something, you don't know what dollars

10  are going to be going to any particular piece of

11  legislation until the entire budget is put together at

12  the end of session?

13      A.    No.   That's not true.   There are a lot of

14  things that go into the budget that don't have a

15  fiscal note on them.   It's no --

16      Q.    Okay.   Fair enough.

17          When is the budget for things that don't have

18  a fiscal note sort of set?   Does that not happen until

19  the end of session, or can it happen along the way?

20      A.    Well, actually, starting, for instance, right

21  now, for the next session is when it would start.   So

22  it's about a -- it's not quite a one-year process, but

23  about 10 months, probably, that it takes to put the

24  state budget together.

25      Q.    And the budget doesn't become final until the

TOMMY WILLIAMS                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

134

1   end of session?

2       A.   That's true.   It could.   But it typically is

3   the very end of the session before you know what the

4   budget is exactly.

5       Q.   Senate Bill 14, as you know, was passed very

6   early in the session in 2011, right?

7       A.   I do.

8       Q.   And it was -- so it was passed by the Senate

9   on January 25, 2011, does that --

10      A.   Yeah.

11      Q.   -- sound familiar?

12      A.   Yeah.

13      Q.   That was well before the budget came together

14  in 2011, correct?

15      A.   Well, there was -- there was a draft budget

16  that the Finance Committee would be considering, but

17  the final budget wasn't done.

18      Q.   Did you know, on January 25, 2011, when SB 14

19  was passed out of the Senate, whether there would be

20  enough budgetary dollars to go to the things that

21  would be required by SB 14?

22      A.   Yes.

23      Q.   How did you know that?

24      A.   I'm a member of the Senate Finance Committee,

25  and I discussed it with the chairman of the Senate

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

135

1   Finance Committee and the lieutenant governor, the

2   other members of the Senate Finance Committee; and we

3   were committed to making sure there was enough money

4   in the budget to address whatever issues that were

5   related to this.

6       Q.    Did you ever put together an analysis of what

7   amount of money would be required to ensure that

8   people who needed photo ID in any form would be able

9   to get it before the 2012 election cycle?

10      A.    I think that we -- I might have asked the

11  Department of Public Safety to tell us what they would

12  need to implement the provisions of Senate Bill 14 in

13  a timely and efficient manner.

14      Q.    One of the things that you didn't know was

15  how many people in Texas would require an election

16  identification certificate, right?

17      A.    I don't know.   We may have had an estimate.

18  I don't recall.

19      Q.    Did you ever perform an analysis or ask the

20  DPS to perform an analysis of how many people in Texas

21  who are registered -- who are able to vote lacked one

22  of the other forms of photo identification listed in

23  SB 14?

24      A.    You know, I don't think it would have been

25  just the Department of Public Safety.   I know that

TOMMY WILLIAMS

7/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

136

1   there were discussions with the Secretary of State and

2   the Department of Public Safety, and there were some

3   estimate.   I have no recollection of what that is.

4           My recollection is that the department was

5   comfortable that they would not require an additional

6   appropriation to be able to issue the election

7   identification certificates.

8       Q.   But what did the --

9       A.   They felt like, that it would have an

10  insignificant impact on their workload if we were able

11  to address these other issues that they had, which I

12  was committed to doing.

13      Q.   Okay.   And for those other issues -- and I'm

14  just using your words because it's easiest -- in terms

15  of modernizing and streamlining the issuance of

16  driver's licenses and electronic [sic] identification

17  certificates, that required quite a bit of money,

18  going forward, to be able to do, right?

19      A.   Well, that's a relative term.   It was really

20  not even one-half of one percent of the state budget.

21  I mean, it was a very insignificant -- yes, is it a

22  lot of money to you or me.   If it was $66 million,

23  that would be a lot of money to me.   If it was $100

24  million, if it was $5 million, it would be a lot to

25  me.   But in the context of a $120 billion budget, it

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

1    wasn't a lot of money.

2        Q.    But nevertheless, the DPS requires tens of

3    millions of dollars after 2011 to start modernizing

4    their systems and -- and request even more money in

5    the 2013 session; is that right?

6        A.    I don't know the exact amounts, but I think

7    that's probably a fair characterization.

8        Q.    Okay.   Now let's turn to this other tiny

9    subtopic of education and outreach.

10           One of the things that SB did was, it

11   required the Secretary of State's office to engage in

12   some kind of education and outreach effort to educate

13   voters on the new requirements of the voter ID law,

14   correct?

15       A.    It did.

16       Q.    But SB 14 didn't specify what those education

17   and outreach efforts had to look like, right?

18       A.    I don't recall that it does.   I would be

19   surprised if we didn't have prescriptive.

20       Q.    So the Secretary of State's office,

21   essentially, under SB 14, is given discretion to

22   determine what -- what makes sense, in terms of

23   education and outreach for voters in Texas; is that

24   right?

25       A.    That's their job, the Secretary of State's

138

1  office, is, they run the elections and that sort of

2  thing, so we would have delegated that to them in the

3  bill.

4      Q.    Did you do any analysis of what kind of

5  dollars might be required for the Secretary of State's

6  office to ensure that everyone in Texas who is capable

7  of voting knew about the new ID requirements?

8      A.    I believe that the Secretary of State was

9  asked to provide that information, or we asked if they

10  needed any money.

11         My recollection was that there was money in

12  their budget that was available to do that, but

13  it's -- I don't have a specific recollection.

14         So there were some unexpended funds in their

15  budget that I think may have been used to help address

16  that problem.   There may have been some additional

17  money appropriated.   I honestly don't remember.

18      Q.    Do you have any knowledge of whether the

19  Secretary of State's office, now, in hindsight, has

20  had sufficient money to educate Texas voters about the

21  new ID requirements?

22      A.    To my knowledge, it hasn't been a problem, so

23  I would say, yes, they had sufficient resources to do

24  it.   And I don't recall ever having the Secretary of

25  State come to me when I was chair of finance or chair

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

139

1   of transportation in Homeland Security, saying, "We

2   needed more money for voter education."

3       Q.   Do you know what kind of education and

4   outreach the Secretary of State's office has done to

5   educate Texas voters --

6       A.   Not specifically.

7       Q.   I want to just briefly run through the

8   consideration of SB 14, just to back us up a little

9   bit.

10           I think, as we talked about earlier, Governor

11  Perry designated that legislation an emergency item

12  that year; is that right?

13           MR. KEISTER:   Object to form.

14      Q.   (BY MS. RUDD)   Designated --

15           MS. RUDD:   You're right.   I'll correct

16  myself.

17      Q.   (BY MS. RUDD)   Governor Perry designated voter

18  identification legislation an emergency item in 2011;

19  is that correct?

20      A.   That is correct.

21      Q.   And as part of that, SB 14 was able to be

22  considered in the first 30 days of session as a result

23  of that emergency designation; is that right?

24      A.   Yes, it was considered in the regular order

25  of business at the beginning of the session.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

140

1     Q.    Okay.    And so you've anticipated my next

2   question.

3              There was no need to move to suspend the

4   regular order of business to consider SB 14, because

5   there was nothing scheduled to be heard ahead of it at

6   that time; is that right?

7     A.    That's my recollection.

8     Q.    And SB 14 eliminated all of the forms of

9   nonphoto ID that were contained in SB 362 from 2009

10  and HB 218 from 2007?

11              MS. DONNELLY:    Object to the form.

12              You can answer.

13     A.    I think that you're mischaracterizing.    None

14  of those other provisions, as you have noted, were

15  ever enacted, so I wouldn't characterize it as saying

16  that it eliminated those.

17              What I would say is that those provisions

18  were not included in this version of the bill; but it

19  didn't eliminate anything, because none of those had

20  ever been enacted.

21     Q.    (BY MS. RUDD)    Okay.    But for two sessions, in

22  2007 and 2009, what the Senate in Texas considered was

23  legislation that would have allowed voters to present

24  one form of photographic identification or two forms

25  of other secondary identification, correct?

141

1    A.    I think, generally speaking, that's true.

2    Q.    And then moving forward to 2011, the

3  legislation -- the voter identification legislation

4  that the Senate considered, only permitted voters to

5  present a form of photo identification in order to

6  vote; is that correct?

7              MS. DONNELLY:   Object to the form.

8    A.    I think that you had -- under the provisions

9  of Senate Bill 14, you had to have either a valid

10  Texas driver's license or an election identification

11  certificate, and there were maybe a couple of other

12  things that you could have used.   So there were -- you

13  know, they all had a photo on them, so...

14    Q.    (BY MS. RUDD)   All of them were photographic

15  identification, right?

16    A.    I think that's right.

17    Q.    Do you know why, in 2011, the legislation

18  that was put forward eliminated a voter's ability to

19  present secondary forms of identification?

20              MS. DONNELLY:   Objection to the form.

21    A.    I think that you're mischaracterizing what

22  the legislation did.   I think what it did was, it

23  provided for a form of photo identification that was

24  free of charge; and many of those things that were

25  secondary forms of identification in the previous

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

142

1  bills could be used to obtain an election

2  identification certificate.   So I think the way you

3  phrased it mischaracterized what the bill did.

4         What the bill did was, it said, you know,

5  you're going to have really basically one of these two

6  forms of photo identification, and a lot of the

7  alternative forms were incorporated into what it took

8  to get the election identification certificate.   Not

9  completely, but in general.

10     Q.   (BY MS. RUDD)   Okay.   But in 2007 and 2009,

11  voter identification legislation would have allowed

12  voters to present one of those secondary forms -- or

13  two forms of those secondary forms of identification

14  at the polls in order to vote, correct?

15     A.   They weren't ever enacted, so I think it's

16  kind of a moot point, I mean.

17     Q.   I understand.

18         But had they been enacted, that's what they

19  would have allowed, right?

20     A.   You know what?   My grandfather always told

21  me, "If 'ifs' and 'buts' were candy and nuts, we'd all

22  have a Merry Christmas."

23     Q.   That's a good saying.

24         In 2011, what the legislation did was, it

25  required voters who didn't have one of the primary

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

143

1  forms of photo identification to take an extra step

2  and take their secondary forms of ID and go and get an

3  electronic [sic] identification certificate, right?

4              MS. DONNELLY:   Object to the form.

5       A.    You're going to have to rephrase the

6  question.   I'm not following you.

7       Q.    (BY MS. RUDD)   So in 2007 and 2009, that

8  legislation that was proposed allowed voters to go to

9  the polls with two forms of secondary identification

10 to identify themselves, right?

11      A.    Had it been enacted that would have been

12 true.

13      Q.    And in 2011, the legislation, SB 14, didn't

14 allow voters to preset those forms of secondary

15 identification at the polls to identify themselves,

16 right?

17      A.    That's correct.

18      Q.    Instead, what SB 14 does, is, it requires

19 anybody who can't get one of the forms of primary

20 photographic identification to take their secondary

21 forms of ID to the DPS to get an electronic [sic]

22 identification certificate; is that right?

23      A.    Election.

24      Q.    I'm sorry, an election identification

25 certificate.

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

144

1      A.    That's correct.

2      Q.    Can you tell me why it is, in 2011, you made

3  the decision to exclude -- well, strike that.

4          Why, in 2011, was the legislation that was

5  proposed for voter identification limited to

6  presenting photo ID at the polls?

7              MS. DONNELLY:   Object to the form.

8              You can answer.

9      A.    I think that's really a question that would

10  be better directed to Senator Fraser, who was the

11  primary author of the bill.   He could tell you better.

12  In both -- in all the instances, he was either the

13  Senate sponsor or the primary Senate author.   So you'd

14  probably be better off asking him.

15          I do seem to recall that other states had

16  enacted voter identification legislation that had

17  worked its way either all the way through the courts

18  or partially through the courts, so there was better

19  understanding of how the courts might view some of

20  those things.

21      Q.    (BY MS. RUDD)   Was it your opinion, when you

22  were considering SB 14, that a more restrictive bill

23  that only allowed voters to present photo

24  identification at the polls, was a better form of

25  voter ID legislation?

145

1    A.    I wouldn't characterize it that way.

2    Q.    How would you characterize it?

3    A.    I think SB 14 was a better bill than the

4 bills that had been considered in the previous two

5 sessions, because it required a more secure form of

6 identification and it would be easier for the people

7 who were working at the polls to determine if they

8 were being presented with a valid form of ID or not.

9    Q.    One of the things we talked about earlier was

10 this notion of student IDs being an allowed form of

11 photographic identification at the polls.

12         Was there any debate in the consideration of

13 SB 14 about allowing student IDs?

14    A.    If there was, it's a matter of public record.

15    Q.    You don't have any specific recollection of

16 that?

17    A.    I don't.

18         Have you read the Journal or looked at the

19 tapes?

20    Q.    I've read a lot of it, but it's pretty

21 voluminous.

22         You were against student ID as a form of

23 photographic identification at the polls; is that

24 right?

25    A.    I wouldn't say that.  I don't think it was --

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

146

1  I don't think it was necessary to include that, but I

2  think I voted for it in one of those bills.   It was

3  included in one of the bills.

4         So it was an improvement over what we had,

5  but it wouldn't be the way that I would prefer.   I

6  think student ID was included in the '07 session.   I'm

7  not sure about '09.

8     Q.   And to be fair, you voted to send HB 218 in

9  the 2007 session out of committee, right?

10    A.   Yes.

11    Q.   And that legislation, had it been considered

12 by the Senate, would have allowed voters to present a

13 form of student ID, correct?

14    A.   If it had not been amended.   Of course, any

15 piece of legislation, a lot of times there are bills

16 that come out of committee that I might vote for that

17 I thought would need improvement, but that improvement

18 could be debated on the floor of the Senate in the

19 form of an amendment to the legislation, so...

20    Q.   Did you form an opinion at some point between

21 2010 and 2011 that student IDs shouldn't be allowed as

22 a form of photographic identification at the polls?

23    A.   No, I don't recall.   I think I've testified

24 previously that I thought that having student IDs was

25 not a good idea.

147

1      Q.    And that's because poll workers aren't able

2  to determine whether a particular ID is authentic?

3              MS. DONNELLY:   Objection.   Form.

4      A.    I think I've already answered the question.

5      Q.    (BY MS. RUDD)   Well, remind me.

6      A.    I think that a student ID is not a very

7  secure form of identification and that it's very -- I

8  think we have 38 general academic institutions.   I

9  think we have somewhere in the neighborhood of about

10 30 community colleges.

11             They're all issuing student IDs, and how

12 would the poll worker know whether that was a valid ID

13 or not?   They might not even know that there was, for

14 instance, a Ranger College.   I mean, it's a state

15 institution that issues ID cards.   How would they know

16 that.

17     Q.    Okay.   But most people vote in the

18 communities where they live; isn't that right?   When

19 they go to the polls, you're voting someplace that's

20 close to your home address?

21     A.    Students vote -- in my experience, students

22 vote either at home or at school.   And also, in my

23 experience, some of them voted both places.

24     Q.    A student who shows up to the polls near

25 their university and shows their university ID, the

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

148

1  poll worker who lives there is probably familiar with

2  that ID as well, right?

3            MS. DONNELLY:   Objection.   Form.

4      A.   They may or may not be.

5      Q.   (BY MS. RUDD)   In any event, that got

6  eliminated along the way, and Senate Bill 14 doesn't

7  contain any student ID as one of the forms of ID that

8  can be presented at the polls, right?

9      A.   I believe that's correct.

10     Q.   One of the other things that Senate Bill 14

11 does not include is a state-issued ID.   Is there a

12 reason that that's not a form of secure ID, as you

13 say?

14     A.   You know, I don't -- I don't recall the

15 specific debate about that.   I think the issue is that

16 that's a -- I'm not sure we knew what a state-issued

17 ID was.   I mean, what is that?

18            Is that your ID that you have from the AG's

19 office?  Was it the ID that I had as a member of the

20 Senate?   If I'm a resident of a mental health facility

21 that's run by the state, is it the ID -- I mean, I

22 don't know what that is exactly, so I think it was a

23 vague -- vaguely defined form of identification.

24     Q.   Would you say an identification issued by the

25 AG's office isn't a secure form of identification for

149

1   voting purposes?

2              MS. DONNELLY:   Objection.   Form.

3       A.   Yeah, I don't have any basis to know what the

4   AG's office does to vet an employee before they issue

5   an ID.   I would hope they're doing a pretty good job,

6   but I don't have a specific knowledge of that.

7       Q.   (BY MS. RUDD)   One of the major concerns

8   raised in connection with Senate Bill 14 was that

9   there wasn't sufficient evidence of in-person voter

10  fraud in Texas to justify strict photo ID law.

11           Do you recall that?

12      A.   That was asserted by the opponents of the

13  bill.

14      Q.   Okay.   What did you do prior to the passage

15  of SB 14 to research in-person voter fraud in Texas?

16      A.   I think the primary information that we

17  received about this was from the testimony that we

18  received either in the State Affairs Committee or in

19  the Committee as a Whole.

20      Q.   Okay.   Other than the testimony about

21  in-person voter fraud that was received in those two

22  committees, is there any other evidence of in-person

23  voter fraud that you collected in connection with your

24  consideration of SB 14?

25      A.   I don't know what you mean by that, evidence

150

1  that I collected.  How would you know if someone was

2  committing in-person voter fraud if you didn't require

3  them to have an ID?  Can you tell me.

4      Q.    Well, in-person voter fraud is a prosecutable

5  offense in Texas, correct?

6      A.    It is.

7      Q.    It's subject to criminal penalties, correct?

8      A.    It is.

9      Q.    It was subject to criminal penalties prior to

10 the passage of SB 14, correct?

11     A.    Yes.

12     Q.    And prior to the passage of SB 14, there were

13 convictions for voter fraud in Texas; are you aware of

14 that?

15     A.    Yes.

16     Q.    So how were those -- how were those instances

17 of voter fraud detected when there was no photo ID

18 law?

19     A.    I have no specific recollection of how they

20 were prosecuted.  I know that they were fairly rare.

21     Q.    Okay.  You anticipated another question.

22           Prior to passing SB 14, did you have any

23 statistical evidence showing you how many -- how many

24 times someone in Texas had been charged for in-person

25 voter fraud?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

151

1      A.    The information existed, but I can't tell you
2  what it was, so...
3      Q.    Did you determine what that information or
4  what those statistics were prior to voting for SB 14?
5      A.    I was aware of it before I voted for it, yes.
6      Q.    Is it true that there are relatively few
7  instances of prosecuted in-person voter fraud in Texas
8  that have been reported?
9      A.    In relation to number of people voting, it's
10  not very high; but I don't think that that means it
11  couldn't influence the outcome of an election.  There
12  are a lot of elections that are decided by a handful
13  of votes.
14      Q.    Just because an election is a close election
15  doesn't mean that there's voter fraud at work, right?
16      A.    I didn't say that.
17      Q.    Okay.
18      A.    The point that I'm making is, that in a close
19  election even a small amount of voter fraud can make a
20  difference in the outcome of the election.
21      Q.    One of the other major issues that was raised
22  during the debate of SB 14 was that the legislation
23  would disproportionately affect certain populations in
24  Texas, including the minority community in Texas.
25          Do you recall that?

TOMMY WILLIAMS                                        7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

152

1      A.     I know that that was an assertion of the

2  opponents.

3      Q.     What did you do prior to voting for SB 14 to

4  satisfy yourself that there would not be a

5  disproportionate impact on the minority voting

6  community in Texas?

7      A.     Well, we took extensive testimony in the

8  State Affairs Committee over a couple of different

9  sessions.   And while I don't have a specific

10  recollection, I'm sure that this issue was brought up,

11  because Senator Ellis and Senator Van de Putte had

12  both voted against the bills, were members of that

13  committee, and they would have raised those issues.

14         So I know it was discussed, and -- I'm

15  certain it was discussed in -- in committee.   And

16  that's the purpose of having a bill heard before it

17  comes to the floor, is to get those kind of things

18  vetted.

19      Q.     One of the things that happened is that a lot

20  of interest groups representing the minority community

21  in Texas testified against SB 14.

22         Do you recall that?

23      A.     I do.

24      Q.     The Texas NAACP offered testimony against

25  SB 14.

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

153

1          Do you recall that?

2     A.    I do.

3     Q.    The Mexican American Legislative Caucus had

4  representatives testify against SB 14.

5          Do you recall that?

6     A.    I do.

7     Q.    And then a number of Democratic senators also

8  offered amendments to SB 14 that addressed some of the

9  concerns of the minority constituents in Texas.

10         Do you recall that?

11    A.    I know that there were a lot of Democratic

12 senators who offered amendments, yeah.

13    Q.    Were any of those amendments, to your

14 recollection, adopted?

15    A.    You know, I don't recall.  Most of them went

16 up or down on a party-line vote, so -- but I don't

17 have a -- I don't know about the number.  Some may

18 have been, some may not have been.

19    Q.    Ultimately, SB 14 was passed out of the

20 Committee of the Whole, correct?

21    A.    Yes.

22    Q.    And you voted to pass that bill out of

23 committee?

24    A.    I did.

25    Q.    And that vote was, again, along strict party

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

154

1  lines, correct?

2      A.   I believe that it was.

3      Q.   And are you aware of whether any ethnic

4  minorities in the Senate voted to pass SB 14 out of

5  committee?

6      A.   I'm not aware.

7      Q.   And then, ultimately, Senate Bill 14 went

8  into Conference Committee to resolve differences

9  between the Senate bill and the House bill; is that

10 right?

11     A.   That would be the usual procedure.

12     Q.   Okay.  And that Conference Committee was

13 appointed by Lieutenant Governor Dewhurst, correct?

14     A.   For the Senate, it would have been.

15     Q.   And let me just make sure I'm getting this

16 right.

17          On that committee for SB 14 was Senator

18 Fraser, yourself, Senator Huffman, Senator Birdwell

19 and Senator Van de Putte.

20          Does that sound correct?

21     A.   I don't recall who was on the Conference

22 Committee, but if that's what's in the Journal, I'm

23 sure that's correct.

24     Q.   Okay.  And of that list, Senator Van de Putte

25 was the only Democrat on the Conference Committee,

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

155

1    correct?

2        A.    Of the people you just named, she would have

3    been the only Democrat.

4        Q.    And it wasn't until a Conference Committee

5    that this concept of electronic [sic] identification

6    certificates was determined; is that right?

7                MS. DONNELLY:   Object to the form.

8        A.    I don't know what you mean by "electronic

9    identification certificates."

10       Q.    (BY MS. RUDD)   Sorry.   I keep using that word.

11   Election identification certificates.

12               Election identification certificates were a

13   product of the Conference Committee; is that right?

14               MS. DONNELLY:   Objection.   Form.

15               Go ahead.

16       A.    I don't remember.   Could have been.

17       Q.    (BY MS. RUDD)   Okay.   Would you stand by the

18   record of the consideration of SB 14 in that regard?

19       A.    Whatever the record says, yeah.

20       Q.    Okay.   And then, ultimately, Senate Bill 14

21   passed out of the Senate on January 25, 2011, correct?

22       A.    Whatever the record says.

23       Q.    And again, that vote was along strict party

24   lines, right?

25       A.    That's my recollection.

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

156

1     Q.    And there were no ethnic minorities in the

2   Senate who voted for SB 14, right?

3     A.    I'm not aware.

4     Q.    Okay.   Would you agree with me that there is

5   a history of voting-related discrimination in Texas?

6               MS. DONNELLY:   Objection.   Form.

7               MR. KEISTER:   Objection.   Form.

8     A.    You know, I'm not sure I can agree with that

9   or disagree with it.   I don't know that I'm in a

10   position to do that.

11     Q.    (BY MS. RUDD)   Well, one of the reasons that,

12   prior to the invalidation of Section 5 of the Voting

13   Rights Act, that Texas was subject to Section 5, is

14   because it's a state that has historically had

15   discriminatory practices at the polls; isn't that

16   right?

17               MR. KEISTER:   Object to form.

18               MS. DONNELLY:   Object to form.

19     A.    I don't know that I agree with what you're

20   asserting.   I think that that was the premise of

21   Section 5.   I'm not sure I completely agree with it.

22               I do believe that there had been

23   discrimination in the past, but I don't think there's

24   any -- there was a lot of manufactured litigation

25   about this as a result of Section 5.   A lot of

157

1  people -- it became a cottage industry for lawyers to

2  go out and file lawsuits, so...

3      Q.   (BY MS. RUDD)   Okay.   Are you aware that prior

4  to 1966, Texas had a poll tax?

5      A.   Only through reading about it.   I was 10

6  years old in 1966.

7      Q.   I wasn't even alive.

8      A.   Yeah.

9      Q.   And we know from history that poll taxes, in

10  general, disproportionately affected minority

11  communities, correct?

12             MR. KEISTER:   Object to form.

13             MS. DONNELLY:   Object to form.

14      A.   I know that poll taxes were not a good thing

15  and that they were designed to keep poor, mostly

16  African-American people, from being able to vote.

17      Q.   (BY MS. RUDD)   Are you also aware that there's

18  a history of racially polarized voting in certain

19  voting districts in Texas?

20             MS. DONNELLY:   Objection.   Form.

21             MR. KEISTER:   Object to form.

22      Q.   (BY MS. RUDD)   Do you know what I mean by

23  "racially polarized voting"?

24      A.   I'm familiar with the technical term.   I do

25  not agree that that's necessarily the case, but I

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

158

1  think that Section 5 and -- you know, it's sort of

2  been manufactured by this perversion of the Voting

3  Rights Act that was done under Section 5.

4      Q.   Okay.   But we still have Section 2 of the

5  Voting Rights Act, correct?

6      A.   That's the part that deals with

7  Constitutional issues; is that correct?

8      Q.   Yes.

9      A.   Yeah.

10     Q.   And let's talk about this issue of racially

11 polarized voting.

12          Do you recall the redistricting in 2006?

13          MS. DONNELLY:   Objection.   Form.

14          We're getting far afield here.   Are we

15 going to go into redistricting questions?   Because

16 this is a voter ID case.

17          MS. RUDD:   Only very tangentially.

18          MS. DONNELLY:   So what was the question,

19 again?   I'm sorry.

20     Q.   (BY MS. RUDD)   Do you recall that there was

21 redistricting in 2006?

22     A.   I do not.

23     Q.   Do you recall -- I mean, I do, just because

24 it was big news -- Democratic representatives walking

25 out of the Texas House to avoid passage --

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

159

1    A.    Was that in '03 or '06?

2    Q.    It might have been in '03.   You might be

3 right about that.

4          Do you recall that?

5    A.    I do.

6    Q.    And you referenced just a minute ago that

7 there's been a lot of litigation about these types of

8 issues in Texas, correct?

9          MS. DONNELLY:   Object to the form.

10   A.    You're going to have to be more specific.

11   Q.    (BY MS. RUDD)   You're aware that there's been

12 litigation about redistricting in Texas?

13   A.    Yes.

14   Q.    And in 2006, are you aware that the United

15 States Supreme Court handed down a decision on

16 redistricting in Texas in --

17   A.    Not specifically.   I mean, if you want to

18 give me a copy of it, I'd be glad to take a look at

19 it.

20   Q.    Okay.

21         THE WITNESS:   If we're going to get into

22 this, though, I'm going to have to take a break.  I've

23 got to go to the restroom.

24         MS. DONNELLY:   Okay.

25         MS. RUDD:   Okay.

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

160

1               (Break.)

2      Q.    (BY MS. RUDD)  Do you know who Henry Bonilla

3 is?

4      A.    He's a congressman.

5      Q.    Well, at one point, he was a state

6 representative in Texas.

7               Are you aware of that?

8      A.    I'm sure I may have met him, but I can't tell

9 you that I know him.

10      Q.    Okay.  Let's backtrack on this notion of

11 racially polarized voting.

12               Racially polarized voting is when, for

13 example, the Hispanic population votes for a Hispanic

14 representative.

15               Is that consistent with what you understand

16 that term to mean?

17               MR. KEISTER:  Object to form.

18      A.    You know, I don't know what any of this has

19 to do with voter ID.  That's what I'm here to testify

20 about.

21      Q.    (BY MS. RUDD)  Well, you don't need to know.

22 All you need to do is answer my questions.

23               MS. DONNELLY:  I object to the sidebar.

24      Q.    (BY MS. RUDD)  Are you familiar with the --

25 with the phrase "racially polarized voting"?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

161

1    A.    I've heard it before.

2    Q.    What do you understand that phrase to mean?

3    A.    That people vote as a block based on their

4  race.

5    Q.    Are you aware that there has been a history

6  of racially polarized voting in certain districts in

7  Texas?

8          MR. KEISTER:  Object to form.

9    A.    Yeah, I couldn't tell you specifically.  But

10 I know that I've heard that assertion.  I don't know

11 that it's true.

12   Q.    (BY MS. RUDD)  You've never done anything to

13 investigate that assertion?

14   A.    I'm not saying that.

15   Q.    Have you done anything to find out whether --

16   A.    I don't -- I don't have any recollection of

17 spending any time on it.  I may have, but I may not

18 have, so...  I don't have a specific recollection.

19   Q.    Would you have any reason to dispute the

20 United States Supreme Court's finding that there has

21 been a history of racially polarized voting in certain

22 districts of Texas?

23          MS. DONNELLY:  Objection.  Form.

24          MR. KEISTER:  Object to form.

25   A.    Yeah, I'm not familiar with what you're

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

162

1  asserting; and, you know, I'm not an attorney, so I
2  don't know.
3      Q.   (BY MS. RUDD)  You, yourself, haven't done any
4  analysis of voting patterns in Texas to determine
5  whether there's been racially polarized voting in
6  Texas --
7              MS. DONNELLY:  Objection.  Form.
8      Q.   (BY MS. RUDD)  -- since you've been in office?
9              MS. DONNELLY:  Objection.  Form.  Asked
10  and answered.
11              MS. RUDD:  I don't think so.
12      A.   Is there a question in there?
13      Q.   (BY MS. RUDD)  Right.  Have you done anything
14  independently to research whether there's been a
15  history of racially polarized voting in Texas?
16      A.   Independent of what?
17      Q.   On your own.  Have you looked into it?
18      A.   No.
19              MS. DONNELLY:  You answered it before.
20  Just answer the same.
21      A.   No.
22      Q.   (BY MS. RUDD)  Do you recall whether the issue
23  of racially polarized voting was raised in connection
24  with a debate on voter identification legislation
25  during your tenure as a Senator?

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

163

1      A.    It might have been.   I don't know.

2      Q.    Were you ever prompted to make any inquiries

3   about the existence of racially polarized voting in

4   Texas during the consideration of voter identification

5   legislation?

6      A.    Would you repeat the question?

7      Q.    Sure.   Did anything ever prompt you to make

8   inquiries about the existence of racially polarized

9   voting in Texas as a result of the debates on voter

10  identification legislation?

11     A.    I know the issue was debated.   I'm not sure

12  what you're asking me beyond that.

13     Q.    Was it an issue that worried you at all?

14     A.    That worried me?   We debated it.   I think it

15  was decided.   I voted for the bill.

16     Q.    Right.   Well, my question was slightly

17  different than that.

18          Was that a concern for you when you were

19  debating the bill?

20     A.    I don't recall.

21     Q.    You don't recall one way or the other?

22     A.    No, I do not.

23     Q.    Would you agree with me that, as populations,

24  African-Americans and Hispanics tend to be more

25  economically disadvantaged than Anglos in Texas?

164

1            MR. KEISTER:  Object to form.

2            MS. DONNELLY:  Object to form.

3     A.    You know, I'm not sure that I would agree or

4  disagree with that.  I don't have anything in front of

5  me that would indicate it one way or the other.

6     Q.    (BY MS. RUDD)  Have you ever done any research

7  into that?

8     A.    Not that I can recall at this time.

9     Q.    Do you recall testimony during the debate on

10  Senate Bill 14 that African-Americans are less likely

11  to own cars than whites?

12     A.    That might have been discussed, but I don't

13  have a specific recollection.

14     Q.    Did you ever do anything, independently, to

15  look into whether African-Americans disproportionately

16  lack access to motor vehicles in Texas?

17     A.    Repeat the question.

18     Q.    Sure.  During the debates on Senate Bill 14,

19  did you do anything to look into the claim that

20  African-Americans disproportionately lack access to

21  motor vehicles in Texas?

22     A.    It may have been debated, but I don't -- I

23  don't recall any specific details or anything I might

24  have done related to that.

25     Q.    Do you recall hearing testimony that the

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

165

1  minority populations in Texas -- and by "minority,"

2  I'm primarily referring to language and ethnic

3  minorities in Texas -- have lower literacy rates than

4  whites?

5      A.   That may have been asserted, but I don't have

6  a specific recollection.

7      Q.   Did you personally look into whether language

8  and ethic minorities in Texas tend to have lower

9  literacy rates than whites during your consideration

10 of SB 14?

11     A.   If it was the subject of the debate, I would

12 have considered it during the debate, but I don't have

13 a specific recollection of whether the issue was

14 brought up or not.

15     Q.   Is it concerning to you at all or was it

16 concerning to you at all during the debates on SB 14

17 that language and ethnic minorities in Texas might

18 have lower literacy rates than Anglos?

19     A.   I don't recall that that was an issue.  It

20 may have been, but I don't have a specific

21 recollection.

22     Q.   Was it concerning to you at all that language

23 and ethnic minorities in Texas might have less access

24 to motor vehicles than whites?

25     A.   I don't have a specific recollection of that

166

1  subject coming up.

2      Q.    You do recall testimony from various interest

3  groups that African-Americans and Hispanics would have

4  disproportionate burdens as a result of SB 14, didn't

5  you?

6      A.    That was asserted by some groups.

7      Q.    Did you do anything to look into those

8  assertions or satisfy yourself about whether those

9  assertions were accurate?

10     A.    Yes.  That was a part of the debate.  That

11  would have been when I considered it.

12     Q.    Okay.  And I understand it was part of the

13  debate.

14           What I'm asking is slightly different, and

15  that's whether you did anything to determine whether

16  the assertions by those groups about the

17  disproportionate burdens on the minority community

18  were true.

19     A.    Yes, that would have been part of what I

20  considered during the debate, both in committee and on

21  the floor.

22     Q.    Okay.  And I understand -- I understand that

23  as a result of considering legislation, you hear

24  testimony and you have to think about the testimony.

25           Did you do any research to determine whether

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

167

1  the claims of the minority community that this

2  legislation would have a disproportionate impact on

3  their constituents was accurate?

4          MR. KEISTER:  Object to form.

5      A.  I -- I don't have a specific recollection.

6  My staff might have done some work on that, but, you

7  know, I can't -- I can't sit here and tell you that I

8  did or I didn't.

9      Q.  (BY MS. RUDD)  Would you agree with me that

10 there are fewer Hispanics and African-Americans in the

11 Texas legislature -- serving in the Texas legislature

12 than whites or Anglos?

13     A.  I think that's true today and it was true in

14 2011.

15     Q.  Would you agree with me that the Hispanic

16 population in Texas is continuing to grow?

17     A.  I believe that's true.

18     Q.  Do you know, generally, what the --

19 percentage of the Texas population is made up of

20 Hispanics?

21     A.  I do not.

22     Q.  Did you know that information in 2011?

23     A.  I probably did.

24          (Williams Exhibit 12 marked/introduced.)

25     Q.  (BY MS. RUDD)  Exhibit 12 is a letter from the

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

168

1  Brennan Center for Justice to Christian Herren in the

2  voting section of the Civil Rights Division of the

3  Department of Justice, dated September 14, 2011; am I

4  correct about that?

5      A.   Well, that's what this piece of paper says

6  that you've just handed out here.  I'm not familiar

7  with it, but, you know.

8      Q.   I understand that.

9           Okay.  If you'll turn with me to page 5.  If

10 you'll look in the -- there's a Section 2 there, and

11 then I'm looking two paragraphs into that section to

12 the paragraph that says:  "As the Texas Department of

13 Public Safety has recently noted..."

14          Do you see that?

15     A.   Uh-huh.

16     Q.   Feel free to read that --

17     A.   Yeah.

18     Q.   -- whole paragraph.  I have just a couple of

19 questions.

20     A.   (Witness complies.)  Okay.

21     Q.   Did you do any research, when you were

22 debating SB 14, about what percentage of

23 African-Americans own concealed handgun licenses in

24 Texas?

25     A.   I don't have a recollection that I did or I

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

169

1   didn't.

2       Q.    Was any statistical information about that

3   available to you when you voted on Senate Bill 14, to

4   your knowledge?

5       A.    It may have been.   I don't recall.

6       Q.    Would that information have been important to

7   you in determining whether to vote for the bill?

8       A.    Probably not.

9       Q.    Okay.   Turn to page 6, please.   And here, I'm

10  looking at the paragraph under the bold heading number

11  1, and feel free to read that.

12      A.    The paragraph that begins, "With over 4

13  million people..."?

14      Q.    Yes, sir.

15      A.    (Witness complies.)   Okay.

16      Q.    Prior to -- are you generally aware that the

17  poor population in Texas is disproportionately made up

18  of African-Americans and Latinos?

19           MR. KEISTER:   Object to form.

20      A.    No, I can't say that I would know that or not

21  know that.   I mean, I know that we have a lot of

22  people that live below the poverty line in Texas, but

23  I couldn't tell you the ethnic makeup of those people.

24      Q.    (BY MS. RUDD)   Okay.   Did you look into the

25  ethnic makeup of people living below the poverty line

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

170

1  in connection with your debate about voter ID

2  legislation in 2011?

3      A.    I do not recall at this time.

4      Q.    Would knowing that African-Americans and

5  Hispanics disproportionately make up those living

6  below the poverty line in Texas have made a difference

7  to you in your consideration of SB 14?

8              MS. DONNELLY:   Objection.   Form.

9              MR. KEISTER:   Object to form.

10     A.    You know, the provisions of Senate Bill 14

11 were that you could get this election identification

12 certificate at no cost, and so I don't think that that

13 was really an issue that I would have given a lot of

14 consideration to.

15     Q.    (BY MS. RUDD)   Okay.

16     A.    We wanted it to be accessible to as many

17 people as possible.

18     Q.    Well, let's talk about the EIC and cost.

19           The underlying documentation that's required

20 to obtain an EIC does cost money, correct?

21              MS. DONNELLY:   Objection.   Form.

22     A.    Some of it might cost money, some of it might

23 not.

24     Q.    (BY MS. RUDD)   Would you agree with me that it

25 takes time to go to a DPS office to obtain an EIC?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

171

1    A.    It does.

2    Q.    Would you agree that it takes more time for

3 someone to go to a DPS office to obtain an EIC if

4 there's no DPS office in their county?

5    A.    It could or it might not.

6    Q.    Would you agree with me that for some people,

7 they would have to take off work to go obtain an EIC?

8    A.    Some people might have to do that.

9    Q.    Do you consider taking off of work a cost to

10 obtaining an EIC?

11    A.    You know, I guess it would be.   I'm not sure.

12 I mean, it's -- if you -- if you need a -- an election

13 identification certificate or if you need a driver's

14 license, whatever it is, you're going to have to go

15 get that from the State.   Everybody has to do that.

16    Q.    Right.   But prior to Senate Bill 14 being

17 passed, you didn't have to go to the DPS office to get

18 anything in order to vote in Texas, right?

19           MS. DONNELLY:   Objection.   Form.

20 Argumentative.

21    A.    That may be true.   Some people may have

22 registered to vote in a DPS office.   It was possible

23 to do that.

24    Q.    (BY MS. RUDD)   You could also register to vote

25 online, though, right?

TOMMY WILLIAMS
7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

172

1     A.    You could, if you had access to a computer.

2     Q.    You could also register to vote by mail,

3  right?

4     A.    If you had access to a post office.

5     Q.    Or access to a mailbox in the front yard,

6  right?

7     A.    (No verbal response.)

8     Q.    Would you agree with me that having to spend

9  money on gas for your car or to get onto public

10  transportation to go to a DPS office to get an EIC

11  represents a cost?

12               MR. KEISTER:   Object to the form.

13               MS. DONNELLY:   Object to the form.

14     A.    Clearly, if you're going to have to go

15  somewhere, it's going to -- that's part of the cost of

16  life, is having to get around to get your certificates

17  and licenses and all those kinds of things.

18     Q.    (BY MS. RUDD) Would you turn with me to page

19  7 of Exhibit 12.  I'm looking at the second paragraph

20  under Subparagraph -- or the Section 2 there, starts:

21  "The latest census data..."

22               Do you see that?

23     A.    I do.

24     Q.    Read that to yourself.  I have a couple of

25  questions about that.

TOMMY WILLIAMS                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

173

1      A.   (Witness complies.)  Okay.

2      Q.   Prior to voting on Senate Bill 14, did you

3  look into this issue of whether African-Americans and

4  Latino citizens in Texas disproportionately lacked

5  access to motor vehicles?

6               MS. DONNELLY:  Objection.  Form.

7               You can answer.

8      A.   First of all, I would say that with respect

9  to this entire document that I have before me, I have

10 no idea whether these assertions are true.  This is a

11 viewpoint of an advocacy group.

12             The second thing I would say, is that -- with

13 respect to your specific question, is, that that would

14 have been something that we considered both in

15 committee, in the State Affairs Committee, in the

16 Committee of the Whole, and it would have been the

17 subject of floor debate.

18             So if you're asking me if I considered these

19 things -- I listened carefully to everybody's

20 viewpoint; I may not always agree with it -- but, yes,

21 this would have been something that we would have

22 considered during the process.

23     Q.   (BY MS. RUDD)  Did it concern you, in voting

24 on SB 14, that African-Americans and Latinos might

25 disproportionately lack access to a motor vehicle?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

174

1              MR. KEISTER:  Object to the form.

2              MS. DONNELLY:  Objection.  Form.

3      A.   I voted for the bill.   And I don't believe

4  that there was anything in the bill that has prevented

5  any African-American from being able to obtain an

6  election identification certificate if they needed one

7  to vote, if they didn't already have a driver's

8  license.

9      Q.   (BY MS. RUDD)  Did you do anything -- was

10 there anything in SB 14 that ameliorates the cost to

11 obtaining an EIC for indigents, people who are

12 indigent in Texas?

13     A.   It was free.  If you -- if you didn't have

14 one of the other forms of ID, the document -- the

15 election identification certificate was free.

16     Q.   Okay.  But one of the things we discussed is,

17 you'd have to actually get to a DPS office to get an

18 EIC, right?

19              MR. KEISTER:  Object to the form.

20     A.   I believe that's correct.

21     Q.   (BY MS. RUDD)  And there are people in Texas

22 who don't have cars, right?

23              MS. DONNELLY:  Objection.  Form.

24     A.   I presume there are, yeah.

25     Q.   (BY MS. RUDD)  And there are many people in

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

175

1   Texas who can't afford public transportation, right?

2       A.   There could be.

3       Q.   Did you consider including in SB 14 an

4   exception for -- to the photo identification

5   requirement, for people who are indigent?

6       A.   If it was brought up in -- either in

7   committee -- in the State Affairs Committee or in the

8   Committee of the Whole, in the case of Senate Bill 14;

9   or if it was brought up in the floor debate -- I would

10  have considered it.

11      Q.   And --

12      A.   I don't have a specific recollection as we

13  sit here today, all these years later.

14      Q.   In any event, there is no exception in SB 14

15  for people who are indigent in Texas, correct?

16      A.   I think the election identification

17  certificate is free of charge.   That is the exception.

18      Q.   Sorry.   I misspoke.

19           There's no exception to the photo ID

20  requirement for people who are indigent; is that

21  right?

22      A.   No.   The certificate is free.

23      Q.   Except for all the other costs we've

24  discussed, right?

25           MS. DONNELLY:   Object.   Argumentative.

176

1              MR. KEISTER:  Form.

2        Q.    (BY MS. RUDD)   I understand that the

3  certificate itself isn't free, but we've discussed a

4  number of things that would represent a cost to

5  certain people in Texas, right?

6                  MS. DONNELLY:   Object.   Form.

7  Argumentative.

8        A.    You have discussed them.   You've asserted

9  that.   I've said I'm not sure that what's in this

10  letter -- I'm not accepting this at face value.   I

11  don't know whether it's true or not.   If it was

12  debated in the committee, I would have considered it.

13      Q.    (BY MS. RUDD)   I understand that, which is why

14  I'm not asking you to affirm or deny anything that's

15  contained in this letter.   I'm just using it as a

16  reference point, mostly for me.

17                  But you -- you agreed with me earlier, right,

18  that getting in a car and driving to a DPS office and

19  paying for the gas that goes in that car represents a

20  cost, right?

21                  MR. KEISTER:   Object to the form.

22                  MS. DONNELLY:   Object to the form.

23      A.    Yeah, I believe that I did.   And I think, you

24  know, it's part of the cost of life that we all bear.

25      Q.    (BY MS. RUDD)   And if you have to travel 100

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

177

1  miles to get to a DPS office, that's going to

2  represent a cost to you, correct?

3              MS. DONNELLY:  Object to the form.

4      A.   If you have to travel for what?

5      Q.   (BY MS. RUDD)  To get an EIC.

6      A.   Yeah, that would be something that you'd have

7  to pay for.

8      Q.   And so even though an EIC is itself free,

9  there are certain costs that are implicit in obtaining

10 an EIC, would you agree with me on that?

11             MR. KEISTER:  Object to form.

12             MS. DONNELLY:  Object to form.

13     A.   I'm not sure I would.

14     Q.   (BY MS. RUDD)  Why aren't you sure?

15     A.   Well, because there's a lot of opportunities

16 that people could have; where they could ride with a

17 neighbor, there's free transportation, there's -- they

18 might not be able to walk to get one.  There's a lot

19 of exceptions.  So you're making a pretty broad

20 statement there, so...

21     Q.   Did you talk to anyone in your consideration

22 of SB 14 that felt they weren't going to be able to

23 get an EIC?

24     A.   Yes, I'm sure that we did.  I don't have a

25 specific recollection.  But there was -- no doubt,

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

178

1  somebody testified in committee about it.  But I don't

2  have a specific recollection of it.  I suspect that

3  there probably was.

4          I do recall that there was a young woman who

5  testified in the federal district court in Washington,

6  D.C. that she couldn't get an EIC, or any other form

7  of identification, but she was able to obtain an

8  airline ticket and get on the airplane.  If she had

9  done that, she would have had what was necessary to

10 vote.  That's my recollection.

11     Q.   Are you aware that there are ways you can get

12 onto an airplane without a form of photo

13 identification, by answering questions at the airport?

14     A.   I am aware of that.

15     Q.   If you'll turn with me to page 8 of Exhibit

16 12, I only have one more thing to ask you about on

17 this exhibit, and then we'll be done.

18          If you'll look at the bottom of page 8, the

19 paragraph under that Section 3, starting, "Not only do

20 Texas's minority citizens..."

21          Do you see that?

22     A.   Uh-huh.

23     Q.   If you could read that paragraph, that would

24 be great.  I just have two questions.

25     A.   (Witness complies.)  Okay.

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

179

1     Q.   Do you recall testimony during your

2  consideration of SB 14 that certain minority citizens

3  in Texas, including specifically the Latino community

4  in Texas, would have to travel proportionately greater

5  distances to get to DPS offices?

6     A.   I don't have a specific recollection.   It may

7  have been part of the debate.   I'm -- I'm sure that it

8  probably was, but I don't have a specific

9  recollection.

10    Q.   Did you do anything, or anyone in your

11 office, do anything to independently research or

12 investigate that claim?

13    A.   Once again, the committee process and the

14 whole debate is where we consider the effects of

15 legislation, and that's what I did.

16    Q.   Okay.   And I understand that.

17         I'm just asking if you took any additional

18 steps to go out and satisfy yourself about what access

19 certain communities in the --

20    A.   I can't recall.

21    Q.   Okay.   And was it concerning to you, when you

22 were voting on SB 14, that the Latino population in

23 Texas might live disproportionately further from DPS

24 offices?

25              MR. KEISTER:   Object to form.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

180

1              MS. DONNELLY:  Object to form.

2     A.   I am not sure that it was something that I

3  was worried about when I voted for it.  I think my

4  concerns had been satisfied.

5     Q.   (BY MS. RUDD)  One of the things that the

6  minor -- or the Democratic opposition, I should say,

7  was pretty vocal about, in the debates about Senate

8  Bill 14, is that there was really no significant

9  in-person voter fraud in Texas, right?

10    A.   I'm not sure.  They may have asserted that,

11 but I'm not sure that I agree that that's true.

12    Q.   I understand that.  I just -- my only point

13 is that that was part of what opposition was lodged

14 against this legislation, is that it didn't -- there

15 was no real in-person voter fraud to combat.

16         Do you recall that?

17    A.   Well, you know, once again, what I would say

18 is that voter fraud is very difficult to detect if you

19 don't require an ID when someone votes.  How are you

20 going to know if they're committing fraud if you don't

21 ask them for an ID?  So it's very difficult to detect

22 unless you require some form of identification.

23         Now, it's -- I have a lot of anecdotal

24 evidence that it happens.  My grandfather voted for 62

25 years in the Democratic primary after he died.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

181

1    Q.    And I've certainly seen that testimony both

2   from you and in the Senate Journal, and I appreciate

3   that.

4          Most of the evidence that was presented on

5   in-person voter fraud during the debate on SB 14 was

6   that type of anecdotal evidence; isn't that right?

7               MS. DONNELLY:   Objection.   Form.

8    A.    The -- it's difficult if you don't require --

9   clearly, he had been dead since my mother was two; and

10  clearly, he had been voting.   And my grandmother tried

11  to get him taken off the voter rolls, and the

12  Democratic people in Harrison County who ran the

13  courthouse said, "No, he voted in the last election,

14  he's not dead."

15   Q.    (BY MS. RUDD)   And I appreciate the anecdote,

16  but what my question was, is:   Most of the evidence

17  that you considered in the debates about SB 14 was

18  that type of anecdotal evidence of in-person voter

19  fraud, correct?

20   A.    Some was, some was not.

21   Q.    Can you tell me what kinds of statistical

22  evidence you had of in-person voter fraud in Texas at

23  the time you were debating SB 14, if any.

24   A.    I can't recall.   I mean, I can recall other

25  instances, like, in Harris County, where we had 23

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

182

1    people that were voting at an address that was an

2    apartment building that had been razed; and so they

3    voted pretty consistently for a number of years, and

4    there was no residence at the address.

5              So I don't know if you consider that

6    statistical evidence or not, but there hadn't been a

7    house there while they were voting, there hadn't been

8    an apartment building.  Somebody was voting from that

9    address, and it looks like fraud to me.

10      Q.    There are 13 million, approximately,

11   registered voters in Texas, correct?

12      A.    I have no idea.

13      Q.    I think that that's something -- that's a

14   statement you made on the record in the debates of

15   SB 14.

16      A.    I wouldn't dispute it, then.

17      Q.    Would you say that 23 people out of 13

18   million is a statistically significant number?

19              MS. DONNELLY:   Objection.   Form.

20      A.    What I would say is that there are a number

21   of elections.   I think of Vicki Truitt's election

22   in -- up in the Dallas area and she won by 15 or 20

23   votes in one of her election cycles.

24              So it really is not appropriate to

25   statistically analyze it on the basis of how many

183

1  total voters there are and what the percentage is.

2  The effect on the outcome of a particular election

3  depends on how close the election is, not how much

4  voter fraud is committed.  Any amount of voter fraud

5  is too much, in my mind.

6      Q.   (BY MS. RUDD)  Okay.  So if -- I think your

7  testimony is that one in-person vote that's fraudulent

8  is one fraudulent vote too many?

9      A.   I think that's correct.  We can't stop it

10  all, but we've got to do the best that we can.

11      Q.   And the statistical evidence of voter fraud

12  in Texas is less important to you than this notion

13  that a particular vote or number, handful of votes,

14  could swing an election?

15          MS. DONNELLY:  Objection.  Form.

16      A.   I don't think you understand what I'm saying.

17  What I'm saying is, that it's not appropriate

18  statistical analysis to look at it for the entire

19  state.  You have to look at it and how it would affect

20  the outcome of a particular election, not just a

21  statewide election, but an election for county

22  commissioner, an election for precinct judge, an

23  election for, you know, state representative.

24          I mean, and it -- you know, but you can't

25  say, "Oh, well, it's just a percentage of the 23 or 25

1  million or 13 million," or whatever it might be.

2  That's not an appropriate statistical analysis.  It's

3  irrelevant.

4      Q.    Are you aware of any election in Texas that

5  has been decided by fraudulent -- in-person fraudulent

6  votes?

7              MS. DONNELLY:   Objection.   Form.

8              Go ahead.

9      A.    I think that it would be very difficult to

10  prove that since, until recently, we didn't require

11  voter ID.   How would you prove that that was the case?

12     Q.    (BY MS. RUDD)   So the answer to my question --

13  let me just ask it again.

14            Are you, as you sit here today, aware of any

15  election in the history of Texas that has been swung

16  by in-person fraudulent votes?

17              MR. KEISTER:   Object to the form.

18              MS. DONNELLY:   Object to the form.

19     A.    Many would assert that Lyndon Johnson was

20  elected by fraudulent votes, so...

21     Q.    (BY MS. RUDD)   I've read those books.

22            But you're not specifically aware --

23     A.    He knows of some, I'll bet you, up in Lufkin.

24  He grew up behind the pine curtain.   He's seen voter

25  fraud, I guarantee you.

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

185

1          MR. BRAZIL:   Curtain.   I haven't heard

2 that before.

3     Q.   (BY MS. RUDD)   As you sit here today, are you

4 personally aware of any election in Texas that's been

5 swung by --

6     A.   Yes.

7     Q.   -- in-person fraudulent votes?

8     A.   Yes.

9     Q.   In-person fraudulent votes?

10    A.   Yeah.

11    Q.   What election was that?

12    A.   It was an election for road utility district

13 members in my home county of Montgomery County.

14    Q.   When was that election?

15    A.   Could have been 2010 or 2012, I'm not sure.

16 People showed up and represented that they lived in

17 the district.   They didn't.

18          The vote was -- the election was overturned

19 by a state district judge.   And then, later, two of

20 the people were sentenced to three years in prison and

21 a $10,000 fine each, is my recollection.   There were

22 some other people that got probation or something,

23 too.

24    Q.   As a result of that incident, did the

25 election get decided in the opposite direction?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

186

1    A.   Yes, it did.

2    Q.   Okay.  And other than that, are you aware of

3 any other incidences where an election in the state of

4 Texas was decided by in-person fraudulent votes?

5    A.   Not that I can recall, off the top of my

6 head.

7    Q.   Would you agree with me that absentee ballot

8 fraud is a problem in Texas?

9    A.   I don't know whether it is or not.

10   Q.   Do you recall hearing testimony during your

11 debate of SB 14 about absentee ballot fraud?

12   A.   Yes.

13   Q.   Do you recall hearing that absentee ballot

14 fraud happens in a statistically more significant way

15 than in-person voter fraud in Texas?

16   A.   Some people have asserted that.  It's a

17 separate problem from in-person voter fraud, and so

18 there are two different problems.

19   Q.   During your tenure as a senator, did you or

20 any other senator take up the issue, or proposed

21 legislation, to deal with the issue of absentee ballot

22 fraud?

23   A.   I did not.  I don't know whether someone else

24 might have or not.  I don't have a recollection.

25   Q.   I just have one follow-up question and then

1    I'm done.   And it's hopefully an easy one.

2             When we were talking about the 2009 rule

3    change that you laid out as part of the Senate rules

4    at the beginning of that session, one of the things I

5    asked you about was your research about prior rule

6    changes that were similar to that proposed rule

7    change.

8             Do you recall that conversation?

9        A.    Uh-huh.

10       Q.    Okay.   Good.   We're not so far removed from

11   the beginning of the day.

12            Did you retain any research that you did in

13   connection with that proposed rule change?

14       A.    Not personally, I didn't.   And I don't know

15   whether my office did or not.

16       Q.    Is that -- is that something you've looked

17   for in connection either with --

18       A.    It's what -- my staff would have looked for

19   it, but I wouldn't have personally looked for it.   I

20   know I don't have it.

21       Q.    Did you have sort of a written body of

22   research at some point about historical rule changes

23   when you were doing that research?   Was any of it

24   written?

25       A.    Some of it may have been, yeah.

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                              188

1      Q.   And if it existed in your offices, it would

2  have been produced in connection with this litigation;

3  is that right?

4      A.   Yeah.

5               MS. RUDD:  Okay.  No further questions.

6               MS. DONNELLY:  Want to take a quick

7  break?

8               THE WITNESS:  Sure.

9               (Break.)

10              (Ms. Rudd exits the deposition room.)

11                   E X A M I N A T I O N

12  BY MR. BRAZIL:

13     Q.   I'm going to jump around, so if I lose you,

14  just say so.  Okay?

15     A.   (Nods head.)

16     Q.   I'll try not to replow the same ground.

17          If I understand your previous testimony

18  regarding the DPS and the budget issue, there was no

19  specific allocation of extra funds to DPS to enable

20  them to handle any additional job duties or

21  responsibilities because of SB 14; is that correct?

22     A.   I didn't say that.

23     Q.   Okay.  Was there any budgetary request or any

24  budgetary issues with regard to SB 14 with regard to

25  DPS?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

189

1    A.   I think what I asked, what I testified to,

2  was that the Department of Public Safety -- that I

3  specifically asked them what did they need to be able

4  to streamline the whole process of issuing driver's

5  licenses, and thereby, also, the EINs [sic]; but to

6  get their whole operation where we didn't have this

7  backlog of people who were standing in line for hours

8  to get their license or election identification

9  certificate after the law passed.   So we gave them the

10 money that they needed.

11    Q.   But there was no specific amount just for the

12 EIC or the --

13    A.   I didn't say that.   I just said I can't

14 recall what it was, so...

15    Q.   There may have been from DPS, you just don't

16 recall?

17    A.   That's what I said.

18    Q.   Okay.   What about the Secretary of State?

19 Was any additional money budgeted for the Secretary of

20 State for the implementation of SB 14?

21    A.   I don't recall.   I think what I testified to

22 earlier was that -- that I believe there was

23 unexpended funds available in their existing budget

24 that were going to be used, and I -- I don't recall if

25 there was an additional amount of money that was

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

190

1    necessary.   Without going back and reviewing the

2    budget, I just -- I just don't recall.

3        Q.    Did the Secretary of State indicate to you or

4    to your office how much money was necessary for the

5    educational aspect of implementing SB 14?

6        A.    They may have, but I don't recall it.   If

7    there's something in the record to that effect, I

8    mean, whatever that says I'm sure is correct.   But,

9    you know, it's been a long time, and I just don't have

10   a specific recollection.

11            I do know that we talked to the Secretary of

12   State and the Department of Public Safety to make sure

13   they'd have adequate resources to implement the

14   provisions of Senate Bill 14, and I was assured that,

15   of both, what they needed.   And then also, you know,

16   there were a number of us on the Finance Committee

17   making sure they had those resources available to

18   them.

19       Q.    Do you recall whether or not the Secretary of

20   State's office indicated to you whether or not the

21   educational aspect would be handled by the Secretary

22   of State's office or whether they would contract that

23   out to a third party?

24       A.    I don't know.

25       Q.    Was that left up to the Secretary of State's

1  office or to their discretion?

2      A.    I don't recall a provision in the bill that

3  said that they had to contract it out or they didn't.

4      Q.    So it was left to their discretion, I assume?

5      A.    I said I don't recall.

6      Q.    You don't recall one way or the other?

7      A.    That's what I said.

8      Q.    Did you ever ask for information from the

9  Secretary of State, or any other agency, to determine

10 how many eligible voters in Texas did or did not have

11 one of the photo identification documents under SB 14?

12     A.    Would you repeat the question?

13     Q.    Sure.   Did you ever request from the

14 Secretary of State's office or from the DPS, or any

15 other agency, information to determine how many

16 eligible Texas voters did or did not have photo

17 identification documents?

18     A.    I don't recall that I asked that.   That

19 doesn't mean that it didn't get asked.   And so I know

20 it was one of the things that was considered.   And of

21 course, how could they respond to the things I do

22 remember they asked, DPS and Secretary of State?

23          When I said, "What do you need to be able to

24 implement the provisions of these bills," I'm sure

25 there were a number of us who were willing to make

192

1  sure they had the resources they needed, so they would

2  have had to have done an analysis.  Now, I don't have

3  a specific recollection of it.

4      Q.    Okay.  I think -- I think I understand your

5  answer.  You --

6      A.    I mean, it wouldn't have been typical for me

7  to analyze it.  We would ask the agency, or elected or

8  appointed official, that they do the analysis and tell

9  us.  We don't run the agency, they do.

10      Q.    I understand that.  Do you recall -- let me

11  ask it a different way.

12           Do you recall whether or not your office or

13  your committee ever received any information from the

14  DPS or the Secretary of State's office on how many

15  people may not have -- how many eligible voters in

16  Texas may not have one of the photo identification

17  documents under SB 14?

18      A.    We may have received that information.  I

19  don't know, as I sit here today.  If we had it in our

20  files, it would have been produced.  That -- just

21  because it's not in the files doesn't mean that we

22  never had it.  We might have had it at some point.

23      Q.    The issue of fingerprints --

24      A.    It probably would have been the Secretary of

25  State who did it, not the DPS.

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

193

1      Q.    Okay.

2      A.    Because all your voter registration

3  information is over at the Secretary of State's

4  office.

5      Q.    Do you recall what databases the DPS

6  maintained at that time and what databases the

7  Secretary of State maintained at that time?

8      A.    No, not specifically.

9      Q.    Do you know whether or not those two were

10  ever matched by those agencies to determine any

11  information that would be --

12     A.    I don't have a specific recollection.  Like I

13  said, I think they would have analyzed that, and it

14  very well could have been a part of it, but I don't

15  have a specific recollection.

16     Q.    At some point the DPS was taking fingerprints

17  from individuals who were applying for an EIC, are you

18  aware of that?

19     A.    No.

20     Q.    You're not aware of that one way or the

21  other?

22     A.    Huh-uh.

23     Q.    Okay.  Do you know whether or not they

24  continue, today, to request --

25     A.    I don't know.

TOMMY WILLIAMS                                        7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

194

1      Q.    -- fingerprints for someone applying for an

2  EIC?

3      A.    I have no idea.

4      Q.    How was it determined, whether it's in your

5  office or your committee, or just by you, how was it

6  determined what duties would be given to the Secretary

7  of State and what duties would be given to, say, the

8  DPS, with regard to Senate Bill 14?   How was that

9  determined?

10      A.    Can you be more specific?

11      Q.    Sure.   The Secretary of State's office

12  historically has been in charge of elections, keeping

13  the databases, the information.

14            Why not -- for example, why not just give

15  them the authority and the responsibility of SB 14 --

16  whether it be identification documents, whether it be

17  photo identification, EICs, et cetera -- versus giving

18  some of those authority -- or some of that authority

19  to the DPS?

20      A.    I'd have to look at the bill.   If we have a

21  copy of the bill, I could -- I'd have to look at it

22  and see what the bill says.   But I think the bill

23  requires the department to issue the election

24  identification certificates.

25      Q.    And that's my question, why the DPS versus

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

195

1   the Secretary of State, or the individual counties,

2   where you get your voter registration certificate

3   from?

4       A.   I don't recall how it was determined.

5       Q.   Do you ever recall that being debated;

6   meaning, the division of duties or responsibilities?

7       A.   You'd have to look at the record.  I'm sure

8   somebody's testified to that before, with all the

9   stuff that's been done here, so -- but I don't have a

10  specific recollection about it.

11      Q.   For example, we know that more than 50

12  counties in Texas do not have a DPS office.  Just

13  assume with me that's correct, at least 50 or more do

14  not have a DPS office.

15           With that in mind, why not give the

16  responsibilities to each county for issuing the

17  identification -- whether it be photo identification,

18  registration, EICs -- versus give it to the DPS who

19  don't have offices in all 200 counties?

20      A.   Did you ask Senator Fraser that?

21      Q.   Did I?

22      A.   (Nods head.)

23      Q.   No.

24      A.   That's who you need to ask.

25      Q.   I wasn't at his deposition.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

196

1    A.    Okay.  Let me know what you find out.

2    Q.    Okay.  So your answer is, you don't know?

3    A.    That's what I've been telling you.

4    Q.    Do you recall any debate regarding that

5  issue, whether or not --

6    A.    It may have been debated.  I mean, I'd have

7  to refer you to the record.  I don't have -- as I'm

8  sitting here today, all these many years later, I

9  couldn't tell you whether it was debated or not.

10    Q.    Do you have an opinion as to why the

11  individual counties were not given that

12  responsibility --

13    A.    I do not.

14    Q.    -- versus DPS?

15    A.    No.

16    Q.    Was there ever any discussion regarding the

17  budget or budgetary issues with regard to giving the

18  counties that responsibility versus DPS, whether it

19  cost more or less?

20    A.    You know, as I told you, I don't have a

21  specific recollection.  But what I would say is that

22  in 2011, 2009, and 2007, there had been a tremendous

23  pushback from the counties about the State giving them

24  unfunded mandates and requiring them to do things and

25  not giving them the money to do it.

197

1    And so, that probably would have been one of

2  the reasons that, you know, you would have used a

3  state agency who said, "We can do this, and it's not

4  going to cost you any more money than you've already

5  got to spend," versus giving it to the counties who

6  probably didn't have that photographic equipment,

7  so -- but I don't have a specific recollection.

8    Now, there's always a big pushback about

9  everything that we require counties to do at the state

10  level, you know, that we're making an unfunded

11  mandate.  We require them to do this, and they -- and

12  we don't give them the money.

13    Q.   Was there any pushback on your idea of the

14  vote and smile campaign?

15    A.   You know, I don't know if that bill was ever

16  considered or even filed.  It was a Constitutional

17  amendment, so it would have been in the form of a

18  resolution.  Honestly, I don't remember.

19    Do you know?  Have you looked at the record?

20    Q.   Yes.

21    A.   And what is it?  Did I file a bill?  Did I

22  file a resolution?

23    Q.   You filed a resolution, my memory is.  I may

24  be wrong on that.

25    A.   Okay.

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

198

1     Q.    I'll publicly state I may be wrong, but you

2 had a resolution in that regard.

3           Did any of your fellow senators have any

4 pushback, or anybody in the House, say, "Wait a

5 minute, Senator, if you introduce that, it's going to

6 cost the counties X dollars or we're going to have to

7 have all these cameras at polling places"?

8           Do you recall any pushback on that?

9     A.    I don't recall -- I don't recall that we ever

10 had a hearing on the bill.

11    Q.    Do you recall any complaints, whether you had

12 a hearing or not, from just people that said no?

13    A.    I couldn't have told you whether I even filed

14 the bill or not.  I know that we talked about it.

15    Q.    Do you know how you came up with the idea to

16 take someone's photograph if they didn't have proper

17 identification?

18    A.    It was suggested to me by somebody, so I

19 just -- you know, most good legislative ideas don't

20 come from legislators, they're things that other

21 people bring to you.

22    Q.    Do you know whether or not any other state

23 used that form of voting and that's where you got the

24 idea?

25    A.    No.

TOMMY WILLIAMS                                                        7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

199

1     Q.    Was the idea of putting cameras -- giving the

2   cameras to the individual counties, ever debated or

3   discussed?

4               MS. DONNELLY:   Sorry, what counties?

5   What do you mean?

6     A.    What are we talking about here?

7               MS. DONNELLY:   Objection.   Form.

8     Q.    (BY MR. BRAZIL)   Giving the counties cameras

9   like were given to the DPS, or used by the DPS, in

10  their mobile units to issue EICs, or to issue the

11  photo identification documents, was that ever

12  discussed?

13    A.    I'm confused, because now you're mixing the

14  Department of Public Safety and the counties.   I'm not

15  sure.   I think what -- I don't remember.   As I told

16  you, I don't even recall whether I actually filed a

17  resolution or not.   I'm taking your word that I did.

18  The specific -- there was no enabling legislation that

19  I recall that was filed with that.   I mean, the answer

20  is, I don't know.

21    Q.    I understand that.

22            But I'm asking now, if we take the camera

23  idea, and rather than have the cameras in the mobile

24  units to the DPS, if you just gave those to the

25  individual counties, all 254, and put them in charge

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

200

1  of issuing the identification, was that ever discussed

2  or debated, to your memory?

3       A.   I don't know.  I mean, honestly, I don't

4  know.

5       Q.   Was -- was the issue of the cost of that ever

6  discussed?

7       A.   I don't know.

8       Q.   Was there any pushback from the counties,

9  "Don't give us that job, don't give us that duty or

10 responsibility"?

11      A.   I have no idea.

12      Q.   You don't recall one way or the other?

13      A.   No.

14      Q.   Was there ever an issue of what people would

15 do, how they would vote if their driver's license was

16 confiscated by local law enforcement?

17      A.   There may have been.  I don't recall.

18      Q.   Do you recall any other senator bringing up

19 an issue of how many were being confiscated every year

20 by local law enforcement agencies?

21      A.   I'd refer you to the record.  And whatever

22 the record says, I'm sure that's correct.

23      Q.   We've had several elections since SB 14 went

24 into effect, have we not?

25      A.   I think that's right.  Yeah.

TOMMY WILLIAMS                                                           7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

201

1      Q.    Has there been any report of people faking

2  their photo identification in order to vote?

3      A.    You know, I'd answer it this way:   I haven't

4  had a single complaint about Senate Bill 14 since the

5  bill was passed.

6            I don't know whether there have been any

7  reports of people who were trying to vote or if they

8  were just kept away by the knowledge that they would

9  have to produce an ID, but I am unaware of a single

10  person in the entire state of Texas who was denied the

11  right to vote because of Senate Bill 14.   I'm not

12  saying it doesn't exist, but if it does, I am

13  completely unaware of it.

14      Q.    Are you aware of anybody trying to vote with

15  a fake ID since Senate Bill 14 was implemented?

16      A.    I don't know how I would know that.

17      Q.    Did you believe there was a lot of support

18  for SB 14, a lot of public support?

19      A.    There was a lot of bipartisan support for it

20  in the public.   Not in the legislature.

21      Q.    That brings up my next question.

22            If there was so much support for it, without

23  getting into the semantics with you about rule

24  changes, then why not just let the legislation come up

25  in its normal course and work its way through the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

202

1   process, work its way through Austin, versus change

2   the rules?

3            MR. KEISTER:   Object to form.

4       A.   I think that there's an extensive record

5   about my feelings on that subject, that it was reduced

6   to writing in the Senate Journal during the six-and-a-

7   half-hour debate on the rule change; and respectfully,

8   I would refer you to that.   And I think that

9   completely covers my thoughts about that.   I don't

10  have anything beyond what I said publicly, to say

11  about that.

12           Have you read it?

13      Q.   (BY MR. BRAZIL)   Yes.

14      A.   Okay.   So you know how I feel, then.   It's a

15  rhetorical question you're asking.

16      Q.   Well, no.   I still have to take your

17  deposition, I still have to get --

18      A.   Yeah.

19      Q.   -- your testimony.

20      A.   I refer you back to my previous testimony

21  when I was deposed, to my testimony on the witness

22  stand in the D.C. Court of Appeals and to my -- you

23  know, to the debate we had.   There's some extensive

24  public record about this.   I don't have anything to

25  say beyond that.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

203

1      Q.    But what you did not say in that testimony

2   was a specific answer to my question, which is -- I

3   don't want to get into semantics of a rule change.

4          I just want to know, from your standpoint,

5   your opinion, as to why you did not let this bill just

6   work its way through the normal legislative process as

7   it had in previous sessions and as thousands of other

8   bills had in previous sessions?

9              MS. DONNELLY:   Objection.   Form.

10             You can answer.

11             MR. KEISTER:   Object.   Form.

12     A.    And what I would say to you is that you

13  overlooked that in the testimony, because it was

14  discussed extensively in my testimony, and I would

15  respectfully refer you back to that.

16     Q.    (BY MR. BRAZIL)   You can't give me a

17  two-minute summary?

18     A.    I'm not going to, no.   I would just refer you

19  back to the testimony that I gave previously, and I

20  stand by that.

21     Q.    Okay.   And this is the testimony you gave --

22     A.    In the floor debate.   This was debated

23  extensively on the floor.   I can't believe that you

24  read the transcript of the floor debate and you don't

25  know the answer to that question.

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

204

1      Q.    Well, whether or not I know the answer is a

2   different issue than what we're here about today.   If

3   you're not going to answer my question, just say "I'm

4   not going to answer it," and I'll move on.

5      A.    I'm referring you back to my floor debate and

6   to the testimony that I've given in depositions and in

7   courts, and I'm respectfully telling you that's really

8   all there is to it.   And I think there was a

9   six-and-a-half-hour debate on that very topic on the

10  floor of the Senate that was reduced to writing and

11  put in the Senate Journal.   That's all I have to say

12  about it.

13     Q.    So we can take that testimony and use it in

14  this trial and you would have no problem --

15     A.    Of course you could.

16     Q.    -- with that?

17     A.    Of course you could.   It's out there.   It's

18  part of the public record.

19     Q.    Well, what do you think the lawyers for the

20  State's position would be on that?

21          MS. DONNELLY:   Objection.   Form.

22     A.    I don't have any idea.

23     Q.    (BY MR. BRAZIL)   Do you know whether or not

24  you have to show proof of citizenship to obtain a

25  Texas concealed handgun license?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

205

1     A.    I'm not positive.   I think that you would

2  have to show proof that you were in the country

3  legally, but I don't think you'd have to show proof of

4  citizenship.

5     Q.    Do you --

6     A.    But I don't know that definitely.

7     Q.    Do you know whether or not you have to be a

8  Texas resident to hold a Texas concealed handgun

9  license?

10    A.    I'm not sure.

11    Q.    Do you know whether or not you have to be a

12 United States citizen to hold a United States Military

13 identification card?

14    A.    I don't have a specific knowledge of that,

15 but there are noncitizens who serve in our military;

16 and I would presume, based on that knowledge, that you

17 wouldn't have to be a citizen.

18          What I would say is that if you're going to

19 vote, you have to be registered to vote and have one

20 of those IDs.   So, I mean, that was -- it was part of

21 what we were looking for.

22          So, it doesn't mean you'd be able to vote.

23 It just means that we would know who you were.   You

24 couldn't just take the military ID and go vote.   You'd

25 have to also be registered to vote, on the rolls, to

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

206

1   vote.

2       Q.    Do you know whether or not everyone who

3   holds -- currently holds a Texas driver's license has

4   shown proof of U.S. citizenship?

5       A.    What I know is that they have either shown it

6   previously or they will be required to show it when

7   their license is renewed, and so that's a process that

8   would take a few years, because I think your license

9   is good for about six years, so...

10      Q.    Do you know how many people currently hold a

11  Texas driver's license who have not shown proof of

12  U.S. citizenship?

13      A.    You could get that from DPS, but I don't know

14  that number.

15            MR. BRAZIL:  I'll pass the witness.

16            MS. MARANZANO:  Can we go off the record

17  for a second?

18            (Off the record.)

19            (Mr. Brazil exits the deposition room.)

20              E X A M I N A T I O N

21  BY MS. MARANZANO:

22      Q.    Good afternoon, Senator Williams.  I'm

23  Jennifer Maranzano.  I'm representing the United

24  States.

25      A.    Okay.  So you're with the U.S. Attorney's

207

1  Office?

2      Q.    I'm with the Department of Justice.

3      A.    Department of Justice.  Okay.

4      Q.    Yes.  Exactly.

5              MS. MARANZANO:  Can I have this marked,

6  please.

7              (Williams Exhibit 13 marked/introduced.)

8      Q.    (BY MS. MARANZANO)  Senator, I'm showing you

9  what was marked as Exhibit 13.

10             Can you take a look at this and tell me if you

11 recognize it.

12     A.    This looks like a state auditor's office

13 report for November of 2007 on the voter registration

14 system at the Texas Secretary of State's office.

15     Q.    Did you serve on the Legislative Audit

16 Committee?

17     A.    I did.  I would have been on the committee at

18 that point.

19     Q.    You would have been?

20     A.    I think so, yeah.

21     Q.    How did this audit arise?

22     A.    I think -- I don't recall.  They do -- they

23 routinely go through and audit state agencies.  So I

24 have no idea whether this was a special -- it wasn't a

25 request that I made.  I can't tell you that it wasn't

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

208

1   a special request, and I can't tell you that it wasn't

2   just part of the routine work that was done, so I

3   don't know.

4        Q.   Okay.  Do you recall what the purpose of this

5   audit was?

6        A.   No.  I mean, it's probably in the report.

7        Q.   Can you look at page Roman Numeral IV at the

8   bottom?

9        A.   Okay.

10       Q.   And do you see that part of the purpose was

11  to determine whether the records in the statewide

12  voter registration database were accurate in

13  accordance with the Help America Vote Act?

14       A.   Yeah, I see that.

15       Q.   What -- what is TEAM?

16       A.   What is what?

17       Q.   TEAM.  Do you see that TEAM is referenced on

18  this page, T-E-A-M, in all capital letters?

19       A.   I see it, but I don't know.  I guess it's

20  defined in here.

21       Q.   What -- does it sound correct if I told you

22  that that is the Texas Election Administration

23  Management System?

24       A.   Yeah, it could be.

25       Q.   And is it your understanding that TEAM is the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

209

1  system in which registered voters' records are stored?

2     A.   You know, I don't have a recollection of it.

3  If that's what it says in this report, I'm sure it's

4  true.

5     Q.   Okay.  Did the auditor find that TEAM may

6  have included potentially ineligible voters?

7     A.   I don't know what the findings of this audit

8  were.  I don't recall.

9     Q.   Do you want to take a moment and look at the

10  report?

11     A.   I can.

12             MS. DONNELLY:  The whole thing?

13             THE WITNESS:  Are we on the clock while

14  I'm looking at it?

15             THE REPORTER:  (Nods head.)

16             THE WITNESS:  Okay.  I'll read it very

17  carefully.

18     Q.   (BY MS. MARANZANO)  Actually, before you take

19  too much time reading it, let me ask you this:  Do you

20  remember, as you sit here today, if the legislature

21  took any steps to address the findings in this report?

22     A.   I do not.

23     Q.   You have no recollection?

24     A.   I have none, no.

25     Q.   Okay.  All right.  Then you can go ahead and

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

210

1    put this document aside.

2              I'd like to ask you some questions about the

3    2009 rules debate.

4              Can you -- can you find Exhibit 6 in that

5    pile for me?

6        A.    Maybe.   Okay.   I have the document that's

7    marked as Exhibit 6 in front of me.

8        Q.    Okay.   Terrific.

9              And do you recall you earlier, I believe,

10   referenced that this is from the Senate Journal

11   when -- when the Senate was debating the rules

12   resolution in 2009; is that correct?

13       A.    It would appear that's what it is.

14       Q.    Can you turn to page A-75, which is towards

15   the end.   And do you see that you have a statement

16   that starts on A-74 and continues on to A-75?

17       A.    I do.

18       Q.    In -- in your statement on page A-75, about

19   halfway through, there's a sentence that reads:   "In

20   recent times majority vote rules have been invoked in

21   regular and special sessions under Democrats' State

22   Senate majorities in 1971, 1972, 1973, 1975, 1977,

23   1978, 1981, 1984, 1985, 1986, 1987, 1989, 1990, and

24   1992.   And a majority vote requirement was invoked

25   under a Republican majority in the 2003, third-called

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

211

1   special session..."

2            Did I read that correctly?

3       A.   Yes.   It reflects what's in the Journal.

4       Q.   Now, on the even-numbered years that you

5   reference in this -- in this remark, were those

6   special sessions?

7       A.   Probably would have been, yeah.

8       Q.   And in special sessions, what -- what rules

9   are applied?

10      A.   Well, it depends on what rules are adopted

11  for the special session.

12      Q.   So rules are adopted independently for

13  special sessions than from regular sessions?

14      A.   Not always.

15      Q.   Sometimes, in special sessions, are they

16  carried over from regular session?

17      A.   Sometimes they are, sometimes they are not.

18      Q.   Okay.   And in special sessions, you would --

19  the legislature's addressing a limited number of

20  subjects; is that correct?

21      A.   Whatever the governor puts on the call are

22  the only things that the legislature can debate during

23  a special session.

24      Q.   Okay.   So do you have special orders arise

25  during special sessions?

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

212

1     A.     You know, I -- not during my time in the

2  Senate.   I can't tell you definitively that there

3  never were any special orders during a special

4  session.   I just don't know that as we sit here today.

5     Q.     Okay.

6     A.     But during my roughly 11 years -- 10 years --

7  10-plus years, I can't -- I don't recall that there

8  were special orders used in a special session.

9     Q.     Do you recall the legislation for each of

10  these sessions, the legislation that was -- that was

11  passed by special order?

12     A.     I'm not sure what you're asking me.

13     Q.     Well, you -- the record states that in recent

14  times, majority vote rules have been invoked in these

15  sessions, and I'm asking you if you recall for what

16  issue in each of these sessions the majority vote rule

17  was --

18     A.     But that's not the way you asked it.   And so

19  what I would say is, it says majority vote rules have

20  been invoked.   It doesn't mean that it was a special

21  order.   That's what you asserted.   It could have just

22  been in the regular order of business, and it would

23  have only required a simple majority.

24     Q.     Okay.   Fair point.

25          So do you recall -- let me ask you this:   You

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

213

1   were comparing these sessions to the rule that you

2   were introducing; is that correct?   In 2009?

3        A.   I was giving a historical perspective for the

4   body.   I don't recall every piece of legislation.

5             What I do recall is that there was some

6   fairly major legislation.   My recollection is that

7   the -- the Peveto tax bill, which is -- was a major

8   overhaul of the property tax system, was passed in the

9   regular order of business.   That is still, more or

10  less, the system that we operate under today, and it

11  was probably the biggest single tax reform bill in the

12  20th Century for state government.

13            There was a workers' comp bill that was

14  passed in the regular order of business.

15            Those are the only two I recall.   There were

16  several -- you know, there were a lot of others, you

17  know, we -- I was surprised, frankly, when we went

18  through and looked at this, how many times this had

19  actually happened.

20       Q.   I believe, in the record, you also refer to a

21  redistricting bill in 1981.

22            Do you recall that?

23       A.   Could have been, yeah, but I don't have a

24  specific recollection.   I know that redistricting

25  bills under Democrats and Republicans had been passed

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

214

1   in the regular order of business.   That's different

2   than a special order.

3       Q.   Were any of the bills that you looked at or

4   any of these sessions that you refer to, was there an

5   exception written into the rules for a special order

6   similar to the one that you were proposing in 2009?

7       A.   I can't tell you.   I know that special orders

8   have been used before, but I can't tell you definitely

9   that there was or was not, as we sit here today.

10      Q.   What -- when you were conducting the research

11  that led you to this conclusion about these

12  legislative sessions, what sources did you look at?

13      A.   Well, they would have been multiple sources.

14  I had someone do the research for me.   I didn't

15  conduct it myself.   And it was -- it would have been

16  newspaper accounts and Journals.

17      Q.   Newspaper accounts and Senate Journals?

18      A.   Senate Journals, correct.

19      Q.   Did you talk to any -- any other senators --

20      A.   No.

21      Q.   -- who had served in any of these sessions?

22      A.   Huh-uh.

23      Q.   Did you talk to any other administrative --

24  state officials who may have been presiding during

25  these sessions?

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

215

1      A.    No.

2      Q.    Now, you mentioned -- Peveto?

3      A.    Peveto.

4      Q.    -- Peveto and a workers' comp issue.    And I
5   believe you said, for Peveto, it was passed as a
6   regular order of business; is that correct?

7      A.    It could have been a regular or special
8   order.  I'm not sure.  I think it was in the regular
9   order of business, but I'm not positive.

10     Q.    And do you recall whether the workers' comp
11  issue was passed in the regular order of business?

12     A.    I think it was in the regular order of
13  business.

14     Q.    In your mind, is that -- is passing a bill in
15  the regular order of business different than accepting
16  that rule from a special order?

17     A.    When you have a special order rule, the
18  regular order of business becomes whatever the subject
19  of that special order is.

20     Q.    So the effect is similar?

21     A.    It becomes a part of the regular order of
22  business.

23     Q.    Okay.  Okay.  And you don't recall, as you
24  sit here today, whether in any of these legislative
25  sessions there was an exception written into the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

216

1  Senate rules that an issue could be taken up as a

2  special order by a majority vote?

3      A.    No, there were -- there was one other example

4  of that, as I recall, but I can't tell you exactly

5  when it was or what it was.   There was one or two.   At

6  least one.

7      Q.    Do you recall if it was in a regular session?

8      A.    I don't recall.

9            Have you gone back and looked?

10     Q.    Well, let's look.

11               MS. MARANZANO:  Can we mark this.

12               (Williams Exhibit 14 marked/introduced.)

13     Q.    (BY MS. MARANZANO)  I'm showing you what we've

14  marked as Exhibit 14.

15           Do you recognize this?

16     A.    No.

17     Q.    Does it look like the rules of the Senate or

18  an excerpt of the rules of the Senate?

19     A.    It's a portion of the rules of the Senate

20  from 1971, it would appear to be.

21     Q.    Can you look at the second page of the

22  document, which has a 10 at the bottom.

23           Do you see the rule on special orders?

24     A.    I do.

25     Q.    And is there any exception -- subject matter

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

217

1   exception that's written into this rule?

2       A.   No.

3       Q.   You can put it aside.

4       A.   Let me finish reading it.

5       Q.   Sure.

6                  (Williams Exhibit 15 marked/introduced.)

7       Q.   (BY MS. MARANZANO)  Are you ready?

8       A.   I guess.  What's your question?

9       Q.   That was my question.

10      A.   What is it?

11      Q.   Whether there was a subject matter exception

12  written into it, and you already answered it.

13      A.   It would appear not in 1971.

14      Q.   Okay.  I'm showing you what we've marked as

15  Exhibit 15 for the record.  Can you take a look at

16  this and let me know if you recognize it.

17      A.   I do not.

18           Do you want to tell me what you think it is.

19      Q.   Does it appear to be the rules of the Senate?

20  An excerpt -- I'm sorry, an excerpt from the rules of

21  the Senate --

22      A.   It does.

23      Q.   -- in 1973?

24      A.   It does.  From '73.

25      Q.   And can you look at the second page, which

218

1  has a 10 at the bottom, and look at the rule on

2  special orders and tell me if you see any subject

3  matter that's carved out from the rule on special

4  orders in 1973.

5       A.   No.  There's not one that I can see there.

6       Q.   Thank you.  You can put that aside.

7            (Williams Exhibit 16 marked/introduced.)

8       Q.   (BY MS. MARANZANO)  I'm showing you what we've

9  marked as Deposition Exhibit 16.

10           Do you recognize this document?

11      A.   No.

12           You want to tell me what it is.

13      Q.   Does it appear to be an excerpt from the

14  rules of the Senate from 1975?

15      A.   It would appear to be.

16      Q.   Can you look at the second page, which has a

17  10 at the bottom and a rule on special orders.

18           Do you see any subject matter legislation

19  carved out of the rule on special orders in 1975?

20      A.   No.

21           (Williams Exhibit 17 marked/introduced.)

22      Q.   (BY MS. MARANZANO)  I'm showing you what we've

23  marked as Deposition Exhibit 17.

24      A.   Uh-huh.

25      Q.   Do you recognize this document?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

219

1      A.    No.

2      Q.    Does it appear to be an excerpt from the

3  Senate rules from 1977?

4      A.    It does.

5      Q.    Can you look at the second page, which has a

6  9 on the bottom.

7            Is there any subject matter legislation

8  that's carved out of the rule on special orders?

9      A.    No, not that I see.  Wait.  Let me finish.  I

10  answered that too quickly.

11           Okay.  No, I don't see an exception.

12                (Williams Exhibit 18 marked/introduced.)

13      Q.    (BY MS. MARANZANO)  Senator, I'm showing you

14  what we've marked as Deposition Exhibit 18 for the

15  record.

16           Do you recognize this document?

17      A.    No.

18      Q.    Does it appear to be an excerpt from the

19  rules of the Senate from 1981?

20      A.    It would appear to be.

21      Q.    Can you look at the page which has a 12 on

22  the bottom and also the page that has a 13 on the

23  bottom and see if, in the rule on special orders, you

24  see any subject matter legislation that's carved out

25  of that rule?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

220

1      A.   It doesn't appear that there's any.

2                (Williams Exhibit 19 marked/introduced.)

3      Q.   (BY MS. MARANZANO)  Senator, I'm showing you

4    what we've marked as Deposition Exhibit 19.

5           Do you recognize this document?

6      A.   I do not.

7      Q.   Does it appear to be a resolution adopting

8    the rules in 1985?

9      A.   No.  It appears to be a Journal excerpt from

10   the resolution that includes the resolution, but it's

11   not the resolution itself.

12     Q.   Fair point.  Fair point.

13          And do you see that in this resolution, they

14   adopted, in the 68th Legislature, the rules from the

15   67th Legislature?

16     A.   It would appear that's what they're doing.

17     Q.   And -- and those are the rules that we just

18   looked at; is that right?  From 1983; is that correct?

19     A.   It would appear so.

20     Q.   I'm sorry, I said that wrong.

21          This is from 1983, and they adopted the rules

22   from 1981; is that correct?

23     A.   That's what it would appear to be.

24     Q.   Thank you.

25                (Williams Exhibit 20 marked/introduced.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

221

1    Q.   (BY MS. MARANZANO)   Senator, I'm showing you

2  what we've marked as Exhibit 20.

3        Can you take a look at this and tell me --

4    A.   Sure.  I will.  Give me a second.

5    Q.   Sure.  Are you ready?

6    A.   No.

7    Q.   Do you recognize Exhibit 20?

8    A.   I do not.

9    Q.   Does it appear to be an excerpt from the

10 rules of the Senate from 1985?

11   A.   It would appear so.

12   Q.   Can you look at the page that has a 7 on the

13 bottom.  Do you see the rule on special orders?

14   A.   I do.

15   Q.   Is there any subject matter legislation

16 that's carved out of this rule?

17   A.   It would appear not.

18              (Williams Exhibit 21 marked/introduced.)

19   Q.   (BY MS. MARANZANO)   Senator, I'm showing you

20 what we've marked as Exhibit 21.  Can you take a look

21 and tell me if you recognize this document.

22   A.   I do not.

23   Q.   Does it appear to be an excerpt from the

24 rules of the Senate from 1987?

25   A.   It would appear so.

222

1     Q.    Can you look at the page that has a 7 on the

2  bottom.  Do you see the rule on special orders?

3     A.    I do.

4     Q.    Is there any subject matter legislation that

5  is explicitly carved out of --

6     A.    No.

7     Q.    -- the special orders?

8              (Williams Exhibit 22 marked/introduced.)

9     Q.    (BY MS. MARANZANO)  Senator, I'm showing you

10 what we've marked as Exhibit 22, for the record.

11          Do you recognize this document?

12    A.    No.

13    Q.    Does it appear to be an excerpt from the

14 rules of the Senate from 1989?

15    A.    It would appear so.

16    Q.    Can you look at the page that has a 17 on the

17 bottom.  Do you see the rule on special orders?

18    A.    I do.

19    Q.    Do you see any subject matter legislation

20 carved out of that rule?

21    A.    No.

22              (Williams Exhibit 23 marked/introduced.)

23    Q.    (BY MS. MARANZANO)  Senator, I'm showing you

24 what we've marked as Exhibit 23.

25          Do you recognize this document?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
7/29/2014

223

1      A.   This would appear to be a copy of the rules

2   from the 2009 session.

3      Q.   Can you turn to page 24 for me?

4      A.   Uh-huh.

5      Q.   Do you see the rule on special orders?

6      A.   I do.

7      Q.   And Subsection (d), does that specifically

8   carve out a bill of resolution relating to voter

9   identification requirements?

10      A.   It does, if it's favorably reported from the

11   Committee of the Whole.  And it also requires 24 hours

12   after the motion's adopted by a majority of the

13   members of the Senate.

14      Q.   So is it fair to say that of the legislative

15   sessions you cited during the rules debate on January

16   14, of those regular sessions there were no exceptions

17   carved out explicitly in the rules similar to the way

18   the special order was handled in 2009, correct?

19            MS. DONNELLY:  Objection.  Form.

20      A.   Could you ask the question again?

21      Q.   (BY MS. MARANZANO)   Of the legislative

22   sessions that you cited in the record for the regular

23   sessions that you cited there on the odd-number years,

24   there's no subject matter legislation carved out

25   explicitly in the special orders rule in the same way

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

224

1  that voter ID is carved out in 2009, correct?

2            MS. DONNELLY:   Objection.   Form.

3      A.    Here's what I think the record says:   It says

4  that, "Historical precedent for allowing majority vote

5  on issues that do not require two-thirds support for

6  debate have deep historical roots in the traditions of

7  the Texas Senate.   In recent times majority vote rules

8  have been invoked in regular and special sessions

9  under Democrats' State Senate majorities in 1971,

10 1972, 1973, 1975, 1977, 1978, 1981, 1984, 1985, 1986,

11 1987, 1989, 1990, and 1992.   And a majority vote

12 requirement was invoked under a Republican majority in

13 the 2003, third called special session after we had

14 spent all summer trying to resolve the issue of

15 Congressional redistricting."

16         I don't believe that in my statement that is

17 in the Journal I asserted that the special order

18 exception was used in any of those sessions, only that

19 a majority vote had been used.

20     Q.    (BY MS. MARANZANO)   Okay.   Thank you.   And I

21 didn't -- I didn't mean to imply that you had asserted

22 that in the record.

23         I just -- when I asked you if the exception

24 was written into the rules, you didn't recall; and,

25 didn't we just look at the rules for the regular

225

1   sessions for these years that you've cited?   Correct?

2       A.   Yes.   But we didn't look at the special

3   sessions and -- or the sessions that -- you know,

4   which would have occurred.   I don't know.   Like I told

5   you, I don't recall whether they were used.   I know

6   that special orders had been used in the past.

7       Q.   Right.   But we looked at the rules for the

8   regular sessions, and they're not -- there is no

9   written exception in any of the special order rules in

10  the regular sessions, correct?

11      A.   That's true.   And the Senate adopts the rules

12  at the beginning of every session, and we can make the

13  rules whatever we want them to be at the beginning of

14  the session so long as a majority of the members of

15  the Senate agree on that, the rules that are proposed.

16      Q.   Okay.   Can you look at page A-9 of this

17  Senate Journal, Exhibit 6, for me?

18      A.   A-9?

19      Q.   Yes.   And if you can look at the bottom of

20  that page, with the sentence that starts:   "My

21  research further indicated..."

22           And if you could read that and see if that

23  refreshes your recollection at all about --

24      A.   Okay.   Let me -- I want to read it in context

25  here.   Hang on just a second.

226

1          Okay.   I've read it.

2      Q.   Okay.   Does that refresh your recollection at

3  all about the 1981 restricting plan?

4      A.   You know, I see -- I stand by what I said in

5  the record here.   I don't have a specific recollection

6  as we sit here today.   I know that we had researched

7  this and that I was surprised to find how this had

8  been used.   And so -- and I know that Governor Hobby

9  disputed it.   What I'd say is, that's why we have

10  Journals and records and, you know, I think the record

11  supported what I said here.

12      Q.   Do you recall if the redistricting plan that

13  was passed by a majority vote in the Senate in 1981

14  was actually implemented?

15      A.   I don't know.

16      Q.   Is that something you researched at the time?

17      A.   It could have been.   I have no idea.

18      Q.   Do you -- do you see, on page A-11, there is

19  a statement by Senator Whitmire that references an

20  action when Governor Bullock -- under Lieutenant

21  Governor Bullock?   Do you see that?

22      A.   Where are we?

23      Q.   In the middle of the page on A-11, in the

24  statement by Senator Whitmire.   He says:   "And I know

25  for a fact, when Governor Bullock did it, we were

TOMMY WILLIAMS                                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

227

1  following a court order..."

2         Are you familiar?  Do you see that sentence?

3    A.    Uh-huh.

4    Q.    Are you aware of what he's referring to?

5    A.    No.

6    Q.    Is that something you researched when you --

7    A.    Probably was, but I don't recall as we're

8  sitting here today.

9    Q.    Okay.  And when you were conducting this

10 research, did you look into the partisan breakdown of

11 these various Senate sessions when things were voted

12 on by majority -- by a majority?

13   A.    I'm sorry, would you ask your question again?

14   Q.    Yes.

15         When you were -- when you were conducting

16 research on the past Senate legislative sessions that

17 passed certain bills by majority vote, did you look at

18 the partisan breakdowns of the Senate?

19   A.    No.  The Senate was almost exclusively a

20 Democratic body.  The state was.  There was no

21 effective Republican majority for many, many years, so

22 I don't know specifically when that changed, but --

23   Q.    So are you saying you didn't research that

24 particularly because you had a general awareness of

25 the...

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

228

1    A.    I don't recall that I looked at the partisan

2    breakdown or anything.

3          The issues -- I don't know about the

4    redistricting issue, but the other issues that we

5    brought up, those didn't break down along partisan

6    lines.  The Peveto bill and the workers' comp bill,

7    those didn't break down along partisan lines.

8    Q.    Are rules resolutions -- in your tenure, have

9    rules resolutions ever been referred to standing

10   committees?

11   A.    They have been, and they can be.  It's the

12   discretion of the presiding officer.

13   Q.    When -- when -- when are they usually

14   referred to a Standing Committee versus the Committee

15   of the Whole?

16   A.    I couldn't tell you.  I don't know.

17   Q.    Do you recall that Senator Shapleigh raised a

18   point of order about this rules resolution not being

19   referred to a Standing Committee?

20   A.    I don't.

21   Q.    Do you -- do you want to refresh your

22   recollection by looking at page A-6?  Do you see that

23   Senator Shapleigh raised a point of order?  And do you

24   see that maybe about a little bit before halfway down

25   the page, the president overrules that point of order?

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

229

1    A.    Okay.    Now, ask me your question.    What's
2 your question?
3    Q.    Did you consider whether this resolution
4 should have been referred to a Standing Committee?
5    A.    It wasn't my prerogative.    That's the
6 prerogative of the lieutenant governor.
7    Q.    So you introduced the rules resolution, and
8 then the lieutenant governor refers it to whatever
9 committee he sees fit; is that correct?
10    A.    He -- it would be his prerogative, whether to
11 recognize me to bring the resolution up, or to -- for
12 him to refer it to a committee --
13    Q.    I see.
14    A.    -- it would be his prerogative.
15    Q.    How many times during your tenure was a rules
16 resolution referred to a Standing Committee?
17    A.    I don't recall.    I don't recall that it ever
18 was referred to a Standing Committee.    It may have
19 been, but I don't recall that it was.
20         Most of the time, the rules resolution was
21 adopted -- this was the most controversy there ever
22 was over a rules resolution during my time in the
23 Senate.
24    Q.    Would you say that this was the most
25 substantive change to the rules made during your time

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

230

1   in the Senate?

2       A.   I don't know.   It may have been.

3       Q.   Do you think it's a reasonable request that,

4   given the substantive nature of the change, this

5   resolution be referred to a Standing Committee?

6       A.   No, not necessarily.

7       Q.   Why not?

8       A.   There were six-and-a-half hours of debate on

9   the resolution.   I think that we all had a chance --

10  and it was discussed prior to the floor debate, too,

11  so...

12      Q.   When was it discussed prior to the floor

13  debate?

14      A.   It may have been discussed in the caucus, and

15  I know it was discussed with individual members.   I

16  know I went to Dean Whitmire before I introduced the

17  resolution, out of deference to him, and let him know

18  what my plans were.

19      Q.   Do you recall when you went to Dean Whitmire?

20      A.   No, not exactly.

21      Q.   Can you look at page A-12.

22           And do you see, about halfway down the page,

23  a little -- a little above halfway, Senator Whitmire

24  says that, "...the first time we heard of this issue

25  was yesterday morning in our caucus..."?   Does that

TOMMY WILLIAMS                                            7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

231

1   sound about right that you --

2       A.   I don't see where he says that.

3       Q.   It's the first comment by Senator Whitmire on

4   page A-12.  I'm sorry, Senator, A-12.

5       A.   Oh, I'm sorry.  I'm on the wrong page.  No

6   wonder I couldn't find it.

7       Q.   It's in that first comment by Senator

8   Whitmire.

9       A.   Okay.  I think that spells it out.  It says I

10  talked to him before -- the record reflects that I

11  said I talked to him before we went into a caucus

12  meeting, and that's when I would have -- that's what I

13  would have done.  I wouldn't have said that if it

14  hadn't been true.

15      Q.   And that says the caucus meeting was

16  yesterday, correct?

17      A.   Well, the previous day, yeah.

18      Q.   So Senator Whitmire, at least, had about 24

19  hours of notice, correct?

20      A.   Sounds about right.

21      Q.   Do you recall that senators voiced concern

22  that they hadn't had more notice than 24 hours?

23      A.   They may have.  I don't recall.

24      Q.   Do you think it's a reasonable request for

25  senators to want some time to do their own research on

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

232

1   this rules resolution?

2       A.   I think that what I proposed was a -- the way

3   this was handled, it was handled in a reasonable way;

4   the rules resolution was laid out, and I -- we had a

5   vote on it.  And, I mean, I think it's a very

6   reasonable way that it happened.

7               I don't think there was anything out of the

8   ordinary about it.  That's the way the procedure

9   works.  There were a lot of people who didn't like it,

10  but it wasn't out of the ordinary.

11      Q.   Was there -- was there any reason why you

12  couldn't have given them more notice?

13      A.   You know, it was just one of those things

14  that I told them, as soon as I thought it was relevant

15  to do that, and as soon as I was ready, to go.

16      Q.   Okay.  Can you look at page A-16 for me.

17      A.   I guess what I would say, before we go on to

18  another subject, it's a pretty simple change.  Either

19  you're for it or against it.  I'm not sure how much

20  research you needed to do.

21      Q.   Well, you testified that you did research,

22  correct?

23      A.   I did.

24      Q.   So I guess my question is whether it might be

25  reasonable for other members to want to do their own

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

233

1  research, too.

2      A.   I don't think their objections were about the

3  history.   It was about having the bill come to the

4  floor.   And so I think I've stated, throughout here,

5  that my goal was to go ahead and get this issue before

6  the body so that we could vote on the issue.

7          And I strongly felt, and I still do, that

8  we -- I think the tradition that the Senate had, of

9  having a two-thirds vote to bring a bill to the floor,

10 out of the regular order of business and the way we

11 handled that, was an important tradition; and, that my

12 action here saved that rule for the time being; that

13 if this hadn't happened, it very likely would have

14 been done away with completely.

15     Q.   And why do you say that?

16     A.   There was -- there were a lot of members who

17 wanted to do away with it.

18     Q.   And how did this save the vote -- save the --

19     A.   This was an issue that they could point to

20 about why we needed to get rid of it.

21     Q.   I see.

22     A.   And so I -- and I think I said that in here,

23 too.   I think, if you read the testimony, I think I

24 said that, and I think it's important and that it be

25 preserved, and I think this had a lot to do with it

234

1  still being in place.

2      Q.    I just want to ask you a question about

3  something you just said about -- a couple minutes ago.

4          I think you said you don't think that the

5  opposition was to the history, but didn't you say

6  earlier that you think Lieutenant Governor Hobby

7  didn't quite agree with -- with your position?

8      A.    It was the former lieutenant governor, and,

9  you know, I heard that he didn't; and frankly, I don't

10 really care whether he agreed with me or not.   I

11 believe my research was correct.

12         On the matter that was before the body, the

13 rule change itself is a very simple change.   And it

14 doesn't necessarily have to do with whether you use a

15 special order or not; it's whether you allow a simple

16 majority.

17         And so there were a couple of ways that you

18 could approach that.   You could completely do away

19 with the rule where everything came, or you could make

20 one exception where this issue came.   And, to me, that

21 was a better way to resolve this issue, if it resulted

22 in the preservation of this rule.

23     Q.    Do you recall that initially, you -- you had

24 a rules resolution that exempted both voter ID and

25 redistricting from the special order?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

235

1      A.    Yeah, now that you mention it, I do.

2      Q.    And why did you -- why did you end up

3 removing redistricting?

4      A.    You know, I don't recall.

5      Q.    Do you recall if somebody asked you to remove

6 redistricting?

7      A.    I don't -- I really don't remember.

8      Q.    How long did your staff spend researching the

9 rules resolution?

10     A.    I have no idea.

11     Q.    Do you have an approximation?

12     A.    Huh-uh.  I don't really.

13     Q.    Can you look at page A-31 for me?

14     A.    Uh-huh.

15     Q.    Do you see your statement about halfway down

16 the page, there's a sentence that says:  "And I think

17 that what my sense is, that there is enormous

18 willingness on the Republican side to accommodate the

19 concerns that have been expressed by Democrats about

20 the potential of disenfranchising people in our

21 state."

22           Did I read that correctly?

23     A.    I'm not sure where I see that.  Are we on 31?

24     Q.    31.

25     A.    Oh, okay.  Yeah, I've got it now.

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

236

1      Q.    Yeah.   Do you believe that the Republicans

2  did accommodate the Democrats about the potential of

3  disenfranchising people in the state?

4      A.    I don't believe that -- and again, this

5  debate was about the rules, not about the bill.  I

6  want to be clear about that.   What we're reading from

7  is a debate about the rule change.

8           Now, if you're asking me about the bill that

9  passed that session, which was not Senate Bill 14, it

10 was the one before that, I think that that bill did

11 not disenfranchise people, voters.   I don't believe

12 that that was the effect of any of the bills that I

13 voted for.   That wasn't my goal, and I don't think it

14 was the goal of anybody.

15     Q.    So --

16     A.    It was not that I was aware of, anyway, that

17 anybody wanted to disenfranchise people.   So I

18 don't -- whether we took everything they wanted to do

19 or not, is another issue.   But whether it

20 disenfranchised people, I would say it did not.

21     Q.    Well, let me ask you this:   What did you mean

22 by this sentence here?   Were you talking about the

23 voter ID bill?

24     A.    I think it means what it says.   I said, "I

25 think that my sense is, there's an enormous

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

237

1  willingness on the Republican side to accommodate the

2  concerns that have been expressed by Democrats about

3  the potential of disenfranchising people in our

4  state."

5          I think there's -- I mean, I don't know what

6  else I could say to that.  I mean, it's pretty clear

7  on the face of it, don't you think?

8      Q.   Well, I guess what I was wondering -- because

9  then you just -- in your last answer, you said there's

10 a voter ID bill, and then there's the rules

11 resolution.

12     A.   This is about the rules resolution.  The --

13 that's what this reflects, the debate on that.  I

14 think there was a lot of debate about the bill that

15 went, you know, on -- maybe on both sides; but

16 certainly, from the Democrats, when they're talking

17 about what was in the bill, and I really -- that was

18 before the body.

19     Q.   Okay.  And so were you saying, essentially,

20 "If we pass this rule, we're going to work with you on

21 the underlying bill"?  Is that what you intended to

22 convey?

23     A.   I think it says what it says here.

24     Q.   Okay.

25     A.   And there's nothing else that I can add to

238

1    that.

2        Q.    Okay.   And so your position, if -- I want to

3    make sure I'm understanding correctly -- is that the

4    bill didn't disenfranchise anybody, so there was

5    really no accommodation that needed to happen?

6        A.    I didn't say that.

7                MS. DONNELLY:   Objection.   Form.

8        Q.    (BY MS. MARANZANO)   Can you -- can you then

9    just let me know what you meant?

10       A.    I meant exactly what these plain spoken words

11   said on the page right here.

12       Q.    Okay.

13       A.    There's nothing that I can add to that.   I'm

14   not going to allow you to put words in my mouth.

15       Q.    I'm just trying to understand your answer,

16   that's all.

17              "There is enormous willingness on the

18   Republican side to accommodate the concerns that have

19   been expressed by Democrats..."

20              What concerns were you referring to?

21       A.    Concerns that have been expressed by the

22   Democrats about the potential of disenfranchising

23   people in our state.   That's specifically what I was

24   referring to.   That's just exactly what it says.

25       Q.    And the concerns expressed by Democrats were

239

1  about people being disenfranchised by the voter ID

2  bill?

3      A.    I think what I said is:   We will get this

4  issue before the body as a whole; and we can make a

5  decision, together, whether we want to vote that out

6  by simple majority or whether we want to require

7  two-thirds and the rules won't require it.   But we

8  still have the option of deciding that.

9          And I think that what my sense is, that

10 there's an enormous willingness on the Republican side

11 to accommodate the concerns that have been expressed

12 by the Democrats about the potential of

13 disenfranchising the people in our state -- and so I

14 hope that we will come out of this with, maybe not

15 singing Kumbaya, but having known that we debated the

16 issue, we dealt with it, and we disposed of the

17 matter, and that we did it in a way that everybody had

18 input and concern.   And I hope -- and I hope that it's

19 not a party-line vote.   Unfortunately, it was a

20 party-line vote.

21          But I think that the issue, you had the --

22 the bill, in previous sessions, had never actually

23 come to the floor and been debated.   And so it was my

24 intention that we -- there were -- there were a lot of

25 misconceptions about what the bill did and didn't do,

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

240

1  and so I felt like it was important that we get the

2  issue before the body and debate it.

3      Q.    And your position is that SB 362 wouldn't

4  have disenfranchised anybody, correct?

5      A.    I don't believe it would have.

6      Q.    And what is that based on?

7      A.    The debate and the committee hearings that we

8  had and everything that went around that.

9      Q.    And when you said your intention was to get

10 the bill in front of the whole body, even apart from

11 this rules resolution, that could have happened,

12 right?  Could the lieutenant governor have referred a

13 bill to the Committee of the Whole even if you hadn't

14 introduced this rules resolution?

15     A.    I presume it could have.  I'm not sure.

16 Probably so.  Yeah, I think you probably could have.

17               MS. DONNELLY:  Counsel, you about to

18 shift?

19               MS. MARANZANO:  Yeah.  Do you want to

20 take a break?

21               MS. DONNELLY:  Take a break.

22               MS. MARANZANO:  Sure.

23               (Break.)

24               MS. MARANZANO:  Can I have this marked.

25               (Williams Exhibit 24 marked/introduced.)

241

1    Q.   (BY MS. MARANZANO)   Senator, I'm showing you

2  what we've marked as Deposition Exhibit 24.

3         Do you recognize this document?

4    A.   Let me look at it.

5         Okay.  It would appear that this is an e-mail

6  from Libby Nezda, who worked on my Transportation

7  Committee, to Amanda Montagne, who -- and Jason Baxter

8  and Ryan LaRue, who were also staff members for me.

9  So...

10   Q.   Have you ever seen this e-mail before?

11   A.   I don't recall.  It wasn't addressed to me.

12  I might have seen it, but, you know...

13   Q.   Do you see that in this e-mail, Ms. Nezda is

14  including a link for voter registration for each

15  county and suggesting that it might be useful to

16  cross-reference it with counties that don't have

17  driver's license offices?  Do you -- is that correct?

18   A.   That's what she says, yeah.

19   Q.   Do you know if your staff actually did an

20  analysis like that?

21   A.   You know, I don't know at this point whether

22  they did or not.

23   Q.   Did you ever see an analysis like that that

24  your staff had conducted?

25   A.   You know, if they had brought it to me, I

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

242

1  would have told them that the Secretary of State's

2  office and the Department of Public Safety should do

3  that analysis, not my staff, because I don't believe

4  they would have had access to enough information to

5  accurately do a comparison.

6      Q.   So you don't recall discussing this analysis

7  with your staff?

8      A.   I don't at this point.  I'm not saying I did

9  or I didn't, but, I mean, it was -- you know, this was

10  into 2011.  It's a long time ago.

11     Q.   Do you see that Ms. Nezda suggests that doing

12  this analysis might be useful as far as determining

13  what areas are actually underserved?  Do you see that

14  clause?

15     A.   Yes.

16     Q.   Do you agree with that assessment that

17  determining voter registration for counties that don't

18  have driver's licenses would be a useful -- now, I

19  understand that you think SOS and DPS would be better

20  entities to do it, but just for the analysis -- would

21  be useful in determining areas that are actually

22  underserved?

23              MR. KEISTER:   Objection.   Form.

24     A.   Not necessarily.

25     Q.   (BY MS. MARANZANO)   No?   And why not?

TOMMY WILLIAMS                                                     7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

243

1      A.      Because, you know, the areas that don't have

2   a driver's license office are going to be

3   predominantly rural areas.   And those people, they've

4   got to get in the car -- I mean, I just spent the

5   best -- I just got off a 2900 -- 2,920-mile road trip,

6   and a large part of it was through the Texas

7   panhandle, and those people drive everywhere for long,

8   long distances.

9            Even if they want to go vote, they have to

10  either get in their car or find somebody to take them.

11  And so, this is part of what you have to deal with

12  when you live in a rural area.   So I'm not sure I

13  would characterize it as "being underserved."

14           Although, having said that, I went to a lot

15  of -- I put a lot of work in during this session to

16  make sure that we made our driver's license offices

17  more efficient, that we were serving the public

18  better, and that we were trying to increase the

19  availability in all areas of the state to -- for

20  people to be able to get either a driver's license or

21  an election identification certificate.

22           If they -- if they had business at the DPS

23  office, we wanted to make it easier for them to do

24  that.

25           But what you're trying to imply from what

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

244

1   she's said here, I think that that's something that,

2   you know, you're kind of turning a blind eye to,

3   maybe.  And I don't know where you live, if it's in

4   Washington, D.C., so you don't own a car.  I mean,

5   there's a lot of parts of Texas you just couldn't live

6   in.

7       Q.   And when you talk about rural areas and

8   people having cars in rural areas, is this knowledge

9   based on -- well, what is this knowledge based on?

10      A.   Life.  I've lived in Texas all my life.

11      Q.   So your experience living in Texas is what

12  you're basing your knowledge on?

13      A.   Yeah.

14      Q.   Anything else?

15      A.   Well, I mean, the information that I gathered

16  as a legislator.

17      Q.   And what information is that?

18      A.   Just -- I served in the legislature for 16

19  years, 10 months and 18 days.  You learn a lot when

20  you do that.

21      Q.   Did you have any information specifically

22  about vehicle ownership in Texas during your time in

23  the legislature?

24      A.   I might have.  I can't tell you as I'm

25  sitting here today.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

245

1     Q.    But as you sit here today, you don't recall

2  anything specific about that?

3     A.    Well, what -- my point is not about vehicle

4  ownership.   The point is, that whether you own a

5  vehicle or not, if you live in a remote area of the

6  state, if you want to go vote, if you want to -- if

7  you want to in-person vote, you have to find a way to

8  get there.   And that's no greater burden than going to

9  get the election identification certificate.

10     Q.    Are there any counties, that you're aware of,

11  that don't have polling places in them?

12     A.    I don't know.   There may be.   I don't know.

13  We have one county, I think, that has less than 30

14  people in it.   I guess they have a polling place

15  there.   I mean, they probably don't have multiple

16  polling places.

17     Q.    But your testimony about what's a burden for

18  people is based on your experience living in Texas; is

19  that right?

20     A.    My experience as a legislator and my

21  experience of living here.

22     Q.    Okay.

23            MS. DONNELLY:   Counsel, if you're ready

24  to move on from this exhibit, I just want to confirm,

25  for the record, this Exhibit 24 is marked "HIGHLY

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

246

1  CONFIDENTIAL."

2              The entire deposition is under seal,

3  including any testimony about Exhibit 24; is that

4  right?

5              MS. MARANZANO:  Yes, that's right.

6              MS. DONNELLY:  Thank you.

7              (Williams Exhibit 25 marked/introduced.)

8     Q.   (BY MS. MARANZANO)  Senator, I'm showing you,

9  for the record, what we're marking as Deposition

10 Exhibit 25.  This is an excerpt from the transcript of

11 the Committee of the Whole proceeding on SB 14.  It's

12 not the entire transcript.

13             You were asked earlier on a couple of

14 different times, I believe, about whether there was

15 any analysis that was conducted by the Secretary of

16 State's office or DPS.

17             Do you remember those questions?

18    A.   I know that you've asked me several times,

19 and I think my response has been that I don't know.

20 That's -- I don't have a recollection.

21    Q.   Well, I don't believe I've asked you, but --

22    A.   Somebody asked me.  It's a blur.

23    Q.   But this is an excerpt of the transcript, and

24 I wanted you to take a look at what it has at the

25 bottom, JA_000119.  I'm sorry, JA_00 -- there's a

TOMMY WILLIAMS                                           7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

247

1    bunch of different numbers, but it's the JA number,

2    and it's 000119.  And if you could look at the block

3    on the top right-hand side of the page that has a

4    little 255.

5         A.    Uh-huh.

6         Q.    And do you see -- if you start on 254, you

7    can see that that's a statement by you.  And on 255,

8    do you see that it says:  "In fact, Senator Fraser, I

9    spoke last night with the Department of Public Safety

10   and today with the Secretary of State and just asked

11   them if it would be possible for us to target those

12   voters who are below age 65 and have -- don't have an

13   ID card, a driver's license, or an ID card issued by

14   the state; and they said, yes, it would be possible

15   for us to direct our voter education to those people

16   specifically so that we could step it up and let them

17   know before your bill takes effect."

18          Do you see that?

19        A.    I see it, yeah.

20        Q.    And then can you look at what's labeled

21   JA_000801.

22          And do you see there's testimony from

23   Ms. McGeehan at the bottom of the page, and she says:

24   "Senator Williams had approached us earlier today to

25   see if we could do some comparisons to try and further

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

248

1  focus in on who those registered voters are that don't

2  have -- or have not been issued a driver's license or

3  a personal ID number.  So we're trying to run some of

4  those numbers right now."

5          Do you see that?

6     A.   I see that.

7     Q.   Did I read that correctly?

8     A.   Yes.

9     Q.   And can you look at JA_000844.

10         And do you see there's a statement by you,

11  and at the very bottom, going up to the next page, it

12  says:  "And then finally I wanted to ask you, we had

13  talked earlier about the project that I asked you to

14  do, to cross-reference the driver's licenses and the

15  voter registration.  How is that coming along?  I know

16  I only asked today..."

17         And Ms. McGeehan says:  "Yes."

18         Do you see that?

19    A.   I see it.

20    Q.   Does this refresh your recollection that you

21  asked for an analysis from DPS and SOS about

22  registered voters who didn't have a driver's license

23  or a Texas ID?

24    A.   Yeah.  What I don't know, by looking at this,

25  is whether it would appear -- but I'm not sure, and

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

249

1    I'd like to clarify, for the record, that this was

2    the -- if this was the Committee of the Whole.  It

3    looks like it was.

4        Q.   This was the Committee of the Whole, yes.

5        A.   Okay.  So this was a committee hearing, and

6    this would have been the appropriate place for me to

7    ask such a thing.

8        Q.   And do you recall asking Ms. McGeehan?

9        A.   Now that you showed me this, I do.

10       Q.   And do you recall that when you initially

11   talked to Ms. McGeehan, do you recall if anybody else

12   was present from the Secretary of State's office?

13       A.   You know, I don't know.

14       Q.   You don't recall if Mr. Shorter was with her?

15       A.   He may have been.  I don't know.

16       Q.   Do you have a general point of contact for

17   election-related matters in the SOS office?

18       A.   No.  It depends on who's in there.  There

19   have been several secretaries of state during my

20   tenure in the legislature, and I think Ms. McGeehan's

21   been there a long time.  I've talked to her on a

22   number of things.  But I wouldn't say I have one point

23   of contact.

24       Q.   Why -- why did you want this analysis?

25       A.   Let me see what the -- I don't know.

250

1          It would appear from the transcript that I

2     wanted to know if we could focus our education efforts

3     on the people that were registered voters who didn't

4     have a driver's license or a state-issued ID already.

5          Q.    And is that the only reason why you wanted

6     this analysis?

7          A.    I don't know of any other reason right now.

8     I mean...

9          Q.    Did you consider targeting any additional

10    outreach to voters besides educational efforts?

11         A.    I'm not sure what you're asking me.   Your

12    question is vague.

13         Q.    Didn't you say that you wanted to -- you

14    wanted this analysis for voter education; is that

15    right?

16         A.    It would appear from the transcript.   I'd

17    like to take another look at it and see, so...

18              It looks like what we were trying to do is --

19    Ms. McGeehan says I approached her earlier today to do

20    some comparisons to try to further focus in on those

21    who are registered voters that don't have or have not

22    been issued a driver's license or personal ID, so

23    we're trying to run some of those numbers.

24              So I think what I was trying to do was just

25    see who those people were, how many there were, and if

251

1  we could focus the education efforts on making sure

2  that they knew what they needed to do to be able to

3  vote the next time.

4       Q.   And my question is:   Were you looking to

5  focus any efforts other than education, any additional

6  outreach other than voter education to these voters?

7       A.   You know, that would have been under the

8  purview of the Secretary of State, not me.

9       Q.   Okay.   So you wanted to get these numbers so

10 that you could focus voter education in the bill,

11 correct?

12      A.   No.

13      Q.   Okay.   What -- when you say so that you could

14 focus voter education on these voters, can you tell me

15 what you mean by that.

16      A.   I wanted to be sure that we understood how

17 big the problem was.   I think, you know, we needed --

18 if there was a problem.   And so I think it was up to

19 the Secretary of State's office.

20           But I wanted to know -- I wanted them -- if

21 that analysis had been done, then we would have known

22 whether or not they could address the problem.   And so

23 I felt like it was important that we ask that

24 question.

25      Q.   And when you say you wanted to make sure "we"

252

1  understood how big the problem was, "we" means the

2  legislature?

3      A.   Yeah.

4      Q.   And you wanted to know to make sure that you

5  could address that issue?

6      A.   Make sure it was being addressed.

7      Q.   I see.  So you didn't necessarily intend the

8  legislature to take an action to address the problem?

9      A.   I don't think it would be -- I think it would

10 not have been necessary for anything to happen in this

11 bill.  But it would have given us, in the Senate

12 Finance Committee, an idea whether they had adequate

13 resources or not.  So it was a question to make sure

14 the agency was considering what they needed to do.

15     Q.   And when you made this request of

16 Ms. McGeehan and DPS, do you recall what information

17 you asked for?

18     A.   No.

19     Q.   Do you know if you asked for more than just a

20 number of people?

21     A.   No.  I don't remember.  I mean, this was a

22 long time ago.  I voted on 5,000 bills that session.

23     Q.   Fair enough.  Would you consider this a

24 time-sensitive request?

25     A.   I think it was something that we needed to --

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

253

1   not "sensitive" in the sense that it was necessarily

2   something that needed to be done in Senate Bill 14,

3   but it was something that needed to be done before the

4   session was over.  It's more of a budget issue than a

5   Senate Bill 14 issue.

6       Q.    Do you recall if you got a response to your

7   request?

8       A.    I don't.

9       Q.    Is there anything that would refresh your

10  recollection as to whether you got a response?

11      A.    Well, if you had something that said there

12  was or wasn't, I mean...

13      Q.    What would you have done with the information

14  if you had gotten a response?

15      A.    I don't know.  I couldn't even tell you

16  before you showed me this, that I'd asked for it.

17      Q.    Do you think, if you'd gotten a response, you

18  would have shared it with anybody?

19      A.    I'm not going to speculate.  I mean, this was

20  part of the public record.  Of course I would have.

21  Everybody knew that we were asking for that.

22      Q.    And it's fair to say other legislators were

23  interested in that information, correct?

24      A.    They may have been or may not have been.

25      Q.    You don't recall, off the top of your head,

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

254

1  whether they were interested in that information,

2  whether opponents of the bills brought up, multiple

3  times, who was going to be impacted by this bill?

4      A.    I think it's a matter of the public record.

5  I can't tell you as I sit here today.

6      Q.    If you hadn't have gotten a response, would

7  you have followed up with Ms. McGeehan?

8      A.    I don't even remember asking Ms. McGeehan.

9  You're asking me to speculate about something that I

10  didn't even recall until you showed me this.  So it's

11  that same, "If 'ifs' and 'buts' were candy, we'd all

12  have a Merry Christmas."  I mean, I don't know is the

13  answer.

14      Q.    Well, I mean, you brought it up three times

15  during the Committee of the Whole, correct?

16      A.    You've shown me three times.  I might have

17  brought it up more.

18      Q.    You certainly --

19      A.    Certainly no less.

20      Q.    -- didn't bring it up less?

21      A.    Yeah.  At least three times.

22      Q.    At least three times.

23      A.    It was brought up.  I'm not sure I brought it

24  up every time.

25      Q.    That's a good point.  Ms. McGeehan actually

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

255

1  brought it up once.  You brought it up at least two

2  times during the Committee of the Whole debates?

3      A.   Once our twice, yes.

4      Q.   So it was on your mind when the Committee of

5  the Whole was debating this bill?

6      A.   Other members were asking about it, too, I

7  guess.

8      Q.   So it was something the legislature was

9  interested in, correct?

10             MS. DONNELLY:   Object.  Form.

11     A.   I can't speak to what I remember the

12 legislature was interested in or not.

13     Q.   (BY MS. MARANZANO)  But people were asking

14 about it?

15     A.   Yeah.  It was the subject of the debate in

16 the committee, which is the appropriate place to bring

17 something like that up.

18     Q.   And if you hadn't have gotten a response,

19 isn't it fair to say that there would have been some

20 follow-up from somebody?

21             MS. DONNELLY:   Object.  Form.

22     A.   You know, I can't tell you whether I got a

23 response or whether I didn't get a response.  I don't

24 know what the answer was.

25     Q.   (BY MS. MARANZANO)  Have you ever previously

TOMMY WILLIAMS                                                  7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

256

1   been told by a resource witness that they're going to

2   get you information later?   Does that happen

3   routinely?

4       A.   In the legislature?

5       Q.   Uh-huh.

6       A.   Yes.

7       Q.   And have they ever not given you that

8   information that they have said they will get to you

9   later?

10      A.   Sometimes, I'm sure that's happened.   I mean,

11  you don't always get it unless you -- I mean, you

12  know, it doesn't -- and sometimes I ask and I get a

13  response and I don't even remember that I asked the

14  question.

15      Q.   So it's not your practice, generally, to

16  follow up with resource witnesses when you ask for

17  information?

18      A.   My staff would, but I might not.

19      Q.   But your staff would, generally?

20      A.   Generally speaking.

21      Q.   Who was your staff that was handling SB 14?

22      A.   Well, I think Ryan LaRue was involved in it,

23  and Amanda Montagne and Jason Baxter, I think are the

24  three primary people that I remember.

25           And it would appear from that e-mail, that

257

1    highly confidential e-mail that we talked about

2    earlier, that they had asked Libby Nezda to look into

3    something.

4         Q.    Would you say it's your staff's practice to

5    generally ensure that your requests get responded to?

6         A.    I think, as a general statement, that's true.

7         Q.    And --

8         A.    And I think, as a general statement, the

9    state agency that I might ask about that would

10   generally be very responsive during the time that I

11   was a member of the Senate Finance Committee

12   especially.

13              MS. MARANZANO:   Can I have this marked.

14              (Williams Exhibit 26 marked/introduced.)

15        Q.    (BY MS. MARANZANO)   I'm showing you what we've

16   marked as Deposition Exhibit No. 26.

17              Do you recognize this document?

18        A.    No.   But I'll take a look at it.

19        Q.    Okay.   Have you looked it over?

20        A.    I'm looking at it now.

21        Q.    Do you recall if you've ever seen this

22   document before?

23        A.    I don't recall that I have.   I may have.   But

24   I don't -- I don't have any -- it's the first time

25   I've seen it, to my recollection.   I may have seen it

TOMMY WILLIAMS                                                                7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

258

1  way back there when we were considering all this.

2      Q.    Do you recall if you've ever seen the

3  analysis on page 3 before?

4      A.    This written analysis?

5      Q.    Yes.

6      A.    No, I don't recall.

7      Q.    Do you see, at the bottom of page 3, the

8  conclusion, it says:   "We can estimate between 844,713

9  to 678,560 registered voters may not have been issued

10 a" Texas driver's license -- well, "TDL/ID by the

11 DPS"?

12     A.    I see that.

13     Q.    Have you ever seen a conclusion like that

14 before?

15     A.    No.

16     Q.    Did you ever hear from the Office of the

17 Secretary of State that this was a number that they

18 had reached when they did the analysis that you

19 requested?

20     A.    Not to my recollection.   They may have told

21 me that, but I don't know.

22     Q.    Did you ever hear from the Office of the

23 Secretary of State that they couldn't respond to your

24 request because they weren't able to conduct the

25 analysis?

259

1      A.    I don't recall.

2      Q.    Or did you ever hear from the Office of the

3  Secretary of State any concerns about the accuracy of

4  such an analysis?

5      A.    I did not.  But as I look this over, what I

6  would say is that I'm not sure I agree with the

7  conclusion here, if I understand the data on the last

8  page, because it would appear to me that of the

9  844,713 voters at the upper end of the limit, 519,514

10 of those voters would be eligible to vote by mail, and

11 they would not need an ID to do that.

12           So of the 7 percent, it would appear to me

13 that about two-thirds of that 7 percent -- well, to be

14 precise, it would be 4/7ths -- no, that's not right.

15 It would be -- at 4 percent of the total, the 519

16 represents a pretty large percentage of the 844 --

17 let's see what that is.

18     Q.    Senator Williams, right now, I actually just

19 want to focus on whether or not you've received this

20 document.

21     A.    Yeah.  Well, that's fine.  If that's what you

22 want to focus on.  That's not what I want to talk

23 about, so we'll just get somewhere in the middle of

24 that.  So I don't remember --

25           MR. SHORDT:  Objection.  Nonresponsive.

260

1      A.     -- ever seeing it.

2             It would appear to me that 61-and-a-half

3  percent of the people at the upper end of the range

4  would have been able to vote by mail --

5                  MR. SHORDT:   Same objection.

6  Nonresponsive.

7      A.     -- and would not need a photo ID.

8      Q.     (BY MS. MARANZANO)   Senator Williams, would

9  you --

10     A.     So I'm not sure I can agree with the

11 conclusion that's on here.

12     Q.     And if you had received this document, do you

13 think there would have been some back and forth

14 between you and the Secretary of State's office?

15     A.     There might have been.   And I might have

16 received it and had some back and forth with them.

17     Q.     And would that have been in writing?

18     A.     Probably not.

19     Q.     Do you think, if they were going to respond

20 to your request that you made during the Committee of

21 the Whole, that would have been in writing?

22     A.     They would have responded in writing.   I

23 probably would not have.

24     Q.     Do you think their response would have gone

25 to you directly or to your staff?

TOMMY WILLIAMS                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

261

1      A.    To my staff.

2      Q.    Who on your staff would it have gone to?

3      A.    It could have gone to my chief of staff, it

4  could have gone to my legislative director, it could

5  have gone to Jason Baxter, or it could have gone to

6  Ryan LaRue.  So it would have been Janet Stieben,

7  Amanda Montagne, Jason Baxter or Ryan LaRue.  Any of

8  those people might have received a response.

9      Q.    And as you sit here today, you have no

10 recollection of whether you received this analysis or

11 not?

12     A.    I have no idea.

13           MR. KEISTER:  Objection.  Asked and

14 answered.

15     Q.    (BY MS. MARANZANO)  Senator Williams, can

16 anybody vote by absentee ballot or vote by mail in

17 Texas?

18     A.    I don't think so.  I think there's an age.  I

19 mean, you have to file an application to vote by mail

20 to receive your ballot.  You have to send in an

21 application.

22           You have to be over 65, or disabled, to be

23 able to vote by mail; or, if you're in the military,

24 you can vote by mail; or, if you're going to have an

25 actual absence from your home county during the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

262

1   election and the entire early voting period, you also

2   may be eligible to vote by mail.

3            That's the best of my recollection.   But it's

4   probably pretty imprecise.   There may be some other

5   parameters on that.

6       Q.   Is it fair to say that some people who are

7   eligible to vote by mail still vote in person?

8       A.   They may.

9       Q.   Are you aware of some people who prefer to

10  vote in person even if they're eligible to vote by

11  mail?

12      A.   I am not.

13      Q.   Are you aware that in some communities, it's

14  more people prefer to vote in person even if they're

15  eligible to vote by mail?

16      A.   You know, I'll take your word for it.

17      Q.   Can you turn to Exhibit 25 for a moment.   Can

18  you look at the bottom of --

19      A.   Which one are we on?

20      Q.   -- Exhibit 25, which is the transcript, the

21  excerpt from the transcript.   If you can look at

22  JA_00066, at the very bottom of the page, there's a

23  comment by -- there's question by Senator

24  Van de Putte.

25            It says:   To your knowledge, have any studies

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

263

1   been done to determine if there has been under current

2   Texas voter laws any impact that it would have

3   affected -- it would have on affected class of Latino

4   and African-American voters.

5           Do you see that?

6       A.   No, I'm sorry.  I'm looking.  Where -- or

7   what, is it marked for it?  What's the small number,

8   the page number?

9       Q.   44.  At the very bottom of 44, and it goes on

10  to the next page.

11      A.   Okay.

12      Q.   Do you see Senator Van de Putte's question?

13  And if you can read Senator Fraser's response.

14              MS. DONNELLY:  Wait.  You're saying it

15  starts at 44?

16              THE WITNESS:  Yeah, I don't have 45.

17              MS. MARANZANO:  You don't have 45?

18              MS. DONNELLY:  No.

19              THE WITNESS:  No.

20              MS. MARANZANO:  On the back?

21              THE WITNESS:  No.  It goes from --

22              MS. DONNELLY:  It goes from 44 to 161.

23              MR. KEISTER:  I'm going to object to

24  having the witness read from documents at this late

25  hour.  The documents speak for themselves.

264

1              MS. MARANZANO:  I have a question, but

2  we need to find the right transcript.

3              MR. KEISTER:  You asked him to read it.

4              MS. MARANZANO:  Okay.  We'll put that

5  exhibit aside.

6              THE WITNESS:  I need to take a break

7  here to communicate with some folks that are trying to

8  reach me.

9              MS. MARANZANO:  Okay.  Let's go off the

10  record.

11              (Break.)

12              MS. MARANZANO:  Can I have this marked.

13              (Williams Exhibit 27 marked/introduced.)

14      Q.   (BY MS. MARANZANO)  Senator Williams, I'm

15  showing you what we've marked as Deposition Exhibit

16  27.

17           Do you recognize this document?

18      A.   I do not, but I will look at it.

19           This looks like an excerpt from the Senate

20  Journal the day that I had my friends from the Jewish

21  Federation of Houston on the floor of the Senate.

22      Q.   And an excerpt from the Senate Journal on

23  January 26, 2011; is that correct?

24      A.   Yes.

25      Q.   And can you look at the page that is labeled

TOMMY WILLIAMS                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

265

1   at the bottom JA_001243?

2        A.    1243?

3        Q.    Yup.

4        A.    Okay.

5        Q.    Do you see that Senator Davis offered an

6   amendment to SB 14 Floor Amendment No. 12, that would

7   have prohibited fees for documents that were either to

8   be used as proof of identification or to obtain a

9   document that may be used as proof of identification?

10  Do you see that amendment?

11       A.    I do.

12       Q.    And do you see that Senator Fraser moved to

13  table that amendment?

14       A.    Yes.

15       Q.    And you voted to table that amendment; is

16  that correct?

17       A.    I did.

18       Q.    Can you tell me why.

19       A.    Looks like it was an unfunded mandate, on our

20  local government units.

21       Q.    And did you talk to any of the local

22  government units to determine whether they had

23  concerns about that unfunded mandate?

24       A.    No, I didn't know about the amendment until

25  Senator Davis offered it on the floor that day.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

266

1      Q.    So this amendment would have essentially

2   shifted costs from voters to counties; is that

3   correct?

4      A.    It would appear so.   Political subdivisions

5   of the State.

6      Q.    And do you support the concept that the

7   voters and not the county should bear the cost of

8   obtaining an ID?

9      A.    I think that we didn't want to put any

10  additional burdens, unfunded mandates on our local

11  government units.   Ultimately, this is the taxpayers

12  that are paying for that.

13     Q.    Would allowing these documents to be issued

14  free of charge in any way prevent Texas from verifying

15  that a voter is who they say they are at the polls?

16     A.    Would you ask the question again?

17     Q.    Sure.   Would allowing these documents to be

18  issued free of charge in any way prevent Texas from

19  verifying a voter is who they say they are at the

20  polls?

21     A.    I don't think so.

22     Q.    Are you aware of whether the Indiana law

23  provides that indigent persons can obtain underlying

24  documents to obtain a necessary photo ID free of

25  charge?

TOMMY WILLIAMS                                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

267

1      A.     I don't recall.

2      Q.     Do you recall that during the debate on the

3   Committee of the Whole, supporters of SB 14 frequently

4   referenced the Indiana voter ID law?

5      A.     That's -- I recall that it was frequently

6   referenced.  I don't recall any of the particulars of

7   the Indiana law.

8      Q.     Okay.  Was this amendment tabled on a

9   party-line vote?

10     A.     It would appear that it was.

11     Q.     Will you look at JA_001245?

12     A.     Okay.

13     Q.     Do you see that Senator Davis also offered a

14   Floor Amendment No. 15, which would have allowed for

15   the use of IDs that had expired since the last general

16   election and up to two years?

17     A.     What's your question?

18     Q.     Do you see that amendment that I'm referring

19   to?

20     A.     Yeah.

21     Q.     I assume, based on your last answer, that you

22   are not aware of whether the Indiana voter ID law

23   contains a similar provision?

24             MS. DONNELLY:  Objection.  Form.

25     A.     I don't know whether it does or not.

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

268

1      Q.    (BY MS. MARANZANO)  Do you see that Senator

2  Fraser moved to table this motion?

3      A.    Looks like he withdrew the amendment, to me.

4  On JA_001245, it says she temporarily withdrew her

5  amendment.

6      Q.    Can you look at JA_001263?  And do you see

7  that she brought up -- that Senator Davis brought up

8  Floor Amendment No. 15, on that page?

9      A.    I see that she brought up Floor Amendment

10 No. 15 again.  I don't know if it's the same amendment

11 that she offered earlier or not.  I'd have to take

12 some time --

13     Q.    Well, do you see that Floor Amendment 15, as

14 reflected on JA_001263, allows for the use of

15 identification that has expired after the date of the

16 most recent general election?

17     A.    Yes, I see that.

18     Q.    And do you see that Senator Fraser moved to

19 table this bill?

20     A.    He moved to table the amendment.

21     Q.    Thank you.  The amendment.

22          And you voted in favor of tabling the

23 amendment, correct?

24     A.    I did.

25     Q.    Why did you vote that way?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

269

1      A.    I think, if we're giving out free IDs,

2  there's no reason for people to be running around with

3  expired IDs to use in an election.  So that's about

4  all I can tell you about it.

5      Q.    Did you think an expired ID was less secure

6  than a nonexpired ID?

7      A.    Yes.

8      Q.    And why is that?

9      A.    Because the person had to go in -- would have

10 to go in and get their identification verified, and

11 you don't know if they -- if it's an expired ID,

12 whether it's the same person or not.  I mean, you

13 know, it just seems like it would be more secure, to

14 me.

15     Q.    Did you have any evidence that using an ID

16 that had been expired for two years was less secure

17 than using an ID that hadn't?

18     A.    I don't recall.

19     Q.    Was this amendment tabled on a party-line

20 vote?

21     A.    Let's see.  Yes, it would appear that it was.

22     Q.    Can you look at the page that's labeled

23 JA_001251?  And I'd like to direct your attention to

24 Floor Amendment 24.

25         Do you see that Senator Hinojosa offered an

270

1   amendment that would have allowed for county

2   commissioners to authorize county election officials

3   to issue a voter registration with a photo ID?

4       A.   I don't know what all his amendment did,

5   because if I -- without having the bill in front of

6   me.  There's three sections -- three items that were

7   amending Section 12 of the bill by striking the word

8   "photo," inserting the word "or," and, following

9   "expired," inserting another phrase.

10          And then it says, Section blank, Subchapter A

11  of the election code is amended by adding Section

12  15.0025 to read as follows.  And then there's the

13  language that you refer to, which -- so that language

14  is in there, but I don't know the effect of these

15  other changes without having a copy of the bill in

16  front of me.

17      Q.   Do you want to refer to the bill?  I believe

18  it was --

19      A.   If you have a copy of the bill that we were

20  considering, I'd be glad to take a look at it, but I

21  don't know that you do.  I mean, I think you had an

22  engrossed version of the bill.  So it would have

23  included the amendments already.

24      Q.   I see.  So the bill that has already been

25  introduced --

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

271

1      A.    Yeah.   I mean, I don't know.   I can go back

2  and see.   It's hard for me to tell, just looking here.

3  I'd have to get your --

4      Q.    Well, let me ask you this --

5      A.    And the line numbers change, and, you know.

6      Q.    With regard to this concept of a county

7  election official being authorized to take a

8  photograph of somebody and put it on a voter

9  registration certificate, is that a concept that you

10 support or that you would be opposed to?

11     A.    Well, I think I voted against it, so I was

12 opposed to it.

13     Q.    You voted in favor of the motion to table; is

14 that correct?

15     A.    Yes, that's correct, I was opposed to his

16 amendment.

17     Q.    And why were you opposed to this amendment?

18     A.    I don't recall.   I don't -- like I said, I

19 don't know, without having a copy of the bill that we

20 were considering on the floor, and all these other

21 changes.   I'm -- I'm reticent to say, because I don't

22 know what else might have been affected by these other

23 sections.

24     Q.    How is this --

25     A.    I can't tell by reading the amendment.

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

272

1      Q.    Does it strike you as similar in concept to

2   the idea of your smile and vote proposal?

3      A.    No.

4      Q.    And what are the differences?

5      A.    The difference is that the county election

6   administrator would be issuing a registration

7   certificate with a photo ID, as opposed to taking a

8   photo and retaining it to see if it was the same

9   person or not.  So it's -- there's some similarities,

10  but it's not the same.

11     Q.    And do you believe --

12     A.    And like I said, I don't know what these

13  other things, these other sections, did either.

14     Q.    Do you believe that if county election

15  officials had been permitted to take photos of people

16  and put it on a voter registration certificate, would

17  that have -- and then they were allowed to use that ID

18  to vote, would that have interfered with the purpose

19  of verifying that a voter is who they say they are?

20     A.    Yes, I think it would have.

21     Q.    How would it have interfered with that

22  purpose?

23     A.    I don't believe that the elections

24  administration people -- we would have been putting an

25  unfunded mandate on them, to start with, to do this.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

273

1      And at least, a portion of the amendment that
2  I see here, it's not a requirement, it's an option, so
3  it doesn't serve -- it doesn't really solve the
4  problem.  It just says the county may do it.  It
5  doesn't say they have to do it.
6      So you would have had a hodgepodge of 254
7  counties, one county -- maybe one county chooses to
8  issue them and the other county chooses not to.  So
9  it's not solving the statewide -- it's not solving the
10  problem on the statewide issue.  There's no
11  requirement that the county do that here.
12     Q.   So -- and that concerns -- I'm confused about
13  why that's a concern for you.  Can you explain that to
14  me?
15     A.   Well, Harris County might say, "Yes, we're
16  going to do it."  But Grimes County might say, "No,
17  we're not going to do it."  And so then you would have
18  photo voter identification in Harris County but not in
19  Grimes County.
20     Q.   And why is that a problem, that one county
21  might do it and another county might not?  What --
22     A.   I think that you would want to have uniform
23  laws.  I think we -- you know, I think our election
24  laws apply to the entire state.  They're not done on a
25  county-by-county basis.

274

1     Q.    So it would concern you because voters in

2  certain counties wouldn't have the same access to this

3  ID than another?

4     A.    Some would, and some wouldn't, and it

5  wouldn't be uniformly -- people wouldn't be treated

6  uniformly across the state if you're just doing it on

7  a "may authorize" basis.

8     Q.    And in terms of the unfunded mandate --

9     A.    I guess it really wouldn't be an unfunded

10  mandate.  You're just telling them you can do it, but

11  you don't have to; and so there's no assurance that

12  they would or they wouldn't.  So it really -- I

13  probably misspoke.  It wouldn't be an unfunded mandate

14  if it's passive.

15     Q.    Do you recall why you voted to table this?

16     A.    No.

17     Q.    But you have concerns, as you sit here today,

18  about the inconsistency that this amendment --

19     A.    Just looking at that one section.  And I

20  don't know what these other portions do.  Because what

21  we were trying to do was solve the problem on a

22  statewide basis.

23           There's 254 counties in the state.  You can't

24  have every county doing this a different way.  That

25  would lead to a lot of confusion.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

275

1    Q.   What do you mean by, you were trying to solve

2    the problem on a statewide basis?

3    A.   The problem of in-person voter fraud needed

4    to be addressed on a statewide basis, not on a

5    county-by-county basis, which is what it would appear

6    to me that this amendment does.

7    Q.   Were you concerned that it would be confusing

8    for poll workers to have some counties be issuing

9    these and some counties not be issuing these?

10   A.   No, because you vote in your home county.

11   You wouldn't take your ID and go to another county and

12   vote.

13   Q.   So your concern is just, as a general matter,

14   the inconsistency of the implementation?

15   A.   Yes.  That's what I've said, I think, two or

16   three times.

17   Q.   Okay.  I just wanted to be clear.

18        Was this amendment tabled on a party-line

19   vote?

20   A.   It would appear so.

21   Q.   Can you look at JA_001254.  Do you see that

22   Senator Gallegos introduced Floor Amendment 29, which

23   would have allowed for DPS to extend their hours until

24   7:00 p.m., and to be open on Saturdays?  Do you see

25   that amendment?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

276

1    A.    And I'm sorry, it would not have allowed it,
2 it would have required.
3          I see the amendment, yes.
4    Q.    And you see that Senator Fraser moved to
5 table that amendment?
6    A.    Yes.
7    Q.    And you voted in favor of tabling that
8 amendment, correct?
9    A.    Correct.
10   Q.    And why did you vote in favor of tabling that
11 amendment?
12   A.    I think, like many things that Senator
13 Gallegos did, it was ill-considered, God rest his
14 soul.
15   Q.    What was ill-considered about it?
16   A.    I'm not sure that we had any evidence that
17 requiring them to be open until 7:00 p.m. during the
18 weekdays, or four hours on two Saturdays each month,
19 really was necessary.
20          And it was -- it's overly prescriptive for
21 the legislature to put this kind of language in a
22 statute for a statewide agency.  So you'd have the
23 offices all over the state that would be required to
24 be open, whether it was necessary for them to be or
25 not.

TOMMY WILLIAMS                                                        7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

277

1          And my recollection is that the department --

2    if you look back at my press release, I think that

3    they did this as an accommodation -- something similar

4    to this, as an accommodation, to make the offices more

5    available.   They were open on Saturdays for election

6    identification certificates only.

7          In other words, they would not process

8    driver's license requests then, just the EIN [sic].

9    So sometime prior to -- after the effective date of

10   the legislation, and before the election, the

11   department did this.

12         So it's usually a lot better to try to work

13   with a department and let them help you come up with a

14   way to solve the problem than it is to put this in

15   statute where, you know, you're prescribing that they

16   do it this way and it might not actually be addressing

17   the problem.

18      Q.   The department isn't required to be open on

19   Saturday, pursuant to SB 14, right?

20      A.   No.   It would have been with this amendment.

21      Q.   And did the legislature at any time consider

22   whether individuals who worked an hourly wage would

23   have trouble going to DPS during business hours?

24      A.   Yes.   That was discussed.

25      Q.   And what was the conclusion?

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

278

1    A.    The conclusion was that it wasn't overly

2  burdensome, it wasn't any more burdensome than getting

3  a driver's license.    And I think, you know, my

4  recollection is, it met the test that was outlined by

5  the Supreme Court in the Indiana case when it was

6  heard.    That was part of what we looked at.

7          So I'm not a lawyer, I can't tell you, but I

8  know they set out some standards for what was too

9  burdensome and what wasn't; and the feeling was, this

10  wasn't too burdensome.

11          And in the end, the department, you know,

12  opened their offices and had some extended hours so

13  that they could address this problem, and I

14  think -- address this issue, I should say, and I think

15  that their mega centers have extended operating hours

16  now.

17          So the problem was solved without having this

18  heavy-handed way of saying, "Well, all these offices

19  need to be open," and you'd have people sitting around

20  at a desk with nothing to do.

21    Q.    Would this amendment in any way have

22  interfered with the ability to verify that a voter is

23  who they say they are?

24    A.    No, but it could have added a lot of

25  additional cost to the department that wouldn't have

TOMMY WILLIAMS                                                 7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

279

1 necessarily solved the problem that Senator Gallegos

2 was trying to solve.

3     Q.    And this amendment was tabled on a party-line

4 vote; is that correct?

5     A.    It would appear so.

6                MS. MARANZANO:  Okay.  Let's go off the

7 record.  I think, at this point, I'll pass it to Rich.

8                (Off the record.)

9                E X A M I N A T I O N

10 BY MR. SHORDT:

11     Q.    Senator, my name is Richard Shordt.  I'm with

12 the Texas League of Young Voters Education Fund and

13 Imani Clark.  The same ground rules apply that applied

14 all day.

15           I want to go back and talk a little bit about

16 the issue of student IDs.  And I believe you testified

17 earlier that the reason you did not support student

18 IDs as a document to prove identification at the polls

19 is primarily because you didn't think that poll

20 workers would be able to necessarily distinguish

21 between the different student IDs.

22           Is that a correct summary of what you

23 previously testified to?

24     A.    I think what I testified to, that it would be

25 confusing for the poll workers to know whether it was

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

280

1  a valid ID or not.  And I'm not sure how secure they

2  are, as far as what the schools actually do to verify

3  to know that that is the person.  They probably ask

4  for your driver's license before they'll issue you a

5  student ID.  That would be my guess.

6           Have you checked on that?

7      Q.   Well, you said there's a lot of universities

8  here in Texas.

9      A.   Yeah, okay.  You should probably check that.

10 They probably require a driver's license before

11 they'll issue a student ID.

12     Q.   That's probably true that not every student,

13 college student in Texas, has a driver's license; is

14 that right?

15     A.   I don't know.

16     Q.   And do you know if every student at Texas A&M

17 has a driver's license?

18     A.   I have no idea.

19     Q.   Are there any other reasons, other than

20 confusion -- potential confusion among poll workers

21 and not understanding how universities and colleges

22 will issue student IDs -- or any other reasons that

23 you can recall at the time SB 14 was debated?

24     A.   Not that I recall at this time.

25              (Williams Exhibit 28 marked/introduced.)

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

281

1      Q.   (BY MR. SHORDT)  I'm handing you what's been

2  marked as Exhibit No. 28.  Please look it over and let

3  me know if you recognize this document.

4           Does that look familiar to you, Senator?

5      A.   No.

6      Q.   I will represent that this was produced in

7  this litigation, and you are listed as the custodian.

8           So is it fair to assume that this came out of

9  your office if you're listed as the custodian?

10                MS. DONNELLY:  You're sure about that?

11                MR. SHORDT:  Yeah, I'm -- I'm sure that

12  Senator Williams was listed as the custodian of this

13  document, LEG0000795.

14      A.   I'm not familiar with it.  I'm not saying

15  that my office didn't have it, but I don't remember

16  it.

17      Q.   (BY MR. SHORDT)  Okay.  Do you -- I just want

18  to walk through this document.  You're not familiar

19  with it, I understand.  But I still want to walk

20  through it and ask you a few questions about it.

21           The first -- under Sub-bullet 1 -- sorry,

22  Bullet 1 states:  "There is no uniformity amongst

23  Texas institutions of higher education for making

24  student IDs," and the first sub-bullet is:  "Some do

25  not have expiration dates."

282

1          How would an expiration date on an ID prove or

2   disprove that the individual in the picture is not the

3   person whose name is on the identification?

4          A.   I'm not advised.

5          Q.   And what do you mean when you say, "I'm not

6   advised"?

7          A.   I don't know.  I've never seen this before,

8   so -- or I have no recollection of ever seeing it

9   before.

10         Q.   Do you think that not having an expiration

11  date on a student identification would make it

12  disqualifying as an ID to use to represent a student

13  identity at the polls to vote?

14         A.   I don't have an opinion about it.

15         Q.   Okay.  And the next bullet says:  "Even after

16  having SOS" -- I believe that's Secretary of State --

17  "prescribe uniform requirements for student ID's,

18  there is no guarantee that colleges and universities

19  would comply."

20         Do you think it's correct to say that a -- or

21  do you believe this to be accurate, that there's no

22  guarantee a college or university would comply with a

23  uniform requirement for student IDs?

24              MS. DONNELLY:  Objection.  Form.

25         A.   I have no idea.  And they're both public and

283

1   private universities, and some private universities

2   might feel that they're not compelled to follow that.

3   I mean, I don't know.

4        Q.   (BY MR. SHORDT)  Would --

5        A.   This isn't something that I produced, so

6   you're asking me to speculate about somebody else's

7   idea here.

8        Q.   Well, let me ask it this way:  In your role

9   as the vice chancellor at Texas A&M, if the Secretary

10  of State's office issued a -- issued a requirement

11  that all public universities in Texas had to issue a

12  standardized student ID, would Texas A&M comply with

13  that?

14             MS. DONNELLY:  Objection.  Form.

15             MR. KEISTER:  Object to form.

16       A.   I don't know the answer to that.  That would

17  be something that you need to direct to the Office of

18  the General Counsel, not to me.  I'm the vice

19  chancellor of federal and state relations, so I don't

20  know, and I don't know that the Secretary of State has

21  the authority to do that.

22       Q.   (BY MR. SHORDT)  Okay.

23       A.   So, I mean, I just don't know is the answer.

24       Q.   Okay.  And the second main bullet point

25  states:  "Students are still eligible to vote absentee

284

1  in their home precinct."

2          And I understand that you haven't seen this,

3  but is it accurate to say that a student could vote

4  absentee in their home district if that home district

5  is the county where the university is located?

6                  MS. DONNELLY:  Objection.  Form.

7      A.   What are you asking me?

8      Q.   (BY MR. SHORDT)  So let me ask it this way:

9  Let's say, for example, a student at Texas A&M grew

10 up -- their home is listed as College Station, and

11 they are attending class in College Station, which I

12 believe is in Brazos County, on election day.

13          Could that student vote absentee if they were

14 in the county on election day?

15     A.   I'm not sure I can answer the question the

16 way you phrased it.  The -- if they're a resident of

17 Brazos County, and that's their home county, and

18 that's also where they're attending school, they

19 wouldn't qualify for an absent -- a vote by mail or

20 absentee ballot because of their residence and their

21 school being the same.

22          But they might still be able to qualify for

23 an absentee ballot if they were over 65, if they had a

24 disability, or if they had an expected actual physical

25 absence from the county during the time that the

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

285

1   election was to be held.

2           For an example, the primaries, until

3   recently, frequently occurred during spring break, and

4   maybe that student expected to be on a ski trip in

5   Colorado during the time that early voting was going

6   on, they would then qualify.

7           So there's a lot -- there's probably other

8   exceptions that I don't know of.  So I think you had a

9   poorly worded question.

10      Q.   Well, my question actually is specifically --

11  my hypothetical specifically said if a student was in

12  the county on the day of the election.

13      A.   You mean physically present?

14      Q.   Physically present.

15      A.   If they're physically present, I don't think

16  they'd qualify.

17      Q.   Do you -- do you know that there are probably

18  thousands of Texas college students from the same

19  county where their college or university is located?

20              MS. DONNELLY:  Objection.  Form.

21      A.   I don't know that.  I don't -- I don't have

22  any idea.  I know there are students that attend in

23  their home county and there are students who travel

24  and live outside -- go to school outside their county.

25  I mean, I don't know what the numbers are.  I have no

286

1  idea.

2      Q.   (BY MR. SHORDT)  Do you know how many Texas

3  A&M students are from Brazos County?

4      A.   No.  No, I have no idea.  I work at the

5  system office.  There are 132,000 students in the

6  Texas A&M University system.  Roughly one out of every

7  five college students goes to an A&M school.  So how

8  would I know that?

9      Q.   I asked if you knew it, and you answered the

10 question.

11         Do you see where this states, quote, "There

12 is no assurance to the State that the persons who

13 process student IDs are capable of providing the same

14 type of security in issuing those ID's as the state or

15 federal government would be in the types discussed in

16 SB 14"?

17     A.   I see that.

18     Q.   Do you recall any testimony received during

19 SB 14, or the two previous voter ID bills that you've

20 testified to today, regarding how Texas universities

21 prepare, secure or issue a student ID, at a Texas

22 college or university?

23     A.   I'm not advised.

24     Q.   And by you're "not advised," do you mean you

25 don't know the answer?

287

1      A.    That's right.

2      Q.    And did the legislature, during the

3   consideration of SB 14, give any consideration to the

4   ways of making student IDs more secure, at least for

5   the state's public institutions of higher education?

6      A.    I don't recall.

7      Q.    Do you recall if the legislature gave any

8   consideration to options such as requiring the

9   expiration date be put on student IDs?

10     A.    I don't recall.

11     Q.    Do you see where it says, "Ease of forging

12  student ID's" on this document, Senator?

13     A.    I do.

14     Q.    Do you recall any evidence presented or

15  testimony given during the discussion of SB 14 --

16  during the consideration of SB 14, that suggests it's

17  easier to forge student IDs at Texas colleges or

18  universities?

19     A.    I don't recall.

20     Q.    Do you recall any testimony given as to

21  whether it's easy to forge IDs at any college or

22  university nationwide?

23     A.    I don't recall.

24     Q.    Do you recall any evidence or testimony given

25  that shows if it's easier or harder to forge a student

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

288

1    ID than it is a Texas driver's license or a Texas

2    personal identification card?

3        A.    I don't recall.

4        Q.    And do you see where, on this document, it

5    says:  "Students should have the types of documents

6    needed to procure a driver's license or ID card for

7    attending their institution"?

8        A.    I do see that.

9        Q.    Do you recall any evidence or testimony

10   received during the consideration of SB 14 that

11   provided a factual basis for that statement?

12       A.    I don't recall.

13       Q.    Do you know if every student at a Texas

14   university has one of the required documents, one of

15   the SB 14 required documents to vote?

16       A.    I don't know.

17       Q.    And the last bullet states:  "Allowing this

18   type of identification would only cause confuse" -- I

19   think that's probably a typo -- "to poll workers

20   because there are so many types."

21            And I know you've previously testified that

22   that was one of your primary concerns.

23            Do you know if military IDs are permitted by

24   SB 14?

25            Strike that.

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

289

1          We've discussed this earlier.  You agree that

2   military IDs are an SB 14-permitted identification; is

3   that correct?

4       A.   I believe they are.

5       Q.   Do you know how many types of military IDs

6   there are?

7       A.   I do not.

8       Q.   Would it surprise you to hear that there are

9   at least 10 different types of U.S. military IDs?

10      A.   No.

11      Q.   Do you know if poll workers in Texas are

12  trained to distinguish between different types of

13  military IDs?

14      A.   I don't know.

15      Q.   Do you know -- did you have any concern when

16  SB 14 was debated that, just like poll workers may

17  have confusion distinguishing between student IDs,

18  they may have confusion or may not understand how to

19  distinguish between different military IDs?

20      A.   Not that I recall.  As you say, there are 10

21  of these.  As I've said previously in my testimony, I

22  believe there are 38 general academic institutions in

23  this state.  In addition, there's seven or eight

24  health science centers, and there's somewhere around

25  30 community colleges.  So there's a lot more academic

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                      290

1  institutions issuing state IDs than there are military

2  institutions.

3      Q.   So is it fair to say that 10 or 11 types of a

4  particular ID is easier to understand, as a poll

5  worker, than several dozen student IDs?   Is that your

6  testimony?

7                 MS. DONNELLY:   Objection to the form.

8                 Go ahead.

9      A.   I think what I'm saying, it would be easier

10 if there were 10 instead of over two dozen.

11     Q.   (BY MR. SHORDT)   For poll workers to decipher

12 and --

13     A.   Over three dozen.   Over four dozen, probably.

14 A lot, yeah.

15     Q.   Do you recall any testimony received during

16 the consideration of SB 14 addressing how many

17 students in Texas do not possess an SB 14 valid

18 identification?

19     A.   I do not.

20     Q.   Do you recall if there was any testimony as

21 to the effect of excluding student IDs on voting at

22 historically black colleges or universities?

23     A.   Say what, now?

24     Q.   Do you recall if there was any testimony

25 received during the consideration of SB 14 with

291

1   that -- as to the effect of excluding student IDs and

2   voting at historically black colleges or universities

3   in Texas?

4       A.   I don't recall.

5       Q.   Can you please refer back to --

6            MR. SHORDT:  Go off the record for just

7   one second.

8            (Off the record.)

9       Q.   (BY MR. SHORDT)  Senator, can you please turn

10  to Exhibit 27, which we just looked at a few minutes

11  ago with Ms. Maranzano.

12      A.   All right.

13      Q.   Do you recall an amendment -- sorry, I'll

14  direct your attention to page 123 at the top

15  right-hand side of the Senate Journal.

16           Do you recall an amendment offered by Senator

17  Ellis that would allow as an acceptable form of ID a

18  student identification card from a public university

19  in Texas that contains the person's photograph and has

20  not expired?

21      A.   No, and I don't see.  You're going to have to

22  give me --

23      Q.   If you look at page 123 -- it would be in the

24  top right-hand -- page 123 of the Journal.

25           MR. KEISTER:  Are we looking at the same

TOMMY WILLIAMS                                           7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

292

1   document?

2            MR. SHORDT:  I thought we were.

3            MS. DONNELLY:  Go by the JA.

4   A.   JA_001248?

5            MS. DONNELLY:  Yeah.

6   A.   Is that the same page?

7   Q.   (BY MR. SHORDT)  I'm using a different

8   version, but is Floor Amendment No. 19 on that?

9            MS. DONNELLY:  Yes.

10  A.   Yes, it is.

11  Q.   (BY MR. SHORDT)  And Floor Amendment No. 19,

12  as you look at Section 5, it states:  "for a person

13  who is a student at an accredited public university

14  located in the state of Texas, a student

15  identification card that contains the person's

16  photograph that has not expired issued to the person

17  by the institution of higher education."

18          Now, this amendment would not have permitted

19  student IDs from other states; is that correct?

20  A.   I can't tell without having a copy of the

21  bill that we were considering, because there's some

22  other portions besides the language that's being

23  added.  And I'm not sure what the effect of striking

24  "or" and following "expired" -- I don't know what the

25  effect of that was.

TOMMY WILLIAMS                                                   7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

293

1          Now, with respect to that Subsection 5, it

2    says:  "for a person who is a student at an accredited

3    public university located in the state of Texas, a

4    student identification card that contains the person's

5    photograph that has not expired issued to the person

6    by the institution of higher education."

7          That's all I can tell.  I don't know, without

8    having the bill in front of me, when you insert that

9    language in, what the effect of it would be; because

10   I'm not sure where it's going, from what I see -- from

11   what -- the document that I have before me.

12       Q.   And Senator Fraser moved to table this

13   amendment; is that right?

14       A.   That's what it says.

15       Q.   And you voted in favor of tabling?

16       A.   That's what it says.

17       Q.   I want to turn to a different issue, and I'm

18   going to show you -- well, let me start by asking,

19   during consideration of voter ID bills between 2009

20   and 2011, do you recall that bill supporters cited the

21   results of certain polls -- public opinion polls that

22   show Texas feelings about voter ID?

23       A.   What are you asking me?

24       Q.   Do you recall, during the consideration of

25   SB 14 or SB 362, that bill supporters often cited or

TOMMY WILLIAMS                                                        7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

294

1  referred to public opinion polls that showed Texans'

2  views about the voter ID issue?

3       A.   Yes.   I know that there were a lot of polls

4  that were done that showed it was widely popular among

5  all ethnic groups and all groups along party lines.

6  It was -- you know, it was an overwhelmingly popular

7  thing, and we polled it in my Senate district and

8  found similar results.

9       Q.   Okay.

10       A.   At some point, I'm not sure where, you know,

11  in --

12       Q.   Right.

13       A.   -- the consideration of those bills, but I

14  know it would have been something that we had looked

15  at.

16       Q.   Okay.  I'd like to show you -- we'll start --

17  because you mentioned in your district, and I think

18  you may have cited one poll, so...

19            (Williams Exhibit 29 marked/introduced.)

20       Q.   (BY MR. SHORDT)  Senator, I've shown you

21  what's marked as Exhibit 29.

22            Do you recognize this -- this poll?

23       A.   No.

24       Q.   Okay.

25            (Williams Exhibit 30 marked/introduced.)

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                      295

1      Q.   (BY MR. SHORDT)  And I'm going to -- I'm going

2  to just give you three documents, because I want to

3  talk about them in tandem, so I think it would be

4  easier to cross-reference.

5                MR. SHORDT:  Can you mark that one,

6  please.

7                (Williams Exhibit 31 marked/introduced.)

8                MS. DONNELLY:  Counsel, 29 is marked as

9  "HIGHLY CONFIDENTIAL".  I realize the entire

10 deposition is under seal, which is, for the record,

11 any questions and answers about 29 are covered by the

12 "highly confidential" designation.

13               Is that an agreement?

14               MR. SHORDT:  Yes.

15               MS. DONNELLY:  Thank you.

16               MR. SHORDT:  But Exhibits 30 and 31 are

17 not marked "highly confidential."

18               MS. DONNELLY:  Understood.

19     A.   Do I have 30?

20     Q.   (BY MR. SHORDT)  Yes, sir.

21          So let's go in reverse order, Senator.  If you

22 could look at Exhibit 31, what's been marked as

23 Exhibit 31?

24          Is this -- fair to say, this is a constituent

25 newsletter that you released --

TOMMY WILLIAMS                                                      7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

296

1       A.    It would appear that it is.

2       Q.    -- fall of 2009?

3             I want to direct your attention to page --

4  page 3, which is, at the bottom, Bates labeled

5  LEG00000801.

6             In the middle, halfway down on the right-hand

7  side, there's a section labeled "Fighting Voter

8  Fraud."

9       A.    Uh-huh.

10      Q.    And it states:   "Tommy fought long and hard

11 to get a Photo Voter ID bill passed in the Texas

12 Senate."

13            And then the next line is:   "70 percent of

14 Texans agree with requiring voters to present photo

15 voter identification."   And the source is June 2009,

16 University of Texas Government Department Statewide

17 Survey of Texas Public Opinion.

18            Senator, is it fair to say that you approved

19 this newsletter going out --

20      A.    Yes.

21      Q.    -- to your constituents?

22            And do you recall specifically discussing

23 this section with, I presume, the staffer who drafted

24 it on your behalf?

25      A.    I do not.

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

297

1      Q.     But -- but this wouldn't have gone out to

2  your constituents unless you approved --

3      A.     That is correct.

4      Q.     Okay.  So I'd like to turn now to Exhibit 30,

5  which -- do you recognize the poll in Exhibit 30?

6      A.     I do not.

7      Q.     Do you see where, at the top, it says:

8  "Texas Politics Views on Proposed Voter ID Requirement

9  (June 2009)"?

10     A.     Yes, I see it now.

11     Q.     Do you think that it's fair to say that this

12  is the poll that is referenced in your constituent

13  newsletter?

14            MS. DONNELLY:  Objection.  Form.

15     A.     I don't know.  It could be.

16     Q.     (BY MR. SHORDT)  On the first page of this

17  poll, it says:  "Views on Proposed Voter ID

18  Requirement (June 2009)," percentages and a bar graph,

19  and 69 percent agree, 17 percent disagree.  Is

20  that -- is that accurate?

21     A.     I see -- what are you talking about, Exhibit

22  30?

23     Q.     Exhibit 30, yes, sir.

24     A.     Uh-huh.

25     Q.     So I will represent to you that page 4 -- if

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

298

1   you can turn to page 4?

2       A.   On what exhibit?

3       Q.   Sorry.  Exhibit 30.  I will represent -- and

4   I pulled this off of the Texas Politics website --

5   that this is the question that was asked for

6   respondents of this poll.  And if you can take a

7   second just to look over this short page, I have a

8   couple questions for you.

9       A.   Okay.  I've read it.

10      Q.   At the end -- well, sorry -- respondents were

11  asked -- and then it quotes the question, what was

12  read to the respondents, and the last sentence reads:

13  "Do you agree or disagree with the idea that

14  registered voters should be required to present a

15  government issued photo ID at the polls before they

16  can be allowed to vote?"  They were given three

17  choices:  "Agree," "Disagree," "Don't Know."

18           This question doesn't -- sorry.

19           Well, this question states a

20  government-issued photo ID was used; is that correct?

21      A.   That's what it says.

22      Q.   And it doesn't define or limit the term

23  "government-issued photo ID"; is that right?

24      A.   That's correct.

25      Q.   And SB 14 does not include all forms of

299

1  government-issued photo identification; is that right?

2      A.    Aha.

3      Q.    Is that enthusiastic "aha," a "yes," Senator?

4      A.    I can't believe we're sitting here at 6:30,

5  to have these kinds of inane questions asked of me, is

6  what I think.

7            Did you really go to law school?  This is

8  ridiculous.

9                MR. SHORDT:  Objection.  Nonresponsive.

10               Will you please answer the question?

11               MS. DONNELLY:  Can you rephrase, repeat

12  the question?

13               MR. SHORDT:  Can you please repeat the

14  question that I asked the Senator.

15               THE REPORTER:  "And SB 14 does not

16  include all forms of government-issued photo

17  identification; is that right?"

18     A.    That is -- that would appear to be correct.

19     Q.    (BY MR. SHORDT)  And there are more

20  government-issued IDs that are included in SB 14; is

21  that correct?

22     A.    That's true.

23     Q.    Is it fair to say that you don't know how any

24  single respondent to this poll interpreted, quote,

25  "government-issued photo ID"; is that correct?

TOMMY WILLIAMS                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

300

1     A.    I think it speaks for itself.

2     Q.    That wasn't quite my question.

3           I asked if you know how any individual

4  interpreted the phrase "government-issued photo ID."

5     A.    I think -- I didn't write the question for

6  the poll.  It would appear to me that it has broad

7  support.  The legislature decided what that would

8  mean, not the pollster.

9                MR. SHORDT:  Okay.  I'll strike as

10 nonresponsive.

11    Q.    (BY MR. SHORDT)  Do you know how any

12 individual respondent to this poll interpreted the

13 phrase "government-issued photo ID"?

14    A.    No.

15    Q.    Do you know if a respondent understood

16 "government-issued photo ID" to mean a state

17 university ID?

18                MS. DONNELLY:  Objection.  Form.

19    A.    I don't know.

20    Q.    (BY MR. SHORDT)  Do you know if a respondent

21 understood the term "government-issued photo ID" to

22 mean a Medicare card issued by the United States

23 Government?

24    A.    I don't know.

25    Q.    Do you know if the term -- if a respondent

301

1  understood the term "government-issued photo ID" to

2  mean a Texas state employee ID?

3      A.   I don't know.

4      Q.   I guess one of my questions is:  If the

5  polling suggested that the public supports use of a

6  government-issued photo ID, then why doesn't SB 14

7  include all government-issued photo IDs?

8                   MR. KEISTER:  Object to form.

9                   MS. DONNELLY:   Object to form.

10     A.   I don't think that -- I don't know how to

11 answer your question.  There was an extensive debate

12 about this, and it was decided.  My views on it, I've

13 made as clear as I possibly know how to make.  I

14 didn't decide whether I supported Senate Bill 14 or

15 not based on a poll that the University of Texas did.

16     Q.   (BY MR. SHORDT)  Do you recall other senators

17 using this poll and similar polls as justifying

18 support for SB 14?

19     A.   Some may have.  I do recall that --

20                   MS. DONNELLY:  Please don't talk about

21 what other legislators relied upon, what they thought.

22 Please don't speculate.

23     A.   I don't know what they said.  But I think, if

24 you -- I think it would be relevant to go back and

25 look at my closing remarks in the Senate Journal on

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

302

1  the debate about the rule change.  It's relevant, and

2  I think I clearly said that I wasn't proposing a rule

3  change because of polling.  I think that it was

4  important to get the issue before the body, so...

5      Q.   (BY MR. SHORDT)  Then -- well, let me ask

6  this:  Why did you include the poll in your

7  constituent newsletter?

8      A.   I don't know.

9      Q.   You don't know why you included reference to

10 this poll in your constituent newsletter?

11     A.   No.  I mean, somebody wrote this for me, and

12 I would have said, "Is this true?"  They would have

13 shown me where it was true or not true, and I would

14 have said, "Okay.  This is fine."

15              (Williams Exhibits 32 and 33

16 marked/introduced.)

17     Q.   (BY MR. SHORDT)  Senator, you've been

18 handed --

19              MR. SHORDT:  Does everybody have a copy?

20              MR. KEISTER:  I don't, if you have an

21 extra.  If you don't, I will survive.

22     Q.   (BY MR. SHORDT)  Sir, you've been handed what

23 have been marked as Exhibits 32 and 33.

24     A.   No, I have an Exhibit 32 here.

25     Q.   Sorry.  Exhibit 33 is right there.

TOMMY WILLIAMS                                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

303

1          Have you seen either of those polls, Senator?

2               MR. SHORDT:  And for the record, Exhibit

3  32 is a Texas Politics Voter ID Law Support for

4  October 2012, and Exhibit 33 is Texas Politics Voter

5  Identification February 2011.

6     A.   I don't recall whether I've seen them before

7  or not.

8     Q.   (BY MR. SHORDT)  I will represent that the

9  question asked of the poll respondents is the exact

10 same for both polls.  It states:  "Do you agree or

11 disagree with the idea that registered voters should

12 be required to present a government-issued photo ID at

13 the polls before they can be allowed to vote?"

14          And I will also represent that is the exact

15 same question that was asked in the previous poll that

16 we discussed.

17          You earlier cited that this has been used to

18 support broad support among Texans across all minority

19 groups; is that -- is that fair?

20    A.   I think what I said is that it had broad

21 bipartisan support and was supported across ethnic

22 lines.

23    Q.   Would it surprise you to know that between

24 July 2008 and October 2012, the percentage of

25 African-American respondents to these polls agreeing

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

304

1   that registered voters should be required to present a

2   government-issued photo ID at the polls before they

3   can be allowed to vote dropped from 68 percent to 33

4   percent?

5       A.   I have no idea.   I don't know whether that's

6   true or not.

7       Q.   Do these polls -- if you can take a second to

8   look at them, is that what these polls represent or

9   reflect?

10              MS. DONNELLY:   Objection to the form of

11  the question.   It's confusing and vague.

12      Q.   (BY MR. SHORDT)  I'll point you to page -- on

13  Exhibit 32, page 4 shows the support among whites,

14  African-Americans and Hispanics.

15              And is it fair that -- is it true on Exhibit

16  32 that the support among African-Americans is

17  identified as 33 percent?

18              MR. KEISTER:   Object to form.

19              Is there some evidence this is what was

20  relied upon by the legislators?   If not, I'll object

21  it states facts not in evidence.

22              And, Counsel, my time shows that we're

23  at 7 hours.

24              MR. SHORDT:   There's a question pending.

25              MS. DONNELLY:   What is the question?

305

1            MR. SHORDT:  Can you read back the

2  question I asked, please.

3            THE REPORTER:  "I'll point you to

4  page -- on Exhibit 32, page 4 shows the support among

5  whites, African-Americans and Hispanics.

6            And is it fair that -- is it true on

7  Exhibit 32 that the support among African-Americans is

8  identified as 33 percent?"

9            MS. DONNELLY:  The document speaks for

10  itself.

11      A.   Yeah, I've never seen it before.  It says

12  that African-American -- it would appear -- and the

13  coloring of it is difficult for me to follow, the --

14  the color code on the bar charts -- that it would

15  appear that the African-American support was 33

16  percent, the Hispanic support was 75 percent, and the

17  Anglo support was 70 -- or white, as they say, is 71

18  percent.  In the previous poll, it was 80, 63 and 68.

19      Q.   (BY MR. SHORDT)  So is it fair to say that

20  African-American support dropped by 30 percent

21  between --

22            MS. DONNELLY:  No.

23            MR. KEISTER:  Object to form.

24            MS. DONNELLY:  Objection to the form of

25  the question.

306

1              MR. SHORDT:  Please don't testify for

2  your witness.

3              MS. DONNELLY:  I objected to the form of

4  the question.

5              MR. SHORDT:  You said "no."

6     A.   I don't know what it shows.  I mean, we

7  passed the law.  The poll had nothing to do with

8  whether the law was passed or not.  I mean...

9     Q.   (BY MR. SHORDT)  What do you mean, "the poll

10  had nothing to do with whether the law was passed or

11  not"?

12     A.    I -- I voted on this -- on the Senate Bill

13  14, because I thought it was good public policy.  It

14  was popular with voters, but it was good public

15  policy.

16         There are a lot of things that are popular

17  with voters that aren't necessarily good public

18  policy; and, you know, that's my job as a legislator,

19  to discern between the two of those things.

20         And I don't know what you're trying to prove

21  here, but I think the document speaks for itself.

22  It's not anything that I've ever seen before.  So I

23  don't know the veracity of what you're showing me.

24     Q.   So you never saw the June 2009 poll that was

25  cited in your constituent --

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

307

1     A.   No, I don't recall.

2               MS. DONNELLY:  Objection.  Asked and

3   answered.

4     A.   I've already answered that.  I don't know

5   whether I saw it or not.

6               MR. SHORDT:  Okay.  I have no further

7   questions.

8               MS. DONNELLY:  Thank you very much.

9               MR. KEISTER:  I'll reserve.

10              (Deposition concluded at 6:45 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TOMMY WILLIAMS                                                                    7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                                      308

1                      REPORTER CERTIFICATION

2     THE STATE OF TEXAS :
      COUNTY  OF  HARRIS :

3
             I, DENYCE SANDERS, a Certified Shorthand
4     Reporter and Notary Public in and for the State of
      Texas, do hereby certify that the facts as stated by
5     me in the caption hereto are true; that the above and
      foregoing answers of the witness, TOMMY WILLIAMS, to
6     the interrogatories as indicated were made before me
      by the said witness after being first duly sworn to
7     testify the truth, and same were reduced to
      typewriting under my direction; that the above and
8     foregoing deposition as set forth in typewriting is a
      full, true, and correct transcript of the proceedings
9     had at the time of taking of said deposition.

10            I further certify that I am not, in any
      capacity, a regular employee of the party in whose
11    behalf this deposition is taken, nor in the regular
      employ of his attorney; and I certify that I am not
12    interested in the cause, nor of kin or counsel to
      either of the parties;

13
             That the amount of time used by each party at
14    the deposition is as follows:

15            MS. RUDD - 04:11:07
              MR. BRAZIL - 00:23:48
16            MR. SHORDT - 00:39:08
              MS. MARANZANO - 01:51:59

17
             GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
18    this, the 31st day of July, 2014.

19

20            _____
              DENYCE SANDERS, CSR, RPR, CRR, TCRR
21            Notary Public in and for
              Harris County, T E X A S

22
      My Commission Expires:  4-14-17
23    Certification No.:  4038
      Expiration Date:  12-31-15
24    U.S. LEGAL Support, Inc./Firm No. 122
      363 N. Sam Houston Parkway, 12th Floor,
25    Houston, Texas  77060; 713.653.7100

TOMMY WILLIAMS                                                7/29/2014
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

**A**

**$10,000** 185:21
**$100** 136:23
**$120** 124:24 136:25
**$5** 136:24
**$66** 136:22
**A-11** 226:18,23
**A-12** 230:21 231:4,4
**A-16** 232:16
**A-31** 235:13
**A-6** 228:22
**A-74** 210:16
**A-75** 210:14,16,18
**A-9** 225:16,18
**A&M** 19:3 21:21
    25:22 26:24 280:16
    283:9,12 284:9
    286:3,6,7
**a.m** 1:19
**ability** 104:11 141:18
    278:22
**able** 14:10 15:3 72:16
    104:5 117:7,16
    123:18,21 127:3
    135:8,21 136:6,10
    136:18 139:21
    147:1 157:16 174:5
    177:18,22 178:7
    189:3 191:23
    205:22 243:20
    251:2 258:24 260:4
    261:23 279:20
    284:22
**above-styled** 1:18
**absence** 261:25
    284:25
**absent** 52:17 284:19
**absentee** 37:5 186:7
    186:11,13,21
    261:16 283:25
    284:4,13,20,23
**academic** 45:12
    147:8 289:22,25
**accep** 43:12
**acceptable** 15:9,11
    41:22 42:25 44:20

44:25 46:2,7,17
    56:3,4 58:1,18 59:5
    106:1,23 291:17
**accepting** 176:10
    215:15
**access** 107:24 130:4
    164:16,20 165:23
    172:1,4,5 173:5,25
    179:18 242:4 274:2
**accessible** 170:16
**accommodate** 235:18
    236:2 237:1 238:18
    239:11
**accommodation**
    238:5 277:3,4
**accountant** 19:22
    20:15
**accounting** 19:5,14
**accounts** 103:4
    214:16,17
**accredited** 292:13
    293:2
**accuracy** 259:3
**accurate** 53:1,2
    96:11 111:16
    124:12 166:9 167:3
    208:12 282:21
    284:3 297:20
**accurately** 92:13
    242:5
**act** 121:16 156:13
    158:3,5 208:13
**acting** 103:8
**action** 1:4 226:20
    233:12 252:8
**actual** 17:19 261:25
    284:24
**add** 101:3 237:25
    238:13
**added** 116:20 278:24
    292:23
**adding** 270:11
**addition** 289:23
**additional** 16:13
    136:5 138:16
    179:17 188:20

189:19,25 250:9
    251:5 266:10
    278:25
**address** 32:5 40:12
    123:14 124:15,18
    128:16 135:4
    136:11 138:15
    147:20 182:1,4,9
    209:21 251:22
    252:5,8 278:13,14
**addressed** 130:6
    153:8 241:11 252:6
    275:4
**addresses** 37:8
**addressing** 211:19
    277:16 290:16
**adequate** 190:13
    252:12
**adequately** 130:5
**administration**
    208:22 272:24
**administrative** 13:25
    214:23
**administrator** 272:6
**adopt** 63:24 110:8
**adopted** 67:4,6 110:6
    110:16 112:5 114:3
    153:14 211:10,12
    220:14,21 223:12
    229:21
**adopting** 6:4 62:17
    72:20 220:7
**adoption** 110:13
**adopts** 225:11
**advance** 77:9 83:4,19
**advice** 79:16,17 80:1
**advised** 282:4,6
    286:23,24
**advocacy** 173:11
**Affairs** 28:3,7,9,12
    28:20,25 29:4,10,21
    31:5 37:11,18,24,25
    39:3,6,14 41:9
    149:18 152:8
    173:15 175:7
**affect** 125:1,1 133:6

151:23 183:19
**affiliation** 25:8
**affirm** 176:14
**afford** 175:1
**afield** 158:14
**African-American**
    157:16 174:5 263:4
    303:25 305:12,15
    305:20
**African-Americans**
    163:24 164:10,15
    164:20 166:3
    167:10 168:23
    169:18 170:4 173:3
    173:24 304:14,16
    305:5,7
**afternoon** 206:22
**AG's** 148:18,25
    149:4
**age** 247:12 261:18
**agencies** 121:11
    126:16 193:10
    200:20 207:23
**agency** 56:21,22 57:7
    57:8 191:9,15 192:7
    192:9 197:3 252:14
    257:9 276:22
**agenda** 66:12
**agent** 21:13
**agents** 21:11
**ago** 20:13 28:17 68:7
    159:6 234:3 242:10
    252:22 291:11
**agree** 45:4 66:8 156:4
    156:8,19,21 157:25
    163:23 164:3 167:9
    167:15 170:24
    171:2,6 172:8
    173:20 177:10
    180:11 186:7
    225:15 234:7
    242:16 259:6
    260:10 289:1
    296:14 297:19
    298:13,17 303:10
**agreeable** 15:10

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

2

**agreed** 45:7 176:17
234:10
**agreeing** 303:25
**agreement** 15:1
295:13
**aha** 299:2,3
**ahead** 40:17 61:14
77:1 104:17 111:9
130:14 140:5
155:15 184:8
209:25 233:5 290:8
**aircraft** 117:8
**airline** 178:8
**airplane** 178:8,12
**airport** 117:14,14
178:13
**al** 1:3,5 6:12,16
**alive** 157:7
**allocated** 125:19
126:2 129:19
130:20 131:7,10
132:24
**allocation** 188:19
**allow** 62:3 71:21
106:16 143:14
234:15 238:14
291:17
**allowed** 57:6 70:20
72:7,12 140:23
142:11,19 143:8
144:23 145:10
146:12,21 267:14
270:1 272:17
275:23 276:1
298:16 303:13
304:3
**allowing** 67:1 145:13
224:4 266:13,17
288:17
**allows** 268:14
**alternative** 14:17
142:7
**Amanda** 6:12 17:13
17:19 241:7 256:23
261:7
**ameliorates** 174:10

**amend** 94:9,14
117:19
**amended** 39:10
146:14 270:11
**amending** 270:7
**amendment** 6:19
65:21,23 66:5,18,20
66:23 72:11 91:10
91:11,14,17,20,23
91:25 92:4 119:4
146:19 197:17
265:6,6,10,13,15,24
266:1 267:8,14,18
268:3,5,8,9,10,13
268:20,21,23
269:19,24 270:1,4
271:16,17,25 273:1
274:18 275:6,18,22
275:25 276:3,5,8,11
277:20 278:21
279:3 291:13,16
292:8,11,18 293:13
**amendments** 63:7,10
66:19,23 75:4 80:4
80:7 91:6,13,15
92:16 153:8,12,13
270:23
**America** 2:2 208:13
**American** 1:17 2:8
8:5 153:3
**amount** 101:14
125:18,23,23,24
126:11 135:7
151:19 183:4
189:11,25 308:13
**amounts** 137:6
**Amy** 2:11 8:4
**amy.rudd@decher...**
2:12
**analysis** 135:6,19,20
138:4 162:4 183:18
184:2 192:2,8
241:20,23 242:3,6
242:12,20 246:15
248:21 249:24
250:6,14 251:21

258:3,4,18,25 259:4
261:10
**analyze** 182:25 192:7
**analyzed** 193:13
**ancillary** 128:18
**anecdotal** 180:23
181:6,18
**anecdote** 181:15
**Angeles** 2:11
**Anglo** 305:17
**Anglos** 163:25
165:18 167:12
**Ann** 6:15
**annum** 126:13
**answer** 14:11 18:5
34:1,22 48:7 59:11
60:22 69:22 72:5
75:3 76:19 77:1,21
79:13 81:19 88:19
120:22 121:7,10
123:9 129:16
140:12 144:8
160:22 162:20
173:7 184:12 192:5
196:2 199:19 201:3
203:2,10,25 204:1,3
204:4 237:9 238:15
254:13 255:24
267:21 283:16,23
284:15 286:25
299:10 301:11
**answered** 147:4
162:10,19 217:12
219:10 261:14
286:9 307:3,4
**answering** 178:13
**answers** 13:14 33:8
295:11 308:5
**anticipated** 140:1
150:21
**anticipation** 121:5
**antiquated** 122:11
**anybody** 76:12
121:20 143:19
198:4 201:14
236:14,17 238:4

240:4 249:11
253:18 261:16
**anymore** 18:7 23:14
**anyway** 236:16
**apart** 240:10
**apartment** 182:2,8
**Appeals** 75:22
202:22
**appear** 37:8 38:12
42:20 51:18 54:19
60:6,14 62:14 93:4
99:13 210:13
216:20 217:13,19
218:13,15 219:2,18
219:20 220:1,7,16
220:19,23 221:9,11
221:17,23,25
222:13,15 223:1
241:5 248:25 250:1
250:16 256:25
259:8,12 260:2
266:4 267:10
269:21 275:5,20
279:5 296:1 299:18
300:6 305:12,15
**APPEARANCES** 4:5
**appears** 92:11 220:9
**appended** 120:8
**applicant** 114:24
**application** 261:19
261:21
**applied** 119:5 211:9
279:13
**apply** 273:24 279:13
**applying** 193:17
194:1
**appointed** 154:13
192:8
**appreciate** 87:22
181:2,15
**approach** 234:18
**approached** 247:24
250:19
**appropriate** 182:24
183:17 184:2 249:6
255:16

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

3

**appropriated** 132:2
138:17
**appropriation** 136:6
**approval** 82:21
**approved** 296:18
297:2
**approximately** 10:3
77:4 182:10
**approximation**
235:11
**April** 38:11
**archived** 18:13,21
**Archives** 17:7 28:11
29:13 30:2 31:7
**area** 107:22 182:22
243:12 245:5
**areas** 128:3,7,13,21
242:13,21 243:1,3
243:19 244:7,8
**Argumentative**
171:20 175:25
176:7
**article** 30:7,17,18,20
30:23,24
**aside** 126:23 210:1
217:3 218:6 264:5
**asked** 33:10 40:2
50:17 66:3 68:20,23
69:22 78:17 81:1
82:18 121:11
124:12 135:10
138:9,9 162:9 187:5
189:1,3 191:18,19
191:22 212:18
224:23 235:5
246:13,18,21,22
247:10 248:13,16
248:21 252:17,19
253:16 256:13
257:2 261:13 264:3
286:9 298:5,11
299:5,14 300:3
303:9,15 305:2
307:2
**asking** 13:24 33:13
33:19 69:15 75:5

76:2,4,22 79:24
85:2,3 89:9 94:20
106:4 112:16
124:21 125:25
130:24 144:14
163:12 166:14
173:18 176:14
179:17 199:22
202:15 212:12,15
236:8 249:8 250:11
253:21 254:8,9
255:6,13 283:6
284:7 293:18,23
**aspect** 190:5,21
**assert** 76:17 184:19
**asserted** 149:12
165:5 166:6 176:8
180:10 186:16
212:21 224:17,21
**asserting** 14:16 15:19
78:8 79:13,17 94:6
156:20 162:1
**assertion** 152:1
161:10,13
**assertions** 166:8,9,16
173:10
**assessment** 242:16
**assisted** 78:2
**assume** 79:15 191:4
195:13 267:21
281:8
**assurance** 274:11
286:12
**assured** 190:14
**attached** 1:22 133:2
133:9
**attempt** 108:16
**attempted** 31:16
**attend** 285:22
**attended** 12:18 19:3
**attending** 284:11,18
288:7
**attention** 269:23
291:14 296:3
**attest** 114:11
**attorney** 1:20 3:2,8

8:19,21 10:19 11:17
17:13 162:1 308:11
**Attorney's** 206:25
**audit** 5:19 207:15,21
207:23 208:5 209:7
**auditor** 209:5
**auditor's** 207:12
**Austin** 202:1
**Austin-Bergstrom**
117:13
**Austin,Texas** 3:10
**authentic** 147:2
**author** 36:2,5,7 37:3
55:3 57:24 70:9
144:11,13
**authority** 115:8
194:15,18,18
283:21
**authorize** 270:2
274:7
**authorized** 271:7
**authors** 54:20,22
70:12 71:17
**availability** 243:19
**available** 107:20
109:13 138:12
169:3 189:23
190:17 277:5
**Avenue** 2:4,21
**avoid** 158:25
**aware** 95:22 102:20
120:17 122:10
150:13 151:5 154:3
154:6 156:3 157:3
157:17 159:11,14
160:7 161:5 169:16
178:11,14 184:4,14
184:22 185:4 186:2
193:18,20 201:14
227:4 236:16
245:10 262:9,13
266:22 267:22
**awareness** 227:24

─────────────
**B**
─────────────
**b** 46:5 55:10 56:17

58:16,22 59:9 60:4
60:12 112:25
**back** 10:16 13:1
15:25 16:7 20:1
37:10 50:25 53:22
75:10,17 86:21 91:2
104:12 129:2 139:8
190:1 202:20
203:15,19 204:5
216:9 258:1 260:13
260:16 263:20
271:1 277:2 279:15
291:5 301:24 305:1
**background** 18:25
19:1
**backlog** 189:7
**backtrack** 132:21
160:10
**backup** 18:22
**ballot** 37:5 186:7,11
186:13,21 261:16
261:20 284:20,23
**bank** 24:17,23,25
**bar** 297:18 305:14
**base** 105:13
**based** 42:18 123:25
125:16 161:3
205:16 240:6 244:9
244:9 245:18
267:21 301:15
**basically** 142:5
**basing** 244:12
**basis** 13:18 14:18
124:19 149:3
182:25 273:25
274:7,22 275:2,4,5
288:11
**Bates** 296:4
**Baxter** 241:7 256:23
261:5,7
**BBA** 19:5
**bear** 176:24 266:7
**beginning** 39:21
63:17 64:1 67:6
70:18 71:21 72:7
139:25 187:4,11

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

4

225:12,13
**begins** 169:12
**behalf** 44:11 296:24
  308:11
**belief** 105:13
**believe** 16:6,20 20:24
  28:6 43:15 48:15
  49:18 53:2,13 64:21
  64:23 90:15 95:3,11
  96:8,23 101:16
  107:9 110:4,6
  111:10 113:23
  114:4 119:24 120:9
  122:21 125:17
  138:8 148:9 154:2
  156:22 167:17
  174:3,20 176:23
  189:22 201:17
  203:23 210:9
  213:20 215:5
  224:16 234:11
  236:1,4,11 240:5
  242:3 246:14,21
  270:17 272:11,14
  272:23 279:16
  282:16,21 284:12
  289:4,22 299:4
**bench** 5:7 39:19
**BERRY** 3:7
**best** 27:18 41:25
  60:13 90:12 97:16
  183:10 243:5 262:3
**bet** 184:23
**better** 15:4 61:12
  104:19 127:1
  144:10,11,14,18,24
  145:3 234:21
  242:19 243:18
  277:12
**Betty** 44:2
**beyond** 163:12
  202:10,25
**big** 132:6 158:24
  197:8 251:17 252:1
**biggest** 213:11
**bill** 5:5,10,15 11:5

31:9,15,19,25 32:9
32:22 33:10,12 34:5
34:5,9,10,15 35:5
36:11,20 37:17 38:7
39:8,8,9,10,13 40:5
40:10,13,14,20,23
41:20,24 42:3,4,5
45:3,5 46:24,24
47:5,11,11,14,15
48:17,22 49:5,14
51:21 53:20,24 54:4
54:6,14 55:3,7
57:24 58:25 59:7,22
60:10,15,18,19,20
60:25 61:4,10,12,19
62:3 69:25 70:7
71:18 93:10,15,23
95:1,9,12,16,23
96:5,16,18,19 97:1
97:5,10,18 98:17,21
99:3,3 101:12
104:19 106:9,11,19
108:2 110:25
111:24 112:5,23
113:19 114:20
115:5,9,12,20
116:23 118:20,23
118:24 119:25
120:1,2,2,3,5
132:14 134:5
135:12 138:3
140:18 141:9 142:3
142:4 144:11,22
145:3 148:6,10
149:8,13 152:16
153:22 154:7,9,9
155:20 163:15,19
164:10,18 169:3,7
170:10 171:16
173:2 174:3,4 175:8
180:8 190:14 191:2
194:8,20,21,22,22
197:15,21 198:10
198:14 201:4,5,11
201:15 203:5 213:7
213:11,13,21

215:14 223:8 228:6
228:6 233:3,9 236:5
236:8,9,10,23
237:10,14,17,21
238:4 239:2,22,25
240:10,13 247:17
251:10 252:11
253:2,5 254:3 255:5
268:19 270:5,7,15
270:17,19,22,24
271:19 292:21
293:8,20,25 296:11
301:14 306:12
**billion** 124:24 136:25
**bills** 36:2 38:18,22
  48:22 49:1 67:1
  71:22 72:9 86:4
  90:23 142:1 145:4
  146:2,3,15 152:12
  191:24 203:8
  213:25 214:3
  227:17 236:12
  252:22 254:2
  286:19 293:19
  294:13
**bipartisan** 201:19
  303:21
**Birdwell** 154:18
**birth** 109:16
**bit** 18:24 69:21
  136:17 139:9
  228:24 279:15
**black** 290:22 291:2
**blank** 270:10
**blind** 244:2
**block** 161:3 247:2
**blur** 32:12 246:22
**board** 117:8 121:12
  121:13
**body** 95:5 187:21
  213:4 227:20 233:6
  234:12 237:18
  239:4 240:2,10
  302:4
**bold** 169:10
**Bonilla** 160:2

**books** 184:21
**bottom** 38:17 39:20
  51:20 52:20 55:18
  58:17 65:13 93:6
  116:5 178:18 208:8
  216:22 218:1,17
  219:6,22,23 221:13
  222:2,17 225:19
  246:25 247:23
  248:11 258:7
  262:18,22 263:9
  265:1 296:4
**Box** 3:9
**Branches** 1:17 2:8
**Brazil** 2:15,16 4:7 8:7
  8:7 15:13 185:1
  188:12 199:8
  202:13 203:16
  204:23 206:15,19
  308:15
**Brazos** 284:12,17
  286:3
**break** 51:12,14 53:14
  53:15,16 79:21,22
  98:9,10 132:16,18
  132:19 159:22
  160:1 188:7,9 228:5
  228:7 240:20,21,23
  264:6,11 285:3
**breakdown** 227:10
  228:2
**breakdowns** 227:18
**Brennan** 5:17 168:1
**brief** 19:18 79:19
**briefly** 10:20 12:2
  55:6 139:7
**bring** 110:2 113:19
  198:21 229:11
  233:9 254:20
  255:16
**bringing** 200:18
**brings** 201:21
**broad** 177:19 300:6
  303:18,20
**brought** 73:15
  121:11 152:10

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

5

165:14 175:6,9
228:5 241:25 254:2
254:14,17,23,23
255:1,1 268:7,7,9
**Brown** 44:2
**Bryan** 82:8
**budget** 120:1,2,4,24
121:3,12,13 122:8
124:2,15,24,25
125:1 126:15,20
129:25 131:11,24
132:22 133:2,6,11
133:14,17,24,25
134:4,13,15,17
135:4 136:20,25
138:12,15 188:18
189:23 190:2
196:17 253:4
**budgetary** 121:21
122:6 125:12
129:19 130:19
131:6,10 134:20
188:23,24 196:17
**budgeted** 127:19,25
189:19
**budgeting** 124:6
**budgets** 132:12
**Buenik** 3:15 8:18,18
**building** 182:2,8
**bulge** 132:3
**bullet** 281:22 282:15
283:24 288:17
**Bullock** 226:20,21,25
**bunch** 30:14 45:13
103:1 247:1
**burden** 13:1 245:8,17
**burdens** 166:4,17
266:10
**burdensome** 278:2,2
278:9,10
**business** 9:25 10:8,9
10:11 18:20 19:25
20:5,5 21:8 22:14
23:14 24:9,14 30:19
30:25 37:23 43:23
48:13,16,19,21,24

49:1,4,7,10,15 50:5
50:15,24 52:1,6
53:8 57:16 58:10
61:8 68:8 69:18
70:1,8,14 71:19
72:9 73:23 74:1,5
74:14,18,22 86:5,10
86:14,24 87:4,11,19
87:25 88:5,10,18
89:14,16,17 90:7,10
127:7 139:25 140:4
212:22 213:9,14
214:1 215:6,9,11,13
215:15,18,22
233:10 243:22
277:23
**butcher** 50:7
**buts** 142:21 254:11

———————————
**C**
**C** 2:1
**calendar** 48:19
**California** 2:11
**call** 50:20 53:3 60:11
68:17,22,24 69:11
107:23 211:21
**called** 20:2 21:10
50:13 51:8 52:21
68:25 87:4 97:25
98:12 109:19,19,20
118:16 224:13
**camera** 199:22
**cameras** 100:14,14
198:7 199:1,2,8,23
**campaign** 197:14
**candy** 142:21 254:11
**capable** 138:6 286:13
**capacity** 107:16
121:23 122:2,4
308:10
**capital** 132:6 208:18
**Capitol** 3:9
**caption** 308:5
**car** 172:9 176:18,19
243:4,10 244:4
**card** 11:2 43:4,6,11

43:17,21 44:10,15
44:20,25 45:21 48:4
56:20 57:7,15 58:9
58:15 101:8,9 104:3
104:6 114:6,10,16
205:13 247:13,13
288:2,6 291:18
292:15 293:4
300:22
**cards** 45:15 61:7
103:5 147:15
**care** 127:13 234:10
**cared** 45:2
**career** 10:11 19:19
21:13 35:2
**careful** 71:15
**carefully** 173:19
209:17
**Carlos** 49:23
**Carona** 63:7 66:18
92:14
**carried** 66:18 110:18
110:22 116:24
211:16
**carries** 91:24
**carry** 45:23 109:15
116:20 117:3,25
**cars** 164:11 174:22
244:8
**carve** 223:8
**carved** 218:3,19
219:8,24 221:16
222:5,20 223:17,24
224:1
**case** 9:11,18 10:2,25
11:1,25 16:3,5,7
17:10,11 32:16,16
32:21 33:1 39:19
157:25 158:16
175:8 184:11 278:5
**cases** 22:21
**cast** 35:3 93:10,14,23
**cataloged** 17:6
**categories** 14:3
109:18
**category** 88:12

**category's** 109:19
**caucus** 1:17 2:8 8:6
83:9 153:3 230:14
230:25 231:11,15
**cause** 1:18 288:18
308:12
**caused** 121:16
**causes** 13:6,9
**caution** 76:14
**census** 172:21
**Center** 5:18 168:1
**centers** 45:14 127:10
127:11,17,20,21
128:2 130:9 278:15
289:24
**Century** 213:12
**certain** 12:7 70:24
102:16 108:9 116:2
132:4 151:23
152:15 157:18
161:6,21 176:5
177:9 179:2,19
227:17 274:2
293:21
**certainly** 15:5 181:1
237:16 254:18,19
**certificate** 44:7 59:20
109:16 111:2,13
112:10,14 113:9,10
113:21,25 114:25
123:7 135:16
141:11 142:2,8
143:3,22,25 170:12
171:13 174:6,15
175:17,22 176:3
189:9 195:2 243:21
245:9 271:9 272:7
272:16
**certificates** 110:25
119:6,22 122:19
123:17,21 124:9
125:15 126:24
136:7,17 155:6,9,11
155:12 172:16
194:24 277:6
**Certification** 4:14

308:1,23
**certified** 109:16
    308:3
**certify** 308:4,10,11
**cetera** 194:17
**chair** 28:3,6,7,12,25
    29:9 107:6,17
    120:14 121:17
    138:25,25
**chairman** 134:25
**challenge** 104:15
**challenged** 103:23
**challenges** 103:16
    120:13
**chance** 105:7,8 230:9
**chancellor** 21:20
    25:21 26:17,24
    283:9,19
**change** 61:22,22,24
    62:2,3,6,7,24 63:2,8
    63:9,10 64:3,7
    66:25 69:24 70:19
    71:20 72:6,20 73:18
    73:25 74:12,17,19
    74:23 75:13 76:7
    77:13,19,25 78:3,12
    78:19,22,25 79:4,7
    79:11,23,25 80:2,15
    81:3,5,8,12 82:2,6,9
    82:21,24 83:5 84:16
    84:25 85:6,11,14,17
    85:20,22 91:4,8
    92:7,17,21 118:8,13
    119:15 187:3,7,13
    202:1,7 203:3
    229:25 230:4
    232:18 234:13,13
    236:7 271:5 302:1,3
**changed** 32:25 33:13
    57:19 227:22
**changes** 63:5 66:13
    75:19 76:5 85:23
    187:6,22 201:24
    270:15 271:21
**chapter** 59:6
**characterization**

137:7
**characterize** 140:15
    145:1,2 243:13
**characterizing** 133:3
**charge** 18:17 141:24
    175:17 194:12
    199:25 266:14,18
    266:25
**charged** 150:24
**charts** 305:14
**check** 20:10 280:9
**checked** 280:6
**chief** 117:5 261:3
**choices** 298:17
**chooses** 273:7,8
**CHRISTI** 1:2
**Christian** 5:18 168:1
**Christmas** 142:22
    254:12
**circuit** 128:16
**circumstances** 22:23
**cited** 223:15,22,23
    225:1 293:20,25
    294:18 303:17
    306:25
**citizen** 114:5,12
    116:25 205:12,17
**citizens** 115:14,21
    123:12 173:4
    178:20 179:2
**citizenship** 44:6
    110:3 113:20 114:1
    114:7,15,21 117:20
    117:22 119:7
    204:24 205:4 206:4
    206:12
**civil** 1:4,21 2:4 10:11
    10:12 168:2
**claim** 9:12 164:19
    179:12
**claims** 167:1
**clarify** 249:1
**Clark** 8:13 279:13
**class** 263:3 284:11
**clause** 242:14
**clear** 14:15 71:10,12

118:7 236:6 237:6
    275:17 301:13
**clearly** 118:24 172:14
    181:9,10 302:2
**clerk** 100:20
**clock** 209:13
**close** 70:23 92:10
    128:8 147:20
    151:14,18 183:3
**closed** 19:25
**closing** 301:25
**co-author** 36:2,5,8,10
    36:15
**coauthors** 54:23
**code** 5:16 116:1,21
    117:19 119:4
    270:11 305:14
**codified** 110:19
**collected** 149:23
    150:1
**collection** 40:19
**college** 19:17 147:14
    280:13 282:22
    284:10,11 285:18
    285:19 286:7,22
    287:21
**colleges** 45:15 147:10
    280:21 282:18
    287:17 289:25
    290:22 291:2
**color** 305:14
**Colorado** 285:5
**coloring** 305:13
**colors** 21:22
**combat** 34:6 37:2
    180:15
**come** 10:16 31:20
    37:23 49:2 75:10
    88:12 105:16 122:1
    132:23 138:25
    146:16 198:20
    201:24 233:3
    239:14,23 277:13
**comes** 152:17
**comfortable** 136:5
**coming** 104:4 166:1

248:15
**comment** 231:3,7
    262:23
**commission** 17:8
    23:9,22 110:16
    308:22
**commissioner** 183:22
**commissioners** 270:2
**committed** 102:8
    135:3 136:12 183:4
**committee** 6:14 28:2
    28:2,3,8,10 29:22
    30:1,6 31:4,5,5
    37:12,16,18,24 38:1
    38:2 39:2,6,16
    41:10,12,20 42:3,6
    42:10,22 44:4,14,19
    44:24 46:13 48:22
    48:24,25 49:3 51:21
    72:15,25 73:12,13
    73:14,20 74:2 87:1
    87:2 90:22 95:2,4,8
    95:10,13,17,23 96:6
    107:7,14,18 121:18
    121:24,25 122:3,5
    134:16,24 135:1,2
    146:9,16 149:18,19
    152:8,13,15 153:20
    153:23 154:5,8,12
    154:17,22,25 155:4
    155:13 166:20
    173:15,15,16 175:7
    175:7,8 176:12
    178:1 179:13
    190:16 192:13
    194:5 207:16,17
    223:11 228:14,14
    228:19 229:4,9,12
    229:16,18 230:5
    240:7,13 241:7
    246:11 249:2,4,5
    252:12 254:15
    255:2,4,16 257:11
    260:20 267:3
**committees** 27:9,10
    28:21 29:5,6,18

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

7

38:24 149:22
228:10
**committing** 150:2
180:20
**Common** 21:10 22:1
22:2
**communicate** 264:7
**communication**
130:23
**communities** 147:18
157:11 179:19
262:13
**community** 45:15
147:10 151:24
152:6,20 166:17
167:1 179:3 289:25
**comp** 213:13 215:4
215:10 228:6
**company** 21:1,10
23:4 24:23
**comparing** 213:1
**comparison** 242:5
**comparisons** 247:25
250:20
**compelled** 283:2
**complain** 11:20
**complaint** 201:4
**complaints** 122:22
123:4 198:11
**complete** 75:2,8
113:16
**completely** 142:9
156:21 201:13
202:9 233:14
234:18
**complies** 116:12
168:20 169:15
173:1 178:25
**comply** 282:19,22
283:12
**comprised** 93:18
**computer** 172:1
**computers** 100:14
**concealed** 45:23
109:15 168:23
204:25 205:8

**conceive** 77:24
**conceived** 97:25
98:12
**conceiving** 78:3
**concept** 155:5 266:6
271:6,9 272:1
**concern** 110:14
163:18 173:23
231:21 239:18
273:13 274:1
275:13 289:15
**concerned** 275:7
**concerning** 165:15
165:16,22 179:21
**concerns** 149:7 153:9
180:4 235:19 237:2
238:18,20,21,25
239:11 259:3
265:23 273:12
274:17 288:22
**concluded** 307:10
**conclusion** 214:11
258:8,13 259:7
260:11 277:25
278:1
**conduct** 214:15
258:24
**conducted** 241:24
246:15
**conducting** 214:10
227:9,15
**Conference** 1:17 2:8
8:5 154:8,12,21,25
155:4,13
**confidential** 1:8
12:10 13:4,24 14:3
14:23 64:15,18,20
64:22 65:4 246:1
257:1 295:9,12,17
**confirm** 245:24
**confiscated** 200:16
200:19
**confuse** 288:18
**confused** 14:8 87:18
199:13 273:12
**confusing** 33:4,18

275:7 279:25
304:11
**confusion** 274:25
280:20,20 289:17
289:18
**Congress** 125:5
**Congressional**
224:15
**congressman** 160:4
**conjunction** 123:5
**connection** 9:9 11:13
16:3,4 23:18 25:2
32:1 68:3 108:7
149:8,23 162:23
170:1 187:13,17
188:2
**consider** 44:19,24
48:12,16 49:14
50:23 52:1 67:9,15
68:4,7 69:17,25
70:7,14 71:18 72:8
73:7,22,25 74:13
87:9 90:23 140:4
171:9 175:3 179:14
182:5 229:3 250:9
252:23 277:21
**consideration** 37:19
52:6 61:19 139:8
145:12 149:24
155:18 163:4 165:9
170:7,14 177:21
179:2 287:3,3,8,16
288:10 290:16,25
293:19,24 294:13
**considered** 38:1 42:3
42:5,10,21 44:18,24
48:9 49:2,5 62:5
69:20 70:20 71:22
72:13,16 73:12 74:4
86:5,14,25 87:1,5,8
87:15,16 88:4,7,17
88:25 89:4,8,12,21
89:24 90:4,7,10,17
90:19 91:1 92:1
95:1 119:14 139:22
139:24 140:22

141:4 145:4 146:11
165:12 166:11,20
173:14,18,22
175:10 176:12
181:17 191:20
197:16
**considering** 39:13
53:7 57:22 60:25
72:23 73:18 87:24
134:16 144:22
166:23 252:14
258:1 270:20
271:20 292:21
**consistent** 29:22 84:3
96:21 118:12
160:15
**consistently** 182:3
**constituent** 295:24
297:12 302:7,10
306:25
**constituents** 35:1
100:8 153:9 167:3
296:21 297:2
**Constitution** 90:21
**constitutional** 63:7
63:10 66:18,19,22
158:7 197:16
**consult** 80:14
**Consumer** 1:20 3:2
**contact** 249:16,23
**contain** 59:20,22,25
148:7
**contained** 140:9
176:15
**containing** 56:21
**contains** 267:23
291:19 292:15
293:4
**contemporaneous**
125:4 133:5
**contest** 111:20
**context** 136:25
225:24
**continue** 16:24
193:24
**continued** 2:25

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

8

130:15
**continues** 210:16
**continuing** 93:15
   167:16
**contract** 190:22
   191:3
**contractual** 22:12
**Controller** 24:18
**controversial** 35:10
   35:13,15 63:10 85:7
   86:15
**controversy** 63:15
   229:21
**convenience** 12:22
**conversation** 81:24
   187:8
**conversations** 81:16
   108:12
**convey** 237:22
**convictions** 150:13
**copies** 11:11
**copy** 42:4 51:16
   62:12 65:5 75:2,8
   88:19 93:2 101:14
   109:16 111:23
   159:18 194:21
   223:1 270:15,19
   271:19 292:20
   302:19
**corner** 38:14
**corporate** 19:22
   20:14
**CORPUS** 1:2
**correct** 9:18 12:6
   16:19,24 17:20
   18:23 19:3,4,7
   20:19 22:9,15 23:23
   25:17,22,23 26:2,5
   26:18 27:13,15,22
   27:25 29:14 30:3
   31:6,13 34:7 35:11
   35:20,24 36:22 37:2
   37:12 38:11 39:3,4
   41:13 42:19 43:1,4
   43:15,17,23 44:7,12
   44:13 45:24,25 46:3

46:4,8,12 47:9,10
47:13 48:10,11,14
48:20 49:3,8,17,24
49:25 50:3,12,15,20
50:21 51:10 52:2,8
52:18,19 53:1,4,8,9
53:21 54:18 55:4,21
55:25 56:2,8,14
57:9,17 58:24 60:5
60:12 61:5 62:13
63:3,25 64:2,5,16
64:17 65:7,18 66:1
66:7 67:5,7,13,16
67:17,18 68:11,12
68:15,16,18 69:4,5
69:8,9,13 70:8,15
71:23,24,25 72:2,10
72:21 73:1,8,21
74:3,7,14 78:20
81:9,14 84:16,17
85:18,24 86:15
87:11,17 88:1,2
90:14,15,18 91:4,8
91:25 92:18,22 93:3
93:21 94:16 95:2,7
95:10,11,13 97:15
97:23 99:10,16
100:21 101:15
107:8 111:10,24
113:14 118:18,21
119:22 122:21
127:18 129:2,6
134:14 137:14
139:15,19,20
140:25 141:6
142:14 143:17
144:1 146:13 148:9
150:5,7,10 153:20
154:1,13,20,23
155:1,21 157:11
158:5,7 159:8 168:4
170:20 174:20
175:15 177:2
181:19 182:11
183:9 188:21 190:8
195:13 200:22

208:21 210:12
211:20 213:2
214:18 215:6
220:18,22 223:18
224:1 225:1,10
229:9 231:16,19
232:22 234:11
240:4 241:17
251:11 253:23
254:15 255:9
264:23 265:16
266:3 268:23
271:14,15 276:8,9
279:4,22 282:20
289:3 292:19 297:3
298:20,24 299:18
299:21,25 308:8
**correctly** 133:3 211:2
   235:22 238:3 248:7
**cost** 127:4,5 170:12
   170:18,20,22 171:9
   172:11,15 174:10
   176:4,20,24 177:2
   196:19 197:4 198:6
   200:5 266:7 278:25
**costs** 175:23 177:9
   266:2
**cottage** 157:1
**Council** 80:16
**counsel** 17:14 33:16
   51:11 79:16,17 98:1
   240:17 245:23
   283:18 295:8
   304:22 308:12
**count** 56:15,16,19
   57:4
**counted** 49:21
**counties** 129:3,15
   130:1 195:1,12,19
   196:11,18,23 197:5
   197:9 198:6 199:2,4
   199:8,14,25 200:8
   241:16 242:17
   245:10 266:2 273:7
   274:2,23 275:8,9
**country** 117:1,10,23

205:2
**county** 100:20 171:4
   181:12,25 183:21
   185:13,13 195:16
   241:15 245:13
   261:25 266:7 270:1
   270:2 271:6 272:5
   272:14 273:4,7,7,8
   273:11,15,16,18,19
   273:20,21 274:24
   275:10,11 284:5,12
   284:14,17,17,25
   285:12,19,23,24
   286:3 308:2,21
**county-by-county**
   273:25 275:5
**couple** 20:3 22:21
   40:9 112:20 116:11
   141:11 152:8
   168:18 172:24
   234:3,17 246:13
   298:8
**course** 10:10 16:10
   18:20 37:23 43:22
   48:13 50:24 53:8
   57:16 58:9 61:8
   105:7 127:7 131:24
   146:14 191:21
   201:25 204:15,17
   253:20
**court** 1:1 13:3 75:21
   159:15 178:5
   202:22 227:1 278:5
**Court's** 161:20
**courthouse** 181:13
**courts** 144:17,18,19
   204:7
**covered** 13:16 14:11
   15:5,7 295:11
**covers** 202:9
**CPA** 19:10
**create** 132:3
**created** 66:16
**credit** 103:5
**Creek** 2:15
**criminal** 28:1,7 30:21

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

9

150:7,9
**criteria** 58:14
**cross-reference**
    241:16 248:14
    295:4
**CRR** 1:19 308:20
**CSHB** 52:2,6 53:7
**CSR** 1:19 308:20
**Currency** 24:18
**current** 19:12,15
    104:12 263:1
**currently** 206:3,10
**curtain** 184:24 185:1
**custodian** 281:7,9,12
**cut** 120:24
**CUTLER** 2:20
**cuts** 121:3,10,14,16
**cycle** 135:9
**cycles** 182:23
**Cypress** 2:15

---

**D**

**d** 223:7
**D.C** 2:5,21 75:21
    178:6 202:22 244:4
**dad** 19:24 20:18,22
**Dallas** 182:22
**data** 172:21 259:7
**database** 208:12
**databases** 193:5,6
    194:13
**date** 43:8 75:15
    118:11,23,25
    268:15 277:9 282:1
    282:11 287:9
    308:23
**dated** 62:13 168:3
**dates** 127:24 281:25
**Davis** 265:5,25
    267:13 268:7
**day** 15:8 25:11 83:22
    128:13 187:11
    231:17 264:20
    265:25 279:14
    284:12,14 285:12
    308:18

**days** 27:2 90:18,21
    90:22,24 124:22
    125:4 139:22
    244:19
**de** 83:15 152:11
    154:19,24 262:24
    263:12
**dead** 181:9,14
**deal** 31:16 127:3
    186:21 243:11
**deals** 30:18,20,24
    31:1 158:6
**dealt** 64:10 66:17
    121:24 239:16
**dean** 63:18,21 83:14
    84:2 230:16,19
**Dear** 6:23
**debate** 63:13 85:11
    85:13,21 91:3 92:6
    92:12 108:2 118:3
    145:12 148:15
    151:22 162:24
    164:9 165:11,12
    166:10,13,20 170:1
    173:17 175:9 179:7
    179:14 181:5
    186:11 196:4 202:7
    202:23 203:22,24
    204:5,9 210:3
    211:22 223:15
    224:6 230:8,10,13
    236:5,7 237:13,14
    240:2,7 255:15
    267:2 301:11 302:1
**debated** 118:5 146:18
    163:11,14 164:22
    176:12 195:5 196:6
    196:9 199:2 200:2
    203:22 239:15,23
    280:23 289:16
**debates** 163:9 164:18
    165:16 180:7
    181:17 182:14
    255:2
**debating** 163:19
    168:22 181:23

210:11 255:5
**debt** 132:1
**December** 25:12
**DECHERT** 2:10
**decide** 131:3 301:14
**decided** 32:6 151:12
    163:15 184:5
    185:25 186:4 300:7
    301:12
**deciding** 239:8
**decipher** 290:11
**decision** 144:3
    159:15 239:5
**declared** 90:13,25
**deep** 224:6
**default** 48:19
**defendant** 2:19 10:15
    15:6
**defendants** 1:6 3:1,6
    8:17
**deference** 230:17
**define** 88:7 298:22
**defined** 148:23
    208:20
**definitely** 205:6
    214:8
**definitively** 60:8
    212:2
**degree** 19:8
**delegated** 138:2
**delegation** 115:7
**delete** 18:14
**deleted** 18:19
**demand** 128:3
**Democrat** 154:25
    155:3
**Democratic** 49:15
    82:23 83:6,9 85:16
    91:7 153:7,11
    158:24 180:6,25
    181:12 227:20
**Democrats** 92:23
    210:21 213:25
    224:9 235:19 236:2
    237:7,16 238:19,22
    238:25 239:12

**denied** 201:10
**deny** 176:14
**Denyce** 1:19 308:3,20
**department** 2:3 3:7
    30:21 43:6 106:16
    108:13 114:24
    115:1 116:7 122:16
    127:1 128:20
    135:11,25 136:2,4
    168:3,12 189:2
    190:12 194:23
    199:14 207:2,3
    242:2 247:9 277:1
    277:11,13,18
    278:11,25 296:16
**depend** 60:2 131:25
**depending** 56:16
**depends** 12:19 56:19
    183:3 211:10
    249:18
**deployed** 129:1,14
**deployment** 129:25
**deposed** 10:4 202:21
**deposition** 1:11,16
    4:2 5:2 9:21,22
    10:18,25 11:16 12:3
    12:16,23 13:9 14:9
    14:17,24 15:2 16:8
    16:15 19:1 27:8
    32:15 33:1,9,14
    64:24 188:10
    195:25 202:17
    206:19 218:9,23
    219:14 220:4 241:2
    246:2,9 257:16
    264:15 295:10
    307:10 308:8,9,11
    308:14
**depositions** 9:23 12:9
    12:16 204:6
**Description** 5:4
**designate** 12:7
**designated** 139:11,14
    139:17
**designating** 14:22
**designation** 139:23

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

10

295:12
**designed** 34:6 157:15
**desk** 278:20
**detail** 35:4 54:13
**details** 23:14 32:11
  76:23 85:4 126:20
  164:23
**detect** 106:5 180:18
  180:21
**detected** 150:17
**detecting** 106:10
**determination**
  108:16
**determine** 47:2,24
  65:8 76:5 102:10
  103:25 104:5,13
  105:1 106:2 115:6,9
  137:22 145:7 147:2
  151:3 162:4 166:15
  166:25 191:9,15
  193:10 208:11
  263:1 265:22
**determined** 155:6
  194:4,6,9 195:4
**determining** 169:7
  242:12,17,21
**develop** 128:15
**developed** 79:25
**Dewhurst** 81:8,13
  82:1 154:13
**Dewhurst's** 82:5
**Diamond** 20:2,25
  21:2,3
**died** 180:25
**difference** 65:1
  151:20 170:6 272:5
**differences** 42:9
  69:10 154:8 272:4
**different** 46:1,6 51:5
  55:13 56:12 59:3
  68:22 69:1,22 82:15
  87:20 104:4,6
  105:24 132:9 152:8
  163:17 166:14
  186:18 192:11
  204:2 214:1 215:15

246:14 247:1
274:24 279:21
289:9,12,19 292:7
293:17
**difficult** 13:3 45:10
  45:16 47:20 58:12
  102:4 180:18,21
  181:8 184:9 305:13
**difficulty** 108:2
**digital** 100:13,19
**direct** 106:8 247:15
  269:23 283:17
  291:14 296:3
**directed** 144:10
**direction** 185:25
  308:7
**directly** 31:21 260:25
**director** 17:14 261:4
**disability** 284:24
**disabled** 261:22
**disadvantaged**
  163:25
**disagree** 156:9 164:4
  297:19 298:13,17
  303:11
**discern** 306:19
**discretion** 114:20
  137:21 191:1,4
  228:12
**discrimination** 156:5
  156:23
**discriminatory**
  156:15
**discuss** 17:9 40:10
  71:1 76:16
**discussed** 61:2 68:14
  76:23 83:8 91:3
  108:6 122:8 134:25
  152:14,15 164:12
  174:16 175:24
  176:3,8 199:3,12
  200:1,6 203:14
  230:10,12,14,15
  277:24 286:15
  289:1 303:16
**discusses** 94:8

**discussing** 44:3 46:13
  65:25 83:25 94:10
  242:6 296:22
**discussion** 15:8 44:14
  196:16 287:15
**discussions** 57:25
  81:25 82:4 83:16
  122:6,9 124:1 136:1
**disenfranchise**
  236:11,17 238:4
**disenfranchised**
  236:20 239:1 240:4
**disenfranchising**
  235:20 236:3 237:3
  238:22 239:13
**disposed** 239:16
**disproportionate**
  152:5 166:4,17
  167:2
**disproportionately**
  151:23 157:10
  164:15,20 169:17
  170:5 173:4,25
  179:23
**disprove** 282:2
**dispute** 37:14 94:24
  96:2 128:24 129:8
  161:19 182:16
**disputed** 101:11,22
  226:9
**disqualifying** 282:12
**distances** 179:5 243:8
**distinction** 39:12
  87:21 110:21
**distinguish** 279:20
  289:12,19
**distinguishing**
  289:17
**district** 1:1,1 26:6,6,9
  26:9,11 178:5
  185:12,17,19 284:4
  284:4 294:7,17
**districts** 157:19
  161:6,22
**division** 1:2,21 2:4
  3:2,9 107:11 122:14

168:2 195:6
**document** 12:10
  15:25 17:9 38:15
  42:24 47:23 51:20
  56:10 64:15 65:8,13
  114:8,15 116:4
  120:11 131:1,4
  173:9 174:14 210:1
  210:6 216:22
  218:10,25 219:16
  220:5 221:21
  222:11,25 241:3
  257:17,22 259:20
  260:12 264:17
  265:9 279:18 281:3
  281:13,18 287:12
  288:4 292:1 293:11
  305:9 306:21
**documentation** 42:25
  59:5 109:2,9 110:2
  113:20 114:21
  170:19
**documents** 10:22
  11:24 13:25 16:2,4
  16:14,16,22 17:11
  17:15 58:20 64:19
  108:21 191:11,17
  192:17 194:16
  199:11 263:24,25
  265:7 266:13,17,24
  288:5,14,15 295:2
**doing** 12:8,13 14:17
  69:23 82:18 124:2
  136:12 149:5
  187:23 220:16
  242:11 274:6,24
**dollars** 125:12
  126:23 129:19,24
  130:20,24 131:6,10
  132:6,11 133:9
  134:20 137:3 138:5
  198:6
**Donnelly** 3:4 8:14,14
  12:1,15 13:6 14:7
  14:25 15:11,15,21
  15:24 33:3,15 34:19

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

11

34:21 35:12,25
40:22,24 42:18
43:14 48:1,6 51:11
60:21 61:13 64:14
64:24 65:3 70:2,4
70:22 71:9,16 76:14
76:25 77:21 78:14
79:1,12 81:15 85:9
88:14 94:20 98:1,6
102:7,13,23 103:3
103:12 104:16
107:12 110:9 111:8
112:16 119:23
120:19 121:8
122:12 123:8
130:13 140:11
141:7,20 143:4
144:7 147:3 148:3
149:2 155:7,14
156:6,18 157:13,20
158:13,18 159:9,24
160:23 161:23
162:7,9,19 164:2
170:8,21 171:19
172:13 173:6 174:2
174:23 175:25
176:6,22 177:3,12
180:1 181:7 182:19
183:15 184:7,18
188:6 199:4,7 203:9
204:21 209:12
223:19 224:2 238:7
240:17,21 245:23
246:6 255:10,21
263:14,18,22
267:24 281:10
282:24 283:14
284:6 285:20 290:7
292:3,5,9 295:8,15
295:18 297:14
299:11 300:18
301:9,20 304:10,25
305:9,22,24 306:3
307:2,8
**DOOR** 2:20
**doubt** 177:25

**dozen** 290:5,10,13,13
**DPS** 11:10 107:4,11
107:18 108:8,20,23
109:1,4 110:6,8
111:5 113:8 114:2
114:20 115:10
120:10,12,17
121:20 122:6,10
123:15 124:1,12
125:12,19 126:3
127:24 128:22
129:3,9,15,17 130:1
130:4,10,20,24
131:7,11 135:20
137:2 143:21
170:25 171:3,4,17
171:22 172:10
174:17 176:18
177:1 179:5,23
188:18,19,25
189:15 191:14,22
192:14,25 193:5,16
194:8,19,25 195:12
195:14,18 196:14
196:18 199:9,9,24
206:13 242:19
243:22 246:16
248:21 252:16
258:11 275:23
277:23
**DPS's** 120:24 130:11
**draft** 65:9 80:4
134:15
**drafted** 80:7,20,21
99:4,22,24 129:23
296:23
**drafting** 31:18 36:3
99:19
**Drilling** 20:3 21:2,3
**drive** 243:7
**driver's** 43:3,5,10
101:13,14 104:24
105:11 107:11,19
109:8 110:2,12,15
117:1,8,15,21
122:13,18,23 123:3

123:3 124:8 125:14
127:11 128:12,17
136:16 141:10
171:13 174:7 189:4
200:15 206:3,11
241:17 242:18
243:2,16,20 247:13
248:2,14,22 250:4
250:22 258:10
277:8 278:3 280:4
280:10,13,17 288:1
288:6
**driving** 176:18
**dropped** 304:3
305:20
**duly** 1:18 9:2 308:6
**DUNN** 2:15
**duties** 188:20 194:6,7
195:6
**duty** 200:9

## E

**E** 2:1,1 9:3 188:11
206:20 279:9
308:21
**e-mail** 6:11,15 18:1,2
18:4,21 241:5,10,13
256:25 257:1
**e-mails** 18:6,12
**earlier** 43:8 60:17
78:17 81:1 119:2
139:10 145:9
176:17 189:22
210:9 234:6 246:13
247:24 248:13
250:19 257:2
268:11 279:17
289:1 303:17
**early** 91:21 134:6
262:1 285:5
**Ease** 287:11
**easier** 20:11 27:11
105:1 145:6 243:23
287:17,25 290:4,9
295:4
**easiest** 136:14

**easy** 104:22 187:1
287:21
**economically** 163:25
**educate** 109:1 137:12
138:20 139:5
**educated** 106:20
**education** 8:13 28:2
28:19 29:3,16 44:12
121:3 132:13 137:9
137:12,16,23 139:2
139:3 247:15 250:2
250:14 251:1,5,6,10
251:14 279:12
281:23 287:5
292:17 293:6
**educational** 190:5,21
250:10
**effect** 91:23,24 92:3
119:12 183:2 190:7
200:24 215:20
236:12 247:17
270:14 290:21
291:1 292:23,25
293:9
**effective** 118:11,17
118:20,21,23,25
227:21 277:9
**effects** 179:14
**efficient** 14:13
135:13 243:17
**effort** 122:15 137:12
**efforts** 123:1,25
137:17 250:2,10
251:1,5
**EIC** 170:18,20,25
171:3,7,10 172:10
174:11,18 177:5,8
177:10,23 178:6
189:12 193:17
194:2
**EICs** 194:17 195:18
199:10
**eight** 92:20 93:25
94:18 95:20 96:24
289:23
**EIN** 277:8

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

12

**EINs** 189:5
**either** 27:13 42:15
  55:12 56:18,25,25
  57:1,10 91:18 92:9
  100:13 101:1
  113:15 116:25
  141:9 144:12,17
  147:22 149:18
  175:6 187:17 206:5
  232:18 243:10,20
  265:7 272:13 303:1
  308:12
**elected** 25:25 26:3
  184:20 192:7
**election** 55:11 105:15
  105:25 110:24
  111:1,12 112:9,14
  113:9,21,25 114:25
  119:5 122:18 123:6
  123:16,21 135:9,15
  136:6 141:10 142:1
  142:8 143:23,24
  151:11,14,14,19,20
  155:11,12 170:11
  171:12 174:6,15
  175:16 181:13
  182:21,23 183:2,3
  183:14,20,21,21,22
  183:23 184:4,15
  185:4,11,12,14,18
  185:25 186:3 189:8
  194:23 208:22
  243:21 245:9 262:1
  267:16 268:16
  269:3 270:2,11
  271:7 272:5,14
  273:23 277:5,10
  284:12,14 285:1,12
**election-related**
  249:17
**elections** 138:1
  151:12 182:21
  194:12 200:23
  272:23
**electronic** 17:23
  119:21 124:8

125:15 126:24
  136:16 143:3,21
  155:5,8
**eligible** 72:16 191:10
  191:16 192:15
  259:10 262:2,7,10
  262:15 283:25
**eliminate** 140:19
**eliminated** 57:21
  61:4,8 140:8,16
  141:18 148:6
**eliminations** 61:11
**Ellis** 152:11 291:17
**else's** 102:6 103:10
  283:6
**emergency** 90:14,19
  90:25 139:11,18,23
**employ** 308:11
**employee** 24:23
  43:20 45:20 57:15
  58:8 61:7 149:4
  301:2 308:10
**employer** 43:22
  58:10
**employer's** 57:16
  58:14
**employment** 22:22
  23:10,12
**enable** 188:19
**enabled** 74:12
**enabling** 199:18
**enact** 114:3
**enacted** 74:19 140:15
  140:20 142:15,18
  143:11 144:16
**encompassed** 26:7
**encouraging** 128:14
**enforcement** 200:16
  200:20
**engage** 137:11
**England** 21:12 22:4
**engrossed** 54:3,8
  270:22
**enlist** 76:12
**enlisted** 76:21 77:4
**enormous** 235:17

236:25 238:17
  239:10
**enrolled** 38:6 40:13
**ensure** 115:13 135:7
  138:6 257:5
**enthusiastic** 299:3
**entire** 12:9,16 14:9
  65:21 77:10,12 95:5
  133:11 173:9
  183:18 201:10
  246:2,12 262:1
  273:24 295:9
**entirely** 71:24 77:25
**entities** 242:20
**equipment** 197:6
**equipped** 100:13
**especially** 257:12
**essence** 99:2
**essentially** 14:10
  137:21 237:19
  266:1
**Estes** 54:18
**estimate** 135:17
  136:3 258:8
**et** 1:3,5 6:12,16
  194:17
**ethic** 165:8
**ethnic** 92:20,24 93:19
  93:20,25 94:2,4,18
  95:15,22 96:1,24
  97:14 154:3 156:1
  165:2,17,23 169:23
  169:25 294:5
  303:21
**even-numbered**
  211:4
**event** 148:5 175:14
**eventually** 77:19 95:8
**everybody** 54:20
  55:3,5 97:13 171:15
  239:17 253:21
  302:19
**everybody's** 98:7
  173:19
**evidence** 14:2 33:22
  149:9,22,25 150:23

180:24 181:4,6,16
  181:18,22 182:6
  183:11 269:15
  276:16 287:14,24
  288:9 304:19,21
**exact** 61:25 63:8
  64:11 83:7 127:24
  137:6 303:9,14
**exactly** 24:3 74:6
  83:21 125:7,8 133:7
  134:4 148:22 207:4
  216:4 230:20
  238:10,24
**example** 12:9 160:13
  194:14 195:11
  216:3 284:9 285:2
**exception** 15:15
  175:4,14,17,19
  214:5 215:25
  216:25 217:1,11
  219:11 224:18,23
  225:9 234:20
**exceptions** 121:2
  177:19 223:16
  285:8
**excerpt** 5:20,22,23
  6:1,2,5,7,8,10,13
  216:18 217:20,20
  218:13 219:2,18
  220:9 221:9,23
  222:13 246:10,23
  262:21 264:19,22
**Exchange** 23:9,22
**exclude** 144:3
**excluding** 290:21
  291:1
**exclusively** 227:19
**excuse** 46:24 56:1
**exempted** 234:24
**exhibit** 5:1 36:17,18
  38:9,10 39:17,18,20
  42:4,13,18 51:15,16
  54:1,2 62:11,12
  64:13 65:5 93:1,2,6
  99:8,9 111:22,23
  112:3 115:24,25

167:24,25 172:19
178:15,17 207:7,9
210:4,7 216:12,14
217:6,15 218:7,9,21
218:23 219:12,14
220:2,4,25 221:2,7
221:18,20 222:8,10
222:22,24 225:17
240:25 241:2
245:24,25 246:3,7
246:10 257:14,16
262:17,20 264:5,13
264:15 280:25
281:2 291:10
294:19,21,25 295:7
295:22,23 297:4,5
297:21,23 298:2,3
302:24,25 303:2,4
304:13,15 305:4,7
**Exhibits** 295:16
302:15,23
**exist** 201:12
**existed** 151:1 188:1
**existence** 163:3,8
**existing** 189:23
**exits** 188:10 206:19
**expected** 284:24
285:4
**experience** 59:19
147:21,23 244:11
245:18,20,21
**expiration** 281:25
282:1,10 287:9
308:23
**expired** 43:4,7,8,11
267:15 268:15
269:3,5,11,16 270:9
291:20 292:16,24
293:5
**Expires** 308:22
**explain** 128:10
273:13
**explicitly** 222:5
223:17,25
**expressed** 235:19
237:2 238:19,21,25

239:11
**expressly** 59:12
**extend** 130:16 275:23
**extended** 278:12,15
**extensive** 152:7 202:4
202:23 301:11
**extensively** 118:5
203:14,23
**extent** 14:11 40:24
76:15 77:14
**extra** 143:1 188:19
302:21
**eye** 244:2

---

## F

**f** 114:23
**face** 65:10 176:10
237:7
**facilities** 128:6
**facility** 148:20
**facing** 120:12,18
121:21 122:7
**fact** 76:20 106:12
226:25 247:8
**facts** 33:22 304:21
308:4
**factual** 288:11
**failed** 53:9 69:3
**fair** 11:23 35:9 39:12
42:7 45:6 72:23
94:7 124:17 128:2
133:8,16 137:7
146:8 212:24
220:12,12 223:14
252:23 253:22
255:19 262:6 281:8
290:3 295:24
296:18 297:11
299:23 303:19
304:15 305:6,19
**fairly** 35:10 75:7
102:16 104:22
107:21 132:4
150:20 213:6
**fake** 106:6 201:15
**faking** 201:1

**fall** 296:2
**familiar** 87:22
107:18 111:1
134:11 148:1
157:24 160:24
161:25 168:6 227:2
281:4,14,18
**familiarize** 112:19
**far** 83:4 158:14
187:10 242:12
280:2
**faster** 41:4
**favor** 58:3 268:22
271:13 276:7,10
293:15
**favorable** 22:22
**favorably** 223:10
**February** 303:5
**federal** 1:21 21:20
24:17 25:21 26:17
56:22 57:7 117:17
178:5 283:19
286:15
**Federation** 264:21
**feedback** 100:6,7
**feel** 41:1 54:4 168:16
169:11 202:14
283:2
**feeling** 278:9
**feelings** 202:5 293:22
**feels** 15:6
**fees** 265:7
**fellow** 198:3
**felt** 27:2 32:4 123:17
127:6,12 130:3,5
136:9 177:22 233:7
240:1 251:23
**fewer** 167:10
**Fighting** 296:7
**figure** 122:17
**file** 18:21 103:22
157:2 197:21,22
261:19
**filed** 36:19,20,22 38:5
42:6 197:16,23
198:13 199:16,19

**files** 17:3,5,6,23
192:20,21
**final** 112:4 129:25
133:25 134:17
**finally** 112:5 248:12
**finance** 28:2,20 29:4
29:16 30:6 121:23
122:2,5 134:16,24
135:1,2 138:25
190:16 252:12
257:11
**financial** 20:4 21:8
21:17 22:15 24:10
25:6,7,9,14 26:13
**find** 86:10 108:21
161:15 196:1 209:5
210:4 226:7 231:6
243:10 245:7 264:2
**finding** 161:20
**findings** 209:7,21
**fine** 12:21 185:21
259:21 302:14
**fingerprints** 192:23
193:16 194:1
**finish** 217:4 219:9
**finished** 111:25
**Firm** 308:24
**firm's** 22:25
**first** 8:3 9:2 14:19
20:14 21:25 27:21
28:8 31:8,11,21
38:18,23 42:14
90:18,21,24 113:8
116:19 118:16
126:17 139:22
173:8 230:24 231:3
231:7 257:24
281:21,24 297:16
308:6
**first-called** 120:5
**fiscal** 127:5 133:8,15
133:18
**fit** 229:9
**five** 127:25 286:7
**flashed** 117:15
**flip** 14:20

**floor** 2:10 39:11 48:9
 49:16,19,22 50:2,25
 69:3,8 73:16 75:22
 87:2 90:24 118:5
 146:18 152:17
 166:21 173:17
 175:9 203:22,23,24
 204:5,10 230:10,12
 233:4,9 239:23
 264:21 265:6,25
 267:14 268:8,9,13
 269:24 271:20
 275:22 292:8,11
 308:24
**focus** 127:15 248:1
 250:2,20 251:1,5,10
 251:14 259:19,22
**folks** 15:17 264:7
**follow** 79:16 256:16
 283:2 305:13
**follow-up** 186:25
 255:20
**followed** 37:22 254:7
**following** 38:22 59:5
 62:19 93:14 143:6
 227:1 270:8 292:24
**follows** 9:2 270:12
 308:14
**food** 98:7
**food's** 98:2
**foregoing** 308:5,8
**forge** 287:17,21,25
**forging** 287:11
**form** 31:8,24 33:3,15
 33:21 34:19,21
 35:12,25 37:6 40:22
 42:25 43:14 44:3,15
 44:20,25 46:20
 47:12 48:1,6 55:12
 56:3,9 58:1,6,11
 60:21 61:13 70:2
 85:9 88:14 102:7,11
 102:13,14,23 103:3
 103:11,12 104:3,16
 104:22 106:2
 107:12 108:3 110:9

111:8 113:12,17
 114:8 119:7,23
 120:19 121:8
 122:12 123:8
 130:13 135:8
 139:13 140:11,24
 141:5,7,20,23 143:4
 144:7,24 145:5,8,10
 145:22 146:13,19
 146:20,22 147:3,7
 148:3,12,23,25
 149:2 155:7,14
 156:6,7,17,18
 157:12,13,20,21
 158:13 159:9
 160:17 161:8,23,24
 162:7,9 164:1,2
 167:4 169:19 170:8
 170:9,21 171:19
 172:12,13 173:6
 174:1,2,19,23 176:1
 176:6,21,22 177:3
 177:11,12 178:6,12
 179:25 180:1,22
 181:7 182:19
 183:15 184:7,17,18
 197:17 198:23
 199:7 202:3 203:9
 203:11 204:21
 223:19 224:2 238:7
 242:23 255:10,21
 267:24 282:24
 283:14,15 284:6
 285:20 290:7
 291:17 297:14
 300:18 301:8,9
 304:10,18 305:23
 305:24 306:3
**former** 16:13,23
 17:10 234:8
**forms** 42:16 46:1,6
 46:14,16,18,25 47:1
 47:6,17,17 55:13,19
 55:23 56:2,6,7,12
 56:25 58:4,19 59:1
 59:3,16,17 60:3,4

60:10 61:16 106:23
 108:18 109:25
 111:6 135:22 140:8
 140:24 141:19,25
 142:6,7,12,13,13
 143:1,2,9,14,19,21
 148:7 174:14
 298:25 299:16
**forth** 88:22 260:13
 260:16 308:8
**forward** 30:4 53:19
 121:12 136:18
 141:2,18
**fought** 296:10
**found** 294:8
**four** 128:1 276:18
 290:13
**frame** 83:7
**franchise** 22:13
**franchise-type** 22:12
**frankly** 98:16 213:17
 234:9
**Fraser** 34:14 48:12
 49:13 51:25 52:5
 54:18 57:23 67:14
 70:6 144:10 154:18
 195:20 247:8
 265:12 268:2,18
 276:4 293:12
**Fraser's** 50:1 67:9
 263:13
**fraud** 34:6 37:2,5,6
 102:2,8,21 105:8
 115:21 149:10,15
 149:21,23 150:2,4
 150:13,17,25 151:7
 151:15,19 180:9,15
 180:18,20 181:5,19
 181:22 182:9 183:4
 183:4,11 184:25
 186:8,11,14,15,17
 186:22 275:3 296:8
**fraudulent** 183:7,8
 184:5,5,16,20 185:7
 185:9 186:4
**fraudulently** 103:8

110:14
**free** 41:1 54:4 111:4
 141:24 168:16
 169:11 174:13,15
 175:17,22 176:3
 177:8,17 266:14,18
 266:24 269:1
**frequent** 87:13
**frequently** 117:15
 267:3,5 285:3
**friends** 6:23 264:20
**front** 76:1 88:20
 164:4 172:5 210:7
 240:10 270:5,16
 293:8
**full** 308:8
**function** 122:24
 123:3
**functional** 18:3
**fund** 130:15 279:12
**fundamental** 102:3
**funds** 8:13 138:14
 188:19 189:23
**furnish** 115:1
**Furnished** 116:7
**further** 41:4 179:23
 188:5 225:21
 247:25 250:20
 307:6 308:10

---

**G**

**Gallegos** 275:22
 276:13 279:1
**gas** 172:9 176:19
**gathered** 244:15
**general** 1:20 3:2,8
 8:19,21 10:20 17:14
 33:19 42:14 45:12
 86:3 123:4,11 126:5
 126:9 127:2 131:9
 131:13 142:9 147:8
 157:10 227:24
 249:16 257:6,8
 267:15 268:16
 275:13 283:18
 289:22

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

15

**generally** 34:9 76:9
106:15 109:14
111:3 131:6 141:1
167:18 169:16
256:15,19,20 257:5
257:10
**getting** 33:8 71:10
154:15 158:14
176:18 201:23
278:2
**give** 19:18 25:2 41:4
114:20 126:5
159:18 194:14
195:15,18 197:12
200:9,9 203:16
221:4 287:3 291:22
295:2
**given** 9:20,23 65:9
137:21 170:13
194:6,7 196:11
199:9 204:6 230:4
232:12 252:11
256:7 287:15,20,24
298:16 308:17
**giving** 114:15 127:10
194:17 196:17,23
196:25 197:5 199:1
199:8 213:3 269:1
**glad** 34:1 62:10 86:2
120:22 159:18
270:20
**go** 8:1 11:8 13:1
20:10 27:12 34:3
40:9,17 41:3 42:1
55:6 59:4 61:14
71:13 76:23,25
81:17 98:4 103:9,9
103:24 104:12,17
111:9 123:15 129:2
130:14 133:6,14
134:20 143:2,8
147:19 155:15
157:2 158:15
159:23 170:25
171:3,7,14,17
172:10,14 179:18

184:8 205:24
206:16 207:23
209:25 232:15,17
233:5 243:9 245:6
264:9 269:9,10
271:1 275:11 279:6
279:15 285:24
290:8 291:6 292:3
295:21 299:7
301:24
**goal** 233:5 236:13,14
**God** 276:13
**goes** 12:11 102:1
176:19 263:9,21,22
286:7
**going** 12:3,24 13:17
14:15,23 27:12 50:7
51:11 53:22 54:2
55:17 66:9 73:22
74:25 76:17,18
79:12,15 91:2 98:18
104:25 111:20
121:5 123:15,20
124:13,19 125:12
129:2 132:15
133:10,10 136:18
142:5 143:5 158:15
159:10,21,22
171:14 172:14,15
177:1,22 180:20
188:13 189:24
190:1 197:4 198:5,6
203:18 204:3,4
205:18 237:20
238:14 243:2 245:8
248:11 253:19
254:3 256:1 260:19
261:24 263:23
273:16,17 277:23
285:5 291:21
293:10,18 295:1,1
296:19
**going-forward**
124:19
**good** 9:5 15:24 32:3
35:16 41:20 42:11

46:18 51:12 101:9
105:7 109:23 130:3
131:20 142:23
146:25 149:5
157:14 187:10
198:19 206:9,22
254:25 306:13,14
306:17
**gotten** 253:14,17
254:6 255:18
**government** 56:22
57:8 59:24 78:25
79:10 121:2 122:24
123:12 213:12
265:20,22 266:11
286:15 296:16
298:15 300:23
**government-issued**
298:20,23 299:1,16
299:20,25 300:4,13
300:16,21 301:1,6,7
303:12 304:2
**governor** 81:3,8,13
81:21,24 82:1,5,18
90:14 112:6 121:11
135:1 139:10,17
154:13 211:21
226:8,20,21,25
229:6,8 234:6,8
240:12
**governor's** 79:4,6
80:23 81:5 82:17,20
**graduated** 19:19,20
**Graham** 3:15 8:20,20
**grandfather** 142:20
180:24
**grandmother** 181:10
**graph** 297:18
**great** 178:24
**greater** 179:4 245:8
**grew** 184:24 284:9
**Grimes** 273:16,19
**ground** 188:16
279:13
**group** 21:18 22:15
24:10 25:6,14

173:11
**groups** 152:20 166:3
166:6,16 294:5,5
303:19
**grow** 167:16
**guarantee** 184:25
282:18,22
**guess** 9:25 17:7 25:11
34:4 56:18 57:2
60:2 64:25 102:8
128:17 171:11
208:19 217:8
232:17,24 237:8
245:14 255:7 274:9
280:5 301:4
**guy** 23:7
**guys** 12:13

## H

**HALE** 2:20
**half** 19:23 38:17
85:15 93:6
**half-hour** 202:7
**halfway** 210:19
228:24 230:22,23
235:15 296:6
**HAND** 308:17
**handed** 159:15 168:6
302:18,22
**handful** 151:12
183:13
**handgun** 45:24
168:23 204:25
205:8
**handing** 281:1
**handle** 104:24 127:6
188:20
**handled** 190:21
223:18 232:3,3
233:11
**handling** 256:21
**hang** 101:10 225:25
**happen** 133:18,19
238:5 252:10 256:2
**happened** 18:1,10
23:13 40:19,20 51:6

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

16

53:18 61:21 69:11
70:18 87:12 92:14
97:17 118:13
152:19 213:19
232:6 233:13
240:11 256:10
**happening** 125:7
**happens** 180:24
186:14
**hard** 114:22 115:8
271:2 296:10
**harder** 287:25
**Harris** 181:25 273:15
273:18 308:2,21
**Harrison** 181:12
**HB** 39:2,5 41:9,19
42:15 43:13 44:18
44:23 46:3 47:18
48:8,13 50:23 68:3
68:4,7 140:10 146:8
**head** 42:8 62:8
111:18 130:22
131:15 186:6
188:15 195:22
209:15 253:25
**heading** 169:10
**health** 45:13 148:20
289:24
**hear** 166:23 258:16
258:22 259:2 289:8
**heard** 32:1 140:5
152:16 161:1,10
185:1 230:24 234:9
278:6
**hearing** 13:19 103:4
164:25 186:10,13
198:10,12 249:5
**hearings** 240:7
**heavily** 128:3,7
**heavy-handed**
278:18
**Hebert** 82:8,12
**Hegar** 52:17
**held** 16:25 18:8
100:19 285:1
**help** 76:12,21 77:4

106:22 107:21
111:21 131:2
138:15 208:13
277:13
**helped** 80:22,25
**helpful** 126:4
**helping** 31:18
**helps** 120:14
**Henry** 160:2
**hereto** 1:22 308:5
**Herren** 5:18 168:1
**high** 151:10
**higher** 44:11 128:4
281:23 287:5
292:17 293:6
**highly** 1:8 12:10
13:23 14:3 64:19,21
245:25 257:1 295:9
295:12,17
**hindsight** 138:19
**Hinojosa** 269:25
**Hispanic** 160:13,13
167:15 305:16
**Hispanics** 163:24
166:3 167:10,20
170:5 304:14 305:5
**historical** 187:22
213:3 224:4,6
**historically** 156:14
194:12 290:22
291:2
**history** 75:18 76:6
85:23 86:6,15
102:21 156:5 157:9
157:18 161:5,21
162:15 184:15
233:3 234:5
**Hobby** 226:8 234:6
**hodgepodge** 273:6
**hold** 26:13 101:13
205:8,12 206:10
**holding** 101:4
**holds** 206:3,3
**home** 147:20,22
185:13 261:25
275:10 284:1,4,4,10

284:17 285:23
**Homeland** 28:21
29:5,17 107:7,17
120:15 121:18,25
139:1
**honestly** 80:25 82:19
85:4 99:4 138:17
197:18 200:3
**hope** 149:5 239:14,18
239:18
**hopefully** 187:1
**hour** 51:12 263:25
**hourly** 277:22
**hours** 10:21 85:13,15
189:7 223:11 230:8
231:19,22 275:23
276:18 277:23
278:12,15 304:23
**house** 1:17 2:9 5:5
26:1,11 31:15 32:2
32:9,22 33:10,12
34:5,9 36:20,20
38:3,18,23 39:11
40:3,5,10,23 47:11
47:14 48:17 49:12
49:14 51:21 60:18
60:20 78:21 97:9,18
118:6 120:3 154:9
158:25 182:7 198:4
**Houston** 1:21 3:3
19:20 264:21
308:24,25
**Houston,Texas** 2:16
**Huffman** 154:18
**huge** 11:21
**Huh-uh** 119:19
193:22 214:22
235:12
**hungry** 98:8
**hypothetical** 285:11

_____

**I**

**ID** 6:19,20,21,24 9:11
11:2,5 32:7,19
34:10 35:9,19,22
36:13,21 37:2 40:3

42:16,16 43:1,3,6
43:10 44:4,16 45:1
45:11,15,17,20 46:6
47:7,18 48:4 53:10
53:10,17,20 55:6
57:12,21 58:1,1,3
58:11,15 60:3,4,17
61:7,12 64:5 66:16
67:9,15 69:17 72:23
73:7,11,19 74:13,20
89:24 90:9,13 97:21
98:25 101:1,20
102:1,4,5,11 103:9
103:9,15 104:4,22
105:6 106:1,3,6,11
106:18,23 108:8,10
108:18 111:4
113:11 119:7
128:18 135:8
137:13 138:7,21
140:9 143:2,21
144:6,25 145:8,22
146:6,13 147:2,6,12
147:15,25 148:2,7,7
148:11,12,17,18,19
148:21 149:5,10
150:3,17 158:16
160:19 170:1
174:14 175:19
180:19,21 184:11
201:9,15 205:24
224:1 234:24
236:23 237:10
239:1 247:13,13
248:3,23 250:4,22
259:11 260:7 266:8
266:24 267:4,22
269:5,6,11,15,17
270:3 272:7,17
274:3 275:11 280:1
280:5,11 282:1,12
283:12 286:19,21
288:1,6 290:4
291:17 293:19,22
294:2 296:11 297:8
297:17 298:15,20

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

17

298:23 299:25
300:4,13,16,17,21
301:1,2,6 303:3,12
304:2
**ID's** 282:17 286:14
287:12
**idea** 32:3 99:23
101:10,25 103:13
104:2,20 146:25
173:10 182:12
194:3 197:13
198:15,24 199:1,23
200:11 204:22
207:24 226:17
235:10 252:12
261:12 272:2
280:18 282:25
283:7 285:22 286:1
286:4 298:13
303:11 304:5
**ideas** 198:19
**identification** 7:1
31:9,25 37:9 43:17
43:20 44:10,15,20
44:21,25 45:21 46:2
46:14,17,19,21,22
46:25 47:1,6,13
55:12,14,20,24 56:2
56:4,7,8,13,20 57:6
57:15 58:4,7,9,18
58:23 59:3,6 60:11
61:3,17 62:4 66:7
67:1 71:22 72:9,12
90:17 102:15 103:6
105:18 108:4,23
109:3 110:24 111:2
111:6,12 112:9,14
113:9,13,21,25
114:25 119:5,22
122:19 123:7,16,21
124:9 125:15
126:24 135:16,22
136:7,16 139:18
140:24,25 141:3,5
141:10,15,19,23,25
142:2,6,8,11,13

143:1,3,9,15,20,22
143:24 144:5,16,24
145:6,11,23 146:22
147:7 148:23,24,25
155:5,9,11,12
162:14 163:4,10
170:11 171:13
174:6,15 175:4,16
178:7,13 180:22
189:8 191:11,17
192:16 194:16,17
194:24 195:17,17
198:17 199:11
200:1 201:2 205:13
223:9 243:21 245:9
265:8,9 268:15
269:10 273:18
277:6 279:18 282:3
282:11 288:2,18
289:2 290:18
291:18 292:15
293:4 296:15 299:1
299:17 303:5
**identified** 105:4
304:17 305:8
**identify** 45:11 46:21
47:19 58:24 104:23
105:10 112:3
143:10,15
**identities** 103:2
**identity** 47:19 58:19
102:21 103:16,24
104:15 282:13
**IDs** 61:4 66:6 145:10
145:13 146:21,24
147:11 205:20
267:15 269:1,3
279:16,18,21
280:22 281:24
282:23 286:13
287:4,9,17,21
288:23 289:2,5,9,13
289:17,19 290:1,5
290:21 291:1
292:19 299:20
301:7

**ifs** 142:21 254:11
**ill-considered** 276:13
276:15
**imagine** 29:14
**Imani** 8:13 279:13
**impact** 136:10 152:5
167:2 263:2
**impacted** 254:3
**implement** 135:12
190:13 191:24
**implementation**
189:20 275:14
**implemented** 201:15
226:14
**implementing** 190:5
**implicated** 23:15
**implicit** 177:9
**imply** 224:21 243:25
**importance** 82:13
**important** 34:25
101:6 110:20
123:14,17 169:6
183:12 233:11,24
240:1 251:23 302:4
**imprecise** 262:4
**improve** 130:11
**improved** 33:2
**improvement** 60:16
60:20 130:18 146:4
146:17,17
**improvements** 130:9
**in-person** 34:6 37:2
102:2 115:20 149:9
149:15,21,22 150:2
150:4,24 151:7
180:9,15 181:5,18
181:22 183:7 184:5
184:16 185:7,9
186:4,15,17 245:7
275:3
**inactive** 19:13,16
**inadequate** 128:6
**inane** 299:5
**incidences** 186:3
**incident** 185:24
**include** 106:21

115:21 146:1
148:11 298:25
299:16 301:7 302:6
**included** 43:25 61:6
61:10 106:14 116:2
140:18 146:3,6
209:6 270:23
299:20 302:9
**includes** 220:10
**including** 45:15
151:24 175:3 179:3
241:14 246:3
**inconsistency** 274:18
275:14
**inconvenience** 11:21
**incorporated** 142:7
**increase** 243:18
**Independent** 162:16
**independently**
162:14 164:14
179:11 211:12
**INDEX** 4:1 5:1
**Indiana** 266:22 267:4
267:7,22 278:5
**indicate** 164:5 190:3
**indicated** 38:24
190:20 225:21
308:6
**indigent** 174:12
175:5,15,20 266:23
**indigents** 174:11
**individual** 195:1
196:11 199:2,25
230:15 282:2 300:3
300:12
**individuals** 193:17
277:22
**industry** 157:1
**ineligible** 209:6
**influence** 151:11
**information** 13:23
14:4 33:12 108:9
109:13 115:1,3
116:6 138:9 149:16
151:3 167:22
169:2,6 191:8,15

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

18

192:13,18 193:3,11
194:13 242:4
244:15,17,21
252:16 253:13,23
254:1 256:2,8,17
**informed** 81:22,24
**initial** 31:23 50:1
**initially** 25:25 49:13
68:10 234:23
249:10
**injunction** 24:7
**input** 239:18
**inquiries** 163:2,8
**inquiry** 109:5
**insert** 293:8
**inserting** 270:8,9
**insider** 23:9,15
**insignificant** 136:10
136:21
**instance** 1:16 133:20
147:14
**instances** 75:18
144:12 150:16
151:7 181:25
**institution** 44:11
56:22,23 57:7,8
147:15 288:7
292:17 293:6
**institutions** 45:12
147:8 281:23 287:5
289:22 290:1,2
**instruct** 70:25 79:12
81:15
**instruction** 81:19
**instructions** 17:13
**insurance** 20:4 21:7
21:10
**intend** 252:7
**intended** 100:2
237:21
**intending** 75:6
**intent** 37:3
**intention** 239:24
240:9
**intentions** 81:22,25
**interest** 22:25 122:20

152:20 166:2
**interested** 253:23
254:1 255:9,12
308:12
**interfered** 272:18,21
278:22
**intern** 3:15,15 8:19
8:21
**International** 29:16
31:4 117:14
**interpreted** 299:24
300:4,12
**interrogatories** 308:6
**interrupt** 12:2 13:17
**interrupting** 12:17
**interruptions** 13:7,10
**intimate** 107:23
**introduce** 8:2 14:2
198:5
**introduced** 39:9
40:12 53:20 60:16
65:6 83:9,17,23
98:16,20 229:7
230:16 240:14
270:25 275:22
**introducing** 81:7,11
82:6,24 83:5 85:20
213:2
**invades** 76:15
**invalidation** 156:12
**investigate** 161:13
179:12
**investigation** 23:8,19
23:20,21 25:3
**invoked** 210:20,24
212:14,20 224:8,12
**involved** 20:15,21
21:4 22:1,5,18,24
23:25 24:10,24
31:12,17,22 34:16
34:17,24 36:1,3
103:5 121:14
256:22
**involvement** 24:21
35:24 77:15
**involving** 77:13

**irrelevant** 184:3
**issuance** 122:18
124:8 125:14
128:17 132:1
136:15
**issue** 24:16 31:20
34:16,18,25 35:23
66:12 77:13 113:8
123:14 124:16
136:6 148:15 149:4
152:10 158:10
162:22 163:11,13
165:13,19 170:13
173:3 186:20,21
188:18 192:23
194:23 196:5
199:10,10 200:5,14
200:19 204:2
212:16 215:4,11
216:1 224:14 228:4
230:24 233:5,6,19
234:20,21 236:19
239:4,16,21 240:2
252:5 253:4,5 270:3
273:8,10 278:14
279:16 280:4,11,22
283:11 286:21
293:17 294:2 302:4
**issued** 43:6,21 44:10
56:21 57:7,15 58:9
61:7 99:10 148:24
247:13 248:2
250:22 258:9
266:13,18 283:10
283:10 292:16
293:5 298:15
300:22
**issues** 64:6 77:8
108:1 120:17
121:21,24 135:4
136:11,13 147:15
151:21 152:13
158:7 159:8 188:24
196:17 224:5 228:3
228:4
**issuing** 45:14 58:14

110:12 123:2
147:11 189:4
195:16 200:1 272:6
275:8,9 286:14
290:1
**item** 43:24,25 65:24
65:24,25 66:12
90:14,25 94:8,13
96:13 139:11,18
**items** 90:19 113:13
270:6
**IV** 208:7

**J**

**JA** 247:1 292:3
**JA_00** 246:25
**JA_000119** 246:25
**JA_00066** 262:22
**JA_000801** 247:21
**JA_000844** 248:9
**JA_001243** 265:1
**JA_001245** 267:11
268:4
**JA_001248** 292:4
**JA_001251** 269:23
**JA_001254** 275:21
**JA_001263** 268:6,14
**James** 3:15 8:20
21:16 22:9,17
**Janet** 261:6
**January** 62:13 134:9
134:18 155:21
223:15 264:23
**Jason** 241:7 256:23
261:5,7
**Jennifer** 2:5 8:9
206:23
**jennifer.maranzan...**
2:6
**Jewish** 264:20
**job** 20:14,16 21:19
25:20 26:16,22 72:1
130:3 137:25 149:5
188:20 200:9
306:18
**jobs** 26:13

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

19

**John** 49:20
**Johnson** 184:19
**joint** 36:2,5,8,10,14
  54:19
**Journal** 5:6,9,11,13
  6:17 38:11 51:17
  52:25 62:13 67:25
  91:22 92:12,13 93:3
  96:3,10,11,13,17,25
  97:4 145:18 154:22
  181:2 202:6 204:11
  210:10 211:3 220:9
  224:17 225:17
  264:20,22 291:15
  291:24 301:25
**Journals** 89:3 214:16
  214:17,18 226:10
**judge** 105:15 183:22
  185:19
**July** 1:13,18 4:3 5:3
  32:21 303:24
  308:18
**jumbled** 103:19
**jump** 188:13
**June** 99:10 296:15
  297:9,18 306:24
**justice** 2:3 5:18 28:1
  28:8 30:21 168:1,3
  207:2,3
**justify** 149:10
**justifying** 301:17

**K**

**K** 2:16
**Kaneb** 19:21 20:2
**Karen** 6:16
**keep** 12:17 155:10
  157:15
**keeping** 194:12
**Keister** 3:10 8:16,16
  12:18 33:21 103:11
  139:13 156:7,17
  157:12,21 160:17
  161:8,24 164:1
  167:4 169:19 170:9
  172:12 174:1,19

176:1,21 177:11
179:25 184:17
202:3 203:11
242:23 261:13
263:23 264:3
283:15 291:25
301:8 302:20
304:18 305:23
307:9
**kept** 19:15 103:14
  201:8
**killing** 91:25 92:3
**kin** 308:12
**kind** 12:19 18:22
  32:12 126:5,19
  137:12 138:4 139:3
  142:16 152:17
  244:2 276:21
**kinds** 77:10 106:1
  108:21 124:6
  172:17 181:21
  299:5
**knew** 77:15,16
  125:16,17 138:7
  148:16 251:2
  253:21 286:9
**know** 11:2 16:2 17:18
  17:22 18:5,12,14,20
  18:23 20:9 23:12,14
  26:20 27:16 28:16
  30:9 32:17 34:13,23
  35:3,7 37:21 38:6,7
  39:10 40:18 42:8
  45:9,11,17 47:23
  48:2,7 51:1,9,10
  54:21 55:1 56:19
  57:1,19 58:13,14
  59:11,16 60:1 63:13
  68:1 74:24 80:19,23
  83:7,16 84:8 86:3
  86:13 89:4 92:23,25
  94:1,2,4 95:18,19
  95:25,25 96:8 98:20
  99:3 101:2,4 102:24
  104:25 105:6,15,16
  105:17 106:13,22

107:22 109:7,12,15
109:20 110:8,11,23
111:13,14 113:24
114:2,13,17 115:6
118:4,24 119:24
122:15 124:23
125:6,22 126:13,22
126:25 127:12,21
127:24 128:25
129:5,13,16,24
130:2,15 131:16,24
132:25 133:1,9
134:3,5,18,23
135:14,17,24,25
137:6 139:3 141:13
141:17 142:4,20
147:12,13,15
148:14,22 149:3,25
150:1,20 152:1,14
153:11,15,17 155:8
156:8,9,19 157:9,14
157:22 158:1 160:2
160:9,18,18,21
161:10,10 162:1,2
163:1,11 164:3
167:7,18,22 168:7
169:20,21,21
170:10 171:11
176:11,24 180:17
180:20 182:5
183:23,24 186:9,23
187:14,20 190:9,11
190:15,24 191:19
192:19 193:9,23,25
195:11 196:1,2,20
197:2,10,15,15,19
198:14,15,19,22
199:20 200:3,4,7
201:3,6,16,16
202:14,23 203:4,25
204:1,23 205:6,7,11
205:23 206:2,5,10
206:13 208:3,19
209:2,7 212:1,4
213:16,17,24 214:7
217:16 225:3,4,5

226:4,6,8,10,15,24
227:22 228:3,16
230:2,15,16,17
232:13 234:9 235:4
237:5,15 238:9
241:12,19,21,21,25
242:9 243:1 244:2,3
245:12,12 246:18
246:19 247:17
248:15,24 249:13
249:13,15,25 250:2
250:7 251:7,17,20
252:4,19 253:15
254:12 255:22,24
256:12 258:21
262:16 265:24
267:25 268:10
269:11,13 270:4,14
270:21 271:1,5,19
271:22 272:12
273:23 274:20
277:15 278:3,8,11
279:25 280:3,15,16
281:3 282:7 283:3
283:16,20,20,23
285:8,17,21,22,25
286:2,8,25 288:13
288:16,21,23 289:5
289:11,14,15
292:24 293:7 294:3
294:6,10,14 297:15
298:17 299:23
300:3,11,15,19,20
300:24,25 301:3,10
301:13,23 302:8,9
303:23 304:5 306:6
306:18,20,23 307:4
**knowing** 105:10
  170:4
**knowledge** 28:13
  59:23 97:16 105:9
  106:5,8 107:2,23
  138:18,22 149:6
  169:4 201:8 205:14
  205:16 244:8,9,12
  262:25

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

20

**known** 239:15 251:21
**knows** 184:23
**Kumbaya** 239:15

## L

**L** 2:11
**labeled** 247:20
264:25 269:22
296:4,7
**lack** 15:4 164:16,20
173:25
**lacked** 135:21 173:4
**laid** 63:17 64:8 84:2,7
84:10 89:7 187:3
232:4
**language** 165:2,7,17
165:22 270:13,13
276:21 292:22
293:9
**laptop** 100:14
**large** 26:7 243:6
259:16
**LaRue** 241:8 256:22
261:6,7
**late** 263:24
**latest** 172:21
**Latino** 173:4 179:3
179:22 263:3
**Latinos** 169:18
173:24
**law** 6:24 97:21
102:19 104:12
110:4 117:9,17
118:23 137:13
149:10 150:18
189:9 200:16,20
266:22 267:4,7,22
299:7 303:3 306:7,8
306:10
**laws** 263:2 273:23,24
**lawsuits** 157:2
**lawyer** 278:7
**lawyers** 15:1,12
157:1 204:19
**lay** 84:18,24
**lead** 274:25

**League** 2:19 8:12
279:12
**Leah** 3:15 8:18
**learn** 244:19
**leaving** 18:13
**led** 214:11
**left** 19:24 20:4 21:14
21:15 22:22 23:3,7
23:10,11,24 190:25
191:4
**left-hand** 38:14
**LEG00000801** 296:5
**LEG0000795** 281:13
**legal** 80:1 115:17
308:24
**legality** 80:1
**legally** 117:1,23
205:3
**legislate** 32:18
**legislation** 31:12,18
31:23 32:1,5,7,19
35:10,10,19,22 36:3
36:6,9,14,21 37:1
38:1 40:3 42:21
44:1 46:7 53:11,17
53:18 54:11,17 56:5
57:21 60:16 64:5
65:25 66:5,6 67:10
67:15 69:17 70:9,13
71:18 72:13,24 73:7
73:11,19 74:13,21
74:21 86:8,13,16
87:5,10 89:11,13,15
89:19,25 90:6,9,16
97:21,24,25 98:11
98:13,23 99:16,19
99:20,22 100:9,18
103:21 104:18,19
105:22 106:14
108:8 110:18,22
111:21 112:8
113:12 116:20,24
117:4,25 124:24
129:22 133:1,11
139:11,18 140:23
141:3,3,17,22

142:11,24 143:8,13
144:4,16,25 146:11
146:15,19 151:22
162:24 163:5,10
166:23 167:2 170:2
179:15 180:14
186:21 199:18
201:24 212:9,10
213:4,6 218:18
219:7,24 221:15
222:4,19 223:24
277:10
**legislative** 1:17 2:8
8:6 13:15,16,22
14:12,16 15:5,7,16
15:19 17:14 27:9
32:10 35:2 36:22
62:25 65:6 66:12,14
67:8 71:3 76:16,17
76:22 79:13,18,24
80:16 81:18 82:14
89:13 97:19 118:10
118:14 121:12,13
121:15 124:22
125:11 153:3
198:19 203:6
207:15 214:12
215:24 223:14,21
227:16 261:4
**legislatively** 14:3
78:10
**legislator** 244:16
245:20 306:18
**legislators** 70:23
81:18 198:20
253:22 301:21
304:20
**legislature** 25:25
26:14 62:18,19 94:3
120:6 167:11,11
201:20 209:20
211:22 220:14,15
244:18,23 249:20
252:2,8 255:8,12
256:4 276:21
277:21 287:2,7

300:7
**legislature's** 54:10
125:5 211:19
**legitimate** 105:11
**legitimately** 102:11
**let's** 8:1 14:5 18:24
25:24 42:1 43:2
46:11 55:6 60:11
66:22 85:19 96:12
98:4 107:5 109:11
110:24 112:18
113:5,7 124:4,4
132:13,16 137:8
158:10 160:10
170:18 216:10
259:17 264:9
269:21 279:6 284:9
295:21
**letter** 5:17 6:23
167:25 176:10,15
**letters** 208:18
**level** 197:10
**Libby** 6:11 241:6
257:2
**license** 19:12 43:3,6
43:10 45:23 47:25
47:25 105:11
107:11,19 109:8
110:2,12 117:2,8,15
117:21 122:13,23
123:3 127:11
128:12 141:10
171:14 174:8 189:8
200:15 204:25
205:9 206:3,7,8,11
241:17 243:2,16,20
247:13 248:2,22
250:4,22 258:10
277:8 278:3 280:4
280:10,13,17 288:1
288:6
**licenses** 101:13,14
104:25 110:15
122:18 123:3 124:8
125:14 128:17
136:16 168:23

172:17 189:5
242:18 248:14
**lieutenant** 79:6 80:23
81:2,4,8,13,21,24
82:1,5,17,17,20
135:1 154:13
226:20 229:6,8
234:6,8 240:12
**life** 21:12 22:5 172:16
176:24 244:10,10
**limit** 77:22 78:14
259:9 298:22
**limited** 15:21 76:25
144:5 211:19
**line** 16:8 39:23 40:1
62:16 92:10 98:2
99:14 113:4 114:23
169:22,25 170:6
189:7 271:5 296:13
**lines** 41:16 92:8
94:13 95:20 97:11
122:23 154:1
155:24 228:6,7
294:5 303:22
**link** 241:14
**list** 28:11 39:2 54:20
56:24 61:6,9 154:24
**listed** 27:19 28:24
45:20 46:23 47:18
55:3,7,13,14 56:7,9
56:13 57:11,13,14
58:7,11 59:3 60:11
61:3 65:24 66:6,20
66:23 95:21 96:25
135:22 281:7,9,12
284:10
**listened** 173:19
**lists** 42:24 52:10
55:19,23 58:17,22
65:17 93:20,25
**literacy** 165:3,9,18
**litigation** 3:9 9:10,25
10:8,9,11,13 16:17
16:22 20:15,21 21:4
22:1,6,18,20 23:25
24:11 156:24 159:7

159:12 188:2 281:7
**little** 18:24 69:21
139:8 228:24
230:23,23 247:4
279:15
**live** 147:18 169:22
179:23 243:12
244:3,5 245:5
285:24
**lived** 185:16 244:10
**lives** 148:1
**living** 169:25 170:5
244:11 245:18,21
**LLP** 2:10,15,20
**local** 200:16,20
265:20,21 266:10
**located** 284:5 285:19
292:14 293:3
**locations** 100:13
**lodged** 180:13
**long** 16:8 20:13 27:16
28:17 75:11 76:9
114:17 116:3
124:22 190:9
225:14 235:8
242:10 243:7,8
249:21 252:22
296:10
**longer** 16:18,25 18:8
117:7
**look** 11:13 16:7 46:5
47:22 51:19 54:4
55:10,18 58:16
62:10,15 63:14
64:11 74:25 82:18
86:1,2 88:23 93:6
94:8,13 96:12
104:12 105:4
111:17 112:11,12
113:5,7 114:22
115:10 116:3,13
118:9 119:25
137:17 159:18
164:15,19 165:7
166:7 168:10
169:24 173:3

178:18 183:18,19
194:20,21 195:7
207:10 208:7 209:9
214:12 216:10,17
216:21 217:15,25
218:1,16 219:5,21
221:3,12,20 222:1
222:16 224:25
225:2,16,19 227:10
227:17 230:21
232:16 235:13
241:4 246:24 247:2
247:20 248:9
250:17 257:2,18
259:5 262:18,21
264:18,25 267:11
268:6 269:22
270:20 275:21
277:2 281:2,4
291:23 292:12
295:22 298:7
301:25 304:8
**looked** 11:1,12 54:12
60:17 106:23
112:22 126:1
145:18 162:17
187:16,18,19
197:19 213:18
214:3 216:9 220:18
225:7 228:1 257:19
278:6 291:10
294:14
**looking** 38:4,13
50:16 53:23 54:7,24
55:8 91:22 100:15
112:1,13 114:2
115:9 116:16,23
118:22 131:23
132:11 168:11
169:10 172:19
205:21 209:14
228:22 248:24
251:4 257:20 263:6
271:2 274:19
291:25
**looks** 36:19,23 52:9

57:2 93:13 112:4
113:16 182:9
207:12 249:3
250:18 264:19
265:19 268:3
**Lord** 42:11
**Los** 2:11
**lose** 188:13
**lot** 20:11 32:18 33:8
34:25 35:1,7,14,23
45:9,14 82:15 85:10
85:11 89:15 91:3
104:19,24 108:12
118:2 120:13,16
122:15 126:1
127:15 131:21
133:13 136:22,23
136:24 137:1 142:6
145:20 146:15
151:12 152:19
153:11 156:24,25
159:7 169:21
170:13 177:15,18
180:23 201:17,18
201:19 213:16
232:9 233:16,25
237:14 239:24
243:14,15 244:5,19
274:25 277:12
278:24 280:7 285:7
289:25 290:14
294:3 306:16
**lots** 80:24
**lower** 165:3,8,18
**Lufkin** 184:23
**Lunch** 98:9
**Lyndon** 184:19

---

**M**
**M** 1:19 9:3 20:2 21:2
21:3 188:11 206:20
279:9
**machine** 1:20
**mail** 59:24 172:2
259:10 260:4
261:16,19,23,24

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

22

262:2,7,11,15
284:19
**mailbox** 172:5
**main** 283:24
**maintained** 193:6,7
**major** 86:16 149:7
151:21 213:6,7
**majorities** 210:22
224:9
**majority** 62:5 63:23
65:18 67:2,4 69:12
70:20 71:23 72:15
72:21,24 73:6,15,17
74:14,23 210:20,24
210:25 212:14,16
212:19,23 216:2
223:12 224:4,7,11
224:12,19 225:14
226:13 227:12,12
227:17,21 234:16
239:6
**makeup** 169:23,25
**making** 22:24 54:9
95:5 123:12 126:18
130:4 135:3 151:18
177:19 190:17
197:10 251:1
281:23 287:4
**Management** 208:23
**mandate** 197:11
265:19,23 272:25
274:8,10,13
**mandates** 196:24
266:10
**manner** 135:13
**manufactured**
156:24 158:2
**Maranzano** 2:5 4:8
8:9,9 15:10 64:21
206:16,21,23 207:5
207:8 209:18
216:11,13 217:7
218:8,22 219:13
220:3 221:1,19
222:9,23 223:21
224:20 238:8

240:19,22,24 241:1
242:25 246:5,8
255:13,25 257:13
257:15 260:8
261:15 263:17,20
264:1,4,9,12,14
268:1 279:6 291:11
308:16
**MARC** 1:3
**March** 93:3 96:17
**mark** 216:11 295:5
**marked** 65:4 207:5,9
210:7 216:14
217:14 218:9,23
219:14 220:4 221:2
221:20 222:10,24
240:24 241:2
245:25 257:13,16
263:7 264:12,15
281:2 294:21 295:8
295:17,22 302:23
**marked/introduced**
36:17 38:9 39:17
51:15 54:1 62:11
64:13 93:1 99:8
111:22 115:24
167:24 207:7
216:12 217:6 218:7
218:21 219:12
220:2,25 221:18
222:8,22 240:25
246:7 257:14
264:13 280:25
294:19,25 295:7
302:16
**marketed** 21:10
**marketing** 21:9
**marking** 246:9
**Martin** 17:13,19,23
**massive** 102:21
**match** 125:9
**matched** 193:10
**matter** 20:9 23:12
63:7 66:17 75:22
85:1 86:3 111:15
123:10 145:14

216:25 217:11
218:3,18 219:7,24
221:15 222:4,19
223:24 234:12
239:17 254:4
275:13
**matters** 30:19 65:17
82:13 249:17
**McGeehan** 6:16
247:23 248:17
249:8,11 250:19
252:16 254:7,8,25
**McGeehan's** 249:20
**mean** 11:5 12:21 13:6
13:7,12 18:6,16
22:11 27:5 28:15
32:11 36:5 59:15
60:2 80:16,18 82:19
99:23 100:25
108:13 111:16
118:1 120:13
129:16 136:21
142:16 147:14
148:17,21 149:25
151:15 155:8
157:22 158:23
159:17 160:16
161:2 169:21
171:12 181:24
183:24 190:8
191:19 192:6,21
196:6 199:5,19
200:3 205:20,22
208:6 212:20
224:21 232:5
236:21 237:5,6
242:9 243:4 244:4
244:15 245:15
250:8 251:15
252:21 253:12,19
254:12,14 256:10
256:11 261:19
269:12 270:21
271:1 275:1 282:5
283:3,23 285:13,25
286:24 300:8,16,22

301:2 302:11 306:6
306:8,9
**meaning** 195:6
**means** 151:10 205:23
236:24 252:1
**meant** 130:7 238:9
238:10
**mechanics** 17:18
**Medicare** 300:22
**meeting** 231:12,15
**mega** 127:10,17,19
127:21 128:2 130:9
278:15
**member** 28:9 37:25
50:17 121:13,23
122:2,4 134:24
148:19 257:11
**members** 17:10
49:11 50:2,5 65:18
78:21,24 79:9 82:5
83:8 93:19 94:3
135:2 152:12
185:13 223:13
225:14 230:15
232:25 233:16
241:8 255:6
**memory** 62:9 111:19
197:23 200:2
**mental** 148:20
**mention** 235:1
**mentioned** 21:25
63:3 66:15 107:4
127:14 128:10
215:2 294:17
**Merry** 142:22 254:12
**message** 127:3
**met** 10:19 160:8
278:4
**Mexican** 1:17 2:8 8:5
153:3
**middle** 116:16
226:23 259:23
296:6
**miles** 177:1
**military** 43:17
205:12,15,24

23

261:23 288:23
289:2,5,9,13,19
290:1
**million** 126:6,7,7,8
126:10,11 130:24
136:22,24,24
169:13 182:10,18
184:1,1
**millions** 126:6 137:3
**mind** 131:19 183:5
195:15 215:14
255:4
**minor** 180:6
**minorities** 92:21
93:19,20 94:1,4,19
95:16 96:24 154:4
156:1 165:3,8,17,23
**minority** 92:24 94:2
95:22 96:1 97:14
151:24 152:5,20
153:9 157:10 165:1
165:1 166:17 167:1
178:20 179:2
303:18
**minute** 159:6 198:5
**minutes** 68:7 234:3
291:10
**mischaracterization**
124:10
**mischaracterized**
142:3
**mischaracterizing**
140:13 141:21
**misconceptions**
239:25
**missing** 27:14 49:16
**misspoke** 175:18
274:13
**Misstates** 33:22
**mixing** 199:13
**mobile** 127:11 128:10
128:10,15 129:1,14
129:19 130:1
199:10,23
**modernize** 122:17
123:2 124:7 125:13

**modernizing** 136:15
137:3
**modifications** 62:20
**mold** 124:14
**moment** 209:9
262:17
**money** 11:22 23:3,4
24:7 106:21 125:18
126:11,17,18
127:10,19 131:14
131:21,25 132:3,3,5
132:10 135:3,7
136:17,22,23 137:1
137:4 138:10,11,17
138:20 139:2
170:20,22 172:9
189:10,19,25 190:4
196:25 197:4,12
**Montagne** 6:12 241:7
256:23 261:7
**Montgomery** 185:13
**month** 276:18
**months** 19:24 27:1
35:6 133:23 244:19
**moot** 142:16
**morning** 9:5,6
230:25
**mother** 181:9
**motion** 48:12,15
49:14 50:2,4,23
52:10 53:9 67:9,19
67:20,22,24 68:3,7
68:10 69:3,7,11,16
69:24 70:6,11 71:17
91:24 94:9,14,19
268:2 271:13
**motion's** 223:12
**motions** 91:21
**motives** 70:24 71:2
**motor** 164:16,21
165:24 173:5,25
**mouth** 238:14
**move** 27:6 53:19
70:13 91:19 132:20
140:3 204:4 245:24
**moved** 19:20 51:25

52:5 67:14 91:11,14
91:17 132:25
265:12 268:2,18,20
276:4 293:12
**moving** 30:4 40:2
91:23 141:2
**multiple** 214:13
245:15 254:2

## N

**N** 2:1 9:3,3 188:11,11
206:20,20 279:9,9
308:24
**NAACP** 1:17 2:8 8:5
152:24
**name** 8:18 20:25 50:8
102:6 103:10
279:11 282:3
**named** 155:2
**NANDITA** 3:6
**narrowing** 105:2
**National** 24:17
**nationwide** 287:22
**natural** 30:18 31:1
**nature** 63:8 230:4
**nays** 52:11
**near** 147:24
**necessarily** 40:14
45:4 63:19 157:25
230:6 234:14
242:24 252:7 253:1
279:1,20 306:17
**necessary** 71:19
146:1 178:9 190:1,4
252:10 266:24
276:19,24
**need** 40:25 49:10
82:20 105:3 126:17
126:18 135:12
140:3 146:17
160:21,22 171:12
171:13 189:3
191:23 195:24
259:11 260:7 264:2
264:6 278:19
283:17

**needed** 31:9,24 32:4
32:7 69:12 123:13
124:18 125:13
135:8 138:10 139:2
174:6 189:10
190:15 192:1
232:20 233:20
238:5 251:2,17
252:14,25 253:2,3
275:3 288:6
**needs** 133:2
**neighbor** 177:17
**neighborhood** 147:9
**neither** 67:22
**Nelson** 54:18
**never** 24:24 161:12
192:22 212:3
239:22 282:7
305:11 306:24
**nevertheless** 137:2
**new** 21:12 22:4 123:6
131:21 132:7,16
137:13 138:7,21
**news** 5:14 103:4
158:24
**newsletter** 295:25
296:19 297:13
302:7,10
**newspaper** 214:16,17
**Nezda** 6:12 241:6,13
242:11 257:2
**Nichols** 54:18
**night** 247:9
**Nods** 188:15 195:22
209:15
**noncitizens** 205:15
**nonconfidential**
12:24
**nonexpired** 269:6
**nonphoto** 42:16 46:6
46:14 47:17 140:9
**nonphotographic**
47:13 58:17,23 59:8
60:4
**nonresponsive**
259:25 260:6 299:9

300:10
**normal** 201:25 203:6
**normally** 90:23
**Notary** 308:4,21
**note** 12:10 70:4 127:5
    133:8,15,18
**noted** 140:14 168:13
**notice** 83:19 231:19
    231:22 232:12
**noticed** 21:22
**notion** 123:6 145:10
    160:10 183:12
**November** 5:19
    25:10,11 36:24
    207:13
**number** 43:3,16,20
    43:24 44:6 45:20,23
    60:3 86:6 91:6
    93:14,18 117:5
    151:9 153:7,17
    169:10 176:4 182:3
    182:18,20 183:13
    190:16 191:25
    206:14 211:19
    247:1 248:3 249:22
    252:20 258:17
    263:7,8
**numbered** 1:18
**numbers** 38:14 247:1
    248:4 250:23 251:9
    271:5 285:25
**Numeral** 208:7
**numerically** 48:23
**nuts** 142:21
**NW** 2:4,21
**NWB** 2:4

---

**O**

**O** 9:3 188:11 206:20
    279:9
**OAG's** 11:11
**object** 13:15,18
    103:11,12 139:13
    140:11 141:7 143:4
    144:7 155:7 156:17
    156:18 157:12,13

157:21 159:9
160:17,23 161:8,24
164:1,2 167:4
169:19 170:9
172:12,13 174:1,19
175:25 176:6,21,22
177:3,11,12 179:25
180:1 184:17,18
202:3 203:11
255:10,21 263:23
283:15 301:8,9
304:18,20 305:23
**objected** 306:3
**objection** 33:3,15,21
    34:19,21 35:12,25
    40:22 43:14 48:1,6
    60:21 61:13 70:2,4
    85:9 88:14 92:15
    102:7,13,23 103:3
    104:16 107:12
    110:9 111:8 119:23
    120:19 121:8
    122:12 123:8
    130:13 141:20
    147:3 148:3 149:2
    155:14 156:6,7
    157:20 158:13
    161:23 162:7,9
    170:8,21 171:19
    173:6 174:2,23
    181:7 182:19
    183:15 184:7 199:7
    203:9 204:21
    223:19 224:2 238:7
    242:23 259:25
    260:5 261:13
    267:24 282:24
    283:14 284:6
    285:20 290:7
    297:14 299:9
    300:18 304:10
    305:24 307:2
**objections** 233:2
**objective** 115:16,17
**obtain** 11:1,4 47:7
    102:5 103:9,9

108:22 109:3,8
110:1 111:5,12
112:9 113:21,25
114:6,10,16 117:1
117:21 119:7
123:16,21 142:1
170:20,25 171:3,7
174:5 178:7 204:24
265:8 266:23,24
**obtained** 102:11
**obtaining** 108:3
    110:15 113:10
    123:6 171:10
    174:11 177:9 266:8
**occasion** 121:19
**occurred** 50:22 118:8
    118:15 225:4 285:3
**October** 16:11 25:10
    303:4,24
**October/November**
    25:15
**odd-number** 223:23
**offense** 150:5
**offer** 23:18
**offered** 26:21 72:11
    91:6 93:13 152:24
    153:8,12 265:5,25
    267:13 268:11
    269:25 291:16
**offering** 55:10
**office** 1:20 3:2,8 8:19
    8:21 10:19 11:11
    16:18,25 17:2 18:2
    18:7,8,13,19 21:16
    22:10,11 24:18 79:4
    79:7 81:2 99:10
    122:22 123:16
    130:5 137:11,20
    138:1,6,19 139:4
    148:19,25 149:4
    162:8 170:25 171:3
    171:4,17,22 172:4
    172:10 174:17
    176:18 177:1
    179:11 187:15
    190:4,20,22 191:1

191:14 192:12,14
193:4 194:5,11
195:12,14 207:1,12
207:14 242:2 243:2
243:23 246:16
249:12,17 251:19
258:16,22 259:2
260:14 281:9,15
283:10,17 286:5
308:17
**officer** 55:11 228:12
**officers** 80:24
**offices** 16:17 107:19
    122:23 128:12,22
    129:4,15 130:1
    132:7 179:5,24
    188:1 195:19
    241:17 243:16
    276:23 277:4
    278:12,18
**official** 18:3 59:24
    192:8 271:7
**officials** 214:24 270:2
    272:15
**Offshore** 20:2 21:2,3
**Oh** 41:7 42:11 98:4
    131:12 183:25
    231:5 235:25
**okay** 10:16 14:25
    15:15,20,25 18:18
    21:25 22:14 24:13
    24:24 25:8,24 26:19
    26:23 28:17 29:15
    30:4 31:23 32:14
    33:7 35:9,18 36:4
    36:10,21 37:10,17
    40:9,16 41:2,7 42:1
    42:7,12,23 47:5
    49:13,23 50:13,19
    51:4 52:24 53:3,16
    53:24 55:6,9 56:6
    57:3,5,14,19 59:9
    60:9 61:20 64:14
    65:12 66:19,25
    67:24 68:23 69:2,6
    69:21 70:12 71:5,16

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

25

71:25 72:18 73:3
74:16,20 75:10,16
76:2 77:3 78:2,7,11
79:20 80:11 81:1,23
83:22 84:9 86:12,19
87:21 88:11,16,21
89:2,6 90:4,9 91:2
94:5,7 96:12,24
97:5 100:1,7 104:8
105:5,19 106:25
107:4,16 108:1,15
112:7,22,24 113:18
114:19 115:10
116:12,18 117:12
117:18 118:17
119:10 121:7 122:4
123:1 124:4,17
125:10 126:12
127:14 128:9 129:8
132:16 133:16
136:13 137:8 140:1
140:21 142:10
147:17 149:14,20
150:21 151:17
154:12,24 155:17
155:20 156:4 157:3
158:4 159:20,24,25
160:10 166:12,22
168:9,20 169:9,15
169:24 170:15
173:1 174:16
178:25 179:16,21
183:6 186:2 187:10
188:5,14,23 189:18
192:4 193:1,23
196:1,2 197:25
202:14 203:21
206:25 207:3 208:4
208:9 209:5,16,25
210:6,8 211:18,24
212:5,24 215:23,23
217:14 219:11
224:20 225:16,24
226:1,2 227:9 229:1
231:9 232:16
235:25 237:19,24

238:2,12 241:5
245:22 249:5 251:9
251:13 257:19
263:11 264:4,9
265:4 267:8,12
275:17 279:6 280:9
281:17 282:15
283:22,24 294:9,16
294:24 297:4 298:9
300:9 302:14 307:6
**old** 157:6
**once** 105:3,4 179:13
  180:17 255:1,3
**one-half** 136:20
**one-year** 133:22
**ones** 16:6 58:7,11
  104:25
**online** 171:25
**onward** 35:20
**open** 127:19 128:13
  132:8 275:24
  276:17,24 277:5,18
  278:19
**opened** 21:15 22:10
  127:22,23,25 128:1
  278:12
**opening** 130:8
**operate** 213:10
**operating** 278:15
**operation** 189:6
**Operationally** 132:4
**operations** 24:25
  132:10
**opinion** 31:8,24
  45:19 46:20 58:6,10
  61:11 144:21
  146:20 196:10
  203:5 282:14
  293:21 294:1
  296:17
**opponents** 149:12
  152:2 254:2
**opportunities** 177:15
**opportunity** 41:4,25
**opposed** 37:5 84:15
  84:17,25 85:17

271:10,12,15,17
272:7
**opposite** 185:25
**opposition** 35:14,19
  85:10 180:6,13
  234:5
**option** 239:8 273:2
**options** 287:8
**ORAL** 1:11,16 4:2
  5:2
**order** 47:6 48:16,18
  48:21,21,22,24 49:1
  49:2,4,6,7,9,15 50:4
  50:15 52:1,6 55:21
  55:24 62:5 64:7
  66:16 67:10,15 68:4
  68:8 69:18,20,25
  70:8,14 71:19 72:9
  72:13,17,24 73:8,16
  73:19,23 74:1,5,14
  74:18,22 86:5,9,14
  86:24 87:3,4,9,10
  87:15,16,18,19,25
  88:4,5,6,8,8,10,13
  89:5,8,12,14,16,17
  89:22,24 90:5,7,10
  96:6,16,19,20 97:1
  99:1 108:4,22 109:3
  109:8 113:20
  114:10 117:20
  139:24 140:4 141:5
  142:14 171:18
  201:2 212:11,21,22
  213:9,14 214:1,2,5
  215:6,8,9,11,12,15
  215:16,17,18,19,21
  216:2 223:18
  224:17 225:9 227:1
  228:18,23,25
  233:10 234:15,25
  295:21
**orders** 63:6 64:10
  86:4 88:17,25
  126:18 211:24
  212:3,8 214:7
  216:23 218:2,4,17

218:19 219:8,23
221:13 222:2,7,17
223:5,25 225:6
**ordinary** 18:20 43:22
  57:16 58:9 61:8
  69:17 127:7 232:8
  232:10
**organization** 120:18
**organizational**
  120:13
**original** 114:24
**other's** 109:20
**outcome** 151:11,20
  183:2,20
**outlined** 278:4
**outreach** 132:13
  137:9,12,17,23
  139:4 250:10 251:6
**outset** 75:19 81:12
**outside** 48:13 49:6,14
  50:23 53:7 68:8
  69:17,25 74:1,13
  78:11 87:10,24
  285:24,24
**overhaul** 213:8
**overlooked** 203:13
**overly** 276:20 278:1
**overrules** 228:25
**oversight** 107:10,14
  107:15
**overturned** 185:18
**overwhelming** 127:8
**overwhelmingly**
  294:6
**owed** 23:3,4
**owned** 22:11 24:22
**ownership** 108:10
  244:22 245:4

---

**P**

**P** 2:1,1
**p.m** 1:19 275:24
  276:17 307:10
**P.O** 3:9
**page** 4:4 5:4 38:13,14
  38:17 39:20,21 40:1

TOMMY WILLIAMS                                                              7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

26

40:18 42:12,23
51:19,20 55:8,9,17
55:18 58:17 65:13
65:14 93:5,7,15
96:12 112:15 113:6
113:7 114:23 116:3
116:4,5,13,17 118:9
168:9 169:9 172:18
178:15,18 208:7,18
210:14,18 216:21
217:25 218:16
219:5,21,22 221:12
222:1,16 223:3
225:16,20 226:18
226:23 228:22,25
230:21,22 231:4,5
232:16 235:13,16
238:11 247:3,23
248:11 258:3,7
259:8 262:22 263:8
263:10 264:25
268:8 269:22
291:14,23,24 292:6
296:3,4 297:16,25
298:1,7 304:12,13
305:4,4
**pages** 40:9
**paid** 24:7
**panhandle** 243:7
**paper** 17:23 168:5
**paragraph** 100:15
    168:12,18 169:10
    169:12 172:19
    178:19,23
**paragraphs** 168:11
**parameters** 262:5
**parent** 24:22
**Parkway** 2:15 308:24
**parliamentary** 72:2
    75:7 87:23
**parse** 13:4
**part** 12:14 23:20 27:4
    45:3 66:13 74:18
    84:22 88:17 91:21
    105:14 112:22
    115:4 117:9 120:7

139:21 158:6
166:10,12,19
172:15 176:24
179:7 180:13 187:3
193:14 204:18
205:20 208:2,10
215:21 243:6,11
253:20 278:6
**partially** 144:18
**participation** 68:13
**particular** 36:13 44:3
    45:8 47:25 48:4
    68:13 75:13 76:3
    77:5,7 79:25 82:2
    83:20 84:19 85:22
    87:3 96:3 97:19
    98:21 100:8 102:11
    106:11 117:25
    118:8,9,13 119:7,15
    119:20 127:9
    129:22,24 133:10
    147:2 183:2,13,20
    290:4
**particularly** 46:18
    227:24
**particulars** 267:6
**parties** 14:10 15:3
    308:12
**partisan** 227:10,18
    228:1,5,7
**parts** 244:5
**party** 41:16 92:7,10
    95:20 97:11 153:25
    155:23 190:23
    294:5 308:10,13
**party-line** 92:10
    153:16 239:19,20
    267:9 269:19
    275:18 279:3
**pass** 40:3 41:12,19
    69:7,12 73:13 95:9
    95:12 97:10,18
    117:6 153:22 154:4
    206:15 237:20
    279:7
**passage** 108:25

123:20 124:5,20
128:25 129:13
132:14 149:14
150:10,12 158:25
**passed** 31:15,18 36:1
    38:3 41:9 50:2,5
    53:11 67:10 68:10
    72:14 73:20 74:1
    86:9,25 87:2 89:14
    89:16 92:18 97:6,6
    97:8 104:18 108:16
    118:24 120:7 133:1
    134:5,8,19 153:19
    155:21 171:17
    189:9 201:5 212:11
    213:8,14,25 215:5
    215:11 226:13
    227:17 236:9
    296:11 306:7,8,10
**passing** 95:16,23
    97:14 124:25
    150:22 215:14
**passive** 274:14
**passport** 44:9 109:15
    109:22,25
**path** 19:19
**patterns** 162:4
**pay** 177:7
**paying** 126:19 176:19
    266:12
**penalized** 24:17
**penalties** 150:7,9
**pending** 304:24
**Pennsylvania** 2:4,21
**people** 11:20 16:12
    16:21,22 22:21 23:2
    35:1 37:9 45:10,14
    76:24 77:4 78:9,11
    80:20,24 93:25 94:6
    95:20 98:24 100:5
    103:1 104:7 106:20
    106:22 107:20,24
    108:3 110:14
    115:13,21 116:24
    119:5 123:15,20
    135:8,15,20 145:6

147:17 151:9 155:2
157:1,16 161:3
169:13,22,23,25
170:17 171:6,8,21
174:11,21,25 175:5
175:15,20 176:5
177:16 181:12
182:1,17 185:16,20
185:22 186:16
189:7 192:15
198:12,21 200:14
201:1,7 206:10
232:9 235:20 236:3
236:11,17,20 237:3
238:23 239:1,13
243:3,7,20 244:8
245:14,18 247:15
250:3,25 252:20
255:13 256:24
260:3 261:8 262:6,9
262:14 269:2
272:15,24 274:5
278:19
**people's** 101:13,14
**perceived** 35:16
**percent** 136:20
    259:12,13,15 260:3
    296:13 297:19,19
    304:3,4,17 305:8,16
    305:16,18,20
**percentage** 167:19
    168:22 183:1,25
    259:16 303:24
**percentages** 297:18
**perform** 135:19,20
**performed** 53:4 76:4
**period** 18:3 20:19
    103:22 127:23
    262:1
**permanent** 62:18
**permit** 109:15
**permitted** 42:15
    90:16 141:4 272:15
    288:23 292:18
**Perry** 1:5 3:6 139:11
    139:17

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

27

**person** 37:9 43:22
46:22 47:2,3,21
58:13 71:4 77:7
101:9,23 103:8
104:14,22 105:5
109:2,7 110:1 111:5
111:12 112:9 113:9
113:19,24 201:10
262:7,10,14 269:9
269:12 272:9 280:3
282:3 292:12,16
293:2,5
**person's** 43:18,21
47:19 56:11,21
59:25 291:19
292:15 293:4
**personal** 26:20,25
43:3,6,10 248:3
250:22 288:2
**personally** 17:5
35:23 107:15 165:7
185:4 187:14,19
**persons** 266:23
286:12
**perspective** 213:3
**perversion** 158:2
**Peveto** 213:7 215:2,3
215:4,5 228:6
**photo** 42:16,25 43:17
44:16 45:1 46:16,22
47:7 55:19,24 56:8
101:1,20 102:1,4,5
102:11 103:5,15
106:18 108:4 135:8
135:22 141:5,13,23
142:6 143:1 144:6
144:23 149:10
150:17 175:4,19
178:12 191:11,16
192:16 194:17
195:17 199:11
201:2 260:7 266:24
270:3,8 272:7,8
273:18 296:11,14
298:15,20,23 299:1
299:16,25 300:4,13

300:16,21 301:1,6,7
303:12 304:2
**photograph** 43:18,21
44:7 56:11,21 59:10
59:18,20,22,25 60:7
101:2,10,17,23
103:22,24 198:16
271:8 291:19
292:16 293:5
**photographic** 44:20
46:2 56:13 58:4
61:2 108:22 109:3
111:6 140:24
141:14 143:20
145:11,23 146:22
197:6
**photographs** 101:5
**photos** 100:19 272:15
**phrase** 160:25 161:2
270:9 300:4,13
**phrased** 142:3
284:16
**physical** 284:24
**physically** 285:13,14
285:15
**PICKERING** 2:20
**picture** 98:25 101:21
104:12 105:5 282:2
**piece** 65:25 66:5
74:21 87:10 89:18
97:24 98:11,23
100:8 112:8 117:25
133:10 146:15
168:5 213:4
**pieces** 86:8 133:1
**pile** 210:5
**pine** 184:24
**place** 21:25 55:12
71:21 128:5 234:1
245:14 249:6
255:16
**places** 147:23 198:7
245:11,16
**plain** 238:10
**Plaintiff** 2:2 8:13
**PLAINTIFF-INT...**

2:19
**plaintiffs** 1:3,16 2:8
2:14 8:8
**plan** 124:5,11 226:3
226:12
**plane** 117:16
**planning** 124:2
126:17
**plans** 230:18
**please** 70:25 76:16
81:16,17 169:9
207:6 281:2 291:5,9
295:6 299:10,13
301:20,22 305:2
306:1
**point** 78:13 93:22
108:20 118:4
124:23 125:8,10
142:16 146:20
151:18 160:5
176:16 180:12
187:22 192:22
193:16 207:18
212:24 220:12,12
228:18,23,25
233:19 241:21
242:8 245:3,4
249:16,22 254:25
279:7 283:24
294:10 304:12
305:3
**pointed** 57:5 64:15
**Points** 6:18
**polarized** 157:18,23
158:11 160:11,12
160:25 161:6,21
162:5,15,23 163:3,8
**policy** 121:24 123:11
306:13,15,18
**political** 56:23 57:8
266:4
**Politics** 297:8 298:4
303:3,4
**poll** 6:20,22 45:17
47:12,24 48:3 58:13
101:12 102:9,15

105:9 106:4,10
147:1,12 148:1
157:4,9,14 275:8
279:19,25 280:20
288:19 289:11,16
290:4,11 294:18,22
297:5,12,17 298:6
299:24 300:6,12
301:15,17 302:6,10
303:9,15 305:18
306:7,9,24
**polled** 294:7
**polling** 55:12 100:13
198:7 245:11,14,16
301:5 302:3
**polls** 42:17 44:21
45:10 47:21 55:20
55:25 58:5,24 98:24
101:17 102:12
103:15 104:13,23
106:2 115:13
142:14 143:9,15
144:6,24 145:7,11
145:23 146:22
147:19,24 148:8
156:15 266:15,20
279:18 282:13
293:21,21 294:1,3
298:15 301:17
303:1,10,13,25
304:2,7,8
**pollster** 300:8
**poor** 157:15 169:17
**poorly** 66:3 285:9
**popular** 294:4,6
306:14,16
**populated** 128:3,7
**population** 160:13
167:16,19 169:17
179:22
**populations** 151:23
163:23 165:1
**portion** 12:11 51:20
216:19 273:1
**portions** 12:8,24
13:21,22 15:4 116:2

274:20 292:22
**position** 156:10
  204:20 234:7 238:2
  240:3
**positive** 205:1 215:9
**possess** 290:17
**possible** 102:5 103:7
  129:5 170:17
  171:22 247:11,14
**possibly** 301:13
**post** 172:4
**potential** 235:20
  236:2 237:3 238:22
  239:12 280:20
**potentially** 209:6
**poverty** 169:22,25
  170:6
**practice** 18:14 19:14
  99:18 256:15 257:4
**practices** 156:15
**precedent** 88:9 224:4
**precinct** 183:22
  284:1
**precise** 259:14
**predominantly** 243:3
**prefer** 13:19 146:5
  262:9,14
**preference** 12:20
**prefiled** 36:23
**premise** 156:20
**preparation** 11:14
**prepare** 10:17 286:21
**preparing** 10:23
**prerogative** 229:5,6
  229:10,14
**prescribe** 282:17
**prescribing** 277:15
**prescriptive** 137:19
  276:20
**present** 3:14 15:1,12
  15:17 17:1 21:19
  47:12 49:11,21 50:6
  50:20 51:3 55:11
  58:5 60:10 69:8
  73:21 74:3 87:17
  88:1 140:23 141:5

141:19 142:12
144:23 146:12
249:12 285:13,14
285:15 296:14
298:14 303:12
304:1
**presentation** 43:9
**presented** 104:3
  145:8 148:8 181:4
  287:14
**presenting** 114:7
  144:6
**presents** 102:14
  113:13
**preservation** 234:22
**preserved** 233:25
**preset** 143:14
**president** 228:25
**presiding** 214:24
  228:12
**press** 99:9,14,18,21
  99:24 100:4,12
  277:2
**Presumably** 115:7
**presume** 106:7,21
  174:24 205:16
  240:15 296:23
**presumption** 107:3
**pretty** 19:2 27:5
  71:15 105:6 145:20
  149:5 177:19 180:7
  182:3 232:18 237:6
  259:16 262:4
**prevailed** 52:10
  94:15
**prevent** 115:20
  266:14,18
**prevented** 174:4
**previous** 94:14
  141:25 145:4
  188:17 202:20
  203:7,8 231:17
  239:22 286:19
  303:15 305:18
**previously** 85:12
  146:24 203:19

206:6 255:25
279:23 288:21
289:21
**primaries** 285:2
**primarily** 26:16
  47:20 122:20 165:2
  279:19
**primary** 23:6 46:25
  57:24 109:19
  115:16 119:13
  142:25 143:19
  144:11,13 149:16
  180:25 256:24
  288:22
**prime** 109:19
**principal** 118:1
**printed** 11:11
**prior** 17:10 18:12,12
  19:1 27:8 31:23
  32:19 33:8 37:10
  53:16 76:6 80:14
  81:7,11 82:6,24
  83:9 84:2,5,7 85:19
  108:25 110:7,13,17
  112:7 119:15 121:1
  121:4,15 123:19
  124:5 149:14 150:9
  150:12,22 151:4
  152:3 156:12 157:3
  169:16 171:16
  173:2 187:5 230:10
  230:12 277:9
**prison** 185:20
**private** 44:11 81:16
  283:1,1
**privilege** 13:16 14:12
  14:14,16 15:5,7,16
  15:18,19 71:3 76:16
  76:18,22 78:8 79:14
  79:18 81:18
**privileged** 13:23 14:4
  78:9,10
**probably** 17:25 25:11
  28:10 50:7 83:13
  124:23 128:7
  133:23 137:7

144:14 148:1
167:23 169:8 178:3
179:8 192:24 197:1
197:6 208:6 211:7
213:11 227:7
240:16,16 245:15
260:18,23 262:4
274:13 280:3,9,10
280:12 285:7,17
288:19 290:13
**probation** 185:22
**problem** 102:25
  122:25 124:13,18
  127:8 130:5 138:16
  138:22 186:8,17
  204:14 251:17,18
  251:22 252:1,8
  273:4,10,20 274:21
  275:2,3 277:14,17
  278:13,17 279:1
**problems** 102:21,24
  122:7 186:18
**procedure** 1:21 72:3
  154:11 232:8
**procedures** 37:21
  75:7 107:18
**proceeding** 246:11
**proceedings** 6:14
  308:8
**proceeds** 132:1
**process** 41:3 123:2,4
  125:4 126:21 133:5
  133:22 173:22
  179:13 189:4 202:1
  203:6 206:7 277:7
  286:13
**processing** 126:23
**procure** 288:6
**produce** 11:19,24
  16:4 17:15 201:9
**produced** 1:16 16:2,6
  16:13,14,16,21
  17:17 188:2 192:20
  281:6 283:5
**product** 155:13
**production** 16:1 17:9

TOMMY WILLIAMS                                              7/29/2014
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

29

17:11
**products** 21:11
**program** 132:7
**progress** 38:7
**prohibited** 265:7
**prohibitions** 90:20
**project** 248:13
**prompt** 163:7
**prompted** 163:2
**promulgate** 105:21
  106:17
**pronounce** 50:9
**proof** 59:6 101:1
  110:3 113:20 114:1
  114:7,15,21 117:20
  117:22,23 119:6
  204:24 205:2,3
  206:4,11 265:8,9
**proper** 105:17 106:2
  106:11 108:3
  198:16
**property** 213:8
**proportionately**
  179:4
**proposal** 272:2
**propose** 66:25 82:21
**proposed** 6:21 35:20
  61:21,24 62:7,24
  63:5,9,9 64:3,7 66:4
  66:20 70:19 72:20
  75:19 76:6 77:19,25
  78:3,12,18,22,25
  79:4,7,10,23,25
  80:2,4,7 81:3,5,7,11
  82:2,6,9,24 83:5
  84:16 85:6,14,20
  91:3,7,10 92:7,17
  143:8 144:5 186:20
  187:6,13 225:15
  232:2 297:8,17
**Proposes** 99:15
**proposing** 76:7 80:15
  214:6 302:2
**prosecutable** 150:4
**prosecuted** 150:20
  151:7

**protect** 23:25
**protected** 22:25
  81:17
**Protection** 1:20 3:2
**prove** 102:2 116:24
  184:10,11 279:18
  282:1 306:20
**provide** 138:9
**provided** 129:25
  141:23 288:11
**provides** 266:23
**providing** 286:13
**provision** 45:3,5,8
  72:17 113:18 117:7
  117:9 191:2 267:23
**provisions** 1:22
  106:19 112:20
  117:11,13 118:3
  135:12 140:14,17
  141:8 170:10
  190:14 191:24
**public** 3:7 19:14 20:9
  23:12 27:4 30:21
  35:16 43:7 44:11
  84:22 85:1 106:16
  108:13 111:15
  121:3 123:4,10
  127:1 128:20
  135:11,25 136:2
  145:14 168:13
  172:9 175:1 189:2
  190:12 199:14
  201:18,20 202:24
  204:18 242:2
  243:17 247:9
  253:20 254:4
  282:25 283:11
  287:5 291:18
  292:13 293:3,21
  294:1 296:17 301:5
  306:13,14,17 308:4
  308:21
**publicly** 27:5 198:1
  202:10
**pulled** 54:10 298:4
**purports** 48:5

**purpose** 15:22 37:1
  100:3,23 115:20
  125:19 152:16
  208:4,10 272:18,22
**purposes** 12:22 13:25
  14:24 47:9 113:11
  115:12 149:1
**pursuant** 1:21 277:19
**purview** 251:8
**pushback** 196:23
  197:8,13 198:4,8
  200:8
**put** 13:20 17:7 39:8
  71:20 117:10
  124:15 128:5
  133:11,23 135:6
  141:18 199:25
  204:11 210:1 217:3
  218:6 238:14
  243:15 264:4 266:9
  271:8 272:16
  276:21 277:14
  287:9
**puts** 211:21
**Putte** 83:15 152:11
  154:19,24 262:24
**Putte's** 263:12
**putting** 12:22 199:1
  272:24

_____

**Q**

**qualification** 42:2
**qualify** 284:19,22
  285:6,16
**question** 12:2 14:11
  33:5,24 40:5 42:14
  44:22 52:3,25 55:22
  58:21 66:2,9 67:11
  70:3 71:7 73:4,5
  74:8,25 75:3,11
  76:19,25 77:5,22
  81:10,20 89:20
  103:18,19 105:24
  108:24 111:25
  112:2,7 116:19
  120:23 121:7,10

126:25 131:8 140:2
  143:6 144:9 147:4
  150:21 158:18
  162:12 163:6,16
  164:17 173:13
  181:16 184:12
  186:25 191:12
  194:25 201:21
  202:15 203:2,25
  204:3 217:8,9
  223:20 227:13
  229:1,2 232:24
  234:2 250:12 251:4
  251:24 252:13
  256:14 262:23
  263:12 264:1
  266:16 267:17
  284:15 285:9,10
  286:10 298:5,11,18
  298:19 299:10,12
  299:14 300:2,5
  301:11 303:9,15
  304:11,24,25 305:2
  305:25 306:4
**question-by-questi...**
  13:18 14:18
**questioning** 16:9
  98:2
**questions** 13:14
  15:19 20:12 33:10
  33:20 54:5 72:5
  98:19 112:21
  116:11 132:9
  158:15 160:22
  168:19 172:25
  178:13,24 188:5
  210:2 246:17
  281:20 295:11
  298:8 299:5 301:4
  307:7
**quick** 188:6
**quickly** 19:2 27:9
  219:10
**quite** 13:3 109:24
  133:22 136:17
  234:7 300:2

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

30

**quote** 286:11 299:24
**quotes** 298:11

**R**

**R** 2:1
**race** 161:4
**racially** 157:18,23
     158:10 160:11,12
     160:25 161:6,21
     162:5,15,23 163:3,8
**raised** 108:1 149:8
     151:21 152:13
     162:23 228:17,23
**ramp** 126:16
**ran** 21:18 25:5
     181:12
**range** 260:3
**Ranger** 147:14
**rare** 150:20
**rates** 165:3,9,18
**Raymond** 21:16 22:9
     22:17
**razed** 182:2
**reach** 108:20 264:8
**reached** 108:8 258:18
**read** 37:7 38:23
     40:17,25 41:4,8
     46:9 52:9 59:2
     86:20 112:17
     116:10 145:18,20
     168:16 169:11
     172:24 178:23
     184:21 202:12
     203:24 209:16
     211:2 225:22,24
     226:1 233:23
     235:22 248:7
     263:13,24 264:3
     270:12 298:9,12
     305:1
**reading** 38:19 51:22
     64:9 90:21 97:6
     157:5 209:19 217:4
     236:6 271:25
**reads** 56:5 58:25
     210:19 298:12

**ready** 217:7 221:5
     232:15 245:23
**real** 105:1,6 106:12
     180:15
**realize** 295:9
**really** 18:16 20:8,9
     32:12 33:25 47:3
     75:4 116:3 121:14
     122:1 126:2 132:23
     132:23 136:19
     142:5 144:9 170:13
     180:8 182:24 204:7
     234:10 235:7,12
     237:17 238:5 273:3
     274:9,12 276:19
     299:7
**reason** 27:3 29:12
     46:16 52:24 66:25
     84:14 94:23 96:2,23
     104:21 118:2
     119:13 148:12
     161:19 232:11
     250:5,7 269:2
     279:17
**reasonable** 47:2
     123:18,22 230:3
     231:24 232:3,6,25
**reasons** 26:20,25
     117:5,18,24 119:3
     125:25 156:11
     197:2 280:19,22
**recall** 24:19 28:10,14
     30:8 31:10,11,17
     32:6,9,18,23 34:9
     34:11 36:12,13
     37:17 39:13 41:9,15
     41:18 42:15 43:25
     44:3,14 45:2 46:13
     51:7 53:22,24 54:11
     55:2 57:25 60:24
     61:23,24,25 62:6,8
     63:12,14,22 64:9,11
     66:14 68:6 75:12,14
     75:15 76:2,9 77:6
     77:14 78:5 80:8
     82:7,8,16 83:3,4,7

83:19,24 84:23 85:6
89:11,23 90:6 91:12
91:13,13,16,20 92:9
97:24 98:14,15,22
98:23 100:10,23
102:25 108:5,11,19
109:12 118:2
119:18,19 120:10
120:12 122:5
125:18 127:2,4
128:14,19 130:19
130:23 135:18
137:18 138:24
144:15 146:23
148:14 149:11
151:25 152:22
153:1,5,10,15
154:21 158:12,20
158:23 159:4
162:22 163:20,21
164:8,9,23,25
165:19 166:2 169:5
170:3 178:4 179:1
179:20 180:16
181:24,24 186:5,10
186:13 187:8
189:14,16,21,24
190:2,6,19 191:2,5
191:6,18 192:10,12
193:5 195:4,5 196:4
198:8,9,9,11 199:16
199:19 200:12,17
200:18 207:22
208:4 209:8 210:9
212:7,9,15,25 213:4
213:5,15,22 215:10
215:23 216:4,7,8
224:24 225:5
226:12 227:7 228:1
228:17 229:17,17
229:19 230:19
231:21,23 234:23
235:4,5 241:11
242:6 245:1 249:8
249:10,11,14
252:16 253:6,25

254:10 257:21,23
258:2,6 259:1 267:1
267:2,5,6 269:18
271:18 274:15
280:23,24 286:18
287:6,7,10,14,19,20
287:23,24 288:3,9
288:12 289:20
290:15,20,24 291:4
291:13,16 293:20
293:24 296:22
301:16,19 303:6
307:1
**recalling** 33:9
**receive** 19:8 261:20
**received** 17:12 19:5
     38:23 122:22 132:5
     132:5 149:17,18,21
     192:13,18 259:19
     260:12,16 261:8,10
     286:18 288:10
     290:15,25
**receiving** 18:6 130:23
**recess** 79:19
**recite** 111:14
**recognize** 36:18
     207:11 216:15
     217:16 218:10,25
     219:16 220:5 221:7
     221:21 222:11,25
     229:11 241:3
     257:17 264:17
     281:3 294:22 297:5
**recognized** 70:10
**recollection** 27:18
     28:15 29:23 33:2
     34:20,24 37:20
     40:20 41:1 46:15
     51:1,5,5 58:2 60:13
     61:18 62:23 63:4
     68:5,19 69:19 72:14
     72:19 75:24 82:11
     84:4 85:3,25 86:7
     90:12 95:19 96:9,15
     96:21 97:3,20 99:2
     108:14 109:6

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

31

118:12 119:8
120:20 128:23
130:6,25 131:5,9,13
136:3,4 138:11,13
140:7 145:15
150:19 152:10
153:14 155:25
161:16,18 164:13
165:6,13,21,25
167:5 168:25
175:12 177:25
178:2,10 179:6,9
185:21 186:24
190:10 192:3
193:12,15 195:10
196:21 197:7 209:2
209:23 213:6,24
225:23 226:2,5
228:22 246:20
248:20 253:10
257:25 258:20
261:10 262:3 277:1
278:4 282:8
**reconcile** 125:2
**record** 1:22 8:2 12:11
13:21 14:15 20:9
23:13 27:4 35:3
52:16 61:15 65:3
84:22 85:1 98:4
103:14 111:15,16
118:4 123:10
145:14 155:18,19
155:22 182:14
190:7 195:7 196:7
197:19 200:21,22
202:4,24 204:18
206:16,18 212:13
213:20 217:15
219:15 222:10
223:22 224:3,22
226:5,10 231:10
245:25 246:9 249:1
253:20 254:4
264:10 279:7,8
291:6,8 295:10
303:2

**recorded** 1:20 62:16
**recording** 52:25
**records** 37:13 126:1
208:11 209:1
226:10
**redistricting** 10:1
30:1 158:12,15,21
159:12,16 213:21
213:24 224:15
226:12 228:4
234:25 235:3,6
**reduced** 202:5
204:10 308:7
**refer** 75:23 196:7
200:21 202:8,20
203:15,18 213:20
214:4 229:12
270:13,17 291:5
**reference** 90:22
103:25 118:10
176:16 211:5 302:9
**referenced** 159:6
208:17 210:10
267:4,6 297:12
**references** 119:21
226:19
**referencing** 62:2
**referred** 37:18 38:24
39:5,9 228:9,14,19
229:4,16,18 230:5
240:12 294:1
**referring** 10:9 113:1
165:2 204:5 227:4
238:20,24 267:18
**refers** 229:8
**reflect** 304:9
**reflected** 96:10
268:14
**reflects** 92:14 211:3
231:10 237:13
**reform** 213:11
**refresh** 40:25 62:9,23
96:15 226:2 228:21
248:20 253:9
**refreshes** 40:19
225:23

**regard** 155:18 188:24
188:24 194:8
196:17 198:2 271:6
**regarding** 93:10,23
108:10 188:18
196:4,16 286:20
**register** 114:4 171:24
172:2
**registered** 36:8,14
108:17 113:15
115:17 135:21
171:22 182:11
205:19,25 209:1
248:1,22 250:3,21
258:9 298:14
303:11 304:1
**registration** 59:19
100:20 101:8,8,21
104:3,6 113:16
114:6,10,16 193:2
195:2,18 207:13
208:12 241:14
242:17 248:15
270:3 271:9 272:6
272:16
**regular** 36:25 48:13
48:16,18,21,24 49:1
49:4,6,7,9,15 50:4
50:14,23 52:1,5
53:7 68:8 69:18,25
70:8,14 71:19 73:14
73:23 74:1,5,13,18
74:22 86:5,9,14,24
87:4,10,19,24 88:5
88:9 89:14,16,17
119:10 128:15
139:24 140:4
210:21 211:13,16
212:22 213:9,14
214:1 215:6,7,8,11
215:12,15,18,21
216:7 223:16,22
224:8,25 225:8,10
233:10 308:10,11
**regulation** 30:25
116:20 118:13

119:4,20 120:7,8
**regulations** 115:11
118:8 119:16
**regulatory** 30:19,24
**related** 63:5,6 69:15
127:5 135:5 164:24
**relating** 13:22 62:3
66:6 90:16 223:8
**relation** 151:9
**relations** 21:20 25:21
26:17 29:16 31:4
283:19
**relationship** 22:12
78:10
**relative** 136:19
**relatively** 85:7
102:20 151:6
**release** 5:14 99:9,14
99:21,24 100:12,16
277:2
**released** 295:25
**releases** 99:19 100:4
**relevant** 17:15
232:14 301:24
302:1
**relied** 301:21 304:20
**relieve** 128:6
**relooked** 10:24
**remain** 18:2 103:22
**remark** 211:5
**remarks** 301:25
**remember** 10:1
27:17 35:4,8 54:13
63:8 71:8 80:19,25
82:19 83:18 85:4
86:21 99:5 103:4
108:6 110:17
114:18 115:16,19
118:22 122:9
125:24 131:2
138:17 155:16
191:22 197:18
199:15 209:20
235:7 246:17
252:21 254:8
255:11 256:13,24

259:24 281:15
**remind** 147:5
**remote** 245:5
**remove** 235:5
**removed** 32:17
187:10
**removing** 235:3
**renewal** 114:25
128:16
**renewed** 206:7
**repeat** 44:22 52:3
55:22 66:2,9 103:18
108:24 163:6
164:17 191:12
299:11,13
**rephrase** 73:4 143:5
299:11
**replow** 188:16
**report** 5:19 201:1
207:13 208:6 209:3
209:10,21
**reported** 151:8
223:10
**Reporter** 4:14 209:15
299:15 305:3 308:1
308:4
**reports** 201:7
**represent** 8:15,17
54:3 176:4 177:2
281:6 282:12
297:25 298:3 303:8
303:14 304:8
**representation** 54:9
**representative**
128:20 160:6,14
183:23
**representatives** 1:18
2:9 153:4 158:24
**represented** 185:16
**representing** 8:4,10
8:12 121:20 152:20
206:23
**represents** 172:11
176:19 259:16
**Republican** 55:4
210:25 224:12

227:21 235:18
237:1 238:18
239:10
**Republicans** 213:25
236:1
**request** 137:4 188:23
191:13 193:24
207:25 208:1 230:3
231:24 252:15,24
253:7 258:24
260:20
**requested** 258:19
**requests** 257:5 277:8
**require** 59:1,10 60:7
73:16 102:1,4
114:20,24 117:19
123:15 135:15
136:5 150:2 180:19
180:22 181:8
184:10 197:9,11
224:5 239:6,7
280:10
**required** 50:20 63:24
68:24 69:7 73:12,20
73:25 87:25 98:24
100:12,19 101:1,13
102:14 103:21
105:2,15 106:17,20
108:18,22 110:2
111:7,11 112:8
115:1 116:6,24
119:6 124:7 130:10
130:11 132:14
134:21 135:7
136:17 137:11
138:5 142:25 145:5
170:19 206:6
212:23 276:2,23
277:18 288:14,15
298:14 303:12
304:1
**requirement** 6:20,22
56:10 67:1 71:22
100:24 175:5,20
210:24 224:12
273:2,11 282:23

283:10 297:8,18
**requirements** 11:1,4
11:5 55:7 62:4 66:7
90:17 107:25
113:11 137:13
138:7,21 223:9
282:17
**requires** 59:16
106:10 113:8,19
137:2 143:18
194:23 223:11
**requiring** 65:17
129:19 196:24
276:17 287:8
296:14
**research** 76:5,10,13
76:21 77:5 85:19
86:11 149:15
162:14 164:6
166:25 168:21
179:11 187:5,12,22
187:23 214:10,14
225:21 227:10,16
227:23 231:25
232:20,21 233:1
234:11
**researched** 75:17
226:6,16 227:6
**researching** 77:8
235:8
**reserve** 307:9
**residence** 182:4
284:20
**resident** 148:20
205:8 284:16
**resign** 26:19
**resignation** 26:21
**resigned** 16:10,11,18
17:2 18:2 21:19
25:10 26:16,20 27:3
**resolution** 5:12 6:4
62:17 64:10,12 65:6
65:10 197:18,22,23
198:2 199:17
210:12 220:7,10,10
220:11,13 223:8

228:18 229:3,7,11
229:16,20,22 230:5
230:9,17 232:1,4
234:24 235:9
237:11,12 240:11
240:14
**resolutions** 38:18,23
228:8,9
**resolve** 154:8 224:14
234:21
**resolved** 24:5,6
**resource** 256:1,16
**resources** 30:19 31:2
138:23 190:13,17
192:1 252:13
**respect** 30:13 173:8
173:13 293:1
**respectfully** 202:7
203:15 204:7
**respective** 100:19
**respond** 191:21
258:23 260:19
**responded** 257:5
260:22
**respondent** 299:24
300:12,15,20,25
**respondents** 298:6,10
298:12 303:9,25
**response** 172:7
246:19 253:6,10,14
253:17 254:6
255:18,23,23
256:13 260:24
261:8 263:13
**responsibilities**
188:21 195:6,16
**responsibility** 194:15
196:12,18 200:10
**responsible** 77:8
**responsive** 257:10
**rest** 276:13
**restate** 58:21 73:4
74:25
**restricting** 226:3
**restrictive** 144:22
**restroom** 159:23

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

33

**result** 84:18 139:22
  156:25 163:9 166:4
  166:23 185:24
**resulted** 234:21
**results** 293:21 294:8
**retain** 17:3,5 105:3
  187:12
**retaining** 17:3 272:8
**reticent** 271:21
**reverse** 295:21
**review** 10:22
**reviewing** 106:13
  190:1
**rhetorical** 202:15
**Rich** 279:7
**Richard** 2:22 8:11
  279:11
**richard.shordt@w...**
  2:23
**Richards** 6:16
**RICK** 1:5 3:6
**rid** 233:20
**ride** 177:16
**rider** 120:8
**ridiculous** 299:8
**right** 9:15 13:21
  16:11 17:21 19:6
  24:15 26:1,8,10
  27:20 28:5,22,23
  29:1,7,19 30:1
  34:15 37:6 38:2
  43:10,13,19 47:8
  49:7 50:25 51:17
  53:12 54:9 55:10
  56:12 57:12 58:20
  61:7 63:16,23 64:25
  65:2 66:21 67:12
  68:21 73:18,24 74:6
  75:20,25 76:1 78:19
  83:17 84:20 85:17
  86:23 87:3 89:8
  91:11 92:3,4,8 94:5
  94:19,21 95:6,17
  96:7 97:2,6,11,19
  97:22 100:15 104:1
  111:7 113:22 129:4

131:7 132:16
133:20 134:6
135:16 136:18
137:5,17,24 139:12
139:15,23 140:6
141:15,16 142:19
143:3,10,16,22
145:24 146:9
147:18 148:2,8
151:15 154:10,16
155:6,13,24 156:2
156:16 159:3
162:13 163:16
171:16,18,25 172:3
172:6 174:18,22
175:1,21,24 176:5
176:17,20 180:9
181:6 188:3 200:25
201:11 209:25
220:18 225:7 231:1
231:20 238:11
240:12 245:19
246:4,5 248:4 250:7
250:15 259:14,18
264:2 277:19
280:14 287:1
291:12 293:13
294:12 298:23
299:1,17 302:25
**right-hand** 247:3
  291:15,24 296:6
**Rights** 2:4 156:13
  158:3,5 168:2
**river** 35:6
**road** 185:12 243:5
**role** 107:5,10 283:8
**roll** 50:20 53:3 68:17
  68:22,24,25 69:1
**rolls** 181:11 205:25
**Roman** 208:7
**Ronald** 3:10
**Ronnie** 8:16
**ronny.keister@oag...**
  3:11
**room** 2:4 8:1 130:17
  188:10 206:19

**roots** 224:6
**Rosemarie** 3:4 8:14
**rosemarie.donnell...**
  3:5
**roughly** 20:6 133:3
  212:6 286:6
**routine** 9:8 10:10
  208:2
**routinely** 207:23
  256:3
**RPR** 1:19 308:20
**Rudd** 2:11 4:6 8:1,4
  9:4 12:5,21 13:20
  14:19 15:20,23,25
  33:7,19,23 34:20
  35:9,18 36:4,18
  38:10 39:18 40:23
  41:3 42:19,23 43:16
  48:3,8 51:13,16
  53:14,16 54:2 61:1
  61:20 62:12 64:17
  64:23 65:2,5 70:5
  71:8,14,17 76:20
  77:3,24 78:17 79:3
  79:15,20,22 81:23
  85:12 86:22 88:16
  93:2 94:23 98:4,10
  99:9 102:9,18,25
  103:7,14 107:13
  110:20 111:11,23
  112:18,19 115:25
  120:1,24 121:17
  122:13 123:19
  130:19 132:17,19
  139:14,15,17
  140:21 141:14
  142:10 143:7
  144:21 147:5 148:5
  149:7 155:10,17
  156:11 157:3,17,22
  158:17,20 159:11
  159:25 160:2,21,24
  161:12 162:3,8,11
  162:13,22 164:6
  167:9,25 169:24
  170:15,24 171:24

172:18 173:23
174:9,21,25 176:2
176:13,25 177:5,14
180:5 181:15 183:6
184:12,21 185:3
188:5,10 308:15
**rule** 61:22,24 62:2,6
  62:7,24 63:2,5,9,10
  64:7 65:13,21 66:13
  66:20,23 69:24
  70:19 71:20 72:6,11
  72:20 73:18,25
  74:12,17,19,23
  75:13,19 76:5,7
  77:13,19,25 78:3,12
  78:19,22,25 79:4,7
  79:10,23,25 80:2,15
  81:3,5,7,12 82:2,6,9
  82:21,24 83:5 84:16
  84:25 85:6,11,14,17
  85:20,22,23 87:14
  91:4,7 92:7,17,21
  110:4,5,6,8,13,16
  110:19 187:2,5,6,13
  187:22 201:23
  202:7 203:3 212:16
  213:1 215:16,17
  216:23 217:1 218:1
  218:3,17,19 219:8
  219:23,25 221:13
  221:16 222:2,17,20
  223:5,25 233:12
  234:13,19,22 236:7
  237:20 302:1,2
**rules** 1:21 5:20,22,23
  6:1,2,4,5,7,8,10
  61:22 62:17,18,24
  63:16,24 64:3 66:13
  67:4 69:12 70:19
  73:14 75:3,9 80:5
  82:22,22 84:3,7,11
  84:19,24 87:23 88:7
  88:20,21 89:4,7
  94:9,15 105:21
  106:17 114:2 187:3
  202:2 210:3,11,20

211:8,10,12 212:14
212:19 214:5 216:1
216:17,18,19
217:19,20 218:14
219:3,19 220:8,14
220:17,21 221:10
221:24 222:14
223:1,15,17 224:7
224:24,25 225:7,9
225:11,13,15 228:8
228:9,18 229:7,15
229:20,22,25 232:1
232:4 234:24 235:9
236:5 237:10,12
239:7 240:11,14
279:13
**run** 27:9 138:1 139:7
148:21 192:9 248:3
250:23
**rundown** 19:18
**running** 269:2
**rural** 128:13,21
243:3,12 244:7,8
**Ryan** 241:8 256:22
261:6,7

**S**

**S** 2:1 3:10 308:21
**Safety** 3:7 30:21 43:7
106:16 108:13
127:2 128:21
135:11,25 136:2
168:13 189:2
190:12 199:14
242:2 247:9
**Sam** 308:24
**Sanders** 1:19 308:3
308:20
**satisfaction** 24:6
**satisfied** 123:19
125:11 180:4
**satisfy** 152:4 166:8
179:18
**satisfying** 113:11
**Saturday** 277:19
**Saturdays** 275:24

**save** 233:18,18
**saved** 233:12
**saw** 67:8 306:24
307:5
**saying** 51:10 62:16
104:9,10 105:23
128:7 139:1 140:15
142:23 161:14
183:16,17 201:12
227:23 237:19
242:8 263:14
278:18 281:14
290:9
**says** 29:13 30:2 31:7
36:25 38:4,22 43:5
51:25 52:5,17,20
55:9 59:1,5,7,15
94:14,21,22,24
96:17 97:4 100:17
100:22,25 101:19
113:15 114:23
118:15,19 155:19
155:22 168:5,12
190:8 194:22
200:22 209:3
212:19 224:3,3
226:24 230:24
231:2,9,15 235:16
236:24 237:23,23
238:24 241:18
247:8,23 248:12,17
250:19 258:8
262:25 268:4
270:10 273:4
282:15 287:11
288:5 293:2,14,16
297:7,17 298:21
305:11
**SB** 32:20 108:15,25
110:21 111:7,11
120:8 123:5,20
124:6,20 128:19
129:1,14,18 134:18
134:21 135:23
137:10,16,21 139:8

139:21 140:4,8,9
143:13,18 144:22
145:3,13 149:15,24
150:10,12,22 151:4
151:22 152:3,21,25
153:4,8,19 154:4,17
155:18 156:2
165:10,16 166:4
168:22 170:7
173:24 174:10
175:3,14 177:22
179:2,22 181:5,17
181:23 182:15
186:11 188:21,24
189:20 190:5
191:11 192:17
194:15 200:23
201:18 240:3
246:11 256:21
265:6 267:3 277:19
280:23 286:16,19
287:3,15,16 288:10
288:15,24 289:2,16
290:16,17,25
293:25,25 298:25
299:15,20 301:6,18
**scheduled** 140:5
**school** 21:22 147:22
284:18,21 285:24
286:7 299:7
**schools** 280:2
**science** 45:13 289:24
**Scott** 2:16 8:7
**scott@brazilanddu...**
2:17
**seal** 12:4,8,9,12,16,23
13:2,9,11,14,22
14:1,9,21 15:2
64:16,19,25 246:2
295:10 308:17
**sealing** 14:24
**search** 17:16,19
**searched** 17:24
**second** 42:2 51:2,19
51:21 62:15 90:22
107:5 115:11 116:3

126:18 172:19
173:12 206:17
216:21 217:25
218:16 219:5 221:4
225:25 283:24
291:7 298:7 304:7
**secondary** 46:25 47:5
60:11 109:20
140:25 141:19,25
142:12,13 143:2,9
143:14,20
**secretaries** 249:19
**secretary** 62:16
105:20 106:22
136:1 137:11,20,25
138:5,8,19,24 139:4
189:18,19 190:3,11
190:19,21,25 191:9
191:14,22 192:14
192:24 193:3,7
194:6,11 195:1
207:14 242:1
246:15 247:10
249:12 251:8,19
258:17,23 259:3
260:14 282:16
283:9,20
**secrets** 22:23 23:25
24:1,2
**section** 9:9,12,18
10:25 16:3,7 32:16
32:21 33:1,11 38:17
39:19 42:24 55:8,9
55:10,13,14,18,19
55:23 56:7,9,13
57:6 61:3 93:9
112:15,25 113:1
114:19 115:2,8
116:5,14,15,17
118:9 119:21
156:12,13,21,25
158:1,3,4 168:2,10
168:11 172:20
178:19 270:7,10,11
274:19 292:12
296:7,23

**sections** 270:6 271:23
  272:13
**secure** 145:5 147:7
  148:12,25 269:5,13
  269:16 280:1
  286:21 287:4
**Securities** 23:8,21
**security** 28:21 29:5
  29:17 107:7,17
  120:15 121:18,25
  139:1 286:14
**see** 37:7 38:20,25
  39:22,25 40:7,8,11
  43:2 46:11 51:23
  52:12,23 55:15,16
  57:13,18 59:2 62:21
  62:22 63:14 65:15
  65:16 66:22 75:1
  93:11,16 94:11
  96:14 101:10 104:9
  104:10 112:12,13
  116:8 168:14
  172:22 178:21
  194:22 208:10,14
  208:17,19 210:15
  216:23 218:2,5,18
  219:9,11,23,24
  220:13 221:13
  222:2,17,19 223:5
  225:22 226:4,18,21
  227:2 228:22,24
  229:13 230:22
  231:2 233:21
  235:15,23 241:13
  241:23 242:11,13
  247:6,7,8,18,19,22
  247:25 248:5,6,10
  248:18,19 249:25
  250:17,25 252:7
  258:7,12 259:17
  263:5,12 265:5,10
  265:12 267:13,18
  268:1,6,9,13,17,18
  269:21,25 270:24
  271:2 272:8 273:2
  275:21,24 276:3,4

286:11,17 287:11
  288:4,8 291:21
  293:10 297:7,10,21
**seeing** 260:1 282:8
**seek** 80:1
**seen** 126:6,6,7,7,7
  181:1 184:24
  241:10,12 257:21
  257:25,25 258:2,13
  282:7 284:2 303:1,6
  305:11 306:22
**sees** 229:9
**segment** 132:20
**select** 29:5 30:1
**self-identified** 97:13
**semantics** 201:23
  203:3
**Senate** 5:6,9,10,11,13
  5:15,21,22,24 6:1,3
  6:6,7,9,10 11:5
  16:11 26:4,9,9 28:8
  28:9,11 31:19 34:11
  36:11 37:18,22
  38:10 40:14,20
  46:23,24 47:5,11
  48:9,20 49:10,12,16
  50:25 51:17 52:25
  53:11,21,24 54:3,6
  57:22 60:10,15,19
  61:4,10,22 62:5,13
  62:17,17,19,24
  63:17,18,21,24
  65:10,18 66:13 67:4
  67:16,25 68:4 69:12
  69:25 70:7,19 71:18
  71:23 72:8 74:12
  75:3,8,18,22 76:6
  80:5 82:22 83:14
  84:2,3,11,19 85:7
  86:6,15 87:2,6,25
  88:18,20,21,23 89:3
  89:4,7,15,22 91:22
  92:12,13 93:3,10,15
  93:18,23 94:9,15
  95:1,5,8,9,12,16,23
  96:3,5,10,11,13,16

96:18,18,25 97:1,4
  97:5,7,8,10,11,15
  97:18 101:12
  104:19 106:9,19
  108:2 110:25
  111:24 112:4
  113:19 114:20
  115:12 118:5,20,23
  118:24 119:25
  120:2,5 121:23
  122:2,5 132:14
  134:5,8,19,24,25
  135:2,12 140:22
  141:4,9 144:13,13
  146:12,18 148:6,10
  148:20 149:8 154:4
  154:7,9,14 155:20
  155:21 156:2
  164:10,18 169:3
  170:10 171:16
  173:2 175:8 180:7
  181:2 187:3 190:14
  194:8 201:4,11,15
  202:6 204:10,11
  210:10,11,22 212:2
  214:17,18 216:1,17
  216:18,19 217:19
  217:21 218:14
  219:3,19 221:10,24
  222:14 223:13
  224:7,9 225:11,15
  225:17 226:13
  227:11,16,18,19
  229:23 230:1 233:8
  236:9 252:11 253:2
  253:5 257:11
  264:19,21,22
  291:15 294:7
  296:12 301:14,25
  306:12
**senator** 9:5 13:10
  17:4 27:11,22 48:12
  49:13,20,23 50:1,8
  50:13 51:7,25 52:5
  52:21 57:23 63:7,20
  66:18 67:9,14 68:14

68:15,19,23 70:6
  83:13,15,15 84:1,9
  84:10,23 92:14
  93:13 94:1 96:2
  99:15 144:10
  152:11,11 154:17
  154:18,18,19,24
  162:25 186:19,20
  195:20 198:5
  200:18 206:22
  207:8 219:13 220:3
  221:1,19 222:9,23
  226:19,24 228:17
  228:23 230:23
  231:3,4,7,18 241:1
  246:8 247:8,24
  259:18 260:8
  261:15 262:23
  263:12,13 264:14
  265:5,12,25 267:13
  268:1,7,18 269:25
  275:22 276:4,12
  279:1,11 281:4,12
  287:12 291:9,16
  293:12 294:20
  295:21 296:18
  299:3,14 302:17
  303:1
**senators** 49:16 50:20
  50:24 53:6 54:18
  68:14 69:2,8 70:21
  72:21,25 73:6,21
  74:2 77:18 78:18
  82:23 83:6,20 85:16
  87:17 88:1 91:7
  92:20 94:18 95:5,15
  153:7,12 198:3
  214:19 231:21,25
  301:16
**send** 99:18,21,24
  146:8 261:20
**sending** 97:1
**sense** 14:5 126:9
  137:22 235:17
  236:25 239:9 253:1
**sensitive** 253:1

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

36

**sent** 17:8 97:9
**sentence** 210:19
  225:20 227:2
  235:16 236:22
  298:12
**sentenced** 185:20
**separate** 30:23
  186:17
**September** 118:11,17
  168:3
**serve** 29:21 205:15
  207:15 273:3
**served** 26:3 27:1,10
  29:25 30:14 31:3
  107:6 214:21
  244:18
**service** 27:8
**services** 19:21 20:5
  21:8 25:7,9 26:13
**serving** 17:4 26:14
  27:22 28:1,3,19
  30:5 167:11 243:17
**session** 27:12,12,22
  28:8,12 30:5,10,13
  31:13,14 32:10,18
  34:5 35:4 36:22,25
  53:12,18,19 54:14
  57:20,20 60:17
  61:21 62:1,8,25
  63:11,17,24 64:1,2
  64:3 65:7 66:14
  67:7,9,14,21 70:18
  71:20,21 72:7,12,22
  75:12,15,20 77:9,20
  79:24 81:12 82:14
  84:6,12,12,13,15,19
  84:24 88:12,12,15
  89:23 90:2,5,8,11
  90:13,18,24 92:2,4
  97:19,22 99:6
  118:11,14,16 120:3
  120:4,5,6,25 121:1
  121:4,6,15 122:16
  124:22,25 125:6,11
  130:21 131:17,20
  132:22,24,25

133:12,19,21 134:1
  134:3,6 137:5
  139:22,25 146:6,9
  187:4 211:1,11,16
  211:23 212:4,8
  216:7 223:2 224:13
  225:12,14 236:9
  243:15 252:22
  253:4
**sessions** 35:11 37:15
  140:21 145:5 152:9
  203:7,8 210:21
  211:6,8,13,13,15,18
  211:25 212:10,15
  212:16 213:1 214:4
  214:12,21,25
  215:25 223:15,16
  223:22,23 224:8,18
  225:1,3,3,8,10
  227:11,16 239:22
**set** 62:4 64:7 96:6,16
  96:18 126:23
  127:17 133:18
  278:8 308:8
**seven** 46:1 56:16 57:2
  289:23
**Shapleigh** 50:8,10,13
  51:8 52:21 68:19,23
  228:17,23
**shared** 253:18
**shift** 98:2,5 240:18
**shifted** 266:2
**shopped** 103:1
**Shordt** 2:22 4:9 8:11
  8:11 15:14 259:25
  260:5 279:10,11
  281:1,11,17 283:4
  283:22 284:8 286:2
  290:11 291:6,9
  292:2,7,11 294:20
  295:1,5,14,16,20
  297:16 299:9,13,19
  300:9,11,20 301:16
  302:5,17,19,22
  303:2,8 304:12,24
  305:1,19 306:1,5,9

307:6 308:16
**short** 132:20 298:7
**Shorter** 249:14
**shortfall** 121:5
**shorthand** 1:20 308:3
**show** 33:16 38:5
  42:16 55:20,24
  101:1 108:22 109:3
  109:7 111:20 115:5
  115:13 117:20
  119:6 131:1,3
  204:24 205:2,3
  206:6 293:18,22
  294:16
**showed** 98:24 104:13
  114:14,14 117:13
  185:16 249:9
  253:16 254:10
  294:1,4
**showing** 102:12
  110:3 113:20 114:1
  114:8,15 150:23
  207:8 216:13
  217:14 218:8,22
  219:13 220:3 221:1
  221:19 222:9,23
  241:1 246:8 257:15
  264:15 306:23
**shown** 103:15 206:4
  206:5,11 254:16
  294:20 302:13
**shows** 56:2 147:24,25
  287:25 304:13,22
  305:4 306:6
**sic** 47:15 62:16
  119:21 124:8
  125:15 126:24
  136:16 143:3,21
  155:5 189:5 277:8
**side** 14:20 34:12
  35:14 235:18 237:1
  238:18 239:10
  247:3 291:15 296:7
**sidebar** 160:23
**sides** 237:15
**signature** 1:22

**signed** 111:24 112:5
**significant** 35:19
  86:8 125:23 126:11
  180:8 182:18
  186:14
**significantly** 131:19
**similar** 75:18 76:5
  85:23 187:6 214:6
  215:20 223:17
  267:23 272:1 277:3
  294:8 301:17
**similarities** 272:9
**simple** 63:23 74:14
  212:23 232:18
  234:13,15 239:6
**simply** 13:17
**singing** 239:15
**single** 27:17 92:6,16
  122:24 201:4,9
  213:11 299:24
**sir** 30:11 80:17 93:24
  111:24 113:3,5
  169:14 295:20
  297:23 302:22
**sit** 36:16 53:25 119:8
  121:19 130:2 167:7
  175:13 184:14
  185:3 192:19
  209:20 212:4 214:9
  215:24 226:6 245:1
  254:5 261:9 274:17
**sitting** 37:11 196:8
  227:8 244:25
  278:19 299:4
**situation** 23:1
**six** 56:12,15,24,25
  85:13,15,15 100:20
  101:5 206:9
**six-and-a** 202:6
**six-and-a-half** 230:8
**six-and-a-half-hour**
  204:9
**ski** 285:4
**slightly** 105:24
  163:16 166:14
**small** 151:19 263:7

**smile** 97:25 98:12
99:15 103:20
197:14 272:2
**so-called** 111:4
**sold** 21:17 22:14 24:9
24:13
**solid** 109:24
**solve** 124:13 273:3
274:21 275:1
277:14 279:2
**solved** 278:17 279:1
**solving** 273:9,9
**somebody** 10:12
18:18,19 178:1
182:8 198:18 235:5
243:10 246:22
255:20 271:8 283:6
302:11
**somebody's** 195:8
**someone's** 58:19
101:17 103:9
198:16
**someplace** 147:19
**soon** 18:15 21:15
232:14,15
**sorry** 9:13 12:1 14:7
40:23 71:9 116:16
143:24 155:10
158:19 175:18
199:4 217:20
220:20 227:13
231:4,5 246:25
263:6 276:1 281:21
291:13 298:3,10,18
302:25
**sort** 13:1 19:18 26:7
48:19 52:9 133:18
138:1 158:1 187:21
**sorts** 30:22 31:2
124:3
**SOS** 242:19 248:21
249:17 282:16
**soul** 276:14
**sound** 28:5,22 29:1,7
29:19 34:15 129:4
134:11 154:20

208:21 231:1
**sounds** 27:20 28:23
231:20
**source** 296:15
**sources** 214:12,13
**Southeast** 26:7
**SOUTHERN** 1:1
**speak** 83:2 84:5,7
120:21 255:11
263:25
**speaking** 76:9 82:8
131:6 141:1 256:20
**speaks** 300:1 305:9
306:21
**special** 62:4 63:6
64:7,10 66:16 67:10
67:15 68:4 69:20
72:9,13,17,24 73:7
73:16,19 86:4 87:9
87:15,16,18 88:4,6
88:8,8,13,17,25
89:5,8,12,22,24
90:4,5,7,10 96:6,16
96:19,19 97:1 120:6
207:24 208:1
210:21 211:1,6,8,11
211:13,15,18,23,24
211:25 212:3,3,8,8
212:11,20 214:2,5,7
215:7,16,17,19
216:2,23 218:2,3,17
218:19 219:8,23
221:13 222:2,7,17
223:5,18,25 224:8
224:13,17 225:2,6,9
234:15,25
**specific** 31:10 32:11
33:11 34:1,23 37:20
46:15 61:18 66:12
75:24 82:10 85:25
95:18 96:9 104:22
107:2 108:14 109:6
120:14,16,20,22
122:9 126:22
128:23 130:6,25
138:13 145:15

148:15 149:6
150:19 152:9
159:10 161:18
164:13,23 165:6,13
165:20,25 167:5
173:13 175:12
177:25 178:2 179:6
179:8 188:19
189:11 190:10
192:3 193:12,15
194:10 195:10
196:21 197:7
199:18 203:2
205:14 213:24
226:5 245:2
**specifically** 32:4
91:12 109:12
116:22 129:18
139:6 159:17 161:9
179:3 184:22 189:3
193:8 223:7 227:22
238:23 244:21
247:16 285:10,11
296:22
**specifics** 32:19 33:9
33:17 76:3 98:15
**specifies** 59:2
**specify** 137:16
**speculate** 253:19
254:9 283:6 301:22
**spells** 231:9
**spend** 172:8 197:5
235:8
**spending** 132:7
161:17
**spent** 122:15 224:14
243:4
**split** 92:7 97:11
**spoke** 81:8,13 83:5
247:9
**spoken** 238:10
**sponsor** 36:6 144:13
**sponsored** 34:11,14
54:17
**spring** 285:3
**staff** 16:6,24 17:6,10

77:7,10,12 78:12
80:9,21,23 81:5
82:5,17 167:6
187:18 235:8 241:8
241:19,24 242:3,7
256:18,19,21
260:25 261:1,2,3
**staff's** 257:4
**staffer** 296:23
**staffers** 16:13,23
**staggered** 126:14
**stand** 92:11 155:17
202:22 203:20
226:4
**standardized** 283:12
**standards** 278:8
**standing** 189:7 228:9
228:14,19 229:4,16
229:18 230:5
**standpoint** 203:4
**start** 75:12 86:22
109:11 112:18
132:15 133:21
137:3 247:6 272:25
293:18 294:16
**started** 21:9 75:15
121:4
**starting** 133:20
178:19
**starts** 112:15 172:20
210:16 225:20
263:15
**state** 1:17,19 2:8 3:6
6:17 8:5 18:4 21:20
25:21 26:17 28:3,6
28:12,20,25 29:4,9
29:21 31:4 37:11,18
37:24,25 39:3,6,14
41:9 45:13 56:23
57:9 78:25 99:15
105:20 106:22
107:19 109:8 114:5
121:2 122:24
123:12 128:14
133:24 136:1,20
138:8,25 147:14

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

38

148:21 149:18
152:8 156:14 160:5
171:15 173:15
175:7 183:19,23
185:19 186:3
189:18,20 190:3,12
191:9,22 192:25
193:7 194:7 195:1
196:23 197:3,9
198:1,22 201:10
207:12,23 210:21
213:12 214:24
224:9 227:20
235:21 236:3 237:4
238:23 239:13
243:19 245:6
247:10,14 249:19
251:8 257:9 258:17
258:23 259:3 266:5
273:24 274:6,23
276:23 282:16
283:19,20 286:12
286:14 289:23
290:1 292:14 293:3
300:16 301:2 308:2
308:4
**state's** 137:11,20,25
138:5,19 139:4
190:20,22,25
191:14 192:14
193:3 194:11
204:20 207:14
242:1 246:16
249:12 251:19
260:14 283:10
287:5
**state-issued** 148:11
148:16 250:4
**stated** 1:22 61:15
233:4 308:4
**statement** 93:10,23
96:3 177:20 182:14
210:15,18 224:16
226:19,24 235:15
247:7 248:10 257:6
257:8 288:11

**statements** 93:14
**states** 1:1 2:2 8:10
43:16 44:6 102:22
113:10 114:12
115:14,22 116:25
117:10 144:15
159:15 161:20
205:12,12 206:24
212:13 281:22
283:25 286:11
288:17 292:12,19
296:10 298:19
300:22 303:10
304:21
**statewide** 183:21
208:11 273:9,10
274:22 275:2,4
276:22 296:16
**Station** 3:9 284:10,11
**statistical** 150:23
169:2 181:21 182:6
183:11,18 184:2
**statistically** 182:18
182:25 186:14
**statistics** 151:4
**status** 19:13,16
**statute** 276:22 277:15
**step** 143:1 247:16
**steps** 179:18 209:21
**Stieben** 261:6
**stock** 25:13
**stolen** 103:2
**stop** 183:9
**storage** 17:7
**stored** 209:1
**straight** 91:18,19
**streamline** 122:17
123:2 124:7 125:14
189:4
**streamlining** 136:15
**Street** 2:10
**strict** 149:10 153:25
155:23
**strictly** 41:15
**strike** 64:4 67:2
89:19 144:3 272:1

288:25 300:9
**striking** 270:7 292:23
**string** 6:15
**strongly** 233:7
**student** 6:19 44:10
44:15,19,25 45:14
57:12 58:1,3 61:4
145:10,13,22 146:6
146:13,21,24 147:6
147:11,24 148:7
279:16,17,21 280:5
280:11,12,13,16,22
281:24 282:11,12
282:17,23 283:12
284:3,9,13 285:4,11
286:13,21 287:4,9
287:12,17,25
288:13 289:17
290:5,21 291:1,18
292:13,14,19 293:2
293:4
**students** 147:21,21
283:25 285:18,22
285:23 286:3,5,7
288:5 290:17
**studies** 262:25
**stuff** 10:10 20:8
82:16 195:9
**sub-bullet** 281:21,24
**Subchapter** 5:16
115:25 270:10
**subcommittee** 30:7
30:16
**subcommittees** 30:5
30:12,14
**subdivision** 56:23
57:9
**subdivisions** 266:4
**subject** 99:14 132:16
150:7,9 156:13
165:11 166:1
173:17 202:5
215:18 216:25
217:11 218:2,18
219:7,24 221:15
222:4,19 223:24

232:18 255:15
**subjects** 211:20
**Subparagraph**
172:20
**subpoena** 17:12
**subsection** 42:24
46:5 58:16,22 59:4
59:9 60:4,12 61:3
113:7,8 114:23
223:7 293:1
**subsections** 56:17,24
**subsequent** 23:11
26:21
**subsidiary** 20:2
**substantive** 48:25
64:6 65:25 66:5
74:21 229:25 230:4
**SUBSTITUTE** 51:21
**Subtitle** 112:25
**subtle** 87:21
**subtopic** 137:9
**successful** 130:17
**sued** 24:2
**sufficient** 47:19
138:20,23 149:9
**suggested** 198:18
301:5
**suggesting** 241:15
**suggests** 242:11
287:16
**suing** 10:12 23:1
**Suite** 1:21 2:15 3:3
**summary** 203:17
279:22
**summer** 224:14
**support** 6:20,24 36:8
201:17,18,19,22
224:5 266:6 271:10
279:17 300:7
301:18 303:3,18,18
303:21 304:13,16
305:4,7,15,16,17,20
308:24
**supported** 226:11
301:14 303:21
**supporters** 267:3

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

39

293:20,25
**supporting** 119:15
**supports** 301:5
**Supreme** 159:15
161:20 278:5
**sure** 12:11 17:8,16
18:6 22:25 27:15,17
44:23 45:4 46:10
50:16 52:4 55:23
58:22 66:3,10 69:14
73:6 81:11 85:2
89:9 92:15 96:9
98:16 103:19
108:25 109:5
111:16 114:9 115:4
121:9 122:8 124:21
128:1 130:4 131:9
132:17 135:3 146:7
148:16 152:10
154:15,23 156:8,21
160:8 163:7,11
164:3,18 171:11
176:9 177:13,14,24
179:7 180:2,10,11
185:15 188:8 190:8
190:12,17 191:13
191:24 192:1
194:11 195:7
199:15 200:22
205:10 209:3
212:12 215:8 217:5
221:4,5 232:19
235:23 238:3
240:15,22 243:12
243:16 248:25
250:11 251:1,16,25
252:4,6,13 254:23
256:10 259:6
260:10 266:17
276:16 280:1
281:10,11 284:15
292:23 293:10
294:10
**surprise** 41:17 289:8
303:23
**surprised** 86:10

128:24 129:6
137:19 213:17
226:7
**Survey** 6:24 7:1
296:17
**survive** 302:21
**suspect** 83:12 178:2
**suspend** 48:15 49:6,9
50:4 52:1,5 140:3
**suspending** 50:14
86:9 87:19 89:17
**swath** 26:7
**swimming** 35:5
**swing** 183:14
**sworn** 1:18 9:2 308:6
**swung** 184:15 185:5
**system** 17:3 21:21
207:14 208:23
209:1 213:8,10
286:5,6
**systems** 130:12 137:4

---

**T**

**T** 9:3 188:11 206:20
279:9 308:21
**T-E-A-M** 208:18
**table** 91:11,14,17,19
91:23,24 265:13,15
268:2,19,20 271:13
274:15 276:5
293:12
**tabled** 267:8 269:19
275:18 279:3
**tabling** 268:22 276:7
276:10 293:15
**take** 21:19 22:23
26:16 48:16 51:14
52:6 53:14 62:10
63:14 91:15 101:11
101:21 109:25
111:16 124:13
127:13 132:16
143:1,2,20 159:18
159:22 171:7
186:20 188:6
198:16 199:22

202:16 204:13
205:24 206:8
207:10 209:9,18
217:15 221:3,20
240:20,21 243:10
246:24 250:17
252:8 257:18
262:16 264:6
268:11 270:20
271:7 272:15
275:11 298:6 304:7
**taken** 1:18 12:4
98:25 181:11 216:1
308:11
**takes** 88:8 109:20
133:23 170:25
171:2 247:17
**talk** 11:16 18:24
25:24 41:5 85:19
107:5 110:24
121:20 124:4
132:13 158:10
170:18 177:21
214:19,23 244:7
259:22 265:21
279:15 295:3
301:20
**talked** 68:2 81:21
83:15 121:22
127:12 139:10
145:9 190:11
198:14 231:10,11
248:13 249:11,21
257:1
**talking** 6:18 24:12
25:16 30:9 53:17
67:21 68:6 79:23
93:22 98:11 99:6
109:10 131:25
187:2 199:6 236:22
237:16 297:21
**tandem** 295:3
**tangentially** 158:17
**tape** 18:22
**tapes** 145:19
**target** 103:1 247:11

**targeting** 250:9
**tax** 157:4 213:7,8,11
**taxes** 157:9,14
**taxpayers** 11:22
266:11
**TCRR** 1:19 308:20
**TDL/ID** 258:10
**teach** 72:2
**TEAM** 208:15,17,17
208:25 209:5
**technical** 75:7 107:21
157:24
**technology** 122:11
**tell** 10:3,17 18:17
27:13,20 30:16 32:3
32:12 38:3 39:5,7
45:7 47:16 54:7,24
60:7,23 61:17 65:11
77:3,16 78:2,7 79:9
82:23 88:3,24 89:10
92:24 100:5 107:24
111:17 116:22,23
119:17 124:12
126:2 127:24 130:2
131:15,22,23
132:11 135:11
144:2,11 150:3
151:1 160:8 161:9
167:7 169:23
181:21 192:8 196:9
207:10,25 208:1
212:2 214:7,8 216:4
217:18 218:2,12
221:3,21 228:16
244:24 251:14
253:15 254:5
255:22 265:18
269:4 271:2,25
278:7 292:20 293:7
**telling** 196:3 204:7
274:10
**temporarily** 268:4
**tend** 163:24 165:8
**tens** 137:2
**tenure** 25:24 84:1,9
162:25 186:19

228:8 229:15
249:20
**term** 136:19 157:24
160:16 298:22
300:21,25 301:1
**terms** 13:24 58:8
61:2 136:14 137:22
274:8
**Terrific** 210:8
**test** 278:4
**testified** 9:2,17 32:21
75:21 85:13 129:11
146:23 152:21
178:1,5 189:1,21
195:8 232:21
279:16,23,24
286:20 288:21
**testify** 153:4 160:19
306:1 308:7
**testifying** 13:11,13
128:21
**testimony** 9:16,20
23:18 25:2 32:15,20
33:17 34:3 39:21
40:18,25 41:8 75:23
76:3 117:12 128:19
149:17,20 152:7,24
164:9,25 166:2,24
166:24 179:1 181:1
183:7 186:10
188:17 202:19,20
202:21 203:1,13,14
203:19,21 204:6,13
233:23 245:17
246:3 247:22
286:18 287:15,20
287:24 288:9
289:21 290:6,15,20
290:24
**Texans** 294:1 296:14
303:18
**Texas** 1:1,16,17,19
1:20,21 2:8,9,19 3:2
3:3,6 8:4,12 21:21
25:21,25 26:1,7
31:9,24 32:6 40:2

48:4 54:10 80:16
102:6 105:11
108:10,17 109:8,9
110:2 114:4,7,11
117:8,9 128:22
135:15,20 137:23
138:6,20 139:5
140:22 141:10
149:10,15 150:5,13
150:24 151:7,24,24
152:6,21,24 153:9
156:5,13 157:4,19
158:25 159:8,12,16
160:6 161:7,22
162:4,6,15 163:4,9
163:25 164:16,21
165:1,3,8,17,23
167:11,11,16,19
168:12,24 169:17
169:22 170:6
171:18 173:4
174:12,21 175:1,15
176:5 179:3,4,23
180:9 181:22
182:11 183:12
184:4,15 185:4
186:4,8,15 191:10
191:16 192:16
195:12 201:10
204:25 205:8,8
206:3,11 207:14
208:22 224:7 243:6
244:5,10,11,22
245:18 248:23
258:10 261:17
263:2 266:14,18
279:12 280:8,13,16
281:23 283:9,11,12
284:9 285:18 286:2
286:6,20,21 287:17
288:1,1,13 289:11
290:17 291:3,19
292:14 293:3,22
296:11,16,17 297:8
298:4 301:2,15
303:3,4 308:2,4,25

**Texas's** 178:20
**Thank** 15:24 71:5
74:11 218:6 220:24
224:20 246:6
268:21 295:15
307:8
**Thanks** 71:14 92:6
**theft** 24:2
**they'd** 190:13 285:16
**thing** 14:19,21 23:6
27:17 35:17 51:13
56:18 57:14 89:23
90:1 115:23 128:8,9
128:18 132:21
138:2 157:14
173:12 178:16
209:12 249:7 294:7
**thing's** 14:1
**things** 27:7 30:22
31:1,2 47:22 57:11
57:21 60:9 61:1,20
66:15 68:2 69:6
70:5,12,24 72:4,6
75:16 77:11 83:25
85:21 86:12,25 87:8
87:20 88:11,16,24
89:6 100:11 102:3
103:20 108:7
109:17 115:18
124:3,6 125:3,7
127:11,14,16 132:2
132:24 133:5,14,17
134:20 135:14
137:10 141:12,24
144:20 145:9
148:10 152:17,19
172:17 173:19
174:16 176:4 180:5
187:4 191:20,21
196:24 198:20
211:22 227:11
232:13 249:22
272:13 276:12
306:16,19
**think** 9:11 10:1 12:25
13:3,5 14:8,19,21

17:20,25 18:25
19:13,16 24:3 25:11
28:7 29:12 30:20
31:1,14 32:3 35:13
37:3 41:20 45:9,16
46:18,23 47:1,17
50:12 56:1,1 58:12
58:25 59:1 60:15,19
61:15 63:19 70:22
71:1,24 72:1 73:11
74:10,17,24 75:21
76:18,20 80:21
85:12 86:17 87:18
92:13 98:7 100:25
101:19,25 102:15
104:2,18 105:3,12
105:14 109:14
110:5,10,12,18
115:3,15,16,19,23
118:1,2 119:11,12
121:1 122:21
123:10 124:10,11
125:16 127:4,9,12
127:25 128:5
131:20,21,22
132:22 133:4
135:10,24 137:6
138:15 139:10
140:13 141:1,8,16
141:21,22 142:2,15
144:9 145:3,25
146:1,2,6,23 147:4
147:6,8,9 148:15,22
149:16 151:10
156:20,23 158:1
162:11 163:14
166:24 167:13
170:12 175:16
176:23 180:3
182:13,21 183:6,9
183:16 184:9 189:1
189:21 192:4,4
193:13 194:22
199:15 200:25
202:4,8 204:8,19
205:1,3 206:8

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

41

207:20,22 215:8,12
217:18 224:3
226:10 230:3,9
231:9,24 232:2,5,7
233:2,4,8,22,23,23
233:24,25 234:4,4,6
235:16 236:10,13
236:24,25 237:5,7
237:14,23 239:3,9
239:21 240:16
242:19 244:1
245:13 246:19
249:20 250:24
251:17,18 252:9,9
252:25 253:17
254:4 256:22,23
257:6,8 260:13,19
260:24 261:18,18
266:9,21 269:1,5
270:21 271:11
272:20 273:22,23
273:23 275:15
276:12 277:2 278:3
278:14,14 279:7,19
279:24 282:10,20
285:8,15 288:19
290:9 294:17 295:3
297:11 299:6 300:1
300:5 301:10,23,24
302:2,3 303:20
306:21
**third** 62:15 97:6
190:23 224:13
**third-called** 210:25
**thought** 60:23,24
61:16,17 70:23
71:11 146:17,24
232:14 292:2
301:21 306:13
**thoughts** 202:9
**thousands** 203:7
285:18
**three** 83:8 185:20
254:14,16,21,22
256:24 270:6,6
275:16 290:13

295:2 298:16
**ticket** 178:8
**time** 9:16 11:21
14:23 16:16,18 17:1
18:3 20:13,19 23:11
25:20 27:5,16 28:17
31:10,11,21 38:24
41:19,25 44:18,23
48:23 49:11 50:22
51:12 53:6 60:23,24
61:18 63:20 69:2
75:24 83:7,9 91:10
93:20 101:15
103:22 121:13
122:15 125:6,8,16
125:17 127:23
140:6 161:17 164:8
170:3,25 171:2
181:23 190:9 193:6
193:7 209:19 212:1
226:16 229:20,22
229:25 230:24
231:25 233:12
242:10 244:22
249:21 251:3
252:22 254:24
257:10,24 268:12
277:21 280:23,24
284:25 285:5
304:22 308:9,13
**time-sensitive** 252:24
**timely** 123:18,22
135:13
**times** 10:3 86:6
146:15 150:24
210:20 212:14
213:18 224:7
229:15 246:14,18
254:3,14,16,21,22
255:2 275:16
**tiny** 137:8
**title** 5:16 93:9 112:25
116:1
**titled** 38:18 51:21
116:6
**TLC** 80:12,14

**today** 10:18 11:17
15:18 21:23 25:9
36:16 53:25 102:10
103:15 113:24
119:9 130:2 167:13
175:13 184:14
185:3 192:19
193:24 196:8 204:2
209:20 212:4
213:10 214:9
215:24 226:6 227:8
244:25 245:1
247:10,24 248:16
250:19 254:5 261:9
274:17 286:20
**today's** 102:19
**told** 34:14 83:23
142:20 196:20
198:13 199:15
208:21 225:4
232:14 242:1 256:1
258:20
**Tommy** 1:12,16 4:3
5:3 6:23 9:1 296:10
308:5
**top** 42:8 62:8 111:17
130:22 131:15
186:5 247:3 253:25
291:14,24 297:7
**topic** 204:9
**TORT** 3:9
**total** 132:6,11 183:1
259:15
**totally** 98:5,6
**trade** 22:23 23:24
24:1,2 29:17 31:4
**trading** 23:9,16
**tradition** 233:8,11
**traditions** 224:6
**trained** 105:9 106:1,5
106:10 289:12
**training** 105:14
**transcript** 5:7 6:13
10:24 39:18 41:5
203:24 246:10,12
246:23 250:1,16

262:20,21 264:2
308:8
**transportation** 5:16
28:21 29:4,17 31:5
107:7,17 116:1,21
117:19 119:4
120:15 121:18,25
139:1 172:10 175:1
177:17 241:6
**travel** 176:25 177:4
179:4 285:23
**Travis** 1:21 3:3
**treated** 274:5
**tremendous** 196:22
**trial** 5:8 9:17 32:20
33:1,11,14 39:19
41:8 204:14
**tried** 22:23 106:15
115:22 130:16
181:10
**trip** 243:5 285:4
**trouble** 277:23
**Troy** 34:14
**true** 42:20 47:14
49:12 63:19,20
72:22 73:23 89:1,2
90:1 95:3 96:23
107:9,13 113:23
117:17 125:17
130:8 133:13 134:2
141:1 143:12 151:6
161:11 166:18
167:13,13,17
171:21 173:10
176:11 180:11
209:4 225:11
231:14 257:6
280:12 299:22
302:12,13,13 304:6
304:15 305:6 308:5
308:8
**Truitt's** 182:21
**truly** 46:21
**truth** 32:13 308:7
**try** 19:1 34:1 120:22
123:1 188:16

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

42

247:25 250:20
277:12
**trying** 66:4 71:14
132:8 201:7,14
224:14 238:15
243:18,25 248:3
250:18,23,24 264:7
274:21 275:1 279:2
306:20
**turn** 38:13 39:20
40:1 42:12 55:7,17
65:12 93:5 137:8
168:9 169:9 172:18
178:15 210:14
223:3 262:17 291:9
293:17 297:4 298:1
**turning** 244:2
**twice** 255:3
**two** 10:20 14:3 19:23
42:16 43:4,8,11
49:18 50:2 55:13
56:17,25 57:20
58:19 59:1,3,16
60:10 63:4 66:15
68:13 83:8 87:19
90:20 94:13 109:20
109:25 113:13
126:15 127:14,15
132:9 140:21,24
142:5,13 143:9
145:4 149:21
168:11 178:24
181:9 185:19
186:18 193:9
213:15 216:5 255:1
267:16 269:16
275:15 276:18
286:19 290:10
306:19
**two-minute** 203:17
**two-thirds** 49:10
50:5 69:7 73:21
74:2 87:17 88:1
224:5 233:9 239:7
259:13
**type** 100:3 181:6,18

286:14 288:18
**types** 58:22 159:7
286:15 288:5,20
289:5,9,12 290:3
**typewriting** 308:7,8
**typical** 87:14 192:6
**typically** 49:9 59:25
63:16,18 77:8 82:12
84:2 87:25 88:17,24
134:2
**typo** 288:19

---

### U

**U.S** 2:3 206:4,12,25
289:9 308:24
**Uh-huh** 20:20 27:23
29:20,24 38:16
43:18 52:13 93:8
96:14 99:11 100:17
168:15 178:22
187:9 218:24 223:4
227:3 235:14 247:5
256:5 296:9 297:24
**ultimately** 48:8 51:2
92:17 95:1 97:5,17
153:19 154:7
155:20 266:11
**unacceptable** 43:12
**unaware** 201:9,13
**underlying** 170:19
237:21 266:23
**underserved** 242:13
242:22 243:13
**understand** 18:25
28:17 32:14,16 33:5
33:23 40:15 42:2
65:22 70:3 71:6
87:7 104:23 105:19
105:23,25 107:21
142:17 160:15
161:2 166:12,22,22
168:8 176:2,13
179:16 180:12
183:16 188:17
192:4,10 199:21
238:15 242:19

259:7 281:19 284:2
289:18 290:4
**understanding** 12:5
12:23 13:10,13 14:1
14:22 15:2 64:18
144:19 208:25
238:3 280:21
**understood** 14:8
15:23 251:16 252:1
295:18 300:15,21
301:1
**unexpended** 138:14
189:23
**Unfortunately**
239:19
**unfunded** 196:24
197:10 265:19,23
266:10 272:25
274:8,9,13
**uniform** 273:22
282:17,23
**uniformity** 281:22
**uniformly** 274:5,6
**United** 1:1 2:2 8:10
43:16 44:6 102:22
114:11 115:14,22
116:25 159:14
161:20 205:12,12
206:23 300:22
**units** 128:10,11,15
129:1,14,20 130:1
199:10,24 265:20
265:22 266:11
**universities** 280:7,21
282:18 283:1,1,11
286:20 287:18
290:22 291:2
**university** 19:3 21:21
147:25,25 282:22
284:5 285:19 286:6
286:22 287:22
288:14 291:18
292:13 293:3
296:16 300:17
301:15
**unseal** 14:10 15:3

**unsigned** 65:9
**unusual** 30:13 129:21
**upper** 38:14 259:9
260:3
**Uresti** 49:24 50:24
52:17 53:6 68:15
69:3
**use** 44:15 104:4
106:22 117:7,14
204:13 234:14
267:15 268:14
269:3 272:17
282:12 301:5
**useful** 241:15 242:12
242:18,21
**usual** 37:23 154:11
**usually** 86:25 228:13
277:12
**utility** 59:22 185:12

---

### V

**v** 1:4
**vacant** 16:25
**vague** 33:4,17 148:23
250:12 304:11
**vaguely** 98:15 148:23
**valid** 43:20 45:11,17
45:20 47:23,25
56:20 57:6 141:9
145:8 147:12 280:1
290:17
**value** 176:10
**Van** 83:15 152:11
154:19,24 262:24
263:12
**various** 27:8 91:7
132:25 166:2
227:11
**Veasey** 1:3 2:14 8:7
**vehicle** 173:25
244:22 245:3,5
**vehicles** 164:16,21
165:24 173:5
**veracity** 306:23
**verbal** 172:7
**verification** 50:14,17

TOMMY WILLIAMS                                                          7/29/2014
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

43

50:19,22 51:8 52:21
68:20,24,25
**verified** 269:10
**verify** 46:21 47:19
   48:4 58:18 101:18
   103:17 278:22
   280:2
**verifying** 52:4 266:14
   266:19 272:19
**version** 36:19 38:5,6
   39:9 40:12,13 42:6
   42:9,10 43:12 46:3
   46:7 47:18 54:3,6,8
   65:19 111:24 112:4
   140:18 270:22
   292:8
**versus** 194:17,25
   195:18 196:14,18
   197:5 202:1 228:14
**vet** 149:4
**vetted** 152:18
**vice** 21:19 25:20
   26:17,24 28:3,6,7
   28:12,25 29:9 283:9
   283:18
**Vicki** 182:21
**view** 144:19
**viewpoint** 173:11,20
**views** 6:21 294:2
   297:8,17 301:12
**vocal** 180:7
**voiced** 231:21
**voluminous** 145:21
**vote** 41:15,18 49:10
   50:1,14,18,19 51:2
   51:8 52:11,22 55:11
   55:21,25 60:12 62:5
   63:23 65:17 67:5
   68:18 69:1,1,8,13
   70:20 71:23 72:15
   72:21,25 73:6,15,17
   73:21 74:2,14,23
   87:9,16,17 88:1
   91:20 92:6,10 94:15
   96:19 97:10,25
   98:12 99:1,15 102:1

103:20 105:16
108:4 114:4 115:13
115:18,22 135:21
141:6 142:14
146:16 147:17,21
147:22 153:16,25
155:23 157:16
161:3 169:7 171:18
171:22,24 172:2
174:7 178:10 183:7
183:8,13 185:18
197:14 200:15
201:2,7,11,14
205:19,19,22,24,25
206:1 208:13
210:20,24 212:14
212:16,19 216:2
224:4,7,11,19
226:13 227:17
232:5 233:6,9,18
239:5,19,20 243:9
245:6,7 251:3
259:10 260:4
261:16,16,19,23,24
262:2,7,7,10,10,14
262:15 267:9
268:25 269:20
272:2,18 275:10,12
275:19 276:10
279:4 282:13
283:25 284:3,13,19
288:15 298:16
303:13 304:3
**voted** 31:16 41:12,19
   41:23 48:23 53:7
   67:2 91:18 92:15,21
   92:23,24 94:19 95:9
   95:12,16,21,23 96:5
   96:18,25 146:2,8
   147:23 151:5
   152:12 153:22
   154:4 156:2 163:15
   169:3 174:3 180:3
   180:24 181:13
   182:3 227:11
   236:13 252:22

265:15 268:22
271:11,13 274:15
276:7 293:15
306:12
**voter** 6:20,21,24 7:1
   9:11 11:2,5 31:9,24
   32:7,19 34:6,10
   35:9,19,22 36:13,21
   37:2,6 40:3 42:15
   53:10,10,17,20
   55:11,20,24 57:21
   58:5,24 59:19 60:17
   61:12 62:3 64:5
   66:6,6,16 67:1,9,15
   69:17 71:21 72:8,12
   72:23 73:7,11,19
   74:13,20 89:24 90:9
   90:13,17 97:21
   98:25 100:20 101:7
   101:8,21 102:2,2
   103:25 104:3,6
   108:8,21 113:16,16
   114:6,10,16 115:20
   128:18 137:13
   139:2,17 141:3
   142:11 144:5,16,25
   149:9,15,21,23
   150:2,4,13,17,25
   151:7,15,19 158:16
   160:19 162:24
   163:4,9 170:1 180:9
   180:15,18 181:5,11
   181:18,22 183:4,4
   183:11 184:11,24
   186:15,17 193:2
   195:2 207:13
   208:12 223:8 224:1
   234:24 236:23
   237:10 239:1
   241:14 242:17
   247:15 248:15
   250:14 251:6,10,14
   263:2 266:15,19
   267:4,22 270:3
   271:8 272:16,19
   273:18 275:3

278:22 286:19
293:19,22 294:2
296:7,11,15 297:8
297:17 303:3,4
**voter's** 103:16,23
   104:15 141:18
**voters** 2:19 8:12
   108:17 137:13,23
   138:20 139:5
   140:23 141:4
   142:12,25 143:8,14
   144:23 146:12
   182:11 183:1
   191:10,16 192:15
   209:1,6 236:11
   247:12 248:1,22
   250:3,10,21 251:6
   251:14 258:9 259:9
   259:10 263:4 266:2
   266:7 274:1 279:12
   296:14 298:14
   303:11 304:1
   306:14,17
**votes** 35:3 93:10,14
   93:23 151:13
   160:13 180:19
   182:23 183:13
   184:6,16,20 185:7,9
   186:4
**voting** 37:9 47:9 50:6
   97:14 138:7 147:19
   149:1 151:4,9 152:3
   152:5 156:12
   157:18,19,23 158:2
   158:5,11 160:11,12
   160:25 161:6,21
   162:4,5,15,23 163:3
   163:9 168:2 173:2
   173:23 179:22
   181:10 182:1,7,8
   198:23 262:1 285:5
   290:21 291:2
**voting-related** 156:5

_____
       **W**
_____

**wage** 277:22

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

44

**Wait** 198:4 219:9
  263:14
**waiting** 122:23
**waive** 14:14
**waived** 1:22 71:3
**waiving** 15:18
**walk** 177:18 281:18
  281:19
**walking** 70:22 158:24
**want** 13:2,8 14:14
  20:9 27:9 33:16
  34:1 40:18 41:5
  49:5 53:19 71:9,12
  84:18,24 86:20 93:6
  111:19 112:12
  116:3 120:21
  127:15 131:1,3
  132:21 139:7
  159:17 188:6 203:3
  203:4 209:9 217:18
  218:12 225:13,24
  228:21 231:25
  232:25 234:2 236:6
  238:2 239:5,6
  240:19 243:9 245:6
  245:6,7,24 249:24
  259:19,22,22 266:9
  270:17 273:22
  279:15 281:17,19
  293:17 295:2 296:3
**wanted** 17:18 110:1
  110:11,11 112:2
  123:11 170:16
  233:17 236:17,18
  243:23 246:24
  248:12 250:2,5,13
  250:14 251:9,16,20
  251:20,25 252:4
  275:17
**wanting** 117:19,24
  119:3
**Washington** 2:5,21
  178:5 244:4
**wasn't** 18:16 22:12
  31:17 36:3 37:15
  67:19 69:1 70:9

71:19 90:9 109:24
  121:14,15 125:22
  127:5 129:18
  134:17 137:1 149:9
  155:4 157:7 195:25
  207:24,25 208:1
  229:5 232:10
  236:13 241:11
  253:12 278:1,2,9,10
  300:2 302:2
**waste** 11:21
**way** 12:5,13 13:7,19
  14:8,13 46:23 47:2
  47:24 48:3 50:8
  56:5 57:4 58:18,25
  66:11 86:24 87:5
  102:9 103:17
  123:18,22 129:22
  133:7,19 142:2
  144:17,17 145:1
  146:5 148:6 163:21
  164:5 186:14 191:6
  192:11 193:20
  200:12 201:3,25
  202:1 203:6 212:18
  223:17,25 232:2,3,6
  232:8 233:10
  234:21 239:17
  245:7 258:1 266:14
  266:18 268:25
  274:24 277:14,16
  278:18,21 283:8
  284:8,16
**ways** 12:18 178:11
  234:17 287:4
**we'll** 10:16 13:25
  14:22 34:3 68:1
  75:10 178:17
  259:23 264:4
  294:16
**we're** 70:22 71:10
  118:7 124:22 125:5
  128:7 132:15
  158:14 159:21
  187:10 197:10
  198:6 204:2 227:7

236:6 237:20 246:9
  248:3 250:23 269:1
  273:15,17 299:4
  304:22
**we've** 51:11 94:10
  130:3 175:23 176:3
  183:10 200:23
  216:13 217:14
  218:8,22 219:14
  220:4 221:2,20
  222:10,24 241:2
  257:15 264:15
  289:1
**weak** 61:16
**weaker** 58:6,11
**wearing** 21:22
**website** 11:2,8,10
  54:10 109:13 298:4
**weekdays** 276:18
**went** 19:21 20:1,4,24
  21:7,12 22:4,8 27:7
  75:16 88:21 95:19
  128:16 153:15
  154:7 200:23
  213:17 230:16,19
  231:11 237:15
  240:8 243:14
**weren't** 23:15 101:9
  115:21 128:13
  142:15 177:22
  258:24
**West** 2:10 83:15
  93:13
**West's** 96:3
**Whatever's** 96:10
**Wheel** 21:10 22:1,2
**white** 305:17
**whites** 164:11 165:4
  165:9,24 167:12
  304:13 305:5
**Whitmire** 49:20
  50:24 52:18 53:6
  63:21 68:14 69:2
  83:13 84:10,23
  226:19,24 230:16
  230:19,23 231:3,8

231:18
**Whitmire's** 84:1
**wholesaler** 21:11
**widely** 35:15 294:4
**wife** 25:12
**Williams** 1:12,16 4:3
  5:3,5,6,7,9,10,11,12
  5:13,14,15,16,17,19
  5:20,22,23 6:1,2,4,5
  6:7,8,10,11,13,15
  6:17,18,20,21,23,23
  6:24 7:1 9:1,5 13:11
  36:17 38:9 39:17
  51:15 54:1 62:11,20
  64:13 93:1 99:8,15
  111:22 115:24
  167:24 206:22
  207:7 216:12 217:6
  218:7,21 219:12
  220:2,25 221:18
  222:8,22 240:25
  246:7 247:24
  257:14 259:18
  260:8 261:15
  264:13,14 280:25
  281:12 294:19,25
  295:7 302:15 308:5
**willing** 191:25
**willingness** 235:18
  237:1 238:17
  239:10
**WILMER** 2:20
**withdrew** 268:3,4
**witness** 1:16 8:15
  15:6,17 33:6 41:2
  64:14 70:25 71:5,12
  76:15 79:13,19
  81:16 86:20 116:12
  132:15 159:21
  168:20 169:15
  173:1 178:25 188:8
  202:21 206:15
  209:13,16 256:1
  263:16,19,21,24
  264:6 306:2 308:5,6
**witnesses** 256:16

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/29/2014

45

**woman** 178:4
**won** 182:22
**wonder** 231:6
**wondering** 237:8
**Woodforest** 21:17
  22:15 24:10,14,17
  25:5,7,9,13 26:12
**Woodlands** 21:16
**word** 15:4 155:10
  199:17 262:16
  270:7,8
**worded** 285:9
**words** 136:14 238:10
  238:14 277:7
**work** 16:9 19:21 20:1
  21:12 22:8 26:12
  77:18 78:21,24 79:3
  79:6 81:4 123:12
  124:14 130:10
  151:15 167:6 171:7
  171:9 201:25 202:1
  203:6 208:2 237:20
  243:15 277:12
  286:4
**worked** 19:22,23,24
  20:3,18,24 23:7
  77:10,12 78:8,12,18
  79:10 81:2 82:13,15
  126:20 144:17
  241:6 277:22
**worker** 102:15
  147:12 148:1 290:5
**workers** 47:24 48:3
  101:12 102:10
  105:9,25 106:4,10
  147:1 213:13 215:4
  215:10 228:6 275:8
  279:20,25 280:20
  288:19 289:11,16
  290:11
**working** 12:6 20:22
  21:4,8,9 45:10
  47:21 75:12 77:16
  100:5 104:23
  122:16 145:7
**workload** 136:10

**works** 25:12 232:9
**worried** 163:13,14
  180:3
**wouldn't** 18:7 35:15
  37:13 41:17 66:8
  70:10 90:23 103:13
  117:16 127:8
  128:24,24 129:6,8
  129:22 133:6
  140:15 145:1,25
  146:5 182:16
  187:19 192:6
  205:17 231:13
  240:3 249:22 274:2
  274:4,5,5,9,12,13
  275:11 278:25
  284:19 297:1
**write** 300:5
**writing** 124:23 202:6
  204:10 260:17,21
  260:22
**written** 105:21
  187:21,24 214:5
  215:25 217:1,12
  224:24 225:9 258:4
**wrong** 12:7 28:13
  73:3,10 74:16
  197:24 198:1
  220:20 231:5
**wrote** 302:11

**X**

**X** 9:3 188:11 198:6
  206:20 279:9
  308:21

**Y**

**yard** 172:5
**yeah** 9:22 11:7 17:20
  17:21 19:4 23:3,4
  24:4,15 25:19 28:18
  29:2,8 30:9,12,15
  31:7 36:23 37:4
  40:11 45:22 46:11
  75:2 85:15 98:7
  112:18 129:5
  131:20 134:10,12

149:3 153:12
155:19 157:8 158:9
161:9,25 168:17
174:24 176:23
177:6 185:10
187:25 188:4
200:25 202:18
207:20 208:14,24
211:7 213:23
231:17 235:1,25
236:1 240:16,19
241:18 244:13
247:19 248:24
252:3 254:21
255:15 259:21
263:16 267:20
271:1 280:9 281:11
290:14 292:5
305:11
**year** 19:8,16,23 25:16
  28:4 29:1,25 31:3
  35:20 110:17
  126:14,17,18,23
  139:12 200:19
**years** 19:23 20:3
  21:13,14,18 22:5
  25:6 27:1,11,16
  32:17 35:24 43:4,8
  43:11 88:23 100:20
  101:5 126:15 157:6
  175:13 180:25
  182:3 185:20 196:8
  206:8,9 211:4 212:6
  212:6,7 223:23
  225:1 227:21
  244:19 267:16
  269:16
**yeas** 52:10
**yesterday** 10:20
  230:25 231:16
**young** 2:19 8:12
  178:4 279:12
**Yup** 265:3

**Z**

**Zaffirini** 94:1

**0**

**00:23:48** 308:15
**00:39:08** 308:16
**000119** 247:2
**01:51:59** 308:16
**03** 84:6,8,12 89:11
  159:1,2
**04:11:07** 308:15
**05** 84:6,12 89:11
**06** 159:1
**07** 31:22 70:10 84:6
  84:13 89:11 146:6
**09** 31:22 70:10 75:14
  89:23 146:7

**1**

**1** 5:5 36:17,18 42:4
  42:13,18 43:3 46:24
  93:18,22 119:25
  120:2,3,5,8 169:11
  281:21,22
**1-14-09** 5:11
**1-24-11** 6:11
**1-25-11** 6:13
**1-26-11** 6:17
**10** 5:15 10:6 27:1
  111:22,23 133:23
  157:5 212:6 216:22
  218:1,17 244:19
  289:9,20 290:3,10
**10-plus** 212:7
**100** 176:25
**10s** 126:5
**11** 5:16 27:16 46:6,12
  47:17 53:9 96:17
  115:24,25 212:6
  290:3
**111** 5:15
**115** 5:16
**12** 5:17 167:24,25
  172:19 178:16
  219:21 265:6 270:7
**12-31-15** 308:23
**122** 308:24
**123** 291:14,23,24
**1243** 265:2

**12548** 3:9
**12th** 308:24
**13** 5:19 21:18 25:6
  94:15 112:15 113:6
  113:7 182:10,17
  184:1 207:7,9
  219:22
**132,000** 286:5
**1372** 38:14
**14** 5:15,20 11:6 21:13
  21:13,18 22:5 25:6
  32:20 36:11 46:24
  47:5 62:13,17
  101:12 104:19
  106:9,20 108:2,15
  108:25 110:21,25
  111:7,11,24 112:5
  113:19 114:20,23
  115:12 118:20,23
  118:24,25 123:5,20
  124:6,20 128:19
  129:1,14,18 132:14
  134:5,18,21 135:12
  135:23 137:16,21
  139:8,21 140:4,8
  141:9 143:13,18
  144:22 145:3,13
  148:6,10 149:8,15
  149:24 150:10,12
  150:22 151:4,22
  152:3,21,25 153:4,8
  153:19 154:4,7,17
  155:18,20 156:2
  164:10,18 165:10
  165:16 166:4 168:3
  168:22 169:3 170:7
  170:10 171:16
  173:2,24 174:10
  175:3,8,14 177:22
  179:2,22 180:8
  181:5,17,23 182:15
  186:11 188:21,24
  189:20 190:5,14
  191:11 192:17
  194:8,15 200:23
  201:4,11,15,18

216:12,14 223:16
  236:9 246:11 253:2
  253:5 256:21 265:6
  267:3 277:19
  280:23 286:16,19
  287:3,15,16 288:10
  288:15,24 289:16
  290:16,17,25
  293:25 298:25
  299:15,20 301:6,14
  301:18 306:13
**14-permitted** 289:2
**140** 124:22 125:4
**15** 5:22 26:11 51:17
  182:22 217:6,15
  267:14 268:8,10,13
**15.0025** 270:12
**152** 130:24
**1520** 1:21 3:3
**16** 5:23 21:13 27:1
  218:7,9 244:18
**16.07** 65:13 66:20,24
**161** 263:22
**167** 5:17
**17** 6:1 218:21,23
  222:16 297:19
**18** 6:2 27:1 47:15
  93:3 94:15 219:12
  219:14 244:19
**1875** 2:21
**188** 4:7
**19** 6:4 220:2,4 292:8
  292:11
**19-12** 96:20
**1966** 157:4,6
**1971** 5:20 210:22
  216:20 217:13
  224:9
**1972** 210:22 224:10
**1973** 5:22 210:22
  217:23 218:4
  224:10
**1975** 5:23 210:22
  218:14,19 224:10
**1977** 6:1 210:22
  219:3 224:10

**1978** 19:9,21 210:23
  224:10
**1981** 210:23 213:21
  219:19 220:22
  224:10 226:3,13
**1982** 6:2
**1983** 220:18,21
**1984** 210:23 224:10
**1985** 6:4,5 210:23
  220:8 221:10
  224:10
**1986** 210:23 224:10
**1987** 6:7 210:23
  221:24 224:11
**1989** 6:8 210:23
  222:14 224:11
**1990** 210:23 224:11
**1992** 210:24 224:11
**1996** 26:1

---

**2**

**2** 4:5 5:6 9:9 38:9,10
  43:16 94:8,14 126:6
  126:10 158:4
  168:10 172:20
**2,920-mile** 243:5
**2:13-cv-193(NGR)**
  1:5
**20** 6:5 53:9 112:25
  113:4 182:22
  220:25 221:2,7
**200** 195:19
**2000** 21:17 22:15
**20006** 2:21
**2002** 26:4
**2003** 27:21 28:12
  88:22 210:25
  224:13
**2005** 28:19,24 88:22
**2006** 36:24 158:12,21
  159:14
**2007** 5:19 29:3,10
  31:13 32:9,17 34:5
  35:20 36:22 37:12
  38:11 39:16 40:2,3
  41:5 51:17 53:11,18

57:20 60:17 67:8,14
  67:21 70:7 88:22
  140:10,22 142:10
  143:7 146:9 196:22
  207:13
**2008** 303:24
**2009** 6:10 29:15,22
  53:19,20 57:20
  61:21,25 62:13,25
  64:2 66:14 69:11,11
  69:16,19,20 70:6,13
  71:20 72:7,12 73:7
  75:12 76:7 77:13,19
  79:24 80:15 81:12
  82:21,25 84:2,6,10
  84:15,24 85:7 88:22
  89:18,21 91:2,4,21
  92:7,17 93:3 96:17
  97:22 98:12 99:7,10
  140:9,22 142:10
  143:7 187:2 196:22
  210:3,12 213:2
  214:6 223:2,18
  224:1 293:19 296:2
  296:15 297:9,18
  306:24
**2010** 146:21 185:15
**2011** 30:4,10 90:1,5,8
  90:11,13 107:6
  109:10,11 110:1,5,7
  110:17,18 118:11
  118:14,18,21 120:4
  120:10,12,18,25
  121:1,6,19 122:7,10
  122:16 125:11,21
  126:2 129:25
  131:17 132:6 134:6
  134:9,14,18 137:3
  139:18 141:2,17
  142:24 143:13
  144:2,4 146:21
  155:21 167:14,22
  168:3 170:2 196:22
  242:10 264:23
  293:20 303:5
**2012** 32:21 130:24

TOMMY WILLIAMS
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7/29/2014

47

135:9 185:15 303:4
303:24
**2013** 25:18 110:18
120:3 130:15,20
131:7,11 137:5
**2014** 1:13,18 4:3 5:3
308:18
**202.663.6262** 2:22
**20530** 2:5
**206** 4:8
**207** 5:19
**20th** 213:12
**21** 6:7 221:18,20
**213.808.5700** 2:12
**216** 5:20
**217** 5:22
**218** 5:5,23 6:1 32:9
32:22 33:10,12 34:5
34:9 36:20 39:2,5
40:5,10,21,23 41:9
41:19 42:15 43:13
44:18,23 46:3 47:11
47:18 48:8,13,17
49:14 50:23 51:21
52:2,7 53:7 60:18
60:20 68:3,4,7
140:10 146:8
**219** 6:2
**22** 6:8 40:1 222:8,10
**220** 6:4,5
**221** 6:7
**222** 6:8,10
**23** 6:10 19:21 181:25
182:17 183:25
222:22,24
**24** 6:11 39:23 223:3
223:11 231:18,22
240:25 241:2
245:25 246:3
269:24
**240** 6:11
**246** 6:13
**25** 6:13 134:9,18
155:21 183:25
246:7,10 262:17,20
**254** 199:25 247:6

273:6 274:23
**255** 247:4,7
**257** 6:15
**26** 6:15 38:11 257:14
257:16 264:23
**264** 6:17
**27** 6:17 264:13,16
291:10
**279** 4:9
**28** 6:18 118:11,17
280:25 281:2
**280** 6:18
**281.380.6310** 2:17
**29** 1:13,18 4:3 5:3
6:20 275:22 294:19
294:21 295:8,11
**2900** 243:5
**294** 6:20,21
**295** 6:23
**2nd** 16:11

___

**3**

**3** 5:7 39:17,18 42:12
42:23 43:20,24
45:20 55:8,9 126:7
178:19 258:3,7
296:4
**3-18-09** 5:13
**30** 6:21 90:18,21,22
139:22 147:10
245:13 289:25
294:25 295:16,19
297:4,5,22,23 298:3
305:20
**302** 6:24 7:1
**308** 4:14
**31** 6:23 93:19 235:23
235:24 295:7,16,22
295:23
**31st** 308:18
**32** 6:24 302:15,23,24
303:3 304:13,16
305:4,7
**33** 7:1 302:15,23,25
303:4 304:3,17
305:8,15

**36** 5:5
**362** 5:10 53:24 54:4,6
60:10,15,19 61:5,10
69:25 70:7 71:18
93:10,15,23 95:1,9
95:12,16,23 96:5,16
96:18 97:1,5,10,18
140:9 240:3 293:25
**363** 308:24
**37th** 2:10
**38** 5:6 45:12 147:8
289:22
**39** 5:7
**3rd** 16:11

___

**4**

**4** 5:9 26:6,9 44:6
51:15,16 96:13
169:12 259:15
297:25 298:1
304:13 305:4
**4-14-17** 308:22
**4-26-07** 5:6
**4/7ths** 259:14
**4038** 308:23
**4201** 2:15
**43** 126:7
**44** 263:9,9,15,22
**45** 263:16,17

___

**5**

**5** 5:10 9:12,18 10:25
16:3,7 32:16,21
33:1,11 39:19 44:9
54:1,2 55:17 156:12
156:13,21,25 158:1
158:3 168:9 292:12
293:1
**5-15-07** 5:9
**5,000** 35:3 252:22
**50** 195:11,13
**51** 5:9
**512.463.2197** 3:11
**519** 259:15
**519,514** 259:9
**521.142** 115:2
**521.1425** 116:6,17

**521.421** 115:6
**521A.001** 113:1
**530** 2:15
**54** 5:10
**56** 116:4
**57** 116:13 118:10
**591** 93:5
**592** 93:15 96:12
**5th** 2:10

___

**6**

**6** 5:11 30:7,17,18
31:1 44:10 55:8,9
57:6 58:17 62:11,12
169:9 210:4,7
225:17
**6-8-09** 5:14
**6(a)** 56:17
**6:30** 299:4
**6:45** 1:19 307:10
**60** 90:24
**61-and-a-half** 260:2
**62** 5:11 180:24
**63** 305:18
**63.010** 56:1
**63.0101** 61:4
**63.0101(a)** 42:24
55:13,18,23 56:2,9
**63.0101(b)** 55:14
59:4
**633** 2:10
**64** 5:12
**65** 247:12 261:22
284:23
**66** 126:8,10
**678,560** 258:9
**67th** 220:15
**68** 304:3 305:18
**68th** 220:14
**69** 39:20 297:19

___

**7**

**7** 5:12,16 30:7,17,20
45:23 64:13 65:3,5
66:1 112:25 116:1
172:19 221:12
222:1 259:12,13

304:23
**7-9-12** 5:7
**7:00** 275:24 276:17
**70** 296:13 305:17
**71** 40:1,2 305:17
**713.225.8919** 3:4
**713.653.7100** 308:25
**72** 40:18
**7254** 2:4
**73** 217:24
**75** 305:16
**77** 128:21 129:3,14
**77002** 3:3
**77060** 308:25
**77068** 2:16
**78711** 3:10

**8**

**8** 5:13 30:23 93:1,2
   93:19 99:10 178:15
   178:18
**80** 305:18
**800.258.3931** 2:6
**808** 1:21 3:3
**80th** 36:24 62:18
   65:6
**81** 20:6
**81st** 62:19
**82** 20:6
**82nd** 118:10 120:6
**844** 259:16
**844,713** 258:8 259:9

**9**

**9** 4:6 5:14 99:8,9
   114:23 219:6
**9-14-11** 5:17
**9:39** 1:19
**90071** 2:11
**93** 5:13
**950** 2:4
**99** 5:14