**Page 1**

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
MARC VEASEY, et al.,          )
            Plaintiffs,       )
                              )
v.                            ) Civil Action
                              ) No. 2:13-cv-193(NGR)
RICK PERRY, et al.,           )
            Defendants.       )
_____  )
                              )
UNITED STATES OF AMERICA,     )
            Plaintiff,        )
                              )
TEXAS LEAGUE OF YOUNG         )
VOTERS EDUCATION FUND,        )
et al.,                       )
                              )
            Plaintiff-        ) Civil Action
            Intervenors,      ) No. 2:13-cv-263(NGR)
                              )
TEXAS ASSOCIATION OF          )
HISPANIC COUNTY JUDGES AND    )
COUNTY COMMISSIONERS,         )
et al.,                       )
            Plaintiff-        )
            Intervenors,      )
                              )
v.                            )
                              )
STATE OF TEXAS, et al.,       )
            Defendants.       )
_____  )

*************************************************
            ORAL DEPOSITION OF
               SHERRI ZGABAY
               JUNE 9, 2014
*************************************************
      ORAL DEPOSITION OF SHERRI ZGABAY, produced as a
```

**Page 2**

witness at the instance of Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on June 9, 2014, from 1:03 p.m. to 2:21 p.m. before Kim Seibert, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of DECHERT LLP, 300 West Sixth Street, Suite 2010, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and/or the provisions stated on the record or attached hereto.

**Page 3**

A P P E A R A N C E S

FOR PLAINTIFF UNITED STATES OF AMERICA:
  Ms. Jennifer L. Maranzano (By Telephone)
  U.S. DEPARTMENT OF JUSTICE
  Civil Rights Division
  950 Pennsylvania Avenue, NW
  NWB Room 7254
  Washington, DC 20530
  (202) 305-4355
  jennifer.maranzano@usdoj.gov

FOR THE VEASEY PLAINTIFFS:
  Mr. K. Scott Brazil
  BRAZIL & DUNN, LLP
  4201 Cypress Creek Parkway
  Suite 530
  Houston, Texas 77068
  (281) 380-6310
  scott@brazilanddunn.com

FOR THE DEFENDANTS:
  Mr. S. Ronald Keister
  OFFICE OF THE ATTORNEY GENERAL OF TEXAS
  P.O. Box 12548
  Austin, Texas 78711
  (512) 463-2197
  ronny.keister@oag.state.tx.us

ALSO PRESENT:
  Ms. Kathleen T. Murphy-Darveau
  TEXAS DEPARTMENT OF PUBLIC SAFETY
  5805 North Lamar Boulevard
  Austin, Texas 78752
  (512) 424-2420
  kathleen.murphy@dps.texas.gov

REPORTED BY:
  Kim Seibert, CSR, RPR
  U.S. Legal Support, Inc.
  Austin Centre
  701 Brazos, Suite 380
  Austin, Texas 78701

**Page 4**

INDEX

Appearances.................................

SHERRI ZGABAY

Examination by Mr. Brazil........................  5
Examination by Ms. Maranzano................  43
Witness' Signature Page......................  55
Reporter's Certificate.........................  57

EXHIBITS

NUMBER          DESCRIPTION                    PAGE

Exhibit 142   ................................  33
              Fee Table
Exhibit 143   ................................  34
              First Page of On-Line
              Application
Exhibit 144   ................................  36
              Continuation of Introduction for
              On-Line Application
              Process
Exhibit 145   ................................  42
              Application from Website
Exhibit 146   ................................  37
              Instructions for Law Enforcement
              Officer Submitting
              Documentation Asking to
              Initiate Revocation
              Action Because
              Individual No Longer
              Meets the Criteria to
              Hold a Concealed
              Handgun License
Exhibit 147   ................................  40
              House Bill 698

SHERRI ZGABAY                                                      6/9/2014

---

**5**

(Exhibit Nos. 142 through 147 marked.)
                    SHERRI ZGABAY,
having been first duly sworn, testified as follows:
                    EXAMINATION
BY MR. BRAZIL:
   Q.  Good afternoon.
   A.  Hello.
   Q.  Would you state you full name, please.
   A.  My name is Sherri Zgabay.
   Q.  Would you spell your last name?
   A.  Z-g-a-b-a-y.
   Q.  Have you ever given your deposition before?
   A.  I have given one deposition in my lifetime.
   Q.  So you understand the nature of this
proceeding?
   A.  Yes, I do.
   Q.  All right.  Just a couple of rules.  I'll
remind you throughout the process if -- let me finish
my question before you give an answer.  That way the
court reporter can take down a full question and a full
answer.  And say "yes" or "no" or give verbal responses
rather than a nod of the head.  Fair enough?
   A.  Fair enough.
   Q.  If you do not understand one of my questions
for any reason, just say, "Scott, stop, back up,

---

**6**

rephrase," whatever.  Fair enough?
   A.  Fair enough.
   Q.  How are you currently employed?
   A.  I am the manager with the licensing and
registration service with the Texas Department of
Public Safety.
   Q.  How long have you held that position?
   A.  I have been in this particular position since
August of 2010 -- July of 2010.  Excuse me.
   Q.  And before that, how were you employed?
   A.  I began working at the Department of Public
Safety in July of 1987.
   Q.  Have you always been in that area or that
division?
   A.  No, sir.  I've worked in a number of different
positions within the department.
   Q.  Okay.  What do you currently do in your
current position?
   A.  In my current position, I am the manager for
the licensing area.  Our responsibilities are to
process all incoming applications for various different
types of licensure that the department regulates.
   Q.  Such as?  What are some of those?
   A.  Concealed handgun is one, private security,
ignition interlock.

---

**7**

   Q.  I'm sorry?
   A.  Ignition interlock.  We also have controlled
substances, capitol access pass, metals registration.
   Q.  What was the last one?
   A.  Metals registration.
   Q.  Metal?
   A.  Metals.
   Q.  You have to explain that one.
   A.  Metals registration are companies that
purchase recycled metal, and they must be licensed by
the State of Texas to do so.
   Q.  Okay.  And capitol access, I assume you mean
access to the capitol?
   A.  Yes, sir.
   Q.  Certain restricted areas?
   A.  It's not a restricted area.  Capitol access is
a program specifically designated by statute that
allows individuals to go through a particular line at
the capitol.  They have the same access that any other
customer has; they just have a different entrance line.
   Q.  And why would they apply for that type of
license?  What benefit do they receive?
   A.  The benefit is, you do not have to go through
the same longer lines that have metal detectors.
   Q.  You skip some of the security?

---

**8**

   A.  Well, your security is done in advance.
   Q.  Okay.  Controlled substance license, that's
someone who handles controlled substances, --
   A.  Those are --
   Q.  -- like a pharmacy?
   A.  Yes, sir.  Pharmacies, physicians,
veterinarians, anyone that is going to dispense,
distribute, manufacture, or write prescriptions for
controlled substances.
   Q.  Ignition interlock?
   A.  Ignition --
   Q.  Why would someone need a license for one of
those?
   A.  Well, our role is to actually certify or
authorize the service center or the vendor that
installs the ignition interlock device.
   Q.  So if a court orders someone to have that
installed on their car as a result of a DWI, DPS
licenses the company that would install that device?
   A.  We license the vendor that would install that
device, the facility.
   Q.  Okay.  And private security would be -- is
that the same as a private investigator's license?
   A.  It would include private investigator,
commissioned/noncommissioned guards, alarm installers,

---

SHERRI ZGABAY
6/9/2014

9

1  locksmiths.  There's a myriad of professionals in that
2  particular industry that must be licensed.
3      Q.  Okay.  And then the other area was, obviously,
4  concealed handgun?
5      A.  Yes, sir.
6      Q.  All right.  Do the other areas that we just
7  spoke of, capitol access and metal -- metal regulation,
8  do they -- does the DPS issue photo IDs to those
9  entities or those persons?
10     A.  The other programs that I mentioned do not
11  have photo identification cards of any sort issued.
12  They're issued a certificate, say, paper form without a
13  photo to conduct business, with the exception of
14  private security.
15     Q.  Okay.  I was just about -- and the private
16  security area, they do receive a photo -- photo
17  identification type card?
18     A.  They receive a card.  It's referenced as a
19  pocket card, and it is used in a limited capacity.  It
20  does have the photo on it, produced on the actual
21  laminated card.
22     Q.  To your knowledge, can they use that as a
23  photo ID to vote?
24     A.  I am not aware that that can be used as an
25  identification document for voting.

10

1      Q.  Can they board a plane using that ID?
2      A.  I do not know if they can use that to board a
3  plane.
4      Q.  Okay.  All right.  Let's talk about the
5  concealed handgun process in Texas.  What is, just
6  generally, the application process to obtain a
7  concealed handgun license in Texas?
8      A.  The application process allows individuals to
9  submit an application either on-line or a paper
10  application that can be mailed or delivered to the
11  department headquarters in Austin.  There is a fee
12  associated with the application.  Each individual must
13  provide different forms of documents depending on their
14  particular situation or scenario.  And in some cases
15  they are required to provide proof that they have
16  attended a training class.
17     Q.  Okay.  Are fingerprints required?
18     A.  Yes, sir.  That is additionally part of the
19  application process.  The department -- upon receipt of
20  the application, we will conduct a full background
21  check on the individuals.  They must submit electronic
22  fingerprints as a condition or part of the application
23  process.
24     Q.  Do you have to be a Texas resident to receive
25  a Texas CHL?

11

1      A.  No, sir.
2      Q.  If I'm a resident of Louisiana, what would the
3  application process be like for me?  What additional
4  information would be required?
5      A.  The application process for a -- an
6  out-of-state resident is very similar to the
7  application process for a resident of Texas.
8  Out-of-state applicants will be asked to provide a copy
9  of their out-of-state DAR license or identification as
10  well as two passport-style photos to use for the
11  production of the actual card.
12     Q.  Okay.  And they will also be required to
13  submit fingerprints?
14     A.  Yes, sir.  They must still submit the
15  fingerprints, applicable fees, and any applicable
16  supporting documents.
17     Q.  And those -- and they will undergo a
18  background check as well?
19     A.  Correct, yes, sir.
20     Q.  Okay.  Does Texas have a reciprocity with
21  other states?
22     A.  We do have reciprocity with other states.
23     Q.  If I -- can you just name one state that we
24  do?
25     A.  Certainly.  New Mexico.

12

1      Q.  Okay.  If I hold a CHL from New Mexico, can I
2  also apply for a CHL in Texas?
3      A.  Yes.
4      Q.  And is there any difference in the application
5  process since I already hold one from a -- from
6  New Mexico?
7      A.  No, sir, there is no difference in the
8  application process based on whether or not the
9  individual currently holds a concealed handgun license
10  from another state.
11     Q.  All right.  So it's the same?
12     A.  Exactly the same.
13     Q.  Okay.  But the reciprocity just allows me to
14  carry a concealed handgun in Texas using the New Mexico
15  concealed handgun license?
16     A.  Yes.
17     Q.  Okay.  Do I have to do a -- go through a
18  registration process in Texas?  If I -- if I move to
19  Texas from New Mexico and I have the CHL from
20  New Mexico, do I need to do something to transfer that
21  to Texas?
22     A.  No, sir.
23     Q.  Okay.  So when it expires in New Mexico, then
24  it expires period?
25     A.  Correct.

SHERRI ZGABAY                                            6/9/2014

---

13

1  Q.  Okay.  Do you have to be a US citizen to get a
2  concealed handgun license in Texas?
3  A.  No, sir, you do not.
4  Q.  So there's no requirement that I submit proof
5  of US citizenship to get a CHL?
6  A.  We do require the individual to provide either
7  proof of citizenship or proof that the individual is
8  legally in this country.
9  Q.  Okay.  So you either have to be a US citizen
10 or you have to be here legally to obtain a CHL in
11 Texas?
12 A.  That is correct.
13 Q.  Okay.  And what proof or documents would I
14 need to show the DPS to meet those requirements or to
15 meet that requirement?
16 A.  The application asks that the individual
17 provide us with information about their country of
18 birth.  And if the individual indicates that they were
19 born -- a US-born citizen we do not ask for any
20 additional documentation.
21 Q.  Okay.  So if I complete a CHL today in June
22 of 2014, a CHL application, and I check that I am a
23 US-born citizen, no additional information is required?
24 A.  If you indicate that you were born in the
25 United States by listing your place of birth as being

---

14

1  in the US.  We don't have a specific question asking if
2  the individual is a US-born citizen.  We are able to
3  determine that by the place of birth.
4  Q.  Okay.  So if I indicate a place of birth that
5  indicates I'm a US citizen, no other information is
6  required by DPS?
7  A.  That is correct.
8  Q.  What if I misrepresent that; I checked I was
9  born in Boston or, you know, in Fayetteville, Arkansas?
10 Do you do anything to verify that?
11 A.  Well, we conduct a complete background check,
12 including a federal background check, and any
13 misrepresentation or information that we determine on
14 an applicant is fraudulent would be grounds for denial
15 of that application.
16 Q.  Okay.  So you do check to see if, in fact,
17 that applicant is a US citizen by doing the background
18 check?
19 A.  The background check may contain information
20 that would indicate if the person is a US citizen or
21 not.
22 Q.  Okay.  Could the background check not indicate
23 either way?
24 A.  I would have to think about that.  I'm not
25 certain that I can really answer that, because the

---

15

1  background information is generally obtained -- or not
2  generally.  It is obtained from various sources.  So it
3  would be dependent upon those sources, including some
4  of the FBI records.  And I can't really speak to what
5  specifically would be contained in those.
