UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,                        :
                                       :
          Plaintiff,                   :      Docket No. CA 12-128
                                       :
          vs.                          :      Washington, D.C.
                                       :      Monday, July 9, 2012
ERIC H. HOLDER, JR., in his            :          9:00 a.m.
official capacity as                   :
Attorney General of                    :
the United States,                     :
                                       :
          Defendant, and               :
                                       :
ERIC KENNIE, et al.,                   :
                                       :
          Intervenor-Defendants. :
--------------------------------x


(A.M. SESSION)
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE DAVID S. TATEL
UNITED STATES CIRCUIT JUDGE
THE HONORABLE ROSEMARY M. COLLYER
THE HONORABLE ROBERT L. WILKINS
UNITED STATES DISTRICT JUDGES


APPEARANCES:

For the Plaintiff:          ADAM MORTARA, Esquire
                            ASHA SPENCER, Esquire
                            JOHN M. HUGHES, Esquire
                            Bartlit Beck Herman
                            Palenchar & Scott LLP
                            54 West Hubbard Street
                            Suite 300
                            Chicago, IL  60654

```
Appearances continued:        JONATHAN F. MITCHELL, Esquire
                              MATTHEW FREDERICK, Esquire
                              PATRICK SWEETEN, Esquire
                              JOHN MCKENZIE, Esquire
                              STACEY NAPIER, Esquire
                              Office of Attorney General of Texas
                              209 West 14th Street, 7th Floor
                              Austin, TX 78701


For the Defendant:            ELIZABETH S. WESTFALL, Esquire
                              DANIEL J. FREEMAN, Esquire
                              MEREDITH E.B. BELL-PLATTS, Esquire
                              BRUCE I. GEAR, Esquire
                              JENNIFER L. MARANZO, Esquire
                              RISA BERKOWER, Esquire
                              BRYAN L. SELLS, Esquire
                              SPENCER FISHER, Esquire
                              U.S. Department of Justice
                              950 Pennsylvania Avenue, NW
                              Washington, DC  20530


For Intervenor-              EZRA D. ROSENBERG, Esquire
Defendants:                  Dechert LLP
                              902 Carnegie Center
                              Suite 500
                              Princeton, NJ  08540-6531


                              JOSEPH GERALD HEBERT, Esquire
                              J. Gerald Hebert, P.C.
                              191 Somervelle Street,
                              Suite 405
                              Alexandria, VA  22304


                              NANCY ABUDU, Esquire
                              American Civil Liberties Union
                              Foundation, Inc.
                              230 Peachtree Street NW
                              Suite 1440
                              Atlanta, GA  30303

                              CHAD W. DUNN, Esquire
                              Brazil & Dunn
                              4201 FM 1960 West
                              Suite 530
                              Houston, Texas  77068
```

```
 1   Appearances continued:

 2                            ADAM HARRIS, Esquire
                             Fried, Frank, Harris, Shriver
 3                            & Jacobson, LLP
                             One New York Plaza
 4                            New York, New York 1004

 5   Court Reporter:          CRYSTAL M. PILGRIM, RPR
                             Official Court Reporter
 6                            United States District Court
                             District of Columbia
 7                            333 Constitution Avenue, NW
                             Washington, DC  20001

 8

 9   Proceedings recorded by machine shorthand, transcript produced
     by computer-aided transcription.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                              P–R–O–C–E–E–D–I–N–G–S

1            THE DEPUTY CLERK:  Civil action 12–128, State of

2    Texas versus Eric H. Holder, Jr.

3            For the plaintiffs, Jonathan Mitchell, Patrick Sweeten,

4    Matthew Frederick, Reynolds Briffenden, Stacey Napier, Adam

5    Mortara, John McKenzie, Asha Spencer and John Hughes.

6            For the defense, Meredith Bell-Platts, Jennifer

7    Maranzano, Elizabeth Westfall.

8            For the intervenor defendants Chad Dunn, Gerald Hebert,

9    Ezra Rosenberg, Nancy Abudu, Adam Harris and Brian Sells.

10            JUDGE COLLYER:  Good morning everyone.  I'm Judge

11    Collyer and to my left is Judge Tatel of the Circuit Court and

12    to my right is Judge Wilkins of the District Court.

13            We're here today for trial in Texas versus Holder and

14    Texas bears the burden so it will go first.

15            I am going to be timing things.  Texas has, what is it

16    ten hours, the United States has ten hours, and the intervenors

17    have five hours.  The direct examination counts against a

18    party, the cross examination counts against the party doing the

19    cross.

20            As I understand it, Mr. Mortara, welcome back to you and

21    your colleague and colleagues.  I understand that you wanted to

22    make an opening statement and you understand that will come

23    from your time?

24            MR. MORTARA:  Yes, Your Honor.

```
 1              THE COURT:  Okay.  Go right ahead, sir.
 2                 OPENING STATEMENT BY MR. MORTARA
 3            MR. MORTARA:  Thank you, Your Honor.
 4        It's great to be back.
 5            JUDGE COLLYER:  Welcome.
 6            MR. MORTARA:  May I proceed, Your Honor?
 7            THE COURT:  Yes, please, sir, when you're ready.
 8            MR. MORTARA:  Adam Mortara for the State of Texas.
 9        Before I begin today I would like to introduce our team.
10   From my firm John Hughes, and Asha Spencer and from the State
11   of Texas office of the Attorney General, Patrick Sweeten,
12   Stacey Napier, Matthew Frederick, John McKenzie, Reynolds
13   Briffenden.
14        Also with us is the Solicitor General of Texas, Jonathan
15   Mitchell.
16        This is a case --
17            JUDGE COLLYER:  But you didn't mention the font of
18   all knowledge.
19            MR. MORTARA:  Your Honor, I did not mention Amanda
20   Saliga, a core member of our team and previously denoted by
21   this Court the font of all knowledge.
22            JUDGE COLLYER:  Correct.
23            MR. MORTARA:  This is a case about Texas' proposed
24   implementation, one of the most popular voting forms over the
25   last 20 years, the common sense requirement that when you show
```

1   up to the polls to vote you prove who you are, who you say you

2   are with a photo ID.

3          The Court knows of course that we all have to provide

4   photo ID as a matter of routine life.  When we even entered

5   this courthouse today most of us had to provide a photo ID to

6   be here so we could have this discussion.

7          States around the country have enacted bills like Senate

8   Bill 14 to secure the polling place in the same way that

9   airplanes, Amtrak, tall buildings and this very courthouse are

10  secured.

11         I want to begin very briefly, because I know the Court

12  is well aware, with the legal standard.  And I've got on the

13  screen the Section 5 standard direct quotes from Section 1973 C

14  and 1973 B which I know the Court is well aware of and as Judge

15  Collyer observed, it's Texas' burden here to prove that Senate

16  Bill 14 neither has the purpose nor will have the effect of

17  denying or abridging the right to vote on account of race or

18  color and in the case of Hispanics is statutorily defined as

19  being members of a language minority group, we must prove that

20  Senate Bill 14 will not deny or abridge the right of any

21  citizen of the United States to vote because he is a member of

22  a language minority group.

23         So there are two issues, does Senate Bill 14 have a

24  prohibited discriminatory effect and was it enacted with a

25  discriminatory purpose.

1        I'm going to start with and spend most of my time on

2   effect.  There are four independent reasons why Senate Bill 14

3   does not have a prohibited discriminatory effect under Section

4   5.

5        The vast majority of registered voters in Texas already

6   have photo ID.  And Senate Bill 14 does nothing whatsoever to

7   their ability to vote.  But even for those few registered

8   voters who don't have photo ID already, for instance, someone

9   who has just turned 18 and registered and hasn't gotten a

10  driver's license or state ID yet, we are going to offer a free

11  photo ID called an election identification certificate.  It is

12  a little bit of a funny word, it's actually just going to be a

13  card like a state ID with a photo on it.

14       And the Supreme Court has already addressed, not in a

15  Voting Rights Act case but in the context of a voting rights

16  challenge in Crawford the burden imposed by the requirement to

17  obtain a free photo ID.

18       What the Supreme Court said in Crawford was for most

19  voters who need them the inconvenience of making a trip to the

20  BMV, gathering the required documents and posing for a

21  photograph surely does not qualify as a substantial burden on

22  the right to vote or even represent a significant increase over

23  the usual burdens of voting.

24       The first reason Senate Bill 14 will not have a

25  discriminatory effect is the requirement to obtain a free ID

1    for the small number of people that don't already have it will

2    not deny or abridge the right to vote.

3         The second reason that Senate Bill 14 will not have a

4    prohibited discriminatory effect is that the Social Science

5    Literature shows us that photo ID requirements do not effect

6    anyone's ability to vote and there's an abundance of Social

7    Science Literature out there that proves that no one is stopped

8    from voting because of photo ID requirements.

9         And I want to put on the screen Plaintiff's Exhibit 38.

10   Plaintiff's Exhibit 38 is an article in the Peer Review

11   Literature called Effects of Identification Requirements on

12   Voting Evidence from the Experiences of Voters on Election Day.

13   The author of this article is Professor Steven Ansolabehere,

14   Harvard University.  You may recognize that name.

15        Professor Ansolabehere is the Justice Department's lead

16   expert in this case.  And his report in this case is about

17   something else, a database match he did.  It's not about his

18   actual academic work which is about the effects of voter ID

19   laws and parties published quite a few articles on it, and

20   these articles and his research show that photo ID requirements

21   like Senate Bill 14 actually have no effect on anyone's right

22   to vote.

23        So let's look at the conclusions of this article after I

24   describe for you what he did.  Professor Ansolabehere runs a

25   study, a survey called the CCES.  This is a survey of voting

1  behavior of voters.  And as he's in charge of the survey which

2  by the way he runs in conjunction with Professor Daron Shaw of

3  the University of Texas.  That's Texas' expert in this case.

4  They worked together on the survey, Professor Ansolabehere runs

5  it, Professor Shaw runs the Texas portion.

6       What the survey does in 2006 and 2008 and will do again

7  in 2012, didn't in 2010 unfortunately, is ask people when they

8  go to the polls were you asked for photo ID.  And people will

9  say yes, an increasing more number of people as more and more

10 states adopt laws like ours say yes, and if they say yes, the

11 survey questioner say well, were you allowed to vote?

12      And in reporting on these results in 2009 in the Peer

13 Review Literature in Plaintiff's Exhibit 38 the DOJ's expert

14 said, and I've got it here on the screen.  It's from the third

15 page of the article, but the actual denials of the votes in

16 these two surveys suggest that photo ID laws may prevent almost

17 no one from voting.

18      And of course, the two states that had photo ID laws at

19 this time when this research was done were Indiana and Georgia.

20 The Court is very familiar with that.  So it might behoove us

21 to take a look at the results of these surveys with respect to

22 Indiana and Georgia.

23      I'm going to show you now on the screen Plaintiff's

24 Exhibit 17 which is the expert report of Professor Shaw which

25 has the survey results.

1          You can see in figure 6 who's asked to show

2   identification.  Indiana and Georgia are there and it's

3   essentially everyone, 99 percent.  That makes sense because

4   they're mandatory photo ID states, of course everyone is asked

5   for photo ID.

6          Texas is different, 60, 40, that's because under current

7   law some voters are asked for ID but not all.  That will change

8   of course if you preclear Senate Bill 14.  Everyone will be

9   asked for ID in Texas going forward starting this November.

10         So everyone is asked for ID in Indiana and Georgia in

11   the 2008 in the CCES.  And figure 7 shows us were you allowed

12   to vote?  Well, in Indiana 98 percent say I voted.  Two percent

13   say yes, I was allowed to vote.  And zero percent said no, I

14   was not allowed to vote.  And in Georgia the numbers are

15   similar just a shade of one percent said no, I was not allowed

16   to vote.

17         So the CCES shows for Indiana and Georgia photo ID laws

18   stopped absolutely nobody or a miniscule number from voting.

19         Well, you might think in your first response may very

20   well be photo ID laws may stop nobody at the polls because the

21   people who show up to the polls know about the law and they

22   already have photo ID because they know they're not going to be

23   allowed to vote without it.  So a photo ID law might have an

24   effect by discouraging people from showing up at the polls.

25         And the good news is Professor Ansolabehere thought

1    about that too in 2009.  He asked that question.  He said one

2    rejoinder to my findings that no one was stopped from voting

3    here is that the very presence of ID laws may discourage some

4    voters from even attempting to vote.

5         The DOJ's expert goes on, looks at the survey data and

6    he says only 7 of 4,000 people, less than two-tenths of one

7    percent of the electorate, could be considered non voters at

8    least in part because of voter identification.  And for the

9    Court's benefit those people also said they had other reasons

10   for not voting like they forgot and the weather was bad.

11        And to bring it back to Georgia and Indiana so you have

12   that data from 2008 as well, we can go back to Professor Shaw's

13   report which pulls out that response from Georgia and Indiana

14   and in those two states the first reason given for not voting

15   the highest with both states was I'm not registered.  That the

16   least common reason next to I forgot was I did not have the

17   correct form of identification, that was one percent both

18   Indiana and Georgia.  These laws also don't discourage anyone

19   from coming to the polls, that's not correct.

20        So what does the DOJ say in response to this social

21   science research?  It's not just Professor Ansolabehere

22   although we like to point that one out because he's the DOJ

23   expert.  There are other papers showing no turn out reduction

24   showing no effect to these laws.

25        Some papers even show a modest increase in turn out as a

1  result of these laws, but the body of the literature shows no

2  real effect on turn out.  There are some papers from groups

3  like Brennan Center that purport to show a turn out reduction.

4  But the DOJ's response and its expert response is to cite one

5  paper from one research group at Caltech, the Alvarez Research

6  Group, that shows a modest turn out reduction with the adoption

7  of strict photo ID laws.

8       And the good news for us is that Professor Ansolabehere

9  talked about this too in Plaintiff's Exhibit 38, the critical

10 2009 Ansolabehere article on the social science article on

11 voter ID.  Here's what he says.  First, he repeats his findings

12 approximately half of all people are asked for ID.  Half

13 because it's nationwide and not everybody had mandatory photo

14 ID in the survey.

15           JUDGE WILKINS:  What exhibit is this from, counsel?

16           MR. MORTARA:  Plaintiff's Exhibit 38, Your Honor.

17       Approximately half of all people are asked for ID when

18 they vote but almost no one reports subsequently being denied

19 to vote or reports that lack of ID was a reason for not

20 attempting to vote.

21       Then he goes on and says most studies are aggregate

22 election returns, those are turn out studies, are consistent

23 with my non findings,findings but some researchers do find that

24 the state law used score response to turn out rates.  He cites

25 the Alvarez Group I mentioned from Caltech.  He says why the

1  inconsistency?

2       One possibility is methodological.  Aggregate indicators

3  whose turn out studies don't measure who is asked for ID and

4  run the risk of committing the ecological fallacy; survey data.

5  His data is superior.

6       First he says surveys are better because they reveal

7  whether voter identification requests are in fact an instrument

8  of exclusion.  He is looking at people who actually vote as

9  opposed to doing turn out studies and just saying what's the

10 turn out year to year and trying to control multiple variables.

11      And he mentioned this thing called the ecological

12 fallacy.  The Court may be familiar with, I had to learn what

13 it was.  What that means is you can't take a group statistic

14 and infer an individual characteristic.

15      So for example, if a study shows that 70 percent bald

16 men in Chicago like soccer, you could not infer from that

17 because I am a bald man and I am from Chicago that there's a 70

18 percent chance that I like soccer.

19      Similarly the Alvarez shows that there's a 5 percent

20 turn out reduction because of photo ID you cannot infer from

21 that the individual has a 5 percent lesser chance of voting

22 because of that study.  In fact, nobody may have a lesser

23 chance of voting.

24      So Professor Ansolabehere says well, maybe, maybe these

25 studies can be harmonized, both sets might be right.  There's

1   two possible explanations.  This is again Plaintiff's Exhibit

2   38, Your Honor, the next paragraph.

3         He says well, the first explanation might be that ID

4   requirements might discourage, deter people from voting.  We've

5   already talked about that.

6         And the second explanation is the really good one, he

7   says identification requitements may reduce the incidents of

8   voting among those not registered or eligible to vote; that is,

9   fraud.

10        Well, he doesn't just tell us what the possibilities

11  are.  Professor Ansolabehere, the DOJ expert evaluates those

12  possibilities in his Peer Review research.  He says the first

13  of these explanations discouragement looks like it has no basis

14  in fact as the 2008 survey found that almost no one reported

15  that they stayed away from the polls for want of appropriate

16  identification.

17        And he goes on to say that leaves the tantalizing yet

18  unresolved possibility that the differences between aggregate

19  results and individual's experiences at the polls may reflect a

20  reduction in fraud.  In other words, these laws may be doing

21  what it says on the box.  Stopping voter fraud.

22        Now, I don't have a lot of time to go through all of

23  Professor Ansolabehere's research and all of his papers.  I

24  want to be fair to him.  He has other findings.  Amongst his

25  other findings are he finds that he doesn't think that voter

1  fraud is very common because his survey research shows no one

2  is being stopped at the polls.  That's one of his findings.

3      Another one of his findings is he doesn't believe that

4  photo ID laws enhance competence in the electoral system, he

5  has done some survey research there.  We dispute that last

6  finding but I want to be fair to his papers.  When you go

7  through them you will see these three findings repeated over

8  and over.

9      The top line finding is the important one for us.  No

10  one is stopped from voting by these laws, much less any

11  racially discriminatory result.  And that's the second reason

12  the Senate Bill 14 has no prohibited discriminatory effect.  It

13  has no effect on voting at all.  It will not.  And that's what

14  the social science research shows.

15      So where is the DOJ's case.  The DOJ's case rests on a

16  flawed analysis purporting to show that there is a disparity

17  between Anglos and minority voters in terms of state ID

18  possession in Texas.  According to the DOJ, this is their legal

19  theory, we don't agree with it, if there's any ID disparity in

20  Texas that ipso factor proves prohibited discriminatory effect,

21  they just win.

22      There's two problems with that.  First, as a matter of

23  fact, the database analysis that their experts perform is so

24  irretrievably flawed it doesn't prove anything.  And the

25  evidence will show that in fact the only evidence in this case

1   looks comprehensively at ID possession, that evidence will show

2   that there is no actual ID disparity between the races or

3   ethnic groups in Texas.

4        The second reason DOJ's analysis is flawed is that even

5   if there were an ID disparity which there isn't, that doesn't

6   automatically mean there's a prohibited discriminatory effect.

7   That's actually the fourth reason.  I'm going to get to it

8   after we deal with the ID database matching exercise.

9        Excuse me, Your Honor.

10       (Pause.)

11       As I said, the DOJ's response is what it calls a match

12   analysis, a database match by its expert Professor

13   Ansolabehere.  As an initial matter --

14            JUDGE COLLYER:  Just for my note sake, are you still

15   on two or are you up to three?

16            MR. MORTARA:  Your Honor, I am on three.  I am sorry.

17            JUDGE COLLYER:  That's all right.  I thought you were

18   moving to three and then I just wanted to check.

19       Go on.

20            MR. MORTARA:  When I started with three, I kind of

21   mentioned four too.

22            JUDGE COLLYER:  Yes, you did.  That's okay, I

23   understood that but I'm on three.

24       Go on.

25            MR. MORTARA:  Thank you, Your Honor.

1          As an initial matter the DOJ's analysis does not purport

2    to even address all forms of Senate Bill 14 acceptable photo

3    identification.  There are six forms of Senate Bill 14

4    acceptable identification.

5          State ID.  State driver's license, state license to

6    carry concealed weapon permit, and then there are three federal

7    forms of ID.  Passport, a citizenship certificate with

8    photograph, and a military ID with a photograph.

9          So the DOJ's analysis doesn't look at the three federal

10   forms.  It only looks at the three state forms of ID and this

11   is highly problematic and you don't have to look anywhere else

12   than Professor Ansolabehere again because he actually asked the

13   DOJ for access to the federal lists for passport holders and

14   citizenship certificates and he was told no.

15         Well, he proceeded with his half a loaf analysis with

16   just the state IDs and there's a lot of problems with that

17   analysis, but I want to start with one because we don't, we're

18   not writing on a clean slate here.  This is not the first time

19   an expert has tried to do a database base match analysis

20   between a driver's license database and a voter registration

21   database and come up with a highly inflated and unreliable

22   number.

23         No, that actually happened in Crawford.  Your Honors may

24   recall that in Crawford the Supreme Court made a reference to

25   an analysis that purported to show that several hundred

1  thousand voters in Marion County Indiana were registered but

2  did not have photo ID.  And that the District Court in Crawford

3  had rejected that analysis as unreliable.

4       Well, we should look at what the District Court actually

5  said about that analysis.  And I've got on the screen now a

6  quote from that District Court opinion which is found for Your

7  Honor's benefit at 458 F Supp 2d 775 and the quote here is from

8  803.  Race failed to correct for voter roll inflation.  This is

9  the opinion rejecting the plaintiff's expert in that case.

10      The major flaw in the database match here Brace's report

11 is that while he concedes there is some inflation of the Marion

12 County voter rolls, his analysis includes absolutely no attempt

13 to correct for such surplusage inflation of the voter rolls

14 directly impacts Brace's conclusions because his analytical

15 method consists of tabulating and characterizing voter

16 registrations that cannot be matched to BMV, that's Indiana's

17 DMV records.  Inflated voter registration thus leads to

18 inflated conclusions regarding a number of voters without a

19 state driver's license or identification card whom Brace claims

20 to have identified.  Concludes borrowing the app computer

21 expression, garbage in, garbage out.

22      Well, we're not writing on a clean slate here but

23 Professor Ansolabehere admits, he admits that his 1.5 million

24 person data set of people he says do not have state ID includes

25 by his own admission over 50,000 people who are dead.  Not just

1  that, it includes, he will tell you that he doesn't know how

2  many, but it does include hundreds of thousands of people who

3  have moved out of the State of Texas and are therefore no

4  longer eligible to vote.

5       But the important thing here is because this is what the

6  Crawford District Court found was so unreliable about the

7  database analysis in that case and the Supreme Court commented

8  on it in its opinion; is that Professor Ansolabehere under

9  oath, I'm showing you on the screen now his testimony, admitted

10  that he did exactly the same thing, precisely the same thing

11  that the District Court found so troubling in Crawford.

12       "Question, Professor Ansolabehere, you did not engage in

13  any effort to identify records on the Texas voter registration

14  database of people who were in fact ineligible to vote, did

15  you?

16       Answer, no.

17       Question, you made no effort to clean the voter

18  registration database of voters who were ineligible did you?

19       Answer, no.  Of voters who were ineligible."

20       He did the exact same thing that the trial court in

21  Crawford found so unreliable and tossed the database match in

22  that case.

23       There's another serious problem with Professor

24  Ansolabehere's analysis that's specific to this case and didn't

25  come up in Crawford.  And that is having to do springs from a

1    feature of our voter registration database.

2         Our voter registration database is interesting.  We have

3    had different rules over time as to what you need to provide

4    when you register to vote.  As a result, you don't have the

5    exact same data on everybody in our database.

6         And as I think the Court is aware from prior experience

7    in this case, for about 45 percent of our voter, of our 13

8    million registered voters we have full nine digit social

9    security information, 45 percent under half.  So the other 55

10   percent we don't have that full nine digit social security

11   number.

12        Professor Ansolabehere when he did his match he used

13   nine digit social security numbers.  So for that 45 percent he

14   could do it, he could try to find a match with a social

15   security number.  But for the big part I'm going to show you on

16   the screen, pie chart shows this.  But for the big part of the

17   pie, the 55 percent that don't have full social security

18   numbers, the only thing that DOJ and it's expert did were match

19   people by exact name and date of birth.  You had to have

20   exactly the same name in the voter registration database as you

21   had in the driver's license database.

22        It doesn't take too long to figure out that there might

23   be some problems with this.  A good example would be my dad.

24   My dad's name is David.  But he likes to go by Dave and if he's

25   David in the driver's license database and he's Dave in the

1   voter registration database and he's in the big part of the pie

2   where there's no nine digit social security number he ends up

3   in Professor Ansolabehere's 1.5 million list of people that

4   don't have ID even though he does.  It's just that simple.

5   Dave versus David.

6        Now I'm sure you are thinking, I'm not worried too much

7   about that, it's going to happen to everybody, it's going to

8   all kind of come out in the wash and Professor Ansolabehere's

9   number might be a little too high but we can still trust him.

10       Unfortunately, no.  Because there's a big group of

11  people who have these name mismatches more often than others.

12  There's actually two groups.  The first is more obvious than

13  the second.  That is of course women.  Because women in this

14  country sometimes change their name when they get married and

15  as a result, they might have a maiden name in one database and

16  a married name in another.

17       So again to draw from my family, my wife's name is Mary

18  Swietnicki.  If my wife is Mary Swietnicki on her driver's

19  license but had chosen to change her name when we got married,

20  she didn't, and then became Mary Mortara in the voter

21  registration database, she has a driver's license, but now all

22  of a sudden she's in the big pie, she doesn't have a nine digit

23  socials like over half of our registered voters she ends up in

24  Professor Ansolabehere's inflated and flawed list of 1.5

25  million people allegedly without ID who are registered to vote.

1           And before you get concerned that if Mary and I move to

2    Texas and if she changed her name to Mortara and had a mismatch

3    between the two databases she wouldn't be allowed to vote under

4    Senate Bill 14, don't worry about it.

5           Senate Bill 14 does not require exactness between the

6    name on the photo ID and the name in the voter registration

7    rolls.  The law requires substantially similar and the Texas

8    Secretary of State you're going to hear about it today has

9    promulgated regulations to poll workers to deal with former

10   names, maiden names, alternative nicknames like David, Dave, it

11   is not going to be a problem under Senate Bill 14.

12          So we know from common sense that for the 55 percent of

13   people in the big part of the pie don't have nine digit social

14   security numbers that Professor Ansolabehere's requirement of

15   exact name matching is going to be problematic for women.

16          Well, let's do a scientific experiment together.  On the

17   next slide you can see that in the Texas registered voters

18   database the gender distribution is 49 percent female, 42

19   percent male.  That's not uncommon, nationwide there's a

20   slightly higher proportion of females registered than men.  Of

21   course, it doesn't add up to a hundred, that's because we have

22   people in our voter registration database of uncertain gender

23   because they didn't report it or we don't have it.  That's a

24   gender gap of 7 percent in our Texas registered voters database

25   overall 13 million.

1        On the DOJ's list of people who allegedly do not have

2   state ID who are registered to vote, the gender distribution is

3   53 percent female, 36 percent male and the gap goes from plus 7

4   to plus 17.  It defies common sense and all intuition to

5   believe that women are dramatically less likely than men to

6   have the state issued photo identification and this bias in

7   Professor Ansolabehere's result is only explicable by the fact

8   that he required exact name matching for the big part of the

9   pie, over 50 percent of our people that don't have nine digit

10  social security numbers.

11       And Professor Ansolabehere is well aware of this

12  phenomenon and did nothing to investigate it or explore it

13  further or to even think that it called into question his

14  results.  Of course it does.  It's just not believable.

15       Well, I said there were two groups that Professor

16  Ansolabehere's matching was biased against.  I said the second

17  one was not as obvious, but I think when we talk about it

18  you'll see that it is.

19       The second group is Hispanics.  What the evidence is

20  going to show is that when you check to see who mismatches

21  first name last name more between driver's license and the

22  voter registration base, it turns out that those with Spanish

23  sir names Hispanics mismatch dramatically more often on first

24  name last name than non Hispanic.

25       You can think of a few reasons for that.  One is the

1  Spanish name in one database and an English name in other.

2  Another is moving a last name to a middle name.  Another might

3  be having spaces in the last name in one database and not in

4  another.  Believe it or not if you are Dela Cruz with all

5  spaces in between the words in one database but Dela Cruz with

6  no spaces in the other, Professor Ansolabehere did not count

7  that as a match and you end up in the no ID setting even though

8  you have a driver's license just with spaces.  You can see why

9  it's possible that the match would be biased against Hispanics

10 and that's what the evidence is going to show.

11      Professor Ansolabehere despite seeing the red flag of

12 the gender bias which he knew about here is what he said under

13 oath about looking for an ethnic bias in his matching in the

14 big pie, the 55 percent.

15      "You have no information about whether your match sweeps

16 that used names and date of birth might have been correlated

17 with race in such a way as to produce the very

18 disproportionality you find in your conclusions do you?

19      Answer, correct.  I did not study that."

20      He got the warning sign of the gender bias and explored

21 not at all the possibility of ethnic bias in his matching

22 algorithm irretrievably flawed from the outset because he did

23 the same thing that Crawford did the District Court said you

24 can't do, they didn't clean our voter registration file of

25 ineligible voters but flawed secondarily because it's biased.

1        Now I have spent a lot of time talking about women and

2   Hispanics but not a lot of time talking about African Americans

3   and they're at issue in this case too.  And Professor

4   Ansolabehere also found in his proportionality the state ID

5   possession with African Americans, but we don't ask people when

6   they are registered to vote, and we are quite proud they don't,

7   what their race is.  So how did Professor Ansolabehere figure

8   out what race everybody was?

9        Well, he hired a third party political consultant

10  company called Catalyst and Catalyst has what it says is a

11  proprietary scientific algorithm for guessing somebody's race

12  based on their name and where they live.  That's what they say

13  they do.

14       Now Professor Ansolabehere doesn't have access to that

15  algorithm but he bought their services and they took the list

16  of voters that Professor Ansolabehere gave them and what

17  Catalyst did was they tried to guess what people's race was by

18  on the basis of their name.

19       The thing is Professor Shaw of the University of Texas

20  conducted a survey of the, set of data that we got from

21  Professor Ansolabehere's survey.  We called them up, it's a

22  statistically valid scientific survey.

23       One of the things we did we called up a valid sample of

24  the people Professor Ansolabehere and his friends from Catalyst

25  used their racial demography analysis to call black and we

1  asked them are you black?  And a third of them said no, what

2  are you talking about?  One-third of the people in the survey

3  that Professor Ansolabehere said were black said they weren't.

4  That's how unreliable and shoddy that the third party campaign

5  data service that Professor Ansolabehere used is.  One-third.

6        Now that gets us to the State's evidence, Your Honor.

7  And you're going to hear a lot about a survey that Professor

8  Shaw directed and ran of the Ansolabehere, allegedly 1.5 and

9  1.9 million effected voters.  We did three surveys; a general

10  survey, a Hispanic survey and the survey of people that

11  Professor Ansolabehere said were black two-thirds of which

12  actually were.

13        And what the survey showed is that 90 percent of the DOJ

14  list have Senate Bill 14 acceptable ID already.  We didn't just

15  survey half a loaf.  No, Professor Shaw asked about all forms

16  of federal ID.

17        You know what the survey found?  The survey found

18  something that when you think about it should be obvious.  The

19  survey found that Hispanics had passport and citizenship

20  certificates in much higher numbers than Anglos.  Now it took

21  me a little while to realize myself how silly I'd been for even

22  thinking the opposite and here is the reason.

23        Texas is a little unique in a lot of ways.  One of the

24  ways in which we're unique is we share an enormous land border

25  with our neighbors to the south Mexico.  All along that Texas

1   border in the region of Texas there that population is

2   overwhelmingly Latino in Texas and also overwhelming U.S.

3   citizens.  And all along that border there are cities, El Paso,

4   Laredo, the great City of Eagle Pass and across the border from

5   those cities are their sister cities in Mexico.  Juarez for El

6   Paso,  Nuevo Laredo for Laredo.  While our two countries are

7   separated by a river, there are bridges across that river and

8   what goes over those bridges, cars.  And what do you need since

9   2010 to go back and forth to Mexico?  A passport.

10       So when someone from El Paso needs to go to Flores to

11  visit their family, they have to have a passport now.  And it's

12  totally unsurprising that Hispanics in Texas have passports at

13  significantly higher numbers than Anglos because somebody who

14  is an Anglo living up in East Texas who wants to drive a

15  hundred miles to go see their family member does not

16  necessarily need to cross the Rio Grand River into Mexico.

17       It's also no surprise that Hispanics have citizenship

18  certificates in much higher numbers.  The population explosion

19  in Texas is Latino, it stands to reason that data shows that

20  people naturalizing are mostly Latino, they are the ones with

21  citizenship certificates.  And this common sense, what is now

22  common sense I think intuition that Hispanics might have

23  federal ID more than Anglos is something that the DOJ expert

24  could not investigate, he wanted to.  He asked for the data,

25  they wouldn't give it to him.

1          And our study shows, Professor Shaw's survey shows that

2     Hispanics actually have these federal forms of ID in much

3     higher proportion than Anglos and blacks.  What the study shows

4     overall is there's no racial difference whatsoever in the

5     possession of Senate Bill 14 acceptable ID.

6          Even if you thought that this case turned on an ID

7     disparity, it doesn't because of the Social Science Literature.

8     Even if you thought that, there's no ID disparity.  But let's

9     back out one step.

10          Let's imagine the DOJ proved to you to your satisfaction

11     even using the database analysis that didn't cut out the

12     ineligible voters, is biased against matching Hispanics and

13     deployed a third party research firm to wrongly guess whether

14     people were black, even if you thought that was an okay

15     analysis, the social science literature using surveys not

16     database matching which you don't see in the Social Science

17     Literature in Indiana and Georgia.  The Social Science

18     Literature in Indiana and Georgia using a survey shows that

19     there is a disparity in those two states between African

20     Americans and whites in terms of state ID possession.  That's

21     what the Social Science Literature shows.

22          The same literature shows this has no bearing whatsoever

23     on anybody's voting behavior because people who show up at the

24     polls either already have ID or they go and get free ID.  In

25     other words, the fact that there's an ID disparity produces no

1  result at the polling place, no result in the form of

2  discouraging people, that's what Professor Ansolabehere already

3  said and no result in terms of denying people the right to

4  vote.  So even if there were an ID disparity, there is no

5  effect for purposes of Section 5.

6       Judge Collyer, for your benefit I just went back to

7  number two.

8            JUDGE COLLYER:  That's okay, I followed that.

9            MR. MORTARA:  Okay.

10      We surveyed the whole loaf, not the half a loaf database

11  match that's running into the same problems we have been

12  knowing about since Crawford.  We looked at the whole loaf and

13  there's no ID disparity.

14      Now, DOJ has some criticisms of the Professor Shaw's

15  survey.  One thing that you will hear from Professor

16  Ansolabehere is that Professor Shaw is an expert on surveys.

17  They are actually good friends and close colleagues.  And DOJ's

18  main criticism of Professor Shaw's survey is he had a hard time

19  reaching people.  You are calling people, calling and calling,

20  you had a hard time reaching them.

21      We got our list from the DOJ the 1.9 million registered

22  voters that they say don't have ID, and it's not surprising

23  that we had trouble reaching people because of the same first

24  problem with Professor Ansolabehere's database match.  He

25  didn't clean the voter rolls.  He admits he has 50,000 dead

1   people and hundreds of thousands of people who have moved on

2   his list.

3        Well, if you are trying to call somebody who is dead or

4   somebody who has moved out of the State of Texas in a survey of

5   specific people who are Texas registered voters, that's quite

6   difficult and that's why we had a hard time getting ahold of

7   people and moreover the recent social science data from the

8   Pugh Center says when you have a low response rate from a

9   telephone survey that is no reason, none at all to disregard

10  the results.  But I'll let Professor Shaw come here and defend

11  his survey himself because he is the acknowledged expert.

12       The last reason, the fourth Judge Collyer, for the DOJ's

13  for our ability to prove that this law has no prohibited

14  discriminatory effect is really a legal one.  And I won't spend

15  a lot of time on it.  Even if you did not believe the Social

16  Science Literature that shows no one stopped from voting and

17  even if you bought into the DOJ's triple flawed analysis, the

18  database match, even if you came to the conclusion that with an

19  ID disparity that might be a problem under Section 5, that's

20  not enough because Section 5 says on account of race or color.

21  And because of membership in a language minority group and

22  those words on account of race or color are exactly in Section

23  2 as well, and they spring from the 15th Amendment which is the

24  source of Congress' authority here.

25       And what the Courts have said in the context

1  particularly of Section 2 said those words require a showing

2  causation or nexus or some connection between a racial

3  disparity and a prohibited discriminatory result for race

4  itself or race discrimination.

5          JUDGE TATEL:  What's the difference in between the

6  purpose prong and the effect prong of the statute?

7          MR. MORTARA:  Your Honor, let's take for example,

8  redistricting I think is the best example.  In redistricting

9  and in a retrogression analysis if the state changes the map in

10 such a way so as to decrease the ability of minority voters to

11 elect their candidates of choice that runs afoul of the effect

12 prong, we know that.

13         Well, you might ask what does the drawing lines have to

14 do causation wise with race.  And the answer is Thornberg

15 against Gingles in Section 2 imported into Section 5 requires a

16 showing of racially polarized voting and racially polarized

17 voting is the test for showing whether people are voting their

18 race instead of for instance their party.

19         So even in the redistricting context with facially

20 neutral drawing of map lines there is always a connection to

21 race itself with the requirement of showing a racially

22 polarized voting even if there's no discriminatory purpose.

23         JUDGE TATEL:  I don't want to take up too much of

24 your time because it comes out of your trial time.

25         So then why do you need your first three points?  I

1   mean, if you, I take it the State's position is that this was

2   not passed, SB 14 was not passed with a, for racial reasons and

3   as I understand the argument you just made, doesn't that on

4   your theory also resolve the effects test?

5            MR. MORTARA:  No, Your Honor, because under our

6   theory we would still have to show that there is no

7   discriminatory effect that can be tied to race or color, that

8   has nothing to do with race discrimination.  You can, like I

9   said --

10           JUDGE TATEL:  So your point would be so that if the

11  evidence showed, suppose the evidence showed that and I'm not

12  talking about Texas here.  I just want to ask this question

13  because I want to make sure I understand the evidence I'm going

14  to be hearing from you.

15           Suppose the evidence showed that it wasn't so easy to

16  get, suppose the evidence showed that it wasn't so easy to get

17  an EIC because, either because the underlying documentary

18  requirements were expensive or was difficult to get to the

19  places where you needed to get them and that poor people were

20  disproportionally minority.

21           Your theory I take it would be that's not a Section 5

22  problem because it's based on poverty?

23           MR. MORTARA:  It's not necessarily a Section 5

24  problem.

25           JUDGE TATEL:  Why not necessarily?  How could it be?

1           MR. MORTARA:  Your Honor, the problem with your

2    hypothetical is that there's no evidence connecting the greater

3    difficulty of getting any IC to race, so the example I'd like

4    to use --

5           JUDGE TATEL:  That's why I just asked you the

6    question.

7           Under my hypothetical even though -- let's assume that

8    you had witnesses who testified, uncontroverted testimony that

9    it is more difficult for poorer people to obtain a photo ID.

10   All right.  And let's assume the evidence also showed

11   uncontroverted that minorities were disproportionately poor,

12   not a Section 5 case, right.

13          MR. MORTARA:  Not a Section 5 case unless the

14   impoverishment of the minorities in question is fairly

15   traceable to race discrimination or race itself.

16          The example I want to use with Your Honor's literacy

17   test.  A literacy test if it's given in an area for instance,

18   where segregated schooling had created a situation through race

19   discrimination that caused the literacy test to have a

20   disparate impact, it absolutely would violate the

21   discriminatory effect prong even if it didn't have a

22   discriminatory purpose.

23          JUDGE TATEL:  If I don't agree with you, and I'm not

24   saying that I do or not, am I going to hear in your testimony

25   evidence that in fact the SB 114 does not have a discriminatory

1   impact based on the fact that it's more expensive to obtain the

2   underlying documentation and that minorities are

3   disproportionately poor?  Will we hear an answer to that?  Just

4   in case I don't agree with you on your legal theory.

5            MR. MORTARA:  What the evidence will show is it's

6   really quite difficult to find anyone who is registered to vote

7   that doesn't have photo ID.  The defendants have scoured the

8   entire state; leaflets, e-mails, websites.  They have come up

9   with very few people essentially zero.  You are going to hear

10  from a couple of 18 year olds and very few others who don't

11  already have photo ID.

12       So the problem with Your Honor's hypothetical is, there

13  are almost no people who are registered to vote in Texas who

14  don't already have photo ID.  And doing any kind of analysis of

15  the tiny group that doesn't have photo ID and trying to show

16  that there's some racial disproportionality in the ability to

17  obtain it and then trying to show that that doesn't have

18  anything to do with factors that are not connected to race

19  discrimination is an impossibility.  So the evidence you'll

20  hear is that virtually everyone already has a photo ID.

21            JUDGE TATEL:  Just so I understand your theory, if we

22  have a state, we're not talking about Texas, okay.  A different

23  state and it's very expensive, it costs money to obtain the

24  underlying documentation.  The centers where you obtain these

25  are difficult to reach.

1            And the witnesses testified that this puts a burden on

2     poor people and a hundred percent of the poor people in the

3     state are minorities and a hundred percent of those who are

4     poor are minorities.  Your theory is that that's not a Section

5     5 problem unless it's also evidence that that poverty is

6     traceable to intentional discrimination based on race, right?

7            Is that your theory?

8            MR. MORTARA:  Your Honor, the answer is that is our

9     theory, but the hypothetical you've constructed --

10           JUDGE TATEL:  Yes.

11           MR. MORTARA:  -- is so wild to the point that of

12    course it would be a discriminatory purpose because if somebody

13    knew that and then passed a law anyway, of course.  If you knew

14    that you were passing some law that exclusively effected

15    minorities, and you knew that and you did it anyway --

16           JUDGE TATEL:  Suppose the evidence weren't that

17    clear?

18           MR. MORTARA:  Well, then we're getting into the

19    middle ground which is why I did what all appellate advocates

20    are told to do which is to directly answer your question yes.

21           JUDGE TATEL:  Well, what's the answer to the other

22    question then?

23           MR. MORTARA:  Now I'm lost, Your Honor.

24           JUDGE TATEL:  Well, the other question is, go back to

25    the question that I asked right before that which is suppose

1   it's simply significantly disproportionate and there's no

2   evidence at all of motive?

3          MR. MORTARA:  We win.

4          JUDGE TATEL:  Unless there's evidence that the

5   disproportionate, the disproportion is attributable -- in other

6   words, that the disproportion based on poverty is attributable

7   is because the poverty is attributable race, right?

8          MR. MORTARA:  Absolutely correct, Your Honor.

9          JUDGE TATEL:  I just want to understand your theory.

10  I see, okay.

11         MR. MORTARA:  Just to elaborate, that's what all of

12  the Section 2 cases say.  Taking your, I use the world wild,

13  but I will use a more mild word.

14         JUDGE TATEL:  No, it was designed to be wild to

15  identify the issue.

16         MR. MORTARA:  Then with your permission, taking your

17  wild hypothetical.

18         JUDGE TATEL:  Yes.

19         MR. MORTARA:  The situation in Indiana which is a lot

20  more the middle ground where there is an ID disparity and the

21  birth certificate cost money in Crawford.  There's no question

22  under your analysis going the other way, take the opposition by

23  me, that law violates Section 2 and the Justice Department

24  hasn't brought a Section 2 case against Indiana and neither has

25  anybody else because that's not the law.  Under Section 2 you

1  have to show a connection and nobody could.

2           JUDGE COLLYER:  It's also not covered by the statute

3  is it Indiana?

4           MR. MORTARA:  Every state in the country is covered

5  by Section 2, Your Honor.

6           JUDGE COLLYER:  You're absolutely right, forgive me.

7           JUDGE TATEL:  This is my last question because I want

8  to hear your evidence.

9       But there was no allegation of race in Crawford was

10  there?

11          MR. MORTARA:  No.

12          JUDGE TATEL:  No.

13          MR. MORTARA:  But that doesn't mean that somebody

14  can't come today or the Justice Department can't file a Section

15  2 case.

16          JUDGE TATEL:  Maybe they didn't think of that in the

17  evidence.

18          MR. MORTARA:  I'm going to finish up, Your Honor, if

19  that's okay.

20          JUDGE TATEL:  Yes, please.

21          MR. MORTARA:  I do want to spend just a brief amount

22  of time on discriminatory purpose.  The DOJ admits that it has

23  no direct evidence of discriminatory purpose.  The Texas

24  legislature cited the Crawford approved purposes for passing

25  Senate Bill 14 in deterring and detecting voter fraud and

1   safeguarding voter confidence and promoting civic perception

2   and valid integrity.  In fact, those photo ID requirements were

3   the recommendation of the Carter Baker Commission convened

4   after the 2000 Presidential election which recommended the

5   states adopt mandatory photo ID requirements.

6        Despite these valid purposes the DOJ says well, in Texas

7   you're acting on pretext and your real motivation is race

8   discrimination and there's lots of examples of the DOJ taking

9   the evidence and trying to shoehorn it into a discriminatory

10  purpose case.

11       I want to just focus on one because of taking some of my

12  time having great debate with Judge Tatel.  That one comes from

13  Arlington Heights.  Arlington Heights is a great case.  It

14  gives you a list of factors to try and figure out whether

15  something was done with discriminatory purpose.  But Arlington

16  Heights is also a trap for the unweary because looking at those

17  factors without reflection or wisdom or common sense and

18  leading to a sort of ipso facto conclusion of race

19  discrimination from them is a real danger when you look at the

20  list.

21       The DOJ's favorite on this list from my own experience

22  is unusual procedures.  So if the DOJ finds unusual procedures

23  in Section 5 litigation with Texas they say ah-ha, race

24  discrimination and the favored example in this case is that in

25  the Texas Senate it's ordinarily a tradition that to bring a

1    bill to the floor for a majority vote you have to have a

2    two-thirds vote to suspend the rule.  To actually break the

3    rules to bring the bill up.  That tradition operates most of

4    the time in the Texas Senate.

5         In 2005 and 2007 the Democrat minority in the Texas

6    Senate used their power to block a photo ID bill from reaching

7    up or down vote in Texas Senate.  So in 2009 the Republicans

8    said we're tired of this.  We're tired of you blockading

9    popular legislation.  They said we're not going to do the

10   two-thirds tradition for photo ID law, and it passed in the

11   Texas Senate in 2009 and 2011.

12        Now the DOJ says well that's an unusual procedure.

13   Therefore, da, da, da, race discrimination.  And that's using

14   Arlington Heights without any common sense or wisdom in

15   between.  Because what's really going on is that the Texas

16   Democrats in the Senate are blockading legislation that is

17   overwhelmingly popular from reaching an up or down vote and the

18   Republicans are acting in response to that.

19        Now you don't have to take my word for it.  You can take

20   the word of the most important witness in the case Professor

21   Ansolabehere and his 2007 article in the NYU Annual Survey of

22   American Law where he's talking about voter ID.  Again a

23   subject of some interest to him, just not in his expert report

24   in this case.

25        Perhaps the most surprising demographic or political

1  comparison arose with race and the surprise was the lack of

2  division.  Over 70 percent of whites, blacks, and Hispanics

3  support the requirement.  Black and Hispanic voters did not

4  express measurably less support for voter ID requirements than

5  whites.  Such findings suggest the Congressional Black Caucus

6  and the Democratic party leadership may have been wholly out of

7  step with the analogous segments of the electorate on the

8  issue.

9       The reason for procedural wrangling in the Texas

10  legislature is that Texas Democrats like national Democrats

11  have been wholly out of step with their own electorate.  That's

12  why we had to not use the two-thirds tradition.  The people

13  want photo ID and we gave it to them.

14       Now, discriminatory purpose case here does not turn on

15  the credibility of any one witness.  It doesn't turn on whether

16  you believe Representative Rafael Anchia versus Representative

17  Jose Aliseda, both of whom will testify.

18       It turns instead on the credibility of hundreds and

19  thousands and millions of black and Hispanic voters in Texas

20  and all across this country, but particularly in Texas who are

21  in favor of Senate Bill 14 and photo ID requirements like it

22  and who the Justice Department say are despite the fact that

23  all of these people support this legislation, the Justice

24  Department says we did it with discriminatory purpose and it's

25  actually going to hurt them.

1        The evidence is going to show Senate Bill 14 has neither

2   the purpose or effect of denying or abridging the right to vote

3   because of race, color or membership in a language minority

4   group and on Friday, my partner Mr. Hughes is going to come

5   back and ask Your Honors to enter a declaratory judgment of

6   preclearance so that Texas can have a photo ID law like Rhode

7   Island, Pennsylvania, Georgia, Indiana, Tennessee, Kansas, and

8   as of just a few days ago because of a veto override New

9   Hampshire.

10       Thank you.

11       JUDGE COLLYER:  Thank you, Mr. Mortara.

12       I note that it is five of 10.

13       Does anybody from the United States wish to make an

14   opening statement?

15       MS. WESTFALL:  Yes, Your Honor.

16       May I approach?

17       JUDGE COLLYER:  Please, Ms. Westfall.

18       Could you do me a favor, all of us, could you pull that

19   down a little closer.

20       MS. WESTFALL:  Better?

21       JUDGE COLLYER:  Much better.

22       MS. WESTFALL:  Good morning, and may it please the

23   Court.

24       I'm Elizabeth Westfall for the Attorney General Eric

25   Holder.  Before I begin with a brief opening statement, I would

1   like to introduce the trial team.

2        At the table is Meredith Bell-Platts, Brian Sells,

3   Jennifer Maranzano, Katie Blaisdell, Leo Rhoco, and we also

4   have Bruce Gear, Dan Freeman, Risa Berkower, Spencer Fisher,

5   Victor Williamson, and Angela Miller.

6        JUDGE COLLYER:  On behalf of the Court, let me say to

7   all of the lawyers for all of the parties that we very much

8   recognize how hard you've been working, and we thank you for

9   all of the work that you've had to put in to get this case to

10  trial today.

11       Thank you, ma'am.

12       MS. WESTFALL:  Thank you, Your Honor.

13            OPENING STATEMENT BY MS. WESTFALL

14       The evidence will show that Texas is unable to meet its

15  burden of proving the SB 14 will not have a retrogressive

16  effect.  The Attorney General will present expert testimony

17  from Dr. Steven Ansolabehere, a political scientist from

18  Harvard University whose analysis demonstrates that at least

19  1.4 million registered voters in Texas lack any form of state

20  issued ID that is accepted under SB 14 and that those voters

21  are disproportionately Hispanic and black.  In fact, minority

22  registered voters in Texas are two-thirds more likely than

23  white registered voters to lack an allowable state ID.  These

24  disparities persist whether we look at only recent voters or

25  all registrants.

1         This evidence of this effect potentially

2    disenfranchising up to 1.4 million Texas voters

3    disproportionately minority on the day the law goes into effect

4    is essentially unrebutted and is fatal to the State's request

5    for preclearance.

6         The evidence will also show that Texas is unable to meet

7    its burden of proving that SB 14 was not motivated even in part

8    by a racially discriminatory purpose.  In particular, the

9    Attorney General will call Dr. Morgan Kousser, a historian from

10   the California Institute of Technology who concluded after

11   analyzing the conduct of the Texas legislature that the

12   decision to enact SB 14 was motivated at least in part by an

13   unlawful discriminatory purpose.

14        His testimony will note that the Texas legislature after

15   a decade of dramatic growth in the State's minority population

16   one, pursued never before used procedural stratigents to move

17   the bill over the uniform opposition of minority preferred

18   legislators.

19        Two, justify the bill as a response to problems that

20   were not widespread and would not be cured by the law anyway.

21        Three, advance legislation that became progressively and

22   unnecessarily more strict over several legislative sessions.

23        And finally four, consistently rebuffed measures that

24   could have alleviated the discriminatory effect from the bill

25   with no harm to the bill supporter's stated goals.

1          Because the facts will convincingly demonstrate the

2     discriminatory purpose and effect of SB 14, Texas has raised a

3     range of legal arguments in its pretrial papers and today in

4     its opening statement that essentially seek to rewrite the

5     statutory Section 5 standard.

6          We look forward to explaining the flaws in the State's

7     contentions at the oral argument following the testimony.

8          Thank you, Your Honors.

9          JUDGE COLLYER:  Thank you very much.

10         And I note that it is now 9:59.

11         All right, did any intervenor wish to make an opening

12    statement?

13               OPENING STATEMENT BY MR. ROSENBERG

14         MR. ROSENBERG:  Good morning, Your Honor.

15         Ezra Rosenberg on behalf of the intervenors and I will

16    be even briefer well aware of our time.

17         I'm hesitant to even introduce my colleagues but I will

18    anyway.  Chad Dunn, Gary Hebert, Adam Harris, Nancy Abudu at

19    the table.

20         In the audience are Mark Posner, Ian VandeWalker, Jose

21    Garza, Danita Judge, Tom Sanges, Jorge Sanchez, Luis Figueroa,

22    John Tanner and I'm sure I've left some out and I apologize.

23         I wish I did have the time to explain why the proofs at

24    the end of this trial it will be clear that the State of Texas

25    will not be able to bear its burden to prove both lack of

1  discriminatory purpose, any discriminatory purpose and lack of

2  retrogressive effect and the proof will show in fact that SB 14

3  was a solution looking for a problem.

4       But I don't have the time and instead, I'd just like to

5  thank the Court and acknowledge the Court for its hard work and

6  excellent shepherding of this case bringing it to trial.

7       Thank you.

8            JUDGE COLLYER:  Thank you very much.

9       All right, will Texas call its first witness, please.

10           MR. MORTARA:  Yes, Your Honor.

11      Texas calls Brian Keith Ingram.

12           PLAINTIFF WITNESS BRIAN K. INGRAM SWORN

13           MR. MORTARA:  Your Honor, this is a demonstrative we

14  use at some point.  Trying to get it ready.

15           JUDGE COLLYER:  All right.

16           MR. MORTARA:  May I proceed?

17           THE COURT:  Yes, please go right ahead.

18                         DIRECT EXAMINATION

19  BY MR. MORTARA:

20  Q.   Good morning, Mr. Ingram.  Could you introduce yourself to

21  the Court?

22  A.   My name is Brian Keith Ingram.

23  Q.   What is your current occupation?

24           JUDGE COLLYER:  Wait one second.

25       How do you spell your first name, sir?

```
 1              THE WITNESS:  B-R-I-A-N.

 2              JUDGE COLLYER:  Thank you, sir.

 3  BY MR. MORTARA:

 4  Q.   What is your current occupation?

 5  A.   I'm the director of the Elections Division of the Texas

 6  Secretary of State's office.

 7  Q.   How long have you been director of the Elections Division?

 8  A.   Just over six months.

 9  Q.   I'd like to start talking about the existing voter

10  registration system in Texas.

11       How does one register to vote?

12  A.   There is a short post card application that has to be

13  filled out and returned to the Voter Registrar.  Some portion

14  of it will come to our office and we forward them to the Voter

15  Registrar of the applicable county.

16  Q.   Would you characterize it as easy to register?

17  A.   Yes, it is.

18  Q.   Does federal law have any bearing on how easy it is to

19  vote?

20  A.   It does indeed.  The NVRA required that the application

21  process be easy as well as available at the time you apply for

22  a driver's license or any other Government benefits.

23  Q.   What information does a prospective voter need to provide

24  to register to vote in Texas?

25  A.   Well, they need to say whether or not they are a citizen.
```

1   They need to affirm that they are going to be over the age of

2   18 at the time the election occurs.

3       They need to provide their full name, date of birth.  They

4   are given the option of providing a Texas ID or driver's

5   license number or if they don't, to provide the last four of

6   the social security number and then they are required to give

7   both the residence address, and if they don't receive mail at

8   the residence address they are required to describe its

9   location and provide a mailing address.

10  Q.   I'm going to show you what's been marked as Plaintiff's

11  Exhibit 62.  Plaintiff's Exhibit 62 is no longer on the screen.

12          MR. MORTARA:  Please excuse me, Your Honor.

13        (Pause.)

14          JUDGE WILKINS:  While you're getting that ready,

15  Mr. Ingram, why don't you just tell us what you meant by MVRA.

16          THE WITNESS:  The National Voting Rights Act that was

17  passed in 1993 also known as the Motor Voter Law.

18          JUDGE WILKINS:  Thank you.

19          MR. MORTARA:  Thank you, Your Honor.

20  BY MR. MORTARA:

21  Q.   And Mr. Ingram, Plaintiff's Exhibit 62 is now on the

22  screen.

23      What is Plaintiff's Exhibit 62?

24  A.   That is a blank Texas voter registration application.

25  Q.   Does Exhibit 62 reflect what information someone needs to

1   provide in order to register to vote?

2   A.    It does indeed.

3   Q.    Does the State have a central database for voter

4   registration records?

5   A.    Yes, we do.  We've got the Texas Election Administration

6   Management system, it's also known as TEAM.

7   Q.    Does federal law have any impact on TEAM?

8   A.    Yes.  The Help America Vote Act required that the state

9   implement a statewide voter registration computer database.

10   Q.    What information is kept in TEAM?

11   A.    In TEAM we'll keep basically the information related to

12   each voter.  We keep all of the information that they provide

13   in the voter registration application as well as any changes in

14   status and any history of voting that the counties provide

15   regarding that voter.

16   Q.    I want to ask you about the state of the voter rolls in

17   Texas now.   How many entries do you have on the voter

18   registration database right now?

19   A.    As of last Thursday the number was 13,196,388 voters

20   registered in Texas.

21   Q.    Are there names in that voter registration database in

22   Texas of people who are ineligible to vote?

23   A.    Yes, there are.

24   Q.    Has Texas done any studies on the issue of ineligible

25   voters in the State of Texas?

1  A.    Yes.   There was a state auditor's report that was done

2  back in 2007.

3  Q.    Did you review the 2007 state auditor report in connection

4  with your duties as head of elections?

5  A.    I did.

6  Q.    What were the findings of the state auditor report of the

7  voter rolls in Texas in 2007?

8  A.    The state auditor found that there were approximately

9  23,000 deceased persons on the voter rolls and that there were

10  approximately 26,000 convicted felons on the voter rolls.

11  Q.    Did the auditor undercover any evidence that these people

12  had voted?

13        MS. WESTFALL:   Objection.

14      He has no personal knowledge.   He has been employed with

15  the division for six months.   This auditor report was drafted

16  in 2007.

17        MR. MORTARA:   Your Honor, he reviewed the report as

18  part of his duties.

19        JUDGE COLLYER:   I'm going to allow the testimony in.

20  It's an official report.

21      You can go ahead, sir.

22        MR. MORTARA:   I think the Justice Department will be

23  happy with the answer.

24  BY MR. MORTARA:

25  Q.    Did the auditor uncover any evidence that the people had

1   voted?

2   A.   No, it did not.

3   Q.   Why not?

4   A.   There were two reasons for that.   Number one, the only

5   elections voting history that they looked at was the May

6   constitutional amendment election that had a 7 percent turn

7   out.

8       And the other reason was that we didn't have statewide

9   voting history at the time.

10  Q.   When you say at the time.   Do you now have statewide voter

11  history in TEAM?

12  A.   Yes, we do as of this last election.

13          JUDGE COLLYER:   So does that mean as of 2007 there

14  was no statewide voter data?

15          THE WITNESS:   What it means is that counties can

16  provide the voting history information to the TEAM system on a

17  voluntary basis.   Some counties did, some counties did not.

18          JUDGE COLLYER:   Which means you didn't have it?

19          THE WITNESS:   For statewide that is right.

20          JUDGE COLLYER:   The reasons that you gave were your

21  guestimates as to why there's no evidence that these people

22  voted.

23      Guestimates are not admissible, Mr. Mortara.

24          THE WITNESS:   Well, it was the auditor's finding

25  actually.

```
 1              JUDGE COLLYER:  Well then, that's a different issue
 2   isn't it?
 3         Thank you.  Go ahead.
 4         Mr. Mortara, you understand the difference?
 5              MR. MORTARA:  I do, Your Honor.
 6              JUDGE COLLYER:  Thank you.
 7              MR. MORTARA:  And the reason the testimony was
 8   inadmissible is because it is the content of the report.
 9              JUDGE COLLYER:  Mr. Mortara, just make it clear in
10   your questions and answers.
11              MR. MORTARA:  I will endeavor to do so, Your Honor.
12              JUDGE COLLYER:  Thank you, sir.
13   BY MR. MORTARA:
14   Q.   You mentioned voting data from recent elections.
15        What election are you referring to?
16   A.   The May 29th primary that we had as well as some data from
17   the May 12th voting.
18   Q.   When did the May 29th election data get loaded into TEAM?
19   A.   The June 28th was the deadline.  They had to do it 30 days
20   after the election.
21   Q.   Now, I want to talk about efforts to keep the voter rolls
22   clean.  Do you make efforts to purge the voting rolls of dead
23   people?
24   A.   Certainly.
25   Q.   Can you describe how the Secretary of State goes about to
```

1  purge the voter rolls of the dead?

2  A.    It's a several layer process.   The initial piece of it is

3  that at the county level between the County Health Department

4  and the County Registrar.   The County Health Department

5  notifies the local Voting Registrar of any persons who died in

6  the county and the Voter Registrar checks to see whether or not

7  they are a registered voter.

8      In addition, that local data is collected by the state at

9  the Bureau of Vital Statistics and that report is compiled of

10  persons who have died, and that report is given to the

11  Secretary of State's office every week to ten days we get a new

12  batch of information.

13  Q.   What happens when you find a registered voter that you are

14  pretty sure has died at the Secretary of State?

15  A.   Strong match deceased persons are cancelled in TEAM for

16  online counties and a task is sent to the offline counties for

17  them to cancel the voter.

18  Q.   I'm sure the Court would like to know the lingo here.

19      What is an online county and an offline county?

20  A.   In Texas we've got --

21          JUDGE COLLYER:   You're kidding.

22      Go right ahead, sir.   Please answer the question.

23          THE WITNESS:   In Texas we've got 214 counties that

24  manage their voter registration rolls directly on the TEAM

25  system.   We call those online counties.

1              We have about 40 counties who manage their own voter

2    registration data and sink it with the statewide system.

3    BY MR. MORTARA:

4    Q.   And what's the distribution of voters?   Sounds like most

5    counties are online?

6    A.   Most counties are online but most voters are in the

7    offline counties.   About 10 of the 13 million voters are

8    contained within the 40 offline counties.

9    Q.   Do all of the offline counties follow the Secretary of

10   State's instruction to purge dead from the voter rolls?

11   A.   No, they do not.

12   Q.   Do you have any examples of an offline county that has

13   failed to do so?

14   A.   Yes.   We recently discovered that Travis County had failed

15   to cancel any of the strong match deceased voter tasks that we

16   had sent them since the implementation of TEAM in 2007.

17   Q.   Where is Travis County for the Court?

18   A.   Travis County is the State Capital of Austin, it contains

19   the state capital.

20   Q.   Does federal law in any way effect your ability to keep

21   the voter rolls accurate?

22   A.   Yes, it does.   It does it in two ways.   Federal law

23   requires it to be easy to register to vote.   And federal law

24   makes it more difficult to purge voters who have moved.

25   Q.   Does the ease of registration and how does that pose a

1   problem for keeping the voter rolls clean?

2   A.   Well, anyone can fill out the post card application and

3   send it in at any time.   So it is just a really easy process.

4   Q.   Do you have any county level registration data that

5   illustrates the inflated nature of Texas' voter rolls?

6   A.   Indeed we do, yes.

7   Q.   Did you help us to prepare a map demonstrative to

8   demonstrate this?

9   A.   I did.

10          MR. MORTARA:   Your Honor, I'm going to publicize

11   Plaintiff's Exhibit 100.   It's a demonstrative only, it's based

12   on data that is in Plaintiff's Exhibit 8.

13          THE COURT:   Okay.

14   BY MR. MORTARA:

15   Q.   Mr. Ingram, could you describe what is shown here on the

16   map detail for the Court?

17   A.   Certainly.   This is a map of the State of Texas and it has

18   counties shaded in different colors.   And the colors represent

19   the percentage of either the voting age population for counties

20   under 65,000 in population or the citizen voting age population

21   for counties over 65,000.

22      The darkest pink or light purple are counties that have an

23   actual registration exceeding a hundred percent of the people

24   in that county who are old enough to vote.   The lighter pink

25   represents counties that have between 90 and 99.9 percent of

1    the voting age population registered to vote.

2    Q.    And how many counties have over a hundred percent

3    registration rates?

4    A.    We've got 18 counties.

5    Q.    How many counties have over 90 percent registration rates?

6    A.    Including the 18 over a hundred percent, we have got 54

7    counties that are over 90.

8    Q.    And Mr. Ingram, what is the statewide registration rate in

9    Texas?

10   A.    Currently it's about 73 percent.

11   Q.    Do you find it realistic that a county would have a

12   registration rate over 90 percent?

13   A.    I do not.

14   Q.    What is the explanation for these very high registration

15   rates?

16   A.    I think the primary explanation is the requirement that

17   the person who moves stay on the voter registration roll for

18   the next two general elections.

19   Q.    I want to go back to the voter registration application

20   unless the Court has questions about the map?

21          THE COURT:  No, I don't.

22       Do you?

23          JUDGE WILKINS:  No.

24   BY MR. MORTARA:

25   Q.    We still have Plaintiff's Exhibit 62, the voter

1  registration application and I'm going to refer you to number 8

2  down here which requires the showing of a Texas ID number or

3  social security number.

4      Does everybody provide this information?

5  A.   They do not.  Hundreds of thousand do not.

6  Q.   Do you have any reason to believe that those hundreds of

7  thousands are being inaccurate when they fail to provide this

8  information?

9  A.   Yes, it is inconceivable that that many people do not have

10 either one of these forms of identification.

11 Q.   What, can you explain a little bit further what you mean

12 as it pertains for instance to social security numbers?

13 A.   Well, you know, for the last 20 something years social

14 security numbers have been assigned virtually at birth.  You

15 cannot file a tax return, you cannot claim someone as a

16 dependent if they do not have a social security number.

17 Q.   So some voters register to vote and just don't provide

18 this information.  Why do you register then if you are pretty

19 sure that they're not providing full information as they are

20 required?

21 A.   The federal law requires that we register voters even if

22 they do not provide this info.

23 Q.   Mr. Ingram, do you have foreign nationals registered to

24 vote in Texas?

25 A.   Yes, we do.

1   Q.    How do you know, what evidence are you personally aware of

2   that Texas has foreign nationals registered to vote?

3   A.    Since September 1st of 2011, 394 persons have been

4   cancelled from the voter rolls for non citizenship.

5   Q.    Under what process did you discover that 300 -- what did

6   you say 90?

7   A.    Three hundred ninety-four.

8   Q.    Under what process did you discover that that many people

9   had been cancelled from the voter rolls since September 1st,

10  2011?

11  A.    There was a law passed by the legislature session, House

12  Bill 174 that required county jury clerks to provide to the

13  state a list of persons who opt out of jury service on the

14  basis that they are not a citizen.   That information had

15  previously been provided to the counties only.

16  Q.    What happens after somebody shows up for jury duty and

17  says I'm not a citizen of the United States?

18  A.    That person is reported to the Voter Registrar either from

19  us or from the local jury clerk.   And they are sent a letter, a

20  notice of examination letter informing them that they have

21  been, that the Voter Registrar has been told that they claimed

22  they were not a citizen for purposes of jury duty and asking

23  them to confirm their citizenship within 30 days or be

24  cancelled from the rolls.

25  Q.    That 394 number, is that the number of people who got sent

1   a letter or the number of people that were cancelled because

2   they didn't respond?

3   A.    That was the number that was cancelled.

4   Q.    Are there people on Texas' voter rolls who are U.S.

5   citizens but no longer citizens of Texas because they no longer

6   live in Texas?

7   A.    Yes.

8   Q.    Do you have a process for identifying those people?

9   A.    Yes, we do.

10  Q.    What's it called?

11  A.    It's the mass mail out process.

12  Q.    Can you describe for the Court the mass mail out process?

13  A.    Certainly.  In December of odd numbered years, every

14  registered voter receives a new voter registration card with a

15  different color than the previous biennium.  This is non

16  forwardable piece of mail.  Some portion of them are returned

17  to the Voter Registrars because they were undeliverable, the

18  person had moved.

19      The Voter Registrars then send a notice of examination

20  letter to the registered voter and that is a forwardable piece

21  of mail asking them to confirm their address information.

22  Q.    And how many people respond to the forwarded piece of mail

23  and say oh, I just moved, here I am?

24  A.    About 75 percent.  The majority of folks respond within

25  the first 30 days with updated address information, their voter

1  registration is updated and they are good to go, active voters.

2  Q.   Is there a name for the voters who have not had their

3  voter cards returned to Secretary or to the County Registrar?

4  A.   Yes.  Those voters are called suspence voters.  Their

5  voter registration is in suspence.

6  Q.   Is there a differentiation in your mind between the 75

7  percent who immediately come back and say I've moved and the 25

8  percent who stay on the list?

9  A.   Yes, there is a difference.  The 25 percent who stay on

10  the list we, you know, think of as long term suspence.

11  Q.   Mr. Ingram, I know you provided us with your voter

12  identification card.  I would like to show it to the Court.

13  It's Plaintiff's Exhibit 104.

14      With your permission, sir, I'll publicize your voter

15  information card?

16  A.   Certainly.

17  Q.   Just so that the Court can see what one looks like, can

18  you describe the voter registration card to the Court?

19  A.   Right.  This is the card that every voter gets at the end

20  of an odd number year.  It's got the voter unique

21  identification number, the year of birth, the precinct, and the

22  date that it will be valid for.

23  Q.   Now Mr. Ingram, this is your card.  Are you on the long

24  term suspence list?

25  A.   As a matter of fact I am.

1  Q.   Can you explain how that happened?

2  A.   Well, I went to Arkansas to practice law briefly and when

3  I came back I lived in Austin for awhile and registered to vote

4  in Travis County.

5      Then I moved to Williamson County and registered to vote

6  there and for some reason, my Travis County registration was

7  not cancelled and I am actually a suspence voter in Travis

8  County.

9  Q.   Do you have any --

10           JUDGE COLLYER:   Are you also a voter in William

11  County?

12           THE WITNESS:   I am an active voter in Williamson

13  County, yes, ma'am.

14  BY MR. MORTARA:

15  Q.   Would it be hard for you to vote twice if you wanted to?

16  A.   It wouldn't be hard, no.

17  Q.   Do you have information on how likely someone is who is on

18  the suspence list to vote?

19  A.   If they are on the longer suspence list they are unlikely

20  to vote.

21  Q.   Do you have information from recent elections on that?

22  A.   Yes, as a matter of fact we do.

23  Q.   Can you tell the Court what that information is?

24  A.   Yes.  In this recent May election we had just over one

25  percent of suspence voters vote.

1   Q.    What percent of non suspence voters voted?

2   A.    Just over 17 percent.

3   Q.    Mr. Ingram, is there anything special about the character

4   of the suspence list for the databases that you produced in

5   this case on April 2012 for purposes of this litigation?

6   A.    Yes.   The mass mail out was significantly delayed this

7   year because of the redistricting litigation, and so the Court

8   in San Antonio gave a deadline of April the 24th for counties

9   to mail their voter registration cards.

10  Q.    Does that have an effect on the composition of the

11  suspence list?

12  A.    It does.   What it means is that most of the people in the

13  May primary on the official list of registered voters as of

14  April the 30th were the longer term suspence voters.

15  Q.    Why is turn out lower for registrants on the long term

16  suspence list in the experience of the Texas Secretary of State

17  Elections Division?

18  A.    Well, they have either moved counties within Texas and

19  sort of dropped out of the process, didn't register to vote or

20  they have moved out of state.

21  Q.    Does everyone who moves out of the state or for instance

22  die end up on the suspence list?

23  A.    No.

24  Q.    Can you give me a few examples of how you wouldn't end up

25  on the suspence list if you moved out of the state or died?

1  A.   Well, two that I can think of are if you've got an adult

2  child who has finished college and moved out of the state to

3  take a job, their voter registration card may still go to their

4  parents' house and it wouldn't be returned as undeliverable.

5      Another situation is where you've got a family member who

6  continues to reside at a residence after a registered voter

7  passes away.  That family member will continue to get the voter

8  registration card.

9  Q.   Mr. Ingram, if I get ahold of your card can I vote?

10 A.   Sure.

11 Q.   How would that happen?

12 A.   You take my card to Precinct 147 and vote.

13 Q.   Can you describe for the Court how Texas' current voter ID

14 law works?

15 A.   Currently we have a version of the first time voter

16 process under HAVA.  Our version of the process was precleared

17 back in 2007 by the Justice Department.

18     What it does is if someone doesn't provide either a

19 driver's license number or a social security number or if the

20 information that they provide doesn't match our inhouse

21 database, they are flagged as an ID voter and so they will have

22 to present an additional form of identification when they show

23 up to vote.

24 Q.   Can you go through with the Court some of the examples of

25 the types of ID and no ID voter can provide under current law?

1  A.    Sure.   The list includes under current Election Code

2  63.0101.   It includes both photo identification such as

3  driver's license, student ID, military ID and it also includes

4  non photo forms of identification such as utility bill, pay

5  stub, bank statement, as well as Government correspondence.

6  Q.    Government correspondence, would that necessarily include

7  the letter that the person got saying they needed to provide

8  ID?

9  A.    That would in fact be Government correspondence, yes.

10  Q.    We talked about how if I stole your card I can vote fairly

11  easily.

12      Do you have any problems currently with missing cards?

13  A.    Yes, we've got a situation in Fort Bend County that we are

14  currently investigating where a large number of voter

15  registration cards have gone missing.

16  Q.    What number have gone missing?

17  A.    It's hard to say.   There are two zip codes that are

18  effected and there are 44,000 some odd voters in those two zip

19  codes.   Some portion of them have received their VR cards and

20  some have not.   The best estimate from the local election

21  officials is that we've got about 18,000, 19,000 cards missing.

22  Q.    Mr. Ingram, in the last election that just happened in May

23  were there any reports that the Secretary of State received

24  about individuals using other people's cards?

25  A.    Yes.   We received a report from Hidalgo County that a man

1  was showing up at the polling place with different registration

2  cards and voting more than once.

3  Q.   What did you do in response to that report?

4  A.   We advised the local election officials to detain the

5  person and to call the police if he showed up again.

6  Q.   Mr. Ingram, can even low levels of fraudulent voting swing

7  the result of an election?

8  A.   Certainly.

9  Q.   Can you give me some examples of elections that could have

10  been swung?  Not asking you to say that they were swung by

11  fraud.  I'm saying what types of elections could be swung by

12  fraud?

13  A.   Generally lower turn out elections such as municipal

14  elections have much closer vote margins.  We had a recent in

15  the May 12th local elections we had a tie vote in the city

16  council race up in north Texas and that race was eventually

17  decided by a coin flip.

18      We also had a race for Junior College Board of Directors

19  over in Texarkana.  That was a four vote margin after election

20  day.  On a recount it was a tie and neither one -- well, I

21  don't know if neither one, but both of them would not agree to

22  decide it by a coin toss so that one is actually going to be

23  new election.

24  Q.   Without disrespect to the Junior College in Texarkana, are

25  you even in somewhat more important elections sometimes decided

1  by very close margins?

2  A.    Yes, indeed we had a state house race a couple of years

3  ago, Dan Neal and Donna Howard in Travis County that was

4  decided by a 30 some odd vote margin.

5          JUDGE COLLYER:   Do the contestants in the Junior

6  College Board of Directors in Texarkana have to pay the cost of

7  the re-election?

8          THE WITNESS:   No.

9  BY MR. MORTARA:

10  Q.    Mr. Ingram, based on the voter data information you got

11  just from this May election, that you say you loaded into TEAM

12  on June 28th, do you have any evidence of deceased voters

13  having their cards used?

14  A.    Yes.

15  Q.    What is that evidence?

16  A.    We learned that there was a list of 50,000 voters that

17  were registered with active voter unique identification numbers

18  and I asked for a copy of that list so that we could check

19  those against the voting history that we received on June 28th.

20  Q.    What is your understanding where that 50,000, who

21  discovered it?

22  A.    It's my understanding that this was information provided

23  by the Department of Justice.

24  Q.    What number did you say were people that you think may

25  have voted who were dead?

1  A.    We believe 239 folks voted in the recent election after

2  passing away.

3  Q.    How many of those were votes in person?

4  A.    Two hundred and thirteen.

5  Q.    Have you done anything beyond that to confirm whether

6  there are in fact deceased individuals who voted in the May

7  elections?

8  A.    Well, this was of course a surprising and troubling result

9  so we took the best matches, the ones that had full nine social

10  security number in both databases, and we asked the Department

11  of Vital Statistics to provide us with actual death

12  certificates for as many of those as we could round up in a

13  short time and we received ten death certificates.

14  Q.    Of the ten death certificates you received how many of

15  them do you think may have been dead people who voted in the

16  May elections?

17  A.    Four.

18  Q.    And what led you to conclude from review of the death

19  certificates that those four people had voted?

20  A.    Their social security numbers matched, the names matched,

21  the date of births matched and they pre deceased before, they

22  pre deceased before the election.  One March of 2012, the rest

23  of them from 2004, 2006, 2009.

24  Q.    It seems like an obvious question, but how could someone

25  who died in 2004 vote in 2013?

1  A.    They still have a voter registration card coming to their

2  address.

3  Q.    Who is voting?

4  A.    I don't know.

5  Q.    Has Secretary of State ever done an investigation like the

6  one you just described before?

7  A.    No.

8  Q.    Why not?

9  A.    We've never had these two pieces of information at the

10  same time.

11  Q.    What pieces are you referring to?

12  A.    A list of active registered voters who are deceased and a

13  statewide voting history to compare it to.

14  Q.    Does the investigation you performed on the May voting

15  data tell you anything about the prevalence of in person voter

16  fraud of this type?

17  A.    It tells us that it's more common than we thought and that

18  it's troubling.

19  Q.    Would Senate Bill 14 have prevented this potential fraud

20  you have uncovered?

21  A.    Yes, I believe it would.

22  Q.    I want to turn now to Senate Bill 14.

23      How it will be implemented if Texas finally gets

24  preclearance.

25      First, there's been a suggestion from some of the experts

1   in this case that a person will not be able to vote unless

2   their photo ID name matches exactly to the name on the voter

3   registration rolls; is that correct?

4   A.    That is not right.   The standard is substantially similar.

5   Q.    Have you given guidance to election clerks on how to

6   decide whether two names are substantially similar?

7   A.    Yes, we have.   We have posted the rule, it's Texas

8   Administrative Code 81.71.

9   Q.    I would like to publicize that to the Court.   It's part of

10  Plaintiff's Exhibit 76.

11      Plaintiff's Exhibit 76 for the Court's benefit is Texas'

12  preclearance submission for this rule.

13      Mr. Ingram, just tell the Court whether this rule has been

14  precleared?

15  A.    It has not.

16  Q.    Why not?

17  A.    Because it's tied up with the preclearance SB 14.   So it's

18  pending.

19  Q.    Moving from the regulation of the Texas Administration

20  Code here, could you please describe to the Court what the

21  guidance is to election clerks about similar names?

22  A.    Well, we've first gave the clerks a general feel if it's

23  slightly different in their judgment, then it's substantially

24  similar and the voter will be able to vote.

25      If it's a customary nickname Jim for James, Bob for Robert,

1    Berto for Alberto, then the person will have a substantial

2    similar name will be allowed to vote.

3        If it contains an initial, different middle name, former

4    name, that will be substantially similar and they'll be allowed

5    to vote.

6    Q.   Mr. Ingram, are election clerks going to sit there and

7    look up whether somebody has got a suspended license or some

8    other status with DPS?  What are they going to look at on the

9    license when they decide to let somebody to vote?

10             MS. WESTFALL:  Objection, speculation.

11             MR. MORTARA:  I'll rephrase the question, Your Honor.

12             JUDGE COLLYER:  Thank you.

13   BY MR. MORTARA:

14   Q.   Mr. Ingram, what is your guidance to election clerks on

15   what they are suppose to do under Senate Bill 14 when someone

16   shows up with their driver's license and presents it to vote?

17   A.   Check the names.

18   Q.   Anything else?

19   A.   No.

20             MR. MORTARA:  I want to talk a little bit now about

21   the preclearance process and I understand the Justice

22   Department has an objection.

23             MS. WESTFALL:  Yes, Your Honor.

24        To the extent that the questions will get into the

25   deliberative process of the Justice Department we object.

1        This is de novo review.  The Court has already ruled in

2   response to our motion for protective order on the request for

3   admission that the preclearance process is not an issue in this

4   litigation.  We have a standing objection to questions related

5   to the preclearance process.

6        JUDGE COLLYER:  All right.  What is the, why don't

7   you give me a short proffer as to the nature of the evidence

8   that you would want to elicit.

9        MR. MORTARA:  Very briefly, Your Honor.  Mr. Ingram

10  will testify that the State of Texas was asked to perform a

11  database match, that that database match resulted in 795,000

12  people being on a list.

13       That the State of Texas told the Justice Department that

14  the list was not reliable for various reasons associated with

15  matching and that the Justice Department subsequently denied

16  preclearance on the basis in part of its analysis of that

17  795,000 list and that's all of the testimony.

18       JUDGE COLLYER:  Well, I'm not sure that the last

19  statement is relevant, but certainly what was submitted and the

20  problems of database matching are perfectly legitimate and need

21  to be presented in this record, so why don't you proceed.

22       MR. MORTARA:  Thank you, Your Honor.

23  BY MR. MORTARA:

24  Q.   When did you become involved with preclearance?

25  A.   January 5th, 2012.

1  Q.   When you assumed your duties did you make yourself

2  familiar with the course of correspondence with the DOJ on

3  preclearance?

4  A.   I did.

5  Q.   And briefly as the Court has suggested, what happened

6  after you became responsible for preclearance?

7  A.   I, the process that we were engaged in at the time I

8  started this job was assembling data requested by the DOJ

9  supplemental information for the SB 14 clearance.

10  Q.   Was that supplemental information in the form of a

11  database match?

12  A.   It was.  We had been asked by the Justice Department to

13  match a DPS database that we didn't normally use with the voter

14  registration rolls in an effort to determine the race ethnicity

15  of registered voters with driver's license.

16  Q.   And what was the result of that database effort?

17  A.   As a result of that database effort, we could not match,

18  could not prove that 795,000 registered voters had an ID.

19  Q.   Did you have any concerns with the quality of that list?

20  A.   Yes, indeed.

21  Q.   Did you express those concerns to the Department of

22  Justice?

23  A.   I did.

24  Q.   Where did you express those concerns?

25  A.   In a letter accompanying the data.

1          JUDGE COLLYER:  Wait, wait.  I mean, we know that

2  part, that's already before us.

3          The question is what's, why couldn't they prove the

4  795,000?  I mean, we have your proposed findings of fact and

5  stuff.  This is all in that.

6          MR. MORTARA:  The only thing I want to do for the

7  record is identify the letter as Plaintiff's Exhibit 82 and I

8  will move on.

9          JUDGE COLLYER:  Great.  Go ahead.

10  BY MR. MORTARA:

11  Q.   Mr. Ingram, do you have an understanding of the subsequent

12  analysis the Justice Department has performed in this case?

13  A.   I do.  I understand that they've got a list of 1.9 million

14  voters that they claim do not have an ID or driver's license.

15  Q.   And did you have a chance to inspect this list of 1.9

16  million potentially effected voters yourself?

17  A.   Well, I asked if I was on it.

18  Q.   What did you discover?

19  A.   That I am.

20          MR. MORTARA:  Your Honor, I am going to show you a

21  portion of the Justice Department's 1.9 million list that their

22  expert produced to us for the sole purpose of demonstrating

23  what Mr. Ingram saw when he asked to see his name on the list.

24          MS. WESTFALL:  Objection.  It is in authenticated.

25          MR. MORTARA:  Your Honor, I told the Justice

1  Department I was going to do this last night.  They have had

2  plenty of time to determine that Mr. Ingram is in fact on their

3  list.

4           JUDGE COLLYER:  Mr. Ingram has already testified to

5  that fact and if his testimony is incorrect, I'm sure that the

6  Department of Justice will cross examine him on it, but

7  otherwise, I don't know that we need to see it.  But if that's

8  what you want to do, go right ahead.

9           MR. MORTARA:  Your Honor, there's one interesting

10 thing about it.

11          JUDGE COLLYER:  Go right ahead.

12          MR. MORTARA:  And so for the Court's benefit, this a

13 database software program.  It allows me to search the list of

14 names that the Justice Department's expert provided me.

15      And I'm just selecting some fields so that we can

16 establish Mr. Ingram is on the list, I'm going to get his

17 street number and street name as well as well as his city.  And

18 I think that's about all we need although for the DOJ's benefit

19 there are some fields that inform the DOJ a little bit more

20 about whether he was a matched voter or not.

21      And then I know it's very small, Your Honor, I'll make

22 it bigger.  I just type in some computer code that I just

23 learned how to do over the weekend.  So I'm a little weak here.

24 BY MR. MORTARA:

25 Q.   Your first name, sir, is actually Brian, right?

1  A.   It is.

2  Q.   And your last name is Ingram?

3       And it all looks very complicated, but at the end of the

4  day it's kind of like typing a search into Google.  I hit run

5  then you see Mr. Ingram's name pop up on the bottom.  The

6  interesting thing, Your Honor, not to take argument time with

7  the witness is that he's on there twice.

8       Mr. Ingram, is this what you saw when you asked to see your

9  name whether your name is on the DOJ list?

10 A.   It is.

11 Q.   Why are you here twice?

12 A.   Well, it is showing that my old address in Travis County

13 as well as my current address in Williamson County, the voter

14 status has me as a suspended voter.  As to why I'm on the list

15 twice I have no idea.

16 Q.   Mr. Ingram, do you have a driver's's license?

17 A.   I do.

18 Q.   Could you take it out and show it to the Court?

19 A.   Certainly.

20 Q.   And for identification purposes, we have marked a redacted

21 version of Mr. Ingram's driver's license as Plaintiff's

22 Exhibits 104 -- 105 -- excuse me.  I don't think I need to

23 publicize it but it is a redacted version of Mr. Ingram's

24 license.

25      Mr. Ingram, did you have a chance to check for anybody else

1  on the DOJ's list of effected voters?

2  A.   Well, I was curious to see whether my wife would be on

3  here.

4  Q.   What is her name?

5  A.   Julia Dawn Ingram.

6  Q.   I'm searching now for Julia Ingram in the DOJ list.  There

7  are actually three.  Is your wife on the list?

8  A.   She is twice.

9  Q.   Why do you think she's on the list twice?

10  A.   I do not know.

11  Q.   Mr. Ingram, does your wife have a driver's license?

12  A.   She does.

13  Q.   Is it current and valid?

14  A.   It is.

15          MR. MORTARA:  No more questions.

16          JUDGE COLLYER:  All right.  Does the United States

17  wish to cross-examine the witness?

18          MS. WESTFALL:  Yes, we do, Your Honor.

19          THE COURT:  All right.

20          JUDGE COLLYER:  Ms. Westfall, let me ask you

21  respectfully without meaning anything except for it's time for

22  a break, how long will your cross take do you think?

23          MS. WESTFALL:  I anticipate the cross will take

24  between 35 to 45 minutes.

25          JUDGE COLLYER:  Then it is time to take a break.

1   Yeah.

2        All right, we're going to take a 15 minute break.  And

3   we'll be back at 15 minutes from now.

4        Thank you, sir.

5        (Witness excused.)

6        (Recess at 10:35 a.m.)

7        (Proceedings resumed at 10:55 a.m)

8        JUDGE COLLYER:  I have to say that many of the

9   counsel here were in the Texas redistricting trial, and it's

10  like see old friends.

11       I've been thinking a lot about you, I promise.  As

12  have -- as have other people.  I promise.

13       All right.  Ms. Westfield -- Westfall, sorry.

14       MS. WESTFALL:  Thank you, Your Honor.

15                    **CROSS EXAMINATION**

16  BY MS. WESTFALL:

17  Q.   Good morning, Mr. Ingram.

18  A.   Good morning.

19  Q.   You currently serve as the Director of the Elections

20  Division for the State of Texas; is that correct?

21  A.   That is, yes, ma'am.

22  Q.   And you started serving in that position on January 5th,

23  2012; is that correct?

24  A.   I did.

25  Q.   Prior to becoming Director of the Elections Division, you

1   had virtually no experience in election law; is that right?

2   A.   That's true, yes.

3   Q.   You've never been in a polling location to observe an

4   election; is that correct?

5   A.   That is correct.

6   Q.   Mr. Ingram, you were involved in the development of SB 14;

7   is that correct?

8   A.   That is true.

9   Q.   You gave no input on Senate Bill 14; is that right?

10  A.   I did not.

11  Q.   You did not craft the language of SB 14; is that correct?

12  A.   No, ma'am.

13  Q.   You didn't vote on Senate Bill 14; is that correct?

14  A.   I did not.

15  Q.   You had no role whatsoever in the passage of Senate Bill

16  14; is that right?

17  A.   I didn't.

18  Q.   And you had no communications with anyone about Senate

19  Bill 14 while the legislature was considering SB 14; is that

20  correct?

21  A.   That's true.

22  Q.   In fact, you were not involved in any previous voter ID

23  bills considered by the Texas legislature; is that correct?

24  A.   That is correct.

25  Q.   And today you've never worked with the legislature in

1   development of any legislation; is that right?

2   A.   That is not true.

3   Q.   You've held your position since January of this year; is

4   that correct?

5   A.   That's true.

6   Q.   And you -- the legislature has -- you have not worked with

7   the legislature because they have not been in session this

8   year; is that correct?

9   A.   Right, but I worked with them in my previous job.

10  Q.   Your immediate supervisor at the Elections Divisions was

11  Ann McGeehan; is that correct?

12  A.   That's correct.

13  Q.   Mrs. McGeehan served as the Director of the Elections

14  Division; is that correct?

15  A.   She did.

16  Q.   Do you know how long she served as the Director of

17  Elections?

18  A.   I don't know how long she was the director, I think she

19  was in the division since '89 maybe.

20  Q.   It was Ms. McGeehan who testified as a resource witness

21  before the Texas State Legislature about SB 14; is that

22  correct?

23  A.   Yes, ma'am.

24  Q.   And it was Ms. McGeehan who testified as a resource

25  witness before the Texas State Legislature about photo ID bills

1  considered previous to Senate Bill 14; isn't that correct?

2  A.   Yes.

3  Q.   I believed you testified in your direct that there were

4  some voters who had responded to a notice for jury duty who

5  indicated that they were not U.S. citizens, and they were on

6  the voter roles; is that right?

7  A.   Yes.

8  Q.   And isn't it true that some people claimed that they are

9  not U.S. citizens in order to avoid jury duty?

10  A.   I don't know for sure about that, but I would imagine so.

11  Q.   And I believe you testified earlier that there were some

12  potential dead people who had voted in recent elections; is

13  that correct?

14  A.   That's true.

15  Q.   And were any of those referred to the Special

16  Investigation Unit of the Office of the Attorney General for

17  prosecution?

18  A.   Not yet, but they will be very soon.

19  Q.   And isn't it true that under current law it's not very

20  difficult for voters to prove their identity at the polls on

21  election day?

22  A.   I agree with that.

23  Q.   A person who wants to submit to register to vote submits

24  an application; isn't that right?

25  A.   Yes, ma'am.

1  Q.    An applicant must sign the application under penalty of

2  perjury; is that right?

3  A.    Yes.

4  Q.    And must affirm that he is a U.S. citizen and doesn't have

5  a felony conviction and has not been adjudicated mentally

6  incapacitated; is that correct?

7  A.    I believe so.

8  Q.    And isn't it true that when an applicant submits a voter

9  registration application, the registrar doesn't charge the

10 applicants a processing fee?

11 A.    That's true.

12 Q.    And under state law, the registrar, the county registrar

13 determines whether an applicant is eligible; is that right?

14 A.    Yes.

15 Q.    And if the voter registration application is approved that

16 the registrar mails the applicant a voter registration

17 certificate; is that correct?

18 A.    Yes.

19 Q.    And isn't it true that county registers don't charge voter

20 applicants for a voter registration certificate?

21 A.    That's true.

22 Q.    A voter registration certificate lists a voter's name and

23 residential address and date of birth; right?

24 A.    No, it just contains the year of the birth.

25 Q.    It contains a residential address; does it not?

1    A.    It does.

2    Q.    And it contains the voter's name and -- name; correct?

3    A.    It does.

4    Q.    The certificate also indicates that it's a felony for a

5    person other than the voter to vote with the certificate; isn't

6    that right?

7    A.    I don't know.

8    Q.    And upon receiving the certificate, the voter must sign

9    it; isn't that right?

10   A.    That's true.

11   Q.    And under current law, I believe you testified that voters

12   who vote in person at the polls can present a variety of forms

13   of ID, both photo and non-photo to prove their identity; is

14   that right?

15   A.    That's right.

16   Q.    And it includes a voter registration certificate; is that

17   correct?

18   A.    It does; however, if someone is flagged on the ID list,

19   then they will have to show an additional form of

20   identification on the list.

21   Q.    And that would be a form of identification required by the

22   Help America Vote Act; is that correct?

23   A.    I don't know, I know 630101.

24   Q.    And the forms of acceptable ID also include an expired

25   driver's license or ID issued by the state; is that correct?

1   A.   Currently, yes, ma'am.

2   Q.   And it also includes a utility bill; right?

3   A.   That's right.

4   Q.   And a bank statement; correct?

5   A.   Yes.

6   Q.   And a paycheck; correct?

7   A.   That's right.

8   Q.   And has this, the current rule in terms of voter ID at the

9   polls, has that been in effect for many years in Texas?

10   A.   It has.

11   Q.   Has it been in effect for about -- for over a decade?

12   A.   I don't know if it's over a decade, but it's been a good

13   long while.

14   Q.   And you're familiar with the Help America Vote Act; right?

15   A.   I am.

16   Q.   And it requires, I believe you testified earlier, states

17   to implement statewide voter registration lists; is that right?

18   A.   That's right.

19   Q.   And the database must be uniform, official, centralized

20   and interactive; is that right?

21   A.   Right.

22   Q.   And you testified earlier that, indeed, Texas has such a

23   database, and it's called TEAM; is that correct?

24   A.   Yes, ma'am.

25   Q.   And it must be maintained and administered at the state

1  level; is that right?

2  A.    Right.

3  Q.    And the database must contain the name and registration

4  information of every registered voter in the state and assign a

5  unique number to that voter; is that right?

6  A.    That's right.

7  Q.    And the Help America Vote Act, which I'll refer to as

8  HAVA, also requires states to conduct list maintenance on a

9  regular basis; isn't that right?

10  A.    It does.

11  Q.    And the term "list maintenance" means removing ineligible

12  voters from the rolls; isn't that correct?

13  A.    That's right.

14  Q.    In fact, HAVA requires states to ensure that the voter

15  registration records are accurate and updated regularly; isn't

16  that right?

17  A.    That's right.

18  Q.    And HAVA requires that states conduct list maintenance to

19  ensure that duplicate names are removed from the rolls; isn't

20  that right?

21  A.    That's right.

22  Q.    And you testified earlier that you're familiar with the

23  statute I'll refer to the as the NVRA, the National Voter

24  Registration Act; is that correct?

25  A.    Yes, ma'am.

1  Q.    And the NVRA allows registered voters, allows states and

2  counties to remove registered voters from the roles by reason

3  of criminal conviction; is that correct?

4  A.    It does.

5  Q.    And also by reason of mental incapacity; is that correct?

6  A.    Right.

7  Q.    And the NVRA also requires states to conduct a general

8  program to remove ineligible programs by reason of death; is

9  that right?

10  A.    Right.

11  Q.    And isn't it true that under Texas state law, county

12  registrars must immediately cancel the registrations of voters

13  who are reported dead, mentally incompetent or convicted of a

14  felony; isn't that right?

15  A.    If we have a strong match and are sure that that dead

16  voter felon or incompetent is actually the registered voter,

17  yes, ma'am.

18  Q.    And you testified earlier that when a voter has moved the

19  registrar puts the voter in a suspense category; is that right?

20  A.    That is correct.

21  Q.    And isn't it true that the numbers of voters on the

22  suspense list has been fairly consistent since 2008?

23  A.    I would agree with that.

24  Q.    In fact, as of April 30th, 2012, the number of voters in

25  suspense was slightly lower than it has been in recent years;

1  isn't that right?

2  A.   That's right, we had about one and a half million in

3  April.  At the end of each of the even numbered years before

4  that, in '10 and '08, there were just under two million, both

5  of those years.  I think that partly the explanation for that

6  is the late date of the mass mail out this time.

7  Q.   Isn't it true that some voters in the suspense category

8  include those who have not moved and have not responded to the

9  registrar's notice and haven't voted?

10  A.   Sure.

11  Q.   Indeed, some suspense voters, as you testified earlier,

12  appear at the poles and confirm their residence; isn't that

13  right?

14  A.   Right.  Usually when they fill out a statement of

15  residence it's their new address, and they're allowed to vote

16  one more time at their old polling place, and then they're

17  registered at the new polling place.

18  Q.   And under Texas law you must vote at the precinct in which

19  you reside; is that correct?

20  A.   That's right.

21  Q.   And voters move with some frequency; isn't that right?

22  A.   They do.

23  Q.   And they often move locally within a county; is that

24  correct?

25  A.   Most of the time.

1   Q.   And then they must go to their new precinct; isn't that

2   correct?

3   A.   Did you said they mustn't.

4   Q.   They must go to their new precinct?

5   A.   If they moved outside of their current precinct, you bet.

6   Q.   Suspense voters are listed on precinct rosters on the

7   polls; isn't that correct?

8   A.   Yes.

9   Q.   And there's a notation of "S" next to their name; isn't

10  that right?

11  A.   That's right.

12  Q.   And under current law a voter in suspense must show a form

13  of allowable photo or non-photo ID to vote; right?

14  A.   That's right, and fill out a statement of residence.

15  Q.   So to impersonate a voter who was on suspense, you would

16  have to first identify who's on the suspense list; right?

17  A.   I don't know.  I imagine so, but I'm trying to think of a

18  contrary example.

19  Q.   So you would agree that you'd first -- if you were intent

20  upon impersonating a suspense voter, you would have to first

21  identity who's on the suspense list; isn't that right?

22  A.   Right.

23  Q.   Otherwise how would you know who to impersonate; isn't

24  that right?

25  A.   I would not agree with that, no.  I think that the voter

1  impersonation that happens is more of an opportunity than a

2  deliberate plan.

3  Q.    But you would have to know who you're impersonating in

4  order to impersonate someone; isn't that right?

5  A.    That's true.

6  Q.    And second, you would have to steal or otherwise obtain

7  someone's ID?

8  A.    That is not correct, no.

9  Q.    How so?

10 A.    If you've got the voter registration card because it came

11 to your house because it's a deceased family member, then

12 you've got the voter ID card.  If it's someone else, then I

13 guess.

14 Q.    So would you have to either steal or otherwise obtain

15 someone's ID or you would have to live in the same household

16 and receive it; right?

17 A.    I guess what I'm having trouble with is the ID part.  If

18 you're calling the voter registration card an ID, then yes, I

19 agree with you.

20 Q.    And then finally to impersonate a suspense voter, you'd

21 have to go to the polls to present someone else's photo ID and

22 then execute and submit a false statement to a pole worker;

23 isn't that right?

24 A.    That is not correct, no.

25 Q.    You'd have to submit a statement of residence; isn't that

1  right?

2  A.   You would have to submit at statement of residence, but

3  not a photo ID.

4  Q.   I think you didn't hear my question, so let me rephrase.

5      The last step in impersonating a suspense voter would be

6  that you would have to go to the polls, use another person's

7  ID, either photo or non, as required by current law, and then

8  submit a statement of residence; isn't that right?

9  A.   That's true.

10  Q.   Only U.S. citizens can legally vote; isn't that correct?

11  A.   That's correct.

12  Q.   Individuals who are legally in the country, but who are

13  not U.S. citizens are not legally permitted to vote; isn't that

14  right?

15  A.   Yes, ma'am.

16  Q.   Isn't it true that SB 14 will not prevent all non-citizens

17  from voting?

18  A.   That's true, if they decide to.

19  Q.   And I believe you testified earlier that Senate Bill 14

20  allows the use for six forms of photo ID; isn't that right?

21  A.   I thought it was seven, but I'll -- I heard Adam say six,

22  and I thought it was seven when he said it.

23  Q.   Do you know those forms of ID?

24  A.   I don't know if I've got the entire list off the top of my

25  head.

1    Q.    Would you agree that they are a driver's license, election

2    identification card, personal state ID, U.S. military ID, U.S.

3    citizenship certificate with a photo, and those are not expired

4    within 60 days of presentation?

5    A.    Right.

6    Q.    In addition to a U.S. passport and a license to carry a

7    concealed handgun?

8    A.    Right.

9    Q.    Is that the full list, to the best of your memory?

10   A.    That sounds right.

11   Q.    And isn't it true that non-citizen permanent residents may

12   obtain a Texas driver's license?

13   A.    Yes.

14   Q.    Isn't it also true that non-citizens who are in Texas on a

15   visa may obtain a Texas driver's license?

16   A.    That's true, but if you're here on a temporary visa you

17   get marked "temporary" on your card.

18   Q.    Isn't it also true that certain non-citizens may serve in

19   the U.S. military and obtain a military ID?

20   A.    That's true.

21   Q.    So assuming that these non-citizens that we've just

22   discussed became registered to vote, even though they weren't

23   supposed to, and they had an allowable form of photo ID, SB 14

24   would not prevent them from voting; isn't that right?

25   A.    With the exception of the temporary ID, I agree with you.

1   Q.   So the answer is yes?

2   A.   That's right.

3   Q.   Under Senate Bill 14, poll workers have some discretion in

4   verifying a voter's ID; isn't that right?

5   A.   That's right, the current system gives them wide

6   discretion as well.

7   Q.   But under Senate Bill 14 the workers often have

8   discretion; isn't that right?

9   A.   That's right, the same discretion that they have now.

10   Q.   Under Senate Bill 14, the voter's identity must be

11   verified from the documentation ID; correct?

12   A.   That's right.

13   Q.   And the poll worker is responsible for verifying the

14   voter's identity; correct?

15   A.   That's right, just like they are now.

16   Q.   And the picture on a non-expired Texas driver's license

17   can be as old as 12 years; isn't that right?

18   A.   I'm not sure exactly the time frame, but you can renew on

19   line with the same picture for a certain period of time before

20   you have to get a new picture.

21   Q.   And the photo on a non-expired U.S. passport can be ten

22   years old; right?

23   A.   That I have no idea about.

24   Q.   And citizenship certificates can be decades old; is that

25   correct?

1   A.    I don't know.

2   Q.    Under Senate Bill 14, a poll worker must match the voter's

3   name on the registration list with the voter's name on the

4   photo ID; right?

5   A.    That's right.

6   Q.    If the voter's name on a presented ID does not match

7   exactly the name on the registration list, it must be

8   substantially similar to the voter's name; right?

9   A.    It's not an exact match, it must be substantially similar,

10  that's right.

11  Q.    And the poll worker has discretion under Senate Bill 14 in

12  that regard; is that right?

13  A.    They do, and they have that same discretion now if you

14  show up to vote with a utility bill.  If you don't have a

15  similar name, you will not be allowed to vote or you'll be

16  allowed to vote provisionally.

17      And the difference is under SB 14, you'll have an

18  opportunity to come back and show a different ID within the

19  next six days.

20      Under current law, that provisional ballot will most likely

21  be rejected.

22  Q.    And if the poll worker concludes, this is under Senate

23  Bill 14, that the name is not similar, the voter must vote by

24  provisional ballot; right?

25  A.    That's right.

1   Q.    And this ballot won't be counted unless the voter presents

2   a compliant ID to her county registrar in six days; isn't that

3   right?

4   A.    They will have a six-day opportunity to cure.  I don't

5   think that necessarily it won't be counted.  If someone on the

6   ballot board, a voter votes provisionally with an ID that's got

7   a different name.  They'll have the opportunity to revisit that

8   question at the time they're considering the provisional votes

9   if they need to.

10  Q.    And has -- there hasn't been a regulation promulgated to

11  that effect, has there?

12  A.    That's current law.  That's current law, current

13  regulation, current, I don't know -- that part's not going to

14  change.  SB 14 didn't change current law, it just added to it.

15  Q.    And Senate Bill 14 didn't make that change that you just

16  described; correct?

17  A.    No.

18  Q.    And under current law, a poll worker verifies the name of

19  a voter as it appears on the registration rolls with the name

20  of the voter as it appears on the voter's ID; right?

21  A.    Right, whatever the ID is.  It can be a utility bill or a

22  bank statement, a pay stub, whatever they bring.

23  Q.    And the required ID is, under current law, is either a

24  voter registration certificate or another form of ID, photo or

25  non-photo; is that right?

1   A.    Right.

2   Q.    A voter registration certificate is created from a voter

3   registration application; is that correct?

4   A.    That's true.

5   Q.    So the name on a voter registration certificate would be

6   the same exactly as the name on the voter registration list; is

7   that right?

8   A.    One would hope so unless something has gone horribly

9   wrong.

10  Q.    Assuming no clerical errors; is that correct?

11  A.    Assuming no clerical errors.

12  Q.    Is it fair to say that in that circumstance when a voter

13  is using a voter registration certificate, and the poll worker

14  is determining the voter's identity that there is virtually no

15  room for poll worker error?

16  A.    I agree with that.  I mean, there's always room for error,

17  but it's much less.

18  Q.    And poll workers in that circumstance are not exercising

19  any discretion; is that correct.

20  A.    That's correct.

21  Q.    Absentee ballots and voter absentee is not the same as

22  voting in person, is it?

23  A.    It is not.

24  Q.    And the ID requirements, the photo ID requirements of

25  Senate Bill 14 don't apply to early voting by mail; right?

```
 1  A.   That's right.
 2  Q.   Isn't it true that only certain voters are eligible to
 3  cast a ballot by mail?
 4  A.   That's right.
 5  Q.   Voters who are 65 years of age and older are eligible to
 6  vote by mail; right?
 7  A.   They are.
 8  Q.   Voters with a physical condition that would prevent them
 9  from voting without assistance or injuring their health are
10  eligible to vote by mail; isn't that right?
11  A.   That's right.
12  Q.   Voters who expect to be absent from the county on election
13  day and during the early voting period are eligible to vote by
14  mail; right?
15  A.   They are if they have the absentee ballot sent to a
16  residence or a mailing address out of the county.
17  Q.   And certain voters who are detained in jail are also
18  eligible to vote by mail; isn't that right?
19  A.   That's right if they have the ballot mailed to the jail.
20  Q.   And no other categories of voters are eligible to cast a
21  ballot by mail; isn't that right?
22  A.   Not that I know of.
23  Q.   A voter who wishes to vote by mail must submit an
24  application by hand delivery, mail, contract carrier or fax; is
25  that correct?
```

1  A.    Yes.

2  Q.    A person can't verbally request a mail ballot; is that

3  right?

4  A.    They cannot.

5  Q.    A person can't apply on line for a mail ballot; is that

6  right?

7  A.    They cannot.

8  Q.    A voter must include in her request for a mail ballot the

9  reason she's eligible to vote my mail; right?

10  A.    That's right.

11  Q.    And an application for a mail ballot cannot be submitted

12  prior to sixty days before an election; correct?

13  A.    That's right except for this crazy year we've just had.

14  Q.    And the application also needs to be submitted by the

15  seventh day before an election unless it's hand delivered to

16  the clerk; is that right?

17  A.    That's right.

18  Q.    And an absentee ballot might not be mailed for a week

19  after the request is received; correct?

20  A.    I don't know how long it takes them to turn those around.

21  Q.    But it might -- it might not be mailed for a week; is that

22  right?

23  A.    I don't know how long it takes them to turn those around.

24  Q.    For a mail ballot to count, the ballot has to be sent in

25  the official carrier envelope; correct?

1    A.    It does.

2    Q.    And the early mailing clerk must receive the ballot by the

3    time the polls close on election day; right?

4    A.    That's right except for the overseas ballots.

5    Q.    Which means the ballot must be mailed by the voter in

6    advance of election day; is that right?

7    A.    That's right.

8    Q.    Isn't it true that Senate Bill 14 exempts a very limited

9    class of voters from photo ID requirements who are persons with

10   disabilities?

11   A.    I don't know what you mean.

12   Q.    Well, let's go through it.  Senate Bill 14 exempts from

13   the bill's photo ID requirements for certain persons who have a

14   disability; is that correct?

15   A.    I reckon.

16   Q.    So the answer is yes?

17   A.    Yes.

18   Q.    And that includes a person who has written documentation

19   from the United States Social Security Administration

20   evidencing that the applicant has been determined to have a

21   disability and doesn't have a form of ID under Senate Bill 14;

22   isn't that right?

23   A.    I believe so, yes, ma'am.

24           JUDGE COLLYER:  Do you know this part of the bill?

25           THE WITNESS:  I don't, I'm not as familiar with this

1   part of the bill, that's the reason I'm struggling.  I prefer

2   to see the bill, but I'll take your word for it.

3   BY MS. WESTFALL:

4   Q.   Is there something that would refresh your recollection?

5   A.   Sure, Senate Bill 14.

6   Q.   Certainly.

7          MS. WESTFALL:  May I approach the witness?

8          JUDGE COLLYER:  Yes.

9          THE WITNESS:  Thank you.

10  BY MS. WESTFALL:

11  Q.   Mr. Ingram, if you could turn your attention to the very

12  first page.  I've just handed you Joint Appendix 001429.

13         MS. WESTFALL:  And I would like to advise the Court

14  that the parties have stipulated to the admissibility of the

15  Joint Appendix.

16         JUDGE COLLYER:  Thank you, ma'am.

17       I'm sorry, what was the number?

18         MS. WESTFALL:  Yes, it's Joint Appendix 001429.

19         JUDGE COLLYER:  Thank you.

20         MS. WESTFALL:  Is the page number on which Senate

21  Bill 14, the signed copy begins.  And it ends on page Joint

22  Appendix 001442.

23  BY MS. WESTFALL:

24  Q.   Mr. Ingram, have you had a chance to review Section 1 of

25  Senate Bill 14?

1  A.    Yes.

2  Q.    Does this refresh your recollection as to this provision

3  in the bill?

4  A.    It does.

5  Q.    And isn't it true then under Senate Bill 14 it allows

6  persons with written documentation from the Social Security

7  Administration evidencing that the applicant has been

8  determined to have a disability and has no other form of ID

9  required by Senate Bill 14 to qualify for this exemption?

10 A.    That's right.

11 Q.    And isn't it true that the second exemption is for persons

12 with written documentation from the U.S. Department of Veterans

13 Affairs evidencing a disability rating of at least fifty

14 percent, and that the voter has no other form of ID required by

15 Senate Bill 14?

16 A.    I don't see that.

17        MS. WESTFALL:  You know what, Your Honor, I think I

18 actually used -- may approach the witness because --

19        JUDGE COLLYER:  Yes.

20        MS. WESTFALL:  -- this is the incorrect version of

21 Senate Bill 14 I've handed to you, sir, I'm very sorry, my

22 apologies.

23        If you will indulge me for one minute, I'm going to get

24 the correct copy.

25        (Pause.)

 1         MS. WESTFALL:  Your Honor, may I approach the

 2   witness?

 3         JUDGE COLLYER:  Please do.

 4   BY MS. WESTFALL:

 5   Q.   Mr. Ingram, you've been handed Senate Bill 14, Joint

 6   Appendix 003102.  If you could review the first page, Section

 7   1, regarding the disability exemption?

 8   A.   Right.

 9   Q.   So isn't it true that there's a limited exemption for

10   persons with disabilities?  The first class is persons who have

11   documentation from the Social Security Administration, and the

12   second class is persons who have documentation from the

13   Department of Veterans Affairs?

14   A.   I agree with that.  This is if a disabled person wants to

15   vote in person, these exemptions apply.  If a disabled person

16   wants to vote by mail, they do not have to prove any of this.

17   Q.   But this is, under Texas law, every voter has a right to

18   vote in person; do they not?

19   A.   They do.

20   Q.   And if you want to vote in person you may choose to do so;

21   isn't that correct?

22   A.   That's correct, but if you want to under SB 14, you're

23   going to have to show a photo ID unless you prove that you're

24   disabled.

25   Q.   And by disabled, you mean the definition which is quite

1    narrow under the statute; isn't that correct?

2    A.   I don't know if it's quite narrow or not.  I agree it's

3    the language that the legislature used.

4    Q.   But it's not all persons with disabilities; isn't that

5    right?

6    A.   I don't know.

7    Q.   Well, turning your attention now to JA 3102, the statute

8    only exempts certain narrow classes of persons with

9    disabilities; isn't that correct?

10   A.   I don't know about narrow.  It has two definitions of

11   disability.

12   Q.   And it's not all people with disabilities; isn't that

13   right?

14   A.   I don't know.

15           JUDGE COLLYER:  Okay.  You can keep moving.

16   BY MS. WESTFALL:

17   Q.   A registered voter who wishes to apply for this exemption

18   will have to reregister to vote with the county registrar;

19   correct?

20   A.   Say that again?  I'm sorry.

21   Q.   A registered voter who wishes to apply for this exemption

22   for disability has to reregister with the county registrar;

23   isn't that right?

24   A.   I would think of it as a supplemental registration, but

25   yeah, they've got to fill out another form, you know, the

1  postcard application that you saw before.

2  Q.   And they also have to apply -- they also have to present

3  written documentation from either the Social Security

4  Administration or the Department of Veterans Affairs that --

5  and a statement that the applicant doesn't have an allowable

6  form of ID; isn't that right?

7  A.   That's right.

8  Q.   SB 14 requires that voters who appear without an allowable

9  photo ID must cast a provisional ballot; isn't that right?

10 A.   That's true.

11      JUDGE COLLYER:  I have a question, excuse me.

12      You asked the question about whether someone with a

13 disability who is receiving VA or SSA benefits, SSI, needs to

14 reregister, you said no.  You said it's supplemental, but then

15 you said they have to fill out the same postcard.

16      THE WITNESS:  Right.  And I guess you would think of

17 that as registering again, but they're already a registered

18 voter, and this is providing supplemental information, so I

19 don't think of it as registering again because in the TEAM

20 system, they're an active registered voter.

21      JUDGE COLLYER:  Yeah.

22      THE WITNESS:  I understand that procedurally from the

23 applicant's perspective, it looks like registering again, but

24 it's not really.

25      JUDGE COLLYER:  Thank you.  Okay, I just wanted to

1   make sure it was the same thing.  Go ahead.

2          MS. WESTFALL:  Thank you, Your Honor.

3   BY MS. WESTFALL:

4   Q.   Not all provisional ballots are counted; isn't that right?

5   A.   That's true.

6   Q.   In fact, many of them are not counted; isn't that right?

7   A.   That's what I was saying before.  When the poll workers

8   use their discretion now to make a voter vote provisionally,

9   the odds are not good for that voter's vote to count.  I think

10  the odds will improve under the SB 14 with the six-day cure

11  period.

12  Q.   So voting a provisional ballot that isn't counted isn't

13  the same as voting a regular ballot; right?

14  A.   That's true.

15  Q.   Because regular ballots are always counted; right?

16  A.   One would hope so.  I hesitate, you know.

17  Q.   Under Senate Bill 14 you just testified voters who cast a

18  provisional ballot will have six days to cure their ballot;

19  right?

20  A.   That's right.

21  Q.   And to cure their ballot and ensure it will be counted, a

22  voter has to bring one of the allowable forms of ID to the

23  registrar; right?

24  A.   They've got several options they can do at that point.

25  They can apply for a religious exemption, they can apply for a

1   disability exemption or they can bring one of the allowable

2   forms of ID.

3   Q.   So one of the mechanisms is to bring an allowable form of

4   ID; right?

5   A.   That's right.

6   Q.   And there are only two exceptions to the rules which you

7   testified to or alluded to.  The first is if the voter executes

8   an affidavit indicating that she has a consistently held

9   religious objection to being photographed; isn't that right?

10  A.   That's right.

11  Q.   And the second is if the voter executes an affidavit

12  indicating the voter doesn't have any ID as a result of a

13  natural disaster declared by the president or by the governor

14  that occurred within 45 days; isn't that right?

15  A.   That's right.

16  Q.   These are the only two exceptions; is that right?

17  A.   That's not true.  They could also apply for the disability

18  exemption at that point.

19  Q.   And other than those categories of voters, the persons who

20  apply for the disability exemption, persons with an allowable

21  ID, and these two narrow classes, those are the only

22  exceptions; is that right?

23  A.   I agree, but they are with the narrow again, I just don't

24  know if that's narrow or not.

25  Q.   I believe you testified that you have six days to cure a

1   provisional ballot; is that right?

2   A.   That's right.

3   Q.   In other words, if an election were was on Tuesday, the

4   voter would have to cast a provisional ballot by the following

5   Monday; isn't that right?

6   A.   Well, they would have to cast the provisional ballot at

7   the time they're voting on Tuesday.

8   Q.   I'm sorry.   Thank you for the clarification.   They'd have

9   to appear at the registrar within six days?

10  A.   That's right.

11  Q.   And some registrars open -- offices are not open on

12  weekends; is that right?

13  A.   That's right.

14  Q.   And some registrars' offices are not open after business

15  hours; is that right?

16  A.   That's right.

17  Q.   And isn't it true that the Secretary of State's proposed

18  regulation relating to this section of Senate Bill 14 only

19  requires that these offices, that during the six-day window the

20  county registrar office stay open just during regular business

21  hours at a minimum; is that right?

22  A.   That's right.   They can obviously opt to stay open more.

23  Q.   But the regulation doesn't include any requirement for

24  registrars to have extended hours during the six-day period; is

25  that right?

1    A.    That's right, we don't have the ability to force unfunded

2    mandates on the counties.

3    Q.    But your answer is -- your answer is yes, that the

4    regulations don't require them to stay open past business

5    hours; is that right?

6    A.    That's right, we can't force such a thing.

7    Q.    I believe you testified about Exhibit PX 100, this map

8    here; correct?

9    A.    Right.

10   Q.    And isn't it -- isn't the -- and it's based in part on

11   information from the ACS; is that correct?

12   A.    That's right.

13   Q.    And isn't the ACS an estimate over a twelve-month period?

14   A.    It is.

15   Q.    Isn't Texas growing extremely quickly?

16   A.    Yes, parts of it are, but the one year average that you're

17   talking about is for the smaller counties that are not growing

18   as fast as the larger counties.

19   Q.    But under a twelve-month estimate there would be a lag in

20   registration figures, wouldn't there?

21   A.    I would imagine so, yes.

22   Q.    And how does the map account for competence ranges?

23   A.    I don't know.

24   Q.    Are you aware of the response rate for the ACS?

25   A.    I am not.

1   Q.   Isn't it between ninety to a hundred percent?

2   A.   I don't know.

3   Q.   And turning your attention to PX 100, aren't most of the

4   counties on this map green?

5   A.   Yes, they're either dark green or pink, most counties.

6   Q.   And doesn't it means that under existing state and federal

7   law county officials can maintain their voting rules through

8   this maintenance?

9   A.   Can they?  They must.

10   Q.   Let me put it a different way.  Doesn't the fact that most

11   of this map is green mean that there isn't a concern with

12   bloated rolls within the eligible voters?

13   A.   No, because like I was saying, the eighty to eighty-nine

14   percent, the dark green, is also an excess of the state

15   average.

16       Now, you think some portion of that is voter interest in

17   those counties, for instance, Williamson and Travis County, I

18   would imagine have a fairly high proportion as well as Hays,

19   Burnet and Bastrop Counties have a high proportion of very

20   interested folks.  Other than that, you know, you start talking

21   about Loving County with a hundred and fifty-seven percent

22   voter registration rate to population, that's -- that's

23   unusual, there's got to be an explanation for that.

24   Q.   Let's talk about Loving County.

25           JUDGE COLLYER:  Which county is this?

1            THE WITNESS:  Loving County, it's the one right there

2  by the corner where New Mexico notches out Texas, the smaller

3  county.

4            JUDGE COLLYER:  Okay.

5            THE WITNESS:  Culberson is the bigger one.

6            MS. WESTFALL:  If I may approach, I may be able to

7  identify Loving County for the Court if that will be helpful.

8            JUDGE COLLYER:  I think I just got it, but that would

9  be helpful.  Why don't you, just to be sure.

10            MS. WESTFALL:  Okay.  Right here.

11            THE WITNESS:  It is the smallest population county in

12  Texas.

13  BY MS. WESTFALL:

14  Q.   Isn't it less than a hundred people?

15            JUDGE COLLYER:  Less than a hundred?  Fewer than a

16  hundred people in the whole county?

17            THE WITNESS:  I don't know if there's -- I thought it

18  was closer to 300, but yeah, it's a small population.

19  BY MS. WESTFALL:

20  Q.   And isn't it fairly unlikely in a county of that size for

21  a person to walk into a polling place in Loving County and try

22  to commit in-person voting fraud?

23  A.   It is unlikely that you can do voter impersonation in

24  Loving County.  The fellow out there is who is the election

25  administrator is also the county clerk is also the sheriff.

1    And he and I had a long conversation about his voter rolls, and

2    it was very interesting.

3        It's his opinion that the residency laws in Texas need to

4    be tightened up because in his opinion the reason for the large

5    discrepancy is that children move away from Loving County,

6    they'll go down to Houston or Dallas, but they keep their voter

7    registration at mom's house in Loving County, and then they

8    will come home and vote because uncle so-and-so is running for

9    county commissioner, and they believe the vote counts more in

10   Loving County than it would in Harris County.

11       And so he's very engaged in the idea that the residency

12   laws need to change in Texas.

13            MS. WESTFALL:  And I will move to strike the

14   testimony about the clerk in Loving County as hearsay, Your

15   Honor.

16            JUDGE COLLYER:  Okay.  Go ahead.  I would say it's

17   basically irrelevant so don't worry about it.  But it was

18   interesting.

19   BY MS. WESTFALL:

20   Q.   Would you agree that in counties with small populations

21   it's more likely that poll worker will know the voters?

22   A.   I agree with that.

23            JUDGE COLLYER:  With only a hundred people, I think

24   that's right.

25

1  BY MS. WESTFALL:

2  Q.   But in counties other than Loving County that have small

3  populations, is it likely that poll workers will know the

4  voters?

5  A.   I would say that definitely increases the odds.

6  Q.   And turning your attention now to PX 100, isn't it true

7  that most, if not all of the counties over a hundred percent in

8  this map have small populations; is that correct?

9  A.   Most of them are rural counties, Polk is the exception,

10  it's got more population than the rest of them, I believe.

11          MS. WESTFALL:  If I may have one moment, Your Honor.

12          JUDGE COLLYER:  Yes.

13       Which one is Polk?

14          THE WITNESS:  Polk County is the one over there in

15  east Texas, almost to Louisiana, the dark red one over there.

16          JUDGE COLLYER:  Up high at the bulge?

17          THE WITNESS:  Right at the bulge, right, you see the

18  long Newton and Jasper Counties that are along next to it, and

19  then, I believe that's Trinity.

20          JUDGE COLLYER:  Okay.

21          JUDGE TATEL:  Which county are you talking about?

22          THE WITNESS:  I'm talking about Polk County.

23  BY MS. WESTFALL:

24  Q.   Mr. Ingram, you testified about a number of instances

25  concerning ineligible voters who purportedly participated in

1  the recent election; isn't that right?

2  A.   That's right.

3  Q.   And that was a recent election, correct, this year in

4  2012; right?

5  A.   May 29th, 2012 election, yes.

6  Q.   None of that information could have been before the

7  legislature when it was considering SB 14; isn't that right?

8  A.   That's true.

9  Q.   Because it happened after the bill was signed into law;

10 isn't that right?

11 A.   That's right.

12 Q.   I believe you testified that there may have been, perhaps

13 were identified four dead people who had participated in the

14 election; is that right?

15 A.   That is not correct.

16 Q.   How many people?

17 A.   Two hundred and thirty-nine.

18 Q.   But then you whittled it down, based on looking at death

19 records or death certificates, that perhaps four people had

20 voted; is that your testimony?

21 A.   No, I mean, I whittled it down because those are the ones

22 that I can confirm, there's no doubt about it, but that's being

23 very conservative.

24    The fact is that all 239 of these are going to get referred

25 to the OAG.

1  Q.    And you can't say with any -- first of all, there haven't

2  been any convictions, have there?

3  A.    No, ma'am.

4  Q.    And prosecutions or investigations of a criminal nature

5  and a legal nature have not been undertaken as of today; is

6  that correct?

7  A.    That's right.

8  Q.    And sitting here today you can't say with certainty, can

9  you, that it wasn't clerical error that identified a person is

10 dead and having voted in the election; isn't that right?

11 A.    Well, the way I see it, there's two source of possible

12 clerical error on this.  There's the possible source from the

13 county voter history side, and there's the possible source from

14 the DPS, deceased persons side.

15     And so yes, there's the possibility of clerical error, and

16 I hope that that is the case for the majority of these, but I

17 know for four of them, it's not.

18 Q.    You can say with certainty, absolute certainty sitting

19 here today that it's clerical error, given that there has not

20 been criminal prosecution?

21 A.    What I know is that for sure, for four of these, the

22 counties where they reside reported them to have voted in

23 person for this election.

24          MS. WESTFALL:  I have no further questions.

25          JUDGE COLLYER:  All right, thank you very much.

1          MR. DUNN:  Good morning.  My name is Chad Dunn, and I

2    represent the Defendant-Intervenors.

3          JUDGE COLLYER:  Thank you, sir.

4                         **CROSS EXAMINATION**

5    BY MR. DUNN:

6    Q.   Mr. Ingram, good to see you again.

7    A.   Good to see you.

8    Q.   As I understand your testimony, you work for the Secretary

9    of State's Office in the administration of elections; is that

10   true?

11   A.   That is true.

12   Q.   And the job, of course, of that office is to call the

13   balls and strikes of the election, you're sort of the empire;

14   is that a fact?

15   A.   That's true.

16   Q.   And when you administer these election laws, you want to

17   do so not just for partisan reasons or not just for the public

18   perception reason, but also to make sure the laws are fair to

19   individual races, whether it's Anglos, Latinos, et cetera; is

20   that a fact?

21   A.   I agree with that.

22   Q.   Yeah.  It's true, though, that it is your opinion, your

23   personal opinion that the Senate Bill 14 is a good piece of

24   legislation; is that a fact?

25   A.   That is true, my personal opinion is that it was a good

1  law.

2  Q.   And it's one that you think ought to be implemented; is

3  that true?

4  A.   Well, I think it -- I think that both personally as well

5  as officially.  You know, the Secretary of State's job is to

6  implement laws passed by the legislature, and so it is my job

7  to see that this law is implemented.

8  Q.   Now, your predecessor, Ms. McGeehan, that had been in your

9  office for more than a decade was unwilling to quite go that

10  far in her testimony before the legislature; is that true?

11  A.   I don't know.

12  Q.   In fact, she said it wasn't her position to take a

13  position on the law; is that a fact?

14  A.   That's true, and before law is passed, it is not our

15  position to take a position on a bill.

16  Q.   She also didn't take a position, as you have, in her

17  deposition in this case?

18  A.   I don't know, I haven't read her depo.

19  Q.   Now, I'd like to move on to the NVRA.  And I'm sure it was

20  just a slip of the tongue, but His Honor asked you what NVRA

21  stood for, you said the National Voting Rights Act, it's

22  actually the National Voter Registration Act?

23  A.   That's right, I always get those two mixed up.  I have

24  dyslexia.

25  Q.   I understand.  And the state has recently been sued, has

1    it not, for violation of the National Voter Registration Act?

2    A.    It has.

3    Q.    In fact, there's a case pending in Galveston where Judge

4    Costa is awaiting a ruling on with respect to several

5    allegations of violation of the National Voter Registration

6    Act?

7    A.    We've got several alleged violations, there hasn't been a

8    finding by the court yet.  I've expected a decision by now.

9    How about you?

10   Q.    I have been expecting it.  There's other decisions I

11   expect, too, but they don't always come when I expect them.

12        Now, some of the complaints made under the NVRA include out

13   of county.  For example, it's now under new legislation passed

14   by this state legislature, the Texas legislature, it's now

15   unlawful for somebody to accept a voter registration

16   application from somebody who lives in an adjoining county; is

17   that true?

18   A.    That is not true.

19   Q.    In other words, if somebody runs a voter registration

20   drive in downtown Houston and happens to receive a voter

21   registration application from a resident of Montgomery County,

22   it's your testimony that's lawful under Texas law today?

23   A.    Of course, it is.  If they are registered in that

24   adjoining county as a volunteer deputy registrar, you bet.

25   Q.    Okay.  But if the deputy registrar is only registered in

1  Harris County where they're running the drive, they've

2  committed a law violation by accepting that application; is

3  that true?

4  A.    Probably.

5  Q.    Another recent restriction in voter registration in Texas

6  includes the requirement that a voter registration person,

7  somebody who accepts a voter registration can only accept one

8  that's complete; is that true?

9  A.    That is not true.  There is an obligation to check it for

10  completeness and ask the voter to finish it, but they can

11  receive them if they're not complete, you bet.

12  Q.    In fact, it's a crime if a deputy voter registrar turns in

13  an incomplete voter registration application?

14  A.    That is not true.

15  Q.    On collecting applications, it is now state law in Texas

16  that a deputy registrar, a person who accepts an application

17  must be deputized; is that true?

18  A.    That's true, but that's been the law for thirty years.

19  Q.    And, in fact, an individual who went about and collected

20  voter registration applications in their high school class, for

21  example, and turned them in, if they had not been deputized,

22  would have violated the state law?

23  A.    That's right, for the last thirty years or so.

24  Q.    Now, there's also a number of restrictions that have been

25  recently implemented on processing voter registration

1  applications; isn't that true?

2  A.   I don't know what you mean.

3  Q.   For example, there are some counties in Texas, and to use

4  Mr. Mortara's example, if José De la Cruz fills out his voter

5  registration application, and the Harris County voter

6  registration clerk inputs it into the TEAM system without

7  spaces, and it's not matched, although it's in the TEAM system

8  with spaces, that person gets rejected in some counties; isn't

9  that a fact?  Or do you not know?

10 A.   I don't know one way or the other on that.

11 Q.   In Harris County, for example, in 2008, they had rejected

12 sixty-eight thousand voter registration applications in the

13 lead up to the historic 2008 presidential election; is that

14 true?

15 A.   I don't know.

16 Q.   In fact, after that case, there had been a lawsuit against

17 Harris County, and there was a consent order entered that

18 prohibited many of Harris County's practices as they relate to

19 voter registration; is that a fact?

20 A.   I don't know about your characterization of it.  I know

21 there was a lawsuit.

22 Q.   And you know there was a settlement that was entered by

23 the federal court?

24 A.   I don't know the resolution of that lawsuit.

25 Q.   The point is, Mr. Mortara makes the case here that there's

1    this ease of registration.  Do you remember him using that

2    phrase?

3    A.    That's true.

4    Q.    But, in fact, Texas in many of its counties on an ad hoc

5    basis have erected barriers to voter registration in Texas?

6    A.    That is not true.

7    Q.    Now, there was also some testimony I heard from you with

8    respect to the challenging of a voter on the roll and that it's

9    difficult under HAVA for county officials to remove voters from

10   the roll.  Did I hear that right?

11   A.    No, I believe that I was talking about the NVRA at that

12   point, but federal law makes it more difficult to remove voters

13   who have moved from the county.

14   Q.    But in speaking of laws that you said have been around for

15   30 or so years, there is in Chapter 16 of the Election Code a

16   challenge procedure where any voter who's on the rolls

17   unlawfully can be challenged and removed; is that true?

18   A.    Sure.

19   Q.    In fact, any registered voter in Texas can challenge the

20   registration of any other registered voter; is that a fact?

21   A.    That's true, and that's one of the things the sheriff in

22   Loving County and I talked about.

23   Q.    And, in fact, some counties, including Harris County, and

24   now Loving County, are instituting their own challenges of

25   voters who are on the rolls?

1   A.    I don't know anything about that.

2   Q.    But to the extent that there are people on the voter roles

3   who shouldn't be there, there are tools in place for the state

4   and the county officials to do something about that; isn't that

5   true?

6   A.    Within the constraints of federal law, you bet.

7   Q.    And, but now I assume that your testimony in support of

8   Senate Bill 14 would be despite any negligence or malfeasance

9   by counties of the state and administration of the voter roll,

10  an additional barrier to voting ought to be erected to the

11  voters to undertake.

12  A.    I don't know if I agree with that or not.

13  Q.    Since we're talking about recent voting issues, you're

14  aware of a complaint that was made in Atascosa County to your

15  office on a May 12th city election where a Latino citizen was

16  denied the right to vote because they wouldn't produce a photo

17  ID; are you not?

18  A.    I'm not aware of that complaint.

19  Q.    You're not aware that a written complaint has been filed

20  with your office where a Latino citizen was prevented from

21  voting because they couldn't present a photo ID?

22  A.    I am not aware of that complaint.  I'm not saying that we

23  don't have it, I just haven't seen it yet.  It hasn't --

24  Q.    Is it the case -- I beg your pardon, sir.  Were you

25  finished?

```
 1   A.    I was not.

 2   Q.    All right.  Go ahead.

 3   A.    It hasn't come to my desk yet.

 4   Q.    Okay.  Is it the case in your office that only the cases

 5   that might support Senate Bill 14 make it to your desk, but the

 6   other complaints do not?

 7   A.    That is most certainly not true.

 8   Q.    Now, you also mentioned that you being registered in

 9   Williamson County and Travis County have the ability to vote in

10   both counties; is that true?

11   A.    I could if I wanted to break the law.

12   Q.    And I assume it's your position under Senate Bill 14 that

13   since you would have to present a driver's license under that

14   law, one of the counties would prevent you from doing so?

15   A.    Probably.

16   Q.    In other words, you live in Williamson County.  If you

17   went to Travis County and your address showed your Williamson

18   County home, if the system is working correctly, you're going

19   to get rejected; is that true?

20   A.    I'd probably be allowed to vote provisionally, but yeah.

21   Q.    Similarly if you moved to Williamson County and changed

22   your registration, but had not yet had your address on your

23   driver's license changed, Williamson County, your home county

24   where you're supposed to vote, could similarly reject you; is

25   that a fact?
```

1  A.   They could offer a provisional ballot, and you could go

2  explain the discrepancy within the next six days.

3  Q.   You also mentioned the Donna Howard race.  Donna Howard

4  was a state representative, she ran against the republican

5  nominee and won by a handful of votes; is that true?

6  A.   That's right.

7  Q.   And there was an election contest adjudicated by the

8  legislature in that case?

9  A.   There was.

10  Q.   And there was multiple allegations made by republican

11  nominee of rampant in-person voting; was there not?

12  A.   There was rampant in-person voting in that election,

13  that's how those people vote, yes.

14  Q.   There was allegations of rampant in-person voting fraud in

15  favor of the democratic nominee in that case?

16  A.   I believe so, yes.  I don't know about rampant, but there

17  were allegations of voter fraud, you bet.

18  Q.   And despite adjudication by this very same legislature, no

19  such case was proven and Donna Howard was installed as the

20  state representative; is that true?

21  A.   I don't know if they found no such case, but they did

22  install Donna Howard.  There was not enough found to overturn

23  the race.

24          JUDGE COLLYER:  When was that?

25          MR. DUNN:  I believe it was 2008.

1              THE WITNESS:  No, I think it was the 2010 election,

2  and the legislative session in 2011 is the one that held the

3  hearing.

4              MR. DUNN:  That's right.

5              JUDGE COLLYER:  And what did you do before January of

6  2012?

7              THE WITNESS:  I worked for the governor in the

8  Appointments Office, appointments manager.

9              JUDGE COLLYER:  So you didn't have anything to do

10  with elections?

11              THE WITNESS:  No, the specific positions that I

12  appointed were judicial positions, and so I had to interface

13  with the Election Code with regard to the elections of judges.

14              JUDGE COLLYER:  Thank you, sir.

15              MR. DUNN:  Just a couple more questions.

16  BY MR. DUNN:

17  Q.   On to this issue of whether or not a name is substantially

18  similar and discretion given to local voter registrars, are you

19  aware of some of the nicknames or other names used for the

20  first name Jesus?

21  A.   Jesse.

22  Q.   Any others?

23  A.   I don't know of any others.

24  Q.   Would it surprise you that Shuage and Shucko [phonetic]

25  are also names?

1   A.    No, those fit.

2   Q.    Do you an expect that individual voter registrars in 254

3   counties are going to know these other names?

4   A.    I don't know what they know.  I would assume if they live

5   in a county with a fairly high Hispanic population that they

6   know it.

7   Q.    And finally, in the recent legislative activity there have

8   been different regulations erected for voter registration,

9   there's been regulations adopted to stop organized registration

10  drives.  There's been redistricting plans that at least one

11  court has enjoined, and now this photo ID law.

12      Would you agree that has been the lion share of the

13  election efforts by the Texas legislature?

14  A.    I don't know about the characterization.  It is what it

15  is.

16  Q.    You are aware in Texas that there are some two million

17  Latino citizen voting age population that are not registered to

18  vote; is that true?

19  A.    I know that that's what you said in Galveston, I haven't

20  independently verified it.

21  Q.    You haven't looked at the census figures on your own to

22  determine that?

23  A.    I have not.

24  Q.    So you also don't know that there's three quarters of a

25  million African-American citizen voting ages not registered?

1  A.   Right, we don't track voter registration by race, so I

2  have no idea.

3  Q.   But the legislature spent considerable time concerned

4  about voter fraud, but really has passed nothing to further the

5  registration of these -- of these minority citizens; isn't that

6  a fact?

7  A.   I don't know.  The voter registration process is easy.  So

8  I don't know what would facilitate that registration.

9          MR. DUNN:  Thank you, Your Honors.

10          JUDGE COLLYER:  All right.  Is there any redirect?

11          MR. MORTARA:  No, Your Honor.

12          THE COURT:  All right, thank you very much.  Sir,

13  you're excused.

14          THE WITNESS:  Thank you, Your Honor.

15      (Witness excused.)

16          MR. McKENZIE:  Good morning, Your Honors.

17          JUDGE COLLYER:  Good morning.

18          MR. McKENZIE:  John McKenzie for the State of Texas.

19          JUDGE COLLYER:  Thank you, sir.  Go right ahead, are

20  you going to call your next witness?

21          MR. McKENZIE:  We'd like to call Representative José

22  Aliseda.

23          JOSÉ LUIS ALISEDA, JR., PLAINTIFF WITNESS, SWORN

24          THE DEPUTY CLERK:  You may be seated.

25          MR. McKENZIE:  May I begin?

```
 1              JUDGE COLLYER:   Please do so.
 2                   DIRECT EXAMINATION
 3  BY MR. McKENZIE:
 4  Q.    Representative Aliseda, please introduce yourself to the
 5  Court?
 6  A.    My name is José, J-O-S-E, Luis, L-U-I-S, Aliseda, ALISEDA,
 7  Junior.
 8  Q.    What is your current occupation?
 9  A.    I'm a state representative, I'm also a attorney and a
10  rancher that's slowly going broke because of the drought.
11  Q.    What state house district do you represent?
12  A.    I represent House District 35.
13  Q.    How long have you represented District 35?
14  A.    I was elected in 2010, and I sworn in in 2011.
15  Q.    Did you serve on any committees during the eighty-second
16  legislative session in 2011?
17  A.    I was on the Select Committee for Voter Identification and
18  Voter Fraud, and also the Criminal Jurisprudence Committee and
19  the Environmental Regulation Committee.
20  Q.    Before we get into the circumstances that led you to run
21  for the position of state representative, please tell the Court
22  where you are from?
23  A.    I was born in Mexico City, Mexico.  I came to this country
24  at the age of four.  I grew up in Illinois.  When I was
25  seventeen years old, my father moved us to McAllen, Texas, and
```

1  I graduated from McAllen High School.

2  Q.   And when did you become a United States citizen?

3  A.   I became a U.S. citizen at the age of seventeen.

4  Q.   Where do did you attend college?

5  A.   I went to the University of Texas at -- well, Pan American

6  University initially, which is in Edinburg, Texas down in the

7  valley, for two years, and then transferred to the University

8  of Texas at Austin and got a bachelor of arts degree with a

9  major in English.  And then I went on to law school at the

10  University of Texas at Austin, School of Law.

11  Q.   And where did you work after graduating from law school?

12  A.   In my last year of high school, I joined the -- excuse me,

13  of law school, I joined the United States Navy.  And I was a

14  JAG officer for five years stationed in D.C., San Francisco,

15  and ultimately ended up at Naval Air Station, Chase Field,

16  Beeville, Texas as their staff judge advocate.  I was the legal

17  adviser for the entire base, and that's how I ended up in

18  Beeville, Texas.

19  Q.   And is state representative for House District 35 the

20  first elected position you have run for and held?

21  A.   I've been the county attorney for Bee County for eight

22  years, I served as the county judge for Bee County for four

23  years.  The governors placed me on various boards and

24  commissions, one of which was the Board of Pardons and Parole

25  for five years.  I also ran for congress and lost.

1  Q.   And what party were you affiliated with when you first ran

2  for county attorney in Bee County?

3  A.   It was in 1988, I ran as a democrat, and was elected as a

4  democrat.

5  Q.   And are you a democrat now?

6  A.   No, I switched parties in '91.

7  Q.   And why did you switch parties?

8  A.   The democrats weren't very happy with me, I prosecuted

9  some voter fraud cases, I had some run-ins with some of the

10 elected officials, democratic elected officials, so they

11 recruited a candidate against me, and I -- at the time the

12 republican party was interested in building the party.  They

13 asked President Bush, the first President Bush, to meet with me

14 and talk to me.  He came down for a bird hunt, a quail hunt.

15 He used to come pretty regular to Bee County for that reason.

16 And he personally asked me to switch parties, and I switched.

17 Q.   Sounds like a good reason.

18         JUDGE COLLYER:   Objection sustained.

19         MR. McKENZIE:   Sorry.

20 BY MR. McKENZIE:

21 Q.   Why did you decide to run for the Texas House of

22 Representatives?

23 A.   I ran against a three-term incumbent who wasn't

24 representing the district well.  She wasn't representing our

25 district, which is a conservative seven county district south

1   of San Antonio, west of Corpus Christi, east of Laredo and

2   north of the valley.  And she was voting like a liberal so I

3   ran against her.

4   Q.   And what platform do you run on?

5   A.   I ran on a conservative platform.  Primarily four planks,

6   one which was voter identification and voter fraud.  Another

7   was fiscal responsibility.  I had a pro life platform.

8       And in addition, redistricting was one of the issues I

9   talked about.

10  Q.   Are you running for a different elected office now?

11  A.   I've had too much fun in Austin so I'm going to be the

12  next district attorney for Bee, Live Oak and McMullen County,

13  and I don't have any opposition.

14              JUDGE COLLYER:  And where is that, I'm sorry?

15              THE WITNESS:  If you look at the map, ma'am, could I

16  point it out to you?

17              JUDGE COLLYER:  Yeah, I didn't hear the names, what

18  did you say?

19              THE WITNESS:  Bee, Live Oak and McMullen County.

20              JUDGE COLLYER:  Thank you.  I just didn't get you.

21              THE WITNESS:  This is my current here, (Indicating).

22              JUDGE COLLYER:  Thank you.

23              THE WITNESS:  Bee is this county, that's where I'm

24  from, Live Oak and McMullen.

25              JUDGE COLLYER:  Thank you very much.

1  BY MR. McKENZIE:

2  Q.   I should have asked for the record, could you describe all

3  of the counties in your current house district the one you were

4  elected in?

5  A.   All right, Atascosa County, Bee County, which is my home

6  county, Live Oak County, which is a neighboring county,

7  McMullen County which neighbors McMullen -- which neighbors

8  Live Oak County, Goliad, Karnes and Jim Wells County.

9  Q.   Have you recently campaigned on behalf of democratic and

10 republican candidates?

11 A.   Yes.

12 Q.   I'd like to shift focus your experience as the

13 county attorney for Bee County.  When did you serve as county

14 attorney for Bee County?

15 A.   I was county attorney from 1988 to 1996.

16 Q.   And who were the people that talked you into running for

17 county attorney?

18 A.   Initially it was the, what I would call the democrat party

19 leaders in Bee County.  They convinced me, and they convinced

20 any possible opposition that I was the man for the job.  So I

21 ran unopposed.

22 Q.   What were your responsibilities as county attorney?

23 A.   County attorney is primarily a misdemeanor prosecutor, but

24 we also have jurisdiction over official misconduct charges in

25 District Court.  And we have jurisdiction over mental

1   commitments.   We also advise the Commissioner's Court for legal

2   matters.   So it's pretty broad.

3   Q.   It was a paid position?

4   A.   It paid at the time around twenty-four thousand dollars a

5   year.

6   Q.   Was it a full-time position?

7   A.   It was actually considered a part-time position.   I was --

8   it was myself and a secretary, I had no investigative staff, no

9   other staff.   At the time I didn't think it was going to be

10  such a difficult job, but it turned out to be pretty difficult.

11  Q.   I'd like to explore some of the voter fraud cases that

12  arose during your tenure as Bee County attorney.

13      Do you recall a mail ballot fraud investigation in Bee

14  County?

15  A.   Yes.

16  Q.   And what happened in that investigation?

17  A.   We had allegations of racists being one.   I -- what was

18  considered at the time mail and ballot fraud.   And we're

19  talking about commissioners races, school board elections,

20  primarily county-wide elections.   And we had unusual things

21  going on in that you would have, for example, a commissioners'

22  race being decided by maybe five, six hundred votes passed and

23  two or three hundred of those were mail-in ballots.

24      So I tried to get the sheriff's department and the police

25  department to look into it.   It's a political hot potato, they

1    weren't interested.

2        We'd also had Grand Jury investigations from prior

3    elections that had claimed that there was some voter, mail-in

4    voter fraud going on.  So I asked the Texas Rangers to come

5    down to Bee County and look into the matter.

6    Q.   And did any charges result from that investigation?

7    A.   Initially the Texas Rangers came to the county for a few

8    days and then left with the public pronouncement saying there

9    was no voter fraud in Bee County.  And I'd obtained the records

10   at the municipal golf course indicating that they had been

11   golfing with one of the suspects in the voter fraud

12   investigation, and I showed it to their supervisor and they

13   came back and down and they managed today scrounge up about

14   four cases for me to file.

15   Q.   And did you get any convictions in those cases?

16   A.   I did.  Two cases.

17   Q.   In 1992, did you hear of allegations of threats to elderly

18   voters?

19   A.   I had an elderly person call my office and say that at one

20   of the polling places, which was a senior citizens' meal center

21   and recreation center, they were being told that they had to

22   vote a certain way or their benefits would be lost.

23   Q.   Do you recall what happened as a result of these

24   allegations?

25   A.   The Commissioners' Court moved the polling place.

1  Q.    Did you ever investigate allegations of broken seals on

2  ballot boxes?

3  A.    Yes, I had -- this all kind of melds together because it

4  was such a strange time in Bee County.  The state as a whole

5  was switching from democrat to republican, and there was just a

6  lot of controversy, and there was a time where actually

7  impounded -- asked the district judge to impound eighteen

8  hundred ballots, and she did.

9      And I think that might have been the same time that there

10 was an allegation that one of the seals was broken on one of

11 the boxes.  I don't remember if was an early, early ballot box

12 or if it was a -- an election day ballot box.

13 Q.    What did your experience as county attorney in Bee County

14 tell you about voter attitudes on voter fraud in south Texas?

15 A.    At least in my county the people were clambering for

16 somebody to do something, they didn't trust the system.

17     Some would say, you know, what's the point of voting if my

18 vote is going to be canceled out by one of these mail-in ballot

19 fraud votes.  So as a whole, the reason I did what I did was to

20 give people back the confidence in the system.

21         MR. FREEMAN:  Objection, Your Honor, the witness was

22 offering a series of hearsay statements.

23         MR. McKENZIE:  I'm offering it for the effect on the

24 witness of what his beliefs as a prosecutor were when he heard

25 these things from the voters.

1            JUDGE COLLYER:  All right.  Well, we'll accept this

2      for the purposes of the state of mind of the witness, not for

3      the truth of the matter asserted.

4            MR. FREEMAN:  Thank you.

5            JUDGE COLLYER:  Go ahead, Representative Aliseda.

6            THE WITNESS:  Thank you.

7      BY MR. McKENZIE:

8      Q.   Based on your experience as a prosecutor, how does voter

9      fraud in south Texas work?

10     A.   We have a political law system in south Texas.  And I

11     think that you have the same thing.

12           JUDGE COLLYER:  Sustained.  Sustained.  I mean, you

13     haven't really provided a foundation for this testimony for

14     which there's no other support, is there?

15           MR. McKENZIE:  Okay, well maybe --

16           JUDGE COLLYER:  A little foundation before you get

17     there.

18           MR. McKENZIE:  Sure.

19           JUDGE COLLYER:  I mean, that was a kind of conclusory

20     statement.

21           MR. McKENZIE:  Okay.  Let me go back.

22     BY MR. McKENZIE:

23     Q.   Based on your investigation of the mail-in ballot fraud

24     that you conducted as a prosecutor that led to four charges and

25     two convictions that you testified about, how did voter fraud

1  work in that -- in that particular investigation?

2  A.   It's -- in Bee County we had political bosses, and they

3  controlled who ran, they also controlled these people called

4  politiqueros, politiqueras.  If you need me to spell it, I can

5  spell it, P-O-L-I-T-Q-U-E-R-A-S [sic].  And the male version is

6  O-S at the end.

7      And what these individuals would do, they were vote

8  harvesters.  They would go out and find elderly people, get

9  them to sign an application for a mail-in ballot.  When the

10 ballot would go out of the county clerk's office they literally

11 follow the -- the postman to the elderly person's home, enter

12 the home, and then suggest by word sign or gesture how that

13 individual should vote.

14      And in some cases I believe that there was actually no

15 voter voting the ballot or if they voted the ballot wrong

16 somehow that ballot would disappear.  Those were things that

17 were discovered in the course of the investigation.

18          JUDGE COLLYER:  Wait one second.

19          THE WITNESS:  Yes.

20          JUDGE COLLYER:  I think we have an objection.

21          MR. FREEMAN:  Objection, Your Honor, lack of

22 foundation with regard to whether an individual ballot was not

23 voted by the voter.

24          JUDGE COLLYER:  All right, there is a lack of

25 foundation, but it's going to be admitted for impact on the

1    speaker, not for the truth of the matter asserted.

2          Go ahead.

3          Yes, sir, Mr. Freeman?

4          MR. FREEMAN:  Also lack of personal knowledge, Your

5    Honor, with regard to these ballots that were not actually

6    voted by the individual voter.

7          JUDGE COLLYER:  Did you have a response to that one?

8    BY MR. McKENZIE:

9    Q.    This is a part of your investigation; is that correct?

10   A.    It is things that we learned throughout the investigation,

11   yes.

12         JUDGE COLLYER:  Sorry, I'm sorry, just let me be

13   precise.

14         THE WITNESS:  Uh-huh.

15         JUDGE COLLYER:  During the course of your

16   investigation the Texas Rangers discovered that there were

17   votes cast by elderly people that they didn't complete

18   themselves?

19         THE WITNESS:  Yes.

20         JUDGE COLLYER:  Is that the issue?

21         MR. FREEMAN:  Your Honor, he also testified that the

22   individual voter, that there was no individual voter.

23         JUDGE COLLYER:  Oh, that's right, and that there

24   wasn't a voter at all.

25         THE WITNESS:  Oh, that, no, I didn't really mean

1    that.   I meant that the voter that supposedly voted didn't

2    really cast the ballot.

3            JUDGE COLLYER:   Didn't really cast that ballot, that

4    it was completed by someone else.

5            THE WITNESS:  Yes.

6            JUDGE COLLYER:   And the Texas Rangers elicited that

7    information during the investigation?

8            THE WITNESS:  Yes, yes.

9            JUDGE COLLYER:   Thank you.

10           Go ahead, sir.

11   BY MR. McKENZIE:

12   Q.   Have you finished describing the politiqueros and

13   politiqueras?

14   A.   I believe so.   It's as good a description as I could give.

15   They're vote harvesters.   And it's a fairly common practice in

16   Bee County and throughout south Texas.

17       There's a currently a law suit in one of the counties that

18   borders mine, and it actually is the D.A. district for part of

19   one of my counties.   It was filed just last week.

20       In that race, the district attorney's race was decided by

21   19 votes.   And 18 of those votes came out of Brooks County from

22   people that were over 110 years old.

23       There's only 325 people in the whole nation that are over

24   110 years old.   But in Brooks County there's a lawsuit filed

25   now by the district attorney to try to overturn that election

1  because of that amount.  Brooks County happens to be one of the

2  counties that's been in the -- in the red that has over a

3  hundred percent registration.

4          JUDGE WILKINS:  Just to be clear here.  That lawsuit

5  involved mail-in votes or in-person votes, sir?

6          THE WITNESS:  I don't know enough about it to say,

7  Judge, but I believe they were mail-in votes.

8          JUDGE WILKINS:  All right.  The testimony you've

9  given about the fraud that you prosecuted in that example, were

10 those mail-in votes or in-person votes?

11         THE WITNESS:  Those were mail-in votes, Your Honor.

12         JUDGE WILKINS:  All right.  Can we talk about some

13 in-person voting fraud?  If you've got some questions about

14 that?

15         MR. McKENZIE:  Yes, Your Honor, I'm just laying the

16 foundation for his -- for the beliefs that he gathered as a

17 politician at the time as the county attorney as to what voters

18 thought of the system, what he believed voters thought of the

19 system as the county attorney.

20         JUDGE COLLYER:  Right, but it's all based on mail

21 fraud.  But you described as some large mail -- ballot mail

22 fraud involved with balloting; right?

23         MR. McKENZIE:  Yes.

24         JUDGE COLLYER:  Thank you.

25

1  BY MR. McKENZIE:

2  Q.    In your experience as a county attorney, do you think

3  that -- was it your experience that it was local elections or

4  national elections that were more affected by voter fraud?

5  A.    I believe that the goal was for local elections, that's

6  where the contracts came out of, for example, the school board

7  election to build a brand-new school.   That's where the jobs

8  came out for -- doling out jobs to your friends and maybe not

9  so close relatives because of the -- the laws were -- involving

10  nepotism, but it -- the power at least that I saw the effort

11  was to try to control the local elections.

12  Q.    Why did you work hard as a county attorney to prosecute

13  voter fraud?

14  A.    Because my citizens wanted me to.   They were tired of

15  hearing how corrupt their system was, and they wanted somebody

16  to do something about it.   And most of the crimes fell under my

17  jurisdiction as the county attorney.

18  Q.    Based on your experience as the county attorney, is voter

19  fraud easy to prosecute?

20  A.    No.

21  Q.    Why not?

22  A.    Well, for example, in the case of mail-in ballot fraud, it

23  normally involved a victim, what I would call a victim, someone

24  who had their vote essentially stolen or directed by someone

25  else, had to be over sixty-five years of age.   Normally that

1  involved someone that was very reluctant to be involved in the

2  criminal justice system, perhaps not fluent in English,

3  unwilling participant.

4      But the cases I was able to prove, one, the individual pled

5  guilty.  In the other I proved that -- that money actually

6  changed hands in the case of a vote, a mail-in vote, and I

7  proved that because there were outside witnesses around the

8  area that actually saw what happened to their loved one with

9  respect to that ballot.

10 Q.   Did you sponsor any bills to safeguard the election system

11 during the 82nd legislative session that would have made voter

12 fraud easier to detect?

13 A.   Several.  Unfortunately, I was only able to get one done.

14 But I did sponsor, for example, a bill involving having cameras

15 in the polling place.

16 Q.   What would that bill have accomplished?

17 A.   Well, one of the things, it's much like a camera at a

18 bank.  I mean, you could catch the perpetrator committing the

19 robbery.  But another reason I think it's important it's much

20 like having a camera in a police car.  It keeps the parties

21 honest.

22     And one of the problems that we have in south Texas is that

23 sometimes these elected officials or election administrators

24 aren't in cahoots with some of the stuff that's going on.  We

25 have judges being thrown out of the polling place by the

1   primary judge.  We have poll workers getting thrown out.  I

2   thought that if we had some ability to watch what's going on we

3   could go back and trace and make things easier to investigate.

4   Q.   Based on your experience of obtaining convictions for

5   voter fraud, do you believe convictions to be an accurate

6   measure of voter fraud in the State of Texas?

7   A.   No.

8   Q.   Why not?

9   A.   Well, as I explained --

10          JUDGE COLLYER:  Do you have an objection?

11          MR. FREEMAN:  Yes, Your Honor.

12          JUDGE COLLYER:  You need to speak up, you ned to say

13   "objection" so the witness knows to stop talking.

14          MR. FREEMAN:  Objection to the extent that the term

15   "voter fraud" is being used vaguely without a definition when

16   that definition is critical in this case.

17          JUDGE COLLYER:  Okay, I understand.  The Court

18   understands the objection, and you can continue.  If you want

19   to be more clear, you can, and otherwise you can run the risk

20   of ambiguity.

21          MR. McKENZIE:  Well, I think the witness in his

22   answer will --

23          JUDGE COLLYER:  Believe me, it's your choice.

24          MR. McKENZIE:  Okay.  I'll repeat the question.

25

1   BY MR. McKENZIE:

2   Q.   So do you consider, based on your experience as a

3   prosecutor, in-person voter fraud convictions to be an accurate

4   measure of voter fraud in the state?

5        JUDGE COLLYER:  And why don't you just answer "yes"

6   or "no," okay?

7        THE WITNESS:  No, I don't.

8   BY MR. McKENZIE:

9   Q.   May I ask the follow-up question, why not?

10  A.   How do you catch it?  How do you catch someone coming in

11  using somebody else's certificate and leaving, that vote

12  counts.  It cancels out somebody else's good vote.  There's,

13  you know, from what I understand, the Attorney General has

14  obtained convictions.  I'm surprised.  I don't know how you'd

15  catch it.

16  Q.   Okay.

17        JUDGE TATEL:  Excuse me, are you talking about

18  mail-in vote or in-person vote?

19        THE WITNESS:  Both.  In mail-in ballot fraud, I'm

20  explaining how difficult it is --

21        JUDGE TATEL:  How about in-person voting?

22        THE WITNESS:  In-person voting, how do you catch it?

23  How do you catch someone coming in --

24        JUDGE TATEL:  Are you aware of it?

25        THE WITNESS:  I am aware that we have had

1    non-citizens voting in Bee County elections.

2              JUDGE COLLYER:  And on what do you base that?  This

3    is important.

4              THE WITNESS:  Uh-huh.

5              JUDGE COLLYER:  What information is that based on?

6              THE WITNESS:  It's based on these non-citizens

7    consulting with me as an attorney.

8              JUDGE COLLYER:  Say that they had voted?

9              THE WITNESS:  Yes.

10             JUDGE WILKINS:  So are you telling us privileged

11   information?

12             THE WITNESS:  I don't think so.  I mean, it's easy,

13   easily verifiable if -- I mean, it's public information in the

14   sense that there's a record of their vote.

15             JUDGE TATEL:  Are these clients who come to you and

16   ask, they say they're not citizens, and they want to vote or do

17   they say they did vote?

18             MR. MORTARA:  Object, object.

19             THE WITNESS:  I think at that point I'd have to claim

20   the privilege.

21             MR. MORTARA:  Your Honor, Your Honor, I'm very sorry,

22   but Mr. Aliseda has no obligation to --

23             JUDGE TATEL:  That's fair.

24             JUDGE COLLYER:  Well, he may not have an obligation,

25   but he's already said that he hasn't identified clients, he's

1   already said that he can testify to in-person voting fraud from

2   non-citizens because of things people have told him, and the

3   question was merely to get specificity as to what was told to

4   him, not to identify anybody.

5          JUDGE WILKINS:  Are you moving to strike your

6   witness's testimony?

7          MR. MORTARA:  No, Your Honor.  My only interest is

8   when Your Honor has asked the witness a question, I think that

9   the witness frequently interprets as a court ordered answer,

10   and I wanted to advise that he should consult his own idea of

11   what the ethical rules that govern his behavior are --

12          JUDGE COLLYER:  You don't need to speak to your

13   witness and advise him from there.  The Court asked him a

14   question, it was a perfectly legitimate question given what

15   he'd already said.

16          MR. MORTARA:  I understand, Your Honor.

17          JUDGE COLLYER:  Thank you.

18          JUDGE TATEL:  So what's the answer to the question?

19          THE WITNESS:  Would you ask me again, Judge?

20          JUDGE TATEL:  The question I asked was, do -- are you

21   aware of this because non-citizens came to you and said they

22   want to vote or are they people who told you as non-citizens

23   they had voted?

24          THE WITNESS:  They had voted.

25          JUDGE TATEL:  It's the latter.

1    THE WITNESS:  Yes.

2    JUDGE TATEL:  And why would they have told you that?

3    THE WITNESS:  Well, they were concerned about the

4  legal implications for their --

5    JUDGE TATEL:  I see.

6    THE WITNESS:  -- residency status.

7    MR. McKENZIE:  May I ask one foundational question

8  just to maybe clarify the record?

9  BY MR. McKENZIE:

10  Q.   Are you a practicing attorney or were you a practicing

11  attorney in private practice at the time these people

12  approached you?

13  A.   I've been a practicing attorney since I left -- well, even

14  in the United States Navy, I had to be a practicing attorney.

15  But I graduated in 1981 and received my law license in 1982.

16    I've had a private law practice for much of my entire legal

17  career except for the time that I was on the Board of Pardons

18  and Parole.

19  Q.   Do you know voters who are registered to vote in two

20  different counties?

21    JUDGE COLLYER:  Is there an objection?

22    MR. FREEMAN:  There is, Your Honor.  During Mr.

23  Aliseda's deposition he asserted an attorney/client privilege

24  with regard to individuals that he knew were registered to

25  vote.  However, he did not disclose that they had told him they

1    had voted, thus the Government is prejudiced by his testimony,

2    and I move to strike.

3              MR. McKENZIE:  With all respect, Your Honor, it was

4    in response to a question from the bench that he gave that

5    testimony, not because I elicited it from him.

6              JUDGE COLLYER:  We're going to accept it for what

7    it's worth.  Thank you for the objection.  We'll note that the

8    testimony was not quite elicited in the same way during his

9    deposition.

10        Go ahead.

11   BY MR. McKENZIE:

12   Q.   So apart from the communication you just described as to

13   the -- as to non-citizens voting, do you have a lot of

14   confidence based on your knowledge of District 35 that the

15   voter registration rolls only include eligible voters?

16   A.   No.

17   Q.   Why not?

18   A.   Well, we have some counties that have well in excess of

19   the state average.  At the time that I talked about voter ID in

20   front of the state legislature, I was using 2000 census

21   figures, which had, for example, how many people were

22   potentially eligible to vote, and then I had figures as to how

23   many were actually registered to vote, and voter activity in my

24   district had in excess of a hundred percent registration.

25        Looking at the map right now, McMullen County has an excess

1   of a hundred percent registration.  Jim wells, which is the

2   home of the infamous box 13, has an excess of, I believe at the

3   time that I testified before the election -- not testified,

4   argued on behalf of voter ID in front of legislature, it had an

5   excess of 90 percent registration.  Now it looks like it's in

6   the high eighties.

7       And the state average is only 74 percent or 75 percent.  I

8   know for example the republican candidate for Congress is, and

9   we have two, but one of them is registered to vote in Travis

10  County and also registered to vote in Cameron County and so is

11  the husband.

12          MR. FREEMAN:  Objection, Your Honor, lack of

13  foundation.

14          JUDGE COLLYER:  Sustained.

15  BY MR. McKENZIE:

16  Q.   Do you believe that it is more difficult for racial

17  minorities to get ID's accepted under SB 14?

18          JUDGE COLLYER:  This is not relevant.  His beliefs

19  are not relevant.  If you want to reform the question, you can.

20  BY MR. McKENZIE:

21  Q.   Did you hear any testimony as the member of the voter ID

22  Select Committee in the House that expressed a view that

23  minority voters would have a harder time obtaining IDs than

24  Anglo voters under SB 14?

25  A.   I heard experts come in and testify to that fact.  But I

1  heard not one individual come forward and say that they would

2  not be able to obtain an identification card or actually didn't

3  have an identification card.

4  Q.    Do you personally know of any Hispanic citizens who lack

5  one of the ID's identified under SB 14?

6  A.    No.

7  Q.    Did any of your Hispanic constituents or did you

8  understand any of your Hispanic constituents to express support

9  for voter ID?

10  A.    Yes.

11  Q.    Is your district largely rural?

12  A.    It is a rural district, yes.

13  Q.    And you mentioned earlier in your testimony that you're a

14  slowly going broke rancher?

15  A.    Yes.

16  Q.    And how big is your ranch?

17  A.    It's small by county standards, it's 720 acres.

18  Q.    And is it your experience that residents in rural Texas

19  counties are accustomed to driving far distances?

20  A.    The larger big city here is Beeville, for example Corpus

21  Christi and the edge of that city is 56 miles, that's where you

22  could get -- that's where the Social Security Administration

23  building is.  People in rural Texas, as a way of life, are used

24  to driving long distances.

25      To do simple things like shopping, San Antonio is ninety

1    miles away, Victoria is 56 miles away, Laredo is 120 miles

2    away.  I know these distances by heart because I've driven

3    them.  And that's the case with almost every citizen that I

4    know in my district.

5    Q.   Are there any programs in your district to help poor

6    residents travel long distances?

7    A.   When I was a county judge I learned of a wonderful program

8    that was administered by the Council of Governments, and

9    apparently it's a statewide program.  It's a pass through of

10   federal money for rural transportation.

11        And at the time my citizens would take advantage of this

12   program.  They could make an appointment with what we called

13   the BCA, which was the Bee County Community Action Agency, and

14   they could get a ride to the doctor, to the mall, to anywhere,

15   like San Antonio, for a dollar.

16   Q.   Will SB 14 stop all voter fraud?

17   A.   No.

18   Q.   What types of voter fraud will SB 14 stop?

19   A.   I'm hoping it will have an impact on potential in-person

20   voter fraud.  But, you know, the main reason that SB 14 is

21   important is because the citizens of Texas feel it's necessary.

22             MR. FREEMAN:  Objection, Your Honor, the legislature

23   has asserted a legislative privilege, and thus his thoughts and

24   opinions have been denied to the Government, and he cannot

25   provide them to this court today.

```
 1              MR. McKENZIE:  May I respond?

 2              JUDGE COLLYER:  Yes.

 3              MR. McKENZIE:  This subject matter was extensively

 4    questioned in his deposition.  About what types of voter fraud,

 5    I mean, we would be happy toy provide the transcript.

 6              JUDGE COLLYER:  Yes, but the issue isn't voter fraud

 7    now, the issue is main reason for SB 14.  That was the

 8    question, that was the answer.

 9              MR. McKENZIE:  And in his deposition there was -- we

10    were trying to shave a fine line.  But we were trying to allow

11    testimony as to general legislative purpose --

12              JUDGE COLLYER:  Yes.

13              MR. McKENZIE:  -- and to draw a distinction between

14    individual legislative purpose.

15              JUDGE COLLYER:  And so you're going to say that when

16    he says the main reason that the citizens of Texas wanted it is

17    that's a general legislative purpose?

18              MR. McKENZIE:  Well, Your Honors will hear testimony

19    later that says that --

20              JUDGE COLLYER:  I'm just asking you that question

21    right now because you just testified, and you have an objection

22    from Mr. Freeman.  So you have to tell me now whether I should

23    admit that testimony.

24              MR. McKENZIE:  Yes, I would say that speaks to

25    general legislative purpose, that the voters wanted it.
```

```
1                JUDGE COLLYER:  That was the answer.

2                MR. McKENZIE:  Okay.

3                JUDGE COLLYER:  It speaks to general legislative

4    purpose, Mr. Freeman.

5                MR. FREEMAN:  Thank you, Your Honor.

6                JUDGE COLLYER:  You're welcome.  Thank you.

7                MR. McKENZIE:  So I'll just repeat the question again

8    so it's clear for the record.

9                JUDGE COLLYER:  It's okay, we're past it.  We got the

10   question, we got the answer.  Keep moving.  We are breaking in

11   six minutes.  Will you be done in six minutes?

12               MR. McKENZIE:  Oh, yeah, I'll be done.

13               JUDGE COLLYER:  Oh, good.

14   BY MR. McKENZIE:

15   Q.   As you sit here today, do you believe that all Texans are

16   required to have an ID on them at all times?

17   A.   That question was asked at my deposition and after the

18   deposition I went and looked up the answer.  Texas has a

19   statute, a criminal statute that's called failure to identify.

20   And what it requires is if you are lawfully arrested, you have

21   to give your --

22               JUDGE COLLYER:  Wait, wait.  What difference does

23   this make?  If he didn't know about it at the time, it doesn't

24   really matter, does it?  Isn't this irrelevant?  It may not --

25   it may not be relevant to Texas, but it's irrelevant to this
```

```
 1   man.
 2            MR. McKENZIE:  I think he slightly misspoke in his
 3   deposition.  He answered a question a little bit inaccurately,
 4   and so I was trying to clarify his testimony.
 5            JUDGE COLLYER:  Ah.  Okay.  Is this an issue that any
 6   of the defendants thinks is important whether or not Texas has
 7   a law that requires you to carry an ID in order to be able to
 8   identify yourself for in a Terry stop?
 9          Nobody thinks it's that important, don't worry about it.
10            MR. McKENZIE:  But if I think it's important can I
11   ask the question?
12            JUDGE COLLYER:  Yeah, but he didn't know it then.
13   Okay.  Yes, you can ask the question.
14            MR. McKENZIE:  Okay.
15            JUDGE COLLYER:  We got the question, the answer is
16   failure to stop.  Keep going.
17            THE WITNESS:  Failure to identify.
18            JUDGE COLLYER:  To identify, forgive me.
19            THE WITNESS:  Yes.
20   BY MR. McKENZIE:
21   Q.   So, there's a criminal statute that prohibits failure to
22   identify?
23   A.   Uh-huh.
24   Q.   And did you have anything else to say in response to that
25   question?
```

1  A.    It can also be invoked if you have been lawfully detained.

2  Q.    Okay.

3       What do you understand the legislative purpose, the general

4  legislative purpose to be enacting as --

5            JUDGE COLLYER:   We already had that answer.

6            MR. McKENZIE:   Okay.

7  BY MR. McKENZIE:

8  Q.    Was the legislative purpose in any part to decrease the

9  number of Hispanic voters who could effectively cast a ballot?

10 A.    No.

11 Q.    Was the legislative purpose in any part to decrease the

12 number of African-American voters who could effectively cast a

13 ballot?

14 A.    No.

15 Q.    Did you offer some remarks on the House floor in support

16 of SB 14?

17 A.    Yes.

18 Q.    Could briefly summarize those remarks?

19 A.    I told the members of the legislature that I was a Mexican

20 immigrant.   I held up a voter identification card from Mexico

21 showing that it had a photo ID, a biometric requirement.

22     And in addition, I told them about my service in the United

23 States Navy and how I didn't do that so that people that were

24 registered specifically Mickey Mouse that was registered by

25 Acorn could vote or that dead people could vote.

1    I also said that in my district I had counties that were

2    far in excess of the state average in voter registration, and

3    that the opportunity for fraud was there, and that I thought

4    this legislation would stop that fraud.  But most importantly I

5    said that the people that are Americans in 2012, well, back

6    then it was 2011, expect to show an ID for just about

7    everything that they do of even semi-importance including

8    renting a movie and that the public expected us to pass this

9    legislation to give them confidence in the system.

10   Q.   And you briefly alluded to this, but this is my last

11   question.  I just want to make sure it's clear for the record.

12       Did the legislature receive any testimony from a member of

13   a racial minority group who claimed that he or she could not

14   get the ID's required by SB 14?

15   A.   No.

16           MR. McKENZIE:  No further questions.

17           JUDGE COLLYER:  Thank you, sir.  We have maybe three

18   minutes left.  Mr. Freeman, I'm going to give you a pass for

19   three minutes, okay?

20           MR. FREEMAN:  Okay.

21           JUDGE COLLYER:  Okay.  That's very kind of you, sir.

22       All right, everybody, we're going to take a break.  It's

23   now 12:30.  We're going to be back at two, ready to go,

24   Mr. Freeman, at two; right?  It is Mr. Freeman; right?

25           MR. FREEMAN:  Yes, it is, Your Honor.

1          JUDGE COLLYER:  Okay, thank you.

2      (Luncheon recess @ 12:27 p.m.)

3                      -oOo-

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                         I-N-D-E-X

 2                         WITNESSES

 3        On behalf of the Plaintiff:

 4                                  Direct  Cross  Redirect

 5   Recross

 6        Brian K. Ingram
            (By Mr. Mortara)            45
 7          (By Ms. Westfall)                 76
            (By Mr. Dunn)                    112
 8

 9        José Luis Aliseda
            (By Mr. McKenzie)         124
10

11

12

13

14                        MISCELLANY

15                                              Page No.:

16

17   Opening Statement by Mr. Mortara                 5

18   Opening Statement by Ms. Westfall               42

19   Opening Statement by Ms. Rosenberg              44

20

21

22

23

24

25
```

1                            CERTIFICATE

2            I certify that the foregoing is a true and correct

3    transcript, to the best of my ability, of the above pages, of

4    the stenographic notes provided to me by the United States

5    District Court, of the proceedings taken on the date and time

6    previously stated in the above matter.

7            I further certify that I am neither counsel for, related

8    to, nor employed by any of the parties to the action in which

9    this hearing was taken, and further that I am not financially

10   nor otherwise interested in the outcome of the action.

11

12   _____              _____

     /s/Crystal M. Pilgrim, RPR            Date: July 10, 2012
13

14

15

16

17

18

19

20

21

22

23

24

25

'08 [1]  85/4
'10 [1]  85/4
'89 [1]  78/19
'91 [1]  126/6

_

--------------------------
1/11
-ooo [1]  153/3
/
/s/Crystal [1]  155/12
0
001429 [2]  97/12 97/18
001442 [1]  97/22
003102 [1]  99/6
08540-6531 [1]  2/14
1
1.4 [2]  42/19 43/2
1.5 [4]  18/23 21/3 21/24
  26/8
1.9 [5]  26/9 29/21 72/13
  72/15 72/21
10 [3]  41/12 53/7 155/12
100 [4]  54/11 105/7 106/3
  109/6
1004 [1]  3/4
104 [2]  59/13 74/22
105 [1]  74/22
10:35 [1]  76/6
10:55 [1]  76/7
110 [2]  135/22 135/24
112 [1]  154/7
114 [1]  33/25
12 [1]  90/17
12-128 [2]  1/4 4/2
120 [1]  147/1
124 [1]  154/9
128 [2]  1/4 4/2
12:27 [1]  153/2
12:30 [1]  152/23
12th [3]  51/17 64/15
  118/15
13 [4]  20/7 22/25 53/7
  145/2
13,196,388 [1]  48/19
14 [85]  6/8 6/16 6/20
  6/23 7/2 7/6 7/24 8/3
  8/21 10/8 15/12 17/2 17/3
  22/4 22/5 22/11 26/14
  28/5 32/2 37/25 40/21
  41/1 42/15 42/20 43/7
  43/12 44/2 45/2 67/19
  67/22 68/17 69/15 71/9
  77/6 77/9 77/11 77/13
  77/16 77/19 77/19 78/21
  79/1 88/16 88/19 89/23
  90/3 90/7 90/10 91/2
  91/11 91/17 91/23 92/14
  92/15 93/25 96/8 96/12
  96/21 97/5 97/21 97/25
  98/5 98/9 98/15 98/21
  99/5 99/22 101/8 102/10
  102/17 104/18 110/7
  112/23 118/8 119/5 119/12
  145/17 145/24 146/5
  147/16 147/18 147/20
  148/7 151/16 152/14

147 [1]  62/12
14th [1]  2/4
15 [2]  76/2 76/3
15th [1]  30/23
16 [1]  117/15
17 [3]  9/24 23/4 61/2
174 [1]  57/12
18-[6]x 179 34/10 47/2
  55/4 55/6 135/21
18,000 [1]  63/21
19 [1]  135/21
19,000 [1]  63/21
191 [1]  2/16
1960 [1]  2/23
1973 [2]  6/13 6/14
1981 [1]  143/15
1982 [1]  143/15
1988 [2]  126/3 128/15
1992 [1]  130/17
1993 [1]  47/17
1996 [1]  128/15
1st [2]  57/3 57/9
2
20 [2]  5/25 56/13
2000 [2]  38/4 144/20
20001 [1]  3/7
2004 [2]  66/23 66/25
2005 [1]  39/5
2006 [2]  9/6 66/23
2007 [9]  39/5 39/21 49/2
  49/3 49/7 49/16 50/13
  53/16 62/17
2008 [8]  9/6 10/11 11/12
  14/14 84/22 116/11 116/13
  120/25
2009 [6]  9/12 11/1 12/10
  39/7 39/11 66/23
2010 [4]  9/7 27/9 121/1
  124/14
2011 [7]  39/11 57/3 57/10
  121/2 124/14 124/16 152/6
2012 [12]  1/5 9/7 61/5
  66/22 70/25 76/23 84/24
  110/4 110/5 121/6 152/5
  155/12
2013 [1]  66/25
20530 [1]  2/10
209 [1]  2/4
214 [1]  52/23
22304 [1]  2/17
23,000 [1]  49/9
230 [1]  2/20
239 [2]  66/1 110/24
24th [1]  61/8
25 [2]  59/7 59/9
254 [1]  122/2
26,000 [1]  49/10
28th [3]  51/19 65/12
  65/19
29th [3]  51/16 51/18
  110/5
2d [1]  18/7
3
30 [5]  51/19 57/23 58/25
  65/4 117/15
300 [3]  1/22 57/5 107/18
30303 [1]  2/21
30th [2]  61/14 84/24

325 [1]  135/23
333 [1]  3/7
35 [5]  75/24 124/12
  124/13 125/19 144/14
36 [1]  23/3
38 [6]  8/9 8/10 9/13 12/9
  12/16 14/2
394 [2]  57/3 57/25
4
4,000 [1]  11/6
40 [3]  10/6 53/1 53/8
405 [1]  2/17
42 [2]  22/18 154/18
4201 [1]  2/23
44 [1]  154/19
44,000 [1]  63/18
45 [6]  20/7 20/9 20/13
  75/24 103/14 154/6
458 [1]  18/7
49 [1]  22/18
5
50 [1]  23/9
50,000 [4]  18/25 29/25
  65/16 65/20
500 [1]  2/13
53 [1]  23/3
530 [1]  2/24
54 [2]  1/21 55/6
55 [4]  20/9 20/17 22/12
  24/14
56 [2]  146/21 147/1
5th [2]  70/25 76/22
6
60 [2]  10/6 89/4
60654 [1]  1/22
62 [6]  47/11 47/11 47/21
  47/23 47/25 55/25
63.0101 [1]  63/2
630101 [1]  81/23
65 [1]  94/5
65,000 [2]  54/20 54/21
6531 [1]  2/14
7
70 [3]  13/15 13/17 40/2
720 [1]  146/17
73 [1]  55/10
74 [1]  145/7
75 [3]  58/24 59/6 145/7
76 [3]  68/10 68/11 154/7
77068 [1]  2/24
775 [1]  18/7
78701 [1]  2/4
795,000 [4]  70/11 70/17
  71/18 72/4
7th [1]  2/4
8
803 [1]  18/8
81.71 [1]  68/8
82 [1]  72/7
82nd [1]  138/11
9
90 [7]  26/13 54/25 55/5
  55/7 55/12 57/6 145/5
902 [1]  2/13
950 [1]  2/10

98 [1]   10/12
99 [1]   10/3
99.9 [1]   54/25
9:00 [1]   1/6
9:59 [1]   44/10

A
a.m [4]   1/6 1/13 76/6
 76/7
ability [10]   7/7 8/6
 30/13 31/10 34/16 53/20
 105/1 119/9 139/2 155/3
able [8]   44/25 68/1 68/24
 107/6 138/4 138/13 146/2
 150/7
about [98]   5/23 8/16 8/17
 8/18 10/21 11/1 12/9 14/5
 18/5 19/6 20/7 21/7 22/4
 22/8 23/17 24/12 24/13
 24/15 25/1 25/2 26/2 26/7
 26/15 26/18 29/12 32/12
 34/22 39/22 46/9 48/16
 51/21 51/25 53/1 53/7
 55/10 55/20 58/24 61/3
 63/10 63/21 63/24 67/15
 68/21 69/20 73/10 73/18
 73/20 76/11 77/18 78/21
 78/25 79/10 82/11 85/2
 90/23 100/10 101/12 105/7
 105/17 106/21 106/24
 108/1 108/14 108/17
 109/21 109/22 109/24
 110/22 114/9 115/19
 116/20 117/11 117/22
 118/1 118/4 118/13 120/16
 122/14 123/4 127/9 129/19
 130/13 131/14 132/25
 136/6 136/9 136/12 136/13
 137/16 140/17 140/21
 143/3 144/19 148/4 149/23
 150/9 151/22 152/6
above [2]   155/3 155/6
abridge [2]   6/20 8/2
abridging [2]   6/17 41/2
absent [1]   94/12
absentee [4]   93/21 93/21
 94/15 95/18
absolute [1]   111/18
absolutely [5]   10/18
 18/12 33/20 36/8 37/6
ABUDU [3]   2/19 4/10 44/18
abundance [1]   8/6
academic [1]   8/18
accept [4]   114/15 115/7
 132/1 144/6
acceptable [5]   17/2 17/4
 26/14 28/5 81/24
accepted [2]   42/20 145/17
accepting [1]   115/2
accepts [2]   115/7 115/16
access [2]   17/13 25/14
accompanying [1]   71/25
accomplished [1]   138/16
According [1]   15/18
account [4]   6/17 30/20
 30/22 105/22
accurate [4]   53/21 83/15
 139/5 140/3
accustomed [1]   146/19

acknowledge [1]   145/14
acknowledged [1]   30/11
Acorn [1]   151/25
acres [1]   146/17
across [3]   27/4 27/7
 40/20
ACS [3]   105/11 105/13
 105/24
Act [11]   7/15 47/16 48/8
 81/22 82/14 83/7 83/24
 113/21 113/22 114/1 114/6
acting [2]   38/7 39/18
action [4]   4/2 147/13
 155/8 155/10
active [5]   59/1 60/12
 65/17 67/12 101/20
activity [2]   122/7 144/23
actual [5]   8/18 9/15 16/2
 54/23 66/11
actually [30]   7/12 8/21
 13/8 16/7 17/12 17/23
 18/4 21/12 26/12 28/2
 29/17 39/2 40/25 50/25
 60/7 64/22 73/25 75/7
 84/16 98/18 113/22 129/7
 131/6 133/14 134/5 135/18
 138/5 138/8 144/23 146/2
ad [1]   117/4
ADAM [7]   1/19 3/2 4/5
 4/10 5/8 44/18 88/21
add [1]   22/21
added [1]   92/14
addition [4]   52/8 89/6
 127/8 151/22
additional [3]   62/22
 81/19 118/10
address [15]   17/2 47/7
 47/8 47/9 58/21 58/25
 67/2 74/12 74/13 80/23
 80/25 85/15 94/16 119/17
 119/22
addressed [1]   7/14
adjoining [2]   114/16
 114/24
adjudicated [2]   80/5
 120/7
adjudication [1]   120/18
administer [1]   112/16
administered [2]   82/25
 147/8
administration [9]   48/5
 68/19 96/19 98/7 99/11
 101/4 112/9 118/9 146/22
Administrative [1]   68/8
administrator [1]   107/25
administrators [1]   138/23
admissibility [1]   97/14
admissible [1]   50/23
admission [2]   18/25 70/3
admit [1]   148/23
admits [4]   18/23 18/23
 29/25 37/22
admitted [2]   19/9 133/25
adopt [2]   9/10 38/5
adopted [1]   122/9
adoption [1]   12/6
adult [1]   62/1
advance [2]   43/21 96/6
advantage [1]   147/11
advise [4]   97/13 129/1
 142/10 142/13

advised [1]   56/4
adviser [1]   125/17
advocate [1]   125/16
advocates [1]   35/19
Affairs [3]   98/13 99/13
 101/4
affected [1]   137/4
affidavit [2]   103/8
 103/11
affiliated [1]   126/1
affirm [2]   47/1 80/4
afoul [1]   31/11
African [5]   25/2 25/5
 28/19 122/25 151/12
African-American [2]
 122/25 151/12
after [17]   8/23 16/8 38/4
 43/10 43/14 51/20 57/16
 62/6 64/19 66/1 71/6
 95/19 104/14 110/9 116/16
 125/11 149/17
again [14]   9/6 14/1 17/12
 21/17 39/22 64/5 100/20
 101/17 101/19 101/23
 103/23 112/6 142/19 149/7
against [13]   4/18 4/19
 23/16 24/9 28/12 31/15
 36/24 65/19 116/16 120/4
 126/11 126/23 127/3
age [9]   47/1 54/19 54/20
 55/1 94/5 122/17 124/24
 125/3 137/25
Agency [1]   147/13
ages [1]   122/25
aggregate [3]   12/21 13/2
 14/18
ago [2]   41/8 65/3
agree [20]   15/19 33/23
 34/4 64/21 79/22 84/23
 86/19 86/25 87/19 89/1
 89/25 93/16 99/14 100/2
 103/23 108/20 108/22
 112/21 118/12 122/12
ah [2]   38/23 150/5
ah-ha [1]   38/23
ahead [16]   5/1 45/17
 49/21 51/3 52/22 72/9
 73/8 73/11 102/1 108/16
 119/2 123/19 132/5 134/2
 135/10 144/10
ahold [2]   30/6 62/9
aided [1]   3/9
Air [1]   125/15
airplanes [1]   6/9
al [1]   1/9
Alberto [1]   69/1
Alexandria [1]   2/17
algorithm [3]   24/22 25/11
 25/15
Aliseda [9]   40/17 123/22
 123/23 124/4 124/6 124/6
 132/5 141/22 154/9
Aliseda's [1]   143/23
all [70]   5/18 5/21 6/3
 10/7 12/12 12/17 14/22
 14/23 15/13 16/17 17/2
 21/8 21/21 23/4 24/4
 24/21 26/15 26/25 27/3
 30/9 33/10 35/19 36/2
 36/11 40/20 40/23 41/18
 42/7 42/7 42/9 42/25

**A**

all... [39]   44/11 45/9
45/15 48/12 53/9 70/6
70/17 72/5 73/18 74/3
75/16 75/19 76/2 76/13
88/16 100/4 100/12 102/4
109/7 110/24 111/1 111/25
119/2 123/10 123/12 128/2
128/5 131/3 132/1 133/24
134/24 136/8 136/12
136/20 144/3 147/16
149/15 149/16 152/22
allegation [2]   37/9
131/10
allegations [8]   114/5
120/10 120/14 120/17
129/17 130/17 130/24
131/1
alleged [1]   114/7
allegedly [3]   21/25 23/1
26/8
alleviated [1]   43/24
allow [2]   49/19 148/10
allowable [9]   42/23 86/13
89/23 101/5 101/8 102/22
103/1 103/3 103/20
allowed [13]   9/11 10/11
10/13 10/14 10/15 10/23
22/3 69/2 69/4 85/15
91/15 91/16 119/20
allows [5]   73/13 84/1
84/1 88/20 98/5
alluded [2]   103/7 152/10
almost [6]   9/16 12/18
14/14 34/13 109/15 147/3
along [3]   26/25 27/3
109/18
already [20]   7/5 7/8 7/14
8/1 10/22 14/5 26/14
28/24 29/2 34/11 34/14
34/20 70/1 72/2 73/4
101/17 141/25 142/1
142/15 151/5
also [54]   5/14 11/9 11/18
25/4 27/2 27/17 32/4
33/10 35/5 37/2 38/16
42/3 43/6 47/17 48/6
60/10 63/3 64/18 81/4
81/24 82/2 83/8 84/5 84/7
89/14 89/18 94/17 95/14
101/2 101/2 103/17 106/14
107/25 107/25 112/18
113/16 115/24 117/7 119/8
120/3 121/25 122/24 124/9
124/18 125/25 128/24
129/1 130/2 133/3 134/4
134/21 145/10 151/1 152/1
alternative [1]   22/10
although [3]   11/22 73/18
116/7
Alvarez [3]   12/5 12/25
13/19
always [5]   31/20 93/16
102/15 113/23 114/11
am [18]   4/16 13/17 13/17
16/16 16/16 33/24 58/23
59/25 60/7 60/12 72/19
72/20 82/15 105/25 118/22
140/25 155/7 155/9
Amanda [1]   5/19

ambiguity [1]   139/20
amendment [2]   30/23 50/6
America [4]   48/8 81/22
82/14 83/7
American [5]   2/19 39/22
122/25 125/5 151/12
Americans [4]   25/2 25/5
28/20 152/5
among [1]   14/8
Amongst [1]   14/24
amount [2]   37/21 136/1
Amtrak [1]   6/9
analogous [1]   40/7
analysis [25]   15/16 15/23
16/4 16/12 17/1 17/9
17/15 17/17 17/19 17/25
18/3 18/5 18/12 19/7
19/24 25/25 28/11 28/15
30/17 31/9 34/14 36/22
42/18 70/16 72/12
analytical [1]   18/14
analyzing [1]   43/11
Anchia [1]   40/16
Angela [1]   42/5
Anglo [2]   27/14 145/24
Anglos [6]   15/17 26/20
27/13 27/23 28/3 112/19
Ann [1]   78/11
Annual [1]   39/21
another [13]   15/3 19/23
21/16 24/2 24/2 24/4 62/5
88/6 92/24 100/25 115/5
127/6 138/19
Ansolabehere [32]   8/13
8/15 8/24 9/4 10/25 11/21
12/8 12/10 13/24 14/11
16/13 17/12 18/23 19/8
19/12 20/12 23/11 24/6
24/11 25/4 25/7 25/14
25/16 25/24 26/3 26/5
26/8 26/11 29/2 29/16
39/21 42/17
Ansolabehere's [10]   14/23
19/24 21/3 21/8 21/24
22/14 23/7 23/16 25/21
29/24
answer [24]   19/16 19/19
24/19 31/14 34/3 35/8
35/20 35/21 49/23 52/22
90/1 96/16 105/3 105/3
139/22 140/5 142/9 142/18
148/8 149/1 149/10 149/18
150/15 151/5
answered [1]   150/3
answers [1]   51/10
anticipate [1]   75/23
Antonio [4]   61/8 127/1
146/25 147/15
any [63]   6/20 15/10 15/19
19/13 33/3 34/14 39/14
40/15 42/19 44/11 45/1
46/18 46/22 48/7 48/13
48/14 48/24 49/11 49/25
52/5 53/12 53/15 53/20
54/3 54/4 56/6 60/9 63/12
63/23 65/12 71/19 77/22
78/1 79/15 93/19 99/16
103/12 104/23 111/1 111/2
117/16 117/19 117/20
118/8 121/22 121/23
123/10 124/15 127/13

128/20 130/8 130/15
138/10 145/21 146/4 146/7
146/8 147/5 150/5 151/8
151/11 152/12 155/8
anybody [4]   36/25 41/13
74/25 142/4
anybody's [1]   28/23
anyone [4]   11/18 34/6
54/2 77/18
anyone's [2]   8/6 8/21
anything [10]   15/24 34/18
61/3 66/5 67/15 69/18
75/21 118/1 121/9 150/24
anyway [4]   35/13 35/15
43/20 44/18
anywhere [2]   17/11 147/14
apart [1]   144/12
apologies [1]   98/22
apologize [1]   44/22
app [1]   18/20
apparently [1]   147/9
appear [3]   85/12 101/8
104/9
APPEARANCES [3]   1/18 2/1
3/1
appears [2]   92/19 92/20
appellate [1]   35/19
Appendix [5]   97/12 97/15
97/18 97/22 99/6
applicable [1]   46/15
applicant [7]   80/1 80/8
80/13 80/16 96/20 98/7
101/5
applicant's [1]   101/23
applicants [2]   80/10
80/20
application [23]   46/12
46/20 47/24 48/13 54/2
55/19 56/1 79/24 80/1
80/9 80/15 93/3 94/24
95/11 95/14 101/1 114/16
114/21 115/2 115/13
115/16 116/5 133/9
applications [4]   115/15
115/20 116/1 116/12
apply [11]   46/21 93/25
95/5 99/15 100/17 100/21
101/2 102/25 102/25
103/17 103/20
appointed [1]   121/12
appointment [1]   147/12
appointments [2]   121/8
121/8
approach [5]   41/16 97/7
98/18 99/1 107/6
approached [1]   143/12
appropriate [1]   14/15
approved [2]   37/24 80/15
approximately [4]   12/12
12/17 49/8 49/10
April [5]   61/5 61/8 61/14
84/24 85/3
are [197]
area [2]   33/17 138/8
aren't [2]   106/3 138/24
argued [1]   145/4
argument [3]   32/3 44/7
74/6
arguments [1]   44/3
Arkansas [1]   60/2
Arlington [4]   38/13 38/13

**A**

Arlington... [2]   38/15
39/14
arose [2]   40/1 129/12
around [6]   6/7 95/20
95/23 117/14 129/4 138/7
arrested [1]   149/20
article [7]   8/10 8/13
8/23 9/15 12/10 12/10
39/21
articles [2]   8/19 8/20
arts [1]   125/8
as [153]   1/6 4/21 6/4
6/14 6/18 7/21 9/1 9/9
11/12 11/25 13/8 14/14
15/22 16/11 16/13 17/1
18/3 20/3 20/4 20/6 20/20
21/15 23/17 24/7 24/17
30/23 31/10 32/3 41/8
43/19 46/16 46/21 46/21
47/10 47/17 48/6 48/13
48/13 48/19 49/4 49/17
50/12 50/13 50/21 51/16
51/16 56/12 56/15 56/19
59/10 59/25 60/22 61/13
62/4 62/21 63/2 63/4 63/5
63/5 64/13 66/12 66/12
70/7 71/5 71/17 72/7
73/17 73/17 73/17 74/13
74/13 74/14 74/14 74/21
76/11 76/12 76/19 78/13
78/16 78/20 78/24 83/7
83/23 84/24 85/11 88/7
90/6 90/17 90/17 92/19
92/20 93/6 93/21 96/25
98/2 100/24 101/17 101/19
102/13 103/12 105/18
105/18 106/18 106/18
108/14 111/5 112/8 113/4
113/5 113/16 114/24
116/18 120/19 125/16
125/22 126/3 126/3 128/12
128/13 128/22 129/12
130/23 131/4 131/13
131/19 131/24 132/8
132/24 135/14 135/14
136/16 136/17 136/17
136/19 136/21 137/2
137/12 137/17 137/18
139/9 140/2 141/7 142/3
142/9 142/22 144/12
144/13 144/22 145/21
146/23 148/11 149/15
151/4
ASHA [3]   1/19 4/6 5/10
ask [14]   9/7 25/5 31/13
32/12 41/5 48/16 75/20
115/10 140/9 141/16
142/19 143/7 150/11
150/13
asked [34]   9/8 10/1 10/4
10/7 10/9 10/10 11/1
12/12 12/17 13/3 17/12
26/1 26/15 27/24 33/5
35/25 65/18 66/10 70/10
71/12 72/17 72/23 74/8
101/12 113/20 126/13
126/16 128/2 130/4 131/7
142/8 142/13 142/20
149/17

asking [4]   57/21/58/24
64/10 148/20
assembling [1]   71/8
asserted [4]   132/3 134/1
143/23 147/23
assign [1]   83/4
assigned [1]   56/14
assistance [1]   94/9
associated [1]   70/14
assume [5]   33/7 33/10
118/7 119/12 122/4
assumed [1]   71/1
assuming [3]   89/21 93/10
93/11
Atascosa [2]   118/14 128/5
Atlanta [1]   2/21
attempt [1]   18/12
attempting [2]   11/4 12/20
attend [1]   125/4
attention [4]   97/11 100/7
106/3 109/6
attitudes [1]   131/14
attorney [33]   1/7 2/3
5/11 41/24 42/16 43/9
79/16 124/9 125/21 126/2
127/12 128/13 128/14
128/15 128/17 128/22
128/23 129/12 131/13
135/25 136/17 136/19
137/2 137/12 137/17
137/18 140/13 141/7
143/10 143/11 143/13
143/14 143/23
attorney's [1]   135/20
attorney/client [1]
143/23
attributable [3]   36/5
36/6 36/7
audience [1]   44/20
auditor [6]   49/3 49/6
49/8 49/11 49/15 49/25
auditor's [2]   49/1 50/24
Austin [6]   2/4 53/18 60/3
125/8 125/10 127/11
authenticated [1]   72/24
author [1]   8/13
authority [1]   30/24
automatically [1]   16/6
available [1]   46/21
Avenue [2]   2/10 3/7
average [5]   105/16 106/15
144/19 145/7 152/2
avoid [1]   79/9
awaiting [1]   114/4
aware [16]   6/12 6/14 20/6
23/11 44/16 57/1 105/24
118/14 118/18 118/19
118/22 121/19 122/16
140/24 140/25 142/21
away [7]   14/15 62/7 66/2
108/5 147/1 147/1 147/2
awhile [1]   60/3

**B**

B-R-I-A-N [1]   46/1
bachelor [1]   125/8
back [22]   4/21 5/4 11/11
11/12 27/9 28/9 29/6
35/24 41/5 49/2 55/19
59/7 60/3 62/17 76/3
91/18 130/13 131/20

bad [1]   11/10
Baker [1]   38/3
bald [2]   13/15 13/17
ballot [48]   91/20 91/24
92/1 92/6 94/3 94/15
94/19 94/21 95/2 95/5
95/8 95/11 95/18 95/24
95/24 96/2 96/5 101/9
102/12 102/13 102/18
102/18 102/21 104/1 104/4
104/6 120/1 129/13 129/18
131/2 131/11 131/12
131/18 132/23 133/9
133/10 133/15 133/15
133/16 133/22 135/2 135/3
136/21 137/22 138/9
140/19 151/9 151/13
balloting [1]   136/22
ballots [7]   93/21 96/4
102/4 102/15 129/23 131/8
134/5
balls [1]   112/13
bank [4]   63/5 82/4 92/22
138/18
barrier [1]   118/10
barriers [1]   117/5
Bartlit [1]   1/20
base [4]   17/19 23/22
125/17 141/2
based [18]   25/12 32/22
34/1 35/6 36/6 54/11
65/10 105/10 110/18 132/8
132/23 136/20 137/18
139/4 140/2 141/5 141/6
144/14
basically [2]   48/11
108/17
basis [7]   14/13 25/18
50/17 57/14 70/16 83/9
117/5
Bastrop [1]   106/19
batch [1]   52/12
BCA [1]   147/13
be [124]   4/16 5/4 6/6
7/12 10/8 10/20 10/22
11/7 13/12 13/25 13/25
14/3 14/20 14/24 15/6
18/16 20/23 20/23 21/9
22/3 22/11 22/15 24/3
24/9 26/18 30/19 32/7
32/10 32/14 32/21 32/25
35/12 36/14 43/20 44/16
44/24 44/25 46/12 46/21
47/1 49/22 53/23 57/23
59/22 60/15 60/16 62/4
63/9 64/11 64/22 67/23
68/1 68/24 69/2 69/4 69/4
70/21 75/2 76/3 79/18
81/21 82/19 82/25 88/5
90/10 90/17 90/21 90/24
91/7 91/9 91/15 91/15
91/21 92/1 92/5 92/21
93/5 94/12 95/11 95/14
95/18 95/21 95/24 96/5
102/21 105/19 106/23
107/6 107/7 107/9 107/9
108/4 113/2 115/17 117/17
118/3 118/8 118/10 119/20
123/24 127/11 129/9
129/10 130/22 131/18

be... [19]  133/25 134/12
136/1 136/4 137/25 138/1
139/5 139/19 140/3 143/14
146/2 148/5 149/11 149/12
149/25 150/7 151/1 151/4
152/23
bear [1]  44/25
bearing [2]  28/22 46/18
bears [1]  4/15
became [5]  21/20 43/21
71/6 89/22 125/3
because [79]  6/11 6/21
8/8 10/3 10/6 10/20 10/22
11/8 11/22 12/13 13/6
13/17 13/20 13/22 15/1
17/12 17/17 18/14 19/5
21/10 21/13 22/21 22/23
24/22 24/25 27/13 28/7
28/23 29/23 30/11 30/20
30/21 31/24 32/5 32/13
32/17 32/17 32/22 35/12
36/7 36/25 37/7 38/11
38/16 39/15 41/3 41/8
44/1 51/8 58/1 58/5 58/17
61/7 68/17 78/7 87/10
87/11 98/18 101/19 102/15
106/13 108/4 108/8 110/9
110/21 118/16 118/21
124/10 131/3 136/1 137/9
137/14 138/7 142/2 142/21
144/5 147/2 147/21 148/21
Beck [1]  1/20
become [2]  70/24 125/2
becoming [1]  76/25
Bee [21]  125/21 125/22
126/2 126/15 127/12
127/19 127/23 128/5
128/13 128/14 128/19
129/12 129/13 130/5 130/9
131/4 131/13 133/2 135/16
141/1 147/13
been [59]  24/16 26/21
29/11 40/6 40/11 42/8
46/7 47/10 49/14 56/14
57/3 57/9 57/15 57/21
57/21 64/10 66/15 67/25
68/13 71/12 76/11 77/3
78/7 80/5 82/9 82/11
82/12 84/22 84/25 92/10
96/20 98/7 99/5 110/6
110/12 111/2 111/5 111/20
113/8 113/25 114/7 114/10
115/18 115/21 115/24
116/16 117/14 118/19
122/8 122/9 122/10 122/12
125/21 130/10 131/9 136/2
143/13 147/24 151/1
Beeville [3]  125/16
125/18 146/20
before [25]  1/14 5/9 22/1
35/25 41/25 43/16 66/21
66/22 67/6 72/2 78/21
78/25 85/3 90/19 95/12
95/15 101/1 102/7 110/6
113/10 113/14 121/5
124/20 132/16 145/3
beg [1]  118/24
begin [4]  5/9 6/11 41/25
123/25

begins [1]  97/11
behalf [5]  42/6 44/15
128/9 145/4 154/3
behavior [3]  9/1 28/23
142/11
behoove [1]  9/20
being [13]  6/19 12/18
15/2 56/7 70/12 103/9
110/22 119/8 129/17
129/22 130/21 138/25
139/15
beliefs [3]  131/24 136/16
145/18
believable [1]  23/14
believe [32]  15/3 23/5
24/4 30/15 40/16 56/6
66/1 67/21 79/11 80/7
81/11 82/16 88/19 96/23
103/25 105/7 108/9 109/10
109/19 110/12 117/11
120/16 120/25 133/14
135/14 136/7 137/5 139/5
139/23 145/2 145/16
149/15
believed [2]  79/3 136/18
BELL [3]  2/6 4/7 42/2
BELL-PLATTS [3]  2/6 4/7
42/2
bench [2]  1/13 144/4
Bend [1]  63/13
benefit [6]  11/9 18/7
29/6 68/11 73/12 73/18
benefits [3]  46/22 101/13
130/22
BERKOWER [2]  2/8 42/4
Berto [1]  69/1
best [5]  31/8 63/20 66/9
89/9 155/3
bet [5]  86/5 114/24
115/11 118/6 120/17
better [3]  13/6 41/20
41/21
between [18]  14/18 15/17
16/2 17/20 22/3 22/5
23/21 24/5 28/19 31/2
31/5 39/15 52/3 54/25
59/6 75/24 106/1 148/13
beyond [1]  66/5
bias [5]  23/6 24/12 24/13
24/20 24/21
biased [4]  23/16 24/9
24/25 28/12
biennium [1]  58/15
big [10]  20/15 20/16 21/1
21/10 21/22 22/13 23/8
24/14 146/16 146/20
bigger [2]  73/22 107/5
bill [75]  6/8 6/16 6/20
6/23 7/2 7/6 7/24 8/3
8/21 10/8 15/12 17/2 17/3
22/4 22/5 22/11 26/14
28/5 37/25 39/1 39/3 39/6
40/21 41/1 43/17 43/19
43/24 43/25 57/12 63/4
67/19 67/22 69/15 77/9
77/13 77/15 77/19 79/1
82/2 88/19 90/3 90/7
90/10 91/2 91/11 91/14
91/23 92/15 92/21 93/25
96/8 96/12 96/21 96/24
97/1 97/2 97/5 97/21

97/25 98/3 98/5 98/9
98/15 98/21 99/5 102/17
104/18 110/9 112/23
113/15 118/8 119/5 119/12
138/14 138/16
bill's [1]  96/13
bills [4]  6/7 77/23 78/25
138/10
biometric [1]  151/21
bird [1]  126/14
birth [8]  20/19 24/16
36/21 47/3 56/14 59/21
80/23 80/24
births [1]  66/21
bit [5]  7/12 56/11 69/20
73/19 150/3
black [9]  25/25 26/1 26/3
26/11 28/14 40/3 40/5
40/19 42/21
blacks [2]  28/3 40/2
Blaisdell [1]  42/3
blank [1]  47/24
bloated [1]  106/12
block [1]  39/6
blockading [2]  39/8 39/16
BMV [2]  7/20 18/16
board [7]  64/18 65/6 92/6
125/24 129/19 137/6
143/17
boards [1]  125/23
Bob [1]  68/25
body [1]  12/1
border [4]  26/24 27/1
27/3 27/4
borders [1]  135/18
born [1]  124/23
borrowing [1]  18/20
bosses [1]  133/2
both [14]  11/15 11/17
13/25 40/17 44/25 47/7
63/2 64/21 66/10 81/13
85/4 113/4 119/10 140/19
bottom [1]  74/5
bought [2]  25/15 30/17
box [4]  14/21 131/11
131/12 145/2
boxes [2]  131/2 131/11
Brace [1]  18/19
Brace's [2]  18/10 18/14
brand [1]  137/7
brand-new [1]  137/7
Brazil [1]  2/23
break [6]  39/2 75/22
75/25 76/2 119/11 152/22
breaking [1]  149/10
Brennan [1]  12/3
Brian [7]  4/10 42/2 45/11
45/12 45/22 73/25 154/6
bridges [2]  27/7 27/8
brief [2]  37/21 41/25
briefer [1]  44/16
briefly [6]  6/11 60/2
70/9 71/5 151/18 152/10
Briffenden [2]  4/5 5/13
bring [7]  11/11 38/25
39/3 92/22 102/22 103/1
103/3
bringing [1]  45/6
broad [1]  129/2
broke [2]  124/10 146/14
broken [2]  131/1 131/10

**B**

Brooks [3]   135/21 135/24
 136/1
brought [1]   36/24
BRUCE [2]   2/7 42/4
BRYAN [1]   2/8
build [1]   137/7
building [2]   126/12
 146/23
buildings [1]   6/9
bulge [2]   109/16 109/17
burden [8]   4/15 6/15 7/16
 7/21 35/1 42/15 43/7
 44/25
burdens [1]   7/23
Bureau [1]   52/9
Burnet [1]   106/19
Bush [2]   126/13 126/13
business [3]   104/14
 104/20 105/4

**C**

CA [1]   1/4
cahoots [1]   138/24
California [1]   43/10
call [12]   25/25 30/3 43/9
 45/9 52/25 64/5 112/12
 123/20 123/21 128/18
 130/19 137/23
called [14]   7/11 8/11
 8/25 13/11 23/13 25/10
 25/21 25/23 58/10 59/4
 82/23 133/3 147/12 149/19
calling [4]   29/19 29/19
 29/19 87/18
calls [2]   16/11 45/11
Caltech [2]   12/5 12/25
came [11]   30/18 60/3
 87/10 124/23 126/14 130/7
 130/13 135/21 137/6 137/8
 142/21
camera [2]   138/17 138/20
cameras [1]   138/14
Cameron [1]   145/10
campaign [1]   26/4
campaigned [1]   128/9
can [64]   10/1 11/12 13/25
 21/9 22/17 23/25 24/8
 32/7 32/8 39/19 41/6
 49/21 50/15 51/25 54/2
 56/11 58/12 59/17 59/17
 60/1 60/23 61/24 62/1
 62/9 62/13 62/24 62/25
 63/10 64/6 64/9 73/15
 81/12 88/10 90/17 90/18
 90/21 90/24 92/21 100/15
 102/24 102/25 102/25
 103/1 104/22 106/7 106/9
 107/23 110/22 111/8
 111/18 115/7 115/10
 117/17 117/19 133/4
 136/12 139/18 139/19
 139/19 142/1 145/19
 150/10 150/13 151/1
can't [9]   13/13 24/24
 37/14 37/14 95/2 95/5
 105/6 111/1 111/8
cancel [3]   52/17 53/15
 84/12
canceled [1]   131/18

cancelled [7]   52/15 57/4
 57/9 57/24 58/1 58/3 60/7
cancels [1]   140/12
candidate [2]   126/11
 145/8
candidates [2]   31/11
 128/10
cannot [8]   13/20 18/16
 56/15 56/15 95/4 95/7
 95/11 147/24
capacity [1]   1/6
capital [2]   53/18 53/19
car [1]   138/20
card [24]   7/13 18/19
 46/12 54/2 58/14 59/12
 59/15 59/18 59/19 59/23
 62/3 62/8 62/9 62/12
 63/10 67/1 87/10 87/12
 87/18 89/2 89/17 146/2
 146/3 151/20
cards [9]   59/3 61/9 63/12
 63/15 63/19 63/21 63/24
 64/2 65/13
career [1]   143/17
Carnegie [1]   2/13
carrier [2]   94/24 95/25
carry [3]   17/6 89/6 150/7
cars [1]   27/8
Carter [1]   38/3
case [48]   5/16 5/23 6/18
 7/15 8/16 8/16 9/3 15/15
 15/15 15/25 18/9 19/7
 19/22 19/24 20/7 25/3
 28/6 33/12 33/13 34/4
 36/24 37/15 38/10 38/13
 38/24 39/20 39/24 40/14
 42/9 45/6 61/5 68/1 72/12
 111/16 113/17 114/3
 116/16 116/25 118/24
 119/4 120/8 120/15 120/19
 120/21 137/22 138/6
 139/16 147/3
cases [9]   36/12 119/4
 126/9 129/11 130/14
 130/15 130/16 133/14
 138/4
cast [11]   94/3 94/20
 101/9 102/17 104/4 104/6
 134/17 135/2 135/3 151/9
 151/12
Catalyst [4]   25/10 25/10
 25/17 25/24
catch [6]   138/18 140/10
 140/10 140/15 140/22
 140/23
categories [2]   94/20
 103/19
category [2]   84/19 85/7
Caucus [1]   40/5
causation [2]   31/2 31/14
caused [1]   33/19
CCES [3]   8/25 10/11 10/17
census [2]   122/21 144/20
center [5]   2/13 12/3 30/8
 130/20 130/21
centers [1]   34/24
central [1]   48/3
centralized [1]   82/19
certain [7]   89/18 90/19
 94/2 94/17 96/13 100/8
 130/22

certainly [3]   51/1 51/24
 58/13 59/16 64/8 70/19
 74/19 97/6 119/7
certainty [3]   111/8
 111/18 111/18
certificate [17]   7/11
 17/7 36/21 80/17 80/20
 80/22 81/4 81/5 81/8
 81/16 89/3 92/24 93/2
 93/5 93/13 140/11 155/1
certificates [10]   17/14
 26/20 27/18 27/21 66/12
 66/13 66/14 66/19 90/24
 110/19
certify [2]   155/2 155/7
cetera [1]   112/19
CHAD [4]   2/22 4/9 44/18
 112/1
challenge [3]   7/16 117/16
 117/19
challenged [1]   117/17
challenges [1]   117/24
challenging [1]   117/8
chance [6]   13/18 13/21
 13/23 72/15 74/25 97/24
change [7]   10/7 21/14
 21/19 92/14 92/14 92/15
 108/12
changed [4]   22/2 119/21
 119/23 138/6
changes [2]   31/9 48/13
Chapter [1]   117/15
character [1]   61/3
characteristic [1]   13/14
characterization [2]
 116/20 122/14
characterize [1]   46/16
characterizing [1]   18/15
charge [3]   9/1 80/9 80/19
charges [3]   128/24 130/6
 132/24
chart [1]   20/16
Chase [1]   125/15
check [6]   16/18 23/20
 65/18 69/17 74/25 115/9
checks [1]   52/6
Chicago [3]   1/22 13/16
 13/17
child [1]   62/2
children [1]   108/5
choice [2]   31/11 139/23
choose [1]   99/20
chosen [1]   21/19
Christi [2]   127/1 146/21
CIRCUIT [2]   1/14 4/12
circumstance [2]   93/12
 93/18
circumstances [1]   124/20
cite [1]   12/4
cited [1]   37/24
cites [1]   12/24
cities [3]   27/3 27/5 27/5
citizen [15]   6/21 46/25
 54/20 57/14 57/17 57/22
 80/4 89/11 118/15 118/20
 122/17 122/25 125/2 125/3
 147/3
citizens [24]   27/3 58/5
 58/5 79/5 79/9 88/10
 88/13 88/16 89/14 89/18
 89/21 123/5 137/14 141/1

Case 2:13-cv-00193   Document [4]   Filed 11/19/64/14 in TXSD   Page 162 125/25   145/8

citizens... [10]   141/6
141/16 142/2 142/21
142/22 144/13 146/4
147/11 147/21 148/16
citizens' [1]   130/20
citizenship [9]   17/7
17/14 26/19 27/17 27/21
57/4 57/23 89/3 90/24
city [7]   27/4 64/15 73/17
118/15 124/23 146/20
146/21
civic [1]   38/1
Civil [2]   2/19 4/2
claim [3]   56/15 72/14
141/19
claimed [4]   57/21 79/8
130/3 152/13
claims [1]   18/19
clambering [1]   131/15
clarification [1]   104/8
clarify [2]   143/8 150/4
class [4]   96/9 99/10
99/12 115/20
classes [2]   100/8 103/21
clean [7]   17/18 18/22
19/17 24/24 29/25 51/22
54/1
clear [7]   35/17 44/24
51/9 136/4 139/19 149/8
152/11
clearance [1]   71/9
clerical [6]   93/10 93/11
111/9 111/12 111/15
111/19
clerk [6]   57/19 95/16
96/2 107/25 108/14 116/6
clerk's [1]   133/10
clerks [6]   57/12 68/5
68/21 68/22 69/6 69/14
client [1]   143/23
clients [2]   141/15 141/25
close [4]   29/17 65/1 96/3
137/9
closer [3]   41/19 64/14
107/18
code [6]   63/1 68/8 68/20
73/22 117/15 121/13
codes [2]   63/17 63/19
coin [2]   64/17 64/22
colleague [1]   4/22
colleagues [3]   4/22 29/17
44/17
collected [2]   52/8 115/19
collecting [1]   115/15
college [5]   62/2 64/18
64/24 65/6 125/4
COLLYER [5]   1/15 4/12
6/15 29/6 30/12
color [6]   6/18 30/20
30/22 32/7 41/3 58/15
colors [2]   54/18 54/18
COLUMBIA [2]   1/1 3/6
come [19]   4/23 17/21
19/25 21/8 30/10 34/8
37/14 41/4 46/14 59/7
91/18 108/8 114/11 119/3
126/15 130/4 141/15
145/25 146/1
comes [2]   31/24 38/12

coming [4]   11/19 64/14
140/10 140/23
commented [1]   19/7
Commission [1]   38/3
commissioner [1]   108/9
Commissioner's [1]   129/1
commissioners [1]   129/19
commissioners' [2]   129/21
130/25
commissions [1]   125/24
commit [1]   107/22
commitments [1]   129/1
committed [1]   115/2
Committee [4]   124/17
124/18 124/19 145/22
committees [1]   124/15
committing [2]   13/4
138/18
common [11]   5/25 11/16
15/1 22/12 23/4 27/21
27/22 38/17 39/14 67/17
135/15
communication [1]   144/12
communications [1]   77/18
Community [1]   147/13
company [1]   25/10
compare [1]   67/13
comparison [1]   40/1
competence [2]   15/4
105/22
compiled [1]   52/9
complaint [4]   118/14
118/18 118/19 118/22
complaints [2]   114/12
119/6
complete [3]   115/8 115/11
134/17
completed [1]   135/4
completeness [1]   115/10
compliant [1]   92/2
complicated [1]   74/3
composition [1]   61/10
comprehensively [1]   16/1
computer [4]   3/9 18/20
48/9 73/22
computer-aided [1]   3/9
concealed [2]   17/6 89/7
concedes [1]   18/11
concern [1]   106/11
concerned [3]   22/1 123/3
143/3
concerning [1]   109/25
concerns [3]   71/19 71/21
71/24
conclude [1]   66/18
concluded [1]   43/10
concludes [2]   18/20 91/22
conclusion [2]   30/18
38/18
conclusions [4]   8/23
18/14 18/18 24/18
conclusory [1]   132/19
condition [1]   94/8
conduct [4]   43/11 83/8
83/18 84/7
conducted [2]   25/20
132/24
confidence [4]   38/1
131/20 144/14 152/9
confirm [5]   57/23 58/21
66/5 85/12 110/22

congress [2]   125/25
Congress [1]   30/24
Congressional [1]   40/5
conjunction [1]   9/2
connected [1]   34/18
connecting [1]   33/2
connection [4]   31/2 31/20
37/1 49/3
consent [1]   116/17
conservative [3]   110/23
126/25 127/5
consider [1]   140/2
considerable [1]   123/3
considered [5]   11/7 77/23
79/1 129/7 129/18
considering [3]   77/19
92/8 110/7
consistent [2]   12/22
84/22
consistently [2]   43/23
103/8
consists [1]   18/15
constituents [2]   146/7
146/8
Constitution [1]   3/7
constitutional [1]   50/6
constraints [1]   118/6
constructed [1]   35/9
consult [1]   142/10
consultant [1]   25/9
consulting [1]   141/7
contain [1]   83/3
contained [1]   53/8
contains [5]   53/18 69/3
80/24 80/25 81/2
content [1]   51/8
contentions [1]   44/7
contest [1]   120/7
contestants [1]   65/5
context [3]   7/15 30/25
31/19
continue [2]   62/7 139/18
continued [2]   2/1 3/1
continues [1]   62/6
contract [1]   94/24
contracts [1]   137/6
contrary [1]   86/18
control [2]   13/10 137/11
controlled [2]   133/3
133/3
controversy [1]   131/6
convened [1]   38/3
conversation [1]   108/1
convicted [2]   49/10 84/13
conviction [2]   80/5 84/3
convictions [7]   111/2
130/15 132/25 139/4 139/5
140/3 140/14
convinced [2]   128/19
128/19
convincingly [1]   44/1
copy [3]   65/18 97/21
98/24
core [1]   5/20
corner [1]   107/2
Corpus [2]   127/1 146/20
correct [75]   5/22 11/17
11/19 18/8 18/13 24/19
36/8 68/3 76/20 76/23
77/4 77/5 77/7 77/11
77/13 77/20 77/23 77/24

**correct... [57]** 78/4 78/8
78/11 78/12 78/14 78/22
79/1 79/13 80/6 80/17
81/2 81/17 81/22 81/25
82/4 82/6 82/23 83/12
83/24 84/3 84/5 84/20
85/19 85/24 86/2 86/7
87/8 87/24 88/10 88/11
90/11 90/14 90/25 92/16
93/3 93/10 93/19 93/20
94/25 95/12 95/19 95/25
96/14 98/24 99/21 99/22
100/1 100/9 100/19 105/8
105/11 109/8 110/3 110/15
111/6 134/9 155/2
**correctly [1]** 119/18
**correlated [1]** 24/16
**correspondence [4]** 63/5
63/6 63/9 71/2
**corrupt [1]** 137/15
**cost [2]** 36/21 65/6
**Costa [1]** 114/4
**costs [1]** 34/23
**could [44]** 6/6 11/7 13/16
20/14 20/14 27/24 32/25
37/1 41/18 41/18 43/24
45/20 54/15 64/9 64/11
65/18 66/12 66/24 68/20
71/17 71/18 74/18 97/11
99/6 103/17 110/6 119/11
119/24 120/1 120/1 127/15
128/2 135/14 138/18 139/3
146/22 147/12 147/14
151/9 151/12 151/18
151/25 151/25 152/13
**couldn't [2]** 72/3 118/21
**council [2]** 64/16 147/8
**counsel [3]** 12/15 76/9
155/7
**count [3]** 24/6 95/24
102/9
**counted [7]** 92/1 92/5
102/4 102/6 102/12 102/15
102/21
**counties [56]** 48/14 50/15
50/17 50/17 52/16 52/16
52/23 52/25 53/1 53/5
53/6 53/7 53/8 53/9 54/18
54/19 54/21 54/22 54/25
55/2 55/4 55/5 55/7 57/15
61/8 61/18 84/2 105/2
105/17 105/18 106/4 106/5
106/17 106/19 108/20
109/2 109/7 109/9 109/18
111/22 116/3 116/8 117/4
117/23 118/9 119/10
119/14 122/3 128/3 135/17
135/19 136/2 143/20
144/18 146/19 152/1
**countries [1]** 27/6
**country [6]** 6/7 21/14
37/4 40/20 88/12 124/23
**counts [4]** 4/18 4/19
108/9 140/12
**county [146]** 18/1 18/12
46/15 52/3 52/3 52/4 52/4
52/6 52/19 52/19 52/12
53/14 53/17 53/18 54/4
54/24 55/11 57/12 59/3

60/13 63/13 63/25 65/3
74/12 74/13 80/12 80/19
84/11 85/23 92/2 94/12
94/16 100/18 100/22
104/20 106/7 106/17
106/21 106/24 106/25
107/1 107/3 107/7 107/11
107/16 107/20 107/21
107/24 107/25 108/5 108/7
108/9 108/10 108/10
108/14 109/2 109/14
109/21 109/22 111/13
114/13 114/16 114/21
114/24 115/1 116/5 116/11
116/17 117/9 117/13
117/22 117/23 117/24
118/4 118/14 119/9 119/9
119/16 119/17 119/18
119/21 119/23 119/23
122/5 125/21 125/21
125/22 125/22 126/2 126/2
126/15 126/25 127/12
127/19 127/23 128/5 128/5
128/6 128/6 128/6 128/7
128/8 128/8 128/13 128/13
128/13 128/14 128/15
128/17 128/19 128/22
128/23 129/12 129/14
129/20 130/5 130/7 130/9
131/4 131/13 131/13
131/15 133/2 133/10
135/16 135/21 135/24
136/1 136/17 136/19 137/2
137/12 137/17 137/18
141/1 144/25 145/10
145/10 146/17 147/7
147/13
**county attorney [1]**
128/13
**County's [1]** 116/18
**county-wide [1]** 129/20
**couple [3]** 34/10 65/2
121/15
**course [16]** 6/3 9/18 10/4
10/8 21/13 22/21 23/14
35/12 35/13 66/8 71/2
112/12 114/23 130/10
133/17 134/15
**court [62]** 1/1 3/5 3/5
3/6 4/12 4/13 5/21 6/3
6/11 6/14 7/14 7/18 9/20
13/12 17/24 18/2 18/4
18/6 19/6 19/7 19/11
19/20 20/6 24/23 41/23
42/6 45/5 45/5 45/21
52/18 53/17 54/16 55/20
58/12 59/12 59/17 59/18
60/23 61/7 62/13 62/24
68/9 68/13 68/20 70/1
71/5 74/18 97/13 107/7
114/8 116/23 122/11 124/5
124/21 128/25 129/1
130/25 139/17 142/9
142/13 147/25 155/5
**Court's [3]** 11/9 68/11
73/12
**courthouse [2]** 6/5 6/9
**Courts [1]** 30/25
**covered [2]** 37/2 37/4
**craft [1]** 77/11

17/23 17/24 18/2 19/6
19/11 19/21 19/25 24/23
29/12 36/21 37/9 37/24
**crazy [1]** 95/13
**created [2]** 33/18 93/2
**credibility [2]** 40/15
40/18
**crime [1]** 115/12
**crimes [1]** 137/16
**criminal [7]** 84/3 111/4
111/20 124/18 138/2
149/19 150/21
**critical [2]** 12/9 139/16
**criticism [1]** 29/18
**criticisms [1]** 29/14
**cross [10]** 4/19 4/20
27/16 73/6 75/17 75/22
75/23 76/15 112/4 154/4
**cross-examine [1]** 75/17
**Cruz [3]** 24/4 24/5 116/4
**CRYSTAL [2]** 3/5 155/12
**Culberson [1]** 107/5
**cure [5]** 92/4 102/10
102/18 102/21 103/25
**cured [1]** 43/20
**curious [1]** 75/2
**current [26]** 10/6 45/23
46/4 62/13 62/25 63/1
74/13 75/13 79/19 81/11
82/8 86/5 86/12 88/7 90/5
91/20 92/12 92/12 92/12
92/13 92/14 92/18 92/23
124/8 127/21 128/3
**currently [7]** 55/10 62/15
63/12 63/14 76/19 82/1
135/17
**customary [1]** 68/25
**cut [1]** 28/11

**D**

**D.A [1]** 135/18
**D.C [2]** 1/5 125/14
**da [3]** 39/13 39/13 39/13
**dad [1]** 20/23
**dad's [1]** 20/24
**Dallas [1]** 108/6
**Dan [2]** 42/4 65/3
**danger [1]** 38/19
**DANIEL [1]** 2/6
**Danita [1]** 44/21
**dark [3]** 106/5 106/14
109/15
**darkest [1]** 54/22
**Daron [1]** 9/2
**data [23]** 11/5 11/12 13/4
13/5 18/24 20/5 25/20
26/5 27/19 27/24 30/7
50/14 51/14 51/16 51/18
52/8 53/2 54/4 54/12
65/10 67/15 71/8 71/25
**database [48]** 8/17 15/23
16/8 16/12 17/19 17/20
17/21 18/10 19/7 19/14
19/18 19/21 20/1 20/2
20/5 20/20 20/21 20/25
21/1 21/15 21/21 22/18
22/22 22/24 24/1 24/3
24/5 28/11 28/16 29/10
29/24 30/18 48/3 48/9
48/18 48/21 62/21 70/11

database... [10]   70/11
 70/20 71/11 71/13 71/16
 71/17 73/13 82/19 82/23
 83/3
databases [3]   22/3 61/4
 66/10
date [9]   20/19 24/16 47/3
 59/22 66/21 80/23 85/6
 155/5 155/12
Dave [4]   20/24 20/25 21/5
 22/10
DAVID [5]   1/14 20/24
 20/25 21/5 22/10
Dawn [1]   75/5
day [14]   8/12 43/3 64/20
 74/4 79/21 92/4 94/13
 95/15 96/3 96/6 102/10
 104/19 104/24 131/12
days [15]   41/8 51/19
 52/11 57/23 58/25 89/4
 91/19 92/2 95/12 102/18
 103/14 103/25 104/9 120/2
 130/8
DC [2]   2/10 3/7
de [2]   70/1 116/4
dead [14]   18/25 29/25
 30/3 51/22 52/1 53/10
 65/25 66/15 79/12 84/13
 84/15 110/13 111/10
 151/25
deadline [2]   51/19 61/8
deal [2]   16/8 22/9
death [7]   66/11 66/13
 66/14 66/18 84/8 110/18
 110/19
debate [1]   38/12
decade [4]   43/15 82/11
 82/12 113/9
decades [1]   90/24
deceased [10]   49/9 52/15
 53/15 65/12 66/6 66/21
 66/22 67/12 87/11 111/14
December [1]   58/13
Dechert [1]   2/12
decide [5]   64/22 68/6
 69/9 88/18 126/21
decided [5]   64/17 64/25
 65/4 129/22 135/20
decision [2]   43/12 114/8
decisions [1]   114/10
declaratory [1]   41/5
declared [1]   103/13
decrease [3]   31/10 151/8
 151/11
defend [1]   30/10
Defendant [3]   1/8 2/5
 112/2
Defendant-Intervenors [1]
 112/2
defendants [5]   1/10 2/12
 4/9 34/7 150/6
defense [1]   4/7
defies [1]   23/4
defined [1]   6/18
definitely [1]   109/5
definition [3]   99/25
 139/15 139/16
definitions [1]   100/10
degree [1]   125/8

delayed [1]   61/6
deliberate [1]   87/2
deliberative [1]   69/25
delivered [1]   95/15
delivery [1]   94/24
democrat [6]   39/5 126/3
 126/4 126/5 128/18 131/5
democratic [4]   40/6
 120/15 126/10 128/9
democrats [4]   39/16 40/10
 40/10 126/8
demographic [1]   39/25
demography [1]   25/25
demonstrate [2]   44/1 54/8
demonstrates [1]   42/18
demonstrating [1]   72/22
demonstrative [3]   45/13
 54/7 54/11
denials [1]   9/15
denied [4]   12/18 70/15
 118/16 147/24
denoted [1]   5/20
deny [2]   6/20 8/2
denying [3]   6/17 29/3
 41/2
department [25]   2/9 36/23
 37/14 40/22 40/24 49/22
 52/3 52/4 62/17 65/23
 66/10 69/22 69/25 70/13
 70/15 71/12 71/21 72/12
 73/1 73/6 98/12 99/13
 101/4 129/24 129/25
Department's [3]   8/15
 72/21 73/14
dependent [1]   56/16
deployed [1]   28/13
depo [1]   113/18
deposition [8]   113/17
 143/23 144/9 148/4 148/9
 149/17 149/18 150/3
deputized [2]   115/17
 115/21
deputy [4]   114/24 114/25
 115/12 115/16
describe [9]   8/24 47/8
 51/25 54/15 58/12 59/18
 62/13 68/20 128/2
described [4]   67/6 92/16
 136/21 144/12
describing [1]   135/12
description [1]   135/14
designed [1]   36/14
desk [2]   119/3 119/5
despite [5]   24/11 38/6
 40/22 118/8 120/18
detail [1]   54/16
detain [1]   64/4
detained [2]   94/17 151/1
detect [1]   138/12
detecting [1]   37/25
deter [1]   14/4
determine [3]   71/14 73/2
 122/22
determined [2]   96/20 98/8
determines [1]   80/13
determining [1]   93/14
deterring [1]   37/25
development [2]   77/6 78/1
did [93]   5/19 8/17 8/24
 11/16 16/22 18/2 19/10

20/12 20/18 23/12 24/6
 24/19 24/22 24/23 25/7
 25/17 25/23 26/9 30/15
 35/15 35/19 40/3 40/24
 44/11 44/23 49/3 49/5
 49/11 49/25 50/2 50/17
 50/17 51/18 54/7 54/9
 57/5 57/5 57/8 64/3 65/24
 70/24 71/1 71/4 71/19
 71/21 71/23 71/24 72/15
 72/18 74/25 76/24 77/10
 77/11 77/14 78/15 86/3
 117/10 120/21 121/5
 124/15 125/2 125/4 125/11
 126/7 126/21 127/18
 128/13 130/6 130/15
 130/16 130/17 131/1 131/8
 131/13 131/19 131/19
 132/25 134/7 137/12
 138/10 138/14 141/17
 143/25 145/21 146/7 146/7
 150/24 151/15 152/12
didn't [35]   5/17 9/7
 19/24 21/20 22/23 24/24
 26/14 28/11 29/25 33/21
 37/16 50/8 50/18 58/2
 61/19 71/13 77/13 77/17
 88/4 92/14 92/15 113/16
 121/9 127/17 127/20 129/9
 131/16 134/17 134/25
 135/1 135/3 146/2 149/23
 150/12 151/23
die [1]   61/22
died [5]   52/5 52/10 52/14
 61/25 66/25
difference [6]   28/4 31/5
 51/4 59/9 91/17 149/22
differences [1]   14/18
different [15]   10/6 20/3
 34/22 51/1 54/18 58/15
 64/1 68/23 69/3 91/18
 92/7 106/10 122/8 127/10
 143/20
differentiation [1]   59/6
difficult [13]   30/6 32/18
 33/9 34/6 34/25 53/24
 79/20 117/9 117/12 129/10
 129/10 140/20 145/16
difficulty [1]   33/3
digit [7]   20/8 20/10
 20/13 21/2 21/22 22/13
 23/9
direct [7]   4/18 6/13
 37/23 45/18 79/3 124/2
 154/4
directed [2]   26/8 137/24
directly [3]   18/14 35/20
 52/24
director [7]   46/5 46/7
 76/19 76/25 78/13 78/16
 78/18
Directors [2]   64/18 65/6
disabilities [5]   96/10
 99/10 100/4 100/9 100/12
disability [11]   96/14
 96/21 98/8 98/13 99/7
 100/11 100/22 101/13
 103/1 103/17 103/20
disabled [4]   99/14 99/15
 99/24 99/25

disappear [1]   133/16
disaster [1]   103/13
disclose [1]   143/25
discourage [3]   11/3 11/18
14/4
discouragement [1]   14/13
discouraging [2]   10/24
29/2
discover [3]   57/5 57/8
72/18
discovered [4]   53/14
65/21 133/17 134/16
discrepancy [2]   108/5
120/2
discretion [9]   90/3 90/6
90/8 90/9 91/11 91/13
93/19 102/8 121/18
discrimination [10]   31/4
32/8 33/15 33/19 34/19
35/6 38/8 38/19 38/24
39/13
discriminatory [29]   6/24
6/25 7/3 7/25 8/4 15/11
15/12 15/20 16/6 30/14
31/3 31/22 32/7 33/21
33/22 33/25 35/12 37/22
37/23 38/9 38/15 40/14
40/24 43/8 43/13 43/24
44/2 45/1 45/1
discussed [1]   89/22
discussion [1]   6/6
disenfranchising [1]   43/2
disparate [1]   33/20
disparities [1]   42/24
disparity [13]   15/16
15/19 16/2 16/5 28/7 28/8
28/19 28/25 29/4 29/13
30/19 31/3 36/20
disproportion [2]   36/5
36/6
disproportionality [2]
24/18 34/16
disproportionally [1]
32/20
disproportionate [2]   36/1
36/5
disproportionately [4]
33/11 34/3 42/21 43/3
dispute [1]   15/5
disregard [1]   30/9
disrespect [1]   64/24
distances [4]   146/19
146/24 147/2 147/6
distinction [1]   148/13
distribution [3]   22/18
23/2 53/4
district [34]   1/1 1/1
1/16 3/6 3/6 4/13 18/2
18/4 18/6 19/6 19/11
24/23 124/11 124/12
124/13 125/19 126/24
126/25 126/25 127/12
128/3 128/25 131/7 135/18
135/20 135/25 144/14
144/24 146/11 146/12
147/4 147/5 152/1 155/5
division [9]   40/2 46/5
46/7 49/15 61/17 76/20
76/25 78/14 78/19

Divisions [1]   18/17
DMV [1]   18/17
do [124]   8/5 9/6 12/23
17/19 18/24 19/25 20/14
22/16 23/1 24/18 24/24
25/13 27/8 31/14 31/25
32/8 33/24 34/18 35/20
37/21 39/9 41/18 45/25
48/5 48/17 50/10 50/12
51/5 51/11 51/19 51/22
53/9 53/11 53/12 53/13
54/4 54/6 55/11 55/13
55/22 56/5 56/5 56/6 56/9
56/16 56/18 56/22 56/23
56/25 57/1 58/8 58/9 60/9
60/17 60/21 60/22 63/12
64/3 65/5 65/12 66/15
69/15 72/6 72/11 72/13
72/14 73/1 73/8 73/23
74/16 74/17 75/9 75/10
75/18 75/22 78/16 85/22
88/23 91/13 96/24 99/3
99/16 99/18 99/19 99/20
102/24 107/23 112/17
116/9 117/1 118/4 119/6
121/5 121/9 122/2 124/1
124/11 125/4 127/4 129/13
130/23 131/16 133/7 137/2
137/16 139/5 139/10 140/2
140/10 140/10 140/22
140/23 141/2 141/16
142/20 143/19 144/13
145/16 146/4 146/25
149/15 151/3 151/23 152/7
Docket [1]   1/4
doctor [1]   147/14
documentary [1]   32/17
documentation [9]   34/2
34/24 90/11 96/18 98/6
98/12 99/11 99/12 101/3
documents [1]   7/20
does [53]   6/23 7/3 7/6
7/21 9/6 11/20 17/1 19/2
21/4 22/5 23/14 27/15
31/13 33/25 40/14 41/13
46/11 46/18 46/20 46/23
47/25 48/2 48/3 48/7
50/13 53/20 53/22 53/22
53/25 53/25 56/4 61/10
61/12 61/21 62/18 67/14
75/11 75/12 75/16 80/25
81/1 81/3 81/18 83/10
84/4 91/6 96/1 98/2 98/4
105/22 132/8 149/22
149/24
doesn't [29]   14/10 14/25
15/3 15/24 16/5 17/9 19/1
20/22 21/22 22/21 25/14
28/7 32/3 34/7 34/15
34/17 37/13 40/15 62/18
62/20 80/4 80/9 96/21
101/5 103/12 104/23 106/6
106/10 149/23
doing [5]   4/19 13/9 14/20
34/14 119/14
DOJ [21]   11/20 11/22
14/11 15/18 17/13 20/18
26/13 27/23 28/10 29/14
29/21 37/22 38/6 38/8
38/22 39/12 71/2 71/8
73/19 74/9 75/6

DOJ's [16]   16/3 16/5 12/4
15/15 15/15 16/4 16/11
17/1 17/9 23/1 29/17
30/12 30/17 38/21 73/18
75/1
doling [1]   137/8
dollar [1]   147/15
dollars [1]   129/4
don't [98]   7/8 8/1 11/18
13/3 14/22 15/19 17/11
17/17 20/4 20/10 20/17
21/4 22/4 22/13 22/23
23/9 25/5 25/6 28/16
29/22 31/23 33/23 34/4
34/10 34/14 39/19 45/4
47/5 47/7 47/15 55/21
56/17 64/21 67/4 70/6
70/21 73/7 74/22 78/18
79/10 80/19 81/7 81/23
82/12 86/17 88/24 91/1
91/14 92/4 92/13 93/25
95/20 95/23 96/11 96/25
98/16 100/2 100/6 100/10
100/14 101/19 103/23
105/1 105/4 105/23 106/2
107/9 107/17 108/17
113/11 113/18 114/11
116/2 116/10 116/15
116/20 116/24 118/1
118/12 118/23 120/16
120/21 121/23 122/4
122/14 122/24 123/1 123/7
123/8 127/13 131/11 136/6
140/5 140/7 140/14 141/12
142/12 150/9
done [10]   9/19 15/5 38/15
48/24 49/1 66/5 67/5
138/13 149/11 149/12
Donna [5]   65/3 120/3
120/3 120/19 120/22
doubt [1]   110/22
down [11]   39/7 39/17
41/19 56/2 108/6 110/18
110/21 125/6 126/14 130/5
130/13
downtown [1]   114/20
DPS [3]   69/8 71/13 111/14
Dr [2]   42/17 43/9
drafted [1]   49/15
dramatic [1]   43/15
dramatically [2]   23/5
23/23
draw [2]   21/17 148/13
drawing [2]   31/13 31/20
drive [3]   27/14 114/20
115/1
driven [1]   147/2
driver's [26]   7/10 17/5
17/20 18/19 20/21 20/25
21/18 21/21 23/21 24/8
46/22 47/4 62/19 63/3
69/16 71/15 72/14 74/21
75/11 81/25 89/1 89/12
89/15 90/16 119/13 119/23
driver's's [1]   74/16
drives [1]   122/10
driving [2]   146/19 146/24
dropped [1]   61/19
drought [1]   124/10
DUNN [6]   2/22 2/23 4/9
44/18 112/1 154/7

**duplicate [1]** 83/19
**during [11]** 94/13 104/19 104/20 104/24 124/15 129/12 134/15 135/7 138/11 143/22 144/8
**duties [3]** 49/4 49/18 71/1
**duty [4]** 57/16 57/22 79/4 79/9
**dyslexia [1]** 113/24

**E**

**e-mails [1]** 34/8
**E.B [1]** 2/6
**each [2]** 48/12 85/3
**Eagle [1]** 27/4
**earlier [8]** 79/11 82/16 82/22 83/22 84/18 85/11 88/19 146/13
**early [5]** 93/25 94/13 96/2 131/11 131/11
**ease [2]** 53/25 117/1
**easier [2]** 138/12 139/3
**easily [2]** 63/11 141/13
**east [3]** 27/14 109/15 127/1
**easy [10]** 32/15 32/16 46/16 46/18 46/21 53/23 54/3 123/7 137/19 141/12
**ecological [2]** 13/4 13/11
**edge [1]** 146/21
**Edinburg [1]** 125/6
**effect [34]** 6/16 6/24 7/2 7/3 7/25 8/4 8/5 8/21 10/24 11/24 12/2 15/12 15/13 15/20 16/6 29/5 30/14 31/6 31/11 32/7 33/21 41/2 42/16 43/1 43/3 43/24 44/2 45/2 53/20 61/10 82/9 82/11 92/11 131/23
**effected [5]** 26/9 35/14 63/18 72/16 75/1
**effectively [2]** 151/9 151/12
**effects [3]** 8/11 8/18 32/4
**effort [6]** 19/13 19/17 71/14 71/16 71/17 137/10
**efforts [3]** 51/21 51/22 122/13
**EIC [1]** 32/17
**eight [2]** 116/12 125/21
**eighteen [1]** 131/7
**eighties [1]** 145/6
**eighty [3]** 106/13 106/13 124/15
**eighty-nine [1]** 106/13
**eighty-second [1]** 124/15
**either [12]** 28/24 32/17 54/19 56/10 57/18 61/18 62/18 87/14 88/7 92/23 101/3 106/5
**El [3]** 27/3 27/5 27/10
**elaborate [1]** 36/11
**elderly [5]** 130/17 130/19 133/8 133/11 134/17
**elect [1]** 31/11
**elected [8]** 124/14 125/20

**election [60]** 7/11 8/12 12/22 38/4 47/2 48/5 50/6 50/12 51/15 51/18 51/20 60/24 63/1 63/20 63/22 64/4 64/7 64/19 64/23 65/7 65/11 66/1 66/22 68/5 68/21 69/6 69/14 77/1 77/4 79/21 89/1 94/12 95/12 95/15 96/3 96/6 104/3 107/24 110/1 110/3 110/5 110/14 111/10 111/23 112/13 112/16 116/13 117/15 118/15 120/7 120/12 121/1 121/13 122/13 131/12 135/25 137/7 138/10 138/23 145/3
**elections [33]** 46/5 46/7 49/4 50/5 51/14 55/18 60/21 61/17 64/9 64/11 64/13 64/14 64/15 64/25 66/7 66/16 76/19 76/25 78/10 78/13 78/17 79/12 112/9 121/10 121/13 129/19 129/20 130/3 137/3 137/4 137/5 137/11 141/1
**electoral [1]** 15/4
**electorate [3]** 11/7 40/7 40/11
**elicit [1]** 70/8
**elicited [3]** 135/6 144/5 144/8
**eligible [13]** 14/8 19/4 80/13 94/2 94/5 94/10 94/13 94/18 94/20 95/9 106/12 144/15 144/22
**ELIZABETH [3]** 2/5 4/8 41/24
**else [9]** 8/17 17/11 36/25 69/18 74/25 87/12 135/4 137/25 150/24
**else's [3]** 87/21 140/11 140/12
**empire [1]** 112/13
**employed [2]** 49/14 155/8
**enact [1]** 43/12
**enacted [2]** 6/7 6/24
**enacting [1]** 151/4
**end [8]** 24/7 44/24 59/19 61/22 61/24 74/3 85/3 133/6
**endeavor [1]** 51/11
**ended [2]** 125/15 125/17
**ends [3]** 21/2 21/23 97/21
**engage [1]** 19/12
**engaged [2]** 71/7 108/11
**English [3]** 24/1 125/9 138/2
**enhance [1]** 15/4
**enjoined [1]** 122/11
**enormous [1]** 26/24
**enough [4]** 30/20 54/24 120/22 136/6
**ensure [3]** 83/14 83/19 102/21
**enter [2]** 41/5 133/11
**entered [3]** 6/4 116/17 116/22
**entire [4]** 34/8 88/24 125/17 143/16

**entries [1]** 148/13
**envelope [1]** 95/25
**Environmental [1]** 124/19
**erected [3]** 117/5 118/10 122/8
**ERIC [4]** 1/6 1/9 4/3 41/24
**error [6]** 93/15 93/16 111/9 111/12 111/15 111/19
**errors [2]** 93/10 93/11
**Esquire [21]** 1/19 1/19 1/20 2/1 2/1 2/2 2/2 2/3 2/5 2/6 2/6 2/7 2/7 2/8 2/8 2/9 2/12 2/15 2/19 2/22 3/2
**essentially [5]** 10/3 34/9 43/4 44/4 137/24
**establish [1]** 73/16
**estimate [3]** 63/20 105/13 105/19
**et [2]** 1/9 112/19
**ethical [1]** 142/11
**ethnic [3]** 16/3 24/13 24/21
**ethnicity [1]** 71/14
**evaluates [1]** 14/11
**even [33]** 6/4 7/7 7/22 11/4 11/25 16/4 17/2 21/4 23/13 24/7 26/21 28/6 28/8 28/11 28/14 29/4 30/15 30/17 30/18 31/19 31/22 33/7 33/21 43/7 44/16 44/17 56/21 64/6 64/25 85/3 89/22 143/13 152/7
**eventually [1]** 64/16
**ever [2]** 67/5 131/1
**every [7]** 37/4 52/11 58/13 59/19 83/4 99/17 147/3
**everybody [6]** 12/13 20/5 21/7 25/8 56/4 152/22
**everyone [7]** 4/11 10/3 10/4 10/8 10/10 34/20 61/21
**everything [1]** 152/7
**evidence [36]** 8/12 15/25 15/25 16/1 23/19 24/10 26/6 32/11 32/11 32/13 32/15 32/16 33/2 33/10 33/25 34/5 34/19 35/5 35/16 36/2 36/4 37/8 37/17 37/23 38/9 41/1 42/14 43/1 43/6 49/11 49/25 50/21 57/1 65/12 65/15 70/7
**evidencing [3]** 96/20 98/7 98/13
**exact [6]** 19/20 20/5 20/19 22/15 23/8 91/9
**exactly [7]** 19/10 20/20 30/22 68/2 90/18 91/7 93/6
**exactness [1]** 22/5
**examination [8]** 4/18 4/19 45/18 57/20 58/19 76/15 112/4 124/2
**examine [2]** 73/6 75/17
**example [21]** 13/15 20/23 31/7 31/8 33/3 33/16

**E**

example... [15]   38/24
 86/18 114/13 115/21 116/3
 116/4 116/11 129/21 136/9
 137/6 137/22 138/14
 144/21 145/8 146/20
examples [5]   38/8 53/12
 61/24 62/24 64/9
exceeding [1]   54/23
excellent [1]   45/6
except [4]   75/21 95/13
 96/4 143/17
exception [2]   89/25 109/9
exceptions [3]   103/6
 103/16 103/22
excess [7]   106/14 144/18
 144/24 144/25 145/2 145/5
 152/2
exclusion [1]   13/8
exclusively [1]   35/14
excuse [6]   16/9 47/12
 74/22 101/11 125/12
 140/17
excused [3]   76/5 123/13
 123/15
execute [1]   87/22
executes [2]   103/7 103/11
exemption [10]   98/9 98/11
 99/7 99/9 100/17 100/21
 102/25 103/1 103/18
 103/20
exemptions [1]   99/15
exempts [3]   96/8 96/12
 100/8
exercise [1]   16/8
exercising [1]   93/18
exhibit [21]   8/9 8/10
 9/13 9/24 12/9 12/15
 12/16 14/1 47/11 47/11
 47/21 47/23 47/25 54/11
 54/12 55/25 59/13 68/10
 68/11 72/7 105/7
Exhibits [1]   74/22
existing [2]   46/9 106/6
expect [5]   94/12 114/11
 114/11 122/2 152/6
expected [2]   114/8 152/8
expecting [1]   114/10
expensive [3]   32/18 34/1
 34/23
experience [13]   20/6
 38/21 61/16 77/1 128/12
 131/13 132/8 137/2 137/3
 137/18 139/4 140/2 146/18
experiences [2]   8/12
 14/19
experiment [1]   22/16
expert [19]   8/16 9/3 9/13
 9/24 11/5 11/23 12/4
 14/11 16/12 17/19 18/9
 20/18 27/23 29/16 30/11
 39/23 42/16 72/22 73/14
experts [3]   15/23 67/25
 145/25
expired [4]   81/24 89/3
 90/16 90/21
explain [4]   44/23 56/11
 60/1 120/2
explained [1]   139/9
explaining [2]   44/6

explanation [6]   14/3 14/6
 55/14 55/16 85/5 106/23
explanations [2]   14/1
 14/13
explicable [1]   23/7
explore [2]   23/12 129/11
explored [1]   24/20
explosion [1]   27/18
express [4]   40/4 71/21
 71/24 146/8
expressed [1]   145/22
expression [1]   18/21
extended [1]   104/24
extensively [1]   148/3
extent [3]   69/24 118/2
 139/14
extremely [1]   105/15
EZRA [3]   2/12 4/10 44/15

**F**

facially [1]   31/19
facilitate [1]   123/8
fact [45]   13/7 13/22
 14/14 15/23 15/25 19/14
 23/7 28/25 33/25 34/1
 38/2 40/22 42/21 45/2
 59/25 60/22 63/9 66/6
 72/4 73/2 73/5 77/22
 83/14 84/24 102/6 106/10
 110/24 112/14 112/20
 112/24 113/12 113/13
 114/3 115/12 115/19 116/9
 116/16 116/19 117/4
 117/19 117/20 117/23
 119/25 123/6 145/25
facto [1]   38/18
factor [1]   15/20
factors [3]   34/18 38/14
 38/17
facts [1]   44/1
fail [1]   56/7
failed [3]   18/8 53/13
 53/14
failure [4]   149/19 150/16
 150/17 150/21
fair [5]   14/24 15/6 93/12
 112/18 141/23
fairly [7]   33/14 63/10
 84/22 106/18 107/20 122/5
 135/15
fallacy [2]   13/4 13/12
false [1]   87/22
familiar [6]   9/20 13/12
 71/2 82/14 83/22 96/25
family [6]   21/17 27/11
 27/15 62/5 62/7 87/11
far [3]   113/10 146/19
 152/2
fast [1]   105/18
fatal [1]   43/4
father [1]   124/25
favor [3]   40/21 41/18
 120/15
favored [1]   38/24
favorite [1]   38/21
fax [1]   94/24
feature [1]   20/1
federal [17]   17/6 17/9
 17/13 26/16 27/23 28/2
 46/18 48/7 53/20 53/22

fee [1]   80/10
feel [2]   68/22 147/21
fell [1]   137/16
fellow [1]   107/24
felon [1]   84/16
felons [1]   49/10
felony [3]   80/5 81/4
 84/14
female [2]   22/18 23/3
females [1]   22/20
few [8]   7/7 8/19 23/25
 34/9 34/10 41/8 61/24
 130/7
Fewer [1]   107/15
Field [1]   125/15
fields [2]   73/15 73/19
fifty [2]   98/13 106/21
fifty-seven [1]   106/21
Figueroa [1]   44/21
figure [5]   10/1 10/11
 20/22 25/7 38/14
figures [4]   105/20 122/21
 144/21 144/22
file [4]   24/24 37/14
 56/15 130/14
filed [3]   118/19 135/19
 135/24
fill [5]   54/2 85/14 86/14
 100/25 101/15
filled [1]   46/13
fills [1]   116/4
finally [4]   43/23 67/23
 87/20 122/7
financially [1]   155/9
find [7]   12/23 20/14
 24/18 34/6 52/13 55/11
 133/8
finding [4]   15/6 15/9
 50/24 114/8
findings [10]   11/2 12/11
 14/24 14/25 15/2 15/3
 15/7 40/5 49/6 72/4
findings,findings [1]
 12/23
finds [2]   14/25 38/22
fine [1]   148/10
finish [1]   37/18 115/10
finished [3]   62/2 118/25
 135/12
firm [2]   5/10 28/13
first [34]   4/15 7/24
 10/19 11/14 12/11 13/6
 14/3 14/12 15/22 17/18
 21/12 23/21 23/23 29/23
 31/25 45/9 45/25 58/25
 62/15 67/25 68/22 73/25
 86/16 86/19 86/20 97/12
 99/6 99/10 103/7 111/1
 121/20 125/20 126/1
 126/13
fiscal [1]   127/7
FISHER [2]   2/9 42/4
fit [1]   122/1
five [6]   4/18 41/12
 125/14 125/25 129/22
 137/25
flag [1]   24/11
flagged [2]   62/21 81/18
flaw [1]   18/10

flawed [7]   15/16 15/24
  16/4 21/24 24/22 24/25
  30/17
flaws [1]   44/6
flip [1]   64/17
floor [3]   2/4 39/1 151/15
Flores [1]   27/10
fluent [1]   138/2
FM [1]   2/23
focus [2]   38/11 128/12
folks [3]   58/24 66/1
  106/20
follow [3]   53/9 133/11
  140/9
follow-up [1]   140/9
followed [1]   29/8
following [2]   44/7 104/4
font [2]   5/17 5/21
force [2]   105/1 105/6
foregoing [1]   155/2
foreign [2]   56/23 57/2
forgive [2]   37/6 150/18
forgot [2]   11/10 11/16
form [16]   11/17 29/1
  42/19 62/22 71/10 81/19
  81/21 86/12 89/23 92/24
  96/21 98/8 98/14 100/25
  101/6 103/3
former [2]   22/9 69/3
forms [16]   5/24 17/2 17/3
  17/7 17/10 17/10 26/15
  28/2 56/10 63/4 81/12
  81/24 88/20 88/23 102/22
  103/2
Fort [1]   63/13
forth [1]   27/9
forward [4]   10/9 44/6
  46/14 146/1
forwardable [2]   58/16
  58/20
forwarded [1]   58/22
found [12]   14/14 18/6
  19/6 19/11 19/21 25/4
  26/17 26/17 26/19 49/8
  120/21 120/22
foundation [7]   2/20
  132/13 132/16 133/22
  133/25 136/16 145/13
foundational [1]   143/7
four [18]   7/2 16/21 43/23
  47/5 57/7 64/19 66/17
  66/19 110/13 110/19
  111/17 111/21 124/24
  125/22 127/5 129/4 130/14
  132/24
fourth [2]   16/7 30/12
frame [1]   90/18
Francisco [1]   125/14
Frank [1]   3/2
fraud [50]   14/9 14/20
  14/21 15/1 37/25 64/11
  64/12 67/16 67/19 107/22
  120/14 120/17 123/4
  124/18 126/9 127/6 129/11
  129/13 129/18 130/4 130/9
  130/11 131/14 131/19
  132/9 132/23 132/25 136/9
  136/13 136/21 136/22
  137/4 137/13 137/19

137/22 138/13 139/5/139/6
  139/15 140/3 140/4 140/19
  142/1 147/16 147/18
  147/20 148/4 148/6 152/3
  152/4
fraudulent [1]   64/6
FREDERICK [3]   2/1 4/5
  5/12
free [4]   7/10 7/17 7/25
  28/24
FREEMAN [8]   2/6 42/4
  134/3 148/22 149/4 152/18
  152/24 152/24
frequency [1]   85/21
frequently [1]   142/9
Friday [1]   41/4
Fried [1]   3/2
friends [4]   25/24 29/17
  76/10 137/8
front [2]   144/20 145/4
full [8]   20/8 20/10 20/17
  47/3 56/19 66/9 89/9
  129/6
full-time [1]   129/6
fun [1]   127/11
funny [1]   7/12
further [7]   23/13 56/11
  111/24 123/4 152/16 155/7
  155/9

G

GA [1]   2/21
Galveston [2]   114/3
  122/19
gap [2]   22/24 23/3
garbage [2]   18/21 18/21
Gary [1]   44/18
Garza [1]   44/21
gathered [1]   136/16
gathering [1]   7/20
gave [7]   25/16 40/13
  50/20 61/8 68/22 77/9
  144/4
GEAR [2]   2/7 42/4
gender [6]   22/18 22/22
  22/24 23/2 24/12 24/20
general [18]   1/7 2/3 5/11
  5/14 26/9 41/24 42/16
  43/9 55/18 68/22 79/16
  84/7 140/13 148/11 148/17
  148/25 149/3 151/3
Generally [1]   64/13
Georgia [12]   9/19 9/22
  10/2 10/10 10/14 10/17
  11/11 11/13 11/18 28/17
  28/18 41/7
GERALD [3]   2/15 2/16 4/9
gesture [1]   133/12
get [34]   16/7 21/14 22/1
  28/24 32/16 32/16 32/18
  32/19 42/9 45/14 51/18
  52/11 62/7 62/9 69/14
  73/16 89/17 90/20 98/23
  110/24 113/23 119/19
  124/20 127/20 129/24
  130/15 132/16 133/8
  138/13 142/3 145/17
  146/22 147/14 152/14
gets [4]   26/6 59/19 67/23
  116/8
getting [5]   30/6 33/3

Gingles [1]   31/15
give [10]   27/25 47/6
  61/24 64/9 70/7 131/20
  135/14 149/21 152/9
  152/18
given [9]   11/14 33/17
  47/4 52/10 68/5 111/19
  121/18 136/9 142/14
gives [2]   38/14 90/5
go [46]   4/15 5/1 9/8
  11/12 14/22 15/6 16/19
  16/24 20/24 27/9 27/10
  27/15 28/24 35/24 45/17
  49/21 51/3 52/22 55/19
  59/1 62/3 62/24 72/9 73/8
  73/11 86/1 86/4 87/21
  88/6 96/12 102/1 108/6
  108/16 113/9 119/2 120/1
  123/19 132/5 132/21 133/8
  133/10 134/2 135/10 139/3
  144/10 152/23
goal [1]   137/5
goals [1]   43/25
goes [7]   11/5 12/21 14/17
  23/3 27/8 43/3 51/25
going [62]   4/16 7/1 7/10
  7/12 9/23 10/9 10/22 16/7
  20/15 21/7 21/7 22/8
  22/11 22/15 23/20 24/10
  26/7 32/13 33/24 34/9
  36/22 37/18 39/9 39/15
  40/25 41/1 41/4 47/1
  47/10 49/19 54/10 56/1
  64/22 69/6 69/8 72/20
  73/1 73/16 76/2 92/13
  98/23 99/23 110/24 119/18
  122/3 123/20 124/10
  127/11 129/9 129/21 130/4
  131/18 133/25 138/24
  139/2 144/6 146/14 148/15
  150/16 152/18 152/22
  152/23
golf [1]   130/10
golfing [1]   130/11
Goliad [1]   128/8
gone [3]   63/15 63/16 93/8
good [25]   4/11 10/25 12/8
  14/6 20/23 29/17 41/22
  44/14 45/20 59/1 76/17
  76/18 82/12 102/9 112/1
  112/6 112/7 112/23 112/25
  123/16 123/17 126/17
  135/14 140/12 149/13
Google [1]   74/4
got [37]   6/12 9/14 18/5
  21/19 24/20 25/20 29/21
  48/5 52/20 52/23 55/4
  55/6 57/25 59/20 62/1
  62/5 63/7 63/13 63/21
  65/10 69/7 72/13 87/10
  87/12 88/24 92/6 100/25
  102/24 106/23 107/8
  109/10 114/7 125/8 136/13
  149/9 149/10 150/15
gotten [1]   7/9
govern [1]   142/11
Government [6]   46/22 63/5
  63/6 63/9 144/1 147/24
Governments [1]   147/8
governor [2]   103/13 121/7

Case 2:13-cv-00193 Document 730/23 Filed on 11/14/14 in TXSD Page 126/15 of 126/16

governors [1]   125/23
graduated [2]   125/1
  143/5
graduating [1]   125/11
Grand [2]   27/16 130/2
great [5]   5/4 27/4 38/12
  38/13 72/9
greater [1]   33/2
green [4]   106/4 106/5
  106/11 106/14
grew [1]   124/24
ground [2]   35/19 36/20
group [12]   6/19 6/22 12/5
  12/6 12/25 13/13 21/10
  23/19 30/21 34/15 41/4
  152/13
groups [4]   12/2 16/3
  21/12 23/15
growing [2]   105/15 105/17
growth [1]   43/15
guess [5]   25/17 28/13
  87/13 87/17 101/16
guessing [1]   25/11
guestimates [2]   50/21
  50/23
guidance [3]   68/5 68/21
  69/14
guilty [1]   138/5

**H**

ha [1]   38/23
had [92]   6/5 9/18 11/9
  12/13 13/12 18/3 20/3
  20/19 20/21 21/19 22/2
  26/19 29/18 29/20 29/23
  30/6 33/8 33/18 40/12
  42/9 49/12 49/25 50/6
  51/16 51/19 53/14 53/16
  57/9 57/14 58/18 59/2
  60/24 64/14 64/15 64/18
  65/2 66/9 66/19 67/9
  71/12 71/18 73/1 77/1
  77/15 77/18 79/4 79/12
  85/2 89/23 95/13 97/24
  108/1 110/13 110/19 113/8
  115/21 116/11 116/16
  119/22 119/22 121/12
  126/9 127/7 127/11 129/8
  129/17 129/20 130/2 130/3
  130/10 130/19 130/21
  131/3 133/2 137/24 137/25
  139/2 140/25 141/8 142/23
  142/24 143/14 143/16
  143/25 144/1 144/21
  144/22 144/24 145/4 151/5
  151/21 152/1
half [9]   12/12 12/12
  12/17 17/15 20/9 21/23
  26/15 29/10 85/2
Hampshire [1]   41/9
hand [2]   94/24 95/15
handed [3]   97/12 98/21
  99/5
handful [1]   120/5
handgun [1]   89/7
hands [1]   138/6
happen [2]   21/7 62/11
happened [8]   17/23 60/1
  63/22 71/5 110/9 129/16

happens [5]   52/13 57/16
  87/1 114/20 136/1
happy [3]   49/23 126/8
  148/5
hard [9]   29/18 29/20 30/6
  42/8 45/5 60/15 60/16
  63/17 137/12
harder [1]   145/23
harm [1]   43/25
harmonized [1]   13/25
HARRIS [11]   3/2 3/2 4/10
  44/18 108/10 115/1 116/5
  116/11 116/17 116/18
  117/23
Harvard [2]   8/14 42/18
harvesters [2]   133/8
  135/15
has [90]   4/16 4/17 6/16
  7/9 7/14 9/25 13/21 14/13
  14/24 15/5 15/12 15/13
  17/19 21/21 22/8 25/10
  28/22 29/14 29/25 30/4
  30/13 32/8 34/20 36/24
  37/22 41/1 44/2 46/12
  48/24 49/14 49/14 52/14
  53/12 54/17 55/20 57/2
  57/21 62/2 67/5 68/13
  68/15 69/7 69/22 70/1
  71/5 72/12 73/4 74/14
  78/6 80/5 82/8 82/9 82/10
  82/11 82/22 84/18 84/22
  84/25 91/11 92/10 92/11
  93/8 95/24 96/18 96/20
  98/7 98/8 98/14 99/17
  100/10 100/22 102/22
  103/8 111/19 113/25
  113/25 114/2 118/19
  122/11 122/12 123/4 136/2
  140/13 141/22 142/8
  144/25 145/2 147/23
  149/18 150/6
hasn't [7]   7/9 36/24
  92/10 114/7 118/23 119/3
  141/25
HAVA [5]   62/16 83/8 83/14
  83/18 117/9
have [273]
haven't [7]   85/9 111/1
  113/18 118/23 122/19
  122/21 132/13
having [8]   19/25 24/3
  38/12 65/13 87/17 111/10
  138/14 138/20
Hays [1]   106/18
he [87]   6/21 8/17 8/24
  9/2 11/1 11/1 11/6 12/11
  12/11 12/21 12/24 12/25
  13/6 13/8 13/11 14/3 14/6
  14/10 14/12 14/17 14/24
  14/25 14/25 15/3 15/4
  17/12 17/14 17/15 18/11
  18/23 18/24 19/1 19/1
  19/10 19/20 20/12 20/12
  20/13 20/14 20/24 21/2
  21/4 23/8 24/12 24/12
  24/20 24/22 25/9 25/15
  27/24 27/24 29/18 29/24
  29/25 29/25 30/11 49/14
  49/14 49/17 64/5 72/23
  73/20 80/4 88/22 108/1

131/24 134/21 136/16
  136/18 141/24 141/25
  142/1 142/10 143/23
  143/24 143/25 144/4
  147/24 148/16 149/23
  150/2 150/3 150/12 152/13
he'd [1]   142/15
he's [10]   9/1 11/22 20/24
  20/25 21/1 39/22 74/7
  108/11 141/25 141/25
head [2]   49/4 88/25
health [3]   52/3 52/4 94/9
hear [14]   22/8 26/7 29/15
  33/24 34/3 34/9 34/20
  37/8 88/4 117/10 127/17
  130/17 145/21 148/18
heard [5]   88/21 117/7
  131/24 145/25 146/1
hearing [4]   32/14 121/3
  137/15 155/9
hearsay [2]   108/14 131/22
heart [1]   147/2
HEBERT [4]   2/15 2/16 4/9
  44/18
Heights [4]   38/13 38/13
  38/16 39/14
held [5]   78/3 103/8 121/2
  125/20 151/20
help [6]   48/8 54/7 81/22
  82/14 83/7 147/5
helpful [2]   107/7 107/9
her [11]   21/18 21/19 22/2
  75/4 92/2 95/8 113/10
  113/12 113/16 113/18
  127/3
here [35]   4/14 6/6 6/15
  9/14 11/3 17/18 18/7
  18/10 18/22 19/5 24/12
  26/22 30/10 30/24 32/12
  40/14 52/18 54/15 56/2
  58/23 68/20 73/23 74/11
  75/3 76/9 89/16 105/8
  107/10 111/8 111/19
  116/25 127/21 136/4
  146/20 149/15
here Brace's [1]   18/10
Here's [1]   12/11
Herman [1]   1/20
hesitant [1]   44/17
hesitate [1]   102/16
Hidalgo [1]   63/25
high [10]   21/9 55/14
  106/18 106/19 109/16
  115/20 122/5 125/1 125/12
  145/6
higher [5]   22/20 26/20
  27/13 27/18 28/3
highest [1]   11/15
highly [2]   17/11 17/21
him [12]   14/24 21/9 27/25
  39/23 73/6 117/1 142/2
  142/4 142/13 142/13
  143/25 144/5
himself [1]   30/11
hired [1]   25/9
his [53]   1/6 8/16 8/17
  8/20 12/11 13/5 14/12
  14/23 14/24 15/1 15/2
  15/3 15/6 17/15 18/12
  18/14 18/23 18/25 19/9

170

**H**

his... [34]  20/12 23/13 24/13 24/21 25/4 25/24 30/2 30/11 39/21 39/23 43/14 49/18 72/23 73/5 73/16 73/17 108/1 108/3 108/4 113/20 116/4 131/24 136/16 139/21 142/10 142/11 144/1 144/8 145/18 147/23 148/4 148/9 150/2 150/4
Hispanic [10]  23/24 26/10 40/3 40/19 42/21 122/5 146/4 146/7 146/8 151/9
Hispanics [12]  6/18 23/19 23/23 24/9 25/2 26/19 27/12 27/17 27/22 28/2 28/12 40/2
historian [1]  43/9
historic [1]  116/13
history [8]  48/14 50/5 50/9 50/11 50/16 65/19 67/13 111/13
hit [1]  74/4
hoc [1]  117/4
HOLDER [4]  1/6 4/3 4/14 41/25
holders [1]  17/13
home [7]  108/8 119/18 119/23 128/5 133/11 133/12 145/2
honest [1]  138/21
Honor [66]  4/25 5/3 5/6 5/19 12/16 14/2 16/9 16/16 16/25 26/6 31/7 32/5 33/1 35/8 35/23 36/8 37/5 37/18 41/15 42/12 44/14 45/10 45/13 47/12 47/19 49/17 51/5 51/11 54/10 69/11 69/23 70/9 70/22 72/20 72/25 73/9 73/21 74/6 75/18 76/14 98/17 99/1 102/2 108/15 109/11 113/20 123/11 123/14 131/21 133/21 134/5 134/21 136/11 136/15 139/11 141/21 141/21 142/7 142/8 142/16 143/22 144/3 145/12 147/22 149/5 152/25
Honor's [3]  18/7 33/16 34/12
HONORABLE [3]  1/14 1/15 1/15
Honors [6]  17/23 41/5 44/8 123/9 123/16 148/18
hope [3]  93/8 102/16 111/16
hoping [1]  147/19
horribly [1]  93/8
hot [1]  129/25
hours [7]  4/17 4/17 4/18 104/15 104/21 104/24 105/5
house [12]  57/11 62/4 65/2 87/11 108/7 124/11 124/12 125/19 126/21 128/3 145/22 151/15
household [1]  87/15
Houston [3]  2/24 108/6

how [57]  19/1 25/7 26/4 26/21 32/25 42/8 45/25 46/7 46/11 46/18 48/17 51/25 53/25 55/2 55/5 57/1 58/22 60/1 60/17 61/24 62/11 62/13 63/10 66/3 66/14 66/24 67/23 68/5 73/23 75/22 78/16 78/18 86/23 87/9 95/20 95/23 105/22 110/16 114/9 120/13 124/13 125/17 132/8 132/25 133/12 137/15 140/10 140/10 140/14 140/20 140/21 140/22 140/23 144/21 144/22 146/16 151/23
Howard [5]  65/3 120/3 120/3 120/19 120/22
however [2]  81/18 143/25
Hubbard [1]  1/21
HUGHES [4]  1/20 4/6 5/10 41/4
huh [3]  134/14 141/4 150/23
hundred [24]  17/25 22/21 27/15 35/2 35/3 54/23 55/2 55/6 57/7 66/4 106/1 106/21 107/14 107/15 107/16 108/23 109/7 110/17 129/22 129/23 131/8 136/3 144/24 145/1
hundreds [5]  19/2 30/1 40/18 56/5 56/6
hunt [2]  126/14 126/14
hurt [1]  40/25
husband [1]  145/11
hypothetical [5]  33/2 33/7 34/12 35/9 36/17

**I**

I'd [10]  26/21 33/3 45/4 46/9 113/19 119/20 128/12 129/11 130/9 141/19
I'll [11]  30/10 59/14 69/11 73/21 83/7 83/23 88/21 97/2 139/24 149/7 149/12
I'm [61]  4/11 7/1 9/23 11/15 16/7 16/23 19/9 20/15 21/6 21/6 32/11 32/13 33/23 35/23 37/18 41/24 44/17 44/22 46/5 47/10 49/19 52/18 54/10 56/1 57/17 64/11 70/18 73/5 73/15 73/16 73/23 74/14 75/6 86/17 87/17 90/18 96/25 97/1 97/17 98/21 98/23 100/20 104/8 109/22 113/19 118/18 118/22 124/9 124/9 127/11 127/14 127/23 131/23 134/12 136/15 140/14 140/19 141/21 147/19 148/20 152/18
I've [15]  6/12 9/14 18/5 44/22 59/7 76/11 88/24 97/12 98/21 114/8 125/21 127/11 143/13 143/16 147/2
I-N-D-E-X [1]  154/1

IC [1]  33/3
ID [160]
ID's [3]  145/17 146/5 152/14
idea [5]  74/15 90/23 108/11 123/2 142/10
identification [28]  7/11 8/11 10/2 11/8 11/17 13/7 14/7 14/16 17/3 17/4 18/19 23/6 56/10 59/12 59/21 62/22 63/2 63/4 65/17 74/20 81/20 81/21 89/2 124/17 127/6 146/2 146/3 151/20
identified [5]  18/20 110/13 111/9 141/25 146/5
identify [11]  19/13 36/15 72/7 86/16 107/7 142/4 149/19 150/8 150/17 150/18 150/22
identifying [1]  58/8
identity [6]  79/20 81/13 86/21 90/10 90/14 93/14
IDs [2]  17/16 145/23
IL [1]  1/22
Illinois [1]  124/24
illustrates [1]  54/5
imagine [5]  28/10 79/10 86/17 105/21 106/18
immediate [1]  78/10
immediately [2]  59/7 84/12
immigrant [1]  151/20
impact [5]  33/20 34/1 48/7 133/25 147/19
impacts [1]  18/14
impersonate [4]  86/15 86/23 87/4 87/20
impersonating [3]  86/20 87/3 88/5
impersonation [2]  87/1 107/23
implement [3]  48/9 82/17 113/6
implementation [2]  5/24 53/16
implemented [4]  67/23 113/2 113/7 115/25
implications [1]  143/4
importance [1]  152/7
important [10]  15/9 19/5 39/20 64/25 138/19 141/3 147/21 150/6 150/9 150/10
importantly [1]  152/4
imported [1]  31/15
imposed [1]  7/16
impossibility [1]  34/19
impound [1]  131/7
impounded [1]  131/7
impoverishment [1]  33/14
improve [1]  102/10
in-person [13]  107/22 120/11 120/12 120/14 136/5 136/10 136/13 140/3 140/18 140/21 140/22 142/1 147/19
inaccurate [1]  56/7
inaccurately [1]  150/3
inadmissible [1]  51/8
Inc [1]  2/20

incapacitated [1] 80/6
incapacity [1] 84/5
incidents [1] 14/7
include [8] 19/2 63/6
81/24 85/8 95/8 104/23
114/12 144/15
includes [10] 18/12 18/24
19/1 63/1 63/2 63/3 81/16
82/2 96/18 115/6
including [3] 55/6 117/23
152/7
incompetent [2] 84/13
84/16
incomplete [1] 115/13
inconceivable [1] 56/9
inconsistency [1] 13/1
inconvenience [1] 7/19
incorrect [2] 73/5 98/20
increase [2] 7/22 11/25
increases [1] 109/5
increasing [1] 9/9
incumbent [1] 126/23
indeed [7] 46/20 48/2
54/6 65/2 71/20 82/22
85/11
independent [1] 7/2
independently [1] 122/20
Indiana [16] 9/19 9/22
10/2 10/10 10/12 10/17
11/11 11/13 11/18 18/1
28/17 28/18 36/19 36/24
37/3 41/7
Indiana's [1] 18/16
indicated [1] 79/5
indicates [1] 81/4
indicating [4] 103/8
103/12 127/21 130/10
indicators [1] 13/2
individual [13] 13/14
13/21 112/19 115/19 122/2
133/13 133/22 134/6
134/22 134/22 138/4 146/1
148/14
individual's [1] 14/19
individuals [5] 63/24
66/6 88/12 133/7 143/24
indulge [1] 98/23
ineligible [10] 19/14
19/18 19/19 24/25 28/12
48/22 48/24 83/11 84/8
109/25
infamous [1] 145/2
infer [3] 13/14 13/16
13/20
inflated [5] 17/21 18/17
18/18 21/24 54/5
inflation [3] 18/8 18/11
18/13
info [1] 56/22
inform [1] 73/19
information [34] 20/9
24/15 46/23 47/25 48/10
48/11 48/12 50/16 52/12
56/4 56/8 56/18 56/19
57/14 58/21 58/25 59/15
60/17 60/21 60/23 62/20
65/10 65/22 67/9 71/9
71/10 83/4 101/18 105/11
110/6 135/7 141/5 141/11

informing [1] 57/20
Ingram [40] 45/11 45/12
45/20 45/22 47/15 47/21
54/15 55/8 56/23 59/11
59/23 61/3 62/9 63/22
64/6 65/10 68/13 69/6
69/14 70/9 72/11 72/23
73/2 73/4 73/16 74/2 74/8
74/16 74/25 75/5 75/6
75/11 76/17 77/6 97/11
97/24 99/5 109/24 112/6
154/6
Ingram's [3] 74/5 74/21
74/23
inhouse [1] 62/20
initial [4] 16/13 17/1
52/2 69/3
initially [3] 125/6
128/18 130/7
injuring [1] 94/9
input [1] 77/9
inputs [1] 116/6
ins [1] 126/9
inspect [1] 72/15
install [1] 120/22
installed [1] 120/19
instance [6] 7/8 31/18
33/17 56/12 61/21 106/17
instances [1] 109/24
instead [3] 31/18 40/18
45/4
Institute [1] 43/10
instituting [1] 117/24
instruction [1] 53/10
instrument [1] 13/7
integrity [1] 38/2
intent [1] 86/19
intentional [1] 35/6
interactive [1] 82/20
interest [3] 39/23 106/16
142/7
interested [4] 106/20
126/12 130/1 155/10
interesting [5] 20/2 73/9
74/6 108/2 108/18
interface [1] 121/12
interprets [1] 142/9
intervenor [4] 1/10 2/12
4/9 44/11
Intervenor-Defendants [1]
1/10
intervenors [3] 4/17
44/15 112/2
introduce [5] 5/9 42/1
44/17 45/20 124/4
intuition [2] 23/4 27/22
investigate [4] 23/12
27/24 131/1 139/3
investigating [1] 63/14
investigation [14] 67/5
67/14 79/16 129/13 129/16
130/6 130/12 132/23 133/1
133/17 134/9 134/10
134/16 135/7
investigations [2] 111/4
130/2
investigative [1] 129/8
invoked [1] 151/1
involved [8] 70/24 77/6
77/22 136/5 136/22 137/23

involving [2] 137/9
138/14
ipso [2] 15/20 38/18
irrelevant [3] 108/17
149/24 149/25
irretrievably [2] 15/24
24/22
is [504]
Island [1] 41/7
isn't [86] 16/5 51/2 79/1
79/8 79/19 79/24 80/8
80/19 81/5 81/9 83/9
83/12 83/15 83/19 84/11
84/14 84/21 85/1 85/7
85/12 85/21 86/1 86/7
86/9 86/21 86/23 87/4
87/23 87/25 88/8 88/10
88/13 88/16 88/20 89/11
89/14 89/18 89/24 90/4
90/8 90/17 92/2 94/2
94/10 94/18 94/21 96/8
96/22 98/5 98/11 99/9
99/21 100/1 100/4 100/9
100/12 100/23 101/6 101/9
102/4 102/6 102/12 102/12
103/9 103/14 104/5 104/17
105/10 105/10 105/13
105/15 106/1 106/11
107/14 107/20 109/6 110/1
110/7 110/10 111/10 116/1
116/8 118/4 123/5 148/6
149/24
issue [11] 25/3 36/15
40/8 48/24 51/1 70/3
121/17 134/20 148/6 148/7
150/5
issued [3] 23/6 42/20
81/25
issues [3] 6/23 118/13
127/8
it [336]
it's [122] 5/4 6/15 7/12
8/17 9/14 10/2 11/21
12/13 20/18 21/4 21/7
21/7 23/14 24/9 24/25
25/21 27/11 27/17 29/22
32/22 32/23 33/17 34/1
34/5 34/23 35/5 36/1 37/2
38/25 40/24 48/6 49/20
52/2 54/11 54/11 55/10
58/11 59/13 59/20 63/17
65/22 67/17 67/18 68/7
68/9 68/17 68/17 68/22
68/23 68/25 73/21 74/4
75/21 76/9 79/19 81/4
82/12 82/12 82/23 85/15
87/11 87/12 91/9 93/17
95/15 97/18 100/2 100/2
100/4 100/12 101/14
101/24 105/10 107/1
107/18 108/3 108/16
108/21 109/10 111/17
111/19 112/19 112/22
113/2 113/21 114/13
114/14 114/22 115/12
116/7 116/7 117/8 119/12
129/2 129/25 133/2 133/25
135/14 135/15 136/20
138/17 138/19 138/19
139/23 141/6 141/12

it's... [16]  141/13
142/25 144/7 145/5 146/17
146/17 147/9 147/9 147/21
149/8 149/9 149/25 150/9
150/10 152/11 152/22
its [13]  12/4 16/12 19/8
42/14 43/7 44/3 44/4
44/25 45/5 45/9 47/8
70/16 117/4
itself [3]  31/4 31/21
33/15

## J

J-O-S-E [1]  124/6
JA [1]  100/7
Jacobson [1]  3/3
JAG [1]  125/14
jail [2]  94/17 94/19
James [1]  68/25
January [4]  70/25 76/22
78/3 121/5
Jasper [1]  109/18
JENNIFER [3]  2/7 4/7 42/3
Jesse [1]  121/21
Jesus [1]  121/20
Jim [3]  68/25 128/8 145/1
job [8]  62/3 71/8 78/9
112/12 113/5 113/6 128/20
129/10
jobs [2]  137/7 137/8
JOHN [8]  1/20 2/2 4/6 4/6
5/10 5/12 44/22 123/18
joined [2]  125/12 125/13
Joint [5]  97/12 97/15
97/18 97/21 99/5
JONATHAN [3]  2/1 4/4 5/14
Jorge [1]  44/21
Jose [2]  40/17 44/20
JOSEPH [1]  2/15
José [5]  116/4 123/21
123/23 124/6 154/9
JR [3]  1/6 4/3 123/23
Juarez [1]  27/5
judge [17]  1/14 4/11 4/12
4/13 6/14 29/6 30/12
38/12 44/21 114/3 125/16
125/22 131/7 136/7 139/1
142/19 147/7
judges [3]  1/16 121/13
138/25
judgment [2]  41/5 68/23
judicial [1]  121/12
Julia [2]  75/5 75/6
July [2]  1/5 155/12
June [3]  51/19 65/12
65/19
Junior [4]  64/18 64/24
65/5 124/7
jurisdiction [3]  128/24
128/25 137/17
Jurisprudence [1]  124/18
jury [8]  57/12 57/13
57/16 57/19 57/22 79/4
79/9 130/2
just [77]  7/9 7/12 10/15
11/21 13/9 14/10 15/21
16/14 16/18 17/16 18/25
21/4 23/14 24/8 26/14
29/6 32/3 32/12 33/5 34/3

38/11 39/23 41/8 45/4
46/8 47/15 51/9 54/3
56/17 58/23 59/17 60/24
61/2 63/22 65/11 67/6
68/13 73/15 73/22 73/22
80/24 85/4 89/21 90/15
92/14 92/15 95/13 97/12
101/25 102/17 103/23
104/20 107/8 107/9 112/17
112/17 113/20 118/23
121/15 127/20 131/5
134/12 135/19 136/4
136/15 140/5 143/8 144/12
148/20 148/21 149/7 152/6
152/11
justice [21]  2/9 8/15
36/23 37/14 40/22 40/23
49/22 62/17 65/23 69/21
69/25 70/13 70/15 71/12
71/22 72/12 72/21 72/25
73/6 73/14 138/2
justify [1]  43/19

## K

Kansas [1]  41/7
Karnes [1]  128/8
Katie [1]  42/3
keep [8]  48/11 48/12
51/21 53/20 100/15 108/6
149/10 150/16
keeping [1]  54/1
keeps [1]  138/20
Keith [2]  45/11 45/22
KENNIE [1]  1/9
kept [1]  48/10
kidding [1]  52/21
kind [7]  16/20 21/8 34/14
74/4 131/3 132/19 152/21
knew [5]  24/12 35/13
35/13 35/15 143/24
know [91]  6/11 6/14 10/21
10/22 19/1 22/12 26/17
31/12 52/18 56/13 57/1
59/10 59/11 64/21 67/4
72/1 73/7 73/21 75/10
78/16 78/18 79/10 81/7
81/23 81/23 82/12 86/17
86/23 87/3 88/23 88/24
91/1 92/13 94/22 95/20
95/23 96/11 96/24 98/17
100/2 100/6 100/10 100/14
100/25 102/16 103/24
105/23 106/2 106/20
107/17 108/21 109/3
111/17 111/21 113/5
113/11 113/18 116/2 116/9
116/10 116/15 116/20
116/20 116/22 116/24
118/1 118/12 120/16
120/21 121/23 122/3 122/4
122/4 122/6 122/14 122/19
122/24 123/7 123/8 131/17
136/6 140/13 140/14
143/19 145/8 146/4 147/2
147/4 147/20 149/23
150/12
knowing [1]  29/12
knowledge [5]  5/18 5/21
49/14 134/4 144/14
known [2]  47/17 48/6

knows [2]  139/13
Kousser [1]  43/9

## L

L-U-I-S [1]  124/6
la [1]  116/4
lack [11]  12/19 40/1
42/19 42/23 44/25 45/1
133/21 133/24 134/4
145/12 146/4
lag [1]  105/19
land [1]  26/24
language [6]  6/19 6/22
30/21 41/3 77/11 100/3
Laredo [5]  27/4 27/6 27/6
127/1 147/1
large [3]  63/14 108/4
136/21
largely [1]  146/11
larger [2]  105/18 146/20
last [21]  5/25 15/5 23/21
23/24 24/2 24/3 30/12
37/7 47/5 48/19 50/12
56/13 63/22 70/18 73/1
74/2 88/5 115/23 125/12
135/19 152/10
late [1]  85/6
later [1]  148/19
Latino [6]  27/2 27/19
27/20 118/15 118/20
122/17
Latinos [1]  112/19
latter [1]  142/25
law [66]  10/7 10/21 10/23
12/24 22/7 30/13 35/13
35/14 36/23 36/25 39/10
39/22 41/6 43/3 43/20
46/18 47/17 48/7 53/20
53/22 53/23 56/21 57/11
60/2 62/14 62/25 77/1
79/19 80/12 81/11 84/11
85/18 86/12 88/7 91/20
92/12 92/12 92/14 92/18
92/23 99/17 106/7 110/9
113/1 113/7 113/13 113/14
114/22 115/2 115/15
115/18 115/22 117/12
118/6 119/11 119/14
122/11 125/9 125/10
125/11 125/13 132/10
135/17 143/15 143/16
150/7
lawful [1]  114/22
lawfully [2]  149/20 151/1
laws [21]  8/19 9/10 9/16
9/18 10/17 10/20 11/3
11/18 11/24 12/1 12/7
14/20 15/4 15/10 108/3
108/12 112/16 112/18
113/6 117/14 137/9
lawsuit [5]  116/16 116/21
116/24 135/24 136/4
lawyers [1]  42/7
layer [1]  52/2
laying [1]  136/15
lead [2]  8/15 116/13
leaders [1]  128/19
leadership [1]  40/6
leading [1]  38/18
leads [1]  18/17
leaflets [1]  34/8

learn [1]   13/12
learned [4]   65/16 73/23
 134/10 147/7
least [8]   11/8 11/16
 42/18 43/12 98/13 122/10
 131/15 137/10
leaves [1]   14/17
leaving [1]   140/11
led [3]   66/18 124/20
 132/24
left [5]   4/12 44/22 130/8
 143/13 152/18
legal [10]   6/12 15/18
 30/14 34/4 44/3 111/5
 125/16 129/1 143/4 143/16
legally [3]   88/10 88/12
 88/13
legislation [9]   39/9
 39/16 40/23 43/21 78/1
 112/24 114/13 152/4 152/9
legislative [15]   43/22
 121/2 122/7 124/16 138/11
 147/23 148/11 148/14
 148/17 148/25 149/3 151/3
 151/4 151/8 151/11
legislators [1]   43/18
legislature [27]   37/24
 40/10 43/11 43/14 57/11
 77/19 77/23 77/25 78/6
 78/7 78/21 78/25 100/3
 110/7 113/6 113/10 114/14
 114/14 120/8 120/18
 122/13 123/3 144/20 145/4
 147/22 151/19 152/12
legitimate [2]   70/20
 142/14
Leo [1]   42/3
less [7]   11/6 15/10 23/5
 40/4 93/17 107/14 107/15
lesser [2]   13/21 13/22
let [8]   30/10 42/6 69/9
 75/20 88/4 106/10 132/21
 134/12
let's [9]   8/23 22/16 28/8
 28/10 31/7 33/7 33/10
 96/12 106/24
letter [7]   57/19 57/20
 58/1 58/20 63/7 71/25
 72/7
level [3]   52/3 54/4 83/1
levels [1]   64/6
liberal [1]   127/2
Liberties [1]   2/19
license [33]   7/10 17/5
 17/5 17/20 18/19 20/21
 20/25 21/19 21/21 23/21
 24/8 46/22 47/5 62/19
 63/3 69/7 69/9 69/16
 71/15 72/14 74/16 74/21
 74/24 75/11 81/25 89/1
 89/6 89/12 89/15 90/16
 119/13 119/23 143/15
life [3]   6/4 127/7 146/23
light [1]   54/22
lighter [1]   54/24
like [45]   5/9 6/7 7/13
 8/21 9/10 11/10 11/22
 12/3 13/16 13/18 14/13
 21/23 22/10 32/8 33/3

 45/4 46/9 52/18 53/4
 59/12 59/17 66/24 67/5
 68/9 74/4 76/10 90/15
 97/13 101/23 106/13
 113/19 123/21 126/17
 127/2 128/12 129/11
 138/17 138/20 145/5
 146/25 147/15
likely [6]   23/5 42/22
 60/17 91/20 108/21 109/3
likes [1]   20/24
limited [2]   96/8 99/9
line [4]   15/9 90/19 95/5
 148/10
lines [2]   31/13 31/20
lingo [1]   52/18
lion [1]   122/12
list [56]   21/3 21/24 23/1
 25/15 26/14 29/21 30/2
 38/14 38/20 38/21 57/13
 59/8 59/10 59/24 60/18
 60/19 61/4 61/11 61/13
 61/16 61/22 61/25 63/1
 65/16 65/18 67/12 70/12
 70/14 70/17 71/19 72/13
 72/15 72/21 72/23 73/3
 73/13 73/16 74/9 74/14
 75/1 75/6 75/7 75/9 81/18
 81/20 83/8 84/21 84/22
 84/22 86/16 86/21 88/24
 89/9 91/3 91/7 93/6
listed [1]   86/6
lists [3]   17/13 80/22
 82/17
literacy [3]   33/16 33/17
 33/19
literally [1]   133/10
literature [12]   8/5 8/7
 8/11 9/13 12/1 28/7 28/15
 28/17 28/18 28/21 28/22
 30/16
litigation [4]   38/23 61/5
 61/7 70/4
little [11]   7/12 21/9
 26/21 26/23 41/19 56/11
 69/20 73/19 73/23 132/16
 150/3
live [10]   25/12 58/6
 87/15 119/16 122/4 127/12
 127/19 127/24 128/6 128/8
lived [1]   60/3
lives [1]   114/16
living [1]   27/14
LLP [3]   1/21 2/12 3/3
loaded [2]   51/18 65/11
loaf [5]   17/15 26/15
 29/10 29/10 29/12
local [10]   52/5 52/8
 57/19 63/20 64/4 64/15
 121/18 137/3 137/5 137/11
locally [1]   85/23
location [2]   47/9 77/3
long [16]   20/22 46/7
 59/10 59/23 61/15 75/22
 78/16 78/18 82/13 95/20
 95/23 108/1 109/18 124/13
 146/24 147/6
longer [6]   19/4 47/11
 58/5 58/5 60/19 61/14
look [13]   8/23 9/21 17/9

 17/11 18/4 38/19 42/24
 44/6 69/7 69/8 127/15
 129/25 130/5
looked [4]   29/12 50/5
 122/21 149/18
looking [6]   13/8 24/13
 38/16 45/3 110/18 144/25
looks [8]   11/5 14/13 16/1
 17/10 59/17 74/3 101/23
 145/5
lost [3]   35/23 125/25
 130/22
lot [11]   14/22 17/16 25/1
 25/2 26/7 26/23 30/15
 36/19 76/11 131/6 144/13
lots [1]   38/8
Louisiana [1]   109/15
loved [1]   138/8
Loving [13]   106/21 106/24
 107/1 107/7 107/21 107/24
 108/5 108/7 108/10 108/14
 109/2 117/22 117/24
low [2]   30/8 64/6
lower [3]   61/15 64/13
 84/25
Luis [4]   44/21 123/23
 124/6 154/9
Luncheon [1]   153/2

M

ma'am [15]   42/11 60/13
 76/21 77/12 78/23 79/25
 82/1 82/24 83/25 84/17
 88/15 96/23 97/16 111/3
 127/15
machine [1]   3/9
made [7]   17/24 19/17 32/3
 114/12 118/14 120/10
 138/11
maiden [2]   21/15 22/10
mail [43]   47/7 58/11
 58/12 58/16 58/21 58/22
 61/6 61/9 85/6 93/25 94/3
 94/6 94/10 94/14 94/18
 94/21 94/23 94/24 95/2
 95/5 95/8 95/9 95/11
 95/24 99/16 129/13 129/18
 129/23 130/3 131/18
 132/23 133/9 136/5 136/7
 136/10 136/11 136/20
 136/21 136/21 137/22
 138/6 140/18 140/19
mail-in [13]   129/23 130/3
 131/18 132/23 133/9 136/5
 136/7 136/10 136/11
 137/22 138/6 140/18
 140/19
mailed [4]   94/19 95/18
 95/21 96/5
mailing [3]   47/9 94/16
 96/2
mails [2]   34/8 80/16
main [4]   29/18 147/20
 148/7 148/16
maintain [1]   106/7
maintained [1]   82/25
maintenance [4]   83/8
 83/11 83/18 106/8
major [2]   18/10 125/9
majority [4]   7/5 39/1
 58/24 111/16

make [17]   4/23 32/13
41/13 44/11 51/9 51/22
71/1 73/21 92/15 102/1
102/8 112/18 119/5 139/3
147/12 149/23 152/11
makes [4]   10/3 53/24
116/25 117/12
making [1]   7/19
male [3]   22/19 23/3 133/5
malfeasance [1]   118/8
mall [1]   147/14
man [4]   13/17 63/25
128/20 150/1
manage [2]   52/24 53/1
managed [1]   130/13
Management [1]   48/6
manager [1]   121/8
mandates [1]   105/2
mandatory [3]   10/4 12/13
38/5
many [18]   19/2 48/17 55/2
55/5 56/9 57/8 58/22 66/3
66/12 66/14 76/8 82/9
102/6 110/16 116/18 117/4
144/21 144/23
map [13]   31/9 31/20 54/7
54/16 54/17 55/20 105/7
105/22 106/4 106/11 109/8
127/15 144/25
Maranzano [2]   4/8 42/3
MARANZO [1]   2/7
March [1]   66/22
margin [2]   64/19 65/4
margins [2]   64/14 65/1
Marion [2]   18/1 18/11
Mark [1]   44/20
marked [3]   47/10 74/20
89/17
married [3]   21/14 21/16
21/19
Mary [4]   21/17 21/18
21/20 22/1
mass [4]   58/11 58/12 61/6
85/6
match [27]   8/17 16/11
16/12 17/19 18/10 19/21
20/12 20/14 20/18 24/7
24/9 24/15 29/11 29/24
30/18 52/15 53/15 62/20
70/11 70/11 71/11 71/13
71/17 84/15 91/2 91/6
91/9
matched [6]   18/16 66/20
66/20 66/21 73/20 116/7
matches [2]   66/9 68/2
matching [10]   16/8 22/15
23/8 23/16 24/13 24/21
28/12 28/16 70/15 70/20
matter [12]   6/4 15/22
16/13 17/1 59/25 60/22
130/5 132/3 134/1 148/3
149/24 155/6
matters [1]   129/2
MATTHEW [3]   2/1 4/5 5/12
may [52]   5/6 8/14 9/16
10/19 10/20 11/3 13/12
13/22 14/7 14/19 14/20
17/23 40/6 41/16 41/22
45/16 50/5 51/16 51/17
63/6 66/15 66/16 67/14
89/11 89/15 89/18 97/7
98/18 99/1 99/20 107/6
107/6 109/11 110/5 110/12
118/15 123/24 123/25
140/9 141/24 143/7 148/1
149/24 149/25
maybe [9]   13/24 13/24
37/16 78/19 129/22 132/15
137/8 143/8 152/17
McAllen [2]   124/25 125/1
McGeehan [5]   78/11 78/13
78/20 78/24 113/8
MCKENZIE [5]   2/2 4/6 5/12
123/18 154/9
McMullen [6]   127/12
127/19 127/24 128/7 128/7
144/25
me [39]   16/9 26/21 36/23
37/6 41/18 42/6 47/12
61/24 64/9 70/7 73/13
73/14 74/14 74/22 75/20
88/4 98/23 101/11 106/10
125/12 125/23 126/8
126/11 126/13 126/14
126/16 128/19 130/14
132/21 133/4 134/12
137/14 139/23 140/17
141/7 142/19 148/22
150/18 155/4
meal [1]   130/20
mean [20]   16/6 32/1 37/13
50/13 56/11 72/1 72/4
93/16 96/11 99/25 106/11
110/21 116/2 132/12
132/19 134/25 138/18
141/12 141/13 148/5
meaning [1]   75/21
means [7]   13/13 50/15
50/18 61/12 83/11 96/5
106/6
meant [2]   47/15 135/1
measurably [1]   40/4
measure [3]   13/3 139/6
140/4
measures [1]   43/23
mechanisms [1]   103/3
meet [3]   42/14 43/6
126/13
melds [1]   131/3
member [8]   5/20 6/21
27/15 62/5 62/7 87/11
145/21 152/12
members [2]   6/19 151/19
membership [2]   30/21 41/3
memory [1]   89/9
men [3]   13/16 22/20 23/5
mental [2]   84/5 128/25
mentally [2]   80/5 84/13
mention [2]   5/17 5/19
mentioned [7]   12/25 13/11
16/21 51/14 119/8 120/3
146/13
MEREDITH [3]   2/6 4/7 42/2
merely [1]   142/3
method [1]   18/15
methodological [1]   13/2
Mexican [1]   151/19
Mexico [8]   26/25 27/5
Mickey [1]   151/24
middle [4]   24/2 35/19
36/20 69/3
might [19]   9/20 10/19
10/23 13/25 14/3 14/4
20/22 21/9 21/15 24/2
24/16 27/22 30/19 31/13
95/18 95/21 95/21 119/5
131/9
mild [1]   36/13
miles [5]   27/15 146/21
147/1 147/1 147/1
military [5]   17/8 63/3
89/2 89/19 89/19
Miller [1]   42/5
million [17]   18/23 20/8
21/3 21/25 22/25 26/9
29/21 42/19 43/2 53/7
72/13 72/16 72/21 85/2
85/4 122/16 122/25
millions [1]   40/19
mind [2]   59/6 132/2
mine [1]   135/18
minimum [1]   104/21
miniscule [1]   10/18
minorities [7]   33/11
33/14 34/2 35/3 35/4
35/15 145/17
minority [15]   6/19 6/22
15/17 30/21 31/10 32/20
39/5 41/3 42/21 43/3
43/15 43/17 123/5 145/23
152/13
minute [2]   76/2 98/23
minutes [6]   75/24 76/3
149/11 149/11 152/18
152/19
MISCELLANY [1]   154/14
misconduct [1]   128/24
misdemeanor [1]   128/23
mismatch [2]   22/2 23/23
mismatches [2]   21/11
23/20
missing [4]   63/12 63/15
63/16 63/21
misspoke [1]   150/2
MITCHELL [3]   2/1 4/4 5/15
mixed [1]   113/23
modest [2]   11/25 12/6
mom's [1]   108/7
moment [1]   109/11
Monday [2]   1/5 104/5
money [4]   34/23 36/21
138/5 147/10
Montgomery [1]   114/21
months [2]   105/13 105/19
more [32]   9/9 9/9 9/9
21/11 21/12 23/21 23/23
27/23 33/9 34/1 36/13
36/20 42/22 43/22 53/24
64/2 64/25 67/17 73/19
75/15 85/16 87/1 104/22
108/9 108/21 109/10 113/9
117/12 121/15 137/4
139/19 145/16
moreover [1]   30/7
Morgan [1]   43/9
morning [9]   4/11 41/22

morning... [7]   44/14
45/20 76/17 76/18 112/1
123/16 123/17
MORTARA [14]   1/19 4/6
4/21 5/2 5/8 21/20 22/2
41/11 50/23 51/4 51/9
116/25 154/6 154/17
Mortara's [1]   116/4
most [22]   5/24 6/5 7/1
7/18 12/21 39/3 39/20
39/25 53/4 53/6 53/6
61/12 85/25 91/20 106/3
106/5 106/10 109/7 109/9
119/7 137/16 152/4
mostly [1]   27/20
motion [1]   70/2
motivated [2]   43/7 43/12
motivation [1]   38/7
motive [1]   36/2
Motor [1]   47/17
Mouse [1]   151/24
move [9]   22/1 43/16 72/8
85/21 85/23 108/5 108/13
113/19 144/2
moved [19]   19/3 30/1 30/4
53/24 58/18 58/23 59/7
60/5 61/18 61/20 61/25
62/2 84/18 85/8 86/5
117/13 119/21 124/25
130/25
moves [2]   55/17 61/21
movie [1]   152/8
moving [6]   16/18 24/2
68/19 100/15 142/5 149/10
MR [11]   5/2 44/13 64/6
73/4 74/5 134/3 143/22
154/6 154/7 154/9 154/17
Mr. [47]   4/21 41/4 41/11
45/20 47/15 47/21 50/23
51/4 51/9 54/15 55/8
56/23 59/11 59/23 61/3
62/9 63/22 65/10 68/13
69/6 69/14 70/9 72/11
72/23 73/2 73/16 74/8
74/16 74/21 74/23 74/25
75/11 76/17 77/6 97/11
97/24 99/5 109/24 112/6
116/4 116/25 141/22
148/22 149/4 152/18
152/24 152/24
Mr. Aliseda [1]   141/22
Mr. Freeman [5]   148/22
149/4 152/18 152/24
152/24
Mr. Hughes [1]   41/4
Mr. Ingram [31]   45/20
47/15 47/21 54/15 55/8
56/23 59/11 59/23 61/3
62/9 63/22 65/10 68/13
69/6 69/14 70/9 72/11
72/23 73/2 73/16 74/8
74/16 74/25 75/11 76/17
77/6 97/11 97/24 99/5
109/24 112/6
Mr. Ingram's [2]   74/21
74/23
Mr. Mortara [6]   4/21
41/11 50/23 51/4 51/9
116/25

Mr. Mortara's [1]   116/4
Mrs. [1]   78/13
Mrs. McGeehan [1]   78/13
MS [7]   42/13 75/20 78/24
113/8 154/7 154/18 154/19
Ms. [3]   41/17 76/13 78/20
Ms. McGeehan [1]   78/20
Ms. Westfall [1]   41/17
Ms. Westfield [1]   76/13
much [19]   15/10 21/6
26/20 27/18 28/2 31/23
41/21 42/7 44/9 45/8
64/14 93/17 111/25 123/12
127/11 127/25 138/17
138/19 143/16
multiple [2]   13/10 120/10
municipal [2]   64/13
130/10
must [24]   6/19 80/1 80/4
81/8 82/19 82/25 83/3
84/12 85/18 86/1 86/4
86/12 90/10 91/2 91/7
91/9 91/23 94/23 95/8
96/2 96/5 101/9 106/9
115/17
mustn't [1]   86/3
MVRA [1]   47/15
my [57]   4/12 4/13 5/10
7/1 11/2 12/23 16/14
20/23 20/24 21/17 21/17
21/18 33/7 37/7 38/11
38/21 39/19 41/4 44/17
45/22 60/6 62/12 65/22
74/12 74/13 75/2 78/9
88/4 88/24 95/9 98/21
112/1 112/25 113/6 119/3
124/6 124/25 125/12
127/21 128/5 130/19
131/15 131/17 135/19
137/14 137/16 142/7
143/15 143/16 144/23
147/4 147/11 149/17
151/22 152/1 152/10 155/3
myself [2]   26/21 129/8

**N**

name [64]   8/14 20/19
20/20 20/24 21/11 21/14
21/15 21/16 21/17 21/19
22/2 22/6 22/6 22/15 23/8
23/21 23/21 23/24 23/24
24/1 24/1 24/2 24/2 24/3
25/12 25/18 45/22 45/25
47/3 59/2 68/2 68/2 69/2
69/3 69/4 72/23 73/17
73/25 74/2 74/5 74/9 74/9
75/4 80/22 81/2 81/2 83/3
86/9 91/3 91/3 91/6 91/7
91/8 91/15 91/23 92/7
92/18 92/19 93/5 93/6
112/1 121/17 121/20 124/6
names [15]   22/10 22/10
23/23 24/16 48/21 66/20
68/6 68/21 69/17 73/14
83/19 121/19 121/25 122/3
127/17
NANCY [3]   2/19 4/10 44/18
NAPIER [3]   2/3 4/5 5/12
narrow [7]   100/1 100/2
100/8 100/10 103/21
103/23 103/24

national [8]   40/10 47/16
83/23 113/21 113/22 114/1
114/5 137/4
nationals [2]   56/23 57/2
22/19
nationwide [2]   12/13
22/19
natural [1]   103/13
naturalizing [1]   27/20
nature [4]   54/5 70/7
111/4 111/5
Naval [1]   125/15
Navy [3]   125/13 143/14
151/23
Neal [1]   65/3
necessarily [5]   27/16
32/23 32/25 63/6 92/5
necessary [1]   147/21
ned [1]   139/12
need [19]   7/19 20/3 27/8
27/16 31/25 46/23 46/25
47/1 47/3 70/20 73/7
73/18 74/22 92/9 108/3
108/12 133/4 139/12
142/12
needed [2]   32/19 63/7
needs [4]   27/10 47/25
95/14 101/13
negligence [1]   118/8
neighboring [1]   128/6
neighbors [3]   26/25 128/7
128/7
neither [6]   6/16 36/24
41/1 64/20 64/21 155/7
nepotism [1]   137/10
neutral [1]   31/20
never [4]   43/16 67/9 77/3
77/25
new [15]   3/3 3/4 3/4 41/8
52/11 58/14 64/23 85/15
85/17 86/1 86/4 90/20
107/2 114/13 137/7
news [2]   10/25 12/8
Newton [1]   109/18
next [10]   11/16 14/2
22/17 55/18 86/9 91/19
109/18 120/2 123/20
127/12
nexus [1]   31/2
nickname [1]   68/25
nicknames [2]   22/10
121/19
night [1]   73/1
nine [10]   20/8 20/10
20/13 21/2 21/22 22/13
23/9 66/9 106/13 110/17
ninety [3]   57/7 106/1
146/25
ninety-four [1]   57/7
NJ [1]   2/14
no [128]   1/4 8/7 8/21
9/17 10/13 10/15 11/2
11/23 11/24 12/1 12/18
14/13 14/14 15/1 15/9
15/12 15/13 16/2 17/14
17/23 18/12 19/3 19/16
19/17 19/19 21/2 21/10
24/6 24/7 24/15 26/1
26/15 27/17 28/4 28/8
28/22 28/25 29/1 29/3
29/4 29/13 30/9 30/13

**no...** [85]  30/16 31/22
  32/5 32/6 33/2 34/13 36/1
  36/14 36/21 37/9 37/11
  37/12 37/23 43/25 47/11
  49/14 50/2 50/14 50/21
  53/11 55/21 55/23 58/5
  58/5 60/16 61/23 62/25
  65/8 67/7 69/19 74/15
  75/15 77/1 77/9 77/12
  77/15 77/18 80/24 86/25
  87/8 87/24 90/23 92/17
  93/10 93/11 93/14 94/20
  98/8 98/14 101/14 106/13
  110/21 110/22 111/3
  111/24 117/11 120/18
  120/21 121/1 121/11 122/1
  123/2 123/11 126/6 129/8
  129/8 130/9 132/14 133/14
  134/22 134/25 137/20
  139/7 140/6 140/7 141/22
  142/7 144/16 146/6 147/17
  151/10 151/14 152/15
  152/16 154/15
**nobody** [5]  10/18 10/20
  13/22 37/1 150/9
**nominee** [3]  120/5 120/11
  120/15
**non** [24]  11/7 12/23 23/24
  57/4 58/15 61/1 63/4
  81/13 86/13 88/7 88/16
  89/11 89/14 89/18 89/21
  90/16 90/21 92/25 141/1
  141/6 142/2 142/21 142/22
  144/13
**non-citizen** [1]  89/11
**non-citizens** [10]  88/16
  89/14 89/18 89/21 141/1
  141/6 142/2 142/21 142/22
  144/13
**non-expired** [2]  90/16
  90/21
**non-photo** [3]  81/13 86/13
  92/25
**none** [2]  30/9 110/6
**normally** [3]  71/13 137/23
  137/25
**north** [2]  64/16 127/2
**not** [226]
**notation** [1]  86/9
**notches** [1]  107/2
**note** [5]  16/14 41/12
  43/14 44/10 144/7
**notes** [1]  155/4
**nothing** [4]  7/6 23/12
  32/8 123/4
**notice** [4]  57/20 58/19
  79/4 85/9
**notifies** [1]  52/5
**November** [1]  10/9
**novo** [1]  70/1
**now** [57]  9/23 14/22 18/5
  19/9 21/6 21/21 25/1
  25/14 26/6 26/20 27/11
  27/21 29/14 35/23 39/12
  39/19 40/14 44/10 47/21
  48/17 48/18 50/10 51/21
  59/23 67/22 69/20 75/6
  76/3 90/9 90/15 91/13
  100/7 102/8 106/16 109/6

**number** [39]  8/1 9/9 10/18
  17/22 18/18 20/11 20/15
  21/2 21/9 29/7 47/5 47/6
  48/19 50/4 56/1 56/2 56/3
  56/16 57/25 57/25 58/1
  58/3 59/20 59/21 62/19
  62/19 63/14 63/16 65/24
  66/10 73/17 83/5 84/24
  97/17 97/20 109/24 115/24
  151/9 151/12
**numbered** [2]  58/13 85/3
**numbers** [13]  10/14 20/13
  20/18 22/14 23/10 26/20
  27/13 27/18 56/12 56/14
  65/17 66/20 84/21
**NVRA** [8]  46/20 83/23 84/1
  84/7 113/19 113/20 114/12
  117/11
**NW** [3]  2/10 2/20 3/7
**NYU** [1]  39/21

**O**

**O-S** [1]  133/6
**OAG** [1]  110/25
**Oak** [5]  127/12 127/19
  127/24 128/6 128/8
**oath** [2]  19/9 24/13
**object** [3]  69/25 141/18
  141/18
**objection** [19]  49/13
  69/10 69/22 70/4 72/24
  103/9 126/18 131/21
  133/20 133/21 139/10
  139/13 139/14 139/18
  143/21 144/7 145/12
  147/22 148/21
**obligation** [3]  115/9
  141/22 141/24
**observe** [1]  77/3
**observed** [1]  6/15
**obtain** [13]  7/17 7/25
  33/9 34/1 34/17 34/23
  34/24 87/6 87/14 89/12
  89/15 89/19 146/2
**obtained** [2]  130/9 140/14
**obtaining** [2]  139/4
  145/23
**obvious** [4]  21/12 23/17
  26/18 66/24
**obviously** [1]  104/22
**occupation** [3]  45/23 46/4
  124/8
**occurred** [1]  103/14
**occurs** [1]  47/2
**odd** [4]  58/13 59/20 63/18
  65/4
**odds** [3]  102/9 102/10
  109/5
**off** [1]  88/24
**offer** [3]  7/10 120/1
  151/15
**offering** [2]  131/22
  131/23
**office** [17]  2/3 5/11 46/6

**officer** [1]  125/14
**offices** [3]  104/11 104/14
  104/19
**official** [7]  1/6 3/5
  49/20 61/13 82/19 95/25
  128/24
**officially** [1]  113/5
**officials** [8]  63/21 64/4
  106/7 117/9 118/4 126/10
  126/10 138/23
**offline** [6]  52/16 52/19
  53/7 53/8 53/9 53/12
**often** [4]  21/11 23/23
  85/23 90/7
**oh** [5]  58/23 134/23
  134/25 149/12 149/13
**okay** [34]  5/1 16/22 28/14
  29/8 29/9 34/22 36/10
  37/19 54/13 100/15 101/25
  107/4 107/10 108/16
  109/20 114/25 119/4
  132/15 132/21 139/17
  139/24 140/6 140/16 149/2
  149/9 150/5 150/13 150/14
  151/2 151/6 152/19 152/20
  152/21 153/1
**old** [10]  54/24 74/12
  76/10 85/16 90/17 90/22
  90/24 124/25 135/22
  135/24
**older** [1]  94/5
**olds** [1]  34/10
**once** [1]  64/2
**one** [98]  3/3 5/24 8/7
  9/17 10/15 11/11 11/2 11/6
  11/17 11/22 12/4 12/5
  12/18 13/2 14/6 14/14
  15/1 15/2 15/3 15/9 15/10
  17/17 21/15 23/17 23/25
  24/1 24/3 24/5 25/23 26/2
  26/5 26/23 28/9 29/15
  30/14 30/16 38/11 38/12
  40/15 43/16 45/24 46/11
  50/4 56/10 59/17 60/24
  64/20 64/21 64/22 66/22
  67/6 73/9 85/2 85/16 93/8
  98/23 102/16 102/22 103/1
  103/3 105/16 107/1 107/5
  109/11 109/13 109/14
  109/15 113/2 115/7 116/10
  117/21 119/14 121/2
  122/10 125/24 127/6 127/8
  128/3 129/17 130/11
  130/19 131/10 131/10
  131/18 133/18 134/7
  135/17 135/19 136/1 138/4
  138/8 138/13 138/17
  138/22 143/7 145/9 146/1
  146/5
**one-third** [2]  26/2 26/5
**ones** [3]  27/20 66/9
  110/21
**online** [5]  52/16 52/19
  52/25 53/5 53/6
**only** [26]  11/6 15/25
  17/10 20/18 23/7 42/24
  50/4 54/11 57/15 72/6

only... [16]   88/10 94/2
  100/8 103/6 103/16 103/21
  104/18 108/23 114/25
  115/7 119/4 135/23 138/13
  142/7 144/15 145/7
oOo [1]   153/3
open [6]   104/11 104/11
  104/14 104/20 104/22
  105/4
opening [11]   4/23 5/2
  41/14 41/25 42/13 44/4
  44/11 44/13 154/17 154/18
  154/19
operates [1]   39/3
opinion [8]   18/6 18/9
  19/8 108/3 108/4 112/22
  112/23 112/25
opinions [1]   147/24
opportunity [5]   87/1
  91/18 92/4 92/7 152/3
opposed [1]   13/9
opposite [1]   26/22
opposition [4]   36/22
  43/17 127/13 128/20
opt [2]   57/13 104/22
option [1]   47/4
options [1]   102/24
oral [1]   44/7
order [6]   48/1 70/2 79/9
  87/4 116/17 150/7
ordered [1]   142/9
ordinarily [1]   38/25
organized [1]   122/9
other [37]   11/9 11/23
  14/20 14/24 14/25 20/9
  24/1 24/6 28/25 35/21
  35/24 36/5 36/22 46/22
  50/8 63/24 69/8 76/12
  81/5 94/20 98/8 98/14
  103/19 104/3 106/20 109/2
  114/10 114/19 116/10
  117/20 119/6 119/16
  121/19 122/3 129/9 132/14
  138/5
others [4]   21/11 34/10
  121/22 121/23
otherwise [6]   73/7 86/23
  87/6 87/14 139/19 155/10
ought [2]   113/2 118/10
our [26]   5/9 5/20 20/1
  20/2 20/5 20/7 20/7 21/23
  22/22 22/24 23/9 24/24
  26/25 27/6 28/1 29/21
  30/13 32/5 35/8 44/16
  46/14 62/16 62/20 70/2
  113/14 126/24
ours [1]   9/10
out [65]   8/7 11/13 11/22
  11/23 11/25 12/2 12/3
  12/6 12/22 12/24 13/3
  13/9 13/10 13/20 18/21
  19/3 20/22 21/8 23/22
  25/8 28/9 28/11 30/4
  31/24 38/14 40/6 40/11
  44/22 46/13 50/7 54/2
  57/13 58/11 58/12 61/6
  61/15 61/19 61/20 61/21
  61/25 62/2 64/13 74/18
  85/6 85/14 86/14 94/16

107/24 114/12 116/4
  127/16 129/10 131/18
  133/8 133/10 135/21 137/6
  137/8 137/8 138/25 139/1
  140/12
outcome [1]   155/10
outset [1]   24/22
outside [2]   86/5 138/7
over [36]   5/24 7/22 15/7
  15/8 18/25 20/3 21/23
  23/9 27/8 40/2 43/17
  43/22 46/8 47/1 54/21
  55/2 55/5 55/6 55/7 55/12
  60/24 61/2 64/19 73/23
  82/11 82/12 105/13 109/7
  109/14 109/15 128/24
  128/25 135/22 135/23
  136/2 137/25
overall [2]   22/25 28/4
override [1]   41/8
overseas [1]   96/4
overturn [2]   120/22
  135/25
overwhelming [1]   27/2
overwhelmingly [2]   27/2
  39/17
own [7]   18/25 38/21 40/11
  53/1 117/24 122/21 142/10

P

P-O-L-I-T-Q-U-E-R-A-S [1]
  133/5
P-R-O-C-E-E-D-I-N-G-S [1]
  4/1
P.C [1]   2/16
p.m [1]   153/2
page [6]   9/15 97/12 97/20
  97/21 99/6 154/15
pages [1]   155/3
paid [2]   129/3 129/4
Palenchar [1]   1/21
Pan [1]   125/5
paper [1]   12/5
papers [6]   11/23 11/25
  12/2 14/23 15/6 44/3
paragraph [1]   14/2
pardon [1]   118/24
Pardons [2]   125/24 143/17
parents' [1]   62/4
Parole [2]   125/24 143/18
part [21]   11/8 20/15
  20/16 21/1 22/13 23/8
  43/7 43/12 49/18 68/9
  70/16 72/2 87/17 96/24
  97/1 105/10 129/7 134/9
  135/18 151/8 151/11
part's [1]   92/13
part-time [1]   129/7
participant [1]   138/3
participated [2]   109/25
  110/13
particular [2]   43/8 133/1
particularly [2]   31/1
  40/20
parties [8]   8/19 42/7
  97/14 126/6 126/7 126/16
  138/20 155/8
partisan [1]   112/17
partly [1]   85/5
partner [1]   41/4

party [11]   4/19 4/19 25/9
  26/4 28/13 31/18 40/6
  126/1 126/12 126/12
  128/18
Paso [3]   27/3 27/6 27/10
pass [4]   27/4 147/9 152/8
  152/16
passage [1]   77/15
passed [11]   32/2 32/2
  35/13 39/10 47/17 57/11
  113/6 113/14 114/13 123/4
  129/22
passes [1]   62/7
passing [3]   35/14 37/24
  66/2
passport [7]   17/7 17/13
  26/19 27/9 27/11 89/6
  90/21
passports [1]   27/12
past [2]   105/4 149/9
PATRICK [3]   2/2 4/4 5/11
Pause [3]   16/10 47/13
  98/25
pay [5]   63/4 65/6 92/22
paycheck [1]   82/6
Peachtree [1]   2/20
Peer [3]   8/10 9/12 14/12
penalty [1]   80/1
pending [2]   68/18 114/3
Pennsylvania [2]   2/10
  41/7
people [95]   8/1 9/7 9/8
  9/9 10/21 10/24 11/6 11/9
  12/12 12/17 13/8 14/4
  18/24 18/25 19/2 19/14
  20/19 21/3 21/11 21/25
  22/13 22/22 23/1 23/9
  25/5 25/24 26/2 26/10
  27/20 28/14 28/23 29/2
  29/3 29/19 29/19 29/23
  30/1 30/1 30/5 30/7 31/17
  32/19 33/9 34/9 34/13
  35/2 35/2 40/12 40/23
  48/22 49/11 49/25 50/21
  51/23 54/23 56/9 57/8
  57/25 58/1 58/4 58/8
  58/22 61/12 65/24 66/15
  66/19 70/12 76/12 79/8
  79/12 100/12 107/14
  107/16 108/23 110/13
  110/16 110/19 118/2
  120/13 128/16 131/15
  131/20 133/3 133/8 134/17
  135/22 135/23 142/2
  142/22 143/11 144/21
  146/23 151/23 151/25
  152/5
people's [2]   25/17 63/24
percent [54]   10/3 10/12
  10/12 10/13 10/15 11/7
  11/17 13/15 13/18 13/19
  13/21 20/7 20/9 20/10
  20/13 20/17 22/12 22/18
  22/19 22/24 23/3 23/3
  23/9 24/14 26/13 35/2
  35/3 40/2 50/6 54/23
  54/25 55/2 55/5 55/6
  55/10 55/12 58/24 59/7
  59/8 59/9 60/25 61/1 61/2
  98/14 106/1 106/14 106/21

percent... [7]   109/7
 136/3 144/24 145/1 145/5
 145/7 145/7
percentage [1]   54/19
perception [2]   38/1
 112/18
perfectly [2]   70/20
 142/14
perform [2]   15/23 70/10
performed [2]   67/14 72/12
perhaps [4]   39/25 110/12
 110/19 138/2
period [5]   90/19 94/13
 102/11 104/24 105/13
perjury [1]   80/2
permanent [1]   89/11
permission [2]   36/16
 59/14
permit [1]   17/6
permitted [1]   88/13
perpetrator [1]   138/18
persist [1]   42/24
person [42]   18/24 55/17
 57/18 58/18 63/7 64/5
 66/3 67/15 68/1 69/1
 79/23 81/5 81/12 93/22
 95/2 95/5 96/18 99/14
 99/15 99/15 99/18 99/20
 107/21 107/22 111/9
 111/23 115/6 115/16 116/8
 120/11 120/12 120/14
 130/19 136/5 136/10
 136/13 140/3 140/18
 140/21 140/22 142/1
 147/19
person's [2]   88/6 133/11
personal [5]   49/14 89/2
 112/23 112/25 134/4
personally [4]   57/1 113/4
 126/16 146/4
persons [18]   49/9 52/5
 52/10 52/15 57/3 57/13
 96/9 96/13 98/6 98/11
 99/10 99/10 99/12 100/4
 100/8 103/19 103/20
 111/14
perspective [1]   101/23
pertains [1]   56/12
phenomenon [1]   23/12
phonetic [1]   121/24
photo [68]   6/2 6/4 6/5
 7/6 7/8 7/11 7/13 7/17
 8/5 8/8 8/20 9/8 9/16
 9/18 10/4 10/5 10/17
 10/20 10/22 10/23 12/7
 12/13 13/20 15/4 17/2
 18/2 22/6 23/6 33/9 34/7
 34/11 34/14 34/15 34/20
 38/2 38/5 39/6 39/10
 40/13 40/21 41/6 63/2
 63/4 68/2 78/25 81/13
 81/13 86/13 86/13 87/21
 88/3 88/7 88/20 89/3
 89/23 90/21 91/4 92/24
 92/25 93/24 96/9 96/13
 99/23 101/9 118/16 118/21
 122/11 151/21
photograph [3]   7/21 17/8
 17/8
photographed [1]   103/9
phrase [1]   117/2
physical [1]   94/8
picture [3]   90/16 90/19
 90/20
pie [7]   20/16 20/17 21/1
 21/22 22/13 23/9 24/14
piece [5]   52/2 58/16
 58/20 58/22 112/23
pieces [2]   67/9 67/11
PILGRIM [2]   3/5 155/12
pink [3]   54/22 54/24
 106/5
place [10]   6/8 29/1 64/1
 85/16 85/17 107/21 118/3
 130/25 138/15 138/25
placed [1]   125/23
places [2]   32/19 130/20
Plaintiff [5]   1/4 1/19
 45/12 123/23 154/3
plaintiff's [20]   8/9 8/10
 9/13 9/23 12/9 12/16 14/1
 18/9 47/10 47/11 47/21
 47/23 54/11 54/12 55/25
 59/13 68/10 68/11 72/7
 74/21
plaintiffs [1]   4/4
plan [1]   87/2
planks [1]   127/5
plans [1]   122/10
platform [3]   127/4 127/5
 127/7
PLATTS [3]   2/6 4/7 42/2
Plaza [1]   3/3
please [13]   5/7 37/20
 41/17 41/22 45/9 45/17
 47/12 52/22 68/20 99/3
 124/1 124/4 124/21
pled [1]   138/4
plenty [1]   73/2
plus [2]   23/3 23/4
point [11]   11/22 32/10
 35/11 45/14 102/24 103/18
 116/25 117/12 127/16
 131/17 141/19
points [1]   31/25
polarized [3]   31/16 31/16
 31/22
pole [1]   87/22
poles [1]   85/12
police [3]   64/5 129/24
 138/20
political [6]   25/9 39/25
 42/17 129/25 132/10 133/2
politician [1]   136/17
politiqueras [2]   133/4
 135/13
politiqueros [2]   133/4
 135/12
Polk [4]   109/9 109/13
 109/14 109/22
poll [14]   22/9 90/3 90/13
 91/2 91/11 91/22 92/18
 93/13 93/15 93/18 102/7
 108/21 109/3 139/1
polling [11]   6/8 29/1
 64/1 77/3 85/16 85/17
 107/21 130/20 130/25
 138/15 138/25
polls [17]   6/1 9/8 10/20
 10/21 10/24 11/19 14/15
photographed [1]   103/9
in 14/19   14/19   15/2
16/3   82/9 86/7 87/21
88/6 96/3
poor [7]   32/19 33/11 34/3
 35/2 35/2 35/4 147/5
poorer [1]   33/9
pop [1]   74/5
popular [3]   5/24 39/9
 39/17
population [13]   27/1
 27/18 43/15 54/19 54/20
 54/20 55/1 106/22 107/11
 107/18 109/10 122/5
 122/17
populations [3]   108/20
 109/3 109/8
portion [6]   9/5 46/13
 58/16 63/19 72/21 106/16
pose [1]   53/25
posing [1]   7/20
position [14]   32/1 76/22
 78/3 113/12 113/13 113/15
 113/15 113/16 119/12
 124/21 125/20 129/3 129/6
 129/7
positions [2]   121/11
 121/12
Posner [1]   44/20
possession [5]   15/18 16/1
 25/5 28/5 28/20
possibilities [2]   14/10
 14/12
possibility [4]   13/2
 14/18 24/21 111/15
possible [6]   14/1 24/9
 111/11 111/12 111/13
 128/20
post [2]   46/12 54/2
postcard [2]   101/1 101/15
posted [1]   68/7
postman [1]   133/11
potato [1]   129/25
potential [3]   67/19 79/12
 147/19
potentially [3]   43/1
 72/16 144/22
poverty [4]   32/22 35/5
 36/6 36/7
power [2]   39/6 137/10
practice [4]   60/2 135/15
 143/11 143/16
practices [1]   116/18
practicing [4]   143/10
 143/10 143/13 143/14
pre [2]   66/21 66/22
precinct [7]   59/21 62/12
 85/18 86/1 86/4 86/5 86/6
precise [1]   134/13
precisely [1]   19/10
preclear [1]   10/8
preclearance [12]   41/6
 43/5 67/24 68/12 68/17
 69/21 70/3 70/5 70/16
 70/24 71/3 71/6
precleared [2]   62/16
 68/14
predecessor [1]   113/8
prefer [1]   97/1
preferred [1]   43/17
prejudiced [1]   144/1
prepare [1]   54/7

Case 2:13-cv-00193   Document 814-19 Filed on 11/24/14 in TXSD   Page 179 of 190

presence [1]   11/3
present [7]   42/16 62/22
 81/12 87/21 101/2 118/21
 119/13
presentation [1]   89/4
presented [2]   70/21 91/6
presents [2]   69/16 92/1
president [3]   103/13
 126/13 126/13
presidential [2]   38/4
 116/13
pretext [1]   38/7
pretrial [1]   44/3
pretty [5]   52/14 56/18
 126/15 129/2 129/10
prevalence [1]   67/15
prevent [5]   9/16 88/16
 89/24 94/8 119/14
prevented [2]   67/19
 118/20
previous [4]   58/15 77/22
 78/9 79/1
previously [3]   5/20 57/15
 155/6
primarily [3]   127/5
 128/23 129/20
primary [4]   51/16 55/16
 61/13 139/1
Princeton [1]   2/14
prior [4]   20/6 76/25
 95/12 130/2
private [2]   143/11 143/16
privilege [3]   141/20
 143/23 147/23
privileged [1]   141/10
pro [1]   127/7
probably [3]   115/4 119/15
 119/20
problem [11]   19/23 22/11
 29/24 30/19 32/22 32/24
 33/1 34/12 35/5 45/3 54/1
problematic [2]   17/11
 22/15
problems [8]   15/22 17/16
 20/23 29/11 43/19 63/12
 70/20 138/22
procedural [2]   40/9 43/16
procedurally [1]   101/22
procedure [2]   39/12
 117/16
procedures [2]   38/22
 38/22
proceed [3]   5/6 45/16
 70/21
proceeded [1]   17/15
proceedings [3]   3/9 76/7
 155/5
process [17]   46/21 52/2
 54/3 57/5 57/8 58/8 58/11
 58/12 61/19 62/16 62/16
 69/21 69/25 70/3 70/5
 71/7 123/7
processing [2]   80/10
 115/25
produce [2]   24/17 118/16
produced [3]   3/9 61/4
 72/22
produces [1]   28/25
Professor [51]   8/13 8/15

10/25 11/12 11/21 12/8
 13/24 14/11 14/23 16/12
 17/12 18/23 19/8 19/12
 19/23 20/12 21/3 21/8
 21/24 22/14 23/7 23/11
 23/15 24/6 24/11 25/3
 25/7 25/14 25/16 25/19
 25/21 25/24 26/3 26/5
 26/7 26/11 26/15 28/1
 29/2 29/14 29/15 29/16
 29/18 29/24 30/10 39/20
proffer [1]   70/7
program [5]   73/13 84/8
 147/7 147/9 147/12
programs [2]   84/8 147/5
progressively [1]   43/21
prohibited [9]   6/24 7/3
 8/4 15/12 15/20 16/6
 30/13 31/3 116/18
prohibits [1]   150/21
promise [2]   76/11 76/12
promoting [1]   38/1
promulgated [2]   22/9
 92/10
prong [4]   31/6 31/6 31/12
 33/21
pronouncement [1]   130/8
proof [1]   45/2
proofs [1]   44/23
proportion [4]   22/20 28/3
 106/18 106/19
proportionality [1]   25/4
proposed [3]   5/23 72/4
 104/17
proprietary [1]   25/11
prosecute [2]   137/12
 137/19
prosecuted [2]   126/8
 136/9
prosecution [2]   79/17
 111/20
prosecutions [1]   111/4
prosecutor [5]   128/23
 131/24 132/8 132/24 140/3
prospective [1]   46/23
protective [1]   70/2
proud [1]   25/6
prove [13]   6/1 6/15 6/19
 15/24 30/13 44/25 71/18
 72/3 79/20 81/13 99/16
 99/23 138/4
proved [3]   28/10 138/5
 138/7
proven [1]   120/19
proves [2]   8/7 15/20
provide [23]   6/3 6/5 20/3
 46/23 47/3 47/5 47/9 48/1
 48/12 48/14 50/16 56/4
 56/7 56/17 56/22 57/12
 62/18 62/20 62/25 63/7
 66/11 147/25 148/5
provided [6]   57/15 59/11
 65/22 73/14 132/13 155/4
providing [3]   47/4 56/19
 101/18
proving [2]   42/15 43/7
provision [1]   98/2
provisional [11]   91/20
 91/24 92/8 101/9 102/4
 102/12 102/18 104/1 104/4

provisionally [4]   91/16
 92/6 102/8 119/20
public [4]   112/17 130/8
 141/13 152/8
publicize [4]   54/10 59/14
 68/9 74/23
published [1]   8/19
Pugh [1]   30/8
pull [1]   41/18
pulls [1]   11/13
purge [4]   51/22 52/1
 53/10 53/24
purple [1]   54/22
purport [2]   12/3 17/1
purported [1]   17/25
purportedly [1]   109/25
purporting [1]   15/16
purpose [28]   6/16 6/25
 31/6 31/22 33/22 35/12
 37/22 37/23 38/10 38/15
 40/14 40/24 41/2 43/8
 43/13 44/2 45/1 45/1
 72/22 148/11 148/14
 148/17 148/25 149/4 151/3
 151/4 151/8 151/11
purposes [7]   29/5 37/24
 38/6 57/22 61/5 74/20
 132/2
pursued [1]   43/16
put [3]   8/9 42/9 106/10
puts [2]   35/1 84/19
PX [3]   105/1 106/3 109/6

Q
quail [1]   126/14
qualify [2]   7/21 98/9
quality [1]   71/19
quarters [1]   122/24
question [43]   11/1 19/12
 19/17 23/13 32/12 33/6
 33/14 35/20 35/22 35/24
 35/25 36/21 37/7 52/22
 66/24 69/11 72/3 88/4
 92/8 101/11 101/12 139/24
 140/9 142/3 142/8 142/14
 142/14 142/18 142/20
 143/7 144/4 145/19 148/8
 148/20 149/7 149/10
 149/17 150/3 150/11
 150/13 150/15 150/25
 152/11
questioned [1]   148/4
questioner [1]   9/11
questions [9]   51/10 55/20
 69/24 70/4 75/15 111/24
 121/15 136/13 152/16
quickly [1]   105/15
quite [8]   8/19 25/6 30/5
 34/6 99/25 100/2 113/9
 144/8
quote [2]   18/6 18/7
quotes [1]   6/13

R
race [41]   6/17 18/8 24/17
 25/7 25/8 25/11 25/17
 30/20 30/22 31/3 31/4
 31/14 31/18 31/21 32/7
 32/8 33/3 33/15 33/15
 33/18 34/18 35/6 36/7

**race...** [18]   37/9 38/7
38/18 38/23 39/13 40/1
41/3 64/16 64/16 64/18
65/2 71/14 120/3 120/23
123/1 129/22 135/20
135/20
**races** [3]   16/2 112/19
129/19
**racial** [7]   25/25 28/4
31/2 32/2 34/16 145/16
152/13
**racially** [5]   15/11 31/16
31/16 31/21 43/8
**racists** [1]   129/17
**Rafael** [1]   40/16
**raised** [1]   44/2
**rampant** [4]   120/11 120/12
120/14 120/16
**ran** [10]   26/8 120/4
125/25 126/1 126/3 126/23
127/3 127/5 128/21 133/3
**ranch** [1]   146/16
**rancher** [2]   124/10 146/14
**range** [1]   44/3
**Rangers** [4]   130/4 130/7
134/16 135/6
**ranges** [1]   105/22
**rate** [5]   30/8 55/8 55/12
105/24 106/22
**rates** [4]   12/24 55/3 55/5
55/15
**rating** [1]   98/13
**re** [1]   65/7
**re-election** [1]   65/7
**reach** [1]   34/25
**reaching** [5]   29/19 29/20
29/23 39/6 39/17
**read** [1]   113/18
**ready** [4]   5/7 45/14 47/14
152/23
**real** [3]   12/2 38/7 38/19
**realistic** [1]   55/11
**realize** [1]   26/21
**really** [12]   14/6 30/14
34/6 39/15 54/3 101/24
123/4 132/13 134/25 135/2
135/3 149/24
**reason** [31]   7/24 8/3
11/14 11/16 12/19 15/11
16/4 16/7 26/22 27/19
30/9 30/12 40/9 50/8 51/7
56/6 60/6 84/2 84/5 84/8
95/9 97/1 108/4 112/18
126/15 126/17 131/19
138/19 147/20 148/7
148/16
**reasons** [8]   7/2 11/9
23/25 32/2 50/4 50/20
70/14 112/17
**rebuffed** [1]   43/23
**recall** [3]   17/24 129/13
130/23
**receive** [6]   47/7 87/16
96/2 114/20 115/11 152/12
**received** [8]   63/19 63/23
63/25 65/19 66/13 66/14
95/19 143/15
**receives** [1]   58/14
**receiving** [2]   81/8 101/13

**recent** [14]   30/7 51/13
51/14 60/21 60/24 64/14
66/1 79/12 84/25 110/1
110/3 115/5 118/13 122/7
**recently** [4]   53/14 113/25
115/25 128/9
**recess** [2]   76/6 153/2
**reckon** [1]   96/15
**recognize** [2]   8/14 42/8
**recollection** [2]   97/4
98/2
**recommendation** [1]   38/3
**recommended** [1]   38/4
**record** [7]   70/21 72/7
128/2 141/14 143/8 149/8
152/11
**recorded** [1]   3/9
**records** [6]   18/17 19/13
48/4 83/15 110/19 130/9
**recount** [1]   64/20
**recreation** [1]   130/21
**Recross** [1]   154/5
**recruited** [1]   126/11
**red** [3]   24/11 109/15
136/2
**redacted** [2]   74/20 74/23
**redirect** [2]   123/10 154/4
**redistricting** [7]   31/8
31/8 31/19 61/7 76/9
122/10 127/8
**reduce** [1]   14/7
**reduction** [5]   11/23 12/3
12/6 13/20 14/20
**refer** [3]   56/1 83/7 83/23
**reference** [1]   17/24
**referred** [2]   79/15 110/24
**referring** [2]   51/15 67/11
**reflect** [2]   14/19 47/25
**reflection** [1]   38/17
**reform** [1]   145/19
**refresh** [2]   97/4 98/2
**regard** [5]   91/12 121/13
133/22 134/5 143/24
**regarding** [3]   18/18 48/15
99/7
**region** [1]   27/1
**register** [11]   20/4 46/11
46/16 46/24 48/1 53/23
56/17 56/18 56/21 61/19
79/23
**registered** [61]   7/5 7/7
7/9 11/15 14/8 18/1 20/8
21/23 21/25 22/17 22/20
22/24 23/2 25/6 29/21
30/5 34/6 34/13 42/19
42/22 42/23 48/20 52/7
52/13 55/1 56/23 57/2
58/14 58/20 60/3 60/5
61/13 62/6 65/17 67/12
71/15 71/18 83/4 84/1
84/2 84/16 85/17 89/22
100/17 100/21 101/17
101/20 114/23 114/25
117/19 117/20 119/8
122/17 122/25 143/19
143/24 144/23 145/9
145/10 151/24 151/24
**registering** [3]   101/17
101/19 101/23
**registers** [1]   80/19
**registrants** [2]   42/25

**registrar** [23]   46/13
46/15 52/4 52/5 52/6
57/18 57/21 59/3 80/9
80/12 80/12 80/16 84/19
92/2 100/18 100/22 102/23
104/9 104/20 114/24
114/25 115/12 115/16
**registrar's** [1]   85/9
**registrars** [7]   58/17
58/19 84/12 104/11 104/24
121/18 122/2
**registrars'** [1]   104/14
**registration** [103]   17/20
18/17 19/13 19/18 20/1
20/2 20/20 21/1 21/21
22/6 22/22 23/22 24/24
46/10 47/24 48/4 48/9
48/13 48/18 48/21 52/24
53/2 53/25 54/4 54/23
55/3 55/5 55/8 55/12
55/14 55/17 55/19 56/1
58/14 59/1 59/5 59/18
60/6 61/9 62/3 62/8 63/15
64/1 67/1 68/3 71/14 80/9
80/15 80/16 80/20 80/22
81/16 82/17 83/3 83/15
83/24 87/10 87/18 91/3
91/7 92/19 92/24 93/2
93/3 93/5 93/6 93/13
100/24 105/20 106/22
108/7 113/22 114/1 114/5
114/15 114/19 114/21
115/5 115/6 115/7 115/13
115/20 115/25 116/5 116/6
116/12 116/19 117/1 117/5
117/20 119/22 122/8 122/9
123/1 123/5 123/7 123/8
136/3 144/15 144/24 145/1
145/5 152/2
**registrations** [2]   18/16
84/12
**regular** [5]   83/9 102/13
102/15 104/20 126/15
**regularly** [1]   83/15
**regulation** [6]   68/19
92/10 92/13 104/18 104/23
124/19
**regulations** [4]   22/9
105/4 122/8 122/9
**reject** [1]   119/24
**rejected** [5]   18/3 91/21
116/8 116/11 119/19
**rejecting** [1]   18/9
**rejoinder** [1]   11/2
**relate** [1]   116/18
**related** [3]   48/11 70/4
155/7
**relating** [1]   104/18
**relatives** [1]   137/9
**relevant** [4]   70/19 145/18
145/19 149/25
**reliable** [1]   70/14
**religious** [2]   102/25
103/9
**reluctant** [1]   138/1
**remarks** [2]   151/15 151/18
**remember** [2]   117/1 131/11
**remove** [4]   84/2 84/8
117/9 117/12
**removed** [2]   83/19 117/17

removing [1]   83/11
renew [1]   90/18
renting [1]   152/8
repeat [2]   139/24 149/7
repeated [1]   15/7
repeats [1]   12/11
rephrase [2]   69/11 88/4
report [17]   8/16 9/24
  11/13 18/10 22/23 39/23
  49/1 49/3 49/6 49/15
  49/17 49/20 51/8 52/9
  52/10 63/25 64/3
reported [4]   14/14 57/18
  84/13 111/22
Reporter [2]   3/5 3/5
reporting [1]   9/12
reports [3]   12/18 12/19
  63/23
represent [5]   7/22 54/18
  112/2 124/11 124/12
representative [10]   40/16
  40/16 120/4 120/20 123/21
  124/4 124/9 124/21 125/19
  132/5
Representatives [1]
  126/22
represented [1]   124/13
representing [2]   126/24
  126/24
represents [1]   54/25
republican [6]   120/4
  120/10 126/12 128/10
  131/5 145/8
Republicans [2]   39/7
  39/18
request [5]   43/4 70/2
  95/2 95/8 95/19
requested [1]   71/8
requests [1]   13/7
require [3]   22/5 31/1
  105/4
required [15]   7/20 23/8
  46/20 47/6 47/8 48/8
  56/20 57/12 81/21 88/7
  92/23 98/9 98/14 149/16
  152/14
requirement [10]   5/25
  7/16 7/25 22/14 31/21
  40/3 55/16 104/23 115/6
  151/21
requirements [14]   8/5 8/8
  8/11 8/20 14/4 32/18 38/2
  38/5 40/4 40/21 93/24
  93/24 96/9 96/13
requires [14]   22/7 31/15
  53/23 56/2 56/21 82/16
  83/8 83/14 83/18 84/7
  101/8 104/19 149/20 150/7
requitements [1]   14/7
reregister [3]   100/18
  100/22 101/14
research [11]   8/20 9/19
  11/21 12/5 12/5 14/12
  14/23 15/1 15/5 15/14
  28/13
researchers [1]   12/23
reside [3]   62/6 85/19
  111/22
residence [10]   47/7 47/8

residency [3]   108/3
  108/11 143/6
resident [1]   114/21
residential [2]   80/23
  80/25
residents [3]   89/11
  146/18 147/6
resolution [1]   116/24
resolve [1]   32/4
resource [2]   78/20 78/24
respect [5]   9/21 114/4
  117/8 138/9 144/3
respectfully [1]   75/21
respond [4]   58/2 58/22
  58/24 148/1
responded [2]   79/4 85/8
response [16]   10/19 11/13
  11/20 12/4 12/4 12/24
  16/11 30/8 39/18 43/19
  64/3 70/2 105/24 134/7
  144/4 150/24
responsibilities [1]
  128/22
responsibility [1]   127/7
responsible [2]   71/6
  90/13
rest [2]   66/22 109/10
restriction [1]   115/5
restrictions [1]   115/24
rests [1]   15/15
result [16]   12/1 15/11
  20/4 21/15 23/7 29/1 29/1
  29/3 31/3 64/7 66/8 71/16
  71/17 103/12 130/6 130/23
resulted [1]   70/11
results [6]   9/12 9/21
  9/25 14/19 23/14 30/10
resumed [1]   76/7
retrogression [1]   31/9
retrogressive [2]   42/15
  45/2
return [1]   56/15
returned [4]   46/13 58/16
  59/3 62/4
returns [1]   12/22
reveal [1]   13/6
review [8]   8/10 9/13
  14/12 49/3 66/18 70/1
  97/24 99/6
reviewed [1]   49/17
revisit [1]   92/7
rewrite [1]   44/4
Reynolds [2]   4/5 5/12
Rhoco [1]   42/3
Rhode [1]   41/6
ride [1]   147/14
right [221]
rights [4]   7/15 7/15
  47/16 113/21
Rio [1]   27/16
RISA [2]   2/8 42/4
risk [2]   13/4 139/19
river [3]   27/7 27/7 27/16
robbery [1]   138/19
ROBERT [2]   1/15 68/25
role [1]   77/15
roles [3]   79/6 84/2 118/2
roll [5]   18/8 55/17 117/8
  117/10 118/9

49/9 49/10 51/21 51/22
52/1 52/24 53/10 53/21
54/1 54/5 57/4 57/9 57/24
58/4 68/3 71/14 83/12
83/19 92/19 106/12 108/1
117/16 117/25 144/15
room [2]   93/15 93/16
ROSEMARY [1]   1/15
ROSENBERG [5]   2/12 4/10
  44/13 44/15 154/19
rosters [1]   86/6
round [1]   66/12
routine [1]   6/4
RPR [2]   3/5 155/12
rule [5]   39/2 68/7 68/12
  68/13 82/8
ruled [1]   70/1
rules [5]   20/3 39/3 103/6
  106/7 142/11
ruling [1]   114/4
run [8]   13/4 74/4 124/20
  125/20 126/9 126/21 127/4
  139/19
run-ins [1]   126/9
running [5]   29/11 108/8
  115/1 127/10 128/16
runs [6]   8/24 9/2 9/4 9/5
  31/11 114/19
rural [6]   109/9 146/11
  146/12 146/18 146/23
  147/10

S

safeguard [1]   138/10
safeguarding [1]   38/1
said [37]   7/18 9/14 10/13
  10/15 11/1 11/9 16/11
  18/5 23/15 23/16 24/12
  24/23 26/1 26/3 26/3
  26/11 29/3 30/25 31/1
  32/9 39/8 39/9 86/3 88/22
  101/14 101/14 101/15
  113/12 113/21 117/14
  122/19 141/25 142/1
  142/15 142/21 152/1 152/5
sake [1]   16/14
Saliga [1]   5/20
same [24]   6/8 19/10 19/10
  19/20 20/5 20/20 24/23
  28/22 29/11 29/23 67/10
  87/15 90/9 90/19 91/13
  93/6 93/21 101/15 102/1
  102/13 120/18 131/9
  132/11 144/8
sample [1]   25/23
San [5]   61/8 125/14 127/1
  146/25 147/15
Sanchez [1]   44/21
Sanges [1]   44/21
satisfaction [1]   28/10
saw [5]   72/23 74/8 101/1
  137/10 138/8
say [45]   6/1 9/9 9/10
  9/10 9/11 10/12 10/13
  11/20 14/17 25/12 29/22
  36/12 38/23 40/22 42/6
  46/25 50/10 57/6 58/23
  59/7 63/17 64/10 65/11
  65/24 76/8 88/21 93/12

say... [18]  100/20 108/16
109/5 111/1 111/8 111/18
127/18 130/19 131/17
136/6 139/12 141/8 141/16
141/17 146/1 148/15
148/24 150/24
saying [8]  13/9 33/24
63/7 64/11 102/7 106/13
118/22 130/8
says [20]  11/6 12/11
12/21 12/25 13/6 13/24
14/3 14/7 14/12 14/21
18/24 25/10 30/8 30/20
38/6 39/12 40/24 57/17
148/16 148/19
SB [31]  32/2 33/25 42/15
42/20 43/7 43/12 44/2
45/2 68/17 71/9 77/6
77/11 77/19 78/21 88/16
89/23 91/17 92/14 99/22
101/8 102/10 110/7 145/17
145/24 146/5 147/16
147/18 147/20 148/7
151/16 152/14
school [10]  115/20 125/1
125/9 125/10 125/11
125/12 125/13 129/19
137/6 137/7
schooling [1]  33/18
science [12]  8/4 8/7
11/21 12/10 15/14 28/7
28/15 28/16 28/17 28/21
30/7 30/16
scientific [3]  22/16
25/11 25/22
scientist [1]  42/17
score [1]  12/24
Scott [1]  1/21
scoured [1]  34/7
screen [9]  6/13 8/9 9/14
9/23 18/5 19/9 20/16
47/11 47/22
scrounge [1]  130/13
seals [2]  131/1 131/10
search [2]  73/13 74/4
searching [1]  75/6
seated [1]  123/24
second [14]  8/3 14/6
15/11 16/4 21/13 23/16
23/19 45/24 87/6 98/11
99/12 103/11 124/15
133/18
secondarily [1]  24/25
secretary [14]  22/8 46/6
51/25 52/11 52/14 53/9
59/3 61/16 63/23 67/5
104/17 112/8 113/5 129/8
section [26]  6/13 6/13
7/3 29/5 30/19 30/20
30/22 31/1 31/15 31/15
32/21 32/23 33/12 33/13
35/4 36/12 36/23 36/24
36/25 37/5 37/14 38/23
44/5 97/24 99/6 104/18
secure [1]  6/8
secured [1]  6/10
security [21]  20/9 20/10
20/13 20/15 20/17 21/2
22/14 23/10 47/6 56/3

56/12 56/14 56/16 62/19
66/10 66/20 96/19 98/6
99/11 101/3 146/22
see [25]  10/1 15/7 22/17
23/18 23/20 24/8 27/15
28/16 36/10 52/6 59/17
72/23 73/7 74/5 74/8 75/2
76/10 97/2 98/16 109/17
111/11 112/6 112/7 113/7
143/5
seeing [1]  24/11
seek [1]  44/4
seems [1]  66/24
seen [1]  118/23
segments [1]  40/7
segregated [1]  33/18
Select [2]  124/17 145/22
selecting [1]  73/15
SELLS [3]  2/8 4/10 42/2
semi [1]  152/7
semi-importance [1]  152/7
Senate [61]  6/7 6/15 6/20
6/23 7/2 7/6 7/24 8/3
8/21 10/8 15/12 17/2 17/3
22/4 22/5 22/11 26/14
28/5 37/25 38/25 39/4
39/6 39/7 39/11 39/16
40/21 41/1 67/19 67/22
69/15 77/9 77/13 77/15
77/18 79/1 88/19 90/3
90/7 90/10 91/2 91/11
91/22 92/15 93/25 96/8
96/12 96/21 97/5 97/20
97/25 98/5 98/9 98/15
98/21 99/5 102/17 104/18
112/23 118/8 119/5 119/12
send [2]  54/3 58/19
senior [1]  130/20
sense [9]  5/25 10/3 22/12
23/4 27/21 27/22 38/17
39/14 141/14
sent [6]  52/16 53/16
57/19 57/25 94/15 95/24
separated [1]  27/7
September [2]  57/3 57/9
series [1]  131/22
serious [1]  19/23
serve [4]  76/19 89/18
124/15 128/13
served [3]  78/13 78/16
125/22
service [3]  26/5 57/13
151/22
services [1]  25/15
serving [1]  76/22
session [6]  1/13 57/11
78/7 121/2 124/16 138/11
sessions [1]  43/22
set [2]  18/24 25/20
sets [1]  13/25
setting [1]  24/7
settlement [1]  116/22
seven [4]  88/21 88/22
106/21 126/25
seventeen [1]  124/25
125/3
seventh [1]  95/15
several [7]  17/25 43/22
52/2 102/24 114/4 114/7
138/13
shade [1]  10/15

share [2]  26/24 122/12
shave [1]  148/10
Shaw [8]  9/2 9/5 9/24
25/19 26/8 26/15 29/16
30/10
Shaw's [4]  11/12 28/1
29/14 29/18
she [20]  21/20 21/21
21/22 21/23 22/2 22/3
75/8 75/12 78/15 78/16
78/18 78/18 103/8 113/12
113/16 120/4 126/24 127/2
131/8 152/13
she's [3]  21/22 75/9 95/9
shepherding [1]  45/6
sheriff [2]  107/25 117/21
sheriff's [1]  129/24
shift [1]  128/12
shoddy [1]  26/4
shoehorn [1]  38/9
shopping [1]  146/25
short [3]  46/12 66/13
70/7
shorthand [1]  3/9
should [6]  18/4 26/18
128/2 133/13 142/10
148/22
shouldn't [1]  118/3
show [35]  5/25 8/20 9/23
10/1 10/21 11/25 12/3
15/16 15/25 16/1 17/25
20/15 23/20 24/10 28/23
32/6 34/5 34/15 34/17
37/1 41/1 42/14 43/6 45/2
47/10 59/12 62/22 72/20
74/18 81/19 86/12 91/14
91/18 99/23 152/6
showed [9]  26/13 32/11
32/11 32/15 32/16 33/10
64/5 119/17 130/12
showing [12]  10/24 11/23
11/24 19/9 31/1 31/16
31/17 31/21 56/2 64/1
74/12 151/21
shown [1]  54/15
shows [20]  8/5 10/11
10/17 12/1 12/6 13/15
13/19 15/1 15/14 20/16
27/19 28/1 28/1 28/3
28/18 28/21 28/22 30/16
57/16 69/16
Shriver [1]  3/2
Shuage [1]  121/24
Shucko [1]  121/24
sic [1]  133/5
side [2]  111/13 111/14
sign [5]  24/20 80/1 81/8
133/9 133/12
signed [2]  97/21 110/9
significant [1]  7/22
significantly [3]  27/13
36/1 61/6
silly [1]  26/21
similar [13]  10/15 22/7
68/4 68/6 68/21 68/24
69/2 69/4 91/8 91/9 91/15
91/23 121/18
similarly [3]  13/19
119/21 119/24
simple [2]  21/4 146/25

simply [1]   36/1
since [11]   27/8 29/12
  53/16 57/3 57/9 78/3
  78/19 84/22 118/13 119/13
  143/13
sink [1]   53/2
sir [22]   5/1 5/7 23/23
  45/25 46/2 49/21 51/12
  52/22 59/14 73/25 76/4
  98/21 112/3 118/24 121/14
  123/12 123/19 134/3
  135/10 136/5 152/17
  152/21
sister [1]   27/5
sit [2]   69/6 149/15
sitting [2]   111/8 111/18
situation [4]   33/18 36/19
  62/5 63/13
six [18]   17/3 46/8 49/15
  88/20 88/21 91/19 92/2
  92/4 102/10 102/18 103/25
  104/9 104/19 104/24 120/2
  129/22 149/11 149/11
six-day [4]   92/4 102/10
  104/19 104/24
sixty [3]   95/12 116/12
  137/25
sixty-eight [1]   116/12
sixty-five [1]   137/25
size [1]   107/20
slate [2]   17/18 18/22
slide [1]   22/17
slightly [4]   22/20 68/23
  84/25 150/2
slip [1]   113/20
slowly [2]   124/10 146/14
small [7]   8/1 73/21
  107/18 108/20 109/2 109/8
  146/17
smaller [2]   105/17 107/2
smallest [1]   107/11
so [118]   4/15 6/6 6/23
  8/23 9/20 10/10 10/17
  10/23 11/11 11/20 13/15
  13/24 15/15 15/23 17/9
  19/6 19/11 19/21 20/9
  20/13 21/17 22/12 25/7
  27/10 29/4 31/10 31/19
  31/25 32/10 32/10 32/15
  32/16 33/3 34/12 34/19
  34/21 35/11 38/22 39/7
  41/6 50/13 51/11 53/13
  54/3 56/17 59/17 61/7
  62/21 64/22 65/18 66/9
  68/17 70/21 73/12 73/15
  73/23 79/10 80/7 86/15
  86/17 86/19 87/9 87/14
  88/4 89/21 90/1 93/5 93/8
  96/16 96/23 99/9 99/20
  101/18 102/12 102/16
  103/3 105/21 108/8 108/8
  108/11 108/17 111/15
  112/17 113/6 115/23
  117/15 119/14 120/16
  121/9 121/12 122/24 123/1
  123/7 124/1 126/10 127/2
  127/11 128/20 129/2
  129/24 130/4 131/19
  135/14 137/9 139/13 140/2
  144/12 145/10 148/15
  148/22 149/7 149/8 150/4
  150/21 151/23
so-and-so [1]   108/8
soccer [2]   13/16 13/18
social [33]   8/4 8/6 11/20
  12/10 15/14 20/8 20/10
  20/13 20/14 20/17 21/2
  22/13 23/10 28/7 28/15
  28/16 28/17 28/21 30/7
  30/15 47/6 56/3 56/12
  56/13 56/16 62/19 66/9
  66/20 96/19 98/6 99/11
  101/3 146/22
socials [1]   21/23
software [1]   73/13
sole [1]   72/22
Solicitor [1]   5/14
solution [1]   45/3
some [65]   10/7 11/3 11/25
  12/2 12/23 15/5 18/11
  20/23 29/14 31/2 34/16
  35/14 38/11 39/23 44/22
  45/14 46/13 50/17 50/17
  51/16 56/17 58/16 60/6
  62/24 63/18 63/19 63/20
  64/9 65/4 67/25 69/7
  73/15 73/19 73/22 79/4
  79/8 79/11 85/7 85/11
  85/21 90/3 104/11 104/14
  106/16 114/12 116/3 116/8
  117/7 117/23 121/19
  122/16 126/9 126/9 126/9
  129/11 130/3 131/17
  133/14 136/12 136/13
  136/21 138/24 139/2
  144/18 151/15
somebody [16]   27/13 30/3
  30/4 35/12 37/13 57/16
  69/7 69/9 114/15 114/16
  114/19 115/7 131/16
  137/15 140/11 140/12
somebody's [1]   25/11
somehow [1]   133/16
someone [20]   7/8 27/10
  47/25 56/15 60/17 62/18
  66/24 69/15 81/18 87/4
  87/12 87/21 92/5 101/12
  135/4 137/23 137/24 138/1
  140/10 140/23
someone's [2]   87/7 87/15
Somervelle [1]   2/16
something [10]   8/17 26/18
  27/23 38/15 56/13 93/8
  97/4 118/4 131/16 137/16
sometimes [3]   21/14 64/25
  138/23
somewhat [1]   64/25
soon [1]   79/18
sorry [11]   16/16 76/13
  97/17 98/21 100/20 104/8
  126/19 127/14 134/12
  134/12 141/21
sort [3]   38/18 61/19
  112/13
sounds [3]   53/4 89/10
  126/17
source [4]   30/24 111/11
  111/12 111/13
south [7]   26/25 126/25
spaces [6]   24/3 24/5 24/6
  24/8 116/7 116/8
Spanish [2]   23/22 24/1
speak [2]   139/12 142/12
speaker [1]   134/1
speaking [1]   117/14
speaks [2]   148/24 149/3
special [2]   61/3 79/15
specific [3]   19/24 30/5
  121/11
specifically [1]   151/24
specificity [1]   142/3
speculation [1]   69/10
spell [3]   45/25 133/4
  133/5
SPENCER [5]   1/19 2/9 4/6
  5/10 42/4
spend [3]   7/1 30/14 37/21
spent [2]   25/1 123/3
sponsor [2]   138/10 138/14
spring [1]   30/23
springs [1]   19/25
SSA [1]   101/13
SSI [1]   101/13
STACEY [3]   2/3 4/5 5/12
staff [3]   125/16 129/8
  129/9
standard [4]   6/12 6/13
  44/5 68/4
standards [1]   146/17
standing [1]   70/4
stands [1]   27/19
start [4]   7/1 17/17 46/9
  106/20
started [3]   16/20 71/8
  76/22
starting [1]   10/9
state [88]   1/3 4/2 5/8
  5/10 7/10 7/13 12/24
  15/17 17/5 17/5 17/5
  17/10 17/16 18/19 18/24
  19/3 22/8 23/2 23/6 25/4
  28/20 30/4 31/9 34/8
  34/22 34/23 35/3 37/4
  42/19 42/23 44/24 48/3
  48/8 48/16 48/25 49/1
  49/3 49/6 49/8 51/25 52/8
  52/14 53/18 53/19 54/17
  57/13 61/16 61/20 61/21
  61/25 62/2 63/23 65/2
  67/5 70/10 70/13 76/20
  78/21 78/25 80/12 81/25
  82/25 83/4 84/11 89/2
  106/6 106/14 113/25
  114/14 115/15 115/22
  118/3 118/9 120/4 120/20
  123/18 124/9 124/11
  124/21 125/19 131/4 132/2
  139/6 140/4 144/19 144/20
  145/7 152/2
State's [11]   26/6 32/1
  43/4 43/15 44/6 46/6
  52/11 53/10 104/17 112/9
  113/5
stated [2]   43/25 155/6
statement [23]   4/23 5/2
  41/14 41/25 42/13 44/4
  44/12 44/13 63/5 70/19
  82/4 85/14 86/14 87/22

statement... [9]   87/25
  88/2 88/8 92/22 101/5
  132/20 154/17 154/18
  154/19
statements [1]   131/22
states [30]   1/1 1/7 1/14
  1/16 3/6 4/17 6/7 6/21
  9/10 9/18 10/4 11/14
  11/15 28/19 38/5 41/13
  57/17 75/16 82/16 83/8
  83/14 83/18 84/1 84/7
  96/19 125/2 125/13 143/14
  151/23 155/4
statewide [10]   48/9 50/8
  50/10 50/14 50/19 53/2
  55/8 67/13 82/17 147/9
Station [1]   125/15
stationed [1]   125/14
statistic [1]   13/13
statistically [1]   25/22
Statistics [2]   52/9 66/11
status [4]   48/14 69/8
  74/14 143/6
statute [8]   31/6 37/2
  83/23 100/1 100/7 149/19
  149/19 150/21
statutorily [1]   6/18
statutory [1]   44/5
stay [6]   55/17 59/8 59/9
  104/20 104/22 105/4
stayed [1]   14/15
steal [2]   87/6 87/14
stenographic [1]   155/4
step [4]   28/9 40/7 40/11
  88/5
Steven [2]   8/13 42/17
still [6]   16/14 21/9 32/6
  55/25 62/3 67/1
stipulated [1]   97/14
stole [1]   63/10
stolen [1]   137/24
stood [1]   113/21
stop [8]   10/20 122/9
  139/13 147/16 147/18
  150/8 150/16 152/4
stopped [6]   8/7 10/18
  11/2 15/2 15/10 30/16
Stopping [1]   14/21
strange [1]   131/4
stratigents [1]   43/16
street [6]   1/21 2/4 2/16
  2/20 73/17 73/17
strict [2]   12/7 43/22
strike [3]   108/13 142/5
  144/2
strikes [1]   112/13
strong [3]   52/15 53/15
  84/15
struggling [1]   97/1
stub [2]   63/5 92/22
student [1]   63/3
studies [6]   12/21 12/22
  13/3 13/9 13/25 48/24
study [6]   8/25 13/15
  13/22 24/19 28/1 28/3
stuff [2]   72/5 138/24
subject [2]   39/23 148/3
submission [1]   68/12
submit [6]   79/23 87/22
submits [2]   79/23 80/8
submitted [3]   70/19 95/11
  95/14
subsequent [1]   72/11
subsequently [2]   12/18
  70/15
substantial [2]   7/21 69/1
substantially [8]   22/7
  68/4 68/6 68/23 69/4 91/8
  91/9 121/17
such [13]   18/13 24/17
  31/10 40/5 63/2 63/4
  64/13 82/22 105/6 120/19
  120/21 129/10 131/4
sudden [1]   21/22
sued [1]   113/25
suggest [3]   9/16 40/5
  133/12
suggested [1]   71/5
suggestion [1]   67/25
suit [1]   135/17
Suite [5]   1/22 2/13 2/17
  2/21 2/24
summarize [1]   151/18
superior [1]   13/5
supervisor [2]   78/10
  130/12
Supp [1]   18/7
supplemental [5]   71/9
  71/10 100/24 101/14
  101/18
support [8]   40/3 40/4
  40/23 118/7 119/5 132/14
  146/8 151/15
supporter's [1]   43/25
suppose [6]   32/11 32/15
  32/16 35/16 35/25 69/15
supposed [2]   89/23 119/24
supposedly [1]   135/1
Supreme [4]   7/14 7/18
  17/24 19/7
sure [23]   21/6 32/13
  44/22 52/14 52/18 56/19
  62/10 63/1 70/18 73/5
  79/10 84/15 85/10 90/18
  97/5 102/1 107/9 111/21
  112/18 113/19 117/18
  132/18 152/11
surely [1]   7/21
surplusage [1]   18/13
surprise [3]   27/17 40/1
  121/24
surprised [1]   140/14
surprising [3]   29/22
  39/25 66/8
survey [34]   8/25 8/25 9/1
  9/4 9/6 9/11 9/25 11/5
  12/14 13/4 14/14 15/1
  15/5 15/20 25/21 25/22
  26/2 26/7 26/10 26/10
  26/10 26/13 26/15 26/17
  26/17 26/19 28/1 28/18
  29/15 29/18 30/4 30/9
  30/11 39/21
surveyed [1]   29/10
surveys [6]   9/16 9/21
  13/6 26/9 28/15 29/16
suspects [1]   130/11
suspence [15]   59/4 59/5
  59/10 59/24 60/7 60/18
60/19 60/23 61/1 61/4
  61/11 61/14 61/16 61/22
  61/25
suspend [1]   39/2
suspended [2]   69/7 74/14
suspense [13]   84/19 84/22
  84/25 85/7 85/11 86/6
  86/12 86/15 86/16 86/20
  86/21 87/20 88/5
sustained [4]   126/18
  132/12 132/12 145/14
sweeps [1]   24/15
SWEETEN [3]   2/2 4/4 5/11
Swietnicki [2]   21/18
  21/18
swing [1]   64/6
switch [2]   126/7 126/16
switched [2]   126/6 126/16
switching [1]   131/5
sworn [3]   45/12 123/23
  124/14
swung [3]   64/10 64/10
  64/11
system [20]   15/4 46/10
  48/6 50/16 52/25 53/2
  90/5 101/20 116/6 116/7
  119/18 131/16 131/20
  132/10 136/18 136/19
  137/15 138/2 138/10 152/9

T

table [2]   42/2 44/19
tabulating [1]   18/15
take [24]   9/21 13/13
  20/22 31/7 31/23 32/1
  32/21 36/22 39/19 39/19
  62/3 62/12 74/6 74/18
  75/22 75/23 75/25 76/2
  97/2 112/12 113/15 113/16
  147/11 152/22
taken [2]   155/5 155/9
takes [2]   95/20 95/23
taking [4]   36/12 36/16
  38/8 38/11
talk [6]   23/17 51/21
  69/20 106/24 126/14
  136/12
talked [7]   12/9 14/5
  63/10 117/22 127/9 128/16
  144/19
talking [16]   25/1 25/2
  26/2 32/12 34/22 39/22
  46/9 105/17 106/20 109/21
  109/22 117/11 118/13
  129/19 139/13 140/17
tall [1]   6/9
Tanner [1]   44/22
tantalizing [1]   14/17
task [1]   52/16
tasks [1]   53/15
TATEL [3]   1/14 4/12 38/12
tax [1]   56/15
team [18]   5/9 5/20 42/1
  48/6 48/7 48/10 48/11
  50/11 50/16 51/18 52/15
  52/24 53/16 65/11 82/23
  101/19 116/6 116/7
Technology [1]   43/10
telephone [1]   30/9
tell [9]   14/10 19/1 47/15
  60/23 67/15 68/13 124/21

tell... [2]   131/14 148/22
telling [1]   141/10
tells [1]   67/17
temporary [3]   89/16 89/17
89/25
ten [6]   4/17 4/17 52/11
66/13 66/14 90/21
Tennessee [1]   41/7
tenths [1]   11/6
tenure [1]   129/12
term [7]   59/10 59/24
61/14 61/15 83/11 126/23
139/14
terms [4]   15/17 28/20
29/3 82/8
Terry [1]   150/8
test [5]   31/17 32/4 33/17
33/17 33/19
testified [25]   33/8 35/1
73/4 78/20 78/24 79/3
79/11 81/11 82/16 82/22
83/22 84/18 85/11 88/19
102/17 103/7 103/25 105/7
109/24 110/12 132/25
134/21 145/3 145/3 148/21
testify [4]   40/17 70/10
142/1 145/25
testimony [30]   19/9 33/8
33/24 42/16 43/14 44/7
49/19 51/7 70/17 73/5
108/14 110/20 112/8
113/10 114/22 117/7 118/7
132/13 136/8 142/6 144/1
144/5 144/8 145/21 146/13
148/11 148/18 148/23
150/4 152/12
Texans [1]   149/15
Texarkana [3]   64/19 64/24
65/6
TEXAS [147]   1/3 2/3 2/24
4/3 4/14 4/15 4/16 5/8
5/11 5/14 7/5 9/3 9/5
10/6 10/9 15/18 15/20
16/3 19/3 19/13 22/2 22/7
22/17 22/24 25/19 26/23
26/25 27/1 27/2 27/12
27/14 27/19 30/4 30/5
32/12 34/13 34/22 37/23
38/6 38/23 38/25 39/4
39/5 39/7 39/11 39/15
40/9 40/10 40/19 40/20
41/6 42/14 42/19 42/22
43/2 43/6 43/11 43/14
44/2 44/24 45/9 45/11
46/5 46/10 46/24 47/4
47/24 48/5 48/17 48/20
48/22 48/24 48/25 49/7
52/20 52/23 54/17 55/9
56/2 56/24 57/2 58/5 58/6
61/16 61/18 64/16 67/23
68/7 68/19 70/10 70/13
76/9 76/20 77/23 78/21
78/25 82/9 82/22 84/11
85/18 89/12 89/14 89/15
90/16 99/17 105/15 107/2
107/12 108/3 108/12
109/15 114/14 114/22
115/5 115/15 116/3 117/4
117/5 117/19 122/13

125/16 125/18 126/21
130/4 130/7 131/14 132/9
132/10 134/16 135/6
135/16 138/22 139/6
146/18 146/23 147/21
148/16 149/18 149/25
150/6
Texas' [7]   5/23 6/15 9/3
54/5 58/4 62/13 68/11
than [29]   11/6 17/12
21/11 21/12 22/20 23/5
23/24 26/20 27/13 27/23
28/3 40/4 42/22 58/15
64/2 67/17 81/5 84/25
87/1 103/19 106/20 107/14
107/15 107/15 108/10
109/2 109/10 113/9 145/23
thank [48]   5/3 16/25
41/10 41/11 42/8 42/11
42/12 44/8 44/9 45/5 45/7
45/8 46/2 47/18 47/19
51/3 51/6 51/12 69/12
70/22 76/4 76/14 97/9
97/16 97/19 101/25 102/2
104/8 111/25 112/3 121/14
123/9 123/12 123/14
123/19 127/20 127/22
127/25 132/4 132/6 135/9
136/24 142/17 144/7 149/5
149/6 152/17 153/1
that [881]
that's [147]   9/3 10/6
11/19 15/2 15/11 15/13
16/7 16/17 16/22 18/16
19/24 22/19 22/21 22/23
24/10 25/12 26/4 28/20
29/2 29/8 29/11 30/5 30/6
30/19 32/21 33/5 35/4
36/11 36/25 37/19 39/12
39/13 40/11 51/1 70/17
72/2 73/7 73/18 77/2
77/21 78/5 78/12 79/14
80/11 80/21 81/10 81/15
82/3 82/7 82/18 83/6
83/13 83/17 83/21 85/2
85/20 86/11 86/14 87/5
88/9 88/11 88/18 89/16
89/20 90/2 90/5 90/9
90/12 90/15 91/5 91/10
91/25 92/6 92/12 92/12
93/4 93/10 94/1 94/4
94/11 94/19 95/10 95/13
95/17 96/4 96/7 97/1
98/10 99/22 101/7 101/10
102/5 102/7 102/14 102/20
103/5 103/10 103/15
103/17 103/24 104/2
104/10 104/13 104/16
104/22 105/1 105/6 105/12
106/22 106/22 108/24
109/19 110/2 110/8 110/11
110/22 111/7 112/15
113/14 113/23 114/22
115/8 115/18 115/18
115/23 117/3 117/21
117/21 120/6 120/13 121/4
122/19 124/10 125/17
127/23 134/23 136/2 137/5
137/7 138/24 141/23

their [62]   7/7 15/18
15/23 21/14 25/7 25/12
25/15 25/18 25/25 27/5
27/11 27/15 31/11 31/17
31/18 39/6 40/11 47/3
52/24 53/1 57/23 58/21
58/25 59/2 59/4 61/9 62/3
62/3 63/19 65/13 66/20
67/1 68/2 68/23 69/16
72/21 73/2 79/20 81/13
85/12 85/15 85/16 86/1
86/4 86/5 86/9 94/9 102/8
102/18 102/21 106/7 108/6
115/20 117/24 125/16
130/12 130/22 137/15
137/24 138/8 141/14 143/4
them [44]   7/19 15/7 25/16
25/21 26/1 26/1 29/20
32/19 38/19 40/13 40/25
46/14 52/17 53/16 57/20
57/23 58/16 58/21 63/19
64/21 66/15 66/23 78/9
89/24 90/5 94/8 95/20
95/23 102/6 105/4 109/9
109/10 111/17 111/22
114/11 115/11 115/21
133/9 145/9 147/3 147/25
149/16 151/22 152/9
themselves [1]   134/18
then [41]   12/21 16/18
17/6 21/20 31/25 34/17
35/13 35/18 35/22 36/16
47/6 51/1 56/18 58/19
60/5 68/23 69/1 73/21
74/5 75/25 81/19 85/16
86/1 87/11 87/12 87/18
87/20 87/22 88/7 98/5
101/14 108/7 109/19
110/18 125/7 125/9 130/8
133/12 144/22 150/12
152/6
theory [10]   15/19 32/4
32/6 32/21 34/4 34/21
35/4 35/7 35/9 96/9
there [113]   6/23 7/2 8/7
10/2 11/23 12/2 15/5
15/16 16/2 16/5 16/5 17/3
17/6 18/11 20/22 23/15
27/1 27/3 27/7 28/19 29/4
29/4 31/20 32/6 34/12
36/20 37/9 37/10 46/12
48/21 48/23 49/1 49/8
49/9 50/4 50/13 57/11
58/4 59/2 59/6 59/9 60/6
61/3 63/18 63/23
65/16 66/6 69/6 73/19
74/7 75/6 79/3 79/11 85/4
92/10 92/11 93/14 97/4
103/6 105/19 105/20
106/11 107/1 107/24
109/14 109/15 110/12
111/1 111/2 111/19 114/7
115/9 116/3 116/16 116/17
116/21 116/22 117/7
117/15 118/2 118/3 118/3
120/7 120/9 120/10 120/11
120/12 120/14 120/16
120/22 122/7 122/16
123/10 130/3 130/8 131/5

there... [16]   131/6 131/9
132/14 132/17 133/14
133/24 134/16 134/22
134/23 138/7 142/13
143/21 143/22 147/5 148/9
152/3
there's [51]   8/6 13/17
13/19 13/25 15/19 15/22
16/6 17/16 19/23 21/2
21/10 21/12 22/19 28/4
28/8 28/25 29/13 31/22
33/2 34/16 36/1 36/4
36/21 38/8 50/21 67/25
73/9 86/9 93/16 99/9
106/23 107/17 110/22
111/11 111/12 111/13
111/15 114/3 114/10
115/24 116/25 122/9
122/10 122/24 132/14
135/17 135/23 135/24
140/12 141/14 150/21
therefore [2]   19/3 39/13
these [46]   8/20 9/12 9/16
9/21 11/18 11/24 12/1
13/24 14/13 14/20 15/7
15/10 21/11 28/2 34/24
38/6 40/23 42/23 49/11
50/21 55/14 56/10 67/9
89/21 99/15 103/16 103/21
104/19 110/24 111/16
111/21 112/16 122/3 123/5
123/5 130/23 131/18
131/25 133/3 133/7 134/5
138/23 141/6 141/15
143/11 147/2
they [184]
They'd [1]   104/8
they'll [3]   69/4 92/7
108/6
they're [15]   10/4 10/22
25/3 56/19 85/15 85/16
92/8 101/17 101/20 104/7
106/5 115/1 115/11 135/15
141/16
they've [4]   72/13 100/25
102/24 115/1
thing [15]   13/11 19/5
19/10 19/10 19/20 20/18
24/23 25/19 29/15 72/6
73/10 74/6 102/1 105/6
132/11
things [11]   4/16 25/23
117/21 129/20 131/25
133/16 134/10 138/17
139/3 142/2 146/25
think [50]   10/19 14/25
20/6 23/13 23/17 23/25
26/18 27/22 31/8 37/16
49/22 55/16 59/10 62/1
65/24 66/15 73/18 74/22
75/9 75/22 78/18 85/5
86/17 86/25 88/4 92/5
98/17 100/24 101/16
101/19 102/9 106/16 107/8
108/23 113/2 113/4 113/4
121/1 129/9 131/9 132/11
133/20 137/2 138/19
139/21 141/12 141/19
142/8 150/2 150/10

thinking [3]   21/16 21/23
76/11
thinks [2]   150/6 150/9
third [7]   9/14 25/9 26/1
26/2 26/4 26/5 28/13
thirds [5]   26/11 39/2
39/10 40/12 42/22
thirteen [1]   66/4
thirty [3]   110/17 115/18
115/23
thirty-nine [1]   110/17
this [146]   5/16 5/21 5/23
6/5 6/6 6/9 8/13 8/16
8/16 8/23 8/25 9/3 9/19
9/19 10/9 11/20 12/9
12/15 13/11 14/1 15/18
15/25 17/10 17/18 18/8
19/5 19/24 20/7 20/16
20/23 21/13 23/6 23/11
25/3 27/21 28/6 28/22
30/13 32/1 32/12 35/1
37/7 38/21 38/24 39/8
39/24 40/20 40/23 42/9
43/1 43/1 44/24 45/6
45/13 49/15 50/12 54/8
54/17 56/4 56/7 56/18
56/22 58/15 59/19 59/23
60/24 61/5 61/5 61/6
65/11 65/22 66/8 67/16
67/19 68/1 68/12 68/13
70/1 70/3 70/21 71/8 72/5
72/12 72/15 73/1 73/12
74/8 78/3 78/7 82/8 85/6
91/22 92/1 95/13 96/24
96/25 98/2 98/2 98/9
98/20 99/14 99/16 99/17
100/17 100/21 101/18
104/18 105/7 106/4 106/8
106/11 106/25 109/8 110/3
111/12 111/23 113/7
113/17 114/14 117/1
120/18 121/17 122/11
124/23 127/21 127/23
131/3 132/1 132/13 134/9
139/16 141/2 142/21
145/18 147/11 147/25
148/3 149/23 149/24
149/25 150/5 152/4 152/8
152/10 152/10 155/9
Thornberg [1]   31/14
those [48]   7/7 11/9 11/14
12/22 14/8 14/11 23/22
27/5 27/8 28/19 30/22
31/1 35/3 38/2 38/16
42/20 52/25 56/6 58/8
59/4 63/18 65/19 66/3
66/12 66/19 71/21 71/24
79/15 85/5 85/8 88/23
89/3 95/20 95/23 103/19
103/21 106/17 110/21
113/23 120/13 122/1
129/23 130/15 133/16
135/21 136/10 136/11
151/18
though [5]   21/4 24/7 33/7
89/22 112/22
thought [13]   10/25 16/17
28/6 28/8 28/14 67/17
88/21 88/22 107/17 136/18
136/18 139/2 152/3
thoughts [1]   147/23

thousand [4]   86 18/156/5
116/12 129/4
thousands [4]   19/2 30/1
40/19 56/7
threats [1]   130/17
three [19]   15/7 16/15
16/16 16/18 16/20 16/23
17/6 17/9 17/10 26/9
31/25 43/21 57/7 75/7
122/24 126/23 129/23
152/17 152/19
three-term [1]   126/23
through [7]   14/22 15/7
33/18 62/24 96/12 106/7
147/9
throughout [2]   134/10
135/16
thrown [2]   138/25 139/1
Thursday [1]   48/19
thus [3]   18/17 144/1
147/23
tie [2]   64/15 64/20
tied [2]   32/7 68/17
tightened [1]   108/4
time [60]   4/24 7/1 9/19
14/22 17/18 20/3 25/1
25/2 29/18 29/20 30/6
30/15 31/24 31/24 37/22
38/12 39/4 44/16 44/23
45/4 46/21 47/2 50/9
50/10 54/3 62/15 66/13
67/10 71/7 73/2 74/6
75/21 75/25 85/6 85/16
85/25 90/18 90/19 92/8
96/3 104/7 123/3 126/11
129/4 129/6 129/7 129/9
129/18 131/4 131/6 131/9
136/17 143/11 143/17
144/19 145/3 145/23
147/11 149/23 155/5
times [1]   149/16
timing [1]   4/16
tiny [1]   34/15
tired [3]   39/8 39/8
137/14
today [15]   4/14 5/9 6/5
22/8 37/14 42/10 44/3
77/25 111/5 111/8 111/19
114/22 130/13 147/25
149/15
together [3]   9/4 22/16
131/3
told [13]   17/14 35/20
57/21 70/13 72/22 130/21
142/2 142/3 142/22 143/2
143/25 151/19 151/22
Tom [1]   44/21
tongue [1]   113/20
too [10]   11/1 12/9 16/21
20/22 21/6 21/9 25/3
31/23 114/11 127/11
took [3]   25/15 26/20 66/9
tools [1]   118/3
top [2]   15/9 88/24
toss [1]   64/22
tossed [1]   19/21
totally [1]   27/12
toy [1]   148/5
trace [1]   139/3
traceable [2]   33/15 35/6
track [1]   123/1

tradition [4]   38/25 39/3
39/10 40/12
transcript [4]   1/13 3/9
148/5 155/3
transcription [1]   3/9
transferred [1]   125/7
transportation [1]   147/10
trap [1]   38/16
travel [1]   147/6
Travis [12]   53/14 53/17
53/18 60/4 60/6 60/7 65/3
74/12 106/17 119/9 119/17
145/9
trial [9]   1/13 4/14 19/20
31/24 42/1 42/10 44/24
45/6 76/9
tried [3]   17/19 25/17
129/24
Trinity [1]   109/19
trip [1]   7/19
triple [1]   30/17
trouble [2]   29/23 87/17
troubling [3]   19/11 66/8
67/18
true [68]   77/2 77/8 77/21
78/2 78/5 79/8 79/14
79/19 80/8 80/11 80/19
80/21 81/10 84/11 84/21
85/7 87/5 88/9 88/16
88/18 89/11 89/14 89/16
89/18 89/20 93/4 94/2
96/8 98/5 98/11 99/9
101/10 102/5 102/14
103/17 104/17 109/6 110/8
112/10 112/11 112/15
112/22 112/25 113/3
113/10 113/14 114/17
114/18 115/3 115/8 115/9
115/14 115/17 115/18
116/1 116/14 117/3 117/6
117/17 117/21 118/5 119/7
119/10 119/19 120/5
120/20 122/18 155/2
trust [2]   21/9 131/16
truth [2]   132/3 134/1
try [5]   20/14 38/14
107/21 135/25 137/11
trying [10]   13/10 30/3
34/15 34/17 38/9 45/14
86/17 148/10 148/10 150/4
Tuesday [2]   104/3 104/7
turn [20]   11/23 11/25
12/2 12/3 12/6 12/22
12/24 13/3 13/9 13/10
13/20 40/14 40/15 50/6
61/15 64/13 67/22 95/20
95/23 97/11
turned [4]   7/9 28/6
115/21 129/10
turning [3]   100/7 106/3
109/6
turns [3]   23/22 40/18
115/12
twelve [2]   105/13 105/19
twelve-month [2]   105/13
105/19
twenty [1]   129/4
twenty-four [1]   129/4
twice [6]   60/15 74/7

74/11   74/15   75/8   75/9
two [47]   6/23 9/16 9/18
10/12 11/6 11/14 14/1
15/22 16/15 21/12 22/3
23/15 26/11 27/6 28/19
29/7 39/2 39/10 40/12
42/22 43/19 50/4 53/22
55/18 62/1 63/17 63/18
66/4 67/9 68/6 85/4
100/10 103/6 103/16
103/21 110/17 111/11
113/23 122/16 125/7
129/23 130/16 132/25
143/19 145/9 152/23
152/24
two-tenths [1]   11/6
two-thirds [5]   26/11 39/2
39/10 40/12 42/22
TX [1]   2/4
type [2]   67/16 73/22
types [4]   62/25 64/11
147/18 148/4
typing [1]   74/4

U

U.S [15]   2/9 27/2 58/4
79/5 79/9 80/4 88/10
88/13 89/2 89/2 89/6
89/19 90/21 98/12 125/3
uh [3]   134/14 141/4
150/23
uh-huh [3]   134/14 141/4
150/23
ultimately [1]   125/15
unable [2]   42/14 43/6
uncertain [1]   22/22
uncle [1]   108/8
uncommon [1]   22/19
uncontroverted [2]   33/8
33/11
uncover [1]   49/25
uncovered [1]   67/20
undeliverable [2]   58/17
62/4
under [57]   7/3 10/6 19/8
20/9 22/3 22/11 24/12
30/19 32/5 33/7 36/22
36/25 42/20 54/20 57/5
57/8 62/16 62/25 63/1
69/15 79/19 80/1 80/12
81/11 84/11 85/4 85/18
86/12 90/3 90/7 90/10
91/2 91/11 91/17 91/20
91/22 92/18 92/23 96/21
98/5 99/17 99/22 100/1
102/10 102/17 105/19
106/6 114/12 114/13
114/22 117/9 119/12
119/13 137/16 145/17
145/24 146/5
undercover [1]   49/11
underlying [3]   32/17 34/2
34/24
understand [18]   4/21 4/22
4/23 32/3 32/13 34/21
36/9 51/4 69/21 72/13
101/22 112/8 113/25
139/17 140/13 142/16
146/8 151/3
understanding [3]   65/20
65/22 72/11

understands [1]   139/18
understood [1]   16/23
undertake [1]   118/11
undertaken [1]   111/5
unfortunately [3]   9/7
21/10 138/13
unfunded [1]   105/1
uniform [2]   43/17 82/19
Union [1]   2/19
unique [5]   26/23 26/24
59/20 65/17 83/5
Unit [1]   79/16
UNITED [16]   1/1 1/7 1/14
1/16 3/6 4/17 6/21 41/13
57/17 75/16 96/19 125/2
125/13 143/14 151/22
155/4
University [8]   8/14 9/3
25/19 42/18 125/5 125/6
125/7 125/10
unlawful [2]   43/13 114/15
unlawfully [1]   117/17
unless [9]   33/13 35/5
36/4 55/20 68/1 92/1 93/8
95/15 99/23
unlikely [3]   60/19 107/20
107/23
unnecessarily [1]   43/22
unopposed [1]   128/21
unrebutted [1]   43/4
unreliable [5]   17/21 18/3
19/6 19/21 26/4
unresolved [1]   14/18
unsurprising [1]   27/12
unusual [5]   38/22 38/22
39/12 106/23 129/20
unweary [1]   38/16
unwilling [2]   113/9 138/3
up [46]   6/1 10/21 10/24
16/15 17/21 19/25 21/2
21/23 22/21 24/7 25/21
25/23 27/14 28/23 31/23
34/8 37/18 39/3 39/7
39/17 43/2 57/16 61/22
61/24 62/23 64/1 64/5
64/16 66/12 68/17 69/7
69/16 74/5 91/14 108/4
109/16 113/23 116/13
124/24 125/15 125/17
130/13 139/12 140/9
149/18 151/20
updated [3]   58/25 59/1
83/15
upon [2]   81/8 86/20
us [21]   5/14 6/5 8/5 9/20
10/11 12/8 14/10 15/9
26/6 41/18 47/15 54/7
57/19 59/11 66/11 67/17
72/2 72/22 124/25 141/10
152/8
use [11]   33/4 33/16 36/12
36/13 40/12 45/14 71/13
88/6 88/20 102/8 116/3
used [14]   12/24 20/12
24/16 25/25 26/5 39/6
43/16 65/13 98/18 100/3
121/19 126/15 139/15
146/23
using [9]   28/11 28/15
28/18 39/13 63/23 93/13
117/1 140/11 144/20

usual [1]   7/23
Usually [1]   85/14
utility [4]   63/4 82/2
 91/14 92/21

**V**

VA [2]   2/17 101/13
vaguely [1]   139/15
valid [6]   25/22 25/23
 38/2 38/6 59/22 75/13
valley [2]   125/7 127/2
VandeWalker [1]   44/20
variables [1]   13/10
variety [1]   81/12
various [2]   70/14 125/23
vast [1]   7/5
verbally [1]   95/2
verifiable [1]   141/13
verified [2]   90/11 122/20
verifies [1]   92/18
verifying [2]   90/4 90/13
version [6]   62/15 62/16
 74/21 74/23 98/20 133/5
versus [4]   4/3 4/14 21/5
 40/16
very [35]   6/9 6/11 9/20
 10/19 11/3 15/1 24/17
 34/9 34/10 34/23 42/7
 44/9 45/8 55/14 65/1 70/9
 73/21 74/3 79/18 79/19
 96/8 97/11 98/21 106/19
 108/2 108/11 110/23
 111/25 120/18 123/12
 126/8 127/25 138/1 141/21
 152/21
Veterans [3]   98/12 99/13
 101/4
veto [1]   41/8
victim [2]   137/23 137/23
Victor [1]   42/5
Victoria [1]   147/1
view [1]   145/22
violate [1]   33/20
violated [1]   115/22
violates [1]   36/23
violation [3]   114/1 114/5
 115/2
violations [1]   114/7
virtually [4]   34/20 56/14
 77/1 93/14
visa [2]   89/15 89/16
visit [1]   27/11
vital [2]   52/9 66/11
voluntary [1]   50/17
volunteer [1]   114/24
vote [131]   6/1 6/17 6/21
 7/7 7/22 8/2 8/6 8/22
 9/11 10/12 10/13 10/14
 10/16 10/23 11/4 12/18
 12/19 12/20 13/8 14/8
 19/4 19/14 20/4 21/25
 22/3 23/2 25/6 29/4 34/6
 34/13 39/1 39/2 39/7
 39/17 41/2 46/11 46/19
 46/24 48/1 48/8 48/22
 53/23 54/24 55/1 56/17
 56/24 57/2 60/3 60/5
 60/15 60/18 60/20 60/25
 61/19 62/9 62/12 62/23

63/10 64/14 64/15 64/19
65/4 66/25 68/1 68/24
69/2 69/5 69/9 69/16
77/13 79/23 81/5 81/12
81/22 82/14 83/7 85/15
85/18 86/13 88/10 88/13
89/22 91/14 91/15 91/16
91/23 94/6 94/10 94/13
94/18 94/23 95/9 99/15
99/16 99/18 99/20 100/18
102/8 102/9 108/8 108/9
118/16 119/9 119/20
119/24 120/13 122/18
130/22 131/18 133/7
133/13 135/15 137/24
138/6 138/6 140/11 140/12
140/18 140/18 141/14
141/16 141/17 142/22
143/19 143/25 144/22
144/23 145/9 145/10
151/25 151/25
voted [23]   10/12 49/12
 50/1 50/22 61/1 65/25
 66/1 66/6 66/15 66/19
 79/12 85/9 110/20 111/10
 111/22 133/15 133/23
 134/6 135/1 141/8 142/23
 142/24 144/1
voter [243]
voter's [12]   80/22 81/2
 90/4 90/10 90/14 91/2
 91/3 91/6 91/8 92/20
 93/14 102/9
voters [99]   7/5 7/8 7/19
 8/12 9/1 10/7 11/4 11/7
 15/17 18/1 18/18 19/18
 19/19 20/8 21/23 22/17
 22/24 24/25 25/16 26/9
 28/12 29/22 30/5 31/10
 40/3 40/19 42/19 42/20
 42/22 42/23 42/24 43/2
 48/19 48/25 53/4 53/6
 53/7 53/24 56/17 56/21
 59/1 59/2 59/4 59/4 60/25
 61/1 61/13 61/14 63/18
 65/12 65/16 67/12 71/15
 71/18 72/14 72/16 75/1
 79/4 79/20 81/11 83/12
 84/1 84/2 84/12 84/21
 84/24 85/7 85/11 85/21
 86/6 94/2 94/5 94/8 94/12
 94/17 94/20 96/9 101/8
 102/17 103/19 106/12
 108/21 109/4 109/25 117/9
 117/12 117/25 118/11
 130/18 131/25 136/17
 136/18 143/19 144/15
 145/23 145/24 148/25
 151/9 151/12
votes [16]   9/15 66/3 92/6
 92/8 120/5 129/22 131/19
 134/17 135/21 135/21
 136/5 136/5 136/7 136/10
 136/10 136/11
voting [71]   5/24 7/15
 7/15 7/23 8/8 8/12 8/25
 9/17 10/18 11/2 11/10
 11/14 13/21 13/23 14/4
 14/8 15/10 15/13 28/8
 30/16 31/16 31/17 31/17
 31/22 47/16 48/14 50/5

50/9 50/16 51/14 51/17
51/22 52/5 54/19 54/20
55/1 64/2 64/6 65/19 67/3
67/13 67/14 88/17 89/24
93/22 93/25 94/9 94/13
102/12 102/13 104/7 106/7
107/22 113/21 118/10
118/13 118/21 120/11
120/12 120/14 122/17
122/25 127/2 131/17
133/15 136/13 140/21
140/22 141/1 142/1 144/13
VR [1]   63/19

**W**

wait [6]   45/24 72/1 72/1
 133/18 149/22 149/22
walk [1]   107/21
want [31]   6/11 8/9 14/15
 14/24 15/6 17/17 31/23
 32/12 32/13 33/16 36/9
 37/7 37/21 38/11 40/13
 48/16 51/21 55/19 67/22
 69/20 70/8 72/6 73/8
 99/20 99/22 112/16 139/18
 141/16 142/22 145/19
 152/11
wanted [11]   4/22 16/18
 27/24 60/15 101/25 119/11
 137/14 137/15 142/10
 148/16 148/25
wants [4]   27/14 79/23
 99/14 99/16
warning [1]   24/20
was [192]
wash [1]   21/8
Washington [3]   1/5 2/10
 3/7
wasn't [7]   32/15 32/16
 111/9 113/12 126/23
 126/24 134/24
watch [1]   139/2
way [12]   6/8 9/2 24/17
 31/10 36/22 53/20 106/10
 111/11 116/10 130/22
 144/8 146/23
ways [3]   26/23 26/24
 53/22
we [139]   6/3 6/4 6/6 6/19
 7/10 11/12 11/22 15/5
 15/19 16/8 17/17 18/4
 20/2 20/8 20/10 21/9
 21/19 22/12 22/21 22/23
 23/17 25/5 25/6 25/20
 25/21 25/23 25/23 25/25
 26/9 26/14 26/24 29/10
 29/11 29/12 29/21 29/23
 30/6 31/12 32/6 34/3
 34/21 36/3 40/12 40/13
 40/24 42/3 42/7 42/8
 42/24 44/6 45/13 46/14
 48/5 48/12 50/8 50/12
 51/16 52/11 52/25 53/1
 53/14 53/15 54/6 55/6
 55/25 56/21 56/25 58/9
 59/10 60/22 60/24 62/15
 63/10 63/13 63/25 64/4
 64/14 64/15 64/18 65/2
 65/16 65/18 65/19 66/1
 66/9 66/10 66/12 66/13
 67/17 68/7 68/7 69/25

**W**

we... [47]   70/4 71/7
71/12 71/13 71/17 72/1
72/4 73/7 73/15 73/18
74/20 75/18 84/15 85/2
105/1 105/6 118/22 123/1
124/20 128/24 128/25
129/1 129/17 129/20
132/10 133/2 133/20
134/10 136/12 138/22
138/24 139/1 139/2 139/2
140/25 144/18 145/9
147/12 148/5 148/9 148/10
149/9 149/10 149/10
150/15 151/5 152/17
We'd [2]   123/21 130/2
we'll [4]   48/11 76/3
132/1 144/7
we're [16]   4/14 17/17
18/22 26/24 34/22 35/18
39/8 39/8 39/9 76/2
118/13 129/18 144/6 149/9
152/22 152/23
we've [12]   14/4 48/5
52/20 52/23 55/4 63/13
63/21 67/9 68/22 89/21
95/13 114/7
weak [1]   73/23
weapon [1]   17/6
weather [1]   11/10
websites [1]   34/8
week [4]   52/11 95/18
95/21 135/19
weekend [1]   73/23
weekends [1]   104/12
welcome [3]   4/21 5/5
149/6
well [71]   6/12 6/14 9/11
10/12 10/19 10/20 11/12
13/24 14/3 14/10 17/15
18/4 18/22 22/16 23/11
23/15 25/9 30/3 30/23
31/13 35/18 35/21 35/24
38/6 39/12 44/16 46/21
46/25 48/13 50/24 51/1
51/16 54/2 56/13 60/2
61/18 62/1 63/5 64/20
66/8 68/22 70/18 72/17
73/17 73/17 74/12 74/13
75/2 90/6 96/12 100/7
104/6 106/18 111/11 113/4
113/4 125/5 126/24 132/1
132/15 137/22 138/17
139/9 139/21 141/24 143/3
143/13 144/18 144/18
148/18 152/5
wells [2]   128/8 145/1
went [7]   29/6 60/2 115/19
119/17 125/5 125/9 149/18
were [84]   9/8 9/11 9/19
10/11 16/5 16/17 18/1
19/14 19/18 19/19 20/18
23/15 26/3 26/11 26/12
28/14 29/4 32/18 32/19
33/11 35/14 38/2 43/20
49/6 49/8 49/9 50/4 50/20
57/22 58/1 58/17 61/14
63/23 64/10 65/17 65/24
65/25 66/3 71/7 76/9 77/6
77/22 79/3 79/5 79/5

104/3 110/13 118/24
120/17 121/12 126/1 128/3
128/16 128/22 129/23
130/21 131/15 131/24
133/7 133/16 133/17 134/5
134/16 135/22 136/7 136/9
136/11 137/4 137/9 137/14
138/7 143/3 143/10 143/24
144/21 144/23 148/10
148/10 151/23 152/1
weren't [5]   26/3 35/16
89/22 126/8 130/1
west [4]   1/21 2/4 2/23
127/1
WESTFALL [9]   2/5 4/8
41/17 41/24 42/13 75/20
76/13 154/7 154/18
Westfield [1]   76/13
what [132]   4/16 7/18 8/24
9/6 11/20 12/11 12/15
13/12 13/13 14/10 14/21
15/13 16/11 18/4 19/5
20/3 23/19 24/10 24/12
25/7 25/8 25/10 25/12
25/16 25/17 26/1 26/13
26/17 27/8 27/8 27/21
28/3 28/21 29/2 30/25
31/13 34/5 35/19 36/11
45/23 46/4 46/23 47/15
47/23 47/25 48/10 49/6
50/15 51/15 52/13 52/19
54/15 55/8 55/14 56/11
56/11 57/1 57/5 57/5 57/8
57/16 59/17 60/23 61/1
61/12 62/18 63/16 64/3
64/11 65/15 65/20 65/24
66/18 67/11 68/20 69/8
69/14 69/15 70/6 70/19
71/5 71/16 72/18 72/23
73/8 74/8 75/4 87/17
96/11 97/17 98/17 102/7
111/21 113/20 116/2 121/5
122/4 122/14 122/19 123/8
124/8 124/11 126/1 127/4
127/17 128/18 128/22
129/16 129/17 130/23
131/13 131/19 131/24
133/7 136/17 136/18
137/23 138/8 138/16
140/13 141/2 141/5 142/3
142/11 142/14 144/6
147/12 147/18 148/4
149/20 149/22 151/3
what's [11]   13/9 31/5
35/21 39/15 47/10 53/4
58/10 72/3 131/17 139/2
142/18
whatever [2]   92/21 92/22
whatsoever [4]   7/6 28/4
28/22 77/15
when [51]   5/7 5/25 6/4
9/7 9/19 12/17 15/6 16/20
20/4 20/12 21/14 21/19
23/17 23/20 25/5 26/18
27/10 30/8 38/19 50/10
51/18 52/13 56/7 60/2
62/22 69/9 69/15 70/24
71/1 72/23 74/8 80/8
84/18 85/14 88/22 93/12
102/7 110/7 112/16 114/11

120/21 124/24 125/2 126/1
128/13 131/24 133/9
139/15 142/8 147/7 148/15
where [31]   15/15 21/2
25/12 32/19 33/18 34/24
36/20 39/22 53/17 62/5
63/14 65/20 71/24 107/2
111/22 114/3 115/1 117/16
118/15 118/20 119/24
124/22 125/4 125/11
127/14 127/23 131/6 137/6
137/7 146/21 146/22
whether [23]   13/7 24/15
28/13 31/17 38/14 40/15
42/24 46/25 52/6 66/5
68/6 68/13 69/7 73/20
74/9 75/2 80/13 101/12
112/19 121/17 133/22
148/22 150/6
which [43]   6/14 8/18 9/1
9/24 9/24 11/13 16/5 18/6
24/12 26/11 26/24 28/16
30/23 35/19 35/20 35/25
36/19 38/4 50/18 56/2
83/7 85/18 96/5 97/20
99/25 103/6 106/25 109/13
109/21 125/6 125/24
126/25 127/6 128/5 128/6
128/7 128/7 130/20 132/14
144/21 145/1 147/13 155/8
while [6]   18/11 26/21
27/6 47/14 77/19 82/13
white [1]   42/23
whites [3]   28/20 40/2
40/5
whittled [2]   110/18
110/21
who [110]   6/1 6/1 7/8 7/9
7/19 10/21 13/3 13/8
18/25 19/2 19/14 19/18
19/19 21/11 21/25 23/1
23/2 23/20 27/13 27/14
28/23 30/1 30/3 30/4 30/5
33/8 34/6 34/10 34/13
34/13 35/3 40/20 40/22
43/10 48/22 52/5 52/10
53/1 53/24 54/24 55/17
57/13 57/25 58/4 59/2
59/7 59/8 59/9 60/17
61/21 62/2 62/5 65/20
65/25 66/6 66/15 66/25
67/3 67/12 78/20 78/24
79/4 79/4 79/12 79/23
81/12 84/13 85/8 86/15
86/23 87/3 88/12 88/12
89/14 94/5 94/12 94/17
94/23 96/9 96/13 96/18
99/10 99/12 100/17 100/21
101/8 101/13 102/17
103/19 107/24 109/25
110/13 114/16 115/7
115/16 115/19 117/13
117/25 118/3 126/23
128/16 133/3 137/24
141/15 142/22 143/19
146/4 151/9 151/12 152/13
who's [4]   10/1 86/16
86/21 117/16
whole [6]   29/10 29/12
107/16 131/4 131/19
135/23

**W**

wholly [2]   40/6 40/11
whom [2]   18/19 40/17
whose [2]   13/3 42/18
why [33]   7/2 12/25 24/8
 30/6 31/25 32/25 33/5
 35/19 40/12 44/23 47/15
 50/3 50/21 56/18 61/15
 67/8 68/16 70/6 70/21
 72/3 74/11 74/14 75/9
 107/9 126/7 126/21 137/12
 137/21 139/8 140/5 140/9
 143/2 144/17
wide [2]   90/5 129/20
widespread [1]   43/20
wife [4]   21/18 75/2 75/7
 75/11
wife's [1]   21/17
wild [4]   35/11 36/12
 36/14 36/17
WILKINS [2]   1/15 4/13
will [74]   4/15 4/23 6/16
 6/20 7/24 8/1 8/3 9/6 9/8
 10/7 10/8 15/7 15/13
 15/25 16/1 19/1 29/15
 34/3 34/5 36/13 40/17
 42/14 42/15 42/16 43/6
 43/9 43/14 44/1 44/15
 44/17 44/24 44/25 45/2
 45/9 46/14 49/22 51/11
 59/22 62/7 62/21 67/23
 68/1 68/24 69/1 69/2 69/4
 69/24 70/10 72/8 73/6
 75/2 75/23 79/18 81/19
 88/16 91/15 91/20 92/4
 98/23 100/18 102/10
 102/18 102/21 107/7 108/8
 108/13 108/21 109/3
 139/22 147/16 147/18
 147/19 148/18 149/11
william [1]   60/10
williamson [10]   42/5 60/5
 60/12 74/13 106/17 119/9
 119/16 119/17 119/21
 119/23
win [2]   15/21 36/3
window [1]   104/19
wisdom [2]   38/17 39/14
wise [1]   31/14
wish [4]   41/13 44/11
 44/23 75/17
wishes [3]   94/23 100/17
 100/21
within [12]   53/8 57/23
 58/24 61/18 85/23 89/4
 91/18 103/14 104/9 106/12
 118/6 120/2
without [11]   10/23 18/18
 21/25 38/17 39/14 64/24
 75/21 94/9 101/8 116/6
 139/15
witness [23]   39/20 40/15
 45/9 45/12 74/7 75/17
 76/5 78/20 78/25 97/7
 98/18 99/2 123/15 123/20
 123/23 131/21 131/24
 132/2 139/13 139/21 142/8
 142/9 142/13
witness's [1]   142/6
witnesses [4]   33/8 35/1

women [5]   21/13 21/13
 22/15 23/5 25/1
won [1]   120/5
won't [3]   30/14 92/1 92/5
wonderful [1]   147/7
word [6]   7/12 36/13 39/19
 39/20 97/2 133/12
words [9]   14/20 24/5
 28/25 30/22 31/1 36/6
 104/3 114/19 119/16
work [8]   8/18 42/9 45/5
 112/8 125/11 132/9 133/1
 137/12
worked [5]   9/4 77/25 78/6
 78/9 121/7
worker [9]   87/22 90/13
 91/2 91/11 91/22 92/18
 93/13 93/15 108/21
workers [7]   22/9 90/3
 90/7 93/18 102/7 109/3
 139/1
working [2]   42/8 119/18
works [1]   62/14
world [1]   36/12
worried [1]   21/6
worry [3]   22/4 108/17
 150/9
worth [1]   144/7
would [86]   5/9 20/23 24/9
 32/6 32/10 32/21 33/20
 35/12 41/25 43/20 46/16
 52/18 55/11 59/12 60/15
 62/11 63/6 63/9 64/21
 67/19 67/21 68/9 70/8
 75/2 79/10 81/21 84/23
 86/15 86/19 86/20 86/23
 86/25 87/3 87/6 87/14
 87/15 88/2 88/5 88/6 89/1
 89/24 93/5 93/8 94/8 97/4
 97/13 100/24 101/16
 102/16 104/4 104/6 105/19
 105/21 106/18 107/8
 108/10 108/16 108/20
 109/5 115/22 118/8 119/13
 119/14 121/24 122/4
 122/12 123/8 128/18
 129/21 130/22 131/17
 133/7 133/8 133/10 133/16
 137/23 138/11 138/16
 142/19 143/2 145/23 146/1
 147/11 148/5 148/24 152/4
wouldn't [7]   22/3 27/25
 60/16 61/24 62/4 105/20
 118/16
wrangling [1]   40/9
writing [2]   17/18 18/22
written [5]   96/18 98/6
 98/12 101/3 118/19
wrong [2]   93/9 133/15
wrongly [1]   28/13

**Y**

yeah [9]   76/1 100/25
 101/21 107/18 112/22
 119/20 127/17 149/12
 150/12
year [14]   13/10 13/10
 34/10 59/20 59/21 61/7
 78/3 78/6 80/24 95/13
 105/16 110/3 125/12 129/5

years [23]   19/25 156/13
 58/13 65/2 82/9 84/25
 85/3 85/5 90/17 90/22
 94/5 115/18 115/23 117/15
 124/25 125/7 125/14
 125/22 125/23 125/25
 135/22 135/24 137/25
yes [106]   4/25 5/7 9/9
 9/10 9/10 10/13 16/22
 35/10 35/20 36/18 37/20
 41/15 45/10 45/17 46/17
 48/5 48/8 48/23 49/1
 50/12 53/14 53/22 54/6
 56/9 56/25 58/7 58/9 59/4
 59/9 60/13 60/22 60/24
 61/6 63/9 63/13 63/20
 65/2 65/14 67/21 68/7
 69/23 71/20 75/18 76/21
 77/2 78/23 79/2 79/7
 79/25 80/3 80/14 80/18
 82/1 82/5 82/24 83/25
 84/17 86/8 87/18 88/15
 89/13 90/1 95/1 96/16
 96/17 96/23 97/8 97/18
 98/1 98/19 105/3 105/16
 105/21 106/5 109/12 110/5
 111/15 120/13 120/16
 128/11 129/15 131/3
 133/19 134/3 134/11
 134/19 135/5 135/8 135/8
 136/15 136/23 139/11
 140/5 141/9 143/1 146/10
 146/12 146/15 148/2 148/6
 148/12 148/24 150/13
 150/19 151/17 152/25
yet [7]   7/10 14/17 79/18
 114/8 118/23 119/3 119/22
York [3]   3/3 3/4 3/4
you [504]
you'd [4]   86/19 87/20
 87/25 140/14
you'll [4]   23/18 34/19
 91/15 91/17
you're [24]   5/7 22/8 26/7
 37/6 38/7 47/14 52/21
 82/14 83/22 87/3 87/18
 89/16 99/22 99/23 105/16
 112/13 118/13 118/19
 119/18 119/24 123/13
 146/13 148/15 149/6
you've [13]   35/9 42/8
 42/9 62/1 62/5 77/3 77/25
 78/3 87/10 87/12 99/5
 136/8 136/13
your [192]
yourself [5]   45/20 71/1
 72/16 124/4 150/8

**Z**

zero [2]   10/13 34/9
zip [2]   63/17 63/18