```
                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA


STATE OF TEXAS,                   :       Docket No. CA 12-128
                                  :
        Plaintiff                 :
v.                                :
                                  :
ERIC H. HOLDER, JR., in his       :       Washington, D.C.
Official Capacity as              :       Thursday, July 12, 2012
Attorney General of the           :       P.M. SESSION
United States,                    :
                                  :
        Defendant, and            :
                                  :
ERIC KENNIE, et al.,              :
                                  :
        Intervenor-Defendants     :       2:00 p.m.
. . . . . . . . . . . . . . . . . :  . . . . . . . . . . . . .
                    TRANSCRIPT OF BENCH TRIAL
                      DAY 4 - P.M. SESSION
                BEFORE THE HONORABLE DAVID S. TATEL
                   UNITED STATES CIRCUIT JUDGE
                THE HONORABLE ROSEMARY M. COLLYER
                  THE HONORABLE ROBERT L. WILKINS
                   UNITED STATES DISTRICT JUDGES
```

APPEARANCES:

For the Plaintiff:            PATRICK K. SWEETEN
                             JOHN WILLIAM MCKENZIE
                             MATTHEW H. FREDERICK
                             STACEY NAPIER
                             JONATHAN F. MITCHELL
                             OFFICE OF THE ATTORNEY GENERAL
                                OF TEXAS
                             209 West 14th Street
                             7th Floor (MC-059)
                             Austin, TX 78701
                             (512) 936-1695

                             ADAM K. MORTARA
                             ASHA L. I. SPENCER
                             JOHN M. HUGHES
                             BARTLIT BECK HERMAN
                                PALENCHAR & SCOTT, LLP
                             54 West Hubbard Street
                             Suite 300
                             Chicago, IL.  60654
                             (312) 494-4469

2

APPEARANCES CONTINUED:


For the Defendant:          ELIZABETH STEWART WESTFALL
                            MEREDITH BELL-PLATTS
                            JENNIFER MARANZANO
                            DANIEL J. FREEMAN
                            RISA BERKOWER
                            BRUCE I. GEAR
                            SPENCER R. FISHER
                            BRYAN L. SELLS
                            U.S. DEPARTMENT OF JUSTICE
                            Civil Rights Division,
                            Voting Section
                            950 Pennsylvania Avenue, NW
                            NWB-Room 7202
                            Washington, DC 20530
                            (202) 305-7766


For the Intervenor          EZRA D. ROSENBERG
Defendants:                 DECHERT LLP
                            902 Carnegie Center
                            Suite 500
                            Princeton, NJ  08540-6531
                            (609) 955-3200

                            JOSEPH GERALD HEBERT
                            J. GERALD HEBERT, P.C.
                            191 Somervelle Street
                            Suite 405
                            Alexandria, VA  22304
                            (703) 628-4673

                            CHAD W. DUNN
                            BRAZIL & DUNN
                            4201 FM 1960 West
                            Suite 530
                            Houston, TX 77068
                            (281) 580-6310

                            ADAM M. HARRIS
                            FRIED, FRANK, HARRIS, SHRIVER &
                               JACOBSON LLP
                            One New York Plaza
                            24th Floor
                            New York, NY 10004
                            (212) 859-8953

3

JORGE SANCHEZ
MEXICAN AMERICAN LEGAL DEFENSE &
    EDUCATIONAL FUND, INC
11 East Adams Suite #700
Chicago, IL 60603
(312) 427-0701

NANCY G. ABUDU
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA  30303
(404) 523-2721

Court Reporter:          REBECCA STONESTREET, RPR, CRR
                         Official Court Reporter
                         Room 6511, U.S. Courthouse
                         Washington, D.C.  20001
                         (202) 354-3249


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

4

# C O N T E N T S

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| STEPHEN ANSOLABEHERE | | | | |
| By Ms. Bell-Platts | 6 | -- | 98 | -- |
| By Mr. Harris | -- | -- | 116 | -- |
| By Mr. Mortara | -- | 24 | -- | -- |

# E X H I B I T S

| NUMBER: | ADMITTED |
|---|---|

(NO EXHIBITS MOVED INTO EVIDENCE.)

**P R O C E E D I N G S**

1
2          JUDGE COLLYER:  All right.  Yes.  Before we begin, we
3   had an inquiry as to whether we could use the ceremonial
4   courtroom for closing arguments tomorrow.  Somehow there seems
5   to be a belief that there will be even more people interested.
6          The ceremonial courtroom is being refurbished and isn't
7   available, won't be for a couple of months, so we've arranged
8   for an overflow courtroom which is on this floor, Courtroom 12,
9   across the hall somewhere.  It will only have audio,
10  unfortunately.  I didn't anticipate soon enough to get true
11  video hookup across the way, but at least audio.  So if you have
12  friends who just want to hear your dulcet tones and don't mind
13  missing seeing your faces, they are certainly welcome to join us
14  that way.
15                   (OFF THE RECORD.)
16          JUDGE COLLYER:  Judge Tatel will find out if we can use
17  the Court of Appeals courtroom.  So everybody who leaves today
18  not knowing for sure, we start at 9:00.  You might come to the
19  second floor; if there's a sign that says, "We're not here,"
20  we're not here.  Yes, Mr. Hughes?
21          MR. HUGHES:  Your Honor, John Hughes for the State of
22  Texas.  I'll be closing on behalf of the State of Texas
23  tomorrow, and anticipate that I would like to take advantage of
24  the audio presentation equipment that we have in this courtroom.
25  And I'm fine if we go to another courtroom, but I'm kind of

1    dependent on that, I think, for my closing.  I'm kind of

2    concerned if we move to a courtroom without that capability.

3              JUDGE COLLYER:  No, no, we're used to presenting

4    evidence.  The Court of Appeals is in a different business.

5              JUDGE TATEL:  We don't do evidence.

6              MR. HUGHES:  That's why I leapt to my feet, Your Honor.

7              JUDGE TATEL:  Good point.

8              JUDGE COLLYER:  I'm very glad that you saved us from

9    that embarrassment of pointing out that the Court of Appeals

10   doesn't --

11             MR. HUGHES:  I wasn't going to say it, Your Honor.

12             JUDGE COLLYER:  Okay.  That is just between and amongst

13   us friends.  So we will be here, but there will be an overflow

14   audio courtroom if persons can't get into this room.  Okay?

15             MR. HUGHES:  Thank you, Your Honor.

16             JUDGE COLLYER:  Thank you.  Thank you for telling us of

17   your needs before we embarrassed ourselves.

18             Where is Dr. Ansolabehere?  I'm sorry, sir, I

19   mispronounce your name, but I like it so much, I've been saying

20   it for months.  Please, sir, you're still under oath.  Go right

21   ahead.

22      **(STEPHEN ANSOLABEHERE, DEFENDANT witness, having been duly**

23                   **sworn, testified as follows:)**

24                     **DIRECT EXAMINATION**

25

7

1    BY MS. BELL-PLATTS:

2    Q.  Dr. Ansolabehere --

3          JUDGE COLLYER:  See, she knows how to pronounce it

4    better than I do.

5          MS. BELL-PLATTS:  I've had to pronounce it quite a bit

6    lately.

7    BY MS. BELL-PLATTS:

8    Q.  Why do you use Social Security numbers at all, if SB14

9    requires name matching?

10   A.  The use of Social Security numbers is to improve the ability

11   to find matching records.  Recall that what we're doing is

12   trying to determine for each voter -- record on the voter

13   registration list, whether or not that individual record has a

14   matching -- exact matching record on the driver's license list

15   or the state ID list or the license to carry list.  So we're

16   using all information available for identifying individuals on

17   each list, and trying to find those matches.

18         One might have pursued a different approach,

19   essentially asking a different question, which is just to use

20   the information, let's say, on your driver's license; your first

21   name, your last name, and your date of birth.  We did

22   investigate that, and when we just matched on first name, last

23   name, and date of birth, we had 2.4 million records that we

24   couldn't match, which is a lot more than 1.5 million, and that

25   was a much bigger magnitude of problems.

1          But the problem that we're facing is not asking the

2     question:  Does the information on the license match the

3     information on the rolls, or the information that might be on

4     the license, but to try to determine who matches on these two

5     lists using all available information.

6          So SSN 9, and eventually SSN 4 were very helpful in

7     finding matches even though that information is not released to

8     poll workers.

9     Q.  And I may have misheard or just looked down for moment.  Did

10    you say that when you just used names, that you came up with --

11    was it 2.4 million?

12    A.  Yeah.

13    Q.  Sorry.

14    A.  So I didn't feel that was sufficient information.  Looking

15    at SSN9's, we saw there were other matching records, so.

16    Q.  Great.  My slides are back up.

17         You've also been criticized somewhat for how you treat

18    name changes.  Could you explain, using your slide, what the

19    issue is with different names, different last names and Social

20    Security numbers?

21    A.  People, during the course of their lives may change their

22    names for various reasons, getting married, privacy, and so

23    forth, so matching a record on the voter registration list with

24    a record on the driver's license list may not lead to an exact

25    and appropriate match if the person's name changed between the

9

1    time they entered the driver's license files and the time that

2    they registered to vote.

3         The slide on name changes and uncertainty provides an

4    example on the voter registration database, Jennifer Fernandez,

5    who has a Social Security number of 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, and a birth

6    date of November 27th, 1979, and a matching record on the

7    driver's license database of Jennifer Bedoya, who has a Social

8    Security number of 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, that's the same Social Security

9    number, and a date of birth of November 27th, 1979.  That's the

10   same date of birth.  So if we matched on Social Security number

11   and date of birth, that person would be considered a match, even

12   though the last names differed.

13        The second case, the case that we would not consider a

14   match because there's insufficient information on the driver's

15   license record, this is the case of, again a fictitious

16   individual, Kristina Jones, Social Security number 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,

17   birth date of October 22, 1982, and there's a record

18   Kristina Simon, with the same birth date and no Social Security

19   number.  So this is a case where that might be a matching

20   individual.

21        And maybe if you're using probabilistic matching, that

22   person might show up as having some probability of a match, but

23   using exact matching, that is not a matching case according to

24   our record.  So that second example is somebody who would end up

25   in the reduced VRNID list.

1    Q.  Is there any danger to using the probabilistic matching in

2    that instance?

3    A.  You can end up matching people incorrectly, and also using

4    probabilistic matching moves you back into that many-to-one

5    matching domain where you're trying to match any given records

6    to one record, because you have a probability that any one of

7    those records on the voter registration list matches that record

8    on the driver's license list.

9    Q.  So one possibility would be that -- I'll withdraw that one.

10        There's been a lot of testimony about deceased

11   individuals and deceased records in this case.  You've prepared

12   a slide to explain what impact the removing of deceased records

13   is?

14   A.  One of the fields on the driver's license database is an

15   indicator of a deceased individual.  We looked at that field and

16   inquired with the state as to whether those would be considered

17   valid driver's licenses.  We were told they were not, that those

18   records should not be considered as valid driver's licenses.  So

19   we removed them in the initial round so that they would not be

20   matched to the corresponding individual on the voter

21   registration database.

22        So Charles Brown, with a Social Security number of

23   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, and a birth date of August 22nd, 1936, is on the

24   voter registration database, and on the driver's license

25   database; Charles Brown with a Social Security number of

1   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, with an August 22nd, 1936, date of birth, shows up

2   and that individual is deceased.  We would drop that record from

3   the list.

4          There are a few things to note about this record.  If

5   we did not drop the deceased, there would be some probability of

6   actually discovering this person as a match.  If we only matched

7   on date of birth and name, this person would be discovered as a

8   match.  So both the Social Security number and the deceased help

9   clarify this record.  But this person would not be considered a

10  match and would be moved to the reduced VRNID list.

11         JUDGE COLLYER:  Okay.  So he's not a match because the

12  Social Security numbers don't match.

13         THE WITNESS:  According to my approach.  But if you

14  just took the naive approach of the name and date of birth, you

15  might have considered that a match.

16         JUDGE WILKINS:  What if the Social Security were the

17  same?

18         THE WITNESS: That person would not be considered a

19  match, either, because we were told those deceased records on

20  the driver's license should not be considered valid driver's

21  licenses.

22  BY MS. BELL-PLATTS:

23  Q.  There were several other challenges to your VRNID list, and

24  you prepared another slide.  Could you explain what this slide

25  shows?

1   A.   Three of the other challenges to our VRNID list are, first,

2   that we include people over 65; second, that we include voters

3   on the suspense list, which would be called in other states the

4   inactive list; and third, that we exclude voters with expired

5   driver's licenses from the DPS when we matched.

6          The over-65 question is an interesting problem with the

7   list matching.  The SB14 allows people over 65 the option of

8   filing a mail ballot in advance of the election without having

9   to show their ID; however, if that person showed up at the

10  polling place, they would still have to show ID.  So for my

11  purposes, I was considering if I showed up at the polling place,

12  would I have to show ID, and the answer for anyone over 65 is

13  yes.

14         There's a lower burden for people over 65 because there

15  is this option of mail-in voting, though mail-in voting is not

16  as commonly used in Texas as it is in a state like California,

17  because many people use early voting, which is a distinct form

18  of advanced voting in Texas.

19         There are roughly 174,000 people on the VRNID reduced

20  file that are over 65, and you might want to treat them

21  differently.  Professor Sager's report suggest that we ought to,

22  but I do not think that's appropriate, given that if I'm over 65

23  and I show up at the polls to vote, I must show ID and I have no

24  other real recourse.  I can't, at that point, put a mail-in

25  ballot without using ID.

1          The other aspect of the over-65 that I examined was

2     whether or not the racial composition of those over 65 differed.

3     And it turned out that people on the voter registration files,

4     according to Catalist, who were over 65 were disproportionately

5     white compared to the overall list.  That is, people who are

6     falling under this exception are more likely to be white than

7     Black or Hispanic, compared to the overall list.  So this seems

8     to be an exception that actually advantages white voters

9     slightly just because they're more likely to be over 65 on the

10    voter registration.

11    Q.  And what about suspense voters?  Could you explain what it

12    means to be on the suspense list?

13    A.  The suspense list is also, as I said, something called

14    sometimes the inactive list.  This is a classification that came

15    up in the National Voter Registration Act, where if a person has

16    not voted in two successive federal elections, they can be

17    placed on the inactive list.  And if they're on there further,

18    they can be purged from the voter file.  But there are some

19    people on the suspense list who, in fact, do vote in elections.

20    Because you're on that list does not mean you're an ineligible

21    voter.  So we treated those people as potential voters.  Their

22    registrations are still legal and valid, and they're eligible,

23    according to the voter registration lists.

24          So we're just trying to match every record on the voter

25    registration lists to a valid DPS or LTC record, and the

1    suspense voters should not be treated differently because many

2    of them do vote.  They don't vote at as high a rate as people

3    who are not on the suspense list.  And there are roughly 161,000

4    of those people on the voter registration -- list of voter

5    registration records without ID.

6    Q.  And what about voters who have an expired identification?

7    A.  Expired identification, as I discussed earlier, is a very

8    important feature of the law.  If you have a license that is

9    expired by more than 60 days before the election, that license

10   is not considered valid - at least, that is my reading of SB14 -

11   so remove those people from the DPS list to come up with a valid

12   driver's license list for the purposes of matching to determine

13   which voter registration records correspond to a valid state ID.

14   Q.  And what number of people qualify with expired IDs?

15   A.  There's an error on this slide.  It should be 430,000, and

16   that's on an earlier slide.  This is just a cut-and-paste error.

17   So in the first column of the slide, "Challenged Groups in

18   VRNID," there are shown those voters over 65, 174,000; those

19   voters on the suspense list, 161,000; and those voters with

20   expired ID, it should be 430,000.

21   Q.  Are you aware that Professor Sager has opined that your

22   analysis is biased against Hispanics?

23   A.  Yes, I am.

24          MS. BELL-PLATTS:  Could you pull up Plaintiff's

25   Exhibit 16, please?

1          MR. MORTARA:  Your Honor, I object.  I asked the

2    witness at his deposition, which occurred subsequent to

3    Professor Sager's deposition, have you done anything, anything

4    at all, to inquire into whether your matching process was

5    biased?  He said no.  This is undisclosed opinion.

6          JUDGE COLLYER:  All right.  We'll consider it as

7    challenged for that very reason.

8          Go right ahead.

9          MS. BELL-PLATTS:  Thank you, Your Honor.

10   BY MS. BELL-PLATTS:

11   Q.  Dr. Ansolabehere, have you reviewed portions of

12   Professor Sager's trial testimony in this case?

13   A.  Yes, I have.

14   Q.  Can you briefly summarize Dr. Sager's findings?

15   A.  Dr. Sager looks at those voters with SSN9 matches who are

16   Spanish surname voter registration records, and finds that

17   20 percent of all of the SSN9 combo records are Spanish surname.

18          Then he also looks at, from the VRNID list, the people

19   who have an SSN9 match but don't have a first name, last name,

20   date of birth match, and he finds that 28 percent are Spanish

21   surname.

22   Q.  Do you agree with his approach?

23   A.  I think everything he calculated here is correct.

24   Q.  Is this evidence of bias in your database matching criteria?

25   A.  Not particularly.  I think what this really speaks to is a

1    problem with SB14 more than bias with the matching algorithm.

2    What he's done in this last step is identified a set of people

3    for whom we would match, and shown that the people who match on

4    SSN9 are disproportionately more likely to be Hispanic if they

5    did not also match on first name, last name, date of birth.  And

6    I think that indicates that Spanish surname voter registration

7    records are less likely to match on first name, last name, date

8    of birth information alone.

9             So if I just matched on first name, last name, date of

10   birth information alone, I would be less likely to match a

11   Spanish surname person, so there's something about just matching

12   on first name, last name, date of birth that makes you less

13   likely to identify a Spanish surname voter.

14             MR. MORTARA:  Your Honor?

15             JUDGE COLLYER:  Yes.

16             MR. MORTARA:  The State withdraws its objection.

17             JUDGE COLLYER:  Okay.

18             MS. BELL-PLATTS:  Thank you.

19             JUDGE COLLYER:  Go right ahead.

20   BY MS. BELL-PLATTS:

21   Q.  Are you aware of Dr. Sager's opinions regarding purported

22   bias against women in your analysis?

23   A.  Yes.

24   Q.  And what is your assessment of his findings regarding women

25   and bias?

1   A.  With respect to women, and also with respect to the question

2   of bias generally, it's -- in order to state that something is

3   biased or not biased in a statistical sense, you need to make a

4   comparison of the measured quantity against the true quantity.

5   But since the true quantity is not known, you don't really know

6   if it's biased.  It may be the case that women are more likely

7   to not match because of name changes and other factors,

8   including possibly race, because there are -- there are more

9   Black and -- disproportionately more Black and Hispanic women

10  registered compared to Black and Hispanic men registered

11  relative to the difference between white men and women in the

12  United States generally.

13  Q.  Are you familiar with Professor Shaw's analysis in this

14  case?

15  A.  Yes.

16  Q.  Are you generally aware that he did a survey on the larger

17  of the VRNID lists?

18  A.  Yes, he did a survey of the 1.9 million group, which is the

19  reduced VRNID list plus the 125,000 people who were duplicates,

20  so we couldn't match in the 266,000 people who had an ambiguous

21  license status but were matchable.

22  Q.  Do you have an opinion about his approach to his survey?

23  A.  My overall sense of this is, it's not clear that this

24  answers the general question before the Court or in this case,

25  which is, I don't see how one could use this information to

1    measure the overall proportion of people on the state voter file

2    who are black, white, and Hispanic, and who have ID and who

3    don't have ID.  Because it's just an analysis of a subset of

4    10 percent of the population, or a little over 10 percent of the

5    voter registration list.

6    Q.  Are there any particular risks to his survey methodology?

7    A.  His methodology is to use land-line phone calls --

8    Q.  What's wrong with using a land line?

9    A.  Land lines are potentially a fine way to proceed.  There's

10   increasing debate over whether you should include cell phones in

11   random digit dialling phone surveys.  But the methodology used

12   is a little hard for me to assess because there's information I

13   don't know about the survey; in particular, how he matched phone

14   numbers to the list, what the algorithm was.  It's very

15   difficult to match -- just from my own experience conducting

16   surveys, very difficult to match phone numbers to the list.  I

17   don't know if he did it or if he used an outside firm, and what

18   technology or approach they used.

19          In addition, the response rate is quite low, and it

20   looks like the field period for this survey was only about a

21   week, which is pretty short, and that tends to produce low

22   response rates.

23   Q.  Why is that?

24   A.  The longer you let people -- give the people the chance to

25   answer the phone call, the more likely you are to get a

1    response.  But a two percent response rate is very low for phone

2    surveys.

3    Q.  Do you have any problems with weighting?

4    A.  I don't -- when you have a low response rate, you often have

5    to re-weight your sample to try to make the sample more

6    reflective of the population you're trying to study.  It's not

7    clear how one would even construct weights for this population,

8    because you actually need to know what the population is that

9    you're trying to study, and what the demographic characteristics

10   of it are.  But we don't know quite what those demographic

11   characteristics are because he's only studying that 10 percent

12   slice.

13        The typical demographic characteristics that one

14   includes in constructing sample weights are gender - and that's

15   available - but also race - that's what he wants to study - and

16   education and income.  But none of that, as far as I can tell,

17   could be used, because he doesn't have education, income, and

18   race for the VRNID list, which we would need to -- the true set

19   of people which he would need to construct sample weights.

20   Q.  Does Professor Shaw provide an analysis of the percentage of

21   all people in Texas who have ID that would be acceptable by

22   SB14?

23   A.  Excuse me.  Could you repeat the question?

24   Q.  Does Professor Shaw provide an analysis of the percentage of

25   all people in Texas who have ID acceptable for SB14?

1    A.  No, he provides an analysis of those on the VRNID list based

2    on his survey, who he estimates have different forms of ID.

3    Q.  Does he provide any analysis of the percentage of black

4    voters who have ID acceptable under SB14?

5    A.  Again, no, it's of the VRNID list, the large VRNID list, not

6    of the entire voter registration list.

7    Q.  Would the same be true for Hispanic voters?

8    A.  Correct.

9         JUDGE TATEL:  Let me just ask a quick question.  Going

10   back to the low response rate, Dr. Shaw testified that in the

11   end it doesn't make any difference because he looked at the

12   returns and saw that it was a representative sample.

13        THE WITNESS:  Then it goes back to the weighting

14   problem.  A representative sample of what?  If it's

15   representative of the VRNID list, we would need to know the

16   criteria by which he evaluated representativeness, and that's

17   typically the same variables or characteristics that he would

18   use to construct weights.  But since that's not known, we don't

19   know what it means to be representative.  Is it representative

20   of the education distribution of the VRNID list?  Is it

21   representative of the income distribution?  Is it representative

22   of the racial distribution?  So we don't know what the answer is

23   to that question.  We can't know, because we don't have the

24   characteristics against which you judge that.  And that's

25   actually -- one of those characteristics is one of the

1   characteristics we were trying to discover, which is race.

2          JUDGE TATEL:  Thank you.

3   BY MS. BELL-PLATTS:

4   Q.  Is there any other statewide data in this case other than

5   what you provided that the Court can use to evaluate the racial

6   effect of SB14?

7   A.  Are there statewide data?  There are the CCES surveys that

8   have some information, but they don't ask about type of ID that

9   one holds, which is one of the critical questions.  So offhand,

10  I don't know of anything.

11  Q.  Just one more question.  To sum up your testimony, based on

12  all of the data that was available to you, what is your

13  conclusion on the likely impact that SB14 will have on Texas

14  voters?

15  A.  My overall conclusion is that there are about 10 percent of

16  people on the voter registration records for which we were

17  unable to find a matching record on the state ID lists, the

18  driver's license list, the license to carry list, and also the

19  state ID lists.  That's a pretty substantial number of people

20  for whom I could not find any matching record.

21          It's further the case that there's a substantial number

22  of people who actually voted in 2008 who are currently -- and

23  2010 elections who are currently on registration rolls who would

24  be affected by the new criteria, and it appears from the data

25  that I've been able to collect and ascertain that there are

1   substantial racial differences, and significant racial

2   differences across racial groups and the ability to find

3   matching records between the VR list and the state ID lists.

4   Q.  Thank you.

5           MS. BELL-PLATTS:  That's all the questions I have for

6   right now.

7           JUDGE WILKINS:  Let me just ask one follow-up question,

8   just to try to understand.  What if any conclusions do you

9   have - and if you don't have any, then just say none - with

10  respect to the likely impact of SB14 on the voting age

11  population of Texas generally?  Not the registered voters, but

12  the voting age population?

13          THE WITNESS:  I did not do an analysis of the possible

14  effects on the voting age population in Texas.

15          JUDGE WILKINS:  All right.  Thank you.

16          JUDGE COLLYER:  Can I ask a question?  Sorry.  When you

17  say that there are significant racial differences, you mean that

18  they are statistically significant?

19          THE WITNESS:  Correct.

20          JUDGE COLLYER:  Are they statistically significant just

21  barely into the significant range, or are they statistically

22  significant in a robust fashion?  I mean --

23          THE WITNESS:  They're highly significant.  The

24  probability of these differences emerging just by chance is

25  effectively zero.

1      JUDGE COLLYER:  Thank you.  Thank you.  Here comes the

2  drum roll.  It is 18 minutes after 2:00.  Mr. Mortara has

3  two hours.  We will take a short break before he gets to the end

4  of it, if we're lucky.

5      MR. MORTARA:  Or if I'm lucky.

6      JUDGE COLLYER:  Or maybe.  Or maybe we won't.  We might

7  just go through and then take a break, and then we'll know how

8  much time exactly the United States has left.  Go ahead.

9      MR. MORTARA:  Your Honor, if I may for a moment, I was

10  going to hand Professor Ansolabehere a pad and pen for reasons

11  we discussed earlier, and I would suggest we turn the screens as

12  we had discussed earlier.

13      JUDGE COLLYER:  Oh, we didn't discuss the screens.

14  Judges, I completely forgot that.  What do you think we should

15  best do?

16          (OFF THE RECORD.)

17      JUDGE COLLYER:  We are in agreement that we should turn

18  the screen.  The public can hear the testimony, but it really

19  doesn't have the same degree of concern about seeing the precise

20  evidence.

21      MR. MORTARA:  Your Honor, may I begin?

22      JUDGE COLLYER:  Please, sir, when you're ready.

23      MR. MORTARA:  We need to turn this one as well, I guess

24  is what people are saying.

25      JUDGE COLLYER:  Does it show up on that one?

```
 1              MR. MORTARA:  It's not an emergency.  It's not the

 2    first thing I'm putting up on the screen.

 3              JUDGE COLLYER:  Why don't you start?

 4                        CROSS-EXAMINATION

 5    BY MR. MORTARA:

 6    Q.  Hi, Professor Ansolabehere.  It's good to see you again.

 7    A.  Good to see you.

 8    Q.  I'm Adam Mortara, and for the first time in trial today, I'm

 9    from the law firm of Bartlit, Beck, Herman, Palenchar & Scott in

10    Chicago.  Nice to meet you again.

11              JUDGE COLLYER:  You're not from Texas?

12              MR. MORTARA:  No, but I wish I were, Your Honor, I

13    really do, because then I would have to show photo ID to vote,

14    unlike in Chicago, where you don't.

15              JUDGE COLLYER:  Boy, is that a zing.  Go on.

16    BY MR. MORTARA:

17    Q.  You've written fairly extensively on the effects of voter ID

18    laws.  Right?

19    A.  Correct.

20    Q.  And your initial report, though, doesn't cite or discuss in

21    the body of the report any of your publications on the effect of

22    voter ID laws, because the DOJ did not ask you to do that.

23    Correct?

24    A.  Correct.

25    Q.  I want to start off talking about your 2009 article in the
```

1    *Journal of Political Science.*  This is Plaintiff's Exhibit 38.

2    I've got it up on the screen.  In this paper from 2009, you did

3    some original research into the effect of voter ID laws, and

4    into poll worker behavior as well as voter opinions as it

5    pertains to voter identification and photo identification laws.

6    Correct?

7    A.  This article reports studies that I had already -- most of

8    it is already done, so it's referencing back to earlier

9    research.  There are a few original facts in this piece.

10   Q.  And I just want to get to the introduction here on the right

11   column.  You start off saying, "Not surprisingly, these laws

12   have been challenged in court."  You go on to characterize the

13   two sides of the debate, "those challenging photo ID laws argue

14   that they place undue burden on voters and have discriminatory

15   consequences; those defending the laws argue they're essential

16   to ensure the legitimacy of elections."  Do you see that?

17   A.  Correct.

18   Q.  And you go on to talk about photo ID laws, and what you mean

19   there is laws that require presentation of photographic

20   identification to vote in person.  Right?

21   A.  Correct.

22   Q.  And one of the examples you give towards the bottom is, of

23   course, Indiana and the famous *Crawford* case.  Right?

24   A.  Yes.

25   Q.  And I want to turn now to the bottom of Subsection 1, and at

1    the bottom of Subsection 1, on the right column on your screen,

2    Professor Ansolabehere, you report on a racial disparity in your

3    data on who is asked for identification.  Correct?

4    A.  Correct.  And that's nationwide.

5    Q.  And you report in this article from the CCES we've heard so

6    much about that Blacks and Hispanics were asked for photo

7    identification more than Anglos.  Right?

8    A.  Correct.

9    Q.  And I'm highlighting a passage, and it says, "These racial

10   differences persisted upon holding constant income, education,

11   party identification, age, region, state laws, and other

12   factors."  Do you see that?

13   A.  Correct.

14   Q.  Now, you found a racial disproportionality here in the

15   request for photo ID, but you didn't stop and say, "Well, poll

16   workers are acting on the basis of race," because that would be

17   bad social science.  Correct?

18   A.  Correct.  What I did here is a multivariant regression

19   analysis that included, in addition to race, these other

20   factors - income, education, party identification, et cetera -

21   in predicting the probability that you were asked for ID.

22   Q.  And to put that in layman's terms, you did good social

23   science and made sure that racial differences persisted upon

24   holding constant income, education, party identification, age,

25   region, state laws, and even other facts.  Right?

1    A.  Correct.

2    Q.  Now, one thing you mentioned, or we heard mentioned, is

3    that -- I think it was Dr. Lichtman, actually, he mentioned that

4    there's a disparity also in who is asked for ID in Texas today

5    under current law.  Correct?

6    A.  I believe that's in Dr. Shaw's report.

7    Q.  And it's from the CCES.  Right?

8    A.  Correct.

9    Q.  But you've not done for your reports in this case the

10   vigorous analysis that you did in your 2009 paper on data in

11   Texas specifically, where you tried to control for various

12   factors to determine whether race was motivating the request for

13   photo ID.  Right?

14   A.  I was not asked to assess how the current law is being

15   administered in the State of Texas using the CCES, which would

16   be the parallel analysis here.

17   Q.  And going from a time when minorities were asked for photo

18   ID more than Anglos, in the world of Senate Bill 14, we're going

19   ahead to time when everybody is asked for photo ID regardless of

20   race.  Right?

21   A.  Yeah, depending on how the law is administered.  But that's

22   one of the questions.  But presumably if everyone is required to

23   show ID, then everyone will be asked, so if the law is

24   administered exactly as it's written, my understanding is

25   everyone is asked for ID, or would be.

1   Q.  And you have no reason to believe, sir, that Texas poll

2   workers would not follow the law of Senate Bill 14 if it's

3   ultimately precleared by this Court and Texas is permitted to

4   put it into place.  Right?

5   A.  No reason to believe that.

6   Q.  Now, the data that produced this article - you said you've

7   done it before - comes in part from the CCES survey we've heard

8   so much about.  Right?

9   A.  Yes, the data comes from the CCES.

10  Q.  And in fact, I think you mentioned, Texas expert

11  Professor Shaw works on the CCES survey as part of your team.

12  Right?

13  A.  Well, he's part of the -- the teams are different university

14  teams, so he's part of the University of Texas team, but he

15  participates in the overall project.

16  Q.  And you know Professor Shaw quite well.  You're on a

17  first-name basis.  Correct?

18  A.  Correct.

19  Q.  You used to play basketball against him?

20  A.  Correct.

21  Q.  You used to guard him?

22  A.  Correct.

23  Q.  He used to post up on you?

24  A.  He's taller than me and he is a better basketball player

25  than me.

29

1    Q.   And you have a lot of respect for Daron Shaw, don't you?

2    A.   Daron was one of my students at UCLA.

3    Q.   And you acknowledge that Professor Shaw is an expert in

4    surveys.   Right?

5    A.   Yeah, he's one of the experts in surveys.

6    Q.   Now, coming back to the CCES from 2006 and 2008, CCES

7    participants were asked whether they were asked for photo

8    identification when they attempted to vote.   Correct?

9    A.   Correct.

10   Q.   Now, I want to go to point number two of your article, and

11   it starts at that bottom of this page here.   You see point

12   number two.   The beginning sentence is:   "The immediate voting

13   rights concern with photo identification laws is that they

14   prevent people from voting."   And then at the top it says -- of

15   the next page, excuse me, Professor Ansolabehere, "and prevent

16   access to the polls of different groups or classes of voters.

17   Question:   How many people were denied the vote as a result of

18   voter identify request?"   Do you see that?

19   A.   Yes.

20   Q.   And that refers to the fact that you wanted to know if

21   people were going to be stopped from voting by voter ID laws

22   generally and photo ID laws specifically.   Right?

23   A.   Right.   But keep in mind that the voter ID laws generally

24   are pretty wide range across the states and the comparison here,

25   in this analysis of the 25 states at this -- roughly 25 states

30

1    at this time that have some sort of requirement of showing some

2    form of ID, could be even a utility bill, and those 25 or so

3    states that don't have such a requirement.

4    Q.  Dr. Ansolabehere, I'm just coming back to the beginning of

5    Section 2.

6    A.  Yeah.

7    Q.  "The immediate voting rights concern with photo

8    identification laws" is how that section begins.  Right?  And

9    you were interested in that specifically in this 2009 paper.

10   Right?

11   A.  Correct.

12   Q.  And we all understand that there were only two states that

13   had mandatory photo ID laws in 2008, Indiana and Georgia.

14   Right?

15   A.  Correct.

16   Q.  We're not hiding the ball here.  But you did answer your

17   question, and the answer is, very few.  Right?

18   A.  Correct.  In the 2006 and 2008 surveys, very few of the

19   respondents who were asked to show identification responded that

20   they were not allowed to vote after showing identification.

21   Q.  And you even drew at least a predictive conclusion here

22   about photo ID laws.  You said, "The actual denials of the vote

23   in these two surveys suggest that photo ID laws may prevent

24   almost no one from voting."  That's what you said in 2009.

25   Right?

```
 1    A.  Correct.

 2    Q.  Now I want to shift a little focus to the general election,

 3    because this article concerns the 2008 CCES Super Tuesday

 4    primary.  Right?

 5    A.  Right.

 6    Q.  And we have now the 2008 general election CCES data.  Right?

 7    A.  Correct.

 8    Q.  And you saw that broken out for Indiana and Georgia in

 9    Professor Shaw's report.  Correct?

10    A.  Right.

11    Q.  And I'll put that up on the screen.  Here we have

12    Professor Shaw's report, Figure 6.  I went through this with the

13    court in opening.  It shows who's asked for photo ID in Texas,

14    Indiana, and Georgia.  And you see here that in 2008, 99 percent

15    of those in Indiana were asked for photo ID, and 99 percent of

16    those in Georgia were asked for photo ID.  Right?

17    A.  Correct.

18    Q.  And that's because in those two states, it doesn't matter

19    whether you have an ID or don't, you're going to get asked.

20    Right?

21    A.  That's what the survey indicates.

22    Q.  And then Figure 7, which I'll scroll down to so you can see

23    it, Figure 7 shows who was permitted to vote after being asked

24    for identification in all three states.  Right?

25    A.  Correct.
```

1   Q.  And Indiana and Georgia, 98 and 97 percent respectively were

2   permitted to vote.  Right?

3   A.  Correct.

4   Q.  If you presume, based on the CCES data from your study, that

5   the poll workers in Indiana and Georgia followed the law, then

6   what we know is that virtually everyone who showed up at the

7   polls and tried to vote in Indiana and Georgia in 2008 had photo

8   identification or an exemption under those two laws.  Right?

9   A.  Or there was some instructions in the enabling legislation.

10  I don't know much about the administrative code in Indiana

11  pertaining to those laws, or Georgia.  But however the laws are

12  to be interpreted at that polls, and whatever education was

13  performed for the poll workers - so whatever leeway the poll

14  workers were granted through the administrative implementation

15  of the law - then 98 percent in Indiana and 97 percent in

16  Georgia reported that they were allowed to vote.

17  Q.  That's a yes.  Right?

18  A.  Right.

19  Q.  And you're not aware of any direct evidence in this case,

20  with all your testimony you've given up to now, anywhere, that

21  Indiana or Georgia poll workers do not faithfully follow the law

22  in 2008 or any time.  Right?

23  A.  I know of no evidence that that is not the case.

24  Q.  And you told me at your deposition, whatever it is, for

25  whatever reason, your own published research concludes that

1   photo ID laws may prevent almost no one from voting?

2   A.   That is my own conclusion based on the survey research I've

3   done to date on this topic.

4   Q.   And in fact, that's your conclusion based on the published

5   research that you've studied to date.   Right?

6   A.   Well, other published research disagrees with me, so we

7   can...

8              MR. MORTARA:   Your Honor, may I approach?

9              JUDGE COLLYER:   Yes.

10  BY MR. MORTARA:

11  Q.   I'm going to refer you to page 273 of your deposition, where

12  I asked you at line 7:

13             QUESTION:   "Whatever it is, for whatever reason, your

14  own published research concludes that photo ID laws may prevent

15  almost no one from voting.   Right?"   And you answered --

16  A.   That's correct.

17  Q.   "That is what the published research that I have studied has

18  indicated."   Was that your sworn testimony?

