```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
                                     )
 3   STATE OF TEXAS,                 )
                                     )
 4       Plaintiff,                  )
                                     )
 5                                   )
     VS.                             )
 6                                   ) CASE NO:  1:11-CV-00128
                                     ) RMC-DST-RLW
 7   ERIC H. HOLDER, JR., IN         )
     HIS OFFICIAL CAPACITY AS        )
 8   ATTORNEY GENERAL OF THE         )
     UNITED STATES,                  )
 9                                   )
         Defendant,                  )
10                                   )
                                     )
11   ERIC KENNIE, ET AL.,            )
                                     )
12       Defendant-Intervenors,      )
                                     )
13                                   )
     TEXAS STATE CONFERENCE OF       )
14   NAACP BRANCHES, ET AL.,         )
                                     )
15       Defendant-Intervenors,      )
                                     )
16                                   )
     TEXAS LEAGUE OF YOUNG           )
17   VOTERS EDUCATION FUND, ET       )
     AL.,                            )
18                                   )
         Defendant-Intervenors,      )
19                                   )
     TEXAS LEGISLATIVE BLACK         )
20   CAUCUS, ET AL.,                 )
                                     )
21       Defendant-Intervenors,      )
                                     )
22   VICTORIA RODRIGUEZ, ET          )
     AL.,                            )
23                                   )
         Defendant-Intervenors.      )
24

25
```

**Page 2**

```
1   ************************************************
2                   ORAL DEPOSITION OF
3                  GERMAINE MARY MARTINEZ
4                     APRIL 17, 2012
5   ************************************************
6        ORAL DEPOSITION OF GERMAINE MARY MARTINEZ, produced
7   as a witness at the instance of the Defendant Intervenors
8   Texas State Conference of NAACP Branches and the Mexican
9   American Legislative Caucus of the Texas House of
10  Representatives, and duly sworn, was taken in the
11  above-styled and numbered cause on Tuesday, April 17,
12  2012, from 9:29 a.m. to 11:14 a.m., via telephone, before
13  Tamara K. Chapman, CSR in and for the State of Texas,
14  reported by machine shorthand, at the State House, 209
15  West 14th Street, Ground Floor, Austin, Texas, pursuant to
16  the Federal Rules of Civil Procedure and the provisions
17  stated on the record or attached hereto.
18
19
20
21
22
23
24
25
```

**Page 3**

```
1              A P P E A R A N C E S
2
3   FOR THE PLAINTIFF STATE OF TEXAS:
4        Mr. Patrick Sweeten
         Mr. Reynolds Brissenden
5        ATTORNEY GENERAL OF TEXAS
         Civil Medicaid Fraud Division
6        300 W. 15th Street
         Austin, Texas
7        patrick.sweeten@oag.state.tx.us
         reynolds.brissenden@oag.state.tx.us
8
9   FOR TEXAS NAACP STATE CONFERENCE AND THE MEXICAN AMERICAN
    LEGISLATIVE CAUCUS:
10       Ms. Myrna Pérez (telephonically)
         BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
11       161 Avenue of the Americas, 12th Floor
         New York, New York  10013
12       myrna.perez@nyu.edu
13
14  FOR THE DEFENDANT ERIC H. HOLDER, JR., IN HIS OFFICIAL
    CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES:
15       Ms. Elizabeth S. Westfall (telephonically)
         Mr. Daniel J. Freeman (telephonically)
16       U.S. DEPARTMENT OF JUSTICE
         Voting Section, Civil Rights Division
17       950 Pennsylvania Ave. NW, NWB Room 7202
         Washington, DC 20530
18       elizabeth.westfall@usdoj.gov
         daniel.freeman@usdoj.gov
19
20
    FOR DEFENDANT INTERVENORS TEXAS STATE CONFERENCE OF NAACP
21  BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE CAUCUS OF
    THE TEXAS HOUSE OF REPRESENTATIVES:
22       Mr. Ezra D. Rosenberg (telephonically)
         DECHERT, LLP
23       902 Carnegie Center, Suite 500
         Princeton, New Jersey  08540-6531
24       ezra.rosenberg@dechert.com
25
```

**Page 4**

```
1   FOR DEFENDANT INTERVENORS TEXAS STATE CONFERENCE OF NAACP
    BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE CAUCUS OF
2   THE TEXAS HOUSE OF REPRESENTATIVES (CONTINUED):
         Ms. Lindsey Stelcen
3        DECHERT, LLP
         300 West 6th Street, Suite 2010
4        Austin, Texas  78701
         lindsey.stelcen@dechert.com
5
6
         Mr. Robert Kengle (telephonically)
7        Mr. Mark Posner (telephonically)
         LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
8        1401 New York Avenue, N.W., Suite 400
         Washington, D.C.  20005
9        bkengle@lawyerscommittee.org
         mposner@lawyerscommittee.org
10
11
    FOR THE TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND:
12       Mr. Gregory K. Johnson (telephonically)
         FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
13       801 17th Street NW,
         Washington, DC 20006
14       gregory.johnson@friedfrank.com
15
16  FOR THE DEPARTMENT OF PUBLIC SAFETY:
17       Kathleen T. Murphy
         TEXAS DEPARTMENT OF PUBLIC SAFETY
18       Office of General Counsel
         5805 N. Lamar Boulevard
19       Austin, Texas  78773
         kathleen.murphy@txdps.state.tx.us
20
21  FOR VICTOR RODRIGUEZ, NICOLE RODRIGUEZ, SOUTHWEST VOTER
    REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA EDUCATION
22  FUND:
         Ms. Nina Perales
23       MALDEF
         110 Broadway, Suite 300
24       San Antonio, Texas  78205
         nperales@maldef.org
25
```

**Page 5**

```
1   ALSO PRESENT:
         Mr. Steven Kolbert (telephonically) - Law Clerk
2
         Mr. Russell Weaver (telephonically) - Social
3        Scientist
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.      1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                Pages 6..9

**Page 6**

```
1                    * * *
                EXAMINATION INDEX
2

3
                                          Page
4   EXAMINATION BY MR. ROSENBERG..............   7

5   EXAMINATION BY MS. WESTFALL ..............  67

6   EXAMINATION BY MR. ROSENBERG..............  84

7

8

9                    * * *

10             INDEX OF EXHIBITS

11
                                          Page
12  Intervenor Exhibit 1......................   9
13    Defendant-Intervenors' Notice of
      Deposition of the State of Texas
14    Regarding Texas's Database Systems
      (No Bates - 9 pages)
15
16  U.S. Exhibit 1............................  70
      DPS.DL.layouts
17    (No Bates - 1 page)

18  Intervenor Exhibit 2......................  17
      Application for Texas Driver License
19    or Identification Card
      (No Bates - 2 pages)
20
    Intervenor Exhibit 3......................  20
21    1/26/2012 DLS Data Dictionary
      (No Bates - 312 pages)
22
    Intervenor Exhibit 4......................  40
23    Spreadsheet
      (No Bates - 2 pages)

24

25
```

**Page 7**

```
1              GERMAINE MARIE MARTINEZ,
2   having been first duly sworn, testified as follows:
3                    EXAMINATION
4   BY MR. ROSENBERG:
5        Q.  Good morning, Ms. Martinez.  Can you hear me?
6        A.  Yes, sir.
7        Q.  My name is Ezra Rosenberg.  I'm with a law firm
8   called Dechert, and we represent the Texas Conference of
9   NAACP Branches and the Mexican American Legislative Caucus
10  in the case of State of Texas versus Eric Holder, and you
11  are here today as a witness pursuant to a notice called a
12  30(b)(6) notice.
13        And what I'd like to first do is give a couple of
14  instructions.  But my first question is, have you ever
15  been deposed before?
16        A.  No, sir, I haven't.
17        Q.  Let me give you a couple of guidelines.  This is
18  kind of an unusual format for a deposition because
19  typically I would be in the same room with you and asking
20  you a bunch of questions.  Your answers are being taken
21  down by the court reporter, whom I think you've met, and
22  they're going to be put into a book called a transcript,
23  and the transcript may be used in proceedings in this
24  case.
25        Because of that, it's important that before you
```

**Page 8**

```
1   answer any question, you understand the questions,
2   particularly today where we're going to be dealing with an
3   area that you know a lot more about than I do and with
4   terminology that I may be wrongly using because I'm
5   perhaps not quite -- as a matter of fact, I know I'm not
6   quite as up to speed as you are in the technical aspects.
7        So if at any point you don't understand the
8   question I'm asking, please don't try to answer and tell me you
9   don't understand it and I'll try to clarify it.  Okay?
10       A.  Yes, sir.
11       Q.  Also, because what you're saying is being taken
12  down by a court reporter, it's important that you answer
13  verbally, and I think you've been doing a great job so
14  far.  Shrugs of the shoulder, nods of the head can't be
15  taken by the reporter and certainly can't be seen by me
16  today.  Okay?
17       A.  Okay.
18       Q.  If at any time you need to take a break -- this
19  is not going to be one of those all-day depositions, but
20  obviously if you have to take a break at any time, please
21  do so.
22       From time to time the attorney for the State may
23  interpose an objection.  Wait until the objection is
24  stated on the record before you answer.  And if the
25  attorney directs you not to answer, then you can decide
```

**Page 9**

