## Veasey v. Perry
## Defendants' Deposition Designations--Robert Duncan

| Witness | Date | STARTING | | ENDING | |
|---|---|---|---|---|---|
| | | Page | Line | Page | Line |
| Duncan, Robert | 8/28/2014 | | | | |
| | 8/28/2014 | 12 | 4 | 12 | 13 |
| | 8/28/2014 | 53 | 4 | 53 | 25 |
| | 8/28/2014 | 54 | 4 | 55 | 15 |
| | 8/28/2014 | 55 | 18 | 56 | 25 |
| | 8/28/2014 | 79 | 21 | 81 | 10 |
| | 8/28/2014 | 86 | 7 | 87 | 14 |
| | 8/28/2014 | 90 | 6 | 91 | 16 |
| | 8/28/2014 | 109 | 9 | 110 | 24 |
| | 8/28/2014 | 127 | 7 | 127 | 25 |
| | 8/28/2014 | 128 | 9 | 130 | 3 |
| | 8/28/2014 | 132 | 15 | 133 | 3 |
| | 8/28/2014 | 134 | 11 | 135 | 18 |
| | 8/28/2014 | 136 | 12 | 137 | 13 |
| | 8/28/2014 | 141 | 14 | 141 | 25 |
| | 8/28/2014 | 176 | 21 | 177 | 25 |
| | 8/28/2014 | 191 | 7 | 192 | 16 |
| | 8/28/2014 | 219 | 4 | 221 | 2 |
| | 8/28/2014 | 229 | 24 | 231 | 24 |
| | 8/28/2014 | 233 | 10 | 233 | 24 |
| | 8/28/2014 | 234 | 1 | 235 | 21 |
| | 8/28/2014 | 236 | 10 | 237 | 9 |
| | 8/28/2014 | 239 | 3 | 240 | 13 |
| | 8/28/2014 | 241 | 11 | 242 | 11 |
| | 8/28/2014 | 248 | 22 | 250 | 5 |
| | 8/28/2014 | 251 | 12 | 252 | 1 |
| | 8/28/2014 | 266 | 6 | 267 | 24 |
| | 8/28/2014 | 268 | 5 | 270 | 24 |
| | 8/28/2014 | 271 | 6 | 271 | 19 |
| | 8/28/2014 | 272 | 6 | 272 | 15 |
| | 8/28/2014 | 272 | 19 | 273 | 16 |
| | 8/28/2014 | 280 | 18 | 281 | 8 |
| | 8/28/2014 | 284 | 25 | 286 | 17 |