CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              I think what I would ask you is to give
 2   evidence, either in Indiana or Georgia, of a single
 3   person that has come forward and said that they were
 4   denied their ability to vote because of these
 5   provisions, because in my knowledge, there has not been
 6   a single person that came forward.
 7              SEN. DAVIS:  And again, you know, when you
 8   turn to those two laws, they actually provide some
 9   exceptions that are not provided in your bill, and so
10   the instances in which people were excluded or
11   prohibited from exercising their constitutional right to
12   vote won't have been challenged in the same was as being
13   proposed for the State of Texas under this particular
14   bill.
15              I want to ask you a question about what
16   happens, as a woman, if I come in to vote and I have my
17   state ID, and the name on my state ID is different than
18   my name on the registrar's certificate, because I've
19   either married or divorced.  What will happen in that
20   situation?
21              SEN. FRASER:  The question has already
22   been asked twice.  We will have someone here from the
23   Secretary of State and the DPS that can answer that
24   question for you.
25              SEN. DAVIS:  Okay.  Back to the fiscal
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   note, Senator Fraser.  The fiscal note --
 2                  SEN. FRASER:  We've also talked about that
 3   a couple of times.
 4                  SEN. DAVIS:  Yes, we did, but I want to
 5   ask this question.  The fiscal note, of course,
 6   described the methodology under which the $2 million
 7   figure was compiled, and it specifically states that it
 8   left out the cost for training poll workers and election
 9   officers.  It specifically states that it left out any
10   cost for coordinating voter registration drives.  It
11   specifically states that it left out the costs of
12   providing the ID cards, all of that because it is an
13   unknown number.
14                  SEN. FRASER:  Well, you're making an
15   assumption, and this amount was brought forward by LBB
16   after they talked to the secretary of the State.  The
17   Secretary of State, I think, they can answer that
18   question.  But I disagree that it's unknown.  I believe
19   the Secretary of State and LBB knew exactly what they
20   were doing when they brought it forward, because that's
21   their job.
22                  SEN. DAVIS:  Well, it literally says that.
23   It says, "The fiscal impact of the revenue loss from the
24   prohibition of DPS to collect a fee is unknown because
25   it is not known how many people would make such a
```

1  request."

2              SEN. FRASER:  And that is a correct

3  statement.

4              SEN. DAVIS:  And it also says that the

5  cost of coordinating voter registration drives or other

6  activities designed to expand registration is also

7  unknown, and it also says that the cost for

8  responsibilities, the training for people who would be

9  responsible for implementing this is unknown.

10              Now, if I file a bill this session and I'm

11  challenged, based on the fiscal impact of the bill,

12  clearly this session more than any other will be very,

13  very concerned about that.  And the LBB has put a

14  statement on it that they really don't know what the

15  cost is, but intuitively we understand there's going to

16  be a cost.  We'll probably have a conversation about

17  that.  Right?

18              SEN. FRASER:  And I think the conversation

19  you should have should be the Secretary of State in

20  discussing the HAVA funds that the federal government

21  has provided to both Indiana and Georgia for the

22  implementation of their law that we believe will be

23  approved for that, but it has not been approved, because

24  HAVA has clearly said the bill has to be passed before

25  they could pass judgment on whether those funds could be

1   used.  That amount of money is setting in the Secretary

2   of State's office now, and I think that would be a good

3   question to ask them.

4          SEN. DAVIS:  Let me ask a question about

5   the bill itself.  I'm a little confused about a section.

6   This is on Page 5.  I'm reading from Section 8,

7   Subsection (a).  "If the voter's address is omitted from

8   the precinct list under Section 18.005(c), the officer

9   shall ask the voter if the voter's residence, if listed,

10  on ID presented by the voter under Section 63.001(b) is

11  current and whether the voter has changed residence

12  within the county."  What if the answer is "No," what is

13  the election worker to do at that point?

14          SEN. FRASER:  That's a perfect question to

15  ask the Secretary of State.

16          SEN. DAVIS:  It's your bill, though,

17  Senator Fraser, and the language is here.  And there is

18  no guidance for someone -- if we were to vote on a bill

19  like this, how are we to know how a situation like that

20  would be handled if it's not addressed in the bill?

21          SEN. FRASER:  Senator, I'm sure you're

22  aware through -- the past session, you were here.

23  You're reading current law.  There is one change there

24  where we insert "presented by the voter under Section

25  63.001," which is the description I think of the photo

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  ID.  But basically that is current law, and I think it
 2  would be a good thing to ask the Secretary of State.
 3  Everything you've read is current law.
 4            SEN. DAVIS:  Well, it's not current law,
 5  because it changes it from the difference being on the
 6  voter registration certificate versus being on the
 7  person's ID.  What I'm concerned about is that if I come
 8  in with an ID and my address has changed and I have the
 9  correct address on the precinct list that's different
10  than what's on my ID, that a poll worker might actually
11  reject my opportunity to vote, because the address on my
12  ID is showing differently than is showing on the
13  precinct list.
14            SEN. FRASER:  And the good thing about
15  that is, these HAVA funds that we're going to request
16  will also train poll workers to make sure they
17  understand it.  The ruling would be made by the
18  Secretary of State, and they will train them how to do
19  that, and I feel very comfortable that you would get to
20  vote.
21            SEN. DAVIS:  Well, I'm glad you feel very
22  comfortable, Senator Fraser.  I remain very, very
23  concerned about the number of people under the very
24  severe restrictions that are imposed by the bill you
25  have proposed.  I'm very concerned about the number of

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  people who may be impacted by it.  And I understand and

2  agree with you, that assuring that voter fraud is not

3  occurring is very, very important, and it's a

4  conversation we should be having and a cure we should

5  all attempt to find.

6           But in the process, I'm very afraid that

7  we're going to wind up disenfranchising people who

8  currently are legal citizens in the State of Texas who

9  have the legal opportunity to vote and are going to be

10  denied the right for that right under your bill as it's

11  proposed today.

12           SEN. FRASER:  And I believe our bill will

13  be approved by the U.S. Supreme Court and approved in

14  Section 5 by the Department of Justice.

15           Thank you.

16           SEN. DAVIS:  Thank you.

17           CHAIRMAN DUNCAN:  Senator West.

18           SEN. WEST:  Thank you very much,

19  Mr. Chairman.  I would like to ask the author a couple

20  of questions.

21           Senator Fraser, good morning, sir.

22           SEN. FRASER:  I think we commented about

23  the Barry White voice last year.  I was reading the

24  deposition.

25           SEN. WEST:  That was actually Billy Ocean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 which both of us like.

2                SEN. FRASER:  Both of us do like.  I

3 agree.

4                SEN. WEST:  Now, we're not going to have

5 any unfunded mandates on counties, are we?  This bill

6 would not occasion any unfunded mandates on counties.

7                SEN. FRASER:  This bill?

8                SEN. WEST:  Yes, this bill that you're

9 proposing.  The counties will not have to pick up any of

10 this cost -- is that correct -- because that would be an

11 unfunded mandate?  And I know you are not for unfunded

12 mandates.  Right?

13                SEN. FRASER:  I am not for -- I'm opposed

14 to unfunded mandate, but I'm not advised of whether it

15 would be --

16                SEN. WEST:  So you can tell counties, you

17 can tell all county officials in the sound of my voice

18 and your voice that there will be no unfunded mandates

19 in this bill and counties will not have to spend any

20 money that they don't have right now to implement this

21 particular bill.  Correct?

22                SEN. FRASER:  I had my largest county,

23 Bell County, in my office last week, and I told Judge

24 Burrows at that time that I'm opposed to unfunded

25 mandate and, you know, we'll do everything we can to

 1    keep them off the counties.

 2                    SEN. WEST:  So you're telling county

 3    officials there are no unfunded mandates coming from

 4    this bill?

 5                    SEN. FRASER:  I didn't say that.

 6                    SEN. WEST:  So there may be unfunded

 7    mandates coming from this bill?

 8                    SEN. FRASER:  Not advised.

 9                    SEN. WEST:  So let me back up.  And I want

10    to pursue this just a minute now.  You philosophically

11    are not for unfunded mandates.  Right?

12                    SEN. FRASER:  That's a correct statement.

13                    SEN. WEST:  That is a correct statement.

14    And you, by your action in previous legislatures, have

15    made certain that you have not passed any bills that

16    would provide for unfunded mandates on the counties.

17    Right?

18                    SEN. FRASER:  I have made an effort not to

19    vote, if possible.

20                    SEN. WEST:  Okay.  Now, in this particular

21    bill, it is your objective to make certain that there

22    are no unfunded mandates on any county in this entire

23    state.  Is that correct?

24                    SEN. FRASER:  I'm not advised.

25                    SEN. WEST:  You're not advised as to what

1    your objective is?

2              SEN. FRASER:  No.  My philosophy is that I

3    do everything I can trying to keep any unfunded

4    mandates.  I'm not advised of how they would be

5    impacted.

6              SEN. WEST:  All right.  So you can't tell

7    county officials that there are not unfunded mandates in

8    this bill?

9              SEN. FRASER:  Well, as you know, a lot of

10   times there's unintended consequences, and we don't know

11   until it's passed, the impact.

12             SEN. WEST:  It was your bill, though.

13   This is your bill.  You don't know --

14             SEN. FRASER:  My bill says that --

15             SEN. WEST:  I'm just --

16             SEN. FRASER:  -- when you walk into the --

17             SEN. WEST:  I'm just trying to find out

18   whether or not county officials are going to have to

19   pick up any of the cost in terms of putting this bill

20   into effect.  You tell me.  Tell the county officials

21   that there are no unfunded mandates in this bill.  Tell

22   them.

23             SEN. FRASER:  I'm not advised.

24             SEN. WEST:  So what you're telling county

25   officials, that you're not advised as to whether or not

1    there is any unfunded mandates in this bill.  Correct?

2                SEN. FRASER:  I'm sure that there's

3    probably an expert witness coming.  You probably can ask

4    a question.  Someone, or someone may be coming to

5    testify about that, but --

6                SEN. WEST:  All right.  Let's talk about

7    expert witnesses.  Did you ask for the fiscal note in

8    this bill?

9                SEN. FRASER:  I'm sorry?

10               SEN. WEST:  Did you ask for the fiscal

11   analysis in this bill -- the fiscal note?

12               SEN. FRASER:  No.  I think the committee

13   chairman did.  I believe the -- there is a fiscal note

14   requested.  I did not request it.

15               SEN. WEST:  Did you review the fiscal

16   note?

17               SEN. FRASER:  The fiscal note was handed

18   to me.  I read the fiscal note.  I guess reviewing it,

19   yes, I read it.

20               SEN. WEST:  Okay.  Go to the local

21   government impact section of it, Page 2 of 3, down at

22   the bottom.

23               SEN. FRASER:  Yes.

24               SEN. WEST:  Okay.  Second paragraph,

25   "According to Texas Association of Counties, Tarrant

1    County anticipated a one-time cost to reprint

2    provisional balloting materials and provides new

3    notices, of $8,000.  Bexar County stated that due to

4    limited space on current registration certificate, large

5    cards would be necessary, resulting in additional costs

6    for cards, printing and postage of $381,000," et cetera.

7                Is that a cost that is going to be picked

8    up by the state or is that going to be a cost that's

9    going to be occasioned by the counties?

10               SEN. FRASER:  Senator, you're on the

11   Finance Committee.  You helped with proposing the draft

12   bill, and then you will be voting on the bill coming out

13   of the committee that you send to us, so I think you

14   would be better to answer that.  My job is to pass the

15   bill.  The implementation of the bill, then, and the

16   cost will have to be considered by the Finance

17   Committee.

18               SEN. WEST:  So let me make sure that I

19   understand this, then.  The answer to that question is,

20   you don't know.  So if we don't appropriate that

21   money -- that being the Legislature doesn't appropriate

22   that money -- then that's an unfunded mandate.  Correct?

23               SEN. FRASER:  My job is to bring the bill

24   forward, put it before the membership, advise what the

25   bill will do.  And then if there's a fiscal impact --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1                 SEN. WEST:  Advise what the bill will do?

2                 SEN. FRASER:  The bill is going --

3                 SEN. WEST:  Is that your job?  Didn't you

4 just say part of your job is to advise what it will do?

5                 SEN. FRASER:  Yes.  What it's going to do

6 is that when you walk into --

7                 (Simultaneous discussion)

8                 SEN. WEST:  So I'm asking you --

9                 SEN. FRASER:  -- in Oak Cliff and want to

10 vote, you're going to have to show your smiling face --

11                 SEN. WEST:  And I'm asking what it will

12 do.  I'm asking what it will do in terms of unfunded

13 mandates right now.

14                 SEN. FRASER:  Not advised about unfunded

15 mandates.

16                 SEN. WEST:  Not advised.  So where will

17 the counties get this money under the local impact --

18                 (Simultaneous discussion)

19                 SEN. FRASER:  And I think that's going to

20 be your responsibility as a member of Finance.

21                 SEN. WEST:  Do you know -- then let me ask

22 this question.  Do you know where the county will get

23 the money from, counties will get that money from?

24 Under the local government impact, do you know where the

25 counties will get that money from?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1        SEN. FRASER:  You're asking me a question.

2   No, I do not know --

3        SEN. WEST:  Okay.  Thank you.  Now, as it

4   relates to -- this bill, plus the costs that we don't

5   know, you've said repeatedly that it's going to cost at

6   least $2 million.  And we know, based on the fiscal

7   note, that there's still some undetermined cost.

8        SEN. FRASER:  I have not said one time

9   that it's going to cost $2 million.  I've said there is

10  a fiscal note that has been projected, but there are

11  dollars in the HAVA fund, federal funds, that are

12  setting in the Secretary of State's office that far

13  exceed that number.  And I think the Secretary of State

14  probably will let us know what that is.  So there is a

15  pot of money there that we believe will help offset some

16  of the associated expenses.  I do not believe the cost

17  will be $2 million.

18        SEN. WEST:  Now, the HAVA funds, is that

19  general revenue or is that federal funds?

20        SEN. FRASER:  Federal funds.

21        SEN. WEST:  Okay.

22        SEN. FRASER:  And I believe I'm right, but

23  again, I would ask that question of the Secretary of

24  State if I were you.

25        SEN. WEST:  Okay.  Well, as it relates to

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   general revenue, now, as I understand and as I've used

2   the term "general revenue" over the last 17 years I've

3   been here -- and maybe Senator Ogden or someone else on

4   the Finance Committee can correct me if I'm wrong --

5   general revenue basically means state funds -- right --

6   monies that we get from state --

7           SEN. FRASER:  You are the member of

8   Finance.

9           SEN. WEST:  Well, let me -- general

10  revenue -- okay.  Well, then, take my word for it;

11  that's what it means.  It means monies that we receive

12  from tax revenues in the State of Texas, not HAVA funds

13  but revenues from taxes and revenues that are -- and

14  sources of revenues that we get from citizens in the

15  State of Texas.  And that's what this deals with, it is

16  specifically general revenue-related funds, not HAVA

17  funds.  HAVA funds are federal funds.  So let's make

18  sure -- in terms of my questions, that's the distinction

19  that I'm making.

20          SEN. FRASER:  Well, the distinction you're

21  not making is that if the HAVA funds are not available,

22  yes, there would be a cost to the state.  But if HAVA

23  funds are available, it would offset that cost to the

24  state.

25          SEN. WEST:  Where do you see that in this

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   fiscal note?
2              SEN. FRASER:  It's not in that.  That's
3   conversation --
4              SEN. WEST:  Then how are you making that
5   statement, if it's not in this fiscal note?  There's
6   nothing in the fiscal note that says that.
7              SEN. FRASER:  Mr. Chairman?
8              CHAIRMAN DUNCAN:  Senator Fraser.
9              SEN. FRASER:  Could I please enter into
10  the record -- this is information coming that is
11  addressing the questions he's talked about addressing
12  HAVA.  I would like to have this added as an exhibit,
13  please.
14             CHAIRMAN DUNCAN:  Bring it forward to the
15  Secretary, if you would, and we'll need to --
16             SEN. WEST:  May we approach on it, Your
17  Honor -- Your Honor -- may we approach on it,
18  Mr. Chairman?
19             CHAIRMAN DUNCAN:  You may.
20             (Brief pause)
21             SEN. FRASER:  Mr. President?
22             CHAIRMAN DUNCAN:  Senator Fraser, if
23  you'll hold on just a minute.  I'm going to allow --
24  we're already premarked a couple of exhibits.  And so
25  just in order to keep the record flowing correctly, I'm
```

1  going to recognize Sen. Van de Putte at this point to

2  introduce a motion in writing.

3              Senator Van de Putte.

4              SEN. VAN de PUTTE:  Thank you,

5  Mr. Chairman.  And thank you, Chairman, and the bill

6  author, to yield so that I can move that all actions

7  taken by the Senate on the 81st Legislature on Senate

8  Bill 362, as contained in the official Senate Journal,

9  be included in the record as Exhibit 2.  The Senate

10 Journal excerpts shall include motions, remarks, written

11 responses, exhibits and any other material directly

12 related to Senate Bill 362.

13             Mr. Chairman, I move this motion in

14 writing.

15             CHAIRMAN DUNCAN:  Members, you've heard

16 the motion.  Is there any objection?

17             The Chair hears none.  Exhibit 2 will be

18 received into the record.

19             (Exhibit No. 2 marked and admitted)

20             CHAIRMAN DUNCAN:  Now, Senator Fraser,

21 you're recognized on Exhibit 3, I believe.

22             SEN. FRASER:  And, members, just to

23 clarify, what we're entering here is the answer to the

24 question that we've been discussing.  It is a letter

25 from the Secretary of State, Hope Andrade, saying that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  the $2 million we're discussing, there is sufficient

2  HAVA funds allocated to voter education and poll worker

3  training that would cover this expense that is

4  available.

5          Also, in addition to your question, we

6  have been advised by other counties saying they do not

7  expect more than a nominal cost for counties, existing

8  staff and resources should be sufficient to implement

9  the new law.

10          And I would request this be entered into

11 the record.

12          CHAIRMAN DUNCAN:  Members, Senator Fraser

13 sends up Exhibit No. 3.  It will be received into the

14 record.

15          (Exhibit No. 3 marked and admitted)

16          CHAIRMAN DUNCAN:  Senator Fraser, you

17 still have the floor.  Senator West, Senator has yielded

18 to you for questions.

19          And before we do that, before we do that,

20 let me make an announcement.  We typically adjourn 30

21 minutes ahead of session in order to allow the sergeants

22 and secretary to prepare for the Senate session.  So at

23 10:30, I'll recognize a member on a motion to rise and

24 report progress.  So if you can watch the clock.  It

25 doesn't mean we're going to cut you off, it just means

1  at that point in time, we'll have to cease until we

2  finish the Senate session.

3           SEN. WEST:  Thank you, Mr. Chairman.

4           Senator Fraser?

5           SEN. FRASER:  Yes.

6           SEN. WEST:  Okay.  So you've admitted this

7  as part of the record.  So these are federal funds and

8  not general revenue.  Is that correct?

9           SEN. FRASER:  No.  Those are federal

10 funds, as I understand it, yes.

11          SEN. WEST:  It's not general revenue?

12          SEN. FRASER:  Yes.

13          SEN. WEST:  Okay.  And the certainty of it

14 is still up in the air.  Based on this document from the

15 Secretary of State, they still have to confirm that the

16 funds can, in fact, be used for this particular purpose?

17          SEN. FRASER:  That is correct, and that's

18 what I advised earlier, is that HAVA has said until the

19 passage of the bill, they would not rule, but the funds

20 have been used before in Indiana and Georgia, and it is

21 expected that we will be able to use them here.

22          SEN. WEST:  Okay.  Now, you had made

23 mention also that you've talked to some other counties

24 and that there won't be any unfunded mandates on those

25 counties?

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
1              SEN. FRASER:  You didn't read the rest of
2    the fiscal note, is that Comal County reported the costs
3    associated with the provision would be absorbed within
4    existing revenues.  You gave one example, but I think
5    most of the counties expect this to be a nominal cost
6    and that they have existing staff and resources --
7              SEN. WEST:  And then --
8              SEN. FRASER:  To handle this.
9              SEN. WEST:  I'm sorry.  You said most of
10   the counties.  You've given examples of three.  You said
11   most of the counties.  Is --
12             SEN. FRASER:  Do you have evidence from
13   others?  I --
14             SEN. WEST:  There's 254 counties, and
15   you've just made a statement that most of the counties
16   have said they can absorb it within their normal --
17             SEN. FRASER:  I said I do not expect it to
18   be more than a nominal cost.
19             SEN. WEST:  But otherwise -- now Bexar
20   County is saying it's going to be over $380,000.  That's
21   not a nominal cost, is it?
22             SEN. FRASER:  Well, I guess that's
23   something you should consider in the Finance Committee.
24   They have a huge budget, and in --
25             SEN. WEST:  Who has a huge budget?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  The large counties.

2              SEN. WEST:  I'm sorry?

3              SEN. FRASER:  The large counties.

4              SEN. WEST:  They have huge budgets?

5              SEN. FRASER:  Yes.  And you will have to

6    make that decision.

7              SEN. WEST:  They don't have budget

8    shortfalls in large counties?

9              SEN. FRASER:  If I were you, then I would

10   discuss that with the chairman --

11             SEN. WEST:  But the reality is, the

12   reality is, is that if -- and I won't belabor the

13   point -- the reality is, if those counties will have to

14   fund this out of existing revenue from their budgets,

15   it's going to be an unfunded mandate on them if the

16   state does not appropriate the money.  Is that correct?

17             SEN. FRASER:  Yes.  It is expected that it

18   will be a nominal cost for counties.  Existing staff and

19   resources should be sufficient to implement the new law.

20             SEN. WEST:  And where are you getting that

21   from?

22             SEN. FRASER:  From the sheet here.  If

23   you'll follow, Comal County reported the cost associated

24   with the provision of the bill should be absorbed within

25   existing revenues.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. WEST:  But that's Comal County.

2   That's not Travis County, that's not Harris County,

3   that's not Bell County or any of the other counties.

4   That's Comal County.  Comal County is not indicative of

5   all of the counties in the State of Texas, is it?

6          SEN. FRASER:  I think what you should do,

7   then, is get 254 counties, if you'll call them all and

8   get that number and --

9          SEN. WEST:  Okay.  Well, I mean, it's your

10  bill.

11          (Simultaneous discussion)

12          SEN. FRASER:  -- Finance.

13          SEN. WEST:  And the reality is, if it's an

14  unfunded mandate, you're responsible for it if this bill

15  passes.  Now, let me ask you this:  The $2 million, the

16  $2 million that you're talking about, if it does not

17  come from HAVA funds, then it's going to have to come

18  from general revenue.  Is that correct?

19          SEN. FRASER:  I'm not advised.  I'm not a

20  member of Finance; you are.  And I think that would be a

21  decision of Finance.

22          SEN. WEST:  Let's talk about just sections

23  of the bill.  Specifically, the issue concerning -- and

24  I think you and Senator Davis have gone over this.  And

25  I'm on page, in Section 7 of the bill, specifically (c)

1   and (d).  Let me know when you're with me on it.

2                    SEN. FRASER:  What page are you on?

3                    SEN. WEST:  I'm in Section 7 of the bill.

4                    SEN. FRASER:  That's Section 11.

5                    Six, 7.  Okay.  Got it.  Okay.

6                    SEN. WEST:  Okay.  As relates to -- let's

7   talk about the election officer.  Now, what's the

8   definition of the election officer?

9                    SEN. FRASER:  That would be a good

10  question to the Secretary of State.

11                   SEN. WEST:  So you don't know what an

12  election officer is?

13                   SEN. FRASER:  I've got a witness, you

14  know, an expert witness coming in that -- you know, I

15  think I do, but it would be improper for me to answer.

16  I've got an expert person you can ask.

17                   SEN. WEST:  Let me ask this:  Did you rely

18  on the Secretary of State's office in helping to draft

19  this bill?

20                   SEN. FRASER:  We have had a lot of

21  discussion with the Secretary of State's office over the

22  last three years in the process of drafting bills.

23                   SEN. WEST:  So you don't know what an

24  election officer is?

25                   SEN. FRASER:  I didn't say I don't know

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  what the election officer is.  But the Secretary of

2  State is coming, and it would be improper for me to

3  answer that if we have an expert witness that can answer

4  it, you know, for sure.

5              SEN. WEST:  So it would be improper for

6  you to answer what an election officer is?

7              SEN. FRASER:  No.  We've got an expert

8  witness that would be the better person to ask.

9              SEN. WEST:  Okay.  In terms of what an

10 election officer is in your bill.  Okay.

11             As it relates to Section (d), you say

12 that, "If the voter's name is on the precinct list of

13 registered voters and the voter's identity can be

14 verified from the documentation presented under

15 Subsection (b), the voter shall be accepted for voting."

16 But if, indeed -- and the election officer is to make

17 that determination.  Is that correct?

18             SEN. FRASER:  Again, that's a great

19 question to ask the Secretary of State's office.

20             SEN. WEST:  How does your bill work?  Tell

21 us how your bill works.

22             SEN. FRASER:  You know, it's a --

23             (Simultaneous discussion)

24             SEN. WEST:  I mean, would that be a great

25 question to ask the Secretary of State?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. FRASER:  It's a great concept.  You

2  walk in in Oak Cliff to vote.  And if you're in the

3  right precinct and your name is on the list and you pull

4  out your driver's license and you show it to them and

5  your smiling face on your driver's license matches

6  you --

7      SEN. WEST:  Well, let me --

8      SEN. FRASER:  -- I think they're going to

9  hand you a ballot and allow you to vote.

10      SEN. WEST:  Then let me ask you this:  My

11  last name is spelled W-e-s-t.  Suppose there's some

12  typographical error where they spelled it W-e-s, but

13  it's me.  I have an ID, but my name is misspelled.  What

14  happens then?  I have to vote a provisional ballot?

15      SEN. FRASER:  I think that would be a good

16  question for the Secretary of State, because I think

17  they will cover that in the training with the election

18  officials you're discussing.

19      SEN. WEST:  What is your, intent, Senator?

20      SEN. FRASER:  My intent is that the

21  Secretary of State would make a ruling on that.

22      SEN. WEST:  Under those circumstances,

23  what would be your intent, as the author of this bill?

24  If my name is W-e-s-t but there is a typographical error

25  someplace and it's W-e-s, what is the intent.  Give the

1    record your intent as the author of this bill.

2                    SEN. FRASER:  My intent, as the author of

3    the bill, is that I'm going to give the authorization to

4    the Secretary Of State to make a ruling and train the

5    poll workers so that it would be clear that they're

6    allowing the proper person to vote.

7                    SEN. WEST:  They're allowing the proper

8    person to vote.  So in that circumstance, would it be up

9    to the election officer there to determine whether I'm

10   the same person --

11                   SEN. FRASER:  I think it would be up to

12   the Secretary of State --

13                   SEN. WEST:  Let me finish; let me finish.

14                   -- whose last name is W-e-s, but my

15   identification says W-e-s-t, and I'm presenting that, it

16   would be up to that election worker.  Right?

17                   SEN. FRASER:  I think that would be a

18   great question to ask the Secretary of State.

19                   SEN. WEST:  But what's your intent,

20   though?  I'm just asking your intent.  I can't ask the

21   Secretary of the Senate what's your -- I mean, Secretary

22   of State what your intent is.

23                   SEN. FRASER:  I intend to --

24                   (Simultaneous discussion)

25                   SEN. WEST:  You've got to manifest your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  intent so the Secretary of State will know, have some

2  guidance in terms of how this bill should be

3  implemented.  Don't you agree, as the author of the

4  bill?

5          SEN. FRASER:  My intent is to give the

6  Secretary of State the authorization to determine the

7  rules, train the poll workers.  They would make a

8  determination on that.

9          SEN. WEST:  So the poll worker in this

10  instance would be the election officer?  I have to ask

11  the Secretary of State?

12          SEN. FRASER:  You need to ask the

13  secretary of State.

14          SEN. WEST:  Okay.  Poll workers, let's

15  talk about poll workers.  How much do we pay poll

16  workers?

17          SEN. FRASER:  That would be a good

18  question to ask the Secretary of State.

19          SEN. WEST:  Okay.  What's the minimum

20  wage?  I would ask the Secretary of State?

21          SEN. FRASER:  What does that have to do

22  with this bill?

23          SEN. WEST:  I mean, I'm just trying to

24  understand exactly how much we pay our poll workers.

