7          SEN. VAN de PUTTE:  Mr. Chairman, would
8  you recognize me for that motion at this time?
9          SEN. FRASER:  Mr. Chairman --
10          CHAIRMAN DUNCAN:  Before we do that, we do
11  have a motion in writing that Sen. Huffman intends to
12  introduce with the record, so why don't we do that first
13  and then we'll do everything else.  And it would be my
14  suggestion to -- and what I had hoped to do was finish
15  the testimony or at least the question and answers on
16  the bill and then start at that point in time putting
17  evidence into the record.  So if that's suitable with
18  everyone, it just makes a little more sense to me to
19  keep it in order that way.
20          SEN. VAN de PUTTE:  Thank you,
21  Mr. Chairman.
22          And then I would like to ask my colleague,
23  the author of the bill, to yield.
24          CHAIRMAN DUNCAN:  Okay.
25          SEN. FRASER:  Mr. Chairman, before we --
0031
1          CHAIRMAN DUNCAN:  Senator Fraser, why
2  don't we approach the chair; approach.
3          (Off-the-record discussion at bench)
4          CHAIRMAN DUNCAN:  The Chairman recognizes
5  Senator Huffman for motion in writing.
6          SEN. HUFFMAN:  Thank you, Mr. Chairman.
7          At this time I move that the entire record
8  and transcripts of the hearing related to Senate Bill
9  362 heard by the Committee of the Whole during the 81st
10  Legislative session be included in the record and would
11  move that it marked as Exhibit No. 1.
12          Exhibit No. 1 includes all the invited,
13  public and written testimony, in addition to all of the
14  exhibits submitted by the members during the hearing on
15  Senate Bill 362.  The previous testimony and debate on
16  Senate Bill 362 is relevant, because then and now the
17  objective is to create legislation that protects the
18  integrity and reliability of the electoral process.
19          It includes 870 pages of transcribed
20  testimony.  There were 13 invited witnesses plus two
21  resource witnesses, 36 public witnesses and 29 written
22  articles presented.  So it includes all the exhibits as
23  well, submitted by members during the 81st legislative
24  session on the Committee of the Whole, which totals 55
25  total exhibits.
0032
1          At this time I move for introduction of
2  Exhibit No. 1 into the Committee of the Whole's records.
3          (Exhibit No. 1 marked)
4          CHAIRMAN DUNCAN:  Members, you've heard
5  the motion.  Is there any objection to the motion?
6          SEN. DAVIS:  Question.
7          CHAIRMAN DUNCAN:  Senator Davis, do you
8  have a question?

9    SEN. DAVIS:  Yes.
10    Senator Huffman, during the debate on the
11  Senate floor last session, a number of questions could
12  not be answered by some of the resource witnesses at the
13  moment that they were asked; and, instead, there was a
14  follow-up.  For example, the Secretary of State's office
15  and the Attorney General's office wrote follow-up
16  answers to some of the questions that they were not
17  prepared to ask during the hearing.  Does your motion in
18  writing include the inclusion of those written responses
19  that were provided to the Senate after the hearing took
20  place?
21    SEN. HUFFMAN:  I am not advised on that,
22  but I would certainly have no objection and would move
23  for all of that to be included in the record, because I
24  think it would certainly make it, you know, more
25  complete and certainly would be relevant.
0033
1    The record has been certified by Patsy
2  Spaw, the Secretary of the Senate, and so we might check
3  with her to see if that was done.  If not, we could
4  certainly make sure that it was placed in Exhibit No. 1
5  as part of the record.
6    SEN. DAVIS:  Thank you.  I would
7  appreciate that.
8    CHAIRMAN DUNCAN:  I suggest that it be
9  Exhibit 1A, if there are additional information, so that
10  it can be kept separate from what you are going to
11  introduce in your motion in writing as Exhibit 1.
12    SEN. HUFFMAN:  Yes, sir.
13    CHAIRMAN DUNCAN:  Okay.  Is there any
14  objection to Exhibit 1 being included in the record?
15    All right.  The Chair hears none.  Exhibit
16  1 will be included in the record.
17    (Exhibit No. 1 admitted)
18    CHAIRMAN DUNCAN:  All right.  Sen. Van de
19  Putte.
20    SEN. VAN de PUTTE:  Thank you,
21  Mr. Chairman.
22    QUESTIONS FROM SENATE FLOOR
23    SEN. VAN de PUTTE:  Would the gentleman
24  yield, the author of the bill yield?
25    SEN. FRASER:  I would yield.
0034
1    SEN. VAN de PUTTE:  Thank you.  Thank you,
2  Mr. Chairman.
3    And thank you, Senator Fraser.
4    Senator Fraser, this is kind of like a
5  dance where we have another song, another round, and so
6  we find ourselves with another year and this version of
7  the voter identification bill.  And I wanted to ask you
8  a few questions.
9    Given the fact that the bill that was
10  debated during the 81st Legislature was a different

11  bill, can you tell me the model for the bill that was in
12  the 81st Legislature and the differences in what you
13  have proposed in this legislative session?
14          SEN. FRASER:  Well, if you don't mind, the
15  bill before us today is Senate Bill 14, and I will
16  probably spend my time talking about that bill.  The
17  bill you're addressing, obviously, didn't get through
18  the process.  So I'm going to be addressing the comments
19  on Senate Bill 14 which is before us.  So I would be
20  glad to describe it, if you would like.
21          SEN. VAN de PUTTE:  Well, my question has
22  to deal with -- I understand that since last we met,
23  there are two years and different court cases.  And the
24  bill that was before this body last legislative session
25  was modeled on a Georgia law and used the template.  And
0035
1  I understand it, this year's model is fashioned after
2  the Indiana law?
3          SEN. FRASER:  And I think you actually
4  have made the point that I was going to make.  Two years
5  have passed.  Since that time, we've had, you know,
6  obviously, the confirmation by the Supreme Court on the
7  photo ID and then also the preclearance of the Georgia
8  bill by Dale Jays (phonetic).
9          So looking at, you know, the experience of
10  the bill in place, the simplicity of the photo ID, we
11  chose to go with that.  And as you will remember, the
12  recommendation by President Carter and Secretary of
13  State Baker was, you know, the national photo ID, and
14  that's what we're attempting to implement.
15          SEN. VAN de PUTTE:  Thank you.
16  Mr. Chairman.
17          And a few other questions.  With the
18  Carter-Baker Commission, they felt very strongly about
19  encouraging the maximum participation in voter and
20  suggested the type of strategies that we're using.  But
21  the addendum for both gentlemen and the members of the
22  commission were that they, as I recall, and entered into
23  the record during last legislative session, was that the
24  conclusion of the commission was that we should not
25  implement the type of photo identification until you had
0036
1  universal registration, and I believe that was one.  But
2  given that or not, what I really wanted to ask you is --
3          SEN. FRASER:  Hold on a second.  I'm
4  sorry.  I disagree with that.  That is not what the
5  commission said.  And if you would like to correct that,
6  but I disagree.
7          SEN. VAN de PUTTE:  The State of Georgia
8  is under two sections of the Voting Rights Act, as is
9  Texas.  Is that correct?
10          SEN. FRASER:  They are a Section 5 voting
11  rights state like Texas.
12          SEN. VAN de PUTTE:  And to your knowledge,

TX_00000906

JA_000905
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000906

13  is the State of Indiana subject to Section 5 of the
14  Voting Rights Act?
15          SEN. FRASER:  To my knowledge, they are
16  not.
17          SEN. VAN de PUTTE:  So Indiana would have
18  a different burden of proof under a legal document and a
19  legal challenge than the State of Georgia?
20          (Brief pause)
21          SEN. FRASER:  I'm sorry.  I was asking for
22  some data.  Would you reask the question, please.
23          SEN. VAN de PUTTE:  The State of Indiana,
24  which your bill is modeled after, without two alternate
25  forms of identification; whereas, the Georgia bill that
0037
1  we talked about last legislative session had two --
2  certainly had a photo identification, but if the voter
3  was unable to produce a photo identification, they could
4  produce for the election judges two forms of
5  identification without, and it was utility bill and --
6  in fact, the things that you struck here.
7          But in Indiana that requirement is not
8  there, so we went with the Indiana bill.  But my
9  question is, Indiana is not subject to Section 5 of the
10  Voting Rights Act.  So their legal hurdle to the
11  Department of Justice challenge is very different than
12  what happened in the State of Georgia.  Is that correct?
13          SEN. FRASER:  The Indiana law has been
14  approved by the U.S. Supreme Court, the Georgia law was
15  precleared by the Department of Justice, and both of
16  those have gone through that challenge.
17          SEN. VAN de PUTTE:  Senator Fraser, when
18  this legislature passes the voter identification bill --
19  and there is no doubt that this bill will pass -- it
20  will have to proceed to the Department of Justice for
21  clearance?
22          SEN. FRASER:  As a Section 5 state, we are
23  subject to Section 5 rules.
24          SEN. VAN de PUTTE:  So, yes, it will
25  proceed to the Department of Justice?
0038
1          SEN. FRASER:  We are a Section 5 voter
2  rights state, and we will be subject to those laws.
3          SEN. VAN de PUTTE:  And do you have any
4  concerns that a Section 5 state as Texas would offer to
5  the Department of Justice a voter identification bill
6  that mirrors a non-Section 5 state rather than something
7  that has already been upheld in the Georgia law, a
8  Section 5 state?
9          SEN. FRASER:  We are offering a bill that
10  has been approved by the U.S. Supreme Court.  And the
11  parameters that the Supreme Court set, we meet all of
12  those tests.
13          SEN. VAN de PUTTE:  However, in the
14  Indiana court and in the Supreme Court case on Indiana,

TX_00000907
JA_000906
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000907

15  what they said was, the undue burden was -- did not be
16  demonstrative because they did not have the level of
17  minority voters, that was never a check point, because
18  they did not have to go through the Department of
19  Justice.  Is that correct?
20          SEN. FRASER:  I'm sorry.  I'm having
21  equipment failure here.  Just a second.
22          (Brief pause)
23          SEN. FRASER:  Senator, I'm sorry.  I'm
24  asking for data, backup data, because the information
25  that you're addressing, my information doesn't agree
0039
1  with that, is that the Georgia law that I have in front
2  of me said it is a photo ID.  Do you have something that
3  shows differently?
4          SEN. VAN de PUTTE:  Yes.  In the Georgia
5  bill, you have to have a photo ID.  However --
6          SEN. FRASER:  I realize you're saying
7  that, but do you have -- you know, do you --
8          SEN. VAN de PUTTE:  The bill that you
9  introduced last year had the two alternate forms of ID,
10  which was exactly the Georgia bill.  We used the model
11  of the Georgia bill.
12          SEN. FRASER:  And that bill is not before
13  us today; Senate Bill 14 is before us.
14          SEN. VAN de PUTTE:  That's correct.  And
15  so my question is --
16          SEN. FRASER:  And I would ask you, did you
17  vote for that bill last year?
18          SEN. VAN de PUTTE:  No, sir, I didn't.
19          SEN. FRASER:  Okay.
20          SEN. VAN de PUTTE:  But my question is, do
21  you have any concerns that we will offer to the
22  Department of Justice a bill, a voter identification
23  bill that is modeled after a state law that does not
24  have to go through Section 5, rather than a Georgia
25  model which already has been proven and has been
0040
1  affirmed, both in the court case and the Department of
2  Justice?  That was my question.  Do you have any concern
3  that we will have done all of this debate and work, and
4  certainly to ensure the ballot security, only to be shut
5  down at the Department of Justice, because we are a
6  Section 5 state and what we're offering in your bill is
7  not something that has been approved by the Department
8  of Justice?
9          SEN. FRASER:  I have no concern about
10  Senate Bill 14, both going before the U.S. Supreme Court
11  or going before the Department of Justice.
12          SEN. VAN de PUTTE:  Thank you, Senator
13  Fraser.  I wanted to ask a little bit of your thinking.
14  And in the bill that you have before us, the student
15  identifications were omitted from your list of
16  acceptable documentation.  And could you give me the

17 rationale why a student photo identification is not
18 acceptable form of identification?
19          SEN. FRASER:  The types of identification
20 we've included are one from a government entity that
21 would identify that person as who they are, that they
22 say they are, they're a valid voter and a citizen of the
23 United States, and these are the ones that we have
24 suggested that would be acceptable.
25          SEN. VAN de PUTTE:  So the rationale for
0041
1 not having student identification cards on the list,
2 since you omitted them, is because they aren't issued by
3 a governmental entity?
4          SEN. FRASER:  I didn't say that.
5          SEN. VAN de PUTTE:  I'm sorry.  Can you
6 repeat your answer.
7          SEN. FRASER:  I said I did not say that.
8          SEN. VAN de PUTTE:  So why were the
9 student identifications -- you explained that the
10 student identifications were omitted from the list of
11 acceptable documentation, because it was not a
12 government entity.
13          SEN. FRASER:  The four types of
14 identification that we are offering up we believe are
15 less confusing, they're simpler for both voters and
16 election voters.  Everyone knows what they look like.
17 There is a standardization of those, and they all look
18 alike and it would be less confusing for the systems who
19 are accepting the voter IT.
20          SEN. VAN de PUTTE:  And, Senator Fraser,
21 one of the provisions in your bill also omits birth
22 certificates from the list of acceptable forms of
23 identification, even though that does come from
24 government entities.  And so why is it that birth
25 certificates were omitted?
0042
1          SEN. FRASER:  This is requiring a photo
2 ID, current photo ID.
3          SEN. VAN de PUTTE:  Senator Fraser, are
4 there any provisions in the bill to accommodate a voter
5 that has a different address on their photo
6 identification and their voter registration card?
7          SEN. FRASER:  The Secretary of State is
8 here as a resource witness, and I'm sure they will be
9 glad to answer that.
10          SEN. VAN de PUTTE:  No, I'm not asking the
11 difference.  I'm asking, is there any provision in
12 Senate Bill 14?
13          SEN. FRASER:  It is not addressed, because
14 that is taken care of by the Secretary of State, that we
15 don't address that in the bill.  That would be by an
16 interpretation of rule of the Secretary of State.  They
17 will be here, and you can ask them that question.
18          SEN. VAN de PUTTE:  So also you would

19  prefer that we ask the Secretary of State what sort of
20  provision, since your bill is silent on different last
21  names?
22              SEN. FRASER:  Again, that's a question
23  that --
24              SEN. VAN de PUTTE:  So, for example, women
25  that got married?
0043
1               SEN. FRASER:  We've actually got two
2   different -- you know, kind of an overlap here.  We've
3   got the Department of Public Safety that I believe
4   Senator Williams is going to be answering questions,
5   because that's his area.  And then we also have the
6   Secretary of State available as a resource that I think
7   you can ask that question.
8               SEN. VAN de PUTTE:  Senator Fraser, under
9   Senate Bill 14, your voters can cast a provisional
10  ballot.  Under the Indiana bill, that is set at a 10-day
11  cure.  Why is it that you chose a six-day cure?
12              SEN. FRASER:  And you'll remember, the
13  Georgia law is only 48 hours, two days.  They went 10
14  days; the Georgia law went two days.  We decided that
15  six days should be sufficient to come back.
16              SEN. VAN de PUTTE:  And as I understand
17  it, the Georgia law does have a 48, but they can use two
18  alternate forms of ID which are not in your bill.  So
19  what sort of --
20              SEN. FRASER:  I'm sorry.  You know, you
21  keep saying that.  You need to pull up the data to show
22  me that, please.
23              SEN. VAN de PUTTE:  So to prove their
24  provisional ballot is correct and the six-day cure, what
25  documentation does your bill have that is acceptable?
0044
1               SEN. FRASER:  Photo ID.
2               SEN. VAN de PUTTE:  So only a photo
3   identification.  So they would have to --
4               SEN. FRASER:  The acceptable photo IDs
5   that are outlined in the bill would be an acceptable
6   form, yes.
7               SEN. VAN de PUTTE:  Senator Fraser, do you
8   know right now in the State of Texas, we're able to cast
9   provisional ballots?  That's correct, isn't it?
10              SEN. FRASER:  I'm sorry.  Ask that again.
11              SEN. VAN de PUTTE:  Current election law
12  allows Texas voters to cast a provisional ballot.  Is
13  that correct?
14              SEN. FRASER:  I'm sorry.  That is another
15  question I think you should ask the Secretary of State.
16  It is my belief that, but I'm sorry, I don't want to
17  answer that.  You can, if you don't mind, ask the
18  Secretary of State.
19              SEN. VAN de PUTTE:  Thank you, Senator.
20  Since it's based on Indiana law, do you believe that the

TX_00000910
JA_000909
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000910

21   State of Texas has a greater minority population than
22   the State of Indiana?
23            SEN. FRASER:  I'm not advised.
24            SEN. VAN de PUTTE:  To your knowledge,
25   have any studies been done to determine if there has
0045
1   been, under current Texas voter laws, any impact that it
2   would have on affected class of Latino and
3   African-American voters?
4            SEN. FRASER:  The bill that I'm laying out
5   today is a model that has been approved by the U.S.
6   Supreme Court, it has been precleared by the Department
7   of Justice in Georgia.  It will deter fraud.  We're
8   providing free access of cards.  And, yes, we believe
9   this will protect confidence in election in making sure
10   only eligible voters are counted.
11            SEN. VAN de PUTTE:  Senator Fraser, on the
12   availability of free identification cards, is there a
13   means test, or what sort of proof do citizens have to
14   give to the Department of Public Safety to be able to
15   get a free identification card under your bill?
16            SEN. FRASER:  The Department of Public
17   Safety is here as a resources witness.  Senator Williams
18   is also here.  That's his area of expertise.  If you
19   have a question about that, if you would like, I will
20   yield to Senator Williams now or you can wait and ask
21   the DPS when it comes up.
22            SEN. VAN de PUTTE:  Well, right now the
23   DPS I don't think gives free IDs.  But in your bill,
24   what sort of process or documentation can voters use to
25   get a free identification card, in your bill?  What are
0046
1   the --
2            SEN. FRASER:  If you would like I can
3   yield to Senator Williams or we can wait and have the
4   DPS.  Our instruction is the bill, is that they will
5   issue an ID card and they will not charge.  That is very
6   clear to the DPS.  And if you want to ask how that will
7   be done, they will be coming up, and you will be able to
8   ask that question.  Or if you would like for me to yield
9   to Senator Williams, we'll let him answer that.
10            SEN. VAN de PUTTE:  No, Senator.  Thank
11   you.  I appreciate this is just a different bill from
12   last legislative session, and I was trying to get at
13   least some of your thinking of why you went with a
14   different bill than last year, a more restrictive, a far
15   more restrictive bill than what we debated last
16   legislative session.  And I look forward to the
17   questions, I look forward to the testimony today, but I
18   don't have any other further questions.
19            And I'm sure some of my colleagues have
20   questions, both of the author of the bill and any of the
21   other senators that have certain sections that they have
22   got expertise on.

TX_00000911
JA_000910
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000911

23          But thank you very much, Mr. Chairman.  I
24  don't have any other further questions.
25          CHAIRMAN DUNCAN:  Senator Watson?
0047
1          SEN. WATSON:  Thank you, Mr. Chair.
2          Will the senator yield for a couple of
3  questions?  Oh, I'm sorry.
4          SEN. FRASER:  One second, please.  Are you
5  wanting me to yield?
6          SEN. WATSON:  Yes --
7          SEN. FRASER:  Hold on a second, please.
8          SEN. WATSON:  -- if you don't mind.
9          (Brief pause)
10          (Senator Whitmire speaking without mic)
11          SEN. FRASER:  Do you have the floor now?
12          (Senator Whitmire speaking without mic)
13          SEN. FRASER:  No, you're asking questions
14  over here.
15          (Senator Whitmire speaking without mic)
16          SEN. FRASER:  Making sure I get the
17  answers correct.
18          I will yield now.
19          SEN. WATSON:  Thank you, Chairman Fraser.
20          I want, if you don't mind, to ask about
21  the fiscal note for just a second.  The fiscal note that
22  was attached to your bill, Senate Bill 14, indicates
23  that the fiscal implication to the state is anticipated
24  to be $2 million.  Is that correct?
25          SEN. FRASER:  Could you hold one second.
0048
1          SEN. WATSON:  Sure.
2          SEN. FRASER:  I need to pull the data
3  here.
4          (Brief pause)
5          SEN. FRASER:  Senator, I was just
6  verifying.  We spent a lot of time last night talking
7  about this.  I think you're aware that the HAVA funds
8  that come from the federal government, which I believe
9  are Help America Vote Institute, I guess it is, Help
10  America Vote, the HAVA, there are funds that come to
11  every state to the secretary of state.  We have a fund
12  that is setting in the Secretary of State's office that
13  would be more than sufficient to handle this.
14          In other states like Indiana and Georgia,
15  the HAVA funds have been used before.  We have requested
16  that those funds be available for this.  They advised us
17  back, until the passage of the bill, they can't approve
18  the funds.  But the assumption is that those funds are
19  before the Secretary of State, and they will be here at
20  some point.  You can ask them about those funds, the
21  parameters, but it is our belief that the HAVA funds
22  will be available for this and would offset the fiscal
23  note.
24          SEN. WATSON:  I appreciate that answer.

TX_00000912
JA_000911
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000912

25  My question was, it's a $2 million fiscal note.  Right?
0049
1            SEN. FRASER:  Right now the fiscal note
2  that was delivered is $2 million, yes.
3            SEN. WATSON:  Okay.  And that's what I
4  really wanted to ask about.  And I'll talk about the
5  fact that y'all want to take some federal funds, here in
6  a second.  But first of all, last session when we were
7  talking about the fiscal note, my memory was and is,
8  that at the beginning of the session when you filed the
9  bill last session, there was a zero fiscal note, and
10  then that got changed to the same as it is right now, a
11  $2 million fiscal note for voter awareness, and it was
12  exclusively for voter awareness in the second fiscal
13  note.
14            Can you tell me what analysis has gone
15  into coming up with how much money should be spent on
16  voter awareness and voter education regarding this bill,
17  in order to get to that $2 million?
18            SEN. FRASER:  I think the analysis on this
19  comes from the Secretary of State's office, and I'm sure
20  they will be glad to answer your question.  Two years
21  ago before we started, we advised them that we needed
22  voter education.  If you remember in the bill, we
23  discussed in that when we were discussing that, that we
24  needed to have an appropriation for that.
25            I think Senator Ogden stood up and talked
0050
1  about the fact that they would be willing to make sure
2  that there was money there.  Since then, we have been
3  made aware that the Secretary of State not only I think
4  has a plan for doing that but also a plan for requesting
5  the funds from HAVA.
6            SEN. WATSON:  Well, I'll ask about that.
7  So, then, let me ask you another question.  You
8  indicated in your opening comments that -- and I've read
9  your legislation -- under this bill, everyone gets a
10  free identification card if they come in and ask for a
11  free identification card, they show a voter registration
12  card and/or they apply for a registration card.  That
13  $2 million that you've just talked about doesn't include
14  the cost, any of the cost for providing these free
15  identification cards, does it?
16            SEN. FRASER:  I'm sorry.  I was doing
17  something else.  Would you ask that last question again,
18  please.
19            SEN. WATSON:  Does the $2 million in the
20  fiscal note include any of the cost of providing free
21  identification cards?
22            SEN. FRASER:  To my knowledge, it does
23  not.
24            SEN. WATSON:  And, in fact, there is no
25  means test and your bill forbids DPS from collecting a
0051

1   fee.  If any eligible voter comes in or submits a
2   registration application, they can then avoid what is
3   the typical $15 fee?
4          SEN. FRASER:  Senator, have you seen the
5   numbers that have been collected by DPS on the number of
6   eligible voters that have registered since 2006, the
7   ones that registered with a driver's license or a
8   driver's license and a social security card that
9   identified the number of people registering --
10         SEN. WATSON:  Yes.
11         SEN. FRASER:  -- that already had
12  identification?  So the question you're asking is, the
13  universe we're talking about we believe is very, very,
14  very small.  In fact, the Carter Commission, after the
15  implementation in both Indiana and Georgia, and actually
16  Mississippi they looked at, they found that only 1.2
17  percent of people did not have, already have a photo ID
18  available, so the universe of this, so the
19  question you're asking --
20         SEN. WATSON:  Then why don't we talk about
21  specific numbers.  With you talking about those numbers,
22  you're probably aware that in 2007, House Bill 218 was
23  offered.  It was referred to the committee, the Senate
24  Committee on State Affairs.  And in that one, which was
25  HB 218, DPS talked specifically about identification
0052
1   cards and it put a fiscal note, it believed that it
2   would be $1.3 million per biennium or $4 million every
3   six years out of the highway fund.  Were you familiar
4   with that?
5          SEN. FRASER:  Senator, you're getting into
6   an area that's outside of my area of expertise.  We have
7   the person that's in charge of that.  You've got two
8   choices.  Either you can ask that question of DPS as a
9   resource when it comes up, or I will yield to Senator
10  Williams right now and he can answer your question.
11         SEN. WATSON:  Senator, if you would answer
12  that question.
13         SEN. FRASER:  I now yield to Senator
14  Williams.
15         SEN. WILLIAMS:  I just want to be sure
16  I've got your question right.
17         SEN. WATSON:  Sure.  Since we're talking
18  about numbers here -- and I'm trying to get a feel for
19  what the cost of this is -- in House Bill 218 in the
20  2007 -- the 80th legislative session, there was a bill
21  filed that dealt with the provision of identification
22  cards.  And in that one, the LBB indicated the fiscal
23  note would be $1.3 million or $4 million every year
24  coming out of the highway fund.  Are you familiar with
25  that?
0053
1          SEN. WILLIAMS:  I'm not familiar with
2   House Bill 218.  But, you know, I take what you're

3  saying --
4          SEN. WATSON:  Sure.  Okay.
5          SEN. WILLIAMS:  -- at value.
6          SEN. WATSON:  And since I anticipate that
7  there would be deferral to you on the next question,
8  too, let me just go ahead and ask that.  Last session,
9  in the 81st session, there was a bill by -- it was HB
10  2335 that indicated, similar to what Senate Bill 14 does
11  not, that there couldn't be a fee charged for issuing a
12  document that someone might use as proof of their
13  identification for purposes of voting.  In the fiscal
14  note there, the LBB singled out DPS identification
15  cards, which is what we're talking about here, and
16  assumed that if everyone used those, the number they
17  came up in that fiscal note was $47 million over five
18  years.  Are you familiar with that one?
19          SEN. WILLIAMS:  I'm not familiar with
20  that --
21          SEN. WATSON:  Okay.
22          SEN. WILLIAMS:  -- particular bill.  But
23  what I can tell you is that the cost to the Department
24  of Public Safety for issuing an ID card is about $1.67.
25  It's a very small amount of money.  So $47 million
0054
1  sounds -- that's a lot of IDs at a buck 67 apiece.  And
2  so what I would say is that when I discussed this with
3  the Department of Public Safety recently -- and they'll
4  be here to testify about this in detail more -- I think
5  that it would be difficult for them to determine now how
6  many people might take advantage of the free ID card.  I
7  think it's probably not possible for them to estimate
8  that.
9          But the cost, I think we're all pretty
10  comfortable that it would be fairly negligible.  When
11  you look at the universe of registered voters, which is
12  somewhere around 13 million people, I think, and you've
13  got about 15 million people that have either a driver's
14  license -- and I can get you the exact numbers.  I have
15  them here -- there are a lot of people that already --
16          SEN. WATSON:  Right.
17          SEN. WILLIAMS:  -- have state ID cards.
18  And a lot of the folks that don't have those would be
19  using a mail-in ballot, and there is no requirement to
20  present any kind of photo identification for a mail-in
21  ballot, and this legislative doesn't touch that.  So we
22  think that the chances that there's going to be somebody
23  who is going to want to avail themself, there will be
24  some, but it's going to be a very small number.
25          SEN. WATSON:  Of course, what I'm
0055
1  attempting to do is not engage in that as I vote no
2  this.  What I've tried to go is go back and find out
3  what the LBB, which we rely upon for fiscal notes, has
4  actually said about these sorts of things, with previous

TX_00000915
JA_000914
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000915

5 legislation that has addressed this, as opposed to
6 speculation.
7           SEN. WILLIAMS:  And, Senator Watson, I
8 understand, and there are a lot of things -- I'm not
9 familiar with those bills.  And what I would tell you is
10 that each -- the LBB comes up with their methodology
11 based on what each bill's requirements are.  And not
12 being familiar with that --
13           SEN. WATSON:  Sure.
14           SEN. WILLIAMS:  -- I can't tell you what
15 the difference between that and this is.  But we did
16 specifically sit down and talk to DPS, and they really
17 don't expect that this is going to be any big burden on
18 the agency that they're not going to be able to handle.
19           SEN. WATSON:  Thank you for your answer.
20           SEN. WILLIAMS:  Yes.
21           SEN. WATSON:  I have a couple more
22 questions for Senator Fraser, if that would be all
23 right.
24           SEN. FRASER:  I'm back with you.
25           SEN. WATSON:  Okay.  Great!  Thank you,
0056
1 Senator.
2           Would the HAVA money that -- first of all,
3 you're familiar that in the base budget that the Senate
4 has but out, the $2 million for this biennium for voter
5 education has been explicitly cut.  You're familiar with
6 that.  Right?
7           SEN. FRASER:  I don't think the word
8 "explicitly cut," I don't think it's been addressed.
9           SEN. WATSON:  Well, it's been struck
10 through in the base budget.  Did you know that?
11           SEN. FRASER:  I'm not advised.
12           SEN. WATSON:  Okay.  Are you also familiar
13 that in this budget it calls for a $358 million cut to
14 the DPS budget?
15           SEN. FRASER:  Again, I'm not on Finance;
16 I'm not sure you're on Finance.  And so, no, I
17 haven't -- the base bill is the starting point of
18 discussion, so I'm not advised.
19           SEN. WATSON:  All right.  So you're not
20 advised whether, out of that 9.5 percent of the cut
21 comes in regulatory and the licensing area for DPS?
22           SEN. FRASER:  Well, and as you know, as we
23 start the session, that's a draft budget as a starting
24 point.  We're a long ways from that being concluded.  So
25 the answer is no, I'm not aware.
0057
1           SEN. WATSON:  Thank you very much.
2           Thank you, Mr. Chairman.
3           SEN. ELTIFE:  Senator Whitmire, what
4 purpose do you rise?
5           SEN. WHITMIRE:  Will the gentleman yield?
6           SEN. ELTIFE:  Senator Fraser yield?

TX_00000916
JA_000915
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000916

7          SEN. FRASER:  Be glad to.
8          SEN. WHITMIRE:  Senator Fraser, a couple
9  of questions about the implementation of your
10  legislation if it passes.  First off, I have to make
11  this observation:  Have you ever seen the gallery so
12  empty when the Legislature is considering something
13  that's been given such a high billing as Senator Duncan
14  was making yesterday when he asked us to go to Committee
15  of the Whole?  I mean, how timely this was and how
16  critical it was?  The Governor has made it an emergency,
17  and I don't think I've -- I don't know if there's 20
18  people in the gallery.  If it's so important, can you
19  explain to me why the gallery is empty --
20          SEN. FRASER:  I am not advised.
21          SEN. WHITMIRE:  -- based on --
22          SEN. FRASER:  I'm concentrating on the
23  action on the floor rather than looking up and seeing
24  who is in the gallery.
25          SEN. WHITMIRE:  Well, but it's an
0058
1  indication, if the public is really concerned,
2  particularly based on your polling data, which I'm sure
3  you would join with, we don't govern in the state by
4  polls normally, do we?
5          SEN. FRASER:  Well, other than I find it
6  interesting, whenever they asked the people of your
7  district that you represent --
8          SEN. WHITMIRE:  Sure.
9          SEN. FRASER:  -- of whether they're in
10  favor, the polls continue to show that the public, both
11  Republican and Democrat --
12          SEN. WHITMIRE:  Well --
13          SEN. FRASER:  -- you say, "Will you
14  support a person voting with a photo ID?"
15          SEN. WHITMIRE:  And did you include in
16  that question and would you be for it if it would
17  disenfranchise senior citizens, students or others?  You
18  and I know it's all in how you ask the question.  In
19  fact, the way you're stating it, I'm surprised you
20  didn't get 100 percent.  If you ask people, "Are you
21  against vote fraud?" I would assume you would get
22  100 percent.
23          SEN. FRASER:  Here's the question --
24  here's the question --
25          SEN. WHITMIRE:  It's the unintended
0059
1  consequences that we're concerned about.
2          SEN. FRASER:  "Do you favor or oppose
3  requiring a photo ID before a person is allowed to
4  vote?"  Pretty straightforward.
5          SEN. WHITMIRE:  I'm surprised you didn't
6  get 100 percent if you include "and stop fraud."  It's
7  when you add into it, "if it meant disenfranchising
8  senior citizens," and then I think you would have a

9  significant drop.
10        The bottom line is, Senator Fraser, and
11  we'll have -- and let's have this ballot:  Would you
12  concede that we're all, all 31 of us are against
13  election fraud?
14        SEN. FRASER:  I will not concede that
15  until after the vote, and we're assuming the ones that
16  vote for it are --
17        SEN. WHITMIRE:  Well, let me go ahead and
18  speak for the 12 of us that are probably going to vote
19  "No."  We're all against election fraud.  And I would
20  suggest we've actually seen an election process since we
21  took this up two years ago.  Let's look at the most
22  recent election.  What fraudulent activity this past
23  November are you so concerned about?  I think it's the
24  election -- and maybe I should be more concerned.
25        If you look at the election results, it
0060
1  was an overwhelming victorious day for Republicans in
2  November.  You replaced 34 Democrats in the house.  Now,
3  are you suggesting there was significant fraud on that
4  election day?
5        SEN. FRASER:  Senator, all we're trying to
6  do with this bill is that when you walk into the polling
7  place and represent that you are John Whitmire --
8        SEN. WHITMIRE:  Sure.
9        SEN. FRASER:  -- that you can prove you
10  are who you say you are before you vote, it's a very
11  simple concept.
12        SEN. WHITMIRE:  Except, Senator Fraser,
13  the unintended consequences that you're going to
14  disenfranchise people that have not been able to acquire
15  these cards, and that's what I want to spend a few
16  moments on.  Walk me through a real life example of how
17  a senior citizen in my district is going to acquire that
18  card.  Do they do it by mail?  Do they have to do it in
19  person?  What's the process?
20        SEN. FRASER:  Senior citizens over --
21        SEN. WHITMIRE:  Give me a real life.
22  Don't say, "We're going to provide it."  Let's break
23  down what an 86-year-old lady in my district, never been
24  required to have one, how is she going to get her card?
25        SEN. FRASER:  She would vote under current
0061
1  law because she's exempt.
2        SEN. WHITMIRE:  You've given her an
3  exemption.  Does she have to prove, that day, her age?
4  I mean, Troy --
5        SEN. FRASER:  You can ask that question of
6  the Secretary of State.  But I'm assuming --
7        SEN. WHITMIRE:  Well, you're the author.
8  And let me just tell you, like I said, we're all against
9  fraud.  As elected officials, it's in our own personal
10  self-interest to have honest elections with the highest

TX_00000918
JA_000917
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000918

11  integrity.  We're doing it for the people that we
12  represent as well.  So that's not the issue, are we for
13  or against fraud?  It's the implementation, it's the
14  disenfranchisement, Troy, that we're fighting for and
15  what we've been fighting for, for the last couple of
16  years.  Tell me how we're going to address the
17  unintended consequences of someone not being able to
18  vote on election day, because I know you don't want
19  that.  And I --
20          SEN. FRASER:  I was sent down here by the
21  people of my district to represent their views.  The
22  polling of my district shows that it's almost 90 percent
23  of the people in favor of it.
24          SEN. WHITMIRE:  Okay.
25          SEN. FRASER:  The district that you
0062
1  represent, I think if you poll in that district -- and I
2  have used some polling that shows close to the same
3  number -- that say that when they're asked, "Do you
4  think you should have to show a photo ID?" and they say
5  yes.
6          SEN. WHITMIRE:  And my --
7          SEN. FRASER:  So my answer is, we need to
8  pass this, because the people in our district --
9          SEN. WHITMIRE:  Well --
10          SEN. FRASER:  -- believe that they should
11  show a photo ID.
12          SEN. WHITMIRE:  First of all, I don't
13  govern by poll.  And if I was at a town hall meeting and
14  I walked through, after they've said they're for voter
15  ID, then I start talking about the implementation of it,
16  they start being just as concerned as I am.  So I want
17  to know how people are going to acquire these cards.
18  Forget the 86-year-old.  Let's go to a 56-year-old
19  person.  How do they acquire the card?  Are you familiar
20  in Houston it takes two to three hours to get a driver's
21  license at the DPS office?
22          SEN. FRASER:  John, I was about to ask
23  you, you know, ask you your age, but I know your age.
24  We're both 61.  A 61-year-old person in our age group,
25  is it going to be a real problem for you and I to drive
0063
1  down to the DPS to get --
2          SEN. WHITMIRE:  Well, see, that's what's
3  so sad about this discussion.  You're not putting
4  yourself in the shoes of someone who doesn't have the
5  means that you and I have, they have to depend on
6  someone else for transportation.  They may not have any
7  resources.  How is a 56-year-old person in Houston,
8  Texas, going to acquire this card --
9          SEN. FRASER:  We are not changing --
10          SEN. WHITMIRE:  -- no driver's license.
11          SEN. FRASER:  We are not changing the
12  mail-in ballot.  And if someone has a reason that they

TX_00000919
JA_000918
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000919

13  need to vote by mail --
14           SEN. WHITMIRE:  On a mail-in ballot, how
15  do you prove -- that's early voting.  How do you verify
16  who you are in that instance?
17           SEN. FRASER:  I'm sure the Secretary of
18  State would be glad to answer that.
19           SEN. WHITMIRE:  Okay.  But that's not what
20  we're talking about.  We're talking about on election
21  day, a person in Houston wants to vote, how do they
22  acquire the voter ID, photo ID?
23           SEN. FRASER:  The DPS and the Secretary of
24  State will both be here, and I'm sure they will be glad
25  to answer that question.
0064
1           SEN. WHITMIRE:  Troy, you're proposing
2  this.  And before we go forward, I would like to know,
3  do you have to go to the DPS office?  Do you order it by
4  mail?  That's a critical concern of all of us that are
5  voting "No" against this bill.  And I don't --
6           SEN. FRASER:  Senator, did --
7           SEN. WHITMIRE:  -- think you want to
8  disenfranchise anybody, but I'm afraid that there's
9  unintended consequences that you have not envisioned.
10           SEN. FRASER:  Did another senator advise
11  you of what you had to do to go down to the DPS office
12  to get your driver's license?
13           SEN. WHITMIRE:  Well, we're not talking
14  about me.  We're fortunate; you and I are fortunate.  We
15  probably don't have to wait in lines.  In Houston.
16  Texas --
17           SEN. FRASER:  There are 15 million drivers
18  in Texas.  Of the 31 Senate districts, I think that
19  would mean there's about 500,000, I believe, in my
20  district.  And I don't think I've got a one of them that
21  I instructed on how to go down and get a photo ID.
22           SEN. WHITMIRE:  Okay.  Well, let me just
23  tell you about the DPS operations in Harris County.  A
24  working person cannot go by and get their license
25  renewed on their lunch hour, before work or after work,
0065
1  because literally it's a two to three-hour wait.  So how
2  do you add this new group of participants that have to
3  show up at a DPS office to get a voter ID.
4           SEN. FRASER:  We have someone coming from
5  the DPS.  I think you can ask that question or
6  I'll yield to Senator Williams.
7           SEN. WHITMIRE:  I'm not sure if they're --
8  I think you as the sponsor ought to explain that.
9           SEN. FRASER:  The bill that I'm laying out
10  is very clear, that it complies with the Supreme Court
11  ramification and it also has been cleared by the
12  Department of Justice.
13           SEN. WHITMIRE:  Okay.  So you don't know.
14  Is that your answer?

TX_00000920
JA_000919
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000920

15          SEN. FRASER:  I said we've got resource
16  witnesses that are coming.  I'm not an expert in that
17  area.  We do have an expert coming, and they'll be glad
18  to answer your question.
19          SEN. WHITMIRE:  The DPS folks will have to
20  publicly say at Gessner and I-10 or at Tacoma and 290,
21  two sites in my district -- and I complained and asked
22  for more resources -- it's a two- to three-hour wait,
23  Governor Dewhurst, to get your driver's license renewed.
24  So you can't even go over there on your lunch hour and
25  get a driver's license, and now you want the folks to go
0066
1   over there and, I assume, wait in line to get a voter
2   ID.
3           Let me ask you another question about the
4   education that you're going to provide.  Is it going to
5   be done in bilingual materials with a --
6           SEN. FRASER:  I'm sure the Secretary of
7   State will be glad to answer that question.
8           SEN. WHITMIRE:  Well, you're the sponsor.
9           SEN. FRASER:  And as the sponsor, I
10  invited the Secretary of State as a resource witness, to
11  make sure we have someone that knows the answer to that
12  particular question.
13          SEN. WHITMIRE:  One also is, your bill
14  provides same-day registration.  Now, according to you,
15  you're going to have a fail-safe system that you'll know
16  who is showing up to vote.  Are you open to the idea
17  that someone who has gotten motivated in the last 30
18  days, maybe the days just leading up to the election,
19  with this secure form of ID can show up on election day,
20  prove who they are and ask to vote?
21          SEN. FRASER:  The bill does not provide
22  for same-day registration.
23          SEN. WHITMIRE:  I'm sorry.  What?
24          SEN. FRASER:  The bill does not provide
25  for same-day registration.
0067
1           SEN. WHITMIRE:  Would you be amenable to
2   us proposing it and --
3           SEN. FRASER:  The bill does not provide,
4   as I -- I filed the bill, and the bill does not provide
5   for same-day registration.
6           SEN. WHITMIRE:  Okay.  Thank you for your
7   answers.
8           CHAIRMAN DUNCAN:  Senator Uresti.
9           SEN. URESTI:  Thank you, Mr. Chairman.
10          Would the gentleman yield for some
11  questions?
12          SEN. FRASER:  I would love to yield.
13          SEN. URESTI:  Thank you, Senator Fraser.
14  I want to ask you a few questions, kind of to follow on
15  what Dean Whitmire asked you specifically regarding the
16  DPS offices.  And I don't know if they're here yet or

17  not.  But particularly about my district, you know how
18  large it is.  It goes from San Antonio all the way to
19  El Paso, and it has 23 counties, as I'm sure you're
20  aware, Senator Fraser.
21          And one of the concerns that I have is
22  that between here and El Paso -- and you may know this.
23  If not, I would like to let you know and the other
24  members know -- well, let me ask you this:  Do you know
25  how many of my 23 counties do not have a DPS office?
0068
 1          SEN. FRASER:  Senator, you know, the start
 2  of your description of this, I'm very familiar with the
 3  district, because I used to represent a lot of it.  And
 4  that area between -- going out toward El Paso, I've had
 5  that when I was a state rep.  It was in my state
 6  representative district.  And then part of your other
 7  district was when I was a senator.  So, yes, I'm very
 8  familiar with it.
 9          The answer to your question that you're
10  asking about driver's license location, we'll have
11  somebody from DPS here, and I'm sure they'll be glad to
12  answer that question for you.
13          SEN. URESTI:  Well, in the meantime,
14  Senator Fraser, let me let you and the members know.
15  There are eight counties in my district out of the 23
16  that do not have a DPS office.  Loving County has no
17  office, Crockett County, Hudspeth County, Jeff Davis
18  County, Kinney County, Real County -- we had some good
19  folks here yesterday representing Real County -- and
20  Terrell County have their offices temporarily closed.
21  And, Senator Fraser, do you know how many people live in
22  those counties?  There are 47,000 people that live in
23  those counties in my district that don't have a DPS
24  office.
25          SEN. FRASER:  Do you know how many in
0069
 1  those counties drive that have a license?
 2          SEN. URESTI:  No, I don't.  Do you know,
 3  Senator?
 4          SEN. FRASER:  I don't, no.  I have been
 5  out in those counties and I see people driving.  I'm
 6  assuming they have a driver's license.
 7          SEN. URESTI:  Well, it makes it even more
 8  difficult if they don't have a driver's license and they
 9  need to get a driver's license or a photo ID to vote.
10  How are they going to drive long distances in order to
11  retrieve that -- or obtain that ID?
12          SEN. FRASER:  Again, the data we've been
13  shown is that people registered to vote -- and I guess I
14  would like to look in your area -- but about 90 percent
15  of the people that are coming in show their driver's
16  license when they register to vote.
17          You know, yes, there's -- it looks like
18  there's a lot of people or, you know, 47,000, but I'm

19   assuming that the bulk of those, probably a lot of them
20   have IDs.
21        SEN. URESTI:  Well, that's an assumption,
22   Senator Fraser, that you're making that I don't have the
23   luxury of making on behalf of those 47,000 people.  But
24   in addition to that, Senator Fraser and members, there's
25   another 70,000, another 70,000 constituents in my
0070
1    district that have access to only partial or sporadic
2    service; for example, Senator Fraser, the first Tuesday
3    of each month from 9:00 to 4:00.  So they have one day a
4    month, members, to go and get an ID, and that's between
5    the hours of 9:00 to 4:00.
6        Well, if you can't get off of work that
7    one month -- that one Tuesday and that's the only day
8    it's open, what are my constituents supposed to do,
9    Senator Fraser?
10       SEN. FRASER:  I think that's probably a
11   question you would want to ask the DPS.  Or, if you
12   would like, I will yield to Senator Williams.
13       SEN. URESTI:  But this isn't their bill;
14   this is your bill, Senator Fraser.
15       SEN. FRASER:  And that's the reason I
16   bring in, you know, knowledgeable witnesses, expert
17   witnesses that can answer these questions.  We have
18   someone from DPS that will be here.  Or Senator
19   Williams, that's in the area of his committee.
20       SEN. URESTI:  So they're going to answer
21   my question as to what should my constituents do if they
22   can't get off of work that one Tuesday of the month in
23   order to get their ID to vote?  That's what you're
24   saying, they're going to answer that question?
25       SEN. FRASER:  You'll just have to ask
0071
1    them.
2        SEN. URESTI:  This is your bill, Senator
3    Fraser.  I'm asking you, because I need to go back to my
4    district and tell them that they have to get a photo ID
5    in order to vote.  And their first question to me is
6    going to be, "Well, Senator Uresti, you know that our
7    DPS offices are closed," or "We have no DPS office in
8    our county," or "It's only open on one Tuesday a month."
9    What am I supposed to do, Sen. Uresti"?
10       SEN. FRASER:  Again, the DPS will be here.
11   You can outline the problem, and you can outline the
12   problem with Senator Williams, and you're free to ask
13   them those questions.
14       SEN. URESTI:  Sen. Fraser, in addition to
15   those counties that have no DPS offices, many of my
16   constituents in several other counties are going to have
17   to travel long distances in order to get an ID.  For
18   example, my constituents in Crockett County, Ozona, will
19   have to travel 163 miles round trip to San Angelo to get
20   to the nearest DPS office.  And if you live in Sanderson

21  in Terrell County, you will have to travel 170 miles
22  round trip to get to Fort Stockton.  If you live in
23  Sierra Blanca in Hudspeth County, you have to travel
24  176 miles to get to El Paso in order to get to the DPS
25  office.  Did you know that, Sen. Fraser?
0072
1           SEN. FRASER:  I'm very aware of that,
2   that, you know, the district I represented, there were
3   bus routes that were 80 to 90 miles each way for kids to
4   attend public school, because the people lived out in
5   the country.
6           SEN. URESTI:  And would you agree with me,
7   then, that that's going to be a challenge for those
8   folks?
9           SEN. FRASER:  We're not changing the early
10  voting mail-in ballot rules, and that will still be an
11  option for people.
12          SEN. URESTI:  So they don't need an ID to
13  vote by mail?
14          SEN. FRASER:  By mail?  Again, you can ask
15  the Secretary of State.  We're not addressing the
16  mail-in ballots.  The Secretary of State will be here.
17  Someone from their office, you can ask that question.
18          SEN. URESTI:  Well, let me just mention a
19  few more of my counties.  If you live in Van Horn in
20  Culberson County, you have to travel 200 miles round
21  trip to Marfa, which is the nearest DPS office.  If you
22  live in Pecos, which is in Reeves County, you have to
23  travel 143 miles to Fort Stockton.  If you live in
24  Rocksprings in Edwards County, it's 152 miles round trip
25  to Del Rio, Sen. Fraser.  And finally, if you live in
0073
1   Medina, which is in Hondo, if you live in Hondo, which
2   is in Medina County, you have to travel 84 miles.
3           And so again my question; Sen. Fraser --
4   if you can't answer it, just let me know -- what am I
5   supposed to tell my constituents -- because this is your
6   bill; it's not my bill -- how are they supposed to get
7   their Texas ID if their DPS office is --
8           SEN. FRASER:  Senator, if I were you, when
9   the DPS comes up, I would ask them questions and say,
10  "Is there a way that we could do something like a
11  temporary van coming through to accommodate those
12  people?"  And if I were the senator from that area, that
13  probably would be a question I would ask the DPS.  But
14  again, they're coming forward, and that's a question I
15  think that is appropriate of the DPS of, you know, "How
16  do we make sure that we accommodate those people?"
17          SEN. URESTI:  Well, it's a great
18  suggestion, Senator Fraser.  But what if DPS says, "We
19  can't do that.  It's not in the budget, the $2 million
20  that we're being allocated"?  So then what do I tell my
21  constituents?
22          SEN. FRASER:  Well, you're assuming the

23   answer before you ask the question of the DPS.
24         SEN. URESTI:  Well, you're assuming that
25   they're going to say that they will be able to do it.
0074
1          SEN. FRASER:  No.  I'm assuming that the
2    DPS is going to come up and you'll have the opportunity
3    to ask them.
4          SEN. URESTI:  Okay.  So then let's assume
5    the DPS spokesperson says, "Great idea that Senator
6    Fraser has.  We can do that," there's going to be a cost
7    associated with that.  Isn't that correct?  That's not
8    included in the fiscal note of $2 million?
9          SEN. FRASER:  Again, I'm not advised, I
10   think the DPS could advise you on that, or
11   Sen. Williams.
12         SEN. URESTI:  Do we know when they're
13   going to be available to answer or --
14         SEN. FRASER:  I think they're on hand.
15   And as soon as we complete these questioning, I think
16   we'll going to bring -- you know, as soon as we start
17   the -- well, I think that the plan -- I'm not speaking
18   for the Chair, but I believe we're going to allow
19   questions from members, then we're going to have invited
20   guests.  And then once we start the public testimony,
21   they would be ready to come up, and I think they'll
22   answer any questions you've got.
23         SEN. URESTI:  Senator Fraser, let me ask
24   you a few more questions, if I may, please.  And I want
25   to be clear.  So as I understand it, in order to vote
0075
1    with your bill, if your bill passes, you can have a
2    voter registration card and a Texas ID or a driver's
3    license, and you're able to vote with both of those
4    documents.  Correct?
5          SEN. FRASER:  Actually, you don't -- if
6    you go in and you're on the voter roll and you have a
7    driver's license, they'll allow you to vote, because I
8    know that's -- you know, I do that now.
9          SEN. URESTI:  So you don't need your voter
10   registration card, is my real question?  If you have a
11   valid Texas ID or a valid Texas driver's license, then
12   you do not need --
13         SEN. FRASER:  I think probably if you'll
14   ask the Secretary of State.  But my understanding is
15   that you just have to identify yourself with a photo.
16   And if you're on the voter roll and you're at the
17   correct voting location, you live in that precinct and
18   you're on that roll and you show them your ID, I believe
19   you'll be allowed to vote.
20         SEN. URESTI:  And that's my question, but
21   I want to be specific about it.  So if I have a valid
22   photo ID or a valid Texas driver's license and I'm on
23   the rolls, then I do not need a voter registration card.
24   Correct?

TX_00000925
JA_000924
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000925

25           SEN. FRASER: To my understanding, the

0076

1  answer is yes. But I still think I would ask that

2  question of the Secretary of State.

3          SEN. URESTI: Well, I'm pretty sure that's

4  correct. That's what I read. Then why do we need a

5  voter registration card, then? Why are we going to need

6  voter registration cards after your bill passes?

7          SEN. FRASER: Good question. Why don't

8  you ask that of the Secretary of State. It might be

9  a -- you could offer that as a cost-saving measure.

10         SEN. URESTI: But it's your bill, Senator

11  Fraser. I mean --

12         SEN. FRASER: All my bill is addressing is

13  the photo identification when you vote. You know,

14  Carlos, when you walk in and they say, "Senator Uresti,

15  you know, we'll need some identification," and even

16  though you're on the roll, you're going to have to show

17  a photo ID.

18         SEN. URESTI: And that's correct, and I

19  agree with you, Senator Fraser. But the result will be,

20  you do not need your voter registration card, then?

21         SEN. FRASER: That is my understanding.

22  But, again, I would ask the Secretary of State.

23         SEN. URESTI: Okay. That's all the

24  question I have for now, Mr. Chairman.

25         Thank you, Senator Fraser.

0077

1         CHAIRMAN DUNCAN: Thank you, Senator.

2  Senator Gallegos.

3         SEN. GALLEGOS: Senator Fraser, the

4  questions that you're being asked and are asking us to

5  wait for resource witnesses, I'm concerned that we're

6  not getting answers from the author of the bill. Now,

7  Senator Huffman just showed us a box with testimony and

8  questions and supposedly answers that were asked two

9  years ago. And a lot of the questions that you're

10  referring to that we get answers from resource witnesses

11  weren't answered at that time.

12         I mean, we just want an assurance here

13  that whatever was in that box that Senator Huffman had

14  did not have all the questions answered. I heard what

15  she told Senator Davis, but a lot of the questions that

16  you're being asked today were the same questions that

17  were asked two years ago and have never been answered.

18         SEN. FRASER: Senator, I stayed up very

19  late last night reading the deposition of the questions

20  that were asked, that you asked me last year, the

21  answers. And I guess if you're concerned about that,

22  maybe you should get that deposition and you read it and

23  that way you can feel more comfortable about what was

24  asked and what was answered. Have you read the

25  deposition?

0078

1          SEN. GALLEGOS:  There will be plenty of
2     time for that.  But I'm just asking you, as the author
3     of the bill.  You know, I mean, you are laying it out,
4     and you're trying to explain it.  And you're asking us
5     to ask resource witnesses on questions, especially the
6     questions that Senator Uresti had.  And it concerns me
7     that before we even, you know, lay it out and go forward
8     with a bill, that the people that are here listening, at
9     least they have the right to -- they leave, they have
10     the right to know these questions, especially those
11     questions that Senator Uresti just got through asking
12     you.  And it concerns me that we cannot get answers at
13     the time that the bill is laid out, before we even go
14     forward with the witnesses.  And that just concerns me,
15     that we're not getting answers.
16          SEN. FRASER:  I think you can take a lot
17     of comfort in the fact that we will not ask you to vote
18     for the bill until we bring up an expert witness and you
19     will be allowed to ask those question and get the answer
20     you're looking for.
21          SEN. GALLEGOS:  Well, I mean, we did that
22     two years ago.  And some of the questions that the box
23     that Senator Huffman had still doesn't have answers in
24     that box that she had that's going to be introduced as
25     Exhibit No. 1.
0079
1          SEN. FRASER:  Have you read all the data
2     that was in the box?
3          SEN. GALLEGOS:  I have not read it; I have
4     not read it.  But, you know, I would think that,
5     especially some of the questions that I asked and I'm
6     fixing to ask you, you know, that if those answers
7     aren't in that box that Senator Huffman introduced as
8     Exhibit No. 1.  I just want to make a point that it
9     concerns me that these questions these senators have
10     about their districts are not being answered.  I just
11     wanted to make that point.
12          And on another question, Senator, on the
13     fiscal note -- and I know that Senator Watson brought it
14     up -- it says that it's $2 million to implement.  Now,
15     here is my concern on that, is that Texas is ranked
16     No. 2 nationally in this country as far as population.
17     Missouri is ranked 19th.  Yet, the numbers that I'm
18     looking at on the costs that the Secretary of the State
19     of Missouri on implementing -- and Missouri only has
20     5.9; we have 25 million -- Missouri has 5.9 in
21     population, and the Secretary of the State of Missouri
22     is going it's going to cost $6 million just to implement
23     their voter ID program, and that's just the first year.
24     The second year, another $4 million.
25          Now, with only 5.9 in population, and I'm
0080
1     looking at Texas that has 25 million, now, what kind of
2     methodology is the Secretary of State using in Missouri

3    as opposed to the Secretary of State in Texas?  To me,
4    that math -- you know, I'm not an expert in math, but I
5    can tell the difference between 5.9 and 25 million to
6    implement a voter ID bill, you know, that obviously
7    there's something wrong here in the numbers.  Can you
8    tell me the difference in 6 million for Missouri and
9    2 million in implementing the cost of voter ID in Texas?
10            SEN. FRASER:  I'm not a citizen of
11    Missouri, so we don't have access to that information.
12    And you and I have been in the Legislature a long time,
13    and you're very aware that your fiscal note -- whenever
14    you file a bill, you get a fiscal note with a bill, they
15    look at the cost, and this is the cost that's been
16    estimated.
17            SEN. GALLEGOS:  You know, Senator, I'm
18    concerned here that this number that has been laid out
19    in this bill -- you know, and we do have -- and I don't
20    know if the rules if we have the Ogden amendment on this
21    bill where you're looking at one number and then all of
22    a sudden, before we start implementing the bill, it's
23    going to cost us $30 million to implement the bill by
24    the numbers -- if we use the formula being used by
25    Missouri that has only 5.9 in population.  Now, that
0081
1    really concerns me.  $30 million, Senator Watson could
2    use that here and stop the closure of those Austin
3    Independent School District schools that are being
4    closed.  They could use that $30 million that I see as
5    opposed to what I'm seeing as the formula in math that
6    Missouri used.
7            Now, it concerns me that the fiscal note
8    that's laid out in this bill is misleading, according to
9    the other states that are using more money and less
10    population to implement their voter ID bill.  That
11    concerns me, Senator.  And, I mean, is there somebody
12    that can answer that question for me, why it costs so
13    little on a state that has 25 million in population as
14    opposed to another state that has 5 million and it's
15    triple the cost?
16            You know, I mean, that concerns me, and
17    that should concern you, when you're given a number, and
18    we're telling the people in the audience here, the
19    taxpayers, it's only going to cost us $2 million.  And
20    we have 25 million in population; Missouri only has
21    5.9 million, and it's costing them $6 million to
22    implement voter ID.  Now, you know, that really concerns
23    me.  And I don't want to mislead the public in any form
24    or fashion that it's only going to cost us $2 million to
25    upstart voter ID when that is a misleading number.  And
0082
1    that concerns me, Senator, and it should you.  If this
2    number is misleading, now who can answer that question
3    for me?
4            SEN. FRASER:  I think you're very aware of

5  the fact that this number comes from LBB.  I believe
6  they probably called the Secretary of State and asked
7  for that number.  So if you have a concern about it,
8  probably you should ask the LBB and/or the Secretary of
9  State.  I believe the Secretary of State is going to
10 tell you there are HAVA funds that they're requesting
11 that would possibly even eliminate that $2 million.
12           SEN. GALLEGOS:  Well, I mean, I heard you
13 tell Senator Watson about the HAVA funds.  I'm just
14 saying on straight-up, straight-up implementation, that
15 $2 million as opposed to $6 million in Missouri, you
16 know, that's without HAVA funds, too.  I'm saying that
17 when you come down to it, if that number -- if, when the
18 implementation starts, instead of $2 million it's
19 $30 million, then, you know, I'm concerned.
20           I believe that the Ogden amendment should
21 go on there and say, you know, if it's going to be over,
22 over what you're showing on the fiscal note, that it
23 shouldn't be implemented if it's going to cost that type
24 of money.  That's a lot of money; that's a lot of money
25 to implement voter ID when you're just saying -- well,
0083
1  not you -- but the fiscal note on this bill is saying
2  only two million bucks.  Now, you know, that just
3  concerns me, Senator.  And I guess I'll ask that
4  question when the proper resource witness comes up.
5           Senator Fraser, the other question I had
6  was similar to Senator Uresti's question.  Now, two
7  years ago, I put maps up on one of my amendments where
8  the City of Houston has no DPS offices within the 610
9  loop.  The City of Fort Worth, I believe -- let me see
10 here.  Let me look at my notes here.
11           The City of Fort Worth I think doesn't
12 have any either inside -- what is that loop?  82,
13 182? -- 81.  And Dallas, Senator West, only has one --
14 only has one inside the city, only has one DPS center
15 inside the city.  And it concerns me, if we're going to
16 mandate Texans to get a photo ID and you have no place
17 to send them to, especially inside the loop and
18 especially those without transportation, and if they
19 can't get to it on a bus route, to one of the DPS
20 centers --
21           SEN. FRASER:  Senator, if you have
22 evidence that someone in your district has the inability
23 to get a driver's license, I wish you would bring that
24 forward.
25           SEN. GALLEGOS:  I'm talking about your
0084
1  bill that mandates a photo ID.  And if we're going to
2  mandate Texans, then we should at least allow them the
3  opportunity to have places where they can get it, where
4  they don't have to travel 150 miles, like Senator Uresti
5  just said.  That's my concern, especially the elderly
6  that don't have any and they're going to have to get a

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

7  photo ID, that that person is going to have to travel
8  150 miles, even from their house inside the loop, those
9  people that don't have cars and they have to do public
10  transportation.
11        Now, I'm looking at the map in the City of
12  Houston, the bus route where it takes them three buses
13  just to get close to a DPS center from anywhere inside
14  the 610 loop.  That really concerns me, Senator, on
15  this, and hopefully that -- Senator Fraser?
16        SEN. FRASER:  I'm with you.
17        SEN. GALLEGOS:  Hopefully that you will
18  look at it and maybe in some of our amendments will take
19  that into consideration.  I'm just telling you, you
20  know, what's in Houston, not in Horseshoe Bay where you
21  live.  And, you know, that is really a problem that we
22  have, especially those of us that represent minority
23  communities like Senator Uresti and me and others on
24  this floor.
25        There is another issue, Senator Fraser,
0085
1  that I wanted to ask you.  On driver's license, you
2  know, it says on a driver's license that's -- on a
3  driver's license that's pulled from somebody for
4  whatever reason, DPS gives you a temporary, and that
5  temporary is good for about 40 days or in some cases
6  when they've been stopped for a DWI or anything but
7  still have not gone through the legal process, they are
8  given a paper temporary license, and it says on that
9  paper that this is used for identification purposes.
10        Now, I guess my question to you would be
11  that if that is pulled -- and there's several thousands
12  of drivers, of Texans, that are using this paper ID
13  right now -- that if a driver's license is pulled for
14  whatever reason, that that DPS certification, paper
15  temporary license can be used as an ID to go vote.
16        SEN. FRASER:  Senator, if you don't mind,
17  I'm going to yield to Senator Williams on that question.
18  If you don't mind, he'll answer that question for you.
19        SEN. WILLIAMS:  Senator Gallegos, I had a
20  similar question of what you have as I visited with the
21  Department of Public Safety about this.  And, in fact,
22  it had been a while since I had renewed my license.  And
23  they now issue -- these temporary licenses actually have
24  a photo on the license, and it would be valid under
25  Sen. Fraser's bill as identification if you went to
0086
1  vote.
2        And, you know, in more detail, we could
3  get the Department of Public Safety to give you some
4  more detail on that.  But now the temporary licenses
5  actually have a photo on the paper license that you're
6  referring to.
7        SEN. GALLEGOS:  Well, Senator Williams,
8  I'm showing that 98,000 drivers right now have temporary

9  licenses without photo IDs.
10          SEN. WILLIAMS:  Well, you know, I'm not
11  advised about that.  I think we ought to get the
12  Department of Public Safety --
13          SEN. GALLEGOS:  Well, I agree.
14          SEN. WILLIAMS:  I'm told that these, you
15  know, temporary licenses you used to get when you were
16  in the process of renewing your licenses now have your
17  ID on them, your photo.
18          SEN. GALLEGOS:  Senator Williams, I
19  understand what you just told me.  But, you know, I've
20  known some folks that have had their license pulled and
21  have not gone through the process, and there is no photo
22  ID.  All they're given is the sheet of paper that I have
23  right here that they're driving with, 98,184 that are
24  driving with this paper right here, no photo ID.
25          And it says -- it says here -- well, I'm
0087
1  not going to read it to you.  Just trust me; you can
2  read it yourself.  It says that this would be used for
3  identification purposes.
4          SEN. WILLIAMS:  Well, thank you, Senator
5  Gallegos.  And I'm glad that you raised this issue, and
6  we ought to ask the Department of Public Safety to clear
7  it up for us.  Thank you.
8          SEN. GALLEGOS:  That's why I brought it
9  up, Senator Williams and Senator Fraser.  That's being
10  done on temporary suspended license, no photo ID.  But
11  on the face of this sheet that DPS has given out, it
12  says that this is for identification purposes.  I just
13  wanted to point that out.  I do have an amendment that I
14  hope you will take, Senator, that alleviates almost
15  100,000 that we know of right now.
16          SEN. FRASER:  Have you turned that
17  amendment in?  If you get the amendments in so we get a
18  chance to look at them --
19          SEN. GALLEGOS:  Sure.
20          SEN. FRASER:  -- I think there's a better
21  chance for, you know, us to understand what you're
22  trying to do.  So if you have an amendment, I would ask
23  you to turn it in.
24          SEN. GALLEGOS:  Sure.
25          Thank you, Mr. Chairman.
0088
1          CHAIRMAN DUNCAN:  Senator Davis.
2          SEN. DAVIS:  Senator Fraser, will you
3  yield for some questions, please?
4          SEN. FRASER:  If you will allow me one
5  second to get some better headsets on.
6          SEN. DAVIS:  I was going to ask you if you
7  could hear me.
8          (Laughter)
9          (Brief pause)
10          SEN. FRASER:  I will now yield.

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

11          SEN. DAVIS:  Can you hear me okay, Senator
12 Fraser?
13          SEN. FRASER:  Right now I am.
14          SEN. DAVIS:  All right.  A couple of
15 questions for you.  You've talked earlier this morning
16 about both the Supreme Court opinion in the Indiana case
17 and also the Justice Department review of Georgia.  Are
18 you aware that in each of those, there were particular
19 instances that made the acceptance of those particular
20 laws different than yours might be interpreted by those
21 same bodies?
22          SEN. FRASER:  If you don't mind, we've
23 got, you know -- Senator Huffman, I think, is prepared
24 to, you know, answer legal questions.  If you've got a
25 question about a -- do you have specific examples --
0089
1          SEN. DAVIS:  Well, I would --
2          SEN. FRASER:  -- that you would like to --
3 and we also, I believe, are going to have someone from
4 Indiana here this afternoon, and we're also going to
5 have an invited -- an attorney that will address that.
6 So if you have specific questions about that, that might
7 be the appropriate place.
8          SEN. DAVIS:  Well, I'll read to you from
9 those in a moment.  But let's start just by talking
10 about what's required on the Texas voter registration
11 application right now.  Right now a person may put their
12 driver's license number or their social security number
13 on their registration application to become a voter in
14 the State of Texas.  Correct?
15          SEN. FRASER:  You've got the data.  And I
16 think probably the best person to ask, and that's the
17 Secretary of State.
18          SEN. DAVIS:  Well, I have it right here.
19 And there are some people who can't provide that
20 information, and there's another opportunity for that
21 person to attest to whom they are, to attest to the fact
22 that they're a legal citizen and not a felon who would
23 be prevented from voting.  And I'm sure the Secretary of
24 State probably has a number that shows to us -- and we
25 will ask for this on the record today -- how many people
0090
1 fill out Section No. 9, the attestation clause, versus
2 the people who are able to fill out Section 8, and
3 what's the gulf between that.  Are you aware what the
4 gulf is between those two numbers?
5          SEN. FRASER:  I believe I know the section
6 you're talking about, but I actually would prefer you
7 ask that of the Secretary of State's office.
8          SEN. DAVIS:  Okay.  But I'm asking you.
9 Are you aware -- under your bill that you're proposing,
10 are you aware of what the gulf is, the gap is between
11 those two numbers, the people who are able to provide
12 their driver's license or social security number versus

13  those that fill out the attestation clause, because they
14  don't have either?
15          SEN. FRASER:  When you ask the Secretary
16  of State that question, I will be listening very
17  carefully to make sure that I hear what they say.
18          SEN. DAVIS:  And would you agree that it's
19  probably the case that if I fill out Section 9, the
20  attestation clause, because I can't fill out Section 8
21  with either a social security number or my driver's
22  license number, that I will probably be impacted by a
23  bill that's going to require what your bill requires in
24  order for me to vote?
25          SEN. FRASER:  Again, that would be a good
0091
1   second of the Secretary of State.
2           SEN. DAVIS:  Well, I'm asking you as the
3   bill's author.  Are you concerned that there will be an
4   impact to those people who currently cannot fill out
5   Section 8 but can only fill out the attestation clause
6   in Section 9?
7           SEN. FRASER:  And again, you're making a
8   reference to Section 8 that -- you know, I'm sorry.  I
9   don't -- I'm not -- I don't know what you're referring
10  to.  The Secretary of State is the expert in that area.
11  And when you ask that question, I'll be listening and
12  will, you know, listen to the response.
13          SEN. DAVIS:  Earlier you talked about the
14  Executive Director from the Carter-Baker Commission, and
15  you cited a statistic, that only 1.2 percent of
16  Americans would be affected by a requirement that a
17  photo ID be required.  Correct?
18          SEN. FRASER:  I did make that reference,
19  yes.
20          SEN. DAVIS:  Are you aware that that was
21  limited to a study of only three states, and Texas was
22  not one of them?
23          SEN. FRASER:  Yes, because at that time
24  the Carter-Baker was looking at the states that had
25  issued a photo ID.
0092
1           SEN. DAVIS:  And would you agree that it
2   may be the case that if I live in one of those three
3   states and it's easier for me to get a driver's license
4   in that state, then I may have a lower percentage of
5   citizens who don't have a photo ID than another state
6   might have where it's more difficult to get a driver's
7   license?
8           SEN. FRASER:  I'm not advised.
9           SEN. DAVIS:  Are you aware that even in
10  those states, in the 1.2 percentage number, there was a
11  disparate impact that was found on elderly and women and
12  African-Americans in terms of people who actually had
13  the eligible photo ID that's counted in that percentage?
14          SEN. FRASER:  I'm not advised.

TX_00000933
JA_000932
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000933

15          SEN. DAVIS:  Does it concern you at all
16  that the bill that we are looking at today, the bill
17  that you filed, might have a disparate impact on women,
18  minorities and senior citizens, possibly disabled people
19  in the State of Texas?
20          SEN. FRASER:  The bill that we're filing
21  today I believe will be approved by the U.S. Supreme
22  Court, and also the bill in Georgia was precleared by
23  the Justice Department.  So I believe our bill will
24  comply with both of those.
25          SEN. DAVIS:  Okay.  Well, I'm going to
0093
1  read to you from the Supreme Court opinion, the U.S.
2  Supreme Court opinion when it was reviewing the Indiana
3  law.
4          They acknowledged that there is evidence
5  in the record, in fact, of which we may take judicial
6  notice that indicates that a somewhat heavier burden may
7  be placed on a limited number of persons by virtue of
8  the photo ID requirement.  They include elderly persons
9  born out of state, persons who, because of economic or
10  other personal limitations, may find it difficult either
11  to secure a copy of their birth certificate or to
12  assemble the other required documentation to obtain a
13  state-issued ID, homeless persons and persons with a
14  religious objection to being photographed.
15          "If we assume, as the evidence suggests,
16  that some members of these classes were registered
17  voters when the Indiana law was enacted, the new
18  identification requirement may have imposed a special
19  burden on their right to vote.  The severity of that
20  burden is, of course, mitigated by the fact that if
21  eligible voters without photo ID may cast provisional
22  ballots, that will ultimately be counted."
23          Are you aware that in the State of
24  Indiana, I can cast a provisional ballot, and the
25  Supreme Court made its decision in terms of whether the
0094
1  burden was constitutionally acceptable, based on the
2  fact in Indiana, I can cast a provisional ballot, and if
3  I attest to the fact that I'm unable to pay for the cost
4  of getting the underlying documents to receive a photo
5  ID, that I do not, in voting my provisional ballot, have
6  to show a photo ID?
7          SEN. FRASER:  Senator, my observation is
8  that what you've read from the Supreme Court opinion is
9  a portion of it, but it's a snippet.  And it also
10  continues to say that these do not present an undue
11  burden for the person to vote.
12          SEN. DAVIS:  That's correct.  They said
13  they did not believe that it created a constitutionally
14  prohibited burden, based on the fact that voters in the
15  State of Indiana have the opportunity to vote a
16  provisional ballot even if they don't have a photo ID,

TX_00000934
JA_000933
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000934

17  if they can show that they were unable to get one,
18  either because of their circumstances as an elderly
19  person or because they're indigent.  Does your bill
20  provide a special exception for people under those
21  circumstances to vote a provisional ballot?
22         SEN. FRASER:  The bill that I'm moving
23  forward I believe will be approved by the U.S. Supreme
24  Court and will be precleared by the Department of
25  Justice.

0095
1          SEN. DAVIS:  Okay.  Let's look at the
2  things that are required in your bill in terms of a
3  photo ID.  And I appreciate what you said earlier.  I
4  think it's true.  I think if you ask anybody on the
5  street that you might walk up to at this moment in time
6  whether they think it's a good idea for someone to show
7  a photo ID in order to vote, they would probably agree.
8  What they might not understand in agreeing with that,
9  though, are what the requirements are going to be in the
10  State of Texas in order for them to comply with that
11  particular requirement, and they also might not
12  appreciate the challenge and the difficulty that some
13  people may have in supplying that.
14         SEN. FRASER:  Senator, this is not rocket
15  science.  The people of your district understand very
16  clearly that when they walk into that voting booth, they
17  have to show a photo ID proving they are who they say
18  they are.  The people in Fort Worth, that area, I have
19  the polling data -- I believe the number is about --
20  around 90 percent.  And of that, that's Republicans and
21  Democrats.  So I believe the people that elected you,
22  sent you down here, have said, "We believe that when you
23  go in to vote, you should show identification to prove
24  you are who you say you are."  It's a very, very simple
25  concept.

0096
1          SEN. DAVIS:  Are you aware that in the
2  Indiana law and also in the Georgia law, people are
3  allowed to come and vote with a state-issued student ID
4  if they're attending a state university?
5          SEN. FRASER:  I'm not advised.
6          SEN. DAVIS:  And your bill does not allow
7  that kind of a photo ID to be used.  Is that correct?
8          SEN. FRASER:  We have four forms of ID
9  that we have laid out as acceptable.  Those are all
10  recognized acceptable forms of identification that we
11  have recommended.
12         SEN. DAVIS:  And it does not include that,
13  for the record.  Are you also aware that in the Indiana
14  law and in the Georgia law, the ID can be expired and
15  still be utilized, but under the requirements in your
16  bill, that cannot occur?
17         SEN. FRASER:  You know, I think our belief
18  is that someone should have a valid ID that has not

19  expired.  "Expired" implies it is not valid, and we in
20  Texas believe you should have a valid ID.
21           SEN. DAVIS:  What will I do if my driver's
22  license expires the day before I go to vote and I'm not
23  aware of it until I show up at the polling place?
24           SEN. FRASER:  And I would ask you, what
25  would happen if you were driving to the polling place
0097
1   with an invalid driver's license?  What would happen?
2           SEN. DAVIS:  I would get a ticket, but I
3   wouldn't be denied my constitutional right to vote as a
4   legal citizen of the United States.
5           SEN. FRASER:  You would not be denied your
6   right to vote.  Under this law and under this bill, as
7   you know, if you walk in with an invalid driver's
8   license, you would be allowed to vote.  It would be a
9   provision vote, and you would be allowed six days to go
10  back to the place that issues driver's license, get a
11  valid license and come back, and your vote would be
12  counted.
13           SEN. DAVIS:  Well, we had a conversation
14  about that earlier in terms of how difficult and
15  challenging -- for some people it actually is -- to be
16  able to comply with that requirement.  But let me ask
17  you for a moment, if I bring in a state-issued Texas
18  driver's license and it expired 30 days ago or 60 days
19  ago or a year ago, how does that fail to prove that I'm
20  the person on the card, simply because it has expired?
21           SEN. FRASER:  Well, I would ask you the
22  same question.  If your driver's license expired 30 days
23  ago, is it acceptable to the patrolman that just stopped
24  you?  It's expired.
25           SEN. DAVIS:  I'm asking you the question.
0098
1   The reason that we are advocating or you are advocating
2   for photo ID is so that the person who is receiving my
3   ballot can verify that I am the person casting it.
4   Correct?
5           SEN. FRASER:  Yes.
6           SEN. DAVIS:  And if my driver's license is
7   expired but it's a state-issued driver's license and it
8   has my name and it has my picture on it and my name
9   matches what's on the registrar's -- the precinct rolls,
10  how does that fail to prove that I'm who I am?
11           SEN. FRASER:  I think we go back to the
12  word "valid," do you have a valid Texas driver's
13  license?
14           SEN. DAVIS:  How does it fail to prove
15  that I am who I am?
16           SEN. FRASER:  You don't have a valid Texas
17  driver's license.
18           SEN. DAVIS:  And as I said earlier, in
19  Georgia and in Indiana, under the laws that were deemed
20  acceptable by the Supreme Court and the courts in

21   Georgia received preclearance by the Department of
22   Justice, each of those allows some acceptance of expired
23   IDs.
24         I want to talk a little bit about how
25   difficult if is, because I really think every one of us
0099
1   in this room needs to appreciate the burden that people
2   have when they're being asked to supply some of the
3   documentation that's required in your bill.  And I've
4   put together a little chart that I just want to go over
5   very quickly.  I won't belabor the point.
6         Can you bring it closer over here, Dan, so
7   I can actually point at it?
8         Thank you.
9         Now, each of us, whether we're in the
10   Senate or the House of Representatives in the State of
11   Texas, we each bring unique backgrounds and perspectives
12   to the table.  And because of our unique backgrounds and
13   perspectives, we're able to represent people in ways
14   that hopefully contribute to a better understanding for
15   each of us in terms of how we can best serve them.
16         Senator Fraser, I came from a fairly
17   challenged background before I arrived on the floor of
18   the Texas Senate.  I had the opportunity to receive an
19   incredible education that ultimately allowed me the
20   privilege of standing here and having a conversation
21   with you today.  But there was a time when I was
22   indigent, there was a time when I was a single mother
23   and I was working a full-time job during the day in
24   Dallas, from which I had to leave my house at 6 o'clock
25   in the morning every morning to arrive at, and I worked
0100
1   a part-time job four nights a week waiting tables.
2         If I had been required during that point
3   in time to show some of the ID requirements that are
4   being proposed under your bill, I have to admit to you
5   that I would have been quite challenged in being able to
6   accomplish it.  I had gotten divorced, so my name was
7   different on my state ID than was on the registration
8   rolls.  And so because of that, I would have had to go
9   through the process of trying to get a new state ID.
10   And, honestly, with my schedule, it would have been
11   fairly impossible for me to achieve it.
12         I think it's pretty easy for us to stand
13   on the Senate floor where we are today and the shoes
14   we're in today and say, "Why should that be a problem?"
15   But for people who have to take time off of work and for
16   whom that's an unaffordable idea, it can be a very, very
17   real problem.
18         The other issue, in trying to receive a
19   state ID in the State of Texas is, it's almost a
20   circular process.  In order to get the state ID, you
21   have to have underlying ID that provide you with the
22   opportunity to get that ID.  And I know we're talking

TX_00000937

JA_000936
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000937

23  right now in the State of Texas about giving free ID to
24  people who come in to the Department of Motor Vehicles
25  and ask for that ID, based on the fact that they want to
0101
1  vote.
2          But if I can't provide underlying
3  documentation, I'm going to have to go get that
4  underlying documentation, and it's going to cost me
5  money, and I'm concerned about that person.  I'm
6  concerned that if I need a birth certificate in the
7  State of Texas, it's going to cost me $23.  I'm also
8  concerned that I might have a really hard time getting
9  that birth certificate.  And if you look to see what you
10  can show in order to get it, you see the circularity of
11  the problem.  You can show a driver's license or you can
12  show a state ID.  Well, the reason I need the birth
13  certificate is so I can get my driver's license or my
14  state ID.
15          In order for me to get a birth
16  certificate, I can show a social security card as one of
17  my underlying two documents that are required.  But in
18  order to have a social security card, I've got to have a
19  driver's license or a state ID, so it puts me right back
20  at my original problem.  To get my driver's license or
21  my state ID, I might be able to use a passport.  But in
22  order to use my passport, I'm going to have to have a
23  birth certificate, but I couldn't get my birth
24  certificate because I didn't have a driver's license or
25  a state ID to get my birth certificate.
0102
1          You see the problem?  It's not just the
2  problem of the time one has to take off of work in order
3  to comply with this requirement, it's not just a problem
4  of how much money it costs.  Sometimes it can be a
5  problem of almost a near impossibility for a person to
6  be able to provide the underlying documentation in order
7  for them to go and vote.
8          And my concern about that is, we will
9  disparately impact persons who find greater challenges
10  in fulfilling the underlying documentation requirements;
11  and, yet, we haven't provided anywhere in the bill, as
12  was done in Indiana, a provisional opportunity for
13  someone to come and cast a ballot and say that they were
14  unable to comply with the requirements for a photo ID.
15  Why is that?
16          SEN. FRASER:  Senator, I appreciate the
17  story you just gave.  And I would advise you of the
18  other 31 members here.  There's a lot of people that can
19  tell like stories.  When I was 16 and working on a
20  potato picker in California or when I was 17 working
21  picking cucumbers in Rising Star or when I was 18,
22  picking cotton in West Texas, I figured out a way to
23  have time after work to go get a driver's license,
24  because I really wanted one.  I worked that into the

25  schedule, as I think a lot of people do.
0103
1          I think what I would ask you is to give
2  evidence, either in Indiana or Georgia, of a single
3  person that has come forward and said that they were
4  denied their ability to vote because of these
5  provisions, because in my knowledge, there has not been
6  a single person that came forward.
7          SEN. DAVIS:  And again, you know, when you
8  turn to those two laws, they actually provide some
9  exceptions that are not provided in your bill, and so
10  the instances in which people were excluded or
11  prohibited from exercising their constitutional right to
12  vote won't have been challenged in the same was as being
13  proposed for the State of Texas under this particular
14  bill.
15          I want to ask you a question about what
16  happens, as a woman, if I come in to vote and I have my
17  state ID, and the name on my state ID is different than
18  my name on the registrar's certificate, because I've
19  either married or divorced.  What will happen in that
20  situation?
21          SEN. FRASER:  The question has already
22  been asked twice.  We will have someone here from the
23  Secretary of State and the DPS that can answer that
24  question for you.
25          SEN. DAVIS:  Okay.  Back to the fiscal
0104
1  note, Senator Fraser.  The fiscal note --
2          SEN. FRASER:  We've also talked about that
3  a couple of times.
4          SEN. DAVIS:  Yes, we did, but I want to
5  ask this question.  The fiscal note, of course,
6  described the methodology under which the $2 million
7  figure was compiled, and it specifically states that it
8  left out the cost for training poll workers and election
9  officers.  It specifically states that it left out any
10  cost for coordinating voter registration drives.  It
11  specifically states that it left out the costs of
12  providing the ID cards, all of that because it is an
13  unknown number.
14          SEN. FRASER:  Well, you're making an
15  assumption, and this amount was brought forward by LBB
16  after they talked to the secretary of the State.  The
17  Secretary of State, I think, they can answer that
18  question.  But I disagree that it's unknown.  I believe
19  the Secretary of State and LBB knew exactly what they
20  were doing when they brought it forward, because that's
21  their job.
22          SEN. DAVIS:  Well, it literally says that.
23  It says, "The fiscal impact of the revenue loss from the
24  prohibition of DPS to collect a fee is unknown because
25  it is not known how many people would make such a
0105

TX_00000939
JA_000938
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000939

1  request."
2          SEN. FRASER:  And that is a correct
3  statement.
4          SEN. DAVIS:  And it also says that the
5  cost of coordinating voter registration drives or other
6  activities designed to expand registration is also
7  unknown, and it also says that the cost for
8  responsibilities, the training for people who would be
9  responsible for implementing this is unknown.
10          Now, if I file a bill this session and I'm
11  challenged, based on the fiscal impact of the bill,
12  clearly this session more than any other will be very,
13  very concerned about that.  And the LBB has put a
14  statement on it that they really don't know what the
15  cost is, but intuitively we understand there's going to
16  be a cost.  We'll probably have a conversation about
17  that.  Right?
18          SEN. FRASER:  And I think the conversation
19  you should have should be the Secretary of State in
20  discussing the HAVA funds that the federal government
21  has provided to both Indiana and Georgia for the
22  implementation of their law that we believe will be
23  approved for that, but it has not been approved, because
24  HAVA has clearly said the bill has to be passed before
25  they could pass judgment on whether those funds could be
0106
1  used.  That amount of money is setting in the Secretary
2  of State's office now, and I think that would be a good
3  question to ask them.
4          SEN. DAVIS:  Let me ask a question about
5  the bill itself.  I'm a little confused about a section.
6  This is on Page 5.  I'm reading from Section 8,
7  Subsection (a).  "If the voter's address is omitted from
8  the precinct list under Section 18.005(c), the officer
9  shall ask the voter if the voter's residence, if listed,
10  on ID presented by the voter under Section 63.001(b) is
11  current and whether the voter has changed residence
12  within the county."  What if the answer is "No," what is
13  the election worker to do at that point?
14          SEN. FRASER:  That's a perfect question to
15  ask the Secretary of State.
16          SEN. DAVIS:  It's your bill, though,
17  Senator Fraser, and the language is here.  And there is
18  no guidance for someone -- if we were to vote on a bill
19  like this, how are we to know how a situation like that
20  would be handled if it's not addressed in the bill?
21          SEN. FRASER:  Senator, I'm sure you're
22  aware through -- the past session, you were here.
23  You're reading current law.  There is one change there
24  where we insert "presented by the voter under Section
25  63.001," which is the description I think of the photo
0107
1  ID.  But basically that is current law, and I think it
2  would be a good thing to ask the Secretary of State.

TX_00000940
JA_000939
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000940

3   Everything you've read is current law.
4          SEN. DAVIS:  Well, it's not current law,
5   because it changes it from the difference being on the
6   voter registration certificate versus being on the
7   person's ID.  What I'm concerned about is that if I come
8   in with an ID and my address has changed and I have the
9   correct address on the precinct list that's different
10   than what's on my ID, that a poll worker might actually
11   reject my opportunity to vote, because the address on my
12   ID is showing differently than is showing on the
13   precinct list.
14          SEN. FRASER:  And the good thing about
15   that is, these HAVA funds that we're going to request
16   will also train poll workers to make sure they
17   understand it.  The ruling would be made by the
18   Secretary of State, and they will train them how to do
19   that, and I feel very comfortable that you would get to
20   vote.
21          SEN. DAVIS:  Well, I'm glad you feel very
22   comfortable, Senator Fraser.  I remain very, very
23   concerned about the number of people under the very
24   severe restrictions that are imposed by the bill you
25   have proposed.  I'm very concerned about the number of
0108
1   people who may be impacted by it.  And I understand and
2   agree with you, that assuring that voter fraud is not
3   occurring is very, very important, and it's a
4   conversation we should be having and a cure we should
5   all attempt to find.
6          But in the process, I'm very afraid that
7   we're going to wind up disenfranchising people who
8   currently are legal citizens in the State of Texas who
9   have the legal opportunity to vote and are going to be
10   denied the right for that right under your bill as it's
11   proposed today.
12          SEN. FRASER:  And I believe our bill will
13   be approved by the U.S. Supreme Court and approved in
14   Section 5 by the Department of Justice.
15          Thank you.
16          SEN. DAVIS:  Thank you.
17          CHAIRMAN DUNCAN:  Senator West.
18          SEN. WEST:  Thank you very much,
19   Mr. Chairman.  I would like to ask the author a couple
20   of questions.
21          Senator Fraser, good morning, sir.
22          SEN. FRASER:  I think we commented about
23   the Barry White voice last year.  I was reading the
24   deposition.
25          SEN. WEST:  That was actually Billy Ocean,
0109
1   which both of us like.
2          SEN. FRASER:  Both of us do like.  I
3   agree.
4          SEN. WEST:  Now, we're not going to have

TX_00000941
JA_000940
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000941

5    any unfunded mandates on counties, are we?  This bill
6    would not occasion any unfunded mandates on counties.
7             SEN. FRASER:  This bill?
8             SEN. WEST:  Yes, this bill that you're
9    proposing.  The counties will not have to pick up any of
10   this cost -- is that correct -- because that would be an
11   unfunded mandate?  And I know you are not for unfunded
12   mandates.  Right?
13            SEN. FRASER:  I am not for -- I'm opposed
14   to unfunded mandate, but I'm not advised of whether it
15   would be --
16            SEN. WEST:  So you can tell counties, you
17   can tell all county officials in the sound of my voice
18   and your voice that there will be no unfunded mandates
19   in this bill and counties will not have to spend any
20   money that they don't have right now to implement this
21   particular bill.  Correct?
22            SEN. FRASER:  I had my largest county,
23   Bell County, in my office last week, and I told Judge
24   Burrows at that time that I'm opposed to unfunded
25   mandate and, you know, we'll do everything we can to
0110
1    keep them off the counties.
2             SEN. WEST:  So you're telling county
3    officials there are no unfunded mandates coming from
4    this bill?
5             SEN. FRASER:  I didn't say that.
6             SEN. WEST:  So there may be unfunded
7    mandates coming from this bill?
8             SEN. FRASER:  Not advised.
9             SEN. WEST:  So let me back up.  And I want
10   to pursue this just a minute now.  You philosophically
11   are not for unfunded mandates.  Right?
12            SEN. FRASER:  That's a correct statement.
13            SEN. WEST:  That is a correct statement.
14   And you, by your action in previous legislatures, have
15   made certain that you have not passed any bills that
16   would provide for unfunded mandates on the counties.
17   Right?
18            SEN. FRASER:  I have made an effort not to
19   vote, if possible.
20            SEN. WEST:  Okay.  Now, in this particular
21   bill, it is your objective to make certain that there
22   are no unfunded mandates on any county in this entire
23   state.  Is that correct?
24            SEN. FRASER:  I'm not advised.
25            SEN. WEST:  You're not advised as to what
0111
1    your objective is?
2             SEN. FRASER:  No.  My philosophy is that I
3    do everything I can trying to keep any unfunded
4    mandates.  I'm not advised of how they would be
5    impacted.
6             SEN. WEST:  All right.  So you can't tell

7  county officials that there are not unfunded mandates in
8  this bill?
9           SEN. FRASER:  Well, as you know, a lot of
10 times there's unintended consequences, and we don't know
11 until it's passed, the impact.
12          SEN. WEST:  It was your bill, though.
13 This is your bill.  You don't know --
14          SEN. FRASER:  My bill says that --
15          SEN. WEST:  I'm just --
16          SEN. FRASER:  -- when you walk into the --
17          SEN. WEST:  I'm just trying to find out
18 whether or not county officials are going to have to
19 pick up any of the cost in terms of putting this bill
20 into effect.  You tell me.  Tell the county officials
21 that there are no unfunded mandates in this bill.  Tell
22 them.
23          SEN. FRASER:  I'm not advised.
24          SEN. WEST:  So what you're telling county
25 officials, that you're not advised as to whether or not
0112
1  there is any unfunded mandates in this bill.  Correct?
2           SEN. FRASER:  I'm sure that there's
3  probably an expert witness coming.  You probably can ask
4  a question.  Someone, or someone may be coming to
5  testify about that, but --
6           SEN. WEST:  All right.  Let's talk about
7  expert witnesses.  Did you ask for the fiscal note in
8  this bill?
9           SEN. FRASER:  I'm sorry?
10          SEN. WEST:  Did you ask for the fiscal
11 analysis in this bill -- the fiscal note?
12          SEN. FRASER:  No.  I think the committee
13 chairman did.  I believe the -- there is a fiscal note
14 requested.  I did not request it.
15          SEN. WEST:  Did you review the fiscal
16 note?
17          SEN. FRASER:  The fiscal note was handed
18 to me.  I read the fiscal note.  I guess reviewing it,
19 yes, I read it.
20          SEN. WEST:  Okay.  Go to the local
21 government impact section of it, Page 2 of 3, down at
22 the bottom.
23          SEN. FRASER:  Yes.
24          SEN. WEST:  Okay.  Second paragraph,
25 "According to Texas Association of Counties, Tarrant
0113
1  County anticipated a one-time cost to reprint
2  provisional balloting materials and provides new
3  notices, of $8,000.  Bexar County stated that due to
4  limited space on current registration certificate, large
5  cards would be necessary, resulting in additional costs
6  for cards, printing and postage of $381,000," et cetera.
7           Is that a cost that is going to be picked
8  up by the state or is that going to be a cost that's

9   going to be occasioned by the counties?
10          SEN. FRASER:  Senator, you're on the
11  Finance Committee.  You helped with proposing the draft
12  bill, and then you will be voting on the bill coming out
13  of the committee that you send to us, so I think you
14  would be better to answer that.  My job is to pass the
15  bill.  The implementation of the bill, then, and the
16  cost will have to be considered by the Finance
17  Committee.
18          SEN. WEST:  So let me make sure that I
19  understand this, then.  The answer to that question is,
20  you don't know.  So if we don't appropriate that
21  money -- that being the Legislature doesn't appropriate
22  that money -- then that's an unfunded mandate.  Correct?
23          SEN. FRASER:  My job is to bring the bill
24  forward, put it before the membership, advise what the
25  bill will do.  And then if there's a fiscal impact --
0114
1           SEN. WEST:  Advise what the bill will do?
2           SEN. FRASER:  The bill is going --
3           SEN. WEST:  Is that your job?  Didn't you
4   just say part of your job is to advise what it will do?
5           SEN. FRASER:  Yes.  What it's going to do
6   is that when you walk into --
7           (Simultaneous discussion)
8           SEN. WEST:  So I'm asking you --
9           SEN. FRASER:  -- in Oak Cliff and want to
10  vote, you're going to have to show your smiling face --
11          SEN. WEST:  And I'm asking what it will
12  do.  I'm asking what it will do in terms of unfunded
13  mandates right now.
14          SEN. FRASER:  Not advised about unfunded
15  mandates.
16          SEN. WEST:  Not advised.  So where will
17  the counties get this money under the local impact --
18          (Simultaneous discussion)
19          SEN. FRASER:  And I think that's going to
20  be your responsibility as a member of Finance.
21          SEN. WEST:  Do you know -- then let me ask
22  this question.  Do you know where the county will get
23  the money from, counties will get that money from?
24  Under the local government impact, do you know where the
25  counties will get that money from?
0115
1           SEN. FRASER:  You're asking me a question.
2   No, I do not know --
3           SEN. WEST:  Okay.  Thank you.  Now, as it
4   relates to -- this bill, plus the costs that we don't
5   know, you've said repeatedly that it's going to cost at
6   least $2 million.  And we know, based on the fiscal
7   note, that there's still some undetermined cost.
8           SEN. FRASER:  I have not said one time
9   that it's going to cost $2 million.  I've said there is
10  a fiscal note that has been projected, but there are

11   dollars in the HAVA fund, federal funds, that are
12   setting in the Secretary of State's office that far
13   exceed that number.  And I think the Secretary of State
14   probably will let us know what that is.  So there is a
15   pot of money there that we believe will help offset some
16   of the associated expenses.  I do not believe the cost
17   will be $2 million.
18           SEN. WEST:  Now, the HAVA funds, is that
19   general revenue or is that federal funds?
20           SEN. FRASER:  Federal funds.
21           SEN. WEST:  Okay.
22           SEN. FRASER:  And I believe I'm right, but
23   again, I would ask that question of the Secretary of
24   State if I were you.
25           SEN. WEST:  Okay.  Well, as it relates to
0116
1    general revenue, now, as I understand and as I've used
2    the term "general revenue" over the last 17 years I've
3    been here -- and maybe Senator Ogden or someone else on
4    the Finance Committee can correct me if I'm wrong --
5    general revenue basically means state funds -- right --
6    monies that we get from state --
7           SEN. FRASER:  You are the member of
8    Finance.
9           SEN. WEST:  Well, let me -- general
10   revenue -- okay.  Well, then, take my word for it;
11   that's what it means.  It means monies that we receive
12   from tax revenues in the State of Texas, not HAVA funds
13   but revenues from taxes and revenues that are -- and
14   sources of revenues that we get from citizens in the
15   State of Texas.  And that's what this deals with, it is
16   specifically general revenue-related funds, not HAVA
17   funds.  HAVA funds are federal funds.  So let's make
18   sure -- in terms of my questions, that's the distinction
19   that I'm making.
20           SEN. FRASER:  Well, the distinction you're
21   not making is that if the HAVA funds are not available,
22   yes, there would be a cost to the state.  But if HAVA
23   funds are available, it would offset that cost to the
24   state.
25           SEN. WEST:  Where do you see that in this
0117
1    fiscal note?
2           SEN. FRASER:  It's not in that.  That's
3    conversation --
4           SEN. WEST:  Then how are you making that
5    statement, if it's not in this fiscal note?  There's
6    nothing in the fiscal note that says that.
7           SEN. FRASER:  Mr. Chairman?
8           CHAIRMAN DUNCAN:  Senator Fraser.
9           SEN. FRASER:  Could I please enter into
10   the record -- this is information coming that is
11   addressing the questions he's talked about addressing
12   HAVA.  I would like to have this added as an exhibit,

TX_00000945
JA_000944
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000945

13   please.
14          CHAIRMAN DUNCAN:  Bring it forward to the
15   Secretary, if you would, and we'll need to --
16          SEN. WEST:  May we approach on it, Your
17   Honor -- Your Honor -- may we approach on it,
18   Mr. Chairman?
19          CHAIRMAN DUNCAN:  You may.
20          (Brief pause)
21          SEN. FRASER:  Mr. President?
22          CHAIRMAN DUNCAN:  Senator Fraser, if
23   you'll hold on just a minute.  I'm going to allow --
24   we're already premarked a couple of exhibits.  And so
25   just in order to keep the record flowing correctly, I'm
0118
1   going to recognize Sen. Van de Putte at this point to
2   introduce a motion in writing.
3          Senator Van de Putte.
4          SEN. VAN de PUTTE:  Thank you,
5   Mr. Chairman.  And thank you, Chairman, and the bill
6   author, to yield so that I can move that all actions
7   taken by the Senate on the 81st Legislature on Senate
8   Bill 362, as contained in the official Senate Journal,
9   be included in the record as Exhibit 2.  The Senate
10   Journal excerpts shall include motions, remarks, written
11   responses, exhibits and any other material directly
12   related to Senate Bill 362.
13          Mr. Chairman, I move this motion in
14   writing.
15          CHAIRMAN DUNCAN:  Members, you've heard
16   the motion.  Is there any objection?
17          The Chair hears none.  Exhibit 2 will be
18   received into the record.
19          (Exhibit No. 2 marked and admitted)
20          CHAIRMAN DUNCAN:  Now, Senator Fraser,
21   you're recognized on Exhibit 3, I believe.
22          SEN. FRASER:  And, members, just to
23   clarify, what we're entering here is the answer to the
24   question that we've been discussing.  It is a letter
25   from the Secretary of State, Hope Andrade, saying that
0119
1   the $2 million we're discussing, there is sufficient
2   HAVA funds allocated to voter education and poll worker
3   training that would cover this expense that is
4   available.
5          Also, in addition to your question, we
6   have been advised by other counties saying they do not
7   expect more than a nominal cost for counties, existing
8   staff and resources should be sufficient to implement
9   the new law.
10          And I would request this be entered into
11   the record.
12          CHAIRMAN DUNCAN:  Members, Senator Fraser
13   sends up Exhibit No. 3.  It will be received into the
14   record.

TX_00000946
JA_000945
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000946

15          (Exhibit No. 3 marked and admitted)
16          CHAIRMAN DUNCAN:  Senator Fraser, you
17  still have the floor.  Senator West, Senator has yielded
18  to you for questions.
19          And before we do that, before we do that,
20  let me make an announcement.  We typically adjourn 30
21  minutes ahead of session in order to allow the sergeants
22  and secretary to prepare for the Senate session.  So at
23  10:30, I'll recognize a member on a motion to rise and
24  report progress.  So if you can watch the clock.  It
25  doesn't mean we're going to cut you off, it just means
0120
1  at that point in time, we'll have to cease until we
2  finish the SENE session.
3          SEN. WEST:  Thank you, Mr. Chairman.
4          Senator Fraser?
5          SEN. FRASER:  Yes.
6          SEN. WEST:  Okay.  So you've admitted this
7  as part of the record.  So these are federal funds and
8  not general revenue.  Is that correct?
9          SEN. FRASER:  No.  Those are federal
10  funds, as I understand it, yes.
11          SEN. WEST:  It's not general revenue?
12          SEN. FRASER:  Yes.
13          SEN. WEST:  Okay.  And the certainty of it
14  is still up in the air.  Based on this document from the
15  Secretary of State, they still have to confirm that the
16  funds can, in fact, be used for this particular purpose?
17          SEN. FRASER:  That is correct, and that's
18  what I advised earlier, is that HAVA has said until the
19  passage of the bill, they would not rule, but the funds
20  have been used before in Indiana and Georgia, and it is
21  expected that we will be able to use them here.
22          SEN. WEST:  Okay.  Now, you had made
23  mention also that you've talked to some other counties
24  and that there won't be any unfunded mandates on those
25  counties?
0121
1          SEN. FRASER:  You didn't read the rest of
2  the fiscal note, is that Comal County reported the costs
3  associated with the provision would be absorbed within
4  existing revenues.  You gave one example, but I think
5  most of the counties expect this to be a nominal cost
6  and that they have existing staff and resources --
7          SEN. WEST:  And then --
8          SEN. FRASER:  To handle this.
9          SEN. WEST:  I'm sorry.  You said most of
10  the counties.  You've given examples of three.  You said
11  most of the counties.  Is --
12          SEN. FRASER:  Do you have evidence from
13  others?  I --
14          SEN. WEST:  There's 254 counties, and
15  you've just made a statement that most of the counties
16  have said they can absorb it within their normal --

17          SEN. FRASER:  I said I do not expect it to
18  be more than a nominal cost.
19          SEN. WEST:  But otherwise -- now Bexar
20  County is saying it's going to be over $380,000.  That's
21  not a nominal cost, is it?
22          SEN. FRASER:  Well, I guess that's
23  something you should consider in the Finance Committee.
24  They have a huge budget, and in --
25          SEN. WEST:  Who has a huge budget?
0122
1          SEN. FRASER:  The large counties.
2          SEN. WEST:  I'm sorry?
3          SEN. FRASER:  The large counties.
4          SEN. WEST:  They have huge budgets?
5          SEN. FRASER:  Yes.  And you will have to
6  make that decision.
7          SEN. WEST:  They don't have budget
8  shortfalls in large counties?
9          SEN. FRASER:  If I were you, then I would
10  discuss that with the chairman --
11          SEN. WEST:  But the reality is, the
12  reality is, is that if -- and I won't belabor the
13  point -- the reality is, if those counties will have to
14  fund this out of existing revenue from their budgets,
15  it's going to be an unfunded mandate on them if the
16  state does not appropriate the money.  Is that correct?
17          SEN. FRASER:  Yes.  It is expected that it
18  will be a nominal cost for counties.  Existing staff and
19  resources should be sufficient to implement the new law.
20          SEN. WEST:  And where are you getting that
21  from?
22          SEN. FRASER:  From the sheet here.  If
23  you'll follow, Comal County reported the cost associated
24  with the provision of the bill should be absorbed within
25  existing revenues.
0123
1          SEN. WEST:  But that's Comal County.
2  That's not Travis County, that's not Harris County,
3  that's not Bell County or any of the other counties.
4  That's Comal County.  Comal County is not indicative of
5  all of the counties in the State of Texas, is it?
6          SEN. FRASER:  I think what you should do,
7  then, is get 254 counties, if you'll call them all and
8  get that number and --
9          SEN. WEST:  Okay.  Well, I mean, it's your
10  bill.
11          (Simultaneous discussion)
12          SEN. FRASER:  -- Finance.
13          SEN. WEST:  And the reality is, if it's an
14  unfunded mandate, you're responsible for it if this bill
15  passes.  Now, let me ask you this:  The $2 million, the
16  $2 million that you're talking about, if it does not
17  come from HAVA funds, then it's going to have to come
18  from general revenue.  Is that correct?

19          SEN. FRASER: I'm not advised. I'm not a
20    member of Finance; you are. And I think that would be a
21    decision of Finance.
22          SEN. WEST: Let's talk about just sections
23    of the bill. Specifically, the issue concerning -- and
24    I think you and Senator Davis have gone over this. And
25    I'm on page, in Section 7 of the bill, specifically (c)
0124
1    and (d). Let me know when you're with me on it.
2          SEN. FRASER: What page are you on?
3          SEN. WEST: I'm in Section 7 of the bill.
4          SEN. FRASER: That's Section 11.
5          Six, 7. Okay. Got it. Okay.
6          SEN. WEST: Okay. As relates to -- let's
7    talk about the election officer. Now, what's the
8    definition of the election officer?
9          SEN. FRASER: That would be a good
10    question to the Secretary of State.
11          SEN. WEST: So you don't know what an
12    election officer is?
13          SEN. FRASER: I've got a witness, you
14    know, an expert witness coming in that -- you know, I
15    think I do, but it would be improper for me to answer.
16    I've got an expert person you can ask.
17          SEN. WEST: Let me ask this: Did you rely
18    on the Secretary of State's office in helping to draft
19    this bill?
20          SEN. FRASER: We have had a lot of
21    discussion with the Secretary of State's office over the
22    last three years in the process of drafting bills.
23          SEN. WEST: So you don't know what an
24    election officer is?
25          SEN. FRASER: I didn't say I don't know
0125
1    what the election officer is. But the Secretary of
2    State is coming, and it would be improper for me to
3    answer that if we have an expert witness that can answer
4    it, you know, for sure.
5          SEN. WEST: So it would be improper for
6    you to answer what an election officer is?
7          SEN. FRASER: No. We've got an expert
8    witness that would be the better person to ask.
9          SEN. WEST: Okay. In terms of what an
10    election officer is in your bill. Okay.
11          As it relates to Section (d), you say
12    that, "If the voter's name is on the precinct list of
13    registered voters and the voter's identity can be
14    verified from the documentation presented under
15    Subsection (b), the voter shall be accepted for voting."
16    But if, indeed -- and the election officer is to make
17    that determination. Is that correct?
18          SEN. FRASER: Again, that's a great
19    question to ask the Secretary of State's office.
20          SEN. WEST: How does your bill work? Tell

TX_00000949
JA_000948
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000949

21  us how your bill works.
22          SEN. FRASER:  You know, it's a --
23          (Simultaneous discussion)
24          SEN. WEST:  I mean, would that be a great
25  question to ask the Secretary of State?
0126
1           SEN. FRASER:  It's a great concept.  You
2  walk in in Oak Cliff to vote.  And if you're in the
3  right precinct and your name is on the list and you pull
4  out your driver's license and you show it to them and
5  your smiling face on your driver's license matches
6  you --
7           SEN. WEST:  Well, let me --
8           SEN. FRASER:  -- I think they're going to
9  hand you a ballot and allow you to vote.
10          SEN. WEST:  Then let me ask you this:  My
11  last name is spelled W-e-s-t.  Suppose there's some
12  typographical error where they spelled it W-e-s, but
13  it's me.  I have an ID, but my name is misspelled.  What
14  happens then?  I have to vote a provisional ballot?
15          SEN. FRASER:  I think that would be a good
16  question for the Secretary of State, because I think
17  they will cover that in the training with the election
18  officials you're discussing.
19          SEN. WEST:  What is your, intent, Senator?
20          SEN. FRASER:  My intent is that the
21  Secretary of State would make a ruling on that.
22          SEN. WEST:  Under those circumstances,
23  what would be your intent, as the author of this bill?
24  If my name is W-e-s-t but there is a typographical error
25  someplace and it's W-e-s, what is the intent.  Give the
0127
1  record your intent as the author of this bill.
2           SEN. FRASER:  My intent, as the author of
3  the bill, is that I'm going to give the authorization to
4  the Secretary Of State to make a ruling and train the
5  poll workers so that it would be clear that they're
6  allowing the proper person to vote.
7           SEN. WEST:  They're allowing the proper
8  person to vote.  So in that circumstance, would it be up
9  to the election officer there to determine whether I'm
10  the same person --
11          SEN. FRASER:  I think it would be up to
12  the Secretary of State --
13          SEN. WEST:  Let me finish; let me finish.
14          -- whose last name is W-e-s, but my
15  identification says W-e-s-t, and I'm presenting that, it
16  would be up to that election worker.  Right?
17          SEN. FRASER:  I think that would be a
18  great question to ask the Secretary of State.
19          SEN. WEST:  But what's your intent,
20  though?  I'm just asking your intent.  I can't ask the
21  Secretary of the Senate what's your -- I mean, Secretary
22  of State what your intent is.

TX_00000950
JA_000949
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000950

23        SEN. FRASER:  I intend to --
24        (Simultaneous discussion)
25        SEN. WEST:  You've got to manifest your
0128
 1  intent so the Secretary of State will know, have some
 2  guidance in terms of how this bill should be
 3  implemented.  Don't you agree, as the author of the
 4  bill?
 5        SEN. FRASER:  My intent is to give the
 6  Secretary of State the authorization to determine the
 7  rules, train the poll workers.  They would make a
 8  determination on that.
 9        SEN. WEST:  So the poll worker in this
10  instance would be the election officer?  I have to ask
11  the Secretary of State?
12        SEN. FRASER:  You need to ask the
13  secretary of State.
14        SEN. WEST:  Okay.  Poll workers, let's
15  talk about poll workers.  How much do we pay poll
16  workers?
17        SEN. FRASER:  That would be a good
18  question to ask the Secretary of State.
19        SEN. WEST:  Okay.  What's the minimum
20  wage?  I would ask the Secretary of State?
21        SEN. FRASER:  What does that have to do
22  with this bill?
23        SEN. WEST:  I mean, I'm just trying to
24  understand exactly how much we pay our poll workers.
25        SEN. FRASER:  Again, Senator, you're
0129
 1  asking the question.  I would suspect probably poll
 2  workers may be paid different from one county to
 3  another.  And it's an area -- I think that that's a good
 4  question of the Secretary of State.
 5        SEN. WEST:  Okay.  Now, you keep referring
 6  to the Secretary of State.  But in the bill analysis,
 7  doesn't it also say that this bill does not expressly
 8  grant any additional rulemaking authority to the state
 9  office -- to a state officer, institution or agency?
10  Does it say that?  Do I have to ask the Secretary of
11  State about that also?
12        SEN. FRASER:  Senator, I'm sorry.  I'm not
13  advised.  I do not have a bill analysis.  Do you have
14  one in front of you you would like show me?
15        SEN. WEST:  I do.  Look under "Rulemaking
16  Authority."
17        SEN. FRASER:  We don't have it.
18        SEN. WEST:  You don't have a -- okay.  In
19  the bill analysis, what it says is that this bill does
20  not expressly grant any additional rulemaking authority
21  to a state officer, institution or agency?
22        SEN. FRASER:  Isn't that standard language
23  that's put on every bill?
24        SEN. WEST:  I don't know.  But what I'm

25  asking you is --
0130
1            SEN. FRASER:  You don't know?
2            SEN. WEST:  -- given the fact that you are
3  deferring everything to the Secretary of State, are you
4  going to put some additional language in the bill that
5  provides the Secretary of State some additional
6  rulemaking?
7            SEN. FRASER:  I think the key word there,
8  this does not provide any additional.  I think it's
9  assumed that the Secretary of State has that ability
10  under current ability we've given the Secretary of
11  State.
12            SEN. WEST:  Let me ask this, Senator
13  Fraser.  Okay.  All right.  You can't give me what your
14  intent is in that situation.  I'll just take that for
15  granted.
16            You have made reference to the Carter-
17  Baker Commission and recommendations.  Is that correct?
18            SEN. FRASER:  I want to make an
19  observation here for Senator Whitmire.  If you'll look
20  up, it is filling up, so there must be someone concerned
21  about the legislation we're talking about.
22            What was the question?
23            SEN. WHITMIRE:  Lubbock.
24            SEN. FRASER:  While Senator West gathers
25  himself, I'll tell you that those are the great people
0131
1  from West Texas, the City of Lubbock.  And they are
2  great voters and very concerned.  And I've seen the
3  polling data that shows that West Texas was the highest
4  percentage of people that believe that they should show
5  their ID whenever they show up to vote.  I'm really glad
6  to have them at my back.
7            Go ahead.
8            SEN. WEST:  Do I need to ask the Secretary
9  of State about that, too, or what?
10            SEN. FRASER:  You could.  These people
11  respect the opinion of the Secretary of State, and they
12  probably have already asked.
13            SEN. WEST:  Okay.  Senator Fraser, a
14  couple of things.  As it relates to the Carter-Baker
15  Commission, you've talked about the recommendations, and
16  you are following the recommendations that came out of
17  that commission.  Is that correct?
18            SEN. FRASER:  No.  I filed a piece of
19  legislation that I believe will be approved by the U.S.
20  Supreme Court and will be cleared by the Department of
21  Justice.
22            SEN. WEST:  Okay.  Let me ask you this:
23  Have you made mention of the Carter-Baker Commission?
24            SEN. FRASER:  I have made references a
25  couple of times of things that they mentioned in their
0132

TX_00000952
JA_000951
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000952

1  report.
2          SEN. WEST:  Of the recommendations that
3  they mentioned, did you incorporate any of those in your
4  bill?
5          SEN. FRASER:  My bill is a bill I believe
6  that will be approved by the U.S. Supreme Court and be
7  approved by the Department of Justice and will --
8          SEN. WEST:  So the answer to the question
9  is what?  Did you incorporate any of the recommendations
10  from the Carter-Baker Commission in your bill?
11          SEN. FRASER:  The bill that we're filing
12  is a bill that I believe will be approved by the U.S.
13  Supreme Court and be approved by the Department of
14  Justice.
15          SEN. WEST:  So the answer to the question
16  is?
17          SEN. FRASER:  That we're filing a bill
18  that's going to be approved by the U.S. Supreme Court.
19          SEN. WEST:  Well, that wasn't the question
20  asked.  The question asked, did you incorporate any of
21  the recommendations in the Carter-Baker Commission in
22  your bill?  That was the question I asked.
23          SEN. FRASER:  I read the Carter-Baker
24  report.  And you know, obviously, I'm aware of the
25  things they're recommending.  But the bill that I've
0133
1  drafted is based on the fact that whenever you walk in
2  to vote, I want you to show an ID proving you are who
3  you say you are, and I believe that bill will be
4  approved by the U.S. Supreme Court.
5          SEN. WEST:  So you don't know whether you
6  did or not.  Is that the answer to my question?
7          SEN. FRASER:  My answer is, the bill that
8  we filed, that we brought forward, is a bill that
9  clearly says that whenever you vote, you need to show
10  your ID, and I believe that bill will be approved by the
11  U.S. Supreme Court.
12          SEN. WEST:  Was that one of the
13  recommendations of the commission?
14          SEN. FRASER:  I'm not advised.
15          SEN. WEST:  But you made reference to it
16  as a predicate for why this particular bill --
17          SEN. FRASER:  No.  I made a reference to
18  comments that were made by the Carter-Baker Commission.
19          SEN. WEST:  What were those comments that
20  you made?
21          SEN. FRASER:  If you want to go over it
22  again, I can do my opening statement again if you would
23  like.
24          SEN. WEST:  No, just the comments from the
25  Carter-Baker Commission.
0134
1          SEN. FRASER:  Carter-Baker Commission,
2  bipartisan -- Carter-Baker Commission affirms the

3   danger.  Elections are at the heart of the democracy.
4   "Americans are losing confidence in the fairness of
5   elections, and while we do not face a crisis today, we
6   need to address the problems of our electoral system."
7           The Carter-Baker Commission concluded at
8   the end of the day, there's considerable national
9   evidence of in-person voter fraud.  And regardless of
10  whether one believes that voter impersonation is
11  widespread or relatively rare, there can be no serious
12  dispute that it is a real effect, can be substantial
13  because, in a close election, even a small amount of
14  fraud could make a margin of difference.
15          SEN. WEST:  Okay.
16          SEN. FRASER:  That was my reference to the
17  commission.
18          SEN. WEST:  Okay.  Did they also
19  recommend, though, that we should use some sort of
20  mobile strategy, mobile strategy in order to get
21  vehicles out to different locations to --
22          SEN. FRASER:  I didn't reference that.
23          SEN. WEST:  No.  I said did they also
24  recommend that, though?
25          SEN. FRASER:  I'm sorry.  I'm not advised.
0135
1   I didn't reference that.
2           SEN. WEST:  Okay.  But if they did make a
3   recommendation that we should do everything we can to
4   make certain people are registered to vote, you would
5   support that, wouldn't you?
6           SEN. FRASER:  The bill I'm filing, that
7   I'm filing today --
8           SEN. WEST:  No.  That's not --
9           SEN. FRASER:  -- very clearly says that I
10  think it will be approved by the U.S. Supreme Court and
11  approved by the Department of Justice.
12          SEN. WEST:  And we need to ask the
13  Secretary of State.  Okay.  I understand that.  But what
14  I'm asking is, you would agree that if we are trying to,
15  quote unquote, purify our election process, that we
16  should do everything we can in order to make certain
17  people are registered to vote.  Wouldn't you agree with
18  that?
19          SEN. FRASER:  I think probably when the --
20          SEN. WEST:  Well, you would not agree with
21  that?
22          SEN. FRASER:  If you'll allow me to make a
23  statement.
24          SEN. WEST:  Sure.
25          SEN. FRASER:  I think when DPS comes up, I
0136
1   think there's going to be a lot of discussion about what
2   can they do in the form of either making it easy for
3   people to sign up and/or even, maybe even a temporary
4   van for an area that Senator Uresti had talked about in

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

5  far West Texas.  Those people that are, you know,
6  100 miles from the nearest location, maybe there's a way
7  to accommodate that.  So I think the answer to your
8  question is, I'm anxious to hear the response of the
9  Department of Safety of what they're either able and/or
10  willing to do.
11          SEN. WEST:  And let's assume that they are
12  able and willing to do more than your bill permits.
13  Would you support an amendment that would enable them to
14  do what they're able to do in order to --
15          SEN. FRASER:  Have you prefiled that
16  amendment and have I had a chance to look at it?
17          SEN. WEST:  No.  I'm asking you a question
18  right now.
19          SEN. FRASER:  And I'm asking you, have you
20  filed your amendment?
21          SEN. WEST:  Well, you basically said, sir,
22  that you have to wait -- we have to wait until you hear
23  their testimony before we can make a determination as to
24  whether or not they're --
25          SEN. FRASER:  No, I can't tell you --
0137
1          SEN. WEST:  Well, let me finish; let me
2  finish, please.  Let me finish.
3          What you just said a second ago is, is
4  that you want to defer to the Department of Public
5  Safety to make a determination as to whether or not
6  there are things that they can do in order to make
7  certain they're doing the outreach that's necessary to
8  accommodate just some of the concerns that senator
9  Uresti had.
10          SEN. FRASER:  I didn't say that at all.  I
11  said --
12          SEN. WEST:  What did you say?
13          SEN. FRASER:  -- I'm anxious to hear their
14  testimony when they're asked and their response of what
15  they are able, capable of doing for that.  And then once
16  you do that, if you want to offer an amendment, I will
17  look at every amendment offered.  If you'll got one, you
18  need to go ahead and file it.
19          SEN. WEST:  Let me give you a
20  hypothetical, then.  If the Department says that they
21  can do much more than your bill currently allows them to
22  do, would you support an amendment that would give them
23  the resources or give them the rulemaking authority to
24  be able to do the outreach?
25          SEN. FRASER:  I'm probably not going to
0138
1  work in hypotheticals right now.  Let's wait until we
2  hear from them.  Then we'll determine that.
3          SEN. WEST:  Okay.  Well, I'm going to make
4  sure and I'll put that down.
5          I want to talk about seniors just for one
6  second.  How did you come up with 70 years old?  Well,

7 hold on. Let me ask you this: Is there a definition, a
8 federal definition under any of our laws, U.S. laws or
9 either state laws, that defines a senior citizen?
10          SEN. FRASER: It was really actually a
11 very complicated system that we came up with this. It
12 actually was recommended by a democratic member that
13 said, "If you'll put that in the bill, that would help
14 five or six of us vote for the bill." So that was
15 recommended originally to be put in the bill. But the
16 answer to your question is, I'm 61 years old, and I
17 think you're just about as old as I am.
18          SEN. WEST: No, I'm younger; I'm younger
19 than you are. I'm younger.
20          SEN. FRASER: Oh, you're 60 -- 59?
21          SEN. WEST: I'm younger than you are.
22          SEN. FRASER: How old are you, sir?
23          SEN. WEST: I'm 58 years old.
24          SEN. FRASER: Okay. Of the people
25 (laughter) --
0139
1          SEN. WEST: Ask the Secretary. We're not
2 going to --
3          SEN. FRASER: I want to see your photo ID.
4          SEN. WEST: Ask the Secretary.
5          SEN. FRASER: I need a photo ID.
6          SEN. WEST: Got to ask the Secretary.
7          SEN. FRASER: And here, this is a good
8 observation. I live in an area, a retirement community,
9 and I know a lot of the people in that area. And the
10 people that are my age, that are 61 up to 65 up to 70, I
11 think are still very, very capable. It is not an
12 inconvenience on them. There's a lot of people that are
13 70 --
14          SEN. WEST: And what community?
15          SEN. FRASER: You want me to answer the
16 question?
17          SEN. WEST: I just didn't hear. You said
18 you lived in a retirement --
19          SEN. FRASER: I live in an area where
20 there's a lot of retired people.
21          SEN. WEST: People. Okay.
22          SEN. FRASER: Yes, like myself.
23          SEN. WEST: Yes.
24          SEN. FRASER: Those people that I know,
25 people that are up to that age, it would not be an
0140
1 inconvenience for them, and they're still very, very
2 active. Actually, I've got numerous people that I play
3 golf with often that are above 70 and up to 80. So,
4 actually, the number probably could have been higher,
5 but that number we thought was a fair number and
6 represented a number that we could offer up as a very
7 fair number for an exception to this bill.
8          SEN. WEST: Let me make sure I understand

TX_00000956
JA_000955
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000956

9   your answer to that question.  You're saying that the
10  age 70 is predicated on people that you know that live
11  in your community?
12          SEN. FRASER:  It is predicated by a
13  democrat member offering me that up as a number, that if
14  we would put that in the bill, there would be five or
15  six Democrats that would vote for the bill.  That's the
16  answer to my question.
17          SEN. WEST:  Okay.  But you added a lot of
18  other stuff after that.  What was all that other stuff?
19          SEN. FRASER:  The other stuff was the
20  people that I know that are capable of that.  Now, if
21  someone is not capable, we are not changing the mail-out
22  ballot procedures.  And that anyone for some reason that
23  could not vote in person would be allowed to vote like
24  they do today.
25          SEN. WEST:  Don't you think that a better
0141
1   definition would be 65?  Why wouldn't you use 65?  And
2   let me give an example.
3           In the Human Resource Code, elderly person
4   means a person 65 years of age or older.  Why wouldn't
5   we use that as an age?  Our Penal Code uses elderly
6   individual means a person 65 years of age or older.  Our
7   Utility Code means an individual who is 60 years or
8   older.  Our Human Resource Code means an elderly person,
9   means a person who 60 years or older.  And now we're
10  going to have our election code basically saying a
11  person of 70 years or older.  Don't you think -- I'm not
12  going to vote for your bill anyway, but just in case.
13          SEN. FRASER:  You actually were one of the
14  ones that was asking if I would put it in the bill.
15          SEN. WEST:  No, no, no, no, no, no, no,
16  no.  Let's get it straight.  I didn't ask you that --
17  okay? -- for the record.  Okay?  I didn't ask you that.
18          SEN. FRASER:  Okay.
19          SEN. WEST:  But if you're going to put it
20  in there, it seems as though you should have one of a
21  consistent definition with some of the other statutes.
22  You're making an elderly individual for voting purpose
23  more onerous than it is under these other statutes, like
24  in our Penal Code where it says an individual -- elderly
25  person is 65 years old.
0142
1           SEN. FRASER:  I actually believe that the
2   number probably could easily be higher, because --
3           SEN. WEST:  So you would make it 80 years
4   old?
5           SEN. FRASER:  I'm sorry?
6           SEN. WEST:  You would make it 80 years old
7   for election purposes?
8           SEN. FRASER:  I'm saying when I'm 80, I
9   still believe I'll be able to get in the car, go down
10  and get my ID and be able to vote.

11          SEN. WEST:  But, see, you're assuming that
12  all elderly people have cars.
13          SEN. FRASER:  If they don't, they can vote
14  by mail.
15          SEN. WEST:  But you're assuming that they
16  all have cars and that they'll be able to do everything
17  that you'll be able to do at the age of 80.  And I'm
18  pretty certain you will be able to do it given, you
19  know, the things that you do to keep yourself in shape
20  and everything.
21          But I don't think we should be building
22  that definition based on how you perceive yourself and
23  people in your neighborhood.  The fact of the matter is,
24  you're more affluent than most other people in the State
25  of Texas.  And if you're going to build a definition, I
0143
1  think what you need to look at is what the average
2  elderly person in the State of Texas, you know, is and
3  the means that they have.
4          SEN. FRASER:  And, Senator, I think, you
5  know, if you're going to consider that, you've got to
6  think about how things have changed.  When my parents
7  were 65, they were old.  Things have changed a lot with
8  diet and exercise, and people are changing what they can
9  do.
10          People that are 70 or 75 or 80 are still
11  very, very active today, and I think it's a very fair
12  number.  Now, I feel very comfortable that you're
13  probably going to offer an amendment, raising -- or
14  changing that number.  And I think probably, if the
15  members of the body, you know, could help us decide
16  that, I think -- myself, I believe that 70 is a very
17  fair number --
18          SEN. WEST:  Let me --
19          SEN. FRASER:  -- exception.
20          CHAIRMAN DUNCAN:  Senator West --
21          SEN. WEST:  Yes.
22          CHAIRMAN DUNCAN:  -- if I might
23  interrupt -- and I don't want to -- we can continue with
24  your line of questions when we reconvene as a Committee
25  of the Whole.  It's 20 till.  We've gone 10 minutes over
0144
1  what we previously announced.  Would you have any
2  objection if we could continue the dialogue after
3  session?
4          SEN. WEST:  No objection.
5          CHAIRMAN DUNCAN:  Okay.  Very good.  Why
6  don't we go ahead and do that.  Before we do that, let
7  me ask the body if you would, please, if you have
8  amendments that you would wish to -- we're not putting a
9  deadline on amendments, but it will help us if you can
10  deliver your amendments as soon as possible to Jennifer
11  Fagan who is the State Affairs Committee Director, and
12  we will try to collate them and make sure that there are

13   not conflicting amendments.  And if you'll do that as
14   soon as possible, that will be helpful.
15          There are a number of people that are on
16   queue to be recognized, and I will recognize them in
17   order that they're on queue.  Now we'll record that and
18   then start.  Senator Lucio will be first, Senator Van de
19   Putte, Senator Ellis, Senator Seliger, unless you're
20   just -- you're just on for the motion, so we'll take you
21   off center -- Wentworth.  He's just for the motion, so
22   we'll take him off.  And then, Senator Zaffirini, you
23   would be in queue at that point in time.  And then we'll
24   just start the queue.  Whenever we come back in, you can
25   go ahead and hit your button and we'll have the queue.
0145
1          Exhibits, too.  If you have exhibits that
2   you want to enter into the record so that we can make
3   sure we have an orderly transition of those exhibits,
4   would you go ahead and bring those forward, at least
5   during the interim time, so we can go ahead and number
6   them and have them available.  It's not absolutely
7   necessary that we introduce them in their chronological
8   order, but it does help have a cleaner record.
9          Finally, I want to remind you, we did have
10   a little talking over, so we've got to make sure we have
11   a clear record.  So please, in the future, remember to
12   speak one at a time.
13          Senator Zaffirini is recognized for an
14   announcement.
15          (Announcement by Senator Zaffirini)
16          CHAIRMAN DUNCAN:  Thank you, Senator.
17          The Chair recognizes Senator Seliger for a
18   motion.
19          SEN. SELIGER:  Mr. President, I move that
20   the Committee of the Whole Senate rise and report
21   progress.
22          CHAIRMAN DUNCAN:  Members, you've heard
23   the motion.  Is there objection?
24          Chair hears none.  It's so ordered.
25          (Recess:  10:43 a.m. to 12:38 p.m.)
0146
1              AFTERNOON SESSION
2          TUESDAY, JANUARY 25, 2011
3              (12:38 p.m.)
4          CHAIRMAN DUNCAN:  The Committee of the
5   Whole Senate will come to order.  The Secretary will
6   call the roll.
7              ROLL CALL
8          SECRETARY SPAW:  Birdwell?
9          SEN. BIRDWELL:  (Indicated presence)
10          SECRETARY SPAW:  Carona?
11          SEN. CARONA:  (Indicated presence)
12          SECRETARY SPAW:  Davis?
13          SEN. DAVIS:  (Indicated presence)
14          SECRETARY SPAW:  Deuell?

JA_000958

| | |
|---|---|
| 15 | SEN. DEUELL:  (Indicated presence) |
| 16 | SECRETARY SPAW:  Duncan? |
| 17 | CHAIRMAN DUNCAN:  (Indicated presence) |
| 18 | SECRETARY SPAW:  Ellis? |
| 19 | SEN. ELLIS:  (Indicated presence) |
| 20 | SECRETARY SPAW:  Eltife? |
| 21 | SEN. ELTIFE:  (Indicated presence) |
| 22 | SECRETARY SPAW:  Estes? |
| 23 | SEN. ESTES:  (Indicated presence) |
| 24 | SECRETARY SPAW:  Fraser? |
| 25 | SEN. FRASER:  (Indicated presence) |
| 0147 | |
| 1 | SECRETARY SPAW:  Gallegos? |
| 2 | SEN. GALLEGOS:  (Indicated presence) |
| 3 | SECRETARY SPAW:  Harris? |
| 4 | SEN. HARRIS:  (Indicated presence) |
| 5 | SECRETARY SPAW:  Hegar? |
| 6 | SEN. HEGAR:  (Indicated presence) |
| 7 | SECRETARY SPAW:  Hinojosa? |
| 8 | SEN. HINOJOSA:  (Indicated presence) |
| 9 | SECRETARY SPAW:  Huffman? |
| 10 | SEN. HUFFMAN:  (Indicated presence) |
| 11 | SECRETARY SPAW:  Jackson? |
| 12 | SEN. JACKSON:  (Indicated presence) |
| 13 | SECRETARY SPAW:  Lucio? |
| 14 | SEN. LUCIO:  (Indicated presence) |
| 15 | SECRETARY SPAW:  Nelson? |
| 16 | SEN. NELSON:  (Indicated presence) |
| 17 | SECRETARY SPAW:  Nichols? |
| 18 | SEN. NICHOLS:  (Indicated presence) |
| 19 | SECRETARY SPAW:  Ogden? |
| 20 | SEN. OGDEN:  (Indicated presence) |
| 21 | SECRETARY SPAW:  Patrick? |
| 22 | SEN. PATRICK:  (Indicated presence) |
| 23 | SECRETARY SPAW:  Rodriguez? |
| 24 | SEN. RODRIGUEZ:  (Indicated presence) |
| 25 | SECRETARY SPAW:  Seliger? |
| 0148 | |
| 1 | SEN. SELIGER:  (Indicated presence) |
| 2 | SECRETARY SPAW:  Shapiro? |
| 3 | SEN. SHAPIRO:  (Indicated presence) |
| 4 | SECRETARY SPAW:  Uresti? |
| 5 | SEN. URESTI:  (Indicated presence) |
| 6 | SECRETARY SPAW:  Van de Putte? |
| 7 | SEN. VAN de PUTTE:  (Indicated presence) |
| 8 | SECRETARY SPAW:  Watson? |
| 9 | SEN. WATSON:  (Indicated presence) |
| 10 | SECRETARY SPAW:  Wentworth? |
| 11 | SEN. WENTWORTH:  (Indicated presence) |
| 12 | SECRETARY SPAW:  West? |
| 13 | SEN. WEST:  (Indicated presence) |
| 14 | SECRETARY SPAW:  Whitmire? |
| 15 | SEN. WHITMIRE:  (Indicated presence) |
| 16 | SECRETARY SPAW:  Williams? |

TX_00000960
JA_000959
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000960

17              SEN. WILLIAMS:  (Indicated presence)
18              SECRETARY SPAW:  Zaffirini?
19              SEN. ZAFFIRINI:  (Indicated presence)
20              SECRETARY SPAW:  Lieutenant Governor
21 Dewhurst?
22              PRESIDENT DEWHURST:  (Indicated presence)
23              CHAIRMAN DUNCAN:  Quorum is present.
24              (Pause)
25
0149
1          QUESTIONS FROM THE SENATE FLOOR (CONTINUED)
2              CHAIRMAN DUNCAN:  Senator Fraser, are you
3 ready?
4              SEN. FRASER:  I am ready.
5              CHAIRMAN DUNCAN:  Senator West, you're
6 recognized to continue your questioning with Senator
7 Fraser.
8              SEN. WEST:  Yes, sir.  Thank you very
9 much.
10             SEN. FRASER:  And we're going to try it
11 without earphones.  See how that works.  I think I'm
12 good with you.
13             CHAIRMAN DUNCAN:  And if I could advise
14 both of you, I had some -- we had some concerns about
15 you were both talking at the same time on your last
16 dialogue.  So if each of you could remember that, and
17 I'll try to help you --
18             SEN. WEST:  Okay.
19             CHAIRMAN DUNCAN:  -- if you forget.
20             SEN. WEST:  All right.  Thank you.
21             Senator Fraser, I think, then, when we
22 were looking -- can I ask that the last question be read
23 back?
24             CHAIRMAN DUNCAN:  The -- probably not
25 because we have switched court reporter shifts and so --
0150
1              SEN. WEST:  I was just trying not to be
2 redundant on it.
3              And, Senator Fraser, if -- if I am being
4 redundant, we talked about --
5              SEN. FRASER:  You are being redundant.
6              SEN. WEST:  Okay.  I need to ask the
7 Secretary of State about that.
8              (Laughter)
9              SEN. WEST:  Wait a minute.  Hold on.  I'm
10 being redundant?
11             Senator Fraser, I think I was asking you
12 about the $2 million; and you had indicated that those
13 funds may very well come from the federal funds, but
14 we're not certain at this point.  And if they don't come
15 from federal funds, they will have to come from general
16 revenue, and we're at least -- the minimum amount is
17 about $2 million.  And I think that I mentioned to you
18 that the average teacher in the state of Texas makes

TX_00000961
JA_000960
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000961

19  about $48,000.
20          If we have to appropriate state funds in
21  order to fund this voter ID bill, it will cost a minimum
22  of $2 million, and that's the equivalent of about 40,000
23  teachers.  You do understand and appreciate that.  Is
24  that correct?
25          SEN. FRASER:  And I very much appreciate
0151
1   how valuable our schoolteachers are to the state of
2   Texas.  Without a doubt, I'm very, very aware of that.
3           And, again, the discussion we had prior to
4   us breaking, we believe very, very strongly that there
5   is sufficient funds in the Secretary of State's budget
6   from HAVA funds that would -- that the letter says they
7   have enough funds to cover this.  They are going to
8   request of the federal government.  It is not
9   unprecedented.  They have allowed that to be used
10  before, so we have every reason to believe it will be
11  done.  And so the discussion of whether that money would
12  deprive some -- the rest of the budget is speculative us
13  not knowing because we believe very strongly that --
14  that that money is going to be available.
15          SEN. WEST:  And this may very well be a
16  technical question for the Secretary of State.
17          If for some reason --
18          SEN. FRASER:  I would never refer anything
19  to --
20          SEN. WEST:  If for some reason the bill is
21  not precleared by Justice, will those HAVA funds be made
22  available?
23          SEN. FRASER:  I'm sorry.  That one I, for
24  sure, do not know the answer to that.  That would be a
25  great question for the Secretary of State.
0152
1           SEN. WEST:  For sure?
2           SEN. FRASER:  For sure.
3           SEN. WEST:  Okay.
4           SEN. FRASER:  I do not know the answer to
5   that question.
6           SEN. WEST:  Okay.  And we need to make
7   certain we do.  If -- would you support an amendment,
8   though, that basically says that if general revenue,
9   state revenue, had to be used in order to fund this
10  particular bill, that you would then delay the -- the
11  implementation of it?
12          And the reason I'm asking that is, surely
13  you don't want to take general revenue from our coffers
14  to fund voter ID when we may end up having to lay off
15  thousands of teachers.  I would assume that you would
16  want teachers -- us to appropriate money to make certain
17  that we can fund our education system over funding a
18  voter ID system.
19          SEN. FRASER:  Senator, could I remind you
20  that there was a motion in writing that was entered by

TX_00000962
JA_000961
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000962

21   Senator Huffman of the -- the testimony of two years
22   ago.  And I think if you'll go back and read that
23   testimony, yourself and several others, one of the big
24   arguments you had was making sure that there was
25   sufficient money that went forward for the education of
0153
1   voters, making sure voters understood and that no one
2   would misunderstand this process.  So it's difficult for
3   me when you're arguing both sides of the issue.
4            I think the answer to your question is,
5   I'm not going to take a position today about whether we
6   should or should not.  We are requesting that the
7   Secretary of State do sufficient education so that no
8   one misunderstands the -- the implementation of this
9   bill.
10           SEN. WEST:  Regard --
11           SEN. FRASER:  We're going to give -- we're
12   going to give them that power.  And that without a
13   doubt, I would hate for us to be using money that could
14   be used for a schoolteacher, and I'm not going to get
15   into that debate because I'm a great supporter of
16   schoolteachers.
17           But I still stand by the letter from the
18   Secretary of State.  The Secretary of State believes
19   very clearly that they have sufficient funds, the money
20   is available, and it will be made available.
21           SEN. WEST:  So the answer to my question
22   is, is that if there are no federal funds available, you
23   would support an amendment that basically says that we
24   should not use general revenue in order to fund this
25   bill?
0154
1            SEN. FRASER:  And my position is, is that
2   you've taken both sides of that issue.  You argued in
3   favor of funds last time.  You're -- now you're asking
4   for amendment saying we're not going to use funds.  If
5   we don't use funds to educate voters, obviously that's a
6   problem.
7            And the answer is, no, I believe the
8   instruction to the Secretary of State is that we do need
9   to educate the voters.
10           SEN. WEST:  So you'd be -- you'd be in
11   favor of cutting schoolteachers using -- and, I mean,
12   you agree with me that based on the budget that was
13   introduced by the House and the budget that was
14   introduced by the Senate, that school districts will be
15   under pressure to terminate some of the teachers that
16   would otherwise be in the classroom?
17           SEN. FRASER:  I -- I don't agree with
18   anything other than the fact --
19           SEN. WEST:  Okay.  All right.
20           SEN. FRASER:  -- that your own finance,
21   you're going to have to make those decisions; and we've
22   got to make sure that we educate voters, making sure

TX_00000963
JA_000962
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000963

23  that they understand the implementation of this law.
24          SEN. WEST:  All right.  Let me ask the
25  question this way, then:  Would you agree with me that
0155
1  both the House and the Senate have introduced bills that
2  put pressure on school districts to reduce their budgets
3  that would impact the number of teachers that would be
4  in classrooms?
5          SEN. FRASER:  You're a member of the
6  Finance Committee that implemented a draft budget.  I am
7  not.  I have not advised.
8          And the answer is, I'm sorry, I don't --
9  I -- I'm not advised on that issue.
10          SEN. WEST:  If you were so advised -- if
11  you were so advised that both the House and the Senate
12  by -- if you were so advised by me, the Chairman of
13  Finance, the Chairman of Appropriation, that both the
14  House and the Senate have introduced bills that would
15  require us cutting our commitment to our public schools
16  and our teachers, if you were so advised that both
17  houses introduced the budget that did that, would your
18  position still be the same as it relates to the question
19  I asked you concerning whether or not we should be using
20  general revenue in order to fund voter ID implementation
21  over funding our public schools?
22          SEN. FRASER:  I am so advised that you're
23  a member of finance, a very respected member, and you're
24  very capable of making those hard decisions; and I'm
25  sure you'll move forward and make the right decision for
0156
1  our wonderful schoolteachers across the state.
2          SEN. WEST:  What decision would you make?
3          SEN. FRASER:  I'm sorry?
4          SEN. WEST:  What decision would you make?
5          SEN. FRASER:  I made a decision to support
6  you, as a member of finance, to keep you on the
7  committee.
8          SEN. WEST:  So if you had -- if you had to
9  make a decision, though, if you were on finance and had
10  to make a decision, what decision would you make?
11          SEN. FRASER:  I'm sorry.  I'm not sitting
12  on finance.  I'm not subject to being able to listen to
13  the debates, so it would be -- wouldn't be right for me
14  to take a position on that.
15          SEN. WEST:  But if you had to make -- take
16  a position on funding voter ID over schoolteachers,
17  which one would you fund?
18          SEN. FRASER:  I'm -- I think the
19  position -- because this bill is before us, it is
20  extremely important that -- that we deter and detect
21  fraud and restore the public confidence in the election
22  system.
23          SEN. WEST:  So that's your answer in terms
24  of -- is that what you're telling the teachers, that

TX_00000964

JA_000963
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000964

25  you'd rather do that than -- to the extent it's there,
0157
1  you'd --
2          (Simultaneous speaking)
3          SEN. FRASER:  Well, unfortunately, since
4  I'm not a member of finance, I don't get to make a
5  choice of what I would rather do.  I'm laying --
6  bringing forward a bill today that would restore the
7  confidence of the public in the election system and --
8  today, because I'm sponsoring that bill, that I'm going
9  to ask that we -- you know, we restore that confidence.
10         SEN. WEST:  So, I'm trying to -- so let me
11  make certain I understand your answer to my question.
12         SEN. FRASER:  I know you're trying to --
13         SEN. WEST:  Let me -- let me -- hold up.
14  Now, I'm listening, because if you remember, both of us
15  can't talk at the same time because the stenographer's
16  taking it down, and I'm trying to make certain that I am
17  reminded of that fact.
18         So your answer to that question is that
19  you would prefer to fund the voter ID bill, if need be,
20  with state funds than to put extra money -- take that
21  $2 million, if we need to, and put it back in the budget
22  for our school districts?
23         SEN. FRASER:  You know, the -- you know,
24  the important thing -- or the good thing with the
25  Legislature is you don't get to make -- answer questions
0158
1  for me, and the -- I did not say that at all.
2          Today I'm laying -- bringing forward a
3  bill that would deter and detect fraud and restore the
4  public confidence in the election system.
5          SEN. WEST:  How does your bill detect
6  fraud?
7          SEN. FRASER:  Come back?  I'm sorry.  I
8  didn't hear you.  What did you say?
9          SEN. WEST:  How does your bill detect
10  fraud?
11         SEN. FRASER:  The -- the bill is designed
12  to deter and detect fraud and restore --
13         SEN. WEST:  No.  I asked you:  How does
14  your bill detect fraud?
15         SEN. FRASER:  The -- I think the easy
16  answer to that would be, is that when you walk into
17  the -- into your election booth and you show your
18  driver's license, they know for sure that you're Royce
19  West and that if you're on the precinct list,
20  registered, you're entitled to vote.
21         SEN. WEST:  And so that's -- that's the
22  fraud detection provision in it?  And so you'd rather
23  fund --
24         SEN. FRASER:  That's the way the bill
25  works.
0159

JA_000964
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

1       SEN. WEST:  Now, let me ask you this:  If
2 there's empirical evidence that -- in Texas, at least,
3 because, you know, we are -- we are Texas.  We are the
4 Lone Star State.  The rest of America can go this way,
5 and we'll go that -- the other way.  Right?  Right.
6 Okay.  You're good with that.  Right?
7       SEN. FRASER:  I'm sitting here listening.
8       SEN. WEST:  You don't agree with that?
9       SEN. FRASER:  No, I'm listening to you.
10 You're --
11       SEN. WEST:  We are Texans.
12       SEN. FRASER:  You're still answering my
13 questions for me.
14       SEN. WEST:  We're Texans.
15       SEN. FRASER:  Keep going.
16       SEN. WEST:  I'm just asking you whether
17 you agree with it.  And so the question I'm asking you
18 is:  Is there any indication that we have prosecuted any
19 fraud associated with identification in the state of
20 Texas?  Is there any empirical evidence whatsoever?
21       SEN. FRASER:  The bill that I'm bringing
22 forward today will clearly say that when you walk in the
23 voting booth, you identify yourself as who you say you
24 are, and the bill that we're bringing forward we believe
25 will pass the Supreme Court of the United States and be
0160
1 approved by Department of Justice.
2       SEN. WEST:  I notice you keep on saying
3 that in terms of you believe that the bill is going to
4 pass muster at the Department of Justice and also the
5 United -- the Supreme Court of the United States.  Are
6 you anticipating any -- let me -- let me ask this:  If
7 the Department of Justice decides not to preclear this
8 legislation, are you anticipating any type of court
9 challenge by the state of Texas?
10       SEN. FRASER:  Senator, I'm starting to
11 have trouble hearing you.  Hold on a second.  Let me put
12 my earphones on.
13       (Pause)
14       SEN. FRASER:  Are you there?
15       SEN. WEST:  Yes.
16       SEN. FRASER:  Would you say something?
17       SEN. WEST:  Testing, testing, testing.
18       SEN. FRASER:  Okay.  I got you.
19       SEN. WEST:  One, two, three.
20       SEN. FRASER:  Okay.  Will you ask your
21 question again?
22       SEN. WEST:  You have consistently
23 indicated that this particular bill will pass the
24 Department of Justice and also the Supreme Court.  I'm
25 asking you:  Do you anticipate that if the Department of
0161
1 Justice decides not to preclear this particular
2 legislation, any litigation concerning it?

TX_00000966
JA_000965
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000966

3          SEN. FRASER:  You're -- you're being
4  subjective about me assuming what's going to happen.  I
5  believe the bill that we had -- that we're offering will
6  be precleared.
7          SEN. WEST:  But I'm asking if it's not
8  precleared.  Do you want to see us go into litigation
9  with the federal government concerning your bill if it's
10  not precleared?
11          SEN. FRASER:  I don't -- I don't think
12  that's, you know, my choice.  I think we -- we will
13  present the bill forward and try to present our best
14  case that it should.
15          SEN. WEST:  Okay.  So does your bill
16  anticipate any litigation at all?
17          SEN. FRASER:  The bill in no way addresses
18  or thinks about any litigation.  It is clearly just a
19  bill saying this is -- this is what we're asking you to
20  do, to present a photo ID when you vote, and that's the
21  extent of the bill.
22          SEN. WEST:  I know because -- and the
23  reason I ask that question, you continue to make
24  reference to the Department of Justice and the U.S.
25  Supreme Court or --
0162
1          SEN. FRASER:  Only because the -- the
2  bills that have been brought forward by other states,
3  which Indiana was cleared by the -- you know, made it
4  all the way to the U.S. Supreme Court; and then in
5  Georgia, they were precleared from the Department of
6  Justice because a bill -- you know, since we're a
7  Section 5 state, they were precleared.
8          SEN. WEST:  Okay.  In Georgia, not
9  Indiana.  Indiana's not a Section 5 state?
10          SEN. FRASER:  No, they are not.
11          SEN. WEST:  Okay.  Has the Legislature or
12  have you conducted any research on how burdens of the
13  photo ID requirements may fall disproportionately upon
14  racial minorities?
15          SEN. FRASER:  Come back again.  I'm sorry.
16  My sound went off.
17          SEN. WEST:  Okay.  In drafting your -- in
18  drafting your bill, was there any research conducted on
19  how burdens of -- burdens of photo identification
20  requirements may fall disproportionately on racial
21  minorities?
22          SEN. FRASER:  Probably the best evidence
23  that I could bring forward, that the latest poll that
24  was conducted of Texans, including the people in your
25  area.  Of the -- there were 86 percent of the public
0163
1  that in favor of that.  Of that, 82 percent were black,
2  83 percent were Hispanic.
3          So I would say the answer to your question
4  is:  If you ask someone that is either African American

5 or Hispanic, do they believe that -- "Do you
6 favor/oppose requiring a valid photo ID before a person
7 is allowed to vote?" and you have 82 percent of the
8 public that says that --
9          SEN. WEST:  Right.
10          SEN. FRASER:  -- pretty -- pretty
11 straightforward.
12          SEN. WEST:  You keep referring to that
13 poll.  What poll is that, sir, and who was it conducted
14 by?
15          SEN. FRASER:  It was conducted -- this is
16 one of many we had.  I've got a whole series of polls.
17 This just happened to be the latest one that was
18 conducted January the 10th, 2011.  This one was by the
19 Lighthouse Opinion Polling & Research, LLC.
20          SEN. WEST:  Lighthouse Opinion.
21          SEN. FRASER:  Lighthouse Opinion Polling,
22 LLC.
23          SEN. WEST:  Okay.  And --
24          SEN. FRASER:  One that was --
25          (Simultaneous discussion)
0164
1          SEN. WEST:  Were you finished?
2          SEN. FRASER:  Yeah.
3          SEN. WEST:  Okay.  Now, the question,
4 though, that I asked, not -- and I agree with you that
5 most people will say that some form of photo ID is okay.
6 Now --
7          SEN. FRASER:  But what --
8          SEN. WEST:  Let me -- let me finish.  Let
9 me finish, though.  Hold on for a second.
10          I would agree with you that, but my
11 question wasn't about their opinion.  My question was:
12 Have you conducted any research on how burdens of photo
13 ID requirements may fall disproportionately on racial
14 minorities?
15          SEN. FRASER:  And I think the answer to
16 that, if you look at what happened in Indiana and
17 Georgia is a good example because it is a Section 5
18 state.  In those states, to our -- to my knowledge,
19 there has not been a single person that has came forward
20 to identify themself that they were in any way, you
21 know, in -- you know, kept from voting or inconvenienced
22 by voting.
23          So the answer to your question is, that I
24 look at the data that has been collected from the states
25 that have implemented, and they're coming forward.  That
0165
1 is the case.  Plus the fact that if you ask African
2 Americans or Hispanics in Texas, it's a very
3 straightforward question.  When you have 82 percent of
4 the public, the people that you represent, saying, you
5 know, "I think that's a good ideal," I'm having a lot of
6 trouble understanding how -- why you don't understand

7   that.
8           SEN. WEST:  Okay.  So the answer to my
9   question is, is that you did not conduct any type of
10  research on it other than looked at opinion polls and
11  referenced what went on in other states?
12          SEN. FRASER:  No, we've done all --
13  there's been a lot of research done.
14          SEN. WEST:  And that's what I was asking.
15  What research have you done --
16          SEN. FRASER:  I just explained --
17          SEN. WEST:  -- to make that determination?
18          SEN. FRASER:  -- to you what we did.  We
19  have looked at the experience of other states.  And
20  you're going to have witnesses come from some of the
21  other affected states, and you're going to be able to
22  ask that question:  Who has came forward in your state
23  and said it's a problem?
24          SEN. WEST:  Okay.  So you're saying, then,
25  that as a result of experiences in other states and an
0166
1   opinion poll, that that is the sum total of the research
2   that's been done by you in preparation of this bill?
3           SEN. FRASER:  Senator, I think the people
4   in your district understand very clearly.  If you ask
5   them a direct question, someone you represent, and said,
6   "Do you favor or oppose requiring a valid photo ID
7   before you're allowed to vote," this is -- that's not
8   rocket science.
9           SEN. WEST:  Well, the --
10          SEN. FRASER:  "Should you be required to
11  show your picture ID when you go into vote?"  That's --
12  that's -- to me, that's -- that's, you know, pretty
13  telling.
14          SEN. WEST:  Well, the great thing about it
15  is, we're going to have an opportunity to do just that.
16  Because guess what?  I've got a few people from my
17  district down here to testify, so you'll have an
18  opportunity to ask them that.  Okay?
19          SEN. FRASER:  Good.
20          SEN. WEST:  But, again, that's the sum
21  total of your research, though.  Right?
22          SEN. FRASER:  I didn't say that was the
23  sum total of my research.
24          SEN. WEST:  Now, would you agree that
25  Texas has a larger proportion of minorities than
0167
1   Indiana?
2           SEN. FRASER:  Not advised.
3           SEN. WEST:  So if -- if the demographic
4   information that we have from the U.S. Department of
5   Census indicated that, you would not disagree with that.
6   Correct?
7           SEN. FRASER:  Well, I mean, every state
8   has a different demographic of the makeup of people

TX_00000969
JA_000968
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000969

9   within the state.
10          SEN. WEST:  Sure.  I know that, yeah.
11          SEN. FRASER:  Georgia is a -- you know,
12  they're -- they're a Section 5 voter rights state, but
13  their makeup is not exactly like Texas.
14          SEN. WEST:  That's the point.  That's what
15  I'm asking you.  You said you weren't advised, so I was
16  just trying to point to you some set of facts that all
17  of us commonly know that we get from the Department of
18  Census, U.S. Department of Census.  And if they give
19  different demographic information for the states, then
20  that would probably be controlling, and you would agree
21  that that's the best evidence that we have of what the
22  population is in those various states.  That's all I'm
23  asking.  Now, let me ask this.
24          SEN. FRASER:  But you're trying to answer
25  my question, and I did not say that.
0168
1           SEN. WEST:  No, I'm not.  But are the
2   forms of identification listed in your bill the least
3   restrictive options in order to achieve the goal of
4   avoiding what you call voter identification fraud?
5           SEN. FRASER:  Okay.  You're going to have
6   to ask that again.
7           SEN. WEST:  Are the forms of
8   identification that you've listed in the bill the least
9   restrictive options in order to achieve the goal of
10  avoiding what you have said is voter identification
11  fraud?
12          SEN. FRASER:  And I think what you're
13  asking, which is going to be the easiest to use?  And
14  the -- the data, if you look back at 2006, the number of
15  people that have registered to vote, about -- I think
16  the number now is 91 percent actually use their driver's
17  license when they registered to vote.  So the assumption
18  is at least 91 percent of the people that voted -- or
19  that registered since 2006 had a driver's license.  So
20  I'd say that's the -- if it's the -- the easiest thing,
21  I'd say a driver's license.
22          SEN. WEST:  So this -- the list of
23  identifications that you use as the -- is the least
24  restrictive options that you could come up with?
25          SEN. FRASER:  Well, I don't -- I'm not
0169
1   sure.  Your verbiage you're using, I don't know that
2   that's the intent.
3           SEN. WEST:  Well --
4           SEN. FRASER:  I'm saying that the thing
5   that the -- the type of identification that is most
6   readily available appears to be a driver's license.
7   It -- we think, that is.
8           SEN. WEST:  Okay.  Now, since there are
9   studies that show that African Americans and Hispanics
10  are more affected by poverty and --

11          SEN. FRASER:  Ask him, then.
12          We're trying to figure out if this is a
13  filibuster.
14          SEN. WEST:  Is it a what?
15          SEN. FRASER:  A filibuster?
16          SEN. WEST:  Oh, no, this is serious
17  business.  This is serious business.
18          SEN. FRASER:  I guess I would remind you
19  that the information that was put into the record this
20  morning by Senator Huffman, the questions you've gone
21  over, I believe we put these --
22          SEN. WEST:  Well, at any -- at any point,
23  you can defer to whomever you want to answer the
24  question.
25          SEN. FRASER:  No, no, I'm saying --
0170
1          SEN. WEST:  You've been referring to the
2  Secretary of State.
3          SEN. FRASER:  -- these -- the questions --
4  the questions you're asking, the question and the answer
5  are already in the record from two years ago; that
6  you're asking the exact same question, and I'm answering
7  the exact same answer.  It's already in the --
8          SEN. WEST:  And it may very well be.  I
9  just don't remember.  I haven't gone back and read that
10  entire record.  It was like 26 hours.  So if I'm being a
11  little bit redundant, please give me -- give me a little
12  space on that.
13          Let me go back to the questions I'm
14  asking.  Studies have shown that African Americans and
15  Hispanics are more affected by poverty and, therefore,
16  are more likely to participate in government benefit
17  programs.  Will the elimination of the government
18  documents as a form of ID disproportionately affect
19  African Americans and Hispanics?
20          SEN. FRASER:  I'm not advised.
21          SEN. WEST:  Okay.  If in fact -- well, let
22  me back up and ask you this question.
23          Do you agree that African Americans and
24  Hispanics are disproportionately affected by poverty in
25  the state of Texas?
0171
1          SEN. FRASER:  Not advised.
2          SEN. WEST:  Okay.  Do you --
3          SEN. FRASER:  I grew up in a pretty poor
4  family, so --
5          SEN. WEST:  Well, that's what I know, and
6  correct me if I'm wrong because we've had our
7  conversations.  Your father was a minister, too.  Right?
8          SEN. FRASER:  Minster and --
9          SEN. WEST:  Okay.  He went to a lot of
10  African American churches?
11          SEN. FRASER:  Yes, he did.
12          SEN. WEST:  Did a little singing and stuff

13  like that?
14            SEN. FRASER:  Yes.
15            SEN. WEST:  Okay.  And do you represent a
16  district that has a high poverty level -- or excuse
17  me -- a high ethnic minority population?
18            SEN. FRASER:  Interestingly -- well, and
19  what you call high, it is not one of the highest
20  percentage wise of ethnic minority.  But the last figure
21  I was shown, my district is the third poorest district
22  in the state, right behind Senator Uresti's.  That
23  that -- that number is a couple of year's old, but
24  I'm -- you know, the --
25            SEN. WEST:  Okay.
0172
1            SEN. FRASER:  -- people in my district
2  are -- are the working poor.
3            SEN. WEST:  Okay.  The -- the protected
4  classes, that would be an African American and
5  Hispanics, do you have a high concentration of African
6  Americans and Hispanics in your district?
7            SEN. FRASER:  Well, I don't know what
8  you'll call a high percentage.  I've got --
9            SEN. WEST:  Okay.  Comparatively speaking.
10           SEN. FRASER:  There -- there are a lot of
11  my voters in my district that, you know, I'm -- I love
12  to say "my constituents" -- that are African American or
13  Hispanic.
14           SEN. WEST:  Are they in poverty or what?
15  I mean, you know what poverty is.
16           SEN. FRASER:  Well, Senator, if --
17           SEN. WEST:  Oh.
18           SEN. FRASER:  If I have the third poorest
19  district in the state, that implies that we have some
20  people that are working poor.
21           SEN. WEST:  Let me just ask you this
22  question.
23           Do you know whether or not the elimination
24  of the government documents that have hereto before been
25  utilized by voters for identification purposes at the
0173
1  polls --
2            SEN. FRASER:  Issued before?
3            SEN. WEST:  Yeah, I mean, under current
4  law.  Let me back up, then.
5            Based on current law and the various
6  government identifications that can be used for purposes
7  of voting, by eliminating those, whether they have an
8  adverse impact on ethic minorities in the state?
9            SEN. FRASER:  Let me -- let me tell you
10  that the people in my district voted -- or they're
11  polling that they -- 92 percent of them say that they're
12  in favor of this -- this requirement.
13           SEN. WEST:  Okay.  So you don't -- and
14  that's your response to my question?

TX_00000972
JA_000971
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000972

15          SEN. FRASER:  My response is, is that I
16   think the people of the state of Texas, which makes
17   up -- I think it was 83 percent of -- of African
18   Americans and 85 percent of Hispanics, said that they're
19   in favor of it.  I'm sorry.  It's 82 percent Hispanic --
20   I'm sorry -- Hispanic, 80 -- 83 percent Hispanic, the
21   African American, which is -- it's listed as a black
22   vote, is 82 percent say they are in favor of asking for
23   a photo ID.
24          So it's -- it's -- this is a pretty easy
25   question for them, "Should you have to show your -- your
0174
 1   photo ID, your driver's license, when you come in to
 2   vote?"  And they said, "Sure.  That's" -- you know,
 3   "That's fair."
 4          SEN. WEST:  And that's your response to my
 5   question?
 6          SEN. FRASER:  Yes.
 7          SEN. WEST:  Okay.  No more questions at
 8   this time.
 9          SEN. FRASER:  Thank you, Senator.
10          CHAIRMAN DUNCAN:  Chair recognizes Senator
11   Lucio for questions.
12          SEN. LUCIO:  Thank you, Mr. Chairman.
13          Senator Fraser, under this legislation,
14   there are no exceptions at all if you do not have a
15   driver's license -- and correct me if I'm wrong --
16   military ID, citizenship certificates, or passports.
17   Now, not even Senate IDs are appropriate for the
18   purposes of voting.  That means the state employee
19   working in the building wishing to cast a ballot during
20   early voting at the Sam Houston Building couldn't use a
21   combination of their voter registration card and their
22   Senate ID.  Further, this bill's requirements for
23   identification are stronger than what's used for new
24   employees in obtaining driver's license, the way we
25   understand it.
0175
 1          Now, I know many people don't think it's
 2   all that difficult to get a driver's license and that
 3   everyone has one, but that's just not the case.
 4   Eleven percent of Americans surveyed by the Brennan
 5   Center for Justice do not have government-issued photo
 6   ID.  Forty percent of those without voter ID are
 7   disproportionately the -- the elderly, the -- the
 8   students, women, people with disabilities, low-income
 9   people, and people of color.
10          According to disability advocates, nearly
11   10 percent of the 40 million Americans with disabilities
12   do not have any state-issued photo ID.  So I do not see
13   how this legislation is going to ensure that they are
14   not kept from exercising their right to vote.  Again,
15   it's a right.  It's not a privilege.  Plus, according to
16   that same survey, one of every five senior women does

TX_00000973
JA_000972
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000973

17   not have a license.
18          What troubles me even more about the
19   legislation is that it could mean, for so many, under
20   this legislation, election workers will be responsible
21   for determining identity; and that has never been part
22   of their job as election clerks.
23          Now, I got a question.
24          SEN. FRASER:  Is there a question coming?
25   I'm looking for the question.
0176
1          SEN. LUCIO:  Yeah, it's coming up.  I had
2   to --
3          SEN. FRASER:  You've got about five or six
4   thoughts.  I -- well, I'm going to --
5          (Simultaneous speaking)
6          SEN. FRASER:  -- one of them.  But you're
7   getting so many thoughts, I'll have trouble responding
8   to them.
9          SEN. LUCIO:  What are -- what are they
10   going to do, Senator Fraser, when someone has
11   conflicting last names, conflicting last names on IDs,
12   on their voter rolls, and how many professional ballots
13   will be cast?  Are counties ready to resolve all those
14   issues?
15          That might have been asked, I missed it,
16   and I apologize for that because we've been busy, as we
17   always are.  But let me -- let me just ask this
18   question, as a follow-up.
19          (Simultaneous speaking)
20          SEN. FRASER:  You've asked me 12 --
21          SEN. LUCIO:  Go ahead and address --
22          SEN. FRASER:  -- so far.
23          SEN. LUCIO:  Go ahead and address that
24   one.
25          SEN. FRASER:  Huh?
0177
1          SEN. LUCIO:  Okay.  Well --
2          CHAIRMAN DUNCAN:  Wait, wait, wait, wait,
3   wait.  Y'all are really crossing over to where you're
4   not making a good record, so one at a time.  I think
5   Senator Fraser was answering a question; and if he could
6   answer it and, Senator Lucio, you could follow with
7   another question.
8          SEN. FRASER:  And, Senator, if -- if you
9   really do want an answer to questions, I would love to
10   do one at a time because I actually --
11          SEN. LUCIO:  Okay.
12          SEN. FRASER:  -- you've asked so many
13   questions, I can't remember --
14          SEN. LUCIO:  Okay.
15          SEN. FRASER:  -- the first one.
16          CHAIRMAN DUNCAN:  All right.
17          SEN. FRASER:  But --
18          CHAIRMAN DUNCAN:  Wait.  You're doing it

TX_00000974
JA_000973
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000974

19  again, Senator. If we could -- I'm going to stay on
20  this because we do want a good record.
21          SEN. FRASER: If you'll just allow me to
22  just answer a couple of them, and then we'll get them
23  out of the way.
24          SEN. LUCIO: I'll take one at a time.
25          What are you going to do when someone has
0178
1  conflicting last names on their ID on the voter rolls?
2          SEN. FRASER: Okay. I'm going to start
3  even further back than that.
4          I -- the -- the first observation you made
5  is that we're making it harder than getting a driver's
6  license. That is totally incorrect. Driver's license
7  is one of the things we're offering, so whatever
8  difficulty it is to get a driver's license, once they
9  get it, that is their identification. So this is not in
10  any way harder than getting a driver's license.
11          No. 2, you made an observation about the
12  elderly. We have two different observations that --
13  that come into play here. First one is that at -- if
14  they're 70 years old on January 1st, 2012, they are not
15  subject to this bill, so they are -- they are operating
16  under current law. And then, also, we are not in any
17  way impacting the mail-in ballot system that is in place
18  today. Any elderly person that wants to vote by mail
19  would -- would have the ability to do it.
20          So, you know, those things, I think,
21  are -- the question you're asking, the third question,
22  about if the name does not match on the -- the ballot,
23  that's the same question that's been asked probably five
24  times already today. My answer continues to be the
25  same, as I've told everyone. We have the Secretary of
0179
1  State coming. I don't -- I don't know the -- the exact
2  ruling of what they -- the Secretary of State, slash,
3  the election administrator is how they determine that;
4  and I would like that question to be asked to the
5  Secretary of State, if possible.
6          SEN. LUCIO: Okay. That's fine, Senator.
7          To obtain a driver's license, you could
8  use nonphoto options. Correct?
9          SEN. FRASER: Senator, you can ask that of
10  the DPS.
11          SEN. LUCIO: I'm sorry?
12          SEN. FRASER: If you would -- DPS is going
13  to be here. I would ask you that you could ask the DPS
14  their procedures for -- for getting...
15          SEN. LUCIO: Okay. Well, I have
16  information to that effect, but it's all right. I'll
17  wait for DPS.
18          Let me ask a question on -- on where we
19  have been in this country and this state, and we don't
20  want to go.

TX_00000975
JA_000974
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000975

21          But do you know what the 24th Amendment
22 did?
23          SEN. FRASER: I'm sorry. I do not.
24          SEN. LUCIO: It ended -- it amended the
25 constitution to allow -- outlaw poll taxes; and it did
0180
1 so, and it ended in 1964. I was a freshman in college
2 at the time, and you must have been junior high.
3          SEN. FRASER: I was four or five, then,
4 Eddie, I guess. '64, I was 17 years old.
5          SEN. LUCIO: All right. I did a little
6 research, Senator, on the poll tax in --
7          SEN. FRASER: 15 years old.
8          SEN. LUCIO: -- Texas history. It's
9 something that personally hurts me. After all, my dad
10 had to pay a poll tax which wasn't that long ago. I
11 went to some of those elections with him because he
12 wanted to show me and make sure that I got involved in
13 the political process. I remember those elections, and
14 my -- my mother voted, too. But it was -- it was a
15 sacrifice, quite frankly.
16          Now, Texas adopted a poll tax in 1902. It
17 required that otherwise eligible voters pay between
18 $1.50 and $1.75 to register to vote. Now, $1.75 may not
19 sound like a lot, but for a lot of families living on
20 the breadline, it made voting a privilege instead of a
21 right. Well, 1.75 -- $1.75 adjusted for inflation today
22 is about 40 to $45. That means, Senator, that's a mean
23 instrument -- excuse me -- using several ways of
24 calculating, including the consumer price index.
25          Now, 40 bucks is a symbolic figure. A
0181
1 driver's license or ID today costs $25, even for a
2 renewal. And going to the DMV, which is Department of
3 Motor Vehicles, can take time. You're going to get
4 there, wait in line, return home, take off from work,
5 pay for the gas. Now, let's say it takes two hours.
6 Minimum wage in Texas is 7.25 an hour. So if you took
7 off two hours and paid for gas, you're looking at $40,
8 the same amount of the old poll tax would cost today.
9 Don't -- don't you find that kind of ironic? I do.
10          Under this bill, voters will effectively
11 have to pay the same amount to vote that minorities and
12 the poor had to pay in poll tax in 1902. I'm serious,
13 though. Forty dollars is a lot of money for a lot of
14 people in my district living paycheck to paycheck. You
15 can buy a week's shopping for 40 bucks. You're either
16 going to eat or you're going to -- you're going to vote.
17 That is the choice many will think about making.
18          The poll tax was outlawed in -- in the
19 1960s by the 24th Amendment. It was outlawed because
20 the nation understood that poll tax -- taxes served as
21 one purpose, to --
22          (Simultaneous speaking)

23          SEN. LUCIO:  -- disenfranchise minorities
24  and the vulnerable.
25          I'm leading to another question, if I may.
0182
1          Texas has a history, unfortunately, in my
2  opinion of voter suppression.  Texas used the poll tax
3  to suppress voters.  In fact, Texas only ratified the
4  24th Amendment in 2009, 2009.
5          So what is to stop future legislators
6  making a driver's license or an ID cost more than $25?
7  We've talked openly over the last few months about
8  raising fees to cover the back -- the budget hole.  So,
9  you know, it's -- it's happened with passports.
10  Passports keep going up and up in price.  What if in the
11  future, driver's license cost $125 or $300?  Would it be
12  a poll tax then?  And would it be a poll tax then,
13  Senator?
14          SEN. FRASER:  Senator, this bill in no way
15  envisions a poll tax.  It has nothing to do with the fee
16  that is charged.  You're on finance.  You're the one
17  that has control over that.  The bill we have before us
18  today -- there's nothing you've talked about the last
19  five minutes that has anything to do with this bill --
20  is that this bill is nothing more than showing your
21  driver's license or a ID that we will give them free of
22  charge that they can pick up after work that -- you
23  know, when I was picking cucumbers and -- you know, in
24  the afternoon, when I got off work, I could -- I still
25  had time before seven o'clock to go down and -- to the
0183
1  driver's license place to get the driver's license.  So
2  this has -- this bill in no way has anything to do with
3  a poll tax.
4          SEN. LUCIO:  Well, and I -- I appreciate,
5  you know, what you're saying.  However, I just want to
6  make sure that it doesn't get out of hand.  And I would
7  ask you, possibly, if you would vote, you would be
8  prepared to work with me and others to -- in order to
9  draft a constitutional amendment that would make any
10  raise in fees associated with driver's license or state
11  ID only possible by a two-thirds vote of each chamber.
12  You think that we could work to that end?
13          SEN. FRASER:  Senator, I'm -- I'm not
14  going to commit on anything.  You're on finance.  Y'all
15  are going to have to work through the issues of
16  balancing the budget.
17          The bill that I'm laying out today, I
18  think, is a very fair way for people to identify
19  themselves, that they can prove they are who they say
20  they are when they go to vote.  The -- the thing that I
21  would let you know that, you know, I want to make sure
22  that every -- we've -- we've talked to senator -- you
23  know, the -- Davis has asked about women.  I want to
24  make sure that women, men, Hispanics, African Americans,

25   Anglos, everyone in the state has the same opportunity
0184
1   to go in and make sure that their vote is counted.  And
2   I don't -- the things you're talking about really are
3   not part or subject to this bill.
4            SEN. LUCIO:  Well, a driver's license is
5   part of it, I believe, and I'll be --
6            SEN. FRASER:  But -- but the cost of a
7   driver's license is determined by the Finance Committee.
8            SEN. LUCIO:  When -- when -- when does a
9   driver's license expire?  I was going to ask you that
10  question.
11           SEN. FRASER:  When does it expire?
12           SEN. LUCIO:  Yes, sir.
13           SEN. FRASER:  You know, interestingly, I
14  was in -- looking at mine just then, in my office.  I
15  got a new one this year, and it's good for six years.
16  So every six years, evidently.  I'm -- I'm going to ask
17  DPS that, but my assumption is that a driver's license
18  is renewed to last for six years.
19           SEN. LUCIO:  Well, we talked about senior
20  citizens.  There are senior citizens, 60, 70 years old,
21  who used an expired driver's license as a form of ID.
22  That's where I'm going with my questions and my remarks.
23  Are they no longer -- they no longer drive, but they
24  still vote.
25           Now, under this bill, they will have to
0185
1   renew their license in order to vote.  Is that correct?
2            SEN. FRASER:  You -- you've given a
3   hypothetical, and I guess it's one of the things --
4   actually, we were in the back discussing a question that
5   was brought up by Senator Davis about an expired
6   driver's license and at what point should it be -- how
7   long should it be used.  I think someone used it for an
8   extended period, like the example you're giving, for
9   several years.  Unfortunately, that's not a valid --
10  that would be considered a valid license.
11           SEN. LUCIO:  I was under that impression
12  or to renew their passport or -- which are seldom used
13  by seniors.
14           SEN. FRASER:  I disagree with that.  I
15  travel with a lot of seniors.  I think there's a lot,
16  you know.
17           SEN. LUCIO:  Well, the ID.  They use this
18  ID for passports.
19           Well, I obviously have a bunch of other
20  questions, but in the -- in the interest of time, I will
21  address these to you in writing because I'm very, very
22  concerned about, you know, some of the things that are
23  going to be transpiring.  I think Senator Davis touched
24  on marriage -- the marriage -- marriage issues.
25           Or I'll give you one scenario, if I may.
0186

TX_00000978
JA_000977
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000978

1  Two citizens that are getting married.  The woman
2  getting married has decided to change her name.  They
3  get the marriage certificate.  They get married and so
4  on.  But when the newlywed wife tries to vote, there is
5  a problem.  The name on her voter ID does not match the
6  name on her voter registration.  So maybe she did the
7  right thing and changed her name on the voter ID, but
8  before that, when she registered to vote, she had used
9  her maiden name.  Maybe she registered to vote with her
10  new married surname but had not had yet changed her
11  voter ID to reflect a change of name.  Maybe there is no
12  time to address it because she gets married in October.
13          SEN. FRASER:  Senator, these --
14          SEN. LUCIO:  Those are just scenarios that
15  are coming up.
16          Others that I'm concerned with are the 18
17  year olds that are turning 18 thirty days inside of --
18  you know, between a primary and a general election.
19  Many of them will not be able to register to vote.
20          There are so many different scenarios,
21  Senator, and I'm very concerned about whether or not
22  they will be disenfranchised.  That's all.  Thank you
23  very much for your time.
24          CHAIRMAN DUNCAN:  Senator Van de Putte?
25          SEN. VAN de PUTTE:  Thank you,
0187
1  Mr. Chairman.
2          Would author of the bill yield for some
3  clarification?
4          SEN. FRASER:  I would yield.
5          SEN. VAN de PUTTE:  Thank you very much,
6  Senator Fraser.  I wanted to have a moment to clarify
7  some of the conversation and the points that we had on
8  our discussion earlier.
9          I thought that I had heard you say that
10  the bill that we had in the 81st Legislature was
11  actually modeled after Georgia.  When after comparison,
12  I think that it was actually modeled more closely after
13  the Arizona bill, which is a Section 5 voting rights
14  state as well.  And so I wanted to clarify that, but I
15  thought we had talked so much about the Georgia
16  legislation.  So the -- the bill, Senate Bill 362, was
17  actually modeled more after Arizona's law.
18          SEN. FRASER:  Senator --
19          SEN. VAN de PUTTE:  And I --
20          SEN. FRASER:  I am -- I don't want to
21  disagree with you, but I don't think Arizona's ever came
22  out of my mouth on this floor of the legislature about
23  last year's bill or this bill.
24          SEN. VAN de PUTTE:  No.
25          SEN. FRASER:  I'm -- the -- the bill that
0188
1  we modeled last year was a Texas model that we were
2  moving forward, and whenever earlier you were addressing

TX_00000979
JA_000978
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000979

3    the Georgia bill -- you're a past president of NCSL, and
4    I have the NCSL analysis here.  And that's the reason I
5    was confused because you were referencing Georgia, and
6    I've got --
7              SEN. VAN de PUTTE:  That's correct.
8              SEN. FRASER:  The document that came from
9    the organization that you chaired and that was the
10   reason I was confused about what you were representing.
11             SEN. VAN de PUTTE:  Well, Senator, you
12   were confused, and I was confused.  However, both -- I
13   think we can both agree that your bill, Senate Bill 14,
14   is more restrictive than current Georgia and Arizona
15   law; that this is based after an Indiana model, but it
16   is even more restrictive.  I mean, you have a pretty
17   tight vote --
18             SEN. FRASER:  I -- I --
19             SEN. VAN de PUTTE:  -- of the bill.
20             SEN. FRASER:  I disagree with you on that,
21   that there are -- are small things that we're different
22   on, which basically is the number of things that you can
23   use for identification.  But there are a list.  I think
24   they have six in Indiana.  We have four in Texas.  We're
25   under discussion about that four, should it be expanded.
0189
1              So saying that they're very different is
2    not a correct observation.  There is very small
3    differences between the -- Indiana, Georgia, or
4    Texas.  They're actually very, very much alike, and that
5    also gives us the reason we believe it will be approved
6    by the Supreme Court and DOJ.
7              SEN. VAN de PUTTE:  Well, I wanted the
8    opportunity to correct myself because Georgia only
9    allows for an alternate two forms in a provisional
10   ballot for first-time voters only, and so they do not
11   allow -- and I stand corrected.  You are correct that
12   they don't have two forms of alternate that are not a
13   photo ID.  The only time in the Georgia law that they
14   make reference to two forms -- and that's what I was
15   looking at and they have other things that they can use,
16   a bank statement, a current utility bill, a paycheck --
17   is when they are casting a ballot for the first time and
18   they have -- they are new registrants and they don't
19   have a photo ID.
20             So I stand corrected.  You are correct in
21   that for a provisional ballot, they do not allow two.
22   The only time they do -- and I'm looking at their
23   Senate -- their -- their bill -- is on a -- and I stand
24   corrected.  So I wanted to let you know that I misspoke.
25   That is not correct.  It's only the two alternate forms
0190
1    when they're doing for first-time registrants.
2              SEN. FRASER:  Thank you for that
3    correction, and that -- that is -- the documentation I
4    show does show that they require a photo ID.

TX_00000980
JA_000979
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

5   SEN. VAN de PUTTE:  And so I just want to
6 thank you for the ability to clarify this and know that
7 this is your -- this is a Texas bill, and it'll probably
8 be known as the Texas bill.  And -- and -- and to your
9 credit, for every -- all the work that you've done, I
10 believe it is very stringent in small ways in the
11 wording.  But for the groups of people that I think will
12 have a burden, they -- they have no alternate means.
13   So thank you very much for the opportunity
14 to clarify.  And, Mr. Chairman, I don't have any other
15 questions of the author.
16   CHAIRMAN DUNCAN:  Senator Ellis?
17   SEN. ELLIS:  Just a couple questions,
18 Senator.  I know you're tired.  You've been up a long
19 time.
20   From your opening statement, the primary
21 reason for this bill is because of your concern about
22 voter fraud.  Right?  Voter fraud, that's the primary
23 reason --
24   SEN. FRASER:  The integrity --
25   SEN. ELLIS:  -- for the --
0191
1   SEN. FRASER:  -- of the ballot, making
2 sure that the person that is trying to vote is who they
3 represent to be.
4   SEN. ELLIS:  And if that's the case, why
5 wouldn't you apply a voter -- photo voter identification
6 requirement to mail-in ballots?  Don't you think there's
7 probably room for more fraud for the mail-in ballots?
8   SEN. FRASER:  I will support you a hundred
9 percent.  You file that bill, you come forward with it,
10 and we'll talk about it.  But this bill does not in any
11 way address mail-in ballots.  This is only in-person
12 voter --
13   SEN. ELLIS:  But you -- but you will
14 concede that there's probably room, just from a
15 layperson's perspective?  Neither you nor I are experts
16 on it, and I'm just asking you to make the point.  Will
17 you concede that there's room -- there's potential for
18 more fraud with a mail-in ballot than with somebody
19 showing up?
20   SEN. FRASER:  I'm going to concede that
21 the bill that I'm laying out today will help a lot with
22 the in-person, you know, potential of fraud, and it will
23 make sure the person there is -- is who they say they
24 are.
25   SEN. ELLIS:  If you just had to guess,
0192
1 would you think people who are more apt to do a mail-in
2 ballot would be people in the red jersey or the blue
3 jersey?
4   SEN. FRASER:  I wouldn't be apt to guess.
5   SEN. ELLIS:  Do you care?
6   SEN. FRASER:  Oh, I care a lot, but I'm

TX_00000981
JA_000980
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000981

7   not going to guess.
8          SEN. ELLIS:  Okay.  You heard the
9   discussion earlier about the concern -- I think even in
10   your district, some of those DPS offices, I think, on
11   that map may be closing a few days a week.  So you --
12   you did say that you have some concern about access for
13   people to go and get --
14          SEN. FRASER:  It -- it is a discussion
15   going on, and it's -- you know, there -- I actually was
16   grinning as they were talking about the -- the -- you
17   know, the offices, is that I have the same challenge
18   sometime; and, you know, you've got to work to make sure
19   that they're open.
20          But that's a discussion we're having
21   with -- with Senator Williams.  He's having a discussion
22   with DPS, and we're -- we're trying to look at, through
23   his committee, the Finance Committee and communique with
24   DPS, the -- the easiest way to make sure that everyone
25   can -- can comply.
0193
1          SEN. ELLIS:  But you'll agree, it's a
2   problem?  There's some concerns about it?
3          SEN. FRASER:  I don't know that I'll agree
4   that it's a problem.  Problem implies that, you know,
5   there are -- everyone works through it.  I've got a
6   driver's license.  You've got a driver's license.
7   Probably, I would love for them to come in my office and
8   take my picture, but it doesn't work that way.  I have
9   to go and put out the effort to go and get it.  And
10   that's the system we have, and we just need to make it
11   as easy as possible.
12          SEN. ELLIS:  Well, what prompted you,
13   Senator, to carry this bill?  I mean, was it
14   something -- just laying up at night?  Did somebody come
15   to you?  What -- you're such a handsome fellow, but why
16   you?
17          SEN. FRASER:  The -- and actually, I'll go
18   back to -- you asked me the same question two years ago,
19   and it's in the record.  We just, you know, entered it.
20          Actually, this is over a number of years,
21   just watching and looking at articles of things that
22   happened.  Obviously, there's a lot of press about
23   the -- the Carter-Baker Commission of concern, and I
24   watched the issue.  And it was being asked a lot, as I
25   was speaking out in the district, is that when are we
0194
1   going to, you know, address it.  And I thought -- I
2   thought the issue had matured, and I decided to file it.
3   If you -- if you remember, this is the third session I
4   filed this bill.
5          SEN. ELLIS:  Well, I've always known you
6   to be a member, Senator, who digs into an issue.  You --
7   you read a lot.
8          Why would you say a new photo ID?  Why

9  wouldn't you just make a -- have a bill that has a
10  requirement that we put a photo on the voter
11  registration card?  I mean, wouldn't you agree?
12  Probably more people have a voter registration card in
13  Texas than have a driver's license.
14          SEN. FRASER:  That -- well, I don't --
15          SEN. ELLIS:  Okay.  All right.
16          SEN. FRASER:  I don't --
17          SEN. ELLIS:  You think more people in
18  Texas --
19          SEN. FRASER:  -- think that's true.
20          SEN. ELLIS:  -- have a driver's license?
21          SEN. FRASER:  I don't -- I'm having the
22  chairman of the committee that is over it --
23  interestingly, I want you to think about what you just
24  suggested, is that driver's license is going to be the
25  easy form of identification.  We -- we know that 90-plus
0195
1  percent of the people -- and I think the number is
2  probably higher than that -- have a driver's license in
3  Texas.
4          But if you're going to put a picture on a
5  voter registration, that means that every single person
6  that's registered to vote has to go back in, have a
7  picture made, have the cost of putting it on there.  So
8  it's not only the cost --
9          SEN. ELLIS:  Let me try it a different
10  way.  Do you think that more people who are registered
11  to vote -- you think that more people who are registered
12  to vote would have the voter registration card than a
13  driver's license?
14          SEN. FRASER:  Say it again.  Do it one
15  more time.
16          SEN. ELLIS:  Do you -- would you agree
17  that more people --
18          CHAIRMAN DUNCAN:  Senator?  Senator Ellis,
19  y'all are talking over each other.  If you --
20          SEN. ELLIS:  Oh, are we?  Should I back
21  up?
22          CHAIRMAN DUNCAN:  Yeah -- no.  No.
23  Just --
24          SEN. ELLIS:  I'll talk slower.
25          CHAIRMAN DUNCAN:  -- when he starts to
0196
1  answer the question, let him answer it and then ask
2  another question so only one person is speaking at a
3  time.
4          SEN. ELLIS:  Okay.
5          CHAIRMAN DUNCAN:  Thank you.
6          SEN. ELLIS:  Are you through?
7          SEN. FRASER:  I'm not even sure what the
8  question was.
9          SEN. ELLIS:  The question is, would you
10  agree that more people who vote have a voter

11  registration card than a driver's license?  They'd have
12  to because you've got to -- you're supposed to go get a
13  voter registration to be able to vote.
14           SEN. FRASER:  Can I answer your question?
15           SEN. ELLIS:  Yeah.
16           SEN. FRASER:  I'm -- I'm sure everyone at
17  some point were mailed one, but it has been years since
18  I walked in with a voter registration card.  I show my
19  driver's license when I vote, and I would say probably
20  that is -- do you show yours, or do you show your
21  driver's license?
22           SEN. ELLIS:  I show my driver's license.
23           SEN. FRASER:  Well, there's -- but you
24  have -- you probably were mailed a voter registration.
25           SEN. ELLIS:  I have both.
0197
1            SEN. FRASER:  Okay.
2            SEN. ELLIS:  Let me ask you this:  There's
3   an article in today's paper.  It says nearly 650,000
4   Texans who refuse to pay surcharge penalties for drunken
5   driving, no insurance, and other violations are being
6   offered a one-time amnesty by the state.  Those offered
7   amnesty represent just over half of the estimated
8   1.2 million Texans in default.  It talks about what they
9   owe the state.  But all of these folks who are in
10  default, because we balanced the budget in '03 with
11  surcharges for people who have a license, all have had
12  their licenses suspended for not paying.  So would that
13  concern you any that, at least, according to folks who
14  go get amnesty, that's 1.2 million.  That would be more
15  than that.  There's 1.2 million owes the state X amount.
16  That's what this article is about.
17           But would you concede it ought to be a
18  problem because we've got a lot of people who had a
19  driver's license, I assume the one's who owe the
20  surcharges are -- you know, maybe a disproportionate
21  number of them are folks who didn't have the money to
22  pay the surcharges.  Maybe some of them were just civil
23  libertarians, didn't like the bill and wouldn't pay it
24  period.  But a lot of them are probably working-class
25  people who can't pay it.  So at least over 1.2 million
0198
1   Texans since 2003 have gotten their licenses suspended,
2   so they will no longer have a valid driver's license
3   that they could use to go and vote like you and I do.
4   Does that concern you?
5            SEN. FRASER:  Well, first of all, if -- if
6   some reason it's a felony, that -- of the crime that
7   they're not paying for, I'm not sure that they -- I
8   guess I'd question whether they're eligible.  I don't
9   know the answer.  We'd ask the Secretary of State that.
10           SEN. ELLIS:  I don't think --
11           SEN. FRASER:  But the easy answer to your
12  question is, we're going to give them an ID free.  So if

13  they've lost their driver's license, all they got to do
14  is go back down and get a free ID.  We'll hand them a
15  new one.
16          SEN. ELLIS:  So you think the over
17  1.2 million people who had their licenses suspended
18  because of the surcharges this legislature put on them
19  in 2003 is not -- they haven't been convicted of a -- of
20  a felony.  That's not on their record, but their license
21  has been suspended.  They're being offered amnesty,
22  according to the article in today's paper.  You think
23  that those folks would go and get this new ID?  You
24  don't think they'd be worried about showing up and
25  somebody saying, "Hey, by the way, now that I know where
0199
1  you are, I want my money.  I want some of this 1. --
2  $1.1 billion that you owe to the state"?
3          SEN. FRASER:  I'm not advised.
4          SEN. ELLIS:  Okay.  One distinction,
5  obviously, is these people still have a constitutional
6  right to be able to vote.
7          One last point.  On the exemption for the
8  elderly, I don't know if I'm reading this right or not,
9  but in your mind, is that a one-time exemption or would
10  people over -- I think you and Senator West were going
11  through the age deal earlier, and we have to find out
12  from the Secretary of State which one of you hits 70
13  first.  But if you have -- the way I read your bill, if
14  you don't hit 70 before that date in January, I believe,
15  of 2012, then it wouldn't apply.  So anybody on this
16  floor who will be over 70 at some point or any of your
17  constituents who will hit 70 after that date in January
18  of 2012, would not have that exemption.  Is that
19  correct?
20          SEN. FRASER:  Yes.
21          SEN. ELLIS:  So your intent is that one
22  time.
23          SEN. FRASER:  No, it's not a one-time at
24  all.
25          SEN. ELLIS:  Continuous for people who are
0200
1  already 70 after January of 2012?
2          SEN. FRASER:  If you're 70 on January 1,
3  2012, you will be subject to current law the rest of
4  your life.
5          SEN. ELLIS:  Okay.  I want to make sure
6  that's clear, because some folks have --
7          SEN. FRASER:  If you're 70 on that --
8          SEN. ELLIS:  -- called my office from
9  AARP --
10          SEN. FRASER:  Yes.
11          SEN. ELLIS:  Okay.
12          SEN. FRASER:  Yes.
13          SEN. ELLIS:  So it's not for all people
14  over 70.  Just those who will hit 70 by January of 2012.

TX_00000985
JA_000984
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000985

15          SEN. FRASER:  If you're 70 on January 1,
16  2012, you will be subject to the -- the -- not be
17  subject to these provisions.  You basically will be
18  operating under current law for the rest of your life.
19          SEN. ELLIS:  Are you confident, Senator,
20  that your bill would not have a disparate impact on the
21  elderly, on women, on those that are physically
22  challenged, on racial ethnic minorities?
23          SEN. FRASER:  I am --
24          SEN. ELLIS:  Are you confident?
25          SEN. FRASER:  -- absolutely sure.  I would
0201
 1  not have filed the bill if I had thought it -- I want to
 2  make sure that every person in the state has a right to
 3  vote.  The -- not -- you know, the right that we extend
 4  them, they should have that, and I do not believe that
 5  in any way we're impacting that and that -- that -- you
 6  know, I want to make sure that the groups you're talking
 7  about, you know, women, minority, elderly, that they all
 8  have the right to vote; and I believe my bill does that.
 9          SEN. ELLIS:  Okay.  And I know that's your
10  intent.
11          SEN. FRASER:  Yes.
12          SEN. ELLIS:  But you're confident that it
13  will have no impact?
14          SEN. FRASER:  I'm very confident.
15          SEN. ELLIS:  Okay.  To that end, would you
16  have a problem with putting a provision in this bill so
17  that the Secretary of State would do an annual report on
18  whether or not this bill has had a disparate impact?
19          SEN. FRASER:  I think we're going to get
20  our report back from the -- assuming it gets to the
21  Supreme Court and Department of Justice, I believe we'll
22  get our report card from that.  And then through time,
23  if there are -- and I'm going to go back to the examples
24  of Indiana and Georgia.  To my knowledge, there has
25  never been a person that has reported that had a
0202
 1  problem -- came forward because they had a problem with
 2  the laws they've, you know, implemented.  We're doing
 3  exactly the same thing.
 4          So I think you and I, as legislators, if
 5  there's a problem, will hear about it.  And I would not
 6  want to put the burden on an agency.  You know, if we
 7  hear about it, then we can do that in the future.
 8          SEN. ELLIS:  Maybe I'm just at a loss.  If
 9  you -- I know your intent, and you are confident your
10  bill will not have a disproportionate impact on certain
11  groups.  I mean, were the concern be the methodology,
12  you could design that.  But what would be wrong with the
13  Secretary of State doing an annual report on whether or
14  not this bill has a disproportionate impact on any
15  groups of people so that we know?  What -- I mean, you
16  know, we -- oftentimes we pass -- I think we even have

TX_00000986
JA_000985
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000986

17  a -- I think it might have been Shapleigh who put it in
18  some time ago, when we do a tax bill as a requirement,
19  that we have LBB do a disparate impact statement just so
20  we know because as you know, I mean, we're tinkering
21  with a constitutional right.
22          And, Senator, I might add, we're in a
23  state -- well, you know the history.  I mean, initially,
24  you had to be a property owner to vote or you had to be
25  a male to vote, had to be a certain color to vote.  Now,
0203
1  over time, that has gotten better; but in our southern
2  states, in particular, it has not been an easy journey
3  to get to where we are.  So what -- what would be wrong
4  with just simply coming up with some simple methodology
5  and let the Secretary of State do that?
6          SEN. FRASER:  We have a simple
7  methodology.  It's called going into a session on the
8  second Tuesday of every -- you know, every odd year.
9  And you, as my desk mate, sitting beside me, I feel very
10  comfortable that we'll -- we'll get that -- you know,
11  we'll look at it every couple of years.  So I -- I think
12  the fact that we come back in, we're going to be given
13  the opportunity every two years to -- to re-examine.
14  And there will be discussion about this, of whether it's
15  working or not.
16          SEN. ELLIS:  To implement your bill,
17  you're going to use federal money to be able to do it.
18  Where would that money be used if it was not going to be
19  used to implement this new system?
20          SEN. FRASER:  Well, obviously -- and,
21  again, I don't want to speak for the Secretary of
22  State's office.  When they're here, they can give you an
23  ideal.  But if there's a pretty good-sized pot of money
24  that's sitting there that we haven't spent yet and
25  we're -- you know, we're pretty good about being
0204
1  creative about, you know, where you spend money.  So I'm
2  assuming that money is restrictive about where they can
3  spend it, and I think probably this is a -- an
4  application where it fits.
5          And I guess to answer to your question, I
6  don't know.  You can ask them, but I think this is a
7  good place to spend it.
8          SEN. ELLIS:  Would a new change go into
9  effect in the next cycle?
10          SEN. FRASER:  I'm sorry.  Do that again.
11          SEN. ELLIS:  With a new election change, a
12  major requirement going into place for the next cycle
13  with new districts, you and I have new districts, do you
14  think it would make sense to give people the ability to
15  register on that day with the photo ID you're requiring?
16          SEN. FRASER:  No.
17          SEN. ELLIS:  So could you go in and
18  register on that day because some people are just maybe

TX_00000987
JA_000986
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000987

19  confused about this new requirement we're putting in
20  place?
21          SEN. FRASER:  We're going to spend a lot
22  of time and hopefully dollars educating both the public
23  and the -- the workers, and I think the system will work
24  very well like it is.
25          SEN. ELLIS:  Your bill looks -- I mean,
0205
 1  it's obviously a bit more stringent, bit more onerous
 2  than the bill you had last session.  And based on the
 3  questions with you and, I think, Senator Van de Putte
 4  earlier, it looks like this bill is also more stringent
 5  than the Indiana bill that you modeled it after.
 6          SEN. FRASER:  That -- you missed the
 7  conversation we just had with -- with Senator Van de
 8  Putte.  That is not the case.  It actually is -- is a
 9  very, very small change between --
10          SEN. ELLIS:  They take student --
11          SEN. FRASER:  Huh?
12          SEN. ELLIS:  They take student IDs --
13          SEN. FRASER:  Well, I --
14          SEN. ELLIS:  -- in Indiana?
15          SEN. FRASER:  We -- we have four forms of
16  IDs in this bill that we're accepting, but we're also
17  listening to the debate.  Indiana has six forms.
18  Georgia I think expands it to about eight.  So it's the
19  number -- the type of, but they're all photo --
20  government-issued photo IDs.
21          SEN. ELLIS:  Okay.  So I guess when I say
22  it's more onerous, there are more people in Texas who
23  would have a student ID than a passport.
24          SEN. FRASER:  Not advised.
25          SEN. ELLIS:  Okay.  Do you know how many
0206
 1  Americans have a passport?
 2          SEN. FRASER:  Not advised.
 3          SEN. ELLIS:  Well, I know from the press
 4  counts, you and I have one.  But -- but I'll just tell
 5  you --
 6          SEN. FRASER:  We don't -- we don't talk
 7  about that.
 8          (Laughter)
 9          SEN. ELLIS:  We've gone to a few places
10  together.
11          Six percent of the people, I think, in
12  America have passports.  I think about the lowest
13  percentage for most nations in the top 20, 6 percent of
14  the people in America have passports.  So I guess I'm
15  saying, why would you choose that as one of your forms
16  of ID as opposed to a student ID when you know we have
17  problems getting young people sometimes to focus for
18  more than a week?  But folks who have a passport, you've
19  got to be fairly worldly, shall we say, to go get a
20  passport.  And if the number is 6 percent in America,

TX_00000988
JA_000987
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000988

21  I'm just guessing less than 6 percent of the people in
22  Texas have a passport.
23          SEN. FRASER:  We know the people that are
24  issuing the passports.  We don't know where all the
25  student IDs are coming from because not all student IDs
0207
1  are issued with, you know, our -- our input.  So the
2  easy answer to that is that we want to make sure that we
3  have something that is easily recognizable to the poll
4  worker, and we can verify that it is -- it is valid.
5          SEN. ELLIS:  What if we tried to put in a
6  student ID from a state institution so at least we did
7  that.
8          SEN. FRASER:  Senator, if you want to
9  offer amendments, as I told Senator Gallegos, I draw
10  them up, get it to you where I can look at it and get
11  plenty of time to look at it.  There's -- you know,
12  we're going to look at every amendment.  If you -- you
13  know, you can throw anything out.  We'll discuss it.
14          But, I mean, the thing we're trying to do
15  is we're trying to make it easy as possible on the
16  Secretary of State and the poll worker as we implement,
17  making sure that it's easily identifiable but also, you
18  know, is good public policy.
19          SEN. ELLIS:  Well, I'm just asking -- now,
20  I hate to take your time, but, I mean, you -- you put it
21  on the fast track.  I mean, I -- I'd like to be working
22  on the budget or something else, but --
23          SEN. FRASER:  I didn't put it --
24          SEN. ELLIS:  -- since you put it on the
25  fast track.
0208
1          SEN. FRASER:  I didn't put it on the fast
2  track.  I'm -- you know, I did not put it on the fast
3  track.  I think the -- the person in the center office
4  put it on a -- as an emergency bill and --
5          SEN. ELLIS:  So you really don't want to
6  do this, do you?
7          SEN. FRASER:  I am standing here
8  explaining it to you because I think it's good public
9  policy.
10          SEN. ELLIS:  I'll leave you alone after
11  this one.
12          But based on the election results of the
13  last cycle, what fraud will your side of the aisle be
14  worried about?  Senator Whitmire raised that with me the
15  other day.  I'm saying this:  As well as your side did,
16  seems like my side ought to be a little bit more worried
17  about if there was some fraud.
18          SEN. FRASER:  I think if you look at the
19  polling in your district, your district is worried
20  because they're telling you you need to vote for it; and
21  I'm telling you, you're on the wrong side of this issue.
22          SEN. ELLIS:  I respectfully would say you

TX_00000989
JA_000988
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

23   ought to be a little careful with that notion of what
24   polling data says.  I'm willing to bet you, Troy, when
25   our predecessors stood on this floor and sat in these
0209
1   seats and passed most of the restrictions, that at some
2   point were in state law, the polling data indicated they
3   were on the right side of history; but you and I know
4   they were on the wrong side of it.
5           SEN. FRASER:  All I can tell you is the
6   question's pretty straightforward.  It said -- they
7   asked the people in your area, "Should you have to show
8   a photo ID when you vote?"  And the number across,
9   Republican, Democrat, Hispanic, African American,
10  others, were overwhelming.
11          SEN. ELLIS:  Well, let me ask you this:
12  If I come up with some polling data that says they would
13  support same-day registration, recognizing student ID,
14  exempting people over 70 forever, not just for those who
15  hit 70 before the next election cycle, to what extent
16  would you be voting based on what the polling says?
17          SEN. FRASER:  Well, come -- come forward
18  with your data.  But I can tell you the things you've
19  mentioned, the only one that is applicable to this bill
20  is the -- the elderly because the same-day voting, those
21  other things, that's another issue for another day.
22  Doesn't fit on this bill.
23          SEN. ELLIS:  Thank you.
24          CHAIRMAN DUNCAN:  Chair recognizes Senator
25  Zaffirini.
0210
1           SEN. ZAFFIRINI:  Thank you,
2   Mr. President -- or Mr. Chairman.
3           Senator Fraser, my first questions will
4   focus on the criminal justice impact, if you have a copy
5   of that.
6           SEN. FRASER:  Well, excuse me, before
7   you -- what your first question should be, do I still
8   have my thick book that you were impressed with last
9   time.  My --
10          SEN. ZAFFIRINI:  Yes.  I was --
11          SEN. FRASER:  I reread the data last night
12  that you were going to instruct your staff asking them
13  why you didn't have one.
14          SEN. ZAFFIRINI:  Well, good.  I wish you
15  had it again.
16          SEN. FRASER:  I do have it.
17          SEN. ZAFFIRINI:  Good.
18          SEN. FRASER:  Right here.
19          SEN. ZAFFIRINI:  Good.
20          SEN. FRASER:  I was -- oh, go ahead,
21  please.
22          SEN. ZAFFIRINI:  But do you have a copy of
23  your criminal justice impact statement?
24          SEN. FRASER:  I do now.

TX_00000990
JA_000989
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000990

25              SEN. ZAFFIRINI:  My first questions will
0211
1  focus on that.
2              In the first paragraph, you'll see that it
3  states very clearly that the punishment for attempting
4  to vote illegally would be enhanced from a Class A
5  misdemeanor to a state jail felony, and the punishment
6  for illegal voting would be enhanced from a third degree
7  felony to a second degree felony.  What would be the
8  impact on our state budget of increasing those
9  penalties?
10              SEN. FRASER:  I'm sorry.  I'm not advised
11  as the impact on the budget, as you know.  You're on
12  finance, I'm not.  You would know that.
13              The second question I'm assuming you're
14  asking is, why we would consider doing this?  Actually,
15  these suggestions were brought forward by Democratic
16  members of your delegation that said, "Why don't we go
17  ahead and increase it?"  So we increased the penalties
18  for fraud.  So the recommendations on doing this, it
19  actually was across the board.  We had people on both
20  sides, but there was recommendations that we increase
21  these penalties.
22              The impact of the cost to the budget, I'm
23  sorry, I'm not advised.  My job is to make sure the
24  public is well served, and if someone commits fraud
25  by -- by voter impersonation, that the penalties are
0212
1  strict.
2              SEN. ZAFFIRINI:  But I am concerned about
3  this, Senator, and I don't know what Democrat or what
4  Republican asked you to make those changes.  I was not
5  privy to that conversation.
6              But if you look at the last paragraph, it
7  says:  Increasing the penalty for any criminal offense
8  is expected to result in increased demands upon the
9  correctional resources of counties or of the state due
10  to longer terms of probation, of longer terms of
11  confinement and county jails or prison.  And then it
12  also states:  When an offense is changed from a
13  misdemeanor to a felony, there is a transfer of the
14  burden of confinement of convicted offenders from the
15  counties to the state.
16              So earlier there was senators who talked
17  about unfunded mandates for the counties, but in this
18  case, we are -- we seem to be relieving the county of
19  some of its burden but then increasing the burden to the
20  state.  And my question remains:  At what cost?
21              Now, this bill, were it before the Finance
22  Committee, we would have a fiscal note; but because it's
23  not, it's because it's before the Committee of the
24  Whole.  We are restricted to the fiscal note that we
25  have here, and it's strange that we don't have a
0213

JA_000990

1  connection between the cost of the criminal justice
2  impact and the fiscal note.  It seems that there's two
3  independent documents, as they should be, but it seems
4  to me, that the fiscal note should reflect the cost that
5  is defined or, at least, specified in the criminal
6  justice impact statement.
7        SEN. FRASER:  Well, and I think the easy
8  answer to that -- I'll -- if someone else, if -- we may
9  defer to Senator Williams, if he wanted to comment, or
10  another member.
11        But I think the easy answer to this is
12  that if we implement the photo ID, it's pretty
13  straightforward, that someone -- if they're going in, if
14  they have a driver's license and they're -- you're
15  attempting to vote, that there's a good assumption that
16  the driver's license is valid, that they are who they
17  say they are.  So I'm -- we're hoping that the deterrent
18  will be that people will not try to vote fraudulently,
19  that the ones that are voting will be valid voters, and
20  we don't have a lot of people going to prison because
21  hopefully, they won't try to vote illegally.  I --
22  that's the hope.
23        SEN. ZAFFIRINI:  Well, actually, Senator,
24  that is why some of us are opposed to this bill because
25  we don't understand the problem that has been defined.
0214
1  For example, in that same paragraph, it says:  In fiscal
2  year 2010, less than five people were under parole or
3  supervision for illegal voting.  In fiscal year 2010,
4  five offenders were placed on community supervision, and
5  less than five offenders were released from community
6  supervision for illegal voting or attempting to vote
7  illegally; and then more important, in fiscal year 2010,
8  less than five people were arrested for illegal voting
9  or attempting to vote illegally.
10        So it seems to me that this criminal
11  justice impact statement makes the point that there
12  isn't a problem, especially if you look at the last
13  sentence:  It is assumed the number of offenders
14  convicted under this statute would not result in a
15  significant impact on the programs and workload of state
16  corrections agencies or on the demand for resources and
17  services of those agencies.  So if they don't see an
18  increased demand in this area because they don't see
19  people being arrested, then where's the problem?
20        SEN. FRASER:  Well, and I guess I just
21  disagree with your analysis of this, is that voter
22  fraud, under current law, that our laws are so weak,
23  it's virtually impossible to -- to catch one and
24  convict; and that's the problem we're trying to address.
25        SEN. ZAFFIRINI:  Well, okay, Senator.
0215
1  Thank you.
2        My next questions will focus on the fiscal

TX_00000992

JA_000991
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000992

3  note.  Do you have a copy of the fiscal note?
4          SEN. FRASER:  I do.  Somewhere.
5          SEN. ZAFFIRINI:  I'll wait till you get
6  it.
7          SEN. FRASER:  Yes.
8          SEN. ZAFFIRINI:  You have it?
9          SEN. FRASER:  I have.
10         SEN. ZAFFIRINI:  So the fiscal note shows
11  $2 million but all in fiscal year 2012.  Why aren't
12  there recurring costs?  Is that because the photo ID
13  card is issued in perpetuity, or it doesn't have to be
14  renewed?
15         SEN. FRASER:  Senator, again, you're --
16  you're a member of finance who would know.  You know,
17  this comes from LBB which did consultation with the
18  affected parties, which are Secretary of State, DPS.
19  We're going to have expert witnesses who will come up in
20  a minute --
21         SEN. ZAFFIRINI:  Okay.
22         SEN. FRASER:  -- and they will explain how
23  they delivered that data.  I think probably what you're
24  going to hear from them is that a lot of the initial
25  cost would be in the education of the -- the -- the
0216
1  Secretary of State educating both voters and poll
2  workers and any initial -- the free cards that we're
3  giving out, there will be more, probably, the first year
4  than other years.  I'm -- I'm assuming that's it, but I
5  think I'd ask that question of the Secretary of State
6  and DPS.
7          SEN. ZAFFIRINI:  Well, but, again, the
8  fiscal note is submitted to the chair of the committee
9  that hears the bill.  You'll notice at the top of
10  Page 1, it is directed to Robert Duncan, chair of the
11  Senate Committee of the Whole, not to Senator Ogden,
12  chair of Finance.  And so it is not for the Finance
13  Committee to consider the costs and the implications of
14  these policy changes, but it's up to the Committee of
15  the Whole; and we are the ones who have this fiscal
16  note.
17         And I challenged the fiscal note last
18  time.  Remember it was zero, and I couldn't believe it?
19  And I asked you questions about that, and I just
20  couldn't believe it.  And so now, all of a sudden, it's
21  a fairly similar bill.  Many would say more restrictive,
22  but now it has a fiscal note of $2 million.
23         And did you say earlier, Senator, that
24  this cost would be covered by HAVA funds?
25         SEN. FRASER:  And -- and the difference
0217
1  between this year and two years ago, I think the
2  assumption last year -- two years ago is that they would
3  just be able to use the HAVA funds.  And, again, I think
4  you probably should ask the Secretary of State.

TX_00000993

JA_000992

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000993

5       I believe since then, they have made a
6   request of HAVA requesting that, and HAVA's response, I
7   believe, is that they will wait until the bill is
8   passed.  And when the bill is passed, then they will
9   make a determination on whether you could use the -- the
10  money.  But we're also looking at history of other
11  states.  They have been allowed to use HAVA money.
12      But, again, I think I'd ask the Secretary
13  of State that question.
14      SEN. ZAFFIRINI:  Well, as the author of
15  this bill, would you prefer that the state pay this
16  $2 million in costs, or would you prefer that we use
17  federal funds?
18      SEN. FRASER:  I would prefer the money
19  that's sitting over here in a pot at the Secretary of
20  State -- that has not been spent; obviously, I'd much
21  rather use that.
22      SEN. ZAFFIRINI:  Do you know, Senator,
23  what the HAVA funds are used for?
24      SEN. FRASER:  For educating -- it's the --
25  help America vote.  It's to encourage voting.
0218
1       SEN. ZAFFIRINI:  So basically, if we use
2   the HAVA funds for this purpose, we are repurposing the
3   HAVA funds that are already there and intended for
4   things like new equipment and ongoing training programs?
5       SEN. FRASER:  Senator, I don't think -- I
6   think the decision will be made by the federal agency
7   that sent us the money, the HAVA people; and if they've
8   already authorized other states to use this for voter --
9   it's for voter education, and this would fall in the
10  area of voter education, I would assume.
11      SEN. ZAFFIRINI:  Well, it's my
12  understanding, Senator, that it is for the state to
13  submit a plan.  The federal government doesn't tell us
14  what to do in that area, not that it doesn't tell us in
15  other areas.
16      SEN. FRASER:  And, Senator, I hate -- it's
17  the same answer I've given multiple people before, is
18  that the Secretary of State will be coming up.  I think
19  that's the person to address this.
20      SEN. ZAFFIRINI:  Do you have any
21  suggestions regarding the training that is referred to
22  on Page 2 of the fiscal note, local government impact?
23      SEN. FRASER:  I do not.  That, again,
24  will -- it is the job of the Secretary of State to
25  administer that, recommend the training, and I believe
0219
1   they have the authority under current law.
2       SEN. ZAFFIRINI:  And you have no
3   information, then, about any recurring costs that we
4   should worry about?
5       SEN. FRASER:  I have none.
6       SEN. ZAFFIRINI:  And to whom would you

TX_00000994

JA_000993

TX_00000994

7   refer us on that issue?

8          SEN. FRASER:  On recurring costs?

9          SEN. ZAFFIRINI:  Uh-huh.

10         SEN. FRASER:  Could you give me an

11   example?  I don't -- I don't think I --

12         SEN. ZAFFIRINI:  Well, the fiscal note

13   shows all the expense in fiscal year 2012, and then it

14   doesn't show any other expenses --

15         SEN. FRASER:  I --

16         SEN. ZAFFIRINI:  -- beyond that.

17         SEN. FRASER:  I would ask the Secretary of

18   State or DPS.

19         SEN. ZAFFIRINI:  It just seems to me,

20   Senator, that there will be recurring costs because one

21   example would be the State's responsibility to provide

22   free photo ID cards on a recurring basis to the

23   significant portion of our population that moves

24   regularly.  They move from one part of the state to

25   another, and they might need a different card in that

0220

1   area.  And that would be a recurring cost, would it not?

2          SEN. FRASER:  Senator, since 2006, there

3   have only been 37,000 people that registered to vote

4   that did not have a current driver's license.  That --

5   that's in the last five years.  So the assumption is,

6   the number that is coming into the system that would not

7   have a card, the number is very low.  The cost of that

8   card is not a huge number.  So actually, the amount that

9   it would cost to take care of them is a -- not a large

10   number.

11         SEN. ZAFFIRINI:  What I'm worried about,

12   Senator, as a member of the Finance Committee, is

13   unintended consequences and unexpected costs.  Not

14   unexpected because we don't foresee them and can't

15   identify them, but because of the criminal justice

16   impact statement and because of the fiscal note that we

17   have that simply don't address these issues.

18         For example, Line 12, Page 12 of the bill,

19   you refer to the cost of the get-out-the-vote efforts;

20   and basically, the fiscal note states:  The analysis is

21   incomplete because, quote, it is not known how many

22   voter registration drives or other activities designed

23   to expand voter registration would occur.  So we don't

24   even have an estimated cost of one voter registration

25   drive.  And if it is our intent to ensure that we have

0221

1   more, we're not considering the cost, it seems to me

2   that we are being irresponsible in terms of identifying

3   the exact cost or the best estimated cost of this bill.

4          SEN. FRASER:  And we are -- have the

5   benefit of not being the first one to implement this.

6   We don't have to reinvent the wheel.  We can look at the

7   history of states that have implemented, like Indiana,

8   Georgia, and others, look at common things that have

9  happened there.  We're going to have a person from
10  Indiana here.  I think it -- that would probably be a
11  question you might ask, is the reoccurring cost, because
12  they've had this in effect.  I believe they passed it in
13  2006.
14        SEN. ZAFFIRINI:  But, of course, when we
15  talk about other states, including Indiana, we -- Texas
16  is much bigger and much more diverse; and so our
17  problems will be very different, our challenges will be
18  very different, and I believe our costs will be
19  significantly higher.  But, again, I'm concerned as a
20  member of the Finance Committee.
21        But speaking of costs related to other
22  states, are you aware, Senator, that in many, if not
23  all, of the states that have implemented photo ID bills,
24  including those with less restrictive laws than the one
25  that you propose, they have been challenged in court.
0222
1  What costs are we anticipating regarding being
2  challenged in court because of this bill?
3        SEN. FRASER:  I'm -- I'm not advised, that
4  you're making an assumption we'll be challenged, and
5  I'm -- I do not -- I'm not advised.
6        SEN. ZAFFIRINI:  I think it's a pretty
7  safe assumption.  Indiana was challenged, and as I said,
8  many, if not all, of the states that have implemented
9  these bills have been challenged.
10        So I think, again, as members of the
11  Finance Committee, as members of the Senate, even those
12  who are not members of the Finance Committee, should
13  look at that as a possibility and certainly should
14  consider the costs.  Is this where we want to spend our
15  money?  Even the $2 million.  What if HAVA funds are not
16  used for this purpose?  Is this where we want to spend
17  the $2 million and significantly more in defending the
18  bill instead of addressing the other issues that we are
19  facing right now because of economic crisis in Texas?
20        SEN. FRASER:  Was that a question?
21        SEN. ZAFFIRINI:  Yes.  Is it?
22        SEN. FRASER:  Is what?  Should --
23        SEN. ZAFFIRINI:  Is this where we want to
24  spend our money?
25        SEN. FRASER:  It's -- the decision on
0223
1  that, you know, I'm not on Finance, you are.  You're --
2  you're -- you're asked to make those hard decisions.  So
3  that, I would -- you know, that'll go back to the
4  Finance Committee.
5        SEN. ZAFFIRINI:  Okay.
6        SEN. FRASER:  But you're also making an
7  assumption that there's going to be an expense, which I
8  don't think there will be one because I think we'll be
9  able to spend the HAVA funds.
10        SEN. ZAFFIRINI:  All right.  Well, we

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

11  disagree on those.  I think those assumptions are fairly
12  safe.
13          Senator Fraser, Senator Van de Putte
14  distributed this map earlier.  Have you seen this map?
15          SEN. FRASER:  I have not.
16          SEN. ZAFFIRINI:  Basically, it shows
17  her -- if my -- Mr. Chairman?
18          CHAIRMAN DUNCAN:  Senator Zaffirini?
19          SEN. ZAFFIRINI:  If I may direct a
20  question to Senator Van de Putte?
21          CHAIRMAN DUNCAN:  Pardon?
22          SEN. ZAFFIRINI:  If I may direct a
23  question to Senator Van de Putte?
24          CHAIRMAN DUNCAN:  Senator Van de Putte
25  doesn't have the floor.
0224
1           SEN. ZAFFIRINI:  That's why I'm asking.
2           SEN. FRASER:  And -- and I won't yield.
3           SEN. ZAFFIRINI:  You won't yield?
4           SEN. FRASER:  No, I will not yield.
5           SEN. ZAFFIRINI:  All right.
6           SEN. FRASER:  You -- I'll be glad to
7   answer the question.
8           SEN. ZAFFIRINI:  All right.  I simply
9   wanted to ask if she planned to distribute this, and if
10  so, I wasn't going to address it.
11          CHAIRMAN DUNCAN:  If you want to introduce
12  the exhibit, you're welcome to do so.  We've marked it,
13  I think.
14          SEN. ZAFFIRINI:  All right.  Then I would
15  like --
16          SEN. FRASER:  Senator, I'm sorry.  I have
17  a map in front of me.  I had not seen it, so --
18          SEN. ZAFFIRINI:  All right.  Well, Senator
19  Van de Putte has indicated that I can request permission
20  to introduce this as an exhibit.
21          CHAIRMAN DUNCAN:  Okay.  I think it's been
22  marked, and would you -- would you bring it down,
23  please?
24          SEN. ZAFFIRINI:  I believe Senator Van de
25  Putte has a clean copy.  And this is a map that Senator
0225
1   Van de Putte had developed, and it's titled, "Counties
2   With Department of Public Safety Driver's License Office
3   Closures."
4           My question, Senator Fraser, would focus
5   on my district.  For example, in my district, which
6   comprises 16 counties and part of Bexar, Northeast
7   Bexar, there is one county that has wheelchair
8   accessibility barriers; there are two counties that have
9   absolutely no driver's license offices; there are four
10  that have offices that are temporarily closed; and there
11  is one that has an office that is open three days or
12  fewer each week.  And so you can see the accessibility

13  issues that we're dealing with, and you can -- when you
14  get the map -- oh, you do have a copy of the map.  You
15  can see the difference throughout the state.  There are
16  some states that you can see have a lot of pink, a lot
17  of blue, a lot of green, and then -- counties, rather --
18  and there are others that are just white, that have
19  absolutely no barriers.
20          So, Senator Fraser, looking at this map,
21  are you concerned that this bill would impact certain
22  counties that have a problem related to the
23  accessibility to driver's license offices?
24          CHAIRMAN DUNCAN:  Senator Zaffirini, if I
25  could -- before you get an answer to that question,
0226
1  let's get it in the record so everybody knows what we're
2  talking about.
3          SEN. ZAFFIRINI:  All right.
4          CHAIRMAN DUNCAN:  It's Exhibit --
5          SEN. ZAFFIRINI:  Mr. Chairman?
6          CHAIRMAN DUNCAN:  It's Exhibit 6, I
7  believe.  Is that correct?  It's not the two that you've
8  previously submitted.
9          SEN. ZAFFIRINI:  No.
10          CHAIRMAN DUNCAN:  Is that correct?
11          SEN. ZAFFIRINI:  It's Exhibit 6, then,
12  according to --
13          CHAIRMAN DUNCAN:  Okay.
14          SEN. NELSON:  Mr. Chairman?
15          CHAIRMAN DUNCAN:  And for what purpose?
16          SEN. NELSON:  It's me, and to ask Senator
17  Zaffirini a question or to point out that some of us do
18  not have a copy of this map.
19          CHAIRMAN DUNCAN:  Okay.  Well, that would
20  be a parliamentary inquiry and --
21          SEN. NELSON:  Then I would like to make
22  that.
23          CHAIRMAN DUNCAN:  That's what I'm trying
24  to clear up, is I'm trying to get the exhibit in so that
25  we can distribute it so that everyone can understand
0227
1  what the questions are.
2          Would you identify it, please?  What's the
3  title of it?
4          SEN. ZAFFIRINI:  Yes.  It is titled,
5  "Counties with Department of Public Safety Driver's
6  License Office Closures."  It is a map of Texas showing
7  this -- these issues, and it was developed by Senator
8  Van de Putte.  I had assumed that she had introduced it
9  into the record or had planned to, but I'm happy to do
10  it.
11          CHAIRMAN DUNCAN:  Okay.  Do we have
12  copies?
13          SEN. NELSON:  We don't.  Only the
14  Democrats do.

15          CHAIRMAN DUNCAN:  Okay.  Well, here's what
16  I would suggest so that other members have an
17  opportunity to follow your questions and the answers,
18  that we at least get copies of that exhibit and
19  distribute it, if we could do that.  And then, so if we
20  could defer on that until we get that done, Senator --
21          SEN. ZAFFIRINI:  Certainly.
22          CHAIRMAN DUNCAN:  -- that would be
23  helpful.
24          SEN. ZAFFIRINI:  Absolutely.  No problem,
25  Mr. Chairman.
0228
1          Moving right along.  I do have exhibit --
2  I guess it's 4 --
3          CHAIRMAN DUNCAN:  We do have --
4          SEN. ZAFFIRINI:  -- and Exhibit No. 5 that
5  I'd like to enter into the record --
6          CHAIRMAN DUNCAN:  Okay.
7          SEN. ZAFFIRINI:  -- at this time.  And
8  I'll wait until they're distributed, if you -- if I may
9  be permitted.
10          CHAIRMAN DUNCAN:  Would you identify
11  Exhibit 4, please?
12          SEN. ZAFFIRINI:  Certainly.  Exhibit 4 is
13  a copy of a driver's license with personal information
14  obliterated.
15          CHAIRMAN DUNCAN:  Thank you.  And
16  Exhibit 5?
17          SEN. ZAFFIRINI:  Exhibit 5 is a letter
18  directed to me, which I received today, from Spencer
19  Overton, professor of law at the George Washington
20  University Law School and a member of the Carter-Baker
21  Commission on federal election reform.
22          CHAIRMAN DUNCAN:  All right.  Those
23  exhibits will be received in the record and distributed
24  to the members.
25          (Exhibit Nos. 4 and 5 marked and admitted)
0229
1          CHAIRMAN DUNCAN:  Senator, you're -- you
2  can --
3          SEN. ZAFFIRINI:  Thank you.
4          CHAIRMAN DUNCAN:  -- continue on those
5  exhibits.
6          SEN. ZAFFIRINI:  Senator Fraser, thank you
7  for your courtesy and for your patience and your
8  stamina.  I'm impressed, as always.
9          On Page 4 of your bill, Senator Fraser,
10  Line 8, it states that "and the voter's identity can be
11  verified from the documentation presented under
12  Subsection (b), the voter shall be accepted for voting."
13  Can you describe what training the poll workers would
14  receive to ensure that they are trained in
15  identification verification?
16          SEN. FRASER:  Senator, you're moving

TX_00000999

JA_000998
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000999

17  faster than I can.  I'm on Page 4.  Where are you
18  referring?
19          SEN. ZAFFIRINI:  Line 8 of the bill.
20  Well, basically, that's all it says, that if the
21  voter's -- that "If the voter's identity can be verified
22  from the documentation presented, the voter shall be
23  accepted for voting."  That's the only part that I'm
24  quoting, and then I'm asking what kind of training the
25  poll workers would undergo in identification
0230
1  verification.
2          SEN. FRASER:  Great question to the
3  Secretary of State.
4          SEN. ZAFFIRINI:  To the Secretary of
5  State.
6          Do you worry at all, Senator, and I
7  know -- I believe it was Senator Davis who asked this
8  question earlier:  Do you worry at all about people who
9  don't look like their driver's licenses at all?
10          SEN. FRASER:  I'm sorry.  I -- there's so
11  many things to worry about in life, that's -- you know,
12  the -- the question you're asking, I think, is covered
13  by the Secretary of State; and I believe they would make
14  a determination.
15          SEN. ZAFFIRINI:  Well, Senator Fraser, I
16  have distributed Exhibit 4.  Would you take a good look
17  at that, please?
18          And, Members, I ask you to please look at
19  my Exhibit 4 and look at the photograph of this driver's
20  license.  Has anyone of you ever seen this person
21  before?  He looks familiar?
22          SEN. FRASER:  Yes.
23          SEN. ZAFFIRINI:  Can you identify this
24  person?  I'd like to ask this person to stand.
25          (Unidentified person stands)
0231
1          SEN. ZAFFIRINI:  Take a good look.  Look
2  at that picture.  Look at him.  That's right.  That --
3  and this picture was taken in 2006.  Now, if I didn't
4  know Ray, who is my chief of staff, and I were to look
5  at this picture, I would say, "You're not verified.  You
6  can't vote.  You're an imposter."  Look at the
7  difference.  Total difference, and yet this photograph
8  was taken in 2006, and so it's current, it's valid.  And
9  you can see if we who know him and have seen him, see
10  him every day, don't recognize his picture, imagine what
11  a poll worker would do with a driver's license like
12  this.
13          UNIDENTIFIED SPEAKER:  (Mic off)
14          SEN. ZAFFIRINI:  He's not a Laredoan, so
15  don't worry about it.
16          (Laughter)
17          SEN. ZAFFIRINI:  Senator Fraser, do you
18  understand why we worry?

TX_00001000
JA_000999
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001000

19      (Senator Shapiro speaking without mic)
20           SEN. ZAFFIRINI:  Well, it's a very good
21  point to make, Senator Shapiro, that we should look at
22  our composite photos; and most of us don't look like
23  them, and yet they have the dates like 2008.
24           SEN. WEST:  We keep using those pictures.
25           SEN. ZAFFIRINI:  2009.  We sure keep using
0232
1   those pictures, so what would happen?
2           My next question, Senator Fraser, focuses
3   on Exhibit 5.
4           And, Members, you have a copy of
5   Exhibit 5.
6           And it is a letter directed to me from
7   Spencer Overton, professor of law from George Washington
8   University.  And basically, I received this letter from
9   Professor Overton today, and it directly addresses
10  Senate Bill 14's inconsistency with the Carter-Baker
11  Commission.
12          Specifically, the letter states that
13  Professor Overton wrote this letter to, quote, Refute
14  claims that Senate Bill 14 is consistent with the
15  recommendations of the Carter-Baker Commission.  And
16  according to Professor Overton, quote, The Commissioners
17  recommended requiring photo ID of voters only if state's
18  assumed the responsibility to seek out citizens and
19  provide them with an ID free of charge, if states assume
20  the responsibility to seek out unregistered citizens and
21  register them and automatically update the registration
22  of citizens when they move, and if states allow citizens
23  without a photo ID to vote by signing an affidavit under
24  penalty of perjury for the first two federal elections
25  following adoption of the photo ID.
0233
1           Now, Senator Fraser, this bill does not
2   meet any of these criteria.  Is that correct?  Under
3   your bill, the state would not assume any of these
4   responsibilities?
5           SEN. FRASER:  Not advised.
6           SEN. ZAFFIRINI:  Well, I assure you,
7   Senator, that it does not.  But Professor --
8           SEN. FRASER:  I disagree.
9           SEN. ZAFFIRINI:  Could you show me it
10  does, where in your bill it would allow this?
11          SEN. FRASER:  I'm not advised.  This --
12  there's been no representation made that we are modeling
13  this bill after the -- the Carter-Baker recommendations.
14  This bill is moving forward as a bill that when someone
15  votes, they will present an ID to show they are who they
16  say they are.  The bill that I'm passing we think will
17  be approved by the Supreme Court and will be approved by
18  Department of Justice.
19          SEN. ZAFFIRINI:  Well, then, let me ask
20  you a question.  Where in your bill does it specify that

21   the state would assume the responsibility to seek out
22   citizens and provide them with an ID free of charge?
23            SEN. FRASER:  I would think it would be
24   your responsibility to show in the bill, you know,
25   your -- the bill speaks for itself.
0234
1            SEN. ZAFFIRINI:  So you can't tell me if
2   your bill does that?
3            SEN. FRASER:  The bill speaks for itself.
4   The language of the bill is very clear as to what the --
5   the issues we're addressing.
6            SEN. ZAFFIRINI:  Okay.  Do you know,
7   Senator Fraser, if this -- under your bill, the state
8   would assume the responsibility to seek out unregistered
9   citizens and to register them and automatically update
10   the registration of citizens when they move?
11            SEN. FRASER:  I don't believe that is
12   covered in my bill.
13            SEN. ZAFFIRINI:  It is not.
14            And do you know, Senator Fraser, if your
15   bill -- under your bill, the state would allow citizens
16   without a photo ID to vote by signing an affidavit under
17   penalty of perjury for the first two federal elections
18   following adoption of the photo ID bill?
19            SEN. FRASER:  Every person that votes will
20   be required to have a photo ID.
21            SEN. ZAFFIRINI:  Well, basically, it seems
22   to me, my analysis is that Senate Bill 14, as
23   introduced, does not meet these specifications of the
24   Carter-Baker Commission.
25            And what's more, in this letter that you
0235
1   have, Members, Professor Overton states that, quote,
2   Even President Carter and Secretary Baker rejected the
3   strict photo ID requirement initially adopted in Georgia
4   after concluding it was discriminatory because it was
5   costly or difficult for poor Georgians to obtain the
6   identification for voting, unquote.  But according to
7   Professor Overton, quote, It devotes insufficient
8   resources to address the burdens it would impose on
9   Texas voters who lack photo ID.
10            SEN. FRASER:  That is absolutely
11   incorrect.  The original observation -- the bill that
12   was filed in Georgia was changed, and the bill that
13   originally -- that is in law now, that was not their
14   observation.  And that was written in 2005.  The bill
15   was replaced 2008.  That was not their observation.
16            SEN. ZAFFIRINI:  Well --
17            SEN. FRASER:  That it was -- I saw that
18   comment made in a 2005 comment, but you're also making
19   sure you don't take it out of context.  And the -- the
20   law that had been passed by Georgia was revisited.  They
21   passed a different law, and then that law was -- that
22   bill was precleared by Department of Justice.

23          SEN. ZAFFIRINI:  But it still required --
24          SEN. FRASER:  So the bill he's --
25          SEN. ZAFFIRINI:  -- photo ID.
0236
1            SEN. FRASER:  -- addressing is not law --
2  current law in Georgia.
3           SEN. ZAFFIRINI:  But the Georgia law still
4  requires a photo ID.
5           SEN. FRASER:  Yes, it does.
6           SEN. ZAFFIRINI:  It does.
7           And finally, Professor Overton closes with
8  his statement that the current proposal for a photo ID
9  law in Texas is inconsistent with the recommendations of
10  the Carter-Baker Commission.
11         SEN. FRASER:  I disagree with that.
12         SEN. ZAFFIRINI:  Why, Senator?
13         SEN. FRASER:  I just disagree with that.
14         SEN. ZAFFIRINI:  Are there any specific
15  points that you disagree with that he made or that I
16  quoted in his letter?
17         SEN. FRASER:  I'm -- you know, the letter
18  that you're laying out is -- the first time I've seen it
19  is just then.  We're -- our bill is not -- we're not
20  trying to model it after that, but the Carter-Baker
21  Commission very clearly recommended a photo ID.
22         SEN. ZAFFIRINI:  Well, Senator, the reason
23  that we asked for this letter, we followed up on your
24  early statement when you laid out the bill.  And you
25  referred to the Carter-Baker Commission, and it was
0237
1  based on your statement that we followed up and did this
2  immediate research and got this letter written to us.
3         SEN. FRASER:  Will you show me where I
4  referred to it in my opening statement?
5         SEN. ZAFFIRINI:  Well, I don't have the
6  transcript yet; but as I recall, you referred to it in
7  your opening statement.
8         SEN. FRASER:  Do you want me to read what
9  I said again from the opening statement?
10         SEN. ZAFFIRINI:  Yes, would you?
11         SEN. FRASER:  I read two --
12         SEN. ZAFFIRINI:  Your copy to the -- your
13  reference to the Carter-Baker Commission report.
14         SEN. FRASER:  I said, "The Carter-Baker
15  Commission reaffirms the dangers.  Elections are at the
16  hard democracy.  Americans are losing confidence in the
17  fairness of elections, and while we do not face a crisis
18  today, we need to address the problems of our electoral
19  system.  At the end of the day, there's considerable
20  national evidence of in-person fraud; and regardless of
21  whether one believes that voter impersonation is
22  widespread or relatively rare, there can be no serious
23  dispute that -- that real effect can be substantial
24  because in a close election, even a small amount of

TX_00001003
JA_001002
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001003

25  fraud could take -- be the margin of difference."
0238
1           SEN. ZAFFIRINI:  Well, sir.
2           SEN. FRASER:  That was a quote that was
3  made.  It was -- it was used not only there, but it is
4  also used later in the Supreme Court decision.
5           SEN. ZAFFIRINI:  Right.  And, Senator
6  Fraser, it is because I was surprised at that statement
7  that we followed up, and it seems that that is in the
8  report.  But there is other information in addition to
9  that, so I could turn around and say, "Well, are you
10  taking it out of context?"  I won't raise that question
11  as a courtesy, but I could raise it.
12          But on the other hand, what I want to make
13  very clear is that the reason we followed up was that
14  you made this opening statement.
15          SEN. FRASER:  Your letter is dated January
16  the 24th.  I made the statement this morning.  Was --
17  did I make the statement, and then he -- he wrote the
18  letter and sent it to you today?
19          SEN. ZAFFIRINI:  Well, I requested it
20  today, so that's perhaps a typo because we received it
21  today.  Let me check.  We received it -- we received it
22  this morning.
23          SEN. FRASER:  Before I made the statement?
24          SEN. ZAFFIRINI:  It should be
25  January 25th.
0239
1           SEN. FRASER:  But you -- you said that you
2  responded -- that you requested it after I made the
3  statement in my --
4           SEN. ZAFFIRINI:  I requested --
5           SEN. FRASER:  -- opening comments.
6           SEN. ZAFFIRINI:  I requested this
7  information based on your opening statement, and I
8  received this letter today.  That's correct.  Okay?
9           Thank you very much, Senator.  I
10  appreciate, as I said, your courtesy and your patience.
11          SEN. FRASER:  Thank you.
12          CHAIRMAN DUNCAN:  Members, we've been
13  going for a while, and I think it would be -- we're kind
14  of at a -- maybe getting close to a breaking point.  Why
15  don't we go ahead and take a ten-minute break and then
16  reconvene, give the court reporter and staff a minute or
17  two to rest.  So a time certain, we'll stand at ease
18  until 2:30.
19          (Recess:  2:21 p.m. to 2:34 p.m.)
20          CHAIRMAN DUNCAN:  Senate Committee of the
21  Whole will come back to order.  Senator Hinojosa?
22          SEN. HINOJOSA:  Thank you, Mr. Chairman.
23          Senator Fraser?
24          SEN. FRASER:  These are actually pretty
25  good.
0240

TX_00001004
JA_001003
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001004

1          SEN. HINOJOSA:  Can you hear me?
2          SEN. FRASER:  Yes, this is -- these are
3  much better.  Yes, I do.  I can hear you.
4          SEN. HINOJOSA:  I just have a few
5  questions that I'd like to follow up on.
6          Do you know how many people are registered
7  to vote here in the state of Texas?
8          SEN. FRASER:  Oh, I do -- I'm sorry, I do
9  not know.
10          SEN. HINOJOSA:  Approximately, 13 million.
11          SEN. FRASER:  Okay.  13, yeah.  Okay.
12          SEN. HINOJOSA:  Yeah.  And do you know how
13  many voted in the last election?
14          SEN. FRASER:  No, I'm not advised on that
15  either.  I'm sorry.
16          SEN. HINOJOSA:  Close to 5 million voters
17  voted this last election.  And do you know how many
18  people were arrested or prosecuted or indicted for
19  trying to use somebody else's voter registration card?
20          SEN. FRASER:  I'm sorry, not -- no, I do
21  not have that number.
22          SEN. HINOJOSA:  None?
23          SEN. FRASER:  I don't -- I don't have the
24  number, I'm sorry.  I'm not advised.
25          SEN. HINOJOSA:  Well, do you have any
0241
1  evidence?
2          SEN. FRASER:  I'm sorry?
3          SEN. HINOJOSA:  Do you have any evidence?
4          SEN. FRASER:  Evidence?
5          SEN. HINOJOSA:  Yeah, evidence to support
6  your bill about voter fraud when they go to vote?
7          SEN. FRASER:  Senator, you know the thing
8  that we're trying to address here is that, as you know,
9  it's virtually impossible to defect voter fraud because
10  our current law makes it impossible not only to -- to
11  verify that they're voting illegally, but even if you
12  catch them, we don't have the ability to stop them from
13  voting.  So the -- the ability to stop someone today
14  voting illegally is almost impossible in Texas.  That's
15  the thing that I'm trying to address with my bill, is
16  that we believe if we make them show a voter ID, then we
17  will know that they are who they represent themselves to
18  be.
19          SEN. HINOJOSA:  Actually, Senator Fraser,
20  back home, most of the election judges know who the
21  voters are in their precincts.
22          SEN. FRASER:  Well, that's interesting.
23  Back home, in the area you're from, most of the -- or a
24  lot of the stories that I've seen reported to the
25  media -- and actually, you've got two voter registrars
0242
1  through your area that have endorsed this concept
2  because they are -- they are having a problem with voter

TX_00001005
JA_001004
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001005

3  fraud, and I -- that actually -- I'm -- I'm responding
4  to things I've read they've said in the media.  But I
5  believe there are numerous registrars that believe this
6  is a -- a large problem.
7         SEN. HINOJOSA:  Well, I hear what you're
8  saying, but I don't see any evidence.  There's a lot of
9  anecdote, a lot of rumors and guessing and speculation,
10  which I don't think it's a way to make good public
11  policy.
12         Are you familiar with the Carter-Baker
13  Commission on federal election reform?
14         SEN. FRASER:  Senator, what are you -- I'm
15  sorry.  What --
16         SEN. HINOJOSA:  Are you familiar with the
17  Carter-Baker Commission on federal election reform?
18         SEN. FRASER:  Yes, I am.
19         SEN. HINOJOSA:  Okay.  Are you aware that
20  by putting a requirement of having a photo ID to be able
21  to vote, that there are approximately 3 million
22  registered voters in the state of Texas that do not have
23  voter ID?
24         SEN. FRASER:  I don't know where you get
25  that number.
0243
1         SEN. HINOJOSA:  Well, if you look at
2  3 million people who are going -- who will be kept from
3  voting as compared to you cannot show anybody getting
4  prosecuted -- getting prosecuted and convicted voter
5  fraud, that's one big difference, one big price to pay
6  for a bill that you don't have any evidence to support
7  there's voter fraud.
8         SEN. FRASER:  One second, Senator.  My --
9  my iPhone is interfering with my microphone.
10         The 3 million number, where do you get
11  that?
12         SEN. HINOJOSA:  That's the estimate by the
13  Carter-Baker Commission on federal election reform that
14  here in Texas --
15         SEN. FRASER:  Can you -- can you show me
16  where it says in that Commission report?  I don't
17  remember.
18         SEN. HINOJOSA:  Yes, sir, it's a letter
19  dated January 24th, 2011, from Professor Spencer Overton
20  addressed to Senator Judy Zaffirini where he states that
21  approximately 3 million Texas voters do not have photo
22  ID.
23         SEN. FRASER:  Senator, that is --
24         (Simultaneous speaking)
25         SEN. FRASER:  -- pure speculation by that
0244
1  gentleman.  He has nothing to base that on, and that is
2  not in reference to the Carter-Baker report.  That is a
3  estimation by some, you know, political hack that --
4  that y'all have asked to write a letter.

TX_00001006
JA_001005
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001006

5            SEN. HINOJOSA:  Well, actually, I thought
6  it was the opposite.  I thought your side was pure
7  speculation.  Thank you.
8            CHAIRMAN DUNCAN:  The chair recognizes
9  Senator Williams.
10            SEN. WILLIAMS:  Thank you, Mr. Chairman.
11            Would Senator Fraser yield for some
12  questions?
13            SEN. FRASER:  I will yield.
14            SEN. WILLIAMS:  Senator Fraser, there's
15  several things that I wanted to clear up for the record.
16            The first, I'd like to make a reference
17  back to the Secretary of State has recently sent this
18  letter -- she sent it over today -- that indicated that
19  there would be probably $2 million of the HAVA funds
20  that would be available for voter education, to help
21  fund the voter education efforts that we would have in
22  connection with this bill.  And it would be -- normally,
23  it would be the Secretary of State's office who would
24  develop what those problem programs are with taking into
25  account our legislative intent about what we're trying

0245
1  to accomplish.  Is that right?
2            SEN. FRASER:  Yes.
3            SEN. WILLIAMS:  The other thing that I
4  wanted to correct, for the record, Senator Watson opined
5  earlier that a lot of this funding for these items had
6  been struck in the budget, and actually, I went back and
7  pulled a copy of the budget.  I had not looked at this
8  part, and so there were some budget riders that had
9  expired and that were no longer relevant in the current
10  budget.  Those were struck.  And under Strategy B.1.4,
11  under elections improvement, administer Federal Help
12  America Vote Act, we actually have, it looks like, a
13  total of about $43 million over the next biennium that's
14  been appropriated in the budget that Senator Ogden laid
15  out for us earlier.  So I just wanted to clear that up
16  for the record because that's kind of been a moving
17  target.
18            Another question that I had for you was
19  the -- I wanted to go back, if I could, and -- and just
20  touch on what my understanding after hearing all this
21  questioning that's gone on, what your -- the purpose of
22  your bill is -- really is to deter and detect fraud
23  in-person voter fraud at the polls.  Is that correct?
24            SEN. FRASER:  That is correct.
25            SEN. WILLIAMS:  Okay.  And has the United

0246
1  States Supreme Court -- I believe they've stated that
2  it's been documented throughout our nation's history by
3  respected historians and journalists, and they
4  demonstrate not only that the risk of voter fraud is
5  very real, but they could affect the outcome in a close
6  election.  Does Senate Bill 14 provide the kind of

TX_00001007
JA_001006
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001007

7  safeguard against that fraud that might be crucial in an
8  election?
9           SEN. FRASER:  Yes, it does, Senator.
10          SEN. WILLIAMS:  Now, we've had some close
11  elections, even in the Texas Legislature.  I know over
12  in the House right now, there is an election contest
13  that's been -- for Senate, State House District 48.
14  It's being contested.  The last numbers that I saw from
15  the Secretary of State showed that Donna Howard had won
16  her seat by 12 votes, which amounts to .02 percent of
17  all the votes cast in that race.  And, of course, back
18  in 2008, Linda Harper Brown up in Dallas County defeated
19  her opponent by 19 votes, or .05 percent of the total
20  votes cast in that race.
21          Are those the kind of close elections you
22  think that the Supreme Court might have been referencing
23  when they said in Crawford 533 U.S. at 11-12 that
24  it's -- the threat's not only real, but it's actually --
25  you know, it demonstrates it's not real, but it could
0247
1  affect the outcome of a close election?
2           SEN. FRASER:  The answer is absolutely,
3  yes, and it actually the -- it's even closer to home.
4  Senator Jackson, when he was elected to the Texas House,
5  ended up winning by seven votes.
6           SEN. WILLIAMS:  Landslide Jackson --
7           SEN. FRASER:  Landslide Jackson.
8           SEN. WILLIAMS:  -- I think they called
9  him.
10          SEN. FRASER:  So if -- fraud, in an
11  election like that, could have changed history.
12          SEN. WILLIAMS:  Senator Fraser, Senate
13  Bill 14 provides safeguards to protect the reliability
14  and integrity of our voting system, especially those in
15  close elections like we've just talked about?
16          SEN. FRASER:  Yes.
17          SEN. WILLIAMS:  Okay.  I believe in this
18  Crawford v. Marion, on Page 10, the Supreme Court brief,
19  they quoted -- the United States Supreme Court quoted
20  the Carter-Baker report that has been referenced here.
21  And in that report, their quote was, "There's no
22  evidence of extensive fraud in the U.S. elections or of
23  multiple voting, but both occur, and it could affect the
24  outcome of a close election.  The electoral system
25  cannot inspire public confidence if no safeguards exist
0248
1  to deter or detect fraud or to confirm the identity of
2  voters.  Photo identification cards currently are needed
3  to board a plane, enter federal buildings, and cash a
4  check.  Voting is equally important."
5           Is that your understanding?  Is Senate
6  Bill 14 designed to inspire that public confidence in
7  close elections like --
8           SEN. FRASER:  Yes, it is.

9          SEN. WILLIAMS: -- we talked about?
10          Senator Fraser, do you recall the
11   testimony and exhibits that we provided in 2009 -- now
12   it's been admitted earlier today as Exhibit 1 -- that
13   detail the extensive voter fraud in Harris County and
14   other areas of the state?
15          SEN. FRASER: Yes, I'm very familiar with
16   it.
17          SEN. WILLIAMS: Okay. Senator, having
18   listened to what I heard and just read a minute ago from
19   the Carter-Baker Commission and the language that was
20   adopted from them in the Supreme Court brief, are you
21   aware of how difficult it is to not only to discover but
22   to prosecute voter fraud?
23          SEN. FRASER: Yes, it is very difficult.
24          SEN. WILLIAMS: And having said that,
25   do -- do you think that that's one of the reasons we
0249
1    don't see many of these cases that are prosecuted
2    because if someone is voting deceptively as someone
3    else, it's going to be very difficult to discover that
4    if they're successful?
5          SEN. FRASER: And that was recognized by
6    the U.S. Supreme Court in their decision.
7          SEN. WILLIAMS: So are you offering Senate
8    Bill 14 as a tool for the state of Texas to detect and
9    deter this type of voter fraud and further inspire
10   confidence in our voters and the voting system, to make
11   sure that all Texans and all of our elections are
12   conducted with the upmost integrity and equity to all
13   Texans?
14          SEN. FRASER: Absolutely. That would be
15   my reasoning.
16          SEN. WILLIAMS: Okay. Couple of things
17   that I just think that it was important to get back into
18   the record again about what the Supreme Court actually
19   said in Crawford v. Marion; and all of this, of course,
20   was included in the record last time.
21          I thought it was interesting that Justice
22   Stevens comments about this. He said first, the state
23   has an interest in deterring and detecting voter fraud.
24   They have a valid interest in participating in a
25   nationwide effort to improve and modernize the election
0250
1    procedures that have been criticized as antiquated and
2    inefficient, and the state, in that case, also argues
3    that it has a particular interest in preventing voter
4    fraud in response to a problem that is, in part, the
5    product of its own maladministration; namely, that in
6    the case -- in this case, Indiana's voter registration
7    roles included a large number of people who were either
8    deceased or no longer live in Indiana.
9          Now, Senator Fraser, when I look back at
10   the record that we had introduced as Exhibit 1 today,

11  didn't that record include many, many instances where we
12  had people who were registered at fictitious addresses
13  who had been voting or people who were deceased?  I
14  think my own brother came and testified that our
15  grandfather had voted for 62 years after his death, and
16  my grandmother had a very difficult time trying to get
17  him taken off the voter roles and, in fact, had not been
18  able to do so.
19        SEN. FRASER:  Yes, I'm -- I'm -- remember
20  that very well.
21        SEN. WILLIAMS:  Okay.  And so, you know,
22  there's been a lot of talk about the burden on people,
23  and Senator Davis made some very compelling and
24  interesting remarks in her comments.  But I would say
25  that, you know, wouldn't you think that especially for
0251
1   the elderly, which we've had a big focus on here today,
2   of the inconvenience on elderly voters, people who are
3   age 65, don't they have an opportunity to use a mail-in
4   ballot and they completely bypass any restrictions that
5   your bill or inconveniences that it might cause them?
6         SEN. FRASER:  I'm actually surprised at
7   the percentage now of people that do mail in ballots.
8   That percentage continues to increase, and so someone
9   that did have a problem getting to the polls -- and, you
10  know, I gave the example last year of my -- my mother in
11  the retirement center, that she couldn't get to the --
12  it was too much -- it's too hard for her to get to the
13  polls, but she voted by mail.  And there's -- there are
14  people in that category, and we have that safeguard in
15  Texas.
16        SEN. WILLIAMS:  Well, and -- and I think
17  we all care about everyone being able to exercise their
18  constitutional right to vote, and along with the
19  provisions that you have for people that are 70 and over
20  plus the mail-in ballots and the fact that provisional
21  ballots can be cast and allow people with expired
22  licenses and that sort of thing the opportunity to prove
23  up who they are, don't you think that addresses many of
24  the concerns that have been raised here today?
25        SEN. FRASER:  Absolutely.  They -- and
0252
1   that was our intent, is that obviously, we want to make
2   sure everyone is afforded the -- the ability to vote,
3   and we think we have those provisions in place so that
4   all Texans, every Texan, will be allowed to vote.
5         SEN. WILLIAMS:  Well, I -- I think it's
6   also interesting, and you've noted several times today,
7   that so far as we could determine from our research,
8   there isn't a single voter in Indiana or Georgia who's
9   raised the issue that they've been disenfranchised since
10  those laws have been enacted.  Is that true, to the best
11  of your knowledge?
12        SEN. FRASER:  To the best of my knowledge.

TX_00001010
JA_001009
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001010

13 And we have asked that question repeatedly, and to the
14 best of our knowledge, we have -- not a single person
15 has come forward in either state.
16         SEN. WILLIAMS:  And I think it's -- you
17 know, when I look at the syllabus of the Crawford v.
18 Marion County election board case that went to the Texas
19 Supreme Court, they note in the syllabus that there's no
20 question about the legitimacy or importance of the
21 State's interest in counting only eligible votes.  And I
22 think they go on to say that -- that requiring that and
23 the fact that the cards in the Indiana case, as we're
24 doing, they make those cards free.  The inconvenience of
25 going -- of gathering the required documents, posing for
0253
1 a photograph, does not qualify as a substantial burden
2 on most voters' right to vote or represent a significant
3 increase over the usual burdens of voting.  And I think
4 that's interesting that that was noted.
5         And those provisions that we have are
6 essentially -- in your bill, there are very similar
7 provisions with respect to those matters.  Correct?
8         SEN. FRASER:  They -- yes, and I want to
9 clarify.  The Crawford case went to the U.S. Supreme
10 Court, and those observations were made in the -- the
11 majority opinion.
12         SEN. WILLIAMS:  Now, they go on to say
13 that it's generally applicable, nondiscriminatory voting
14 regulation, it's universally applicable, it's imminently
15 reasonable because the burden of acquiring, possessing,
16 and showing a free photo identification is not a
17 significant increase over the usual voting burdens, and
18 the State's interest are sufficient to sustain whatever
19 those minimal burdens are.
20         So we know there's some inconvenience, but
21 we've done everything we can to make that inconvenience
22 as insignificant as possible.  Is that --
23         SEN. FRASER:  I will actually go with that
24 in the -- the Crawford/Indiana case.
25         SEN. WILLIAMS:  Just in closing, in my
0254
1 final comments as -- before we go to take testimony, I
2 just think that it's noteworthy to look back at what the
3 opponents of this legislation have said on the floor
4 thus far today, and what I've heard is very little
5 debate about the actual content of your legislation.
6 And I think that speaks to the fact that it's
7 unequivocally a good idea that people ought to be able
8 to be positively identified as who they say they are
9 when they come to vote.
10         What I've heard today is a lot of talk
11 about procedures, even though what we're doing is very
12 normal for a Committee of the Whole, and it's the same
13 procedure that we used the last session when we
14 considered this.  Is that correct, Senator Fraser?

TX_00001011
JA_001010
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001011

15          SEN. FRASER:  It is, and I think it's very
16  difficult for a member to argue the merits of the bill
17  when it's so straightforward when you ask someone in
18  their district do they think that someone should --
19  should have -- be required to show a photo ID when they
20  vote, that you've got near 90 percent of the population
21  across the state of Texas.  Again, every one of these
22  members, it's hard to argue of the merits -- argue the
23  merits of the bill.
24          SEN. WILLIAMS:  Yeah, the other thing that
25  I've heard that I think is interesting is fiscal notes.
0255
1          A lot of talk about fiscal notes, even though we have a
2  letter from the Secretary of State that states that
3  there are going to be HAVA funds that will be available
4  to help with the voter education, and I think we're
5  going to have testimony in a few moments.
6          And I tried to clarify that early on that
7  the cost of issuing for the state these free ID cards is
8  less than $2.  It's a very minimal cost, and with almost
9  16 million people that we have who have a driver's
10  license or -- or an ID card now, it seems unlikely that
11  there's going to be a whole lot of people out of that
12  13 million that actually don't already have a driver's
13  license or a state ID card.
14          In fact, Senator Fraser, I spoke last
15  night with the Department of Public Safety and today
16  with the Secretary of State and just asked them if it
17  would be possible for us to target those voters who are
18  below age 65 and have -- don't have an ID card, a
19  driver's license or an ID card issued by the state; and
20  they said, yes, it would be possible for us to direct
21  our voter education to those people specifically so that
22  we could step it up and let them know before your bill
23  takes effect -- not till, when, in January?  Is that --
24  am I remembering that correctly?
25          SEN. FRASER:  January, 2012.
0256
1          SEN. WILLIAMS:  So a year from now.  So
2  we've got a lot of time to let these people know what's
3  coming.
4          And then the other thing I've heard a lot
5  about is current law, and, you know, there's been a lot
6  of discussion.  In fact, a lot of what we've talked
7  about is what's actually on the books right now, and
8  your bill is not touching any of that top side or
9  bottom.  Really, most of what you do is very limited by
10  changing what the requirements are when you come to the
11  polls.  Is that correct?  There's not any other real
12  substantive change to election law here.
13          SEN. FRASER:  We're only addressing the --
14  the actual in-person voting and the identification
15  required when somebody votes in person.  We're not
16  addressing mail-in ballots or any of the other

17   provisions.  It's just that one section.
18        SEN. WILLIAMS:  Well, thank you for
19   allowing me to question you about this and I appreciate
20   you bringing this issue before us and I especially
21   appreciate the fortitude that you've shown during this
22   long debate.  Thank you.
23        SEN. FRASER:  Thank you, Senator.
24        CHAIRMAN DUNCAN:  Chair recognizes Senator
25   Shapiro.
0257
1         SEN. SHAPIRO:  Thank you, Mr. Chairman.
2         I would just like to ask one question
3    because we're getting mixed signals, and I just want to
4    make sure.  It's just going to take a yes-or-no answer,
5    and I think that will be the easiest.
6         In Section 7 of your bill, which is
7    actually on Page 5, the requirements for identification
8    prescribed for people who do not have to have a vote --
9    a photo ID, where it references their age, does the bill
10   require that people 70 or older present a voter
11   registration card and that they be at least 70 years of
12   age on January 1st, 2012?
13        SEN. FRASER:  My understanding and this
14   is, again, something probably the Secretary of State
15   will address, but I believe your age is -- is on the
16   card.  So if someone is 70 on January 1, 2012, they will
17   not be asked to show a photo ID.
18        SEN. SHAPIRO:  Okay.  And this is
19   something that the Secretary of State has put into this
20   bill?
21        SEN. FRASER:  No.  No, I --
22        SEN. SHAPIRO:  This is something that you
23   have --
24        SEN. FRASER:  -- inserted it into the
25   bill.  It'd be your interpretation --
0258
1         SEN. SHAPIRO:  I got you.
2         SEN. FRASER:  -- to -- to make sure --
3         SEN. SHAPIRO:  Identify whether it's at
4    hand?
5         SEN. FRASER:  -- that they can identify
6    themselves --
7         SEN. SHAPIRO:  Okay.
8         SEN. FRASER:  -- but it's not intended
9    that they would -- I believe they're --
10        SEN. SHAPIRO:  Separate.
11        SEN. FRASER:  Yes.
12        SEN. SHAPIRO:  It's not intended to be
13   separate.  It's intended --
14        SEN. FRASER:  No.
15        SEN. SHAPIRO:  -- to be the same document.
16        SEN. FRASER:  Yes, as long as they're --
17        SEN. SHAPIRO:  Okay.
18        SEN. FRASER:  -- you know, 70 on

TX_00001013
JA_001012
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001013

19  January 1, 2012.
20          SEN. SHAPIRO:  And the date of birth is on
21  our current voter registration card?
22          SEN. FRASER:  You need to ask that of the
23  Secretary of State.
24          SEN. SHAPIRO:  Okay.  And my recollection
25  is it is.  Thank you.
0259
1          SEN. FRASER:  Okay.
2          CHAIRMAN DUNCAN:  Chair recognizes Senator
3  Huffman.
4          SEN. HUFFMAN:  Thank you, Mr. Chairman.
5          Senator Fraser, will you yield for a
6  couple of questions?
7          SEN. FRASER:  I would love to yield.
8          SEN. HUFFMAN:  Thank you, sir.  I'd like
9  to commend you, too, for a long day of answering a lot
10  of tough questions.
11          SEN. FRASER:  Thank you.
12          SEN. HUFFMAN:  But I think it's important,
13  as we kind of wrap this part of the procedures up today,
14  that -- that we circle back to -- to the idea and the
15  concept that -- that we got here today.  But there is a
16  line of Supreme Court cases that have brought us here.
17  Would you agree with that?
18          SEN. FRASER:  Yes.
19          SEN. HUFFMAN:  And certainly, the Crawford
20  v. Marion case gives us guidance on how to do what we're
21  doing here today properly.  Would you agree --
22          SEN. FRASER:  I think that's the one --
23          SEN. HUFFMAN:  -- with that?
24          SEN. FRASER:  -- was referenced, I think,
25  in the Indiana case, I believe.
0260
1          SEN. HUFFMAN:  Okay.
2          SEN. FRASER:  And that's yes.
3          SEN. HUFFMAN:  And did you, as you sat
4  down with your staff and so forth in, you know,
5  pre-session, in the interim, and you started thinking
6  about this bill and so forth, did you and your staff
7  take into consideration Crawford v. Marion and try to
8  follow the law and the rules the Supreme Court has laid
9  out for us?
10          SEN. FRASER:  Yes, without a doubt.
11  That's already been approved by the Supreme Court, and
12  obviously, we wanted to make sure we stayed within those
13  parameters.
14          SEN. HUFFMAN:  All right.  Now, you know,
15  the Supreme Court, I think -- we know that the Supreme
16  Court has told us that there is a balancing test, and we
17  understand that the right to vote is sacred.  And so we
18  know that the law tells us that if there is a burden
19  placed upon a voter, that they're going to look very
20  carefully at that; and it's going to have weight, but

TX_00001014
JA_001013
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001014

21  it's going to be balanced against legitimate state
22  interest.  And so I think what we need to explore, just
23  briefly, is that, in fact, we -- we have legitimate
24  state interest.  The state of Texas has an interest to
25  make sure that our elections are done with -- well, as
0261
1  perfect as we can get them but with integrity, right,
2  and with voter confidence.
3          So as you prepared the bill and as you
4  look at the bill -- and the Supreme Court has told us
5  that there are legitimate interests, and they define
6  those for us.  So as you prepared the bill and you look
7  at Senate Bill 14 today, do you think that it addresses
8  the relevant and legitimate concerns of deterring and
9  detecting voter fraud?  And I know you've been asked
10  this question a lot.
11          SEN. FRASER:  Absolutely.
12          SEN. HUFFMAN:  Right.  Do you think that
13  it -- that it's important in that the bill will help to
14  improve and modernize the election procedures of Texas?
15          SEN. FRASER:  Yes.
16          SEN. HUFFMAN:  Do you think that there's a
17  larger scheme nationwide through the Help America Vote
18  Act and the National Voter Registration -- Registration
19  Act to do just that, to make elections come up to modern
20  times?
21          SEN. FRASER:  Absolutely.
22          SEN. HUFFMAN:  Do you think that Senate
23  Bill 14 will help to prevent voter fraud and actually
24  help to ensure that only the votes of eligible Texas
25  voters are counted in these crucial elections that
0262
1  happen in the state of Texas?
2          SEN. FRASER:  That is our intent, and we
3  believe the bill does that.
4          SEN. HUFFMAN:  And do you believe that
5  once we have established these safeguards, that the
6  voters will feel more confident about their vote being
7  counted and only the votes of registered Texans who can
8  vote to be counted?
9          SEN. FRASER:  Yes, that is our belief.
10          SEN. HUFFMAN:  Do you think that once
11  that's established, that it will actually encourage the
12  democratic process and that it will encourage more
13  voters to go to the polls?
14          SEN. FRASER:  The thing we've seen in
15  other states that have implemented photo ID, the -- the
16  voter turnout actually increased.  And so, yes, we
17  believe the confidence in the voters will increase, and
18  we believe it will actually increase the voting
19  percentages.
20          SEN. HUFFMAN:  Now, we've heard comments
21  today from many senators, Senator Whitmire, Senator
22  Davis, Senator Uresti, about hypothetical burdens that

TX_00001015
JA_001014
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001015

23  may be placed on some hypothetical voter.  But taking
24  that into account and looking at and trying to balance
25  it, do you feel like we have a bill here that -- that
0263
1  presents and moves forward our legitimate interest in
2  Texas as it regards voting?
3           SEN. FRASER:  Without a doubt.
4           SEN. HUFFMAN:  All right.
5           SEN. FRASER:  We believe it does.
6           SEN. HUFFMAN:  Thank you very much,
7  Senator Fraser.
8           SEN. FRASER:  Thank you, Senator.
9           SEN. HUFFMAN:  Thank you.
10           CHAIRMAN DUNCAN:  Chair recognizes Senator
11  Wentworth.
12           SEN. WENTWORTH:  Thank you, Mr. Chairman.
13           Will the gentleman yield?
14           SEN. FRASER:  I will yield.
15           SEN. WENTWORTH:  Senator, I want to
16  compliment you on your long hours of being on your feet
17  in responding to these questions.  I just wanted to
18  touch on a couple of things.
19           One is we had -- we had some testimony
20  here two years ago on a very similar bill, and I just
21  wanted -- since it's been raised earlier today, the
22  issue about whether or not maybe passage of this bill
23  would reduce voter participation.  There are only a
24  couple of other states, Indiana and Georgia, where these
25  sorts of bills have been passed.  One of the witnesses
0264
1  in March of '09 said to us:  Not only does voter ID help
2  prevent fraudulent voting, but where it has been
3  implemented, it has not reduced turnout.  There is no
4  evidence that voter ID decreases the turnout of voters
5  or has a disparate impact on minority voters, the poor,
6  or the elderly.  The overwhelming majority of Americans
7  have photo ID or can easily obtain one.
8           Now, this is in the record from the 2009
9  hearing, which we've already adopted, but I just wanted
10  to recall some of the testimony that we had.
11           Another quote was:  Recent election
12  results in Georgia and Indiana also confirmed that the
13  suppositions that voter ID will hurt minority turnout
14  are incorrect.
15           In addition -- and I'm not sure whether
16  this was part of the record in '09, but there is a study
17  of Indiana's photo ID law that was conducted by a
18  University of Missouri professor.  He found that
19  requiring identification doesn't have much impact on
20  voter turnout rates.  His name is Jeffery Milyo.  He's
21  professor of economics and public affairs at the
22  University of Missouri, a part of the Institute of
23  Public Policy of the Harry S. Truman School of Public
24  Affairs.

TX_00001016
JA_001015
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001016

25          And his conclusion is -- if I can find it
0265
1   quickly -- it's a many-page study, and his conclusion is
2   that the findings that emerge from his analysis are that
3   photo ID is associated with an overall county level
4   turnout increase of almost 2 percentage points -- and
5   this is just in Indiana.  This isn't Georgia as well --
6   an insignificant increase in relative turnout for
7   counties with a greater percentage of minority and poor
8   population; no consistent or significant impact on
9   relative turnout in counties with a greater percentage
10  of less educated or elderly voters; and finally, a
11  significant relative increase in turnout for counties
12  with a higher percentage of Democrat voters.
13          I was just wondering if you remembered
14  those things that were testified to two years ago or
15  whether you were familiar with this university
16  professor's study.
17          SEN. FRASER:  Thank you for bringing that
18  forward.  It -- yes, I -- now, as you mention it, I do
19  remember it.  The other thing that comes to mind that
20  was through the testimony two years ago is in the '09 --
21  I'm sorry -- the '08 president election for '09, that
22  even though the president was from Illinois, the
23  adjoining state, Indiana, had doubled the increase of
24  voting next door in the state -- in Indiana where they
25  had put in photo ID.  Illinois did not have it, but the
0266
1   increase was double the amount of increase next door.
2   So it certainly didn't show that they were hurt by the
3   implementation of the --
4           SEN. WENTWORTH:  Where Indiana has a photo
5   ID law --
6           SEN. FRASER:  Illinois does not.
7           SEN. WENTWORTH:  Thank you very much,
8   Senator.
9           SEN. FRASER:  Thank you, Senator.
10          CHAIRMAN DUNCAN:  Okay.  Members, we
11  have -- that completes all of the Members who want to
12  ask questions of the author.  You can sit down for a
13  second, Senator, if you want to.  Take a rest.
14          We have a little bit of housecleaning.
15  There's a few witnesses that -- or a few exhibits that
16  may want to go in that we have now made copies of.  I
17  think, Senator Van de Putte, you had -- had -- Senator
18  Zaffirini had Exhibit 6 which was a map of the DPS, and
19  we've now had that copied and available to distribute.
20  Do you want to go ahead and offer it into the record?
21          SEN. VAN de PUTTE:  Yes, I will.
22          CHAIRMAN DUNCAN:  Okay.  It'll be
23  received.
24          (Exhibit No. 6 marked and admitted)
25          CHAIRMAN DUNCAN:  And then I believe we
0267

TX_00001017
JA_001016
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001017

1  had -- Senator Davis had a chart that -- excuse me.
2          SEN. VAN de PUTTE:  Mr. Chairman, do -- I
3  move to add to Exhibit 6 the counties with Department of
4  Public Safety Driver's License Office Closures prepared
5  by legislative counsel.
6          CHAIRMAN DUNCAN:  Okay.  Thank you.  That
7  will be received in the record.
8          Senator Davis, you had an exhibit that you
9  wanted to offer.
10         SEN. DAVIS:  Yes, Mr. Chair.  I'd like to
11  add that as -- I guess it would be Exhibit No. 7 to the
12  record.
13         CHAIRMAN DUNCAN:  And I think we have
14  copies to distribute to the Members?  Would you describe
15  it, please?
16         SEN. DAVIS:  Yes, I'm sorry.  It's the
17  chart that I displayed and talked about earlier in my
18  questions of Senator Fraser.  It's exact -- an exact
19  replica of the chart that was displayed on the Senate
20  floor.
21         CHAIRMAN DUNCAN:  It has a -- it's a
22  graphic that has a -- at the top, a title that says,
23  "DL/State ID."  Okay.  Exhibit 7 will be received in the
24  record.
25         SEN. DAVIS:  Thank you.
0268
1          (Exhibit No. 7 marked and admitted)
2          CHAIRMAN DUNCAN:  Are there any other
3  exhibits that --
4          SEN. FRASER:  Mr. President?
5          CHAIRMAN DUNCAN:  -- were discussed that
6  we'd like to include?  Senator Fraser?
7          SEN. FRASER:  And I had one that I
8  mentioned that I was going to enter in that I have not
9  yet.  It is the Lighthouse Opinion Poll.  This is the
10  most current poll that is taken and has a very good
11  breakout of not only across the state, the regions, but
12  also has a breakout, Republican, Democrat, and it breaks
13  out for the African American, Hispanic, and --
14         CHAIRMAN DUNCAN:  Do you have copies of
15  that to distribute?
16         SEN. FRASER:  I have one copy.
17         CHAIRMAN DUNCAN:  Okay.  Well, Exhibit 8
18  will be received, but if you'll go ahead and get copies
19  so that we can distribute those at this time.
20         (Exhibit No. 8 marked and admitted)
21         SEN. GALLEGOS:  Mr. President?
22         CHAIRMAN DUNCAN:  Senator Gallegos, for
23  what purpose?
24         SEN. GALLEGOS:  I have also some diagrams,
25  but I wasn't going to present them until the time of my
0269
1  amendments.  I mean, do they need to be entered now or
2  at the time of the amendment?

TX_00001018

JA_001017
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001018

3      CHAIRMAN DUNCAN:  I don't see any problem
4  with entering them at the time when it's relevant to
5  what you're trying to do.
6      SEN. GALLEGOS:  Yeah.
7      CHAIRMAN DUNCAN:  You can put them in the
8  record at that time --
9      SEN. GALLEGOS:  Okay.
10      CHAIRMAN DUNCAN:  -- when we're --
11      SEN. GALLEGOS:  Then I'll wait till --
12  till the time of the amendment.  Thank you,
13  Mr. President.
14      CHAIRMAN DUNCAN:  All right.  Members, the
15  next phase is the invited testimony.
16      And Senator Van de Putte and Senator
17  Fraser, if you could come up to the -- make sure we've
18  got everybody in the right order.
19      And while they're coming up, I want to
20  announce that it's my intention to -- we have about
21  17 -- last check, 17 registered witnesses for public
22  testimony, and I would like to accommodate those
23  witnesses, if we could.  So remember that when you're
24  questioning and -- that we have some folks that would
25  like to testify here later on.
0270
1      All right.  Members, let's go ahead and
2  move into the invited testimony.
3      The first witness will be Jerry Bonnett,
4  general counsel, Indiana Secretary of State.
5  Mr. Bonnett?  Mr. Bonnett, you'll have ten minutes the
6  timer is right before you.  You'll get a yellow light at
7  30 seconds, I think.  And then we'll strictly hold you
8  to the time, and then open it to questions at that time.
9  You'll not be interrupted during your testimony.
10      INVITED TESTIMONY
11      TESTIMONY BY JERRY BONNETT
12      MR. BONNETT:  All right.  Thank you,
13  Chairman Duncan.  I want to thank Senator Fraser and
14  supporters of Senate Bill 14 for inviting me to be here
15  today.
16      CHAIRMAN DUNCAN:  Would you state your
17  name and --
18      MR. BONNETT:  Yes.  My name is Jerry
19  Bonnett.  I've served as general counsel for the Indiana
20  Secretary of State Todd Rokita from 2005 to the end of
21  2010 when he completed his second term in office.  I am
22  currently serving as general counsel to Indiana's next
23  Secretary of State and chief election officer, the
24  Honorable Charles White.
25      Since 2005, my duties as general counsel
0271
1  have involved assisting with the implementation of
2  Indiana's photo ID law, including working with multiple
3  players in Indiana's election process, which is included
4  the Bureau of Motor Vehicles, county election boards,

5  poll workers, our Help America Vote Act, and support
6  agencies in coming up with the procedures and rules to
7  administer our photo ID law.
8           I've also been responsible for statewide
9  monitoring of election day activity in elections in our
10  statewide and primary -- primary general elections in
11  2006, 2007, 2008, and 2010.  I've reviewed every
12  complaint from the -- regarding voting submitted to the
13  Secretary of State, the Indiana Election Division, the
14  Indiana Election Commission, the Department of Justice,
15  our Help America Vote Act, and other county election
16  boards.
17           I've also assisted the Indiana Attorney
18  General and the Indiana Solicitor General with the
19  discovery trials appeals and ultimately Supreme Court
20  review in the state courts and in the U.S. Supreme Court
21  of Indiana's photo ID law.
22           Prior to the first statewide election in
23  Indiana under the photo ID law, there was no shortage of
24  organizations claiming that we smell a rat of some sort
25  and that the law has some illegal discriminatory effect
0272
1  or political subtext.  My job has been to look for
2  exactly any application of the law that was illegal or
3  overburdensome.
4           Despite the intense scrutiny of the law
5  that has been locally -- local, state, national, and
6  even international, in my impression, Indiana has
7  been -- and our courts who have been very open to giving
8  a fair and complete hearing to anyone feeling agreed or
9  disenfranchised by our voter ID laws.  In the five years
10  and eight statewide primary general elections I've been
11  involved with, there's been scant evidence of
12  disenfranchisement or discrimination in Indiana.  If the
13  naysayers and conspiracy theorists and armchair social
14  scientists were correct in their prognostications,
15  Indiana would have experienced hundreds of thousands of
16  disenfranchised voters after the laws passed in 2005,
17  but hardly any group or individual or circumstance has
18  been found that has genuinely disenfranchised or
19  inconvenienced a voter beyond what the Supreme Court has
20  held to be the reasonable, orderly regulation of
21  elections.
22           Did Indiana fix something that wasn't
23  broke?  Was it a law in search of a crime?  Admittedly,
24  there's been little evidence of in-person voter fraud in
25  Indiana, but that's been of little consolation to
0273
1  citizens who have come to Secretary of State's office
2  with concerns about the confidence in our elections.
3           What Indiana has experienced were
4  manipulation of voter registrations with thousands of
5  voter registrations submitted just prior to the closing
6  of registration which have confounded the orderly

7  registration of voters.  Indiana has experienced issues
8  with voter list maintenance where -- where partisan
9  activists have refused to update voter registration
10  lists, insisting the U.S. Department of Justice to
11  intervene and require voter list maintenance in Indiana.
12  Indiana has seen inconsistent agency-to-agency
13  cooperation in the sharing of information.  There have
14  been times when the Social Security office was unable to
15  provide verifications of voter registrations, times when
16  other state agencies were not able to exchange
17  information that would assist in verifying voter
18  registrations.
19          There have been reports of people in urban
20  areas being bussed around from poll location to poll
21  location.  There is evidence, after the fact, of dead
22  voters having registered or of dead voters having voted.
23  There was also a report of a well-intentioned high
24  school civics teacher who was intent on having every 17
25  year old that came into her class register to vote and
0274
1  every 18 year old vote even though there were some
2  students of hers who are not students -- who are not
3  U.S. citizens, but they were shamed into going through
4  the registration process and that resulted in illegal --
5  an illegal vote being cast and also confounded those
6  students eventual efforts to become naturalized U.S.
7  citizens.
8          In my position, I am in a position to say
9  that the law has not been applied -- has been applied in
10  the strict and unbending manner that the dissenters have
11  suggested.
12          After the 2005 photo ID law was enacted
13  but before the first election was held, the Secretary of
14  State and the election division and interested groups
15  developed procedures to deal with the issue of the
16  conformity of names on an ID to voter registration
17  lists.  Rules were developed that would allow for a
18  voter named Mary Ellen Smith to -- who might appear on
19  the voter registration in as many as ten different ways
20  to -- to proceed to vote.
21          Also, Indiana -- rules were adopted by the
22  Election Division in Indiana so that if a voter had
23  married between the time of the voter registration, at
24  the polls on election day, they could update their voter
25  registration by signing the poll book and proceed to
0275
1  vote.  In Indiana, voters can conform their voter
2  registration up through election day to the IDs that
3  they have.
4          Other state agencies have reached out to
5  anyone identified who has been experiencing problems of
6  obtaining photo IDs.  In Indiana, it's not a money
7  issue.  And an ID is reviewed by social service agencies
8  in Indiana as key to other social services and other

9  benefits of citizenship, and there's been an interest in
10  working with individuals who had difficulty obtaining
11  photo ID.  Also, in the Indiana Election Day Handbook,
12  in bold print, it says, on -- in several locations, that
13  lack of ID or problems with an ID is not a cause for
14  someone -- for a voter to be turned away.
15         After five busy years of monitoring
16  primary general elections in Indiana, working with
17  deputies, reviewing complaints, I can say that Indiana's
18  photo ID law is not only constitutional as it is written
19  but as it has been applied in routine use -- is applied
20  and become routinely used in good faith and in -- and in
21  an accommodating matter in the state.
22         Now, keeping to its principal and intent,
23  Indiana's law, subject to all matter of partisan,
24  nonpartisan, state, national scrutiny, has not been
25  applied with the rigid inflexibility and consequences
0276
1  predicted by detractors.  After exhaustive review in the
2  state and federal courts involving the application of
3  the law as applied -- instance of the law and in -- and
4  in Indiana's informed public opinion, Indiana photo ID
5  has earned broad acceptance, even from skeptics, as
6  become -- as having become integral component of voter
7  confidence and law that honors the privilege and the
8  dignity of American's right to free and equal
9  participation in elections.
10         So I honor you for the difficult work
11  you're doing here today.  I assure you that the work
12  won't be done if and when you pass Senate Bill 14.  I
13  can certainly tell you that the sun came up in Indiana
14  after Indiana's photo ID was passed.  It continued to
15  come up and continues to come up after each election
16  that we have.  So I'm ready to address your questions,
17  please.
18         CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.
19         So we'll have our first questions.
20  Senator Van de Putte, you're recognized.
21         QUESTIONS FROM SENATE FLOOR
22         SEN. VAN de PUTTE:  Thank you very much,
23  Mr. Chairman.
24         And thank you very much, Mr. Bonnett, for
25  traveling from Indiana.  I know on such short notice.
0277
1  We appreciate you being here to help us with your expert
2  testimony as we deliberate this very, very important
3  issue.
4         I had a few questions that -- that I
5  wanted to ask because here in Texas, we looked at the
6  Indiana law, and we're looking toward -- this is -- as
7  our bill author has said, it's kind of a Texas bill,
8  which we think is more restrictive than yours.  And we
9  have heard from testimony that there is increased
10  turnout, and you haven't found any instances in where

TX_00001022
JA_001021
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001022

11  the burden of the new Indiana law was placed upon
12  anybody.  And -- and I think in your testimony and in --
13  said that it is working and even in your Supreme Court
14  case, no party or amicus cited -- well, of course, there
15  were no cases of impersonation at the polls in Indiana.
16        So I have some confusion because in the
17  bill that you passed, we had reports in Marion County in
18  2007 that 32 vote -- voters cast ballots that could not
19  be counted because of the voter ID law, and I want to
20  ask you about them because just a couple of them really
21  bring to mind some difficulties, and yet you cited that
22  there were no problems.
23        In South Bend, Indiana, ten retired nuns
24  were barred from voting in the 2008 Indiana democratic
25  primary.  Some of them were in their 80s and 90s.  They
0278
1  no longer had driver's license.  They lived at the
2  convent, and the convent actually had the polling place
3  in their convent.  The irony was that I believe in that
4  case, the election judges were actually other nuns who
5  lived with these nuns, but they were barred from casting
6  a ballot even though they had previously voted in at
7  least ten elections in Indiana but that these nuns were
8  not able to because they did not have an ID, even though
9  the election judges live with them.  And so can you
10  comment?  This was in the newspapers, but it was also in
11  Catholic Digest magazine and so wanted to know because
12  we heard --
13        MR. BONNETT:  I can't --
14        SEN. VAN de PUTTE:  -- that there were no
15  instances, yet we had these reports.  And so could you
16  tell us?  I mean, what happened to these nuns?
17        MR. BONNETT:  I can't speak to the -- the
18  Marion County voters that you referenced, although I
19  think that was covered in the Indiana League of Women
20  Voters v. Rokita case that was heard by the Indiana
21  Supreme Court.
22        In the case of the -- the -- the nuns, in
23  Northern Indiana, the -- it's my understanding and
24  that -- that situation was also discussed in -- in the
25  Crawford case -- the -- the nuns did have passports.
0279
1  They did have a form of ID that was acceptable, but they
2  refused to present that.  They were eligible for other
3  exceptions under the law, absentee voting exception, and
4  it was really a media event because the media had been
5  brought to the scene before.  And they also refused to
6  go provisionally.  I did not -- I believe they were
7  brought in a van to a polling location that was not --
8  not, I understand, any time that they were voting at the
9  place that they lived.
10        SEN. VAN de PUTTE:  So --
11        MR. BONNETT:  That incident was -- seemed
12  to be discredited as a -- as a legitimate case of

TX_00001023

JA_001022
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001023

13    disenfranchisement.
14           SEN. VAN de PUTTE:  So you're saying these
15    nuns organized in a -- in a fraudulent matter, that
16    these nuns all got together?  But even though they're --
17    from the report what was reported, they lived at the
18    convent, and they were all in their 80s and 90s.  So I
19    don't know.  You know, maybe they had passports, maybe
20    they didn't.  But you're saying that this was
21    orchestrated by these devious nuns to actually prove up
22    Indiana law, and really, they intended to mess you up
23    purposefully or --
24           MR. BONNETT:  Yes, Your Honor.
25           SEN. VAN de PUTTE:  Oh, thank you.
0280
1           (Laughter)
2           SEN. VAN de PUTTE:  Well, let me ask you
3    about another case.  One of them was Lauren McCallick
4    who was an 18-year-old freshman at Saint Mary's College
5    in South Bend and who was not able to cast her ballot
6    that was due because of the law, and so that was one of
7    the cases that was there.  And can you tell me about
8    her?  Was she devious, as well, or was it orchestrated?
9           I mean, from the reports and from what was
10   happened, she was crying and she -- it was the first
11   time that she was going to be able to vote, and she
12   tried to -- she did do a provisional ballot.  But since
13   she couldn't get the documentation that she needed
14   within the time requirement, she didn't have a chance to
15   vote because she was in class and she couldn't go back
16   to her -- so can you tell me what happened to Ms. Lauren
17   McCallick in this case?
18           MR. BONNETT:  Unfortunately, I'm not
19   familiar with -- with that case.
20           SEN. VAN de PUTTE:  Oh.
21           MR. BONNETT:  So --
22           SEN. VAN de PUTTE:  Well, then what
23   happened in -- again, in Marion County, when we had some
24   senior citizens that weren't able to?  Now, they weren't
25   devious nuns.  These were seniors who were living in
0281
1    a -- some sort of a -- it wasn't a senior assisted, but
2    it was some sort of a temporary, like rehab, where
3    people go after strokes or after a motor vehicle
4    accident, and that they weren't allowed.  I mean, I can
5    understand your story about the nuns because, you know,
6    I'm a Catholic and sometimes they get really organized,
7    and they make their point.  But what --
8           MR. BONNETT:  I am too.
9           SEN. VAN de PUTTE:  What -- what about the
10   people who were living in the -- again, in Marion
11   County, in a -- not their full residence --
12           MR. BONNETT:  Uh-huh.
13           SEN. VAN de PUTTE:  -- but for a certain
14   period of time because they had a disability, they had

TX_00001024
JA_001023
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001024

15   had a stroke, and they were living in this.  What
16   happened to those folks?
17          MR. BONNETT:  Well, and I don't know the
18   specifics without more information, but every -- every
19   reported case has been investigated and reviewed.  The
20   state election division, the state social service
21   agencies, and Bureau of Motor Vehicles Division have
22   been quite willing to assist voters who have -- have had
23   difficulties obtaining an ID.
24          The largest group of voters in Indiana had
25   some form of ID, a -- a -- of what was left over, the
0282
1    exceptions covered many of those voters, and the --
2    ultimately, you know, anyone registered to vote who
3    didn't have the ID, that group was small and has not
4    been identifiable in such a way that the state has been
5    able to even identify them, and certainly efforts have
6    been made in litigation to try and identify a group.
7    But I -- I believe the state would develop
8    administrative procedures to assist anyone having
9    trouble with an ID faster than the litigation would
10   proceed through the courts to try and validate the law.
11          SEN. VAN de PUTTE:  Well, I appreciate
12   your answer, but you can understand my concern.
13   Particularly in the district that I represent, we have,
14   that I know of, six convents, the Sisters of Divine
15   Providence with their mother house with over 120 retired
16   nuns living there from orders all over; the Society of
17   Mary, which they're Marianist priests, and after they
18   finish at the University of Dayton and other Marianist
19   schools, they come to San Antonio and live right there
20   at Saint Mary's University.  We have over 56 nuns from
21   Incarnate Word and that community, and they're, you
22   know, in their 80s, 90s.  In fact, we even have a couple
23   that are over a hundred, and while on and on, you see my
24   problem.
25          And when I read things about Indiana and
0283
1    having the religious who don't live outside in homes but
2    who all have the same residences and who come back to
3    that convent or retirement home run by the nuns or run
4    by the priests, it's -- it's very difficult, and so I
5    have some concerns because I have so many voters that
6    are retired religious, and that's why I wanted to clear
7    that up.
8          But let me ask you about something else.
9          MR. BONNETT:  If I may, before you change
10   the subject, I will note that Indiana, for example, has
11   a Mennonite population that objects to being
12   photographed, and our law provided an exception for
13   individuals for religious reasons who objected to being
14   photographed; and there is an exception for disabled
15   individuals who live within a state licensed
16   convalescent or care center.  So Indiana has developed

17  exceptions for identifiable groups.
18          SEN. VAN de PUTTE:  Oh, well, I think
19  that's wonderful that Indiana did that, but you may not
20  know that that's in our Texas bill.
21          MR. BONNETT:  Uh-huh.
22          SEN. VAN de PUTTE:  And so why this is
23  more restrictive than Indiana is we don't have the
24  protections that you do in Indiana under this bill, for
25  those who live in religious communities, for those who
0284
1  are disabled.
2          And that's the other thing I wanted to
3  talk to you about because I understand that, you know,
4  this is about the other thing that you said about
5  increased turnout.  But I really wanted to talk to you
6  about -- because, I mean, let's face it, isn't the
7  turnout from 2008 November election because we had a
8  highly contested primary season, but it was because we
9  had this wonderful, wonderful, very, very active
10  electorate in electing between now President Obama and
11  John McCain.  I mean, it was fabulous.  I mean, so you
12  really can't compare turnouts to turnouts because the
13  turnout was wonderful in November, and we're all very
14  excited about that.  So I wonder a little bit because, I
15  mean, everybody's turnout went up.
16          MR. BONNETT:  May I respond to that?
17          SEN. VAN de PUTTE:  Absolutely, please.
18          MR. BONNETT:  If you compare the turnout
19  in the 2006 election, which was a nonpresidential
20  off-election year but -- for statewide primary and
21  general elections to the 2010 election last year, there
22  was also an increase between 2006 and 2010 in -- in
23  voter turnout in Indiana, which would be more comparing
24  the apples -- apples to oranges.
25          And you're right, in 2008, Indiana voted
0285
1  it's electoral votes for a Democratic presidential
2  candidate for the first time in over 30 years.  Also, in
3  the 2006 state Congressional races after the photo ID
4  was enacted, three of Indiana's nine Congressional seats
5  switched from Democrat -- or from Republican to
6  Democrat, which tended to dispute the theory of the
7  political subtext of the law.
8          SEN. VAN de PUTTE:  Thank you.  There --
9  there are a couple of other questions that I wanted
10  to -- to --
11          MR. BONNETT:  Uh-huh.
12          SEN. VAN de PUTTE:  -- check on Indiana
13  law.  Can you tell me -- your law has a free voter ID
14  card issued by the state or the county.  Are there
15  restrictions or affidavits or a means test for access to
16  a free voter identification card from Indiana?
17          MR. BONNETT:  I don't want to misstate --
18  misspeak that.  It's on the Bureau of Motor Vehicle

TX_00001026
JA_001025
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001026

19   Regulations.  I -- I believe that the person applied for
20   that ID needs to sign an affidavit that they don't
21   have -- have another ID with the state.  But beyond
22   that, I'm not -- I can't say about the issue of the
23   means --
24              SEN. VAN de PUTTE:  Well --
25              MR. BONNETT:  -- test.
0286
1               SEN. VAN de PUTTE:  Well, I looked at it,
2    and I didn't think so.  It just says that they have to
3    state that they don't have a driver's license and they
4    don't have another.
5               MR. BONNETT:  Uh-huh.
6               SEN. VAN de PUTTE:  But there is no
7    affidavit of indigency or -- or anything required, at
8    least from what I looked at your law.  But I'm not sure.
9    That's why I wanted to ask.
10              MR. BONNETT:  That's my understanding.
11   Now, a related issue is when a provisional ballot is
12   verified, if a voter who has voted provisionally within
13   the ten days after the election signs an affidavit that
14   they don't have an ID and cannot get one without expense
15   and possibly can't afford one -- I'm not sure of the
16   exact language on the affidavit -- then they're entitled
17   to have their vote counted.
18              SEN. VAN de PUTTE:  Well, one of the
19   things that I wanted to look at, and I have the Indiana
20   law and I -- because ours is a little bit more
21   restrictive.  But under your section of the -- of the
22   Indiana bill, it has something in here because -- that
23   has me a little troubled because we don't, and I'm going
24   to read it.
25              But the voter prescribed by -- and it has
0287
1    Indiana code that has not complied with -- and I think
2    that Indiana code 3-7-33-4.5 -- on election day must
3    present one of the following documents to the -- and it
4    says, "A current and valid photo ID," or it says,
5    "current utility bill, bank statement, government check,
6    paycheck, government document that shows the name and
7    address of the voter."  And yet we've been told that
8    Indiana only has a photo.
9               So what -- what is this section referring
10   to?  Is it a provisional ballot or is it a first-time
11   voter or -- or does Indiana allow for the photo ID, but
12   if they don't have the photo ID, can they use other
13   forms?
14              MR. BONNETT:  I'm not aware that Indiana
15   accepts any alternative than a photo ID.  That might --
16   I'd have to look at the law carefully on that.  Might
17   refer to the verification of address or the residency
18   with respect to voters who have moved, but I do not
19   believe that Indiana has any requirement other than --
20   than that of a -- of a government-issued photo ID with

21  an expiration date for in-person voting.
22          SEN. VAN de PUTTE:  Well, I think that
23  is -- it was very hard to follow, but I think it's under
24  a provisional ballot that has a state's licensed care
25  facility or something.  But there is at least that
0288
1  protection for those who are at a temporary facility;
2  that even if they don't have a photo ID, the exception
3  is not that they're just exempted but I think that they
4  can utilize other forms of ID, which our Texas bill
5  doesn't have.
6          To your knowledge, was -- since this was
7  from the Indiana Legislature, do you remember any
8  discussions on why they -- they put that in?  Was this
9  put in at the same time as the original voter ID
10  legislation, or was this only done after the mess up
11  with, you know, the nuns and the -- the other folks who
12  were at this temporary facility?
13          MR. BONNETT:  I didn't live in Indiana
14  during the time that this legislation was -- was
15  discussed and deliberated, but it's my understanding
16  that the -- the exceptions to the provisions for
17  individuals who live in state-licensed assisted living
18  facilities has always been part of the -- of the
19  scheme -- or the bill, and I think the -- the utility
20  bills and the other documents you refer to might go to
21  the issue of establishing their residency in the
22  state-licensed facility, which is then an exception if
23  the polling place is located in that facility.
24          SEN. VAN de PUTTE:  Thank you.  I really
25  appreciate your candid answer; and, again, we thank you
0289
1  very much for your travel here to help us on this
2  important deliberation.  Thank you.
3          MR. BONNETT:  Thank you.
4          SEN. VAN de PUTTE:  I don't have any other
5  questions, Mr. Chairman.
6          CHAIRMAN DUNCAN:  Chair recognizes Senator
7  Davis.
8          SEN. DAVIS:  Thank you, Mr. Chair.
9          Mr. Secretary, thank you so much for
10  traveling to be with us today and to help inform us
11  about the work that you've done in Indiana on this
12  issue.  I just want to make sure that I clearly
13  understand because today there's been a great deal of
14  discussion about your bill, as you can imagine, as the
15  reason why the bill that's being proposed in the Texas
16  Senate today would be able to withstand constitutional
17  scrutiny.  So I want to make sure that we have a clear
18  record in terms of how the bill that Indiana has
19  introduced, or the law that you've introduced, mirrors
20  or does not mirror what we are -- are discussing on the
21  Senate floor today.
22          So I think I heard you say that you do

TX_00001028
JA_001027
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001028

23   allow women who have been married or divorced to come in
24   to vote and to provide some affidavit that they -- their
25   name has changed and is different than is on the ID that
0290
1   they have because of marriage or divorce.  Is that
2   correct?
3         MR. BONNETT:  That's correct.  That's by
4   administrative directive.  It's not part of the statute.
5   And I'll say that when the -- when the Indiana courts
6   and the -- the federal courts reviewed the law, it was
7   reviewed in the context not just of the statutory
8   language but other administrative procedures that were
9   developed after the law was passed, after the framework
10   of the law was passed, for the -- the view of -- as
11   applied, how the law was applied.
12         SEN. DAVIS:  Absolutely.  And I think
13   that's terribly important, and I'd like to invite you
14   to -- to please inform us as much as possible both
15   statutorily what was reviewed in terms of what you've
16   done to try to preserve the integrity of someone's right
17   to vote and administratively what's been done.
18         So you said on that particular one, that
19   was a rule that was instituted administratively, but it
20   was part of what was reviewed by the court system in
21   terms of the implementation of that law?
22         MR. BONNETT:  Yes.  That -- that directive
23   clarified procedures for poll workers in -- in viewing
24   IDs for conforming names.
25         SEN. DAVIS:  And then I believe you said
0291
1   that in the -- the language that's presented to a voter
2   in terms of their right to vote in Indiana, in bold
3   language, you have clarified for voters there that not
4   having a photo ID will not in and of itself be
5   sufficient cause for them not to be able to vote.  Is
6   that correct?
7         MR. BONNETT:  Yes.  I'll -- I'll just look
8   up the exact -- the exact bold language, one example's
9   are referred to on Page 10 of the Indiana Election Day
10   Handbook.  This is the 2008 copy.  In bold, "No voter
11   should be turned away from the polls for failing to
12   provide photo ID."  That's -- that's instruction to all
13   poll workers.
14         SEN. DAVIS:  And does that wording go to
15   instances where, for example, as you -- as you talked
16   about earlier, if a person comes to the poll and they do
17   not have a photo ID, they can vote a provisional
18   balance -- or ballot -- excuse me -- on the condition
19   that they attest that they do not have a photo ID
20   because there would be a cost to receiving that ID
21   either through having to get the underlying
22   documentation that would qualify them to receive the ID
23   or some other cost that would be associated with
24   receiving the ID?

25          MR. BONNETT:  Yes, there are several
0292
1  alternatives to means to -- to verifying a provisional
2  ID to allow --
3          SEN. DAVIS:  And can you discuss what
4  those several alternatives are, please?
5          MR. BONNETT:  Well, generally, providing
6  the -- the ID or providing the -- the -- the voter
7  registration correction or an affidavit that there is a
8  religious exception to being photographed, that an ID
9  cannot be obtained without -- without cost.  There may
10  be another.  That's provided for in the Voter Bill of
11  Rights which is posted at each poll site, and then
12  voters who vote provisionally are given a paper receipt,
13  so to speak, with the instructions on how to verify
14  their provisional ballot and have it cast, how and
15  where.
16          SEN. DAVIS:  Thank you.  That's very
17  helpful.
18          And I believe you also have a provision in
19  Indiana, do you not, that allows for the use of an
20  expired driver's license for a certain period of time.
21  Is that correct?
22          MR. BONNETT:  Yes.  And I believe if it --
23  if it goes back to the beginning of the -- the opening
24  of registration for the election which is generally 30
25  days from the prior election.  So it's generally about a
0293
1  year, year past.
2          SEN. DAVIS:  Okay.  Have you done any work
3  in Indiana to track or to attempt to track the
4  percentage of persons based on categories, whether it be
5  senior status, whether it be minority status, whether it
6  be indigent status, where people have claimed that
7  somehow their right to vote has been interfered with as
8  a result of this particular law?
9          MR. BONNETT:  I'm not familiar with the
10  state doing that research.  Certainly the -- there are
11  interest groups that have -- have made a concerted
12  effort to identify individuals, groups, or
13  characteristics, identify them and locate beyond the
14  theoretical basis; and generally, it's not been
15  something that's been accomplished.  There's been a
16  tremendous separation between the theoretical concerns
17  and what's actually been experienced in our elections
18  over the last five years.
19          SEN. DAVIS:  When you started your
20  comments this afternoon, you began by saying that there
21  had been scant evidence of disenfranchisement, and scant
22  to me means that there must have been some.  So can you
23  talk a little bit with us about what that's looked like
24  for Indiana?
25          MR. BONNETT:  There -- there was a single
0294

TX_00001030
JA_001029
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001030

1  media report prior to the 2010 election, a few days
2  prior to the election.  It was not officially reported
3  to the state, but the media account was a gentleman
4  of -- in a particular county of 40-something years, due
5  to some unusual circumstances did not have a birth
6  certificate.  I think it involved him having been
7  discharged to foster care through state programs,
8  et cetera.  But it also was evident that the Bureau of
9  Motor Vehicles Division has a special group -- team that
10  works with individuals who have particular problems to
11  address those needs.  And the -- the report did not
12  result in -- in a complaint, and there was no indication
13  the state got that the person wasn't able to vote
14  under -- under one of the exceptions.
15          There have been some reports, also, that
16  generally upon investigation, the individuals were able
17  to vote under -- under some provision.
18          SEN. DAVIS:  And you mentioned that -- a
19  moment ago, that through both administrative rule and
20  through the statute itself, in the state of Indiana,
21  you've tried to be cognizant of this disenfranchisement
22  issue through some of the -- the rules that you've
23  enacted along with it.  We talked about the fact that
24  you have a religious exception for -- for people who
25  cannot be photographed or refused to be photographed for
0295
1  religious purposes.  We talked about the fact that if a
2  person comes to the polling location without an ID, they
3  can vote a provisional ballot so long as they attest as
4  one of the -- the reasons for voting that provisional
5  ballot, that they had to pay a fee in order to -- to get
6  a photo ID and they were unable to pay that fee.  You
7  talked about the special rule that's been created to
8  handle the situation where women have been married or
9  divorced and their -- their name would be different than
10  what is on their ID.
11          Are there other -- and excuse me -- you
12  also talked about the expiration of a driver's license
13  not being a reason to immediately turn that -- that
14  voter away so long as it's within that --
15          MR. BONNETT:  Uh-huh.
16          SEN. DAVIS:  -- period of time that you
17  described earlier.
18          Are there any other conditions that were
19  implemented, either through the statute or through
20  administrative rule, that you feel we should know about
21  in terms of reflecting a sensitivity to trying to
22  preserve the enfranchisement of your voters as much as
23  possible?
24          MR. BONNETT:  Yes.  College -- college
25  students at some state universities have -- it came
0296
1  about, they have IDs that don't have an expiration date,
2  and through arrangements with -- with state colleges,

TX_00001031
JA_001030
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001031

3   the universities provided through some type -- I believe
4   it was a secure online facility -- a way for the polling
5   locations to -- to verify the expiration date
6   independent of the actual ID.  And so arrangements were
7   made, then, for students with -- with a university ID
8   that did not have the expiration date but where the
9   college was able to provide that information
10  independently to go ahead and vote on election day.
11          SEN. DAVIS:  Very good.  Are there any
12  other?
13          MR. BONNETT:  Not that come to mind.
14          SEN. DAVIS:  Okay.  Thank you,
15  Mr. Secretary.  I appreciate it.
16          MR. BONNETT:  Uh-huh.
17          CHAIRMAN DUNCAN:  There being no further
18  questions, Mr. Bonnett.  Thank you for your testimony
19  today and for traveling here.
20          SEN. WEST:  Mr. Chairman?
21          CHAIRMAN DUNCAN:  Senator West, you're a
22  little late on the light there.
23          SEN. WEST:  I thought it was on.  I
24  apologize.  And I just have a couple of questions,
25  anyway.
0297
1           And it may have already -- you may have
2   already addressed this, and I just may not have heard
3   it.  As it relates to the provisional ballots in your
4   state --
5           MR. BONNETT:  Uh-huh.
6           SEN. WEST:  -- an individual can, in fact,
7   cast a provisional ballot.  Is that correct?
8           MR. BONNETT:  Yes.
9           SEN. WEST:  Okay.  And they have to --
10  what's the process?  Once they cast the ballot, in order
11  for the ballot to count, they have to come back within a
12  certain number of days?
13          MR. BONNETT:  Within ten days.
14          SEN. WEST:  And what do they have to do?
15          MR. BONNETT:  They can correct any -- any
16  issue with -- with voter registration.  For example, if
17  a person appears at a poll and they're simply not
18  registered at all, they can still cast a provisional
19  ballot.  You know, there may be some administrative
20  issue in the -- with kind of registration board about
21  why they didn't show up in the precinct where they
22  believe they needed to vote.  That -- that can be
23  corrected, and the Election Board is free to correct
24  that through and beyond the election.  They can bring in
25  the identification, and they can certainly seek
0298
1   assistance with obtaining the identification that's
2   required.  They can also come and execute an affidavit
3   that -- obviously, we talked about the exception to
4   being photographed for religious reasons.  They can

JA_001031
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

5   execute an affidavit that says they -- they don't have
6   the ID.  They cannot get one without cost, and then
7   they're eligible to have that vote counted.
8          SEN. WEST:  Okay.  So there's a process in
9   place.
10         Does the state keep any tally or report on
11  the number of provisional ballots that are cast in the
12  state of Indiana?
13         MR. BONNETT:  Yes.  The county election
14  boards submit that information with their -- with their
15  poll results data to the Election Division, and it's --
16  it's published online for every election.  The -- the
17  number of provisional ballots and the disposition and
18  the counties actually are also required to send copies
19  of the affidavits to the Secretary of State's office,
20  which then can be examined for the reason.  For example,
21  how many didn't show up on a poll book or there was a
22  challenge raised of some sort so that we can -- we've
23  been able to investigate the status and disposition of
24  provisional ballots.
25         SEN. WEST:  Is that information
0299
1   disaggregated by ethnicity?
2          MR. BONNETT:  No.  I'm not -- I do not
3   believe that there's an indication on the provisional
4   ballot affidavit.
5          SEN. WEST:  So you really don't -- I mean,
6   in terms of the provisional ballots, the tallies, in
7   terms of provisional ballots, is it disaggregated by
8   ethnicity; that is, the number of Hispanics, African
9   Americans that are voting?
10         MR. BONNETT:  It's not, although the
11  copies of the affidavits are -- are -- are public
12  information, and there have been some social scientists
13  who have been studying and attempting to write about
14  provisional ballots and determine if there's any -- any
15  meeting or conclusions that can be gathered --
16         SEN. WEST:  Has there been any -- any such
17  studies done in Indiana?
18         MR. BONNETT:  I have looked at one study
19  from a adjunct law professor.  It did not appear to
20  provide any -- any academic or statistically sound
21  conclusions.  It was more a discourse on the issue of
22  photo ID, in general, but it made some reference to some
23  statistics that were, you know, tallies of the number of
24  provisional ballots.
25         The provisional balloting started at the
0300
1   same time as the photo ID, so we don't have a calculus
2   of the provisional balloting before Indiana's photo ID.
3          SEN. WEST:  Do you happen to have the cite
4   for that particular professor's study or article?
5          MR. BONNETT:  I'll be most happy to --
6          SEN. WEST:  Okay.

7          MR. BONNETT:  -- to get it to you or get
8  it to the committee.
9          SEN. WEST:  To the chairman and the staff?
10  I'd appreciate that.
11          As it relates to provisional ballots, is
12  there any type of report on the number of individuals or
13  the percentage of individuals that come back and go
14  through the process to make certain their vote count?
15  Is it less than 10 percent of those individuals that
16  cast?
17          MR. BONNETT:  I'm not aware of an
18  aggregated report.  The data exists, and it's -- it's
19  online.  I'm not aware of an aggregated analysis of how
20  many.
21          Some provisional ballots, you know, there
22  are some instances where a person would go to a precinct
23  and not be registered to vote a provisional ballot and
24  then be directed to, and the poll workers are advised to
25  have someone go ahead and vote that provisional ballot.
0301
1  But then they may later in the day be directed to the
2  right precinct, and then the -- you know, so there can
3  be more than one provisional ballot.
4          There's also some of the scholarship
5  related to the issue that if the outcomes of elections
6  have been determined by substantial margins, then
7  individuals may not feel a need to go back and verify
8  the provisional ballots if the election were not so
9  close that --
10          SEN. WEST:  Right.
11          MR. BONNETT:  -- that the votes were
12  meaningful.  So it's not really what -- what -- clear
13  what the meaning of the numbers of provisional ballots
14  and the ones that are verified means, as far as I'm
15  aware.
16          SEN. WEST:  But there's no statewide study
17  or report that's done on an annual basis that looks at
18  the percentage of individuals that cast provisional
19  ballots that actually go back and verify their ability
20  to --
21          MR. BONNETT:  That data is reported in --
22  but I'm not aware of analysis of it.  The number by
23  county of provisional ballots, probably by precinct,
24  that were cast and their ultimate disposition is -- is
25  reported in -- in election return statistics.  Analysis
0302
1  of it is not something that I'm aware of, though.
2          SEN. WEST:  Okay.  You indicated that the
3  affidavit was -- is public.  Is it a --
4          MR. BONNETT:  Yes.
5          SEN. WEST:  -- public record?
6          And that's the -- when you say "the
7  affidavit," what do you mean by that?
8          MR. BONNETT:  That's a document that is

TX_00001034
JA_001033
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001034

9   initially executed by the voter at the time of casting
10   the provisional ballot --
11          SEN. WEST:  Okay.
12          MR. BONNETT:  -- and then later, handled
13   by the Election Board within that ten days to determine
14   whether or not that vote -- the vote is sealed.  The
15   vote is sealed in an envelope.
16          SEN. WEST:  All right.  I just wanted to
17   make certain we were on the same page.
18          Okay.  Thank you very much, Mr. Chairman.
19          MR. BONNETT:  You're welcome.
20          SEN. WEST:  I would like to get that cite
21   for the study, though.
22          CHAIRMAN DUNCAN:  Senator Gallegos?
23          SEN. GALLEGOS:  Mr. Secretary, let me ask
24   you one question.  Is your Indiana driver's license, is
25   it a valid form of ID under Indiana law?
0303
1          MR. BONNETT:  Yes, it is a state-issue ID.
2          SEN. GALLEGOS:  It is valid?
3          MR. BONNETT:  Uh-huh.
4          SEN. GALLEGOS:  And any supplements of
5   that Indiana license, is that also a form of ID?  What I
6   mean supplements is, if it -- if a driver's license is
7   confiscated and you get a temporary, is that also a
8   valid -- a valid form of ID?
9          MR. BONNETT:  If the -- I don't believe
10   that the state driver's license is specified in the
11   legislation.  It's specified more generically, a
12   state-issued ID with photograph with an expiration date
13   or government-issued ID.
14          It's my understanding when a driver's
15   license is confiscated that the Bureau of Motor Vehicles
16   will immediately issue another form of ID that is a --
17   for example, driving is restricted.
18          SEN. GALLEGOS:  And that is a valid form
19   of ID?
20          MR. BONNETT:  Yeah.
21          SEN. GALLEGOS:  Okay.
22          MR. BONNETT:  I don't believe the -- I
23   remember when I lived in Texas and in Louisiana
24   sometimes the police would take away your ID and give
25   you a piece of paper that was sort of -- to cover for
0304
1   you, and that type of document would not be.
2          SEN. GALLEGOS:  Yeah.  But that is a valid
3   form of ID in Indiana?
4          MR. BONNETT:  It would be required to
5   have -- the ID would be required to have a picture and
6   have the expiration date.  And so something other than
7   that would not be allowed for voting.  It would still be
8   required to have a picture.
9          SEN. GALLEGOS:  Thank you.
10          MR. BONNETT:  Does that answer your

TX_00001035
JA_001034
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001035

11  question?

12          SEN. GALLEGOS:  Yeah.

13          CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.

14  We appreciate your appearance here today.

15          TESTIMONY BY LUIS FIGUEROA

16          CHAIRMAN DUNCAN:  The Chair calls Luis

17  Figueroa -- Figueroa, Mexican American Legal Defense

18  Education Fund, or MALDEF.  Would you state your name,

19  please, and who you represent?

20          MR. FIGUEROA:  Absolutely.  My name is

21  Luis Figueroa.  I'm the legislative staff attorney with

22  the Mexican American Legal Defense and Educational Fund,

23  MALDEF.  Thank you very much for this opportunity to

24  testify before the Senate on this important legislation.

25          MALDEF works to promote and protect the

0305

1  rights of Latinos, including voting rights and in the

2  state of Texas and across the nation.  We have an

3  extensive history in the Voting Rights Act and in

4  protecting voting rights across the nation and, of

5  course, here in Texas, going back to the case of White

6  v. Register and most recently in LULAC v. Perry

7  challenging the redistricting implementation from the

8  last decade for last -- from the last session.

9          We stand here opposed to SB 14 because it

10  lacks the safeguards to ensure that eligible voters will

11  not be disenfranchised at the polls.  If SB 14 was

12  enacted, it would be the most restrictive photo ID

13  requirement in the nation, more restrictive than

14  Indiana, more restrictive than Georgia, more restrictive

15  than Arizona.  They would allow for viewer identity

16  documents, less time to cure for provisional ballots,

17  and it would be even more difficult to cure than any of

18  the other states.

19          Studies after studies have shown that

20  voter ID and additional identification requirements at

21  the polls do have an impact on minority voters and on

22  other protected classes.  The study from voter ID

23  requirements and disenfranchisement of Latino, black and

24  Asian voters by Barreto, Nino & Sanchez states

25  "Controlling for age, income and education, we find the

0306

1  naturalized citizens and minority voters are

2  significantly less likely to be able to provide multiple

3  forms of identification such as a copy of their original

4  birth certificate or recent bank statements.

5  Respondents were asked about their ability to provide

6  approximately six unique forms of identification, and

7  naturalized citizens and minority voters were

8  consistently less likely to have each form of

9  identification.  Data reflects identification trends of

10  actual voters, not just adult citizens, the findings go

11  far to suggest that photo -- that voter identification

12  laws could immediately disenfranchise many Latino,

13  Asian, African-American citizens."
14          From the Rutgers study, protecting the
15  enfranchised or restricting it, the effects of voter
16  identification requirements and turnout, by Vercellotti
17  and Anderson, states that "The predicted probability
18  that Hispanics would vote in states that required
19  nonphoto identification was about 10 percent points
20  lower than in states where Hispanic voters gave their
21  names."
22          In the Wisconsin study, the driver's
23  license status of the voting age population was counted
24  by John Pawasarat.  It stated that "Minorities in poor
25  populations are the most likely -- are the most likely
0307
1  to have driver's license problems.  Less than half,
2  40 percent, of Milwaukee County African-American adults
3  and 43 percent of Hispanic adults have a valid driver's
4  license compared to 85 percent of white adults in the
5  balance of the state."
6          The Brennan Center, in their report
7  Citizens Without Proof, A Survey of Americans'
8  Possession of Documentary Proof of Citizenship and Photo
9  Identification, stated, "Citizens with comparatively low
10  incomes are less likely to possess documentation proving
11  they are citizens.  As many as 11 percent of United
12  States Citizens, more than 21 individuals, do not have
13  government-issued photo identification."  It goes on to
14  state that "25 percent of African-American voting-aged
15  citizens have no current government-issued photo ID
16  compared to 8 percent of white voting-aged citizens."
17          Study after study has shown that Latinos,
18  African-Americans, elderly, the poor, students are less
19  likely -- the disabled community are less likely to have
20  the photo identification requirements required under
21  SB 14.
22          It's important to note that Texas under
23  current law has a voter ID requirements.  It has an ID
24  requirement that -- it requires that you bring a voter
25  registration certificate or additional forms of
0308
1  identification.  The question is, how much stricter can
2  we make the voter identification requirement?  The
3  question is not whether to have a voter identification
4  or not have it.  The question is, how restrictive do we
5  want to make it?
6          The current legislation presented before
7  us does not provide for any alternative photo
8  identification.  It does not allow for student ID cards,
9  for Medicaid, Medicaid cards, for expired driver's
10  license, for expired military cards or for state-issued
11  employer identifications.
12          We know that in our other states that have
13  implemented strict voter identification laws that the
14  ability to cure and to come back day to day and fix

15 their provisional ballot, it does not happen with much
16 frequency.  Voters do not return within the allotted
17 time period to fix their voter identification.
18        It's also worth noting that in SB 14 it
19 actually lowers the amount of time from what Indiana
20 requires, from ten days to six days -- six days to
21 return and fix their voter identification.  In Arizona,
22 739 ballots were not counted where -- conditional
23 provisional ballots were not counted, and only 158 were
24 counted after voters cured their identification
25 requirements.
0309
1        What we found in Arizona when we litigated
2 was that the most common problem was a driver's license
3 that did not match an address, that did not match a
4 voter registration certificate.  We know that Latinos,
5 African-Americans and low income are the most mobile
6 populations often moving from a rental apartment, moving
7 from home to home, and as a result are most likely to
8 have matching -- most likely have identification that
9 doesn't match their voter registration certificate.
10        We know that providing a free personal
11 identification certificate does not solve the problem if
12 the documents needed to get a personal identification
13 certificate are the same ones that the study show the
14 minorities don't have.  And we know that if people are
15 required to bring birth certificates and other
16 documentation that they are unable to get a current
17 driver's license, that they are not likely to get the
18 free personal identification if they lack those same
19 documents.
20        We believe that there are ways to
21 create -- there are ways to ensure that people who are
22 voting are who they say they are.  There are ways to do
23 it without disenfranchising voters.  What we need are
24 appropriate safeguards in a photo identification law.
25 We need to expand the current list of documents that are
0310
1 provided in SB 14, and most importantly we should
2 incorporate a signature affidavit similar to Michigan
3 and Florida to ensure that people who lack the
4 identification requirements are still able to cast a
5 ballot and have their vote count.  It's about finding
6 the right balance between security and access.
7        SB 14 only focuses on voter impersonation
8 fraud while ignoring voter intimidation, deceptive
9 practices and poll worker error.  There are ways to
10 ensure that voters who say they are -- are who they say
11 without disenfranchising voters.  Finding that right
12 balance includes including two forms of nonphoto
13 identification, requiring signature affidavit attesting
14 to name, address and eligibility, including voter
15 integrity task force, allowing for same-day election
16 voter registration with an ID requirement, free ID that

TX_00001038
JA_001037
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001038

17  is not limited to the current requirements that require
18  the same documents that are required to get a driver's
19  license right now, training for poll workers and voter
20  education.
21          When we find the right balance between
22  access and security, we will ensure that we have the
23  voter confidence in our system, a system that is not
24  predicated on trying to disenfranchise voters, a system
25  that is not so unsecure that we don't have faith in our
0311
1  electoral system, but a system that provides for access
2  and security to ensure that all votes are counted, and
3  that is what we are aiming for.
4          With that, I'm open for questions, and I
5  thank you again for this opportunity.
6          SEN. ELTIFE:  Members any questions?
7          (No response)
8          SEN. ELTIFE:  Thank you, sir, for being
9  here today.  Hold on one second.
10          QUESTIONS FROM SENATE FLOOR
11          SEN. ELTIFE:  Senator Rodriguez?
12          SEN. RODRIGUEZ:  Thank you, Mr. Chairman.
13  Mr. Figueroa, first of all, thank you for coming here to
14  testify this afternoon, particularly on such short
15  notice.  I am familiar with MALDEF's work.  In fact, I
16  serve on its board.  So I know the great work that the
17  organization does to protect the rights of citizens,
18  particularly in the area of voting rights.
19          I want to ask you just a few questions and
20  mainly for clarification.  I believe you started out by
21  comparing the legislation in Senate Bill 14 with the
22  Arizona -- the Indiana law, and I believe you even
23  mentioned the Arizona law.  Could you give us
24  specifically in which ways SB 14 is more restrictive
25  than these other laws?
0312
1          MR. FIGUEROA:  Absolutely.  Senate Bill 14
2  has a very limited scope of identification requirements.
3  It only allows for a driver's license, a passport,
4  citizen certification and a military identification.
5  Arizona, which at the time was considered a pretty
6  restrictive identification requirement, allows for photo
7  ID, but also allows for two alternative nonphoto
8  identification.  It was most similar to the proposal
9  that was introduced last session.
10          In Indiana where they do have a photo ID
11  requirement, they do allow for -- when you cast a
12  provisional ballot, you can come back within ten days
13  and you can attest to being indigent or you can attest
14  that you were unable to get the identification, and
15  they'll allow you an opportunity to have your vote
16  counted.
17          This law in SB 14 does not have any such
18  assertion to ensure the voters are counted.  In fact, it

TX_00001039
JA_001038
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001039

19  lowers the amount of time for you to cure that
20  provisional ballot.  We're going from ten days to six
21  days -- to six days.
22           And in Georgia, again, there are also
23  other forms of identification that were allowed that are
24  not allowed under Texas.  Even in Indiana, the
25  expiration date, you are allowed to have an expiration
0313
1  date if you're within the last -- within the last
2  election.  If your driver's license was expired within
3  the last election, they'd still allow you to vote.  This
4  would be by far the most restrictive ID requirements in
5  the nation.
6           SEN. RODRIGUEZ:  So given that, is it your
7  opinion that this law, this bill that we're considering,
8  would be much more likely to disenfranchise voters than
9  these other states' laws?
10           MR. FIGUEROA:  I do think the more -- the
11  more requirements you put, the more limits on
12  identification, the more likely you are to have an
13  impact on the working poor and Latinos and
14  African-Americans and other -- and other voters.
15           SEN. RODRIGUEZ:  Could you go over some of
16  the implementation challenges or issues that were
17  confronted when the Arizona law was being implemented to
18  give us a sense of what we might expect?  And
19  particularly you might -- if you could focus on how it
20  may have impacted the Latino voters in Arizona.
21           MR. FIGUEROA:  Absolutely.  Our studies
22  did find -- our expert did find a disparate impact in
23  Arizona on Latino voters, and I grant you this was even
24  with more broader identification requirements than this
25  bill.  So this bill would even have a stronger impact
0314
1  than Arizona.  What we found in Arizona was -- the most
2  significant impact were poll workers who tried -- who
3  claimed that the address had to match the voter
4  registration certificate to the driver's license.
5           Poll worker training has got to be a key
6  component of this.  It's not clear from SB 14 about what
7  to do if a driver's license doesn't match the voter --
8  the voter registration certificate, whether that's
9  because a recently married woman has a different last
10  name, because there's a misspelling on the voter
11  registration certificate, because the address doesn't
12  match or the date of birth doesn't match.  There's any
13  numerous possibilities of a mismatch between the voter
14  registration and the licenses that are going to be
15  required.  Are poll workers going to use that to
16  disenfranchise voters?  Well, we would hope not, but
17  we -- in our experience, it has had that impact.
18           SEN. RODRIGUEZ:  All right.  Thank you.
19  You stated the Latino voters are less likely to have the
20  identification required by the bill.  Can you tell us

TX_00001040
JA_001039
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001040

21  why?

22          MR. FIGUEROA:  Yeah.  I mean, a lot of
23  this has to do with the difficulty in obtaining a
24  driver's license right now.  So we know that getting a
25  driver's license has become increasingly more difficult
0315
1  by DPS under the current rules.  Obtaining the -- having
2  the birth certificate, the documentation that you need
3  to get a driver's license is sometimes difficult to get.
4  The cost involved is also somewhat of a problem.
5          It's also a lot of people live in these
6  rural counties or don't live near a DPS station and
7  don't have a driver's license.  Also, students who live
8  with their -- with their parents and don't have a
9  driver's license or they only have a student ID card may
10  not have a driver's license or the funds or the time
11  necessary to go get a driver's license.
12          SEN. RODRIGUEZ:  I see.  Finally, let me
13  ask you just for the record here -- I think we know the
14  answer -- but have Latino voters generally experienced,
15  in the history of this state, disenfranchisement when it
16  comes to exercising their right to vote?
17          MR. FIGUEROA:  Yes.  Texas has a long
18  history of voter discrimination in Texas, which is why
19  we're a Section 5 state under the Voting Rights Act.  It
20  is precisely because of our history and the all-white
21  primaries, poll tax, disenfranchising voters through
22  cracking and splitting and redistricting that we are a
23  Section 5 state.  And I believe that there's going to be
24  a witness here today that's going to talk about that.
25          SEN. RODRIGUEZ:  Do you feel that this
0316
1  long-standing history has engendered mistrust on the
2  part of the Latino voters as far as coming out and
3  voting?
4          MR. FIGUEROA:  Yes.  And ironically the
5  voter ID or the photo ID legislation has been touted as
6  a way to install voter confidence in our electoral
7  system, but it's only confidence on the security side.
8  It's not confidence on the access side.  And from the
9  Latino community, there needs to be stronger confidence
10  on the access side.  There's a long history of
11  discrimination on the voting side of Latinos, and there
12  is this feeling among many Latinos that there is a
13  continual effort to prevent our ability to elect our
14  candidates of choice and our ability to vote.  So we
15  need to work on our confidence on the access side,
16  particularly with the Latino community.
17          SEN. RODRIGUEZ:  Could you tell us whether
18  on this last point even those Latinos with the required
19  ID feel a distrust in participating?
20          MR. FIGUEROA:  Yes.  I mean --
21          SEN. RODRIGUEZ:  And if so why?
22          MR. FIGUEROA:  Texas has one of the lowest

TX_00001041
JA_001040
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001041

23  voter turnouts in the nation.  I believe it may actually
24  be the lowest in the nation.  Latino voter turnout is
25  dismal in comparison to other states.  And those are
0317
1  people who are eligible -- who are eligible to vote,
2  have registered to vote and in many cases may have the
3  identification.  But there is this feeling that there's
4  going to be a systematic way for their vote not to
5  count, that their vote won't make a difference.  And so
6  we need to make efforts in this state to encourage
7  voting, not discourage it.
8            SEN. RODRIGUEZ:  Thank you.
9            Thank you, Mr. Chairman.
10            CHAIRMAN DUNCAN:  I think there's
11  another -- Senator Huffman was wishing to ask questions,
12  and I don't know that she's on the floor.  Can you hold
13  on just a minute?
14            (Brief pause)
15            SEN. ELLIS:  Mr. President?
16  Mr. President, parliamentary inquiry.
17            CHAIRMAN DUNCAN:  State your inquiry.
18            SEN. ELLIS:  You know the time of the
19  State of the Union Address tonight?
20            CHAIRMAN DUNCAN:  It's this evening.
21            SEN. ELLIS:  This evening?  I was hoping I
22  could hold hands with some of my Republican colleagues
23  and watch it.  So I'm wondering how long are we going to
24  be here tonight?
25            CHAIRMAN DUNCAN:  We have two televisions
0318
1  in the lounge, Senator.
2            SEN. ELLIS:  Well, if I really want to
3  feel the love, I'd like to be -- I'd like to be at home.
4            (Laughter)
5            CHAIRMAN DUNCAN:  Senator Huffman -- have
6  you finished your inquiry, Senator Ellis?
7            SEN. ELLIS:  (No audible response)
8            CHAIRMAN DUNCAN:  Senator Huffman, you are
9  recognized.
10            SEN. HUFFMAN:  Yes, sir.  Thank you.  Just
11  a couple of questions.
12            Sir, you said that this legislation
13  conveniently disenfranchises minority voters.  Is that
14  correct?
15            MR. FIGUEROA:  I don't think I used the
16  word "conveniently," but disenfranchises voter -- could
17  potentially disenfranchise voters.
18            SEN. HUFFMAN:  Didn't MALDEF also claim in
19  the Crawford litigation that the Indiana photo ID law
20  disenfranchises minority voters?
21            MR. FIGUEROA:  We actually didn't litigate
22  the Crawford litigation.  We did submit an amicus brief
23  related to our Arizona litigation, and we were concerned
24  about the impact of Crawford as well as the Arizona

TX_00001042

JA_001041
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001042