6  Q.  Okay.  That was my next question.  Generally,
7  what sources do -- does the DPS obtain their background
8  check information?
9  A.  We have two primary sources, several
10 secondary.  But the two primary are the criminal
11 history in Texas and the federal or FBI background
12 check, which includes criminal history and other
13 relevant information for the purchase, sale, possession
14 of a firearm or ammunition under the Brady Act.
15 Q.  And you said there were some secondary
16 sources?
17 A.  Well, the secondary sources would -- an
18 example of that would be an individual in Texas must
19 be -- cannot be delinquent -- finally delinquent in
20 payment of child support.  So that isn't a criminal act
21 necessarily as far as a conviction, but there are some
22 other types of things that are not related to criminal
23 activities specifically that we're required to conduct
24 background check on.
25 Q.  Okay.  Other than child support, can you think

---

16

1  of any others?
2  A.  Yes.  Actually, individuals also must be
3  qualified to safely possess or handle a firearm.  And
4  there are some specific psychiatric requirements,
5  medical, those types of things.
6  Q.  Okay.  Child support, medical.  Any others
7  that are noncriminal that you can think of?
8  A.  I can't think of any off the top of my head.
9  Q.  Fair enough.  And the criminal history check
10 for Texas, that's -- that's maintained by DPS?
11 A.  Yes, sir, it is.
12 Q.  Okay.  And then you said there was a federal
13 or the FBI criminal database?
14 A.  Correct.
15 Q.  Okay.  If someone were, let's say -- well,
16 first of all, how old do you have to be in Texas to
17 obtain a CHL?
18 A.  The law requires an individual to be at least
19 21 years of age unless the individual meets the
20 exceptions under military, which is 18.
21 Q.  Okay.  Let's say someone applies at age 21 for
22 a CHL in Texas and has never been in trouble in any
23 state and you do a background check, would it indicate
24 to you where that person was born, or do you know?  If
25 you don't know, just say you don't know.

---

SHERRI ZGABAY                                                    6/9/2014

---

17

1   A. I don't know.
2   Q. Okay.
3   A. In thinking about it, I don't know.
4   Q. Okay. So I -- you do not need a Texas
5   driver's license to apply for a Texas CHL?
6   A. That is correct.
7   Q. Okay. And there is no specific requirement
8   that I or that someone applying for a CHL provide a
9   birth -- certified copy of their birth certificate or
10  passport, anything of that sort?
11  A. I'm sorry. Restate that question one more
12  time, please.
13  Q. Sure. When someone applies for a CHL in
14  Texas, there's no requirement by DPS that they provide
15  a certified copy of their birth certificate or a copy
16  of their passport, anything of that sort?
17  A. There are circumstances where we would ask for
18  those types of documents. It is truly specific to each
19  individual and what types of information they provided
20  on the application. And in the course of the
21  background check we may be required -- it may be
22  necessary to obtain additional information. So I can't
23  say absolutely, no, we would never ask for those
24  things. But those are not items that we would ask for
25  in the normal course of an application.

---

18

1   Q. All right. If I am a temporary resident, like
2   I'm a student here on a student visa or something, can
3   I obtain a CHL?
4   A. The individual may obtain a CHL if they are a
5   temporary -- as you stated, such as a student, provided
6   that they meet the qualifications to possess a firearm.
7   They must be federally qualified to possess a firearm.
8   Q. If I am a nonresident, noncitizen, can I apply
9   for a CHL?
10  A. Let me say this. Nonresident, noncitizen?
11  Q. Right. I'm not a resident of Texas. I'm not
12  a US citizen. Can I apply for a CHL?
13  A. Yes, provided that the person meets all of the
14  background requirements, including federally qualified
15  to possess a firearm.
16  Q. But what if I'm not born in the United States?
17  Can I still possess a -- or obtain a CHL?
18  A. Yes, provided they meet the requirements for
19  possessing a firearm. You must be federally qualified
20  to possess the firearm.
21  Q. Okay. And being federally qualified means I
22  have to be a US citizen or a legal resident?
23  A. No.
24  Q. Okay. So just so I'm clear -- I want to move
25  on.

---

19

1   A. Sure.
2   Q. So in Texas you can obtain a CHL without being
3   a US citizen and without being a legal resident?
4   A. You do not have to be a legal resident. You
5   just must be legally in this country. You could be a
6   legal visitor.
7   Q. Of some sort?
8   A. Of -- correct.
9   Q. Okay. And how long is a CHL? What's the
10  term, four years?
11  A. It is four years for the initial CHL, and then
12  it becomes a five-year renewal cycle after that.
13  Q. Okay. Is the renewal -- can that be done
14  on-line?
15  A. Yes, sir.
16  Q. Is there a time period or a renewal that has
17  to be done in person?
18  A. There is no renewal that has to be conducted
19  in person. The first part of your question, I believe,
20  was a timeframe?
21  Q. Yes. For example, for a driver's license you
22  have to go in every so many renewals. I don't remember
23  how many. Is it the same for CHL, or can you just
24  continue to renew on-line?
25  A. No, you can continue to renew on-line.

---

20

1   Q. When you first obtain a CHL, it's four years;
2   after that, it's five-year renewals?
3   A. Yes, sir.
4   Q. Okay. Is there only one type of CHL for the
5   public?
6   A. You may have to clarify. What do you mean by
7   that?
8   Q. Well, I understand you can qualify with an
9   automatic or with a revolver. But other than that, is
10  a CHL for a member of the public -- there's just one
11  type?
12  A. There is only one type of concealed handgun
13  license.
14  Q. All right. Is the one that's issued for the
15  private investigators and the private security, is it
16  the same as the CHL that a member of the public would
17  carry?
18  A. No. No.
19  Q. All right. Because their -- their license
20  allows them to display the weapon, I assume?
21  A. Under the Private Security Act versus
22  concealed handgun, there are some commissioned -- as
23  defined in statute, commissioned private security
24  pocket cards or registrations, as you would call them.
25  And those allow those individuals to carry some

---

21

concealed, some not concealed, but in a different manner and completely different laws for those individuals versus the laws specific for concealed carry.

Q. Okay. But the member of the public that receives a concealed handgun license, the only difference would be either revolver or -- I forget how it's designated; all types. I don't remember.

A. Well, that used to be the case, yes, sir. But --

Q. Has that changed?

A. That did change in June of 2013. New legislation passed that category or weapon type is -- you're referring to semi-auto or non-semi-auto, also known as revolver, is no longer applicable.

Q. So once you qualify, you qualify?

A. That is correct.

Q. Okay. So before that, you had to -- if you qualified with a revolver, that's all you could carry. You're saying now you can qualify with either an automatic or a semiautomatic or a revolver and carry either?

A. That's correct.

Q. Who maintains the database for all the CHLs in Texas? Is that DPS?

22

A. The department maintains that database, yes, sir.

Q. Is that a separate database, separate and apart from the driver's license database?

A. Yes, it is.

Q. Okay. And do you currently know approximately how many individuals hold a Texas CHL?

A. There are just over 700 active. I don't have the specific number off the top of my head, but it's been just over 756,000, I believe, and some change in the last couple of weeks.

Q. Okay. And how many of those approximately 750,000 individuals hold a Texas driver's license?

A. I do not know those numbers.

Q. How many of them are non-Texas residents?

A. I also do not know how many are non-Texas residents.

Q. How many of them are here in the United States legally?

A. I'm sorry. Repeat that one more time.

Q. How many of those or what percentage of those are here in the United States under some kind of, you know, work visa or student visa, something like that; do you know?

A. I don't have those, no, sir.

23

Q. Is that database searchable?

A. The database is searchable for certain criteria for some things.

Q. Can you search it by age, race? What are the categories or what are the search areas?

A. There are a few that are statutorily mandated, such as those that you spoke to. There are statistical reports available that we produce as part of a statutory requirement. Age, county, zip code, sex, and, I believe, race. There are four reports to -- four different reports that we produce and one of them a dual category.

Q. And who is that report -- or who are those reports produced for or to?

A. They're made available for the general public on-line.

Q. What are the circumstances under which a CHL will be suspended or revoked?

A. Certainly. There are a number of different circumstances that could apply for suspension or revocation. Suspension is generally the first type of enforcement action -- administrative enforcement action the department would take. And those are based upon notification that the individual meets a specific criteria outlined by statute that meets the

24

qualification or the criteria to be suspended.

An example of that would be DWI. If a person were arrested and charged with a Class B misdemeanor such as a DWI, then that would -- individual would be subject for a suspension of their concealed handgun license.

Q. They would -- would they be sent a letter that says your license is suspended or will be suspended in X number of days?

A. Yes, sir. Standard rules, civil practice, I believe, is the reference to it, are applied. We are required statutorily to submit written notice to the individual advising that suspension action is being initiated. The individual has the opportunity to request an administrative hearing within, of course, a certain timeframe. And those hearings are held before a justice of the peace court in the county where the person resides.

Q. And that's under the suspension category?

A. Correct.

Q. What other types of activities would result in a suspension?

A. Suspension -- to be quite honest, off the top of my head, the ones that come to mind the most are those that charged with a particular offense.

SHERRI ZGABAY                                                    6/9/2014

25

1   There are a few others.  I cannot call them off the top
2   of my head specifically of the exact reasons.
3       Q.   What about delinquent child support?
4       A.   Delinquent child support would fall, I
5   believe, more in the category of revocation.  The
6   suspension and revocation are very close to the same,
7   so -- I don't want to speak out of turn without the
8   statute in front of me to refresh my memory on which
9   specific one falls in which category.  The difference
10  between the two are generally the suspension has a
11  specific timeframe, and the revocation may not,
12  depending on how long that -- or I have it backwards.
13  Excuse me.
14          The revocation has a specific timeframe
15  and the suspension is generally, for example, pending
16  the outcome of a disposition.
17      Q.   So if they get a notice of revocation, that
18  means their license has been revoked?
19      A.   The procedure is the same for a notice of
20  revocation.  The individual is notified by certified
21  mail that the department is initiating a revocation
22  action.  The person also has the opportunity to request
23  an administrative hearing.  The procedure is very
24  similar, just the elements of the case may be slightly
25  different.

26

1       Q.   Okay.  When would the -- or strike that.
2          What -- what circumstances would result
3   in a law enforcement officer confiscating a CHL, taking
4   physical possession of a CHL?
5       A.   Repeat the question one more time.
6       Q.   Sure.  Is there a time when you're stopped for
7   a traffic violation, you go into a DPS office, that
8   you -- any time you've used or show your CHL, is there
9   a time when the officer, whether it be a trooper or
10  local law enforcement officer, would confiscate or take
11  possession of that CHL?
12      A.   In the situation of a traffic stop, the
13  officer may have the CHL in his or her possession.  I
14  believe the statute specifically says that the officer
15  may ask for the individual to surrender the CHL in
16  limited circumstances, specifically when that person is
17  being arrested.
18      Q.   Okay.  Is there a time when a traffic citation
19  is issued and the officer would take possession of the
20  CHL because it's -- had been revoked or had -- was in
21  suspension, or do you know?
22      A.   I do not know.
23      Q.   Okay.
24      A.   Probably be more appropriate to the specific
25  law enforcement agency that makes that stop.

27

1       Q.   Does DPS ever send out a letter either as a
2   suspension or a revocation matter and request that the
3   CHL be returned to DPS?
4       A.   Yes.
5       Q.   Okay.  So that is part of the process, is that
6   you request that they return that CHL?
7       A.   Once the -- the final action is taken and the
8   suspension or revocation goes into effect, the
9   individual is instructed in that written correspondence
10  to return the license to the department.
11      Q.   What happens if that individual does not
12  return the CHL?
13      A.   The statute provides the department with some
14  guidance, authority, to take additional enforcement
15  action against the individual.  And that's -- that's
16  the only one that I can recall off the top of my head.
17      Q.   Okay.  Does that mean there's a criminal
18  penalty associated with not returning the CHL?
19      A.   I'm not familiar whether there is a criminal
20  penalty attached to that or not.
21      Q.   Okay.  And that request to return the CHL is
22  only after a final action has occurred?  I mean, while
23  the license is in suspension, I assume they keep
24  possession of it?
25      A.   Say that one more time.

28

1       Q.   Sure.  The only time that it's asked -- the
2   only time that DPS asks someone to return the CHL is
3   when there's a final disposition of the CHL?
4       A.   We ask the individual to return the CHL or
5   surrender the concealed handgun license when we are
6   initiating action.  If the person requests a hearing
7   that stays the action pending the outcome of the
8   administrative hearing, then the individual is not
9   required to return the license or to surrender it until
10  the disposition of that administrative hearing.
11      Q.   If they do not require -- strike that.
12          If they do not request a hearing when
13  they get a suspension letter, then when that becomes
14  final DPS requests it back?
15      A.   The -- it's included all in the same letter.
16      Q.   Okay.  So if it's --
17      A.   If you choose not to request a hearing, please
18  surrender your license within -- and it gives a
19  specific timeframe.
20      Q.   Okay.  Do you know if during a traffic stop
21  when the officer takes your license and runs it through
22  whatever database, does it show whether or not that
23  person carries a concealed handgun or has a CHL by just
24  using my driver's license?
25      A.   Yes.  When the officer conducts the traffic

SHERRI ZGABAY                                                                    6/9/2014

29

1  stop in that scenario you've given, then, yes, the
2  officer will be -- receive in the return as you spoke
3  to whether or not the person is a licensed concealed
4  holder in Texas.