19  A.   That's my testimony.   What I'm referring to is the data that

20  I have studied, the CCES data I have studied.   That's what the

21  data -- as opposed to other people's articles and what they have

22  studied.

23  Q.   Professor Ansolabehere --

24             MS. BELL-PLATTS:   Objection, Your Honor.   That's

25  improper impeachment.

34

```
 1              JUDGE COLLYER:  Yeah, that was not an impeachment.  I
 2    just want to tell you, that was not proper impeachment.  This is
 3    a court trial, there's no jury.  So just keep going.
 4    BY MR. MORTARA:
 5    Q.  Professor Ansolabehere, I'd like to talk now about your 2007
 6    article in the "NYU Annual Survey of Law."  Do you remember that
 7    one?
 8    A.  Yes.
 9    Q.  And this is an article entitled "Access Versus Integrity in
10    Voter Identification Requirements."  You remember we spoke about
11    this one before.  Right?
12    A.  Correct.
13    Q.  And this is sort of a predecessor to your 2009 article in
14    the sense it uses 2006 CCES data.  Right?
15    A.  Correct.  The 2006 data had just been compiled, and this is
16    my first take at it.
17    Q.  And in general, we agree that the conclusions of the 2007
18    article are similar to the conclusions of 2009?
19    A.  That's correct.
20    Q.  I want to just point to you something that's been discussed
21    a couple of times from this 2007 article, which is the survey
22    results, and your interpretations of them, that I'm now showing
23    on page 619 of Plaintiff's Exhibit 24.  And you list Table 1,
24    Voter Identification Support For, Application of, and Exclusions
25    By 2006 CCES Sample.  Do you see that?
```

1    A.  Yes, I do.

2    Q.  And this is because the CCES asked people whether they

3    supported photo ID requirements to vote.  Right?

4    A.  Correct.

5    Q.  And you have a table here showing the results, and I'm just

6    going to highlight the results here.  And it shows that for all

7    groups, even people who would describe themselves as very

8    liberal, all groups by a majority supported the use of photo

9    identification.  Right?

10   A.  Correct.  That's what that shows.

11   Q.  And it's 77 percent of whites, 70 percent of Blacks, and

12   78 percent of Hispanics.  Right?

13   A.  Correct.

14   Q.  Now, if someone suggested to you that this was a survey

15   about HAVA, that would be totally incorrect.  Right?

16   A.  What do you mean?

17   Q.  You're not asking people their opinions of HAVA in this

18   survey.  Right?

19            JUDGE COLLYER:  Could you just define HAVA?

20            MR. MORTARA:  The Help America Vote Act.

21   A.  The question was not do you support the Help America Vote

22   Act.

23   BY MR. MORTARA:

24   Q.  And your comments on the next page which I talked about in

25   my opening, "Perhaps the most surprising demographic or

1    political comparison arose with race, and the surprise was a

2    lack of division."  That's not about HAVA, is it?

3    A.  It's been awhile since I wrote that.  Let me look at this.

4    No.

5    Q.  That's about people's opinions about photo ID requirements.

6    Right?

7    A.  That's about people's opinions about photo ID requirements.

8    Q.  And what you found is that the Congressional Black Caucus

9    and Democratic Party leadership may have been wholly out of step

10   with the electorate on this issue.  Right?

11   A.  Based on their positions during the HAVA discussions about

12   the photo identification requirements.

13   Q.  And when you did your survey, one group you didn't survey

14   were Democratic legislators.  Right?

15   A.  No, I did not survey Democratic legislators.

16   Q.  So you don't know whether photo ID requirements enjoyed a of

17   majority support from that group?

18   A.  You mean Democratic members of the House of Representatives?

19   Q.  Sure.

20   A.  No.

21   Q.  I want to go back to your 2009 article, which is Plaintiff's

22   Exhibit 38, and at the end you discuss some research from the

23   Alvarez group at Cal Tech.  Right?

24   A.  Yes.

25   Q.  And one of the conclusions that the Alvarez group at

1    Cal Tech as made in their 2008 paper is one we discussed at your

2    deposition.  Right?  And it was a finding of the Alvarez

3    group -- when you testified that you have no reason to disagree

4    with Alvarez and his colleagues who found that stricter voter ID

5    laws like photo ID laws do not have any racially discriminatory

6    impact.  Right?

7    A.   There are two version of their analysis.  There's that

8    paper, which was not in a refereed journal, and then there's a

9    subpart of that paper which is in a refereed journal that's in

10   2011, I believe.  Mike Alvarez is the lead author on that.  He's

11   a member of the voting technology project, and I know him well

12   and have worked closely with him, and we happen to disagree on

13   some of these empirical analyses.

14         But the published version of their article shows a

15   substantial drop in turnout across all groups.  The unpublished

16   version didn't show a substantial drop in turnout for the states

17   that had required photographic identification.  I don't know

18   what the explanation is for the change in their results for

19   overall turnout without racial groups.

20         In the unpublished version in 2008, they have the

21   conclusion that they found no effect on the racial groups.  I

22   don't know if the analysis would change or would be informed,

23   but it's a pretty substantial difference in the overall effect.

24   I have no reason to disagree with what they said in the

25   unpublished paper in 2008, but that did raise -- the fact that

1    the overall effect on turnout differed raised a red flag, and I

2    don't know if the racial -- the lack of a racial difference

3    would have carried through or not.  That's just an analysis that

4    they haven't published yet.

5    Q.  Could you turn to page 208 of your deposition?

6    A.  Uh-huh.

7    Q.  And at line 16 I asked you:  "Do you have any reason to

8    disagree with Alvarez and his colleagues who found that stricter

9    voter ID laws, like photo IDs, do not have any racially

10   discriminatory impact?"  And you answered:  "I have no reason to

11   disagree with what they found at this point from the academic

12   literature."  That was your sworn testimony.  Right?

13   A.  Right.  And I think that is consistent with what I just

14   said.  I'm just clarifying that there is this issue, which we

15   also discussed in the deposition, of the inconsistency between

16   the overall turnout effect that was published that was quite

17   different from the unpublished turnout effect.  And I just don't

18   know what the explanation is.  I have no reason to disagree

19   with --

20   Q.  Dr. Ansolabeher, I'm sorry to interrupt --

21           JUDGE COLLYER:  Excuse me.  You can't interrupt him.

22   He's answering the question.  You might not like the answer, but

23   it is an answer.

24           Are you done, sir?

25   A.  As said in the deposition, I have no reason to disagree with

1   the result on page 208 that they found in their 2008 study no

2   racial difference.  But there's this question that's lingering

3   about that, which is what explains the disparity -- what

4   explains why the analysis for all people differed between the

5   2008 version and 2011 version.

6   BY MR. MORTARA:

7   Q.  Well, your testimony from this case up until now is that

8   neither Alvarez nor anyone else has concluded that Indiana's

9   photo ID law, even with their racial disparity in ID possession

10  rates, disproportionately reduce Black turnout.  Right?

11  A.  That's correct.

12  Q.  Now, you talked a little bit about poll worker discretion in

13  your report.  Right?

14  A.  Uh-huh.

15  Q.  And I want to just ask you, you're not aware of any direct

16  evidence in this case or anywhere that any poll workers from

17  anywhere in the state are violating the law.  Right?

18  A.  No.

19  Q.  I want to turn now to your database match.

20  A.  Okay.

21  Q.  And first, we have a little bit of a terminological issue.

22  During direct you said something along the lines that you

23  focused on the 1.5 million reduced VRNID in your analysis.

24  Right?

25  A.  For most of the analysis.  Not all of it, but for most.

1   Q.  I want to refer you to your report and your conclusions from

2   your report.  And on the screen I have the conclusions section

3   of your first report.  You see that?

4   A.  Yes.

5   Q.  And the first sentence of paragraph 48 of the conclusions

6   section of your report says:  "The proposed voter identification

7   requirement for the State of Texas has the potential to create

8   difficulties nearly for 1.9 million registered voters, or one in

9   seven of those on the registration rolls in the state."  Do you

10  see that?

11  A.  Right.  And those are the people on the VRNID list reduced,

12  plus the 125,000 that we couldn't match and have no information,

13  so there's some potential that there's a problem.  And then the

14  266,000 that we don't know if they have -- we were not able to

15  get clarification as to whether they have a valid driver's

16  license, and there's a potential for problems for those people

17  as well.

18  Q.  And as long as we're here, there's another conclusion that

19  you have in the same paragraph:  "If only the driver's license

20  and license to carry databases are used to authenticate voters

21  as of April 30, 2012, then 1.9 million persons could not vote

22  because they do not have a corresponding matching record between

23  the voter registration list and the driver's license or license

24  to carry databases."  Do you see that?

25  A.  Correct.

1    Q.  But we talked at your deposition, it's absolutely insane to

2    ask poll workers to search the DPS DL database.  Right?

3    A.  Correct.  This is getting at the question of exactly how is

4    this law to be implemented, and exactly what information is to

5    be used and how is it to be used.  One conceptualization of that

6    is, we take one list, we take another list, and we see if you

7    have corresponding information on that list.

8            Again, I'm not evaluating the administrative code which

9    would have to go along with the implementation of the election

10   law.  Presumably, that's something the Secretary of State would

11   write, and that would, I guess, be the next stage in this.  But

12   I'm just saying, if you take literally what we have done and if

13   this is literally what happens at the polling place, this is the

14   interpretation of the finding.

15   Q.  I want to move on now to cleaning.  You talked about

16   cleaning with Ms. Bell-Platts.  Right?

17   A.  Yes.

18   Q.  And you had a slide on cleaning.  Right?

19   A.  Yes.

20   Q.  And that slide didn't tell anybody the number of records you

21   cleaned from both databases.  That slide didn't say it, did it?

22   A.  I don't recall those numbers.  It didn't have that on there.

23   Q.  In fact, you cleaned five million records from the driver's

24   license database, or about 20 percent.  Right?

25   A.  Yes, I think it was 19 million plus some.

1  Q.  And you only cleaned about 7,000 of 13 million records from

2  the voter registration database.  Right?

3  A.  Yes.  Using the criteria described, that's all that were

4  caught from the voter registration list.

5  Q.  And you made no effort to clean the voter registration

6  database of voters who were not eligible?

7  A.  Right.  I'm not trying to determine who is eligible for some

8  other reason.  I'm just trying to say, of all the records on the

9  voter registration list, for how many of them can I determine if

10  there's a match.

11  Q.  And you did not engage in any effort to identify records on

12  the voter registration database of people who were ineligible.

13  Correct?

14  A.  Ineligible to vote, you mean?

15  Q.  Correct.

16  A.  Correct.

17  Q.  In addition to removing the deceased from the driver's

18  license database, you could also have potentially removed people

19  from the voter registration database who had moved states.

20  Right?

21  A.  Not from just the data that are available from that source,

22  if I follow what you're saying.

23  Q.  Well, the third party provider, Catalist, they have access

24  to the national change of address database.  Right?

25  A.  We could get NCOA flags from them, potentially.

1    Q.  And when you were preparing your reports, you could have

2    asked Catalist to tell you which people on the voter

3    registration database had, in fact, moved out of Texas, but you

4    didn't do that for your reports and the numbers you got today.

5    You didn't do that.  Right?

6    A.  I think the NCOA flag information that is available from

7    Catalist to us is only whether they moved, not whether they

8    moved in state or out of state.

9    Q.  I want to move on now to talk a little bit more about

10   Catalist.

11   A.  Okay.

12   Q.  Here in your report, when you're talking about Catalist, say

13   you had validated -- "I found that nearly all persons identified

14   by Catalist as black, white, or Hispanic, identified themselves

15   in the survey as the same race projected by Catalist."  And you

16   cited a paper down there.  Do you see that?

17   A.  Correct.

18   Q.  And that's with you and Professor Hirsch.  Right?

19   A.  Correct.

20   Q.  And we talked about that paper at your deposition.  Right?

21   A.  Correct.

22   Q.  And at your deposition you told me that you had not

23   evaluated the accuracy of Catalist race assignment algorithm for

24   states like Texas, where voters do not provide their race when

25   they register.  Correct?

1   A.  Correct.

2   Q.  From your direct, we saw slides that showed literally

3   hundreds of thousands of people in your VRNID that actually do

4   match to an expired or deceased entry in the DPS.  Right?

5   A.  Right.

6   Q.  And the DPS has race information.  Right?

7   A.  It has some.

8   Q.  And for your report, your deposition, and your testimony to

9   this court, you could have checked Catalist's racial matching

10  algorithm for blacks, for instance, by comparing what Catalist

11  came up with, with what these people told the DPS their race was

12  when they got the driver's license.  Right?

13  A.  I could have.  We didn't go back and do that because there

14  were ambiguities in the racial categories on the DPS file.  So I

15  did not go back and read the DPS data after the fact.

16  Q.  I want to now talk to you about categories of people that

17  you're matching process from your reports in this case may have

18  misclassified.  Mr. Hughes is going to help me out.

19          JUDGE COLLYER:  Mr. Hughes, I'm sorry.  We have a

20  visitor there that you're blocking, so you need to move that to

21  where it's in front of your table so that the judge can see.

22          MR. HUGHES:  Yes, Your Honor.  Thank you.

23          JUDGE COLLYER:  Thank you, sir.

24  BY MR. MORTARA:

25  Q.  And I've put a board up --

```
 1                     (OFF THE RECORD.)

 2      BY MR. MORTARA:

 3      Q.  I've put a board up with eight categories.  And for the

 4      record, the eight categories are:  Alternate First Name, Middle

 5      Name As First, Spaces in Last Name, Last Name Change,

 6      Spanish-English, Moved Away (Suspense), Moved Away

 7      (Nonsuspense), and Federal ID.  Do you see that?

 8      A.  Yes, I do.

 9      Q.  I'm going to put on the screen now an entry from your VRNID

10      database that your lawyers and I agreed is actually an entry

11      from your VRNID database.

12               MS. BELL-PLATTS:  Objection.  You're querying -- he's

13      querying his database.

14               MR. MORTARA:  I'm only going to use the entries we

15      agreed on.  That's the way I show it.  I've done it twice in

16      trial already.

17               JUDGE COLLYER:  Well, why don't you see what comes up?

18      Make your query and we'll move on.

19      BY MR. MORTARA:

20      Q.  And Professor Ansolabehere, you read SQL code.  We talked

21      about this at your deposition.  Right?

22      A.  Yes, it's -- I program in it actively, so...

23      Q.  And I'm going to search your VRNID database for someone

24      called Kay Hutchison.

25      A.  Okay.
```

1    Q.  And I spelled it wrong.  This is going to happen all day

2    long.  Kay Hutchison, please excuse me.  And you can see there's

3    someone on your database whose name is Kay, middle name Bailey,

4    last name Hutchison.  Right?

5    A.  Correct.  Which database are we looking at?

6    Q.  We are looking at your unmatched records, and then you can

7    see here, this code here - you know what this means - pulling in

8    your race data over here on the right.  Do you see that?

9    A.  Okay.

10   Q.  I want to go through just what do some of these fields mean,

11   so the court can understand.  You have these three fields here,

12   merge dls ssn, merge dls dfl, and merge dls dfml.  Under all of

13   them its says "master only."  Right?

14        MS. BELL-PLATTS:  Objection, Your Honor.  What we

15   agreed to was the spreadsheet that was provided by Mr. Mortara,

16   not to the manipulation of a database putting up other fields

17   that we just don't see.  There's no proof that this is the

18   database.  We agreed to the field.

19        JUDGE COLLYER:  Wait, wait, wait, wait, wait.  Does the

20   merge dis ssn (sic), does that come from your data, sir?  Is

21   that part of your program?

22        THE WITNESS:  That's part of the program.  That is a

23   variable that's -- that's the name of a variable generated by

24   the program.  I don't know if this is the same program, but...

25        MR. MORTARA:  It's part of the data I sent them last

 1     night, Your Honor.  This is exactly what they confirmed.

 2              JUDGE COLLYER:  Listen, we've had this argument.  I

 3     don't need to waste time on it.  What is the nature of your

 4     objection?

 5              MS. BELL-PLATTS:  We confirmed the spreadsheet.  The

 6     underlying database that he is using has not been authenticated

 7     by the Department of Justice.  We can put up the names and we

 8     agree that the names will appear, but this manipulation, we do

 9     not agree to that, we didn't stipulate to that, and we didn't

10     stipulate to the database.

11              JUDGE COLLYER:  It's not stipulated.  Keep going.

12     BY MR. MORTARA:

13     Q.  So what does "master only" means?  That means that this

14     person is not part of your ambiguous driver's license set,

15     right, because it didn't match in any of your sweeps?

16     A.  Master only is an indicator variable that's kept in Stata's

17     memory that indicates which file the record is on between

18     merges.  There are three categories:  One is it's on the master

19     file; two is it's on the merged file, the file I'm pulling in,

20     so the master file is the one I have in memory; and three is it

21     's on both.

22              So Master File 1 means this is a record that's only in

23     whatever the master file is that I was referencing in doing a

24     merge, assuming these are the right variables.  So if I'm

25     merging, dls refers to the driver's license database, and I'm

1    merging to match on SSN, Social Security 9, then this is a

2    record that only showed up in the master file, the file I was

3    pulling data in to see if I've got a matching record.  It did

4    not show up in -- the identical record did not show up in the

5    file I was pulling in to do the matching to.

6          The same interpretation is of the variable entitled

7    here "merge_dlsdfl."  Where merge_dls is I'm merging the

8    driver's license -- using the driver's license data, I'm merging

9    in on the basis of "D" for date of birth, "F" for first name,

10   and "L" for last name.

11         And then the variable which is shown in Row 12 of your

12   code, merge_dlsdfml is when I performed the attempted match to

13   merge the files from the voter registration list and driver's

14   license list for date of birth, first name, middle name, last

15   name.

16         JUDGE COLLYER:  So since this says "master only" under

17   all three of those, is the proper interpretation of that

18   information to mean that Kay Hutchison did not show up on any of

19   those merge lists, any of the other databases?

20         THE WITNESS:  Correct.  If I'm reading which file is

21   going which way.

22   BY MR. MORTARA:

23   Q.  And the master file you used was the voter registration

24   database cleaned by you.  Right?

25   A.  I believe that's true.  I would have to go back and look at

1    the code and make sure which file is calling it -- which order

2    we were doing the merging.

3    Q.  Now, do you know who Kay Bailey Hutchison is?

4    A.  Senator -- ex-senator from the State of Texas.

5    Q.  And do you think she has photo ID?

6    A.  I have no idea if she has a current photo ID.

7    Q.  Would you agree with me that this is likely

8    Senator Hutchison, or would you like to see some additional

9    clarifying information?

10   A.  I think she's likely Senator Hutchison.  I'm sure we could

11   find some additional information.  I'll take it as stipulated.

12   Q.  I'm going to show you on the screen Plaintiff's Exhibit 530,

13   which is Kay Bailey Hutchison's Senate web page, and highlight

14   and ask you to observe her birthday here.  Do you see that?

15   A.  Yes.  July 22, 1943.

16   Q.  Professor Ansolabehere, as we go forward, don't read them

17   into the record.  If you need to write them down, write them

18   down.

19           And you see her full name is Kathryn Ann Bailey --

20           JUDGE COLLYER:  This is on the public record.  It's on

21   the web site.

22           MR. MORTARA:  I'm trying to condition the witness for

23   later.

24           JUDGE COLLYER:  Right.  There are certain kinds of

25   things, Professor, that if they get in the public record of a

1    trial, the lawyers have to go through and redact them before the

2    transcript can be posted on our electronic docket, and birth

3    dates are the sorts of things that have to be redacted because

4    they're considered personal identifiers or whatever.

5            However, I will say for the record that former

6    Senator Hutchison posts her birth date on her own web site, and

7    it does not need to be redacted from this record.

8            MR. MORTARA:  Thank you, Your Honor.  I'm going to try

9    to move along here.

10           JUDGE COLLYER:  That's quite all right.  I wanted to

11   explain what we were doing to everyone.  Go on.

12   BY MR. MORTARA:

13   Q.  Now, you had Kay Bailey Hutchison in DR, and her real

14   name -- her full legal name apparently is Kathryn Ann Bailey

15   Hutchison, but you didn't search Kathryn Hutchison when you were

16   trying to match records in the driver's license database.

17   Right?

18   A.  No, I did not.  That would be analogous to doing what we

19   were describing earlier as fuzzy matching, where you take a list

20   of potential nicknames and so forth and try to match on the

21   basis of those, or initials and things like that.

22   Q.  And I'm doing something to pull up an entry.  I don't want

23   you to look at what I'm doing; all I'm going to do is pull up a

24   name.  I'm going to look at one name, and I want you to tell me

25   if the name I've highlighted on your screen, which your

1    attorneys have agreed, is from the driver's license database, is

2    the name Kathryn Bailey Hutchison.

3              MS. BELL-PLATTS:  Objection.  We don't know what

4    database he's querying.

5              JUDGE COLLYER:  All right.  That's fine.  Objection

6    noted.  Keep going.

7    BY MR. MORTARA:

8    Q.  Your attorneys have agreed this is a correct entry from the

9    driver's license database you got.

10             JUDGE COLLYER:  Okay.  They're -- they haven't agreed

11   this is, but they have agreed that Senator Hutchison shows up in

12   both.  Go on.

13   BY MR. MORTARA:

14   Q.  You see here it says she has an active license.  Right?

15   A.  Correct.

16   Q.  And she's on your VRNID list.  She's on your list of people

17   who are potentially going to be affected by Senate Bill 14.

18   Right?

19   A.  That's correct.

20   Q.  Mr. Hughes, could you put Senator Hutchison's name up there?

21             JUDGE COLLYER:  Under which?

22   BY MR. MORTARA:

23   Q.  Under alternate first name, because that's why she didn't

24   match.  Right?

25   A.  That would be my guess.  I don't know if there was some

1    other flag.

2    Q.   And while he's doing that, you haven't reported in your

3    reports or anywhere the number of people that you might have

4    missed, like Senator Kay Bailey Hutchison, who actually have

5    photo ID but show up on your list because they're using

6    alternate first names between the two databases.   Right?

7    A.   We did not study alternate first names.

8    Q.   I want to go to another name now.   Another way that you

9    might not match is if you took your middle name and used it as

10   your first name, or even took your middle name and used a

11   nickname of your middle name as your first name and alternated

12   between the two databases.   Right?

13   A.   Okay.

14   Q.   And let's take a look.   And you see in your voter

15   registration database that your counsel has agreed, this entry

16   appears.   There's a man called Phil Gramm.   Do you see that?

17   A.   Yes, I do.

18   Q.   Do you know who Phil Gramm is?

19   A.   Ex-senator from Texas.

20   Q.   He's pretty famous.   Right?

21   A.   Yes.

22   Q.   Do you happen to know what his full legal name is?

23   A.   No, I don't.

24   Q.   And interestingly, he still has a Senate web page, and you

25   can see that his full legal name is William Philip Gramm, former

1    senator from Texas, and his birthday is July 8, 1942.  Do you

2    see that?

3    A.  Correct.

4    Q.  Now, I want to show you an entry from your driver's license

5    database.  But instead of looking for Phil Gramm, I'm going to

6    look for William Gramm.  And just to make it -- actually, I

7    won't make comments about what I'm doing, I'm just going to put

8    up a list.

9            And you see here an entry your attorneys have confirmed

10   is from the driver's license database you looked at is for a

11   William Philip Gramm, birthday July 8th, 1942, from Helotes,

12   with an active driver's license.  Right?

13   A.  Yes.  Can I ask a question?  It says, "active within."  Is

14   that correct, active within?

15   Q.  It says, "within renewal period."  You've seen that before?

16   A.  The rest of that was hidden.  I just wanted to see what that

17   was.

18   Q.  Professor, over here on the right is the admin status.  Do

19   you see that on the screen?  If you ever want to check that out,

20   just tell me and I'll scroll to it.  Okay?

21   A.  Okay.

22   Q.  Now that we've looked and checked, Senator Gramm has

23   state-issued photo ID, a driver's license, and you missed it in

24   the VRNID because of the way the match worked?

25            JUDGE COLLYER:  Can I ask a question?  I would normally

1    have you come forward if we had a jury to ask you this question,

2    but we don't, so I'm going to just ask you.  Wasn't it Texas who

3    insisted to the United States and to this Court that it was not

4    possible to make a comparison here at all because of these

5    issues?

6             MR. MORTARA:  Your Honor, it's human intervention that

7    makes this possible, because since you asked, I just looked for

8    people that were famous whose birthdays I could find online --

9             JUDGE COLLYER:  I don't really -- that is not the

10   issue.  The issue is a statistical analysis, not a specific

11   analysis.

12            MR. MORTARA:  We totally agree it's not possible,

13   Your Honor.

14            JUDGE COLLYER:  I don't mean to interrupt you.  You're

15   going to run out of time, and I don't mean to do that.

16            MS. BELL-PLATTS:  Your Honor, can I make just a

17   standing objection to the manipulation of the databases in this

18   format?

19            JUDGE COLLYER:  Yes.

20            MS. BELL-PLATTS:  And we'll leave it there.

21            JUDGE COLLYER:  Thank you.

22   BY MR. MORTARA:

23   Q.  Mr. Hughes, could you put Senator Phil Gramm up there?  And

24   the likely reason he didn't match is because he's taken his

25   middle name, used it as a nickname in voter registration

1    database, but he's got his full legal name in driver's license.

2    Right?

3    A.  That appears to be the case, from what we've looked at here.

4    I didn't run the program, so I don't know what the flag would

5    be.

6    Q.  Now, another way that somebody might not match is if they

7    have spaces in their last name in one database and not in

8    another.  Right?

9    A.  Possibly.  There were some traps that we set up for fixing

10   odd trailing characters and spaces and so forth, but I would

11   have to go back and look at the program to see which of those

12   traps worked and didn't; you know, what was being trapped and

13   what wasn't being trapped.

14   Q.  Do you know who Leticia Van de Putte is?

15   A.  No.

16   Q.  Let's take a look at the public record, then.  This will be

17   from Plaintiff's Exhibit 531.  It's an entry from the

18   *Texas Tribune*, it refers to State Senator Leticia Van de Putte.

19   Do you see that?

20          MR. MORTARA:  Your Honor --

21          JUDGE COLLYER:  What district does she represent?

22          MR. MORTARA:  Your Honor, District 26 from San Antonio.

23          JUDGE COLLYER:  Thank you.

24   BY MR. MORTARA:

25   Q.  And you see the birth date here, Professor?

1    A.  I see the birth date.

2    Q.  And remembering the birth date, go back to the entries your

3    attorneys have confirmed is from your VRNID list.  Same birth

4    date.  Right?

5    A.  Could you go back, please?  Yes.

6    Q.  And that's Leticia Van de Putte of San Antonio.  Correct?

7    A.  Correct.

8    Q.  And let's just try to look for her.

9         MR. MORTARA:  Excuse me, Your Honor.  I will stop

10   saying what I'm doing.

11   BY MR. MORTARA:

12   Q.  And here is an entry from the driver's license database that

13   your attorneys have confirmed is the one you looked at with

14   Leticia Van de Putte, all one word at the end, San Antonio, same

15   birth date.  Right?

16   A.  Correct.

17   Q.  And shows she has an active driver's license.  Correct?

18   A.  Uh-huh.

19   Q.  And the likely reason that Senator Van de Putte didn't match

20   is that she's got spaces in her last name in one database and

21   not in another.  Right?

22   A.  That appears.  I would have to look at other things, like

23   whether there was a Social Security number, nine digit, and so

24   forth.  Again, I would have to go through the code to see what's

25   getting flagged and what's not getting flagged in this case.

1    The last names are different.

2    Q.  But you likely agree she doesn't have full nine in both the

3    same, because otherwise she wouldn't be on the list.  Right?

4    A.  That would be my guess.

5             MR. MORTARA:  Mr. Hughes, could you write

6    Senator Van de Putte's name up there?

7    BY MR. MORTARA:

8    Q.  The next category is a last name change, and you actually

9    testified this morning that you heard all about Licia Ellis.

10   Right?

11   A.  Yes, I heard about her.

12   Q.  And your attorneys told you that she was in your list.

13   Right?

14   A.  Yes, they said that.

15   Q.  And just putting it back on the screen very briefly, there's

16   Licia Ellis.  You can see her birth date.  I think we'll keep

17   that one completely out of the record.  And you can see she's

18   from Houston.  Right?

19   A.  Yes.

20   Q.  And coming back over to show you an entry from the DPS, I'm

21   putting in a different name, Licia Green.  You can see the same

22   birth date, Houston.  Right?

23   A.  Correct.

24   Q.  And just going to your database from VRNID, Catalist called

25   her Caucasian.  Correct?

1    A.  Correct.

2    Q.  And on her driver's license she reports that she is, in

3    fact, black.  Correct?

4    A.  That's what the record -- that's what the database is

5    showing.

6    Q.  And she's just an example of somebody who is using a married

7    name or alternate last name in one database and not in another.

8    Right?

9    A.  Correct.

10   Q.  Mr. Hughes, could you put that up there?

11          And now, for these three that we've just done, you

12   haven't checked to see how many people fall into any of these

13   categories in your VRNID that actually have active state-issued

14   photo ID, but they're in your list.  Right?

15   A.  Our program, the program I developed, does not look for

16   alternate spellings, nicknames, last name changes, and so forth

17   so as to ascertain the answer to your question.

18   Q.  You don't know the number?

19   A.  So we did not do that.  We looked for exact matches of the

20   records.

21   Q.  You don't know the number of people that fall into these

22   categories?

23   A.  So I don't know the number because I didn't do what you're

24   suggesting, which would be an additional programming exercise.

25   Q.  But at least one of them exists in each of these categories

1    and three of them are senators, two of them United States

2    senators, one of them a Texas state senator.  Right?

3    A.  That's what.

4    Q.  And the fourth one is the wife of a Texas senator.  Right?

5    A.  Okay.  Yeah.

6    Q.  Professor Ansolabehere, does Senate Bill 14 discriminate

7    against the families and members of the U.S. and Texas Senate?

8            MS. BELL-PLATTS:  Objection.

9    A.  I don't know.

10   BY MR. MORTARA:

11   Q.  I would like to go on to the next category, which is

12   Spanish/English, and somebody can have a Spanish name in one

13   database and an English name in another.  Right?

14   A.  Correct.

15   Q.  Do you know who Aaron Pena is?

16   A.  No.

17   Q.  Well, let's take a look in your list for Aaron Pena.

18           MR. MORTARA:  And forgive me, Your Honor.  I'm going to

19   stop characterizing what I'm going right now, I promise.

20   BY MR. MORTARA:

21   Q.  And I want to direct you to a list -- an entry here that

22   I've highlighted, Aaron Pena, date of birth you can see on the

23   screen, write it down, from Edinburg, Texas, race given,

24   Hispanic, do you see that from your list?

25   A.  Yes, I do.

1   Q.  Now, I'm going to go over in the database.  Do you know what

2   the Spanish for Aaron is?

3   A.  No.

4   Q.  Well, let me just try something.  I don't know either.  And

5   I want to direct your attention to the entry I've highlighted,

6   and that one alone, Aron Pena, birth date is the same as the one

7   you wrote down.  Right?

8   A.  Yes, it is.

9   Q.  Edinburg, and it shows he has an active driver's license.

10  Right?

11  A.  Correct.

12  Q.  And just so that we keep everybody in the know as to our

13  celebrity list, Aaron Pena is, in fact, a member of the

14  Texas House.  You see that.  Yes?

15  A.  I see his name.

16  Q.  This is from Exhibit 526.  He's got a District office in

17  Edinburgh.  You see that?

18  A.  That's what the screen shows.

19  Q.  You can see it shows his birth date is the same as the one

20  you wrote down.  Right?

21  A.  Yes, it does.

22          MR. MORTARA:  Mr. Hughes, could you put

23  Representative Pena on there?

24  BY MR. MORTARA:

25  Q.  You didn't search for this number either, the same reasons

1    you gave as the other one.  Right?

2    A.  Correct.

3         JUDGE WILKINS:  Can you go back to the driver's license

4    entry?

5         MR. MORTARA:  Certainly, Your Honor.  What's your

6    question?

7         JUDGE WILKINS:  For the record, what is the race that's

8    indicated there?

9         MR. MORTARA:  It is white, Your Honor.

10   BY MR. MORTARA:

11   Q.  Now, I want to talk to you about another group of people in

12   your VRNID, which is people who moved away and are on suspense.

13   In your report, you don't tell us how many people in Texas --

14   how many people on your VRNID are no longer eligible to vote

15   because they moved away from Texas.  Right?

16   A.  Correct.  I was not asked to assess who was eligible to vote

17   in Texas.

18   Q.  Do you know who John Byars is?

19   A.  No.

20   Q.  Okay.  I'm going to pull up an entry -- I'm going to show

21   you some data that the Justice Department has agreed is from

22   your list.  It's for a John David Byars, write down the date of

23   birth, please?

24   A.  Which one, John L, not John David?

25   Q.  Please, look only at the one I've highlighted.  You see that

1    he's in suspense.  Yes?

2    A.  Yes.

3    Q.  And the city name is DeSoto.  Do you see that?

4    A.  Yes.

5    Q.  And his race given, Caucasian.  Right?

6    A.  Yep.

7    Q.  And I'm going to pull up an entry for a John Byars in the

8    driver's license database.  And you see here John David Byars,

9    same birth date.  Right?

10   A.  Yes.

11   Q.  And you see that he has an expired driver's license.  Right?

12   A.  Correct.

13   Q.  And so the reason that John Byars didn't match is that you

14   took out the expired licenses.  Right?

15   A.  Correct.

16   Q.  And this is the same person, the same first, last, middle,

17   date of birth.  Right?  If you left the expired in, he would

18   have matched.  Right?

19   A.  Yes.

20           JUDGE COLLYER:  But with the expired license, could he

21   vote?

22           MR. MORTARA:  Well, Your Honor, we're about to find

23   out.  I'm going to ask the witness --

24           JUDGE COLLYER:  No, no, answer the question.  With an

25   expired license for two years, could he vote?

63

1          MR. MORTARA:  Legally, no.  And the reason is what I'm

2   going to show you on Plaintiff's Exhibit 538, which is an entry

3   from a law firm called Bartlit, Beck, Herman, Palenchar, and

4   Scott.

5   BY MR. MORTARA:

6   Q.  Do you know that law firm, Professor?

7   A.  I believe that's the law firm you reported you work for; is

8   that correct?

9   Q.  And you see the name John D. Byars on this bio page from the

10  web site of the law firm, Bartlit, Beck, Herman, Palenchar, and

11  Scott?

12  A.  Yes, I see John D. Byars.

13          JUDGE COLLYER:  Doctor, he's another one of the famous

14  people.

15          MR. MORTARA:  He's famous to me, Your Honor.

16          JUDGE COLLYER:  Believe me, that was not a joke.  He

17  fits right in.

18  BY MR. MORTARA:

19  Q.  And you see that he used to work at a firm called

20  Weil, Gotshal.  Do you see that?

21  A.  Yes.

22  Q.  Do you know if Weil Gotshal has an office in Dallas?

23  A.  I don't know that firm.

24  Q.  Well, John Byars has been my law partner since 2009, and

25  he's been at my firm since 2005.  He's been at the firm of

1    Bartlit --

2            JUDGE COLLYER:  You cannot testify.

3            MR. MORTARA:  I'm sorry, Your Honor.

4    BY MR. MORTARA:

5    Q.  He's been at the Bartlit Beck law firm since 2005, which is

6    in Chicago.  Right?

7    A.  Bartlit Beck, yes.

8    Q.  And would you guess whether he has an Illinois driver's

9    license?

10   A.  I have no idea.  I could guess, but --

11   Q.  I'll show you on the screen Plaintiff's Exhibit 539, which

12   is the driving license of John Byars with the birth date the

13   same as the one you wrote down.  Right?

14   A.  Correct.

15   Q.  And if John Byars has been living in Illinois since 2005,

16   and happens to still be in the voter registration database but

17   on suspense, he can't legally vote in Texas, can he?

18   A.  Doesn't appear to be.

19   Q.  And you haven't done anything in your reports or any of your

20   analysis to try to clean out people like John Byars, who works

21   at the law firm of Bartlit in Chicago and has an Illinois

22   driver's license.  Right?

23   A.  No, I did no effort to find who had driver's licenses in

24   other states.  This seems to be getting us closer to questions

25   of NVRA purging or something like that.

1    Q.  And next question, Professor, do you know a man called

2    Brandon Craft?

3    A.  It's a familiar name, but I can't -- the Kraft family is

4    quite prominent in Massachusetts.

5    Q.  Yes, but not spelled the way I'm about to.  That's

6    K-R-A-F-T.  Right?

7    A.  Yeah.

8    Q.  And I'm going to show you an entry from your database what

9    your lawyers said was an entry from your VRNID database for a

10   man called Brandon Richard Craft.  Do you see that?

11           MS. BELL-PLATTS:  Your Honor, just again another

12   standing objection.  We stipulated to --

13           JUDGE COLLYER:  That's fine.  You already made that

14   objection.

15           MR. MORTARA:  Your Honor, I've really got limited time.

16   BY MR. MORTARA:

17   Q.  So write down the birthday.  You see the birthday and you

18   see the voter status code is active.  Right?

19   A.  Could you...

20   Q.  See it says "V"?

21   A.  Voter status "V."  Right.

22   Q.  Nonsuspense from Houston.  Do you see all that?

23   A.  Yes.

24   Q.  Now, finally having disciplined myself, I will say

25   nothing --

```
 1              JUDGE COLLYER:  I wouldn't say nothing, but --
 2   BY MR. MORTARA:
 3   Q.  -- while I pull up an entry from the driver's license
 4   database that your attorneys have said is okay.  Do you see it?
 5   A.  Yes.
 6   Q.  And it's the same name with the same birthday.  Do you see
 7   it?
 8   A.  Correct.
 9   Q.  And it matches to an expired license.  Do you see that?
10   A.  Yes.
11   Q.  Just so you know, there's two administrative statuses there.
12   Do you see that?
13   A.  Correct.
14   Q.  And one is licensed in another jurisdiction.  Right?
15   A.  Correct.
16   Q.  And the state told you that meant the person had gone and
17   gotten a driver's license somewhere else.  Right?
18   A.  Correct.
19   Q.  So this is another person with an expired license who didn't
20   match, who ended up in your VRNID because they matched to an
21   expired entry, but you had taken all the expired entries out.
22   Right?
23   A.  Correct.  There's also another classification that says,
24   "ALR reinstated."
25   Q.  Okay.
```

1    A.   I would have to look back at the code to see which of these

2    is the primary of the two indicators.