```
1   whether or not to listen to the attorney's advice.
2        Any questions from me before we proceed?
3        A.  No, sir, I don't have anything right now.
4        Q.  Okay.  Thanks.
5        The first thing I'd like you to do is --
6            MR. ROSENBERG:  Lindsey, if you can have the
7   notice of the deposition marked as Exhibit 1, please.
8            (Intervenor Exhibit 1 was marked.)
9        Q.  (BY MR. ROSENBERG)  And before I show you that
10  exhibit, just for the record, your full name is Germaine
11  Martinez?
12       A.  I do have a middle name, Marie.
13       Q.  What is -- where do you work right now?
14       A.  I work for the Texas Department of Public Safety.
15       Q.  And what's your present title?
16       A.  Deputy administrator.
17       Q.  And what are your duties?
18       A.  I work for the driver's license division in a --
19  in a technology and solutions service of that division
20  where I work on changes or updates or corrections to our
21  current DLS system, our driver's license system.  And I
22  also supervise 11 employees where I -- they do the testing
23  if we're making any changes to the system and doing that
24  type of project management.
25       Q.  And for how long have you been in the position of
```

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                    1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                             Pages 10..13

**Page 10**

1  deputy administrator?
2      A.  I've been AN deputy administrator for three years
3  now.
4      Q.  And before that were you also in the driver's
5  license division and technology?
6      A.  No, I wasn't in the driver's license division.  I
7  worked in our Texas online at the time.  Our Texas.gov for
8  the web services for the applications that DPS has for the
9  driver's license division.
10     Q.  And how long did you do that?
11     A.  For approximately five years.
12     Q.  And before that were you also with the driver's
13  license division?
14     A.  Yes.  My entire career has been with driver's
15  license.  So --
16     Q.  When -- go ahead.
17     A.  Prior to that position, I was a program -- I'm
18  trying to think of what my title was.  It was a program
19  administrator where I was a supervisor in our enforcement
20  and compliance division.
21     Q.  Okay.  Now, I'd like you to, if you can take a
22  look at what's been marked as Exhibit 1, which is the
23  defendant intervenor's deposition of the State of Texas
24  regarding Texas' database system.
25     A.  Okay.

**Page 11**

1      Q.  Have you seen this document before?
2      A.  Yes.
3      Q.  And you've been produced by the State as a person
4  who has the ability and experience to testify in certain
5  areas that we've described in Exhibit 1.  And I'd like to
6  turn your attention to Page 3, Roman numeral I, which is
7  subpoenaed:  Information contained in Texas's driver's
8  license system.
9          Do you see that?
10     A.  Yes, sir.
11     Q.  And going through those -- that subject --
12  caption and the parts underneath it, would you tell me
13  whether you do have the experience and expertise to -- and
14  the experience to testify and knowledge to testify in each
15  of these areas?
16     A.  Yes, sir, I do.
17     Q.  And looking at Roman numeral II, "Relationship of
18  Texas's DLS to the 'Live-Check' Database," do you have an
19  understanding as to what "Live-Check" Database means in
20  connection with its relationship to DLS?
21     A.  No, sir, I don't.  "Live-Check" is a new term to
22  me.
23     Q.  Is there a term similar to "Live-Check" that
24  would make sense in the context of Roman numeral II?
25     A.  No, sir.

**Page 12**

1      Q.  Are you -- were you involved in the production of
2  the DLS, Driver's License System Data Dictionary for the
3  parties in this case?
4      A.  Yes, sir.
5      Q.  And what was the nature of your participation?
6      A.  I e-mailed the file to my supervisor.
7      Q.  And who is your supervisor?
8      A.  Enrique Gomez.
9      Q.  And when you said you e-mailed the file, did you
10  participate in the generation of the file?
11     A.  The file is a -- is a Word document.  So I've
12  been involved in the review of that whenever changes were
13  made to it or we've added information, taken information
14  out.  So in that sense, yes.
15     Q.  Were you -- were you also involved in the
16  production of the database of the DLS in this case?
17     A.  The only information that I know of is I was
18  asked a couple of questions about what particular --
19  certain questions about a field and what that field meant.
20  But other than that, I was not involved in it.
21     Q.  All right.  So let me see if I have this
22  straight.  Who was involved in the production of the
23  database within the DLS?
24     A.  The only one I'm aware of is my supervisor,
25  Enrique, he's the one that asked me a couple of questions.

**Page 13**

1  Other than that, I'm not sure who actually provided it.
2      Q.  Do you recall the questions that he asked you?
3      A.  Not per verbatim, no.
4      Q.  Well, let's assume we're not looking for
5  verbatim.  Do you recall the fields that he questioned you
6  about?
7      A.  No, I really don't.  I mean -- to be honest, no,
8  I don't.
9      Q.  Are you familiar with the entire DLS database,
10  not simply that which was produced to the parties here,
11  but the database as a whole?
12     A.  Yes, sir.
13         MR. SWEETEN:  Objection to form.
14     Q.  (BY MR. ROSENBERG)  Can you tell me, generally
15  speaking, the types of records that are captured by the
16  database?  And by that I mean are we talking -- well, let
17  me be a little more specific so it's clear what we're
18  talking about.
19         Can you tell me the form of licenses that are
20  covered by the database?
21     A.  Okay.  We go by types of licenses.  So there is a
22  driver's license, an identification card, an occupational
23  license that the system is able to issue.
24     Q.  Any others?
25     A.  Not dealing with driver's license, no.

**Page 14**

1    Q.  How about learner's permits?
2    A.  Learner's permit, in our term, is considered a
3  driver's license.
4    Q.  And when you said ID card, what kind of ID card
5  were you referring to?
6    A.  Just the State-approved Texas identification
7  card.
8    Q.  Are you familiar with the query that was done by
9  the State in order to produce that portion of the DLS
10  database that was produced to the parties in this case?
11    A.  If you're referring to the same original one,
12  then, yes, to the extent that I answered previously.  Any
13  other query that was done, I'm not aware of.
14    Q.  And what query are you aware of?
15    A.  Just those few questions that my supervisor asked
16  me about fields.
17    Q.  Do you have an understanding of how many persons
18  are in the DLS database?
19    A.  Yes.  Approximately.
20    Q.  And what is that understanding?
21    A.  My understanding is that currently we have about
22  27 million persons in the database.
23    Q.  Does that cover -- that 27 million number cover
24  all three types of licenses , driver's license, ID card
25  and occupational license?

**Page 15**

1    A.  Yes, sir.
2    Q.  Do you have an understanding of how many persons
3  are in the database who have a driver's license as
4  compared to the ID card or the occupational license?
5        MR. SWEETEN:  I'm going to object to the
6  question.  In fact, to the last set of questions.  These
7  questions are outside of the corporate rep topics for
8  which she's designated.  You've asked her how many people
9  are on it.  I don't see that as a topic.  You're now
10  asking her questions that are way outside the scope of
11  this notice that was presented to us on April 14th.
12        MR. ROSENBERG:  Well, I disagree.  I think
13  it's certainly within the -- several of the
14  topics, including the data and information that is stored
15  on the data tables.  But are you telling her not to answer
16  the question?
17        MR. SWEETEN:  Well, ask your question.  Then
18  I'll instruct her accordingly.
19    Q.  (BY MR. ROSENBERG)  The question I asked was, do
20  you have an understanding of how many persons are in the
21  database who are driver's license holders as compared to
22  ID card holders as compared to occupational license
23  holders?
24        MR. SWEETEN:  Okay.  Again, I'm going
25  interpose an objection.  It's outside the corporate rep

**Page 16**

1  topics.  To the extent she has information related to that
2  question, I'm going to allow her to answer whether she
3  knows or not.
4    A.  No, I don't have those figures available to me
5  right now.
6    Q.  (BY MR. ROSENBERG)  Are those figures accessible?
7    A.  Yes.
8    Q.  And how would they be accessed?
9    A.  We would have to do a specific query to the
10  database to obtain that information.
11    Q.  By the way, do you know what software is used to
12  make these queries?
13    A.  No, sir.
14    Q.  Who would know that?
15    A.  One of our IT individuals.
16    Q.  I'd like you to give me an understanding of how
17  information finds its way into the DLS.  So just for
18  starters, can you generally describe how information as to
19  driver's license licensees finds its way into the
20  database?
21    A.  The information is obtained from an applicant
22  when they apply to the department.  And that information
23  is self-reported and a technician enters that information
24  into the system.
25    Q.  And how do people apply to the department?  Is

**Page 17**

1  there just one way or is there more than one way that the
2  applications are made?
3    A.  For an original applicant, they have to apply in
4  person at a driver's license office.
5    Q.  And for someone who is renewing?
6    A.  There are several options.  They can apply in the
7  driver's license, they can apply if they meet certain
8  standards through the web.  And they can apply through the
9  mail.
10        MR. ROSENBERG:  Lindsey, can we have marked
11  the DPS application as Exhibit 2, please.
12        (Intervenor Exhibit 2 was marked.)
13    Q.  (BY MR. ROSENBERG)  Ms. Martinez, I will show you
14  what's been marked as Exhibit 2.  Can you identify that
15  for the record?
16    A.  From my knowledge, this is the original
17  application form for a driver's license or identification
18  cards.
19    Q.  Do you know how long this application form has
20  been used by the DLS?
21    A.  No, sir, not specifically.
22    Q.  Can you approximate how long it's been used?
23        MR. SWEETEN:  You can answer if you know the
24  answer to that question.  Otherwise, asked and answered
25  objection.

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.        1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                   Pages 18..21

Page 18

1    Go ahead.
2    A.  For this particular one, I can tell you from the
3    revision date it was from November of 2011.  The
4    department has always required some form of application to
5    be submitted but it's taken different forms.  It's taken
6    different forms, and I wouldn't know what was on those
7    other forms.
8    Q.  (BY MR. ROSENBERG)  Drawing your attention to the
9    first page of the form where it says -- do you see where
10   it says SEX and is there a check-off box for MALE, the
11   check-off box for FEMALE.  Then next to it says RACE with
12   a blank.  Do you see that?
13   A.  Yes.
14   Q.  Has the question as to race to your knowledge
15   been on the application forms for Texas driver's license
16   for a period of time prior to November of 2011?
17        MR. SWEETEN:  Ezra, I'm going to ask you,
18   are you asking this question under 9 of the corporate rep
19   topic how information is gathered from individuals for the
20   database?  Because if so, I think that you are asking a
21   specific question as to a form and when generated is
22   beyond that.  I'm going to go ahead and let her answer to
23   the extent she knows, but I think you're afield of the
24   topic.
25        Go ahead.

Page 19

1        MR. ROSENBERG:  Well, Patrick, I appreciate
2    your objections.  We also have No. 8 which is "Information
3    in DLS relating to race or ethnicity."  You already
4    mentioned No. 9.  I think it's fairly within No. 2.  We
5    can proceed, and she can answer it if she can.
6        MR. SWEETEN:  Go ahead.  You can answer if
7    you know the answer to that question.
8    A.  Since I've worked for the department, we've
9    gathered the race on the application, yes.
10   Q.  (BY MR. ROSENBERG)  And has the question been
11   posed in the same way, meaning the person's been asked to
12   write down race into a blank field or has there been a
13   different form for the question as to race as far as you
14   know?
15        MR. SWEETEN:  Same objection.
16        You can answer if you know the answer to
17   that.
18   A.  I don't truly know if there has ever been another
19   way to do it.
20   Q.  (BY MR. ROSENBERG)  Is this the way that it's
21   been done as far as you can -- as long as you can
22   remember?
23   A.  Yes, sir.
24   Q.  And how long is that for?
25   A.  I mean, I've worked for the department for a

Page 20

1    little over 22 years.  So as far as I can remember it's
2    been that way.
3    Q.  Does the DLS maintain documents that track
4    changes in application forms for the Texas driver's
5    license or identification card?
6    A.  Not that I'm aware of, no.
7    Q.  Do you know if DLS maintains a -- an archive of
8    prior application forms?
9    A.  Can you clarify what you're meaning by the prior
10   applications?
11   Q.  To the extent that there have been changes in the
12   application for Texas driver's license or identification
13   card, do you know if DLS maintains prior forms?
14   A.  No, sir, DLS does not maintain them.
15   Q.  Is the -- is the practice of obtaining
16   information for application for the Texas driver's license
17   the same from county to county?
18   A.  Yes, sir.
19        MR. ROSENBERG:  Lindsey, could you have
20   marked as the next exhibit the DLS data dictionary.
21        MS. STELCEN:  Sure.
22        (Intervenor Exhibit 3 was marked.)
23        MR. SWEETEN:  I'm going to have the witness
24   take a minute to review the document that you've handed
25   her.  It's voluminous.

Page 21

1        MR. ROSENBERG:  That's fine.  She can take
2    her time.
3        (Witness reviews document.)
4    A.  Okay.
5    Q.  (BY MR. ROSENBERG)  Turning your -- first of all,
6    are you familiar with this document?
7    A.  Yes, sir.
8    Q.  And can you state for the record what this
9    document is?
10   A.  It's the Driver's License System Data Dictionary.
11   Q.  And were you involved in the generation of this
12   document?
13   A.  Okay.  For the generation of it as far as -- can
14   you explain what you mean for the generation, for --
15   Q.  Sure.  Just for the record, is this a document
16   that you described previously that you e-mailed the file
17   pursuant to the request by your supervisors?
18   A.  Yes, sir.
19   Q.  And this is the Word document that you referred
20   to?
21   A.  Yes, sir.
22   Q.  Turning your attention to -- and can you tell me
23   what this document -- what the purpose of this document
24   is?
25   A.  To assist the programmers and the users of the

**Page 22**

1  system knowing what the fields are that -- and the
2  definition of the fields that are in the system.
3  Q.  And does this document contain all of the fields
4  in the DLS system?
5  A.  Without reviewing field by field, I would be
6  hesitant to say completely yes.
7  Q.  Well, what is your --
8  A.  Because --
9  Q.  -- purpose in producing the document to produce
10  all of the fields in the DLS system?
11  A.  I'm not sure I'm clear on the question again.
12  I'm sorry.
13  Q.  All right.  Let me back up and ask this.  You
14  said that you produced this file in response to a request
15  from, was it Mr. Gomez?
16  A.  Yes, sir.
17  Q.  And what was the request that you received from
18  Mr. Gomez?
19  A.  To give him the data dictionary that we have.
20  Q.  And is it your understanding that the data
21  dictionary contains all fields in the DLS?
22  A.  Yes, it should be obtaining all the fields in the
23  DLS.
24  Q.  Turning your attention to Page 7, numbered Page 7
25  of the document, a Field 23, Race.

**Page 23**

1  A.  Yes, sir.
2  Q.  Where does the information -- first of all, let
3  me ask this.  How long was -- for what length of time, as
4  far as you know, has Field 23 been used in the form as it
5  exists on Exhibit No. 3?
6  A.  Since we implemented the DLS in April of 2009.
7  Q.  Before April of 2009, what system was used?
8  A.  It was called the distributed driver's license
9  system, also known as DDL.
10  Q.  How did the distributed driver's license system
11  differ from the DLS system?
12  A.  It did not have the H for Hispanics in that
13  field.  It was not allowed.
14  Q.  And you're focusing only on Field 23 in terms of
15  differences?  Is that how you understood my question?
16  A.  Yes, sir.
17  Q.  And you said that one difference was it did not
18  have the H for Hispanic, and I think you said because it
19  was not allowed?
20  A.  It wasn't a -- it wasn't programmed to accept
21  that value in the system.
22  Q.  And do you know why it wasn't programmed to
23  accept that value in the system?
24  A.  No, I -- no, I don't.
25  Q.  Was there any information in the system prior to

**Page 24**

1  April 2009 that would provide information as to whether a
2  person was considered by this system to be Hispanic?
3  A.  No, sir.
4  Q.  Other than the difference that the prior system
5  did not have an H for Hispanic, were there any other
6  differences between the DDL and the DLS in terms of
7  Field 23?
8  A.  No, sir, not that I'm aware of.
9  Q.  At the right-hand column under Description, it
10  says:  Race of the Customer (match with PDPS).
11  Can you tell me what that means?
12  A.  For the PDPS portion of that?
13  Q.  Yes.  What does that phrase "match with PDPS"
14  mean?
15  A.  PDPS is a problem driver pointer system.  It's a
16  national database of where all the states input driver
17  information into the system if they have been suspended or
18  revoked in their state.
19  Q.  And can you explain why the parens "match with
20  PDPS" appears in Field 23 but not in many of the other
21  fields?
22  A.  The PDPS only allows certain fields.  It's a
23  pointer system, so there is just basic information in
24  that.  It doesn't have all the information that a state
25  has on a driver.

**Page 25**

1  Q.  And when it says "match with PDPS," what is done
2  in the system?  What does that mean in terms of what is
3  done in the system?
4  A.  To be clear, I'm not sure what the intent of the
5  person that put it there was on.  I mean, I'm not sure who
6  put that particular verbiage in there.
7  Q.  Do you know if there is any matching that is done
8  as to race of the customer?
9  A.  No.
10  Q.  You don't know or there is none done?
11  A.  There is none done.
12  Q.  Do you know if it's possible to do matching as to
13  race of customer?
14  A.  For the --
15  MR. SWEETEN:  I wanted to clarify the
16  question.  Matching, Ezra, with -- matching with what?
17  MR. ROSENBERG:  PDPS.
18  MR. SWEETEN:  With PDPS system?  The
19  national --
20  MR. ROSENBERG:  Yes.
21  MR. SWEETEN:  Okay.
22  A.  The Race on the PDPS system is an optional field.
23  Many of the records in there don't have a value, so
24  programming can always be done to do whatever you need it
25  to do, but we don't have a reason to do that.

Page 26

1     Q.  (BY MR. ROSENBERG)  Looking at the column that
2   says Field Validation Rules, in Field 23, the "O" for
3   "Other," do you see that?
4     A.  Yes, sir.
5     Q.  You tell me what Other covers.
6     A.  Race is self-reported by the individual.  So
7   Other could be put for anything other than one of the
8   categories that's listed here if the individual believes
9   that they don't meet any of the categories that are
10  already listed.
11        MR. ROSENBERG:  I just have to take a
12  two-minute break because we're trying to get something
13  filed with the Court in connection with this case by 11:00
14  today.  So if we can just take a couple-minute break,
15  we'll be right back.
16              (Break.)
17        MR. SWEETEN:  We're back on here in
18  beautiful Austin, Texas.  Is everybody on the call?
19        MR. ROSENBERG:  Yes, we are.
20        MR. SWEETEN:  Ezra, before we get going, can
21  we talk a little bit about the 11:30 conference?  I would
22  assume many of the participants on this call are going to
23  need to be on that call.  I'm certainly planning to be as
24  well so I wonder if we want to do a hard stop at 11:20 and
25  then figure out what we're going to do.

Page 27

1         MR. ROSENBERG:  That makes perfect sense.
2         MR. SWEETEN:  Great.
3         MR. ROSENBERG:  I think the judge said that
4   conference was going to go just a half hour.  I thought
5   she said that.  And if so, hopefully we'll be able to get
6   back in shortly after 12 o'clock your time, 1 o'clock our
7   time.
8         MR. SWEETEN:  All right.  Thank you, kindly.
9   With that, I think we're all back and ready to go.
10    Q.  (BY MR. ROSENBERG)  Let me back up just a bit and
11  ask a couple more questions on some topics we touched on
12  earlier.
13        Ms. Martinez, you testified that certain
14  people who were renewing or eligible for mailing in.  Is
15  everyone who renews eligible to mail in their application?
16    A.  No, sir, they're not.
17    Q.  What are the criteria that allows some persons to
18  use that option and others not?
19        MR. SWEETEN:  I think this is outside the
20  scope, but I'm going to let her answer to the extent she
21  has any information on this question.
22    A.  The basic criteria is that you could not have
23  renewed through the mail or online the last time that you
24  renewed.  You have to have an image on file with us.  You
25  can't, of course, be suspended or have any issues like

Page 28

1   that with it.  Those are the basic criteria for that.
2     Q.  (BY MR. ROSENBERG)  Are those criteria written
3   down anyplace?
4     A.  Yes.
5     Q.  And where are they written down?
6     A.  In our documentation that deals with how we
7   program the system.
8     Q.  Is there a specific title for -- that would
9   describe the documentation as to how to program the
10  system?
11    A.  There is -- there is what we call use cases that
12  deal with the different aspects of what the requirements
13  are for the system.
14    Q.  Use cases, U-S-E?
15    A.  Yes.
16    Q.  Also, I asked a couple of questions as to whether
17  or not the database -- the DLS data dictionary that was
18  produced contains all the fields.  Are you aware of any
19  fields that are not in the -- what's been marked as
20  Exhibit 3?
21    A.  No, sir, not off the top of my head.
22    Q.  Are there previous versions of the DLS data
23  dictionary that are maintained by DLS?
24    A.  DLS doesn't maintain the information.  So, no,
25  there is no previous versions of that.

Page 29

1     Q.  Are there previous versions, to your knowledge,
2   that are maintained by other State agencies?
3     A.  No.
4     Q.  Now, getting back to Field 23 and the information
5   in that field.  Is there -- I take it when we broke we
6   were talking about Other.  And I think the question I
7   asked was what does Other cover, and I'm not sure if I got
8   an answer when we broke.
9     A.  If I remember correctly, I had stated that the
10  Race was a self-reporting field and that if the individual
11  that is applying decided that they did not meet one of the
12  other criterias, they could choose Other.
13    Q.  If a person -- are you familiar with situations
14  where the person has filled in "black and Hispanic" where
15  it said Race?  Or more than one race?
16    A.  Not particularly, no, sir.
17    Q.  Is there a way of capturing people who identify
18  themselves as multi-racial in this field?
19    A.  No, sir.
20    Q.  Do you know whether or not people who've -- who
21  identify themselves as multi-racial are included within
22  the designation of Other?
23    A.  No, sir.  Since it's a self-reported field, we
24  don't question their choice.
25    Q.  What instructions are -- if any, are given to

**Page 30**

1　those who input into Other, under Field 23, as to how to
2　treat self-reporting that does not use the word "Black,"
3　that does not use the word "Hispanic," that does not use
4　the word "White," that does not use the phrase "American
5　Indian/Alaskan Native," that does not use the phrase
6　"Asian/Pacific Islander"?
7　　　　　　MR. SWEETEN:  I'm going to object to the
8　question that it is outside the scope of the corporate
9　representative topic.  And to the extent that the witness
10　has any knowledge and can answer the question, I'm going
11　to allow her to do so.  Though it is outside the scope.
12　　　　　　Go ahead.
13　　　　　　MR. ROSENBERG:  For the record, it's clearly
14　with the scope under Nos. 2, 8 and 9.
15　　　Q.　(BY MR. ROSENBERG)  But you can go ahead and
16　answer the question.
17　　　A.　Can you repeat the question again.  I'm sorry.
18　　　　　　MR. SWEETEN:  Hold on a second, Ezra, before
19　we do that.  I just want to clarify.  I mean, we're here
20　to talk about the Texas driver's license system, the DLS
21　database or specific subtopics under that.  You're asking
22　questions about the specific application process that
23　extends beyond what has been outlined in this topic list.
24　So I want to be clear that I believe that this is outside
25　the scope of this corporate representative 's topics.

**Page 31**

1　Again, I'm not going to instruct her not to answer that
2　question.
3　　　　　　With that, you can go ahead and rephrase
4　your question.
5　　　　　　MR. ROSENBERG:  Sure.  And I understand your
6　belief, but we believe at least as strongly, that it is
7　fairly within how information is gathered from individuals
8　for the database.  That's precisely the questions I'm
9　asking, information in DLS relating to race or ethnicity,
10　those are precisely the questions I'm asking.
11　　　　　　But in any event, let's move ahead.  And
12　I'll rephrase my question or at least state it again.
13　　　Q.　(BY MR. ROSENBERG)  In Field 23, Field Validation
14　Rules, there are six values, correct?
15　　　A.　Yes, sir.
16　　　Q.　If someone does not put in the precise word
17　"American Indian/Alaskan Native," "Asian/Pacific
18　Islander," "Black," "Hispanic" or "White," are there any
19　instructions that DLS has as to how to categorize that
20　person?
21　　　　　　MR. SWEETEN:  Same objection.
22　　　　　　You can answer if you know.
23　　　A.　The only instructions is, is that the individual
24　believes that they don't fall into one of these categories
25　and they choose Other.

**Page 32**

1　　　Q.　(BY MR. ROSENBERG)  But does the person write
2　down the word "Other," only if the person writes down the
3　exact word "Other," does it then appear as "Other" in this
4　field?
5　　　A.　They could write down "Other" or "O."  If they do
6　write down something other than one of the required -- one
7　of the fields that the system takes, then the individual