25          SEN. FRASER:  Again, Senator, you're

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  asking the question.  I would suspect probably poll
 2  workers may be paid different from one county to
 3  another.  And it's an area -- I think that that's a good
 4  question of the Secretary of State.
 5              SEN. WEST:  Okay.  Now, you keep referring
 6  to the Secretary of State.  But in the bill analysis,
 7  doesn't it also say that this bill does not expressly
 8  grant any additional rulemaking authority to the state
 9  office -- to a state officer, institution or agency?
10  Does it say that?  Do I have to ask the Secretary of
11  State about that also?
12              SEN. FRASER:  Senator, I'm sorry.  I'm not
13  advised.  I do not have a bill analysis.  Do you have
14  one in front of you you would like show me?
15              SEN. WEST:  I do.  Look under "Rulemaking
16  Authority."
17              SEN. FRASER:  We don't have it.
18              SEN. WEST:  You don't have a -- okay.  In
19  the bill analysis, what it says is that this bill does
20  not expressly grant any additional rulemaking authority
21  to a state officer, institution or agency?
22              SEN. FRASER:  Isn't that standard language
23  that's put on every bill?
24              SEN. WEST:  I don't know.  But what I'm
25  asking you is --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  You don't know?
2              SEN. WEST:  -- given the fact that you are
3    deferring everything to the Secretary of State, are you
4    going to put some additional language in the bill that
5    provides the Secretary of State some additional
6    rulemaking?
7              SEN. FRASER:  I think the key word there,
8    this does not provide any additional.  I think it's
9    assumed that the Secretary of State has that ability
10   under current ability we've given the Secretary of
11   State.
12             SEN. WEST:  Let me ask this, Senator
13   Fraser.  Okay.  All right.  You can't give me what your
14   intent is in that situation.  I'll just take that for
15   granted.
16             You have made reference to the Carter-
17   Baker Commission and recommendations.  Is that correct?
18             SEN. FRASER:  I want to make an
19   observation here for Senator Whitmire.  If you'll look
20   up, it is filling up, so there must be someone concerned
21   about the legislation we're talking about.
22             What was the question?
23             SEN. WHITMIRE:  Lubbock.
24             SEN. FRASER:  While Senator West gathers
25   himself, I'll tell you that those are the great people
```

 1    from West Texas, the City of Lubbock.  And they are

 2    great voters and very concerned.  And I've seen the

 3    polling data that shows that West Texas was the highest

 4    percentage of people that believe that they should show

 5    their ID whenever they show up to vote.  I'm really glad

 6    to have them at my back.

 7                    Go ahead.

 8                    SEN. WEST:  Do I need to ask the Secretary

 9    of State about that, too, or what?

10                    SEN. FRASER:  You could.  These people

11    respect the opinion of the Secretary of State, and they

12    probably have already asked.

13                    SEN. WEST:  Okay.  Senator Fraser, a

14    couple of things.  As it relates to the Carter-Baker

15    Commission, you've talked about the recommendations, and

16    you are following the recommendations that came out of

17    that commission.  Is that correct?

18                    SEN. FRASER:  No.  I filed a piece of

19    legislation that I believe will be approved by the U.S.

20    Supreme Court and will be cleared by the Department of

21    Justice.

22                    SEN. WEST:  Okay.  Let me ask you this:

23    Have you made mention of the Carter-Baker Commission?

24                    SEN. FRASER:  I have made references a

25    couple of times of things that they mentioned in their

1    report.

2                   SEN. WEST:  Of the recommendations that

3    they mentioned, did you incorporate any of those in your

4    bill?

5                   SEN. FRASER:  My bill is a bill I believe

6    that will be approved by the U.S. Supreme Court and be

7    approved by the Department of Justice and will --

8                   SEN. WEST:  So the answer to the question

9    is what?  Did you incorporate any of the recommendations

10   from the Carter-Baker Commission in your bill?

11                  SEN. FRASER:  The bill that we're filing

12   is a bill that I believe will be approved by the U.S.

13   Supreme Court and be approved by the Department of

14   Justice.

15                  SEN. WEST:  So the answer to the question

16   is?

17                  SEN. FRASER:  That we're filing a bill

18   that's going to be approved by the U.S. Supreme Court.

19                  SEN. WEST:  Well, that wasn't the question

20   asked.  The question asked, did you incorporate any of

21   the recommendations in the Carter-Baker Commission in

22   your bill?  That was the question I asked.

23                  SEN. FRASER:  I read the Carter-Baker

24   report.  And you know, obviously, I'm aware of the

25   things they're recommending.  But the bill that I've

1   drafted is based on the fact that whenever you walk in

2   to vote, I want you to show an ID proving you are who

3   you say you are, and I believe that bill will be

4   approved by the U.S. Supreme Court.

5                SEN. WEST:  So you don't know whether you

6   did or not.  Is that the answer to my question?

7                SEN. FRASER:  My answer is, the bill that

8   we filed, that we brought forward, is a bill that

9   clearly says that whenever you vote, you need to show

10  your ID, and I believe that bill will be approved by the

11  U.S. Supreme Court.

12               SEN. WEST:  Was that one of the

13  recommendations of the commission?

14               SEN. FRASER:  I'm not advised.

15               SEN. WEST:  But you made reference to it

16  as a predicate for why this particular bill --

17               SEN. FRASER:  No.  I made a reference to

18  comments that were made by the Carter-Baker Commission.

19               SEN. WEST:  What were those comments that

20  you made?

21               SEN. FRASER:  If you want to go over it

22  again, I can do my opening statement again if you would

23  like.

24               SEN. WEST:  No, just the comments from the

25  Carter-Baker Commission.

1          SEN. FRASER:  Carter-Baker Commission,

2   bipartisan -- Carter-Baker Commission affirms the

3   danger.  Elections are at the heart of the democracy.

4   "Americans are losing confidence in the fairness of

5   elections, and while we do not face a crisis today, we

6   need to address the problems of our electoral system."

7          The Carter-Baker Commission concluded at

8   the end of the day, there's considerable national

9   evidence of in-person voter fraud.  And regardless of

10  whether one believes that voter impersonation is

11  widespread or relatively rare, there can be no serious

12  dispute that it is a real effect, can be substantial

13  because, in a close election, even a small amount of

14  fraud could make a margin of difference.

15          SEN. WEST:  Okay.

16          SEN. FRASER:  That was my reference to the

17  commission.

18          SEN. WEST:  Okay.  Did they also

19  recommend, though, that we should use some sort of

20  mobile strategy, mobile strategy in order to get

21  vehicles out to different locations to --

22          SEN. FRASER:  I didn't reference that.

23          SEN. WEST:  No.  I said did they also

24  recommend that, though?

25          SEN. FRASER:  I'm sorry.  I'm not advised.

1    I didn't reference that.

2                    SEN. WEST:  Okay.  But if they did make a

3    recommendation that we should do everything we can to

4    make certain people are registered to vote, you would

5    support that, wouldn't you?

6                    SEN. FRASER:  The bill I'm filing, that

7    I'm filing today --

8                    SEN. WEST:  No.  That's not --

9                    SEN. FRASER:  -- very clearly says that I

10   think it will be approved by the U.S. Supreme Court and

11   approved by the Department of Justice.

12                   SEN. WEST:  And we need to ask the

13   Secretary of State.  Okay.  I understand that.  But what

14   I'm asking is, you would agree that if we are trying to,

15   quote unquote, purify our election process, that we

16   should do everything we can in order to make certain

17   people are registered to vote.  Wouldn't you agree with

18   that?

19                   SEN. FRASER:  I think probably when the --

20                   SEN. WEST:  Well, you would not agree with

21   that?

22                   SEN. FRASER:  If you'll allow me to make a

23   statement.

24                   SEN. WEST:  Sure.

25                   SEN. FRASER:  I think when DPS comes up, I

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  think there's going to be a lot of discussion about what

2  can they do in the form of either making it easy for

3  people to sign up and/or even, maybe even a temporary

4  van for an area that Senator Uresti had talked about in

5  far West Texas.  Those people that are, you know,

6  100 miles from the nearest location, maybe there's a way

7  to accommodate that.  So I think the answer to your

8  question is, I'm anxious to hear the response of the

9  Department of Safety of what they're either able and/or

10  willing to do.

11              SEN. WEST:  And let's assume that they are

12  able and willing to do more than your bill permits.

13  Would you support an amendment that would enable them to

14  do what they're able to do in order to --

15              SEN. FRASER:  Have you prefiled that

16  amendment and have I had a chance to look at it?

17              SEN. WEST:  No.  I'm asking you a question

18  right now.

19              SEN. FRASER:  And I'm asking you, have you

20  filed your amendment?

21              SEN. WEST:  Well, you basically said, sir,

22  that you have to wait -- we have to wait until you hear

23  their testimony before we can make a determination as to

24  whether or not they're --

25              SEN. FRASER:  No, I can't tell you --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. WEST:  Well, let me finish; let me
2   finish, please.  Let me finish.
3              What you just said a second ago is, is
4   that you want to defer to the Department of Public
5   Safety to make a determination as to whether or not
6   there are things that they can do in order to make
7   certain they're doing the outreach that's necessary to
8   accommodate just some of the concerns that senator
9   Uresti had.
10             SEN. FRASER:  I didn't say that at all.  I
11  said --
12             SEN. WEST:  What did you say?
13             SEN. FRASER:  -- I'm anxious to hear their
14  testimony when they're asked and their response of what
15  they are able, capable of doing for that.  And then once
16  you do that, if you want to offer an amendment, I will
17  look at every amendment offered.  If you'll got one, you
18  need to go ahead and file it.
19             SEN. WEST:  Let me give you a
20  hypothetical, then.  If the Department says that they
21  can do much more than your bill currently allows them to
22  do, would you support an amendment that would give them
23  the resources or give them the rulemaking authority to
24  be able to do the outreach?
25             SEN. FRASER:  I'm probably not going to
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    work in hypotheticals right now.  Let's wait until we

2    hear from them.  Then we'll determine that.

3                    SEN. WEST:  Okay.  Well, I'm going to make

4    sure and I'll put that down.

5                    I want to talk about seniors just for one

6    second.  How did you come up with 70 years old?  Well,

7    hold on.  Let me ask you this:  Is there a definition, a

8    federal definition under any of our laws, U.S. laws or

9    either state laws, that defines a senior citizen?

10                   SEN. FRASER:  It was really actually a

11   very complicated system that we came up with this.  It

12   actually was recommended by a democratic member that

13   said, "If you'll put that in the bill, that would help

14   five or six of us vote for the bill."  So that was

15   recommended originally to be put in the bill.  But the

16   answer to your question is, I'm 61 years old, and I

17   think you're just about as old as I am.

18                   SEN. WEST:  No, I'm younger; I'm younger

19   than you are.  I'm younger.

20                   SEN. FRASER:  Oh, you're 60 -- 59?

21                   SEN. WEST:  I'm younger than you are.

22                   SEN. FRASER:  How old are you, sir?

23                   SEN. WEST:  I'm 58 years old.

24                   SEN. FRASER:  Okay.  Of the people

25   (laughter) --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                 SEN. WEST:  Ask the Secretary.  We're not
 2  going to --
 3                 SEN. FRASER:  I want to see your photo ID.
 4                 SEN. WEST:  Ask the Secretary.
 5                 SEN. FRASER:  I need a photo ID.
 6                 SEN. WEST:  Got to ask the Secretary.
 7                 SEN. FRASER:  And here, this is a good
 8  observation.  I live in an area, a retirement community,
 9  and I know a lot of the people in that area.  And the
10  people that are my age, that are 61 up to 65 up to 70, I
11  think are still very, very capable.  It is not an
12  inconvenience on them.  There's a lot of people that are
13  70 --
14                 SEN. WEST:  And what community?
15                 SEN. FRASER:  You want me to answer the
16  question?
17                 SEN. WEST:  I just didn't hear.  You said
18  you lived in a retirement --
19                 SEN. FRASER:  I live in an area where
20  there's a lot of retired people.
21                 SEN. WEST:  People.  Okay.
22                 SEN. FRASER:  Yes, like myself.
23                 SEN. WEST:  Yes.
24                 SEN. FRASER:  Those people that I know,
25  people that are up to that age, it would not be an
```

1   inconvenience for them, and they're still very, very

2   active.  Actually, I've got numerous people that I play

3   golf with often that are above 70 and up to 80.  So,

4   actually, the number probably could have been higher,

5   but that number we thought was a fair number and

6   represented a number that we could offer up as a very

7   fair number for an exception to this bill.

8                   SEN. WEST:  Let me make sure I understand

9   your answer to that question.  You're saying that the

10  age 70 is predicated on people that you know that live

11  in your community?

12                  SEN. FRASER:  It is predicated by a

13  democrat member offering me that up as a number, that if

14  we would put that in the bill, there would be five or

15  six Democrats that would vote for the bill.  That's the

16  answer to my question.

17                  SEN. WEST:  Okay.  But you added a lot of

18  other stuff after that.  What was all that other stuff?

19                  SEN. FRASER:  The other stuff was the

20  people that I know that are capable of that.  Now, if

21  someone is not capable, we are not changing the mail-out

22  ballot procedures.  And that anyone for some reason that

23  could not vote in person would be allowed to vote like

24  they do today.

25                  SEN. WEST:  Don't you think that a better

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  definition would be 65?  Why wouldn't you use 65?  And

2  let me give an example.

3                In the Human Resource Code, elderly person

4  means a person 65 years of age or older.  Why wouldn't

5  we use that as an age?  Our Penal Code uses elderly

6  individual means a person 65 years of age or older.  Our

7  Utility Code means an individual who is 60 years or

8  older.  Our Human Resource Code means an elderly person,

9  means a person who 60 years or older.  And now we're

10  going to have our election code basically saying a

11  person of 70 years or older.  Don't you think -- I'm not

12  going to vote for your bill anyway, but just in case.

13                SEN. FRASER:  You actually were one of the

14  ones that was asking if I would put it in the bill.

15                SEN. WEST:  No, no, no, no, no, no, no,

16  no.  Let's get it straight.  I didn't ask you that --

17  okay? -- for the record.  Okay?  I didn't ask you that.

18                SEN. FRASER:  Okay.

19                SEN. WEST:  But if you're going to put it

20  in there, it seems as though you should have one of a

21  consistent definition with some of the other statutes.

22  You're making an elderly individual for voting purpose

23  more onerous than it is under these other statutes, like

24  in our Penal Code where it says an individual -- elderly

25  person is 65 years old.

```
 1                  SEN. FRASER:  I actually believe that the

 2    number probably could easily be higher, because --

 3                  SEN. WEST:  So you would make it 80 years

 4    old?

 5                  SEN. FRASER:  I'm sorry?

 6                  SEN. WEST:  You would make it 80 years old

 7    for election purposes?

 8                  SEN. FRASER:  I'm saying when I'm 80, I

 9    still believe I'll be able to get in the car, go down

10    and get my ID and be able to vote.

11                  SEN. WEST:  But, see, you're assuming that

12    all elderly people have cars.

13                  SEN. FRASER:  If they don't, they can vote

14    by mail.

15                  SEN. WEST:  But you're assuming that they

16    all have cars and that they'll be able to do everything

17    that you'll be able to do at the age of 80.  And I'm

18    pretty certain you will be able to do it given, you

19    know, the things that you do to keep yourself in shape

20    and everything.

21                  But I don't think we should be building

22    that definition based on how you perceive yourself and

23    people in your neighborhood.  The fact of the matter is,

24    you're more affluent than most other people in the State

25    of Texas.  And if you're going to build a definition, I
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    think what you need to look at is what the average

2    elderly person in the State of Texas, you know, is and

3    the means that they have.

4              SEN. FRASER:  And, Senator, I think, you

5    know, if you're going to consider that, you've got to

6    think about how things have changed.  When my parents

7    were 65, they were old.  Things have changed a lot with

8    diet and exercise, and people are changing what they can

9    do.

10             People that are 70 or 75 or 80 are still

11   very, very active today, and I think it's a very fair

12   number.  Now, I feel very comfortable that you're

13   probably going to offer an amendment, raising -- or

14   changing that number.  And I think probably, if the

15   members of the body, you know, could help us decide

16   that, I think -- myself, I believe that 70 is a very

17   fair number --

18             SEN. WEST:  Let me --

19             SEN. FRASER:  -- exception.

20             CHAIRMAN DUNCAN:  Senator West --

21             SEN. WEST:  Yes.

22             CHAIRMAN DUNCAN:  -- if I might

23   interrupt -- and I don't want to -- we can continue with

24   your line of questions when we reconvene as a Committee

25   of the Whole.  It's 20 till.  We've gone 10 minutes over

TX_00000499

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   what we previously announced.  Would you have any

2   objection if we could continue the dialogue after

3   session?

4                    SEN. WEST:  No objection.

5                    CHAIRMAN DUNCAN:  Okay.  Very good.  Why

6   don't we go ahead and do that.  Before we do that, let

7   me ask the body if you would, please, if you have

8   amendments that you would wish to -- we're not putting a

9   deadline on amendments, but it will help us if you can

10  deliver your amendments as soon as possible to Jennifer

11  Fagan who is the State Affairs Committee Director, and

12  we will try to collate them and make sure that there are

13  not conflicting amendments.  And if you'll do that as

14  soon as possible, that will be helpful.

15                    There are a number of people that are on

16  queue to be recognized, and I will recognize them in

17  order that they're on queue.  Now we'll record that and

18  then start.  Senator Lucio will be first, Senator Van de

19  Putte, Senator Ellis, Senator Seliger, unless you're

20  just -- you're just on for the motion, so we'll take you

21  off center -- Wentworth.  He's just for the motion, so

22  we'll take him off.  And then, Senator Zaffirini, you

23  would be in queue at that point in time.  And then we'll

24  just start the queue.  Whenever we come back in, you can

25  go ahead and hit your button and we'll have the queue.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          Exhibits, too.  If you have exhibits that

2  you want to enter into the record so that we can make

3  sure we have an orderly transition of those exhibits,

4  would you go ahead and bring those forward, at least

5  during the interim time, so we can go ahead and number

6  them and have them available.  It's not absolutely

7  necessary that we introduce them in their chronological

8  order, but it does help have a cleaner record.

9          Finally, I want to remind you, we did have

10  a little talking over, so we've got to make sure we have

11  a clear record.  So please, in the future, remember to

12  speak one at a time.

13          Senator Zaffirini is recognized for an

14  announcement.

15          (Announcement by Senator Zaffirini)

16          CHAIRMAN DUNCAN:  Thank you, Senator.

17          The Chair recognizes Senator Seliger for a

18  motion.

19          SEN. SELIGER:  Mr. President, I move that

20  the Committee of the Whole Senate rise and report

21  progress.

22          CHAIRMAN DUNCAN:  Members, you've heard

23  the motion.  Is there objection?

24          Chair hears none.  It's so ordered.

25          (Recess:  10:43 a.m. to 12:38 p.m.)

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    AFTERNOON SESSION
 2               TUESDAY, JANUARY 25, 2011
 3                    (12:38 p.m.)
 4               CHAIRMAN DUNCAN:  The Committee of the
 5    Whole Senate will come to order.  The Secretary will
 6    call the roll.
 7                    ROLL CALL
 8               SECRETARY SPAW:  Birdwell?
 9               SEN. BIRDWELL:  (Indicated presence)
10               SECRETARY SPAW:  Carona?
11               SEN. CARONA:  (Indicated presence)
12               SECRETARY SPAW:  Davis?
13               SEN. DAVIS:  (Indicated presence)
14               SECRETARY SPAW:  Deuell?
15               SEN. DEUELL:  (Indicated presence)
16               SECRETARY SPAW:  Duncan?
17               CHAIRMAN DUNCAN:  (Indicated presence)
18               SECRETARY SPAW:  Ellis?
19               SEN. ELLIS:  (Indicated presence)
20               SECRETARY SPAW:  Eltife?
21               SEN. ELTIFE:  (Indicated presence)
22               SECRETARY SPAW:  Estes?
23               SEN. ESTES:  (Indicated presence)
24               SECRETARY SPAW:  Fraser?
25               SEN. FRASER:  (Indicated presence)
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SECRETARY SPAW:  Gallegos?

2              SEN. GALLEGOS:  (Indicated presence)

3              SECRETARY SPAW:  Harris?

4              SEN. HARRIS:  (Indicated presence)

5              SECRETARY SPAW:  Hegar?

6              SEN. HEGAR:  (Indicated presence)

7              SECRETARY SPAW:  Hinojosa?

8              SEN. HINOJOSA:  (Indicated presence)

9              SECRETARY SPAW:  Huffman?

10             SEN. HUFFMAN:  (Indicated presence)

11             SECRETARY SPAW:  Jackson?

12             SEN. JACKSON:  (Indicated presence)

13             SECRETARY SPAW:  Lucio?

14             SEN. LUCIO:  (Indicated presence)

15             SECRETARY SPAW:  Nelson?

16             SEN. NELSON:  (Indicated presence)

17             SECRETARY SPAW:  Nichols?

18             SEN. NICHOLS:  (Indicated presence)

19             SECRETARY SPAW:  Ogden?

20             SEN. OGDEN:  (Indicated presence)

21             SECRETARY SPAW:  Patrick?

22             SEN. PATRICK:  (Indicated presence)

23             SECRETARY SPAW:  Rodriguez?

24             SEN. RODRIGUEZ:  (Indicated presence)

25             SECRETARY SPAW:  Seliger?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. SELIGER:  (Indicated presence)

 2              SECRETARY SPAW:  Shapiro?

 3              SEN. SHAPIRO:  (Indicated presence)

 4              SECRETARY SPAW:  Uresti?

 5              SEN. URESTI:  (Indicated presence)

 6              SECRETARY SPAW:  Van de Putte?

 7              SEN. VAN de PUTTE:  (Indicated presence)

 8              SECRETARY SPAW:  Watson?

 9              SEN. WATSON:  (Indicated presence)

10              SECRETARY SPAW:  Wentworth?

11              SEN. WENTWORTH:  (Indicated presence)

12              SECRETARY SPAW:  West?

13              SEN. WEST:  (Indicated presence)

14              SECRETARY SPAW:  Whitmire?

15              SEN. WHITMIRE:  (Indicated presence)

16              SECRETARY SPAW:  Williams?

17              SEN. WILLIAMS:  (Indicated presence)

18              SECRETARY SPAW:  Zaffirini?

19              SEN. ZAFFIRINI:  (Indicated presence)

20              SECRETARY SPAW:  Lieutenant Governor

21   Dewhurst?

22              PRESIDENT DEWHURST:  (Indicated presence)

23              CHAIRMAN DUNCAN:  Quorum is present.

24              (Pause)

25
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1          QUESTIONS FROM THE SENATE FLOOR (CONTINUED)
 2                    CHAIRMAN DUNCAN:  Senator Fraser, are you
 3   ready?
 4                    SEN. FRASER:  I am ready.
 5                    CHAIRMAN DUNCAN:  Senator West, you're
 6   recognized to continue your questioning with Senator
 7   Fraser.
 8                    SEN. WEST:  Yes, sir.  Thank you very
 9   much.
10                    SEN. FRASER:  And we're going to try it
11   without earphones.  See how that works.  I think I'm
12   good with you.
13                    CHAIRMAN DUNCAN:  And if I could advise
14   both of you, I had some -- we had some concerns about
15   you were both talking at the same time on your last
16   dialogue.  So if each of you could remember that, and
17   I'll try to help you --
18                    SEN. WEST:  Okay.
19                    CHAIRMAN DUNCAN:  -- if you forget.
20                    SEN. WEST:  All right.  Thank you.
21                    Senator Fraser, I think, then, when we
22   were looking -- can I ask that the last question be read
23   back?
24                    CHAIRMAN DUNCAN:  The -- probably not
25   because we have switched court reporter shifts and so --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                SEN. WEST:  I was just trying not to be
 2  redundant on it.
 3                And, Senator Fraser, if -- if I am being
 4  redundant, we talked about --
 5                SEN. FRASER:  You are being redundant.
 6                SEN. WEST:  Okay.  I need to ask the
 7  Secretary of State about that.
 8                (Laughter)
 9                SEN. WEST:  Wait a minute.  Hold on.  I'm
10  being redundant?
11                Senator Fraser, I think I was asking you
12  about the $2 million; and you had indicated that those
13  funds may very well come from the federal funds, but
14  we're not certain at this point.  And if they don't come
15  from federal funds, they will have to come from general
16  revenue, and we're at least -- the minimum amount is
17  about $2 million.  And I think that I mentioned to you
18  that the average teacher in the state of Texas makes
19  about $48,000.
20                If we have to appropriate state funds in
21  order to fund this voter ID bill, it will cost a minimum
22  of $2 million, and that's the equivalent of about 40,000
23  teachers.  You do understand and appreciate that.  Is
24  that correct?
25                SEN. FRASER:  And I very much appreciate
```

1  how valuable our schoolteachers are to the state of

2  Texas.  Without a doubt, I'm very, very aware of that.

3              And, again, the discussion we had prior to

4  us breaking, we believe very, very strongly that there

5  is sufficient funds in the Secretary of State's budget

6  from HAVA funds that would -- that the letter says they

7  have enough funds to cover this.  They are going to

8  request of the federal government.  It is not

9  unprecedented.  They have allowed that to be used

10  before, so we have every reason to believe it will be

11  done.  And so the discussion of whether that money would

12  deprive some -- the rest of the budget is speculative us

13  not knowing because we believe very strongly that --

14  that that money is going to be available.

15              SEN. WEST:  And this may very well be a

16  technical question for the Secretary of State.

17              If for some reason --

18              SEN. FRASER:  I would never refer anything

19  to --

20              SEN. WEST:  If for some reason the bill is

21  not precleared by Justice, will those HAVA funds be made

22  available?

23              SEN. FRASER:  I'm sorry.  That one I, for

24  sure, do not know the answer to that.  That would be a

25  great question for the Secretary of State.

```
 1              SEN. WEST:  For sure?

 2              SEN. FRASER:  For sure.

 3              SEN. WEST:  Okay.

 4              SEN. FRASER:  I do not know the answer to

 5   that question.

 6              SEN. WEST:  Okay.  And we need to make

 7   certain we do.  If -- would you support an amendment,

 8   though, that basically says that if general revenue,

 9   state revenue, had to be used in order to fund this

10   particular bill, that you would then delay the -- the

11   implementation of it?

12              And the reason I'm asking that is, surely

13   you don't want to take general revenue from our coffers

14   to fund voter ID when we may end up having to lay off

15   thousands of teachers.  I would assume that you would

16   want teachers -- us to appropriate money to make certain

17   that we can fund our education system over funding a

18   voter ID system.

19              SEN. FRASER:  Senator, could I remind you

20   that there was a motion in writing that was entered by

21   Senator Huffman of the -- the testimony of two years

22   ago.  And I think if you'll go back and read that

23   testimony, yourself and several others, one of the big

24   arguments you had was making sure that there was

25   sufficient money that went forward for the education of
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   voters, making sure voters understood and that no one
 2   would misunderstand this process.  So it's difficult for
 3   me when you're arguing both sides of the issue.
 4             I think the answer to your question is,
 5   I'm not going to take a position today about whether we
 6   should or should not.  We are requesting that the
 7   Secretary of State do sufficient education so that no
 8   one misunderstands the -- the implementation of this
 9   bill.
10             SEN. WEST:  Regard --
11             SEN. FRASER:  We're going to give -- we're
12   going to give them that power.  And that without a
13   doubt, I would hate for us to be using money that could
14   be used for a schoolteacher, and I'm not going to get
15   into that debate because I'm a great supporter of
16   schoolteachers.
17             But I still stand by the letter from the
18   Secretary of State.  The Secretary of State believes
19   very clearly that they have sufficient funds, the money
20   is available, and it will be made available.
21             SEN. WEST:  So the answer to my question
22   is, is that if there are no federal funds available, you
23   would support an amendment that basically says that we
24   should not use general revenue in order to fund this
25   bill?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. FRASER:  And my position is, is that

2  you've taken both sides of that issue.  You argued in

3  favor of funds last time.  You're -- now you're asking

4  for amendment saying we're not going to use funds.  If

5  we don't use funds to educate voters, obviously that's a

6  problem.

7          And the answer is, no, I believe the

8  instruction to the Secretary of State is that we do need

9  to educate the voters.

10          SEN. WEST:  So you'd be -- you'd be in

11  favor of cutting schoolteachers using -- and, I mean,

12  you agree with me that based on the budget that was

13  introduced by the House and the budget that was

14  introduced by the Senate, that school districts will be

15  under pressure to terminate some of the teachers that

16  would otherwise be in the classroom?

17          SEN. FRASER:  I -- I don't agree with

18  anything other than the fact --

19          SEN. WEST:  Okay.  All right.

20          SEN. FRASER:  -- that your own finance,

21  you're going to have to make those decisions; and we've

22  got to make sure that we educate voters, making sure

23  that they understand the implementation of this law.

24          SEN. WEST:  All right.  Let me ask the

25  question this way, then:  Would you agree with me that

1  both the House and the Senate have introduced bills that

2  put pressure on school districts to reduce their budgets

3  that would impact the number of teachers that would be

4  in classrooms?

5           SEN. FRASER:  You're a member of the

6  Finance Committee that implemented a draft budget.  I am

7  not.  I have not advised.

8           And the answer is, I'm sorry, I don't --

9  I -- I'm not advised on that issue.

10          SEN. WEST:  If you were so advised -- if

11  you were so advised that both the House and the Senate

12  by -- if you were so advised by me, the Chairman of

13  Finance, the Chairman of Appropriation, that both the

14  House and the Senate have introduced bills that would

15  require us cutting our commitment to our public schools

16  and our teachers, if you were so advised that both

17  houses introduced the budget that did that, would your

18  position still be the same as it relates to the question

19  I asked you concerning whether or not we should be using

20  general revenue in order to fund voter ID implementation

21  over funding our public schools?

22          SEN. FRASER:  I am so advised that you're

23  a member of finance, a very respected member, and you're

24  very capable of making those hard decisions; and I'm

25  sure you'll move forward and make the right decision for

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   our wonderful schoolteachers across the state.
2                SEN. WEST:  What decision would you make?
3                SEN. FRASER:  I'm sorry?
4                SEN. WEST:  What decision would you make?
5                SEN. FRASER:  I made a decision to support
6   you, as a member of finance, to keep you on the
7   committee.
8                SEN. WEST:  So if you had -- if you had to
9   make a decision, though, if you were on finance and had
10  to make a decision, what decision would you make?
11               SEN. FRASER:  I'm sorry.  I'm not sitting
12  on finance.  I'm not subject to being able to listen to
13  the debates, so it would be -- wouldn't be right for me
14  to take a position on that.
15               SEN. WEST:  But if you had to make -- take
16  a position on funding voter ID over schoolteachers,
17  which one would you fund?
18               SEN. FRASER:  I'm -- I think the
19  position -- because this bill is before us, it is
20  extremely important that -- that we deter and detect
21  fraud and restore the public confidence in the election
22  system.
23               SEN. WEST:  So that's your answer in terms
24  of -- is that what you're telling the teachers, that
25  you'd rather do that than -- to the extent it's there,
```

 1    you'd --

 2                    (Simultaneous speaking)

 3                    SEN. FRASER:  Well, unfortunately, since

 4    I'm not a member of finance, I don't get to make a

 5    choice of what I would rather do.  I'm laying --

 6    bringing forward a bill today that would restore the

 7    confidence of the public in the election system and --

 8    today, because I'm sponsoring that bill, that I'm going

 9    to ask that we -- you know, we restore that confidence.

10                    SEN. WEST:  So, I'm trying to -- so let me

11    make certain I understand your answer to my question.

12                    SEN. FRASER:  I know you're trying to --

13                    SEN. WEST:  Let me -- let me -- hold up.

14    Now, I'm listening, because if you remember, both of us

15    can't talk at the same time because the stenographer's

16    taking it down, and I'm trying to make certain that I am

17    reminded of that fact.

18                    So your answer to that question is that

19    you would prefer to fund the voter ID bill, if need be,

20    with state funds than to put extra money -- take that

21    $2 million, if we need to, and put it back in the budget

22    for our school districts?

23                    SEN. FRASER:  You know, the -- you know,

24    the important thing -- or the good thing with the

25    Legislature is you don't get to make -- answer questions

 1   for me, and the -- I did not say that at all.

 2                    Today I'm laying -- bringing forward a

 3   bill that would deter and detect fraud and restore the

 4   public confidence in the election system.

 5                    SEN. WEST:  How does your bill detect

 6   fraud?

 7                    SEN. FRASER:  Come back?  I'm sorry.  I

 8   didn't hear you.  What did you say?

 9                    SEN. WEST:  How does your bill detect

10   fraud?

11                    SEN. FRASER:  The -- the bill is designed

12   to deter and detect fraud and restore --

13                    SEN. WEST:  No.  I asked you:  How does

14   your bill detect fraud?

15                    SEN. FRASER:  The -- I think the easy

16   answer to that would be, is that when you walk into

17   the -- into your election booth and you show your

18   driver's license, they know for sure that you're Royce

19   West and that if you're on the precinct list,

20   registered, you're entitled to vote.

21                    SEN. WEST:  And so that's -- that's the

22   fraud detection provision in it?  And so you'd rather

23   fund --

24                    SEN. FRASER:  That's the way the bill

25   works.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1         SEN. WEST:  Now, let me ask you this:  If
2   there's empirical evidence that -- in Texas, at least,
3   because, you know, we are -- we are Texas.  We are the
4   Lone Star State.  The rest of America can go this way,
5   and we'll go that -- the other way.  Right?  Right.
6   Okay.  You're good with that.  Right?
7         SEN. FRASER:  I'm sitting here listening.
8         SEN. WEST:  You don't agree with that?
9         SEN. FRASER:  No, I'm listening to you.
10  You're --
11        SEN. WEST:  We are Texans.
12        SEN. FRASER:  You're still answering my
13  questions for me.
14        SEN. WEST:  We're Texans.
15        SEN. FRASER:  Keep going.
16        SEN. WEST:  I'm just asking you whether
17  you agree with it.  And so the question I'm asking you
18  is:  Is there any indication that we have prosecuted any
19  fraud associated with identification in the state of
20  Texas?  Is there any empirical evidence whatsoever?
21        SEN. FRASER:  The bill that I'm bringing
22  forward today will clearly say that when you walk in the
23  voting booth, you identify yourself as who you say you
24  are, and the bill that we're bringing forward we believe
25  will pass the Supreme Court of the United States and be

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    approved by Department of Justice.