5      Q.  Just by virtue of my driver's license?
6      A.  I can't say by virtue of your driver license,
7  because --
8      Q.  You know, they go back to their computer and
9  they type --
10     A.  Right.
11     Q.  -- in your driver's license number --
12     A.  But sometimes that's not by license number;
13 it's by your name.
14     Q.  Okay.  They put in my name, they put in my
15 driver's license name.  Does it come up on their screen
16 that I have a CHL?
17     A.  When the officer can -- I guess, more
18 appropriately, when the officer conducts the -- the
19 traffic stop and runs the person's information, whether
20 it be their driver license number, whether it be their
21 name and date of birth for somebody who may not have
22 their driver license on them at the time, based on the
23 information provided by the person who has been
24 stopped, the officer will be provided information as to
25 whether or not that individual has a concealed handgun

30

1  license in Texas.
2      Q.  Okay.  Even though they have separate numbers
3  and they're separate cards?
4      A.  Yes, sir.
5      Q.  Okay.  Is there a process in the future where
6  those are going to be combined?
7      A.  I'm not aware of a process in the future where
8  those would be combined.
9      Q.  Do you know why they're not combined?
10     A.  I do know the reason they're not combined.
11 It's because the statute doesn't provide for that.  It
12 specifically provides for -- in my case in concealed
13 handguns, specifically a card to be issued for
14 concealed handgun.
15     Q.  Is it because they're getting a driver's
16 license and getting a concealed handgun license require
17 different types of documentation and information, or do
18 you know?
19     A.  I do not know why the statute was crafted in
20 the manner that it was.
21     Q.  How long does it take once the application is
22 received by DPS to issue a CHL?
23     A.  The timeframe can vary based on the applicant
24 and the -- any additional information that might be
25 required from the background investigation.  But the

31

1  statute does require that if no additional background
2  review is required, the department must issue the
3  original license within 60 days and renewals within
4  45 days.  And we are currently meeting those statutory
5  requirements.
6      Q.  If additional information is required, does
7  that extend that time period?
8      A.  Yes, sir.  The statute provides for an
9  additional 180 days.
10     Q.  Is the person notified of the problem that
11 is -- or the reason there's a delay?
12     A.  Yes.
13     Q.  Okay.  Can you use a Texas personal
14 identification card to obtain a CHL?
15     A.  Yes.
16     Q.  The CHL database, is it merged at any point or
17 compared with the driver's license database?
18     A.  No, sir.
19     Q.  But the CHL database would indicate how many
20 CHL holders are also holders of Texas driver's license?
21     A.  No, sir, not necessarily.
22     Q.  Okay.  I thought you said earlier when I was
23 going through the categories that it would tell me how
24 many of those 750,000 held Texas driver's licenses.
25     A.  It tells you their age, their race, their sex,

32

1  the county of residence or the ZIP code of the county
2  of residence or the ZIP code of where the individual
3  lives, but it doesn't contain specific reports that we
4  produce that give you individuals with a Texas driver
5  license versus the out-of-state driver license.  Those
6  are not reports that we specifically produce, if I'm
7  understanding your question correctly.
8      Q.  Yes and no.
9      A.  Okay.
10     Q.  I understand your answer.  My question is, can
11 you run a search to determine how many of the
12 approximately 750,000 CHL holders also have a Texas
13 driver's license?
14     A.  I can -- I know that we can query the system
15 to determine how many of the concealed handgun licenses
16 contain a Texas driver license number or Texas ID card
17 number or an out-of-state number, but I cannot tell you
18 how many of those are valid numbers at any given time
19 because we don't -- the two databases do not interface.
20     Q.  And when you say "valid," do you mean you
21 would not know if the Texas driver's license for some
22 of the 750,000 had expired?
23     A.  That would be correct.
24     Q.  Because you don't merge the two?
25     A.  Correct.

SHERRI ZGABAY                                                    6/9/2014

---

33

1    Q.  Okay.
2        MR. BRAZIL:  What's the next one, 140 --
3    let's see here.
4        THE REPORTER:  142.
5        MR. BRAZIL:  Huh?
6        THE REPORTER:  142.
7        MR. BRAZIL:  142 sounds good to me.
8        THE REPORTER:  Didn't you already mark
9    it?
10       MR. BRAZIL:  Okay.
11   Q.  (BY MR. BRAZIL)  I show you what has been
12   marked as 142 --
13   A.  Okay.
14   Q.  -- and ask you to identify that, please.  It's
15   right there.
16   A.  This particular document is the fee table,
17   sometimes referenced as fee chart.  It is a document
18   that we have available for customers on our on-line --
19   on our website.
20   Q.  This is the different types of fees for the
21   different types of concealed handgun licenses?
22   A.  There's -- there's only one type of license,
23   but each of these represents different discounts that a
24   customer might receive when they apply for their
25   concealed handgun license.

---

34

1    Q.  Okay.  And this is from the website and also,
2    I assume, available in paper form?
3    A.  Yes.
4    Q.  Okay.  Is there any waiver of any of these
5    fees for someone who is below a certain income level or
6    at a certain poverty level?
7    A.  Yes.  One of the specific conditions -- these
8    are often referenced as a special condition either by
9    rule or statute.  One of them is indigence,
10   specifically listed in the statute as a reduced cost, a
11   reduced fee to the individual if they fall below or
12   they're at the poverty level set forth in the federal
13   guidelines.
14   Q.  Okay.  Let me show you 143.
15   A.  Yes, sir.
16   Q.  And 143 is from the website?
17   A.  Yes, sir.
18   Q.  And this is -- what would you call this, the
19   face page or the introductory page?
20   A.  This is the first page an applicant will see
21   when they are beginning the process for an on-line
22   application.
23   Q.  Okay.  And just so Jennifer will know -- she's
24   on the phone here.  This is Page 1 of 1 at the bottom;
25   is that correct?

---

35

1        MS. MARANZANO:  Okay.
2    Q.  (BY MR. BRAZIL)  Is that correct?  I need a
3    yes from you.
4    A.  Yes.
5    Q.  Okay.
6    A.  Yes.
7    Q.  All right.
8    A.  I'm sorry.
9    Q.  And it says at the top the first requirement
10   is a valid driver's license or identification card; is
11   that correct?
12   A.  It says, "Please provide the following
13   information."  Those are data fields that the customer
14   will be asked to provide information for as they
15   navigate through the on-line application page.
16   Q.  So they will need a valid driver's license
17   from some state?
18   A.  We do ask for that information on the on-line
19   application, yes, sir.
20   Q.  What if it's a valid driver's license from
21   Canada?
22   A.  We'll accept valid license from anywhere.
23   Q.  Okay.  Mexico?
24   A.  (Nods head affirmatively.)
25   Q.  Is that a yes?

---

36

1    A.  Yes.  I'm sorry.  I forget.  Don't shake my
2    head.
3    Q.  An identification card, what is meant by that?
4    A.  Those are any type of state -- state-issued
5    identification card.  And I say "state-issued."  On a
6    rare occasion we might have one issued from a foreign
7    country.  But, generally speaking, those are
8    state-issued identification cards.
9    Q.  Not just from Texas?
10   A.  That's correct.
11   Q.  Okay.  Okay.  Exhibit 144 is another snapshot
12   from the DPS website, is it not?
13   A.  Yes, it is.
14   Q.  And this is Page -- it's two pages.  Pages 1
15   of 2 and 2 of 2, correct?
16   A.  That is correct.
17   Q.  And what do you call this page?
18   A.  Let me take a quick --
19   Q.  How would you designate this page?
20   A.  -- look at this one.  This is the next -- the
21   correct terminology for this page.  This is a
22   continuation of the introduction for the on-line
23   application process.
24   Q.  Okay.  And if you have a Texas ID or a Texas
25   driver's license, you continue here.  If you hold a

---

---

37

1   driver's license from another state, you go to a
2   different window or a different page?
3       A.   Correct.  You click on a separate area of the
4   web page and it takes you to a different window to
5   provide the out-of-state information.
6       Q.   Okay.  What is a CHL 88 revocation affidavit?
7       A.   I would have to see one off the top -- that
8   number is --
9       Q.   Now, for some reason, I only have one copy of
10  this.  I don't know why.  But what is that?
11      A.   I'm not familiar -- oh, I'm sorry.  This
12  Exhibit 146 is the instructions for the law enforcement
13  officer who may be submitting documentation to the
14  department asking that we initiate revocation action
15  because the officer has come into contact with an
16  individual that they believe no longer meet the
17  criteria to hold a concealed handgun license.
18      Q.   So that's something that a law enforcement
19  individual or agency would execute?
20      A.   Correct.  There's actually another form.  I
21  can't call the number off the top of my head.  But this
22  is the instruction form.  There is an actual
23  affidavit -- revocation affidavit that the -- is made
24  available on our website.  It's a downloadable form.
25  And the officer can fill that form out and submit it to

---

38

1   the department for us to potentially initiate
2   revocation action.
3       Q.   All right.  Does the DPS send information to
4   the counties on individuals whose CHL has been revoked
5   or suspended?
6       A.   No.
7       Q.   Okay.  Do the law enforcement agencies outside
8   DPS receive that kind of information?
9       A.   No, sir.
10      Q.   So if you're stopped by Harris County
11  Sheriff's Department, they will not know that a CHL has
12  been suspended or revoked?
13      A.   No, we do not send the information to them
14  specifically.  But in the course of a contact with an
15  individual, the law enforcement has the ability to
16  check the status of the concealed handgun license.
17      Q.   Okay.  Bad question on my part.
18      A.   That's okay.
19      Q.   I mean, other agencies have access to that
20  information?
21      A.   They have limited access based on some
22  statutory guidelines, yes, sir.
23      Q.   Okay.  If -- but the DPS does not provide
24  information to counties on a regular basis about CHLs,
25  do they?

---

39

1       A.   We do not.
2       Q.   Okay.  Now, I understand that some counties
3   and some private entities can get information from DPS
4   through the driver's license database.  Can they do
5   that through the CHL database?
6       A.   No, sir.
7       Q.   All right.  So that information is -- I don't
8   know -- private?  I don't know -- however term you
9   might -- might want to use; is that correct?
10      A.   That is correct.  I would believe private is
11  the correct terminology.
12      Q.   Do any other -- other than law enforcement
13  agencies or entities, do any private organizations have
14  access or can they get access to the CHL?
15      A.   Not through general means.  The statute
16  specifically says that limited information may be
17  provided to a criminal justice agency/entity, and all
18  other concealed handgun license information is
19  specifically not subject to the open records privacy
20  information; however, some of the information may be
21  subpoenaed.  It would require some form of other legal
22  action, but it is not information that is just made
23  readily available to anyone in the general public.
24      Q.   For example, a county's election official or
25  voter registrar's office or someone conducting

---

40

1   elections would not normally have access to the CHL
2   database?
3       A.   That is correct.
4       Q.   Would there be any way for some -- for someone
5   to know when you went to a poling place and you have a
6   CHL, would they -- would anybody at that poling
7   location know whether or not my CHL was valid, revoked,
8   or suspended?
9       A.   I am not aware of the process, to be quite
10  honest, of what the individuals at the poling places
11  would have available in front of them.
12      Q.   If I went down to register to vote and I
13  wanted to use my CHL, would the county official know
14  one way or the other the status of my CHL?
15      A.   I am not aware of any method that they would
16  know those statuses, not based on any information
17  provided by the department.
18      Q.   Okay.  Let me hand you what is marked as 147.
19      A.   Okay.
20      Q.   And that is a copy of House Bill 698, which I
21  believe became effective in September of last year.
22  Are you familiar with House Bill 698?
23      A.   I am familiar with House Bill 698, yes.
24      Q.   What exactly does -- did that amendment do?
25      A.   The -- what House Bill 698 did is it amended

41

1   the government code, obviously, to allow individuals
2   the opportunity to submit fingerprints in an
3   alternative manner other than the electronic
4   submission.
5       Q.  Okay.  When you say "electronic submission,"
6   currently there's a requirement for most counties or
7   most people to use electronic submission of
8   fingerprints?
9       A.  Currently, the administrative rules and
10  requirements for submission of fingerprints is to
11  utilize the Fingerprint Application Services of Texas,
12  also known as FAST, for submission of fingerprints.
13  Individuals make an appointment, they visit a FAST
14  location, and their fingerprints are taken at that
15  point and then submitted electronically to the
16  department as opposed to what most would recognize as
17  the ink rolled card.  This particular amendment to the
18  statute in House Bill 698 allows for certain
19  individuals who meet the criteria outlined in the bill
20  to request waiver of the electronic application --
21  electronic submission of fingerprints and allows those
22  individuals to have their fingerprints submitted on an
23  actual card to the department.
24      Q.  Okay.  So this change allows certain
25  individuals to submit it the old-fashioned way?

42

1       A.  Yes.  That would be a good explanation, yes,
2   sir.
3       Q.  Okay.  Because originally when the CHL law
4   passed, fingerprints were submitted by paper, or the
5   old-fashioned way?
6       A.  Correct, two fingerprint cards ink rolled.
7       Q.  Okay.  Let me show what is marked as 145,
8   which, I believe, is the application from the website,
9   correct?
10      A.  That is -- that's correct.  This is the -- one
11  of the portions of the application, yes.
12      Q.  Okay.  And we've already talked about driver's
13  license, ID card, issuing state, things of that nature.
14      A.  Yes, sir.
15      Q.  I noticed under "Personal Identifiers" --
16      A.  Yes.
17      Q.  -- that -- first of all, is this Exhibit
18  Number --
19      A.  This is Exhibit No. 145, also noted as the
20  CHL 78-A in the bottom left of the form.
21      Q.  Is this the current application form, CHL?
22      A.  I believe this is the current application
23  form, yes, sir.