3    Q.   For whatever reason, Brandon Craft is in your VRNID.   Right?

4    A.   Okay.

5    Q.   Well, let's find him.   Here's the Facebook page of someone

6    called Brandon Craft, it's Exhibit 576, and you see at the top

7    it says he studied finance at the University of Houston.   Do you

8    see that?

9    A.   Okay.

10   Q.   And he lives in Portland, Oregon.   Do you see that?

11   A.   Okay.

12   Q.   And you see that he was born on the date that is the same

13   month and day that you saw there.   Right?

14   A.   Okay.

15   Q.   And do you think Mr. Craft has an Oregon driver's license,

16   given that you saw he's licensed in another jurisdiction?

17   A.   That would be a guess, but...

18          MS. BELL-PLATTS:   Objection, Your Honor.   How could he

19   possibly know?

20          JUDGE COLLYER:   Right.   That's fine.   It's a rhetorical

21   question.   It's very well understood that it's a rhetorical

22   question.

23          MR. MORTARA:   We don't have to guess.

24          JUDGE COLLYER:   Mr. Poor Craft doesn't even know.   We

25   should put something on his Facebook page that says, "We all say

1    hello."  Go ahead.  Go ahead.

2             MR. MORTARA:  We'll address that in a moment,

3    Your Honor.

4    BY MR. MORTARA:

5    Q.  This is Mr. Craft's driver's license.  You can see he's got

6    the same birth day you wrote down.  Right?

7    A.  Yes.

8    Q.  And you have no reason to believe this isn't Mr. Craft's

9    Oregon driver's license.  Right?

10   A.  No reason to believe that.

11   Q.  Issued in 2010.  Do you see that?

12   A.  Yes.

13   Q.  As far as you know, if he's a resident in Oregon and not in

14   Texas, he can't legally vote in Texas, can he?

15   A.  Right.

16   Q.  He's not affected by Senate Bill 14 even though he's in your

17   list.  Right?

18   A.  That would appear to be the case.  But, again, I haven't run

19   through the program and, again, we're not matching to the

20   national driver's license list which, as far as I know, doesn't

21   exist.

22   Q.  And Professor Ansolabehere --

23            MR. MORTARA:  Mr. Hughes, could you get Brandon's name

24   up there?

25   BY MR. MORTARA:

1   Q.  Same thing, you haven't checked the numbers of people who

2   fall into this category.  Mr. Craft is actually not in the

3   suspense list if somebody is picking up his mail back in

4   Houston, or it's just not -- for whatever reason, he's not on

5   the suspense list, but he's apparently living in Oregon, not

6   voting in Texas, having a pleasant life according to his

7   Facebook page?

8            I just want to, for the court's benefit, and yours,

9   clear up how it is Mr. Craft came to be involved in this case.

10  You see the woman here next to him?  Do you see that woman?

11  A.  I see a picture, yeah.

12  Q.  And you see he's engaged to that woman?

13  A.  Okay.

14  Q.  And who is he engaged to?  Could you read the name into the

15  record?

16  A.  Nicole Mortara.  Did I get it right?

17  Q.  What is my name?

18  A.  Adam Mortara.

19  Q.  I have one more example on the list for you of people you

20  say are affected by Senate Bill 14 on your VRNID list, sir.

21           MR. MORTARA:  For the record, Mr. Sells just told me

22  that my sister is better looking than I am.

23           JUDGE COLLYER:  That was not Mr. Sells.  I just want to

24  say, that was not Mr. Sells.  I know these people well enough

25  now.  Go ahead.

1          MR. MORTARA:  I got excited.

2     BY MR. MORTARA:

3     Q.  Because this is a big one.  Professor Ansolabehere, who is

4     George Walker Bush?

5     A.  George W. Bush.

6     Q.  Yeah.

7     A.  The ex-president of the United States.  I take it that's the

8     same person.

9     Q.  And do you think he has a passport?

10          JUDGE COLLYER:  A passport?

11          MR. MORTARA:  Yes, a passport.  That's the federal

12     category here, Your Honor.

13          JUDGE COLLYER:  We didn't look at federal at all.

14     Right?

15          MR. MORTARA:  That's a big problem, isn't it?

16          JUDGE COLLYER:  Well, we all know that fact, so I don't

17     think that the fact Dr. Ansolebehere didn't see them is -- I

18     mean, you're not proving anything by showing that.

19          MR. MORTARA:  I'm proving that President George W.

20     Bush is in Professor Ansolabehere's list of voters allegedly

21     affected by Senate Bill 14.  That's all I want to prove.

22          JUDGE COLLYER:  But he may not have a driver's license,

23     and just because he has a passport doesn't mean that he's going

24     to show up in any database that the professor looked at.

25          MR. MORTARA:  Your Honor, all I'm trying to establish

1   is that I think professor and I agree that President Bush likely

2   has a federal ID that will satisfy Senate Bill 14.

3            JUDGE COLLYER:  But "likely has" is insufficient.  The

4   fact that he doesn't have a driver's license -- he used to be

5   President.  He doesn't have a lot of normal things that people

6   who live in the real world have.

7   BY MR. MORTARA:

8   Q.  He's in your list, President Bush.  Right?

9   A.  Okay.  I didn't look for him.

10  Q.  This is the data your attorneys agreed to.  That's

11  President Bush.

12           And I want to, now, talk about some of these

13  categories -- you can't calculate how many people moved away and

14  they're on nonsuspense.  Right?  I just wanted to make sure we

15  got that.

16  A.  No, I didn't mark it.

17  Q.  And Judge Collyer has pointed out you didn't do anything

18  with federal ID.  We'll leave the President's name off, per the

19  court's instruction.

20           But you agree with me it's entirely possible that

21  Latinos in Texas disproportionately possess citizenship

22  certificates.  Right?

23  A.  Say that again.

24  Q.  You agree with me it's entirely possible that Latinos in

25  Texas disproportionately possess citizenship certificates.

1    Right?

2    A.  It's entirely possible.  I haven't done a study of

3    possession of citizenship certificates, but it seems possible.

4    Q.  And it's also possible that they disproportionally possess

5    passports.  Right?

6    A.  It seems possible as well.  I haven't looked at any data.  I

7    know of no studies of incidences of passport holding in Texas.

8    Q.  And those people would fall into the category of people with

9    Senate Bill 14 acceptable federal ID but could be on your VRNID

10   list if they don't have state ID?

11   A.  Potentially, yeah, it's possible.

12   Q.  And you agree it's somewhat commonsense that might be true

13   that Latinos may have spaces in their last names more often than

14   non-Latinos?

15   A.  I don't know.  Van de Putte is a Dutch last name.

16   Q.  Funnily enough, she's Latino, though.  Right?

17   A.  For self-identification.  But it's a Dutch last name.  Your

18   example is of a type of last name.  It's a Dutch last name,

19   yeah.

20   Q.  Professor Ansolabehere, the question just is:  Do you agree

21   it's common sense that it might be true that compared to Anglos,

22   Latinos have spaces in their last names more often?

23   A.  I have no idea.

24   Q.  You didn't check?

25   A.  No.

1   Q.  Now, you talked a lot about the Hispanic population

2   explosion in Texas both in the redistricting trial and a little

3   bit today.  Right.

4   A.  I don't recall talking about a Hispanic population explosion

5   today, but we did in the redistricting trial.

6   Q.  You talked about how it skews younger, the Hispanic

7   population.  Right?

8   A.  Yes.

9   Q.  And women who get married, they tend to be on the younger

10  side just as a proportion of the population.  Right?

11  A.  You mean married women are on -- what is the question.

12  Q.  When women get married, they tend to be younger.  Right?

13  A.  On the date that they get married, you mean --

14  Q.  Yeah, like women get married in the country every year.

15  Sixty percent of them are --

16  A.  Below average age?  So the women who are getting -- is the

17  question on the date that women get married, they are below

18  average age for all women in the population?  I believe the

19  answer is correct.

20  Q.  Yes.  And that means that the women getting married in

21  Texas, if the national database is to be believed, are

22  disproportionally Latino.  Right?

23  A.  I don't know what the marriage rate is...

24  Q.  Possible.

25  A.  It's possible.  Possibly they have a lower marriage rate

1    that whites do.  I don't know.

2    Q.  Let's find one more.  You agree that Spanish/English

3    transposition between the two databases is overwhelmingly more

4    likely to be true for Latinos.  Right?

5    A.  What is the exact question again, Spanish to English

6    translation?

7    Q.  Transliteration between the two databases, like

8    Representative Pena, who is Aron Pena in one database but

9    Aaron Pena in the other?

10             MS. BELL-PLATTS:  Objection.  Assumes facts not in

11   evidence whether Aron, A-R-O-N, is the Spanish spelling of

12   Aaron, A-A-R-O-N.

13             MR. MORTARA:  Your Honor --

14             JUDGE COLLYER:  Well, in any event, all we're asking

15   about is possibilities to which the witness cannot really agree,

16   although he can say it's possible to some but I have no idea as

17   to others.  Possibilities are just possibilities.  Go ahead.

18             MR. MORTARA:  This would be an excellent time for that

19   break.  This is a great break point.

20             JUDGE COLLYER:  Let's keep going, and then we'll take a

21   break.

22   BY MR. MORTARA:

23   Q.  I want to go through some other people on your list.  Okay?

24   A.  Uh-huh.

25   Q.  And I'm going to give you -- so we can speed it up and not

1    do all the writing down as much, I'm going to give you some

2    summaries of the data that your lawyers has confirmed is on the

3    database that you have in your list.

4            MR. MORTARA:  That will be Plaintiff's 585 and 586,

5    Your Honor.  Your Honor, may I approach?

6            JUDGE COLLYER:  Yes.  Professor, I didn't ask you,

7    would you like a break?

8            THE WITNESS:  I'm doing okay.

9            MS. BELL-PLATTS:  Your Honor, could we charge to the

10   United States a minute to review this?

11           JUDGE COLLYER:  You can have a minute to review this at

12   his expense, because it's his exhibit that he's just producing.

13           MR. MORTARA:  May I continue while they're reviewing,

14   please?

15           JUDGE COLLYER:  Well, one person can review and one

16   person can listen, as long as that's true.

17   BY MR. MORTARA:

18   Q.  Now, I want to go through some of those people on the list I

19   handed you.  The data is --

20   A.  Which list?  You gave me two.

21   Q.  One, is a subset of the other, but one is printed in larger

22   form.  I want to make sure you have all the data available to

23   you, Professor Ansolebehere, but I needed to cut it down to make

24   it bigger, so I wanted you to have the birth dates and things of

25   that nature there.  All right.  Do you see a name on that list,

1    Eva Fuentes Saenz.  Do you see that?

2    A.  Yes.

3    Q.  And I want to put up that entry.  And you see in an entry

4    your lawyers agreed is from your VRNID, database, Eva Fuentes

5    Saenz.  Do you see that?

6    A.  Yes.

7    Q.  With the same birthday I've given you on those sheets so you

8    could follow along.  Right?

9    A.  Okay.

10   Q.  And you see she's from a town called Dimmit.  Do you see

11   that?

12   A.  Okay.

13   Q.  And she's listed as Hispanic.  Do you see that?

14   A.  Correct.

15   Q.  And remember the birthday.  Right, sir?

16   A.  Yes.

17   Q.  And do you see Eva Saenz here --

18   A.  Yes.

19   Q.  -- in the driver's license entry?  Your attorneys agree this

20   was from the driver's license database you gave.  Do you see

21   that?

22   A.  Yes.

23   Q.  Same birth day, do you see that?

24   A.  Yes.

25   Q.  And she has an active identification.  Right?

1    A.  Yes.

2    Q.  No administrative status that you can see here.  Right?

3    A.  Correct.

4    Q.  Why did she end up on your list?

5    A.  I'm not sure.  I would have to look at the code.  She has a

6    matching first name, last name, and date of birth, it appears.

7    Q.  I want to ask you about another person, or rather ask you

8    about another entry.  One moment, please,

9    Professor Ansolabehere.

10        I'm going hand to you what's been marked Plaintiff's

11   Exhibit 790 and Plaintiff's Exhibit 791.

12        JUDGE WILKINS:  790 or 590?

13        MR. MORTARA:  790 and 791, Your Honor.

14        JUDGE COLLYER:  Are these new exhibits?

15        MR. MORTARA:  Yes, they are, Your Honor.  They're for

16   cross-examination purposes only.

17   BY JUDGE COLLYER:

18   Q.  Exhibit 790 is a certified record from the Texas Department

19   of Public Safety for Eva Saenz.  Do you see that?

20   A.  I see that.

21   Q.  And it shows that she has -- it's the same address that we

22   haven't read into the record.  Do you see that?

23   A.  Correct.

24   Q.  And the same birthday.  Right?

25   A.  Same town.  I don't have the address in front of me.  And

1    same birthday.

2    Q.  And it's a driver's license.  Right?

3    A.  Yes, got it.

4    Q.  And it's expired.  Right?

5    A.  It says, "date of expiration indefinite."

6    Q.  No, you're looking at the wrong one, sir.  Please look at

7    790.  It's a driver's license and it's expired.  Do you see

8    that?

9    A.  You're asking me to look at --

10   Q.  790, lower right corner, 790.

11   A.  Got it.

12   Q.  It's a driver's license and it's expired.  Right?

13          JUDGE COLLYER:  Why can't he look at the screen.

14          MR. MORTARA:  He can.

15   A.  It has a date of expiration --

16          JUDGE COLLYER:  Look at the screen.  It would be

17   easier.

18   A.  02/17/2012, yes.

19   Q.  That's an expired driver's license that Ms. Saenz has.

20   Right?

21   A.  That's what appears to be indicated here.

22   Q.  And she is 77 years old.  Right?

23   A.  Yes.

24   Q.  Maybe doesn't drive anymore.  Look at 791, sir.  Same woman?

25   A.  Uh-huh.

1   Q.  Same address, after her driver's license expired, what did

2   she get?

3   A.  I don't know what this form is.  I'm not familiar with this

4   printout.

5   Q.  Does this suggest to you that maybe she got a state

6   identification?

7   A.  Possibly.  I would have to check the database.

8   Q.  Let's check the database.  Do you see the type here where it

9   says "active"?

10  A.  Yes.

11  Q.  So she stopped driving and she's got a state ID.  She's got

12  one expired entry in the driver's license database, presumably.

13  Correct?

14  A.  Correct.

15  Q.  And one active.  Right?

16          MS. BELL-PLATTS:  Objection.  He's testifying now.

17          JUDGE COLLYER:  Yeah, he is.

18          MR. MORTARA:  It's a hypothetical question.

19          JUDGE COLLYER:  It's not hypothetical.  Don't be silly,

20  it's not hypothetical at all.

21          MR. MORTARA:  I'll rephrase it as hypothetical.

22  BY MR. MORTARA:

23  Q.  Assuming Ms. Saenz has an expired entry in the driver's

24  license database and an active one for the state ID in the same

25  database, could that be why she didn't match?

1    A.  I would have to look at the code to see how the flags worked

2    because we had orders in which these flags were raised.  What

3    the program does, it grabs the most recent active information.

4    So we actually received three different files from the State of

5    Texas DPS, an issuance file, an administrative file, and the

6    full driver's license file, and I would have to go back in and

7    look at how the issuance data was treated and how the

8    administrative data was treated.

9          The administrative status data largely gave us deceased

10   information; the issuance told us what the type of ID was, was

11   it state ID, was it a driver's license, what the status of the

12   driver's license was.  Those had to be merged, and the sequence

13   of the dates was quite important.  So I would have to go back

14   and look at it.  But what you're pointing to is a possible

15   reason, but I would have to see.

16   Q.  I want to talk about somebody else called Michael Flores

17   Hiracheta.  Do you see that name on the lists I gave you?

18   A.  Yes, I see it.

19   Q.  And I'm now going to show you actually two entries your

20   attorneys have agreed are from your driver's license database

21   for a Michael Hiracheta.  Do you see that?

22   A.  Yes, I see it.

23   Q.  You see his birthday, same as the ones on the sheet?  Do you

24   see that?

25   A.  Yes.

81

1    Q.  Yes, you see it?

2    A.  Yes, I see it.

3    Q.  And he's from a town called San Marcos.  Right?

4    A.  Yes.

5    Q.  And this guy has both an active driver's license and an

6    active state ID.  Do you see that?

7    A.  I see that.

8    Q.  Well, let's see Michael Hiracheta's entry on your VRNID.

9    There's Michael Flores Hiracheta.  Right?  Do you see that?

10   A.  Correct.

11   Q.  An entry from your VRNID your attorneys agree was accurate.

12   Right?

13   A.  Correct.

14   Q.  And same birth day.  Right?

15   A.  Correct.

16   Q.  And same town, San Marcos.  Right?

17   A.  Correct.

18   Q.  Listed as Hispanic.  You see that?

19   A.  Correct.

20   Q.  And from what I've shown you, and the data your attorneys

21   have agreed is accurate from the driver's license database you

22   reviewed, Mr. Hiracheta, in fact, has both an active state

23   identification card and a state driver's license, but you put

24   him on your VRNID list as somebody who is affected by Senate

25   Bill 14.  Right?

1    A.  There could be some other reason.  I would have to look at

2    the code and flag that particular case and look very closely at

3    this case as to why it was kicked out.

4           JUDGE WILKINS:  Does the race that's indicated have any

5    effect at all on matching?

6           THE WITNESS:  No.

7    BY MR. MORTARA:

8    Q.  I would like to talk about another person now --

9           JUDGE WILKINS:  I would just note for the record that

10   in the driver's license database I think he was listed -- the

11   race was listed as white.

12          MR. MORTARA:  If Your Honor would prefer, I could read

13   that into the record every time.

14          JUDGE COLLYER:  We don't need to.  If it's different,

15   it might be worth noting, but you don't need to read it into the

16   record every time.

17          MR. MORTARA:  Your Honor, you read my mind.

18   BY MR. MORTARA:

19   Q.  I'm going to show you the entry for a woman called Leticia

20   Keel from your VRNID database.  Do you see that?

21   A.  Okay.

22   Q.  That's Leticia K. Keel.  Do you see that?

23   A.  Okay.

24   Q.  Do you see the birth day?  Right?

25   A.  Yes.

1  Q.  And you see her address, which I won't read into the record,

2  but it's a street in Amarillo.  Do you see that?

3  A.  Okay.

4  Q.  And you see that she's listed in your database as Black.

5  Correct?

6  A.  Okay.

7  Q.  And over in the driver's license database, your associates

8  at Catalist -- here she is, you see her?

9  A.  Yes, I do.

10  Q.  Leticia K. Keel, same birth day, same address, same town.

11  Right?

12  A.  I do.

13  Q.  And first, let's point out she has an active driver's

14  license even though she's in your VRNID.  Right?

15  A.  Correct.  And I have no idea why.  I would have to look at

16  the program and the specific cases around it and how this record

17  was treated in the merging process.

18  Q.  And you see she has no admin status.  Right?

19  A.  None that I see there.

20  Q.  And what's her race listed in the driver's license database?

21  A.  It's listed as white.

22  Q.  Which means she probably reported to the driver's license

23  that she's actually white.  Right?

24  A.  Correct.

25  Q.  Let's try another one.  I'll show you an entry from your

84

1   VRNID, a woman called Angelet Nicole Sadler.  Do you see that?

2   A.  Yes, I see that.

3   Q.  May 5th, 197 --

4          MR. MORTARA:  Please excuse me, Your Honor.  I move to

5   strike what I just said.

6   BY MR. MORTARA:

7   Q.  You see the birth day.  Correct?

8   A.  I do.

9   Q.  And you see the address in Houston.  Right?

10  A.  I do.

11  Q.  And you see the race listed by Catalist as Black.  Right?

12  A.  I do.

13  Q.  And she's on your VRNID database.  Right?

14  A.  I guess.  I don't have --

15  Q.  Your attorneys have agreed this is an entry.

16  A.  Yeah.

17  Q.  So that's Angelet Nicole Sadler, birthday, you see, you have

18  it in front of you on the sheet as well.  And you see that

19  Angelet Nicole Sadler on the screen, same first, middle, last

20  name, same date of birth, same street address, is in the

21  driver's license database with an active license.  Do you see

22  that?

23  A.  Yes, that appears to be correct.

24  Q.  And what race is she listed in the driver's license

25  database?

1    A.  She listed herself as white.

2    Q.  Professor Ansolabehere, you, sitting here, can't tell me why

3    it is Angelet Sadler has an active driver's license, but she's

4    in your VRNID, can you?

5    A.  I don't know why this person was flagged.  I would have to

6    go through the program and set up a flag at that record and

7    extract the surrounding cases and all.

8              MR. MORTARA:  Your Honor, is now a good time for that

9    break?  Because I can keep going or I can take a break.

10             JUDGE COLLYER:  You can keep going.

11   BY JUDGE COLLYER:

12   Q.  I'm going to put up a board with a list of entries from your

13   VRNID database.  It's some identifying information that your

14   attorneys have confirmed comes from your VRNID database.  Do you

15   see it on the board?

16   A.  Yes, I see it on the board.

17   Q.  You see everybody on the board has the name De la Garza,

18   with spaces.  Correct?

19   A.  Correct.

20   Q.  I'm going to pull them up in a list so you can see them on

21   the screen too, sir.  Just one moment.  And I think you'll see

22   I've got the same list of people pulled up and highlighted that

23   I just pulled up on the screen.  You see that?

24   A.  Yes, I do.

25   Q.  And it's the first ones, Mary De la Garza, you see her?

1    A.  Yes.

2    Q.  Andres, Amy, Luis, Alma, Adriana, Alberto, Maria, Telesforo.

3    Do you see that?

4    A.  Yeah.

5    Q.  I want to go through some of these with you see if they have

6    matches, because they're in your VRNID, and you can scan through

7    the merges, you see none of them say matched.  Right?

8    A.  Correct.

9    Q.  And you can see all of them are Hispanic.  Right?

10    A.  Correct.

11    Q.  Not surprising with a name like De la Garza.  Right?

12    A.  That's a common Hispanic name.

13    Q.  It's got spaces in it.  Right?

14    A.  Yeah.

15    Q.  We'll start with the first one.  I'm going to show you an

16    entry your attorneys agree come from your database, but first

17    we've got to get -- you see the date of birth here and you see

18    it on the screen.  Right?

19    A.  Yes.

20    Q.  Got it in your mind?

21    A.  Okay.

22    Q.  You see the entry here that I've highlighted on the screen

23    for Mary Trevino De la Garza, with no spaces in the last name?

24    A.  I see that.

25    Q.  Victoria, Texas, you see that?

1    A.  Yeah.

2    Q.  And the status is listed as active for her driver's license?

3    A.  Uh-huh.

4    Q.  No administrative status.  Do you see that?

5    A.  Yep.

6    Q.  So as far as we can tell from here, Mary De la Garza is in

7    your VRNID, and the only reason that you can tell is she didn't

8    match up and get out of the VRNID because she actually has a

9    driver's license is that she's got no spaces in her last name in

10   the driver's license database put spaces in the voter

11   registration database.  Right?

12   A.  Again, without opening up the code and seeing why these

13   cases are being kicked out, I wouldn't be able to give you a

14   definitive answer.  That appears to be the case here, but they

15   have different names from what's listed on the screen because

16   there's no spaces.

17   Q.  Let's go to Andres Barkley De la Garza, second name on the

18   list.  Do you see it?

19   A.  Uh-huh.

20          JUDGE COLLYER:  Are you showing that the reverse of

21   what you showed before is true?

22          MR. MORTARA:  No.

23          JUDGE COLLYER:  That when the name -- when there's

24   spaces between the last name, the DPS database and the voter

25   registration database don't match if there aren't spaces in the

1    last name in the other, and you know what, it's true in the

2    reverse?  Is that what you're doing?

3            MR. MORTARA:  Actually, Your Honor, and I don't want to

4    testify.  It's the same thing that happened to Senator Van de

5    Putte, spaces in the VR and no space in the driver's license.

6            JUDGE COLLYER:  But why are we doing this again?

7            MR. MORTARA:  Your Honor, I just wanted to -- the

8    witness said that -- he made a remark on Senator Van de Putte to

9    not have a Spanish surname, put up a bunch of Hispanics, all

10   called Del la Garza, who all have --

11           JUDGE COLLYER:  Okay.  I'm just asking.  Go on.

12   BY MR. MORTARA:

13   Q.  With the Court's admonition, Professor, instead of going

14   through every one on this list, I'll proceed to an interesting

15   one.  And I want to go down to -- you see Maria Elvira De la

16   Garza.

17   A.  Yeah.

18   Q.  And here she is in your list, Maria Elvira De la Garza.

19   You've got the birth date in mind.  Yes?

20   A.  Yes.

21   Q.  And you see in your list all things check out, she's

22   Hispanic.  Yes?

23   A.  Yep.

24   Q.  And I'm going to look --

25           MR. MORTARA:  Hold on, Your Honor.

1   BY MR. MORTARA:

2   Q.  Professor Ansolabehere, you see an entry in your database

3   for Maria Elvira Dejesus?

4   A.  Yeah.

5   Q.  Same date of birth, do you see that?

6   A.  Yes.

7   Q.  Active driver's license, do you see that?

8   A.  Yes, I do.

9   Q.  This is kind of the example you went through with

10  Ms. Bell-Platts.  This could be the same person as Maria Elvira

11  De la Garza.  Yes?

12  A.  Yes, I have no idea if it's the same person.

13  Q.  Same first and middle, same date of birth, different last

14  name.  Right?

15  A.  Yes.

16          MS. BELL-PLATTS:  One quick objection here.  What's up

17  on the screen right now as it relates to the race information in

18  the DPS is not information that was given to us as part of the

19  agreement.

20          MR. MORTARA:  I'll eliminate it.  I'll eliminate it,

21  Your Honor, right now.  It's being eliminated.

22          MS. BELL-PLATTS:  Thank you.

23          MR. MORTARA:  Thank Mr. Viaz.  It's eliminated,

24  Your Honor.

25          JUDGE COLLYER:  All right.  Good.  One last piece of

1      data.

2                MR. MORTARA:  Excuse me, Your Honor?

3                JUDGE COLLYER:  I said one last piece of data.  One

4      less piece.  Forgive me.  One less piece of data.

5                MS. BELL-PLATTS:  One more point, Your Honor.  To the

6      extent that previous references were made to race data in the

7      DPS, we were not able to confirm that and it's not part of our

8      stipulation with the State.

9                MR. MORTARA:  I'm pretty sure you got it, but we'll

10     check and make a correction in the record if necessary.  I'm

11     virtually positive they got it, Your Honor.

12               JUDGE COLLYER:  They're virtually positive they didn't,

13     so everybody is virtually good.

14               MR. MORTARA:  But I'm in the midst of my cross.

15               JUDGE COLLYER:  I'm not interrupting.

16               MR. MORTARA:  It's okay.  In fact, we're almost done,

17     Your Honor.

18               JUDGE COLLYER:  Well, that's even better.  The

19     Professor likes that because then he gets to take a break.

20     BY MR. MORTARA:

21     Q.  Professor Ansolabehere, I would like to come away from your

22     database analysis with your VRNID of all the people you think

23     are affected by Senate Bill 14 that include all the senators and

24     Licia Ellis, the wife of the senator, and George Bush and

25     everyone else, Aaron Pena, Brandon Craft, who's engaged to

1    Nicole Mortara, and John Byars who works at Bartlit, Beck,

2    Herman, Palenchar & Scott, and I want to ask you a question:

3    From your reports and your deposition, you do not have an

4    opinion in this case about whether or not Hispanics are going to

5    be disproportionately affected by Senate Bill 14 when they vote

6    in 2012 relative to an Anglos.  Correct?

7    A.  Correct.  I have not studied the likelihood that those

8    people vote in the 2012 election.

9    Q.  You also don't have an opinion in your reports or deposition

10   on the different probabilities of the different racial groups

11   being allowed to vote under Senate Bill 14, do you?

12   A.  Correct.

13   Q.  And you told me at your deposition that you don't know

14   whether Anglo voters under Senate Bill 14 in 2012 are going to

15   be more likely to be able to vote than Hispanic voters, do you?

16   A.  No, I don't know that.

17   Q.  And you told me at your deposition that you don't know

18   whether white voters in 2012 under Senate Bill 14 are going to

19   be more likely to be able to vote than Black voters, do you?

20   A.  I don't know the answer to that one.

21           MR. MORTARA:  Your Honor, I pass the witness.

22           JUDGE COLLYER:  All right then.  We will now take a

23   break.  We will take a break at the courtesy of the State of

24   Texas until 4:00 o'clock.

25           MR. MORTARA:  Thank you, Your Honor.  I used less time

1      than I thought I would.

2              JUDGE COLLYER:  You did.  Congratulations.

3              (Recess taken at 3:44 p.m.)

4              JUDGE COLLYER:  Is it fair to assume we can turn the

5      screens back around?

6              MS. BELL-PLATTS:  Yes, I don't have any databases.

7              JUDGE COLLYER:  Well, actually, that's a good question

8      before we go in.  Whose databases were they?

9              THE WITNESS:  I was not party to the exchange of data.

10             JUDGE COLLYER:  Okay.

11             MR. MORTARA:  Your Honor, what I read into the record

12     was a stipulation between the parties that, as you noted,

13     generally --

14             JUDGE COLLYER:  I understood the stipulation.  The

15     point that I was trying to make was that the database actually

16     came from the State of Texas.  That's all.

17             MR. MORTARA:  Oh, I just wanted to clarify that from

18     our perspective, the entries came from the version we gave the

19     intervenors, and from their perspective they have a different

20     version that has the full socials.  That's all I wanted to say.

21             JUDGE COLLYER:  Okay.

22             MR. SELLS:  Your Honor, I would like -- since I was the

23     person who negotiated the agreement with Mr. Mortara and dealt

24     with the spreadsheet, I want to make the record absolutely clear

25     that what Mr. Mortara was searching was the database that we

1     have verified is unauthentic, and if we need to bring our

2     legal/technical support person here, we will do that.

3              JUDGE COLLYER:  It is inauthentic?

4              MR. SELLS:  It is inauthentic.  He selected a number of

5     records containing a few fields, and our technical people spent

6     all night verifying those fields, and Mr. Mortara stood up for

7     an hour and a half - at his decision - to go through the

8     inauthentic databases rather than the data that we verified

9     pursuant to the agreement.  So --

10             JUDGE TATEL:  So does that mean that, according to the

11    government, Kay Bailey Hutchison may in fact not have a Texas

12    driver's license?  Is that your point?

13             MR. SELLS:  No, Your Honor, it's that we can't verify

14    this information on the fly.

15             JUDGE TATEL:  No, but that's your point, isn't it?  I'm

16    not challenging you at all, I'm just asking.  Your point is that

17    if the name does not -- if Texas says during their

18    examination -- their cross identified someone who did not -- I'm

19    sorry, if the witness identified -- if the professor identified

20    someone who did not have a driver's license, and Texas found

21    that name in the driver's license database, your point is that

22    you have no confidence that that name is really there?  It may

23    be, it may not be?  Is that your point?

24             MR. SELLS:  We have confidence in the data that we

25    agreed to --

1          JUDGE TATEL:  No, just answer my question about Kay

2     Bailey Hutchison.  I'm not asking you whether her name is there

3     or not.  But you're saying since the database isn't authentic,

4     it may or may not be there.  Is that your point?

5          MR. SELLS:  That's our concern, Your Honor.

6          MR. MORTARA:  And for the record - and we'll submit

7     briefing on the subject for the court - the name of every single

8     person I mentioned, and the data I mentioned about those people,

9     was provided to the Department of Justice on the spreadsheet,

10    which we will submit to the court under seal because it contains

11    identifying information, and Mr. Sells didn't say, "Senator Kay

12    Bailey Hutchison is on that list with an active driver's

13    license."  And they approved that.

14         MR. SELLS:  And it illustrates the problem with big

15    data that Professor Ansolabehere --

16         JUDGE TATEL:  Is that accurate, what he just said?  Did

17    you approve -- did you agree to the database that had her name

18    on it?

19         MR. SELLS:  I would need to refer to the spreadsheet,

20    Your Honor.

21         JUDGE TATEL:  Well, can you do that right now?  Let's

22    take a look at it.

23         MR. MORTARA:  I can put it up on the screen,

24    Your Honor, for the members of the court to look at, and I can

25    describe it for you.  The data is there.

1           Your Honor, just for the record --

2           JUDGE TATEL:  Before you -- the stipulation the two of

3    you read to us, your joint reading earlier today, was the

4    senator's name one of the names that was part of that

5    stipulation or not?

6           MR. MORTARA:  I sent --

7           JUDGE TATEL:  Isn't there a yes or no answer to that?

8           MR. MORTARA:  Yes, Your Honor.  I'm sorry, I should

9    have followed my own advice.  Yes.

10          JUDGE TATEL:  And what about the government?  Isn't

11   there a yes or a no answer to that?

12          MR. SELLS:  The answer, yes.

13          JUDGE TATEL:  Okay.  So I don't understand the issue,

14   then.

15          MR. SELLS:  The issue, Your Honor, is that we cannot

16   verify on the fly that the results of Mr. Mortara's querying of

17   the SQL database match what we spent all night with our people

18   verifying.  That's the problem with big data.

19          JUDGE TATEL:  But I'm not asking you a question about

20   big data, I was just asking the question about

21   Senator Hutchison, that's all.  Counsel for Texas, Mr. Mortara,

22   says that you-all agreed last night that he could inquire about

23   her name, nothing else.  Is that true or not?

24          MR. SELLS:  We agreed to verify the data that they

25   provided to us.

1          JUDGE TATEL:  And did you verify that?

2          MR. SELLS:  We verified the data that is on the

3    spreadsheet, and --

4          JUDGE TATEL:  And does that include the senator's name?

5          MR. SELLS:  It does.

6          JUDGE TATEL:  So what's the issue?  I understand you're

7    not confident about the entire database, but as I understood the

8    stipulation you-all entered into, is that the names Mr. Mortara

9    used were legitimate names.  Right?

10         MR. SELLS:  I would need to review the transcript

11   carefully, Your Honor, to identify any potential errors.  It is

12   impossible to follow along that quickly with the searching that

13   Mr. Mortara is doing.

14         JUDGE TATEL:  See, I don't understand that.  I thought

15   we heard this morning that you-all had agreed on this list of

16   names.  Did he use any names --

17         JUDGE COLLYER:  They did, but then he used a different

18   database for purposes of his examination and trial.  What he did

19   was give the government names that they verified came from the

20   database that the government had provided, but then Mr. Mortara,

21   as I understood him, used the database that he provided to the

22   intervenors and not to or from the United States.  And so that's

23   the rub.

24         MR. MORTARA:  And just for the record, and to be clear,

25   every single item of information I read from the list of 32

1    people I gave the Justice Department was on the spreadsheet I

2    gave the Justice Department.

3            JUDGE COLLYER:  We understand.  This is a tempest.

4            (OFF THE RECORD.)

5            JUDGE COLLYER:  Yeah, if you can, tell us if there are

6    any names that you challenge.  You don't have to check all of

7    the -- I don't want people staying up all night, but if you can

8    just check the names -- I mean, there must be somebody on the

9    team, Mr. Freeman, anyway, who can do approximately -- you can

10   do this stuff, Mr. Freeman.  Right?  You've shown yourself

11   capable of this.  Mr. Sells, he's a geek.  Right?

12           All right.  So just run through them and tell us.  I

13   mean, Mr. Mortara tells us as an officer of the court, "I

14   promise they're there, they're there, they're there."  I

15   understand that you don't want to stipulate to it because it's

16   not actually the database that you thought you were talking

17   about.  That's fine.  Stipulation doesn't matter.  Mr. Mortara

18   has told us as an officer of the court they're exactly the same

19   people he showed you last night, it's just from the database

20   given to the intervenors instead of to the United States.  Fine,

21   okay, we understand that.

22           And let's move on.

23           MR. MORTARA:  And if they come to us with anything is

24   that wrong, we will agree to strike.

25           JUDGE COLLYER:  No, no, no, if there's anything you

1    find that's wrong, you'll let us know.

2            MR. SELLS:  We will.  Thank you.

3            JUDGE COLLYER:  All right.  How do you like that,

4    Dr. Ansolabehere?

5            THE WITNESS:  I'm glad I wasn't doing any of it.

6            JUDGE COLLYER:  You think your job is hard?  You only

7    have to deal with one lawyer at a time.

8            JUDGE TATEL:  Issues like this is why I'm glad I'm on

9    the Court of Appeals.

10           JUDGE COLLYER:  I want you to know, that's about the

11   sixth time he's said that in the last four days.

12           Okay.  It's your turn, United States.  It is 12 minutes

13   after, and we're going no later than 5:30.  It's like a little

14   bell that's going to ring, and the toll time will toll and all

15   of that.  Go ahead.

16           MS. BELL-PLATTS:  Judge Collyer, I do not think I will

17   take all the way to 5:30.

18           JUDGE COLLYER:  You are a really wise woman.  I knew

19   that.  I knew that.  Okay.  Go on.

20           MS. BELL-PLATTS:  Thank you, Your Honor.

21                        **REDIRECT EXAMINATION**

22   BY MS. BELL-PLATTS:

23   Q.  Dr. Ansolabehere, you were asked earlier about whether or

24   not you attempted to verify the racial algorithms that Catalist

25   employs.  Do you recall that?