8　asks them, "Which category do you believe you fall into?"
9　　　Q.　So that the -- is there an instruction -- are
10　there written instructions to the field that deals with
11　the subject of how to get information from people for
12　purposes of this database?
13　　　A.　Since I'm not in that area of dealing with the
14　actual employees in the field, I would hesitate to say
15　what their instructions have been and what is written.
16　　　Q.　Are you aware of whether or not there are any
17　written instructions of that kind?
18　　　A.　There have been training manuals when we
19　implemented the system that were produced.  Other policies
20　and stuff, I'm not -- I don't know what they have anymore
21　or what they -- really what they have.
22　　　Q.　Just so I'm clear, the person who is -- who
23　applies has this blank answer to fill in for Race,
24　correct?
25　　　A.　Yes, sir.

**Page 33**

1　　　Q.　And that person is not told before he or she
2　fills out that list that there are these precise words
3　that must be used, correct?
4　　　A.　Not --
5　　　　　　MR. SWEETEN:  Objection; asked and answered,
6　objection; outside the scope.
7　　　　　　You can go ahead and answer the question to
8　the extent that you have knowledge of it.
9　　　A.　That's correct, there is no indication on the
10　form.
11　　　Q.　(BY MR. ROSENBERG)  So my question is, how does
12　the department when it's deciding how to input that
13　information decide how to categorize someone into one of
14　these values in Field 23?
15　　　A.　The department doesn't decide to categorize them.
16　If the individual leaves that field blank, the employee
17　asks them what category they fall into and have them fill
18　in that field.
19　　　Q.　I'm taking the example of a person who has not
20　left it blank but has written in, say, "black and
21　Hispanic."  What would happen in that circumstance?
22　　　　　　MR. SWEETEN:  Same objection.
23　　　　　　Go ahead and you can answer.
24　　　A.　The employee would ask them, "You have to choose
25　one way or the other, which one do you choose?"

**STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.**                1:11-CV-00128
**Germaine Mary Martinez on 04/17/2012**                              Pages 34..37

---

Page 34

1    Q.  (BY MR. ROSENBERG)  But do those employees have
2    those categories that appear in Field Validation Rules
3    next to Field 23 on Exhibit 23 with him or her?
4              MR. SWEETEN:  I'm going to object, outside
5    the scope and calls for speculation.
6              You can answer if you know.
7    A.  Actually, they're listed in the system.  It's a
8    drop-down field that the employee chooses the option.  So
9    it's available to them in the screen.
10   Q.  (BY MR. ROSENBERG)  Okay.  So it's a drop-down
11   field in the system.  How long has the drop-down field in
12   the system been in use?
13   A.  Since April of 2009.
14   Q.  And before April of 2009 what system was in use?
15   A.  The DDL system.
16   Q.  And did that have a drop-down field?
17   A.  No, sir.
18   Q.  What, if anything, did it use to deal with
19   gathering of this information?
20   A.  It was a one-byte field that the employee chose
21   one of these options to put into based on what the
22   applicant put on their application.
23   Q.  I think you testified earlier that there was not
24   information in the system as to whether or not one was
25   Hispanic until April of 2009; is that correct?

Page 35

1    A.  That's when the system was implemented, yes.  So
2    that's correct.
3    Q.  Once information as to certain licensees'
4    ethnicity, in terms of whether they're Hispanic or not is
5    in the system, how is that information treated in the
6    system?  By that I'll be much more specific.  Do you go
7    back and revise prior information?
8    A.  No, sir.  It's only undated when the applicant
9    reapplies for some reason and if they chose to change it
10   on their application at that time.
11   Q.  I'd like to turn your attention to -- on the same
12   page of that document Field 26 where it says:  U.S.
13   Citizen.
14   A.  Yes, sir.
15   Q.  How long has Field 26 been used?
16   A.  I don't have a specific date of when that began
17   in the old DDL system.
18   Q.  Has it been used as long as you can remember?
19   A.  Yes.  I mean, I just don't have a clearcut time
20   frame of when it began and when it wasn't there.
21   Q.  Does DLS update information as to an individual
22   when the person -- as to citizenship when the person
23   renews?
24   A.  If that information has changed, then, yes, it's
25   updated.

Page 36

1    Q.  Now, are you familiar with any other fields in
2    the system that also relate to citizenship?
3    A.  No, sir.
4    Q.  Let me turn your attention to Field No. 255.  On
5    Page 55.  Do you see that?
6    A.  Yes, sir.
7    Q.  And is that field entitled Citizenship Country?
8    A.  Yes, sir.
9    Q.  And would you agree that that relates to
10   citizenship?
11   A.  Yes, sir.
12   Q.  Do you know why that field is used, what the
13   purpose is of that field?
14   A.  That is used during our hazardous material
15   endorsement application that the individual has to
16   complete when they apply for a hazardous material
17   endorsement with their commercial license.
18   Q.  If you have an individual in the system who -- in
19   one part of the system and you have information as to the
20   hazardous material endorsement citizenship in the other
21   part of the system, is there a procedure to reconcile any
22   inconsistencies as to citizenship information as to that
23   individual?
24   A.  No, sir.  Not that I'm aware of.
25   Q.  And on the next page, Page 56, Field No. 256,

Page 37

1    Alien Registration Number.  Is that also dealing with
2    hazardous material endorsement or is that something else?
3    A.  It actually deals with the hazardous material
4    endorsement as well as if the individual presents the
5    document to us for proof of their lawful presence or proof
6    of their identity, that alien registration number is also
7    inputted into the system.
8    Q.  And, again, you would agree that that Field
9    No. 256 also relates to citizenship?
10   A.  I don't know that I would agree to that, but...
11   Q.  Well, do you have an understanding of what "alien
12   registration number" means?
13   A.  Yes, sir.
14   Q.  And what's that?
15   A.  It's the registration number that INS, or DHS
16   now, provides to an individual that has been lawfully
17   present in the U.S.
18   Q.  And would that relate to the issue of whether or
19   not that individual is a citizen or not?
20              MR. SWEETEN:  Objection to the question.
21   It's vague.  Asked and answered.  It's also outside the
22   scope.
23   Q.  (BY MR. ROSENBERG)  You may answer as your
24   attorney has not directed you not to answer.
25   A.  I could see your point.  I understand your point

---

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                    1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                              Pages 38..41

Page 38

1   that it could relate to the citizenship.
2        Q.  And, again, if that information is there as an
3   applicant who in another part of the system has an
4   indication of -- a different indication as to citizenship,
5   is there anything in this system that tries to reconcile
6   those two pieces of information?
7             MR. SWEETEN:  Again, asked and answered.
8             You can go ahead and answer if you --
9             MR. ROSENBERG:  Actually, I have not asked
10  that question.
11       A.  No, there is no -- no, there is no reconciliation
12  between the two.
13       Q.  (BY MR. ROSENBERG)  And turning to Field No. 265
14  which says:  INS Eligible.
15            And the description is:  Whether or not the
16  applicant meets the eligibility requirements for
17  immigration status.
18            First, do you agree that that field relates
19  to citizenship?
20            MR. SWEETEN:  Objection to the form.  You're
21  asking her if she thinks that "INS eligible" means the
22  same as "INS citizenship"?  How is that anywhere within
23  the scope of the topic?  She's here to talk about a
24  database.  She's here to talk about what's in it.  And
25  you're asking her to interpret how something is similar.

Page 39

1   That's your argument to make if you want to make it, but
2   not through this witness.  So I'm going to object to that,
3   argumentative and it's outside the scope of this topic.
4             MR. ROSENBERG:  I'm asking her for her
5   understanding of the description here which says:  Whether
6   or not the applicant meets the eligibility requirements
7   for immigration status.
8        Q.  (BY MR. ROSENBERG)  That's my question.
9             MR. SWEETEN:  You can answer if you have an
10  answer to that question.
11       A.  I'm sorry.  Can you repeat it one more time.
12            MR. SWEETEN:  We could have the court
13  reporter read it back.
14            (Discussion off the record.)
15       Q.  (BY MR. ROSENBERG)  Field No. 265 where it says,
16  "Whether or not the applicant meets the eligibility
17  requirements for immigration status," can you explain to
18  me what your understanding of that field is?
19            MR. SWEETEN:  Same objection.
20       A.  Again, it's based on the hazardous application
21  that the individual is applying for their hazardous
22  material endorsement.
23       Q.  (BY MR. ROSENBERG)  And looking at Field No. 642,
24  which is on Page 138 which is entitled:  U.S. Citizen Born
25  Abroad.

Page 40

1             Do you have an understanding of what the
2   purpose of that field is?
3        A.  Other than the fact that it's dealing with their
4   hazardous material endorsement and the federal government
5   requires that on there, no.  I mean, that's -- it's part
6   of that application.
7             MR. ROSENBERG:  Lindsey, could you have
8   marked, and actually I think, Patrick, or, Reynolds, you
9   have --
10            MS. STELCEN:  Is it your e-mail from this
11  morning?
12            MR. ROSENBERG:  Yeah.
13            (Intervenor Exhibit 4 was marked.)
14            MS. STELCEN:  This will be marked as
15  Exhibit 4.
16            THE WITNESS:  Okay.
17       Q.  (BY MR. ROSENBERG)  Before you take a look at
18  that, one last question in the area we were just
19  discussing.  Field No. 26 dealing with citizenship, is
20  that information asked of every applicant whether they're
21  applying for a driver's license or hazardous material or
22  occupational license or anything?
23       A.  Yes, sir.
24       Q.  Okay.  I'd like to show you a document that we
25  went over this morning that's now Exhibit 4, am I correct?

Page 41

1             MS. STELCEN:  Correct.
2        Q.  (BY MR. ROSENBERG)  I'll represent to you that
3   this is a document that our people have gotten from -- by
4   printing out data from the database that's been introduced
5   by the State in connection with the DLS data.  And we've
6   removed from this document the names of the person and
7   we've also removed any reference to the social security
8   numbers, and particularly since we only have the last four
9   digits of the social security numbers, we've removed those
10  references.
11            First I'd like to draw your attention to the
12  first two lines where the data that we have -- if you look
13  across, I will represent to you that the name of the
14  person would be precisely the same as you see the birth
15  date there is December 9th of 1919.  The driver's license
16  numbers are the same, the address are the same, the city
17  is the name, the ZIP is the same.  And the only difference
18  is one has a county designation and the other does not.
19            Do you see that?
20       A.  Yes, sir.
21            MR. SWEETEN:  Ezra, I assume that you're
22  telling her the name you've omitted is the same on both of
23  those?  Is that correct?
24            MR. ROSENBERG:  That's correct.  And the
25  last four digits of the social securities would be the

**Page 42**

1  same.
2          MR. SWEETEN:  So with that representation
3  made by counsel, you can go ahead and answer the question.
4      A.  So yes, I do see that.
5      Q.  (BY MR. ROSENBERG)  Can you explain, if you can,
6  why we would have a duplicate like that from the data that
7  was produced to us by the State?
8      A.  Since it has the same driver's license number, I
9  would believe that they pulled both the mailing address
10  and the physical address for you.
11     Q.  But the address is the same, also?
12     A.  Yes.  Our system requires both a physical and a
13  residential -- I mean, a residential and a mailing
14  address.  And if they're the same, they're both populated
15  that way.
16     Q.  And why would there be one having a county
17  designation and the other not?
18     A.  Because a physical address is supposed to be in
19  Texas and the mailing address can be anywhere, and so
20  there is no county in the majority of places other than
21  Texas.  So we don't require a county code.
22     Q.  So is there a field that we don't have of mailing
23  address that would have explained that?
24     A.  I'm not clear on your question.  I'm sorry.
25     Q.  If we had a field that showed the mailing

**Page 43**

1  address, would that -- at least according to what you
2  think happened here, would that at least perhaps explain
3  why we have a duplicate of a person?
4      A.  Yes.
5      Q.  Also -- look on this page, you'll see that 1
6  through 47 and then the next page, actually, goes 48
7  through 94, all have birth dates of 1919.  Do you see
8  that?
9      A.  I only have two pages, so...
10     Q.  Right.  Two pages.  And it's -- the 1 through 94
11  are the left-hand column.
12     A.  Okay.
13     Q.  Are these persons who are, to your knowledge, if
14  they're listed in this database that they are still alive?
15          MR. SWEETEN:  If you know.
16     A.  No, I wouldn't know because I don't know what the
17  criteria was for the query to run for you.
18     Q.  (BY MR. ROSENBERG)  Who would know that,
19  Mr. Gomez?
20     A.  I don't know if he knows or not, but he would be
21  the one that I know of that could be asked if he knows.  I
22  don't know what he knows.
23     Q.  Looking at the same document in the same page, if
24  you look at left-hand column numbers 31 and 32.  And,
25  again, I would represent to you that 31 and 32 have the

**Page 44**

1  same name and the same last four digits of the social
2  security number.  And if you see under Driver's License
3  Number column, there is a different driver's license
4  number for that person.  Do you see that?
5      A.  Yes, sir.
6      Q.  Do you have an understanding as to why the system
7  would have different driver's license numbers for the same
8  person?
9      A.  This could possibly represent the fact that the
10  person has both an identification card as one person
11  record and a driver's license as another person record.
12  And, therefore, they gave you both the mailing address and
13  the physical address for both cards.
14          Actually, it's the same person record.  They gave
15  you a mailing and physical address for the driver's
16  license and mailing and physical address for the
17  identification card.
18     Q.  I see.
19          Can you tell me, Ms. Martinez, which -- and I'm
20  moving away from this document right now -- which fields
21  in the DLS are relevant to the -- an inquiry as to whether
22  or not a person has a valid driver's license?
23     A.  It's going to depend on what your definition of
24  "valid" is.
25     Q.  I'm happy to use your definition of "valid."

**Page 45**

1      A.  Okay.  My definition of valid would be one that
2  is not expired and is not suspended, canceled, revoked,
3  denied or taken away for some reason.  So those, by that
4  definition, we would have a card status that would tell us
5  whether or not the license, what the status is based on --
6  for the expiration date.  We have a record status that
7  would tell us whether or not the person was eligible or
8  suspended for some reason.  And we also could look at
9  administrative statuses and card -- another type of card
10  status that would tell us if there is something else going
11  on with that record.
12     Q.  So, for example, turning your attention to Field
13  No. 37.
14     A.  Yes, sir.
15     Q.  Which is Surrendered.  Would that be an
16  indication of whether or not that person holds a valid
17  license?
18     A.  No, sir, not necessarily.  No.
19     Q.  What does that field describe, then?
20     A.  That's the field when an individual comes in and
21  surrenders their license to us from another state, we
22  input that state information and that card number into
23  that field.  It's maintained on the database so it's not
24  an indication that something didn't happen after that.
25     Q.  Thank you.

**STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.**   1:11-CV-00128
Germaine Mary Martinez on 04/17/2012   Pages 46..49

**Page 46**

1   How about Field No. 113 through 123, do those
2   relate to whether or not a person has a valid license?
3       A.   113 through 115?
4       Q.   Through 123.
5       A.   Through 123.
6            They do, but there is -- the easier way of doing
7   that is to look at the actual card status that says
8   whether or not he's eligible or not eligible.
9       Q.   And where would we find that?
10      A.   I'd have to look through the data dictionary.  I
11  don't know the number off the top of my head.
12      Q.   Let me just try one off the top of my head.  340?
13      A.   Yes, that's the -- I'm sorry.  I was saying card
14  status.  It's a License Status.
15      Q.   And that -- is that the field that you think
16  would be the field that would best provide information as
17  to whether a person has a valid license?
18      A.   That's one of the fields, yes, sir.
19      Q.   Okay.  And I think you also mentioned that there
20  was something called a record status?
21      A.   This is what I was referring to as the record
22  status is the License Status.  And then there is the
23  actual -- it may actually be called an issuance status.
24      Q.   306.  Would you look at that, please?
25      A.   Yes, sir.  That's what I was referring to as far

**Page 47**

1   as if he's expired or if he's active.
2       Q.   Now, Field 135 which says License Confiscated,
3   with a question mark.  Is that data also captured within
4   fields 306 and 340?  Or is that separate data?
5       A.   No, that's separate data.
6       Q.   And if a person's license is confiscated, would
7   you then consider that person not to have a valid license?
8       A.   Not until the enforcement action was taken effect
9   on him.  The confiscation is dealing with your
10  administrative license revocation, your ALR.  And so it's
11  just an indicator for that particular enforcement action.
12      Q.   And similarly on page -- next page, License
13  Surrendered, 143, is this the same sort of surrender as
14  you talked about before or is this a different sort of
15  surrender?
16      A.   This should be a different sort of surrender
17  based on if the individual chooses to give up his ID card
18  or his driver's license for some reason.
19      Q.   And if a person gives up his ID card or his
20  driver's license, do you consider that person to be
21  holding a valid license?
22      A.   No, sir.
23      Q.   And Field No. 171, which is Enforcement Action
24  Type, does that field relate to field -- either of the
25  status fields you talked about earlier?

**Page 48**

1       A.   It's a little more complicated than that because
2   you're dealing with multiple information.  This is just
3   one of the fields in the enforcement action that tells you
4   what type of action we're taking.  Depending on the dates
5   of that action and where it is in the process would
6   determine the license status of not eligible or eligible.
7       Q.   So the information there would be captured under
8   License Status in a summary form?
9       A.   No. The information here is just based on that
10  particular enforcement action and where it falls under the
11  statute.  If it's under a revocation or a
12  disqualification.  Based on the dates of that enforcement
13  action when it began and what the current date is, when it
14  ends, what the status is of that enforcement action going
15  through the process would then determine what the record
16  status, the license status of the entire license.
17      Q.   And that would get into Field 340, then?
18      A.   Let me look at 340.  Yes, sir.
19      Q.   And by the way, going back to -- maybe we can use
20  340 as an example.  Yeah.
21           340 has five values, correct?
22      A.   Yes, sir.
23      Q.   And are values entered in that field for
24  everyone?
25      A.   Yes, sir.

**Page 49**

1       Q.   Whenever we have fields that have more than one
2   values, is it the practice of DLS to always enter a value
3   in that field as opposed to leaving some of the fields
4   blank?
5       A.   Yes, sir.  It's a hierarchy.
6       Q.   Meaning -- I'm not sure I understand your answer.
7   When you say it's a hierarchy, what do you mean?
8       A.   That if we find that the person's reported
9   deceased, that takes precedence over any other status.  So
10  we have the statuses listed in a hierarchy to tell you
11  which one takes precedence over the other one.
12      Q.   What is the hierarchy?
13      A.   This is, again, without any notes or
14  documentation that I have, but I believe that Reported
15  Deceased is first as far as that's the -- going, I guess,
16  from top to bottom in my way of thinking -- is Reported
17  Deceased, Not Eligible.  And these two have actually been
18  combined, the two -- the NOT and the NEN.  The NEN is no
19  longer there.  It's just a Not Eligible.  Then there is
20  Not Eligible CDL, Eligible Non-CDL, and then there is
21  Licensed.
22      Q.   And going back to Field 23 dealing with Race, if
23  nothing is filled out in Race, does -- is that just left
24  blank in the database or is a field always filled in?
25           MR. SWEETEN:  Ezra, what number did you say?

**Page 50**

1    I didn't hear.

2                MR. ROSENBERG:  23.

3                MR. SWEETEN:  23.  Okay.  We're back to 23.

4                MR. ROSENBERG:  Yeah.

5                MR. SWEETEN:  Go ahead.  You can answer.

6        A.  If we're doing an actual issuance of a license or

7    identification card and it's a required field, we do have

8    what we call on-license records in the system, and they

9    are established based on the fact that a person -- that a

10   court convicts somebody of something and we don't have a

11   record of them on the system, so many times we don't know

12   what their race was.

13       Q.  (BY MR. ROSENBERG)  But in terms of Field 23, my

14   question is, is that field ever left blank?

15       A.  For a driver's license or identification card,

16   no.

17       Q.  And but for what other -- in what other

18   circumstances would that field be left blank?

19       A.  It could be left blank if we establish an

20   on-license record where we don't know what the

21   individual's race is.

22       Q.  Can you give me an example of an on-license

23   record?

24       A.  An individual that has never applied for and

25   obtained a driver's license or identification card in

**Page 51**

1    Texas obtains a DWI conviction in Texas.  The court

2    reports that to us and we establish an on-license record

3    so we can take suspension action to withdraw his driving

4    privileges in Texas.

5        Q.  Just so I understand this, the DLS database will

6    include people who are not applicants for a license under

7    a certain circumstances?

8        A.  Yes, sir.

9        Q.  And one example is an out-of-state driver who

10   gets stopped for some sort of infraction such as DWI?

11       A.  Yes, sir.

12       Q.  Are there other examples where people who are not

13   applicants for licenses are in the database?

14       A.  The only other example that we have is we have

15   what's called a parent-taught application where parents

16   apply for a parent-taught package and a record is

17   established in the system for that child at that time to

18   show that we mailed the parent-taught information to them.

19       Q.  And getting back to the example of an

20   out-of-state driver -- or I should say getting back to the

21   example of somebody who has an out-of-state license who is

22   stopped for a DWI, what -- if I wanted to identify who

23   those people are, is there a field that I would look at?

24       A.  We determine -- the basic way we determine is

25   that we don't have a driver's license or an ID card

**Page 52**

1    assigned to that individual.

2        Q.  Right.  But that person is still in the system?

3        A.  Yes.

4        Q.  But not with a driver's license or an ID card,

5    but there might be people like that who are Texas

6    citizens?

7        A.  Sure.

8        Q.  So, again, if I wanted to identify them, is there

9    a way of identifying them in the system?

10       A.  No, we don't distinguish why we establish the

11   on-license record.

12       Q.  If I wanted to pull up Texas citizens who are in

13   the system but who don't have a driver's license, could

14   that be done?

15       A.  No, sir.

16       Q.  Give me a second, please.

17           Ms. Martinez, getting back to the various

18   statuses and just so I have it straight.  Record Status, I

19   think you testified, is the same as License Status.  Which

20   field is card status?

21       A.  So -- let me go back and look.  Hold on.

22       Q.  Sure.

23           (Witness reviews document.)

24       Q.  (BY MR. ROSENBERG)  Just to help speed things up,

25   is there -- Issuance Status and Card Status, are they the

**Page 53**

1    same thing?

2        A.  No.  The two statuses that I was referring to was

3    the issuance status where it's showing he's eligible or

4    licensed and then status dealing with whether he's expired

5    or not expired.  And occasionally I get the terms mixed up

6    as far as what they're called.  So those are the two

7    fields that I was referring to.

8        Q.  And one of them was 340, which is the eligibility

9    status, right?

10       A.  The License Status, yes.

11       Q.  And which -- the other is expired or not expired,

12   which is the card status and where would we find that?

13       A.  That was actually the DL Issuance Status, 306.

14       Q.  Okay.  And I think you also discussed or

15   mentioned something called administrative status.  Is that

16   different from card status?

17       A.  Yes.  The administrative status is different than

18   that.

19       Q.  What is that and where can we find that?

20       A.  I don't know what the number is in here.  But an

21   administrative status deals with certain actions that we

22   may take against the individual just based on

23   administrative functions.

24       Q.  And can you give me an example?

25       A.  For example -- and let me find the field before

Page 54