2              SEN. WEST:  I notice you keep on saying

3    that in terms of you believe that the bill is going to

4    pass muster at the Department of Justice and also the

5    United -- the Supreme Court of the United States.  Are

6    you anticipating any -- let me -- let me ask this:  If

7    the Department of Justice decides not to preclear this

8    legislation, are you anticipating any type of court

9    challenge by the state of Texas?

10             SEN. FRASER:  Senator, I'm starting to

11   have trouble hearing you.  Hold on a second.  Let me put

12   my earphones on.

13             (Pause)

14             SEN. FRASER:  Are you there?

15             SEN. WEST:  Yes.

16             SEN. FRASER:  Would you say something?

17             SEN. WEST:  Testing, testing, testing.

18             SEN. FRASER:  Okay.  I got you.

19             SEN. WEST:  One, two, three.

20             SEN. FRASER:  Okay.  Will you ask your

21   question again?

22             SEN. WEST:  You have consistently

23   indicated that this particular bill will pass the

24   Department of Justice and also the Supreme Court.  I'm

25   asking you:  Do you anticipate that if the Department of

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  Justice decides not to preclear this particular
 2  legislation, any litigation concerning it?
 3              SEN. FRASER:  You're -- you're being
 4  subjective about me assuming what's going to happen.  I
 5  believe the bill that we had -- that we're offering will
 6  be precleared.
 7              SEN. WEST:  But I'm asking if it's not
 8  precleared.  Do you want to see us go into litigation
 9  with the federal government concerning your bill if it's
10  not precleared?
11              SEN. FRASER:  I don't -- I don't think
12  that's, you know, my choice.  I think we -- we will
13  present the bill forward and try to present our best
14  case that it should.
15              SEN. WEST:  Okay.  So does your bill
16  anticipate any litigation at all?
17              SEN. FRASER:  The bill in no way addresses
18  or thinks about any litigation.  It is clearly just a
19  bill saying this is -- this is what we're asking you to
20  do, to present a photo ID when you vote, and that's the
21  extent of the bill.
22              SEN. WEST:  I know because -- and the
23  reason I ask that question, you continue to make
24  reference to the Department of Justice and the U.S.
25  Supreme Court or --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. FRASER:  Only because the -- the
2    bills that have been brought forward by other states,
3    which Indiana was cleared by the -- you know, made it
4    all the way to the U.S. Supreme Court; and then in
5    Georgia, they were precleared from the Department of
6    Justice because a bill -- you know, since we're a
7    Section 5 state, they were precleared.
8          SEN. WEST:  Okay.  In Georgia, not
9    Indiana.  Indiana's not a Section 5 state?
10          SEN. FRASER:  No, they are not.
11          SEN. WEST:  Okay.  Has the Legislature or
12   have you conducted any research on how burdens of the
13   photo ID requirements may fall disproportionately upon
14   racial minorities?
15          SEN. FRASER:  Come back again.  I'm sorry.
16   My sound went off.
17          SEN. WEST:  Okay.  In drafting your -- in
18   drafting your bill, was there any research conducted on
19   how burdens of -- burdens of photo identification
20   requirements may fall disproportionately on racial
21   minorities?
22          SEN. FRASER:  Probably the best evidence
23   that I could bring forward, that the latest poll that
24   was conducted of Texans, including the people in your
25   area.  Of the -- there were 86 percent of the public

1  that in favor of that.  Of that, 82 percent were black,

2  83 percent were Hispanic.

3              So I would say the answer to your question

4  is:  If you ask someone that is either African American

5  or Hispanic, do they believe that -- "Do you

6  favor/oppose requiring a valid photo ID before a person

7  is allowed to vote?" and you have 82 percent of the

8  public that says that --

9              SEN. WEST:  Right.

10             SEN. FRASER:  -- pretty -- pretty

11  straightforward.

12             SEN. WEST:  You keep referring to that

13  poll.  What poll is that, sir, and who was it conducted

14  by?

15             SEN. FRASER:  It was conducted -- this is

16  one of many we had.  I've got a whole series of polls.

17  This just happened to be the latest one that was

18  conducted January the 10th, 2011.  This one was by the

19  Lighthouse Opinion Polling & Research, LLC.

20             SEN. WEST:  Lighthouse Opinion.

21             SEN. FRASER:  Lighthouse Opinion Polling,

22  LLC.

23             SEN. WEST:  Okay.  And --

24             SEN. FRASER:  One that was --

25             (Simultaneous discussion)

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  Were you finished?

 2              SEN. FRASER:  Yeah.

 3              SEN. WEST:  Okay.  Now, the question,

 4   though, that I asked, not -- and I agree with you that

 5   most people will say that some form of photo ID is okay.

 6   Now --

 7              SEN. FRASER:  But what --

 8              SEN. WEST:  Let me -- let me finish.  Let

 9   me finish, though.  Hold on for a second.

10              I would agree with you that, but my

11   question wasn't about their opinion.  My question was:

12   Have you conducted any research on how burdens of photo

13   ID requirements may fall disproportionately on racial

14   minorities?

15              SEN. FRASER:  And I think the answer to

16   that, if you look at what happened in Indiana and

17   Georgia is a good example because it is a Section 5

18   state.  In those states, to our -- to my knowledge,

19   there has not been a single person that has came forward

20   to identify themself that they were in any way, you

21   know, in -- you know, kept from voting or inconvenienced

22   by voting.

23              So the answer to your question is, that I

24   look at the data that has been collected from the states

25   that have implemented, and they're coming forward.  That
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  is the case.  Plus the fact that if you ask African
 2  Americans or Hispanics in Texas, it's a very
 3  straightforward question.  When you have 82 percent of
 4  the public, the people that you represent, saying, you
 5  know, "I think that's a good ideal," I'm having a lot of
 6  trouble understanding how -- why you don't understand
 7  that.
 8              SEN. WEST:  Okay.  So the answer to my
 9  question is, is that you did not conduct any type of
10  research on it other than looked at opinion polls and
11  referenced what went on in other states?
12              SEN. FRASER:  No, we've done all --
13  there's been a lot of research done.
14              SEN. WEST:  And that's what I was asking.
15  What research have you done --
16              SEN. FRASER:  I just explained --
17              SEN. WEST:  -- to make that determination?
18              SEN. FRASER:  -- to you what we did.  We
19  have looked at the experience of other states.  And
20  you're going to have witnesses come from some of the
21  other affected states, and you're going to be able to
22  ask that question:  Who has came forward in your state
23  and said it's a problem?
24              SEN. WEST:  Okay.  So you're saying, then,
25  that as a result of experiences in other states and an
```

1   opinion poll, that that is the sum total of the research

2   that's been done by you in preparation of this bill?

3                    SEN. FRASER:  Senator, I think the people

4   in your district understand very clearly.  If you ask

5   them a direct question, someone you represent, and said,

6   "Do you favor or oppose requiring a valid photo ID

7   before you're allowed to vote," this is -- that's not

8   rocket science.

9                    SEN. WEST:  Well, the --

10                    SEN. FRASER:  "Should you be required to

11  show your picture ID when you go into vote?"  That's --

12  that's -- to me, that's -- that's, you know, pretty

13  telling.

14                    SEN. WEST:  Well, the great thing about it

15  is, we're going to have an opportunity to do just that.

16  Because guess what?  I've got a few people from my

17  district down here to testify, so you'll have an

18  opportunity to ask them that.  Okay?

19                    SEN. FRASER:  Good.

20                    SEN. WEST:  But, again, that's the sum

21  total of your research, though.  Right?

22                    SEN. FRASER:  I didn't say that was the

23  sum total of my research.

24                    SEN. WEST:  Now, would you agree that

25  Texas has a larger proportion of minorities than

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Indiana?

2             SEN. FRASER:  Not advised.

3             SEN. WEST:  So if -- if the demographic

4   information that we have from the U.S. Department of

5   Census indicated that, you would not disagree with that.

6   Correct?

7             SEN. FRASER:  Well, I mean, every state

8   has a different demographic of the makeup of people

9   within the state.

10            SEN. WEST:  Sure.  I know that, yeah.

11            SEN. FRASER:  Georgia is a -- you know,

12  they're -- they're a Section 5 voter rights state, but

13  their makeup is not exactly like Texas.

14            SEN. WEST:  That's the point.  That's what

15  I'm asking you.  You said you weren't advised, so I was

16  just trying to point to you some set of facts that all

17  of us commonly know that we get from the Department of

18  Census, U.S. Department of Census.  And if they give

19  different demographic information for the states, then

20  that would probably be controlling, and you would agree

21  that that's the best evidence that we have of what the

22  population is in those various states.  That's all I'm

23  asking.  Now, let me ask this.

24            SEN. FRASER:  But you're trying to answer

25  my question, and I did not say that.

1        SEN. WEST:  No, I'm not.  But are the

2  forms of identification listed in your bill the least

3  restrictive options in order to achieve the goal of

4  avoiding what you call voter identification fraud?

5        SEN. FRASER:  Okay.  You're going to have

6  to ask that again.

7        SEN. WEST:  Are the forms of

8  identification that you've listed in the bill the least

9  restrictive options in order to achieve the goal of

10  avoiding what you have said is voter identification

11  fraud?

12        SEN. FRASER:  And I think what you're

13  asking, which is going to be the easiest to use?  And

14  the -- the data, if you look back at 2006, the number of

15  people that have registered to vote, about -- I think

16  the number now is 91 percent actually use their driver's

17  license when they registered to vote.  So the assumption

18  is at least 91 percent of the people that voted -- or

19  that registered since 2006 had a driver's license.  So

20  I'd say that's the -- if it's the -- the easiest thing,

21  I'd say a driver's license.

22        SEN. WEST:  So this -- the list of

23  identifications that you use as the -- is the least

24  restrictive options that you could come up with?

25        SEN. FRASER:  Well, I don't -- I'm not

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   sure.  Your verbiage you're using, I don't know that

2   that's the intent.

3                   SEN. WEST:  Well --

4                   SEN. FRASER:  I'm saying that the thing

5   that the -- the type of identification that is most

6   readily available appears to be a driver's license.

7   It -- we think, that is.

8                   SEN. WEST:  Okay.  Now, since there are

9   studies that show that African Americans and Hispanics

10  are more affected by poverty and --

11                  SEN. FRASER:  Ask him, then.

12                  We're trying to figure out if this is a

13  filibuster.

14                  SEN. WEST:  Is it a what?

15                  SEN. FRASER:  A filibuster?

16                  SEN. WEST:  Oh, no, this is serious

17  business.  This is serious business.

18                  SEN. FRASER:  I guess I would remind you

19  that the information that was put into the record this

20  morning by Senator Huffman, the questions you've gone

21  over, I believe we put these --

22                  SEN. WEST:  Well, at any -- at any point,

23  you can defer to whomever you want to answer the

24  question.

25                  SEN. FRASER:  No, no, I'm saying --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WEST:  You've been referring to the
 2   Secretary of State.
 3                    SEN. FRASER:  -- these -- the questions --
 4   the questions you're asking, the question and the answer
 5   are already in the record from two years ago; that
 6   you're asking the exact same question, and I'm answering
 7   the exact same answer.  It's already in the --
 8                    SEN. WEST:  And it may very well be.  I
 9   just don't remember.  I haven't gone back and read that
10   entire record.  It was like 26 hours.  So if I'm being a
11   little bit redundant, please give me -- give me a little
12   space on that.
13                    Let me go back to the questions I'm
14   asking.  Studies have shown that African Americans and
15   Hispanics are more affected by poverty and, therefore,
16   are more likely to participate in government benefit
17   programs.  Will the elimination of the government
18   documents as a form of ID disproportionately affect
19   African Americans and Hispanics?
20                    SEN. FRASER:  I'm not advised.
21                    SEN. WEST:  Okay.  If in fact -- well, let
22   me back up and ask you this question.
23                    Do you agree that African Americans and
24   Hispanics are disproportionately affected by poverty in
25   the state of Texas?
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Not advised.

 2              SEN. WEST:  Okay.  Do you --

 3              SEN. FRASER:  I grew up in a pretty poor

 4  family, so --

 5              SEN. WEST:  Well, that's what I know, and

 6  correct me if I'm wrong because we've had our

 7  conversations.  Your father was a minister, too.  Right?

 8              SEN. FRASER:  Minster and --

 9              SEN. WEST:  Okay.  He went to a lot of

10  African American churches?

11              SEN. FRASER:  Yes, he did.

12              SEN. WEST:  Did a little singing and stuff

13  like that?

14              SEN. FRASER:  Yes.

15              SEN. WEST:  Okay.  And do you represent a

16  district that has a high poverty level -- or excuse

17  me -- a high ethnic minority population?

18              SEN. FRASER:  Interestingly -- well, and

19  what you call high, it is not one of the highest

20  percentage wise of ethnic minority.  But the last figure

21  I was shown, my district is the third poorest district

22  in the state, right behind Senator Uresti's.  That

23  that -- that number is a couple of year's old, but

24  I'm -- you know, the --

25              SEN. WEST:  Okay.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  -- people in my district
 2   are -- are the working poor.
 3              SEN. WEST:  Okay.  The -- the protected
 4   classes, that would be an African American and
 5   Hispanics, do you have a high concentration of African
 6   Americans and Hispanics in your district?
 7              SEN. FRASER:  Well, I don't know what
 8   you'll call a high percentage.  I've got --
 9              SEN. WEST:  Okay.  Comparatively speaking.
10              SEN. FRASER:  There -- there are a lot of
11   my voters in my district that, you know, I'm -- I love
12   to say "my constituents" -- that are African American or
13   Hispanic.
14              SEN. WEST:  Are they in poverty or what?
15   I mean, you know what poverty is.
16              SEN. FRASER:  Well, Senator, if --
17              SEN. WEST:  Oh.
18              SEN. FRASER:  If I have the third poorest
19   district in the state, that implies that we have some
20   people that are working poor.
21              SEN. WEST:  Let me just ask you this
22   question.
23              Do you know whether or not the elimination
24   of the government documents that have hereto before been
25   utilized by voters for identification purposes at the
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   polls --

2                    SEN. FRASER:  Issued before?

3                    SEN. WEST:  Yeah, I mean, under current

4   law.  Let me back up, then.

5                    Based on current law and the various

6   government identifications that can be used for purposes

7   of voting, by eliminating those, whether they have an

8   adverse impact on ethic minorities in the state?

9                    SEN. FRASER:  Let me -- let me tell you

10  that the people in my district voted -- or they're

11  polling that they -- 92 percent of them say that they're

12  in favor of this -- this requirement.

13                   SEN. WEST:  Okay.  So you don't -- and

14  that's your response to my question?

15                   SEN. FRASER:  My response is, is that I

16  think the people of the state of Texas, which makes

17  up -- I think it was 83 percent of -- of African

18  Americans and 85 percent of Hispanics, said that they're

19  in favor of it.  I'm sorry.  It's 82 percent Hispanic --

20  I'm sorry -- Hispanic, 80 -- 83 percent Hispanic, the

21  African American, which is -- it's listed as a black

22  vote, is 82 percent say they are in favor of asking for

23  a photo ID.

24                   So it's -- it's -- this is a pretty easy

25  question for them, "Should you have to show your -- your

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   photo ID, your driver's license, when you come in to
 2   vote?"  And they said, "Sure.  That's" -- you know,
 3   "That's fair."
 4                 SEN. WEST:  And that's your response to my
 5   question?
 6                 SEN. FRASER:  Yes.
 7                 SEN. WEST:  Okay.  No more questions at
 8   this time.
 9                 SEN. FRASER:  Thank you, Senator.
10                 CHAIRMAN DUNCAN:  Chair recognizes Senator
11   Lucio for questions.
12                 SEN. LUCIO:  Thank you, Mr. Chairman.
13                 Senator Fraser, under this legislation,
14   there are no exceptions at all if you do not have a
15   driver's license -- and correct me if I'm wrong --
16   military ID, citizenship certificates, or passports.
17   Now, not even Senate IDs are appropriate for the
18   purposes of voting.  That means the state employee
19   working in the building wishing to cast a ballot during
20   early voting at the Sam Houston Building couldn't use a
21   combination of their voter registration card and their
22   Senate ID.  Further, this bill's requirements for
23   identification are stronger than what's used for new
24   employees in obtaining driver's license, the way we
25   understand it.
```

CONSIDERATION OF SENATE BILL 14  1/25/2011

```
1              Now, I know many people don't think it's
2   all that difficult to get a driver's license and that
3   everyone has one, but that's just not the case.
4   Eleven percent of Americans surveyed by the Brennan
5   Center for Justice do not have government-issued photo
6   ID.  Forty percent of those without voter ID are
7   disproportionately the -- the elderly, the -- the
8   students, women, people with disabilities, low-income
9   people, and people of color.
10              According to disability advocates, nearly
11  10 percent of the 40 million Americans with disabilities
12  do not have any state-issued photo ID.  So I do not see
13  how this legislation is going to ensure that they are
14  not kept from exercising their right to vote.  Again,
15  it's a right.  It's not a privilege.  Plus, according to
16  that same survey, one of every five senior women does
17  not have a license.
18              What troubles me even more about the
19  legislation is that it could mean, for so many, under
20  this legislation, election workers will be responsible
21  for determining identity; and that has never been part
22  of their job as election clerks.
23              Now, I got a question.
24              SEN. FRASER:  Is there a question coming?
25  I'm looking for the question.
```

1       SEN. LUCIO:  Yeah, it's coming up.  I had

2  to --

3       SEN. FRASER:  You've got about five or six

4  thoughts.  I -- well, I'm going to --

5       (Simultaneous speaking)

6       SEN. FRASER:  -- one of them.  But you're

7  getting so many thoughts, I'll have trouble responding

8  to them.

9       SEN. LUCIO:  What are -- what are they

10  going to do, Senator Fraser, when someone has

11  conflicting last names, conflicting last names on IDs,

12  on their voter rolls, and how many professional ballots

13  will be cast?  Are counties ready to resolve all those

14  issues?

15       That might have been asked, I missed it,

16  and I apologize for that because we've been busy, as we

17  always are.  But let me -- let me just ask this

18  question, as a follow-up.

19       (Simultaneous speaking)

20       SEN. FRASER:  You've asked me 12 --

21       SEN. LUCIO:  Go ahead and address --

22       SEN. FRASER:  -- so far.

23       SEN. LUCIO:  Go ahead and address that

24  one.

25       SEN. FRASER:  Huh?

```
 1                    SEN. LUCIO:  Okay.  Well --
 2                    CHAIRMAN DUNCAN:  Wait, wait, wait, wait,
 3    wait.  Y'all are really crossing over to where you're
 4    not making a good record, so one at a time.  I think
 5    Senator Fraser was answering a question; and if he could
 6    answer it and, Senator Lucio, you could follow with
 7    another question.
 8                    SEN. FRASER:  And, Senator, if -- if you
 9    really do want an answer to questions, I would love to
10    do one at a time because I actually --
11                    SEN. LUCIO:  Okay.
12                    SEN. FRASER:  -- you've asked so many
13    questions, I can't remember --
14                    SEN. LUCIO:  Okay.
15                    SEN. FRASER:  -- the first one.
16                    CHAIRMAN DUNCAN:  All right.
17                    SEN. FRASER:  But --
18                    CHAIRMAN DUNCAN:  Wait.  You're doing it
19    again, Senator.  If we could -- I'm going to stay on
20    this because we do want a good record.
21                    SEN. FRASER:  If you'll just allow me to
22    just answer a couple of them, and then we'll get them
23    out of the way.
24                    SEN. LUCIO:  I'll take one at a time.
25                    What are you going to do when someone has
```

1   conflicting last names on their ID on the voter rolls?

2              SEN. FRASER:  Okay.  I'm going to start

3   even further back than that.

4              I -- the -- the first observation you made

5   is that we're making it harder than getting a driver's

6   license.  That is totally incorrect.  Driver's license

7   is one of the things we're offering, so whatever

8   difficulty it is to get a driver's license, once they

9   get it, that is their identification.  So this is not in

10  any way harder than getting a driver's license.

11             No. 2, you made an observation about the

12  elderly.  We have two different observations that --

13  that come into play here.  First one is that at -- if

14  they're 70 years old on January 1st, 2012, they are not

15  subject to this bill, so they are -- they are operating

16  under current law.  And then, also, we are not in any

17  way impacting the mail-in ballot system that is in place

18  today.  Any elderly person that wants to vote by mail

19  would -- would have the ability to do it.

20             So, you know, those things, I think,

21  are -- the question you're asking, the third question,

22  about if the name does not match on the -- the ballot,

23  that's the same question that's been asked probably five

24  times already today.  My answer continues to be the

25  same, as I've told everyone.  We have the Secretary of

 1  State coming.  I don't -- I don't know the -- the exact

 2  ruling of what they -- the Secretary of State, slash,

 3  the election administrator is how they determine that;

 4  and I would like that question to be asked to the

 5  Secretary of State, if possible.

 6              SEN. LUCIO:  Okay.  That's fine, Senator.

 7              To obtain a driver's license, you could

 8  use nonphoto options.  Correct?

 9              SEN. FRASER:  Senator, you can ask that of

10  the DPS.

11              SEN. LUCIO:  I'm sorry?

12              SEN. FRASER:  If you would -- DPS is going

13  to be here.  I would ask you that you could ask the DPS

14  their procedures for -- for getting...

15              SEN. LUCIO:  Okay.  Well, I have

16  information to that effect, but it's all right.  I'll

17  wait for DPS.

18              Let me ask a question on -- on where we

19  have been in this country and this state, and we don't

20  want to go.

21              But do you know what the 24th Amendment

22  did?

23              SEN. FRASER:  I'm sorry.  I do not.

24              SEN. LUCIO:  It ended -- it amended the

25  constitution to allow -- outlaw poll taxes; and it did

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  so, and it ended in 1964.  I was a freshman in college

2  at the time, and you must have been junior high.

3                SEN. FRASER:  I was four or five, then,

4  Eddie, I guess.  '64, I was 17 years old.

5                SEN. LUCIO:  All right.  I did a little

6  research, Senator, on the poll tax in --

7                SEN. FRASER:  15 years old.

8                SEN. LUCIO:  -- Texas history.  It's

9  something that personally hurts me.  After all, my dad

10 had to pay a poll tax which wasn't that long ago.  I

11 went to some of those elections with him because he

12 wanted to show me and make sure that I got involved in

13 the political process.  I remember those elections, and

14 my -- my mother voted, too.  But it was -- it was a

15 sacrifice, quite frankly.

16                Now, Texas adopted a poll tax in 1902.  It

17 required that otherwise eligible voters pay between

18 $1.50 and $1.75 to register to vote.  Now, $1.75 may not

19 sound like a lot, but for a lot of families living on

20 the breadline, it made voting a privilege instead of a

21 right.  Well, 1.75 -- $1.75 adjusted for inflation today

22 is about 40 to $45.  That means, Senator, that's a mean

23 instrument -- excuse me -- using several ways of

24 calculating, including the consumer price index.

25                Now, 40 bucks is a symbolic figure.  A

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   driver's license or ID today costs $25, even for a
 2   renewal.  And going to the DMV, which is Department of
 3   Motor Vehicles, can take time.  You're going to get
 4   there, wait in line, return home, take off from work,
 5   pay for the gas.  Now, let's say it takes two hours.
 6   Minimum wage in Texas is 7.25 an hour.  So if you took
 7   off two hours and paid for gas, you're looking at $40,
 8   the same amount of the old poll tax would cost today.
 9   Don't -- don't you find that kind of ironic?  I do.
10              Under this bill, voters will effectively
11   have to pay the same amount to vote that minorities and
12   the poor had to pay in poll tax in 1902.  I'm serious,
13   though.  Forty dollars is a lot of money for a lot of
14   people in my district living paycheck to paycheck.  You
15   can buy a week's shopping for 40 bucks.  You're either
16   going to eat or you're going to -- you're going to vote.
17   That is the choice many will think about making.
18              The poll tax was outlawed in -- in the
19   1960s by the 24th Amendment.  It was outlawed because
20   the nation understood that poll tax -- taxes served as
21   one purpose, to --
22              (Simultaneous speaking)
23              SEN. LUCIO:  -- disenfranchise minorities
24   and the vulnerable.
25              I'm leading to another question, if I may.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          Texas has a history, unfortunately, in my

2    opinion of voter suppression.  Texas used the poll tax

3    to suppress voters.  In fact, Texas only ratified the

4    24th Amendment in 2009, 2009.

5          So what is to stop future legislators

6    making a driver's license or an ID cost more than $25?

7    We've talked openly over the last few months about

8    raising fees to cover the back -- the budget hole.  So,

9    you know, it's -- it's happened with passports.

10   Passports keep going up and up in price.  What if in the

11   future, driver's license cost $125 or $300?  Would it be

12   a poll tax then?  And would it be a poll tax then,

13   Senator?

14          SEN. FRASER:  Senator, this bill in no way

15   envisions a poll tax.  It has nothing to do with the fee

16   that is charged.  You're on finance.  You're the one

17   that has control over that.  The bill we have before us

18   today -- there's nothing you've talked about the last

19   five minutes that has anything to do with this bill --

20   is that this bill is nothing more than showing your

21   driver's license or a ID that we will give them free of

22   charge that they can pick up after work that -- you

23   know, when I was picking cucumbers and -- you know, in

24   the afternoon, when I got off work, I could -- I still

25   had time before seven o'clock to go down and -- to the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   driver's license place to get the driver's license.  So

2   this has -- this bill in no way has anything to do with

3   a poll tax.

4                SEN. LUCIO:  Well, and I -- I appreciate,

5   you know, what you're saying.  However, I just want to

6   make sure that it doesn't get out of hand.  And I would

7   ask you, possibly, if you would vote, you would be

8   prepared to work with me and others to -- in order to

9   draft a constitutional amendment that would make any

10  raise in fees associated with driver's license or state

11  ID only possible by a two-thirds vote of each chamber.

12  You think that we could work to that end?

13               SEN. FRASER:  Senator, I'm -- I'm not

14  going to commit on anything.  You're on finance.  Y'all

15  are going to have to work through the issues of

16  balancing the budget.

17               The bill that I'm laying out today, I

18  think, is a very fair way for people to identify

19  themselves, that they can prove they are who they say

20  they are when they go to vote.  The -- the thing that I

21  would let you know that, you know, I want to make sure

22  that every -- we've -- we've talked to senator -- you

23  know, the -- Davis has asked about women.  I want to

24  make sure that women, men, Hispanics, African Americans,

25  Anglos, everyone in the state has the same opportunity

1   to go in and make sure that their vote is counted.  And

2   I don't -- the things you're talking about really are

3   not part or subject to this bill.

4               SEN. LUCIO:  Well, a driver's license is

5   part of it, I believe, and I'll be --

6               SEN. FRASER:  But -- but the cost of a

7   driver's license is determined by the Finance Committee.

8               SEN. LUCIO:  When -- when -- when does a

9   driver's license expire?  I was going to ask you that

10  question.

11              SEN. FRASER:  When does it expire?

12              SEN. LUCIO:  Yes, sir.

13              SEN. FRASER:  You know, interestingly, I

14  was in -- looking at mine just then, in my office.  I

15  got a new one this year, and it's good for six years.

16  So every six years, evidently.  I'm -- I'm going to ask

17  DPS that, but my assumption is that a driver's license

18  is renewed to last for six years.

19              SEN. LUCIO:  Well, we talked about senior

20  citizens.  There are senior citizens, 60, 70 years old,

21  who used an expired driver's license as a form of ID.

22  That's where I'm going with my questions and my remarks.

23  Are they no longer -- they no longer drive, but they

24  still vote.

25              Now, under this bill, they will have to

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   renew their license in order to vote.  Is that correct?

2                SEN. FRASER:  You -- you've given a

3   hypothetical, and I guess it's one of the things --

4   actually, we were in the back discussing a question that

5   was brought up by Senator Davis about an expired

6   driver's license and at what point should it be -- how

7   long should it be used.  I think someone used it for an

8   extended period, like the example you're giving, for

9   several years.  Unfortunately, that's not a valid --

10  that would be considered a valid license.

11               SEN. LUCIO:  I was under that impression

12  or to renew their passport or -- which are seldom used

13  by seniors.

14               SEN. FRASER:  I disagree with that.  I

15  travel with a lot of seniors.  I think there's a lot,

16  you know.

17               SEN. LUCIO:  Well, the ID.  They use this

18  ID for passports.

19               Well, I obviously have a bunch of other

20  questions, but in the -- in the interest of time, I will

21  address these to you in writing because I'm very, very

22  concerned about, you know, some of the things that are

23  going to be transpiring.  I think Senator Davis touched

24  on marriage -- the marriage -- marriage issues.

25               Or I'll give you one scenario, if I may.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Two citizens that are getting married.  The woman

2   getting married has decided to change her name.  They

3   get the marriage certificate.  They get married and so

4   on.  But when the newlywed wife tries to vote, there is

5   a problem.  The name on her voter ID does not match the

6   name on her voter registration.  So maybe she did the

7   right thing and changed her name on the voter ID, but

8   before that, when she registered to vote, she had used

9   her maiden name.  Maybe she registered to vote with her

10  new married surname but had not had yet changed her

11  voter ID to reflect a change of name.  Maybe there is no

12  time to address it because she gets married in October.

13              SEN. FRASER:  Senator, these --

14              SEN. LUCIO:  Those are just scenarios that

15  are coming up.

16              Others that I'm concerned with are the 18

17  year olds that are turning 18 thirty days inside of --

18  you know, between a primary and a general election.

19  Many of them will not be able to register to vote.

20              There are so many different scenarios,

21  Senator, and I'm very concerned about whether or not

22  they will be disenfranchised.  That's all.  Thank you

23  very much for your time.

24              CHAIRMAN DUNCAN:  Senator Van de Putte?

25              SEN. VAN de PUTTE:  Thank you,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Mr. Chairman.

2                Would author of the bill yield for some

3    clarification?

4                SEN. FRASER:  I would yield.

5                SEN. VAN de PUTTE:  Thank you very much,

6    Senator Fraser.  I wanted to have a moment to clarify

7    some of the conversation and the points that we had on

8    our discussion earlier.

9                I thought that I had heard you say that

10   the bill that we had in the 81st Legislature was

11   actually modeled after Georgia.  When after comparison,

12   I think that it was actually modeled more closely after

13   the Arizona bill, which is a Section 5 voting rights

14   state as well.  And so I wanted to clarify that, but I

15   thought we had talked so much about the Georgia

16   legislation.  So the -- the bill, Senate Bill 362, was

17   actually modeled more after Arizona's law.

18               SEN. FRASER:  Senator --

19               SEN. VAN de PUTTE:  And I --

20               SEN. FRASER:  I am -- I don't want to

21   disagree with you, but I don't think Arizona's ever came

22   out of my mouth on this floor of the legislature about

23   last year's bill or this bill.

24               SEN. VAN de PUTTE:  No.

25               SEN. FRASER:  I'm -- the -- the bill that

1  we modeled last year was a Texas model that we were

2  moving forward, and whenever earlier you were addressing

3  the Georgia bill -- you're a past president of NCSL, and

4  I have the NCSL analysis here.  And that's the reason I

5  was confused because you were referencing Georgia, and

6  I've got --

7              SEN. VAN de PUTTE:  That's correct.

8              SEN. FRASER:  The document that came from

9  the organization that you chaired and that was the

10  reason I was confused about what you were representing.