24      Q.  So the only categories of race for a CHL are
25  those noted under "Personal Identifiers"?

43

1       A.  Yes, sir.
2       Q.  And so White and Hispanic are one category?
3       A.  That's correct.
4       Q.  Then we have Asian, Pacific Islander, American
5   Indian, Alaskan Native, Black, Other, and Unknown?
6       A.  That is correct.
7       Q.  Okay.  And then White/Hispanic?
8       A.  Correct.
9       Q.  Do you know why the White and Hispanics are
10  one category?
11      A.  I do not know.
12      Q.  Do you know what other DPS applications
13  combine those two races?
14      A.  I'm not familiar with the other applications
15  in that specific -- in the race category, no, sir.
16          MR. BRAZIL:  Let's take a short break.
17  I'm almost finished before I pass the witness.
18          MR. KEISTER:  Okay.  No problem.
19          (Recess from 1:55 p.m. to 2:05 p.m.)
20          MR. BRAZIL:  Thank you.  I'll pass the
21  witness.
22          EXAMINATION
23  BY MS. MARANZANO:
24      Q.  Hi.  This is Jennifer Maranzano.  I represent
25  the United States in this case.  I have a few

44

1   additional questions for you.  Can you hear me okay?
2       A.  Yes, ma'am.
3       Q.  Okay.  Great.  I believe that you testified
4   earlier that a person can apply for a concealed handgun
5   license in person, on-line or by mail; is that correct?
6       A.  No, ma'am.  The -- the person can apply
7   on-line, by mail, or they may deliver an application to
8   a drop box, but it isn't an actual in-person process.
9   And the individual is not required to submit it by
10  mail.  They can drop off the application, but it isn't
11  an in-person, per se, where they approach a counter and
12  visit with an individual or, you know, submit paperwork
13  speaking to an individual.  We just provide physically
14  a drop box that the individual can place their
15  documentation in.
16      Q.  I see.  Okay.  Thank you for that
17  clarification.
18      A.  Yes, ma'am.
19      Q.  And is there a requirement about how current
20  the photographs that the applicant submits has to be?
21      A.  There are really kind of two parts to that,
22  because currently the applicant who holds a Texas
23  driver license or identification card is not required
24  nor are they allowed to submit photographs.  We
25  actually utilize the photo that is maintained through

SHERRI ZGABAY

6/9/2014

12 (Pages 45 to 48)

---

45

1  driver license.  So we utilize the exact same
2  photograph that is on their Texas DL or ID card for
3  those who hold a Texas DL or ID.
4      For those who have an out-of-state driver
5  license or identification card, we do ask for the
6  two passport-style photos.  And we have a comparison,
7  you know, visually compare the photos submitted by the
8  person to the photo that is on their driver license or
9  ID card from the other state to ensure that they are a
10  good likeness or representation of the individual.  It
11  is not a date-specific photo requirement, but we do
12  require that the photo that is being submitted in the
13  passport-style photo must be a good likeness image of
14  the photograph that appears on their identification
15  card or driver license issued by another state.
16      Q.  Who at DPS does that comparison to determine
17  if it's a good likeness between the two photographs?
18      A.  Those are individuals that work under my
19  direction.  We have a staff of individuals that
20  specifically data enter the information, conduct
21  background checks, and that would include the
22  photograph process.
23      Q.  And do they get specific training on how to
24  compare photographs?
25      A.  Well, the visual photograph -- yes, they do

---

46

1  receive training, but the visual photograph comparison
2  is not highly technological.  We just do some general
3  visual comparison to see that we can identify that the
4  two individuals have the same likeness.  And if there
5  is anything in question we will ask for additional
6  clarification or additional information from the
7  individual.
8      Q.  And if -- if an individual holds a Texas
9  driver's license or a Texas personal ID and DPS is
10  utilizing the photograph from those identifications,
11  does that photo continue to get updated as the driver's
12  license and ID photo is updated?
13      A.  We are updating photograph information.  The
14  use of the Texas DL or ID, the technology that allow us
15  to do that is fairly new.  So we are in the process of
16  updating the photographs as the individuals renew their
17  concealed handgun licenses.
18      Q.  Okay.  So -- so just to make sure -- I think
19  my question was a little confusing.  I guess what I'm
20  asking is, so when an individual renews their concealed
21  handgun license, there would be some kind of check to
22  determine if there had been an updated photo on their
23  Texas driver's license or personal ID, and if there was
24  that updated photo would be utilized; is that correct?
25      A.  Correct.  We are -- we are updating the

---

47

1  photographs, yes, ma'am, as the person goes through the
2  renewal process.
3      Q.  Okay.  Is the fingerprinting part -- is the
4  fingerprinting part of the fee that you're charging or
5  do applicants have to pay for fingerprinting separate
6  and apart from the concealed handgun license fee?
7      A.  They are separate and apart from the concealed
8  handgun license fee.
9      Q.  Okay.  When we were -- when you were
10  discussing Exhibit 142, which is the fee table --
11      A.  Yes, ma'am.
12      Q.  -- you referenced that there was a --
13  these -- there were some reduced fees.  And I think the
14  fee table reflects some of those reduced fees; is that
15  correct?
16      A.  Yes, ma'am.
17      Q.  Are there any additional circumstances under
18  which an individual would be able to pay a reduced fee
19  that are not reflected on this document?
20      A.  No, ma'am.  This is the most updated
21  compilation of fees for a concealed handgun license.
22      Q.  And did you say that the -- the reduced fee
23  for those who are indigent was set by statute?
24      A.  The statute, yes.  It's not a literal --
25  literally set by statute.  If I recall correctly, I

---

48

1  believe the statute says that the department may -- may
2  charge a fee that is half of the standard.  So it -- I
3  don't believe it specifically says $70.  It says "half
4  of the standard," which is $140.  That's how we arrive
5  at the $70.
6      Q.  Okay.  And the -- the fee -- the regular
7  standard fee of $140, is that -- that's set by statute
8  also, correct?
9      A.  Yes, ma'am.  The $140 standard fee is set
10  through statute.
11      Q.  Do you know when the statute that allowed for
12  people who are indigent to pay half of the standard
13  fee, when that was passed?
14      A.  No, ma'am.  I don't have that information
15  readily available off the top of my head.
16      Q.  Okay.  Has that been in place for the whole
17  time you've been working with the concealed handgun
18  licenses?
19      A.  Yes, ma'am.
20      Q.  Is it correct that there's a -- there's a
21  required class that applicants for a CHL have to take
22  before they can obtain a license?
23      A.  There is a required class that some concealed
24  handgun applicants must complete prior to the initial
25  issuance of a concealed handgun license.  There are a

---

49

1 few exceptions, and those are specifically designated
2 by statute.
3    Q.   And the class -- is the class run by DPS?
4    A.   No, ma'am.  The class is taught by concealed
5 handgun instructors that are certified to provide the
6 course.  They are certified by the Department of Public
7 Safety.
8    Q.   Do you know how much these -- these courses
9 cost?
10   A.   I know the fees are not regulated by the
11 department, and they range at various different costs.
12 I don't have specific, you know, numbers because the
13 department doesn't regulate the fee.  It is not
14 regulated by statute nor by rule.
15   Q.   Are they ever offered in languages other than
16 English?
17   A.   Yes.
18   Q.   What languages?
19   A.   I don't know specifically.  I do know that the
20 instructors -- because they are also certified through
21 a process under the area I'm responsible for,
22 instructors do tell us if they offer the classes in
23 different languages, but I couldn't tell you
24 specifically which languages those are.
25   Q.   Okay.  When an individual applies or --

50

1 applies to renew their -- their concealed handgun
2 license, is there -- does CPS rerun checks on their
3 fingerprints?
4    A.   Can you restate that question one more time?
5    Q.   Yes.  When an individual attempts to renew
6 their concealed handgun license, does DPS run any --
7 any checks on their fingerprints at that time, at the
8 renewal time?
9    A.   Yes, ma'am.  We complete a -- we conduct
10 another complete fingerprint-based background check in
11 the -- the same manner that we did for an original
12 application.
13   Q.   So DPS does an entire background check for a
14 renewal as well as for an initial application?
15   A.   Yes, ma'am, that's correct.
16   Q.   And the background check is the same for
17 each -- for the initial application and for the
18 renewal?
19   A.   Yes, ma'am.
20   Q.   If you -- I believe you testified earlier that
21 an individual who was lawfully in the United States
22 could get a concealed handgun license even if they
23 weren't a US citizen; is that correct?
24   A.   That is correct.
25   Q.   Does the face of the concealed handgun license

51

1 make any distinction or indicate in any way whether the
2 individual is a citizen or not a citizen?
3    A.   No, ma'am.
4    Q.   Can you look at Exhibit 148?
5       THE REPORTER:  We don't have an
6 Exhibit 148.
7       MS. MARANZANO:  Oh, the HC 698, was that
8 Exhibit 148?
9       MR. KEISTER:  That's 147.
10      MS. MARANZANO:  I'm sorry.  147.
11      THE WITNESS:  Okay.  Yes, ma'am, I have
12 that in front of me.
13   Q.   (BY MS. MARANZANO)  Okay.  And when we were
14 talking about this earlier, you mentioned that
15 individuals -- certain individuals were eligible for
16 this alternative procedure to submit fingerprints; is
17 that correct?
18   A.   Yes, ma'am.
19   Q.   And is it -- is it correct, looking at the
20 bill, that the individuals who would be eligible for
21 this procedure are those that reside in a county having
22 a population of 46,000 or less and do not reside within
23 a 25-mile radius of a facility with the capacity to
24 process digital or electronic fingerprints?
25   A.   Yes, ma'am, that's correct.

52

1    Q.   Were you involved in the development of this
2 legislation?
3    A.   No, ma'am.  I was a resource witness, resource
4 for analysis and testimony of the bill.
5    Q.   And when you say you were a resource witness,
6 can you tell me what that means?
7    A.   Well, resource witness means that I didn't
8 specifically help develop the bill or design the bill,
9 but I was responsible for analyzing the impact that it
10 would have for my specific area that I'm responsible
11 for in licensing and ultimately was responsible for
12 putting together fiscal analysis, that type of
13 information as a resource.
14   Q.   I see.  And -- and what impact did you
15 determine it would have?
16   A.   If -- now, to be honest, I don't have my notes
17 in front of me, but I -- I believe the -- excuse me.
18 Let me rephrase that.  The official impact as far as --
19 are you talking about for cost or are you talking about
20 for procedural?
21   Q.   I thought that you said that one of your roles
22 as a resource witness was to analyze the impact --
23   A.   Correct.
24   Q.   -- is that right?  So I'm just wondering sort
25 of what you determined the impact to be.

SHERRI ZGABAY                                                    6/9/2014

---

53

1     A.  The impact.  Okay.  I apologize.  We -- we
2   analyze them in two different -- one is for fiscal
3   impact and one is for procedural or whether or not, you
4   know, it would require us to change our -- our
5   procedures as far as the issuance of the concealed
6   handgun.
7         The impact that -- for fiscal impact,
8   none.  For the procedural impact, it required us to
9   develop updates to our website, a specific form that
10  customers must sign in order for those to be able to
11  submit their fingerprint cards as opposed to submitting
12  fingerprints electronically.  So there are some minimal
13  operational impact that we experienced.
14    Q.  Did -- did anybody, any legislators, express a
15  concern that requiring an individual to travel more
16  than 25 miles to get -- to -- to get to a facility that
17  has the capacity to process the digital or electronic
18  fingerprints would be a burden for those individuals?
19    A.  Not to me specifically.  I don't recall having
20  any conversation with a specific legislator about that,
21  but I do believe that was some of the information in
22  the testimony for the hearings that we attended.
23    Q.  Do you know what prompted the development of
24  HB 698?
25    A.  I was advised that this was prompted because

---

54

1   of concern by constituents in specific areas, specific
2   rural areas that the locations for fingerprinting were
3   not readily available.
4     Q.  Do you know if anybody at DPS was involved in
5   the development of this legislation?
6     A.  I would honestly have to defer that to our
7   government relations because they coordinate all
8   legislative responses.
9     Q.  Okay.  I don't think I have anything further.
10    A.  Okay.
11    Q.  Thank you so much for your time.
12    A.  Yes, ma'am.
13        MR. BRAZIL:  Neither do I.  Thank you.
14        THE WITNESS:  Okay.
15        MR. KEISTER:  Okay.  We'll reserve until
16  time of trial and the witness will read and sign.
17        THE REPORTER:  Off the record.
18      (Proceedings concluded at 2:21 p.m.)
19
20
21
22
23
24
25

---

55

1           WITNESS CORRECTIONS AND SIGNATURE
2    Please indicate changes on this sheet of paper,
     giving the change, page number, line number, and reason
3   for the change.  Please sign each page of changes.
4   PAGE/LINE    CORRECTION    REASON FOR CHANGE
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24
         _____
25            SHERRI ZGABAY

---

56

1         S I G N A T U R E   O F   W I T N E S S
2
3         I, SHERRI ZGABAY, solemnly swear or affirm
4   under the pains and penalties of perjury that the
5   foregoing pages contain a true and correct transcript
6   of the testimony given by me at the time and place
7   stated, with the corrections, if any, and the reasons
8   therefor noted on the foregoing correction pages(s).