1    A.  Correct.

2    Q.  Were you ever able to take a look at the SSVR analysis of

3    your VRNID and compare that to what Catalist provides?

4    A.  Right.  I had the SSVR on the voter file, so that for the

5    record -- on the VRNID, for which I had Catalist data merged in,

6    and the voter registration information, SSVR, I was able to

7    check the correlation between what Catalist termed someone to be

8    Hispanic and what SSVR indicated was Hispanic.

9    Q.  And how was the verification achieved?

10   A.  Almost every person who is termed SSVR on the voter files

11   Catalist also termed Hispanic.  And there were additional people

12   who Catalist considered Hispanic who were not considered SSVR,

13   but it was only about five percent, I think.

14          So the correlation was quite high.  I don't remember

15   the exact number, but the two were very close to each other.

16   Q.  And is that in your report?

17   A.  Yes, there's some mention of that.

18   Q.  You were also asked about some of your earlier scholarly

19   work, and the study of what turnout effect might accompany a

20   voter ID law.

21   A.  Right.

22   Q.  Do you recall that?

23   A.  Yes.

24   Q.  At that time can you tell me how many states had strict

25   photo ID laws on the books?

1   A.  Depends what you mean by --

2   Q.  Let's start with your 2007 report.

3   A.  Okay.

4   Q.  In 2007, you did a report about voter ID laws.  Right?

5   A.  Georgia was not in place yet, I don't think, and then

6   Indiana, I don't think they were in place yet, either.  So '08

7   would be the year that would be the relevant year for those two

8   states.

9   Q.  And what about, I believe it was a 2009 study?

10  A.  Uh-huh.

11  Q.  What states had strict photo ID laws in place at that time?

12  A.  Georgia and Indiana would be, I believe, the two that were

13  covered in that study.

14  Q.  Do you have an opinion about how the demographics in Georgia

15  would compare to the demographics in Texas?

16          MR. MORTARA:  Your Honor, this would be undisclosed

17  opinion.

18          JUDGE COLLYER:  This is on rebuttal, so we're going to

19  let it go ahead.

20  A.  Texas has a larger Hispanic population than Indiana and

21  Georgia.  It's sort of one of the main differences.  I think

22  Georgia has a higher black percentage than Texas or Indiana, so

23  there are some basic differences in the racial composition.

24  There are other differences in the density of people in cities

25  and so forth.

1           So there are a fair number of differences.  The

2    question is whether they're relevant, and I haven't looked

3    closely at it to say whether they are or not.  But certainly in

4    terms of the question of race, the racial composition of the

5    states is quite different.

6    Q.  Do you have any concerns about imputing turnout

7    differentials in states like Indiana and Georgia to a state like

8    Texas?

9           MR. MORTARA:  Your Honor, I have the same objection.  I

10   don't want to interrupt counsel's examination.  If I could just

11   have a standing on this line?

12          JUDGE COLLYER:  Yes, you may.  The ruling is the same.

13   Go ahead.

14   A.  If I were given the task of trying to project or predict the

15   probability that someone votes in Texas -- or the probability

16   that someone is affected in Texas under this law versus Georgia

17   or versus Indiana, I would try to use all of the information

18   about the demographic characteristics of the different states,

19   and plug those in to, say, the multivariate analysis and

20   generate a prediction that way, as opposed to just observing

21   what the difference was in Indiana and the difference was in

22   Georgia, and assuming that it would be the same in Texas given

23   variation in demographics.  But that's what I would do if I were

24   asked to make a prediction.

25   Q.  Do you know if there's other social science that has

1    since -- I don't want to embarrass you or in any way impugn your

2    fine social science research, but has anyone done studies that

3    disagree with the overall theme that there's no diminution in

4    turnout with strict voter ID?

5    A.   Well, I think the clearest case, the strongest piece of work

6    on that - or the strongest effect - is the Alvarez, Bailey, and

7    Katz piece from 2011 which was previously mentioned today.  And

8    that was a piece that looked at varying degrees of strength of

9    ID laws in terms of what kinds of identification were allowed

10   and whether someone else could vouch for you and so forth, and

11   they classified the strictest form of ID law a strong photo ID

12   law such as that in Indiana and Georgia.

13        They found that there was no effect, as you moved up

14   the ladder of strength of ID law, on turnout until you got to

15   the very strong ID laws.  That's what their estimates showed.

16   And they estimate, there was a 10-point drop.  That's among the

17   highest effects that we've seen, and 10 points is quite a big

18   effect.

19        There's another nice piece by Bob Erikson that shows

20   about a two to three-point effect of the introduction of laws on

21   turnout that was done subsequent to my work on this topic, and

22   some work by Matt Barreto.  But among academic researchers, we

23   put it out there and we debate it, so that's part of what you're

24   picking up in surveying the literature, the disparities or

25   differences in opinion or findings.

1   Q.  Well, we all were here when Mr. Mortara presented a number

2   of names to you and asked you about whether or not they were on

3   your list.  You can't verify that any of these entries that you

4   reviewed today are actually on the databases that you used to do

5   your matching, can you?

6   A.  What I would do to do the exercise that Mr. Mortara

7   suggested would be to run through the database and take those

8   entries, and try to flag particular problems and try to be more

9   systematic.  For example, if spaces are an issue, look through

10  systematically and see if that is in fact the reason that those

11  records are getting kicked out, or there's some other reason

12  they're getting kicked out.  So to create some flags and run

13  through the whole program, again, it would be a pretty painful

14  debugging process, because there are a lot of variants of

15  possible problems that have been suggested out of a small number

16  of cases.

17          The one thing I wouldn't do would be to look at

18  variants of names.  Because that is getting into fuzzy matching

19  issues, and that is getting, I think, closer to questions about

20  how the law is going to be administered and what kind of

21  administrative instructions will be given to poll workers, and

22  that's not part of what my enterprise or activity is about.

23          So if there are name differences, if it's a married

24  name that's different from a maiden name, if there's an

25  alternative spelling of Gonzales and so forth, and they don't

1   match for those reasons, I would not want to use my matching

2   algorithm to presuppose how the law is going to be administered

3   at the polls.  I'm just looking for matches in records at this

4   point.

5   Q.  And I think I remember you testifying earlier that when you

6   did your database comparisons, you were matching Social Security

7   numbers to eliminate a number of records.  Is that correct?

8   A.  Yes.

9   Q.  And was it roughly a half of the voter registration database

10  has some Social Security number information in it?

11  A.  I believe half is roughly the number.  Approximately half

12  have Social Security 9; a smaller number just have SSN 4, a

13  four-digit Social Security number; and then there are a large

14  number of blank fields, no information.  In essence we're using

15  the entire field - that is, the entire Social Security number -

16  it's just all the blanks we treated as not unique.  There's no

17  information.  You can't do any matching with those because

18  there's no information there.  But for all the unique

19  characters, we use those.

20  Q.  So would it be fair to say that a number of -- let me think

21  about it.

22        MS. BELL-PLATTS:  I understand.  I see you.

23  BY MS. BELL-PLATTS:

24  Q.  How would the comparison between the number of valid

25  Social Security numbers on the voter registration database

1   affect the universe of people for whom Mr. Mortara presented

2   these inconsistencies?

3   A.  I'm not sure.  I would have to go through and come up with a

4   classification of possible inconsistencies and do an extensive

5   study of that.  The databases that we produced and analyzed in

6   the code were passed to the -- passed back to the State of Texas

7   at the beginning of June, and I think it was fair game in that

8   time period to do some of that.

9          I was following the algorithms that I viewed as the

10  correct algorithms to write, without presupposing how the law

11  was going to be administered, without putting in any kind of

12  fuzzy matching algorithms, without introducing other databases

13  on the frequency with which different alternative names appear

14  and so forth, or nicknames and such.  So just using the database

15  at hand, how many matches could we find.

16  Q.  What if anything from Doctor -- I'm sorry, Mr. Mortara's

17  demonstration today can you take to show -- sorry.  Strike that.

18         What if anything from the demonstration earlier today

19  about the difficulties in seeing multiple records indicates for

20  what voters might face at the polls if SB14 went into effect?

21  A.  Could you rephrase that?

22  Q.  I could, but I'm struggling.  It's been a long day.  Yes,

23  I'll try again.

24         What if anything can you say about the comparison

25  between two different names, perhaps with two different

1    spellings, on the effect of someone who is going to vote on

2    election day after SB14?

3    A.  Well, there are two kinds of questions that seem to be asked

4    here.  One is, how do those names affect my matching algorithm.

5    And if the names are different - say it's Gonzales with an S in

6    one database and Gonzalez with a Z at the end in another

7    database - they just don't match.  So for the statistical

8    analyses that we're performing in my report to ascertain the

9    incidence with which these mismatches occur, and what's the

10   incidence with which they occur across racial groups, those

11   mismatches are hard wired into the data.  That's just the way

12   the data shake out.

13        The other interesting aspect of what's being raised

14   here are the incidence -- the rate at which these problems or

15   inconsistencies seem to occur in the database, and whether they

16   are examples that might be used administratively to figure out

17   how to implement the law so that the law doesn't create

18   administrative barriers or barriers at the polls.  That is, you

19   could use what Mr. Mortara is suggesting to figure out how might

20   you write the administrative code on how you implement the law

21   at the polling place, for the precinct workers to be mindful of

22   this particular spelling, and it's linking to that, but that's

23   not what the list-matching exercise is about.  The list-matching

24   exercise is not about figuring out which IDs are going to be

25   consistent with the voter registration records, it's about

1    figuring out to the best of our abilities how many of these

2    records have matching IDs.

3    Q.  And Dr. Sager and Dr. Shaw didn't quantify any of these

4    inconsistencies in their report, did they?

5    A.  To my knowledge, none of the other expert reports offer a

6    quantification or systematic discussion of the number of

7    possible, you know, inconsistencies that might arise from name

8    matches and so forth, and the frequency with which they occur

9    either in database matching generally or in these particular

10   databases.

11   Q.  Have you ever done a search using SQL code on a Texas

12   database before?

13   A.  No, I've never done a SQL -- a search using SQL on a Texas

14   database.

15   Q.  Do you know whether any of the records that you reviewed

16   today with Mr. Mortara had the status "administrative license

17   revocation" listed with it?

18   A.  I was not paying close attention to that, and I was not part

19   of the creation of the list or any of that, so I don't know what

20   those fields look like.

21   Q.  Do you know what that status refers to?

22   A.  A revocation of a license?  It's for whatever reason a

23   license was revoked by the DPS.

24           MS. BELL-PLATTS:  Excuse me, Your Honors.

25           One final question.

1    BY MS. BELL-PLATTS:

2    Q.  Do any of the instances and examples that Mr. Mortara and

3    you went through today undermine your confidence in your

4    analysis?

5    A.  No.  I would need to do a completely separate analysis of

6    possible problems and their instance in order to do that, and we

7    need to sort of figure out what the space of possible problems

8    are.  Some of those objections were things that would push us

9    towards fuzzy matching or probabilistic matching, which is not

10   something we're engaged in; some might be legitimate criticisms

11   that we might want to pursue further, but I need to rerun the

12   program and flag specific issues.

13        MS. BELL-PLATTS:  I have no further questions,

14   Your Honor.

15        JUDGE WILKINS:  I have a couple of questions.

16        JUDGE TATEL:  Let me ask --

17        JUDGE WILKINS:  Oh, go ahead.

18        JUDGE TATEL:  Let me ask just one question.  Picking up

19   on this very last question, assume just for the purposes of

20   discussion that none of the technical questions that were raised

21   today affect the overall validity of your analysis.  You pointed

22   out both in your report and earlier today that the

23   Justice Department never gave you access to the federal

24   databases; you know, U.S. military IDs, citizenship

25   certificates, or passports.  Correct?

1          THE WITNESS:  Correct.

2          JUDGE TATEL:  They didn't give you that.  My question

3    is this:  Given that all three of these are appropriate photo

4    IDs under SB14, and given that the question that this court has

5    to ask -- answer, under Section 5, is the effect of SB14, what

6    can we learn from your study about that question?

7          THE WITNESS:  Well, one thing is that if you assume

8    that those are additional pieces of information that people can

9    have --

10          JUDGE TATEL:  Well, they are.

11          THE WITNESS:  Exactly.  Then what we've established is

12    sort of a base.  Here's the state IDs that are acceptable, and

13    for anybody who does not satisfy -- or any group that does not

14    have ID at this level, it's sort of additional that they would

15    have to either obtain or already possess and carry around with

16    them the federal ID.  Somebody who has a state ID and a federal

17    ID doesn't have the same burden because they have the state ID

18    and --

19          JUDGE TATEL:  For people in your no-match category, who

20    don't have it, if they have one of the three federal IDs, SB14

21    will not have an adverse effect on them.  Correct?

22          THE WITNESS:  That's my understanding.

23          JUDGE TATEL:  So you see the question I'm asking.  And

24    again, my assumption is that your study is completely valid,

25    your analysis of driver's license and license to carry is

1    totally valid.  Since the question we have to ask is a broader

2    one - that is, the effect of SB14, which includes three other

3    types of ID - what does your study tell us about the legal

4    question we have to ask?

5           THE WITNESS:  The study has no information on who on

6    the VRNID, or on any of these lists, really, has -- or the

7    likelihood that somebody has one of these other federal IDs in

8    the State of Texas.

9           JUDGE TATEL:  Right.  So can we really tell anything

10   from...

11          THE WITNESS:  Well, the question is whether there might

12   be a different burden placed on somebody who happens to not have

13   a state ID versus somebody who has a state ID, and whether that

14   burden is differential.  So I don't walk around with my

15   passport, but I do walk around with my driver's license every

16   day.  It's a habit.  I carry it with me everywhere.  The chances

17   that I go to the polls and have forgotten my passport might be

18   much greater than the chance I go to the polls and have

19   forgotten my driver's license.

20          And I think the IDs that we use commonly, like driver's

21   licenses, are habitual.  You show up and somebody asks for ID,

22   and that's what pops out of our pocket.  When I fly, except when

23   I fly out of the country, I don't take my passport with me.  So

24   it might be a different burden to have to remember it, to have

25   to obtain it, et cetera, and I just don't know how many people

1      have or don't have the requisite federal ID.

2             JUDGE TATEL:  So what would we -- well, maybe you've

3      answered my question.

4             THE WITNESS:  I tried.

5             JUDGE TATEL:  Yeah, well, let me try it this way:  So

6      we go back and we now have to decide whether or not the State

7      has shown that SB14 will not have a retrogressive effect, just

8      looking at that prong.  And tell me just once again how your

9      study fits into that, given that three of the types of photo ID,

10     the government never gave you access to?  In other words, I'm

11     just asking the same question a different way.  How do we use

12     your study in our thinking about the legal questions this court

13     has to decide?

14            THE WITNESS:  Again, I think about it as a burden

15     issue, how likely am I to carry this around, find it, and so

16     forth.  My wife happens to keep her passport in a safe deposit

17     box at the bank, so that's an additional trip to the bank and

18     things like that.  I don't know how other people handle their

19     IDs, how accessible they are, and what the expiration --

20            JUDGE TATEL:  But there's nothing in your study, and I

21     don't know of anything in the record that I could look at that

22     would tell me that.  I just don't know.  Right?

23            THE WITNESS:  Yeah, that's my --

24            JUDGE TATEL:  You're just guessing?

25            THE WITNESS:  That's my sense.  So I think it would be

1    just the burden question:  Is it a burden to require that those

2    people have an additional ID that --

3                JUDGE TATEL:  Well, let me try the question this way:

4    Suppose your study had been based only on driver's licenses, not

5    license to carry.  It's essentially the same question.  Right?

6                THE WITNESS:  Correct.

7                JUDGE TATEL:  It wouldn't tell us much about the legal

8    question this court has to resolve --

9                THE WITNESS:  Correct.

10               JUDGE TATEL:  -- right?  Thanks.

11               JUDGE WILKINS:  Dr. Ansolabehere, do you recall how

12   many records you, I guess, cleaned out of the driver's license

13   database because there was a flag that the individual was

14   deceased?

15               THE WITNESS:  There were 778,000 change records that

16   were indicated deceased, but in terms of people who for that

17   reason ended up in the VRNID, only 50,000.  So those people were

18   being flagged for other reasons, like expired licenses and so

19   forth.

20               JUDGE WILKINS:  But would you agree that if those

21   50,000 who were in the VRNID who were flagged as deceased, if

22   those people were in fact dead, then SB14 doesn't have any

23   impact on them.  Right?

24               THE WITNESS:  And this gets into the question of what

25   happens when you go to the polls and who is going to use the IDs

1    for what.  And also, the accuracy of the deceased records.

2    Sometimes there are errors in databases.  Dr. Sager's report has

3    a long discussion of errors in databases.  And if somebody is

4    incorrectly identified as deceased on a DPS list for whatever

5    reason - and there are instances of errors in people being

6    recorded as dead when they're not dead on these databases - if

7    somebody is reported as deceased, and you use the DPS data to

8    take them off the VR data, then that would be perhaps an

9    improper purge under NVRA.

10            So deceased is a difficult category, for that reason.

11   If there are any errors in that, then they might be affected.

12   But you might also take that 50,000 number off and just say,

13   these people would not be treated as correct data, and assume

14   that those people would not be affected.  So you could winnow

15   the number down, but it would only reduce the number by 50.

16            JUDGE WILKINS:  With respect to -- there was

17   questioning about, I think it was your article, that reported

18   figures about how many people were asked about -- asked to

19   present photo identification in Georgia and Indiana, I believe

20   it was in Texas, or maybe it was --

21            THE WITNESS:  That's Professor Shaw's report.

22            JUDGE WILKINS:  And then there were figures -- my notes

23   indicate that I guess 98 percent in Indiana who were asked to

24   show ID were ultimately allowed to vote, and then it was

25   97 percent in Georgia.  I'm trying to remember, I think this was

1    Plaintiff's Exhibit 38.

2         Do you know the data that I'm talking about?

3         THE WITNESS:  Yes, I do, quite well.  Those data are

4    this subset of people on the CCES who happen to reside in

5    Georgia and in Indiana.  So what Professor Shaw did is he took

6    the entire Common Content of the CCES, which is 40, 50 thousand

7    observations, and took the subset of people who were identified

8    as residing in Georgia, and took their responses to those

9    questions and analyzed that subset of the sample.

10        JUDGE WILKINS:  Okay.  And what I'm trying to

11   understand is, was that reporting survey responses from people

12   who actually went to the polls, and whether when they went to

13   the polls they were asked to present ID, and afterwards were

14   they allowed to vote?

15        THE WITNESS:  Right.  The question -- I wrote the

16   question, so the question is:  Did you vote or attempt to vote

17   in the November election?  It was the November 3rd election - I

18   forget what the exact date was - and this was administered the

19   week after the election.  People reported to the survey whether

20   they didn't vote, thought about voting but didn't, attempted to

21   vote and couldn't, or actually voted.

22        And then if somebody said that they attempted to vote

23   and couldn't, or that they voted, we asked:  Were you asked to

24   show voter identification at the polling place when you voted?

25   And then the questions branched off from there.  So it tried to

1      capture both of those categories.

2           JUDGE WILKINS:  All right.  And was there a question

3      that was asked that would have attempted to capture if someone

4      chose not to vote because they thought that they did not have

5      adequate identification?

6           THE WITNESS:  That was not part of the survey.  There

7      was a question that said, for people who didn't vote, what's

8      your main reason for voting, and that follows -- what we were

9      trying to do there is follow the approach that the Census takes

10     in the Current Population Survey, which is, why did you vote,

11     why didn't you vote, and you can choose a number of things,

12     including -- Census lumps together, I had a registration problem

13     and I tried to get an absentee ballot and couldn't, and so

14     forth, so it's not a great response category, so we were trying

15     to clean up a little bit of what the Census asks in the CPS in

16     that question.  And Professor Shaw is using some of those

17     responses to analyze what happens to a few others.

18          JUDGE WILKINS:  Okay.  But as I recall, I think when

19     people were asked from those two states to list your reasons for

20     not voting, I guess they could list more than one, and it was

21     reported as to what the first reason was that was given or

22     something like that?

23          THE WITNESS:  Yes.

24          JUDGE WILKINS:  Okay.  All right.  And you were also

25     asked about surveys that showed what level of support there was

1    for laws requiring photo ID, and you were asked about an article

2    that I believe was based on data gathered as of 2006.

3              THE WITNESS:  Correct.

4              JUDGE WILKINS:  What about data after 2006?  Is there

5    any?

6              THE WITNESS:  There's a study that we did with funding

7    from the Pew foundation - we being the CalTech/MIT Voting

8    Technology Project Group - Charles Stewart was the primary

9    author on that, and that reports similar statistics to what were

10   documented in 2006.  So that set of results looked pretty stable

11   from 2006 to 2009.

12             JUDGE WILKINS:  Okay.  All right.  Thank you.

13             MR. HARRIS:  Your Honor, might I be permitted two

14   questions on redirect on behalf of defendant intervenors?

15             JUDGE COLLYER:  Two.

16             MR. HARRIS:  Thank you, Your Honor.  I'm Adam Harris

17   from Fried, Frank, Harris, Shriver & Jacobson, LLP in New York.

18             JUDGE COLLYER:  Representing?

19              MR. HARRIS:  Representing the Texas League of Young

20   Voters Education Fund, defendant intervenors.

21             JUDGE COLLYER:  Thank  you.

22                       **REDIRECT EXAMINATION**

23   BY MR. HARRIS:

24   Q.  Professor Ansolabehere, with regard to the studies you

25   discussed on the effect of voter ID laws, are the forms of

1    identification permissible for voting in Georgia and Indiana the

2    same as those that are allowed for voting under SB14?

3    A.  I don't know the full list.  The name forms are the same,

4    but I don't know all the full list.

5    Q.  I would ask you a follow-up, but I don't want to waste my

6    second question, which is:  With regard to the surveys that you

7    discussed that show support for photo ID laws, did the surveys

8    ask particularly whether individuals would support a photo ID

9    law that excluded particular types of photo ID such as a

10   student ID, employee ID, or recently expired state ID?

11   A.  The CalTech -- the CCES studies do not ask those questions.

12           MR. HARRIS:  Thank you, Professor.

13           JUDGE COLLYER:  You know what?  That's all actually in

14   the record.  I know you wanted to put it on the trial record,

15   but it's all actually here.

16           MR. HARRIS:  I apologize, Your Honor.

17           JUDGE COLLYER:  That's okay.  We've spent enough time

18   on it, we can tell you that.

19           All right.  Drum roll again.  This is it?  It's over?

20   The trial has ended.  By decree, it's over.  All right.  We come

21   back tomorrow for closing arguments at 9:00.  It would be

22   really, really good if the parties considered their closing

23   arguments and made them pointed and pithy instead of long and

24   boring.  Long and boring does not accomplish anything; pithy and

25   pointed actually makes points and gets them remembered.  Oh,

1    what a great idea.

2              Unfortunately, Mr. Hughes has left us to presumably go

3    plan his closing argument, so I am telling -- I'm sorry, ma'am,

4    your last name?

5              MS. SPENCER:  Spencer.

6              JUDGE COLLYER:  Spencer, right?

7              MS. SPENCER:  Yes, Your Honor.

8              THE COURT:  I am telling Ms. Spencer, you are being

9    directed by the court to tell Mr. Hughes, pithy, pointed, not

10   long, not boring.

11             MS. SPENCER:  Thank you, Your Honor.  I will deliver

12   that message.

13             JUDGE COLLER:  Thank you.  Yes, sir?

14             MR. HEBERT:  May I make a parliamentary inquiry about

15   tomorrow?

16             JUDGE COLLYER:  Yes, sir, Mr. Hebert, you can make all

17   the inquiries you like, as long as they're short and pointed and

18   pithy.

19             MR. HEBERT:  I promise to be.

20             We have not moved in all of our exhibits, but would we

21   be permitted tomorrow during closing to use whatever exhibits

22   we've marked and given to the other side?

23             JUDGE COLLYER:  Yes.  Yes.  And then, actually, if

24   everybody needs the weekend to identify what they didn't ever

25   get in or reference, but they want in or they no longer care

```
1    about - but no longer care about is particularly useful - you
2    could sort of cross file, just for yourselves - you don't have
3    to look at somebody else's, just for yourselves - that say, make
4    sure you look at these, because these are the ones.  You got it?
5            MR. HEBERT:  Yes.  And my second and last point was, in
6    a conference with Judge Wilkins before the trial started, I
7    believe last Friday, if I can remember that far back, we had --
8    I represented to Judge Wilkins that Mr. Mortara and I were
9    trying to work out a stipulation on the Kennie defendant
10   intervenors.  And we have reached that stipulation.  I could do
11   it now on the record, I could reduce it to writing, or I could
12   just --
13           JUDGE COLLYER:  Feel free to do it now on the record.
14           MR. HEBERT:  Okay.  We have stipulated that the
15   following Kennie intervenors:  Michael Montez, who is Hispanic;
16   Penny Pope, who is black; Marc Veasy, who is black;
17   Jane Hamilton, who is black; David de la Fuente, who is
18   Hispanic; Lorraine Birabel, who is black; Daniel Clayton, who is
19   black; Sergio Deleon, who is Hispanic; Anna Burns, who is
20   Hispanic; and Eric Kennie, who is black, that all of those
21   persons reside in Texas, they have the racial identification or
22   ethnic identification that I just listed, and they are all
23   registered voters and part of the Kennie intervenor group.
24           JUDGE COLLYER:  Thank you.
25           MR. MORTARA:  Your Honor, I confirmed that with our
```

 1    databases.  We agree.

 2            MR. HEBERT:  Thank you.

 3            JUDGE COLLYER:  Okay.  Thank you.  All right.  I just

 4    want to say thank you to everybody.  You have all worked

 5    tremendously hard and long hours, with some difficulties, but

 6    somehow you all managed to come to trial as professionals and

 7    not spitting at each other, for which I thank you personally.

 8    It made it much easier, a much better trial.  You've done great

 9    work here.  We are all appreciative of everything we have.  A

10    lot that we have, anyway, most of it.  So I just want to say

11    thank you.  It's a tough set of issues, it's a tough case, and

12    you have fulfilled the desires of your clients very well, and

13    represented them very well.  So thank you from the court to you

14    guys for all the work that you have done.

15            We will see you in the morning.  We will have the

16    argument live in this courtroom; in courtroom 12 it will just be

17    a phone hookup, but it will be over the system so you'll be able

18    to hear it if somebody needs to go there to listen.  Or if

19    somebody wants to go in and out and in and out, go there, not

20    here, please.

21            Thank you, everybody.  We'll see you in the morning.

22            MR. MORTARA:  Thank you, Your Honor.

23

24

25

1        CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, Rebecca Stonestreet, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8

9   _____        _____

10  SIGNATURE OF COURT REPORTER               DATE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# #

**#700** [1] - 3:3

# '

**'08** [1] - 100:6

# 0

**02/17/2012** [1] - 78:18
**08540-6531** [1] - 2:13

# 1

**1** [4] - 25:25, 26:1, 34:23, 47:22
**1.5** [2] - 7:24, 39:23
**1.9** [3] - 17:18, 40:8, 40:21
**10** [5] - 18:4, 19:11, 21:15, 102:17
**10-point** [1] - 102:16
**10004** [1] - 2:24
**11** [1] - 3:3
**12** [5] - 1:6, 5:8, 48:11, 98:12, 120:16
**12-128** [1] - 1:3
**125,000** [2] - 17:19, 40:12
**13** [1] - 42:1
**14** [15] - 27:18, 28:2, 51:17, 59:6, 68:16, 69:20, 70:21, 71:2, 72:9, 81:25, 90:23, 91:5, 91:11, 91:14, 91:18
**1440** [1] - 3:7
**14th** [1] - 1:19
**16** [2] - 14:25, 38:7
**161,000** [1] - 14:3, 14:19
**174,000** [2] - 12:19, 14:18
**18** [1] - 23:2
**19** [1] - 41:25
**191** [1] - 2:16
**1936** [2] - 10:23, 11:1
**1942** [2] - 53:1, 53:11
**1943** [1] - 49:15
**1960** [1] - 2:19
**197** [1] - 84:3
**1979** [2] - 9:6, 9:9
**1982** [1] - 9:17

# 2

**2** [1] - 30:5
**2.4** [2] - 7:23, 8:11
**20** [2] - 15:17, 41:24
**20001** [1] - 3:11
**2005** [3] - 63:25, 64:5,

64:15
**2006** [9] - 29:6, 30:18, 34:14, 34:15, 34:25, 116:2, 116:4, 116:10, 116:11
**2007** [5] - 34:5, 34:17, 34:21, 100:2, 100:4
**2008** [14] - 21:22, 29:6, 30:13, 30:18, 31:3, 31:6, 31:14, 32:7, 32:22, 37:1, 37:20, 37:25, 39:1, 39:5
**2009** [11] - 24:25, 25:2, 27:10, 30:9, 30:24, 34:13, 34:18, 36:21, 63:24, 100:9, 116:11
**2010** [2] - 21:23, 68:11
**2011** [3] - 37:10, 39:5, 102:7
**2012** [6] - 1:6, 40:21, 91:6, 91:8, 91:14, 91:18
**202** [2] - 2:10, 3:11
**20530** [1] - 2:9
**208** [2] - 38:5, 39:1
**209** [1] - 1:19
**212** [1] - 2:25
**22** [2] - 9:17, 49:15
**22304** [1] - 2:17
**22nd** [2] - 10:23, 11:1
**230** [1] - 3:6
**24** [1] - 34:23
**24th** [1] - 2:24
**25** [3] - 29:25, 30:2
**26** [1] - 55:22
**266,000** [2] - 17:20, 40:14
**273** [1] - 33:11
**27th** [2] - 9:6, 9:9
**28** [1] - 15:20
**281** [1] - 2:21
**2:00** [2] - 1:10, 23:2

# 3

**30** [1] - 40:21
**300** [1] - 1:24
**30303** [1] - 3:7
**305-7766** [1] - 2:10
**312** [2] - 1:25, 3:4
**32** [1] - 96:25
**354-3249** [1] - 3:11
**38** [3] - 25:1, 36:22, 114:1
**3:44** [1] - 92:3
**3rd** [2] - 114:17

# 4

**4** [3] - 1:11, 8:6, 104:12

**40** [1] - 114:6
**404** [1] - 3:8
**405** [1] - 2:16
**4201** [1] - 2:19
**427-0701** [1] - 3:4
**430,000** [2] - 14:15, 14:20
**48** [1] - 40:5
**494-4469** [1] - 1:25
**4:00** [1] - 91:24

# 5

**5** [1] - 109:5
**50** [2] - 113:15, 114:6
**50,000** [3] - 112:17, 112:21, 113:12
**500** [1] - 2:13
**512** [1] - 1:20
**523-2721** [1] - 3:8
**526** [1] - 60:16
**530** [2] - 2:20, 49:12
**531** [1] - 55:17
**538** [1] - 63:2
**539** [1] - 64:11
**54** [1] - 1:24
**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** [1] - 10:23
**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** [1] - 11:1
**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** [2] - 9:5, 9:8
**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** [1] - 9:16
**576** [1] - 67:6
**580-6310** [1] - 2:21
**585** [1] - 75:4
**586** [1] - 75:4
**590** [1] - 77:12
**5:30** [2] - 98:13, 98:17
**5th** [1] - 84:3

# 6

**6** [2] - 4:4, 31:12
**60** [1] - 14:9
**60603** [1] - 3:3
**60654** [1] - 1:25
**609** [1] - 2:14
**619** [1] - 34:23
**628-4673** [1] - 2:17
**65** [10] - 12:2, 12:7, 12:12, 12:14, 12:20, 12:22, 13:2, 13:4, 13:9, 14:18
**6511** [1] - 3:10

# 7

**7** [3] - 31:22, 31:23, 33:12
**7,000** [1] - 42:1
**70** [1] - 35:11

**703** [1] - 2:17
**7202** [1] - 2:9
**77** [2] - 35:11, 78:22
**77068** [1] - 2:20
**778,000** [1] - 112:15
**78** [1] - 35:12
**78701** [1] - 1:20
**790** [7] - 77:11, 77:12, 77:13, 77:18, 78:7, 78:10
**791** [3] - 77:11, 77:13, 78:24
**7th** [1] - 1:19

# 8

**8** [1] - 53:1
**859-8953** [1] - 2:25
**8th** [1] - 53:11

# 9

**9** [3] - 8:6, 48:1, 104:12
**902** [1] - 2:12
**936-1695** [1] - 1:20
**950** [1] - 2:8
**955-3200** [1] - 2:14
**97** [3] - 32:1, 32:15, 113:25
**98** [3] - 32:1, 32:15, 113:23
**99** [2] - 31:14, 31:15
**9:00** [2] - 5:18, 117:21

# A

**A-A-R-O-N** [1] - 74:12
**Aaron** [8] - 59:15, 59:17, 59:22, 60:2, 60:13, 74:9, 74:12, 90:25
**abilities** [1] - 107:1
**ability** [2] - 7:10, 22:2
**able** [9] - 21:25, 40:14, 87:13, 90:7, 91:15, 91:19, 99:2, 99:6, 120:17
**above-entitled** [1] - 121:5
**absentee** [1] - 115:13
**absolutely** [2] - 41:1, 92:24
**ABUDU** [1] - 3:5
**academic** [2] - 38:11, 102:22
**acceptable** [5] - 19:21, 19:25, 20:4, 72:9, 109:12
**Access** [1] - 34:9
**access** [4] - 29:16,

42:23, 108:23, 111:10
**accessible** [1] - 111:19
**accompany** [1] - 99:19
**accomplish** [1] - 117:24
**according** [6] - 9:23, 11:13, 13:4, 13:23, 69:6, 93:10
**accuracy** [2] - 43:23, 113:1
**accurate** [3] - 81:11, 81:21, 94:16
**achieved** [1] - 99:9
**acknowledge** [1] - 29:3
**Act** [3] - 13:15, 35:20, 35:22
**acting** [1] - 26:16
**active** [22] - 51:14, 53:12, 53:13, 53:14, 56:17, 58:13, 60:9, 65:18, 76:25, 79:9, 79:15, 79:24, 80:3, 81:5, 81:6, 81:22, 83:13, 84:21, 85:3, 87:2, 89:7, 94:12
**actively** [1] - 45:22
**activity** [1] - 103:22
**actual** [1] - 30:22
**ADAM** [2] - 1:21, 2:22
**Adam** [3] - 24:8, 69:18, 116:16
**Adams** [1] - 3:3
**addition** [3] - 18:19, 26:19, 42:17
**additional** [8] - 49:8, 49:11, 58:24, 99:11, 109:8, 109:14, 111:17, 112:2
**address** [9] - 42:24, 68:2, 77:21, 77:25, 79:1, 83:1, 83:10, 84:9, 84:20
**adequate** [1] - 115:5
**admin** [2] - 53:18, 83:18
**administered** [7] - 27:15, 27:21, 27:24, 103:20, 104:2, 105:11, 114:18
**administrative** [13] - 32:10, 32:14, 41:8, 66:11, 77:2, 80:5, 80:8, 80:9, 87:4, 103:21, 106:18, 106:20, 107:16
**administratively** [1] -

106:16
**ADMITTED** [1] - 4:15
**admonition** [1] - 88:13
**Adriana** [1] - 86:2
**advance** [1] - 12:8
**advanced** [1] - 12:18
**advantage** [1] - 5:23
**advantages** [1] - 13:8
**adverse** [1] - 109:21
**advice** [1] - 95:9
**affect** [3] - 105:1, 106:4, 108:21
**affected** [11] - 21:24, 51:17, 68:16, 69:20, 70:21, 81:24, 90:23, 91:5, 101:16, 113:11, 113:14
**afterwards** [1] - 114:13
**age** [7] - 22:10, 22:12, 22:14, 26:11, 26:24, 73:16, 73:18
**agree** [21] - 15:22, 34:17, 47:8, 47:9, 49:7, 54:12, 57:2, 71:1, 71:20, 71:24, 72:12, 72:20, 74:2, 74:15, 76:19, 81:11, 86:16, 94:17, 97:24, 112:20, 120:1
**agreed** [19] - 45:10, 45:15, 46:15, 46:18, 51:1, 51:8, 51:10, 51:11, 52:15, 61:21, 71:10, 76:4, 80:20, 81:21, 84:15, 93:25, 95:22, 95:24, 96:15
**agreement** [4] - 23:17, 89:19, 92:23, 93:9
**ahead** [13] - 6:21, 15:8, 16:19, 23:8, 27:19, 68:1, 69:25, 74:17, 98:15, 100:19, 101:13, 108:17
**aided** [1] - 3:13
**al** [1] - 1:9
**Alberto** [1] - 86:2
**Alexandria** [1] - 2:17
**algorithm** [6] - 16:1, 18:14, 43:23, 44:10, 104:2, 106:4
**algorithms** [4] - 98:24, 105:9, 105:10, 105:12
**allegedly** [1] - 70:20
**allowed** [7] - 30:20, 32:16, 91:11, 102:9, 113:24, 114:14, 117:2