```
 1   I --
 2       Q.  Sure.
 3       A.  -- say something that's not right.
 4           (Witness reviews document.)
 5       Q.  (BY MR. ROSENBERG)  If it will speed things up,
 6   because we're going to be taking a break around ten
 7   minutes or so and you'd rather look at it over the break,
 8   that would be fine.
 9       A.  Okay.
10       Q.  Let me ask about another status which is in 374,
11   Permit Status.  Can you explain what that is?
12       A.  You said it was 74?
13       Q.  374.
14       A.  374.
15           This is dealing with information that we may
16   obtain from another state through the PDPS system or
17   through the commercial driver's license information
18   system.  Many states maintain separate records for their
19   permits, especially for commercial drivers, and these
20   would be the statuses of those permits.  We don't maintain
21   that on our system.
22       Q.  Field 249, which is Deceased Certificate Number.
23       A.  Okay.
24       Q.  Does that relate to -- field relate at all to the
25   RPD in the License Status field, 340?
```

Page 55

```
 1       A.  It does in the way that when we receive that
 2   information, we will change the status of the individual's
 3   license to reported deceased.
 4       Q.  I also want to clarify something we discussed a
 5   few moments ago.  If there was a Texan who was unlicensed
 6   and gets stopped for a DWI, that person is entered into
 7   the system as unlicensed?
 8       A.  Yes, sir.
 9       Q.  But, again, if I wanted to find out -- if I
10   wanted to pull those people from your system, is there a
11   way that we could pull those people?
12       A.  We don't make any distinguish if the individual's
13   a Texan/or not.  So, no, you cannot pull that to know that
14   they are just Texans.
15       Q.  But if I wanted to pull all unlicensed DWI people
16   from your system, could I do that?
17       A.  Yes, sir.
18       Q.  And how would I do that?
19       A.  It would be a query, a SQL query against the
20   database to pull those particular records.
21       Q.  What kind of query?
22       A.  It's a SQL query.
23       Q.  Oh, SQL query.  Okay.
24           I'd like you to take a look, if you would, at
25   Field No. 32.
```

Page 56

```
 1       A.  Yes, sir.
 2       Q.  And could you tell me what that field is?
 3       A.  It's the Homebound field.  It's an indicator that
 4   we place on a record when we are issuing a homebound
 5   identification card.  It's used so that our image capture
 6   system knows that we don't have fingerprints for that
 7   individual since they're homebound.
 8       Q.  And how is the determination is made whether the
 9   person is homebound?
10       A.  When we actually have to go to their home in
11   order to do the issuance transaction form.
12       Q.  And is the information in the system as to
13   whether a person is homebound updated?
14       A.  It would be updated the next time they're issued,
15   yes.
16       Q.  Is it updated in both directions if the person is
17   in the system as homebound and then is determined not to
18   be homebound or if the person in the system is not
19   homebound and is later determined to be homebound, does
20   the data turned both directions?
21       A.  Only when we actually go to their house would it
22   be updated that they're homebound.  And then only when
23   they actually applied for a license in the office would it
24   be changed back to not homebound.
25       Q.  I'd like to take a look at 264, please.  And can
```

Page 57

```
 1   you tell me what that field describes?
 2       A.  That, again, goes with our Hazardous Material
 3   Endorsement field, the application, and the federal
 4   government requires an answer to that question.  It's an
 5   applicant-provided question -- answer.
 6       Q.  So the yes or no comes from the applicant:
 7   Whether or not the applicant has been deemed as a mental
 8   defective or committed involuntarily to a mental
 9   institution?
10       A.  Yes, sir.
11       Q.  Look at Field 234, please.
12       A.  Complies.
13       Q.  And I just want to make sure that we understand
14   what the values in this field mean.  "DL," is that
15   driver's license?
16       A.  Yes, sir.
17       Q.  And "ID" is what?
18       A.  Identification card.
19       Q.  And that's the state identification card that you
20   described earlier?
21       A.  Yes, sir.
22       Q.  And what is "EC"?
23       A.  It's an election certificate.
24       Q.  Is that also sometimes referred to as "EIC"?
25       A.  It may have been at one time, yes.
```

**STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.**   1:11-CV-00128
**Germaine Mary Martinez on 04/17/2012**   Pages 58..61

**Page 58**

1   Q.   And "Occupation" was the occupational license?
2   A.   Yes, sir.
3   Q.   And "Employee ID," what does that refer to?
4   A.   It's just as it sounds, an ID that is issued to
5   one of our employees.
6   Q.   One of DLS's employees?
7   A.   Yes.  DPS's.
8   Q.   DPS's employees.
9        And "None," when is that value used?
10   A.   That would be the value of that we have no other
11   type of card on the system.
12       MR. ROSENBERG:  I'm not sure if this might
13   be a good time to take that break.
14       MR. SWEETEN:  That sounds really good.
15       (Break.)
16   Q.   (BY MR. ROSENBERG)  Okay.  Ms. Martinez, I asked
17   you earlier about a life -- life check database.  Are you
18   familiar with a life check database?
19   A.   No, sir, I'm not familiar with that term.
20   Q.   Are you familiar with either a life check or a
21   Live-Check database that's maintained by the Department of
22   Public Safety?
23   A.   No, sir.
24   Q.   Okay.  Thank you.
25       A couple of questions that -- on various items

**Page 59**

1   that we touched upon.  In the citizenship database, which
2   was Database 26, is there a -- an unknown field?
3   A.   Okay.  The -- the citizenship is a field and it
4   has -- does have an unknown value, yes.
5   Q.   An unknown value.
6        And who gets an unknown value?
7   A.   Those individuals that have never been in to
8   verify what their citizenship is to us and the unlicensed
9   records.
10   Q.   So if in -- in filling out the application form,
11   they don't answer it, is that -- is that one way they get
12   an unknown?
13   A.   No.  We -- it's a required field for them to
14   answer when they're actually applying for the license.  It
15   is at this point.
16   Q.   So they have to show documentation in order not
17   to get an unknown?
18   A.   During the issuance of the license, they -- we
19   either enter a yes or a no.  They don't get entered an
20   unknown during the issuance of a license.
21   Q.   Are there individuals on the database who have an
22   unknown value in Field 26?
23   A.   There could still be individuals on there, yes.
24   Q.   And how -- can you describe the circumstances how
25   someone could be on the database with an unknown?

**Page 60**

1   A.   I don't remember when we started collecting the
2   citizenship.  So there's a possibility that someone is on
3   the system, but they have moved to another state and we've
4   never collected the citizenship on them.  And, again, our
5   on license records.  So those type of situations where we
6   wouldn't have a citizenship.
7   Q.   Okay.  Now, the requirement to provide
8   citizenship information has been in part of the system
9   only since April of 2009; is that correct?
10   A.   No.
11   Q.   How long has it been on the system?
12   A.   I don't remember the exact time that that was
13   actually implemented into the system.
14   Q.   Was it at least ten years ago?
15   A.   I -- I don't know for sure exactly.  I'd hate to
16   speculate.
17   Q.   Is -- well, is it possible it was less than ten
18   years?
19       MR. SWEETEN:  Objection to the form, asked
20   and answered.
21   A.   I just don't know.  I don't know a time frame off
22   the top of my head of when that was implemented.
23   Q.   (BY MR. ROSENBERG)  If someone was in the system
24   before it was implemented, is their citizenship
25   information ever updated?

**Page 61**

1   A.   Only when they return to be issued.
2   Q.   And otherwise, it would not be updated?
3   A.   Correct.
4   Q.   And how does DPS collect citizenship information
5   from people who did not provide their citizenship when
6   they provided their license, when they obtained their
7   license?
8   A.   We require documentation of their citizenship,
9   such as a -- a U.S. birth certificate or a U.S. passport.
10   Q.   At what time?
11   A.   When they come back into the office and apply for
12   a new license or ID card.
13   Q.   Does the renewal form ask the question -- the
14   citizenship question?
15   A.   Yes, it does.
16   Q.   We talked about No. 265, Field No. 265.  Could
17   you take a look at that for a second?
18   A.   Okay.  I'm there.
19   Q.   How does the DPS determine whether the applicant
20   is eligible for an INS status?
21   A.   It says this is --
22       MR. SWEETEN:  Hold on a minute.  How does
23   the DPS determine whether someone is -- I'm sorry?
24       MR. ROSENBERG:  Has met the eligibility
25   requirements for immigration status as set forth in the

Page 62

1  description.
2        MR. SWEETEN:  Are you asking how the data --
3  what's in the database?  Are you asking how these
4  determinations are made amongst individuals filling out
5  information?  I think once again -- you know, I'm going to
6  go ahead, Ezra, and I'm going to interpose an objection.
7  What we're doing here -- what you're doing here is you're
8  asking her questions about -- you were -- you were going
9  into the area of DPS policy.  She is here to talk about
10 the DLS database.  That's what she's here for.  That's
11 what these topics cover.  It also -- I understand it talks
12 about the information in the database.  We're not here to
13 talk about DPS policy or things that are extraneous to
14 that.
15       MR. ROSENBERG:  No, I'm not.  I'm talking
16 about how the information is gathered.  And specifically
17 all I'm asking is how the determination is made to have a
18 yes or a no value assigned to Field 265.
19       MR. SWEETEN:  Okay.  As phrased, you can go
20 ahead and answer the question if you know the answer to
21 it.
22    A.  This -- this particular field is dealing with the
23 hazardous material endorsement.  So, again, it's a
24 self-reported field.  We leave it up to TSA to verify that
25 information.

Page 63

1     Q.  (BY MR. ROSENBERG)  I'm sorry.  I didn't hear the
2  end of that answer.
3     A.  It's up to TSA what they do with the information
4  on the hazmat application.
5     Q.  And going back to the issue of when Hispanic was
6  added to the database.  If a person was initially entered
7  into the database who is Hispanic but was not assigned a
8  Hispanic value because it wasn't there, how is that
9  individual identified as Hispanic subsequently after the
10 field was added, the value was added?
11    A.  Whenever they get issued again, if at that point
12 they wish to change their designation, it -- it can be
13 changed during the issuance process.
14    Q.  Does the renewal form ask for that information?
15    A.  No.
16    Q.  Turning back to field No. 340.
17    A.  Okay.  I'm there.
18    Q.  Going through each of those values, can you
19 explain what each of those values means?  "LIC, licensed"?
20    A.  "LIC, licensed" means that they actually have a
21 license that is valid.
22        The term "eligible" means that they're eligible
23 to obtain one.
24        The -- the "not eligible due to ACD" and the
25 "NEN, not eligible due to non-ACD" is actually one status

Page 64

1  now of not, which means you're not eligible to -- to
2  obtain any type of license.
3        And then, of course, the "reported deceased" is
4  reported deceased.
5     Q.  I'm sorry.  The difference between "NOT" and
6  "NEN," I'm not sure if I understood the difference.
7     A.  So to verify -- to clarify, I mean, that these
8  statuses are the statuses that are used -- that are listed
9  here are the ones used in our transmissions between
10 Texas and other states through the AMVA interfaces that we
11 have.  AMVA no longer has the NEN, N-E-N, status.  They
12 did away with it.
13    Q.  Okay.  We talked before the break about the
14 homebound field.  Could you tell me who determines what
15 the value is that's placed in the homebound field?  And by
16 that, I mean, is it self-referencing?
17    A.  It's determined by the examiner that goes to the
18 home to issue the documents, the license or identification
19 card, to the homebound individual.  So when --
20    Q.  So the individual would typically inform DPS that
21 he or she is homebound?
22    A.  Yes.  They -- they contact and schedule an
23 appointment for one of our employees to go to their home.
24    Q.  And are there standards that apply as to the
25 determination of whether someone is listed as homebound?

Page 65

1     A.  That's getting into a policy for the field
2  offices, and I'm -- I'm not aware of what their policies
3  are on -- regards to that.
4     Q.  And think I have one more question, but hold on
5  one second.  Let me make sure.  One or two more questions.
6        Okay.  I was just reminded, before the break, we
7  asked you to look up what the -- what the admin status.
8  Were you able to do that?  The admin status field?
9     A.  Yes.  I found that in Field No. 297 on Page 65.
10    Q.  And can you explain what that field is?
11    A.  This field is used to reference other actions
12 that may need to be taken against a person's records that
13 is not an actual enforcement action at this point.  So
14 these different statuses reference them.
15    Q.  So if -- if I wanted to identify all fields and
16 values to determine who had a current active driver's
17 license or ID card, and I'm not asking you to identify by
18 number the base -- the fields, but could you tell me which
19 fields I would want to look at?
20       MR. SWEETEN:  Objection to form.
21    A.  There -- there are numerous different fields that
22 you could look at.  So to determine exactly what you want,
23 I'm not sure that I can tell you that.
24    Q.  (BY MR. ROSENBERG)  Well, what I want is
25 identifying who has current active driver's license or ID

**Page 66**

1  cards.  So when you say there are numerous -- and I
2  understand this is off the top of your head and you -- but
3  without looking -- you -- you can look at this document or
4  you could -- and I'm not looking for specific numbers, but
5  rather what -- what the fields are.
6          MR. SWEETEN:  Objection to the form.
7          You can answer if you -- if you know
8  anything about -- if I know what he's asking.
9      A.  The -- the only thing is -- is basically the
10 fields that we've gone over that -- that you've pulled
11 out, the license status that tells you whether or not the
12 individual's licensed or not.
13     Q.  (BY MR. ROSENBERG)  Uh-huh.
14     A.  The -- now I can't remember what the other field
15 was, the one that --
16     Q.  Well, you --
17     A.  -- active --
18     Q.  -- you showed me the card status.
19     A.  The issuance status and the...
20     Q.  Well, I'll put the question to you this way.
21 Other than those statuses that you've previously testified
22 to, are there other fields that one would look at to
23 determine who had current active driver's licenses or ID
24 cards?
25         MR. SWEETEN:  Objection to the form, asked

**Page 67**

1  and answered.
2          Just answer if you know.
3      A.  Not that I'm aware of at this time, no.
4          MR. ROSENBERG:  I'm -- I' have no further
5  questions right now.  I'll turn it over to DOJ.
6          MS. WESTFALL:  Thank you.
7              EXAMINATION
8  BY MS. WESTFALL:
9      Q.  This is Elizabeth Westfall, Ms. Martinez.  I am
10 counsel for defendant, Eric Holder, in this action.  And
11 I'm going be asking you a few questions to follow up on
12 some of the questions you've already answered today.
13         Do you need a break before we start?
14     A.  No, ma'am.
15     Q.  Wonderful.  Thank you.
16         I believe you testified earlier about your
17 involvement in producing copies or extracts of the
18 driver's license database as part of this litigation; is
19 that correct?
20     A.  Yes.
21     Q.  Were you at all involved in producing copies or
22 extracts of the driver's license database to be produced
23 to the United States?
24     A.  The only involvement I had with any of the
25 extracts, and I don't know where the extracts went to, was

**Page 68**

1  those few questions that my supervisor asked me about some
2  fields.
3      Q.  Thank you.
4      Are you aware of any concerns about the accuracy
5  of any information from the database or extracts that you
6  provided to your supervisor?
7          MR. SWEETEN:  Objection to the form.
8      Q.  (BY MS. WESTFALL)  You may answer.
9      A.  No, I'm not aware of any.
10     Q.  And did you have any involvement in manipulating
11 the database or providing extracts or copies of the
12 database in conjunction with the administrative submission
13 under Section 5 that Texas made in July of 2011?
14     A.  I'm not aware of that, no.
15     Q.  Did you at any time before March 2012 manipulate
16 the database or provide any information from that database
17 to your supervisor to be produced to the United States?
18         MR. SWEETEN:  Objection to the form.  This
19 has been asked and answered.
20         You can go ahead.
21     Q.  (BY MS. WESTFALL)  You may answer.
22     A.  Not that I'm aware of, no.
23     Q.  And turning your attention now to the exhibit
24 that Mr. Rosenberg referred to previously, Exhibit No. 3,
25 the DLS Data Dictionary.  Do you have that in front of

**Page 69**

1  you?
2      A.  Yes, ma'am.
3      Q.  Could you tell me whether this is a final copy of
4  that dictionary, or is it in draft form?
5      A.  This is a final copy as of the date of the last
6  revision.
7      Q.  And was the date of the last revision January 26,
8  2012?
9      A.  No, the last revision was December -- I mean,
10 February 16, 2011.
11     Q.  Thank you for that correction.
12         And is this the version of the dictionary
13 currently in use?
14     A.  Yes, ma'am.
15         MS. WESTFALL:  Okay.  I would now like to
16 ask, Lindsey, if you could provide to the court reporter
17 U.S. Exhibit No. 2 that we provided to you earlier, at the
18 top of which is DPS.DL.layout for marking.
19         THE REPORTER:  And this will be Exhibit
20 No. 5.
21         MS. WESTFALL:  Oh, this is 5.  Okay.  Sorry.
22         THE REPORTER:  No problem.
23         (U.S. Exhibit 1 was marked.)
24         MS. WESTFALL:  Actually, could we call this
25 U.S. Exhibit No. 1?

Page 70

```
1              (Discussion off the record.)
2     A.  Yes, I have it.
3     Q.  (BY MS. WESTFALL)  Thank you.
4          Ms. Martinez, have you seen this document before?
5     A.  No, I have not.
6     Q.  I am going to represent to you, and I'm sure your
7  counsel will not hopefully disagree, that it is a list of
8  fields from the driver's license database, is it not?
9     A.  Yes, those are fields that are representative in
10 the database.
11    Q.  And I'm also going to represent to you, and I'm
12 sure your counsel hopefully will not disagree again, that
13 this is a list of fields that -- that have been provided
14 to the United States as part of this litigation.
15         So directing your attention to the first field,
16 which is on the left-hand column called "Person ID."
17         Do you see that?
18    A.  Yes, ma'am.
19    Q.  Could you tell me what that field describes?
20    A.  What that field describes is a unique number
21 within the database that the individual person record is
22 assigned in order to link it to the multiple cards or
23 other action that's taken on that record.
24    Q.  Thank you.
25         So that number is generated when the person's
```

Page 71