11             SEN. VAN de PUTTE:  Well, Senator, you

12  were confused, and I was confused.  However, both -- I

13  think we can both agree that your bill, Senate Bill 14,

14  is more restrictive than current Georgia and Arizona

15  law; that this is based after an Indiana model, but it

16  is even more restrictive.  I mean, you have a pretty

17  tight vote --

18             SEN. FRASER:  I -- I --

19             SEN. VAN de PUTTE:  -- of the bill.

20             SEN. FRASER:  I disagree with you on that,

21  that there are -- are small things that we're different

22  on, which basically is the number of things that you can

23  use for identification.  But there are a list.  I think

24  they have six in Indiana.  We have four in Texas.  We're

25  under discussion about that four, should it be expanded.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          So saying that they're very different is
2    not a correct observation.  There is very small
3    differences between the -- the Indiana, Georgia, or
4    Texas.  They're actually very, very much alike, and that
5    also gives us the reason we believe it will be approved
6    by the Supreme Court and DOJ.
7                    SEN. VAN de PUTTE:  Well, I wanted the
8    opportunity to correct myself because Georgia only
9    allows for an alternate two forms in a provisional
10   ballot for first-time voters only, and so they do not
11   allow -- and I stand corrected.  You are correct that
12   they don't have two forms of alternate that are not a
13   photo ID.  The only time in the Georgia law that they
14   make reference to two forms -- and that's what I was
15   looking at and they have other things that they can use,
16   a bank statement, a current utility bill, a paycheck --
17   is when they are casting a ballot for the first time and
18   they have -- they are new registrants and they don't
19   have a photo ID.
20          So I stand corrected.  You are correct in
21   that for a provisional ballot, they do not allow two.
22   The only time they do -- and I'm looking at their
23   Senate -- their -- their bill -- is on a -- and I stand
24   corrected.  So I wanted to let you know that I misspoke.
25   That is not correct.  It's only the two alternate forms

1    when they're doing for first-time registrants.

2                    SEN. FRASER:  Thank you for that

3    correction, and that -- that is -- the documentation I

4    show does show that they require a photo ID.

5                    SEN. VAN de PUTTE:  And so I just want to

6    thank you for the ability to clarify this and know that

7    this is your -- this is a Texas bill, and it'll probably

8    be known as the Texas bill.  And -- and -- and to your

9    credit, for every -- all the work that you've done, I

10   believe it is very stringent in small ways in the

11   wording.  But for the groups of people that I think will

12   have a burden, they -- they have no alternate means.

13                   So thank you very much for the opportunity

14   to clarify.  And, Mr. Chairman, I don't have any other

15   questions of the author.

16                   CHAIRMAN DUNCAN:  Senator Ellis?

17                   SEN. ELLIS:  Just a couple questions,

18   Senator.  I know you're tired.  You've been up a long

19   time.

20                   From your opening statement, the primary

21   reason for this bill is because of your concern about

22   voter fraud.  Right?  Voter fraud, that's the primary

23   reason --

24                   SEN. FRASER:  The integrity --

25                   SEN. ELLIS:  -- for the --

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  -- of the ballot, making
2    sure that the person that is trying to vote is who they
3    represent to be.
4              SEN. ELLIS:  And if that's the case, why
5    wouldn't you apply a voter -- photo voter identification
6    requirement to mail-in ballots?  Don't you think there's
7    probably room for more fraud for the mail-in ballots?
8              SEN. FRASER:  I will support you a hundred
9    percent.  You file that bill, you come forward with it,
10   and we'll talk about it.  But this bill does not in any
11   way address mail-in ballots.  This is only in-person
12   voter --
13             SEN. ELLIS:  But you -- but you will
14   concede that there's probably room, just from a
15   layperson's perspective?  Neither you nor I are experts
16   on it, and I'm just asking you to make the point.  Will
17   you concede that there's room -- there's potential for
18   more fraud with a mail-in ballot than with somebody
19   showing up?
20             SEN. FRASER:  I'm going to concede that
21   the bill that I'm laying out today will help a lot with
22   the in-person, you know, potential of fraud, and it will
23   make sure the person there is -- is who they say they
24   are.
25             SEN. ELLIS:  If you just had to guess,
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   would you think people who are more apt to do a mail-in

 2   ballot would be people in the red jersey or the blue

 3   jersey?

 4              SEN. FRASER:  I wouldn't be apt to guess.

 5              SEN. ELLIS:  Do you care?

 6              SEN. FRASER:  Oh, I care a lot, but I'm

 7   not going to guess.

 8              SEN. ELLIS:  Okay.  You heard the

 9   discussion earlier about the concern -- I think even in

10   your district, some of those DPS offices, I think, on

11   that map may be closing a few days a week.  So you --

12   you did say that you have some concern about access for

13   people to go and get --

14              SEN. FRASER:  It -- it is a discussion

15   going on, and it's -- you know, there -- I actually was

16   grinning as they were talking about the -- the -- you

17   know, the offices, is that I have the same challenge

18   sometime; and, you know, you've got to work to make sure

19   that they're open.

20              But that's a discussion we're having

21   with -- with Senator Williams.  He's having a discussion

22   with DPS, and we're -- we're trying to look at, through

23   his committee, the Finance Committee and communique with

24   DPS, the -- the easiest way to make sure that everyone

25   can -- can comply.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. ELLIS:  But you'll agree, it's a
2   problem?  There's some concerns about it?
3              SEN. FRASER:  I don't know that I'll agree
4   that it's a problem.  Problem implies that, you know,
5   there are -- everyone works through it.  I've got a
6   driver's license.  You've got a driver's license.
7   Probably, I would love for them to come in my office and
8   take my picture, but it doesn't work that way.  I have
9   to go and put out the effort to go and get it.  And
10  that's the system we have, and we just need to make it
11  as easy as possible.
12             SEN. ELLIS:  Well, what prompted you,
13  Senator, to carry this bill?  I mean, was it
14  something -- just laying up at night?  Did somebody come
15  to you?  What -- you're such a handsome fellow, but why
16  you?
17             SEN. FRASER:  The -- and actually, I'll go
18  back to -- you asked me the same question two years ago,
19  and it's in the record.  We just, you know, entered it.
20             Actually, this is over a number of years,
21  just watching and looking at articles of things that
22  happened.  Obviously, there's a lot of press about
23  the -- the Carter-Baker Commission of concern, and I
24  watched the issue.  And it was being asked a lot, as I
25  was speaking out in the district, is that when are we
```

1  going to, you know, address it.  And I thought -- I

2  thought the issue had matured, and I decided to file it.

3  If you -- if you remember, this is the third session I

4  filed this bill.

5              SEN. ELLIS:  Well, I've always known you

6  to be a member, Senator, who digs into an issue.  You --

7  you read a lot.

8              Why would you say a new photo ID?  Why

9  wouldn't you just make a -- have a bill that has a

10  requirement that we put a photo on the voter

11  registration card?  I mean, wouldn't you agree?

12  Probably more people have a voter registration card in

13  Texas than have a driver's license.

14              SEN. FRASER:  That -- well, I don't --

15              SEN. ELLIS:  Okay.  All right.

16              SEN. FRASER:  I don't --

17              SEN. ELLIS:  You think more people in

18  Texas --

19              SEN. FRASER:  -- think that's true.

20              SEN. ELLIS:  -- have a driver's license?

21              SEN. FRASER:  I don't -- I'm having the

22  chairman of the committee that is over it --

23  interestingly, I want you to think about what you just

24  suggested, is that driver's license is going to be the

25  easy form of identification.  We -- we know that 90-plus

1   percent of the people -- and I think the number is

2   probably higher than that -- have a driver's license in

3   Texas.

4              But if you're going to put a picture on a

5   voter registration, that means that every single person

6   that's registered to vote has to go back in, have a

7   picture made, have the cost of putting it on there.  So

8   it's not only the cost --

9              SEN. ELLIS:  Let me try it a different

10  way.  Do you think that more people who are registered

11  to vote -- you think that more people who are registered

12  to vote would have the voter registration card than a

13  driver's license?

14             SEN. FRASER:  Say it again.  Do it one

15  more time.

16             SEN. ELLIS:  Do you -- would you agree

17  that more people --

18             CHAIRMAN DUNCAN:  Senator?  Senator Ellis,

19  y'all are talking over each other.  If you --

20             SEN. ELLIS:  Oh, are we?  Should I back

21  up?

22             CHAIRMAN DUNCAN:  Yeah -- no.  No.

23  Just --

24             SEN. ELLIS:  I'll talk slower.

25             CHAIRMAN DUNCAN:  -- when he starts to

1  answer the question, let him answer it and then ask

2  another question so only one person is speaking at a

3  time.

4                    SEN. ELLIS:  Okay.

5                    CHAIRMAN DUNCAN:  Thank you.

6                    SEN. ELLIS:  Are you through?

7                    SEN. FRASER:  I'm not even sure what the

8  question was.

9                    SEN. ELLIS:  The question is, would you

10  agree that more people who vote have a voter

11  registration card than a driver's license?  They'd have

12  to because you've got to -- you're supposed to go get a

13  voter registration to be able to vote.

14                    SEN. FRASER:  Can I answer your question?

15                    SEN. ELLIS:  Yeah.

16                    SEN. FRASER:  I'm -- I'm sure everyone at

17  some point were mailed one, but it has been years since

18  I walked in with a voter registration card.  I show my

19  driver's license when I vote, and I would say probably

20  that is -- do you show yours, or do you show your

21  driver's license?

22                    SEN. ELLIS:  I show my driver's license.

23                    SEN. FRASER:  Well, there's -- but you

24  have -- you probably were mailed a voter registration.

25                    SEN. ELLIS:  I have both.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                   SEN. FRASER:  Okay.
 2                   SEN. ELLIS:  Let me ask you this:  There's
 3   an article in today's paper.  It says nearly 650,000
 4   Texans who refuse to pay surcharge penalties for drunken
 5   driving, no insurance, and other violations are being
 6   offered a one-time amnesty by the state.  Those offered
 7   amnesty represent just over half of the estimated
 8   1.2 million Texans in default.  It talks about what they
 9   owe the state.  But all of these folks who are in
10   default, because we balanced the budget in '03 with
11   surcharges for people who have a license, all have had
12   their licenses suspended for not paying.  So would that
13   concern you any that, at least, according to folks who
14   go get amnesty, that's 1.2 million.  That would be more
15   than that.  There's 1.2 million owes the state X amount.
16   That's what this article is about.
17                   But would you concede it ought to be a
18   problem because we've got a lot of people who had a
19   driver's license, I assume the one's who owe the
20   surcharges are -- you know, maybe a disproportionate
21   number of them are folks who didn't have the money to
22   pay the surcharges.  Maybe some of them were just civil
23   libertarians, didn't like the bill and wouldn't pay it
24   period.  But a lot of them are probably working-class
25   people who can't pay it.  So at least over 1.2 million
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Texans since 2003 have gotten their licenses suspended,

2   so they will no longer have a valid driver's license

3   that they could use to go and vote like you and I do.

4   Does that concern you?

5            SEN. FRASER:  Well, first of all, if -- if

6   some reason it's a felony, that -- of the crime that

7   they're not paying for, I'm not sure that they -- I

8   guess I'd question whether they're eligible.  I don't

9   know the answer.  We'd ask the Secretary of State that.

10            SEN. ELLIS:  I don't think --

11            SEN. FRASER:  But the easy answer to your

12   question is, we're going to give them an ID free.  So if

13   they've lost their driver's license, all they got to do

14   is go back down and get a free ID.  We'll hand them a

15   new one.

16            SEN. ELLIS:  So you think the over

17   1.2 million people who had their licenses suspended

18   because of the surcharges this legislature put on them

19   in 2003 is not -- they haven't been convicted of a -- of

20   a felony.  That's not on their record, but their license

21   has been suspended.  They're being offered amnesty,

22   according to the article in today's paper.  You think

23   that those folks would go and get this new ID?  You

24   don't think they'd be worried about showing up and

25   somebody saying, "Hey, by the way, now that I know where

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   you are, I want my money.  I want some of this 1. --

2   $1.1 billion that you owe to the state"?

3                    SEN. FRASER:  I'm not advised.

4                    SEN. ELLIS:  Okay.  One distinction,

5   obviously, is these people still have a constitutional

6   right to be able to vote.

7                    One last point.  On the exemption for the

8   elderly, I don't know if I'm reading this right or not,

9   but in your mind, is that a one-time exemption or would

10  people over -- I think you and Senator West were going

11  through the age deal earlier, and we have to find out

12  from the Secretary of State which one of you hits 70

13  first.  But if you have -- the way I read your bill, if

14  you don't hit 70 before that date in January, I believe,

15  of 2012, then it wouldn't apply.  So anybody on this

16  floor who will be over 70 at some point or any of your

17  constituents who will hit 70 after that date in January

18  of 2012, would not have that exemption.  Is that

19  correct?

20                    SEN. FRASER:  Yes.

21                    SEN. ELLIS:  So your intent is that one

22  time.

23                    SEN. FRASER:  No, it's not a one-time at

24  all.

25                    SEN. ELLIS:  Continuous for people who are

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    already 70 after January of 2012?
2                   SEN. FRASER:  If you're 70 on January 1,
3    2012, you will be subject to current law the rest of
4    your life.
5                   SEN. ELLIS:  Okay.  I want to make sure
6    that's clear, because some folks have --
7                   SEN. FRASER:  If you're 70 on that --
8                   SEN. ELLIS:  -- called my office from
9    AARP --
10                  SEN. FRASER:  Yes.
11                  SEN. ELLIS:  Okay.
12                  SEN. FRASER:  Yes.
13                  SEN. ELLIS:  So it's not for all people
14   over 70.  Just those who will hit 70 by January of 2012.
15                  SEN. FRASER:  If you're 70 on January 1,
16   2012, you will be subject to the -- the -- not be
17   subject to these provisions.  You basically will be
18   operating under current law for the rest of your life.
19                  SEN. ELLIS:  Are you confident, Senator,
20   that your bill would not have a disparate impact on the
21   elderly, on women, on those that are physically
22   challenged, on racial ethnic minorities?
23                  SEN. FRASER:  I am --
24                  SEN. ELLIS:  Are you confident?
25                  SEN. FRASER:  -- absolutely sure.  I would
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  not have filed the bill if I had thought it -- I want to

 2  make sure that every person in the state has a right to

 3  vote.  The -- not -- you know, the right that we extend

 4  them, they should have that, and I do not believe that

 5  in any way we're impacting that and that -- that -- you

 6  know, I want to make sure that the groups you're talking

 7  about, you know, women, minority, elderly, that they all

 8  have the right to vote; and I believe my bill does that.

 9              SEN. ELLIS:  Okay.  And I know that's your

10  intent.

11              SEN. FRASER:  Yes.

12              SEN. ELLIS:  But you're confident that it

13  will have no impact?

14              SEN. FRASER:  I'm very confident.

15              SEN. ELLIS:  Okay.  To that end, would you

16  have a problem with putting a provision in this bill so

17  that the Secretary of State would do an annual report on

18  whether or not this bill has had a disparate impact?

19              SEN. FRASER:  I think we're going to get

20  our report back from the -- assuming it gets to the

21  Supreme Court and Department of Justice, I believe we'll

22  get our report card from that.  And then through time,

23  if there are -- and I'm going to go back to the examples

24  of Indiana and Georgia.  To my knowledge, there has

25  never been a person that has reported that had a
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  problem -- came forward because they had a problem with

2  the laws they've, you know, implemented.  We're doing

3  exactly the same thing.

4          So I think you and I, as legislators, if

5  there's a problem, will hear about it.  And I would not

6  want to put the burden on an agency.  You know, if we

7  hear about it, then we can do that in the future.

8          SEN. ELLIS:  Maybe I'm just at a loss.  If

9  you -- I know your intent, and you are confident your

10  bill will not have a disproportionate impact on certain

11  groups.  I mean, were the concern be the methodology,

12  you could design that.  But what would be wrong with the

13  Secretary of State doing an annual report on whether or

14  not this bill has a disproportionate impact on any

15  groups of people so that we know?  What -- I mean, you

16  know, we -- oftentimes we pass -- I think we even have

17  a -- I think it might have been Shapleigh who put it in

18  some time ago, when we do a tax bill as a requirement,

19  that we have LBB do a disparate impact statement just so

20  we know because as you know, I mean, we're tinkering

21  with a constitutional right.

22          And, Senator, I might add, we're in a

23  state -- well, you know the history.  I mean, initially,

24  you had to be a property owner to vote or you had to be

25  a male to vote, had to be a certain color to vote.  Now,

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   over time, that has gotten better; but in our southern
 2   states, in particular, it has not been an easy journey
 3   to get to where we are.  So what -- what would be wrong
 4   with just simply coming up with some simple methodology
 5   and let the Secretary of State do that?
 6                   SEN. FRASER:  We have a simple
 7   methodology.  It's called going into a session on the
 8   second Tuesday of every -- you know, every odd year.
 9   And you, as my desk mate, sitting beside me, I feel very
10   comfortable that we'll -- we'll get that -- you know,
11   we'll look at it every couple of years.  So I -- I think
12   the fact that we come back in, we're going to be given
13   the opportunity every two years to -- to re-examine.
14   And there will be discussion about this, of whether it's
15   working or not.
16                   SEN. ELLIS:  To implement your bill,
17   you're going to use federal money to be able to do it.
18   Where would that money be used if it was not going to be
19   used to implement this new system?
20                   SEN. FRASER:  Well, obviously -- and,
21   again, I don't want to speak for the Secretary of
22   State's office.  When they're here, they can give you an
23   ideal.  But if there's a pretty good-sized pot of money
24   that's sitting there that we haven't spent yet and
25   we're -- you know, we're pretty good about being
```

1  creative about, you know, where you spend money.  So I'm

2  assuming that money is restrictive about where they can

3  spend it, and I think probably this is a -- an

4  application where it fits.

5           And I guess to answer to your question, I

6  don't know.  You can ask them, but I think this is a

7  good place to spend it.

8           SEN. ELLIS:  Would a new change go into

9  effect in the next cycle?

10          SEN. FRASER:  I'm sorry.  Do that again.

11          SEN. ELLIS:  With a new election change, a

12 major requirement going into place for the next cycle

13 with new districts, you and I have new districts, do you

14 think it would make sense to give people the ability to

15 register on that day with the photo ID you're requiring?

16          SEN. FRASER:  No.

17          SEN. ELLIS:  So could you go in and

18 register on that day because some people are just maybe

19 confused about this new requirement we're putting in

20 place?

21          SEN. FRASER:  We're going to spend a lot

22 of time and hopefully dollars educating both the public

23 and the -- the workers, and I think the system will work

24 very well like it is.

25          SEN. ELLIS:  Your bill looks -- I mean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   it's obviously a bit more stringent, bit more onerous

2   than the bill you had last session.  And based on the

3   questions with you and, I think, Senator Van de Putte

4   earlier, it looks like this bill is also more stringent

5   than the Indiana bill that you modeled it after.

6                SEN. FRASER:  That -- you missed the

7   conversation we just had with -- with Senator Van de

8   Putte.  That is not the case.  It actually is -- is a

9   very, very small change between --

10               SEN. ELLIS:  They take student --

11               SEN. FRASER:  Huh?

12               SEN. ELLIS:  They take student IDs --

13               SEN. FRASER:  Well, I --

14               SEN. ELLIS:  -- in Indiana?

15               SEN. FRASER:  We -- we have four forms of

16  IDs in this bill that we're accepting, but we're also

17  listening to the debate.  Indiana has six forms.

18  Georgia I think expands it to about eight.  So it's the

19  number -- the type of, but they're all photo --

20  government-issued photo IDs.

21               SEN. ELLIS:  Okay.  So I guess when I say

22  it's more onerous, there are more people in Texas who

23  would have a student ID than a passport.

24               SEN. FRASER:  Not advised.

25               SEN. ELLIS:  Okay.  Do you know how many

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Americans have a passport?

2              SEN. FRASER:  Not advised.

3              SEN. ELLIS:  Well, I know from the press

4    counts, you and I have one.  But -- but I'll just tell

5    you --

6              SEN. FRASER:  We don't -- we don't talk

7    about that.

8              (Laughter)

9              SEN. ELLIS:  We've gone to a few places

10   together.

11             Six percent of the people, I think, in

12   America have passports.  I think about the lowest

13   percentage for most nations in the top 20, 6 percent of

14   the people in America have passports.  So I guess I'm

15   saying, why would you choose that as one of your forms

16   of ID as opposed to a student ID when you know we have

17   problems getting young people sometimes to focus for

18   more than a week?  But folks who have a passport, you've

19   got to be fairly worldly, shall we say, to go get a

20   passport.  And if the number is 6 percent in America,

21   I'm just guessing less than 6 percent of the people in

22   Texas have a passport.

23             SEN. FRASER:  We know the people that are

24   issuing the passports.  We don't know where all the

25   student IDs are coming from because not all student IDs

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   are issued with, you know, our -- our input.  So the
 2   easy answer to that is that we want to make sure that we
 3   have something that is easily recognizable to the poll
 4   worker, and we can verify that it is -- it is valid.
 5                SEN. ELLIS:  What if we tried to put in a
 6   student ID from a state institution so at least we did
 7   that.
 8                SEN. FRASER:  Senator, if you want to
 9   offer amendments, as I told Senator Gallegos, I draw
10   them up, get it to you where I can look at it and get
11   plenty of time to look at it.  There's -- you know,
12   we're going to look at every amendment.  If you -- you
13   know, you can throw anything out.  We'll discuss it.
14                But, I mean, the thing we're trying to do
15   is we're trying to make it easy as possible on the
16   Secretary of State and the poll worker as we implement,
17   making sure that it's easily identifiable but also, you
18   know, is good public policy.
19                SEN. ELLIS:  Well, I'm just asking -- now,
20   I hate to take your time, but, I mean, you -- you put it
21   on the fast track.  I mean, I -- I'd like to be working
22   on the budget or something else, but --
23                SEN. FRASER:  I didn't put it --
24                SEN. ELLIS:  -- since you put it on the
25   fast track.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  I didn't put it on the fast
2   track.  I'm -- you know, I did not put it on the fast
3   track.  I think the -- the person in the center office
4   put it on a -- as an emergency bill and --
5              SEN. ELLIS:  So you really don't want to
6   do this, do you?
7              SEN. FRASER:  I am standing here
8   explaining it to you because I think it's good public
9   policy.
10             SEN. ELLIS:  I'll leave you alone after
11  this one.
12             But based on the election results of the
13  last cycle, what fraud will your side of the aisle be
14  worried about?  Senator Whitmire raised that with me the
15  other day.  I'm saying this:  As well as your side did,
16  seems like my side ought to be a little bit more worried
17  about if there was some fraud.
18             SEN. FRASER:  I think if you look at the
19  polling in your district, your district is worried
20  because they're telling you you need to vote for it; and
21  I'm telling you, you're on the wrong side of this issue.
22             SEN. ELLIS:  I respectfully would say you
23  ought to be a little careful with that notion of what
24  polling data says.  I'm willing to bet you, Troy, when
25  our predecessors stood on this floor and sat in these
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  seats and passed most of the restrictions, that at some

2  point were in state law, the polling data indicated they

3  were on the right side of history; but you and I know

4  they were on the wrong side of it.

5           SEN. FRASER:  All I can tell you is the

6  question's pretty straightforward.  It said -- they

7  asked the people in your area, "Should you have to show

8  a photo ID when you vote?"  And the number across,

9  Republican, Democrat, Hispanic, African American,

10  others, were overwhelming.

11          SEN. ELLIS:  Well, let me ask you this:

12  If I come up with some polling data that says they would

13  support same-day registration, recognizing student ID,

14  exempting people over 70 forever, not just for those who

15  hit 70 before the next election cycle, to what extent

16  would you be voting based on what the polling says?

17          SEN. FRASER:  Well, come -- come forward

18  with your data.  But I can tell you the things you've

19  mentioned, the only one that is applicable to this bill

20  is the -- the elderly because the same-day voting, those

21  other things, that's another issue for another day.

22  Doesn't fit on this bill.

23          SEN. ELLIS:  Thank you.

24          CHAIRMAN DUNCAN:  Chair recognizes Senator

25  Zaffirini.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. ZAFFIRINI:  Thank you,
 2    Mr. President -- or Mr. Chairman.
 3                    Senator Fraser, my first questions will
 4    focus on the criminal justice impact, if you have a copy
 5    of that.
 6                    SEN. FRASER:  Well, excuse me, before
 7    you -- what your first question should be, do I still
 8    have my thick book that you were impressed with last
 9    time.  My --
10                    SEN. ZAFFIRINI:  Yes.  I was --
11                    SEN. FRASER:  I reread the data last night
12    that you were going to instruct your staff asking them
13    why you didn't have one.
14                    SEN. ZAFFIRINI:  Well, good.  I wish you
15    had it again.
16                    SEN. FRASER:  I do have it.
17                    SEN. ZAFFIRINI:  Good.
18                    SEN. FRASER:  Right here.
19                    SEN. ZAFFIRINI:  Good.
20                    SEN. FRASER:  I was -- oh, go ahead,
21    please.
22                    SEN. ZAFFIRINI:  But do you have a copy of
23    your criminal justice impact statement?
24                    SEN. FRASER:  I do now.
25                    SEN. ZAFFIRINI:  My first questions will
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    focus on that.

2                In the first paragraph, you'll see that it

3    states very clearly that the punishment for attempting

4    to vote illegally would be enhanced from a Class A

5    misdemeanor to a state jail felony, and the punishment

6    for illegal voting would be enhanced from a third degree

7    felony to a second degree felony.  What would be the

8    impact on our state budget of increasing those

9    penalties?

10               SEN. FRASER:  I'm sorry.  I'm not advised

11   as the impact on the budget, as you know.  You're on

12   finance, I'm not.  You would know that.

13               The second question I'm assuming you're

14   asking is, why we would consider doing this?  Actually,

15   these suggestions were brought forward by Democratic

16   members of your delegation that said, "Why don't we go

17   ahead and increase it?"  So we increased the penalties

18   for fraud.  So the recommendations on doing this, it

19   actually was across the board.  We had people on both

20   sides, but there was recommendations that we increase

21   these penalties.