9
10
11
12        _____
          SHERRI ZGABAY
13
14  Job No. 4-AUSTIN-162600 KS
15
16
17
18
19
20
21
22
23
24
25

57

1       IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2            CORPUS CHRISTI DIVISION
3   MARC VEASEY, et al.,    )
         Plaintiffs,    )
4                   )
    v.              ) CIVIL ACTION NUMBER
5                   ) 2:13-cv-193(NGR)
    RICK PERRY, et al.,    )
6        Defendants.    )
    _____ )
7
    UNITED STATES OF AMERICA, )
8        Plaintiff,    )
                      )
9   TEXAS LEAGUE OF YOUNG    )
    VOTERS EDUCATION FUND, )
10  et al.,            )
                      )
11       Plaintiff-    ) Civil Action
         Intervenors,    ) No. 2:13-cv-263(NGR)
12                  )
    TEXAS ASSOCIATION OF    )
13  HISPANIC COUNTY JUDGES AND )
    COUNTY COMMISSIONERS,    )
14  et al.,            )
         Plaintiff-    )
15       Intervenors,    )
                      )
16  v.              )
                      )
17  STATE OF TEXAS, et al.,    )
         Defendants.    )
18  _____ )
19  *********************************************************
20       REPORTER'S CERTIFICATE
21  THE STATE OF TEXAS:
    COUNTY OF TRAVIS:
22
23       I, Kim Seibert, a Certified Shorthand Reporter in
24  and for the State of Texas, hereby certify to the
25  following:

58

1       That the witness, SHERRI ZGABAY, was duly sworn by
2   the officer and that the transcript of the oral
3   deposition is a true record of the testimony given by
4   the witness;  That the deposition transcript was
5   submitted on _____, 2014, to the witness,
6   or to the attorney for the witness, for examination,
7   signature, and return to U.S. Legal Support, Inc., by
8   _____, 2014;
9       That the amount of time used by each party at the
10  deposition is as follows:
11       Ms. Jennifer Maranzano - 16 min.
         Mr. Scott Brazil - 52 min.
12       Mr. Ronald Keister -
13  I further certify that I am neither counsel for,
14  related to, nor employed by any of the parties or
15  attorneys in the action in which this proceeding was
16  taken, and further that I am not financially or
17  otherwise interested in the outcome of the action.
18
19
20
21
22
23
24
25

59

1       GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the
2   _____ day of _____, 2014.
3
4
5
6
7   _____
    Kim Seibert, Texas CSR 4589
8   Expiration Date: 12-31-2014
    U.S. Legal Support, Inc.
9   Austin Centre
    701 Brazos, Suite 380
10  Austin, Texas  78701
    Firm Registration 344
11  Expiration Date 12-31-2014
12  Job No. 4-AUSTIN-162600 KS
13
14
15
16
17
18
19
20
21
22
23
24
25

SHERRI ZGABAY                                          6/9/2014

1

**A**

**$140** 48:4,7,9
**$70** 48:3,5
**ability** 38:15
**able** 14:2 47:18 53:10
**above-styled** 2:2
**absolutely** 17:23
**accept** 35:22
**access** 7:3,12,13,16
7:19 9:7 38:19,21
39:14,14 40:1
**act** 15:14,20 20:21
**action** 1:4,11 4:18
23:22,22 24:13
25:22 27:7,15,22
28:6,7 37:14 38:2
39:22 57:4,11 58:15
58:17
**active** 22:8
**activities** 15:23 24:21
**actual** 9:20 11:11
37:22 41:23 44:8
**additional** 11:3 13:20
13:23 17:22 27:14
30:24 31:1,6,9 44:1
46:5,6 47:17
**additionally** 10:18
**administrative** 23:22
24:15 25:23 28:8,10
41:9
**advance** 8:1
**advised** 53:25
**advising** 24:13
**affidavit** 37:6,23,23
**affirm** 56:3
**affirmatively** 35:24
**afternoon** 5:6
**age** 16:19,21 23:4,9
31:25
**agencies** 38:7,19
39:13
**agency** 26:25 37:19
**agency/entity** 39:17
**al** 1:3,5,10,14,17 57:3
57:5,10,14,17

**alarm** 8:25
**Alaskan** 43:5
**allow** 20:25 41:1
46:14
**allowed** 44:24 48:11
**allows** 7:18 10:8
12:13 20:20 41:18
41:21,24
**alternative** 41:3
51:16
**amended** 40:25
**amendment** 40:24
41:17
**AMERICA** 1:7 3:3
57:7
**American** 43:4
**ammunition** 15:14
**amount** 58:9
**analysis** 52:4,12
**analyze** 52:22 53:2
**analyzing** 52:9
**and/or** 2:8
**answer** 5:19,21 14:25
32:10
**anybody** 40:6 53:14
54:4
**apart** 22:4 47:6,7
**apologize** 53:1
**Appearances** 4:2
**appears** 45:14
**applicable** 11:15,15
21:15
**applicant** 14:14,17
30:23 34:20 44:20
44:22
**applicants** 11:8 47:5
48:21,24
**application** 4:12,14
4:15 10:6,8,9,10,12
10:19,20,22 11:3,5
11:7 12:4,8 13:16
13:22 14:15 17:20
17:25 30:21 34:22
35:15,19 36:23
41:11,20 42:8,11,21

42:22 44:7,10 50:12
50:14,17
**applications** 6:21
43:12,14
**applied** 24:11
**applies** 16:21 17:13
49:25 50:1
**apply** 7:21 12:2 17:5
18:8,12 23:20 33:24
44:4,6
**applying** 17:8
**appointment** 41:13
**approach** 44:11
**appropriate** 26:24
**appropriately** 29:18
**approximately** 22:6
22:12 32:12
**area** 6:13,20 7:16 9:3
9:16 37:3 49:21
52:10
**areas** 7:15 9:6 23:5
54:1,2
**Arkansas** 14:9
**arrested** 24:3 26:17
**arrive** 48:4
**Asian** 43:4
**asked** 11:8 28:1
35:14
**asking** 4:17 14:1
37:14 46:20
**asks** 13:16 28:2
**associated** 10:12
27:18
**ASSOCIATION**
1:12 57:12
**assume** 7:12 20:20
27:23 34:2
**attached** 2:8 27:20
**attempts** 50:5
**attended** 10:16 53:22
**attorney** 3:14 58:6
**attorneys** 58:15
**August** 6:9
**Austin** 2:6 3:15,20,24
3:25 10:11 59:8,9

**authority** 27:14
**authorize** 8:15
**automatic** 20:9 21:21
**available** 23:8,15
33:18 34:2 37:24
39:23 40:11 48:15
54:3
**Avenue** 3:5
**aware** 9:24 30:7 40:9
40:15

**B**

**B** 24:3
**back** 5:25 28:14 29:8
**background** 10:20
11:18 14:11,12,17
14:19,22 15:1,7,11
15:24 16:23 17:21
18:14 30:25 31:1
45:21 50:10,13,16
**backwards** 25:12
**Bad** 38:17
**based** 12:8 23:23
29:22 30:23 38:21
40:16
**basis** 38:24
**began** 6:11
**beginning** 34:21
**believe** 19:19 22:10
23:10 24:11 25:5
26:14 37:16 39:10
40:21 42:8,22 44:3
48:1,3 50:20 52:17
53:21
**benefit** 7:22,23
**bill** 4:21 40:20,23,25
41:18,19 51:20 52:4
52:8,8
**birth** 13:18,25 14:3,4
17:9,9,15 29:21
**Black** 43:5
**board** 10:1,2
**born** 13:19,24 14:9
16:24 18:16
**Boston** 14:9

**bottom** 34:24 42:20
**Boulevard** 3:19
**box** 3:15 44:8,14
**Brady** 15:14
**Brazil** 3:9,9 4:4 5:5
 33:2,5,7,10,11 35:2
 43:16,20 54:13
 58:11
**Brazos** 3:24 59:9
**break** 43:16
**burden** 53:18
**business** 9:13

**C**

**C** 3:1
**call** 20:24 25:1 34:18
 36:17 37:21
**Canada** 35:21
**capacity** 9:19 51:23
 53:17
**capitol** 7:3,12,13,16
 7:19 9:7
**car** 8:18
**card** 9:17,18,19,21
 11:11 30:13 31:14
 32:16 35:10 36:3,5
 41:17,23 42:13
 44:23 45:2,5,9,15
**cards** 9:11 20:24 30:3
 36:8 42:6 53:11
**carries** 28:23
**carry** 12:14 20:17,25
 21:4,19,21
**case** 21:9 25:24 30:12
 43:25
**cases** 10:14
**categories** 23:5 31:23
 42:24
**category** 21:13 23:12
 24:19 25:5,9 43:2
 43:10,15
**cause** 2:2
**center** 8:15
**Centre** 3:24 59:8
**certain** 7:15 14:25

23:2 24:16 34:5,6
 41:18,24 51:15
**Certainly** 11:25
 23:19
**certificate** 4:6 9:12
 17:9,15 57:20
**certified** 17:9,15
 25:20 49:5,6,20
 57:23
**certify** 8:14 57:24
 58:13
**change** 21:12 22:10
 41:24 53:4 55:2,3,4
**changed** 21:11
**changes** 55:2,3
**charge** 48:2
**charged** 24:3,25
**charging** 47:4
**chart** 33:17
**check** 10:21 11:18
 13:22 14:11,12,16
 14:18,19,22 15:8,12
 15:24 16:9,23 17:21
 38:16 46:21 50:10
 50:13,16
**checked** 14:8
**checks** 45:21 50:2,7
**child** 15:20,25 16:6
 25:3,4
**CHL** 10:25 12:1,2,19
 13:5,10,21,22 16:17
 16:22 17:5,8,13
 18:3,4,9,12,17 19:2
 19:9,11,23 20:1,4
 20:10,16 22:7 23:17
 26:3,4,8,11,13,15
 26:20 27:3,6,12,18
 27:21 28:2,3,4,23
 29:16 30:22 31:14
 31:16,19,20 32:12
 37:6 38:4,11 39:5
 39:14 40:1,6,7,13
 40:14 42:3,20,21,24
 48:21
**CHLs** 21:24 38:24

**choose** 28:17
**CHRISTI** 1:2 57:2
**circumstances** 17:17
 23:17,20 26:2,16
 47:17
**citation** 26:18
**citizen** 13:1,9,19,23
 14:2,5,17,20 18:12
 18:22 19:3 50:23
 51:2,2
**citizenship** 13:5,7
**civil** 1:4,11 2:7 3:4
 24:10 57:4,11
**clarification** 44:17
 46:6
**clarify** 20:6
**class** 10:16 24:3
 48:21,23 49:3,3,4
**classes** 49:22
**clear** 18:24
**click** 37:3
**close** 25:6
**code** 23:9 32:1,2 41:1
**combine** 43:13
**combined** 30:6,8,9,10
**come** 24:24 29:15
 37:15
**commissioned** 20:22
 20:23
**commissioned/non...**
 8:25
**COMMISSIONERS**
 1:13 57:13
**companies** 7:9
**company** 8:19
**compare** 45:7,24
**compared** 31:17
**comparison** 45:6,16
 46:1,3
**compilation** 47:21
**complete** 13:21 14:11
 48:24 50:9,10
**completely** 21:2
**computer** 29:8
**concealed** 4:20 6:24

9:4 10:5,7 12:9,14
 12:15 13:2 20:12,22
 21:1,1,3,6 24:6 28:5
 28:23 29:3,25 30:12
 30:14,16 32:15
 33:21,25 37:17
 38:16 39:18 44:4
 46:17,20 47:6,7,21
 48:17,23,25 49:4
 50:1,6,22,25 53:5
**concern** 53:15 54:1
**concluded** 54:18
**condition** 10:22 34:8
**conditions** 34:7
**conduct** 9:13 10:20
 14:11 15:23 45:20
 50:9
**conducted** 19:18
**conducting** 39:25
**conducts** 28:25 29:18
**confiscate** 26:10
**confiscating** 26:3
**confusing** 46:19
**constituents** 54:1
**contact** 37:15 38:14
**contain** 14:19 32:3
 32:16 56:5
**contained** 15:5
**continuation** 4:13
 36:22
**continue** 19:24,25
 36:25 46:11
**controlled** 7:2 8:2,3,9
**conversation** 53:20
**conviction** 15:21
**coordinate** 54:7
**copy** 11:8 17:9,15,15
 37:9 40:20
**CORPUS** 1:2 57:2
**correct** 11:19 12:25
 13:12 14:7 16:14
 17:6 19:8 21:17,23
 24:20 32:23,25
 34:25 35:2,11 36:10
 36:15,16,21 37:3,20

39:9,10,11 40:3
42:6,9,10 43:3,6,8
44:5 46:24,25 47:15
48:8,20 50:15,23,24
51:17,19,25 52:23
56:5