**allows** [1] - 12:7
**Alma** [1] - 86:2
**almost** [5] - 30:24, 33:1, 33:15, 90:16, 99:10
**alone** [3] - 16:8, 16:10, 60:6
**ALR** [1] - 66:24
**alternate** [6] - 45:4, 51:23, 52:6, 52:7, 58:7, 58:16
**alternated** [1] - 52:11
**alternative** [2] - 103:25, 105:13
**Alvarez** [8] - 36:23, 36:25, 37:2, 37:4, 37:10, 38:8, 39:8, 102:6
**Amarillo** [1] - 83:2
**ambiguities** [1] - 44:14
**ambiguous** [2] - 17:20, 47:14
**America** [2] - 35:20, 35:21
**AMERICAN** [2] - 3:2, 3:5
**Amy** [1] - 86:2
**analogous** [1] - 50:18
**analyses** [2] - 37:13, 106:8
**analysis** [29] - 14:22, 16:22, 17:13, 18:3, 19:20, 19:24, 20:1, 20:3, 22:13, 26:19, 27:10, 27:16, 29:25, 37:7, 37:22, 38:3, 39:4, 39:23, 39:25, 54:10, 54:11, 64:20, 90:22, 99:2, 101:19, 108:4, 108:5, 108:21, 109:25
**analyze** [1] - 115:17
**analyzed** [2] - 105:5, 114:9
**Andres** [2] - 86:2, 87:17
**Angelet** [4] - 84:1, 84:17, 84:19, 85:3
**Anglo** [1] - 91:14
**Anglos** [4] - 26:7, 27:18, 72:21, 91:6
**Ann** [2] - 49:19, 50:14
**Anna** [1] - 119:19
**Annual** [1] - 34:6
**Ansolabeher** [1] - 38:20
**ANSOLABEHERE** [2] - 4:3, 6:22
**Ansolabehere** [25] -

6:18, 7:2, 15:11, 23:10, 24:6, 26:2, 29:15, 30:4, 33:23, 34:5, 45:20, 49:16, 59:6, 68:22, 70:3, 72:20, 77:9, 85:2, 89:2, 90:21, 94:15, 98:4, 98:23, 112:11, 116:24
**Ansolabehere's** [1] - 70:20
**Ansolebehere** [2] - 70:17, 75:23
**answer** [17] - 12:12, 18:25, 20:22, 30:16, 30:17, 38:22, 38:23, 58:17, 62:24, 73:19, 87:14, 91:20, 94:1, 95:7, 95:11, 95:12, 109:5
**answered** [3] - 33:15, 38:10, 111:3
**answering** [1] - 38:22
**answers** [1] - 17:24
**anticipate** [2] - 5:10, 5:23
**Antonio** [3] - 55:22, 56:6, 56:14
**anyway** [2] - 97:9, 120:10
**apologize** [1] - 117:16
**Appeals** [4] - 5:17, 6:4, 6:9, 98:9
**appear** [4] - 47:8, 64:18, 68:18, 105:13
**APPEARANCES** [2] - 1:14, 2:1
**Application** [1] - 34:24
**appreciative** [1] - 120:9
**approach** [9] - 7:18, 11:13, 11:14, 15:22, 17:22, 18:18, 33:8, 75:5, 115:9
**appropriate** [3] - 8:25, 12:22, 109:3
**approve** [1] - 94:17
**approved** [1] - 94:13
**April** [1] - 40:21
**argue** [2] - 25:13, 25:15
**argument** [3] - 47:2, 118:3, 120:16
**arguments** [3] - 5:4, 117:21, 117:23
**arise** [1] - 107:7
**Aron** [3] - 60:6, 74:8, 74:11
**ARON** [1] - 74:11

**arose** [1] - 36:1
**arranged** [1] - 5:7
**article** [15] - 24:25, 25:7, 26:5, 28:6, 29:10, 31:3, 34:6, 34:9, 34:13, 34:18, 34:21, 36:21, 37:14, 113:17, 116:1
**articles** [1] - 33:21
**ascertain** [3] - 21:25, 58:17, 106:8
**ASHA** [1] - 1:22
**aspect** [2] - 13:1, 106:13
**assess** [3] - 18:12, 27:14, 61:16
**assessment** [1] - 16:24
**assignment** [1] - 43:23
**associates** [1] - 83:7
**assume** [4] - 92:4, 108:19, 109:7, 113:13
**assumes** [1] - 74:10
**assuming** [4] - 47:24, 79:23, 101:22
**assumption** [1] - 109:24
**Atlanta** [1] - 3:7
**attempt** [1] - 114:16
**attempted** [6] - 29:8, 48:12, 98:24, 114:20, 114:22, 115:3
**attention** [2] - 60:5, 107:18
**Attorney** [1] - 1:6
**ATTORNEY** [1] - 1:18
**attorneys** [15] - 51:1, 51:8, 53:9, 56:3, 56:13, 57:12, 66:4, 71:10, 76:19, 80:20, 81:11, 81:20, 84:15, 85:14, 86:16
**audio** [4] - 5:9, 5:11, 5:24, 6:14
**August** [2] - 10:23, 11:1
**Austin** [1] - 1:20
**authentic** [1] - 94:3
**authenticate** [1] - 40:20
**authenticated** [1] - 47:6
**author** [2] - 37:10, 116:9
**available** [8] - 5:7, 7:16, 8:5, 19:15, 21:12, 42:21, 43:6,

75:22
**Avenue** [1] - 2:8
**average** [2] - 73:16, 73:18
**aware** [5] - 14:21, 16:21, 17:16, 32:19, 39:15
**awhile** [1] - 36:3

## B

**bad** [1] - 26:17
**Bailey** [12] - 46:3, 49:3, 49:13, 49:19, 50:13, 50:14, 51:2, 52:4, 93:11, 94:2, 94:12, 102:6
**ball** [1] - 30:16
**ballot** [3] - 12:8, 12:25, 115:13
**bank** [2] - 111:17
**barely** [1] - 22:21
**Barkley** [1] - 87:17
**Barreto** [1] - 102:22
**barriers** [2] - 106:18
**BARTLIT** [1] - 1:23
**Bartlit** [8] - 24:9, 63:3, 63:10, 64:1, 64:5, 64:7, 64:21, 91:1
**base** [1] - 109:12
**based** [8] - 20:1, 21:11, 32:4, 33:2, 33:4, 36:11, 112:4, 116:2
**basic** [1] - 100:23
**basis** [4] - 26:16, 28:17, 48:9, 50:21
**basketball** [2] - 28:19, 28:24
**BECK** [1] - 1:23
**Beck** [6] - 24:9, 63:3, 63:10, 64:5, 64:7, 91:1
**Bedoya** [1] - 9:7
**BEFORE** [1] - 1:12
**begin** [2] - 5:2, 23:21
**beginning** [3] - 29:12, 30:4, 105:7
**begins** [1] - 30:8
**behalf** [2] - 5:22, 116:14
**behavior** [1] - 25:4
**belief** [1] - 5:5
**Bell** [2] - 4:4, 89:10
**bell** [2] - 41:16, 98:14
**BELL** [37] - 2:3, 7:1, 7:5, 7:7, 11:22, 14:24, 15:9, 15:10, 16:18, 16:20, 21:3, 22:5, 33:24, 45:12,

46:14, 47:5, 51:3, 54:16, 54:20, 59:8, 65:11, 67:18, 74:10, 75:9, 79:16, 89:16, 89:22, 90:5, 92:6, 98:16, 98:20, 98:22, 104:22, 104:23, 107:24, 108:1, 108:13

**Bell-Platts** [2] - 4:4, 89:10

**BELL-PLATTS** [37] - 2:3, 7:1, 7:5, 7:7, 11:22, 14:24, 15:9, 15:10, 16:18, 16:20, 21:3, 22:5, 33:24, 45:12, 46:14, 47:5, 51:3, 54:16, 54:20, 59:8, 65:11, 67:18, 74:10, 75:9, 79:16, 89:16, 89:22, 90:5, 92:6, 98:16, 98:20, 98:22, 104:22, 104:23, 107:24, 108:1, 108:13

**bell-Platts** [1] - 41:16

**below** [2] - 73:16, 73:17

**BENCH** [1] - 1:11

**benefit** [1] - 69:8

**BERKOWER** [1] - 2:5

**best** [2] - 23:15, 107:1

**better** [5] - 7:4, 28:24, 69:22, 90:18, 120:8

**between** [17] - 6:12, 8:25, 17:11, 22:3, 38:15, 39:4, 40:22, 47:17, 52:6, 52:12, 74:3, 74:7, 87:24, 92:12, 99:7, 104:24, 105:25

**bias** [5] - 15:24, 16:1, 16:22, 16:25, 17:2

**biased** [5] - 14:22, 15:5, 17:3, 17:6

**big** [6] - 70:3, 70:15, 94:14, 95:18, 95:20, 102:17

**bigger** [2] - 7:25, 75:24

**Bill** [15] - 27:18, 28:2, 51:17, 59:6, 68:16, 69:20, 70:21, 71:2, 72:9, 81:25, 90:23, 91:5, 91:11, 91:14, 91:18

**bill** [1] - 30:2

**bio** [1] - 63:9

**Birabel** [1] - 119:18

**birth** [48] - 7:21, 7:23,

9:5, 9:9, 9:10, 9:11, 9:17, 9:18, 10:23, 11:1, 11:7, 11:14, 15:20, 16:5, 16:8, 16:10, 16:12, 48:9, 48:14, 50:2, 50:6, 55:25, 56:1, 56:2, 56:3, 56:15, 57:16, 57:22, 59:22, 60:6, 60:19, 61:23, 62:9, 62:17, 64:12, 68:6, 75:24, 76:23, 77:6, 81:14, 82:24, 83:10, 84:7, 84:20, 86:17, 88:19, 89:5, 89:13

**birthday** [12] - 49:14, 53:1, 53:11, 65:17, 66:6, 76:7, 76:15, 77:24, 78:1, 80:23, 84:17

**birthdays** [1] - 54:8

**bit** [6] - 7:5, 39:12, 39:21, 43:9, 73:3, 115:15

**Black** [3] - 13:7, 17:9, 17:10, 36:8, 39:10, 83:4, 84:11, 91:19

**black** [11] - 18:2, 20:3, 43:14, 58:3, 100:22, 119:16, 119:17, 119:18, 119:19, 119:20

**Blacks** [2] - 26:6, 35:11

**blacks** [1] - 44:10

**blank** [1] - 104:14

**blanks** [1] - 104:16

**blocking** [1] - 44:20

**board** [6] - 44:25, 45:3, 85:12, 85:15, 85:16, 85:17

**Bob** [1] - 102:19

**body** [1] - 24:21

**books** [1] - 99:25

**boring** [3] - 117:24, 118:10

**born** [1] - 67:12

**bottom** [4] - 25:22, 25:25, 26:1, 29:11

**box** [1] - 111:17

**boy** [1] - 24:15

**branched** [1] - 114:25

**Brandon** [5] - 65:2, 65:10, 67:3, 67:6, 90:25

**Brandon's** [1] - 68:23

**BRAZIL** [1] - 2:19

**break** [11] - 23:3, 23:7, 74:19, 74:21, 75:7, 85:9, 90:19, 91:23

**briefing** [1] - 94:7

**briefly** [2] - 15:14, 57:15

**bring** [1] - 93:1

**broader** [1] - 110:1

**broken** [1] - 31:8

**Brown** [2] - 10:22, 10:25

**BRUCE** [1] - 2:5

**BRYAN** [1] - 2:6

**bunch** [1] - 88:9

**burden** [9] - 12:14, 25:14, 109:17, 110:12, 110:14, 110:24, 111:14, 112:1

**Burns** [1] - 119:19

**bush** [1] - 70:20

**Bush** [6] - 70:4, 70:5, 71:1, 71:8, 71:11, 90:24

**business** [1] - 6:4

**but..** [2] - 46:24, 67:17

**BY** [53] - 7:1, 7:7, 11:22, 15:10, 16:20, 21:3, 24:5, 24:16, 33:10, 34:4, 35:23, 39:6, 44:24, 45:2, 45:19, 47:12, 48:22, 50:12, 51:7, 51:13, 51:22, 54:22, 55:24, 56:11, 57:7, 59:10, 59:20, 60:24, 61:10, 63:5, 63:18, 64:4, 65:16, 66:2, 68:4, 68:25, 70:2, 71:7, 74:22, 75:17, 77:17, 79:22, 82:7, 82:18, 84:6, 85:11, 88:12, 89:1, 90:20, 98:22, 104:23, 108:1, 116:23

**Byars** [12] - 61:18, 61:22, 62:7, 62:8, 62:13, 63:9, 63:12, 63:24, 64:12, 64:15, 64:20, 91:1

## C

**CA** [1] - 1:3

**Cal** [2] - 36:23, 37:1

**calculate** [1] - 71:13

**calculated** [1] - 15:23

**California** [1] - 12:16

**CalTech** [1] - 117:11

**CalTech/MIT** [1] - 116:7

**can..** [1] - 33:7

**cannot** [3] - 64:2,

74:15, 95:15

**capability** [1] - 6:2

**capable** [1] - 97:11

**Capacity** [1] - 1:6

**capture** [2] - 115:1, 115:3

**card** [1] - 81:23

**care** [2] - 118:25, 119:1

**carefully** [1] - 96:11

**Carnegie** [1] - 2:12

**carried** [1] - 38:3

**carry** [9] - 7:15, 21:18, 40:20, 40:24, 109:15, 109:25, 110:16, 111:15, 112:5

**case** [29] - 9:13, 9:15, 9:19, 9:23, 10:11, 15:12, 17:6, 17:14, 17:24, 21:4, 21:21, 25:23, 27:9, 32:19, 32:23, 39:7, 39:16, 44:17, 55:3, 56:25, 68:18, 69:9, 82:2, 82:3, 87:14, 91:4, 102:5, 120:11

**cases** [4] - 83:16, 85:7, 87:13, 103:16

**Catalist** [19] - 13:4, 42:23, 43:2, 43:7, 43:10, 43:12, 43:14, 43:15, 43:23, 44:10, 57:24, 83:8, 84:11, 98:24, 99:3, 99:5, 99:7, 99:11, 99:12

**Catalist's** [1] - 44:9

**categories** [10] - 44:14, 44:16, 45:3, 45:4, 47:18, 58:13, 58:22, 58:25, 71:13, 115:1

**category** [8] - 57:8, 59:11, 69:2, 70:12, 72:8, 109:19, 113:10, 115:14

**Caucasian** [2] - 57:25, 62:5

**Caucus** [1] - 36:8

**caught** [1] - 42:4

**CCES** [19] - 21:7, 26:5, 27:7, 27:15, 28:7, 28:9, 28:11, 29:6, 31:3, 31:6, 32:4, 33:20, 34:14, 34:25, 35:2, 114:4, 114:6, 117:11

**celebrity** [1] - 60:13

**cell** [1] - 18:10

**Census** [3] - 115:9,

115:12, 115:15

**Center** [1] - 2:12

**ceremonial** [2] - 5:3, 5:6

**certain** [1] - 49:24

**certainly** [3] - 5:13, 61:5, 101:3

**CERTIFICATE** [1] - 121:1

**certificates** [4] - 71:22, 71:25, 72:3, 108:25

**certified** [1] - 77:18

**certify** [1] - 121:3

**cetera** [2] - 26:20, 110:25

**CHAD** [1] - 2:18

**challenge** [1] - 97:6

**Challenged** [1] - 14:17

**challenged** [2] - 15:7, 25:12

**challenges** [2] - 11:23, 12:1

**challenging** [2] - 25:13, 93:16

**chance** [3] - 18:24, 22:24, 110:18

**chances** [1] - 110:16

**change** [8] - 8:21, 37:18, 37:22, 42:24, 57:8, 112:15

**Change** [1] - 45:5

**changed** [1] - 8:25

**changes** [4] - 8:18, 9:3, 17:7, 58:16

**characteristics** [8] - 19:9, 19:11, 19:13, 20:17, 20:24, 20:25, 21:1, 101:18

**characterize** [1] - 25:12

**characterizing** [1] - 59:19

**characters** [2] - 55:10, 104:19

**charge** [1] - 75:9

**Charles** [3] - 10:22, 10:25, 116:8

**check** [9] - 53:19, 72:24, 79:7, 79:8, 88:21, 90:10, 97:6, 97:8, 99:7

**checked** [4] - 44:9, 53:22, 58:12, 69:1

**Chicago** [6] - 1:25, 3:3, 24:10, 24:14, 64:6, 64:21

**choose** [1] - 115:11

**chose** [1] - 115:4

**CIRCUIT** [1] - 1:12

cite [1] - 24:20
cited [1] - 43:16
cities [1] - 100:24
citizenship [4] - 71:21, 71:25, 72:3, 108:24
city [1] - 62:3
Civil [1] - 2:7
CIVIL [1] - 3:5
clarification [1] - 40:15
clarify [2] - 11:9, 92:17
clarifying [2] - 38:14, 49:9
classes [1] - 29:16
classification [3] - 13:14, 66:23, 105:4
classified [1] - 102:11
Clayton [1] - 119:18
clean [3] - 42:5, 64:20, 115:15
cleaned [5] - 41:21, 41:23, 42:1, 48:24, 112:12
cleaning [3] - 41:15, 41:16, 41:18
clear [5] - 17:23, 19:7, 69:9, 92:24, 96:24
clearest [1] - 102:5
clients [1] - 120:12
close [2] - 99:15, 107:18
closely [3] - 37:12, 82:2, 101:3
closer [2] - 64:24, 103:19
closing [7] - 5:4, 5:22, 6:1, 117:21, 117:22, 118:3, 118:21
code [16] - 32:10, 41:8, 45:20, 46:7, 48:12, 49:1, 56:24, 65:18, 67:1, 77:5, 80:1, 82:2, 87:12, 105:6, 106:20, 107:11
colleagues [2] - 37:4, 38:8
collect [1] - 21:25
COLLER [1] - 118:13
COLLYER [115] - 1:13, 5:2, 5:16, 6:3, 6:8, 6:12, 6:16, 7:3, 11:11, 15:6, 16:15, 16:17, 16:19, 22:16, 22:20, 23:1, 23:6, 23:13, 23:17, 23:22, 23:25, 24:3, 24:11, 24:15, 33:9, 34:1, 35:19, 38:21, 44:19,

44:23, 45:17, 46:19, 47:2, 47:11, 48:16, 49:20, 49:24, 50:10, 51:5, 51:10, 51:21, 53:25, 54:9, 54:14, 54:19, 54:21, 55:21, 55:23, 62:20, 62:24, 63:13, 63:16, 64:2, 65:13, 66:1, 67:20, 67:24, 69:23, 70:10, 70:13, 70:16, 70:22, 71:3, 74:14, 74:20, 75:6, 75:11, 75:15, 77:14, 77:17, 78:13, 78:16, 79:17, 79:19, 82:14, 85:10, 85:11, 87:20, 87:23, 88:6, 88:11, 89:25, 90:3, 90:12, 90:15, 90:18, 91:22, 92:2, 92:4, 92:7, 92:10, 92:14, 92:21, 93:3, 96:17, 97:3, 97:5, 97:25, 98:3, 98:6, 98:10, 98:18, 100:18, 101:12, 116:15, 116:18, 116:21, 117:13, 117:17, 118:6, 118:16, 118:23, 119:13, 119:24, 120:3
Collyer [2] - 71:17, 98:16
COLUMBIA [1] - 1:2
column [3] - 14:17, 25:11, 26:1
combo [1] - 15:17
coming [3] - 29:6, 30:4, 57:20
comments [2] - 35:24, 53:7
Common [1] - 114:6
common [2] - 72:21, 86:12
commonly [2] - 12:16, 110:20
commonsense [1] - 72:12
compare [2] - 99:3, 100:15
compared [4] - 13:5, 13:7, 17:10, 72:21
comparing [1] - 44:10
comparison [6] - 17:4, 29:24, 36:1, 54:4, 104:24, 105:24
comparisons [1] - 104:6
compiled [1] - 34:15
completely [4] -

23:14, 57:17, 108:5, 109:24
composition [3] - 13:2, 100:23, 101:4
computer [1] - 3:13
computer-aided [1] - 3:13
conceptualization [1] - 41:5
concern [4] - 23:19, 29:13, 30:7, 94:5
concerned [1] - 6:2
concerns [2] - 31:3, 101:6
concluded [1] - 39:8
concludes [2] - 32:25, 33:14
conclusion [7] - 21:13, 21:15, 30:21, 33:2, 33:4, 37:21, 40:18
conclusions [7] - 22:8, 34:17, 34:18, 36:25, 40:1, 40:2, 40:5
condition [1] - 49:22
conducting [1] - 18:15
conference [1] - 119:6
confidence [3] - 93:22, 93:24, 108:3
confident [1] - 96:7
confirm [1] - 90:7
confirmed [8] - 47:1, 47:5, 53:9, 56:3, 56:13, 75:2, 85:14, 119:25
congratulations [1] - 92:2
Congressional [1] - 36:8
consequences [1] - 25:15
consider [2] - 9:13, 15:6
considered [12] - 9:11, 10:16, 10:18, 11:9, 11:15, 11:18, 11:20, 14:10, 50:4, 99:12, 117:22
considering [1] - 12:11
consistent [2] - 38:13, 106:25
constant [1] - 26:10, 26:24
construct [3] - 19:7, 19:19, 20:18
constructing [1] - 19:14
containing [1] - 93:5

contains [1] - 94:10
Content [1] - 114:6
continue [1] - 75:13
CONTINUED [1] - 2:1
control [1] - 27:11
corner [1] - 78:10
correct [114] - 15:23, 20:8, 22:19, 24:19, 24:23, 24:24, 25:6, 25:17, 25:21, 26:3, 26:4, 26:8, 26:13, 26:17, 26:18, 27:1, 27:5, 27:8, 28:17, 28:18, 28:20, 28:22, 29:8, 29:9, 30:11, 30:15, 30:18, 31:1, 31:7, 31:9, 31:17, 31:25, 32:3, 33:16, 34:12, 34:15, 34:19, 35:4, 35:10, 35:13, 39:11, 40:25, 41:3, 42:13, 42:15, 42:16, 43:17, 43:19, 43:21, 43:25, 44:1, 46:5, 48:20, 51:8, 51:15, 51:19, 53:3, 53:14, 56:6, 56:7, 56:16, 56:17, 57:23, 57:25, 58:1, 58:3, 58:9, 59:14, 60:11, 61:2, 61:16, 62:12, 62:15, 63:8, 64:14, 66:8, 66:13, 66:15, 66:18, 66:23, 73:19, 76:14, 77:3, 77:23, 79:13, 79:14, 81:10, 81:13, 81:15, 81:17, 81:19, 83:5, 83:15, 83:24, 84:7, 84:23, 85:18, 85:19, 86:8, 86:10, 91:6, 91:7, 91:12, 99:1, 104:7, 105:10, 108:25, 109:1, 109:21, 112:6, 112:9, 113:13, 116:3, 121:4
correction [1] - 90:10
correlation [2] - 99:7, 99:14
correspond [1] - 14:13
corresponding [3] - 10:20, 40:22, 41:7
counsel [2] - 52:15, 95:21
counsel's [1] - 101:10
country [2] - 73:14, 110:23
couple [3] - 5:7, 34:21, 108:15

course [2] - 8:21, 25:23
Court [10] - 3:9, 3:10, 5:17, 6:4, 6:9, 17:24, 21:5, 28:3, 54:3, 98:9
court [15] - 25:12, 31:13, 34:3, 44:9, 46:11, 94:7, 94:10, 94:24, 97:13, 97:18, 109:4, 111:12, 112:8, 118:9, 120:13
COURT [4] - 1:1, 118:8, 121:1, 121:10
Court's [1] - 88:13
court's [2] - 69:8, 71:19
courtesy [1] - 91:23
Courthouse [1] - 3:10
courtroom [10] - 5:4, 5:6, 5:8, 5:17, 5:24, 5:25, 6:2, 6:14, 120:16
Courtroom [1] - 5:8
covered [1] - 100:13
CPS [1] - 115:15
Craft [7] - 65:2, 65:10, 67:3, 67:6, 67:24, 69:2, 90:25
craft [2] - 67:15, 69:9
craft's [2] - 68:5, 68:8
Crawford [1] - 25:23
create [3] - 40:7, 103:12, 106:17
creation [1] - 107:19
criteria [4] - 15:24, 20:16, 21:24, 42:3
critical [1] - 21:9
criticisms [1] - 108:10
criticized [1] - 8:17
cross [4] - 77:16, 90:14, 93:18, 119:2
CROSS [2] - 4:2, 24:4
CROSS-EXAMINATION [1] - 24:4
cross-examination [1] - 77:16
CRR [1] - 3:9
current [3] - 27:5, 27:14, 49:6
Current [1] - 115:10
cut [2] - 14:16, 75:23
cut-and-paste [1] - 14:16

**D**

D.C [2] - 1:5, 3:11
Dallas [1] - 63:22

**danger** [1] - 10:1
**Daniel** [1] - 119:18
**DANIEL** [1] - 2:4
**Daron** [2] - 29:1, 29:2
**data** [56] - 21:4, 21:7,
21:12, 21:24, 26:3,
27:10, 28:6, 28:9,
31:6, 32:4, 33:19,
33:20, 33:21, 34:14,
34:15, 42:21, 44:15,
46:8, 46:20, 46:25,
48:3, 48:8, 61:21,
71:10, 72:6, 75:2,
75:19, 75:22, 80:7,
80:8, 80:9, 81:20,
90:1, 90:3, 90:4,
90:6, 92:9, 93:8,
93:24, 94:8, 94:15,
94:25, 95:18, 95:20,
95:24, 96:2, 99:5,
106:11, 106:12,
113:7, 113:8,
113:13, 114:2,
114:3, 116:2, 116:4
**database** [104] - 9:4,
9:7, 10:14, 10:21,
10:24, 10:25, 15:24,
39:19, 41:2, 41:24,
42:2, 42:6, 42:12,
42:18, 42:19, 42:24,
43:3, 45:10, 45:11,
45:13, 45:23, 46:3,
46:5, 46:16, 46:18,
47:6, 47:10, 47:25,
48:24, 50:16, 51:1,
51:4, 51:9, 52:15,
53:5, 53:10, 55:1,
55:7, 56:12, 56:20,
57:24, 58:4, 58:7,
59:13, 60:1, 62:8,
64:16, 65:8, 65:9,
66:4, 70:24, 73:21,
74:8, 75:3, 76:4,
76:20, 79:7, 79:8,
79:12, 79:24, 79:25,
80:20, 81:21, 82:10,
82:20, 83:4, 83:7,
83:20, 84:13, 84:21,
84:25, 85:13, 85:14,
86:16, 87:10, 87:11,
87:24, 87:25, 89:2,
90:22, 92:15, 92:25,
93:21, 94:3, 94:17,
95:17, 96:7, 96:18,
96:20, 96:21, 97:16,
97:19, 103:7, 104:6,
104:9, 104:25,
105:14, 106:6,
106:7, 106:15,
107:9, 107:12,

107:14, 112:13
**databases** [21] -
40:20, 40:24, 41:21,
48:19, 52:6, 52:12,
54:17, 74:3, 74:7,
92:6, 92:8, 93:8,
103:4, 105:5,
105:12, 107:10,
108:24, 113:2,
113:3, 113:6, 120:1
**date** [48] - 7:21, 7:23,
9:6, 9:9, 9:10, 9:11,
9:17, 9:18, 10:23,
11:1, 11:7, 11:14,
15:20, 16:5, 16:7,
16:9, 16:12, 33:3,
33:5, 48:9, 48:14,
50:6, 55:25, 56:1,
56:2, 56:4, 56:15,
57:16, 57:22, 59:22,
60:6, 60:19, 61:22,
62:9, 62:17, 64:12,
67:12, 73:13, 73:17,
77:6, 78:5, 78:15,
84:20, 86:17, 88:19,
89:5, 89:13, 114:18
**DATE** [1] - 121:10
**dates** [3] - 50:3, 75:24,
80:13
**DAVID** [1] - 1:12
**David** [4] - 61:22,
61:24, 62:8, 119:17
**DAY** [1] - 1:11
**days** [2] - 14:9, 98:11
**DC** [1] - 2:9
**de** [10] - 55:14, 55:18,
56:6, 56:14, 56:19,
57:6, 72:15, 88:4,
88:8, 119:17
**De** [9] - 85:17, 85:25,
86:11, 86:23, 87:6,
87:17, 88:15, 88:18,
89:11
**dead** [3] - 112:22,
113:6
**deal** [1] - 98:7
**dealt** [1] - 92:23
**debate** [3] - 18:10,
25:13, 102:23
**debugging** [1] -
103:14
**deceased** [18] - 10:10,
10:11, 10:12, 10:15,
11:2, 11:5, 11:8,
11:19, 42:17, 44:4,
80:9, 112:14,
112:16, 112:21,
113:1, 113:4, 113:7,
113:10
**DECHERT** [1] - 2:12

**decide** [2] - 111:6,
111:13
**decision** [1] - 93:7
**decree** [1] - 117:20
**Defendant** [2] - 1:8,
2:3
**DEFENDANT** [1] -
6:22
**defendant** [3] -
116:14, 116:20,
119:9
**Defendants** [2] - 1:10,
2:12
**defending** [1] - 25:15
**DEFENSE** [1] - 3:2
**define** [1] - 35:19
**definitive** [1] - 87:14
**degree** [1] - 23:19
**degrees** [1] - 102:8
**Dejesus** [1] - 89:3
**Del** [1] - 88:10
**Deleon** [1] - 119:19
**deliver** [1] - 118:11
**Democratic** [4] - 36:9,
36:14, 36:15, 36:18
**demographic** [5] -
19:9, 19:10, 19:13,
35:25, 101:18
**demographics** [3] -
100:14, 100:15,
101:23
**demonstration** [2] -
105:17, 105:18
**denials** [1] - 30:22
**denied** [1] - 29:17
**density** [1] - 100:24
**Department** [7] - 47:7,
61:21, 77:18, 94:9,
97:1, 97:2, 108:23
**DEPARTMENT** [1] -
2:7
**dependent** [1] - 6:1
**deposit** [1] - 111:16
**deposition** [17] - 15:2,
15:3, 32:24, 33:11,
37:2, 38:5, 38:15,
38:25, 41:1, 43:20,
43:22, 44:8, 45:21,
91:3, 91:9, 91:13,
91:17
**describe** [2] - 35:7,
94:25
**described** [1] - 42:3
**describing** [1] - 50:19
**desires** [1] - 120:12
**DeSoto** [1] - 62:3
**determine** [6] - 7:12,
8:4, 14:12, 27:12,
42:7, 42:9
**developed** [1] - 58:15

**dfl** [1] - 46:12
**dfml** [1] - 46:12
**dialling** [1] - 18:11
**differed** [4] - 9:12,
13:2, 38:1, 39:4
**difference** [7] - 17:11,
20:11, 37:23, 38:2,
39:2, 101:21
**differences** [12] -
22:1, 22:2, 22:17,
22:24, 26:10, 26:23,
100:21, 100:23,
100:24, 101:1,
102:25, 103:23
**different** [29] - 6:4,
7:18, 7:19, 8:19,
20:2, 28:13, 29:16,
38:17, 57:1, 57:21,
80:4, 82:14, 87:15,
89:13, 91:10, 92:19,
96:17, 101:5,
101:18, 103:24,
105:13, 105:25,
106:5, 110:12,
110:24, 111:11
**differential** [1] -
110:14
**differentials** [1] -
101:7
**differently** [2] - 12:21,
14:1
**difficult** [3] - 18:15,
18:16, 113:10
**difficulties** [3] - 40:8,
105:19, 120:5
**digit** [3] - 18:11,
56:23, 104:13
**diminution** [1] - 102:3
**Dimmit** [1] - 76:10
**direct** [6] - 32:19,
39:15, 39:22, 44:2,
59:21, 60:5
**DIRECT** [2] - 4:2, 6:24
**directed** [1] - 118:9
**dis** [1] - 46:20
**disagree** [8] - 37:3,
37:12, 37:24, 38:8,
38:11, 38:18, 38:25,
102:3
**disagrees** [1] - 33:6
**disciplined** [1] - 65:24
**discover** [1] - 21:1
**discovered** [1] - 11:7
**discovering** [1] - 11:6
**discretion** [1] - 39:12
**discriminate** [1] - 59:6
**discriminatory** [3] -
25:14, 37:5, 38:10
**discuss** [3] - 23:13,
24:20, 36:22

**discussed** [8] - 14:7,
23:11, 23:12, 34:20,
37:1, 38:15, 116:25,
117:7
**discussion** [3] -
107:6, 108:20, 113:3
**discussions** [1] -
36:11
**disparities** [1] -
102:24
**disparity** [4] - 26:2,
27:4, 39:3, 39:9
**disproportionality** [1]
- 26:14
**disproportionally** [2] -
72:4, 73:22
**disproportionately** [7]
- 13:4, 16:4, 17:9,
39:10, 71:21, 71:25,
91:5
**distinct** [1] - 12:17
**distribution** [3] -
20:20, 20:21, 20:22
**DISTRICT** [3] - 1:1,
1:2, 1:14
**district** [1] - 55:21
**District** [2] - 55:22,
60:16
**Division** [1] - 2:7
**division** [1] - 36:2
**DL** [1] - 41:2
**dls** [4] - 46:12, 47:25
**docket** [1] - 50:2
**Docket** [1] - 1:3
**doctor** [1] - 63:13
**Doctor** [1] - 105:16
**documented** [1] -
116:10
**DOJ** [1] - 24:22
**domain** [1] - 10:5
**done** [19] - 15:3, 16:2,
25:8, 27:9, 28:7,
33:3, 38:24, 41:12,
45:15, 58:11, 64:19,
72:2, 90:16, 102:2,
102:21, 107:11,
107:13, 120:8,
120:14
**down** [16] - 8:9, 31:22,
43:16, 49:17, 49:18,
59:23, 60:7, 60:20,
61:22, 64:13, 65:17,
68:6, 75:1, 75:23,
88:15, 113:15
**DPS** [17] - 12:5, 13:25,
14:11, 41:2, 44:4,
44:6, 44:11, 44:14,
44:15, 57:20, 80:5,
87:24, 89:18, 90:7,
107:23, 113:4, 113:7

**dr** [1] - 38:20
**Dr** [17] - 6:18, 7:2, 15:11, 15:14, 15:15, 16:21, 20:10, 27:3, 27:6, 30:4, 70:17, 98:4, 98:23, 107:3, 112:11, 113:2
**DR** [1] - 50:13
**drew** [1] - 30:21
**drive** [1] - 78:24
**driver's** [92] - 7:14, 7:20, 8:24, 9:1, 9:7, 9:14, 10:8, 10:14, 10:17, 10:18, 10:24, 11:20, 12:5, 14:12, 21:18, 40:15, 40:19, 40:23, 41:23, 42:17, 44:12, 47:14, 47:25, 48:8, 48:13, 50:16, 51:1, 51:9, 53:4, 53:10, 53:12, 53:23, 55:1, 56:12, 56:17, 58:2, 60:9, 61:3, 62:8, 62:11, 64:8, 64:22, 64:23, 66:3, 66:17, 67:15, 68:5, 68:9, 68:20, 70:22, 71:4, 76:19, 76:20, 78:2, 78:7, 78:12, 78:19, 79:1, 79:12, 79:23, 80:6, 80:11, 80:12, 80:20, 81:5, 81:21, 81:23, 82:10, 83:7, 83:13, 83:20, 83:22, 84:21, 84:24, 85:3, 87:2, 87:9, 87:10, 88:5, 89:7, 93:12, 93:20, 93:21, 94:12, 109:25, 110:15, 110:19, 110:20, 112:4, 112:12
**driving** [2] - 64:12, 79:11
**drop** [5] - 11:2, 11:5, 37:15, 37:16, 102:16
**drum** [2] - 23:2, 117:19
**dulcet** [1] - 5:12
**duly** [1] - 6:22
**DUNN** [2] - 2:18, 2:19
**duplicates** [1] - 17:19
**during** [5] - 8:21, 36:11, 39:22, 93:17, 118:21
**Dutch** [3] - 72:15, 72:17, 72:18

---

## E

**early** [1] - 12:17

**easier** [2] - 78:17, 120:8
**East** [1] - 3:3
**Edinburg** [2] - 59:23, 60:9
**Edinburgh** [1] - 60:17
**education** [7] - 19:16, 19:17, 20:20, 26:10, 26:20, 26:24, 32:12
**Education** [1] - 116:20
**EDUCATIONAL** [1] - 3:2
**effect** [1] - 21:6, 24:21, 25:3, 37:21, 37:23, 38:1, 38:16, 38:17, 82:5, 99:19, 102:6, 102:13, 102:18, 102:20, 105:20, 106:1, 109:5, 109:21, 110:2, 111:7, 116:25
**effectively** [1] - 22:25
**effects** [3] - 22:14, 24:17, 102:17
**effort** [3] - 42:5, 42:11, 64:23
**eight** [2] - 45:3, 45:4
**either** [6] - 11:19, 60:4, 60:25, 100:6, 107:9, 109:15
**election** [10] - 12:8, 14:9, 31:2, 31:6, 41:9, 91:8, 106:2, 114:17, 114:19
**elections** [4] - 13:16, 13:19, 21:23, 25:16
**electorate** [1] - 36:10
**electronic** [1] - 50:2
**eligible** [5] - 13:22, 42:6, 42:7, 61:14, 61:16
**eliminate** [3] - 89:20, 104:7
**eliminated** [1] - 89:21, 89:23
**ELIZABETH** [1] - 2:3
**Ellis** [3] - 57:9, 57:16, 90:24
**Elvira** [4] - 88:15, 88:18, 89:3, 89:10
**embarrass** [1] - 102:1
**embarrassed** [1] - 6:17
**embarrassment** [1] - 6:9
**emergency** [1] - 24:1
**emerging** [1] - 22:24
**empirical** [1] - 37:13
**employee** [1] - 117:10
**employs** [1] - 98:25