```
1  information is entered into the database; is that correct?
2     A.  Yes.  For the first time, yes.
3     Q.  Thank you.
4          And do you see the next entry below "Person ID"
5  called "Last Name"?
6     A.  Yes, ma'am.
7     Q.  And could you describe that field for me, please?
8     A.  It is the last name of the individual, their
9  surname, that is provided to us by the applicant.
10    Q.  Thank you.
11         And do you see "First Name" listed under "Last
12 Name"?
13    A.  Yes.
14    Q.  Could you describe that field for me?
15    A.  It's the first name of the applicant provided.
16    Q.  And likewise underneath "First Name," do you see
17 "Middle Name"?
18    A.  Yes, ma'am.
19    Q.  Could you describe that field for me?
20    A.  It's the middle name of the individual.
21    Q.  And underneath that, it says "SSN," does it not?
22    A.  Yes, ma'am.
23    Q.  And what does that field stand for?
24    A.  The social security number.
25    Q.  And how is that number obtained?
```

Page 72

```
1     A.  It's obtained from the individual.
2     Q.  And do you see the field underneath it entitled
3  "Date of Birth"?
4     A.  Yes, ma'am.
5     Q.  Could you describe that field for me?
6     A.  It's the applicant's birth date.
7     Q.  And how do you obtain that data?
8     A.  From the individual.
9     Q.  And do you see the field underneath that entitled
10 "Race"?
11    A.  Yes.
12    Q.  And I believe you testified extensively about
13 that field, did you not, earlier this morning?
14    A.  Yes, ma'am.
15    Q.  And underneath "Race," it indicates "DL Number,"
16 does it not?
17    A.  Yes.
18    Q.  What does that field represent?
19    A.  That's a number that is assigned to an individual
20 that obtains an actual driver's license.
21    Q.  How does that number differ from the person ID
22 that you testified about earlier at the top of Exhibit 1?
23    A.  The driver's license is a unique number for the
24 actual driver's license number itself, the card.  The
25 person ID is a unique number for the entire person's
```

Page 73

```
1  record.
2     Q.  So, in other words, the person ID number could
3  refer to -- could be linked to a person who has a driver's
4  license and other forms of ID that are maintained in the
5  driver's license database; is that correct?
6     A.  Yes, ma'am.
7     Q.  And underneath "DL Number," there is "Address
8  Line No. 1," is there not?
9     A.  Yes.
10    Q.  And what does that field represent?
11    A.  It's a field that we can populate in their
12 address.
13    Q.  Is that a mailing address or a home address?
14    A.  It's not specified here, so I don't know which
15 field it was referencing.
16    Q.  If the field that is in the possession of the
17 United States lists Address Line 1, how you would we know
18 what address that referred to?
19    A.  We'd have to determine who did the -- asked for
20 the information and what -- and information they asked
21 for.
22    Q.  So I believe you testified earlier that you
23 provided certain information or extracts and answered
24 certain -- certain questions posed by you and your
25 supervisor, Mr. Gomez; is that correct?
```

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                          Pages 74..77

Page 74

1    A. Yes.
2    Q. Would he be the one who would know what these
3 fields mean?
4    A. I can't answer to what he would know. I -- I
5 don't know.
6    Q. Turning your attention to "Address Line 2" below,
7 do you know what that field refers to?
8    A. It's a continuation of the Address Line 1. If
9 individual has an address that is longer than allowed in
10 Address Line 1, it can be continued in address Line 2.
11    Q. And this, likewise, continues for fields "City"
12 and "State" and "ZIP code"; is that correct?
13    A. That's correct.
14    Q. That would all be linked to the same address; is
15 that right?
16    A. Yes.
17    Q. And do you see "County Code" underneath "ZIP
18 Code"?
19    A. Yes.
20    Q. What does that refer to?
21    A. It's the code that's been assigned to the county
22 and the State of Texas.
23    Q. Do you know whether a list of county codes has
24 been produced to the United States?
25    A. I do not know if it's been produced to the United

Page 75

1 States, no.
2    Q. Do you know who would know?
3    A. No, I don't know.
4    Q. And do you see underneath "County Code" it lists
5 "Country"?
6    A. Yes, ma'am.
7    Q. And what does that refer to?
8    A. That would be the country of where the
9 individual -- well, to be honest with you, I don't know
10 which country field that they picked up, because we --
11    Q. Wouldn't this only include people from the U.S.?
12    A. I don't know what the parameters were for the
13 query.
14    Q. One moment. I'm just looking at my notes.
15       So based on this list, if you look at
16 U.S. Exhibit No. 1, would -- would an evaluation of these
17 fields indicate to you who has an unexpired driver's
18 license in Texas?
19    A. No, it would not.
20    Q. What additional fields would you need to be able
21 to answer that question?
22    A. And the question was for an unexpired driver's
23 license?
24    Q. Correct.
25    A. I would need --

Page 76

1    Q. Unexpired, yes, ma'am.
2    A. I would need the expiration date of the license.
3    Q. And what field would that be?
4    A. Driver's license expiration date.
5    Q. Would you need any other fields besides that
6 field?
7    A. No.
8    Q. What about card status?
9    A. No, that's not tied to the expiration date.
10    Q. What does card status represent?
11    A. The card status represents other action that is
12 taken against a person's card that's not necessarily a
13 revocation or suspension.
14    Q. What about the field of issuance status?
15    A. The issuance status details whether or not the
16 license is active within or outside of the expiration
17 date -- or renewal period, I'm sorry. If it's active
18 inside or outside the renewal period or if it's expired
19 inside or outside of two years.
20    Q. Looking again at U.S. Exhibit No. 1, would this
21 indicate who has a current personal ID card in Texas?
22    A. No, it would not.
23    Q. What information or fields would you need to be
24 able to determine that universe of individuals?
25    A. I would need to have the ID number.

Page 77

1    Q. And could you -- could you clarify, do you mean
2 you would need the personal ID number field?
3    A. No, I need the identification card number field.
4    Q. Would you need any other fields to determine who
5 has a personal identification card that's current?
6    Q. What do you mean by "current" again?
7    Q. One that is not expired?
8    A. Then I would need the expiration date of that
9 identification card.
10    Q. Are there any other fields besides those two
11 fields that -- that you would need to determine what --
12 who has a personal identification card that's not expired?
13    A. No.
14    Q. Thank you.
15       I believe you testified earlier about duplicate
16 entries in the database; is that correct?
17    A. I believe so.
18    Q. And you testified that -- that sometimes one
19 individual has more than one ID; is that correct?
20    A. Not that they have more than one ID, but they
21 could have a driver's license and an identification card.
22    Q. Thank you for that correction.
23       And I believe you testified that you did not know
24 the number or you could not estimate the total number of
25 unique driver's license holders in the database; is that

**STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.**   1:11-CV-00128
Germaine Mary Martinez on 04/17/2012   Pages 78..81

Page 78

```
1  correct?
2     A.  That's correct.
3     Q.  Do you know who in your office would know the
4  answer to that question?
5     A.  No.
6     Q.  And how long have you worked in that office,
7  ma'am?
8     A.  For over 22 years.
9     Q.  Have you ever seen a document during your 22-year
10 employment that indicates the number of unique license
11 holders in the database?
12    A.  Yes.  Well --
13    Q.  Could you tell me what documents?
14        MR. SWEETEN:  Elizabeth, she's -- I don't
15 think she's finished answering the question.  She's
16 thinking about the answer.
17        MS. WESTFALL:  My apologies.
18    A.  No, there's not a document that -- that does
19 that.
20    Q.  (BY MS. WESTFALL)  Is there a query that could be
21 run in the database to make that determination?
22    A.  It's possible to run -- run a query, yes.
23    Q.  Could you do that?
24    A.  No, I could not.
25    Q.  Who could do that?
```

Page 79

```
1     A.  A programmer.
2     Q.  What department is that in your office?
3     A.  That's our IT division.
4     Q.  Thank you.
5        How in the database is it reflected if you have
6  an expired driver's license?
7     A.  It's reflected based on the expiration date of
8  the license, would show a date that's passed.  And then
9  the -- the issuance status, which would be expired more
10 than two years, expired less than two years.
11    Q.  Do you ever purge records from the driver's
12 license database?
13        MR. SWEETEN:  Objection; outside the scope.
14    Q.  (BY MS. WESTFALL)  You may answer.
15    A.  At this point, we don't.
16    Q.  Was there a point when you did in the past?
17        MR. SWEETEN:  Objection; outside the scope.
18        Go ahead.
19    Q.  (BY MS. WESTFALL)  You may answer.
20    A.  Yes, there was.
21    Q.  When -- and when -- when did that stop?  When did
22 that practice end?
23        MR. SWEETEN:  Same objection.
24    Q.  (BY MS. WESTFALL)  You may answer.
25    A.  When we moved to the new system in April of 2009.
```

Page 80

```
1     Q.  Could you tell me how it is reflected in the
2  database if you have a suspended driver's license?
3     A.  That goes back to the field of issuance status
4  that I -- let me look up which -- the actual name of the
5  field.
6        MR. SWEETEN:  Elizabeth, she's looking it up
7  in the data dictionary, just to let you know what's going
8  on.
9        MS. WESTFALL:  Thank you.
10       MR. SWEETEN:  Sure.
11    A.  It would go back to the Field 340.
12    Q.  (BY MS. WESTFALL)  Thank you.
13       How often is the database updated?
14    A.  Can you clarify under what part you're asking
15 about?
16    Q.  It's -- in other words, is it a live database, or
17 is it periodically updated?
18    A.  It's -- we have both realtime updates and batch
19 updates that are done.
20    Q.  How often do the batch updates occur?
21    A.  Nightly.
22    Q.  What are the batch updates?
23    A.  I don't have an exact listing of them.
24    Q.  Could you generally describe what you know about
25 batch updates?
```

Page 81