22               The impact of the cost to the budget, I'm

23   sorry, I'm not advised.  My job is to make sure the

24   public is well served, and if someone commits fraud

25   by -- by voter impersonation, that the penalties are

```
 1   strict.
 2               SEN. ZAFFIRINI:  But I am concerned about
 3   this, Senator, and I don't know what Democrat or what
 4   Republican asked you to make those changes.  I was not
 5   privy to that conversation.
 6               But if you look at the last paragraph, it
 7   says:  Increasing the penalty for any criminal offense
 8   is expected to result in increased demands upon the
 9   correctional resources of counties or of the state due
10   to longer terms of probation, of longer terms of
11   confinement and county jails or prison.  And then it
12   also states:  When an offense is changed from a
13   misdemeanor to a felony, there is a transfer of the
14   burden of confinement of convicted offenders from the
15   counties to the state.
16               So earlier there was senators who talked
17   about unfunded mandates for the counties, but in this
18   case, we are -- we seem to be relieving the county of
19   some of its burden but then increasing the burden to the
20   state.  And my question remains:  At what cost?
21               Now, this bill, were it before the Finance
22   Committee, we would have a fiscal note; but because it's
23   not, it's because it's before the Committee of the
24   Whole.  We are restricted to the fiscal note that we
25   have here, and it's strange that we don't have a
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  connection between the cost of the criminal justice

2  impact and the fiscal note.  It seems that there's two

3  independent documents, as they should be, but it seems

4  to me, that the fiscal note should reflect the cost that

5  is defined or, at least, specified in the criminal

6  justice impact statement.

7           SEN. FRASER:  Well, and I think the easy

8  answer to that -- I'll -- if someone else, if -- we may

9  defer to Senator Williams, if he wanted to comment, or

10 another member.

11          But I think the easy answer to this is

12 that if we implement the photo ID, it's pretty

13 straightforward, that someone -- if they're going in, if

14 they have a driver's license and they're -- you're

15 attempting to vote, that there's a good assumption that

16 the driver's license is valid, that they are who they

17 say they are.  So I'm -- we're hoping that the deterrent

18 will be that people will not try to vote fraudulently,

19 that the ones that are voting will be valid voters, and

20 we don't have a lot of people going to prison because

21 hopefully, they won't try to vote illegally.  I --

22 that's the hope.

23          SEN. ZAFFIRINI:  Well, actually, Senator,

24 that is why some of us are opposed to this bill because

25 we don't understand the problem that has been defined.

1  For example, in that same paragraph, it says:  In fiscal

2  year 2010, less than five people were under parole or

3  supervision for illegal voting.  In fiscal year 2010,

4  five offenders were placed on community supervision, and

5  less than five offenders were released from community

6  supervision for illegal voting or attempting to vote

7  illegally; and then more important, in fiscal year 2010,

8  less than five people were arrested for illegal voting

9  or attempting to vote illegally.

10             So it seems to me that this criminal

11  justice impact statement makes the point that there

12  isn't a problem, especially if you look at the last

13  sentence:  It is assumed the number of offenders

14  convicted under this statute would not result in a

15  significant impact on the programs and workload of state

16  corrections agencies or on the demand for resources and

17  services of those agencies.  So if they don't see an

18  increased demand in this area because they don't see

19  people being arrested, then where's the problem?

20             SEN. FRASER:  Well, and I guess I just

21  disagree with your analysis of this, is that voter

22  fraud, under current law, that our laws are so weak,

23  it's virtually impossible to -- to catch one and

24  convict; and that's the problem we're trying to address.

25             SEN. ZAFFIRINI:  Well, okay, Senator.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   Thank you.
2                 My next questions will focus on the fiscal
3   note.  Do you have a copy of the fiscal note?
4                 SEN. FRASER:  I do.  Somewhere.
5                 SEN. ZAFFIRINI:  I'll wait till you get
6   it.
7                 SEN. FRASER:  Yes.
8                 SEN. ZAFFIRINI:  You have it?
9                 SEN. FRASER:  I have.
10                SEN. ZAFFIRINI:  So the fiscal note shows
11  $2 million but all in fiscal year 2012.  Why aren't
12  there recurring costs?  Is that because the photo ID
13  card is issued in perpetuity, or it doesn't have to be
14  renewed?
15                SEN. FRASER:  Senator, again, you're --
16  you're a member of finance who would know.  You know,
17  this comes from LBB which did consultation with the
18  affected parties, which are Secretary of State, DPS.
19  We're going to have expert witnesses who will come up in
20  a minute --
21                SEN. ZAFFIRINI:  Okay.
22                SEN. FRASER:  -- and they will explain how
23  they delivered that data.  I think probably what you're
24  going to hear from them is that a lot of the initial
25  cost would be in the education of the -- the -- the
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Secretary of State educating both voters and poll
 2   workers and any initial -- the free cards that we're
 3   giving out, there will be more, probably, the first year
 4   than other years.  I'm -- I'm assuming that's it, but I
 5   think I'd ask that question of the Secretary of State
 6   and DPS.
 7                 SEN. ZAFFIRINI:  Well, but, again, the
 8   fiscal note is submitted to the chair of the committee
 9   that hears the bill.  You'll notice at the top of
10   Page 1, it is directed to Robert Duncan, chair of the
11   Senate Committee of the Whole, not to Senator Ogden,
12   chair of Finance.  And so it is not for the Finance
13   Committee to consider the costs and the implications of
14   these policy changes, but it's up to the Committee of
15   the Whole; and we are the ones who have this fiscal
16   note.
17                 And I challenged the fiscal note last
18   time.  Remember it was zero, and I couldn't believe it?
19   And I asked you questions about that, and I just
20   couldn't believe it.  And so now, all of a sudden, it's
21   a fairly similar bill.  Many would say more restrictive,
22   but now it has a fiscal note of $2 million.
23                 And did you say earlier, Senator, that
24   this cost would be covered by HAVA funds?
25                 SEN. FRASER:  And -- and the difference
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  between this year and two years ago, I think the

2  assumption last year -- two years ago is that they would

3  just be able to use the HAVA funds.  And, again, I think

4  you probably should ask the Secretary of State.

5          I believe since then, they have made a

6  request of HAVA requesting that, and HAVA's response, I

7  believe, is that they will wait until the bill is

8  passed.  And when the bill is passed, then they will

9  make a determination on whether you could use the -- the

10  money.  But we're also looking at history of other

11  states.  They have been allowed to use HAVA money.

12          But, again, I think I'd ask the Secretary

13  of State that question.

14          SEN. ZAFFIRINI:  Well, as the author of

15  this bill, would you prefer that the state pay this

16  $2 million in costs, or would you prefer that we use

17  federal funds?

18          SEN. FRASER:  I would prefer the money

19  that's sitting over here in a pot at the Secretary of

20  State -- that has not been spent; obviously, I'd much

21  rather use that.

22          SEN. ZAFFIRINI:  Do you know, Senator,

23  what the HAVA funds are used for?

24          SEN. FRASER:  For educating -- it's the --

25  help America vote.  It's to encourage voting.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. ZAFFIRINI:  So basically, if we use

2  the HAVA funds for this purpose, we are repurposing the

3  HAVA funds that are already there and intended for

4  things like new equipment and ongoing training programs?

5    SEN. FRASER:  Senator, I don't think -- I

6  think the decision will be made by the federal agency

7  that sent us the money, the HAVA people; and if they've

8  already authorized other states to use this for voter --

9  it's for voter education, and this would fall in the

10  area of voter education, I would assume.

11    SEN. ZAFFIRINI:  Well, it's my

12  understanding, Senator, that it is for the state to

13  submit a plan.  The federal government doesn't tell us

14  what to do in that area, not that it doesn't tell us in

15  other areas.

16    SEN. FRASER:  And, Senator, I hate -- it's

17  the same answer I've given multiple people before, is

18  that the Secretary of State will be coming up.  I think

19  that's the person to address this.

20    SEN. ZAFFIRINI:  Do you have any

21  suggestions regarding the training that is referred to

22  on Page 2 of the fiscal note, local government impact?

23    SEN. FRASER:  I do not.  That, again,

24  will -- it is the job of the Secretary of State to

25  administer that, recommend the training, and I believe

1    they have the authority under current law.

2                    SEN. ZAFFIRINI:  And you have no

3    information, then, about any recurring costs that we

4    should worry about?

5                    SEN. FRASER:  I have none.

6                    SEN. ZAFFIRINI:  And to whom would you

7    refer us on that issue?

8                    SEN. FRASER:  On recurring costs?

9                    SEN. ZAFFIRINI:  Uh-huh.

10                   SEN. FRASER:  Could you give me an

11   example?  I don't -- I don't think I --

12                   SEN. ZAFFIRINI:  Well, the fiscal note

13   shows all the expense in fiscal year 2012, and then it

14   doesn't show any other expenses --

15                   SEN. FRASER:  I --

16                   SEN. ZAFFIRINI:  -- beyond that.

17                   SEN. FRASER:  I would ask the Secretary of

18   State or DPS.

19                   SEN. ZAFFIRINI:  It just seems to me,

20   Senator, that there will be recurring costs because one

21   example would be the State's responsibility to provide

22   free photo ID cards on a recurring basis to the

23   significant portion of our population that moves

24   regularly.  They move from one part of the state to

25   another, and they might need a different card in that

1   area.  And that would be a recurring cost, would it not?

2              SEN. FRASER:  Senator, since 2006, there

3   have only been 37,000 people that registered to vote

4   that did not have a current driver's license.  That --

5   that's in the last five years.  So the assumption is,

6   the number that is coming into the system that would not

7   have a card, the number is very low.  The cost of that

8   card is not a huge number.  So actually, the amount that

9   it would cost to take care of them is a -- not a large

10  number.

11             SEN. ZAFFIRINI:  What I'm worried about,

12  Senator, as a member of the Finance Committee, is

13  unintended consequences and unexpected costs.  Not

14  unexpected because we don't foresee them and can't

15  identify them, but because of the criminal justice

16  impact statement and because of the fiscal note that we

17  have that simply don't address these issues.

18             For example, Line 12, Page 12 of the bill,

19  you refer to the cost of the get-out-the-vote efforts;

20  and basically, the fiscal note states:  The analysis is

21  incomplete because, quote, it is not known how many

22  voter registration drives or other activities designed

23  to expand voter registration would occur.  So we don't

24  even have an estimated cost of one voter registration

25  drive.  And if it is our intent to ensure that we have

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   more, we're not considering the cost, it seems to me
 2   that we are being irresponsible in terms of identifying
 3   the exact cost or the best estimated cost of this bill.
 4                    SEN. FRASER:  And we are -- have the
 5   benefit of not being the first one to implement this.
 6   We don't have to reinvent the wheel.  We can look at the
 7   history of states that have implemented, like Indiana,
 8   Georgia, and others, look at common things that have
 9   happened there.  We're going to have a person from
10   Indiana here.  I think it -- that would probably be a
11   question you might ask, is the reoccurring cost, because
12   they've had this in effect.  I believe they passed it in
13   2006.
14                    SEN. ZAFFIRINI:  But, of course, when we
15   talk about other states, including Indiana, we -- Texas
16   is much bigger and much more diverse; and so our
17   problems will be very different, our challenges will be
18   very different, and I believe our costs will be
19   significantly higher.  But, again, I'm concerned as a
20   member of the Finance Committee.
21                    But speaking of costs related to other
22   states, are you aware, Senator, that in many, if not
23   all, of the states that have implemented photo ID bills,
24   including those with less restrictive laws than the one
25   that you propose, they have been challenged in court.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   What costs are we anticipating regarding being
 2   challenged in court because of this bill?
 3               SEN. FRASER:  I'm -- I'm not advised, that
 4   you're making an assumption we'll be challenged, and
 5   I'm -- I do not -- I'm not advised.
 6               SEN. ZAFFIRINI:  I think it's a pretty
 7   safe assumption.  Indiana was challenged, and as I said,
 8   many, if not all, of the states that have implemented
 9   these bills have been challenged.
10               So I think, again, as members of the
11   Finance Committee, as members of the Senate, even those
12   who are not members of the Finance Committee, should
13   look at that as a possibility and certainly should
14   consider the costs.  Is this where we want to spend our
15   money?  Even the $2 million.  What if HAVA funds are not
16   used for this purpose?  Is this where we want to spend
17   the $2 million and significantly more in defending the
18   bill instead of addressing the other issues that we are
19   facing right now because of economic crisis in Texas?
20               SEN. FRASER:  Was that a question?
21               SEN. ZAFFIRINI:  Yes.  Is it?
22               SEN. FRASER:  Is what?  Should --
23               SEN. ZAFFIRINI:  Is this where we want to
24   spend our money?
25               SEN. FRASER:  It's -- the decision on
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    that, you know, I'm not on Finance, you are.  You're --

2    you're -- you're asked to make those hard decisions.  So

3    that, I would -- you know, that'll go back to the

4    Finance Committee.

5                   SEN. ZAFFIRINI:  Okay.

6                   SEN. FRASER:  But you're also making an

7    assumption that there's going to be an expense, which I

8    don't think there will be one because I think we'll be

9    able to spend the HAVA funds.

10                   SEN. ZAFFIRINI:  All right.  Well, we

11   disagree on those.  I think those assumptions are fairly

12   safe.

13                   Senator Fraser, Senator Van de Putte

14   distributed this map earlier.  Have you seen this map?

15                   SEN. FRASER:  I have not.

16                   SEN. ZAFFIRINI:  Basically, it shows

17   her -- if my -- Mr. Chairman?

18                   CHAIRMAN DUNCAN:  Senator Zaffirini?

19                   SEN. ZAFFIRINI:  If I may direct a

20   question to Senator Van de Putte?

21                   CHAIRMAN DUNCAN:  Pardon?

22                   SEN. ZAFFIRINI:  If I may direct a

23   question to Senator Van de Putte?

24                   CHAIRMAN DUNCAN:  Senator Van de Putte

25   doesn't have the floor.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. ZAFFIRINI:  That's why I'm asking.

2      SEN. FRASER:  And -- and I won't yield.

3      SEN. ZAFFIRINI:  You won't yield?

4      SEN. FRASER:  No, I will not yield.

5      SEN. ZAFFIRINI:  All right.

6      SEN. FRASER:  You -- I'll be glad to

7  answer the question.

8      SEN. ZAFFIRINI:  All right.  I simply

9  wanted to ask if she planned to distribute this, and if

10  so, I wasn't going to address it.

11      CHAIRMAN DUNCAN:  If you want to introduce

12  the exhibit, you're welcome to do so.  We've marked it,

13  I think.

14      SEN. ZAFFIRINI:  All right.  Then I would

15  like --

16      SEN. FRASER:  Senator, I'm sorry.  I have

17  a map in front of me.  I had not seen it, so --

18      SEN. ZAFFIRINI:  All right.  Well, Senator

19  Van de Putte has indicated that I can request permission

20  to introduce this as an exhibit.

21      CHAIRMAN DUNCAN:  Okay.  I think it's been

22  marked, and would you -- would you bring it down,

23  please?

24      SEN. ZAFFIRINI:  I believe Senator Van de

25  Putte has a clean copy.  And this is a map that Senator

1   Van de Putte had developed, and it's titled, "Counties

2   With Department of Public Safety Driver's License Office

3   Closures."

4           My question, Senator Fraser, would focus

5   on my district.  For example, in my district, which

6   comprises 16 counties and part of Bexar, Northeast

7   Bexar, there is one county that has wheelchair

8   accessibility barriers; there are two counties that have

9   absolutely no driver's license offices; there are four

10  that have offices that are temporarily closed; and there

11  is one that has an office that is open three days or

12  fewer each week.  And so you can see the accessibility

13  issues that we're dealing with, and you can -- when you

14  get the map -- oh, you do have a copy of the map.  You

15  can see the difference throughout the state.  There are

16  some states that you can see have a lot of pink, a lot

17  of blue, a lot of green, and then -- counties, rather --

18  and there are others that are just white, that have

19  absolutely no barriers.

20          So, Senator Fraser, looking at this map,

21  are you concerned that this bill would impact certain

22  counties that have a problem related to the

23  accessibility to driver's license offices?

24          CHAIRMAN DUNCAN:  Senator Zaffirini, if I

25  could -- before you get an answer to that question,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   let's get it in the record so everybody knows what we're

2   talking about.

3                   SEN. ZAFFIRINI:  All right.

4                   CHAIRMAN DUNCAN:  It's Exhibit --

5                   SEN. ZAFFIRINI:  Mr. Chairman?

6                   CHAIRMAN DUNCAN:  It's Exhibit 6, I

7   believe.  Is that correct?  It's not the two that you've

8   previously submitted.

9                   SEN. ZAFFIRINI:  No.

10                  CHAIRMAN DUNCAN:  Is that correct?

11                  SEN. ZAFFIRINI:  It's Exhibit 6, then,

12  according to --

13                  CHAIRMAN DUNCAN:  Okay.

14                  SEN. NELSON:  Mr. Chairman?

15                  CHAIRMAN DUNCAN:  And for what purpose?

16                  SEN. NELSON:  It's me, and to ask Senator

17  Zaffirini a question or to point out that some of us do

18  not have a copy of this map.

19                  CHAIRMAN DUNCAN:  Okay.  Well, that would

20  be a parliamentary inquiry and --

21                  SEN. NELSON:  Then I would like to make

22  that.

23                  CHAIRMAN DUNCAN:  That's what I'm trying

24  to clear up, is I'm trying to get the exhibit in so that

25  we can distribute it so that everyone can understand

1    what the questions are.

2                Would you identify it, please?  What's the

3    title of it?

4                SEN. ZAFFIRINI:  Yes.  It is titled,

5    "Counties with Department of Public Safety Driver's

6    License Office Closures."  It is a map of Texas showing

7    this -- these issues, and it was developed by Senator

8    Van de Putte.  I had assumed that she had introduced it

9    into the record or had planned to, but I'm happy to do

10   it.

11               CHAIRMAN DUNCAN:  Okay.  Do we have

12   copies?

13               SEN. NELSON:  We don't.  Only the

14   Democrats do.

15               CHAIRMAN DUNCAN:  Okay.  Well, here's what

16   I would suggest so that other members have an

17   opportunity to follow your questions and the answers,

18   that we at least get copies of that exhibit and

19   distribute it, if we could do that.  And then, so if we

20   could defer on that until we get that done, Senator --

21               SEN. ZAFFIRINI:  Certainly.

22               CHAIRMAN DUNCAN:  -- that would be

23   helpful.

24               SEN. ZAFFIRINI:  Absolutely.  No problem,

25   Mr. Chairman.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                Moving right along.  I do have exhibit --
 2    I guess it's 4 --
 3                CHAIRMAN DUNCAN:  We do have --
 4                SEN. ZAFFIRINI:  -- and Exhibit No. 5 that
 5    I'd like to enter into the record --
 6                CHAIRMAN DUNCAN:  Okay.
 7                SEN. ZAFFIRINI:  -- at this time.  And
 8    I'll wait until they're distributed, if you -- if I may
 9    be permitted.
10                CHAIRMAN DUNCAN:  Would you identify
11    Exhibit 4, please?
12                SEN. ZAFFIRINI:  Certainly.  Exhibit 4 is
13    a copy of a driver's license with personal information
14    obliterated.
15                CHAIRMAN DUNCAN:  Thank you.  And
16    Exhibit 5?
17                SEN. ZAFFIRINI:  Exhibit 5 is a letter
18    directed to me, which I received today, from Spencer
19    Overton, professor of law at the George Washington
20    University Law School and a member of the Carter-Baker
21    Commission on federal election reform.
22                CHAIRMAN DUNCAN:  All right.  Those
23    exhibits will be received in the record and distributed
24    to the members.
25                (Exhibit Nos. 4 and 5 marked and admitted)
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    CHAIRMAN DUNCAN:  Senator, you're -- you
 2    can --
 3                    SEN. ZAFFIRINI:  Thank you.
 4                    CHAIRMAN DUNCAN:  -- continue on those
 5    exhibits.
 6                    SEN. ZAFFIRINI:  Senator Fraser, thank you
 7    for your courtesy and for your patience and your
 8    stamina.  I'm impressed, as always.
 9                    On Page 4 of your bill, Senator Fraser,
10    Line 8, it states that "and the voter's identity can be
11    verified from the documentation presented under
12    Subsection (b), the voter shall be accepted for voting."
13    Can you describe what training the poll workers would
14    receive to ensure that they are trained in
15    identification verification?
16                    SEN. FRASER:  Senator, you're moving
17    faster than I can.  I'm on Page 4.  Where are you
18    referring?
19                    SEN. ZAFFIRINI:  Line 8 of the bill.
20    Well, basically, that's all it says, that if the
21    voter's -- that "If the voter's identity can be verified
22    from the documentation presented, the voter shall be
23    accepted for voting."  That's the only part that I'm
24    quoting, and then I'm asking what kind of training the
25    poll workers would undergo in identification
```

 1    verification.

 2                    SEN. FRASER:  Great question to the

 3    Secretary of State.

 4                    SEN. ZAFFIRINI:  To the Secretary of

 5    State.

 6                    Do you worry at all, Senator, and I

 7    know -- I believe it was Senator Davis who asked this

 8    question earlier:  Do you worry at all about people who

 9    don't look like their driver's licenses at all?

10                    SEN. FRASER:  I'm sorry.  I -- there's so

11    many things to worry about in life, that's -- you know,

12    the -- the question you're asking, I think, is covered

13    by the Secretary of State; and I believe they would make

14    a determination.

15                    SEN. ZAFFIRINI:  Well, Senator Fraser, I

16    have distributed Exhibit 4.  Would you take a good look

17    at that, please?

18                    And, Members, I ask you to please look at

19    my Exhibit 4 and look at the photograph of this driver's

20    license.  Has anyone of you ever seen this person

21    before?  He looks familiar?

22                    SEN. FRASER:  Yes.

23                    SEN. ZAFFIRINI:  Can you identify this

24    person?  I'd like to ask this person to stand.

25                    (Unidentified person stands)

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. ZAFFIRINI:  Take a good look.  Look
2 at that picture.  Look at him.  That's right.  That --
3 and this picture was taken in 2006.  Now, if I didn't
4 know Ray, who is my chief of staff, and I were to look
5 at this picture, I would say, "You're not verified.  You
6 can't vote.  You're an imposter."  Look at the
7 difference.  Total difference, and yet this photograph
8 was taken in 2006, and so it's current, it's valid.  And
9 you can see if we who know him and have seen him, see
10 him every day, don't recognize his picture, imagine what
11 a poll worker would do with a driver's license like
12 this.
13          UNIDENTIFIED SPEAKER:  (Mic off)
14          SEN. ZAFFIRINI:  He's not a Laredoan, so
15 don't worry about it.
16          (Laughter)
17          SEN. ZAFFIRINI:  Senator Fraser, do you
18 understand why we worry?
19          (Senator Shapiro speaking without mic)
20          SEN. ZAFFIRINI:  Well, it's a very good
21 point to make, Senator Shapiro, that we should look at
22 our composite photos; and most of us don't look like
23 them, and yet they have the dates like 2008.
24          SEN. WEST:  We keep using those pictures.
25          SEN. ZAFFIRINI:  2009.  We sure keep using

 1    those pictures, so what would happen?

 2               My next question, Senator Fraser, focuses

 3    on Exhibit 5.

 4               And, Members, you have a copy of

 5    Exhibit 5.

 6               And it is a letter directed to me from

 7    Spencer Overton, professor of law from George Washington

 8    University.  And basically, I received this letter from

 9    Professor Overton today, and it directly addresses

10    Senate Bill 14's inconsistency with the Carter-Baker

11    Commission.

12               Specifically, the letter states that

13    Professor Overton wrote this letter to, quote, Refute

14    claims that Senate Bill 14 is consistent with the

15    recommendations of the Carter-Baker Commission.  And

16    according to Professor Overton, quote, The Commissioners

17    recommended requiring photo ID of voters only if state's

18    assumed the responsibility to seek out citizens and

19    provide them with an ID free of charge, if states assume

20    the responsibility to seek out unregistered citizens and

21    register them and automatically update the registration

22    of citizens when they move, and if states allow citizens

23    without a photo ID to vote by signing an affidavit under

24    penalty of perjury for the first two federal elections

25    following adoption of the photo ID.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          Now, Senator Fraser, this bill does not
2   meet any of these criteria.  Is that correct?  Under
3   your bill, the state would not assume any of these
4   responsibilities?
5               SEN. FRASER:  Not advised.
6               SEN. ZAFFIRINI:  Well, I assure you,
7   Senator, that it does not.  But Professor --
8               SEN. FRASER:  I disagree.
9               SEN. ZAFFIRINI:  Could you show me it
10  does, where in your bill it would allow this?
11              SEN. FRASER:  I'm not advised.  This --
12  there's been no representation made that we are modeling
13  this bill after the -- the Carter-Baker recommendations.
14  This bill is moving forward as a bill that when someone
15  votes, they will present an ID to show they are who they
16  say they are.  The bill that I'm passing we think will
17  be approved by the Supreme Court and will be approved by
18  Department of Justice.
19              SEN. ZAFFIRINI:  Well, then, let me ask
20  you a question.  Where in your bill does it specify that
21  the state would assume the responsibility to seek out
22  citizens and provide them with an ID free of charge?
23              SEN. FRASER:  I would think it would be
24  your responsibility to show in the bill, you know,
25  your -- the bill speaks for itself.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  So you can't tell me if
 2   your bill does that?
 3              SEN. FRASER:  The bill speaks for itself.
 4   The language of the bill is very clear as to what the --
 5   the issues we're addressing.
 6              SEN. ZAFFIRINI:  Okay.  Do you know,
 7   Senator Fraser, if this -- under your bill, the state
 8   would assume the responsibility to seek out unregistered
 9   citizens and to register them and automatically update
10   the registration of citizens when they move?
11              SEN. FRASER:  I don't believe that is
12   covered in my bill.
13              SEN. ZAFFIRINI:  It is not.
14              And do you know, Senator Fraser, if your
15   bill -- under your bill, the state would allow citizens
16   without a photo ID to vote by signing an affidavit under
17   penalty of perjury for the first two federal elections
18   following adoption of the photo ID bill?
19              SEN. FRASER:  Every person that votes will
20   be required to have a photo ID.
21              SEN. ZAFFIRINI:  Well, basically, it seems
22   to me, my analysis is that Senate Bill 14, as
23   introduced, does not meet these specifications of the
24   Carter-Baker Commission.
25              And what's more, in this letter that you
```

1   have, Members, Professor Overton states that, quote,

2   Even President Carter and Secretary Baker rejected the

3   strict photo ID requirement initially adopted in Georgia

4   after concluding it was discriminatory because it was

5   costly or difficult for poor Georgians to obtain the

6   identification for voting, unquote.  But according to

7   Professor Overton, quote, It devotes insufficient

8   resources to address the burdens it would impose on

9   Texas voters who lack photo ID.

10           SEN. FRASER:  That is absolutely

11   incorrect.  The original observation -- the bill that

12   was filed in Georgia was changed, and the bill that

13   originally -- that is in law now, that was not their

14   observation.  And that was written in 2005.  The bill

15   was replaced 2008.  That was not their observation.

16           SEN. ZAFFIRINI:  Well --

17           SEN. FRASER:  That it was -- I saw that

18   comment made in a 2005 comment, but you're also making

19   sure you don't take it out of context.  And the -- the

20   law that had been passed by Georgia was revisited.  They

21   passed a different law, and then that law was -- that

22   bill was precleared by Department of Justice.

23           SEN. ZAFFIRINI:  But it still required --

24           SEN. FRASER:  So the bill he's --

25           SEN. ZAFFIRINI:  -- photo ID.

TX_00000591

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. FRASER:  -- addressing is not law --
2    current law in Georgia.
3          SEN. ZAFFIRINI:  But the Georgia law still
4    requires a photo ID.
5          SEN. FRASER:  Yes, it does.
6          SEN. ZAFFIRINI:  It does.
7          And finally, Professor Overton closes with
8    his statement that the current proposal for a photo ID
9    law in Texas is inconsistent with the recommendations of
10   the Carter-Baker Commission.
11         SEN. FRASER:  I disagree with that.
12         SEN. ZAFFIRINI:  Why, Senator?
13         SEN. FRASER:  I just disagree with that.
14         SEN. ZAFFIRINI:  Are there any specific
15   points that you disagree with that he made or that I
16   quoted in his letter?
17         SEN. FRASER:  I'm -- you know, the letter
18   that you're laying out is -- the first time I've seen it
19   is just then.  We're -- our bill is not -- we're not
20   trying to model it after that, but the Carter-Baker
21   Commission very clearly recommended a photo ID.
22         SEN. ZAFFIRINI:  Well, Senator, the reason
23   that we asked for this letter, we followed up on your
24   early statement when you laid out the bill.  And you
25   referred to the Carter-Baker Commission, and it was

1   based on your statement that we followed up and did this

2   immediate research and got this letter written to us.

3               SEN. FRASER:  Will you show me where I

4   referred to it in my opening statement?

5               SEN. ZAFFIRINI:  Well, I don't have the

6   transcript yet; but as I recall, you referred to it in

7   your opening statement.

8               SEN. FRASER:  Do you want me to read what

9   I said again from the opening statement?

10               SEN. ZAFFIRINI:  Yes, would you?

11               SEN. FRASER:  I read two --

12               SEN. ZAFFIRINI:  Your copy to the -- your

13   reference to the Carter-Baker Commission report.

14               SEN. FRASER:  I said, "The Carter-Baker

15   Commission reaffirms the dangers.  Elections are at the

16   hard democracy.  Americans are losing confidence in the

17   fairness of elections, and while we do not face a crisis

18   today, we need to address the problems of our electoral

19   system.  At the end of the day, there's considerable

20   national evidence of in-person fraud; and regardless of

21   whether one believes that voter impersonation is

22   widespread or relatively rare, there can be no serious

23   dispute that -- that real effect can be substantial

24   because in a close election, even a small amount of

25   fraud could take -- be the margin of difference."

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. ZAFFIRINI:  Well, sir.

2          SEN. FRASER:  That was a quote that was

3    made.  It was -- it was used not only there, but it is

4    also used later in the Supreme Court decision.

5          SEN. ZAFFIRINI:  Right.  And, Senator

6    Fraser, it is because I was surprised at that statement

7    that we followed up, and it seems that that is in the

8    report.  But there is other information in addition to

9    that, so I could turn around and say, "Well, are you

10   taking it out of context?"  I won't raise that question

11   as a courtesy, but I could raise it.

12          But on the other hand, what I want to make

13   very clear is that the reason we followed up was that

14   you made this opening statement.

15          SEN. FRASER:  Your letter is dated January

16   the 24th.  I made the statement this morning.  Was --

17   did I make the statement, and then he -- he wrote the

18   letter and sent it to you today?

19          SEN. ZAFFIRINI:  Well, I requested it

20   today, so that's perhaps a typo because we received it

21   today.  Let me check.  We received it -- we received it

22   this morning.

23          SEN. FRASER:  Before I made the statement?

24          SEN. ZAFFIRINI:  It should be

25   January 25th.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1        SEN. FRASER:  But you -- you said that you

2   responded -- that you requested it after I made the

3   statement in my --

4        SEN. ZAFFIRINI:  I requested --

5        SEN. FRASER:  -- opening comments.

6        SEN. ZAFFIRINI:  I requested this

7   information based on your opening statement, and I

8   received this letter today.  That's correct.  Okay?

9        Thank you very much, Senator.  I

10  appreciate, as I said, your courtesy and your patience.

11        SEN. FRASER:  Thank you.

12        CHAIRMAN DUNCAN:  Members, we've been

13  going for a while, and I think it would be -- we're kind

14  of at a -- maybe getting close to a breaking point.  Why

15  don't we go ahead and take a ten-minute break and then

16  reconvene, give the court reporter and staff a minute or

17  two to rest.  So a time certain, we'll stand at ease

18  until 2:30.

19        (Recess:  2:21 p.m. to 2:34 p.m.)

20        CHAIRMAN DUNCAN:  Senate Committee of the

21  Whole will come back to order.  Senator Hinojosa?

22        SEN. HINOJOSA:  Thank you, Mr. Chairman.

23        Senator Fraser?

24        SEN. FRASER:  These are actually pretty

25  good.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. HINOJOSA:  Can you hear me?
2              SEN. FRASER:  Yes, this is -- these are
3  much better.  Yes, I do.  I can hear you.
4              SEN. HINOJOSA:  I just have a few
5  questions that I'd like to follow up on.
6              Do you know how many people are registered
7  to vote here in the state of Texas?
8              SEN. FRASER:  Oh, I do -- I'm sorry, I do
9  not know.
10             SEN. HINOJOSA:  Approximately, 13 million.
11             SEN. FRASER:  Okay.  13, yeah.  Okay.
12             SEN. HINOJOSA:  Yeah.  And do you know how
13 many voted in the last election?
14             SEN. FRASER:  No, I'm not advised on that
15 either.  I'm sorry.
16             SEN. HINOJOSA:  Close to 5 million voters
17 voted this last election.  And do you know how many
18 people were arrested or prosecuted or indicted for
19 trying to use somebody else's voter registration card?
20             SEN. FRASER:  I'm sorry, not -- no, I do
21 not have that number.
22             SEN. HINOJOSA:  None?
23             SEN. FRASER:  I don't -- I don't have the
24 number, I'm sorry.  I'm not advised.
25             SEN. HINOJOSA:  Well, do you have any
```

 1  evidence?

 2                    SEN. FRASER:  I'm sorry?

 3                    SEN. HINOJOSA:  Do you have any evidence?

 4                    SEN. FRASER:  Evidence?

 5                    SEN. HINOJOSA:  Yeah, evidence to support

 6  your bill about voter fraud when they go to vote?

 7                    SEN. FRASER:  Senator, you know the thing

 8  that we're trying to address here is that, as you know,

 9  it's virtually impossible to defect voter fraud because

10  our current law makes it impossible not only to -- to

11  verify that they're voting illegally, but even if you

12  catch them, we don't have the ability to stop them from

13  voting.  So the -- the ability to stop someone today

14  voting illegally is almost impossible in Texas.  That's

15  the thing that I'm trying to address with my bill, is

16  that we believe if we make them show a voter ID, then we

17  will know that they are who they represent themselves to

18  be.

19                    SEN. HINOJOSA:  Actually, Senator Fraser,

20  back home, most of the election judges know who the

21  voters are in their precincts.

22                    SEN. FRASER:  Well, that's interesting.

23  Back home, in the area you're from, most of the -- or a

24  lot of the stories that I've seen reported to the

25  media -- and actually, you've got two voter registrars

1  through your area that have endorsed this concept

2  because they are -- they are having a problem with voter

3  fraud, and I -- that actually -- I'm -- I'm responding

4  to things I've read they've said in the media.  But I

5  believe there are numerous registrars that believe this

6  is a -- a large problem.

7            SEN. HINOJOSA:  Well, I hear what you're

8  saying, but I don't see any evidence.  There's a lot of

9  anecdote, a lot of rumors and guessing and speculation,

10  which I don't think it's a way to make good public

11  policy.

12            Are you familiar with the Carter-Baker

13  Commission on federal election reform?

14            SEN. FRASER:  Senator, what are you -- I'm

15  sorry.  What --

16            SEN. HINOJOSA:  Are you familiar with the

17  Carter-Baker Commission on federal election reform?

18            SEN. FRASER:  Yes, I am.

19            SEN. HINOJOSA:  Okay.  Are you aware that

20  by putting a requirement of having a photo ID to be able

21  to vote, that there are approximately 3 million

22  registered voters in the state of Texas that do not have

23  voter ID?