**correction** 55:4 56:8
**corrections** 55:1 56:7
**correctly** 32:7 47:25
**correspondence** 27:9
**cost** 34:10 49:9 52:19
**costs** 49:11
**counsel** 58:13
**counter** 44:11
**counties** 38:4,24 39:2
41:6
**country** 13:8,17 19:5
36:7
**county** 1:13,13 23:9
24:17 32:1,1 38:10
40:13 51:21 57:13
57:13,21
**county's** 39:24
**couple** 5:17 22:11
**course** 17:20,25
24:15 38:14 49:6
**courses** 49:8
**court** 1:1 5:20 8:17
24:17 57:1
**CPS** 50:2
**crafted** 30:19
**Creek** 3:10
**criminal** 15:10,12,20
15:22 16:9,13 27:17
27:19 39:17
**criteria** 4:19 23:3,25
24:1 37:17 41:19
**CSR** 2:4 3:23 59:7
**current** 6:18,19
42:21,22 44:19
**currently** 6:3,17 12:9
22:6 31:4 41:6,9
44:22
**customer** 7:20 33:24
35:13

**customers** 33:18
53:10
**cycle** 19:12
**Cypress** 3:10

**D**

**DAR** 11:9
**data** 35:13 45:20
**database** 16:13 21:24
22:1,3,4 23:1,2
28:22 31:16,17,19
39:4,5 40:2
**databases** 32:19
**date** 29:21 59:7,10
**date-specific** 45:11
**day** 59:2
**days** 24:9 31:3,4,9
**DC** 3:6
**DECHERT** 2:6
**Defendants** 1:6,17
3:13 57:6,17
**defer** 54:6
**defined** 20:23
**delay** 31:11
**delinquent** 15:19,19
25:3,4
**deliver** 44:7
**delivered** 10:10
**denial** 14:14
**department** 3:4,19
6:5,11,16,22 10:11
10:19 22:1 23:23
25:21 27:10,13 31:2
37:14 38:1,11 40:17
41:16,23 48:1 49:6
49:11,13
**dependent** 15:3
**depending** 10:13
25:12
**deposition** 1:21,25
5:12,13 58:3,4,10
**DESCRIPTION** 4:9
**design** 52:8
**designate** 36:19
**designated** 7:17 21:8

49:1
**detectors** 7:24
**determine** 14:3,13
32:11,15 45:16
46:22 52:15
**determined** 52:25
**develop** 52:8 53:9
**development** 52:1
53:23 54:5
**device** 8:16,19,21
**difference** 12:4,7
21:7 25:9
**different** 6:15,21
7:20 10:13 21:1,2
23:11,19 25:25
30:17 33:20,21,23
37:2,2,4 49:11,23
53:2
**digital** 51:24 53:17
**direction** 45:19
**discounts** 33:23
**discussing** 47:10
**dispense** 8:7
**display** 20:20
**disposition** 25:16
28:3,10
**distinction** 51:1
**distribute** 8:8
**DISTRICT** 1:1,1
57:1,1
**division** 1:2 3:4 6:14
57:2
**DL** 45:2,3 46:14
**document** 9:25 33:16
33:17 47:19
**documentation** 4:17
13:20 30:17 37:13
44:15
**documents** 10:13
11:16 13:13 17:18
**doing** 14:17
**downloadable** 37:24
**DPS** 8:18 9:8 13:14
14:6 15:7 16:10
17:14 21:25 26:7

27:1,3 28:2,14
30:22 36:12 38:3,8
38:23 39:3 43:12
45:16 46:9 49:3
50:6,13 54:4
**driver** 29:6,20,22
32:4,5,16 44:23
45:1,4,8,15
**driver's** 17:5 19:21
22:4,13 28:24 29:5
29:11,15 30:15
31:17,20,24 32:13
32:21 35:10,16,20
36:25 37:1 39:4
42:12 46:9,11,23
**drop** 44:8,10,14
**dual** 23:12
**duly** 2:1 5:3 58:1
**DUNN** 3:9
**DWI** 8:18 24:2,4

**E**

**E** 3:1,1 56:1,1
**earlier** 31:22 44:4
50:20 51:14
**EDUCATION** 1:9
57:9
**effect** 27:8
**effective** 40:21
**either** 10:9 13:6,9
14:23 21:7,20,22
27:1 34:8
**election** 39:24
**elections** 40:1
**electronic** 10:21 41:3
41:5,7,20,21 51:24
53:17
**electronically** 41:15
53:12
**elements** 25:24
**eligible** 51:15,20
**employed** 6:3,10
58:14
**enforcement** 4:16
23:22,22 26:3,10,25

SHERRI ZGABAY                                    6/9/2014

4

27:14 37:12,18 38:7
  38:15 39:12
**English** 49:16
**ensure** 45:9
**enter** 45:20
**entire** 50:13
**entities** 9:9 39:3,13
**entrance** 7:20
**et** 1:3,5,10,14,17 57:3
  57:5,10,14,17
**exact** 25:2 45:1
**exactly** 12:12 40:24
**examination** 4:4,5
  5:4 43:22 58:6
**example** 15:18 19:21
  24:2 25:15 39:24
**exception** 9:13
**exceptions** 16:20
  49:1
**excuse** 6:9 25:13
  52:17
**execute** 37:19
**Exhibit** 4:10,11,13,15
  4:16,21 5:1 36:11
  37:12 42:17,19
  47:10 51:4,6,8
**EXHIBITS** 4:8
**experienced** 53:13
**Expiration** 59:7,10
**expired** 32:22
**expires** 12:23,24
**explain** 7:8
**explanation** 42:1
**express** 53:14
**extend** 31:7

—————————
F
—————————

**F** 56:1
**face** 34:19 50:25
**facility** 8:21 51:23
  53:16
**fact** 14:16
**Fair** 5:22,23 6:1,2
  16:9
**fairly** 46:15

**fall** 25:4 34:11
**falls** 25:9
**familiar** 27:19 37:11
  40:22,23 43:14
**far** 15:21 52:18 53:5
**FAST** 41:12,13
**Fayetteville** 14:9
**FBI** 15:4,11 16:13
**federal** 2:7 14:12
  15:11 16:12 34:12
**federally** 18:7,14,19
  18:21
**fee** 4:11 10:11 33:16
  33:17 34:11 47:4,6
  47:8,10,14,18,22
  48:2,6,7,9,13 49:13
**fees** 11:15 33:20 34:5
  47:13,14,21 49:10
**fields** 35:13
**fill** 37:25
**final** 27:7,22 28:3,14
**finally** 15:19
**financially** 58:16
**fingerprint** 41:11
  42:6 53:11
**fingerprint-based**
  50:10
**fingerprinting** 47:3,4
  47:5 54:2
**fingerprints** 10:17,22
  11:13,15 41:2,8,10
  41:12,14,21,22 42:4
  50:3,7 51:16,24
  53:12,18
**finish** 5:18
**finished** 43:17
**firearm** 15:14 16:3
  18:6,7,15,19,20
**Firm** 59:10
**first** 4:12 5:3 16:16
  19:19 20:1 23:21
  34:20 35:9 42:17
**fiscal** 52:12 53:2,7
**five-year** 19:12 20:2
**following** 35:12

57:25
**follows** 5:3 58:10
**foregoing** 56:5,8
**foreign** 36:6
**forget** 21:7 36:1
**form** 9:12 34:2 37:20
  37:22,24,25 39:21
  42:20,21,23 53:9
**forms** 10:13
**forth** 34:12
**four** 19:10,11 20:1
  23:10,11
**fraudulent** 14:14
**front** 25:8 40:11
  51:12 52:17
**full** 5:8,20,20 10:20
**FUND** 1:9 57:9
**further** 54:9 58:13,16
**future** 30:5,7

—————————
G
—————————

**G** 56:1
**general** 3:14 23:15
  39:15,23 46:2
**generally** 10:6 15:1,2
  15:6 23:21 25:10,15
  36:7
**getting** 30:15,16
**give** 5:19,21 32:4
**given** 5:12,13 29:1
  32:18 56:6 58:3
  59:1
**gives** 28:18
**giving** 55:2
**go** 7:18,23 12:17
  19:22 26:7 29:8
  37:1
**goes** 27:8 47:1
**going** 8:7 30:6 31:23
**good** 5:6 33:7 42:1
  45:10,13,17
**government** 41:1
  54:7
**Great** 44:3
**grounds** 14:14

**guards** 8:25
**guess** 29:17 46:19
**guidance** 27:14
**guidelines** 34:13
  38:22

—————————
H
—————————

**half** 48:2,3,12
**hand** 40:18 59:1
**handgun** 4:20 6:24
  9:4 10:5,7 12:9,14
  12:15 13:2 20:12,22
  21:6 24:6 28:5,23
  29:25 30:14,16
  32:15 33:21,25
  37:17 38:16 39:18
  44:4 46:17,21 47:6
  47:8,21 48:17,24,25
  49:5 50:1,6,22,25
  53:6
**handguns** 30:13
**handle** 16:3
**handles** 8:3
**happens** 27:11
**Harris** 38:10
**HB** 53:24
**HC** 51:7
**head** 5:22 16:8 22:9
  24:24 25:2 27:16
  35:24 36:2 37:21
  48:15
**headquarters** 10:11
**hear** 44:1
**hearing** 24:15 25:23
  28:6,8,10,12,17
**hearings** 24:16 53:22
**held** 6:7 24:16 31:24
**Hello** 5:7
**help** 52:8
**hereto** 2:9
**Hi** 43:24
**highly** 46:2
**Hispanic** 1:13 43:2
  57:13
**Hispanics** 43:9

SHERRI ZGABAY                                                6/9/2014

**history** 15:11,12 16:9
**hold** 4:20 12:1,5 22:7
    22:13 36:25 37:17
    45:3
**holder** 29:4
**holders** 31:20,20
    32:12
**holds** 12:9 44:22 46:8
**honest** 24:23 40:10
    52:16
**honestly** 54:6
**House** 4:21 40:20,23
    40:25 41:18
**Houston** 3:11
**Huh** 33:5

_____
        **I**
**ID** 9:23 10:1 32:16
    36:24 42:13 45:2,3
    45:9 46:9,12,14,23
**identification** 9:11,17
    9:25 11:9 31:14
    35:10 36:3,5,8
    44:23 45:5,14
**identifications** 46:10
**Identifiers** 42:15,25
**identify** 33:14 46:3
**IDs** 9:8
**ignition** 6:25 7:2 8:10
    8:11,16
**image** 45:13
**impact** 52:9,14,18,22
    52:25 53:1,3,7,7,8
    53:13
**in-person** 44:8,11
**include** 8:24 45:21
**included** 28:15
**includes** 15:12
**including** 14:12 15:3
    18:14
**income** 34:5
**incoming** 6:21
**INDEX** 4:1
**Indian** 43:5
**indicate** 13:24 14:4

**14:20,22 16:23**
    31:19 51:1 55:2
**indicates** 13:18 14:5
**indigence** 34:9
**indigent** 47:23 48:12
**individual** 4:19 10:12
    12:9 13:6,7,16,18
    14:2 15:18 16:18,19
    17:19 18:4 23:24
    24:5,13,14 25:20
    26:15 27:9,11,15
    28:4,8 29:25 32:2
    34:11 37:16,19
    38:15 44:9,12,13,14
    45:10 46:7,8,20
    47:18 49:25 50:5,21
    51:2 53:15
**individuals** 7:18 10:8
    10:21 16:2 20:25
    21:3 22:7,13 32:4
    38:4 40:10 41:1,13
    41:19,22,25 45:18
    45:19 46:4,16 51:15
    51:15,20 53:18
**industry** 9:2
**information** 11:4
    13:17,23 14:5,13,19
    15:1,8,13 17:19,22
    29:19,23,24 30:17
    30:24 31:6 35:13,14
    35:18 37:5 38:3,8
    38:13,20,24 39:3,7
    39:16,18,20,20,22
    40:16 45:20 46:6,13
    48:14 52:13 53:21
**initial** 19:11 48:24
    50:14,17
**initiate** 4:18 37:14
    38:1
**initiated** 24:14
**initiating** 25:21 28:6
**ink** 41:17 42:6
**install** 8:19,20
**installed** 8:18
**installers** 8:25

**installs** 8:16
**instance** 2:1
**instructed** 27:9
**instruction** 37:22
**instructions** 4:16
    37:12
**instructors** 49:5,20
    49:22
**interested** 58:17
**interface** 32:19
**interlock** 6:25 7:2
    8:10,16
**Intervenors** 1:11,15
    57:11,15
**introduction** 4:13
    36:22
**introductory** 34:19
**investigation** 30:25
**investigator** 8:24
**investigator's** 8:23
**investigators** 20:15
**involved** 52:1 54:4
**Islander** 43:4
**issuance** 48:25 53:5
**issue** 9:8 30:22 31:2
**issued** 9:11,12 20:14
    26:19 30:13 36:6
    45:15
**issuing** 42:13
**items** 17:24

_____
        **J**
**Jennifer** 3:3 34:23
    43:24 58:11
**jennifer.maranzan...**
    3:7
**Job** 56:14 59:12
**JUDGES** 1:13 57:13
**July** 6:9,12
**June** 1:23 2:3 13:21
    21:12
**justice** 3:4 24:17
    39:17

_____
        **K**

**K** 3:9
**Kathleen** 3:18
**kathleen.murphy...**
    3:21
**keep** 27:23
**Keister** 3:14 43:18
    51:9 54:15 58:12
**Kim** 2:4 3:23 57:23
    59:7
**kind** 22:22 38:8
    44:21 46:21