**enabling** [1] - 32:9
**end** [8] - 9:24, 10:3, 20:11, 23:3, 36:22, 56:14, 77:4, 106:6
**ended** [3] - 66:20, 112:17, 117:20
**engage** [1] - 42:11
**engaged** [4] - 69:12, 69:14, 90:25, 108:10
**English** [3] - 45:6, 59:13, 74:5
**enjoyed** [1] - 36:16
**ensure** [1] - 25:16
**entered** [2] - 9:1, 96:8
**enterprise** [1] - 103:22
**entire** [5] - 20:6, 96:7, 104:15, 114:6
**entirely** [1] - 71:20, 71:24, 72:2
**entitled** [3] - 34:9, 48:6, 121:5
**entries** [8] - 45:14, 56:2, 66:21, 80:19, 85:12, 92:18, 103:3, 103:8
**entry** [35] - 44:4, 45:9, 45:10, 50:22, 51:8, 52:15, 53:4, 53:9, 55:17, 56:12, 57:20, 59:21, 60:5, 61:4, 61:20, 62:7, 63:2, 65:8, 65:9, 66:3, 66:21, 76:3, 76:19, 77:8, 79:12, 79:23, 81:8, 81:11, 82:19, 83:25, 84:15, 86:16, 86:22, 89:2
**equipment** [1] - 5:24
**Eric** [1] - 119:20
**ERIC** [2] - 1:5, 1:9
**Erikson** [1] - 102:19
**error** [2] - 14:15, 14:16
**errors** [5] - 96:11, 113:2, 113:3, 113:5, 113:11
**essence** [1] - 104:14
**essential** [1] - 25:15
**essentially** [2] - 7:19, 112:5
**establish** [1] - 70:25
**established** [1] - 109:11
**estimate** [1] - 102:16
**estimates** [2] - 20:2, 102:15
**et** [3] - 1:9, 26:20, 110:25
**ethnic** [1] - 119:22
**Eva** [4] - 76:1, 76:4, 76:17, 77:19

**evaluate** [1] - 21:5
**evaluated** [2] - 20:16, 43:23
**evaluating** [1] - 41:8
**event** [1] - 74:14
**eventually** [1] - 8:6
**everywhere** [1] - 110:16
**evidence** [8] - 6:4, 6:5, 15:24, 23:20, 32:19, 32:23, 39:16, 74:11
**ex** [3] - 49:4, 52:19, 70:7
**ex-president** [1] - 70:7
**ex-senator** [2] - 49:4, 52:19
**exact** [7] - 7:14, 8:24, 9:23, 58:19, 74:5, 99:15, 114:18
**exactly** [7] - 23:8, 27:24, 41:3, 41:4, 47:1, 97:18, 109:11
**examination** [4] - 77:16, 93:18, 96:18, 101:10
**EXAMINATION** [4] - 6:24, 24:4, 98:21, 116:22
**examined** [1] - 13:1
**example** [7] - 9:4, 9:24, 58:6, 69:19, 72:18, 89:9, 103:9
**examples** [3] - 25:22, 106:16, 108:2
**excellent** [1] - 74:18
**except** [1] - 110:22
**exception** [2] - 13:6, 13:8
**exchange** [1] - 92:9
**excited** [1] - 70:1
**exclude** [1] - 12:4
**excluded** [1] - 117:9
**Exclusions** [1] - 34:24
**excuse** [8] - 19:23, 29:15, 38:21, 46:2, 56:9, 84:4, 90:2, 107:24
**exemption** [1] - 32:8
**exercise** [4] - 58:24, 103:6, 106:23, 106:24
**exhibit** [1] - 75:12
**Exhibit** [14] - 14:25, 25:1, 34:23, 36:22, 49:12, 55:17, 60:16, 63:2, 64:11, 67:6, 77:11, 77:18, 114:1
**exhibits** [3] - 77:14, 118:20, 118:21
**exist** [1] - 68:21

**exists** [1] - 58:25
**expense** [1] - 75:12
**experience** [1] - 18:15
**expert** [3] - 28:10, 29:3, 107:5
**experts** [1] - 29:5
**expiration** [2] - 78:5, 78:15, 111:19
**expired** [25] - 12:4, 14:6, 14:7, 14:9, 14:14, 14:20, 44:4, 62:11, 62:14, 62:17, 62:20, 62:25, 66:9, 66:19, 66:21, 78:4, 78:7, 78:12, 78:19, 79:1, 79:12, 79:23, 112:18, 117:10
**explain** [6] - 8:18, 10:12, 11:24, 13:11, 50:11
**explains** [2] - 39:3, 39:4
**explanation** [2] - 37:18, 38:18
**explosion** [2] - 73:2, 73:4
**extensive** [1] - 105:4
**extensively** [1] - 24:17
**extent** [1] - 90:6
**extract** [1] - 85:7
**EZRA** [1] - 2:11

---

## F

**face** [1] - 105:20
**Facebook** [3] - 67:5, 67:25, 69:7
**faces** [1] - 5:13
**facing** [1] - 8:1
**fact** [18] - 13:19, 28:10, 29:20, 33:4, 37:25, 41:23, 43:3, 44:15, 58:3, 60:13, 70:16, 70:17, 71:4, 81:22, 90:16, 93:11, 103:10, 112:22
**factors** [4] - 17:7, 26:12, 26:20, 27:12
**facts** [3] - 25:9, 26:25, 74:10
**fair** [4] - 92:4, 101:1, 104:20, 105:7
**fairly** [1] - 24:17
**faithfully** [1] - 32:21
**fall** [4] - 58:12, 58:21, 69:2, 72:8
**falling** [1] - 13:6
**familiar** [3] - 17:13, 65:3, 79:3
**families** [1] - 59:7

**family** [1] - 65:3
**famous** [5] - 25:23, 52:20, 54:8, 63:13, 63:15
**far** [5] - 19:16, 68:13, 68:20, 87:6, 119:7
**fashion** [1] - 22:22
**feature** [1] - 14:8
**Federal** [1] - 45:7
**federal** [12] - 13:16, 70:11, 70:13, 71:2, 71:18, 72:9, 108:23, 109:16, 109:20, 110:7, 111:1
**feet** [1] - 6:6
**Fernandez** [1] - 9:4
**few** [6] - 11:4, 25:9, 30:17, 30:18, 93:5, 115:17
**fictitious** [1] - 9:15
**field** [4] - 10:15, 18:20, 46:18, 104:15
**fields** [8] - 10:14, 46:10, 46:11, 46:16, 93:5, 93:6, 104:14, 107:20
**Figure** [2] - 31:12, 31:22, 31:23
**figure** [3] - 106:16, 106:19, 108:7
**figures** [2] - 113:18, 113:22
**figuring** [2] - 106:24, 107:1
**File** [1] - 47:22
**file** [21] - 12:20, 13:18, 18:1, 44:14, 47:17, 47:19, 47:20, 47:23, 48:2, 48:5, 48:20, 48:23, 49:1, 80:5, 80:6, 99:4, 119:2
**files** [5] - 9:1, 13:3, 48:13, 80:4, 99:10
**filing** [1] - 12:8
**final** [1] - 107:25
**finally** [1] - 65:24
**finance** [1] - 67:7
**findings** [3] - 15:14, 16:24, 102:25
**fine** [8] - 5:25, 18:9, 51:5, 65:13, 67:20, 97:17, 97:20, 102:2
**firm** [12] - 18:17, 24:9, 63:3, 63:6, 63:7, 63:10, 63:19, 63:23, 63:25, 64:5, 64:21
**first** [32] - 7:20, 7:22, 12:1, 14:17, 15:19, 16:5, 16:7, 16:9, 16:12, 24:2, 24:8,

28:17, 34:16, 39:21, 40:3, 40:5, 48:9, 48:14, 51:23, 52:6, 52:7, 52:10, 52:11, 62:16, 77:6, 83:13, 84:19, 85:25, 86:15, 86:16, 89:13, 115:21
**First** [2] - 45:4, 45:5
**first-name** [1] - 28:17
**FISHER** [1] - 2:6
**fits** [2] - 63:17, 111:9
**five** [2] - 41:23, 99:13
**fixing** [1] - 55:9
**flag** [9] - 38:1, 43:6, 52:1, 55:4, 82:2, 85:6, 103:8, 108:12, 112:13
**flagged** [5] - 56:25, 85:5, 112:18, 112:21
**flags** [4] - 42:25, 80:1, 80:2, 103:12
**floor** [2] - 5:8, 5:19
**Floor** [2] - 1:19, 2:24
**Flores** [2] - 80:16, 81:9
**fly** [4] - 93:14, 95:16, 110:22, 110:23
**FM** [1] - 2:19
**focus** [1] - 31:2
**focused** [1] - 39:23
**follow** [8] - 22:7, 28:2, 32:21, 42:22, 76:8, 96:12, 115:9, 117:5
**follow-up** [2] - 22:7, 117:5
**followed** [2] - 32:5, 95:9
**following** [2] - 105:9, 119:15
**follows** [2] - 6:23, 115:8
**FOR** [1] - 1:2
**foregoing** [1] - 121:3
**forget** [1] - 114:18
**forgive** [2] - 59:18, 90:4
**forgot** [1] - 23:14
**forgotten** [2] - 110:17, 110:19
**form** [5] - 12:17, 30:2, 75:22, 79:3, 102:11
**format** [1] - 54:18
**former** [2] - 50:5, 52:25
**forms** [3] - 20:2, 116:25, 117:3
**forth** [13] - 8:23, 50:20, 55:10, 56:24, 58:16, 100:25, 102:10, 103:25,

105:14, 107:8, 111:16, 112:19, 115:14
**forward** [2] - 49:16, 54:1
**foundation** [1] - 116:7
**FOUNDATION** [1] - 3:6
**four** [2] - 98:11, 104:13
**four-digit** [1] - 104:13
**fourth** [1] - 59:4
**Frank** [1] - 116:17
**FRANK** [1] - 2:22
**FREDERICK** [1] - 1:16
**free** [1] - 119:13
**Freeman** [2] - 97:9, 97:10
**FREEMAN** [1] - 2:4
**frequency** [2] - 105:13, 107:8
**Friday** [1] - 119:7
**Fried** [1] - 116:17
**FRIED** [1] - 2:22
**friends** [2] - 5:12, 6:13
**from..** [1] - 110:10
**front** [3] - 44:21, 77:25, 84:18
**Fuente** [1] - 119:17
**Fuentes** [2] - 76:1, 76:4
**fulfilled** [1] - 120:12
**full** [10] - 49:19, 50:14, 52:22, 52:25, 55:1, 57:2, 80:6, 92:20, 117:3, 117:4
**FUND** [1] - 3:2
**Fund** [1] - 116:20
**funding** [1] - 116:6
**funnily** [1] - 72:16
**fuzzy** [4] - 50:19, 103:18, 105:12, 108:9

## G

**GA** [1] - 3:7
**game** [1] - 105:7
**Garza** [10] - 85:17, 85:25, 86:11, 86:23, 87:6, 87:17, 88:10, 88:16, 88:18, 89:11
**gathered** [1] - 116:2
**GEAR** [1] - 2:5
**geek** [1] - 97:11
**gender** [1] - 19:14
**GENERAL** [1] - 1:18
**general** [4] - 17:24, 31:2, 31:6, 34:17
**General** [1] - 1:6

**generally** [8] - 17:2, 17:12, 17:16, 22:11, 29:22, 29:23, 92:13, 107:9
**generate** [1] - 101:20
**generated** [1] - 46:23
**George** [4] - 70:4, 70:5, 70:19, 90:24
**Georgia** [24] - 30:13, 31:8, 31:14, 31:16, 32:1, 32:5, 32:7, 32:11, 32:16, 32:21, 100:5, 100:12, 100:14, 100:21, 100:22, 101:7, 101:16, 101:22, 102:12, 113:19, 113:25, 114:5, 114:8, 117:1
**GERALD** [2] - 2:15, 2:15
**given** [17] - 10:5, 12:22, 32:20, 59:23, 62:5, 67:16, 76:7, 89:18, 97:20, 101:14, 101:22, 103:21, 109:3, 109:4, 111:9, 115:21, 118:22
**glad** [3] - 6:8, 98:5, 98:8
**Gonzales** [2] - 103:25, 106:5
**Gonzalez** [1] - 106:6
**Gotshal** [2] - 63:20, 63:22
**government** [5] - 93:11, 95:10, 96:19, 96:20, 111:10
**grabs** [1] - 80:3
**Gramm** [8] - 52:16, 52:18, 52:25, 53:5, 53:6, 53:11, 53:22, 54:23
**granted** [1] - 32:14
**great** [5] - 8:16, 74:19, 115:14, 118:1, 120:8
**greater** [1] - 117:18
**Green** [1] - 57:21
**group** [9] - 17:18, 36:13, 36:17, 36:23, 36:25, 37:3, 61:11, 109:13, 119:23
**Group** [1] - 116:8
**Groups** [1] - 14:17
**groups** [9] - 22:2, 29:16, 35:7, 35:8, 37:15, 37:19, 37:21, 91:10, 106:10
**guard** [1] - 28:21

**guess** [12] - 23:23, 41:11, 51:25, 57:4, 64:8, 64:10, 67:17, 67:23, 84:14, 112:12, 113:23, 115:20
**guessing** [1] - 111:24
**guy** [1] - 81:5
**guys** [1] - 120:14

## H

**habit** [1] - 110:16
**habitual** [1] - 110:21
**half** [4] - 93:7, 104:9, 104:11
**hall** [1] - 5:9
**Hamilton** [1] - 119:17
**hand** [3] - 23:10, 77:10, 105:15
**handed** [1] - 75:19
**handle** [1] - 111:18
**hard** [4] - 18:12, 98:6, 106:11, 120:5
**HARRIS** [8] - 2:22, 2:22, 116:13, 116:16, 116:19, 116:23, 117:12, 117:16
**Harris** [2] - 116:16, 116:17
**HAVA** [5] - 35:15, 35:17, 35:19, 36:2, 36:11
**hear** [3] - 5:12, 23:18, 120:18
**heard** [6] - 26:5, 27:2, 28:7, 57:9, 57:11, 96:15
**Hebert** [1] - 118:16
**HEBERT** [7] - 2:15, 2:15, 118:14, 118:19, 119:5, 119:14, 120:2
**hello** [1] - 68:1
**Helotes** [1] - 53:11
**Help** [2] - 35:20, 35:21
**help** [2] - 11:8, 44:18
**helpful** [1] - 8:6
**Herman** [4] - 24:9, 63:3, 63:10, 91:2
**HERMAN** [1] - 1:23
**herself** [1] - 85:1
**hi** [1] - 24:6
**hidden** [1] - 53:16
**hiding** [1] - 30:16
**high** [2] - 14:2, 99:14
**higher** [1] - 100:22
**highest** [1] - 102:17
**highlight** [2] - 35:6,

49:13
**highlighted** [6] -
50:25, 59:22, 60:5,
61:25, 85:22, 86:22
**highlighting** [1] - 26:9
**highly** [1] - 22:23
**Hiracheta** [4] - 80:17,
80:21, 81:9, 81:22
**Hiracheta's** [1] - 81:8
**Hirsch** [1] - 43:18
**Hispanic** [26] - 13:7,
16:4, 17:9, 17:10,
18:2, 20:7, 43:14,
59:24, 73:1, 73:4,
73:6, 76:13, 81:18,
86:9, 86:12, 88:22,
91:15, 99:8, 99:11,
99:12, 100:20,
119:15, 119:18,
119:19, 119:20
**Hispanics** [5] - 14:22,
26:6, 35:12, 88:9,
91:4
**hold** [1] - 88:25
**HOLDER** [1] - 1:5
**holding** [3] - 26:10,
26:24, 72:7
**holds** [1] - 21:9
**Honor** [76] - 5:21, 6:6,
6:11, 6:15, 15:1,
15:9, 16:14, 23:9,
23:21, 24:12, 33:8,
33:24, 44:22, 46:14,
47:1, 50:8, 54:6,
54:13, 54:16, 55:20,
55:22, 56:9, 59:18,
61:5, 61:9, 62:22,
63:15, 64:3, 65:11,
65:15, 67:18, 68:3,
70:12, 70:25, 74:13,
75:5, 75:9, 77:13,
77:15, 82:12, 82:17,
84:4, 85:8, 88:3,
88:7, 88:25, 89:21,
89:24, 90:2, 90:5,
90:11, 90:17, 91:21,
91:25, 92:11, 92:22,
93:13, 94:5, 94:20,
94:24, 95:1, 95:8,
95:15, 96:11, 98:20,
100:16, 101:9,
108:14, 116:13,
116:16, 117:16,
118:7, 118:11,
119:25, 120:22
**HONORABLE** [3] -
1:12, 1:13, 1:13
**Honors** [1] - 107:24
**hookup** [2] - 5:11,
120:17

**hour** [1] - 93:7
**hours** [2] - 23:3, 120:5
**House** [2] - 36:18,
60:14
**Houston** [7] - 2:20,
57:18, 57:22, 65:22,
67:7, 69:4, 84:9
**Hubbard** [1] - 1:24
**Hughes** [12] - 5:20,
5:21, 44:18, 44:19,
51:20, 54:23, 57:5,
58:10, 60:22, 68:23,
118:2, 118:9
**HUGHES** [6] - 1:22,
5:21, 6:6, 6:11, 6:15,
44:22
**human** [1] - 54:6
**hundreds** [1] - 44:3
**Hutchison** [18] -
45:24, 46:2, 46:4,
48:18, 49:3, 49:8,
49:10, 50:6, 50:13,
50:15, 51:2, 51:11,
52:4, 93:11, 94:2,
94:12, 95:21
**Hutchison's** [2] -
49:13, 51:20
**hypothetical** [4] -
79:18, 79:19, 79:20,
79:21

## I

**ID** [102] - 7:15, 12:9,
12:10, 12:12, 12:23,
12:25, 14:5, 14:13,
14:20, 18:2, 18:3,
19:21, 19:25, 20:2,
20:4, 21:8, 21:17,
21:19, 22:3, 24:13,
24:17, 24:22, 25:3,
25:13, 25:18, 26:15,
26:21, 27:4, 27:13,
27:18, 27:19, 27:23,
27:25, 29:21, 29:22,
29:23, 30:2, 30:13,
30:22, 30:23, 31:13,
31:15, 31:16, 31:19,
33:1, 33:14, 35:3,
36:5, 36:7, 36:16,
37:4, 37:5, 38:9,
39:9, 45:7, 49:5,
49:6, 52:5, 53:23,
58:14, 71:2, 71:18,
72:9, 72:10, 79:11,
79:24, 80:10, 80:11,
81:6, 99:20, 99:25,
100:4, 100:11,
102:4, 102:9,
102:11, 102:14,
102:15, 109:14,

109:16, 109:17,
110:3, 110:13,
110:21, 111:1,
111:9, 112:2,
113:24, 114:13,
116:1, 116:25,
117:7, 117:8, 117:9,
117:10
**idea** [7] - 49:6, 64:10,
72:23, 74:16, 83:15,
89:12, 118:1
**identical** [1] - 48:4
**Identification** [2] -
34:10, 34:24
**identification** [32] -
14:6, 14:7, 25:5,
25:20, 26:3, 26:7,
26:11, 26:20, 26:24,
29:8, 29:13, 30:8,
30:19, 30:20, 31:24,
32:8, 35:9, 36:12,
37:17, 40:6, 72:17,
76:25, 79:6, 81:23,
102:9, 113:19,
114:24, 115:5,
117:1, 119:21,
119:22
**identified** [8] - 16:2,
43:13, 43:14, 93:18,
93:19, 113:4, 114:7
**identifiers** [1] - 50:4
**identify** [5] - 16:13,
29:18, 42:11, 96:11,
118:24
**identifying** [3] - 7:16,
85:13, 94:11
**IDs** [12] - 14:14, 38:9,
106:24, 107:2,
108:24, 109:4,
109:12, 109:20,
110:7, 110:20,
111:19, 112:25
**IL** [2] - 1:25, 3:3
**Illinois** [3] - 64:8,
64:15, 64:21
**illustrates** [1] - 94:14
**immediate** [2] - 29:12,
30:7
**impact** [6] - 10:12,
21:13, 22:10, 37:6,
38:10, 112:23
**impeachment** [3] -
33:25, 34:1, 34:2
**implement** [2] -
106:17, 106:20
**implementation** [2] -
32:14, 41:9
**implemented** [1] -
41:4
**important** [2] - 14:8,

80:13
**impossible** [1] - 96:12
**improper** [2] - 33:25,
113:9
**improve** [1] - 7:10
**impugn** [1] - 102:1
**imputing** [1] - 101:6
**inactive** [3] - 12:4,
13:14, 13:17
**inauthentic** [3] - 93:3,
93:4, 93:8
**INC** [2] - 3:2, 3:6
**incidence** [3] - 106:9,
106:10, 106:14
**incidences** [1] - 72:7
**include** [5] - 12:2,
18:10, 90:23, 96:4
**included** [1] - 26:19
**includes** [2] - 19:14,
110:2
**including** [2] - 17:8,
115:12
**income** [6] - 19:16,
19:17, 20:21, 26:10,
26:20, 26:24
**inconsistencies** [5] -
105:2, 105:4,
106:15, 107:4, 107:7
**inconsistency** [1] -
38:15
**incorrect** [1] - 35:15
**incorrectly** [2] - 10:3,
113:4
**increasing** [1] - 18:10
**indefinite** [1] - 78:5
**Indiana** [23] - 25:23,
30:13, 31:8, 31:14,
31:15, 32:1, 32:5,
32:7, 32:10, 32:15,
32:21, 100:6,
100:12, 100:20,
100:22, 101:7,
101:17, 101:21,
102:12, 113:19,
113:23, 114:5, 117:1
**Indiana's** [1] - 39:8
**indicate** [1] - 113:23
**indicated** [6] - 33:18,
61:8, 78:21, 82:4,
99:8, 112:16
**indicates** [4] - 16:6,
31:21, 47:17, 105:19
**indicator** [2] - 10:15,
47:16
**indicators** [1] - 67:2
**individual** [7] - 7:13,
9:16, 9:20, 10:15,
10:20, 11:2, 112:13
**individuals** [3] - 7:16,
10:11, 117:8

**ineligible** [3] - 13:20,
42:12, 42:14
**information** [38] -
7:16, 7:20, 8:2, 8:3,
8:5, 8:7, 8:14, 9:14,
16:8, 16:10, 17:25,
18:12, 21:8, 40:12,
41:4, 41:7, 43:6,
44:6, 48:18, 49:9,
49:11, 80:3, 80:10,
85:13, 89:17, 89:18,
93:14, 94:11, 96:25,
99:6, 101:17,
104:10, 104:14,
104:17, 104:18,
109:8, 110:5
**informed** [1] - 37:22
**initial** [2] - 10:19,
24:20
**initials** [1] - 50:21
**inquire** [2] - 15:4,
95:22
**inquired** [1] - 10:16
**inquiries** [1] - 118:17
**inquiry** [2] - 5:3,
118:14
**insane** [1] - 41:1
**insisted** [1] - 54:3
**instance** [3] - 10:2,
44:10, 108:6
**instances** [2] - 108:2,
113:5
**instead** [4] - 53:5,
88:13, 97:20, 117:23
**instruction** [1] - 71:19
**instructions** [2] -
32:9, 103:21
**insufficient** [2] - 9:14,
71:3
**Integrity** [1] - 34:9
**interested** [2] - 5:5,
30:9
**interesting** [3] - 12:6,
88:14, 106:13
**interestingly** [1] -
52:24
**interpretation** [3] -
41:14, 48:6, 48:17
**interpretations** [1] -
34:22
**interpreted** [1] - 32:12
**interrupt** [4] - 38:20,
38:21, 54:14, 101:10
**interrupting** [1] -
90:15
**Intervenor** [2] - 1:10,
2:11
**intervenor** [1] - 119:23
**Intervenor-
Defendants** [1] -

1:10
**intervenors** [7] - 92:19, 96:22, 97:20, 116:14, 116:20, 119:10, 119:15
**intervention** [1] - 54:6
**introducing** [1] - 105:12
**introduction** [2] - 25:10, 102:20
**investigate** [1] - 7:22
**involved** [1] - 69:9
**is..** [1] - 73:23
**issuance** [3] - 80:5, 80:7, 80:10
**issue** [11] - 8:19, 36:10, 38:14, 39:21, 54:10, 95:13, 95:15, 96:6, 103:9, 111:15
**issued** [3] - 53:23, 58:13, 68:11
**issues** [5] - 54:5, 98:8, 103:19, 108:12, 120:11
**item** [1] - 96:25

## J

**JACOBSON** [1] - 2:23
**Jacobson** [1] - 116:17
**Jane** [1] - 119:17
**JENNIFER** [1] - 2:4
**Jennifer** [2] - 9:4, 9:7
**job** [1] - 98:6
**JOHN** [2] - 1:16, 1:22
**John** [15] - 5:21, 61:18, 61:22, 61:24, 62:7, 62:8, 62:13, 63:9, 63:12, 63:24, 64:12, 64:15, 64:20, 91:1
**join** [1] - 5:13
**joint** [1] - 95:3
**joke** [1] - 63:16
**JONATHAN** [1] - 1:17
**Jones** [1] - 9:16
**JORGE** [1] - 3:1
**JOSEPH** [1] - 2:15
**Journal** [1] - 25:1
**journal** [2] - 37:8, 37:9
**JR** [1] - 1:5
**judge** [2] - 20:24, 44:21
**Judge** [5] - 5:16, 71:17, 98:16, 119:6, 119:8
**JUDGE** [169] - 1:12, 5:2, 5:16, 6:3, 6:5, 6:7, 6:8, 6:12, 6:16, 7:3, 11:11, 11:16,

15:6, 16:15, 16:17, 16:19, 20:9, 21:2, 22:7, 22:15, 22:16, 22:20, 23:1, 23:6, 23:13, 23:17, 23:22, 23:25, 24:3, 24:11, 24:15, 33:9, 34:1, 35:19, 38:21, 44:19, 44:23, 45:17, 46:19, 47:2, 47:11, 48:16, 49:20, 49:24, 50:10, 51:5, 51:10, 51:21, 53:25, 54:9, 54:14, 54:19, 54:21, 55:21, 55:23, 61:3, 61:7, 62:20, 62:24, 63:13, 63:16, 64:2, 65:13, 66:1, 67:20, 67:24, 69:23, 70:10, 70:13, 70:16, 70:22, 71:3, 74:14, 74:20, 75:6, 75:11, 75:15, 77:12, 77:14, 77:17, 78:13, 78:16, 79:17, 79:19, 82:4, 82:9, 82:14, 85:10, 85:11, 87:20, 87:23, 88:6, 88:11, 89:25, 90:3, 90:12, 90:15, 90:18, 91:22, 92:2, 92:4, 92:7, 92:10, 92:14, 92:21, 93:3, 93:10, 93:15, 94:1, 94:16, 94:21, 95:2, 95:7, 95:10, 95:13, 95:19, 96:1, 96:4, 96:6, 96:14, 96:17, 97:3, 97:5, 97:25, 98:3, 98:6, 98:8, 98:10, 98:18, 100:18, 101:12, 108:15, 108:16, 108:17, 108:18, 109:2, 109:10, 109:19, 109:23, 110:9, 111:2, 111:5, 111:20, 111:24, 112:3, 112:7, 112:10, 112:11, 112:20, 113:16, 113:22, 114:10, 115:2, 115:18, 115:24, 116:4, 116:12, 116:15, 116:18, 116:21, 117:13, 117:17, 118:6, 118:13, 118:16, 118:23, 119:13, 119:24, 120:3
**judges** [1] - 23:14
**JUDGES** [1] - 1:14

**July** [4] - 1:6, 49:15, 53:1, 53:11
**June** [1] - 105:7
**jurisdiction** [2] - 66:14, 67:16
**jury** [2] - 34:3, 54:1
**JUSTICE** [1] - 2:7
**Justice** [6] - 47:7, 61:21, 94:9, 97:1, 97:2, 108:23

## K

**K-R-A-F-T** [1] - 65:6
**Kathryn** [4] - 49:19, 50:14, 50:15, 51:2
**Katz** [1] - 102:7
**Kay** [11] - 45:24, 46:2, 46:3, 48:18, 49:3, 49:13, 50:13, 52:4, 93:11, 94:1, 94:11
**Keel** [1] - 82:20
**keel** [2] - 82:22, 83:10
**keep** [10] - 29:23, 34:3, 47:11, 51:6, 57:16, 60:12, 74:20, 85:9, 85:10, 111:16
**Kennie** [4] - 119:9, 119:15, 119:20, 119:23
**KENNIE** [1] - 1:9
**kept** [1] - 47:16
**kicked** [4] - 82:3, 87:13, 103:11, 103:12
**kind** [5] - 5:25, 6:1, 89:9, 103:20, 105:11
**kinds** [3] - 49:24, 102:9, 106:3
**knowing** [1] - 5:18
**knowledge** [1] - 107:5
**known** [2] - 17:5, 20:18
**knows** [1] - 7:3
**Kraft** [1] - 65:3
**Kristina** [2] - 9:16, 9:18

## L

**lack** [2] - 36:2, 38:2
**ladder** [1] - 102:14
**land** [3] - 18:7, 18:8, 18:9
**land-line** [1] - 18:7
**large** [2] - 20:5, 104:13
**largely** [1] - 80:9
**larger** [3] - 17:16, 75:21, 100:20
**last** [43] - 7:21, 7:22,

8:19, 9:12, 15:19, 16:2, 16:5, 16:7, 16:9, 16:12, 46:4, 46:25, 48:10, 48:14, 55:7, 56:20, 57:1, 57:8, 58:7, 58:16, 62:16, 72:13, 72:15, 72:17, 72:18, 72:22, 77:6, 84:19, 86:23, 87:9, 87:24, 88:1, 89:13, 89:25, 90:3, 95:22, 97:19, 98:11, 108:19, 118:4, 119:5, 119:7
**Last** [2] - 45:5
**lately** [1] - 7:6
**Latino** [2] - 72:16, 73:22
**Latinos** [1] - 71:21, 71:24, 72:13, 72:14, 72:22, 74:4
**Law** [1] - 34:6
**law** [33] - 14:8, 24:9, 27:5, 27:14, 27:21, 27:23, 28:2, 32:5, 32:15, 32:21, 39:9, 39:17, 41:4, 41:10, 63:3, 63:6, 63:7, 63:10, 63:24, 64:5, 64:21, 99:20, 101:16, 102:11, 102:12, 102:14, 103:20, 104:2, 105:10, 106:17, 106:20, 117:9
**laws** [36] - 24:18, 24:22, 25:3, 25:5, 25:11, 25:13, 25:15, 25:18, 25:19, 26:11, 26:25, 29:13, 29:21, 29:22, 29:23, 30:8, 30:13, 30:22, 30:23, 32:8, 32:11, 33:1, 33:14, 37:5, 38:9, 99:25, 100:4, 100:11, 102:9, 102:15, 102:20, 116:1, 116:25, 117:7
**lawyer** [1] - 98:7
**lawyers** [5] - 45:10, 50:1, 65:9, 75:2, 76:4
**layman's** [1] - 26:22
**lead** [2] - 8:24, 37:10
**leadership** [1] - 36:9
**League** [1] - 116:19
**leapt** [1] - 6:6
**learn** [1] - 109:6
**least** [4] - 5:11, 14:10, 10:21, 58:25

**leave** [2] - 54:20, 71:18
**leaves** [1] - 5:17
**leeway** [1] - 32:13
**left** [3] - 23:8, 62:17, 118:2
**legal** [8] - 13:22, 50:14, 52:22, 52:25, 55:1, 110:3, 111:12, 112:7
**LEGAL** [1] - 3:2
**legal/technical** [1] - 93:2
**legally** [3] - 63:1, 64:17, 68:14
**legislation** [1] - 32:9
**legislators** [2] - 36:14, 36:15
**legitimacy** [1] - 25:16
**legitimate** [2] - 96:9, 108:10
**less** [6] - 16:7, 16:10, 16:12, 90:4, 91:25
**Leticia** [7] - 55:14, 55:18, 56:6, 56:14, 82:19, 82:22, 83:10
**level** [2] - 109:14, 115:25
**liberal** [1] - 35:8
**LIBERTIES** [1] - 3:5
**license** [106] - 7:14, 7:15, 7:20, 8:2, 8:4, 8:24, 9:1, 9:7, 9:15, 10:8, 10:14, 10:24, 11:20, 14:8, 14:9, 14:12, 17:21, 21:18, 40:16, 40:19, 40:20, 40:23, 41:24, 42:18, 44:12, 47:14, 47:25, 48:8, 48:14, 50:16, 51:1, 51:9, 51:14, 53:4, 53:10, 53:12, 53:23, 55:1, 56:12, 56:17, 58:2, 60:9, 61:3, 62:8, 62:11, 62:20, 62:25, 64:9, 64:12, 64:22, 66:3, 66:9, 66:17, 66:19, 67:15, 68:5, 68:9, 68:20, 70:22, 71:4, 76:19, 76:20, 78:2, 78:7, 78:12, 78:19, 79:1, 79:12, 79:24, 80:6, 80:11, 80:12, 80:20, 81:5, 81:21, 81:23, 82:10, 83:7, 83:14, 83:20, 83:22, 84:21, 84:24, 85:3, 87:2, 87:9, 87:10, 88:5, 89:7, 93:12,

93:20, 93:21, 94:13,
107:16, 107:22,
107:23, 109:25,
110:15, 110:19,
112:5, 112:12
**licensed** [2] - 66:14,
67:16
**licenses** [9] - 10:17,
10:18, 11:21, 12:5,
62:14, 64:23,
110:21, 112:4,
112:18
**Lichtman** [1] - 27:3
**Licia** [4] - 57:9, 57:16,
57:21, 90:24
**life** [1] - 69:6
**likelihood** [2] - 91:7,
110:7
**likely** [1] - 13:6, 13:9,
16:4, 16:7, 16:10,
16:13, 17:6, 18:25,
21:13, 22:10, 49:7,
49:10, 54:24, 56:19,
57:2, 71:1, 71:3,
74:4, 91:15, 91:19,
111:15
**limited** [1] - 65:15
**line** [5] - 18:7, 18:8,
33:12, 38:7, 101:11
**lines** [2] - 18:9, 39:22
**lingering** [1] - 39:2
**linking** [1] - 106:22
**list** [104] - 7:13, 7:14,
7:15, 7:17, 8:23,
8:24, 9:25, 10:7,
10:8, 11:3, 11:10,
11:23, 12:1, 12:3,
12:4, 12:7, 13:5,
13:7, 13:12, 13:13,
13:14, 13:17, 13:19,
13:20, 14:3, 14:4,
14:11, 14:12, 14:19,
15:18, 17:19, 18:5,
18:14, 18:16, 19:18,
20:1, 20:5, 20:6,
20:15, 20:20, 21:18,
22:3, 34:23, 40:11,
40:23, 41:6, 41:7,
42:4, 42:9, 48:13,
48:14, 50:19, 51:16,
52:5, 53:8, 56:3,
57:3, 57:12, 58:14,
59:17, 59:21, 59:24,
60:13, 61:22, 68:17,
68:20, 69:3, 69:5,
69:19, 69:20, 70:20,
71:8, 72:10, 74:23,
75:3, 75:18, 75:20,
75:25, 77:4, 81:24,
85:12, 85:20, 85:22,

87:18, 88:14, 88:18,
88:21, 94:12, 96:15,
96:25, 103:3,
106:23, 107:19,
113:4, 115:19,
115:20, 117:3, 117:4
**list-matching** [2] -
106:23
**listed** [14] - 76:13,
81:18, 82:10, 82:11,
83:4, 83:20, 83:21,
84:11, 84:24, 85:1,
87:2, 87:15, 107:17,
119:22
**listen** [3] - 47:2, 75:16,
120:18
**lists** [10] - 8:5, 13:23,
13:25, 17:17, 21:17,
21:19, 22:3, 48:19,
80:17, 110:6
**literally** [3] - 41:12,
41:13, 44:2
**literature** [2] - 38:12,
102:24
**live** [2] - 71:6, 120:16
**lives** [2] - 8:21, 67:10
**living** [2] - 64:15, 69:5
**LLP** [4] - 1:23, 2:12,
2:23, 116:17
**look** [38] - 36:3, 48:25,
50:23, 50:24, 52:14,
53:6, 55:11, 55:16,
56:8, 56:22, 58:15,
59:17, 61:25, 67:1,
70:13, 71:9, 77:5,
78:6, 78:9, 78:13,
78:16, 78:24, 80:1,
80:7, 80:14, 82:1,
82:2, 83:15, 88:24,
94:22, 94:24, 99:2,
103:9, 103:17,
107:20, 111:21,
119:3, 119:4
**looked** [14] - 8:9,
10:15, 20:11, 53:10,
53:22, 54:7, 55:3,
56:13, 58:19, 70:24,
72:6, 101:2, 102:8,
116:10
**looking** [8] - 8:14,
46:5, 46:6, 53:5,
69:22, 78:6, 104:3,
111:8
**looks** [3] - 15:15,
15:18, 18:20
**Lorraine** [1] - 119:18
**low** [5] - 18:19, 18:21,
19:1, 19:4, 20:10
**lower** [2] - 12:14,
73:25, 78:10

**LTC** [1] - 13:25
**lucky** [2] - 23:4, 23:5
**Luis** [1] - 86:2
**lumps** [1] - 115:12

## M

**ma'am** [1] - 118:3
**machine** [1] - 3:13
**magnitude** [1] - 7:25
**maiden** [1] - 103:24
**mail** [5] - 12:8, 12:15,
12:24, 69:3
**mail-in** [3] - 12:15,
12:24
**main** [2] - 100:21,
115:8
**majority** [2] - 35:8,
36:17
**man** [3] - 52:16, 65:1,
65:10
**managed** [1] - 120:6
**mandatory** [1] - 30:13
**manipulation** [3] -
46:16, 47:8, 54:17
**many-to-one** [1] - 10:4
**MARANZANO** [1] - 2:4
**Marc** [1] - 119:16
**Marcos** [2] - 81:3,
81:16
**Maria** [5] - 86:2, 88:15,
88:18, 89:3, 89:10
**mark** [1] - 71:16
**marked** [2] - 77:10,
118:22
**marriage** [2] - 73:23,
73:25
**married** [10] - 8:22,
58:6, 73:9, 73:11,
73:12, 73:13, 73:14,
73:17, 73:20, 103:23
**Mary** [3] - 85:25,
86:23, 87:6
**Massachusetts** [1] -
65:4
**master** [9] - 46:13,
47:13, 47:16, 47:18,
47:20, 47:23, 48:2,
48:16, 48:23
**Master** [1] - 47:22
**match** [50] - 7:24, 8:2,
8:25, 9:11, 9:14,
9:22, 10:5, 11:6,
11:8, 11:10, 11:11,
11:12, 11:15, 11:19,
13:24, 15:19, 15:20,
16:3, 16:5, 16:7,
16:10, 17:7, 17:20,
18:15, 18:16, 39:19,
40:12, 42:10, 44:4,