```
1     A.  Batch updates would be dealing with running a --
2  a production file to generate the actual cards that were
3  issued that day, the driver's license and ID cards, to
4  send to our vendor to produce the actual license.  A batch
5  update dealing with updating the actual history for
6  accidents.  And updates that are done through Texas
7  Online, where individuals renew or get a change of
8  address, those are run at a -- on a nightly basis.
9     Q.  And that's -- that's a daily basis?
10    A.  Yes, ma'am.
11    Q.  Once a day.  Thank you.
12       Is there an identifier of the unlicensed records
13 in the database?
14    A.  No, not a -- no.
15    Q.  And is there a numerical prefix applied to any
16 field for a UNL record, an unlicensed record?
17    A.  No.
18    Q.  And I believe you testified earlier there are
19 occupational licenses that are maintained in the database;
20 is that correct?
21    A.  Yes.
22    Q.  Are there any occupational licenses maintained in
23 the database that include a photograph of the license
24 holder?
25    A.  Yes.
```

**STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.**                1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                    Pages 82..85

---

**Page 82**

1    Q.  Which -- and which occupational licenses are
2  those?
3    A.  That would be any occupational license that is
4  issued.
5    Q.  How many different types are there,
6  approximately?
7            MR. SWEETEN:  Outside the scope.  Objection.
8            Go ahead.
9    Q.  (BY MS. WESTFALL)  You may answer.
10   A.  When you're saying "how many different types,"
11 different types of what?
12           MR. SWEETEN:  How many types of
13 occupational --
14   Q.  (BY MS. WESTFALL)  Of occupational licenses.
15           MR. SWEETEN:  Okay.
16   A.  There's -- there's only one type of occupational
17 license.
18   Q.  (BY MS. WESTFALL)  My apologies.  I didn't
19 understand your testimony.  Thank you for that
20 clarification.
21       Okay.  And is the person ID that you testified
22 about earlier on U.S. Exhibit 1, is that used outside of
23 the dat-- of the driver's license database?
24   A.  And I apologize, I missed part of the question.
25 Repeat it, please.

---

**Page 83**

1    Q.  Certainly.
2        It -- we -- we discussed earlier in your
3  testimony the person ID field on U.S. Exhibit 1.  Do you
4  remember that?
5    A.  Yes, ma'am.
6    Q.  And -- and you told me that that was a unique number
7  that's generated within the driver's license database; is
8  that correct?
9    A.  Yes.
10   Q.  Is that number used at all for any purposes by
11 the State outside of the driver's license database?
12   A.  Not that I'm aware of.
13   Q.  Thank you.
14       Let me just check over my notes, and I may be
15 done with you shortly.  I appreciate your time.  Hold on
16 one moment.
17       Do you know who in your office was involved in
18 reviewing the database to respond to inquiries from the
19 United States about the administrative submission of the
20 photo ID law?
21           MR. SWEETEN:  Objection; outside the scope.
22           Go ahead, you can answer.
23   A.  No, I'm not aware.
24           MS. WESTFALL:  I have no further questions.
25 Thank you for your time.

---

**Page 84**

1            MR. ROSENBERG:  I just have one follow-up,
2  if I may, to what Elizabeth just discussed with the
3  witness.
4                    EXAMINATION
5  BY MR. ROSENBERG:
6    Q.  Ms. Martinez, turning back to U.S. Exhibit No. 1.
7  The last two lines underneath where it says
8  DPS.DL.race.txt.
9    A.  Yes, sir.
10   Q.  It says:  Race -- underline code, and then race
11 underline DESC.  Can you tell me what those refer to?
12   A.  The code would be a one-digit code in the
13 database such as the I and the H.  And then the
14 description would actually spell out what that code is.
15   Q.  Thank you.
16           MR. ROSENBERG:  I don't have any further
17 questions.
18           MR. SWEETEN:  No questions.  Thank you.
19           (THE DEPOSITION CONCLUDED AT 1:14 P.M.)
20
21
22
23
24
25

---

**Page 85**

1                  CHANGES AND SIGNATURE
2  PAGE LINE    CHANGE              REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

---

Page 86

1        I, GERMAINE MARY MARTINEZ, have read the
   foregoing deposition and hereby affix my signature that
2  same is true and correct, except as noted above.

3

4                 _____

5                 GERMAINE MARY MARTINEZ

6

7  THE STATE OF _____)
   COUNTY OF _____)
8
         Before me, _____, on this
9  day personally appeared GERMAINE MARY MARTINEZ, known to
   me (or proved to me under oath or through
10 _____) (description of identity card
   or other document)) to be the person whose name is
11 subscribed to the foregoing instrument and acknowledged to
   me that they executed the same for the purposes and
12 consideration therein expressed.
         Given under my hand and seal of office this
13 _____ day of _____, _____.

14

15

16                 _____
                   NOTARY PUBLIC IN AND FOR
17                 THE STATE OF _____
                   COMMISSION EXPIRES: _____
18

19

20

21

22

23

24

25

Page 87

1            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2
3  STATE OF TEXAS,            )
                              )
4      Plaintiff,             )
                              )
5                             )
   VS.                        )
6                             ) CASE NO:  1:11-CV-00128
                              ) RMC-DST-RLW
7  ERIC H. HOLDER, JR., IN    )
   HIS OFFICIAL CAPACITY AS   )
8  ATTORNEY GENERAL OF THE    )
   UNITED STATES,             )
9                             )
       Defendant,             )
10                            )
11 ERIC KENNIE, ET AL.,       )
                              )
12     Defendant-Intervenors, )
                              )
13                            )
   TEXAS STATE CONFERENCE OF  )
14 NAACP BRANCHES, ET AL.,    )
                              )
15     Defendant-Intervenors, )
                              )
16                            )
   TEXAS LEAGUE OF YOUNG      )
17 VOTERS EDUCATION FUND, ET  )
   AL.,                       )
18                            )
       Defendant-Intervenors, )
19                            )
   TEXAS LEGISLATIVE BLACK    )
20 CAUCUS, ET AL.,            )
                              )
21     Defendant-Intervenors, )
                              )
22 VICTORIA RODRIGUEZ, ET     )
   AL.,                       )
23                            )
       Defendant-Intervenors. )
24
25

Page 88

1              REPORTER'S CERTIFICATION
          DEPOSITION OF GERMAINE MARY MARTINEZ
2                   April 17, 2012

3

4      I, Tamara K. Chapman, Certified Shorthand Reporter in

5  and for the State of Texas, hereby certify to the

6  following:

7      That the witness, GERMAINE MARY MARTINEZ, was duly

8  sworn by the officer and that the transcript of the oral

9  deposition is a true record of the testimony given by the

10 witness;

11     That the deposition transcript was submitted on

12 _____ to the witness or to the attorney for

13 the witness for examination, signature and return to me by

14 _____;

15     That the amount of time used by each party at the

16 deposition is as follows:

17     MR. ROSENBERG - 1:50

18     MS. WESTFALL - 00:23

19     MR. SWEETEN - 00:00

20     MS. PÉREZ - 00:00

21     MS. PERALES - 00:00

22     MR. JOHNSON - 00:00

23     MS. MURPHY - 00:00

24     That pursuant to information given to the deposition

25 officer at the time said testimony was taken, the

Page 89

1  following includes counsel for all parties of record:

2      Mr. Patrick Sweeten - FOR THE PLAINTIFF STATE OF

3  TEXAS

4      Ms. Myrna Pérez - FOR TEXAS NAACP STATE CONFERENCE

5  AND THE MEXICAN AMERICAN LEGISLATIVE CAUCUS

6      Ms. Elizabeth S. Westfall - FOR THE DEFENDANT ERIC H.

7  HOLDER, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL

8  OF THE UNITED STATES

9      Mr. Ezra D. Rosenberg - FOR DEFENDANT INTERVENORS

10 TEXAS STATE CONFERENCE OF NAACP BRANCHES AND THE MEXICAN

11 AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF

12 REPRESENTATIVES

13     Mr. Gregory K. Johnson - FOR THE TEXAS LEAGUE OF

14 YOUNG VOTERS EDUCATION FUND:

15     Ms. Kathleen T. Murphy - FOR THE DEPARTMENT OF PUBLIC

16 SAFETY

17     Ms. Nina Perales - FOR VICTOR RODRIGUEZ, NICOLE

18 RODRIGUEZ, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,

19 MI FAMILIA VOTA EDUCATION FUND:

20     I further certify that I am neither counsel for,

21 related to, nor employed by any of the parties or

22 attorneys in the action in which this proceeding was

23 taken, and further that I am not financially or otherwise

24 interested in the outcome of the action.

25

Page 90

1    Certified to me 18th day of April, 2012.

2

3    _____
     Tamara K. Chapman, Texas CSR 7248
4    Expiration Date:  12/31/12
     Huseby
5    7000 North Mopac Expressway, 2nd Floor
     Austin, Texas  78731
6    512.687.0424
     Firm Registration No. 660

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**0**

08540-6531
  3:23

---

**1**

**1**  6:12,15,16
  9:7,8 10:22
  11:5 27:6
  43:5,10
  69:23,25
  72:22 73:8,
  17 74:8,10
  75:16 76:20
  82:22 83:3
  84:6

**10013**  3:11

**11**  9:22

**113**  46:1,3

**115**  46:3

**11:00**  26:13

**11:14**  2:12

**11:20**  26:24

**11:30**  26:21

**12**  27:6

**123**  46:1,4,5

**12th**  3:11

**135**  47:2

**138**  39:24

**1401**  4:8

**143**  47:13

**14th**  2:15
  15:11

**15th**  3:5

**161**  3:11

**16th**  69:10

**17**  2:11 6:17

**171**  47:23

**17th**  4:13

**1919**  41:15
  43:7

**1:14**  84:19

---

**2**

**2**  6:17,19,23
  17:11,12,14
  19:4 30:14
  69:17 74:6,
  10

**20**  6:20

**20005**  4:8

**20006**  4:13

**2009**  23:6,7
  24:1 34:13,
  14,25 60:9
  79:25

**2010**  4:3

**2011**  18:3,16
  68:13 69:10

**2012**  2:12
  68:15 69:8

**20530**  3:17

**209**  2:14

**22**  20:1 78:8

**22-year**  78:9

**23**  22:25
  23:4,14
  24:7,20
  26:2 29:4
  30:1 31:13
  33:14 34:3
  49:22 50:2,
  3,13

**234**  57:11

**249**  54:22

**255**  36:4

**256**  36:25
  37:9

**26**  35:12,15
  40:19 59:2,
  22 69:7

**264**  56:25

**265**  38:13
  39:15 61:16
  62:18

**27**  14:22,23

**297**  65:9

---

**3**

**3**  6:20 11:6
  20:22 23:5
  28:20 68:24

**30(b)(6)**
  7:12

**300**  4:23

**306**  46:24
  47:4 53:13

**31**  43:24,25

**312**  6:21

**32**  43:24,
  55:25

**340**  46:12
  47:4 48:17,
  18,20,21
  53:8 54:25
  63:16 80:11

**37**  45:13

**374**  54:10,
  13,14

---

**4**

**4**  6:22
  40:13,15,25

**40**  6:22

**400**  4:8

**47**  43:6

**48**  43:6

---

**5**

**5**  68:13
  69:20,21

**500**  3:23

**55**  36:5

**56**  36:25

---

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                    Index: 5805..appears

5805   4:18

---
6
---

642   39:23

65   65:9

67   6:5

6th   4:3

---
7
---

7   6:4 22:24

70   6:15

7202   3:17

74   54:12

78205   4:24

78701   4:4

78773   4:18

---
8
---

8   19:2 30:14

801   4:13

84   6:6

---
9
---

9   6:12,14
  18:18 19:4
  30:14

902   3:23

94   43:7,10

950   3:17

9:29   2:12

9th   41:15

---
A
---

a.m.   2:12

ability   11:4

above-styled
  2:11

Abroad   39:25

accept   23:20,
  23

accessed   16:8

accessible
  16:6

accidents
  81:6

accuracy   68:4

ACD   63:24

action   47:8,
  11,23 48:3,
  4,5,10,13,
  14 51:3
  65:13 67:10
  70:23 76:11

actions   53:21
  65:11

active   47:1
  65:16,25
  66:17,23
  76:16,17

actual   32:14
  46:7,23

50:6 65:13
72:20,24
80:4 81:2,
4,5

added   12:13
63:6,10

additional
75:20

address   41:16
42:9,10,11,
14,18,19,23
43:1 44:12,
13,15,16
73:7,12,13,
17,18 74:6,
8,9,10,14
81:8

admin   65:7,8

administrative
45:9 47:10
53:15,17,
21,23 68:12
83:19

administrator
9:16 10:1,
2,19

advice   9:1

afield   18:23

agencies   29:2

agree   36:9
37:8,10
38:18

ahead   10:16
18:1,22,25

19:6 30:12,
15 31:3,11
33:7,23
38:8 42:3
50:5 62:6,
68:20 79:18
82:8 83:22

alien   37:1,6,
11

alive   43:14

all-day   8:19

allowed
23:13,19
74:9

ALR   47:10

American   3:9,
21 4:1 7:9
30:4 31:17

Americas   3:11

AMVA   64:10,11

answering
78:15

answers   7:20

Antonio   4:24

anymore   32:20

anyplace   28:3

apologies
78:17 82:18

apologize
82:24

appears   24:20

applicant
 16:21 17:3
 34:22 35:8
 38:3,16
 39:6,16
 40:20 57:6,
 7 61:19
 71:9,15

applicant's
 72:6

applicant-provided
 57:5

applicants
 51:6,13

application
 6:18 17:11,
 17,19 18:4,
 15 19:9
 20:4,8,12,
 16 27:15
 34:22 35:10
 36:15 39:20
 40:6 51:15
 57:3 59:10
 63:4

applications
 10:8 17:2
 20:10

applied  50:24
 56:23 81:15

applies  32:23

apply  16:22,
 25 17:3,6,
 7,8 51:16
 61:11 64:24

applying
 29:11 40:21
 59:14

appointment
 64:23

approximate
 17:22

approximately
 10:11 14:19
 82:6

April  15:11
 23:6,7 24:1
 34:13,14,25
 60:9 79:25

archive  20:7

area  8:3
 32:13 40:18
 62:9

areas  11:5,15

argument  39:1

argumentative
 39:3

Asian/pacific
 30:6 31:17

asks  32:8
 33:17

aspects  8:6
 28:12

assigned  52:1
 62:18 63:7
 70:22 72:19
 74:21

assist  21:25

assume  13:4
 26:22 41:21

attached  2:17

attention
 11:6 18:8
 21:22 22:24
 35:11 36:4
 41:11 45:12
 68:23 70:15
 74:6

attorney  3:4,
 14 8:22,25
 37:24

attorney's
 9:1

Austin  2:15
 3:6 4:4,
 26:18

Ave  3:17

Avenue  3:11
 4:8

aware  12:24
 14:13,14
 20:6 24:8
 28:18 32:16
 36:24 65:2
 67:3 68:4,
 9,14,22
 83:12,23

_____
       B
_____

back  22:13
 26:15,17

27:6,9,10
 29:4 35:7
 39:13 48:19
 49:22 50:3
 51:19,20
 52:17,21
 56:24 61:11
 63:5,16
 80:3,11
 84:6

base  65:18