24            SEN. FRASER:  I don't know where you get

25  that number.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. HINOJOSA:  Well, if you look at
2  3 million people who are going -- who will be kept from
3  voting as compared to you cannot show anybody getting
4  prosecuted -- getting prosecuted and convicted voter
5  fraud, that's one big difference, one big price to pay
6  for a bill that you don't have any evidence to support
7  there's voter fraud.
8              SEN. FRASER:  One second, Senator.  My --
9  my iPhone is interfering with my microphone.
10             The 3 million number, where do you get
11 that?
12             SEN. HINOJOSA:  That's the estimate by the
13 Carter-Baker Commission on federal election reform that
14 here in Texas --
15             SEN. FRASER:  Can you -- can you show me
16 where it says in that Commission report?  I don't
17 remember.
18             SEN. HINOJOSA:  Yes, sir, it's a letter
19 dated January 24th, 2011, from Professor Spencer Overton
20 addressed to Senator Judy Zaffirini where he states that
21 approximately 3 million Texas voters do not have photo
22 ID.
23             SEN. FRASER:  Senator, that is --
24             (Simultaneous speaking)
25             SEN. FRASER:  -- pure speculation by that
```

1  gentleman.  He has nothing to base that on, and that is

2  not in reference to the Carter-Baker report.  That is a

3  estimation by some, you know, political hack that --

4  that y'all have asked to write a letter.

5              SEN. HINOJOSA:  Well, actually, I thought

6  it was the opposite.  I thought your side was pure

7  speculation.  Thank you.

8              CHAIRMAN DUNCAN:  The chair recognizes

9  Senator Williams.

10              SEN. WILLIAMS:  Thank you, Mr. Chairman.

11              Would Senator Fraser yield for some

12  questions?

13              SEN. FRASER:  I will yield.

14              SEN. WILLIAMS:  Senator Fraser, there's

15  several things that I wanted to clear up for the record.

16              The first, I'd like to make a reference

17  back to the Secretary of State has recently sent this

18  letter -- she sent it over today -- that indicated that

19  there would be probably $2 million of the HAVA funds

20  that would be available for voter education, to help

21  fund the voter education efforts that we would have in

22  connection with this bill.  And it would be -- normally,

23  it would be the Secretary of State's office who would

24  develop what those problem programs are with taking into

25  account our legislative intent about what we're trying

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   to accomplish.  Is that right?
 2                  SEN. FRASER:  Yes.
 3                  SEN. WILLIAMS:  The other thing that I
 4   wanted to correct, for the record, Senator Watson opined
 5   earlier that a lot of this funding for these items had
 6   been struck in the budget, and actually, I went back and
 7   pulled a copy of the budget.  I had not looked at this
 8   part, and so there were some budget riders that had
 9   expired and that were no longer relevant in the current
10   budget.  Those were struck.  And under Strategy B.1.4,
11   under elections improvement, administer Federal Help
12   America Vote Act, we actually have, it looks like, a
13   total of about $43 million over the next biennium that's
14   been appropriated in the budget that Senator Ogden laid
15   out for us earlier.  So I just wanted to clear that up
16   for the record because that's kind of been a moving
17   target.
18                  Another question that I had for you was
19   the -- I wanted to go back, if I could, and -- and just
20   touch on what my understanding after hearing all this
21   questioning that's gone on, what your -- the purpose of
22   your bill is -- really is to deter and detect fraud
23   in-person voter fraud at the polls.  Is that correct?
24                  SEN. FRASER:  That is correct.
25                  SEN. WILLIAMS:  Okay.  And has the United
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   States Supreme Court -- I believe they've stated that
 2   it's been documented throughout our nation's history by
 3   respected historians and journalists, and they
 4   demonstrate not only that the risk of voter fraud is
 5   very real, but they could affect the outcome in a close
 6   election.  Does Senate Bill 14 provide the kind of
 7   safeguard against that fraud that might be crucial in an
 8   election?
 9                  SEN. FRASER:  Yes, it does, Senator.
10                  SEN. WILLIAMS:  Now, we've had some close
11   elections, even in the Texas Legislature.  I know over
12   in the House right now, there is an election contest
13   that's been -- for Senate, State House District 48.
14   It's being contested.  The last numbers that I saw from
15   the Secretary of State showed that Donna Howard had won
16   her seat by 12 votes, which amounts to .02 percent of
17   all the votes cast in that race.  And, of course, back
18   in 2008, Linda Harper Brown up in Dallas County defeated
19   her opponent by 19 votes, or .05 percent of the total
20   votes cast in that race.
21                  Are those the kind of close elections you
22   think that the Supreme Court might have been referencing
23   when they said in Crawford 533 U.S. at 11-12 that
24   it's -- the threat's not only real, but it's actually --
25   you know, it demonstrates it's not real, but it could
```

1    affect the outcome of a close election?

2              SEN. FRASER:  The answer is absolutely,

3    yes, and it actually the -- it's even closer to home.

4    Senator Jackson, when he was elected to the Texas House,

5    ended up winning by seven votes.

6              SEN. WILLIAMS:  Landslide Jackson --

7              SEN. FRASER:  Landslide Jackson.

8              SEN. WILLIAMS:  -- I think they called

9    him.

10             SEN. FRASER:  So if -- fraud, in an

11   election like that, could have changed history.

12             SEN. WILLIAMS:  Senator Fraser, Senate

13   Bill 14 provides safeguards to protect the reliability

14   and integrity of our voting system, especially those in

15   close elections like we've just talked about?

16             SEN. FRASER:  Yes.

17             SEN. WILLIAMS:  Okay.  I believe in this

18   Crawford v. Marion, on Page 10, the Supreme Court brief,

19   they quoted -- the United States Supreme Court quoted

20   the Carter-Baker report that has been referenced here.

21   And in that report, their quote was, "There's no

22   evidence of extensive fraud in the U.S. elections or of

23   multiple voting, but both occur, and it could affect the

24   outcome of a close election.  The electoral system

25   cannot inspire public confidence if no safeguards exist

 1    to deter or detect fraud or to confirm the identity of

 2    voters.   Photo identification cards currently are needed

 3    to board a plane, enter federal buildings, and cash a

 4    check.   Voting is equally important."

 5                    Is that your understanding?   Is Senate

 6    Bill 14 designed to inspire that public confidence in

 7    close elections like --

 8                    SEN. FRASER:  Yes, it is.

 9                    SEN. WILLIAMS:  -- we talked about?

10                    Senator Fraser, do you recall the

11    testimony and exhibits that we provided in 2009 -- now

12    it's been admitted earlier today as Exhibit 1 -- that

13    detail the extensive voter fraud in Harris County and

14    other areas of the state?

15                    SEN. FRASER:  Yes, I'm very familiar with

16    it.

17                    SEN. WILLIAMS:  Okay.  Senator, having

18    listened to what I heard and just read a minute ago from

19    the Carter-Baker Commission and the language that was

20    adopted from them in the Supreme Court brief, are you

21    aware of how difficult it is to not only to discover but

22    to prosecute voter fraud?

23                    SEN. FRASER:  Yes, it is very difficult.

24                    SEN. WILLIAMS:  And having said that,

25    do -- do you think that that's one of the reasons we

1   don't see many of these cases that are prosecuted

2   because if someone is voting deceptively as someone

3   else, it's going to be very difficult to discover that

4   if they're successful?

5                   SEN. FRASER:  And that was recognized by

6   the U.S. Supreme Court in their decision.

7                   SEN. WILLIAMS:  So are you offering Senate

8   Bill 14 as a tool for the state of Texas to detect and

9   deter this type of voter fraud and further inspire

10  confidence in our voters and the voting system, to make

11  sure that all Texans and all of our elections are

12  conducted with the upmost integrity and equity to all

13  Texans?

14                  SEN. FRASER:  Absolutely.  That would be

15  my reasoning.

16                  SEN. WILLIAMS:  Okay.  Couple of things

17  that I just think that it was important to get back into

18  the record again about what the Supreme Court actually

19  said in Crawford v. Marion; and all of this, of course,

20  was included in the record last time.

21                  I thought it was interesting that Justice

22  Stevens comments about this.  He said first, the state

23  has an interest in deterring and detecting voter fraud.

24  They have a valid interest in participating in a

25  nationwide effort to improve and modernize the election

1   procedures that have been criticized as antiquated and

2   inefficient, and the state, in that case, also argues

3   that it has a particular interest in preventing voter

4   fraud in response to a problem that is, in part, the

5   product of its own maladministration; namely, that in

6   the case -- in this case, Indiana's voter registration

7   roles included a large number of people who were either

8   deceased or no longer live in Indiana.

9           Now, Senator Fraser, when I look back at

10  the record that we had introduced as Exhibit 1 today,

11  didn't that record include many, many instances where we

12  had people who were registered at fictitious addresses

13  who had been voting or people who were deceased?  I

14  think my own brother came and testified that our

15  grandfather had voted for 62 years after his death, and

16  my grandmother had a very difficult time trying to get

17  him taken off the voter roles and, in fact, had not been

18  able to do so.

19          SEN. FRASER:  Yes, I'm -- I'm -- remember

20  that very well.

21          SEN. WILLIAMS:  Okay.  And so, you know,

22  there's been a lot of talk about the burden on people,

23  and Senator Davis made some very compelling and

24  interesting remarks in her comments.  But I would say

25  that, you know, wouldn't you think that especially for

1   the elderly, which we've had a big focus on here today,

2   of the inconvenience on elderly voters, people who are

3   age 65, don't they have an opportunity to use a mail-in

4   ballot and they completely bypass any restrictions that

5   your bill or inconveniences that it might cause them?

6                SEN. FRASER:  I'm actually surprised at

7   the percentage now of people that do mail in ballots.

8   That percentage continues to increase, and so someone

9   that did have a problem getting to the polls -- and, you

10  know, I gave the example last year of my -- my mother in

11  the retirement center, that she couldn't get to the --

12  it was too much -- it's too hard for her to get to the

13  polls, but she voted by mail.  And there's -- there are

14  people in that category, and we have that safeguard in

15  Texas.

16               SEN. WILLIAMS:  Well, and -- and I think

17  we all care about everyone being able to exercise their

18  constitutional right to vote, and along with the

19  provisions that you have for people that are 70 and over

20  plus the mail-in ballots and the fact that provisional

21  ballots can be cast and allow people with expired

22  licenses and that sort of thing the opportunity to prove

23  up who they are, don't you think that addresses many of

24  the concerns that have been raised here today?

25               SEN. FRASER:  Absolutely.  They -- and

1  that was our intent, is that obviously, we want to make

2  sure everyone is afforded the -- the ability to vote,

3  and we think we have those provisions in place so that

4  all Texans, every Texan, will be allowed to vote.

5            SEN. WILLIAMS:  Well, I -- I think it's

6  also interesting, and you've noted several times today,

7  that so far as we could determine from our research,

8  there isn't a single voter in Indiana or Georgia who's

9  raised the issue that they've been disenfranchised since

10  those laws have been enacted.  Is that true, to the best

11  of your knowledge?

12            SEN. FRASER:  To the best of my knowledge.

13  And we have asked that question repeatedly, and to the

14  best of our knowledge, we have -- not a single person

15  has come forward in either state.

16            SEN. WILLIAMS:  And I think it's -- you

17  know, when I look at the syllabus of the Crawford v.

18  Marion County election board case that went to the Texas

19  Supreme Court, they note in the syllabus that there's no

20  question about the legitimacy or importance of the

21  State's interest in counting only eligible votes.  And I

22  think they go on to say that -- that requiring that and

23  the fact that the cards in the Indiana case, as we're

24  doing, they make those cards free.  The inconvenience of

25  going -- of gathering the required documents, posing for

1   a photograph, does not qualify as a substantial burden

2   on most voters' right to vote or represent a significant

3   increase over the usual burdens of voting.  And I think

4   that's interesting that that was noted.

5              And those provisions that we have are

6   essentially -- in your bill, there are very similar

7   provisions with respect to those matters.  Correct?

8              SEN. FRASER:  They -- yes, and I want to

9   clarify.  The Crawford case went to the U.S. Supreme

10  Court, and those observations were made in the -- the

11  majority opinion.

12             SEN. WILLIAMS:  Now, they go on to say

13  that it's generally applicable, nondiscriminatory voting

14  regulation, it's universally applicable, it's imminently

15  reasonable because the burden of acquiring, possessing,

16  and showing a free photo identification is not a

17  significant increase over the usual voting burdens, and

18  the State's interest are sufficient to sustain whatever

19  those minimal burdens are.

20             So we know there's some inconvenience, but

21  we've done everything we can to make that inconvenience

22  as insignificant as possible.  Is that --

23             SEN. FRASER:  I will actually go with that

24  in the -- the Crawford/Indiana case.

25             SEN. WILLIAMS:  Just in closing, in my

1   final comments as -- before we go to take testimony, I

2   just think that it's noteworthy to look back at what the

3   opponents of this legislation have said on the floor

4   thus far today, and what I've heard is very little

5   debate about the actual content of your legislation.

6   And I think that speaks to the fact that it's

7   unequivocally a good idea that people ought to be able

8   to be positively identified as who they say they are

9   when they come to vote.

10            What I've heard today is a lot of talk

11   about procedures, even though what we're doing is very

12   normal for a Committee of the Whole, and it's the same

13   procedure that we used the last session when we

14   considered this.  Is that correct, Senator Fraser?

15            SEN. FRASER:  It is, and I think it's very

16   difficult for a member to argue the merits of the bill

17   when it's so straightforward when you ask someone in

18   their district do they think that someone should --

19   should have -- be required to show a photo ID when they

20   vote, that you've got near 90 percent of the population

21   across the state of Texas.  Again, every one of these

22   members, it's hard to argue of the merits -- argue the

23   merits of the bill.

24            SEN. WILLIAMS:  Yeah, the other thing that

25   I've heard that I think is interesting is fiscal notes.

1   A lot of talk about fiscal notes, even though we have a

2   letter from the Secretary of State that states that

3   there are going to be HAVA funds that will be available

4   to help with the voter education, and I think we're

5   going to have testimony in a few moments.

6            And I tried to clarify that early on that

7   the cost of issuing for the state these free ID cards is

8   less than $2.  It's a very minimal cost, and with almost

9   16 million people that we have who have a driver's

10  license or -- or an ID card now, it seems unlikely that

11  there's going to be a whole lot of people out of that

12  13 million that actually don't already have a driver's

13  license or a state ID card.

14           In fact, Senator Fraser, I spoke last

15  night with the Department of Public Safety and today

16  with the Secretary of State and just asked them if it

17  would be possible for us to target those voters who are

18  below age 65 and have -- don't have an ID card, a

19  driver's license or an ID card issued by the state; and

20  they said, yes, it would be possible for us to direct

21  our voter education to those people specifically so that

22  we could step it up and let them know before your bill

23  takes effect -- not till, when, in January?  Is that --

24  am I remembering that correctly?

25           SEN. FRASER:  January, 2012.

TX_00000611

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. WILLIAMS:  So a year from now.  So
2   we've got a lot of time to let these people know what's
3   coming.
4              And then the other thing I've heard a lot
5   about is current law, and, you know, there's been a lot
6   of discussion.  In fact, a lot of what we've talked
7   about is what's actually on the books right now, and
8   your bill is not touching any of that top side or
9   bottom.  Really, most of what you do is very limited by
10  changing what the requirements are when you come to the
11  polls.  Is that correct?  There's not any other real
12  substantive change to election law here.
13             SEN. FRASER:  We're only addressing the --
14  the actual in-person voting and the identification
15  required when somebody votes in person.  We're not
16  addressing mail-in ballots or any of the other
17  provisions.  It's just that one section.
18             SEN. WILLIAMS:  Well, thank you for
19  allowing me to question you about this and I appreciate
20  you bringing this issue before us and I especially
21  appreciate the fortitude that you've shown during this
22  long debate.  Thank you.
23             SEN. FRASER:  Thank you, Senator.
24             CHAIRMAN DUNCAN:  Chair recognizes Senator
25  Shapiro.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                 SEN. SHAPIRO:  Thank you, Mr. Chairman.
 2                 I would just like to ask one question
 3    because we're getting mixed signals, and I just want to
 4    make sure.  It's just going to take a yes-or-no answer,
 5    and I think that will be the easiest.
 6                 In Section 7 of your bill, which is
 7    actually on Page 5, the requirements for identification
 8    prescribed for people who do not have to have a vote --
 9    a photo ID, where it references their age, does the bill
10    require that people 70 or older present a voter
11    registration card and that they be at least 70 years of
12    age on January 1st, 2012?
13                 SEN. FRASER:  My understanding and this
14    is, again, something probably the Secretary of State
15    will address, but I believe your age is -- is on the
16    card.  So if someone is 70 on January 1, 2012, they will
17    not be asked to show a photo ID.
18                 SEN. SHAPIRO:  Okay.  And this is
19    something that the Secretary of State has put into this
20    bill?
21                 SEN. FRASER:  No.  No, I --
22                 SEN. SHAPIRO:  This is something that you
23    have --
24                 SEN. FRASER:  -- inserted it into the
25    bill.  It'd be your interpretation --
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. SHAPIRO:  I got you.

2    SEN. FRASER:  -- to -- to make sure --

3    SEN. SHAPIRO:  Identify whether it's at

4  hand?

5    SEN. FRASER:  -- that they can identify

6  themselves --

7    SEN. SHAPIRO:  Okay.

8    SEN. FRASER:  -- but it's not intended

9  that they would -- I believe they're --

10    SEN. SHAPIRO:  Separate.

11    SEN. FRASER:  Yes.

12    SEN. SHAPIRO:  It's not intended to be

13  separate.  It's intended --

14    SEN. FRASER:  No.

15    SEN. SHAPIRO:  -- to be the same document.

16    SEN. FRASER:  Yes, as long as they're --

17    SEN. SHAPIRO:  Okay.

18    SEN. FRASER:  -- you know, 70 on

19  January 1, 2012.

20    SEN. SHAPIRO:  And the date of birth is on

21  our current voter registration card?

22    SEN. FRASER:  You need to ask that of the

23  Secretary of State.

24    SEN. SHAPIRO:  Okay.  And my recollection

25  is it is.  Thank you.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. FRASER:  Okay.
 2                    CHAIRMAN DUNCAN:  Chair recognizes Senator
 3   Huffman.
 4                    SEN. HUFFMAN:  Thank you, Mr. Chairman.
 5                    Senator Fraser, will you yield for a
 6   couple of questions?
 7                    SEN. FRASER:  I would love to yield.
 8                    SEN. HUFFMAN:  Thank you, sir.  I'd like
 9   to commend you, too, for a long day of answering a lot
10   of tough questions.
11                    SEN. FRASER:  Thank you.
12                    SEN. HUFFMAN:  But I think it's important,
13   as we kind of wrap this part of the procedures up today,
14   that -- that we circle back to -- to the idea and the
15   concept that -- that we got here today.  But there is a
16   line of Supreme Court cases that have brought us here.
17   Would you agree with that?
18                    SEN. FRASER:  Yes.
19                    SEN. HUFFMAN:  And certainly, the Crawford
20   v. Marion case gives us guidance on how to do what we're
21   doing here today properly.  Would you agree --
22                    SEN. FRASER:  I think that's the one --
23                    SEN. HUFFMAN:  -- with that?
24                    SEN. FRASER:  -- was referenced, I think,
25   in the Indiana case, I believe.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. HUFFMAN:  Okay.
 2              SEN. FRASER:  And that's yes.
 3              SEN. HUFFMAN:  And did you, as you sat
 4   down with your staff and so forth in, you know,
 5   pre-session, in the interim, and you started thinking
 6   about this bill and so forth, did you and your staff
 7   take into consideration Crawford v. Marion and try to
 8   follow the law and the rules the Supreme Court has laid
 9   out for us?
10              SEN. FRASER:  Yes, without a doubt.
11   That's already been approved by the Supreme Court, and
12   obviously, we wanted to make sure we stayed within those
13   parameters.
14              SEN. HUFFMAN:  All right.  Now, you know,
15   the Supreme Court, I think -- we know that the Supreme
16   Court has told us that there is a balancing test, and we
17   understand that the right to vote is sacred.  And so we
18   know that the law tells us that if there is a burden
19   placed upon a voter, that they're going to look very
20   carefully at that; and it's going to have weight, but
21   it's going to be balanced against legitimate state
22   interest.  And so I think what we need to explore, just
23   briefly, is that, in fact, we -- we have legitimate
24   state interest.  The state of Texas has an interest to
25   make sure that our elections are done with -- well, as
```

 1  perfect as we can get them but with integrity, right,

 2  and with voter confidence.

 3              So as you prepared the bill and as you

 4  look at the bill -- and the Supreme Court has told us

 5  that there are legitimate interests, and they define

 6  those for us.  So as you prepared the bill and you look

 7  at Senate Bill 14 today, do you think that it addresses

 8  the relevant and legitimate concerns of deterring and

 9  detecting voter fraud?  And I know you've been asked

10  this question a lot.

11              SEN. FRASER:  Absolutely.

12              SEN. HUFFMAN:  Right.  Do you think that

13  it -- that it's important in that the bill will help to

14  improve and modernize the election procedures of Texas?

15              SEN. FRASER:  Yes.

16              SEN. HUFFMAN:  Do you think that there's a

17  larger scheme nationwide through the Help America Vote

18  Act and the National Voter Registration -- Registration

19  Act to do just that, to make elections come up to modern

20  times?

21              SEN. FRASER:  Absolutely.

22              SEN. HUFFMAN:  Do you think that Senate

23  Bill 14 will help to prevent voter fraud and actually

24  help to ensure that only the votes of eligible Texas

25  voters are counted in these crucial elections that

1  happen in the state of Texas?

2           SEN. FRASER:  That is our intent, and we

3  believe the bill does that.

4           SEN. HUFFMAN:  And do you believe that

5  once we have established these safeguards, that the

6  voters will feel more confident about their vote being

7  counted and only the votes of registered Texans who can

8  vote to be counted?

9           SEN. FRASER:  Yes, that is our belief.

10          SEN. HUFFMAN:  Do you think that once

11 that's established, that it will actually encourage the

12 democratic process and that it will encourage more

13 voters to go to the polls?

14          SEN. FRASER:  The thing we've seen in

15 other states that have implemented photo ID, the -- the

16 voter turnout actually increased.  And so, yes, we

17 believe the confidence in the voters will increase, and

18 we believe it will actually increase the voting

19 percentages.

20          SEN. HUFFMAN:  Now, we've heard comments

21 today from many senators, Senator Whitmire, Senator

22 Davis, Senator Uresti, about hypothetical burdens that

23 may be placed on some hypothetical voter.  But taking

24 that into account and looking at and trying to balance

25 it, do you feel like we have a bill here that -- that

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   presents and moves forward our legitimate interest in

 2   Texas as it regards voting?

 3                 SEN. FRASER:  Without a doubt.

 4                 SEN. HUFFMAN:  All right.

 5                 SEN. FRASER:  We believe it does.

 6                 SEN. HUFFMAN:  Thank you very much,

 7   Senator Fraser.

 8                 SEN. FRASER:  Thank you, Senator.

 9                 SEN. HUFFMAN:  Thank you.

10                 CHAIRMAN DUNCAN:  Chair recognizes Senator

11   Wentworth.

12                 SEN. WENTWORTH:  Thank you, Mr. Chairman.

13                 Will the gentleman yield?

14                 SEN. FRASER:  I will yield.

15                 SEN. WENTWORTH:  Senator, I want to

16   compliment you on your long hours of being on your feet

17   in responding to these questions.  I just wanted to

18   touch on a couple of things.

19                 One is we had -- we had some testimony

20   here two years ago on a very similar bill, and I just

21   wanted -- since it's been raised earlier today, the

22   issue about whether or not maybe passage of this bill

23   would reduce voter participation.  There are only a

24   couple of other states, Indiana and Georgia, where these

25   sorts of bills have been passed.  One of the witnesses
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  in March of '09 said to us:  Not only does voter ID help

2  prevent fraudulent voting, but where it has been

3  implemented, it has not reduced turnout.  There is no

4  evidence that voter ID decreases the turnout of voters

5  or has a disparate impact on minority voters, the poor,

6  or the elderly.  The overwhelming majority of Americans

7  have photo ID or can easily obtain one.

8             Now, this is in the record from the 2009

9  hearing, which we've already adopted, but I just wanted

10  to recall some of the testimony that we had.

11             Another quote was:  Recent election

12  results in Georgia and Indiana also confirmed that the

13  suppositions that voter ID will hurt minority turnout

14  are incorrect.

15             In addition -- and I'm not sure whether

16  this was part of the record in '09, but there is a study

17  of Indiana's photo ID law that was conducted by a

18  University of Missouri professor.  He found that

19  requiring identification doesn't have much impact on

20  voter turnout rates.  His name is Jeffery Milyo.  He's

21  professor of economics and public affairs at the

22  University of Missouri, a part of the Institute of

23  Public Policy of the Harry S. Truman School of Public

24  Affairs.

25             And his conclusion is -- if I can find it

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  quickly -- it's a many-page study, and his conclusion is
2  that the findings that emerge from his analysis are that
3  photo ID is associated with an overall county level
4  turnout increase of almost 2 percentage points -- and
5  this is just in Indiana.  This isn't Georgia as well --
6  an insignificant increase in relative turnout for
7  counties with a greater percentage of minority and poor
8  population; no consistent or significant impact on
9  relative turnout in counties with a greater percentage
10  of less educated or elderly voters; and finally, a
11  significant relative increase in turnout for counties
12  with a higher percentage of Democrat voters.
13          I was just wondering if you remembered
14  those things that were testified to two years ago or
15  whether you were familiar with this university
16  professor's study.
17          SEN. FRASER:  Thank you for bringing that
18  forward.  It -- yes, I -- now, as you mention it, I do
19  remember it.  The other thing that comes to mind that
20  was through the testimony two years ago is in the '09 --
21  I'm sorry -- the '08 president election for '09, that
22  even though the president was from Illinois, the
23  adjoining state, Indiana, had doubled the increase of
24  voting next door in the state -- in Indiana where they
25  had put in photo ID.  Illinois did not have it, but the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   increase was double the amount of increase next door.

2   So it certainly didn't show that they were hurt by the

3   implementation of the --

4                   SEN. WENTWORTH:   Where Indiana has a photo

5   ID law --

6                   SEN. FRASER:   Illinois does not.

7                   SEN. WENTWORTH:   Thank you very much,

8   Senator.

9                   SEN. FRASER:   Thank you, Senator.

10                   CHAIRMAN DUNCAN:   Okay.   Members, we

11   have -- that completes all of the Members who want to

12   ask questions of the author.   You can sit down for a

13   second, Senator, if you want to.   Take a rest.

14                   We have a little bit of housecleaning.

15   There's a few witnesses that -- or a few exhibits that

16   may want to go in that we have now made copies of.   I

17   think, Senator Van de Putte, you had -- Senator

18   Zaffirini had Exhibit 6 which was a map of the DPS, and

19   we've now had that copied and available to distribute.

20   Do you want to go ahead and offer it into the record?

21                   SEN. VAN de PUTTE:   Yes, I will.

22                   CHAIRMAN DUNCAN:   Okay.   It'll be

23   received.

24                   (Exhibit No. 6 marked and admitted)

25                   CHAIRMAN DUNCAN:   And then I believe we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    had -- Senator Davis had a chart that -- excuse me.

2                   SEN. VAN de PUTTE:  Mr. Chairman, do -- I

3    move to add to Exhibit 6 the counties with Department of

4    Public Safety Driver's License Office Closures prepared

5    by legislative counsel.

6                   CHAIRMAN DUNCAN:  Okay.  Thank you.  That

7    will be received in the record.

8                   Senator Davis, you had an exhibit that you

9    wanted to offer.

10                  SEN. DAVIS:  Yes, Mr. Chair.  I'd like to

11   add that as -- I guess it would be Exhibit No. 7 to the

12   record.

13                  CHAIRMAN DUNCAN:  And I think we have

14   copies to distribute to the Members?  Would you describe

15   it, please?

16                  SEN. DAVIS:  Yes, I'm sorry.  It's the

17   chart that I displayed and talked about earlier in my

18   questions of Senator Fraser.  It's exact -- an exact

19   replica of the chart that was displayed on the Senate

20   floor.

21                  CHAIRMAN DUNCAN:  It has a -- it's a

22   graphic that has a -- at the top, a title that says,

23   "DL/State ID."  Okay.  Exhibit 7 will be received in the

24   record.

25                  SEN. DAVIS:  Thank you.

1          (Exhibit No. 7 marked and admitted)

2          CHAIRMAN DUNCAN:  Are there any other

3    exhibits that --

4          SEN. FRASER:  Mr. President?

5          CHAIRMAN DUNCAN:  -- were discussed that

6    we'd like to include?  Senator Fraser?

7          SEN. FRASER:  And I had one that I

8    mentioned that I was going to enter in that I have not

9    yet.  It is the Lighthouse Opinion Poll.  This is the

10   most current poll that is taken and has a very good

11   breakout of not only across the state, the regions, but

12   also has a breakout, Republican, Democrat, and it breaks

13   out for the African American, Hispanic, and --

14          CHAIRMAN DUNCAN:  Do you have copies of

15   that to distribute?

16          SEN. FRASER:  I have one copy.

17          CHAIRMAN DUNCAN:  Okay.  Well, Exhibit 8

18   will be received, but if you'll go ahead and get copies

19   so that we can distribute those at this time.

20          (Exhibit No. 8 marked and admitted)

21          SEN. GALLEGOS:  Mr. President?

22          CHAIRMAN DUNCAN:  Senator Gallegos, for

23   what purpose?

24          SEN. GALLEGOS:  I have also some diagrams,

25   but I wasn't going to present them until the time of my

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   amendments.  I mean, do they need to be entered now or
 2   at the time of the amendment?
 3               CHAIRMAN DUNCAN:  I don't see any problem
 4   with entering them at the time when it's relevant to
 5   what you're trying to do.
 6               SEN. GALLEGOS:  Yeah.
 7               CHAIRMAN DUNCAN:  You can put them in the
 8   record at that time --
 9               SEN. GALLEGOS:  Okay.
10               CHAIRMAN DUNCAN:  -- when we're --
11               SEN. GALLEGOS:  Then I'll wait till --
12   till the time of the amendment.  Thank you,
13   Mr. President.
14               CHAIRMAN DUNCAN:  All right.  Members, the
15   next phase is the invited testimony.
16               And Senator Van de Putte and Senator
17   Fraser, if you could come up to the -- make sure we've
18   got everybody in the right order.
19               And while they're coming up, I want to
20   announce that it's my intention to -- we have about
21   17 -- last check, 17 registered witnesses for public
22   testimony, and I would like to accommodate those
23   witnesses, if we could.  So remember that when you're
24   questioning and -- that we have some folks that would
25   like to testify here later on.
```

 1              All right.  Members, let's go ahead and

 2    move into the invited testimony.

 3              The first witness will be Jerry Bonnett,

 4    general counsel, Indiana Secretary of State.

 5    Mr. Bonnett?  Mr. Bonnett, you'll have ten minutes the

 6    timer is right before you.  You'll get a yellow light at

 7    30 seconds, I think.  And then we'll strictly hold you

 8    to the time, and then open it to questions at that time.

 9    You'll not be interrupted during your testimony.

10                        INVITED TESTIMONY

11                   TESTIMONY BY JERRY BONNETT

12              MR. BONNETT:  All right.  Thank you,

13    Chairman Duncan.  I want to thank Senator Fraser and

14    supporters of Senate Bill 14 for inviting me to be here

15    today.

16              CHAIRMAN DUNCAN:  Would you state your

17    name and --

18              MR. BONNETT:  Yes.  My name is Jerry

19    Bonnett.  I've served as general counsel for the Indiana

20    Secretary of State Todd Rokita from 2005 to the end of

21    2010 when he completed his second term in office.  I am

22    currently serving as general counsel to Indiana's next

23    Secretary of State and chief election officer, the

24    Honorable Charles White.

25              Since 2005, my duties as general counsel

1  have involved assisting with the implementation of

2  Indiana's photo ID law, including working with multiple

3  players in Indiana's election process, which is included

4  the Bureau of Motor Vehicles, county election boards,

5  poll workers, our Help America Vote Act, and support

6  agencies in coming up with the procedures and rules to

7  administer our photo ID law.