**know** 10:2 14:9 16:24
    16:25,25 17:1,3
    22:6,14,16,23,24
    26:21,22 28:20 29:8
    30:9,10,18,19 32:14
    32:21 34:23 37:10
    38:11 39:8,8 40:5,7
    40:13,16 43:9,11,12
    44:12 45:7 48:11
    49:8,10,12,19,19
    53:4,23 54:4
**knowledge** 9:22
**known** 21:15 41:12
**KS** 56:14 59:12

_____
        **L**
**L** 3:3
**Lamar** 3:19
**laminated** 9:21
**languages** 49:15,18
    49:23,24
**law** 2:5 4:16 16:18
    26:3,10,25 37:12,18
    38:7,15 39:12 42:3
**lawfully** 50:21
**laws** 21:2,3
**LEAGUE** 1:9 57:9
**left** 42:20
**legal** 3:23 18:22 19:3
    19:4,6 39:21 58:7
    59:8
**legally** 13:8,10 19:5
    22:19
**legislation** 21:13 52:2

SHERRI ZGABAY                                          6/9/2014

6

54:5
**legislative** 54:8
**legislator** 53:20
**legislators** 53:14
**let's** 10:4 16:15,21
  33:3 43:16
**letter** 24:7 27:1 28:13
  28:15
**level** 34:5,6,12
**license** 4:20 7:22 8:2
  8:12,20,23 10:7
  11:9 12:9,15 13:2
  17:5 19:21 20:13,19
  21:6 22:4,13 24:6,8
  25:18 27:10,23 28:5
  28:9,18,21,24 29:5
  29:6,11,12,15,20,22
  30:1,16,16 31:3,17
  31:20 32:5,5,13,16
  32:21 33:22,25
  35:10,16,20,22
  36:25 37:1,17 38:16
  39:4,18 42:13 44:5
  44:23 45:1,5,8,15
  46:9,12,21,23 47:6
  47:8,21 48:22,25
  50:2,6,22,25
**licensed** 7:10 9:2
  29:3
**licenses** 8:19 31:24
  32:15 33:21 46:17
  48:18
**licensing** 6:4,20
  52:11
**licensure** 6:22
**lifetime** 5:13
**likeness** 45:10,13,17
  46:4
**limited** 9:19 26:16
  38:21 39:16
**line** 7:18,20 55:2
**lines** 7:24
**listed** 34:10
**listing** 13:25
**literal** 47:24

**literally** 47:25
**little** 46:19
**lives** 32:3
**LLP** 2:6 3:9
**local** 26:10
**location** 40:7 41:14
**locations** 54:2
**locksmiths** 9:1
**long** 6:7 19:9 25:12
  30:21
**longer** 4:19 7:24
  21:15 37:16
**look** 36:20 51:4
**looking** 51:19
**Louisiana** 11:2

**M**
**ma'am** 44:2,6,18
  47:1,11,16,20 48:9
  48:14,19 49:4 50:9
  50:15,19 51:3,11,18
  51:25 52:3 54:12
**machine** 2:5
**mail** 25:21 44:5,7,10
**mailed** 10:10
**maintained** 16:10
  44:25
**maintains** 21:24 22:1
**manager** 6:4,19
**mandated** 23:6
**manner** 21:2 30:20
  41:3 50:11
**manufacture** 8:8
**Maranzano** 3:3 4:5
  35:1 43:23,24 51:7
  51:10,13 58:11
**MARC** 1:3 57:3
**mark** 33:8
**marked** 5:1 33:12
  40:18 42:7
**matter** 27:2
**mean** 7:12 20:6 27:17
  27:22 32:20 38:19
**means** 18:21 25:18
  39:15 52:6,7

**meant** 36:3
**medical** 16:5,6
**meet** 13:14,15 18:6
  18:18 41:19
**meeting** 31:4
**meets** 4:19 16:19
  18:13 23:24,25
  37:16
**member** 20:10,16
  21:5
**memory** 25:8
**mentioned** 9:10
  51:14
**merge** 32:24
**merged** 31:16
**metal** 7:6,10,24 9:7,7
**metals** 7:3,5,7,9
**method** 40:15
**Mexico** 11:25 12:1,6
  12:14,19,20,23
  35:23
**miles** 53:16
**military** 16:20
**min** 58:11,11
**mind** 24:24
**minimal** 53:12
**misdemeanor** 24:4
**misrepresent** 14:8
**misrepresentation**
  14:13
**move** 12:18 18:24
**Murphy-Darveau**
  3:18
**myriad** 9:1

**N**
**N** 3:1 56:1,1
**name** 5:8,9,10 11:23
  29:13,14,15,21
**Native** 43:5
**nature** 5:14 42:13
**navigate** 35:15
**necessarily** 15:21
  31:21
**necessary** 17:22

**need** 8:12 12:20
  13:14 17:4 35:2,16
**neither** 54:13 58:13
**never** 16:22 17:23
**new** 11:25 12:1,6,14
  12:19,20,23 21:12
  46:15
**nod** 5:22
**Nods** 35:24
**non-semi-auto** 21:14
**non-Texas** 22:15,16
**noncitizen** 18:8,10
**noncriminal** 16:7
**nonresident** 18:8,10
**normal** 17:25
**normally** 40:1
**North** 3:19
**Nos** 5:1
**noted** 42:19,25 56:8
**notes** 52:16
**notice** 24:12 25:17,19
**noticed** 42:15
**notification** 23:24
**notified** 25:20 31:10
**number** 4:9 6:15
  22:9 23:19 24:9
  29:11,12,20 32:16
  32:17,17 37:8,21
  42:18 55:2,2 57:4
**numbered** 2:2
**numbers** 22:14 30:2
  32:18 49:12
**NW** 3:5
**NWB** 3:5

**O**
**O** 56:1
**obtain** 10:6 13:10
  15:7 16:17 17:22
  18:3,4,17 19:2 20:1
  31:14 48:22
**obtained** 15:1,2
**obviously** 9:3 41:1
**occasion** 36:6
**occurred** 27:22

SHERRI ZGABAY                                        6/9/2014

7

offense 24:25
offer 49:22
offered 49:15
office 3:14 26:7 39:25
  59:1
officer 4:17 26:3,9,10
  26:13,14,19 28:21
  28:25 29:2,17,18,24
  37:13,15,25 58:2
offices 2:5
official 39:24 40:13
  52:18
oh 37:11 51:7
okay 6:17 7:12 8:2,22
  9:3,15 10:4,17
  11:12,20 12:1,13,17
  12:23 13:1,9,13,21
  14:4,16,22 15:6,25
  16:6,12,15,21 17:2
  17:4,7 18:21,24
  19:9,13 20:4 21:5
  21:18 22:6,12 26:1
  26:18,23 27:5,17,21
  28:16,20 29:14 30:2
  30:5 31:13,22 32:9
  33:1,10,13 34:1,4
  34:14,23 35:1,5,23
  36:11,11,24 37:6
  38:7,17,18,23 39:2
  40:18,19 41:5,24
  42:3,7,12 43:7,18
  44:1,3,16 46:18
  47:3,9 48:6,16
  49:25 51:11,13 53:1
  54:9,10,14,15
old 16:16
old-fashioned 41:25
  42:5
on-line 4:12,14 10:9
  19:14,24,25 23:16
  33:18 34:21 35:15
  35:18 36:22 44:5,7
once 21:16 27:7
  30:21
ones 24:24

open 39:19
operational 53:13
opportunity 24:14
  25:22 41:2
opposed 41:16 53:11
oral 1:21,25 58:2
order 53:10
orders 8:17
organizations 39:13
original 31:3 50:11
originally 42:3
out-of-state 11:6,8,9
  32:5,17 37:5 45:4
outcome 25:16 28:7
  58:17
outlined 23:25 41:19
outside 38:7

_____

**P**

P 3:1,1
p.m 2:3,3 43:19,19
  54:18
P.O 3:15
Pacific 43:4
page 4:6,9,12 34:19
  34:19,20,24 35:15
  36:14,17,19,21 37:2
  37:4 55:2,3
PAGE/LINE 55:4
pages 36:14,14 56:5
pages(s) 56:8
pains 56:4
paper 9:12 10:9 34:2
  42:4 55:2
paperwork 44:12
Parkway 3:10
part 10:18,22 19:19
  23:8 27:5 38:17
  47:3,4
particular 6:8 7:18
  9:2 10:14 24:25
  33:16 41:17
parties 58:14
parts 44:21
party 58:9

pass 7:3 43:17,20
passed 21:13 42:4
  48:13
passport 17:10,16
passport-style 11:10
  45:6,13
pay 47:5,18 48:12
payment 15:20
peace 24:17
penalties 56:4
penalty 27:18,20
pending 25:15 28:7
Pennsylvania 3:5
people 41:7 48:12
percentage 22:21
period 12:24 19:16
  31:7
perjury 56:4
PERRY 1:5 57:5
person 14:20 16:24
  18:13 19:17,19 24:3
  24:18 25:22 26:16
  28:6,23 29:3,23
  31:10 44:4,5,6 45:8
  47:1
person's 29:19
personal 31:13 42:15
  42:25 46:9,23
persons 9:9
Pharmacies 8:6
pharmacy 8:5
phone 34:24
photo 9:8,11,13,16
  9:16,20,23 44:25
  45:8,11,12,13 46:11
  46:12,22,24
photograph 45:2,14
  45:22,25 46:1,10,13
photographs 44:20
  44:24 45:17,24
  46:16 47:1
photos 11:10 45:6,7
physical 26:4
physically 44:13
physicians 8:6

place 13:25 14:3,4
  40:5 44:14 48:16
  56:6
places 40:10
Plaintiff 1:8,11,14
  3:3 57:8,11,14
Plaintiffs 1:3 2:1 3:8
  57:3
plane 10:1,3
please 5:8 17:12
  28:17 33:14 35:12
  55:2,3
pocket 9:19 20:24
point 31:16 41:15
poling 40:5,6,10
population 51:22
portions 42:11
position 6:7,8,18,19
positions 6:16
possess 16:3 18:6,7
  18:15,17,20
possessing 18:19
possession 15:13 26:4
  26:11,13,19 27:24
potentially 38:1
poverty 34:6,12
practice 24:10
prescriptions 8:8
PRESENT 3:18
primary 15:9,10
prior 48:24
privacy 39:19
private 6:24 8:22,23
  8:24 9:14,15 20:15
  20:15,21,23 39:3,8
  39:10,13
Probably 26:24
problem 31:10 43:18
procedural 52:20
  53:3,8
procedure 2:7 25:19
  25:23 51:16,21
procedures 53:5
proceeding 5:15
  58:15

SHERRI ZGABAY                                                6/9/2014

**Proceedings** 54:18
**process** 4:14 5:18
  6:21 10:5,6,8,19,23
  11:3,5,7 12:5,8,18
  27:5 30:5,7 34:21
  36:23 40:9 44:8
  45:22 46:15 47:2
  49:21 51:24 53:17
**produce** 23:8,11 32:4
  32:6
**produced** 1:25 9:20
  23:14
**production** 11:11
**professionals** 9:1
**program** 7:17
**programs** 9:10
**prompted** 53:23,25
**proof** 10:15 13:4,7,7
  13:13
**provide** 10:13,15
  11:8 13:6,17 17:8
  17:14 30:11 35:12
  35:14 37:5 38:23
  44:13 49:5
**provided** 17:19 18:5
  18:13,18 29:23,24
  39:17 40:17
**provides** 27:13 30:12
  31:8
**provisions** 2:8
**psychiatric** 16:4
**public** 3:19 6:6,11
  20:5,10,16 21:5
  23:15 39:23 49:6
**purchase** 7:10 15:13
**pursuant** 2:7
**put** 29:14,14
**putting** 52:12

**Q**

**qualification** 24:1
**qualifications** 18:6
**qualified** 16:3 18:7
  18:14,19,21 21:19
**qualify** 20:8 21:16,16

21:20
**query** 32:14
**question** 5:19,20 14:1
  15:6 17:11 19:19
  26:5 32:7,10 38:17
  46:5,19 50:4
**questions** 5:24 44:1
**quick** 36:18
**quite** 24:23 40:9

**R**

**R** 3:1 56:1
**race** 23:4,10 31:25
  42:24 43:15
**races** 43:13
**radius** 51:23
**range** 49:11
**rare** 36:6
**read** 54:16
**readily** 39:23 48:15
  54:3
**really** 14:25 15:4
  44:21
**reason** 5:25 30:10
  31:11 37:9 55:2,4
**reasons** 25:2 56:7
**recall** 27:16 47:25
  53:19
**receipt** 10:19
**receive** 7:22 9:16,18
  10:24 29:2 33:24
  38:8 46:1
**received** 30:22
**receives** 21:6
**Recess** 43:19
**reciprocity** 11:20,22
  12:13
**recognize** 41:16
**record** 2:8 54:17 58:3
**records** 15:4 39:19
**recycled** 7:10
**reduced** 34:10,11
  47:13,14,18,22
**reference** 24:11
**referenced** 9:18

33:17 34:8 47:12
**referring** 21:14
**reflected** 47:19
**reflects** 47:14
**refresh** 25:8
**register** 40:12
**registrar's** 39:25
**registration** 6:5 7:3,5
  7:9 12:18 59:10
**registrations** 20:24
**regular** 38:24 48:6
**regulate** 49:13
**regulated** 49:10,14
**regulates** 6:22
**regulation** 9:7
**related** 15:22 58:14
**relations** 54:7
**relevant** 15:13
**remember** 19:22
  21:8
**remind** 5:18
**renew** 19:24,25 46:16
  50:1,5
**renewal** 19:12,13,16
  19:18 47:2 50:8,14
  50:18
**renewals** 19:22 20:2
  31:3