47:15, 48:1, 48:12,
50:16, 50:20, 51:24,
52:9, 53:24, 54:24,
55:6, 56:19, 62:13,
66:20, 79:25, 87:8,
87:25, 95:17, 104:1,
106:7, 109:19
**matchable** [1] - 17:21
**matched** [10] - 7:22,
9:10, 10:20, 11:6,
12:5, 16:9, 18:13,
62:18, 66:20, 86:7
**matches** [11] - 7:7,
8:4, 8:7, 10:7, 15:15,
58:19, 66:9, 86:6,
104:3, 105:15, 107:8
**matching** [46] - 7:9,
7:11, 7:14, 8:15,
8:23, 9:6, 9:19, 9:21,
9:23, 10:1, 10:3,
10:4, 10:5, 12:7,
14:12, 15:4, 15:24,
16:1, 16:11, 21:17,
21:20, 22:3, 40:22,
44:9, 44:17, 48:3,
48:5, 50:19, 68:19,
77:6, 82:5, 103:5,
103:18, 104:1,
104:6, 104:17,
105:12, 106:4,
106:23, 107:2,
107:9, 108:9
**Matt** [1] - 102:22
**matter** [3] - 31:18,
97:17, 121:5
**MATTHEW** [1] - 1:16
**MC-059** [1] - 1:19
**MCKENZIE** [1] - 1:16
**mean** [19] - 13:20,
22:17, 22:22, 25:18,
35:16, 36:18, 42:14,
46:10, 48:18, 54:14,
54:15, 70:18, 70:23,
73:11, 73:13, 93:10,
97:8, 97:13, 100:1
**means** [8] - 13:12,
20:19, 46:7, 47:13,
47:22, 73:20, 83:22
**meant** [1] - 66:16
**measure** [1] - 18:1
**measured** [1] - 17:4
**meet** [1] - 24:10
**member** [2] - 37:11,
60:13
**members** [3] - 36:18,
59:7, 94:24
**memory** [2] - 47:17,
47:20
**men** [2] - 17:10, 17:11
**mention** [1] - 99:17

**mentioned** [7] - 27:2,
27:3, 28:10, 94:8,
102:7
**MEREDITH** [1] - 2:3
**merge** [7] - 46:12,
46:20, 47:24, 48:13,
48:19
**merge_dls** [1] - 48:7
**merge_dlsdfl** [1] -
48:7
**merge_dlsdfml** [1] -
48:12
**merged** [4] - 47:19,
80:12, 99:5
**merges** [2] - 47:18,
86:7
**merging** [6] - 47:25,
48:1, 48:7, 48:8,
49:2, 83:17
**message** [1] - 118:12
**methodology** [3] -
18:6, 18:7, 18:11
**MEXICAN** [1] - 3:2
**Michael** [5] - 80:16,
80:21, 81:8, 81:9,
119:15
**Middle** [1] - 45:4
**middle** [6] - 46:3,
48:14, 52:9, 52:10,
52:11, 54:25, 62:16,
84:19, 89:13
**midst** [1] - 90:14
**might** [28] - 5:18, 7:18,
8:3, 9:19, 9:22,
11:15, 12:20, 23:6,
38:22, 52:3, 52:9,
55:6, 72:12, 72:21,
82:15, 99:19,
105:20, 106:16,
106:19, 107:7,
108:10, 108:11,
110:11, 110:17,
110:24, 113:11,
113:12, 116:13
**Mike** [1] - 37:10
**military** [1] - 108:24
**million** [10] - 7:23,
7:24, 8:11, 17:18,
39:23, 40:8, 40:21,
41:23, 41:25, 42:1
**mind** [5] - 5:12, 29:23,
82:17, 86:20, 88:19
**mindful** [1] - 106:21
**minorities** [1] - 27:17
**minute** [2] - 75:10,
75:11
**minutes** [2] - 23:2,
98:12
**misclassified** [1] -
44:18

**misheard** [1] - 8:9
**mismatches** [2] - 106:9, 106:11
**mispronounce** [1] - 6:19
**missed** [2] - 52:4, 53:23
**missing** [1] - 5:13
**MITCHELL** [1] - 1:17
**moment** [5] - 8:9, 23:9, 68:2, 77:8, 85:21
**Montez** [1] - 119:15
**month** [1] - 67:13
**months** [2] - 5:7, 6:20
**morning** [4] - 57:9, 96:15, 120:15, 120:21
**Mortara** [22] - 23:2, 24:8, 46:15, 69:16, 69:18, 91:1, 92:23, 92:25, 93:6, 95:21, 96:8, 96:13, 96:20, 97:13, 97:17, 103:1, 103:6, 105:1, 106:19, 107:16, 108:2, 119:8
**mORTARA** [2] - 68:23, 75:4
**MORTARA** [116] - 1:21, 15:1, 16:14, 16:16, 23:5, 23:9, 23:21, 23:23, 24:1, 24:5, 24:12, 24:16, 33:8, 33:10, 34:4, 35:20, 35:23, 39:6, 44:24, 45:2, 45:14, 45:19, 46:25, 47:12, 48:22, 49:22, 50:8, 50:12, 51:7, 51:13, 51:22, 54:6, 54:12, 54:22, 55:20, 55:22, 55:24, 56:9, 56:11, 57:5, 57:7, 59:10, 59:18, 59:20, 60:22, 60:24, 61:5, 61:9, 61:10, 62:22, 63:1, 63:5, 63:15, 63:18, 64:3, 64:4, 65:15, 65:16, 65:16, 66:2, 67:23, 68:2, 68:4, 68:23, 68:25, 69:21, 70:1, 70:2, 70:11, 70:15, 70:19, 70:25, 71:7, 74:13, 74:18, 74:22, 75:4, 75:13, 75:17, 77:13, 77:15, 78:14, 79:18, 79:21, 79:22, 82:7, 82:12, 82:17, 82:18, 84:4, 84:6, 85:8, 87:22,

88:3, 88:7, 88:12, 88:25, 89:1, 89:20, 89:23, 90:2, 90:9, 90:14, 90:16, 90:20, 91:21, 91:25, 92:11, 92:17, 94:6, 94:23, 95:6, 95:8, 96:24, 97:23, 100:16, 101:9, 119:25, 120:22
**Mortara's** [2] - 95:16, 105:16
**most** [6] - 25:7, 35:25, 39:25, 80:3, 120:10
**motivating** [1] - 27:12
**move** [8] - 6:2, 41:15, 43:9, 44:20, 45:18, 50:9, 84:4, 97:22
**moved** [10] - 11:10, 42:19, 43:3, 43:7, 43:8, 61:12, 61:15, 71:13, 102:13, 118:20
**Moved** [2] - 45:6
**moves** [1] - 10:4
**MR** [147] - 5:21, 6:6, 6:11, 6:15, 15:1, 16:14, 16:16, 23:5, 23:9, 23:21, 23:23, 24:1, 24:5, 24:12, 24:16, 33:8, 33:10, 34:4, 35:20, 35:23, 39:6, 44:22, 44:24, 45:2, 45:14, 45:19, 46:25, 47:12, 48:22, 49:22, 50:8, 50:12, 51:7, 51:13, 51:22, 54:6, 54:12, 54:22, 55:20, 55:22, 55:24, 56:9, 56:11, 57:5, 57:7, 59:10, 59:18, 59:20, 60:22, 60:24, 61:5, 61:9, 61:10, 62:22, 63:1, 63:5, 63:15, 63:18, 64:3, 64:4, 65:15, 65:16, 66:2, 67:23, 68:2, 68:4, 68:25, 69:21, 70:1, 70:2, 70:11, 70:15, 70:19, 70:25, 71:7, 74:13, 74:18, 74:22, 75:4, 75:13, 75:17, 77:13, 77:15, 78:14, 79:18, 79:21, 79:22, 82:7, 82:12, 82:17, 82:18, 84:4, 84:6, 85:8, 87:22,

90:9, 90:14, 90:16, 90:20, 91:21, 91:25, 92:11, 92:17, 92:22, 93:4, 93:13, 93:24, 94:5, 94:6, 94:14, 94:19, 94:23, 95:6, 95:8, 95:12, 95:15, 95:24, 96:2, 96:5, 96:10, 96:24, 97:23, 98:2, 100:16, 101:9, 116:13, 116:16, 116:19, 116:23, 117:12, 117:16, 118:14, 118:19, 119:5, 119:14, 119:25, 120:2, 120:22
**MS** [39] - 7:1, 7:5, 7:7, 11:22, 14:24, 15:9, 15:10, 16:18, 16:20, 21:3, 22:5, 33:24, 45:12, 46:14, 47:5, 51:3, 54:16, 54:20, 59:8, 65:11, 67:18, 74:10, 75:9, 79:16, 89:16, 89:22, 90:5, 92:6, 98:16, 98:20, 98:22, 104:22, 104:23, 107:24, 108:1, 108:13, 118:5, 118:7, 118:11
**multiple** [1] - 105:19
**multivariant** [1] - 26:18
**multivariate** [1] - 101:19
**must** [2] - 12:23, 97:8

## N

**naive** [1] - 11:14
**Name** [4] - 45:4, 45:5
**name** [104] - 6:19, 7:9, 7:21, 7:22, 7:23, 8:18, 8:25, 9:3, 11:7, 11:14, 15:19, 16:5, 16:7, 16:9, 16:12, 17:7, 28:17, 46:3, 46:4, 46:23, 48:9, 48:10, 48:14, 48:15, 49:19, 50:14, 50:24, 50:25, 51:2, 51:20, 51:23, 52:8, 52:9, 52:10, 52:11, 52:22, 52:25, 54:25, 55:1, 55:7, 56:20, 57:6, 57:8, 57:21, 58:7, 58:16, 59:12, 59:13, 60:15, 62:3, 63:9, 65:3, 66:6, 68:23, 69:14, 69:17, 71:18,

90:9, 90:14, 90:16, 90:20, 91:21, 91:25, 92:11, 92:17, 92:22, 93:4, 93:13, 93:24, 94:5, 94:6, 94:14, 94:19, 94:23, 95:6, 95:8, 95:12, 95:15, 95:24, 96:2, 96:5, 96:10, 96:24, 97:23, 98:2, 100:16, 101:9, 116:13, 116:16, 116:19, 116:23, 117:12, 117:16, 118:14, 118:19, 119:5, 119:14, 119:25, 120:2, 120:22
**names** [27] - 8:10, 8:19, 8:22, 9:12, 47:7, 47:8, 52:6, 52:7, 57:1, 72:13, 72:22, 87:15, 95:4, 96:8, 96:9, 96:16, 96:19, 97:6, 97:8, 103:2, 103:18, 105:13, 105:25, 106:4, 106:5
**NANCY** [1] - 3:5
**NAPIER** [1] - 1:17
**national** [3] - 42:24, 68:20, 73:21
**National** [1] - 13:15
**nationwide** [1] - 26:4
**nature** [2] - 47:3, 75:25
**NCOA** [2] - 42:25, 43:6
**nearly** [2] - 40:8, 43:13
**necessary** [1] - 90:10
**need** [18] - 17:3, 19:8, 19:18, 19:19, 20:15, 23:23, 44:20, 47:3, 49:17, 50:7, 82:14, 82:15, 93:1, 94:19, 96:10, 108:5, 108:7, 108:11
**needed** [1] - 75:23
**needs** [3] - 6:17, 118:24, 120:18
**negotiated** [1] - 92:23
**never** [3] - 107:13, 108:23, 111:10
**New** [3] - 2:23, 2:24, 116:17
**new** [2] - 21:24, 77:14
**next** [7] - 29:15, 35:24, 41:11, 57:8, 59:11, 65:1, 69:10
**nice** [2] - 24:10, 102:19
**nickname** [2] - 52:11, 54:25
**nicknames** [3] - 50:20, 58:16, 105:14
**Nicole** [5] - 69:16, 84:1, 84:17, 84:19, 91:1

**night** [6] - 47:1, 93:6, 95:17, 95:22, 97:7, 97:19
**nine** [2] - 56:23, 57:2
**NJ** [1] - 2:13
**no-match** [1] - 109:19
**non** [1] - 72:14
**non-Latinos** [1] - 72:14
**none** [6] - 19:16, 22:9, 83:19, 86:7, 107:5, 108:20
**Nonsuspense** [1] - 45:7
**nonsuspense** [2] - 65:22, 71:14
**normal** [1] - 71:5
**normally** [1] - 53:25
**note** [2] - 11:4, 82:9
**noted** [2] - 51:6, 92:12
**notes** [1] - 113:22
**nothing** [4] - 65:25, 66:1, 95:23, 111:20
**noting** [1] - 82:15
**November** [4] - 9:6, 9:9, 114:17
**NUMBER** [1] - 4:15
**number** [40] - 9:5, 9:8, 9:9, 9:10, 9:16, 9:19, 10:22, 10:25, 11:8, 14:14, 21:19, 21:21, 29:10, 29:12, 41:20, 52:3, 56:23, 58:18, 58:21, 58:23, 60:25, 93:4, 99:15, 101:1, 103:1, 103:15, 104:7, 104:10, 104:11, 104:12, 104:13, 104:14, 104:15, 104:20, 104:24, 107:6, 113:12, 113:15, 115:11
**numbers** [11] - 7:8, 7:10, 8:20, 11:12, 18:14, 18:16, 41:22, 43:4, 69:1, 104:7, 104:25
**NVRA** [2] - 64:25, 113:9
**NW** [2] - 2:8, 3:6
**NWB** [1] - 2:9
**NWB-Room** [1] - 2:9
**NY** [1] - 2:24
**NYU** [1] - 34:6

## O

**o'clock** [1] - 91:24
**oath** [1] - 6:20

**object** [1] - 15:1
**objection** [16] - 16:16, 33:24, 45:12, 46:14, 47:4, 51:3, 51:5, 54:17, 59:8, 65:12, 65:14, 67:18, 74:10, 79:16, 89:16, 101:9
**objections** [1] - 108:8
**observations** [1] - 114:7
**observe** [1] - 49:14
**observing** [1] - 101:20
**obtain** [2] - 109:15, 110:25
**occur** [4] - 106:9, 106:10, 106:15, 107:8
**occurred** [1] - 15:2
**October** [1] - 9:17
**odd** [1] - 55:10
**OF** [8] - 1:2, 1:3, 1:11, 1:18, 1:18, 2:7, 121:1, 121:10
**OFF** [4] - 5:15, 23:16, 45:1, 97:4
**offer** [1] - 107:5
**offhand** [1] - 21:9
**OFFICE** [1] - 1:18
**office** [2] - 60:16, 63:22
**officer** [2] - 97:13, 97:18
**OFFICIAL** [1] - 121:1
**Official** [2] - 1:6, 3:10
**often** [3] - 19:4, 72:13, 72:22
**old** [1] - 78:22
**once** [1] - 111:8
**One** [1] - 2:23
**one** [94] - 7:18, 10:4, 10:6, 10:9, 10:14, 17:25, 19:7, 19:13, 20:25, 21:9, 21:11, 22:7, 23:23, 23:25, 25:22, 27:2, 27:22, 29:2, 29:5, 30:24, 33:1, 33:15, 34:7, 34:11, 36:13, 36:25, 37:1, 40:8, 41:5, 41:6, 47:18, 47:20, 50:24, 55:7, 56:13, 56:14, 56:20, 57:17, 58:7, 58:25, 59:2, 59:4, 59:12, 60:6, 60:19, 61:1, 61:24, 61:25, 63:13, 64:13, 66:14, 69:19, 70:3, 74:2, 74:8, 75:15, 75:21, 77:8, 78:6, 79:12, 79:15, 79:24,

83:25, 85:21, 86:15, 88:14, 88:15, 89:16, 89:25, 90:3, 90:4, 90:5, 91:20, 95:4, 98:7, 100:21, 103:17, 106:4, 106:6, 107:25, 108:18, 109:7, 109:20, 110:2, 110:7, 115:20
**ones** [3] - 80:23, 85:25, 119:4
**online** [1] - 54:8
**opening** [3] - 31:13, 35:25, 87:12
**opined** [1] - 14:21
**opinion** [7] - 15:5, 17:22, 91:4, 91:9, 100:14, 100:17, 102:25
**opinions** [5] - 16:21, 25:4, 35:17, 36:5, 36:7
**opposed** [2] - 33:21, 101:20
**option** [2] - 12:7, 12:15
**order** [3] - 17:2, 49:1, 108:6
**orders** [1] - 80:2
**Oregon** [5] - 67:10, 67:15, 68:9, 68:13, 69:5
**original** [2] - 25:3, 25:9
**otherwise** [1] - 57:3
**ought** [1] - 12:21
**ourselves** [1] - 6:17
**outside** [1] - 18:17
**over-65** [2] - 12:6, 13:1
**overall** [12] - 13:5, 13:7, 17:23, 18:1, 21:15, 28:15, 37:19, 37:23, 38:1, 38:16, 102:3, 108:21
**overflow** [2] - 5:8, 6:13
**overwhelmingly** [1] - 74:3
**own** [6] - 18:15, 32:25, 33:2, 33:14, 50:6, 95:9

**P**

**P.C** [1] - 2:15
**P.M** [2] - 1:6, 1:11
**p.m** [2] - 1:10, 92:3
**pad** [1] - 23:10

**page** [13] - 29:11, 29:15, 33:11, 34:23, 35:24, 38:5, 39:1, 49:13, 52:24, 63:9, 67:5, 67:25, 69:7
**painful** [1] - 103:13
**PALENCHAR** [1] - 1:23
**Palenchar** [4] - 24:9, 63:3, 63:10, 91:2
**paper** [9] - 25:2, 27:10, 30:9, 37:1, 37:8, 37:9, 37:25, 43:16, 43:20
**paragraph** [2] - 40:5, 40:19
**parallel** [1] - 27:16
**parliamentary** [1] - 118:14
**part** [16] - 28:7, 28:11, 28:13, 28:14, 46:21, 46:22, 46:25, 47:14, 89:18, 90:7, 95:4, 102:23, 103:22, 107:18, 115:6, 119:23
**participants** [1] - 29:7
**participates** [1] - 28:15
**particular** [7] - 18:6, 18:13, 82:2, 103:8, 106:22, 107:9, 117:9
**particularly** [3] - 15:25, 117:8, 119:1
**parties** [2] - 92:12, 117:22
**partner** [1] - 63:24
**Party** [1] - 9:9
**party** [5] - 26:11, 26:20, 26:24, 42:23, 92:9
**pass** [1] - 91:21
**passage** [1] - 26:9
**passed** [2] - 105:6
**passport** [9] - 70:9, 70:10, 70:11, 70:23, 72:7, 110:15, 110:17, 110:23, 111:16
**passports** [2] - 72:5, 108:25
**paste** [1] - 14:16
**PATRICK** [1] - 1:15
**paying** [1] - 107:18
**Peachtree** [1] - 3:6
**pen** [1] - 23:10
**Pena** [10] - 59:15, 59:17, 59:22, 60:6, 60:13, 60:23, 74:8, 74:9, 90:25

**Pennsylvania** [1] - 2:8
**Penny** [1] - 119:16
**people** [96] - 5:5, 8:21, 10:3, 12:2, 12:7, 12:14, 12:17, 12:19, 13:3, 13:5, 13:19, 13:21, 14:2, 14:4, 14:11, 14:14, 15:18, 16:2, 16:3, 17:19, 17:20, 18:1, 18:24, 19:19, 19:21, 19:25, 21:16, 21:19, 21:22, 23:24, 29:14, 29:17, 29:21, 35:2, 35:7, 35:17, 39:4, 40:11, 40:16, 42:12, 42:18, 43:2, 44:3, 44:11, 44:16, 51:16, 52:3, 54:8, 58:12, 58:21, 61:11, 61:12, 61:13, 61:14, 63:14, 64:20, 69:1, 69:19, 69:24, 71:5, 71:13, 72:8, 74:23, 75:18, 85:22, 90:22, 91:8, 93:5, 94:8, 95:17, 97:1, 97:7, 97:19, 99:11, 100:24, 105:1, 109:8, 109:19, 110:25, 111:18, 112:2, 112:16, 112:17, 112:22, 113:5, 113:13, 113:14, 113:18, 114:4, 114:7, 114:11, 114:19, 115:7, 115:19
**people's** [3] - 33:21, 36:5, 36:7
**per** [1] - 71:18
**percent** [20] - 15:17, 15:20, 18:4, 19:1, 19:11, 21:15, 31:14, 31:15, 32:1, 32:15, 35:11, 35:12, 41:24, 73:15, 99:13, 113:23, 113:25
**percentage** [4] - 19:20, 19:24, 20:3, 100:22
**performed** [2] - 32:13, 48:12
**performing** [1] - 106:8
**Perhaps** [1] - 35:25
**perhaps** [2] - 105:25, 113:8
**period** [3] - 18:20, 53:15, 105:8
**permissible** [1] - 117:1

**permitted** [5] - 28:3, 31:23, 32:2, 116:13, 118:21
**persisted** [2] - 26:10, 26:23
**person** [26] - 9:11, 9:22, 11:6, 11:7, 11:9, 11:18, 12:9, 13:15, 16:11, 25:20, 47:14, 62:16, 66:16, 66:19, 70:8, 75:15, 75:16, 77:7, 82:8, 85:5, 89:10, 89:12, 92:23, 93:2, 94:8, 99:10
**person's** [1] - 8:25
**personal** [1] - 50:4
**personally** [1] - 120:7
**persons** [4] - 6:14, 40:21, 43:13, 119:21
**perspective** [2] - 92:18, 92:19
**pertaining** [1] - 32:11
**pertains** [1] - 25:5
**Pew** [1] - 116:7
**Phil** [4] - 52:16, 52:18, 53:5, 54:23
**Philip** [2] - 52:25, 53:11
**phone** [7] - 18:7, 18:11, 18:13, 18:16, 18:25, 19:1, 120:17
**phones** [1] - 18:10
**photo** [46] - 24:13, 25:5, 25:13, 25:18, 26:6, 26:15, 27:13, 27:17, 27:19, 29:7, 29:13, 29:22, 30:7, 30:13, 30:22, 30:23, 31:13, 31:15, 31:16, 32:7, 33:1, 33:14, 35:3, 35:8, 36:5, 36:7, 36:12, 36:16, 37:5, 38:9, 39:9, 49:5, 49:6, 52:5, 53:23, 58:14, 99:25, 100:11, 102:11, 109:3, 111:9, 113:19, 116:1, 117:7, 117:8, 117:9
**photographic** [2] - 25:19, 37:17
**picking** [3] - 69:3, 102:24, 108:18
**picture** [1] - 69:11
**piece** [9] - 25:9, 89:25, 90:3, 90:4, 102:5, 102:7, 102:8, 102:19
**pieces** [1] - 109:8
**pithy** [4] - 117:23,

117:24, 118:9, 118:18
**place** [10] - 12:10, 12:11, 25:14, 28:4, 41:13, 100:5, 100:6, 100:11, 106:21, 114:24
**placed** [2] - 13:17, 110:12
**Plaintiff** [2] - 1:4, 1:15
**Plaintiff's** [12] - 14:24, 25:1, 34:23, 36:21, 49:12, 55:17, 63:2, 64:11, 75:4, 77:10, 77:11, 114:1
**plan** [1] - 118:3
**PLATTS** [37] - 2:3, 7:1, 7:5, 7:7, 11:22, 14:24, 15:9, 15:10, 16:18, 16:20, 21:3, 22:5, 33:24, 45:12, 46:14, 47:5, 51:3, 54:16, 54:20, 59:8, 65:11, 67:18, 74:10, 75:9, 79:16, 89:16, 89:22, 90:5, 92:6, 98:16, 98:20, 98:22, 104:22, 104:23, 107:24, 108:1, 108:13
**Platts** [3] - 4:4, 41:16, 89:10
**play** [1] - 28:19
**player** [1] - 28:24
**Plaza** [1] - 2:23
**pleasant** [1] - 69:6
**plug** [1] - 101:19
**plus** [3] - 17:19, 40:12, 41:25
**pocket** [1] - 110:22
**point** [19] - 6:7, 12:24, 29:10, 29:11, 34:20, 38:11, 74:19, 83:13, 90:5, 92:15, 93:12, 93:15, 93:16, 93:21, 93:23, 94:4, 102:20, 104:4, 119:5
**pointed** [6] - 71:17, 108:21, 117:23, 117:25, 118:9, 118:17
**pointing** [2] - 6:9, 80:14
**points** [2] - 102:17, 117:25
**political** [1] - 36:1
**Political** [1] - 25:1
**poll** [12] - 8:8, 25:4, 26:15, 28:1, 32:5, 32:13, 32:21, 39:12,

39:16, 41:2, 103:21
**polling** [5] - 12:10, 12:11, 41:13, 106:21, 114:24
**polls** [12] - 12:23, 29:16, 32:7, 32:12, 104:3, 105:20, 106:18, 110:17, 110:18, 112:25, 114:12, 114:13
**poor** [1] - 67:24
**Pope** [1] - 119:16
**pops** [1] - 110:22
**Population** [1] - 115:10
**population** [13] - 18:4, 19:6, 19:7, 19:8, 22:11, 22:12, 22:14, 73:1, 73:4, 73:7, 73:10, 73:18, 100:20
**portions** [1] - 15:11
**Portland** [1] - 67:10
**positions** [1] - 36:11
**positive** [2] - 90:11, 90:12
**possess** [4] - 71:21, 71:25, 72:4, 109:15
**possession** [2] - 39:9, 72:3
**possibilities** [3] - 74:15, 74:17
**possibility** [1] - 10:9
**possible** [20] - 22:13, 54:4, 54:7, 54:12, 71:20, 71:24, 72:2, 72:3, 72:4, 72:6, 72:11, 73:24, 73:25, 74:16, 80:14, 103:15, 105:4, 107:7, 108:6, 108:7
**possibly** [5] - 17:8, 55:9, 67:19, 73:25, 79:7
**post** [1] - 28:23
**posted** [1] - 50:2
**posts** [1] - 50:6
**potential** [6] - 13:21, 40:7, 40:13, 40:16, 50:20, 96:11
**potentially** [5] - 18:9, 42:18, 42:25, 51:17, 72:11
**precinct** [1] - 106:21
**precise** [1] - 23:19
**precleared** [1] - 28:3
**predecessor** [1] - 34:13
**predict** [1] - 101:14
**predicting** [1] - 26:21
**prediction** [2] -

101:20, 101:24
**predictive** [1] - 30:21
**prefer** [1] - 82:12
**prepared** [2] - 10:11, 11:24
**preparing** [1] - 43:1
**present** [2] - 113:19, 114:13
**presentation** [2] - 5:24, 25:19
**presented** [2] - 103:1, 105:1
**presenting** [1] - 6:3
**President** [5] - 70:19, 71:1, 71:5, 71:8, 71:11
**president** [1] - 70:7
**President's** [1] - 71:18
**presumably** [4] - 27:22, 41:10, 79:12, 118:2
**presume** [1] - 32:4
**presuppose** [1] - 104:2
**presupposing** [1] - 105:10
**pretty** [8] - 18:21, 21:19, 29:24, 37:23, 52:20, 90:9, 103:13, 116:10
**prevent** [5] - 29:14, 29:15, 30:23, 33:1, 33:14
**previous** [1] - 90:6
**previously** [1] - 102:7
**primary** [3] - 31:4, 67:2, 116:8
**Princeton** [1] - 2:13
**printed** [1] - 75:21
**printout** [1] - 79:4
**privacy** [1] - 8:22
**probabilistic** [4] - 9:21, 10:1, 10:4, 108:9
**probabilities** [1] - 91:10
**probability** [7] - 9:22, 10:6, 11:5, 22:24, 26:21, 101:15
**problem** [9] - 8:1, 12:6, 16:1, 20:14, 40:13, 70:15, 94:14, 95:18, 115:12
**problems** [8] - 7:25, 19:3, 40:16, 103:8, 103:15, 106:14, 108:6, 108:7
**proceed** [2] - 18:9, 88:14
**Proceedings** [1] -

3:13
**proceedings** [1] - 121:4
**process** [4] - 15:4, 44:17, 83:17, 103:14
**produce** [1] - 18:21
**produced** [3] - 3:13, 28:6, 105:5
**producing** [1] - 75:12
**professionals** [1] - 120:6
**professor** [5] - 53:18, 70:24, 71:1, 75:6, 93:19
**Professor** [43] - 12:21, 14:21, 15:3, 15:12, 17:13, 19:20, 19:24, 23:10, 24:6, 26:2, 28:11, 28:16, 29:3, 29:15, 31:9, 31:12, 33:23, 34:5, 43:18, 45:20, 49:16, 49:25, 55:25, 59:6, 63:6, 65:1, 68:22, 70:3, 70:20, 72:20, 75:23, 77:9, 85:2, 88:13, 89:2, 90:19, 90:21, 94:15, 113:21, 114:5, 115:16, 116:24, 117:12
**program** [15] - 45:22, 46:21, 46:22, 46:24, 55:4, 55:11, 58:15, 68:19, 80:3, 83:16, 85:6, 103:13, 108:12
**programming** [1] - 58:24
**Project** [1] - 116:8
**project** [3] - 28:15, 37:11, 101:14
**projected** [1] - 43:15
**prominent** [1] - 65:4
**promise** [3] - 59:19, 97:14, 118:19
**prong** [1] - 111:8
**pronounce** [2] - 7:3, 7:5
**proof** [1] - 46:17
**proper** [2] - 34:2, 48:17
**proportion** [2] - 18:1, 73:10
**proposed** [1] - 40:6
**prove** [1] - 70:21
**provide** [4] - 19:20, 19:24, 20:3, 43:24
**provided** [6] - 21:5, 46:15, 94:9, 95:25, 96:20, 96:21
**provider** [1] - 42:23

**provides** [3] - 9:3, 20:1, 99:3
**proving** [2] - 70:18, 70:19
**Public** [1] - 77:19
**public** [4] - 23:18, 49:20, 49:25, 55:16
**publications** [1] - 24:21
**published** [8] - 32:25, 33:4, 33:6, 33:14, 33:17, 37:14, 38:4, 38:16
**pull** [7] - 14:24, 50:22, 50:23, 61:20, 62:7, 66:3, 85:20
**pulled** [2] - 85:22, 85:23
**pulling** [4] - 46:7, 47:19, 48:3, 48:5
**purge** [1] - 113:9
**purged** [1] - 13:18
**purging** [1] - 64:25
**purported** [1] - 16:21
**purposes** [5] - 12:11, 14:12, 77:16, 96:18, 108:19
**pursuant** [1] - 93:9
**pursue** [1] - 108:11
**pursued** [1] - 7:18
**push** [1] - 108:8
**put** [22] - 12:24, 26:22, 28:4, 31:11, 44:25, 45:3, 45:9, 47:7, 51:20, 53:7, 54:23, 58:10, 60:22, 67:25, 76:3, 81:23, 85:12, 87:10, 88:9, 94:23, 102:23, 117:14
**Putte** [8] - 55:14, 55:18, 56:6, 56:14, 56:19, 72:15, 88:5, 88:8
**Putte's** [1] - 57:6
**putting** [5] - 24:2, 46:16, 57:15, 57:21, 105:11

## Q

**qualify** [1] - 14:14
**quantification** [1] - 107:6
**quantify** [1] - 107:3
**quantity** [3] - 17:4, 17:5
**query** [1] - 45:18
**querying** [4] - 45:12, 45:13, 51:4, 95:16
**QUESTION** [1] - 33:13

**questioning** [1] - 113:17
**questions** [14] - 21:9, 22:5, 27:22, 64:24, 103:19, 106:3, 108:13, 108:15, 108:20, 111:12, 114:9, 114:25, 116:14, 117:11
**quick** [2] - 20:9, 89:16
**quickly** [1] - 96:12
**quite** [12] - 7:5, 18:19, 19:10, 28:16, 38:16, 50:10, 65:4, 80:13, 99:14, 101:5, 102:17, 114:3

## R

**race** [26] - 17:8, 19:15, 19:18, 21:1, 26:16, 26:19, 27:12, 27:20, 36:1, 43:15, 43:23, 43:24, 44:6, 44:11, 46:8, 59:23, 61:7, 62:5, 82:4, 82:11, 83:20, 84:11, 84:24, 89:17, 90:6, 101:4
**racial** [25] - 13:2, 20:22, 21:5, 22:1, 22:2, 22:17, 26:2, 26:9, 26:14, 26:23, 37:19, 37:21, 38:2, 39:2, 39:9, 44:9, 44:14, 91:10, 98:24, 100:23, 101:4, 106:10, 119:21
**racially** [2] - 37:5, 38:9
**raise** [1] - 37:25
**raised** [4] - 38:1, 80:2, 106:13, 108:20
**random** [1] - 18:11
**range** [2] - 22:21, 29:24
**rate** [8] - 14:2, 18:19, 19:1, 19:4, 20:10, 73:23, 73:25, 106:14
**rates** [2] - 18:22, 39:10
**rather** [2] - 77:7, 93:8
**re** [1] - 19:5
**re-weight** [1] - 19:5
**reached** [1] - 119:10
**read** [12] - 44:15, 45:20, 49:16, 69:14, 77:22, 82:12, 82:15, 82:17, 83:1, 92:11, 95:3, 96:25
**reading** [3] - 14:10, 48:20, 95:3
**ready** [1] - 23:22
**real** [3] - 12:24, 50:13,

71:6
**really** [13] - 15:25, 17:5, 23:18, 24:13, 54:9, 65:15, 74:15, 93:22, 98:18, 110:6, 110:9, 117:22
**reason** [31] - 15:7, 28:1, 28:5, 32:25, 33:13, 37:3, 37:24, 38:7, 38:10, 38:18, 38:25, 42:8, 54:24, 56:19, 62:13, 63:1, 67:3, 68:8, 68:10, 69:4, 80:15, 82:1, 87:7, 103:10, 103:11, 107:22, 112:17, 113:5, 113:10, 115:8, 115:21
**reasons** [6] - 8:22, 23:10, 60:25, 104:1, 112:18, 115:19
**Rebecca** [1] - 121:3
**REBECCA** [1] - 3:9
**rebuttal** [1] - 100:18
**received** [1] - 80:4
**recent** [1] - 80:3
**recently** [1] - 117:10
**recess** [1] - 92:3
**record** [57] - 7:12, 7:13, 7:14, 8:23, 8:24, 9:6, 9:15, 9:17, 9:24, 10:6, 10:7, 11:2, 11:4, 11:9, 13:24, 13:25, 21:17, 21:20, 40:22, 45:4, 47:17, 47:22, 48:2, 48:3, 48:4, 49:17, 49:20, 49:25, 50:5, 50:7, 55:16, 57:17, 58:4, 61:7, 69:15, 69:21, 77:18, 77:22, 82:9, 82:13, 82:16, 83:1, 83:16, 85:6, 90:10, 92:11, 92:24, 94:6, 95:1, 96:24, 99:5, 111:21, 117:14, 119:11, 119:13, 121:4
**RECORD** [4] - 5:15, 23:16, 45:1, 97:4
**recorded** [1] - 113:6
**records** [35] - 7:11, 7:23, 8:15, 10:5, 10:7, 10:11, 10:12, 10:18, 11:19, 14:5, 14:13, 15:16, 15:17, 16:7, 21:16, 22:3, 41:20, 41:23, 42:1, 42:8, 42:11, 46:6,

50:16, 58:20, 93:5, 103:11, 104:3, 104:7, 105:19, 106:25, 107:2, 107:15, 112:12, 112:15, 113:1
**recourse** [1] - 12:24
**RECROSS** [1] - 4:2
**red** [1] - 38:1
**redact** [1] - 50:1
**redacted** [2] - 50:3, 50:7
**REDIRECT** [3] - 4:2, 98:21, 116:22
**redirect** [1] - 116:14
**redistricting** [2] - 73:2, 73:5
**reduce** [3] - 39:10, 113:15, 119:11
**reduced** [6] - 9:25, 11:10, 12:19, 17:19, 39:23, 40:11
**refer** [3] - 33:11, 40:1, 94:19
**refereed** [2] - 37:8, 37:9
**reference** [1] - 118:25
**references** [1] - 90:6
**referencing** [2] - 25:8, 47:23
**referring** [1] - 33:19
**refers** [4] - 29:20, 47:25, 55:18, 107:21
**reflective** [1] - 19:6
**refurbished** [1] - 5:6
**regard** [2] - 116:24, 117:6
**regarding** [2] - 16:21, 16:24
**regardless** [1] - 27:19
**region** [2] - 26:11, 26:25
**register** [1] - 43:25
**registered** [6] - 9:2, 17:10, 22:11, 40:8, 119:23
**registration** [40] - 7:13, 8:23, 9:4, 10:7, 10:21, 10:24, 13:3, 13:10, 13:23, 13:25, 14:4, 14:5, 14:13, 15:16, 16:6, 18:5, 20:6, 21:16, 21:23, 40:9, 40:23, 42:2, 42:4, 42:5, 42:9, 42:12, 42:19, 43:3, 48:13, 48:23, 52:15, 54:25, 64:16, 87:11, 87:25, 99:6, 104:9, 104:25, 106:25,