based  34:21
 39:20 45:5
 47:17 48:9,
 12 50:9
 53:22 75:15
 79:7

basic  24:23
 27:22 28:1
 51:24

basically
 66:9

basis  81:8,9

batch  80:18,
 20,22,25
 81:1,4

Bates  6:14,
 16,19,21,23

beautiful
 26:18

began  35:16,
 20 48:13

belief  31:6

believes  26:8

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                  Index: birth..citizen

31:24

**birth**  41:14
  43:7 61:9
  72:3,6

**bit**  26:21
  27:10

**bkengle@lawyerscommittee.org**
  4:9

**black**  29:14
  30:2 31:18
  33:20

**blank**  19:12
  32:23
  33:16,20
  49:4,24
  50:14,18,19

**book**  7:22

**Born**  39:24

**bottom**  49:16

**Boulevard**
  4:18

**box**  18:10,11

**Branches**  2:8
  3:21 4:1
  7:9

**break**  8:18,20
  26:12,14,16
  54:6,7
  58:13,15
  64:13 65:6
  67:13

**BRENNAN**  3:10

**Brissenden**
  3:4

**Broadway**  4:23

**broke**  29:5,8

**bunch**  7:20

**call**  26:18,
  22,23 28:11
  50:8 69:24

**called**  7:8,
  11,22 23:8
  46:20,23
  51:15 53:6,
  15 70:16
  71:5

**calls**  34:5

**canceled**  45:2

**CAPACITY**  3:14

**caption**  11:12

**capture**  56:5

**captured**
  13:15 47:3
  48:7

**capturing**
  29:17

**card**  6:18
  13:22 14:4,
  7,24 15:4,
  22 20:5,13
  44:10,17
  45:4,9,22
  46:7,13

47:17,19
  50:7,15,
  51:25 52:4,
  20,25
  53:12,16
  56:5 57:18,
  19 58:11
  61:12 64:19
  65:17 66:18
  72:24 76:8,
  10,11,12,21
  77:3,5,9,
  12,21

**cards**  17:18
  44:13 66:1,
  24 70:22
  81:2,3

**career**  10:14

**Carnegie**  3:23

**case**  7:10,24
  12:3,16
  14:10 26:13

**cases**  28:11,
  14

**categories**
  26:8,9
  31:24 34:2

**categorize**
  31:19
  33:13,15

**category**  32:8
  33:17

**Caucus**  3:9,21
  4:1 7:9

**CDL**  49:20

**Center**  3:10,
  23

**certificate**
  54:22 57:23
  61:9

**change**  35:9
  55:2 63:12
  81:7

**changed**  56:24
  63:13

**Chapman**  2:13

**check**  58:17,
  18,20 83:14

**check-off**
  18:10,11

**child**  51:17

**choice**  29:24

**choose**  29:12
  31:25
  33:24,25

**chooses**  34:8
  47:17

**chose**  34:20
  35:9

**circumstance**
  33:21

**circumstances**
  50:18 51:7
  59:24

**citizen**  35:13
  37:19 39:24

citizens
  52:6,12

citizenship
  35:22 36:2,
  7,10,20,22
  37:9 38:1,
  4,19,22
  40:19 59:1,
  3,8 60:2,4,
  6,8,24
  61:4,5,8,14

city  41:16
  74:11

Civil  2:16
  3:5,16 4:7

clarification
  82:20

clarify  20:9
  25:15 30:19
  55:4 64:7
  77:1 80:14

clear  13:17
  22:11 25:4
  30:24 32:22
  42:24

clearcut
  35:19

Clerk  5:1

code  42:21
  74:12,17,
  18,21 75:4
  84:10,12,14

codes  74:23

collect  61:4

collected
  60:4

collecting
  60:1

column  24:9
  26:1 43:11,
  24 44:3
  70:16

combined
  49:18

commercial
  54:17,19

committed
  57:8

COMMITTEE  4:7

compared
  15:4,21,22

complete
  36:16

completely
  22:6

compliance
  10:20

complicated
  48:1

Complies
  57:12

concerns  68:4

CONCLUDED
  84:19

conference
  2:8 3:9,20
  4:1 7:8

26:21 27:4

confiscated
  47:2,6

confiscation
  47:9

conjunction
  68:12

connection
  11:20 26:13
  41:5

considered
  24:2

contact  64:22

contained
  11:7

context  11:24

continuation
  74:8

continued  4:2
  74:10

continues
  74:11

conviction
  51:1

convicts
  50:10

copies  67:17,
  21 68:11

copy  69:3,5

corporate
  15:7,25
  18:18 30:8,

25

correct  31:14
  32:24 33:3,
  9 34:25
  35:2 40:25
  41:1,23,24
  48:21 60:9
  61:3 67:19
  71:1 73:5,
  25 74:12,13
  75:24
  77:16,19
  78:1,2
  81:20 83:8

correction
  69:11 77:22

corrections
  9:20

correctly
  29:9

counsel  4:17
  42:3 67:10
  70:7,12

country  36:7
  75:5,8,10

county  20:17
  41:18
  42:16,20,21
  74:17,21,23
  75:4

couple  7:13,
  17 12:18,25
  27:11 28:16
  58:25

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.          1:11-CV-00128
Germaine Mary Martinez on 04/17/2012Index: couple-minute..Depending

couple-minute
  26:14

court   7:21
  8:12 26:13
  39:12 50:10
  51:1 69:16

cover   14:23
  29:7 62:11

covered   13:20
  15:13

covers   26:5

criteria
  27:17,22
  28:1,2
  43:17

criterias
  29:12

CSR   2:13

current   9:21
  48:13
  65:16,25
  66:23 76:21
  77:5,6

customer
  24:10 25:8,
  13

─────────────
       D
─────────────

D.C.   4:8

daily   81:9

Daniel   3:15

daniel.freeman@usdoj.gov
  3:18

dat-   82:23

data   6:20
  12:2 15:14,
  15 20:20
  21:10
  22:19,20
  28:17,22
  41:4,5,12
  42:6 46:10
  47:3,4,5
  56:20 62:2
  68:25 80:7

database   6:14
  10:24
  11:18,19
  12:16,23
  13:9,11,16,
  20 14:10,
  18,22 15:3,
  21 16:10,
  18:20 24:16
  28:17 30:21
  31:8 32:12
  38:24 41:4
  43:14 45:23
  49:24 51:5,
  13 55:20
  58:17,18,21
  59:1,2,21,
  25 62:3,10,
  12 63:6,7
  67:18,22
  68:5,11,12,
  16 70:8,10,
  21 71:1
  73:5 77:16,
  25 78:11,21

79:5,12
  80:2,13,16
  81:13,19,
  82:23 83:7,
  11,18 84:13

date   18:3
  35:16 41:15
  45:6 48:13
  69:5,7
  72:3,6
  76:2,4,9,17
  77:8 79:7,8

dates   43:7
  48:4,12

day   81:3,11

DC   3:17 4:13

DDL   23:9
  24:6 34:15
  35:17

deal   28:12
  34:18

dealing   8:2
  13:25 32:13
  37:1 40:3,
  19 47:9
  48:2 49:22
  53:4 54:15
  62:22 81:1,
  5

deals   28:6
  32:10 37:3
  53:21

deceased
  49:9,15,17
  54:22 64:3,

4

December
  41:15 69:9

Dechert   3:22
  4:3 7:8

decide   8:25
  33:13,15

decided   29:11

deciding
  33:12

deemed   57:7

defective
  57:8

defendant   2:7
  3:14,20 4:1
  10:23 67:10

Defendant-intervenors'
  6:13

definition
  22:2 44:23,
  25 45:1,4

denied   45:3

department
  4:16,17
  9:14 16:22,
  25 18:4
  19:8,25
  33:12,15
  58:21 79:2

depend   44:23

Depending
  48:4

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.          1:11-CV-00128
Germaine Mary Martinez on 04/17/2012          Index: deposed..DPS

deposed  7:15

deposition
 2:6 6:13
 7:18 9:7
 10:23 84:19

depositions
 8:19

deputy  9:16
 10:1,2

DESC  84:11

describe
 16:18 28:9
 45:19 59:24
 71:7,14,19
 72:5 80:24

describes
 57:1 70:19,
 20

description
 24:9 38:15
 39:5 62:1
 84:14

designated
 15:8

designation
 29:22 41:18
 42:17 63:12

details  76:15

determination
 56:8 62:17
 64:25 78:21

determinations
 62:4

determine
 48:6,15
 51:24
 61:19,23
 65:16,22
 66:23 73:19
 76:24 77:4,
 11

determined
 56:17,19
 64:17

determines
 64:14

DHS  37:15

dictionary
 6:20 12:2
 20:20 21:10
 22:19,21
 28:17,23
 46:10 68:25
 69:4,12
 80:7

differ  23:11
 72:21

difference
 23:17 24:4
 41:17 64:5,
 6

differences
 23:15 24:6

digits  41:9,
 25 44:1

directed
 37:24

directing
 70:15

directions
 56:16,20

directs  8:25

disagree
 15:12 70:7,
 12

discussed
 53:14 55:4
 84:2

discussing
 40:19

discussion
 39:14 70:1

disqualification
 48:12

distinguish
 52:10 55:12

distributed
 23:8,10

division  3:5,
 16 9:18,19
 10:5,6,9,
 13,20 79:3

DL  53:13
 57:14 72:15
 73:7

DLS  6:20
 9:21 11:18,
 20 12:2,16,
 23 14:9,18
 16:17 17:20
 20:3,7,13,

14,20 22:4,
10,21,23
23:6,11
24:6 28:17,
22,23,24
30:20 31:9,
19 35:21
41:5 44:21
49:2 51:5
62:10 68:25

DLS'S  58:6

document  11:1
12:11 20:24
21:3,6,9,
12,15,19,23
22:3,9,25
35:12 37:5
40:24 41:3,
6 43:23
44:20 52:23
54:4 66:3
70:4 78:9,
18

documentation
28:6,9
49:14 59:16
61:8

documents
20:3 64:18
78:13

DOJ  67:5

DPS  10:8
17:11 61:4,
19,23 62:9,
13 64:20

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.    1:11-CV-00128
Germaine Mary Martinez on 04/17/2012    Index: DPS'S..entitled

DPS'S  58:7,8

DPS.DL.LAYOUT
 69:18

DPS.DL.LAYOUTS
 6:16

Dps.dl.race.txt.
 84:8

draft  69:4

draw  41:11

Drawing  18:8

driver  6:18
 24:15,16,25
 51:9,20

driver's
 9:18,21
 10:4,6,9,
 12,14 11:7
 12:2 13:22,
 25 14:3,24
 15:3,21
 16:19 17:4,
 7,17 18:15
 20:4,12,16
 21:10 23:8,
 10 30:20
 40:21 41:15
 42:8 44:2,
 3,7,11,15,
 22 47:18,20
 50:15,
 51:25 52:4,
 13 54:17
 57:15
 65:16,25
 66:23

67:18,22
70:8 72:20,
23,24 73:3,
5 75:17,22
76:4 77:21,
25 79:6,11
80:2 81:3
82:23 83:7,
11

drivers  54:19

driving  51:3

drop-down
 34:8,10,11,
 16

due  63:24,25

duly  2:10 7:2

duplicate
 42:6 43:3
 77:15

duties  9:17

DWI  51:1,10,
 22 55:6,15

—————

E

—————

e-mail  40:10

e-mailed
 12:6,9
 21:16

earlier  27:12
 34:23 47:25
 57:20 58:17
 67:16 69:17
 72:13,
 73:22 77:15

81:18 82:22
83:2

easier  46:6

EC  57:22

EDUCATION
 4:11,21

effect  47:8

EIC  57:24
election
 57:23

eligibility
 38:16 39:6,
 16 53:8
 61:24

eligible
 27:14,15
 38:14,21
 45:7 46:8
 48:6 49:17,
 19,20 53:3
 61:20
 63:22,24,25
 64:1

Elizabeth
 3:15 67:9
 78:14 80:6
 84:2

elizabeth.westfall@usdoj.gov
 3:18

employee
 33:16,24
 34:8,20
 58:3

employees
 9:22 32:14
 34:1 58:5,
 6,8 64:23

employment
 78:10

end  63:2
 79:22

endorsement
 36:15,17,20
 37:2,4
 39:22 40:4
 57:3 62:23

ends  48:14

enforcement
 10:19 47:8,
 11,23 48:3,
 10,12,14
 65:13

Enrique  12:8,
 25

enter  49:2
 59:19

entered  48:23
 55:6 59:19
 63:6 71:1

enters  16:23
entitled  12:14
 13:9 48:16
 72:25

entitled  36:7
 39:24 72:2,
 9

entries   77:16

entry   71:4

Eric   3:14
67:10

establish
50:19  51:2
52:10

established
50:9  51:17

estimate
77:24

ethnicity
19:3  31:9
35:4

evaluation
75:16

event   31:11

exact   32:3
60:12  80:23

EXAMINATION
6:1,4,5,6
7:3  67:7
84:4

examiner
64:17

examples
51:12

exhibit   6:12,
15,17,20,22
9:7,8,10
10:22  11:5
17:11,12,14
20:20,22

23:5  28:20
34:3  40:13,
15,25
68:23,24
69:17,19,
23,25  72:22
75:16  76:20
82:22  83:3
84:6

EXHIBITS   6:10

exists   23:5

experience
11:4,13,14

expertise
11:13

expiration
45:6  76:2,
4,9,16  77:8
79:7

expired   45:2
47:1  53:4,
5,11  76:18
77:7,12
79:6,9,10

explain   21:14
24:19  39:17
42:5  43:2
54:11  63:19
65:10

explained
42:23

extends   30:23

extensively
72:12

extent   14:12
16:1  18:23
20:11  27:20
30:9  33:8

extracts
67:17,22,25
68:5,11
73:23

extraneous
62:13

Ezra   3:22  7:7
18:17  25:16
26:20  30:18
41:21  49:25
62:6

ezra.rosenberg@dechert.com
3:24

_____

_____
       F
_____

fact   8:5  15:6
40:3  50:9

fairly   19:4
31:7

fall   31:24
32:8  33:17

falls   48:10

FAMILIA   4:21

familiar   13:9
14:8  21:6
29:13  36:1
58:18,19,20

February
69:10

federal   2:16
40:4  57:3

FEMALE   18:11

field   12:19
19:12  22:5,
25  23:4,13,
14  24:7,20
25:22  26:2
29:4,5,10,
18,23  30:1
31:13  32:4,
10,  33:14,
16,18  34:2,
3,8,11,16,
20  35:12,15
36:4,7,12,
13,25  37:8
38:13,18
39:15,18,23
40:2,19
42:22,25
45:12,19,
20,23  46:1,
15,16  47:2,
23,24
48:17,23
49:3,22,24
50:7,13,14,
18  51:23
52:20  53:25
54:22,24,
55:25  56:2,
3  57:1,3,
11,14  59:2,
3,13,22
61:16
62:18,22,24

63:10,16
64:14,15
65:1,8,9,
10,11 66:14
70:15,19,20
71:7,14,19,
23 72:2,5,
9,13,18
73:10,11,
15,16 74:7
75:10 76:3,
6,14 77:2,
80:3,5,11
81:16 83:3

**fields** 13:5
14:16 22:1,
2,3,10,21,
22 24:21,22
28:18,19
32:7 36:1
44:20 46:18
47:4,25
48:3 49:1,3
53:7 65:15,
18,19,21
66:5,10,22
68:2 70:8,
9,13 74:3,
11 75:17,20
76:5,23
77:4,10,11

**figure** 26:25

**figures** 16:4,
6

**file** 12:6,9,
10,11 21:16
22:14 27:24

81:2

**filed** 26:13

**fill** 32:23
33:17

**filled** 29:14
49:23,24

**filling** 59:10
62:4

**fills** 33:2

**final** 69:3,5

**find** 46:9
49:8 53:12,
19,25 55:9

**finds** 16:17,
19

**fine** 21:1
54:8

**fingerprints**
56:6

**finished**
78:15

**firm** 7:7

**Floor** 2:15
3:11

**focusing**
23:14

**follow** 67:11

**follow-up**
84:1

**form** 13:13,19
17:17,19
18:4,9,21

19:13 23:4
33:10 38:20
48:8 56:11
59:10 60:19
61:13 63:14
65:20 66:6,
25 68:7,18
69:4

**format** 7:18

**forms** 18:5,6,
7,15 20:4,
8,13 73:4

**found** 65:9

**frame** 35:20
60:21

**FRANK** 4:12

**Fraud** 3:5

**Freeman** 3:15

**FRIED** 4:12

**front** 68:25

**full** 9:10

**functions**
53:23

**FUND** 4:11,22

─────────────

─────────────
**G**
─────────────

**gathered**
18:19 19:9
31:7 62:16

**gathering**
34:19

**gave** 44:12,14

**General** 3:4,
14 4:17

**generally**
13:14 16:18
80:24

**generate** 81:2

**generated**
18:21 70:25
83:7

**generation**
12:10
21:11,13,14

**Germaine** 2:6
7:1 9:10

**give** 7:13,17
16:16 22:19
47:17 50:22
52:16 53:24

**Gomez** 12:8
22:15,18
43:19 73:25

**good** 7:5
58:13,14

**government**
57:4

**great** 8:13
27:2

**Gregory** 4:12

**gregory.johnson@friedfra**
4:14

**Ground** 2:15

**guess** 49:15

guidelines
  7:17

---

**H**

---

half  27:4

handed  20:24

happen  33:21
  45:24

happened  43:2

happy  44:25

hard  26:24

HARRIS  4:12

hate  60:15

hazardous
  36:14,16,20
  37:2,3
  39:20,21
  40:4,21
  57:2 62:23

hazmat  63:4

head  8:14
  28:21
  46:11,12
  60:22 66:2

hear  7:5 63:1

hereto  2:17

hesitant  22:6

hesitate
  32:14

hierarchy
  49:5,7,10,
  12

Hispanic
  23:18 24:2,
  5 29:14
  30:3 31:18
  33:21 34:25
  35:4 63:5,
  7,8,9

Hispanics
  23:12

history  81:5

hold  30:18
  52:21 61:22
  65:4 83:15

holder  3:14
  67:10 81:24

holders
  15:21,22,23
  77:25 78:11

holding  47:21

holds  45:16

home  56:10
  64:18,23
  73:13

homebound
  56:3,4,7,9,
  13,17,18,
  19,22,24
  64:14,15,
  19,21,25

honest  13:7
  75:9

hour  27:4

house  2:9,14
  3:21  4:2

  56:21

---

**I**

---

I'  67:4

ID  14:4,24
  15:4,22
  47:17,19
  51:25 52:4
  57:17 58:3,
  4 61:12
  65:17,25
  66:23 70:16
  71:4 72:21,
  25 73:2,4
  76:21,25
  77:2,19,20
  81:3 82:21
  83:3,20

identification
  6:18 13:22
  14:6 17:17
  20:5,12
  44:10,17
  50:7,15,25
  56:5 57:18,
  19 64:18
  77:3,5,9,
  12,21

identified
  63:9

identifier
  81:12

identify
  17:14
  29:17,21

  51:22 52:8
  65:15,17

identifying
  52:9 65:25

identity  37:6

II  11:17,24

image  27:24
  56:5

immigration
  38:17 39:7,
  17 61:25

implemented
  23:6 32:19
  35:1 60:13,
  22,24

important
  7:25 8:12

include  51:6
  75:11 81:23

included
  29:21

including
  15:14

inconsistencies
  36:22

INDEX  6:1,10

Indian/alaskan
  30:5 31:17

indication
  33:9 38:4
  45:16,24

indicator
  47:11 56:3

Huseby, Inc.                                    www.huseby.com
7000 North Mopac Expressway, 2nd Floor, Austin, TX 78731     (512) 687-0424