8              I've also been responsible for statewide

9  monitoring of election day activity in elections in our

10 statewide and primary -- primary general elections in

11 2006, 2007, 2008, and 2010.  I've reviewed every

12 complaint from the -- regarding voting submitted to the

13 Secretary of State, the Indiana Election Division, the

14 Indiana Election Commission, the Department of Justice,

15 our Help America Vote Act, and other county election

16 boards.

17             I've also assisted the Indiana Attorney

18 General and the Indiana Solicitor General with the

19 discovery trials appeals and ultimately Supreme Court

20 review in the state courts and in the U.S. Supreme Court

21 of Indiana's photo ID law.

22             Prior to the first statewide election in

23 Indiana under the photo ID law, there was no shortage of

24 organizations claiming that we smell a rat of some sort

25 and that the law has some illegal discriminatory effect

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   or political subtext.  My job has been to look for

2   exactly any application of the law that was illegal or

3   overburdensome.

4                   Despite the intense scrutiny of the law

5   that has been locally -- local, state, national, and

6   even international, in my impression, Indiana has

7   been -- and our courts who have been very open to giving

8   a fair and complete hearing to anyone feeling agreed or

9   disenfranchised by our voter ID laws.  In the five years

10  and eight statewide primary general elections I've been

11  involved with, there's been scant evidence of

12  disenfranchisement or discrimination in Indiana.  If the

13  naysayers and conspiracy theorists and armchair social

14  scientists were correct in their prognostications,

15  Indiana would have experienced hundreds of thousands of

16  disenfranchised voters after the laws passed in 2005,

17  but hardly any group or individual or circumstance has

18  been found that has genuinely disenfranchised or

19  inconvenienced a voter beyond what the Supreme Court has

20  held to be the reasonable, orderly regulation of

21  elections.

22                  Did Indiana fix something that wasn't

23  broke?  Was it a law in search of a crime?  Admittedly,

24  there's been little evidence of in-person voter fraud in

25  Indiana, but that's been of little consolation to

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  citizens who have come to Secretary of State's office
 2  with concerns about the confidence in our elections.
 3              What Indiana has experienced were
 4  manipulation of voter registrations with thousands of
 5  voter registrations submitted just prior to the closing
 6  of registration which have confounded the orderly
 7  registration of voters.  Indiana has experienced issues
 8  with voter list maintenance where -- where partisan
 9  activists have refused to update voter registration
10  lists, insisting the U.S. Department of Justice to
11  intervene and require voter list maintenance in Indiana.
12  Indiana has seen inconsistent agency-to-agency
13  cooperation in the sharing of information.  There have
14  been times when the Social Security office was unable to
15  provide verifications of voter registrations, times when
16  other state agencies were not able to exchange
17  information that would assist in verifying voter
18  registrations.
19              There have been reports of people in urban
20  areas being bussed around from poll location to poll
21  location.  There is evidence, after the fact, of dead
22  voters having registered or of dead voters having voted.
23  There was also a report of a well-intentioned high
24  school civics teacher who was intent on having every 17
25  year old that came into her class register to vote and
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   every 18 year old vote even though there were some

2   students of hers who are not students -- who are not

3   U.S. citizens, but they were shamed into going through

4   the registration process and that resulted in illegal --

5   an illegal vote being cast and also confounded those

6   students eventual efforts to become naturalized U.S.

7   citizens.

8            In my position, I am in a position to say

9   that the law has not been applied -- has been applied in

10  the strict and unbending manner that the dissenters have

11  suggested.

12           After the 2005 photo ID law was enacted

13  but before the first election was held, the Secretary of

14  State and the election division and interested groups

15  developed procedures to deal with the issue of the

16  conformity of names on an ID to voter registration

17  lists.  Rules were developed that would allow for a

18  voter named Mary Ellen Smith to -- who might appear on

19  the voter registration in as many as ten different ways

20  to -- to proceed to vote.

21           Also, Indiana -- rules were adopted by the

22  Election Division in Indiana so that if a voter had

23  married between the time of the voter registration, at

24  the polls on election day, they could update their voter

25  registration by signing the poll book and proceed to

1   vote.  In Indiana, voters can conform their voter

2   registration up through election day to the IDs that

3   they have.

4            Other state agencies have reached out to

5   anyone identified who has been experiencing problems of

6   obtaining photo IDs.  In Indiana, it's not a money

7   issue.  And an ID is reviewed by social service agencies

8   in Indiana as key to other social services and other

9   benefits of citizenship, and there's been an interest in

10  working with individuals who had difficulty obtaining

11  photo ID.  Also, in the Indiana Election Day Handbook,

12  in bold print, it says, on -- in several locations, that

13  lack of ID or problems with an ID is not a cause for

14  someone -- for a voter to be turned away.

15           After five busy years of monitoring

16  primary general elections in Indiana, working with

17  deputies, reviewing complaints, I can say that Indiana's

18  photo ID law is not only constitutional as it is written

19  but as it has been applied in routine use -- is applied

20  and become routinely used in good faith and in -- and in

21  an accommodating matter in the state.

22           Now, keeping to its principal and intent,

23  Indiana's law, subject to all matter of partisan,

24  nonpartisan, state, national scrutiny, has not been

25  applied with the rigid inflexibility and consequences

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  predicted by detractors.  After exhaustive review in the

2  state and federal courts involving the application of

3  the law as applied -- instance of the law and in -- and

4  in Indiana's informed public opinion, Indiana photo ID

5  has earned broad acceptance, even from skeptics, as

6  become -- as having become integral component of voter

7  confidence and law that honors the privilege and the

8  dignity of American's right to free and equal

9  participation in elections.

10          So I honor you for the difficult work

11  you're doing here today.  I assure you that the work

12  won't be done if and when you pass Senate Bill 14.  I

13  can certainly tell you that the sun came up in Indiana

14  after Indiana's photo ID was passed.  It continued to

15  come up and continues to come up after each election

16  that we have.  So I'm ready to address your questions,

17  please.

18          CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.

19          So we'll have our first questions.

20  Senator Van de Putte, you're recognized.

21            QUESTIONS FROM SENATE FLOOR

22          SEN. VAN de PUTTE:  Thank you very much,

23  Mr. Chairman.

24          And thank you very much, Mr. Bonnett, for

25  traveling from Indiana.  I know on such short notice.

1   We appreciate you being here to help us with your expert

2   testimony as we deliberate this very, very important

3   issue.

4                  I had a few questions that -- that I

5   wanted to ask because here in Texas, we looked at the

6   Indiana law, and we're looking toward -- this is -- as

7   our bill author has said, it's kind of a Texas bill,

8   which we think is more restrictive than yours.  And we

9   have heard from testimony that there is increased

10  turnout, and you haven't found any instances in where

11  the burden of the new Indiana law was placed upon

12  anybody.  And -- and I think in your testimony and in --

13  said that it is working and even in your Supreme Court

14  case, no party or amicus cited -- well, of course, there

15  were no cases of impersonation at the polls in Indiana.

16                 So I have some confusion because in the

17  bill that you passed, we had reports in Marion County in

18  2007 that 32 vote -- voters cast ballots that could not

19  be counted because of the voter ID law, and I want to

20  ask you about them because just a couple of them really

21  bring to mind some difficulties, and yet you cited that

22  there were no problems.

23                 In South Bend, Indiana, ten retired nuns

24  were barred from voting in the 2008 Indiana democratic

25  primary.  Some of them were in their 80s and 90s.  They

1  no longer had driver's license.  They lived at the

2  convent, and the convent actually had the polling place

3  in their convent.  The irony was that I believe in that

4  case, the election judges were actually other nuns who

5  lived with these nuns, but they were barred from casting

6  a ballot even though they had previously voted in at

7  least ten elections in Indiana but that these nuns were

8  not able to because they did not have an ID, even though

9  the election judges live with them.  And so can you

10 comment?  This was in the newspapers, but it was also in

11 Catholic Digest magazine and so wanted to know because

12 we heard --

13                MR. BONNETT:  I can't --

14                SEN. VAN de PUTTE:  -- that there were no

15 instances, yet we had these reports.  And so could you

16 tell us?  I mean, what happened to these nuns?

17                MR. BONNETT:  I can't speak to the -- the

18 Marion County voters that you referenced to, although I

19 think that was covered in the Indiana League of Women

20 Voters v. Rokita case that was heard by the Indiana

21 Supreme Court.

22                In the case of the -- the -- the nuns, in

23 Northern Indiana, the -- it's my understanding and

24 that -- that situation was also discussed in -- in the

25 Crawford case -- the -- the nuns did have passports.

1   They did have a form of ID that was acceptable, but they

2   refused to present that.  They were eligible for other

3   exceptions under the law, absentee voting exception, and

4   it was really a media event because the media had been

5   brought to the scene before.  And they also refused to

6   go provisionally.  I did not -- I believe they were

7   brought in a van to a polling location that was not --

8   not, I understand, any time that they were voting at the

9   place that they lived.

10                   SEN. VAN de PUTTE:  So --

11                   MR. BONNETT:  That incident was -- seemed

12  to be discredited as a -- as a legitimate case of

13  disenfranchisement.

14                   SEN. VAN de PUTTE:  So you're saying these

15  nuns organized in a -- in a fraudulent matter, that

16  these nuns all got together?  But even though they're --

17  from the report what was reported, they lived at the

18  convent, and they were all in their 80s and 90s.  So I

19  don't know.  You know, maybe they had passports, maybe

20  they didn't.  But you're saying that this was

21  orchestrated by these devious nuns to actually prove up

22  Indiana law, and really, they intended to mess you up

23  purposefully or --

24                   MR. BONNETT:  Yes, Your Honor.

25                   SEN. VAN de PUTTE:  Oh, thank you.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              (Laughter)
2              SEN. VAN de PUTTE:  Well, let me ask you
3  about another case.  One of them was Lauren McCallick
4  who was an 18-year-old freshman at Saint Mary's College
5  in South Bend and who was not able to cast her ballot
6  that was due because of the law, and so that was one of
7  the cases that was there.  And can you tell me about
8  her?  Was she devious, as well, or was it orchestrated?
9              I mean, from the reports and from what was
10 happened, she was crying and she -- it was the first
11 time that she was going to be able to vote, and she
12 tried to -- she did do a provisional ballot.  But since
13 she couldn't get the documentation that she needed
14 within the time requirement, she didn't have a chance to
15 vote because she was in class and she couldn't go back
16 to her -- so can you tell me what happened to Ms. Lauren
17 McCallick in this case?
18             MR. BONNETT:  Unfortunately, I'm not
19 familiar with -- with that case.
20             SEN. VAN de PUTTE:  Oh.
21             MR. BONNETT:  So --
22             SEN. VAN de PUTTE:  Well, then what
23 happened in -- again, in Marion County, when we had some
24 senior citizens that weren't able to?  Now, they weren't
25 devious nuns.  These were seniors who were living in
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   a -- some sort of a -- it wasn't a senior assisted, but
 2   it was some sort of a temporary, like rehab, where
 3   people go after strokes or after a motor vehicle
 4   accident, and that they weren't allowed.  I mean, I can
 5   understand your story about the nuns because, you know,
 6   I'm a Catholic and sometimes they get really organized,
 7   and they make their point.  But what --
 8                   MR. BONNETT:  I am too.
 9                   SEN. VAN de PUTTE:  What -- what about the
10   people who were living in the -- again, in Marion
11   County, in a -- not their full residence --
12                   MR. BONNETT:  Uh-huh.
13                   SEN. VAN de PUTTE:  -- but for a certain
14   period of time because they had a disability, they had
15   had a stroke, and they were living in this.  What
16   happened to those folks?
17                   MR. BONNETT:  Well, and I don't know the
18   specifics without more information, but every -- every
19   reported case has been investigated and reviewed.  The
20   state election division, the state social service
21   agencies, and Bureau of Motor Vehicles Division have
22   been quite willing to assist voters who have -- have had
23   difficulties obtaining an ID.
24                   The largest group of voters in Indiana had
25   some form of ID, a -- a -- of what was left over, the
```

 1  exceptions covered many of those voters, and the --
 2  ultimately, you know, anyone registered to vote who
 3  didn't have the ID, that group was small and has not
 4  been identifiable in such a way that the state has been
 5  able to even identify them, and certainly efforts have
 6  been made in litigation to try and identify a group.
 7  But I -- I believe the state would develop
 8  administrative procedures to assist anyone having
 9  trouble with an ID faster than the litigation would
10  proceed through the courts to try and validate the law.
11           SEN. VAN de PUTTE:  Well, I appreciate
12  your answer, but you can understand my concern.
13  Particularly in the district that I represent, we have,
14  that I know of, six convents, the Sisters of Divine
15  Providence with their mother house with over 120 retired
16  nuns living there from orders all over; the Society of
17  Mary, which they're Marianist priests, and after they
18  finish at the University of Dayton and other Marianist
19  schools, they come to San Antonio and live right there
20  at Saint Mary's University.  We have over 56 nuns from
21  Incarnate Word and that community, and they're, you
22  know, in their 80s, 90s.  In fact, we even have a couple
23  that are over a hundred, and while on and on, you see my
24  problem.
25           And when I read things about Indiana and

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    having the religious who don't live outside in homes but

2    who all have the same residences and who come back to

3    that convent or retirement home run by the nuns or run

4    by the priests, it's -- it's very difficult, and so I

5    have some concerns because I have so many voters that

6    are retired religious, and that's why I wanted to clear

7    that up.

8              But let me ask you about something else.

9              MR. BONNETT:  If I may, before you change

10   the subject, I will note that Indiana, for example, has

11   a Mennonite population that objects to being

12   photographed, and our law provided an exception for

13   individuals for religious reasons who objected to being

14   photographed; and there is an exception for disabled

15   individuals who live within a state licensed

16   convalescent or care center.  So Indiana has developed

17   exceptions for identifiable groups.

18             SEN. VAN de PUTTE:  Oh, well, I think

19   that's wonderful that Indiana did that, but you may not

20   know that that's in our Texas bill.

21             MR. BONNETT:  Uh-huh.

22             SEN. VAN de PUTTE:  And so why this is

23   more restrictive than Indiana is we don't have the

24   protections that you do in Indiana under this bill, for

25   those who live in religious communities, for those who

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    are disabled.

2              And that's the other thing I wanted to

3    talk to you about because I understand that, you know,

4    this is about the other thing that you said about

5    increased turnout.  But I really wanted to talk to you

6    about -- because, I mean, let's face it, isn't the

7    turnout from 2008 November election because we had a

8    highly contested primary season, but it was because we

9    had this wonderful, wonderful, very, very active

10   electorate in electing between now President Obama and

11   John McCain.  I mean, it was fabulous.  I mean, so you

12   really can't compare turnouts to turnouts because the

13   turnout was wonderful in November, and we're all very

14   excited about that.  So I wonder a little bit because, I

15   mean, everybody's turnout went up.

16              MR. BONNETT:  May I respond to that?

17              SEN. VAN de PUTTE:  Absolutely, please.

18              MR. BONNETT:  If you compare the turnout

19   in the 2006 election, which was a nonpresidential

20   off-election year but -- for statewide primary and

21   general elections to the 2010 election last year, there

22   was also an increase between 2006 and 2010 in -- in

23   voter turnout in Indiana, which would be more comparing

24   the apples -- apples to oranges.

25              And you're right, in 2008, Indiana voted
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   it's electoral votes for a Democratic presidential

2   candidate for the first time in over 30 years.  Also, in

3   the 2006 state Congressional races after the photo ID

4   was enacted, three of Indiana's nine Congressional seats

5   switched from Democrat -- or from Republican to

6   Democrat, which tended to dispute the theory of the

7   political subtext of the law.

8                    SEN. VAN de PUTTE:  Thank you.  There --

9   there are a couple of other questions that I wanted

10  to -- to --

11                   MR. BONNETT:  Uh-huh.

12                   SEN. VAN de PUTTE:  -- check on Indiana

13  law.  Can you tell me -- your law has a free voter ID

14  card issued by the state or the county.  Are there

15  restrictions or affidavits or a means test for access to

16  a free voter identification card from Indiana?

17                   MR. BONNETT:  I don't want to misstate --

18  misspeak that.  It's on the Bureau of Motor Vehicle

19  Regulations.  I -- I believe that the person applied for

20  that ID needs to sign an affidavit that they don't

21  have -- have another ID with the state.  But beyond

22  that, I'm not -- I can't say about the issue of the

23  means --

24                   SEN. VAN de PUTTE:  Well --

25                   MR. BONNETT:  -- test.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. VAN de PUTTE:  Well, I looked at it,

2  and I didn't think so.  It just says that they have to

3  state that they don't have a driver's license and they

4  don't have another.

5      MR. BONNETT:  Uh-huh.

6      SEN. VAN de PUTTE:  But there is no

7  affidavit of indigency or -- or anything required, at

8  least from what I looked at your law.  But I'm not sure.

9  That's why I wanted to ask.

10      MR. BONNETT:  That's my understanding.

11  Now, a related issue is when a provisional ballot is

12  verified, if a voter who has voted provisionally within

13  the ten days after the election signs an affidavit that

14  they don't have an ID and cannot get one without expense

15  and possibly can't afford one -- I'm not sure of the

16  exact language on the affidavit -- then they're entitled

17  to have their vote counted.

18      SEN. VAN de PUTTE:  Well, one of the

19  things that I wanted to look at, and I have the Indiana

20  law and I -- because ours is a little bit more

21  restrictive.  But under your section of the -- of the

22  Indiana bill, it has something in here because -- that

23  has me a little troubled because we don't, and I'm going

24  to read it.

25      But the voter prescribed by -- and it has

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Indiana code that has not complied with -- and I think

2   that Indiana code 3-7-33-4.5 -- on election day must

3   present one of the following documents to the -- and it

4   says, "A current and valid photo ID," or it says,

5   "current utility bill, bank statement, government check,

6   paycheck, government document that shows the name and

7   address of the voter."  And yet we've been told that

8   Indiana only has a photo.

9             So what -- what is this section referring

10  to?  Is it a provisional ballot or is it a first-time

11  voter or -- or does Indiana allow for the photo ID, but

12  if they don't have the photo ID, can they use other

13  forms?

14             MR. BONNETT:  I'm not aware that Indiana

15  accepts any alternative than a photo ID.  That might --

16  I'd have to look at the law carefully on that.  Might

17  refer to the verification of address or the residency

18  with respect to voters who have moved, but I do not

19  believe that Indiana has any requirement other than --

20  than that of a -- of a government-issued photo ID with

21  an expiration date for in-person voting.

22             SEN. VAN de PUTTE:  Well, I think that

23  is -- it was very hard to follow, but I think it's under

24  a provisional ballot that has a state's licensed care

25  facility or something.  But there is at least that

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  protection for those who are at a temporary facility;
 2  that even if they don't have a photo ID, the exception
 3  is not that they're just exempted but I think that they
 4  can utilize other forms of ID, which our Texas bill
 5  doesn't have.
 6              To your knowledge, was -- since this was
 7  from the Indiana Legislature, do you remember any
 8  discussions on why they -- they put that in?  Was this
 9  put in at the same time as the original voter ID
10  legislation, or was this only done after the mess up
11  with, you know, the nuns and the -- the other folks who
12  were at this temporary facility?
13              MR. BONNETT:  I didn't live in Indiana
14  during the time that this legislation was -- was
15  discussed and deliberated, but it's my understanding
16  that the -- the exceptions to the provisions for
17  individuals who live in state-licensed assisted living
18  facilities has always been part of the -- of the
19  scheme -- or the bill, and I think the -- the utility
20  bills and the other documents you refer to might go to
21  the issue of establishing their residency in the
22  state-licensed facility, which is then an exception if
23  the polling place is located in that facility.
24              SEN. VAN de PUTTE:  Thank you.  I really
25  appreciate your candid answer; and, again, we thank you
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   very much for your travel here to help us on this
 2   important deliberation.  Thank you.
 3               MR. BONNETT:  Thank you.
 4               SEN. VAN de PUTTE:  I don't have any other
 5   questions, Mr. Chairman.
 6               CHAIRMAN DUNCAN:  Chair recognizes Senator
 7   Davis.
 8               SEN. DAVIS:  Thank you, Mr. Chair.
 9               Mr. Secretary, thank you so much for
10   traveling to be with us today and to help inform us
11   about the work that you've done in Indiana on this
12   issue.  I just want to make sure that I clearly
13   understand because today there's been a great deal of
14   discussion about your bill, as you can imagine, as the
15   reason why the bill that's being proposed in the Texas
16   Senate today would be able to withstand constitutional
17   scrutiny.  So I want to make sure that we have a clear
18   record in terms of how the bill that Indiana has
19   introduced, or the law that you've introduced, mirrors
20   or does not mirror what we are -- are discussing on the
21   Senate floor today.
22               So I think I heard you say that you do
23   allow women who have been married or divorced to come in
24   to vote and to provide some affidavit that they -- their
25   name has changed and is different than is on the ID that
```

```
 1   they have because of marriage or divorce.  Is that

 2   correct?

 3             MR. BONNETT:  That's correct.  That's by

 4   administrative directive.  It's not part of the statute.

 5   And I'll say that when the -- when the Indiana courts

 6   and the -- the federal courts reviewed the law, it was

 7   reviewed in the context not just of the statutory

 8   language but other administrative procedures that were

 9   developed after the law was passed, after the framework

10   of the law was passed, for the -- the view of -- as

11   applied, how the law was applied.

12             SEN. DAVIS:  Absolutely.  And I think

13   that's terribly important, and I'd like to invite you

14   to -- to please inform us as much as possible both

15   statutorily what was reviewed in terms of what you've

16   done to try to preserve the integrity of someone's right

17   to vote and administratively what's been done.

18             So you said on that particular one, that

19   was a rule that was instituted administratively, but it

20   was part of what was reviewed by the court system in

21   terms of the implementation of that law?

22             MR. BONNETT:  Yes.  That -- that directive

23   clarified procedures for poll workers in -- in viewing

24   IDs for conforming names.

25             SEN. DAVIS:  And then I believe you said
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    that in the -- the language that's presented to a voter

2    in terms of their right to vote in Indiana, in bold

3    language, you have clarified for voters there that not

4    having a photo ID will not in and of itself be

5    sufficient cause for them not to be able to vote.  Is

6    that correct?

7                MR. BONNETT:  Yes.  I'll -- I'll just look

8    up the exact -- the exact bold language, one example's

9    are referred to on Page 10 of the Indiana Election Day

10   Handbook.  This is the 2008 copy.  In bold, "No voter

11   should be turned away from the polls for failing to

12   provide photo ID."  That's -- that's instruction to all

13   poll workers.

14               SEN. DAVIS:  And does that wording go to

15   instances where, for example, as you -- as you talked

16   about earlier, if a person comes to the poll and they do

17   not have a photo ID, they can vote a provisional

18   balance -- or ballot -- excuse me -- on the condition

19   that they attest that they do not have a photo ID

20   because there would be a cost to receiving that ID

21   either through having to get the underlying

22   documentation that would qualify them to receive the ID

23   or some other cost that would be associated with

24   receiving the ID?

25               MR. BONNETT:  Yes, there are several

1   alternatives to means to -- to verifying a provisional

2   ID to allow --

3           SEN. DAVIS:  And can you discuss what

4   those several alternatives are, please?

5           MR. BONNETT:  Well, generally, providing

6   the -- the ID or providing the -- the -- the voter

7   registration correction or an affidavit that there is a

8   religious exception to being photographed, that an ID

9   cannot be obtained without -- without cost.  There may

10  be another.  That's provided for in the Voter Bill of

11  Rights which is posted at each poll site, and then

12  voters who vote provisionally are given a paper receipt,

13  so to speak, with the instructions on how to verify

14  their provisional ballot and have it cast, how and

15  where.

16          SEN. DAVIS:  Thank you.  That's very

17  helpful.

18          And I believe you also have a provision in

19  Indiana, do you not, that allows for the use of an

20  expired driver's license for a certain period of time.

21  Is that correct?

22          MR. BONNETT:  Yes.  And I believe if it --

23  if it goes back to the beginning of the -- the opening

24  of registration for the election which is generally 30

25  days from the prior election.  So it's generally about a

1  year, year past.

2           SEN. DAVIS:  Okay.  Have you done any work

3  in Indiana to track or to attempt to track the

4  percentage of persons based on categories, whether it be

5  senior status, whether it be minority status, whether it

6  be indigent status, where people have claimed that

7  somehow their right to vote has been interfered with as

8  a result of this particular law?

9           MR. BONNETT:  I'm not familiar with the

10  state doing that research.  Certainly the -- there are

11  interest groups that have -- have made a concerted

12  effort to identify individuals, groups, or

13  characteristics, identify them and locate beyond the

14  theoretical basis; and generally, it's not been

15  something that's been accomplished.  There's been a

16  tremendous separation between the theoretical concerns

17  and what's actually been experienced in our elections

18  over the last five years.

19           SEN. DAVIS:  When you started your

20  comments this afternoon, you began by saying that there

21  had been scant evidence of disenfranchisement, and scant

22  to me means that there must have been some.  So can you

23  talk a little bit with us about what that's looked like

24  for Indiana?

25           MR. BONNETT:  There -- there was a single

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  media report prior to the 2010 election, a few days

2  prior to the election.  It was not officially reported

3  to the state, but the media account was a gentleman

4  of -- in a particular county of 40-something years, due

5  to some unusual circumstances did not have a birth

6  certificate.  I think it involved him having been

7  discharged to foster care through state programs,

8  et cetera.  But it also was evident that the Bureau of

9  Motor Vehicles Division has a special group -- team that

10  works with individuals who have particular problems to

11  address those needs.  And the -- the report did not

12  result in -- in a complaint, and there was no indication

13  the state got that the person wasn't able to vote

14  under -- under one of the exceptions.

15            There have been some reports, also, that

16  generally upon investigation, the individuals were able

17  to vote under -- under some provision.

18            SEN. DAVIS:  And you mentioned that -- a

19  moment ago, that through both administrative rule and

20  through the statute itself, in the state of Indiana,

21  you've tried to be cognizant of this disenfranchisement

22  issue through some of the -- the rules that you've

23  enacted along with it.  We talked about the fact that

24  you have a religious exception for -- for people who

25  cannot be photographed or refused to be photographed for

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  religious purposes.  We talked about the fact that if a
 2  person comes to the polling location without an ID, they
 3  can vote a provisional ballot so long as they attest as
 4  one of the -- the reasons for voting that provisional
 5  ballot, that they had to pay a fee in order to -- to get
 6  a photo ID and they were unable to pay that fee.  You
 7  talked about the special rule that's been created to
 8  handle the situation where women have been married or
 9  divorced and their -- their name would be different than
10  what is on their ID.
11           Are there other -- and excuse me -- you
12  also talked about the expiration of a driver's license
13  not being a reason to immediately turn that -- that
14  voter away so long as it's within that --
15           MR. BONNETT:  Uh-huh.
16           SEN. DAVIS:  -- period of time that you
17  described earlier.
18           Are there any other conditions that were
19  implemented, either through the statute or through
20  administrative rule, that you feel we should know about
21  in terms of reflecting a sensitivity to trying to
22  preserve the enfranchisement of your voters as much as
23  possible?
24           MR. BONNETT:  Yes.  College -- college
25  students at some state universities have -- it came
```

1    about, they have IDs that don't have an expiration date,

2    and through arrangements with -- with state colleges,

3    the universities provided through some type -- I believe

4    it was a secure online facility -- a way for the polling

5    locations to -- to verify the expiration date

6    independent of the actual ID.  And so arrangements were

7    made, then, for students with -- with a university ID

8    that did not have the expiration date but where the

9    college was able to provide that information

10   independently to go ahead and vote on election day.

11                   SEN. DAVIS:  Very good.  Are there any

12   other?

13                   MR. BONNETT:  Not that come to mind.

14                   SEN. DAVIS:  Okay.  Thank you,

15   Mr. Secretary.  I appreciate it.

16                   MR. BONNETT:  Uh-huh.

17                   CHAIRMAN DUNCAN:  There being no further

18   questions, Mr. Bonnett.  Thank you for your testimony

19   today and for traveling here.

20                   SEN. WEST:  Mr. Chairman?

21                   CHAIRMAN DUNCAN:  Senator West, you're a

22   little late on the light there.

23                   SEN. WEST:  I thought it was on.  I

24   apologize.  And I just have a couple of questions,

25   anyway.

1          And it may have already -- you may have

2   already addressed this, and I just may not have heard

3   it.  As it relates to the provisional ballots in your

4   state --

5               MR. BONNETT:  Uh-huh.

6               SEN. WEST:  -- an individual can, in fact,

7   cast a provisional ballot.  Is that correct?

8               MR. BONNETT:  Yes.

9               SEN. WEST:  Okay.  And they have to --

10  what's the process?  Once they cast the ballot, in order

11  for the ballot to count, they have to come back within a

12  certain number of days?

13              MR. BONNETT:  Within ten days.

14              SEN. WEST:  And what do they have to do?

15              MR. BONNETT:  They can correct any -- any

16  issue with -- with voter registration.  For example, if

17  a person appears at a poll and they're simply not

18  registered at all, they can still cast a provisional

19  ballot.  You know, there may be some administrative

20  issue in the -- with kind of registration board about

21  why they didn't show up in the precinct where they

22  believe they needed to vote.  That -- that can be

23  corrected, and the Election Board is free to correct

24  that through and beyond the election.  They can bring in

25  the identification, and they can certainly seek

1   assistance with obtaining the identification that's

2   required.  They can also come and execute an affidavit

3   that -- obviously, we talked about the exception to

4   being photographed for religious reasons.  They can

5   execute an affidavit that says they -- they don't have

6   the ID.  They cannot get one without cost, and then

7   they're eligible to have that vote counted.

8                   SEN. WEST:  Okay.  So there's a process in

9   place.

10                  Does the state keep any tally or report on

11  the number of provisional ballots that are cast in the

12  state of Indiana?

13                  MR. BONNETT:  Yes.  The county election

14  boards submit that information with their -- with their

15  poll results data to the Election Division, and it's --

16  it's published online for every election.  The -- the

17  number of provisional ballots and the disposition and

18  the counties actually are also required to send copies

19  of the affidavits to the Secretary of State's office,

20  which then can be examined for the reason.  For example,

21  how many didn't show up on a poll book or there was a

22  challenge raised of some sort so that we can -- we've

23  been able to investigate the status and disposition of

24  provisional ballots.

25                  SEN. WEST:  Is that information

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   disaggregated by ethnicity?

2               MR. BONNETT:  No.  I'm not -- I do not

3   believe that there's an indication on the provisional

4   ballot affidavit.

5               SEN. WEST:  So you really don't -- I mean,

6   in terms of the provisional ballots, the tallies, in

7   terms of provisional ballots, is it disaggregated by

8   ethnicity; that is, the number of Hispanics, African

9   Americans that are voting?

10              MR. BONNETT:  It's not, although the

11  copies of the affidavits are -- are -- are public

12  information, and there have been some social scientists

13  who have been studying and attempting to write about

14  provisional ballots and determine if there's any -- any

15  meeting or conclusions that can be gathered --

16              SEN. WEST:  Has there been any -- any such

17  studies done in Indiana?