**renews** 46:20
**Repeat** 22:20 26:5
**rephrase** 6:1 52:18
**report** 23:13
**reported** 2:5 3:22
**reporter** 5:20 33:4,6
  33:8 51:5 54:17
  57:23
**Reporter's** 4:6 57:20
**reports** 23:8,10,11,14
  32:3,6
**represent** 43:24
**representation** 45:10
**represents** 33:23
**request** 24:15 25:22
  27:2,6,21 28:12,17
  41:20

**requests** 28:6,14
**require** 13:6 28:11
  30:16 31:1 39:21
  45:12 53:4
**required** 10:15,17
  11:4,12 13:23 14:6
  15:23 17:21 24:12
  28:9 30:25 31:2,6
  44:9,23 48:21,23
  53:8
**requirement** 13:4,15
  17:7,14 23:9 35:9
  41:6 44:19 45:11
**requirements** 13:14
  16:4 18:14,18 31:5
  41:10
**requires** 16:18
**requiring** 53:15
**rerun** 50:2
**reserve** 54:15
**reside** 51:21,22
**residence** 32:1,2
**resident** 10:24 11:2,6
  11:7 18:1,11,22
  19:3,4
**residents** 22:15,17
**resides** 24:18
**resource** 52:3,3,5,7
  52:13,22
**responses** 5:21 54:8
**responsibilities** 6:20
**responsible** 49:21
  52:9,10,11
**restate** 17:11 50:4
**restricted** 7:15,16
**result** 8:18 24:21
  26:2
**return** 27:6,10,12,21
  28:2,4,9 29:2 58:7
**returned** 27:3
**returning** 27:18
**review** 31:2
**revocation** 4:18
  23:21 25:5,6,11,14
  25:17,20,21 27:2,8

SHERRI ZGABAY                                           6/9/2014

9

37:6,14,23 38:2
**revoked** 23:18 25:18
26:20 38:4,12 40:7
**revolver** 20:9 21:7,15
21:19,21
**RICK** 1:5 57:5
**right** 5:17 9:6 10:4
12:11 18:1,11 20:14
20:19 29:10 33:15
35:7 38:3 39:7
52:24
**Rights** 3:4
**role** 8:14
**roles** 52:21
**rolled** 41:17 42:6
**Ronald** 3:14 58:12
**ronny.keister@oag...**
3:16
**Room** 3:5
**RPR** 3:23
**rule** 34:9 49:14
**rules** 2:7 5:17 24:10
41:9
**run** 32:11 49:3 50:6
**runs** 28:21 29:19
**rural** 54:2

_____

**S**

**S** 3:1,14 56:1,1,1
**safely** 16:3
**Safety** 3:19 6:6,12
49:7
**sale** 15:13
**saying** 21:20
**says** 24:8 26:14 35:9
35:12 39:16 48:1,3
48:3
**scenario** 10:14 29:1
**Scott** 3:9 5:25 58:11
**scott@brazilanddu...**
3:12
**screen** 29:15
**se** 44:11
**SEAL** 59:1
**search** 23:4,5 32:11

**searchable** 23:1,2
**secondary** 15:10,15
15:17
**security** 6:24 7:25
8:1,22 9:14,16
20:15,21,23
**see** 14:16 33:3 34:20
37:7 44:16 46:3
52:14
**Seibert** 2:4 3:23
57:23 59:7
**semi-auto** 21:14
**semiautomatic** 21:21
**send** 27:1 38:3,13
**sent** 24:7
**separate** 22:3,3 30:2
30:3 37:3 47:5,7
**September** 40:21
**service** 6:5 8:15
**Services** 41:11
**set** 34:12 47:23,25
48:7,9
**sex** 23:9 31:25
**shake** 36:1
**sheet** 55:2
**Sheriff's** 38:11
**Sherri** 1:22,25 4:3
5:2,9 55:25 56:3,12
58:1
**short** 43:16
**shorthand** 2:5 57:23
**show** 13:14 26:8
28:22 33:11 34:14
42:7
**sign** 53:10 54:16 55:3
**signature** 4:6 55:1
58:7
**similar** 11:6 25:24
**sir** 6:15 7:14 8:6 9:5
10:18 11:1,14,19
12:7,22 13:3 16:11
19:15 20:3 21:9
22:2,25 24:10 30:4
31:8,18,21 34:15,17
35:19 38:9,22 39:6

42:2,14,23 43:1,15
**situation** 10:14 26:12
**Sixth** 2:6
**skip** 7:25
**slightly** 25:24
**snapshot** 36:11
**solemnly** 56:3
**somebody** 29:21
**sorry** 7:1 17:11 22:20
35:8 36:1 37:11
51:10
**sort** 9:11 17:10,16
19:7 52:24
**sounds** 33:7
**sources** 15:2,3,7,9,16
15:17
**SOUTHERN** 1:1
57:1
**speak** 15:4 25:7
**speaking** 36:7 44:13
**special** 34:8
**specific** 14:1 16:4
17:7,18 21:3 22:9
23:24 25:9,11,14
26:24 28:19 32:3
34:7 43:15 45:23
49:12 52:10 53:9,20
54:1,1
**specifically** 7:17 15:5
15:23 25:2 26:14,16
30:12,13 32:6 34:10
38:14 39:16,19
45:20 48:3 49:1,19
49:24 52:8 53:19
**spell** 5:10
**spoke** 9:7 23:7 29:2
**staff** 45:19
**standard** 24:10 48:2
48:4,7,9,12
**state** 1:17 2:4 5:8
7:11 11:23 12:10
16:23 35:17 36:4
37:1 42:13 45:9,15
57:17,21,24
**state-issued** 36:4,5,8

**stated** 2:8 18:5 56:7
**states** 1:1,7 3:3 11:21
11:22 13:25 18:16
22:18,22 43:25
50:21 57:1,7
**statistical** 23:7
**status** 38:16 40:14
**statuses** 40:16
**statute** 7:17 20:23
23:25 25:8 26:14
27:13 30:11,19 31:1
31:8 34:9,10 39:15
41:18 47:23,24,25
48:1,7,10,11 49:2
49:14
**statutorily** 23:6
24:12
**statutory** 23:9 31:4
38:22
**stays** 28:7
**stop** 5:25 26:12,25
28:20 29:1,19
**stopped** 26:6 29:24
38:10
**Street** 2:6
**strike** 26:1 28:11
**student** 18:2,2,5
22:23
**subject** 24:5 39:19
**submission** 41:4,5,7
41:10,12,21
**submit** 10:9,21 11:13
11:14 13:4 24:12
37:25 41:2,25 44:9
44:12,24 51:16
53:11
**submits** 44:20
**submitted** 41:15,22
42:4 45:7,12 58:5
**submitting** 4:17
37:13 53:11
**subpoenaed** 39:21
**substance** 8:2
**substances** 7:3 8:3,9
**Suite** 2:6 3:10,24

SHERRI ZGABAY                                          6/9/2014

59:9
**support** 3:23 15:20
  15:25 16:6 25:3,4
  58:7 59:8
**supporting** 11:16
**sure** 17:13 19:1 26:6
  28:1 46:18
**surrender** 26:15 28:5
  28:9,18
**suspended** 23:18
  24:1,8,8 38:5,12
  40:8
**suspension** 23:20,21
  24:5,13,19,22,23
  25:6,10,15 26:21
  27:2,8,23 28:13
**swear** 56:3
**sworn** 2:1 5:3 58:1
**system** 32:14

_____
**T**
**T** 3:18 56:1,1
**table** 4:11 33:16
  47:10,14
**take** 5:20 23:23 26:10
  26:19 27:14 30:21
  36:18 43:16 48:21
**taken** 2:2 27:7 41:14
  58:16
**takes** 28:21 37:4
**talk** 10:4
**talked** 42:12
**talking** 51:14 52:19
  52:19
**taught** 49:4
**technological** 46:2
**technology** 46:14
**Telephone** 3:3
**tell** 31:23 32:17 49:22
  49:23 52:6
**tells** 31:25
**temporary** 18:1,5
**term** 19:10 39:8
**terminology** 36:21
  39:11

**testified** 5:3 44:3
  50:20
**testimony** 52:4 53:22
  56:6 58:3
**Texas** 1:1,9,12,17 2:4
  2:7 3:11,14,15,19
  3:20,25 6:5 7:11
  10:5,7,24,25 11:7
  11:20 12:2,14,18,19
  12:21 13:2,11 15:11
  15:18 16:10,16,22
  17:4,5,14 18:11
  19:2 21:25 22:7,13
  29:4 30:1 31:13,20
  31:24 32:4,12,16,16
  32:21 36:9,24,24
  41:11 44:22 45:2,3
  46:8,9,14,23 57:1,9
  57:12,17,21,24 59:7
  59:9
**Thank** 43:20 44:16
  54:11,13
**therefor** 56:8
**things** 15:22 16:5
  17:24 23:3 42:13
**think** 14:24 15:25
  16:7,8 46:18 47:13
  54:9
**thinking** 17:3
**thought** 31:22 52:21
**time** 17:12 19:16
  22:20 26:5,6,8,9,18
  27:25 28:1,2 29:22
  31:7 32:18 48:17
  50:4,7,8 54:11,16
  56:6 58:9
**timeframe** 19:20
  24:16 25:11,14
  28:19 30:23
**today** 13:21
**top** 16:8 22:9 24:23
  25:1 27:16 35:9
  37:7,21 48:15
**traffic** 26:7,12,18
  28:20,25 29:19

**training** 10:16 45:23
  46:1
**transcript** 56:5 58:2
  58:4
**transfer** 12:20
**travel** 53:15
**TRAVIS** 57:21
**trial** 54:16
**trooper** 26:9
**trouble** 16:22
**true** 56:5 58:3
**truly** 17:18
**turn** 25:7
**two** 11:10 15:9,10
  25:10 32:19,24
  36:14 42:6 43:13
  44:21 45:6,17 46:4
  53:2
**type** 7:21 9:17 20:4
  20:11,12 21:13
  23:21 29:9 33:22
  36:4 52:12
**types** 6:22 15:22 16:5
  17:18,19 21:8 24:21
  30:17 33:20,21

_____
**U**
**U** 56:1
**U.S** 3:4,23 58:7 59:8
**ultimately** 52:11
**undergo** 11:17
**understand** 5:14,24
  20:8 32:10 39:2
**understanding** 32:7
**United** 1:1,7 3:3
  13:25 18:16 22:18
  22:22 43:25 50:21
  57:1,7
**Unknown** 43:5
**updated** 46:11,12,22
  46:24 47:20
**updates** 53:9
**updating** 46:13,16,25
**US-born** 13:19,23
  14:2

**use** 9:22 10:2 11:10
  31:13 39:9 40:13
  41:7 46:14
**utilize** 41:11 44:25
  45:1
**utilized** 46:24
**utilizing** 46:10

_____
**V**
**v** 1:4,16 57:4,16
**valid** 32:18,20 35:10
  35:16,20,22 40:7
**various** 6:21 15:2
  49:11
**vary** 30:23
**VEASEY** 1:3 3:8
  57:3
**vendor** 8:15,20
**verbal** 5:21
**verify** 14:10
**versus** 20:21 21:3
  32:5
**veterinarians** 8:7
**violation** 26:7
**virtue** 29:5,6
**visa** 18:2 22:23,23
**visit** 41:13 44:12
**visitor** 19:6
**visual** 45:25 46:1,3
**visually** 45:7
**vote** 9:23 40:12
**voter** 39:25
**VOTERS** 1:9 57:9
**voting** 9:25

_____
**W**
**W** 56:1
**waiver** 34:4 41:20
**want** 18:24 25:7 39:9
**wanted** 40:13
**Washington** 3:6
**way** 5:19 14:23 40:4
  40:14 41:25 42:5
  51:1
**We'll** 35:22 54:15

SHERRI ZGABAY

6/9/2014

we're 15:23
we've 42:12
weapon 20:20 21:13
web 37:4
website 4:15 33:19
    34:1,16 36:12 37:24
    42:8 53:9
weeks 22:11
went 40:5,12
weren't 50:23
West 2:6
White 43:2,9
White/Hispanic 43:7
window 37:2,4
witness 2:1 4:6 43:17
    43:21 51:11 52:3,5
    52:7,22 54:14,16
    55:1 58:1,4,5,6
wondering 52:24
work 22:23 45:18
worked 6:15
working 6:11 48:17
write 8:8
written 24:12 27:9

**X**

X 24:9

**Y**

year 40:21
years 16:19 19:10,11
    20:1
YOUNG 1:9 57:9

**Z**

Z-g-a-b-a-y 5:11
Zgabay 1:22,25 4:3
    5:2,9 55:25 56:3,12
    58:1
zip 23:9 32:1,2

**0**

**1**

1 34:24,24 36:14
1:03 2:3

1:55 43:19
12-31-2014 59:7,10
12548 3:15
140 33:2
142 4:10 5:1 33:4,6,7
    33:12 47:10
143 4:11 34:14,16
144 4:13 36:11
145 4:15 42:7,19
146 4:16 37:12
147 4:21 5:1 40:18
    51:9,10
148 51:4,6,8
16 58:11
18 16:20
180 31:9
1987 6:12

**2**

2 36:15,15,15
2:05 43:19
2:13-cv-193(NGR)
    1:5 57:5
2:13-cv-263(NGR)
    1:11 57:11
2:21 2:3 54:18
2010 2:6 6:9,9
2013 21:12
2014 1:23 2:3 13:22
    58:5,8 59:2
202 3:6
20530 3:6
21 16:19,21
25 53:16
25-mile 51:23
281 3:11

**3**

300 2:6
305-4355 3:6
33 4:10
34 4:11
344 59:10
36 4:13
37 4:16

380 3:24 59:9
380-6310 3:11

**4**

4-AUSTIN-162600
    56:14 59:12
40 4:21
42 4:15
4201 3:10
424-2420 3:20
43 4:5
45 31:4
4589 59:7
46,000 51:22
463-2197 3:16

**5**

5 4:4
512 3:16,20
52 58:11
530 3:10
55 4:6
57 4:6
5805 3:19

**6**

60 31:3
698 4:21 40:20,23,25
    41:18 51:7 53:24

**7**

701 3:24 59:9
7254 3:5
750,000 22:8,13
    31:24 32:12,22
756,000 22:10
77068 3:11
78-A 42:20
78701 3:25 59:9
78711 3:15
78752 3:20

**8**

88 37:6

**9**

9 1:23 2:3
950 3:5