115:12
**Registration** [1] - 13:15
**registrations** [1] - 13:22
**regression** [1] - 26:18
**reinstated** [1] - 66:24
**relates** [1] - 89:17
**relative** [2] - 17:11, 91:6
**released** [1] - 8:7
**relevant** [2] - 100:7, 101:2
**remark** [1] - 88:8
**remember** [8] - 34:6, 34:10, 76:15, 99:14, 104:5, 110:24, 113:25, 119:7
**remembered** [1] - 117:25
**remembering** [1] - 56:2
**remove** [1] - 14:11
**removed** [2] - 10:19, 42:18
**removing** [2] - 10:12, 42:17
**renewal** [1] - 53:15
**repeat** [1] - 19:23
**rephrase** [2] - 79:21, 105:21
**report** [24] - 12:21, 24:20, 24:21, 26:2, 26:5, 27:6, 31:9, 31:12, 39:13, 40:1, 40:2, 40:3, 40:6, 43:12, 44:8, 61:13, 99:16, 100:2, 100:4, 106:8, 107:4, 108:22, 113:2, 113:21
**reported** [9] - 3:13, 32:16, 52:2, 63:7, 83:22, 113:7, 113:17, 114:19, 115:21
**REPORTER** [2] - 121:1, 121:10
**Reporter** [2] - 3:9, 3:10
**reporting** [1] - 114:11
**reports** [12] - 25:7, 27:9, 43:1, 43:4, 44:17, 52:3, 58:2, 64:19, 91:3, 91:9, 107:5, 116:9
**represent** [1] - 55:21
**representative** [7] - 20:12, 20:14, 20:15, 20:19, 20:21

**Representative** [2] - 60:23, 74:8
**representativeness** [1] - 20:16
**Representatives** [1] - 36:18
**represented** [2] - 119:8, 120:13
**representing** [2] - 116:18, 116:19
**request** [3] - 26:15, 27:12, 29:18
**require** [2] - 25:19, 112:1
**required** [2] - 27:22, 37:17
**requirement** [3] - 30:1, 30:3, 40:7
**Requirements** [1] - 34:10
**requirements** [5] - 35:3, 36:5, 36:7, 36:12, 36:16
**requires** [1] - 7:9
**requiring** [1] - 116:1
**requisite** [1] - 111:1
**rerun** [1] - 108:11
**research** [10] - 25:3, 25:9, 32:25, 33:2, 33:5, 33:6, 33:14, 33:17, 36:22, 102:2
**researchers** [1] - 102:22
**reside** [2] - 114:4, 119:21
**resident** [1] - 68:13
**residing** [1] - 114:8
**resolve** [1] - 112:8
**respect** [5] - 17:1, 22:10, 29:1, 113:16
**respectively** [1] - 32:1
**responded** [1] - 30:19
**respondents** [1] - 30:19
**response** [7] - 18:19, 18:22, 19:1, 19:4, 20:10, 115:14
**responses** [3] - 114:8, 114:11, 115:17
**rest** [1] - 53:16
**result** [2] - 29:17, 39:1
**results** [6] - 34:22, 35:5, 35:6, 37:18, 95:16, 116:10
**retrogressive** [1] - 111:7
**returns** [1] - 20:12
**reverse** [2] - 87:20, 88:2
**review** [4] - 75:10,

**75:11, 75:15, 96:10**
**reviewed** [4] - 15:11, 81:22, 103:4, 107:15
**reviewing** [1] - 75:13
**revocation** [2] - 107:17, 107:22
**revoked** [1] - 107:23
**rhetorical** [2] - 67:20, 67:21
**Richard** [1] - 65:10
**rights** [2] - 29:13, 30:7
**Rights** [1] - 2:7
**ring** [1] - 98:14
**RISA** [1] - 2:5
**risks** [1] - 18:6
**ROBERT** [1] - 1:13
**robust** [1] - 22:22
**roll** [2] - 23:2, 117:19
**rolls** [3] - 8:3, 21:23, 40:9
**Room** [2] - 2:9, 3:10
**room** [1] - 6:14
**ROSEMARY** [1] - 1:13
**ROSENBERG** [1] - 2:11
**roughly** [5] - 12:19, 14:3, 29:25, 104:9, 104:11
**round** [1] - 10:19
**Row** [1] - 48:11
**RPR** [1] - 3:9
**rub** [1] - 96:23
**ruling** [1] - 101:12
**run** [6] - 54:15, 55:4, 68:18, 97:12, 103:7, 103:12

**S**

**Sadler** [4] - 84:1, 84:17, 84:19, 85:3
**Saenz** [6] - 76:1, 76:5, 76:17, 77:19, 78:19, 79:23
**safe** [1] - 111:16
**Safety** [1] - 77:19
**Sager** [3] - 14:21, 15:15, 107:3
**Sager's** [6] - 12:21, 15:3, 15:12, 15:14, 16:21, 113:2
**Sample** [1] - 34:25
**sample** [7] - 19:5, 19:14, 19:19, 20:12, 20:14, 114:9
**San** [5] - 55:22, 56:6, 56:14, 81:3, 81:16
**SANCHEZ** [1] - 3:1
**satisfy** [2] - 71:2, 109:13

**saved** [1] - 6:8
**saw** [6] - 8:15, 20:12, 31:8, 44:2, 67:13, 67:16
**SB14** [19] - 7:8, 12:7, 14:10, 16:1, 19:22, 19:25, 20:4, 21:6, 21:13, 22:10, 105:20, 106:2, 109:4, 109:5, 109:20, 110:2, 111:7, 112:22, 117:2
**scan** [1] - 86:6
**scholarly** [1] - 99:18
**science** [4] - 26:17, 26:23, 101:25, 102:2
**Science** [1] - 25:1
**SCOTT** [1] - 1:23
**Scott** [4] - 24:9, 63:4, 63:11, 91:2
**screen** [24] - 23:18, 24:2, 25:2, 26:1, 31:11, 40:2, 45:9, 49:12, 50:25, 53:19, 57:15, 59:23, 60:18, 64:11, 78:13, 78:16, 84:19, 85:21, 85:23, 86:18, 86:22, 87:15, 89:17, 94:23
**screens** [3] - 23:11, 23:13, 92:5
**scroll** [2] - 31:22, 53:20
**seal** [1] - 94:10
**search** [6] - 41:2, 45:23, 50:15, 60:25, 107:11, 107:13
**searching** [2] - 92:25, 96:12
**second** [5] - 5:19, 9:13, 9:24, 12:2, 87:17, 117:6, 119:5
**Secretary** [1] - 41:10
**Section** [3] - 2:8, 30:5, 109:5
**section** [3] - 30:8, 40:2, 40:6
**Security** [22] - 7:8, 7:10, 8:20, 9:5, 9:8, 9:10, 9:16, 9:18, 10:22, 10:25, 11:8, 11:12, 11:16, 48:1, 56:23, 104:6, 104:10, 104:12, 104:13, 104:15, 104:25
**see** [156] - 7:3, 17:25, 24:6, 24:7, 25:16, 26:12, 29:11, 29:18, 31:14, 31:22, 34:25,

40:3, 40:10, 40:24, 41:6, 43:16, 44:21, 45:7, 45:17, 46:2, 46:7, 46:8, 46:17, 48:3, 49:8, 49:14, 49:19, 51:14, 52:14, 52:16, 52:25, 53:2, 53:9, 53:16, 53:19, 55:11, 55:19, 55:25, 56:1, 56:24, 57:16, 57:17, 57:21, 58:12, 59:22, 59:24, 60:14, 60:15, 60:17, 60:19, 61:25, 62:3, 62:8, 62:11, 63:9, 63:12, 63:19, 63:20, 65:10, 65:17, 65:18, 65:20, 65:22, 66:4, 66:6, 66:9, 66:12, 67:1, 67:6, 67:8, 67:10, 67:12, 68:5, 68:11, 69:10, 69:11, 69:12, 70:17, 75:25, 76:1, 76:3, 76:5, 76:10, 76:13, 76:17, 76:20, 76:23, 77:2, 77:19, 77:20, 77:22, 78:7, 79:8, 80:1, 80:15, 80:17, 80:18, 80:21, 80:22, 80:23, 80:24, 81:1, 81:2, 81:6, 81:7, 81:8, 81:9, 81:18, 82:20, 82:22, 82:24, 83:1, 83:2, 83:4, 83:8, 83:18, 83:19, 84:1, 84:2, 84:7, 84:9, 84:11, 84:17, 84:18, 84:21, 85:15, 85:16, 85:17, 85:20, 85:21, 85:23, 85:25, 86:3, 86:5, 86:7, 86:9, 86:17, 86:22, 86:24, 86:25, 87:4, 87:18, 88:15, 88:21, 89:2, 89:5, 89:7, 96:14, 103:10, 104:22, 109:23, 120:15, 120:21
**seeing** [4] - 5:13, 23:19, 87:12, 105:19
**seem** [2] - 106:3, 106:15
**selected** [1] - 93:4
**self** [1] - 72:17
**self-identification** [1] - 72:17
**Sells** [5] - 69:21, 69:23, 69:24, 94:11, 97:11
**SELLS** [15] - 2:6,

92:22, 93:4, 93:13, 93:24, 94:5, 94:14, 94:19, 95:12, 95:15, 95:24, 96:2, 96:5, 96:10, 98:2
**Senate** [28] - 27:18, 28:2, 49:13, 51:17, 52:24, 59:6, 59:7, 68:16, 69:20, 70:21, 71:2, 72:9, 81:24, 90:23, 91:5, 91:11, 91:14, 91:18
**senator** [7] - 49:4, 52:19, 53:1, 59:2, 59:4, 90:24
**Senator** [15] - 49:8, 49:10, 50:6, 51:11, 51:20, 52:4, 53:22, 54:23, 55:18, 56:19, 57:6, 88:4, 88:8, 94:11, 95:21
**senator's** [2] - 95:4, 96:4
**senators** [3] - 59:1, 59:2, 90:23
**sense** [5] - 17:3, 17:23, 34:14, 72:21, 111:25
**sent** [2] - 46:25, 95:6
**sentence** [2] - 29:12, 40:5
**separate** [1] - 108:5
**sequence** [1] - 80:12
**Sergio** [1] - 119:19
**SESSION** [2] - 1:6, 1:11
**set** [7] - 16:2, 19:18, 47:14, 55:9, 85:6, 116:10, 120:11
**seven** [1] - 40:9
**several** [1] - 11:23
**shake** [1] - 106:12
**Shaw** [10] - 19:20, 19:24, 20:10, 28:11, 28:16, 29:1, 29:3, 107:3, 114:5, 115:16
**Shaw's** [5] - 17:13, 27:6, 31:9, 31:12, 113:21
**sheet** [2] - 80:23, 84:18
**sheets** [1] - 76:7
**shift** [1] - 31:2
**short** [3] - 18:21, 23:3, 118:17
**shorthand** [1] - 3:13
**show** [33] - 9:22, 12:9, 12:10, 12:12, 12:23, 23:25, 24:13, 27:23, 30:19, 37:16, 45:15,

48:4, 48:18, 49:12, 52:5, 53:4, 57:20, 61:20, 63:2, 64:11, 65:8, 70:24, 80:19, 82:19, 83:25, 86:15, 105:17, 110:21, 113:24, 114:24, 117:7
**showed** [9] - 12:9, 12:11, 32:6, 44:2, 48:2, 87:21, 97:19, 102:15, 115:25
**showing** [7] - 30:1, 30:20, 34:22, 35:5, 58:5, 70:18, 87:20
**shown** [6] - 14:18, 16:3, 48:11, 81:20, 97:10, 111:7
**shows** [14] - 11:1, 11:25, 31:13, 31:23, 35:6, 35:10, 37:14, 51:11, 56:17, 60:9, 60:18, 60:19, 77:21, 102:19
**SHRIVER** [1] - 2:22
**Shriver** [1] - 116:17
**sic** [1] - 46:20
**side** [2] - 73:10, 118:22
**sides** [1] - 25:13
**sign** [1] - 5:19
**sIGNATURE** [1] - 121:10
**significant** [7] - 22:1, 22:17, 22:18, 22:20, 22:21, 22:22, 22:23
**silly** [1] - 79:19
**similar** [2] - 34:18, 116:9
**Simon** [1] - 9:18
**single** [2] - 94:7, 96:25
**sister** [1] - 69:22
**site** [3] - 49:21, 50:6, 63:10
**sitting** [1] - 85:2
**sixth** [1] - 98:11
**sixty** [1] - 73:15
**skews** [1] - 73:6
**slice** [1] - 19:12
**slide** [11] - 8:18, 9:3, 10:12, 11:24, 14:15, 14:16, 14:17, 41:18, 41:20, 41:21
**slides** [2] - 8:16, 44:2
**slightly** [1] - 13:9
**small** [1] - 103:15
**smaller** [1] - 104:12
**so..** [1] - 45:22
**social** [4] - 26:17, 26:22, 101:25, 102:2

**Social** [22] - 7:8, 7:10, 8:19, 9:5, 9:7, 9:8, 9:10, 9:16, 9:18, 10:22, 10:25, 11:8, 11:12, 11:16, 48:1, 56:23, 104:6, 104:10, 104:12, 104:13, 104:15, 104:25
**socials** [1] - 92:20
**someone** [12] - 35:14, 45:23, 46:3, 67:5, 93:18, 93:20, 99:7, 101:15, 101:16, 102:10, 106:1, 115:3
**Somervelle** [1] - 2:16
**sometimes** [2] - 13:14, 113:2
**somewhat** [2] - 8:17, 72:12
**somewhere** [2] - 5:9, 66:17
**soon** [1] - 5:10
**sorry** [11] - 6:18, 8:13, 22:16, 38:20, 44:19, 64:3, 93:19, 95:8, 105:16, 105:17, 118:3
**sort** [7] - 30:1, 34:13, 100:21, 108:7, 109:12, 109:14, 119:2
**sorts** [1] - 50:3
**source** [1] - 42:21
**space** [2] - 88:5, 108:7
**spaces** [15] - 55:7, 55:10, 56:20, 72:13, 72:22, 85:18, 86:13, 86:23, 87:9, 87:10, 87:16, 87:24, 87:25, 88:5, 103:9
**Spaces** [1] - 45:5
**Spanish** [12] - 15:16, 15:17, 15:20, 16:6, 16:11, 16:13, 45:6, 59:12, 60:2, 74:5, 74:11, 88:9
**Spanish-English** [1] - 45:6
**Spanish/English** [2] - 59:12, 74:2
**speaks** [1] - 15:25
**specific** [3] - 54:10, 83:16, 108:12
**specifically** [3] - 27:11, 29:22, 30:9
**speed** [1] - 74:25
**spelled** [2] - 46:1, 65:5
**spelling** [3] - 74:11, 103:25, 106:22

**spellings** [2] - 58:16, 106:1
**SPENCER** [5] - 1:22, 2:6, 118:5, 118:7, 118:11
**spencer** [2] - 118:5, 118:6
**Spencer** [1] - 118:8
**spent** [3] - 93:5, 95:17, 117:17
**spitting** [1] - 120:7
**spreadsheet** [7] - 46:15, 47:5, 92:24, 94:9, 94:19, 96:3, 97:1
**SQL** [5] - 45:20, 95:17, 107:11, 107:13
**SSN** [4] - 8:6, 48:1, 104:12
**ssn** [2] - 46:12, 46:20
**SSN9** [4] - 15:15, 15:17, 15:19, 16:4
**SSN9's** [1] - 8:15
**SSVR** [6] - 99:2, 99:4, 99:6, 99:8, 99:10, 99:12
**stable** [1] - 116:10
**STACEY** [1] - 1:17
**stage** [1] - 41:11
**standing** [3] - 54:17, 65:12, 101:11
**start** [6] - 5:18, 24:3, 24:25, 25:11, 86:15, 100:2
**started** [1] - 119:6
**starts** [1] - 29:11
**Stata's** [1] - 47:16
**STATE** [1] - 1:3
**State** [15] - 5:21, 5:22, 16:16, 27:15, 40:7, 41:10, 49:4, 55:18, 80:4, 90:8, 91:23, 92:16, 105:6, 110:8, 111:6
**state** [34] - 7:15, 10:16, 12:16, 14:13, 17:2, 18:1, 21:17, 21:19, 22:3, 26:11, 26:25, 39:17, 40:9, 43:8, 53:23, 58:13, 59:2, 66:16, 72:10, 79:5, 79:11, 79:24, 80:11, 81:6, 81:22, 81:23, 101:7, 109:12, 109:16, 109:17, 110:13, 117:10
**state-issued** [2] - 53:23, 58:13
**STATES** [3] - 1:1,

1:12, 1:14
**states** [19] - 12:3, 29:24, 29:25, 30:3, 30:12, 31:18, 31:24, 37:16, 42:19, 43:24, 64:24, 99:24, 100:8, 100:11, 101:5, 101:7, 101:18, 115:19
**States** [10] - 1:7, 17:12, 23:8, 54:3, 59:1, 70:7, 75:10, 96:22, 97:20, 98:12
**statewide** [2] - 21:4, 21:7
**statistical** [3] - 17:3, 54:10, 106:7
**statistically** [2] - 22:18, 22:20, 22:21
**statistics** [1] - 116:9
**status** [12] - 17:21, 53:18, 65:18, 65:21, 77:2, 80:9, 80:11, 83:18, 87:2, 87:4, 107:16, 107:21
**statuses** [1] - 66:11
**staying** [1] - 97:7
**step** [2] - 16:2, 36:9
**STEPHEN** [2] - 4:3, 6:22
**Stewart** [1] - 116:8
**STEWART** [1] - 2:3
**still** [5] - 6:20, 12:10, 13:22, 52:24, 64:16
**stipulate** [3] - 47:9, 47:10, 97:15
**stipulated** [4] - 47:11, 49:11, 65:12, 119:14
**stipulation** [9] - 90:8, 92:12, 92:14, 95:2, 95:5, 96:8, 97:17, 119:9, 119:10
**STONESTREET** [1] - 3:9
**Stonestreet** [1] - 121:3
**stood** [1] - 93:6
**stop** [3] - 26:15, 56:9, 59:19
**stopped** [2] - 29:21, 79:11
**street** [2] - 83:2, 84:20
**Street** [4] - 1:19, 1:24, 2:16, 3:6
**strength** [2] - 102:8, 102:14
**strict** [3] - 99:24, 100:11, 102:4
**stricter** [2] - 37:4, 38:8
**strictest** [1] - 102:11

**strike** [3] - 84:5, 97:24, 105:17
**strong** [2] - 102:11, 102:15
**strongest** [2] - 102:5, 102:6
**struggling** [1] - 105:22
**student** [1] - 117:10
**students** [1] - 29:2
**studied** [7] - 33:5, 33:17, 33:20, 33:22, 67:7, 91:7
**studies** [5] - 25:7, 72:7, 102:2, 116:24, 117:11
**study** [20] - 19:6, 19:9, 19:15, 32:4, 39:1, 52:7, 72:2, 99:19, 100:9, 100:13, 105:5, 109:6, 109:24, 110:3, 110:5, 111:9, 111:12, 111:20, 112:4, 116:6
**studying** [1] - 19:11
**stuff** [1] - 97:10
**subject** [1] - 94:7
**submit** [2] - 94:6, 94:10
**subpart** [1] - 37:9
**Subsection** [2] - 25:25, 26:1
**subsequent** [2] - 15:2, 102:21
**subset** [5] - 18:3, 75:21, 114:4, 114:7, 114:9
**substantial** [6] - 21:19, 21:21, 22:1, 37:15, 37:16, 37:23
**successive** [1] - 13:16
**sufficient** [1] - 8:14
**suggest** [4] - 12:21, 23:11, 30:23, 79:5
**suggested** [3] - 35:14, 103:7, 103:15
**suggesting** [2] - 58:24, 106:19
**Suite** [6] - 1:24, 2:13, 2:16, 2:20, 3:3, 3:7
**sum** [1] - 21:11
**summaries** [1] - 75:2
**summarize** [1] - 15:14
**Super** [1] - 31:3
**Support** [1] - 34:24
**support** [6] - 35:21, 36:17, 93:2, 115:25, 117:7, 117:8
**supported** [2] - 35:3,

35:8
**suppose** [1] - 112:4
**surname** [7] - 15:16, 15:17, 15:21, 16:6, 16:11, 16:13, 88:9
**surprise** [1] - 36:1
**surprising** [2] - 35:25, 86:11
**surprisingly** [1] - 25:11
**surrounding** [1] - 85:7
**Survey** [2] - 34:6, 115:10
**survey** [21] - 17:16, 17:18, 17:22, 18:6, 18:13, 18:20, 20:2, 28:7, 28:11, 31:21, 33:2, 34:21, 35:14, 35:18, 36:13, 36:15, 43:15, 114:11, 114:19, 115:6
**surveying** [1] - 102:24
**surveys** [11] - 18:11, 18:16, 19:2, 21:7, 29:4, 29:5, 30:18, 30:23, 115:25, 117:6, 117:7
**Suspense** [1] - 45:6
**suspense** [13] - 12:3, 13:11, 13:12, 13:13, 13:19, 14:1, 14:3, 14:19, 61:12, 62:1, 64:17, 69:3, 69:5
**sweeps** [1] - 47:15
**SWEETEN** [1] - 1:15
**sworn** [3] - 6:23, 33:18, 38:12
**system** [1] - 120:17
**systematic** [2] - 103:9, 107:6
**systematically** [1] - 103:10

**T**

**Table** [1] - 34:23
**table** [2] - 35:5, 44:21
**taller** [1] - 28:24
**task** [1] - 101:14
**TATEL** [34] - 1:12, 6:5, 6:7, 20:9, 21:2, 93:10, 93:15, 94:1, 94:16, 94:21, 95:2, 95:7, 95:10, 95:13, 95:19, 96:1, 96:4, 96:6, 96:14, 98:8, 108:16, 108:18, 109:2, 109:10, 109:19, 109:23, 110:9, 111:2, 111:5, 111:20, 111:24,

112:3, 112:7, 112:10
**Tatel** [1] - 5:16
**team** [3] - 28:11, 28:14, 97:9
**teams** [2] - 28:13, 28:14
**Tech** [2] - 36:23, 37:1
**technical** [2] - 93:5, 108:20
**technology** [2] - 18:18, 37:11
**Technology** [1] - 116:8
**Telesforo** [1] - 86:2
**tempest** [1] - 97:3
**tend** [2] - 73:9, 73:12
**tends** [1] - 18:21
**termed** [2] - 99:7, 99:10, 99:11
**terminological** [1] - 39:21
**terms** [4] - 26:22, 101:4, 102:9, 112:16
**testified** [4] - 6:23, 20:10, 37:3, 57:9
**testify** [2] - 64:2, 88:4
**testifying** [2] - 79:16, 104:5
**testimony** [10] - 10:10, 15:12, 21:11, 23:18, 32:20, 33:18, 33:19, 38:12, 39:7, 44:8
**Texas** [66] - 5:22, 12:16, 12:18, 19:21, 19:25, 21:13, 22:11, 22:14, 24:11, 27:4, 27:11, 27:15, 28:1, 28:3, 28:10, 28:14, 31:13, 40:7, 43:3, 43:24, 49:4, 52:19, 53:1, 54:2, 55:18, 59:2, 59:4, 59:7, 59:23, 60:14, 61:13, 61:15, 61:17, 64:17, 68:14, 69:6, 71:21, 71:25, 72:7, 73:2, 73:21, 77:18, 80:5, 86:25, 91:24, 92:16, 93:11, 93:17, 93:20, 95:21, 100:15, 100:20, 100:22, 101:8, 101:15, 101:16, 101:22, 105:6, 107:11, 107:13, 110:8, 113:20, 116:19, 119:21
**TEXAS** [2] - 1:3, 1:18
**THE** [43] - 1:2, 1:12, 1:13, 1:13, 1:18,

5:15, 11:13, 11:18, 20:13, 22:13, 22:19, 22:23, 23:16, 45:1, 46:22, 48:20, 75:8, 82:6, 92:9, 97:4, 98:5, 109:1, 109:7, 109:11, 109:22, 110:5, 110:11, 111:4, 111:14, 111:23, 111:25, 112:6, 112:9, 112:15, 112:24, 113:21, 114:3, 114:15, 115:6, 115:23, 116:3, 116:6, 118:8
**theme** [1] - 102:3
**themselves** [2] - 35:7, 43:14
**thinking** [1] - 111:12
**third** [2] - 12:4, 42:23
**thousand** [1] - 114:6
**thousands** [1] - 44:3
**three** [14] - 12:1, 31:24, 46:11, 47:18, 47:20, 48:17, 58:11, 59:1, 80:4, 102:20, 109:3, 109:20, 110:2, 111:9
**three-point** [1] - 102:20
**Thursday** [1] - 1:6
**today** [15] - 5:17, 24:8, 27:4, 43:4, 73:3, 73:5, 95:3, 102:7, 103:4, 105:17, 105:18, 107:16, 108:3, 108:21, 108:22
**together** [1] - 115:12
**toll** [2] - 98:14
**tomorrow** [5] - 5:4, 5:23, 117:21, 118:15, 118:21
**tones** [1] - 5:12
**took** [7] - 11:14, 52:9, 52:10, 62:14, 114:5, 114:7, 114:8
**top** [2] - 29:14, 67:6
**topic** [2] - 33:3, 102:21
**totally** [3] - 35:15, 54:12, 110:1
**tough** [2] - 120:11
**towards** [2] - 25:22, 108:9
**town** [5] - 76:10, 77:25, 81:3, 81:16, 83:10
**trailing** [1] - 55:10

**transcript** [4] - 3:13, 50:2, 96:10, 121:4
**TRANSCRIPT** [1] - 1:11
**transcription** [1] - 3:13
**translation** [1] - 74:6
**transliteration** [1] - 74:7
**transposition** [1] - 74:3
**trapped** [2] - 55:12, 55:13
**traps** [2] - 55:9, 55:12
**treat** [2] - 8:17, 12:20
**treated** [7] - 13:21, 14:1, 80:7, 80:8, 83:17, 104:16, 113:13
**tremendously** [1] - 120:5
**Trevino** [1] - 86:23
**trial** [13] - 15:12, 24:8, 34:3, 45:16, 50:1, 73:2, 73:5, 96:18, 117:14, 117:20, 119:6, 120:6, 120:8
**TRIAL** [1] - 1:11
**Tribune** [1] - 55:18
**tried** [5] - 27:11, 32:7, 111:4, 114:25, 115:13
**trip** [1] - 111:17
**true** [9] - 5:10, 17:4, 17:5, 19:18, 20:7, 48:25, 72:12, 72:21, 74:4, 75:16, 87:21, 88:1, 95:23
**try** [15] - 8:4, 19:5, 22:8, 50:8, 50:20, 56:8, 60:4, 64:20, 83:25, 101:17, 103:8, 105:23, 111:5, 112:3
**trying** [19] - 7:12, 7:17, 10:5, 13:24, 19:6, 19:9, 21:1, 42:7, 42:8, 49:22, 50:16, 70:25, 92:15, 101:14, 113:25, 114:10, 115:9, 115:14, 119:9
**Tuesday** [1] - 31:3
**turn** [8] - 23:11, 23:17, 23:23, 25:25, 38:5, 39:19, 92:4, 98:12
**turned** [1] - 13:3
**turnout** [12] - 37:15, 37:16, 37:19, 38:1, 38:16, 38:17, 39:10,

99:19, 101:6, 102:4, 102:14, 102:21
**twice** [1] - 45:15
**two** [34] - 8:4, 13:16, 19:1, 23:3, 25:13, 29:10, 29:12, 30:12, 30:23, 31:18, 32:8, 37:7, 47:19, 52:6, 52:12, 59:1, 62:25, 66:11, 67:2, 74:3, 74:7, 75:20, 80:19, 95:2, 99:15, 100:7, 100:12, 102:20, 105:25, 106:3, 115:19, 116:13, 116:15
**TX** [2] - 1:20, 2:20
**type** [4] - 21:8, 72:18, 79:8, 80:10
**types** [3] - 110:3, 111:9, 117:9
**typical** [1] - 19:13
**typically** [1] - 20:17

---

## U

**U.S** [4] - 2:7, 3:10, 59:7, 108:24
**UCLA** [1] - 29:2
**ultimately** [2] - 28:3, 113:24
**unable** [1] - 21:17
**unauthentic** [1] - 93:1
**uncertainty** [1] - 9:3
**under** [18] - 6:20, 13:6, 20:4, 27:5, 32:8, 46:12, 48:16, 51:21, 51:23, 91:11, 91:14, 91:18, 94:10, 101:16, 109:4, 109:5, 113:9, 117:2
**underlying** [1] - 47:6
**undermine** [1] - 108:3
**understood** [4] - 67:21, 92:14, 96:7, 96:21
**undisclosed** [2] - 15:5, 100:16
**undue** [1] - 25:14
**unfortunately** [2] - 5:10, 118:2
**UNION** [1] - 3:5
**unique** [2] - 104:16, 104:18
**UNITED** [3] - 1:1, 1:12, 1:14
**United** [10] - 1:7, 17:12, 23:8, 54:3, 59:1, 70:7, 75:10, 96:22, 97:20, 98:12

**universe** [1] - 105:1
**university** [1] - 28:13
**University** [2] - 28:14, 67:7
**unlike** [1] - 24:14
**unmatched** [1] - 46:6
**unpublished** [4] - 37:15, 37:20, 37:25, 38:17
**up** [73] - 8:10, 8:16, 9:22, 9:24, 10:3, 11:1, 12:9, 12:11, 12:23, 13:15, 14:11, 14:24, 21:11, 22:7, 23:25, 24:2, 25:2, 28:23, 31:11, 32:6, 32:20, 39:7, 44:11, 44:25, 45:3, 45:17, 46:16, 47:7, 48:2, 48:4, 48:18, 50:22, 50:23, 51:11, 51:20, 52:5, 53:8, 54:23, 55:9, 57:6, 58:10, 61:20, 62:7, 66:3, 66:20, 68:24, 69:3, 69:9, 70:24, 74:25, 76:3, 77:4, 85:6, 85:12, 85:20, 85:22, 85:23, 87:8, 87:12, 88:9, 89:16, 93:6, 94:23, 97:7, 102:13, 102:24, 105:3, 108:18, 110:21, 112:17, 115:15, 117:5
**useful** [1] - 119:1
**uses** [1] - 34:14
**utility** [1] - 30:2

---

## V

**VA** [1] - 2:17
**valid** [12] - 10:17, 10:18, 11:20, 13:22, 13:25, 14:10, 14:11, 14:13, 40:15, 104:24, 109:24, 110:1
**validated** [1] - 43:13
**validity** [1] - 108:21
**van** [1] - 72:15
**Van** [8] - 55:14, 55:18, 56:6, 56:14, 56:19, 57:6, 88:4, 88:8
**variable** [5] - 46:23, 47:16, 48:6, 48:11
**variables** [2] - 20:17, 47:24
**variants** [2] - 103:14, 103:18
**variation** [1] - 101:23

**various** [2] - 8:22, 27:11
**varying** [1] - 102:8
**Veasy** [1] - 119:16
**verification** [1] - 99:9
**verified** [4] - 93:1, 93:8, 96:2, 96:19
**verify** [6] - 93:13, 95:16, 95:24, 96:1, 98:24, 103:3
**verifying** [2] - 93:6, 95:18
**version** [8] - 37:7, 37:14, 37:16, 37:20, 39:5, 92:18, 92:20
**versus** [3] - 101:16, 101:17, 110:13
**Versus** [1] - 34:9
**Viaz** [1] - 89:23
**Victoria** [1] - 86:25
**video** [1] - 5:11
**viewed** [1] - 105:9
**vigorous** [1] - 27:10
**violating** [1] - 39:17
**virtually** [4] - 32:6, 90:11, 90:12, 90:13
**visitor** [1] - 44:20
**vote** [41] - 9:2, 12:23, 13:19, 14:2, 24:13, 25:20, 29:8, 29:17, 30:20, 30:22, 31:23, 32:2, 32:7, 32:16, 35:3, 40:21, 42:14, 61:14, 61:16, 62:21, 62:25, 64:17, 68:14, 91:5, 91:8, 91:11, 91:15, 91:19, 106:1, 113:24, 114:14, 114:16, 114:20, 114:21, 114:22, 115:4, 115:7, 115:10, 115:11
**Vote** [2] - 35:20, 35:21
**voted** [5] - 13:16, 21:22, 114:21, 114:23, 114:24
**voter** [62] - 7:12, 8:23, 9:4, 10:7, 10:20, 10:24, 13:3, 13:10, 13:18, 13:21, 13:23, 13:24, 14:4, 14:13, 15:16, 16:6, 16:13, 18:1, 18:5, 20:6, 21:16, 24:17, 24:22, 25:3, 25:4, 25:5, 29:18, 29:21, 29:23, 37:4, 38:9, 40:6, 40:23, 42:2, 42:4, 42:5, 42:9, 42:12, 42:19, 43:2, 48:13,

48:23, 52:14, 54:25, 64:16, 65:18, 65:21, 87:10, 87:24, 99:4, 99:6, 99:10, 99:20, 100:4, 102:4, 104:9, 104:25, 106:25, 114:24, 116:25
**Voter** [3] - 13:15, 34:10, 34:24
**Voters** [1] - 116:20
**voters** [28] - 12:2, 12:4, 13:8, 13:11, 13:21, 14:1, 14:6, 14:18, 14:19, 15:15, 20:4, 20:7, 21:14, 22:11, 25:14, 29:16, 40:8, 40:20, 42:6, 43:24, 70:20, 91:14, 91:15, 91:18, 91:19, 105:20, 119:23
**votes** [1] - 101:15
**Voting** [2] - 2:8, 116:7
**voting** [21] - 12:15, 12:17, 12:18, 22:10, 22:12, 22:14, 29:12, 29:14, 29:21, 30:7, 30:24, 33:1, 33:15, 37:11, 69:6, 114:20, 115:8, 115:20, 117:1, 117:2
**vouch** [1] - 102:10
**VR** [3] - 22:3, 88:5, 113:8
**VRNID** [53] - 9:25, 11:10, 11:23, 12:1, 12:19, 14:18, 15:18, 17:17, 17:19, 19:18, 20:1, 20:5, 20:15, 20:20, 39:23, 40:11, 44:3, 45:9, 45:11, 45:23, 51:16, 53:24, 56:3, 57:24, 58:13, 61:12, 61:14, 65:9, 66:20, 67:3, 69:20, 72:9, 76:4, 81:8, 81:11, 81:24, 82:20, 83:14, 84:1, 84:13, 85:4, 85:13, 85:14, 86:6, 87:7, 87:8, 90:22, 99:3, 99:5, 110:6, 112:17, 112:21

# W

**wait** [5] - 46:19
**walk** [2] - 110:14, 110:15
**Walker** [1] - 70:4
**wants** [2] - 19:15, 120:19

**Washington** [3] - 1:5, 2:9, 3:11
**waste** [2] - 47:3, 117:5
**web** [5] - 49:13, 49:21, 50:6, 52:24, 63:10
**week** [2] - 18:21, 114:19
**weekend** [1] - 118:24
**weight** [1] - 19:5
**weighting** [2] - 19:3, 20:13
**weights** [4] - 19:7, 19:14, 19:19, 20:18
**Weil** [2] - 63:20, 63:22
**welcome** [1] - 5:13
**West** [3] - 1:19, 1:24, 2:19
**WESTFALL** [1] - 2:3
**white** [12] - 13:5, 13:6, 13:8, 17:11, 18:2, 43:14, 61:9, 82:11, 83:21, 83:23, 85:1, 91:18
**whites** [2] - 35:11, 74:1
**whole** [1] - 103:13
**wholly** [1] - 36:9
**wide** [1] - 29:24
**wife** [3] - 59:4, 90:24, 111:16
**Wilkins** [2] - 119:6, 119:8
**WILKINS** [21] - 1:13, 11:16, 22:7, 22:15, 61:3, 61:7, 77:12, 82:4, 82:9, 108:15, 108:17, 112:11, 112:20, 113:16, 113:22, 114:10, 115:2, 115:18, 115:24, 116:4, 116:12
**William** [3] - 52:25, 53:6, 53:11
**WILLIAM** [1] - 1:16
**winnow** [1] - 113:14
**wired** [1] - 106:11
**wise** [1] - 98:18
**wish** [1] - 24:12
**withdraw** [1] - 10:9
**withdraws** [1] - 16:16
**witness** [8] - 6:22, 15:2, 49:22, 62:23, 74:15, 88:8, 91:21, 93:19
**WITNESS** [34] - 4:2, 11:13, 11:18, 20:13, 22:13, 22:19, 22:23, 46:22, 48:20, 75:8, 82:6, 92:9, 98:5,

109:1, 109:7, 109:11, 109:22, 110:5, 110:11, 111:4, 111:14, 111:23, 111:25, 112:6, 112:9, 112:15, 112:24, 113:21, 114:3, 114:15, 115:6, 115:23, 116:3, 116:6
**woman** [7] - 69:10, 69:12, 78:24, 82:19, 84:1, 98:18
**women** [14] - 16:22, 16:24, 17:1, 17:6, 17:9, 17:11, 73:9, 73:11, 73:12, 73:14, 73:16, 73:17, 73:18, 73:20
**word** [1] - 56:14
**words** [1] - 111:10
**worker** [2] - 25:4, 39:12
**workers** [11] - 8:8, 26:16, 28:2, 32:5, 32:13, 32:14, 32:21, 39:16, 41:2, 103:21, 106:21
**works** [3] - 28:11, 64:20, 91:1
**world** [2] - 27:18, 71:6
**worth** [1] - 82:15
**write** [9] - 41:11, 49:17, 57:5, 59:23, 61:22, 65:17, 105:10, 106:20
**writing** [2] - 75:1, 119:11
**written** [2] - 24:17, 27:24
**wrote** [6] - 36:3, 60:7, 60:20, 64:13, 68:6, 114:15

# Y

**year** [3] - 73:14, 100:7
**years** [2] - 62:25, 78:22
**York** [3] - 2:23, 2:24, 116:17
**you-all** [3] - 95:22, 96:8, 96:15
**you..** [1] - 65:19
**Young** [1] - 116:19
**younger** [3] - 73:6, 73:9, 73:12
**yourself** [1] - 97:10
**yourselves** [2] - 119:2, 119:3

# Z

**zero** [1] - 22:25
**zing** [1] - 24:15