```
individual              34:19,24              institution          12:1,12,15,
 26:6,8                 35:3,5,7,             57:9                 20,22 21:11
 29:10 31:23           21,24                 instruct             67:21 83:17
 32:7 33:16             36:19,22              15:18 31:1          involvement
 35:21                  38:2,6               instruction          67:17,24
 36:15,18,23           40:20 45:22           32:9                 68:10
 37:4,16,19            46:16 48:2,          instructions         Islander   30:6
 39:21 45:20           7,9 51:18             7:14 29:25           31:18
 47:17 50:24           54:15,17             31:19,23            issuance
 52:1 53:22            55:2 56:12            32:10,15,17          46:23 50:6
 56:7 63:9             60:8,25              intent   25:4         52:25 53:3,
 64:19,20             61:4 62:5,            interfaces            13 56:11
 70:21 71:8,          12,16,25              64:10                59:18,20
 20 72:1,8,           63:3,14              interpose             63:13 66:19
 19 75:9              68:5,16               8:23 15:25           76:14,15
 77:19                71:1 73:20,           62:6                 79:9 80:3
individual's           76:23               interpret            issue   13:23
 50:21 55:2,          infraction            38:25                37:18 63:5
 66:12                51:10                interrupt            64:18
individuals           initially            intervenor          issued   56:14
 16:15 18:19          63:6                   6:12,17,20,         58:4 61:1
 59:7,21,23           input   24:16          22 9:8              63:11 81:3
 62:4 76:24           30:1 33:12            17:12 20:22          82:4
 81:7                 45:22                 40:13
inform   64:20        inputted   37:7      intervenor's         issues   27:25
information           inquiries             10:23                issuing   56:4
 11:7 12:13,          83:18                Intervenors          items   58:25
 17 15:14                                   2:7 3:20
 16:1,10,17,          inquiry   44:21       4:1                ────────────
 18,21,22,23          INS   37:15          introduced                 J
 18:19 19:2           38:14,21,22          41:4               ────────────
 20:16 23:2,          61:20               involuntarily
 25 24:1,17,          inside   76:18,       57:8                 JACOBSON   4:12
 23,24 27:21          19                   involved             January   69:7
 28:24 29:4           instance   2:7                            Jersey   3:23
 31:7,9                                                         job   8:13
 32:11 33:13
```

Johnson  4:12

JR  3:14

judge  27:3

July  68:13

JUSTICE  3:10,
  16

———————
K
———————

Kathleen  4:16

kathleen.murphy@txdps.state.tx.us
  4:19

Kengle  4:6

kind  7:18
  14:4 32:17
  55:21

kindly  27:8

knowing  22:1

knowledge
  11:14 17:16
  18:14 29:1
  30:10 33:8
  43:13

Kolbert  5:1

———————
L
———————

Lamar  4:18

law  3:10 4:7
  5:1 7:7
  83:20

lawful  37:5

lawfully

37:16

LAWYERS  4:7

LEAGUE  4:11

learner's
  14:1,2

leave  62:24

leaves  33:16

leaving  49:3

left  33:20
  49:23
  50:14,18,19

left-hand
  43:11,24
  70:16

Legislative
  3:9,21 4:1
  7:9

length  23:3

LIC  63:19,20

license  9:18,
  21 10:5,6,
  9,13,15
  11:8 12:2
  13:22,23,25
  14:3,24,25
  15:3,4,21,
  22 16:19
  17:4,7,17
  18:15 20:5,
  12,16 21:10
  23:8,10
  30:20 36:17
  40:21,22
  41:15 42:8

44:2,3,7,
  11,16,22
  45:5,17,21
  46:2,14,17,
  22 47:2,6,
  7,10,12,18,
  20,21 48:6,
  8,16 50:6,
  15,25 51:6,
  21,25 52:4,
  13,19 53:10
  54:17,25
  55:3 56:23
  57:15 58:1
  59:14,18,20
  60:5 61:6,
  7,12 63:21
  64:2,18
  65:17,25
  66:11
  67:18,22
  70:8 72:20,
  23,24 73:4,
  5 75:18,23
  76:2,4,16
  77:21,25
  78:10 79:6,
  8,12 80:2
  81:3,4,23
  82:3,17,23
  83:7,11

licensed
  49:21 53:4
  63:19,20
  66:12

licensees
  16:19

licensees'
  35:3

licenses
  13:19,21
  14:24 51:13
  66:23
  81:19,22
  82:1,14

life  58:17,
  18,20

likewise
  71:16 74:11

Lindsey  4:2
  9:6 17:10
  20:19 40:7
  69:16

lindsey.stelcen@dechert.
  4:4

lines  41:12
  84:7

link  70:22

linked  73:3
  74:14

list  30:23
  33:2 70:7,
  13 74:23
  75:15

listed  26:8,
  10 34:7
  43:14 49:10
  64:8,25
  71:11

listen  9:1

listing  80:23

lists  73:17
  75:4

litigation
  67:18 70:14

live  80:16

Live-check
  11:19,21,23
  58:21

Live-check'
  11:18

LLP  3:22
  4:3,12

long  9:25
  10:10
  17:19,22
  19:21,24
  23:3 34:11
  35:15,18
  60:11 78:6

longer  49:19
  64:11 74:9

lot  8:3

───────────

M

machine  2:14

made  12:13
  17:2 42:3
  56:8 62:4,
  17 68:13

mail  17:9
  27:15,23

mailed  51:18

mailing  27:14
  42:9,13,19,
  22,25
  44:12,15,16
  73:13

maintain
  20:3,14
  28:24
  54:18,20

maintained
  28:23 29:2
  45:23 58:21
  73:4 81:19,
  22

maintains
  20:7,13

majority
  42:20

make  11:24
  16:12 39:1
  55:12 57:13
  65:5 78:21

makes  27:1

making  9:23

MALDEF  4:23

MALE  18:10

management
  9:24

manipulate
  68:15

manipulating
  68:10

manuals  32:18

March  68:15

Marie  7:1
  9:12

mark  4:7 47:3

marked  9:7,8
  10:22
  17:10,12,14
  20:20,22
  28:19 40:8,
  13,14 69:23

marking  69:18

Martinez  2:6
  7:1,5 9:11
  27:13 44:19
  52:17 58:16
  67:9 70:4
  84:6

MARY  2:6

match  24:10,
  13,19 25:1

matching
  25:7,12,16

material
  36:14,16,20
  37:2,3
  39:22 40:4,
  21 57:2
  62:23

matter  8:5

meaning  19:11
  20:9 49:6

means  11:19

24:11 37:12
38:21
63:19,20,22
64:1

meant  12:19

Medicaid  3:5

meet  17:7
  26:9 29:11

meets  38:16
  39:6,16

mental  57:7,8

mentioned
  19:4 46:19
  53:15

met  7:21
  61:24

Mexican  2:8
  3:9,21 4:1
  7:9

MI  4:21

middle  9:12
  71:17,20

million
  14:22,23

minute  20:24
  61:22

minutes  54:7

missed  82:24

mixed  53:5

moment  75:14
  83:16

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.          1:11-CV-00128
Germaine Mary Martinez on 04/17/2012     Index: moments..on-license

moments   55:5

morning   7:5
  40:11,25
  72:13

move   31:11

moved   60:3
  79:25

moving   44:20

mposner@lawyerscommittee.org
  4:9

multi-racial
  29:18,21

multiple   48:2
  70:22

Murphy   4:16

Myrna   3:10

myrna.perez@nyu.edu
  3:12

---
          N
---

N-e-n   64:11

N.W.   4:8

NAACP   2:8
  3:9,20  4:1
  7:9

names   41:6

national
  24:16 25:19

Native   30:5
  31:17

nature   12:5

necessarily
  45:18 76:12

NEN   49:18
  63:25 64:6,
  11

NICOLE   4:21

nightly   80:21
  81:8

Nina   4:22

nods   8:14

non-acd   63:25

Non-cdl   49:20

Nos   30:14

notes   49:13
  83:14

notice   6:13

November
  18:3,16

nperales@maldef.org
  4:24

number   14:23
  37:1,6,12,
  15  42:8
  44:2,3,4
  45:22 46:11
  49:25 53:20
  54:22 65:18
  70:20,25
  71:24,25
  72:15,19,
  21,23,24,25

73:2,7
  76:25 77:2,
  3,24 78:10
  83:6,10

numbered   2:11
  22:24

numbers   41:8,
  9,16 43:24
  44:7 66:4

numeral   11:6,
  17,24

numerical
  81:15

numerous
  65:21 66:1

NW   3:17 4:13

NWB   3:17

NYU   3:10

---
          O
---

object   15:5
  30:7 34:4
  39:2

objection
  8:23 13:13
  17:25 19:15
  31:21 33:5,
  6,22 38:20
  60:19 62:6
  65:20 66:6,
  25 68:7,18
  79:13,17,23
  82:7 83:21

objections
  19:2

obtain   16:10
  54:16 63:23
  64:2 72:7

obtained
  16:21 50:25
  61:6 71:25
  72:1

obtaining
  20:15 22:22

obtains   51:1
  72:20

occasionally
  53:5

Occupation
  58:1

occupational
  13:22 14:25
  15:4, 40:22
  58:1 81:19,
  22 82:1,3,
  13,14,16

occur   80:20

office   4:17
  17:4 56:23
  61:11 78:3,
  6 79:2
  83:17

offices   65:2

OFFICIAL   3:14

omitted   41:22

on-license

50:8,20,22
51:2 52:11

**one-byte**
34:20

**one-digit**
84:12

**online** 10:7
27:23 81:7

**opposed** 49:3

**option** 27:18
34:8

**optional**
25:22

**options** 17:6
34:21

**ORAL** 2:6

**order** 14:9
56:11 59:16
70:22

**original**
14:11 17:3,
16

**out-of-state**
51:9,20,21

**outlined**
30:23

―――――――

**P**

―――――――

**P.M.** 84:19

**package** 51:16

**pages** 6:14,
19,21,23

43:9,10

**parameters**
75:12

**parens** 24:19

**parent-taught**
51:15,16,18

**parents** 51:15

**part** 36:19,21
38:3 40:5
60:8 67:18
80:14 82:24

**participants**
26:22

**participate**
12:10

**participation**
12:5

**parties** 12:3
14:10

**parts** 11:12

**passed** 79:8

**passport** 61:9

**past** 79:16

**Patrick** 3:3
19:1 40:8

**patrick.sweeten@oag.state.tx.us**
3:6

**PDPS** 24:10,
12,13,15,
20,22 25:1,
17,18,22
54:16

**Pennsylvania**
3:17

**people** 15:8
16:25 27:14
29:17,20
32:11 41:3
51:6,12,23
52:5 55:10,
11,15 61:5
75:11

**Perales** 4:22

**perfect** 27:1

**period** 18:16
76:17,18

**periodically**
80:17

**permit** 14:2
54:11

**permits** 14:1
54:19,20

**person** 11:3
17:4 24:2
25:5 29:13,
14 31:20
32:1,2,22
33:1,19
35:22 41:6,
14 43:3
44:4,8,10,
11,14,22
45:7,16
46:2,17
47:7,19,20
50:9 52:2
55:6 56:9,

13,16,18
63:6 70:16,
21 71:4
72:21,25
73:2,3
82:21 83:3

**person's**
19:11 47:6
49:8 65:12
72:25 76:12

**personal**
76:21 77:2,
5,12

**persons**
14:17,22
15:2,20
27:17 43:13

**photo** 83:20

**photograph**
81:23

**phrase** 24:13
30:4,5

**phrased** 62:19

**physical**
42:10,12,18
44:13,15,16

**picked** 75:10

**pieces** 38:6

**place** 56:4

**places** 42:20

**PLAINTIFF** 3:3

**planning**
26:23

point  8:7
  37:25  59:15
  63:11  65:13
  79:15,16

pointer
  24:15,23

policies
  32:19  65:2

policy  62:9,
  13  65:1

populate
  73:11

populated
  42:14

portion  14:9
  24:12

posed  19:11
  73:24

position  9:25
  10:17

Posner  4:7

possession
  73:16

possibility
  60:2

possibly  44:9

practice
  20:15  49:2
  79:22

precedence
  49:9,11

precise  31:16
  33:2

precisely
  31:8,10
  41:14

prefix  81:15

presence  37:5

present  5:1
  9:15  37:17

presented
  15:11

presents  37:4

previous
  28:22,25
  29:1

previously
  14:12  21:16
  66:21  68:24

Princeton
  3:23

printing  41:4

prior  10:17
  18:16  20:8,
  9,13  23:25
  24:4  35:7

privileges
  51:4

problem  24:15
  69:22

procedure
  2:16  36:21

proceed  9:2
  19:5

proceedings
  7:23

process  30:22
  48:5,15
  63:13

produce  22:9
  81:4

produced  2:6
  11:3  14:10
  22:14  28:18
  32:19  42:7
  67:22  68:17
  74:24,25

producing
  22:9  67:17,
  21

production
  12:1,16,22
  81:2

program
  10:17,18
  28:7,9

programmed
  23:20,22

programmer
  79:1

programmers
  21:25

programming
  25:24

project  4:21
  9:24

proof  37:5

provide  24:1
  46:16  60:7
  61:5  69:16

provided  13:1
  68:6  69:17
  70:13  71:9,
  15  73:23

providing
  68:11

provisions
  2:16

Public  4:16,
  17  9:14
  58:22

pull  52:12
  55:10,11,
  13,15,20

pulled  42:9
  66:10

purge  79:11

purpose  21:23
  22:9  36:13
  40:2

purposes
  32:12  83:10

pursuant  2:15
  7:11  21:17

put  7:22
  25:5,6  26:7
  31:16
  34:21,22
  66:20

Pérez  3:10

—————————
      Q
—————————

queries  16:12

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.                    1:11-CV-00128
Germaine Mary Martinez on 04/17/2012                Index: query..renew

query  14:8,
  13,14 16:9
  43:17
  55:19,21,
  22,23 75:13
  78:20,22

question  7:14
  8:1,8 15:6,
  16,17,19
  16:2 17:24
  18:14,18,21
  19:7,10,13
  22:11 23:15
  25:16 27:21
  29:6,24
  30:8,10,16,
  17 31:2,4,
  12 33:7,11
  37:20 38:10
  39:8,10
  40:18 42:3,
  24 47:3
  50:14 57:4,
  5 61:13,14
  62:20 65:4
  66:20
  75:21,22
  78:4,15
  82:24

questioned
  13:5

questions
  7:20 8:1
  9:2 12:18,
  19,25 13:2
  14:15 15:6,
  7,10 27:11

28:16 30:22
  31:8,10
  58:25 62:8
  67:5,11,12
  68:1 83:24
  84:17,18

————————
        R
————————

race  18:11,14
  19:3,9,12,
  13 22:25
  24:10 25:8,
  13,22 26:6
  29:10,15
  31:9 32:23
  49:22,23
  50:12,21
  72:10,15
  84:10

read  39:13

ready  27:9

realtime
  80:18

reapplies
  35:9

reason  25:25
  35:9 45:3,8
  47:18

recall  13:2,5

receive  55:1

received
  22:17

reconcile
  36:21 38:5

reconciliation
  38:11

record  2:17
  8:24 9:10
  17:15 21:8,
  15 30:13
  39:14
  44:11,14
  45:6,11
  46:20,21
  48:15
  50:11,20,23
  51:2,16
  52:11,18
  56:4 70:1,
  21,23 73:1
  81:16

records  13:15
  25:23 50:8
  54:18 55:20
  59:9 60:5
  65:12 79:11
  81:12

refer  73:3
  74:20 75:7
  84:11

reference
  41:7 65:11,
  14

references
  41:10

referencing
  73:15

referred
  21:19 68:24

73:18

referring
  14:5,11
  46:21,25
  53:2,7

refers  74:7

reflected
  79:5,7 80:1

registration
  4:21 37:1,
  6,12,15

relate  36:2
  37:18 38:1
  46:2 54:24

related  16:1

relates  37:9
  38:18

relating  19:3
  31:9

relationship
  11:17,20

relevant
  44:21

remember
  19:22 20:1
  29:9 35:18
  60:1,12
  66:14 83:4

reminded  65:6

removed  41:6,
  7,9

renew  81:7

| | | | |
|---|---|---|---|
| renewal 61:13 | Representatives | revise 35:7 | 27:1,3,10 |
| 63:14 | 2:10 3:21 | revision 18:3 | 28:2 30:13, |
| 76:17,18 | 4:2 | 69:6,7,9 | 15 31:5,13 |
| renewed | represents | revocation | 32:1 33:11 |
| 27:23,24 | 76:11 | 47:10 48:11 | 34:1,10 |
| renewing 17:5 | request 21:17 | 76:13 | 37:23 38:9, |
| 27:14 | 22:14,17 | revoked 24:18 | 13 39:4,8, |
| renews 27:15 | require 42:21 | 45:2 | 15,23 40:7, |
| 35:23 | 61:8 | Reynolds 3:4 | 12,17 41:2, |
| rep 15:7,25 | required 18:4 | 40:8 | 24 42:5 |
| 18:18 | 32:6 50:7 | reynolds.brissenden@oag.state.tx.us | 43:18 50:2, |
| repeat 30:17 | 59:13 | 3:7 | 4,13 52:24 |
| 39:11 82:25 | requirement | right-hand | 53:7,11,27 |
| rephrase | 60:7 | 24:9 | 16 60:23 |
| 31:3,12 | requirements | Rights 3:16 | 61:24 62:15 |
| reported 2:14 | 28:12 38:16 | 4:7 | 63:1 65:24 |
| 49:8,14,16 | 39:6,17 | Robert 4:6 | 66:13 67:4 |
| 64:3,4 | 61:25 | RODRIGUEZ | 68:24 84:1, |
| reporter 7:21 | requires 40:5 | 4:21 | 5,16 |
| 8:12,15 | 42:12 57:4 | Roman 11:6, | RPD 54:25 |
| 39:13 | residential | 17,24 | Rules 2:16 |
| 69:16,19,22 | 42:13 | room 3:17 | 26:2 31:14 |
| reports 51:2 | respond 83:18 | 7:19 | 34:2 |
| represent 7:8 | response | Rosenberg | run 43:17 |
| 41:2,13 | 22:14 | 3:22 6:4,6 | 78:21,22 |
| 43:25 44:9 | return 61:1 | 7:4,7 9:6,9 | 81:8 |
| 70:6,11 | review 12:12 | 13:14 | running 81:1 |
| 72:18 76:10 | 20:24 | 15:12,19 | Russell 5:2 |
| representation | reviewing | 16:6 17:10, | |
| 42:2 | 22:5 83:18 | 13 18:8 | _____ |
| representative | reviews 21:3 | 19:1,10,20 | S |
| 30:9,25 | 52:23 54:4 | 20:19 21:1, | _____ |
| 70:9 | | 5 25:17,20 | Safety 4:16, |
| | | 26:1,11,19 | 17 9:14 |
| | | | 58:22 |
| | | | San 4:24 |

schedule
  64:22

SCHOOL   3:10

Scientist   5:3

scope   15:10
  27:20 30:8,
  11,14,25
  33:6 34:5
  37:22 38:23
  39:3 79:13,
  17 82:7
  83:21

screen   34:9

Section   3:16
  68:13

securities
  41:25

security
  41:7,9 44:2
  71:24

self-referencing
  64:16

self-reported
  16:23 26:6
  29:23 62:24

self-reporting
  29:10 30:2

send   81:4

sense   11:24
  12:14 27:1

separate
  47:4,5
  54:18

service   9:19

services   10:8

set   15:6
  61:25

SEX   18:10

shorthand
  2:14

shortly   27:6
  83:15

shoulder   8:14

show   9:9
  17:13 40:24
  51:18 59:16
  79:8

showed   42:25
  66:18

showing   53:3

SHRIVER   4:12

Shrugs   8:14

similar   11:23
  38:25

similarly
  47:12

simply   13:10

sir   7:6,16
  8:10 9:3
  11:10,16,
  21,25 12:4
  13:12 15:1
  16:13 17:21
  19:23
  20:14,18
  21:7,18,21

22:16 23:1,
  16 24:3,8
  26:4 27:16
  28:21
  29:16,19,23
  31:15 32:25
  34:17 35:8,
  14 36:3,6,
  8,11,24
  37:13 40:23
  41:20 44:5
  45:14,
  46:18,25
  47:22
  48:18,22,25
  49:5 51:8,
  11 52:15
  55:8,17
  56:1 57:10,
  16,21 58:2,
  19,23 84:9

situations
  29:13 60:5

social   5:2
  41:7,9,25
  44:1 71:24

software
  16:11

solutions
  9:19

sort   47:13,
  14,16 51:10

sounds   58:4,
  14

SOUTHWEST

4:21

speaking
  13:15

specific
  13:17 16:9
  18:21 28:8
  30:21,22
  35:6,16
  66:4

specifically
  17:21 62:16

speculate
  60:16

speculation
  34:5

speed   8:6
  52:24 54:5

spell   84:14

Spreadsheet
  6:22

SQL   55:19,
  22,23

SSN   71:21

stand   71:23

standards
  17:8 64:24

start   67:13

started   60:1

starters
  16:18

state   2:8,13,
  14 3:3,9,20

STATE OF TEXAS VS. ERIC H. HOLDER, JR., ET AL.        1:11-CV-00128
Germaine Mary Martinez on 04/17/2012    Index: State-approved..system

4:1 6:13
7:10 8:22
10:23 11:3
14:9 21:8
24:18,24
29:2 31:12
41:5 42:7
45:21,22
54:16 57:19
60:3 74:12,
22 83:11

State-approved
14:6

stated   2:17
8:24 29:9

states   3:14
24:16 54:18
64:10 67:23
68:17 70:14
73:17 74:24
75:1 83:19

status   38:17
39:7,17
45:4,5,6,10
46:7,14,20,
22,23 47:25
48:6,8,14,
16 49:9
52:18,19,
20,25 53:3,
4,9,10,12,
13,15,16,
17,21
54:10,11,25
55:2 61:20,
63:25 64:11
65:7,8

66:11,18,19
76:8,10,11,
14,15 79:9
80:3

statuses   45:9
49:10 52:18
53:2 54:20
64:8 65:14
66:21

statute   48:11

Stelcen   4:2
20:21
40:10,14
41:1

Steven   5:1

stop   26:24
79:21

stopped
51:10,22
55:6

stored   15:14

straight
12:22 52:18

Street   2:15
3:5 4:3,13

strongly   31:6

stuff   32:20

subcaptioned
11:7

subject   32:11

submission
68:12 83:19

submitted
18:5

subsequently
63:9

subtopics
30:21

Suite   3:23
4:3,8,23

summary   48:8

supervise
9:22

supervisor
10:19 12:6,
7,24 14:15
68:1,6,17
73:25

supervisors
21:17

supposed
42:18

surname   71:9

surrender
47:13,15,16

Surrendered
45:15 47:13

surrenders
45:21

suspended
24:17 27:25
45:2,8 80:2

suspension
51:3 76:13

Sweeten   3:3
13:13 15:5,
17,24 17:23
18:17 19:6,
15 20:23
25:15,18,21
26:17,20
27:2,8,19
30:7,18
31:21 33:5,
22 34:4
37:20 38:7,
20 39:9,12,
19 41:21
42:2 43:15
49:25 50:3,
5 58:14
60:19 61:22
62:2,19
65:20 66:6,
25 68:7,18
78:14
79:13,17,23
80:6,10
82:7,12,15
83:21 84:18

sworn   2:10
7:2

system   9:21,
23 10:24
11:8 12:2
13:23 16:24
21:10 22:1,
2,4,10
23:7,9,10,
11,21,23,25
24:2,4,15,

17,23 25:2,
3,18,22
28:7,10,13
30:20 32:7,
19 34:7,11,
12,14,15,24
35:1,5,6,17
36:2,18,19,
21 37:7
38:3,5
42:12 44:6
50:8,11
51:17 52:2,
9,13 54:16,
18,21 55:7,
10,16 56:6,
12,17,18
58:11 60:3,
8,11,13,23
79:25

Systems   6:14

_____
T
_____

tables   15:15

takes   32:7
49:9,11

taking   33:19
48:4 54:6

talk   26:21
30:20
38:23,24
62:9,13

talked   47:14,
25 61:16
64:13

talking
13:16,18
29:6 62:15

talks   62:11

Tamara   2:13

technical   8:6

technician
16:23

technology
9:19 10:5

telephone
2:12

telephonically
3:10,15,22
4:6,7,12
5:1,2

telling   15:15
41:22

tells   48:3
66:11

ten   54:6
60:14,17

term   11:21,23
14:2 58:19
63:22

terminology
8:4

terms   23:14
24:6 25:2
35:4 50:13
53:5

testified   7:2
27:13 34:23

52:19 66:21
67:16
72:12,
73:22
77:15,18,23
81:18 82:21

testify   11:4,
14

testimony
82:19 83:3

testing   9:22

Texan   55:5

Texan/or
55:13

Texans   55:14

Texas   2:8,9,
13,15 3:3,
4,6,9,20,21
4:1,2,4,11,
17,18,24
6:13,18
7:8,10 9:14
10:7,23
14:6 18:15
20:4,12,16
26:18 30:20
42:19,21
51:1,4
52:5,12
64:10 68:13
74:22 75:18
76:21 81:6

Texas'   10:24

Texas's   6:14
11:7,18

Texas.gov
10:7

thing   9:5
53:1 66:9

things   52:24
54:5 62:13

thinking
78:16

thinks   38:21

thought   27:4

tied   76:9

time   8:18,20,
22 10:7
18:16 21:2
23:3 27:6,
7,23 35:10,
19 39:11
51:17 56:14
57:25 58:13
60:12,21
61:10 67:3
68:15 71:2
83:15,25

times   50:11

title   9:15
10:18 28:8

today   7:11
8:2,16
26:14 67:12

told   33:1
83:6

top   28:21
46:11,12
49:16 60:22

66:2 69:18
72:22

**topic**  15:9
18:19,24
30:9, 38:23
39:3

**topics**  15:7,
14 16:1
27:11 30:25
62:11

**total**  77:24

**touched**  27:11
59:1

**track**  20:3

**training**
32:18

**transaction**
56:11

**transcript**
7:22,23

**transmissions**
64:9

**treat**  30:2

**treated**  35:5

**TSA**  62:24
63:3

**Tuesday**  2:11

**turn**  11:6
35:11 36:4
67:5

**turned**  56:20

**turning**  21:5,

22 22:24
38:13 45:12
63:16 68:23
84:6

**two-minute**
26:12

**type**  9:24
45:9 47:24
48:4 58:11
60:5 64:2
82:16

**types**  13:15,
21 14:24
82:5,10,11,
12

**typically**
7:19 64:20

---
#### U
---

**U-s-e**  28:14

**U.s**  69:23

**U.S.**  3:16
6:15 35:12
37:17 39:24
61:9 69:17,
25 75:11,16
76:20 82:22
83:3 84:6

**Uh-huh**  66:13

**undated**  35:8

**underline**
84:10,11

**underneath**
11:12

71:16,21
72:2,9,15
73:7 74:17
75:4 84:7

**understand**
8:1,7,9
31:5 37:25
49:6 51:5
57:13 62:11
66:2 82:19

**understanding**
11:19
14:17,20,21
15:2,20
16:16 22:20
37:11 39:5,
18 40:1
44:6

**understood**
23:15 64:6

**unexpired**
75:17,22
76:1

**unique**  70:20
72:23,
77:25 78:10
83:6

**United**  3:14
67:23 68:17
70:14 73:17
74:24,25
83:19

**universe**
76:24

**unknown**  59:2,

4,5,6,12,
17,20,22,25

**UNL**  81:16

**unlicensed**
55:5,7,15
59:8 81:12,
16

**unusual**  7:18

**update**  35:21
81:5

**updated**  35:25
56:13,14,
16,22 60:25
61:2 80:13,
17

**updates**  9:20
80:18,19,
20,22,25
81:1,6

**updating**  81:5

**users**  21:25

---
#### V
---

**vague**  37:21

**valid**  44:22,
24,25 45:1,
16 46:2,17
47:7, 63:21

**Validation**
26:2 31:13
34:2

**values**  33:14
48:21,23

49:2 57:14
63:18,19
65:16

**vendor**  81:4

**verbally**  8:13

**verbatim**
13:3,5

**verbiage**  25:6

**verify**  59:8
62:24 64:7

**version**  69:12

**versions**
28:22,25
29:1

**versus**  7:10

**VICTOR**  4:21

**voluminous**
20:25

**VOTA**  4:21

**VOTER**  4:21

**VOTERS**  4:11

**Voting**  3:16

---
**W**
---

**Wait**  8:23

**wanted**  25:15
51:22 52:8,
12 55:9,10,
65:15

**Washington**
3:17 4:8,13

**Weaver**  5:2

**web**  17:8

**West**  2:15 4:3

**Westfall**  3:15
6:5 67:6,8,
9 68:8,21
69:15,21,24
70:3 78:17,
20 79:14,
19,24 80:9,
12 82:9,14,
18 83:24

**White**  30:4
31:18

**who've**  29:20

**withdraw**  51:3

**Wonderful**
67:15

**word**  12:11
21:19 30:2,
3,4 31:16
32:2,3

**words**  73:2
80:16

**work**  9:13,14,
18,20

**worked**  10:7
19:8,25
78:6

**write**  19:12
32:1,5,6

**writes**  32:2

**written**  28:2,
5 32:10,15,
17 33:20

**wrongly**  8:4

---
**Y**
---

**years**  10:2,11
20:1 60:14,
18 76:19
78:8 79:10

**York**  3:11 4:8

**YOUNG**  4:11

---
**Z**
---

**ZIP**  41:17
74:12,17