18              MR. BONNETT:  I have looked at one study

19  from a adjunct law professor.  It did not appear to

20  provide any -- any academic or statistically sound

21  conclusions.  It was more a discourse on the issue of

22  photo ID, in general, but it made some reference to some

23  statistics that were, you know, tallies of the number of

24  provisional ballots.

25              The provisional balloting started at the

1  same time as the photo ID, so we don't have a calculus

2  of the provisional balloting before Indiana's photo ID.

3                SEN. WEST:  Do you happen to have the cite

4  for that particular professor's study or article?

5                MR. BONNETT:  I'll be most happy to --

6                SEN. WEST:  Okay.

7                MR. BONNETT:  -- to get it to you or get

8  it to the committee.

9                SEN. WEST:  To the chairman and the staff?

10  I'd appreciate that.

11                As it relates to provisional ballots, is

12  there any type of report on the number of individuals or

13  the percentage of individuals that come back and go

14  through the process to make certain their vote count?

15  Is it less than 10 percent of those individuals that

16  cast?

17                MR. BONNETT:  I'm not aware of an

18  aggregated report.  The data exists, and it's -- it's

19  online.  I'm not aware of an aggregated analysis of how

20  many.

21                Some provisional ballots, you know, there

22  are some instances where a person would go to a precinct

23  and not be registered to vote a provisional ballot and

24  then be directed to, and the poll workers are advised to

25  have someone go ahead and vote that provisional ballot.

1    But then they may later in the day be directed to the

2    right precinct, and then the -- you know, so there can

3    be more than one provisional ballot.

4                    There's also some of the scholarship

5    related to the issue that if the outcomes of elections

6    have been determined by substantial margins, then

7    individuals may not feel a need to go back and verify

8    the provisional ballots if the election were not so

9    close that --

10                   SEN. WEST:  Right.

11                   MR. BONNETT:  -- that the votes were

12   meaningful.  So it's not really what -- what -- clear

13   what the meaning of the numbers of provisional ballots

14   and the ones that are verified means, as far as I'm

15   aware.

16                   SEN. WEST:  But there's no statewide study

17   or report that's done on an annual basis that looks at

18   the percentage of individuals that cast provisional

19   ballots that actually go back and verify their ability

20   to --

21                   MR. BONNETT:  That data is reported in --

22   but I'm not aware of analysis of it.  The number by

23   county of provisional ballots, probably by precinct,

24   that were cast and their ultimate disposition is -- is

25   reported in -- in election return statistics.  Analysis

1    of it is not something that I'm aware of, though.

2                    SEN. WEST:  Okay.  You indicated that the

3    affidavit was -- is public.  Is it a --

4                    MR. BONNETT:  Yes.

5                    SEN. WEST:  -- public record?

6                    And that's the -- when you say "the

7    affidavit," what do you mean by that?

8                    MR. BONNETT:  That's a document that is

9    initially executed by the voter at the time of casting

10   the provisional ballot --

11                   SEN. WEST:  Okay.

12                   MR. BONNETT:  -- and then later, handled

13   by the Election Board within that ten days to determine

14   whether or not that vote -- the vote is sealed.  The

15   vote is sealed in an envelope.

16                   SEN. WEST:  All right.  I just wanted to

17   make certain we were on the same page.

18                   Okay.  Thank you very much, Mr. Chairman.

19                   MR. BONNETT:  You're welcome.

20                   SEN. WEST:  I would like to get that cite

21   for the study, though.

22                   CHAIRMAN DUNCAN:  Senator Gallegos?

23                   SEN. GALLEGOS:  Mr. Secretary, let me ask

24   you one question.  Is your Indiana driver's license, is

25   it a valid form of ID under Indiana law?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MR. BONNETT:  Yes, it is a state-issue ID.

2          SEN. GALLEGOS:  It is valid?

3          MR. BONNETT:  Uh-huh.

4          SEN. GALLEGOS:  And any supplements of

5   that Indiana license, is that also a form of ID?  What I

6   mean supplements is, if it -- if a driver's license is

7   confiscated and you get a temporary, is that also a

8   valid -- a valid form of ID?

9          MR. BONNETT:  If the -- I don't believe

10  that the state driver's license is specified in the

11  legislation.  It's specified more generically, a

12  state-issued ID with photograph with an expiration date

13  or government-issued ID.

14          It's my understanding when a driver's

15  license is confiscated that the Bureau of Motor Vehicles

16  will immediately issue another form of ID that is a --

17  for example, driving is restricted.

18          SEN. GALLEGOS:  And that is a valid form

19  of ID?

20          MR. BONNETT:  Yeah.

21          SEN. GALLEGOS:  Okay.

22          MR. BONNETT:  I don't believe the -- I

23  remember when I lived in Texas and in Louisiana

24  sometimes the police would take away your ID and give

25  you a piece of paper that was sort of -- to cover for

1    you, and that type of document would not be.

2                    SEN. GALLEGOS:  Yeah.  But that is a valid

3    form of ID in Indiana?

4                    MR. BONNETT:  It would be required to

5    have -- the ID would be required to have a picture and

6    have the expiration date.  And so something other than

7    that would not be allowed for voting.  It would still be

8    required to have a picture.

9                    SEN. GALLEGOS:  Thank you.

10                   MR. BONNETT:  Does that answer your

11   question?

12                   SEN. GALLEGOS:  Yeah.

13                   CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.

14   We appreciate your appearance here today.

15                   TESTIMONY BY LUIS FIGUEROA

16                   CHAIRMAN DUNCAN:  The Chair calls Luis

17   Figueroa -- Figueroa, Mexican American Legal Defense

18   Education Fund, or MALDEF.  Would you state your name,

19   please, and who you represent?

20                   MR. FIGUEROA:  Absolutely.  My name is

21   Luis Figueroa.  I'm the legislative staff attorney with

22   the Mexican American Legal Defense and Educational Fund,

23   MALDEF.  Thank you very much for this opportunity to

24   testify before the Senate on this important legislation.

25                   MALDEF works to promote and protect the

1   rights of Latinos, including voting rights and in the

2   state of Texas and across the nation.  We have an

3   extensive history in the Voting Rights Act and in

4   protecting voting rights across the nation and, of

5   course, here in Texas, going back to the case of White

6   v. Register and most recently in LULAC v. Perry

7   challenging the redistricting implementation from the

8   last decade for last -- from the last session.

9              We stand here opposed to SB 14 because it

10  lacks the safeguards to ensure that eligible voters will

11  not be disenfranchised at the polls.  If SB 14 was

12  enacted, it would be the most restrictive photo ID

13  requirement in the nation, more restrictive than

14  Indiana, more restrictive than Georgia, more restrictive

15  than Arizona.  They would allow for viewer identity

16  documents, less time to cure for provisional ballots,

17  and it would be even more difficult to cure than any of

18  the other states.

19             Studies after studies have shown that

20  voter ID and additional identification requirements at

21  the polls do have an impact on minority voters and on

22  other protected classes.  The study from voter ID

23  requirements and disenfranchisement of Latino, black and

24  Asian voters by Barreto, Nino & Sanchez states

25  "Controlling for age, income and education, we find the

1  naturalized citizens and minority voters are

2  significantly less likely to be able to provide multiple

3  forms of identification such as a copy of their original

4  birth certificate or recent bank statements.

5  Respondents were asked about their ability to provide

6  approximately six unique forms of identification, and

7  naturalized citizens and minority voters were

8  consistently less likely to have each form of

9  identification.  Data reflects identification trends of

10 actual voters, not just adult citizens, the findings go

11 far to suggest that photo -- that voter identification

12 laws could immediately disenfranchise many Latino,

13 Asian, African-American citizens."

14              From the Rutgers study, protecting the

15 enfranchised or restricting it, the effects of voter

16 identification requirements and turnout, by Vercellotti

17 and Anderson, states that "The predicted probability

18 that Hispanics would vote in states that required

19 nonphoto identification was about 10 percent points

20 lower than in states where Hispanic voters gave their

21 names."

22              In the Wisconsin study, the driver's

23 license status of the voting age population was counted

24 by John Pawasarat.  It stated that "Minorities in poor

25 populations are the most likely -- are the most likely

1    to have driver's license problems.  Less than half,

2    40 percent, of Milwaukee County African-American adults

3    and 43 percent of Hispanic adults have a valid driver's

4    license compared to 85 percent of white adults in the

5    balance of the state."

6                    The Brennan Center, in their report

7    Citizens Without Proof, A Survey of Americans'

8    Possession of Documentary Proof of Citizenship and Photo

9    Identification, stated, "Citizens with comparatively low

10   incomes are less likely to possess documentation proving

11   they are citizens.  As many as 11 percent of United

12   States Citizens, more than 21 individuals, do not have

13   government-issued photo identification."  It goes on to

14   state that "25 percent of African-American voting-aged

15   citizens have no current government-issued photo ID

16   compared to 8 percent of white voting-aged citizens."

17                   Study after study has shown that Latinos,

18   African-Americans, elderly, the poor, students are less

19   likely -- the disabled community are less likely to have

20   the photo identification requirements required under

21   SB 14.

22                   It's important to note that Texas under

23   current law has a voter ID requirements.  It has an ID

24   requirement that -- it requires that you bring a voter

25   registration certificate or additional forms of

1   identification.  The question is, how much stricter can

2   we make the voter identification requirement?  The

3   question is not whether to have a voter identification

4   or not have it.  The question is, how restrictive do we

5   want to make it?

6              The current legislation presented before

7   us does not provide for any alternative photo

8   identification.  It does not allow for student ID cards,

9   for Medicaid, Medicaid cards, for expired driver's

10  license, for expired military cards or for state-issued

11  employer identifications.

12             We know that in our other states that have

13  implemented strict voter identification laws that the

14  ability to cure and to come back day to day and fix

15  their provisional ballot, it does not happen with much

16  frequency.  Voters do not return within the allotted

17  time period to fix their voter identification.

18             It's also worth noting that in SB 14 it

19  actually lowers the amount of time from what Indiana

20  requires, from ten days to six days -- six days to

21  return and fix their voter identification.  In Arizona,

22  739 ballots were not counted where -- conditional

23  provisional ballots were not counted, and only 158 were

24  counted after voters cured their identification

25  requirements.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          What we found in Arizona when we litigated
2    was that the most common problem was a driver's license
3    that did not match an address, that did not match a
4    voter registration certificate.  We know that Latinos,
5    African-Americans and low income are the most mobile
6    populations often moving from a rental apartment, moving
7    from home to home, and as a result are most likely to
8    have matching -- most likely have identification that
9    doesn't match their voter registration certificate.

10          We know that providing a free personal
11   identification certificate does not solve the problem if
12   the documents needed to get a personal identification
13   certificate are the same ones that the study show the
14   minorities don't have.  And we know that if people are
15   required to bring birth certificates and other
16   documentation that they are unable to get a current
17   driver's license, that they are not likely to get the
18   free personal identification if they lack those same
19   documents.

20          We believe that there are ways to
21   create -- there are ways to ensure that people who are
22   voting are who they say they are.  There are ways to do
23   it without disenfranchising voters.  What we need are
24   appropriate safeguards in a photo identification law.
25   We need to expand the current list of documents that are

1    provided in SB 14, and most importantly we should

2    incorporate a signature affidavit similar to Michigan

3    and Florida to ensure that people who lack the

4    identification requirements are still able to cast a

5    ballot and have their vote count.  It's about finding

6    the right balance between security and access.

7              SB 14 only focuses on voter impersonation

8    fraud while ignoring voter intimidation, deceptive

9    practices and poll worker error.  There are ways to

10   ensure that voters who say they are -- are who they say

11   without disenfranchising voters.  Finding that right

12   balance includes including two forms of nonphoto

13   identification, requiring signature affidavit attesting

14   to name, address and eligibility, including voter

15   integrity task force, allowing for same-day election

16   voter registration with an ID requirement, free ID that

17   is not limited to the current requirements that require

18   the same documents that are required to get a driver's

19   license right now, training for poll workers and voter

20   education.

21              When we find the right balance between

22   access and security, we will ensure that we have the

23   voter confidence in our system, a system that is not

24   predicated on trying to disenfranchise voters, a system

25   that is not so unsecure that we don't have faith in our

1    electoral system, but a system that provides for access

2    and security to ensure that all votes are counted, and

3    that is what we are aiming for.

4              With that, I'm open for questions, and I

5    thank you again for this opportunity.

6              SEN. ELTIFE:  Members any questions?

7              (No response)

8              SEN. ELTIFE:  Thank you, sir, for being

9    here today.  Hold on one second.

10             QUESTIONS FROM SENATE FLOOR

11             SEN. ELTIFE:  Senator Rodriguez?

12             SEN. RODRIGUEZ:  Thank you, Mr. Chairman.

13   Mr. Figueroa, first of all, thank you for coming here to

14   testify this afternoon, particularly on such short

15   notice.  I am familiar with MALDEF's work.  In fact, I

16   serve on its board.  So I know the great work that the

17   organization does to protect the rights of citizens,

18   particularly in the area of voting rights.

19             I want to ask you just a few questions and

20   mainly for clarification.  I believe you started out by

21   comparing the legislation in Senate Bill 14 with the

22   Arizona -- the Indiana law, and I believe you even

23   mentioned the Arizona law.  Could you give us

24   specifically in which ways SB 14 is more restrictive

25   than these other laws?

1          MR. FIGUEROA:  Absolutely.  Senate Bill 14

2  has a very limited scope of identification requirements.

3  It only allows for a driver's license, a passport,

4  citizen certification and a military identification.

5  Arizona, which at the time was considered a pretty

6  restrictive identification requirement, allows for photo

7  ID, but also allows for two alternative nonphoto

8  identification.  It was most similar to the proposal

9  that was introduced last session.

10          In Indiana where they do have a photo ID

11  requirement, they do allow for -- when you cast a

12  provisional ballot, you can come back within ten days

13  and you can attest to being indigent or you can attest

14  that you were unable to get the identification, and

15  they'll allow you an opportunity to have your vote

16  counted.

17          This law in SB 14 does not have any such

18  assertion to ensure the voters are counted.  In fact, it

19  lowers the amount of time for you to cure that

20  provisional ballot.  We're going from ten days to six

21  days -- to six days.

22          And in Georgia, again, there are also

23  other forms of identification that were allowed that are

24  not allowed under Texas.  Even in Indiana, the

25  expiration date, you are allowed to have an expiration

1   date if you're within the last -- within the last

2   election.  If your driver's license was expired within

3   the last election, they'd still allow you to vote.  This

4   would be by far the most restrictive ID requirements in

5   the nation.

6             SEN. RODRIGUEZ:  So given that, is it your

7   opinion that this law, this bill that we're considering,

8   would be much more likely to disenfranchise voters than

9   these other states' laws?

10             MR. FIGUEROA:  I do think the more -- the

11   more requirements you put, the more limits on

12   identification, the more likely you are to have an

13   impact on the working poor and Latinos and

14   African-Americans and other -- and other voters.

15             SEN. RODRIGUEZ:  Could you go over some of

16   the implementation challenges or issues that were

17   confronted when the Arizona law was being implemented to

18   give us a sense of what we might expect?  And

19   particularly you might -- if you could focus on how it

20   may have impacted the Latino voters in Arizona.

21             MR. FIGUEROA:  Absolutely.  Our studies

22   did find -- our expert did find a disparate impact in

23   Arizona on Latino voters, and I grant you this was even

24   with more broader identification requirements than this

25   bill.  So this bill would even have a stronger impact

1   than Arizona.  What we found in Arizona was -- the most

2   significant impact were poll workers who tried -- who

3   claimed that the address had to match the voter

4   registration certificate to the driver's license.

5              Poll worker training has got to be a key

6   component of this.  It's not clear from SB 14 about what

7   to do if a driver's license doesn't match the voter --

8   the voter registration certificate, whether that's

9   because a recently married woman has a different last

10  name, because there's a misspelling on the voter

11  registration certificate, because the address doesn't

12  match or the date of birth doesn't match.  There's any

13  numerous possibilities of a mismatch between the voter

14  registration and the licenses that are going to be

15  required.  Are poll workers going to use that to

16  disenfranchise voters?  Well, we would hope not, but

17  we -- in our experience, it has had that impact.

18              SEN. RODRIGUEZ:  All right.  Thank you.

19  You stated the Latino voters are less likely to have the

20  identification required by the bill.  Can you tell us

21  why?

22              MR. FIGUEROA:  Yeah.  I mean, a lot of

23  this has to do with the difficulty in obtaining a

24  driver's license right now.  So we know that getting a

25  driver's license has become increasingly more difficult

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    by DPS under the current rules.  Obtaining the -- having

2    the birth certificate, the documentation that you need

3    to get a driver's license is sometimes difficult to get.

4    The cost involved is also somewhat of a problem.

5              It's also a lot of people live in these

6    rural counties or don't live near a DPS station and

7    don't have a driver's license.  Also, students who live

8    with their -- with their parents and don't have a

9    driver's license or they only have a student ID card may

10   not have a driver's license or the funds or the time

11   necessary to go get a driver's license.

12             SEN. RODRIGUEZ:  I see.  Finally, let me

13   ask you just for the record here -- I think we know the

14   answer -- but have Latino voters generally experienced,

15   in the history of this state, disenfranchisement when it

16   comes to exercising their right to vote?

17             MR. FIGUEROA:  Yes.  Texas has a long

18   history of voter discrimination in Texas, which is why

19   we're a Section 5 state under the Voting Rights Act.  It

20   is precisely because of our history and the all-white

21   primaries, poll tax, disenfranchising voters through

22   cracking and splitting and redistricting that we are a

23   Section 5 state.  And I believe that there's going to be

24   a witness here today that's going to talk about that.

25             SEN. RODRIGUEZ:  Do you feel that this

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   long-standing history has engendered mistrust on the

2   part of the Latino voters as far as coming out and

3   voting?

4            MR. FIGUEROA:  Yes.  And ironically the

5   voter ID or the photo ID legislation has been touted as

6   a way to install voter confidence in our electoral

7   system, but it's only confidence on the security side.

8   It's not confidence on the access side.  And from the

9   Latino community, there needs to be stronger confidence

10   on the access side.  There's a long history of

11   discrimination on the voting side of Latinos, and there

12   is this feeling among many Latinos that there is a

13   continual effort to prevent our ability to elect our

14   candidates of choice and our ability to vote.  So we

15   need to work on our confidence on the access side,

16   particularly with the Latino community.

17            SEN. RODRIGUEZ:  Could you tell us whether

18   on this last point even those Latinos with the required

19   ID feel a distrust in participating?

20            MR. FIGUEROA:  Yes.  I mean --

21            SEN. RODRIGUEZ:  And if so why?

22            MR. FIGUEROA:  Texas has one of the lowest

23   voter turnouts in the nation.  I believe it may actually

24   be the lowest in the nation.  Latino voter turnout is

25   dismal in comparison to other states.  And those are

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   people who are eligible -- who are eligible to vote,

2   have registered to vote and in many cases may have the

3   identification.  But there is this feeling that there's

4   going to be a systematic way for their vote not to

5   count, that their vote won't make a difference.  And so

6   we need to make efforts in this state to encourage

7   voting, not discourage it.

8                    SEN. RODRIGUEZ:  Thank you.

9                    Thank you, Mr. Chairman.

10                   CHAIRMAN DUNCAN:  I think there's

11  another -- Senator Huffman was wishing to ask questions,

12  and I don't know that she's on the floor.  Can you hold

13  on just a minute?

14                   (Brief pause)

15                   SEN. ELLIS:  Mr. President?

16  Mr. President, parliamentary inquiry.

17                   CHAIRMAN DUNCAN:  State your inquiry.

18                   SEN. ELLIS:  You know the time of the

19  State of the Union Address tonight?

20                   CHAIRMAN DUNCAN:  It's this evening.

21                   SEN. ELLIS:  This evening?  I was hoping I

22  could hold hands with some of my Republican colleagues

23  and watch it.  So I'm wondering how long are we going to

24  be here tonight?

25                   CHAIRMAN DUNCAN:  We have two televisions

1   in the lounge, Senator.

2           SEN. ELLIS:  Well, if I really want to

3   feel the love, I'd like to be -- I'd like to be at home.

4           (Laughter)

5           CHAIRMAN DUNCAN:  Senator Huffman -- have

6   you finished your inquiry, Senator Ellis?

7           SEN. ELLIS:  (No audible response)

8           CHAIRMAN DUNCAN:  Senator Huffman, you are

9   recognized.

10          SEN. HUFFMAN:  Yes, sir.  Thank you.  Just

11  a couple of questions.

12          Sir, you said that this legislation

13  conveniently disenfranchises minority voters.  Is that

14  correct?

15          MR. FIGUEROA:  I don't think I used the

16  word "conveniently," but disenfranchises voter -- could

17  potentially disenfranchise voters.

18          SEN. HUFFMAN:  Didn't MALDEF also claim in

19  the Crawford litigation that the Indiana photo ID law

20  disenfranchises minority voters?

21          MR. FIGUEROA:  We actually didn't litigate

22  the Crawford litigation.  We did submit an amicus brief

23  related to our Arizona litigation, and we were concerned

24  about the impact of Crawford as well as the Arizona

25  legislation and the potential disenfranchising impact.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. HUFFMAN:  And didn't the Supreme
2   Court of the United States reject your assertions that
3   voter photo ID laws unduly burden the right to vote?
4              MR. FIGUEROA:  What the Crawford decision
5   said was it was, one, not a voting rights case.  It
6   wasn't a Section 5 case or a Section 2 Voting Rights
7   case.  It was a 14th Amendment undue burdens case.  And
8   what they essentially held was the burdens that it
9   imposes on voters was not significant enough to cause a
10  violation of the 14th Amendment.
11             SEN. HUFFMAN:  Thank you.
12             MR. FIGUEROA:  I would state that this
13  bill is more restrictive than the Indiana bill, though.
14             CHAIRMAN DUNCAN:  Thank you, Mr. Figueroa.
15  There's no other questions -- oh, I'm sorry.
16  Senator Gallegos has a question.
17             SEN. GALLEGOS:  Thank you, Mr. Chairman.
18  Mr. Figueroa, I don't know if you remember my testimony
19  two years ago, and I showed the maps.  If we're going to
20  mandate voter ID in Texas, that we should allow the
21  folks that we're mandating access to DPS centers where
22  they get this photo ID.  And if you saw inside the 610
23  Loop in Houston, there are no DPS centers.
24             MR. FIGUEROA:  That's right.
25             SEN. GALLEGOS:  And also -- or inside the
```

1   820 Loop in Fort Worth there's no DPS centers, and

2   there's only one inside the city of Dallas that would,

3   in fact, make getting, number one, a photo ID costly,

4   and time-consuming.  I'm concerned that especially in

5   inner-city Houston and Fort Worth and some there in

6   Dallas that don't have vehicles or use mass transit as a

7   means of transportation that there's no bus lines to the

8   DPS centers --

9           MR. FIGUEROA:  That's right.

10          SEN. GALLEGOS:  -- that provide the photo

11  ID that we are fixing to mandate them.  I wanted to ask

12  your -- you know, whether MALDEF -- you know, would that

13  be subject to any type of retrogression as far as

14  allowing somebody poor or doesn't have a vehicle or

15  can't afford the transportation to the outskirts to try

16  to get a photo ID, that there would be subject to any

17  Section 5 violations in the civil rights code?

18          MR. FIGUEROA:  Yeah.  Ironic -- the

19  Indiana case did make the one reference that we've been

20  talking about, and the Supreme Court did make

21  significant references to the fact of the free ID

22  provided by Indiana, how to eliminate some of these

23  burdens.  However, Indiana, like I mentioned, wasn't a

24  Section 5 state.

25          And that was a larger issue in Georgia

1  where similarly the DPS departments were not in the

2  inner city.  So I do think it is a factor that they will

3  consider in preclearance about how accessible is it to

4  obtain that free identification.  And in the rural

5  counties of Texas, the inner cities, if it shows that it

6  does have extreme difficulties for minorities to access

7  those free IDs because of the inability to get to a DPS

8  office, the amount of time it takes, the money it takes,

9  the documents it requires to get that free

10  identification, I think that does play an important part

11  of it.

12              SEN. GALLEGOS:  So what you're saying

13  is -- your testimony is that it definitely is a factor.

14  And then like -- other than the areas that I mentioned

15  in my district and Fort Worth and Dallas, let's say an

16  area like Senator Uresti's area where in some cases

17  they've got to go 200 miles, you'll have to catch --

18  you'll have to either rent a helicopter or get a

19  Southwest Airlines flight to go, and even though we're

20  offering free ID, you know, the issue is how to get

21  there.

22              MR. FIGUEROA:  Yeah.

23              SEN. GALLEGOS:  And what I described to

24  you on these instances where, you know, these people

25  cannot provide themselves with -- especially the elderly

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  in these areas, you know, with transportation or don't

 2  have the money to provide it, I mean, we can tell them

 3  that we have free voter ID available to them if they can

 4  get there.

 5                  MR. FIGUEROA:  Right.

 6                  SEN. GALLEGOS:  Is that -- is that what

 7  your testimony is here?

 8                  MR. FIGUEROA:  Yes.  If they can get

 9  there, if they have the means to get there, if they have

10  the documents to get the documentation, absolutely.

11  Free isn't necessarily free.

12                  SEN. GALLEGOS:  All right.  Thank you.

13                  CHAIRMAN DUNCAN:  Are there any other

14  questions of the witness?

15                  (No response)

16                  CHAIRMAN DUNCAN:  All right.  The Chair

17  hears none.  Thank you for your testimony, Mr. Figueroa.

18                  TESTIMONY BY CHRISTIAN WARD

19                  CHAIRMAN DUNCAN:  The Chair calls

20  Christian Ward.  Mr. Ward, state your name and who you

21  represent, please.  You have ten minutes with a --

22                  MR. WARD:  Thank you, Mr. Chairman.

23                  CHAIRMAN DUNCAN:  I think it's either a

24  one-minute warning or 30 seconds.  I can't remember.

25                  SECRETARY SPAW:  One.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          CHAIRMAN DUNCAN:  One-minute warning.
2          MR. WARD:  Thank you, Mr. Chairman.  My
3   name is Chris Ward.  I'm essential here representing
4   myself.  I'm an attorney.  I'm a partner with the firm
5   of Yetter Coleman.  I practice primarily in complex
6   appeals, including regarding constitutional issues and
7   have some expertise and experience in particular in
8   voting rights law, including the 2009 Supreme Court case
9   Northwest Austin MUD v. Holder.
10          I'm here primarily to testify regarding
11   the general constitutional standard as explained by the
12   Supreme Court for analyzing a facial challenge to the
13   validity of a voter ID bill.  Before I go into that, I
14   do want to say, because it's come up, that in my reading
15   of the Texas bill, it has an exemption for elderly nuns
16   and any other Texan over 70 whether or not they reside
17   in a nursing home.  So that's something that's come up,
18   and I wanted to bring that out.
19          With regard to the legal constitutional
20   standard, the Supreme Court in the case Crawford v.
21   Marion County Election Board examined the Indiana voter
22   ID law, and it went through a very careful analysis of
23   that law, and the essential holding of that law is that
24   a voter ID act is not, in general, constitutionally
25   invalid on its face.  And the Indiana law that the court

1   was considering at the time it issued the Crawford

2   opinion was at that time considered the most restrictive

3   voter ID law on the books of any state.  And so the fact

4   that the Supreme Court found that law constitutional

5   says that there is a lot of room for imposing voter ID

6   laws under the Court's interpretation of the

7   Constitution.

8                    There were two primary opinions in the

9   Crawford case.  The first one that I'll talk about is

10  considered the main or controlling opinion of the case.

11  It was a case decided by a plurality, which means there

12  were three Justices signed onto one opinion that's

13  regarded as the controlling opinion by Justice Stevens,

14  of course who was one of the most liberal members of the

15  Court.  And the other opinion by Justice Scalia also

16  garnered three votes.  Justice Stevens' opinion is

17  regarded as the controlling opinion because it -- it

18  puts a little more stricter review, but essentially

19  those two opinions get to the same result by slightly

20  different analysis, which actually on further

21  examination turned out to be somewhat the same.

22                    In Justice Stevens' controlling opinion,

23  he first looked -- he first described what the

24  appropriate test would be for a constitutional challenge

25  to an election regulation like a voter ID law, and the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  test that the Court will apply, he says, is you weigh

2  the asserted injury to the right to vote against the

3  precise interests put forward by the state.  So you look

4  at the alleged injury or impairment of the right to

5  vote, the alleged burden imposed by the voter ID

6  requirement, and you compare that with the severity of

7  the harm that the state is trying to avoid.

8           That opinion identifies at least three

9  valid state interests that the state of Indiana was

10  attacking with its voter ID legislation.  Number one,

11  deterring and detecting voter fraud, Justice Stevens

12  says that you can't -- nobody can question the

13  importance of detecting and deterring voter fraud.

14           Now, he noted that in that case there was

15  nothing in the record of that case that in-person voting

16  fraud, showing up and impersonating another person, had

17  actually occurred or was a big problem in Indiana, but

18  it was enough that this is a possibility.

19           He tells a story of an associate,

20  Boss Tweed, in New York back during the 1860s, and this

21  associate would send his repeaters.  He would recruit

22  men who had whiskers and send them to vote once with a

23  full beard and then send them to a barber and get the

24  chin shaved off and send them back with mutton chops and

25  a mustache and then send them back with just a mustache.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   And then if you needed another vote, send them back skin

2   face, it said, plain face, and that makes each one good

3   for four votes.

4              Now, I mention that both because I thought

5   it was a little amusing story, but the more serious

6   point is that the Court looked at this.  This is an

7   anecdote from history.  This is not saying that a state

8   has to have any showing that this a current modern

9   problem.  The Court cites this anecdote as an example of

10  this is a potential problem that a legislature is within

11  its rights to attempt to address by this type of law.

12             Other valid state interests that the Court

13  identified with regard to a voter ID legislation is the

14  improvement and modernization of election procedures.

15  The Court noted that Congress has shown that it believes

16  that photo ID is an effective method of establishing

17  voters' qualifications to vote.  The National Voter

18  Registration Act of 1993, also known as the Motor Voter

19  Act, is the act that says when you go to apply for your

20  driver's license, you have to be offered the chance to

21  register to vote.  It's also the act -- it also has

22  requirements that limit the states' abilities to purge

23  their voter rolls.  So that's one reason why voter rolls

24  tend to have more voters than actually continue to

25  reside in a particular state or a particular

1   jurisdiction.

2               The Court also noted the Carter-Baker

3   report, which has also been mentioned in earlier

4   testimony today by Former President Carter and Former

5   Secretary of State James Baker.  In that report, they

6   identified photo identification as an appropriate step

7   to take to deter voter fraud.

8               The Court also mentioned safeguarding

9   voter confidence in the system as another valid state

10  interest that is served by a voter ID requirement.

11              Justice Stevens' opinion then looked to

12  the alleged burdens on the right to vote, and he noted

13  that the photo ID requirement imposes some burdens that

14  other identification methods do not.  For example, you

15  might lose your driver's license or lose your wallet on

16  the way to the polls and then you'd have a problem.  But

17  he noted that these are not serious or frequent enough

18  to cause a constitutional infirmity.

19              And he noted that the relevant burden to

20  be considered here is the burden that is on persons who

21  are eligible to vote but who do not happen to possess a

22  valid photo ID.  So you look at the fact that that

23  affects, for one thing, a -- probably a small minority

24  of voters -- of eligible voters in the state already.

25              The Court noted that if you had to pay a