TEXAS SENATE STAFF SERVICES
JCW:cb/334/FLSB14012611CD1SIII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION III

15

speak against the bill.

LUCIO                    :   Thank you, Mr. President.   (Clearing of throat) Mr. President and Members, I guess, I'll be very brief.  We, we had a chance in this process to craft a bipartisan bill, I truly believe we passed up on that opportunity.   I just don't know how an election bill can have any credibility without bipartisan support, especially, in this final outcome.  The bigger picture is that we need to professionalize the entire way we administer elections in Texas.    The fact that we don't have the technological infrastructure in place to allow people to register and vote on polling day, in my humble opinion, is unf--fortunately, shameful.   The fact that we don't have the political will to invest in that infrastructure is again, unfortunately, just as shameful.   Electoral reform should be paid for with revenue, not rights.   I wanna speak briefly in closing about the Senate rules.   This body decided last week to amend the rules and bypass the two-thirds rule regarding voter ID, some of us are very disappointed by that.   But we only changed the rules re--regarding voter ID.   In other words, I'm going to take a leap of faith and assume that the rules, as they stand, still reflect the desire of this Chamber to produce a bipartisan budget.    To take a bipartisan approach to the huge fiscal problems we are facin' in Texas.   That's the approach that I started with when I came to that, this Chamber in 1991, and I look forward to moving on in that direction.  Thank you.

PRESIDENT          :   Thank you, Senator Lucio.  The Chair recognizes Senator Zaffirini to, to speak against the bill.

ZAFFIRINI            :    Thank  you,  Mr. President.     Mr. President and Members, I rise to join my Democratic colleagues in voting against Senate Bill 14, which was supported unanimously by our Republican colleagues.  And, basically, Members, what I worry about is the future.  We who are the political minority in this body do not want to simply be heard, we want to be at the table, we want to participate, and we want to have impact.  And starting my 25th year in the Texas Senate, what I worry about in looking back on what happened today, is what does this say for the rest of the Session.  I hope that once voter ID is off the table and dealt with that we can come back on a bipartisan basis and address the real issue, the most important issue facing the Senate, and that is the budget that we must adopt.  And I hope that in that process all of us, all 31 of us, will have an opportunity to have an impact, not simply to be heard.  There're many reasons to oppose this bill.  One, is the unknown cost.  Look at the fiscal note.  How can you possibly take that fiscal note seriously?  It simply does not address the unknown costs that we are worried about.  And I won't belabor the point and repeat them, because I identified them for you yesterday.   Look at the unfunded mandates.    They're incredible, they're incredible unfunded mandates, and yet it's so easy to rise and say, we will not pass any bill that calls for an unfunded mandate.  How can anyone say that with a straight face.  This bill also causes problems in terms of lack of accessibility, and I won't repeat what we pointed out earlier.  You saw the map that shows that

TX_00203470

TEXAS SENATE STAFF SERVICES
JCW:cb/334/FLSB14012611CD1SIII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION III

16

there are 77 counties without DPS offices.  You heard the testimony about the negative impact on certain categories of women, on low-income persons, on minorities, on persons with disabilities.  There were good amendments offered to cure those problems and, yet, they were rejected on partisan lines. I know that there were people in this Chamber who wanted to vote for some of those amendments and simply did not.  That's very difficult for me to understand.  Remember what the sh--letter that I shared with you from the Carter-Baker Commission and, specifically, they said very clearly, that one commissioner said very, very clearly, in black and white, that this bill is inconsistent with the recommendations of the Carter-Baker Commission. What else do we need?  What else do we need to realize that this bill certainly is not satisfactory?  And equally important, Members, what does today say about the importance of the two-thirds rule?  This bill will go, will pass along partisan lines, because there is no two-thirds rule.  Were there a two-thirds rule in effect, we would've had to achieve consensus.  The Lieutenant Governor could've been at his best, the way he has been on so many bills, and brought us together and said, reach a consensus, and we didn't.  I will be voting against this bill for many reasons, some of which I repeated today. And I hope that more of you could join us in voting no, but I understand the outcome, I see it clearly, it makes me sad.  Thank you, Mr. President and Members.

    PRESIDENT            :  The Chair recognizes Senator Whitmire to speak against the bill.

    WHITMIRE            :  Thank you, Mr. President and Members.  The hour is late, but if you'll allow me to speak, the good news is, we've conducted ourself (sic) in a very civil, respectful manner, which, which I'm sure we're all proud.  The bad news is, some of you are about to pass a bill that in my judgment, based on the testimony, has unlimited, unintentional consequences.  As recently as two days ago, I was thinkin', what would I say if I really had an opportunity to speak to my colleagues.  I would say, well, I would probably say to Senator Rodriguez and Senator Birdwell, welcome to the State Senate, this is your first major piece of legislation.  And from my experience, gentlemen, two days ago, I would've called this bill pretty typical of what you'll witness, if you'll bear with me.  You're gonna find as we go through legislation that the proponents are gonna make somethin' sound like they just, the State has to have it, and the opponents are gonna talk about the negative consequences.  The truth of the matter is, from my years of experience is, normally, the proponents are stating a situation that's not nearly as good as they would state, which I certainly think this bill fits. Oftentimes in the debate, the opponents, things aren't nearly as bad as they say they're going to be.  It's normally somewhere in between.  But I can't say that tonight after having the testimony given.  I have to honestly say this bill is worse than the opponents have stated.  All you have to do, Members, is remember the testimony of the DPS.  It was so unfair, in my judgment, to have that lady there.  I work very close with the DPS.  I knew she'd taken

TX_00203471

TEXAS SENATE STAFF SERVICES
JCW:cb/334/FLSB14012611CD1SIII/031912
82ND LEGISLATIVE SESSION
EXCERPT:  SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION III

17

Michael Kelley's position only last June.  She was not equipped to answer the questions, 'cause quite honestly, no one with DPS was probably prepared, 'cause it's all based on (specum--galation) (sic).  The implementation of Senate Bill 14 has not been thought through.  Senator Fraser, we have not put ourself in other people's shoes.  The surcharge example, itself, shows how flawed this bill is.  Some Senators might say, well, they're, they're lawbreakers in the first place.  Le' me (sic) give ya an example of someone that came to my office.  Woman comes to my office, a waitress, goin' back with her husband says, Senator Whitmire, I need help.  We're driving without a license, 'cause my husband, because he was broke and unemployed, could not pay the surcharge.  We're driving without a license.  Senator Ogden, the unintended consequences this bill is, you're gonna force that person to go to the DPS office, where they owe six thousand dollars, and be concerned about can they go and leave without bein' apprehended.  It has unintended consequences that none of us can anticipate until it's passed and placed in law.  Now let me tell you a real concern that each and every one of you oughta have.  We have given the DPS an assignment, one, that they didn't want.  They don't want, in my judgment.  They wanna be securing the Border.  They wanna be patrollin' our highways.  Do you know the DPS, tonight, is 300 positions short of troopers from authorized levels.  They can't compete with the cities for what the cities pay their police officers.  I know DPS officers and their staff wanna be enforcin' the laws, they want to take DWI drivers off the road, they wanna secure the Border.  Some of you are goin' to the Border (tomorra) (sic) to meet with the DPS and see what we can do more to secure our Border usin' our best police force, our Texas Rangers have swat teams down there.  And what have we done, an underfunded agency that can't recruit people, 'cause they can't pay 'em competitive salaries, we've given them the voter registration police assignment.  Now they've got to go into DPS offices in Houston, where I routinely get call (sic) because people wait two and three hours.  They call me to see if I can get them in line at the front to go back to work.  But now, they're gonna be in charge of handling voter registration, for all practical purposes.  There are unintended (consiousquinces) (sic) to this bill that no one knows about.  But I promise you it's not worse, Senator Rodriguez, than what the opponents claim, it's not as bad as what the opponents claim, it's worse.  And it's too bad that we find ourself about to implement something, in my judgment, for political purposes, that's gonna, in my judgment, harm the State of Texas.  You talk about polls, it's all about how you ask the questions.  And, quite frankly, I don't think we oughta govern by polls, Senator Fraser, or you'd probably have casino gambling and no tellin' what else that you'd probably not agree with the poll on.  I think we've not put ourself in other people's shoes.  I think, unfortunately, some of us have only looked at how it would affect the communities in which you live.  Let me close by saying, we need to remember this, this experience.  I'm of the opinion that without the two-thirds, with the two-thirds rule, without the special order provision, we

TX_00203472

TEXAS SENATE STAFF SERVICES
JCW:cb/334/FLSB14012611CD1SIII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION III

18

wouldn't be about to pass this bill. You need to remember it, th--the amendments on the Floor, how they were handled, and some of you may like it, some of you may like it and say it was fine. But I know, for a fact, before we had the special order, as recently, or goin' back as far as two years ago, there was great dialogue about what our voter ID bill ought to have in it. We almost, I thought, made the progress. Of course, same day registration was one of the considerations that the Democrats wanted. It was a deal killer from other side of the aisle. That's fine i--the bill wouldn't've been in it. But I promise you, with the two-thirds rule, some of the amendments that were turned down today, in my judgment, would've been included. If you watched the process today, Senator Patrick, the votes were very predictable. In fact, people were not workin' the Floor, Members, as we normally do to try to acquire support for your amendments. A reporter asked me the other day, said, well, can you, can you tell us what the outcome's gonna be. I can tell you exactly what the outcome's gonna be. Nineteen people are gonna pass it, twelve are gonna be opposed to it, as we've witnessed. So, as we go forward, I hope we'll remember, maybe you like it, maybe you don't. Today, I actually saw, Senator Duncan, I thought that one side of the aisle, or the nineteen that had the majority, were so in control and not needing to converse with others, that one of the minority Member's amendment was actually used by the other side. It certainly appeared that way. I don't think the best bill that we could have passed, if we wanted voter ID, and, and, Senator Fraser, we're very familiar with the issue. I know how concerned the public is. We share that, we're against fraud, we share the concern about the integrity of the ballot box, as, as professional politicians we share that concern. You know, I don't know what kind of knock-down-drag-out campaigns you've been in, I've been in several. I've been in 'em with a Hispanic opponent in a Hispanic neighborhood. And people come to me and say, you oughta be concerned about the registration process across your district. Fraud, as Senator West points out, does not happen on election day, it happens in the early voting. If we had the time, if you wanted to hear about it, I can tell you how I've witnessed that. We haven't addressed that. But the thing that disturbs me the most, as we go forward, is the lack of give and take, the amendment process, the fact that we didn't spend hours tryin' to define what the best bill that a majority of folks, certainly, two-thirds plus could support. Now, let me just close by sayin', if you like it because 19 folks got to run this place today, with little consideration for the other points of view, the next time it may not be a partisan fight, Senator Birdwell. It could very easily be 12 Democrats and 7 Republicans, or it could be an urban coalition of 19, or it could be any philosophical group of people. And they won't have to slow down and take one of these green sheets and painfully walk around (sometime), and go desk to desk to make sure on each and every amendment that they've got their vote. And they sure won't have to go get a two-thirds count before they bring it up. In closing, the only thing I can say good about the point we are right now, before we vote, is the good news is, this thing is out of our way, this bill

TX_00203473

TEXAS SENATE STAFF SERVICES
JCW:cb/334/FLSB14012611CD1SIII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION III

19

is outta the way for the time bein'. And now we can go to work on, Troy, what I think the public would poll as the number one concern, the shortfall. All you gotta read is any paper in this State about what the school districts are facin'. They're scared, they're (at) a crisis, they consider that an emergency. And it's interesting, the Governor didn't make the budget an emergency, we did, Senator Ogden. We essentially decided that four-fifths of us were gonna make that an emergency. The school districts are scared. I got calls today from Goose ki--Creek in Baytown, they don't know what to do. That's what they wanna talk about and the good news is voter ID is out of our way and now we can go to what the public believes is a true emergency. You know, what I perceive is an emergency, that you labeled the voter ID, an emergency is to me somethin' you feel like you need to call 9-1-1 on, that you're really in an urgent state. I made reference the other day how many people are followin' this debate, darn few, based on the participation tonight. But I do wanna close by sayin', it's been a great, civil debate, we oughta be proud of that. At the time that Washington, last night, was makin' headlines and news just 'cause they sat with one another, we routinely share each other's company, concern for each other, and we oughta go forward in that environment and deal with the public's business. Thank you.

                             :    (Inaudible, background conversation)

PRESIDENT              :    The Chair recognizes Senator Fraser for a motion to move Senate Bill 14 to engrossment.

FRASER                  :    Mr. President, I would now move passage to engrossment of Senate Bill 14.

PRESIDENT              :    Members, you've heard the motion by Senator Fraser, the Secretary will call the roll.

SECRETARY              :    Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams. Zaffirini.

PRESIDENT              :    (Gavel) Members, there being 19 ayes and 11 nays, Senate Bill 14 passes to engrossment. (Gavel)

END OF EXCERPT

TX_00203474

# SENATE JOURNAL

## EIGHTY-SECOND LEGISLATURE — REGULAR SESSION

### AUSTIN, TEXAS

### PROCEEDINGS

### SIXTH DAY
(Wednesday, January 26, 2011)

The Senate met at 8:45 p.m. pursuant to adjournment and was called to order by the President.

The roll was called and the following Senators were present: Birdwell, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Rodriguez, Seliger, Shapiro, Van de Putte, Watson, Wentworth, West, Whitmire, Williams, Zaffirini.

Absent-excused: Uresti.

The President announced that a quorum of the Senate was present.

Senator Estes offered the invocation as follows:

Almighty God, please look kindly upon those who exercise governing power over Your people, especially those of us here in the Texas Senate. I pray that we might always be people of honesty and integrity. May we be kept in good health with the support and cooperation of those we serve. Give us, the men and women who help govern this state, wisdom so we might always know right from wrong, good from evil, and the difference between service to others and service to ourselves. May we always exercise our authority with complete fairness and for the common good of all. May we always have the ability to see a vision of a better, more just, and a more equitable tomorrow. May all those who govern this state be men and women of deep faith, enduring hope, and abiding love. Almighty God, when the human family is confronted with a serious difficulty or an unexpected crisis, please raise from our midst leaders who can solve our problems and help deliver us from all those elements which rob peoples of their peace of mind and inner sense of security. In Your holy name. Amen.

Senator Whitmire moved that the reading of the Journal of the proceedings of the previous day be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### LEAVE OF ABSENCE

On motion of Senator Whitmire, Senator Uresti was granted leave of absence for today on account of important business.

### CONCLUSION OF MORNING CALL

The President at 8:51 p.m. announced the conclusion of morning call.

### SENATE BILL 14 ON THIRD READING

The President laid before the Senate **SB 14** by Senator Fraser at this time on its third reading and final passage (Set as special order) (Submitted by Governor as an emergency matter):

**SB 14**, Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

The bill was read third time and was passed by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

### LETTER FROM THE OFFICE OF
### THE SECRETARY OF STATE

Senator Gallegos submitted the following letter relating to **SB 14**:

<div align="center">

Ann McGeehan
Director of Elections
State of Texas

</div>

January 26, 2011

The Honorable Mario Gallegos, Jr.
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

Dear Senator Gallegos:

This letter is to follow up on the question you asked about the voter education funding during the meeting of the Committee of the Whole yesterday. Specifically, you asked about the state funding for the Missouri voter identification law and why the State of Missouri funded the voter identification law for $6 million dollars for the first year of implementation and for $4 million dollars for the second year of implementation.

This morning, I spoke to Waylene Hiles, Interim Deputy Secretary of State for Elections in Missouri. Ms. Hiles explained that the voter identification law enacted by the Missouri was struck down by a state supreme court case several years ago. She stated that several bills are currently pending before their state legislature, but nothing has passed so far. Ms. Hiles did not have immediate access to the fiscal note on the bill that was enacted several years ago and struck down, but she recalled that the funding included two components. One component was for voter education and the

TX_00204857

other component was for providing free identification cards to voters. Ms. Hiles is researching the issue and promised to get back to our office with details. As soon as I obtain additional information, I will forward it to your office.

I hope this information is helpful, and please let me know if you have any additional questions.

Sincerely,

/s/Ann McGeehan
Director of Elections

## LETTERS FROM THE OFFICE OF
## THE SECRETARY OF STATE

Senator Davis submitted the following letters relating to **SB 14**:

Ann McGeehan
Director of Elections
State of Texas

January 26, 2011

The Honorable Wendy Davis
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

Dear Senator Davis:

This letter is to follow up on several questions that you asked during my testimony before the Committee of Whole as the Committee took up Senate Bill 14.

First, you asked about the number of voters who provided drivers license/personal identification card numbers, social security numbers or who stated that they had neither number when they applied to register to vote. Here is the break down of those numbers since an identification number first became required in January 2006:

Total number of new voters from 1/01/2006 through 12/31/2010: 3,975,567

2,334,281 provided TDL/ID (59%)
294,142 provided SSN (7%)
1,312,638 provided both identification numbers (33%)
34,506 provided neither (1.0%)

Second, you asked about the federal Help America Vote Act Funds. Specifically, you asked about how the HAVA funds are budgeted and requested documentation of the budget. Enclosed are the Texas State Plan and subsequent HAVA funding certifications approved by the federal Election Assistance Commission. Lastly, you asked how much of the HAVA funds had been spent on the online poll worker training program and that amount is $845,723.

I hope this information is helpful, and please let me know if you have any additional questions.

Sincerely,

/s/Ann McGeehan
Director of Elections

TX_00204858

## The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

Hope Andrade
Secretary of State

October 23, 2009

Gineen Bresso Beach, Chair
US Election Assistance Commission
1225 New York Avenue, Suite 1100
Washington, DC 20005

Dear Chairman Beach:

Texas respectfully requests the disbursement to the Texas Comptroller the fiscal year 2008 and 2009 requirements payments for which Texas is eligible pursuant to the Help America Vote Act (HAVA) of 2002. As such, I would like provide the following information regarding our HAVA state plan followed by the necessary certifications to access the funds.

**Addendum to the 2005 Texas State Plan**

In accordance with Section 254(12) of the Help America Vote Act, the Texas Secretary of State proposes the following clarifications to the Texas State Plan filed in 2005. The state has made no material changes but will modify the budget described in Element 6 of the 2005 State Plan to take into consideration additional Congressional appropriations authorized in federal fiscal years 2008 and 2009 as well as future appropriations. Because no material changes are being proposed, the state is not required to publish a public notice as required in Section 256 of HAVA nor does it need to be published in the Federal Register. However, the state plan, including the information provided in this correspondence, will be made available to the public on the Texas Secretary of State's website.

**Element 6: Proposed Budget - HAVA Sec. 254(a)(6)**

The state will update the existing state plan budget to accommodate the following:

- Consolidate the state plan purpose areas (budget categories) into the following four main categories:

    1. State Plan Administration:     Overall administration of HAVA-funded activities, including staffing costs, technical support, training, and other costs associated with overseeing HAVA implementation.

    2. TEAM (statewide VR system):     Activities pertaining to the ongoing development, maintenance, and operation of the HAVA-compliant voter registration

- 1 -

TX_00204859

|   |   |
|---|---|
| | system, TEAM, developed in response to HAVA. Costs may also cover activities associated with county compatibility with TEAM. |
| 3.  Grant to Counties: | Includes sub-grants to counties to continue compliance with Title III of HAVA, including ongoing maintenance and upgrades to HAVA-compliant voting systems. Other sub-grants to counties allow election officials and their staffs to attend election-related conferences, seminars, and training events. |
| 4.  Election Worker Training and Voter Education: | Covers election official and election worker training programs – both printed material and online training tools. Voter education is intended to inform all Texas voters of their voting rights under the law, including the mandates imposed by HAVA. Methods to reach the voters include media spots, printed materials, and online tools. |

- Maintain funding percentage ranges rather than fixed budget amounts, which allows for the allocation of future appropriations and earned interest.

- Increase funding for TEAM, county compliance with HAVA, Election Worker Training and Voter Education and decrease funding for State Plan Administration as described below.

The revised budget listed below maintains the same allocations as the Texas State Plan of 2005, but accounts for the increased funding made available by Congress in 2008 and 2009. In addition, the revised budget accounts for approximately $15.2MM in interest accrued on existing funds and include all Title I funding. Although the state proposes to consolidate the Texas State Plan into four main categories, the Secretary of State's accounting system and financial controls track each source of funding separately as well as the details on specific expenditures.

| Purpose Area | Proposed Allocation Percentage Range | Proposed Allocation Ranges (in millions) | Suggested Allocations (approx.) |
|---|---|---|---|
| SOS Administrative Expenses | 2% - 5% | $2.2 - $11.1 | $8,000,000 |
| TEAM (statewide VR system) | 10% - 20% | $22.2 - $44.5 | $34,000,000 |
| Grants to Counties | 65% - 75% | $144.7 - $167 | $164,500,000 |
| Voter Ed., Election Official and Poll Worker Training | 5% - 10% | $11.1 - $22.2 | $16,000,000 |

| Purpose Area | Allocation Percentage Current State Plan | Allocation Percentage Proposed Amended State Plan |
|---|---|---|
| SOS Administrative Expenses | 4.40% | 3.60% |
| TEAM (statewide VR system) | 15.50% | 15.30% |

- 2 -

| | | |
|---|---|---|
| Grants to Counties | 73.80% | 73.90% |
| Voter Ed., Election Official and Poll Worker Training | 6.40% | 7.20% |

## Certifications

Texas hereby certifies to the following and is eligible to receive payments under Title II, Section 251 of the Help American Vote Act (HAVA):

- Complied with the requirements referred to in section 253(b) of the Help America Vote Act of 2002.

- Filed and implemented a plan for uniform, nondiscriminatory administrative complaint procedures required by HAVA Section 402.

- Appropriated matching funds equal to five percent of the total amount of the HAVA requirements payment budget.

- Complied with the six laws listed in Section 906 of HAVA.

- Filed a state plan that complies with the requirements listed in Sections 254, 255, and 256 of HAVA.

- Certifies under Section 251 (b)(2) of HAVA that it has implemented the requirements of HAVA Title III and may use requirements payments for other activities to improve the administration of elections for federal office.

Sincerely,

Hope Andrade
Texas Secretary of State

TX_00204861

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

Hope Andrade
Secretary of State

August , 2010

Donetta Davidson, Chair
US Election Assistance Commission
1225 New York Avenue, Suite 1100
Washington, DC 20005

Dear Chairman Davidson:

Texas respectfully requests the disbursement to the Texas Comptroller the fiscal year 2010 Requirements Payments for which Texas is eligible pursuant to the Help America Vote Act (HAVA) of 2002. The Texas Secretary of State does not propose material changes to the Texas State Plan filed in 2005. As outlined in the Texas certification to drawdown the 2008 and 2009 Requirements Payments, the state will continue to allocate the funding in four main categories based on percentages:

| Purpose Area | Description | % of Funding |
|---|---|---|
| 1. State Plan Administration: | Overall administration of HAVA-funded activities, including staffing costs, technical support, training, and other costs associated with overseeing HAVA implementation. | 2% - 5% |
| 2. TEAM (statewide VR system): | Activities pertaining to the ongoing development, maintenance, and operation of the HAVA-compliant voter registration system, TEAM, developed in response to HAVA. Costs may also cover activities associated with county compatibility with TEAM. | 10% - 20% |
| 3. Grant to Counties: | Includes sub-grants to counties to continue compliance with Title III of HAVA, including ongoing maintenance and upgrades to HAVA-compliant voting systems. Other sub-grants to counties allow election officials and their staffs to attend election-related conferences, seminars, and training events. | 65% - 75% |
| 4. Election Worker Training and Voter Education: | Covers election official and election worker training programs – both printed material and online training tools. Voter education is intended to inform all Texas voters of their voting rights under the law, including the mandates imposed by HAVA. Methods to reach the voters include media spots, printed materials, and online tools. | 5% - 10% |

- 1 -

TX_00204862

**Certifications**

Texas hereby certifies to the following and is eligible to receive payments under Title II, Section 251 of the Help American Vote Act (HAVA):

- Complied with the requirements referred to in section 253(b) of the Help America Vote Act of 2002.

- Filed and implemented a plan for uniform, nondiscriminatory administrative complaint procedures required by HAVA Section 402.

- Appropriated matching funds equal to five percent of the total amount of the HAVA requirements payment budget.

- Complied with the six laws listed in Section 906 of HAVA.

- Filed a state plan that complies with the requirements listed in Sections 254, 255, and 256 of HAVA.

- Certifies under Section 251 (b)(2) of HAVA that it has implemented the requirements of HAVA Title III and may use requirements payments for other activities to improve the administration of elections for federal office.

Sincerely,

Hope Andrade
Texas Secretary of State

- 2 -

TX_00204863

Case 2:13-cv-00193   Document 725-11   Filed on 11/17/14 in TXSD   Page 14 of 171

# Amended Texas State Plan
## Pursuant to the Help America Vote Act of 2002
## (HAVA)
## January, 2005

Geoffrey S. Connor
Secretary of State
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us
(800) 252-VOTE(8683)

1

TX_00204864

Help America Vote Act 2002
Texas State Plan

---

Amended Texas State Plan

### 1. How the requirements payments (i.e., Title II funds) will be used to meet the mandates in Title III (new federal requirements)

**Brief Overview of State Elections Structure**

The Secretary of State ("SOS") is the chief election officer of the state and is required to maintain uniformity in elections held in the state and to advise and assist local officials who actually conduct elections. The Secretary of State also has authority to adopt administrative rules to gain uniformity in interpretation of state election laws and procedures.

The conduct of elections in Texas is decentralized. The statutory requirements for elections are set out in the Texas Election Code. The county clerk or county election administrator, in those counties that have created the office, is generally the official charged with conducting county elections. County voter registrars maintain the official list of registered voters; the voter registrar is generally either the county tax assessor-collector, or again the election administrator. The county political parties conduct primary elections in Texas, with the county chair as the chief elections official. Early voting in the primary is conducted by the county elections official.

Other elections are conducted by the political subdivision. City elections are held by the city, school district elections by the school, and so on. These political subdivisions often contract with the county to conduct their election or hold joint elections with one another, but they are not required to do so. They utilize the county list of registered voters appropriate for their locality.

The Secretary of State maintains an unofficial state list of registered voters. The Secretary of State's office houses and maintains a state master file of all registered voters. The Secretary of State also maintains the Texas Voter Registration Online System ("TVRS"), which is a voluntary online voter registration system currently used by 164 of 254 counties. For those counties utilizing the TVRS system, the state database reflects their "official" voter file. The master file has approximately 12.1 million active voters and also stores approximately 2.5 million cancelled voters at any given time. The state master file maintains two separate tables defined for either "offline" or "online" counties. An offline county updates the masterfile through a web browser application, on a weekly basis in a pre-specified standard record layout. TVRS counties update in real time with all transactions validated and updated per session. At present, voter registration systems are reviewed by the Secretary of State's office to ensure that they are capable of submitting reports in a standard format as required by the state.

Texas is a state covered under Section 5 of the federal Voting Rights Act, which requires changes in election processes to be submitted to the Voting Section of the U.S. Department of Justice ("DOJ") for review prior to enforcing the change. At the state level, the Secretary of State submits changes in state election procedures. At the local level, each county must submit its changes to DOJ. These include polling place changes, change in the method of election, and adoption of new voting systems, among others.

2

TX_00204865

Help America Vote Act 2002
Texas State Plan

According to the 2000 decennial census, the voting age population of Texas was 14,965,061. The state had 12,365,235 registered voters for the 2000 general election. In the 2002 November general election, the number of registered voters was 12,563,459.

Turnout in the 2000 November general election for state and county officers was 6,407,637, which constituted 51.8% of the registered voters and 42.8% of the voting age population. Turnout in the 2002 general election for state and county officers was 4,553,979, which constituted 36.2% of registered voters and 30.4% of the voting age population, using the 2000 census numbers.

In November 2000, the breakdown of election systems used by counties was:

| | |
|---|---|
| Paper Ballot: | 90 |
| Optical Scan: | 150 |
| Punch Card: | 14 |
| Lever Machine: | 3 |
| DRE: | 4 |

Attached as Table 2 (page 22) is a list of the county by county breakdown of voting systems. The Secretary of State is the authority charged with certifying voting systems for use in the state.

How the state will meet the Title III requirements is described in Table 1 below. The charts have been updated to reflect the current status and action planned as of January 2005.

**Table 1**

| Voting System Standards HAVA Requirement | Texas' Compliance Status | Action Planned |
|---|---|---|
| All voting systems shall permit a voter to verify/review selections before casting the vote. | Meets the requirement. Texas Election Code (TEC) Sections 64.007 and 129.001(b). | No action needed. |
| Allow voter to change or correct any error on the ballot before casting the vote. | Meets the requirement. TEC Section 64.007. | No action needed. |
| Prevent or alert voter if he/she overvotes on the ballot. | Partially meets the requirement. DRE systems and precinct count optical scan systems alert the voter of an overvote.<br><br>Manually counted paper ballots, centrally counted optical scan ballots, and punch card ballots do not alert the voter of overvotes.<br><br>Current process on mail-in paper absentee ballots would not meet the requirement. | A voter education campaign will be implemented in all centrally counted optical scan and paper ballot precincts no later than January 1, 2006, to educate voters on the effect of an overvote on these systems. |

3

TX_00204866

**Help America Vote Act 2002**
**Texas State Plan**

| Voting System Standards HAVA Requirement | State of Texas Current Status | Action Planned |
|---|---|---|
| All voting systems must be able to produce a paper audit trail of all votes cast. | Meets the requirement; state law currently requires real time audit of all election activity. TEC Section 122.001(a) | No action needed. |
| Voting systems must be accessible for individuals with disabilities, including non-visual accessibility for the blind and visually impaired, in a manner that provides the same opportunity for privacy and independence as other voters.<br><br>This requirement may be met by having at least one DRE or other system equipped for individuals with disabilities at each polling site. | Partially meets the requirement.<br><br>13 counties have adopted an accessible DRE voting system. Most counties do not meet this requirement. | Upgrade existing voting systems or purchase new systems. All polling places will be required to be equipped with at least one DRE no later than January 1, 2006 pursuant to House Bill 1549. |
| Voting systems shall provide alternative language accessibility pursuant to the requirements of Section 203 of the Voting Rights Act of 1965. | All certified voting systems meet this requirement for Spanish language, and one voting system has been certified for the Vietnamese language. | No action needed. |
| All voting systems shall have error rates (machine errors only) that do not exceed the Federal Election Commission standards. | Meets the requirement.<br><br>This requirement was added to state law in HB 1549. | No action needed. |
| A uniform definition of what constitutes a vote for each voting system in use in the state. | Meets this requirement.<br><br>State law was passed to provide a uniform definition for what constitutes a vote. House Bill 1549 (2003) | No further action required. |

| Provisional Voting HAVA Requirement | State of Texas Current Status | Action Planned |
|---|---|---|
| A provisional voter is to be allowed to vote a paper ballot or an electronic ballot upon the completion of an affidavit. The ballot will be sealed in an envelope or electronically stored separately from the regular votes. The provisional ballot is to be transported to the appropriate election officials for determination of eligibility and counted if voter | State law was amended to provide procedures to meet this requirement effective January 1, 2004 pursuant to House Bill 1549. The Secretary of State has adopted administrative rules to provide specific procedures and has adopted forms to assist in the implementation of this new process. | No further action needed. |

4

Help America Vote Act 2002
Texas State Plan

| Provisional Voting and Voting Information Requirements | Sec. 302 | |
|---|---|---|
| HAVA Requirement | State of Texas Current Status | Action Planned |
| is deemed eligible. | | |
| Each voter who casts a provisional vote shall be given written information on how he or she can ascertain whether his or her vote was counted, and if not why. | State has developed administrative rules and has adopted forms to implement this requirement. | No further action needed. |
| Establish a free access system, such as toll-free phone number or Internet website, allowing provisional voters to ascertain whether their vote was counted, and if not why. | State rules require the provisional voter to be notified via mail whether the voter's ballot was counted, and if the ballot was not counted, the reason why it was not counted. | No further action needed. |
| Post in each polling place a sample version of the ballot that will be used on election day. | State law passed to make it mandatory to post a sample ballot at each polling location. | No further action needed. |
| Post information regarding the day of the election and polling hours. | State law passed to require this posting. | No further action needed. |
| Post general information on state and federal voting rights and the right to a provisional vote if the requirements to vote are met. | State has prescribed language on the voter information poster required to be posted at each polling place beginning January 1, 2004. | No further action needed. |
| Post general information on federal and state laws prohibiting acts of fraud and misrepresentation. | State has prescribed language on the voter information poster required to be posted at each polling place beginning January 1, 2004. | No further action needed. |
| Any voter who casts a vote as the result of a federal or state court order extending polling hours, shall do so on a provisional ballot, and it shall be kept separate from other provisional ballots. | State law amended to provide for this occurrence and law became effective January 1, 2004. Precinct election forms were designed to accommodate this occurrence. | No further action needed. |

| Computerized Statewide Voter Registration List | | |
|---|---|---|
| HAVA Requirement | State of Texas Current Status | Action Planned |
| State shall implement a uniform, official, centralized, interactive computerized statewide voter registration list. | Does not meet the requirement.<br><br>Currently, 164 counties use the Secretary of State voter registration program to register and maintain their lists of voters.  The data is held at the Secretary of State's Office. | State law was amended to require a statewide official list maintained at the Secretary of State's office.  The state |

5

TX_00204868

Help America Vote Act 2002
Texas State Plan

| Computerized Statewide Voter Registration System HAVA Requirement | State of Texas' Current Status | Action Planned |
|---|---|---|
| | State law requires the state to maintain a copy of the list of registered voters, and counties have to update to the state database once a week. The state database is not considered the official list of voters. | completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| Perform list maintenance to ensure only qualified voters appear on the list, including felons and deaths of registrants. | State meets this requirement. State receives information from other state agencies regarding deaths and felons and provides this information to county voter registrars on a weekly basis. | No action needed. |
| Ensure that only voters who are not registered or who are not eligible are removed from the computerized list. | State meets this requirement. State law prescribes narrow guidelines regarding canceling a voter's registration. Only with a positive name and identification number match can a voter be canceled. The local county voter registrar, not the state, cancels voters. Voter registrars may not cancel based on information provided by a vendor unless that information is verified by the voter registrar by a public record. TEC, Chapter 16 and Section 18.0121. | No action needed. |
| Ensure that voter registration records are accurate and updated regularly. | Does not meet the requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| State to verify applicant's driver's license or social security number prior to approval of applicant. | Does not meet the requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's |

6

TX_00204869

Help America Vote Act 2002
Texas State Plan

| Computerized Statewide Voter Registration System HAVA Requirement | State of Texas Current Status | Action Planned |
|---|---|---|
| | | office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| State to assign unique identifier if applicant does not have driver's license or social security number. | Does not meet this requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| Require appropriate identification for first time voters if a computerized list has not been implemented. | State law was amended to require identification at time of registration for first time voters registering to vote by mail effective January 1, 2004. | No further action required. |
| Voter registration application is required to have additional information printed on it. | State has prescribed new form, and has distributed to all counties. | No further action required. |

2. **How Title II requirement payments will be monitored and distributed for the purpose of meeting the mandates in Title III, including determining the eligibility for receipt of payments and our methods for monitoring the performance of the local entities' continued eligibility.**

The SOS has developed an online grant application and management system. This system is essential for the SOS to establish an infrastructure and the necessary controls to effectively manage the HAVA funds and to accurately report the necessary programmatic and financial information to the federal government. Figure 1 (page 15) outlines the currently approved

7

TX_00204870

Help America Vote Act 2002
Texas State Plan

requirements payments budget for the 2003 fiscal year appropriation and the proposed budget for the 2004 fiscal year appropriation. The following is a description of how the funding has and will be distributed to funding recipients as well as a description of the funding allotments to each county.

**Grant Award Process**

In September 2004, an award agreement was sent to each Texas county judge. As the chief executive officer of the county, the judge is required to sign the award agreement. To secure the funding, there are three basic steps:

1. The award agreement must be signed and returned to the Office of the Secretary of State.
2. A resolution from the county's governing body (i.e., county commissioners court) must be submitted as well. Required language for the resolution is included in the award agreement.
3. The online forms located on the Texas HAVA online grant system must be satisfactorily completed. The forms require information such as the official county address as well as the county's Employer Identification Number, State Vendor ID (VIN), and 3-digit Mail Code. The State Vendor ID is assigned by the State Comptrollers Office when an entity receives funds from the state and is comprised of the federal ID number plus a few other digits. The mail code determines which account the funds will be direct deposited into or whether a state warrant will be mailed. The county financial officer (i.e., county auditor or treasurer) will have this information. The county is also required to enter a detailed budget for each funding allocation. Guidelines regarding eligible uses for each funding allocation are included in the award agreement as well as the online forms. Grant activities must also be entered into the grant system where applicable.

DEADLINE TO APPLY FOR FUNDING - The FY 2003 funds will be available through August 31, 2006. Because not all counties will develop their funding priorities at the same rate, there are no deadlines currently imposed by the SOS for the counties to complete the online forms. However, all counties are encouraged to submit the signed grant award agreement that was sent to the county judge along with the required resolution from the commissioners court as soon as possible. The SOS may impose deadlines if an excessive amount of time elapses and the county has taken no action to secure the funding.

RESOLUTION - In addition to the parties that typically sign a resolution for the county (e.g., the county judge and the commissioners), the county election official(s) and the county financial officer must also sign the resolution.

GRANT AWARD APPROVAL AND REQUESTING REIMBURSEMENT - After the SOS has received the signed agreement that was sent to the county judge, the required resolution from the commissioners court as outlined in the award agreement, and the online forms have been submitted via this system, the SOS will review the documents and online forms for accuracy and completeness. Upon SOS approval, an email notification will be sent to the county judge, the election official(s), and the financial officer (Note: an email notification will only be sent if the

8

TX_00204871

Help America Vote Act 2002
Texas State Plan

user provides one when entering his or her contact information).  At that time, the county
financial officer will have access to submit reimbursement requests via the grant system.

## Funding Allocations - Fiscal Year 2003 Appropriation

### Accessible Voting System in Each Polling Place

These funds are to be used for reimbursement of county costs incurred as a result of obtaining a
HAVA-compliant accessible voting system in each polling location.  This requirement may be
met by having at least one accessible direct recording electronic voting system ("DRE") or other
system equipped for individuals with disabilities at each polling site.  The reimbursable amount
each county is eligible for is calculated based on the number of precincts (polling places) used
during the 2000 federal election multiplied by $3,000.

### General HAVA Compliance

These funds may be used by the county for voter education, election worker education,
upgrading voting systems to comply with new federal standards -- including compatibility with
the new statewide voter registration system, and acquiring an accessible voting system in each
polling place.  Priority will be given to acquiring an accessible voting system is each polling
place because of the January 1, 2006 compliance mandate.

The reimbursable amount each county is eligible for is calculated based on the county's voting
age population during the 2000 federal election as a percentage of the state's total voting age
population and the total budgeted amount for general HAVA compliance.  However, each county
that would receive less than $5,000 based on the formula will receive $5,000.

## Funding Allocations - Fiscal Year 2004 Appropriation

Because the FY 2003 allotment of funding will not cover all of the county costs to purchase an
accessible voting system in each polling location, Texas has proposed to increase the
Requirements Payments to the counties by 200 percent.  By fully funding the costs associated
with acquiring at least one accessible voting system for each polling location, counties will be
less likely to object to the HAVA mandate.  Additionally, the counties may seize the opportunity
afforded by the available federal dollars to fully update their outdated voting systems, rather than
simply purchasing the HAVA-required minimum of one accessible system per polling location.
The SOS will likely amend the current award agreement between the state and the counties or
draft a new agreement to accommodate the additional funding.

## Grant Regulations and Grant Oversight

The Secretary of State will develop a monitoring plan in 2005.  The monitoring function may be
outsourced or may be handled internally or a combination of the two may be employed.  This
grant program falls under the general requirements of the Uniform Grant Management Standards
("UGMS") prescribed by the Texas Office of the Governor.  UGMS prescribes a standard set of

9

TX_00204872

**Help America Vote Act 2002**
**Texas State Plan**

financial management procedures and definitions and ensures accountability for expenditure of
public funds. UGMS also incorporates the following federal regulations:

- OMB Circular A-87
- OMB Circular A-102
- "Common Rule", Administrative Requirements, 53 FR 8087, March 11, 1988
- OMB Circular A-133

Per the terms and conditions of the award agreement, any funding received by the county,
regardless of the purpose, is contingent on each polling place within the county must have a
voting system that is SOS-certified as accessible for individuals with disabilities, including non-
visual accessibility for the blind and visually-impaired, in a manner that provides the same
opportunity for privacy and independence as other voters no later than January 1, 2006.

3.  **Voter Education, Election Official Education and Training, and Poll Worker Training**

    a.  **Voter Education Plan Goal**

        The state will develop a comprehensive voter education plan to educate voters
        on certified voting systems and the proper use of those voting systems, with
        special emphasis on accessibility issues as it relates to the use of voting
        systems. Components of the education plan will include the statewide voter
        registration system, and how to vote a provisional ballot. The state has a
        responsibility to ensure that the voting process and our systems of voting are
        accurate, secure, and accountable. Our voter outreach efforts will need to be
        designed to reflect and incorporate the diverse populations of Texas through a
        well-executed, adaptable program, delivered in an easy-to-use format, and in
        alternative formats for individuals with disabilities. The mediums for delivery
        of this voter education program will need to be equally diverse.

    b.  **Educating the Voter**

        - The state surveyed the 254 counties, compiled a list of best practices, and
          developed resources to supplement existing training materials for the voter.
          The Secretary of State will release an RFP in 2005 for the HAVA Education
          piece that will be consistent with applicable state and federal laws and
          regulations, including the Texas Government Code and the Texas Building
          and Procurement Commission. HAVA funding will be used for education as
          it relates to Title III of HAVA, which includes educating the voter on: 1)
          How to verify/review selections before casting the vote. 2) How to change or
          correct any error on the ballot before casting the vote. 3) How to avoid over
          voting. 4) How individuals with disabilities, including non-visual accessibility
          for the blind and visually impaired, can access the voting system in a matter
          that provides the same opportunity for privacy and independence as other
          voters. 5) How the county's voting system provides alternative language
          accessibility pursuant to the requirements of Section 203 of the Voting Rights
          Act of 1965. 6) What constitutes the uniform definition of the voting

10

TX_00204873

Help America Vote Act 2002
Texas State Plan

---

system(s) in use in the county? And 7) How to vote a provisional ballot, including written information on how the voter can ascertain whether his or her vote was counted, and if not, why.

Although HAVA funds were not spent on education prior to the 2004 elections we, at the state level:

- Revised all of our brochures, including Services Available to Voters with Special Needs, Texas Voting, Early Voting in Texas, and Volunteer Deputy Registrar Guide. Those brochures are on our web site and also available in hard copy.
- The following brochures have been developed, and are available via our web: Young Texas Voters; When Your Home is Your Polling Place; and Conducting a Successful Voter Registration Campaign.
- The following new items/brochures were developed and disseminated statewide to election officials and upon request to voters: What Every Texan Needs to Know About Elections in Texas (targeting First Time Voters); Voter Rights Poster and Overvote/Undervote Poster.
- We developed and disseminated the Project V.O.T.E. (Voters of Tomorrow through Education) Student Mock Election Curriculum for teachers regarding the conduct of a mock election, for Texas students, kindergarten through 12th grades. Over a half million students participated in the 2004 Texas Student mock election.
- A PowerPoint Presentation was developed titled "Voter Education-A General Overview." This presentation was/is designed for civic groups, charitable and non-profit organizations for conducting voter registration drives.
- The Secretary of State appointed a virtual voter education advisory committee composed of voter advocacy groups and other interested stakeholders to advise the Secretary of State on HAVA-related voter education materials and programs.

### c. Election Officials Education and Training

- The state developed a comprehensive training component for Election Officials that included videos; pamphlets; updated handbooks; and an election-based training module prior to January 2004. The new training program and educational resources explain all the components of HAVA, including: overvote and undervote; provisional voting; DRE's; voters rights; the administrative hearing process; new voting system requirements; statewide voter registration system requirements; methods of poll worker training; accessibility for people with disabilities; and alternative language requirements.
- The state will look into the possibility of developing an outreach program working with the Department of Public Safety (DPS) to provide resources and materials to improve the voter registration process no later than July 2006.

11

TX_00204874

Help America Vote Act 2002
Texas State Plan

- The state will continue to work proactively with election officials to assist and advise in the recruitment of college and university students as poll workers.
- The state will investigate the possible creation of an on-line training module for election officials, with a possible certification component no later than January 2006.

### d. Training of Poll Workers

- The State has developed and disseminated statewide a new curriculum for Election Judges and Clerks, complete with a training video for preparing the polling place, qualifying voters, closing the polling place and discussing new law and HAVA. The curriculum for Election Judges and Clerks also has a testing component. We were successful in training over 49,000 poll workers before our 2004 Primary Elections.
- Regional schools for the training of election judges and clerks for the 2004 Election were conducted prior to the Primary and General Elections. Secretary of State staff traveled the state, educating election officials about Texas law, HAVA, and in some locations, we partnered with the Coalition of Texans with Disabilities, who presented a unit on voters with disabilities and educating election officials on the rights of disabled voters.

**4. How the state will adopt voting system guidelines consistent with Sec. 301 (Sec. 254, a, 4).**

Voting System Standards

The state of Texas' voting systems standards contained at Section 122.001 of the Texas Election Code are already in substantial compliance with the requirements set out in Section 301(a)(1) of HAVA. Pursuant to an administrative rule adopted by the Secretary of State, Rule 81.61, before any voting system may be certified for use in a Texas election, the voting system must meet the voluntary voting systems standards promulgated by the Federal Election Commission. Texas Administrative Code § 81.61 (Tex. Sec. of State).

Overvote and Opportunity to Correct Ballot

All systems used in Texas allow a voter to change his or her vote. In a paper or optical scan ballot system, a voter may receive up to two replacement ballots if he or she makes an error marking the original ballot. Texas currently posts voting instructions that inform the voter of his or her right to replace a spoiled ballot.

Precinct-level optical scan voting systems inform the voter of an overvote in a particular race and give the voter an opportunity to correct the ballot. Texas Administrative Code § 81.52 (Tex. Sec. of State). Direct Recording Electronic voting systems ("DRE's") currently certified for use in Texas and mechanical lever machines do not allow for overvoting. In those entities using hand-counted paper ballot, central count optical scan, mechanical lever machines or punch card voting systems, the voter is not informed when he or she overvotes in a race. However, language will be added to voter instructions to inform voters of the

12

TX_00204875

Help America Vote Act 2002
Texas State Plan

definition and consequences of an overvote, and Texas will establish a voter education program to explain the effect of overvoting. Punch card and lever voting systems will be phased out of use. The Texas Legislature passed legislation this year to prohibit their use after January 1, 2006.

All of the systems used in Texas allow voters to view their choices before they cast their ballot. DRE voting systems are already required under current state law to present voters with a summary screen of the entire ballot to allow voters to review and change their choices prior to the final cast of the ballot.

Manual Audit

Electronic voting systems are required under state law to provide records from which the operation of the voting system may be audited. In addition, the Secretary of State has adopted an administrative rule, Section 81.61, which requires a real time audit log that records all significant election events and records the date and time of each event. Also, due to the fundamental inability of lever machines to produce a manual audit of its records, Texas has recently passed a law that prohibits the use of these systems in elections after January 1, 2006.

Accessibility

Under HAVA, the voting system must be accessible to individuals with disabilities in a manner that provides the same opportunity for access and participation as for other voters. HAVA provides that this requirement may be met by placing a DRE or other accessible voting unit in each polling place.

Texas law currently requires voting systems acquired on or after September 1, 1999 to comply with Section 504 of the federal Rehabilitation Act of 1973 (29 U.S.C. Section 794) and its subsequent amendments and Title II of the federal Americans with Disabilities Act (42 U.S.C. Section 12131 et seq.) and its subsequent amendments; and to provide a practical and effective means for voters with physical disabilities to cast a secret ballot. Detailed guidelines as to what constitutes an accessible voting system have been adopted by administrative rule which is enclosed. In all the remaining polling places throughout the state which use voting systems that do not meet the accessibility guidelines, counties will purchase at least 1 DRE per polling place in order to satisfy the requirements.

The state legislation implementing HAVA repeals the current voting system accessibility law and replaces it with language which tracks the federal law for accessibility. Until the Election Assistance Commission issues HAVA-compliant accessibility standards, Texas will continue to evaluate accessibility based on the state rule and FEC accessibility standards.

Language Accessibility

Because Texas is a state covered by Section 1973aa-1a and Section 1973b(f)(4) of the federal Voting Rights Act, voting systems are already required to provide alternative language

13

TX_00204876

Help America Vote Act 2002
Texas State Plan

---

accessibility to the ballot. Statewide, Spanish has been required since 1975 and ballots have been required to be in English and Spanish since that time. As a result of the 2000 census, in some areas of the state, Vietnamese, Kickapoo, and Pueblo languages are required. Review of whether a voting system provides alternative languages is already an element of voting system certification in Texas.

### Error rates

HAVA requires that the counting error rate of voting systems must comply with the standards established under the Federal Election Commission. Secretary of State Administrative Rule 81.61 requires that before a voting system may be certified for use in Texas, the voting system must meet the voluntary voting system standards promulgated by the Federal Election Commission. In addition, the state legislation adopted to implement HAVA amends the Texas Election Code to require that all voting systems comply with the error rate standards adopted by the Federal Election Commission.

### Definition of "Vote"

Current state law contains a detailed definition of a punch card vote. Texas has recently passed legislation that fully defines what constitutes a vote cast under hand-counted paper ballot, optical scan, and lever machine systems. See Exhibit D.

**5. How the Election Fund will be established and managed (Sec. 254, a, 5).**

The Texas Legislature created an "Election Improvement Fund" as a dedicated account in the general revenue fund and consists of federal funds designated for election improvement, matching funds from the state or a political subdivision, and depository interest earned on the assets of the fund. The state has appropriated funds to satisfy the five percent match requirement of Section 253 of HAVA in House Bill 1549, 78th Regular Session, 2003. The fund will be managed according to the Uniform Grant Management Standards prescribed by the Texas Office of the Governor and the terms and conditions of the federal grant award(s). The SOS has also hired a grant manager as well as an accountant to oversee and administer the grant program.

**6. The state's proposed budget for activities under this part, based on the state's best estimates of the costs of such activities and the amount of funds to be made available.**

The budget below is based on the state's best estimate. The SOS anticipates some adjustments will be necessary; however, the Secretary of State will reconvene the HAVA Advisory Committee for advice on how to reallocate the funds if the change is substantive. It should be noted that the "free access system for provisional voters has been adjusted to $0 because the state is already in compliance with that requirement.

14

TX_00204877

Wednesday, January 26, 2011　　SENATE JOURNAL　　167

Help America Vote Act 2002
Texas State Plan

**Figure 1**

| | Estimated Amount | Actual Budget | Proposed Budget |
|---|---|---|---|
| Title I Federal Award: | FY03 Approp. $23,476,116 | | FY04 Approp. $0 |
| Punch Card and Lever Replacement | $6,269,521 | $6,269,521 | N/A |
| Preliminary Planning For Statewide Voter Registration System | $500,000 | $465,836 | N/A |
| State Plan Administration | $2 - 4 million | $3,726,690 | N/A |
| Voter Education | $2 - 3 million | $2,795,017 | N/A |
| Election Official and Poll Worker Training | $2 - 3 million | $2,795,017 | N/A |
| County Compatibility with New Statewide Voter Registration System | $6 million | $5,590,035 | N/A |
| County Education Fund | $1 - 2 million | $1,834,000 | N/A |
| Total: | $19.77 - 24.77 million | $23,476,116 | N/A |
| Title II Federal Award: | $57,504,778 | | $103,187,171 |
| Required State Match: | $3,026,567 | | $5,430,904 |
| Total Available: | $60,531,345 | | $108,618,075 |
| | Estimated Amount | Actual Budget | Proposed Budget |
| SOS Admin (State Plan Administration) | N/A | N/A | $5,000,000 |
| Free Access System for Provisional Voters | $1 million | $0 | $0 |
| Statewide Voter Registration System | $10 - 15 million | $14,773,345 | $5,000,000 |
| Accessible Voting System in Every Polling Place | $25.5 million | $25,758,000 | $91,618,075 |
| Grant Funding to Counties for HAVA (Title III) Compliance | $20 million | $20,000,000 | |
| County Compatibility with New Statewide Voter Registration System | N/A | N/A | $5,000,000 |
| Voter Education, Election Official and Poll Worker Training | N/A | N/A | $2,000,000 |
| Total: | $56.5 - 61.5 million | $60,531,345 | $108,618,075 |

7. **Statement that the state will, in using the requirements payments, provide for maintaining the funding for activities funded by the payments at a level not less than the fiscal year ending before November 2000 (Sec. 254, a, 7).**

The Secretary of State has determined that the activities funded by the requirements payments as outlined in this state plan will not reduce the level of expenditures maintained by the state for the fiscal year ending prior to November 2000. Additionally, since the initial state plan was filed, the SOS has determined that the requirements payments activities as outlined in this plan have never been funded by the state to the counties prior to the fiscal year ending before November 2000. Consequently, the counties need not certify they are in compliance with the maintenance of effort requirement as originally proposed as it is not applicable.

8. **How the state will adopt performance goals and measures to determine success in carrying out the plan (Sec. 254, a, 8).**

The Secretary of State and county election officials are responsible for ensuring the success in meeting each performance goal. Each county's voter registration and elections office also have a substantial responsibility in meeting performance goals in that the counties will monitor performance measures and will report to the state on a regular basis.

The performance goals include:

ELIMINATION OF PUNCH CARD VOTING AND LEVER EQUIPMENT

　　a.　Timetable: January 1, 2006
　　b.　Criteria:  Replacement of punch card voting equipment and lever machines in 17 counties that used voting equipment in 2000.

15

TX_00204878

**Help America Vote Act 2002**
**Texas State Plan**

---

    c.    How criteria is measured: Assess 17 counties after January 1, 2006 to determine if any punch card or lever machines are being used in federal elections.

    d.    The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

## VOTING SYSTEM STANDARDS

    a.    VOTING SYSTEMS

        (1)    Timetable: January 1, 2006

        (2)    Criteria: All voting precincts in the state will have a voting system that provides voters an opportunity to check for and correct ballot errors in a private and independent manner, notifies the voter of any overvotes cast and the effect of casting an overvote, allows the voter to correct the overvote before the ballot is cast, has a manual audit capacity, and an error rate that does not exceed the existing rate established by the FEC or Office of Election Administration. For the precincts that do not have such a system in place, an extensive voter education program will be developed and used in each county. A program will be developed for each type of voting system and paper ballot to educate the voter on what constitutes a legal vote for each type of voting machine and how to correctly cast a ballot for each type of voting system.

        (3)    How the criteria is judged: Assess all counties to ensure 100% participation in using voting systems that meet the HAVA requirements or using the education program developed by the Secretary of State.

        (4)    The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

    b.    ACCESSIBILITY FOR INDIVIDUALS WITH DISABILITIES

        (1)    Timetable: January 1, 2006

        (2)    Criteria: Provide at least one direct recording voting device in each polling place in the state that will allow voters with disabilities the opportunity to cast a ballot without assistance.

        (3)    How criteria is judged: Assess each county to ensure 100% of the polling places have implemented a direct recording voting device that allows voters with disabilities the opportunity to cast a ballot without assistance.

        (4)    The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

    c.    ALTERNATE LANGUAGE ACCESSIBILITY

        (1)    Timetable: Currently

        (2)    Criteria: Provide alternative language accessibility pursuant to the federal Voting Rights Act.

16

TX_00204879

Help America Vote Act 2002
Texas State Plan

---

(3)   How criteria are judged: Texas has provided alternative language for all voting systems, voting materials and forms used in the polling place since 1975. Before a voting system is certified by the Secretary of State, the voting system must demonstrate alternate language accessibility.

(4)   The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

## PROVISIONAL VOTING

a.   PROVISIONAL BALLOTS PROVIDED

(1)   Timetable: January 1, 2004

(2)   Criteria: Provide provisional ballots to ensure no individual is turned away at the polls.

(3)   How criteria is judged: Assess all counties to ensure the new procedures for provisional voting are in place and that all election workers have been trained on the new procedures.

(4)   The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

b.   FREE ACCESS SYSTEM

(1)   Timetable: January 1, 2004

(2)   Criteria: Implement a free access system in each county so that the voters can determine if their provisional ballot was counted.

(3)   How criteria is judged: Success of meeting this performance goal is based on the establishment of a free access system in each county so that voters can determine if their provisional ballot was counted.

(4)   The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

c.   INFORMATIONAL VOTING POSTER

(1)   Timetable: January 1, 2004

(2)   Criteria: Voter information must be posted at each polling place, to include: sample ballots; dates and hours of voting; instructions for voters registering by mail and for first time voters; voter rights (including the right to vote a provisional ballot); and legal notice prohibiting voter fraud and misrepresentation.

(3)   How criteria is judged: Survey all counties to ensure that the voting poster is included with election supplies and that all election workers have been instructed to post such information in the polling place.

(4)   The Secretary of State will prescribe and distribute informational posters to all counties prior to January 1, 2004. The county election officials are responsible for ensuring the poster is properly posted in each precinct.

17

TX_00204880

Help America Vote Act 2002
Texas State Plan

## STATEWIDE VOTER REGISTRATION SYSTEM

a.   COMPUTERIZED STATEWIDE VOTER LIST
    (1)   Timetable: January 1, 2006
    (2)   Criteria: Implementation of a single, uniform, official, centralized, interactive, computerized statewide voter registration list that is defined, maintained, and administered at the state level.
    (3)   How criteria is judged: Success of meeting this performance goal is based on the implementation of a statewide voter registration system that meets the requirements of HAVA.
    (4)   The Secretary of State in conjunction with the county election officials is responsible for meeting this measure.

b.   NEW VOTER REGISTRATION APPLICATION
    (1)   Timetable: January 1, 2004
    (2)   Criteria: Prescribe, print and distribute new voter registration applications that meet the requirements of HAVA.
    (3)   How criteria is judged: The Secretary of State will prescribe, print and distribute a new voter registration application to all counties prior to January 1, 2004.
    (4)   The Secretary of State in conjunction with the county election officials is responsible for meeting this measure.

The Secretary of State will collect specific data to identify the successes of each county as it relates to the implementation of the Help America Vote Act of 2002. The Secretary of State will compile the data in report(s) for tracking purposes and to share with interested parties such as the EAC. The report will include an indication of whether each county met the performance goals. If the Election Assistance Commission or any other federal agency should prescribe such a report or survey, the state will use the federal form in lieu of the state form.

**9. Description of state based administrative complaint procedures (Sec. 254, a, 9):**

The Secretary of State has adopted an administrative complaint procedure through its rulemaking authority. Complaints are limited to those arising from violations of Title III of HAVA. As required under Section 402(2) of HAVA, complaints shall be required to be in writing, signed by the complainant, and notarized. The Secretary of State will have authority to consolidate complaints for efficiency and to resolve any complaints through an informal process, if warranted.

Review of the complaint will be held pursuant to the right of notice, hearing, and adjudication as set out in the administrative rule.

18

Help America Vote Act 2002
Texas State Plan

10. **A description of how payments for punch card replacement and early out money affects the activities under the plan, including the amount of funds available (Sec. 254, a, 10).**

Punch card and lever voting system replacement award agreements were sent to all eligible counties in April 2004. The Title I funds will be distributed, administered, and monitored using the same standards as the requirements payments that are distributed to the counties.

11. **Description of how the state will conduct ongoing management of the plan (Sec. 254, a, 11):**

The Secretary of State has hired a HAVA grant manager, a HAVA grant accountant, a project manager to oversee the development and implementation of the HAVA-compliant statewide voter registration system, and will hire monitoring staff or outsource that function. All procurement with HAVA funds will be consistent with applicable state and federal laws and regulations, including the Texas Government Code and the Texas Building and Procurement Commission. All sub-awarded grants will include an award agreement with the terms and conditions governing the use of the funds and will adopt by reference the State of Texas Uniform Grant Management Standards, OMB Circular A-87, OMB Circular A-102, "Common Rule", Administrative Requirements, 53 FR 8087, March 11, 1988, and OMB Circular A-133.

If material changes to the state plan are necessary, the Secretary of State will propose the change in the Texas Administrative Register. In addition, the Secretary of State intends to continue working with the HAVA Advisory Committee as the plan is implemented. The State Plan provides a general framework of HAVA implementation in Texas, but the Secretary of State will continue, as needed, to adopt administrative rules to define specific procedures for provisional voting and other HAVA-related issues as well as modify and design forms as the implementation of HAVA continues to evolve. As rules are proposed and as new voter forms are drafted, the Secretary of State will distribute the drafts to the HAVA Advisory Committee for comments and suggestions.

12. **Description of how the plan reflects changes from the state plan for the previous fiscal year.**

Each section has been updated accordingly and reflects the current state plan.

13. **A description of the committee that participated in the development of the plan (Sec. 254, a, 13).**

An advisory committee was appointed by the Secretary of State to help develop the State Plan. We enlisted professional associations, voter advocacy groups and other relevant associations, and requested that each association appoint a representative to serve on the advisory committee. The Committee conducted public meetings on the following dates: April 3, 2003, May 1, 2003, June 27, 2003, February 20, 2004, and November 12, 2004. Minutes of all Committee meetings are posted on the Secretary of State website at http://www.sos.state.tx.us/elections/hava/index.shtml. The Preliminary Texas State Plan was

19

TX_00204882

**Help America Vote Act 2002**
**Texas State Plan**

posted on the web on July 25, 2003 and also published in the Texas Register on August 1, 2003. Public comment was accepted through September 2, 2003.

The proposed amended budget was posted on the Secretary of State agency website on November 5, 2004 and was discussed at the November 12, 2004 meeting of the HAVA Advisory Committee.  In addition, notice of the proposed amended budget was published in the Texas Register on November 5, 2004.

20

TX_00204883

**Help America Vote Act 2002**
**Texas State Plan**

Advisory Committee Members:

**Teresa Aguirre**
Texas Association of
Counties

**Phil Barrett**
Texas Department of
Information Resources

**Paul Bettencourt**
Harris County Tax Assessor-
Collector

**Paulette Burke**
Texas County & District
Clerks Association
Rockwall County Clerk

**Brett Carr**
Senate State Affairs

**The Honorable Mary Denny**
Texas State Representative
Chair, House Elections
Committee

**Judge Robert Eckels**
County Judges and
Commissioners Association

**Frank Elder**
Assistant Chief
Texas Department of Public
Safety

**Claude Foster**
ACLU of Texas, Inc.

**Barbara Hankins**
Texas League of Women
Voters

**David Hanna**
Texas Legislative Council

**Beverly Kaufman**
Harris County Clerk

**Bob Lydia**
President
NAACP

**Molly Beth Malcolm**
Chairwoman
Texas Democratic Party

**Germaine Martinez**
Program Specialist
Texas Department of Public
Safety

**The Honorable Jane Nelson**
Texas State Senator

**Jodi Park**
Coalition of Texans with
Disabilities

**Nina Perales**
MALDEF

**Sharon Rowe**
President Texas Association
of Elections Administrators
Collin County Elections
Administrator

**Rudy Sandoval**
Chief of Staff
LULAC

**Michael Scholfield**
Assistant General Counsel
Governor's Policy
Office of the Governor

**Jonas Schwartz**
Program Services Manager
Advocacy, Inc.

**Bruce Sherbet**
Dallas County Elections
Administrator

**Sandra Vice**
State Auditor's Office

**Bea Westbrook**
President
Texas Association of Tax
Assessor-Collectors
Newton County Tax Assessor
Collector

**Chad Wilbanks**
Texas Republican Party

**Don Willett**
Deputy Attorney General,
General Counsel
Office of the Texas Attorney
General

21

TX_00204884

**Table 2**

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| ANDERSON | Optical Scan | 25 | 43,678 | $7,000 | $75,000.00 | $58,022 | $266,341 |
| ANDREWS | Paper | 5 | 8,903 | $7,000 | $15,000.00 | $11,827 | $53,714 |
| ANGELINA | Optical Scan | 40 | 57,974 | $7,000 | $120,000.00 | $77,013 | $394,466 |
| ARANSAS | Optical Scan | 7 | 17,151 | $7,000 | $21,000.00 | $22,784 | $87,685 |
| ARCHER | Optical Scan | 14 | 6,358 | $7,000 | $42,000.00 | $8,446 | $101,005 |
| ARMSTRONG | Paper | 9 | 1,589 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| ATASCOSA | Optical Scan | 25 | 26,373 | $7,000 | $75,000.00 | $35,034 | $220,314 |
| AUSTIN | Optical Scan | 19 | 17,215 | $7,000 | $57,000.00 | $22,869 | $159,915 |
| BAILEY | Paper | 8 | 4,597 | $7,000 | $24,000.00 | $6,107 | $60,281 |
| BANDERA | Optical Scan | 12 | 13,292 | $7,000 | $36,000.00 | $17,657 | $107,434 |
| BASTROP | Optical Scan | 22 | 41,589 | $7,000 | $66,000.00 | $55,247 | $242,765 |
| BAYLOR | Paper | 6 | 3,135 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| BEE | Optical Scan | 18 | 24,794 | $7,000 | $54,000.00 | $32,937 | $174,067 |
| BELL | AVM | 43 | 169,236 | $9,000 | $129,000.00 | $224,815 | $708,419 |
| BEXAR | Optical Scan | 626 | 956,458 | $11,000 | $1,878,000.00 | $1,323,705 | $6,410,551 |
| BLANCO | Paper | 9 | 6,368 | $7,000 | $27,000.00 | $8,459 | $70,998 |
| BORDEN | Paper | 8 | 550 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| BOSQUE | Optical Scan | 18 | 13,003 | $7,000 | $54,000.00 | $17,273 | $142,706 |
| BOWIE | Optical Scan | 37 | 67,135 | $7,000 | $111,000.00 | $89,183 | $400,812 |
| BRAZORIA | Punch Card | 68 | 172,664 | $9,000 | $204,000.00 | $229,369 | $867,704 |
| BRAZOS | Punch Card | 109 | 119,680 | $9,000 | $327,000.00 | $158,984 | $973,052 |
| BREWSTER | Paper | 8 | 6,902 | $7,000 | $24,000.00 | $9,169 | $66,411 |
| BRISCOE | Paper | 7 | 1,305 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| BROOKS | Optical Scan | 10 | 5,459 | $7,000 | $30,000.00 | $7,252 | $74,587 |
| BROWN | Optical Scan | 18 | 27,943 | $7,000 | $54,000.00 | $37,120 | $182,443 |
| BURLESON | Optical Scan | 16 | 12,047 | $7,000 | $48,000.00 | $16,003 | $128,149 |
| BURNET | Optical Scan | 24 | 25,779 | $7,000 | $72,000.00 | $34,245 | $212,727 |
| CALDWELL | Optical Scan | 20 | 23,068 | $7,000 | $60,000.00 | $30,644 | $181,490 |
| CALHOUN | Optical Scan | 30 | 14,767 | $7,000 | $90,000.00 | $19,617 | $219,478 |
| CALLAHAN | Optical Scan | 8 | 9,527 | $7,000 | $24,000.00 | $12,656 | $73,393 |
| CAMERON | Optical Scan | 84 | 221,932 | $9,000 | $252,000.00 | $294,817 | $1,094,853 |
| CAMP | Paper | 13 | 8,447 | $7,000 | $39,000.00 | $11,221 | $100,554 |
| CARSON | Paper | 10 | 4,700 | $7,000 | $30,000.00 | $6,244 | $72,568 |

22

TX_00204885

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| CASS | Optical Scan | 26 | 22,889 | $7,000 | $78,000.00 | $30,379 | $217,001 |
| CASTRO | Paper | 9 | 5,541 | $7,000 | $27,000.00 | $7,361 | $68,798 |
| CHAMBERS | Punch Card | 14 | 18,507 | $7,000 | $42,000.00 | $24,585 | $133,318 |
| CHEROKEE | Optical Scan | 29 | 34,383 | $7,000 | $87,000.00 | $45,675 | $265,645 |
| CHILDRESS | Paper | 5 | 5,989 | $7,000 | $15,000.00 | $7,956 | $45,963 |
| CLAY | Paper | 17 | 8,271 | $7,000 | $51,000.00 | $10,987 | $124,113 |
| COCHRAN | Paper | 8 | 2,554 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COKE | Paper | 8 | 2,922 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COLEMAN | Paper | 15 | 7,053 | $7,000 | $45,000.00 | $9,369 | $108,860 |
| COLLIN | Punch Card | 127 | 350,368 | $9,000 | $381,000.00 | $465,432 | $1,694,753 |
| COLLINGSWORTH | Paper | 8 | 2,360 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COLORADO | Optical Scan | 19 | 15,171 | $7,000 | $57,000.00 | $20,163 | $154,479 |
| COMAL | Optical Scan | 31 | 58,107 | $7,000 | $93,000.00 | $77,190 | $340,759 |
| COMANCHE | Paper | 17 | 10,475 | $7,000 | $51,000.00 | $13,915 | $129,975 |
| CONCHO | Paper | 9 | 3,328 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| COOKE | Optical Scan | 26 | 26,421 | $7,000 | $78,000.00 | $35,098 | $226,448 |
| CORYELL | Optical Scan | 21 | 55,365 | $7,000 | $63,000.00 | $73,468 | $273,240 |
| COTTLE | Paper | 6 | 1,448 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| CRANE | Paper | 5 | 2,722 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| CROCKETT | Optical Scan | 5 | 2,914 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| CROSBY | Paper | 11 | 4,898 | $7,000 | $33,000.00 | $6,507 | $79,101 |
| CULBERSON | Paper | 7 | 2,018 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| DALLAM | Paper | 10 | 4,244 | $7,000 | $30,000.00 | $5,638 | $71,355 |
| DALLAS | Optical Scan/DRE | 791 | 1,599,866 | $11,000 | $2,373,000.00 | $2,125,280 | $9,006,595 |
| DAWSON | Paper | 12 | 11,148 | $7,000 | $36,000.00 | $14,809 | $101,732 |
| DEAF SMITH | Optical Scan | 9 | 12,380 | $7,000 | $27,000.00 | $16,446 | $86,988 |
| DELTA | Paper | 11 | 3,964 | $7,000 | $33,000.00 | $5,266 | $76,617 |
| DENTON | Optical Scan | 126 | 312,866 | $9,000 | $378,000.00 | $413,614 | $1,588,999 |
| DEWITT | Paper | 17 | 15,253 | $7,000 | $51,000.00 | $20,262 | $142,683 |
| DICKENS | Paper | 7 | 2,250 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| DIMMIT | Optical Scan | 8 | 6,847 | $7,000 | $24,000.00 | $9,096 | $66,265 |
| DONLEY | Paper | 10 | 2,972 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| DUVAL | Optical Scan | 12 | 9,252 | $7,000 | $36,000.00 | $12,290 | $86,689 |
| EASTLAND | Optical Scan | 10 | 14,050 | $7,000 | $30,000.00 | $18,664 | $97,437 |

23

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| ECTOR | Punch Card | 42 | 84,303 | $7,000 | $126,000.00 | $111,989 | $476,509 |
| EDWARDS | Paper | 6 | 1,546 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| ELLIS | Optical Scan | 60 | 77,716 | $7,000 | $180,000.00 | $103,239 | $567,709 |
| EL PASO | Punch Card/DRE | 156 | 462,199 | $9,000 | $468,000.00 | $613,990 | $2,166,393 |
| ERATH | Optical Scan | 27 | 24,889 | $7,000 | $81,000.00 | $33,063 | $228,380 |
| FALLS | Paper | 13 | 13,440 | $7,000 | $39,000.00 | $17,854 | $113,834 |
| FANNIN | Optical Scan | 20 | 23,992 | $7,000 | $60,000.00 | $31,871 | $183,947 |
| FAYETTE | Optical Scan | 28 | 16,747 | $7,000 | $84,000.00 | $22,247 | $212,731 |
| FISHER | Paper | 11 | 3,304 | $7,000 | $33,000.00 | $5,000 | $76,085 |
| FLOYD | Paper | 12 | 5,332 | $7,000 | $36,000.00 | $7,083 | $86,262 |
| FOARD | Paper | 5 | 1,203 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| FORT BEND | Optical Scan | 104 | 240,980 | $9,000 | $312,000.00 | $320,120 | $1,265,650 |
| FRANKLIN | Paper | 10 | 7,159 | $7,000 | $30,000.00 | $9,510 | $79,108 |
| FREESTONE | Optical Scan | 16 | 13,645 | $7,000 | $48,000.00 | $18,126 | $132,400 |
| FRIO | Optical Scan | 11 | 11,592 | $7,000 | $33,000.00 | $15,399 | $96,906 |
| GAINES | Optical Scan | 9 | 9,402 | $7,000 | $27,000.00 | $12,490 | $79,068 |
| GALVESTON | Optical Scan | 77 | 183,289 | $9,000 | $231,000.00 | $243,483 | $950,024 |
| GARZA | Paper | 10 | 3,506 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| GILLESPIE | Optical Scan | 16 | 16,327 | $7,000 | $48,000.00 | $21,689 | $139,533 |
| GLASSCOCK | Paper | 5 | 935 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| GOLIAD | Optical Scan | 11 | 5,135 | $7,000 | $33,000.00 | $6,821 | $79,732 |
| GONZALES | Optical Scan | 16 | 13,421 | $7,000 | $48,000.00 | $17,829 | $131,804 |
| GRAY | Optical Scan | 15 | 17,282 | $7,000 | $45,000.00 | $22,958 | $136,067 |
| GRAYSON | Optical Scan | 54 | 82,620 | $7,000 | $162,000.00 | $109,753 | $544,113 |
| GREGG | Optical Scan | 23 | 81,588 | $7,000 | $69,000.00 | $108,382 | $355,160 |
| GRIMES | Optical Scan | 21 | 17,715 | $7,000 | $63,000.00 | $23,533 | $173,259 |
| GUADALUPE | Optical Scan/DRE | 83 | 63,693 | $7,000 | $249,000.00 | $84,610 | $667,965 |
| HALE | Paper | 19 | 25,532 | $7,000 | $57,000.00 | $33,917 | $182,037 |
| HALL | Paper | 8 | 2,753 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| HAMILTON | Optical Scan | 15 | 6,270 | $7,000 | $45,000.00 | $8,329 | $106,777 |
| HANSFORD | Paper | 7 | 3,795 | $7,000 | $27,000.00 | $5,041 | $64,154 |
| HARDEMAN | Paper | 6 | 3,526 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| HARDIN | Optical Scan | 18 | 34,715 | $7,000 | $54,000.00 | $46,116 | $200,455 |
| HARRIS | Punch Card | 935 | 2,416,022 | $11,000 | $2,805,000.00 | $3,209,467 | $12,042,351 |

24

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | FY03 Approp. | | | FY04 Approp. |
|---|---|---|---|---|---|---|---|
| | | | | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
| HARRISON | Optical Scan | 29 | 45,441 | $7,000 | $87,000.00 | $60,364 | $295,057 |
| HARTLEY | Paper | 7 | 4,385 | $7,000 | $21,000.00 | $5,825 | $53,710 |
| HASKELL | Paper | 11 | 4,646 | $7,000 | $33,000.00 | $5,172 | $78,431 |
| HAYS | Punch Card | 35 | 73,683 | $7,000 | $105,000.00 | $97,881 | $406,215 |
| HEMPHILL | Paper | 9 | 2,412 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| HENDERSON | Optical Scan | 31 | 55,426 | $7,000 | $93,000.00 | $73,628 | $333,629 |
| HIDALGO | Optical Scan | 95 | 368,461 | $9,000 | $285,000.00 | $489,467 | $1,550,662 |
| HILL | Optical Scan | 28 | 23,961 | $7,000 | $84,000.00 | $31,830 | $231,918 |
| HOCKLEY | Optical Scan | 16 | 16,098 | $9,000 | $48,000.00 | $21,385 | $138,924 |
| HOOD | Votronic II | 16 | 31,407 | $7,000 | $48,000.00 | $41,721 | $179,643 |
| HOPKINS | Optical Scan | 22 | 23,605 | $7,000 | $66,000.00 | $31,357 | $194,931 |
| HOUSTON | Optical Scan | 22 | 17,807 | $7,000 | $66,000.00 | $23,655 | $179,510 |
| HOWARD | Punch Card | 21 | 25,498 | $7,000 | $63,000.00 | $33,859 | $193,933 |
| HUDSPETH | Paper | 12 | 2,203 | $7,000 | $36,000.00 | $5,000 | $82,091 |
| HUNT | Optical Scan | 36 | 56,268 | $7,000 | $108,000.00 | $74,747 | $365,902 |
| HUTCHINSON | Optical Scan | 15 | 17,310 | $7,000 | $45,000.00 | $22,995 | $135,141 |
| IRION | Paper | 6 | 1,298 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| JACK | Paper | 11 | 6,712 | $7,000 | $33,000.00 | $8,916 | $83,926 |
| JACKSON | Paper | 13 | 10,448 | $7,000 | $39,000.00 | $13,879 | $105,876 |
| JASPER | Optical Scan | 20 | 26,165 | $7,000 | $60,000.00 | $34,758 | $169,727 |
| JEFF DAVIS | Paper | 6 | 1,668 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| JEFFERSON | Punch Card | 106 | 186,727 | $9,000 | $318,000.00 | $248,050 | $1,133,363 |
| JIM HOGG | Optical Scan | 5 | 3,613 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| JIM WELLS | Optical Scan | 22 | 26,975 | $7,000 | $66,000.00 | $35,834 | $203,895 |
| JOHNSON | Optical Scan | 35 | 90,294 | $7,000 | $105,000.00 | $119,947 | $450,397 |
| JONES | Optical Scan | 16 | 16,111 | $7,000 | $48,000.00 | $21,402 | $138,959 |
| KARNES | Optical Scan | 22 | 12,081 | $7,000 | $66,000.00 | $16,049 | $164,280 |
| KAUFMAN | Optical Scan | 35 | 50,486 | $7,000 | $105,000.00 | $67,066 | $344,516 |
| KENDALL | Optical Scan | 12 | 17,277 | $7,000 | $36,000.00 | $22,951 | $118,033 |
| KENEDY | Optical Scan | 7 | 293 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| KENT | Paper | 7 | 682 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| KERR | Optical Scan | 17 | 33,760 | $7,000 | $51,000.00 | $44,847 | $191,908 |
| KIMBLE | Paper | 8 | 3,412 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| KING | Paper | 5 | 236 | $7,000 | $15,000.00 | $5,000 | $40,045 |

25

TX_00204888

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| KINNEY | Paper | 5 | 2,511 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| KLEBERG | Optical Scan | 31 | 22,949 | $7,000 | $93,000.00 | $30,486 | $247,247 |
| KNOX | Paper | 11 | 3,073 | $7,000 | $33,000.00 | $5,000 | $76,085 |
| LAMAR | Optical Scan | 33 | 35,881 | $7,000 | $99,000.00 | $47,598 | $293,524 |
| LAMB | Paper | 13 | 10,353 | $7,000 | $39,000.00 | $13,753 | $105,624 |
| LAMPASAS | Optical Scan | 10 | 12,864 | $7,000 | $30,000.00 | $17,089 | $94,282 |
| LASALLE | Optical Scan | 7 | 4,143 | $7,000 | $21,000.00 | $5,504 | $53,066 |
| LAVACA | Optical Scan | 20 | 14,562 | $7,000 | $60,000.00 | $19,344 | $158,866 |
| LEE | Paper | 13 | 11,148 | $7,000 | $39,000.00 | $14,809 | $107,738 |
| LEON | Optical Scan | 15 | 11,610 | $7,000 | $45,000.00 | $15,423 | $120,980 |
| LIBERTY | Optical Scan | 30 | 50,777 | $7,000 | $90,000.00 | $67,453 | $315,257 |
| LIMESTONE | Optical Scan | 21 | 16,451 | $7,000 | $63,000.00 | $21,854 | $169,897 |
| LIPSCOMB | Paper | 10 | 2,214 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| LIVE OAK | Paper | 15 | 9,570 | $7,000 | $45,000.00 | $12,713 | $115,555 |
| LLANO | Optical Scan | 13 | 14,333 | $7,000 | $39,000.00 | $19,040 | $118,710 |
| LOVING | Paper | 5 | 54 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| LUBBOCK | Optical Scan | 94 | 180,367 | $9,000 | $282,000.00 | $239,601 | $1,044,366 |
| LYNN | Paper | 15 | 4,506 | $7,000 | $45,000.00 | $5,986 | $102,085 |
| MADISON | Optical Scan | 9 | 10,207 | $7,000 | $27,000.00 | $13,559 | $81,209 |
| MARION | Paper | 16 | 8,496 | $7,000 | $48,000.00 | $11,286 | $118,705 |
| MARTIN | Paper | 10 | 3,136 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| MASON | Optical Scan | 9 | 2,902 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| MATAGORDA | Optical Scan | 19 | 26,575 | $7,000 | $57,000.00 | $35,302 | $184,811 |
| MAVERICK | Optical Scan | 15 | 29,838 | $7,000 | $45,000.00 | $39,637 | $169,463 |
| MCCULLOCH | Paper | 11 | 6,019 | $7,000 | $33,000.00 | $7,996 | $82,083 |
| MCLENNAN | Optical Scan | 98 | 156,687 | $9,000 | $294,000.00 | $208,145 | $1,005,409 |
| MCMULLEN | Paper | 6 | 652 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| MEDINA | Optical Scan | 24 | 27,925 | $7,000 | $72,000.00 | $37,096 | $218,435 |
| MENARD | Paper | 7 | 1,788 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| MIDLAND | Optical Scan | 54 | 80,975 | $7,000 | $162,000.00 | $107,568 | $539,737 |
| MILAM | Optical Scan | 22 | 17,582 | $7,000 | $66,000.00 | $23,356 | $178,912 |
| MILLS | Paper | 11 | 3,635 | $7,000 | $33,000.00 | $5,094 | $76,274 |
| MITCHELL | Paper | 7 | 7,777 | $7,000 | $21,000.00 | $10,331 | $62,732 |
| MONTAGUE | Optical Scan | 15 | 14,528 | $7,000 | $45,000.00 | $19,299 | $128,742 |

26

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| MONTGOMERY | Optical Scan | 73 | 207,036 | $9,000 | $219,000.00 | $275,029 | $989,159 |
| MOORE | Optical Scan | 9 | 13,368 | $7,000 | $27,000.00 | $17,758 | $89,616 |
| MORRIS | Optical Scan | 11 | 9,759 | $7,000 | $33,000.00 | $12,964 | $92,030 |
| MOTLEY | Paper | 7 | 1,084 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| NACOGDOCHES | Optical Scan | 29 | 44,995 | $7,000 | $87,000.00 | $59,772 | $293,871 |
| NAVARRO | Optical Scan | 35 | 32,830 | $7,000 | $105,000.00 | $43,612 | $297,555 |
| NEWTON | Optical Scan | 22 | 11,127 | $7,000 | $66,000.00 | $14,781 | $161,743 |
| NOLAN | Optical Scan | 10 | 11,521 | $7,000 | $30,000.00 | $15,305 | $90,710 |
| NUECES | Optical Scan | 123 | 224,528 | $9,000 | $369,000.00 | $298,265 | $1,336,019 |
| OCHILTREE | Paper | 5 | 6,254 | $9,000 | $24,000.00 | $5,000 | $46,668 |
| OLDHAM | Paper | 8 | 1,420 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| ORANGE | Optical Scan | 30 | 61,783 | $7,000 | $90,000.00 | $82,073 | $344,530 |
| PALO PINTO | Optical Scan | 20 | 20,004 | $7,000 | $60,000.00 | $26,574 | $173,340 |
| PANOLA | Optical Scan | 22 | 17,015 | $7,000 | $66,000.00 | $22,603 | $177,403 |
| PARKER | Optical Scan | 34 | 64,139 | $7,000 | $102,000.00 | $85,203 | $374,823 |
| PARMER | Optical Scan | 10 | 6,721 | $7,000 | $30,000.00 | $8,928 | $77,943 |
| PECOS | Optical Scan | 10 | 12,160 | $7,000 | $30,000.00 | $16,153 | $92,410 |
| POLK | Optical Scan | 21 | 31,698 | $7,000 | $63,000.00 | $42,108 | $210,450 |
| POTTER | Optical Scan | 32 | 81,747 | $7,000 | $96,000.00 | $108,594 | $409,643 |
| PRESIDIO | Paper | 8 | 4,915 | $7,000 | $24,000.00 | $6,529 | $61,126 |
| RAINS | Paper | 8 | 6,968 | $7,000 | $24,000.00 | $9,256 | $66,587 |
| RANDALL | Optical Scan | 32 | 77,100 | $7,000 | $96,000.00 | $102,420 | $397,283 |
| REAGAN | Paper | 7 | 2,189 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| REAL | Paper | 7 | 2,333 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| RED RIVER | Paper | 26 | 10,900 | $7,000 | $78,000.00 | $14,480 | $185,166 |
| REEVES | Punch Card | 13 | 9,214 | $7,000 | $39,000.00 | $12,240 | $102,594 |
| REFUGIO | Optical Scan | 11 | 5,784 | $7,000 | $33,000.00 | $7,884 | $81,498 |
| ROBERTS | Paper | 6 | 665 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| ROBERTSON | Optical Scan | 17 | 11,485 | $7,000 | $51,000.00 | $15,257 | $132,661 |
| ROCKWALL | Optical Scan | 14 | 30,127 | $7,000 | $42,000.00 | $40,021 | $164,225 |
| RUNNELS | Paper | 10 | 8,398 | $7,000 | $30,000.00 | $11,156 | $82,404 |
| RUSK | Optical Scan | 38 | 35,581 | $7,000 | $114,000.00 | $47,266 | $322,892 |
| SABINE | Optical Scan | 11 | 8,258 | $7,000 | $33,000.00 | $10,970 | $88,038 |
| SAN AUGUSTINE | Optical Scan | 12 | 6,822 | $7,000 | $36,000.00 | $9,062 | $90,225 |

27

TX_00204890

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | Accessible Voting System (FY03 Approp.) | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding (FY04 Approp.) |
|---|---|---|---|---|---|---|---|
| SAN JACINTO | Optical Scan | 12 | 16,647 | $7,000 | $36,000.00 | $22,114 | $116,358 |
| SAN PATRICIO | Optical Scan | 34 | 46,260 | $7,000 | $102,000.00 | $61,452 | $327,269 |
| SAN SABA | Optical Scan | 8 | 4,460 | $7,000 | $24,000.00 | $5,925 | $59,916 |
| SCHLEICHER | Optical Scan | 5 | 2,115 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| SCURRY | Optical Scan | 12 | 12,245 | $7,000 | $36,000.00 | $16,266 | $104,649 |
| SHACKELFORD | Paper | 8 | 2,421 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| SHELBY | Optical Scan | 15 | 18,518 | $7,000 | $45,000.00 | $24,599 | $139,354 |
| SHERMAN | Paper | 8 | 2,186 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| SMITH | Punch Card | 72 | 128,208 | $9,000 | $216,000.00 | $170,313 | $773,487 |
| SOMERVELL | Paper | 7 | 4,874 | $7,000 | $21,000.00 | $6,475 | $55,011 |
| STARR | Optical Scan | 11 | 33,555 | $7,000 | $33,000.00 | $44,575 | $155,323 |
| STEPHENS | Optical Scan | 11 | 7,313 | $7,000 | $33,000.00 | $9,715 | $85,525 |
| STERLING | Paper | 5 | 993 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| STONEWALL | Paper | 10 | 1,307 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| SUTTON | Paper | 6 | 1,900 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| SWISHER | Paper | 11 | 2,904 | $7,000 | $33,000.00 | $8,024 | $82,139 |
| TARRANT | Optical Scan | 535 | 1,039,747 | $11,000 | $1,605,000.00 | $1,381,210 | $5,979,904 |
| TAYLOR | Punch Card | 39 | 92,885 | $7,000 | $117,000.00 | $123,403 | $481,342 |
| TERRELL | Paper | 5 | 794 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| TERRY | Optical Scan | 9 | 9,143 | $7,000 | $27,000.00 | $12,146 | $78,379 |
| THROCKMORTON | Paper | 6 | 1,384 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| TITUS | Optical Scan | 20 | 19,600 | $7,000 | $60,000.00 | $26,037 | $172,266 |
| TOM GREEN | Optical Scan | 60 | 76,879 | $7,000 | $180,000.00 | $102,127 | $564,888 |
| TRAVIS | Optical Scan | 230 | 619,336 | $11,000 | $690,000.00 | $822,732 | $3,028,838 |
| TRINITY | Optical Scan | 20 | 10,625 | $7,000 | $60,000.00 | $14,114 | $148,394 |
| TYLER | Optical Scan | 18 | 16,034 | $7,000 | $54,000.00 | $21,300 | $150,767 |
| UPSHUR | Optical Scan | 21 | 25,771 | $7,000 | $63,000.00 | $34,234 | $194,686 |
| UPTON | DRE | 7 | 2,406 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| UVALDE | Optical Scan | 16 | 17,795 | $7,000 | $48,000.00 | $23,639 | $143,438 |
| VAL VERDE | Optical Scan | 21 | 30,474 | $7,000 | $63,000.00 | $40,482 | $207,195 |
| VAN ZANDT | Optical Scan | 29 | 35,841 | $7,000 | $87,000.00 | $47,612 | $269,523 |
| VICTORIA | AVM | 36 | 59,586 | $7,000 | $108,000.00 | $79,155 | $374,727 |
| WALKER | Optical Scan | 19 | 50,642 | $7,000 | $57,000.00 | $67,273 | $248,824 |
| WALLER | Optical Scan | 20 | 24,277 | $7,000 | $60,000.00 | $32,250 | $184,705 |

28

TX_00204891

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | FY03 Approp. General HAVA Compl w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| WARD | Optical Scan | 9 | 7,573 | $7,000 | $27,000.00 | $10,060 | $74,203 |
| WASHINGTON | Optical Scan | 22 | 22,868 | $7,000 | $66,000.00 | $30,378 | $192,971 |
| WEBB | Optical Scan | 42 | 123,255 | $9,000 | $126,000.00 | $163,733 | $680,113 |
| WHARTON | Optical Scan | 23 | 29,351 | $7,000 | $69,000.00 | $38,990 | $216,221 |
| WHEELER | Paper | 11 | 3,969 | $7,000 | $33,000.00 | $5,272 | $76,630 |
| WICHITA | Punch Card | 53 | 98,544 | $7,000 | $159,000.00 | $130,907 | $580,460 |
| WILBARGER | Paper | 13 | 10,582 | $7,000 | $39,000.00 | $14,057 | $106,233 |
| WILLACY | Optical Scan | 13 | 13,780 | $7,000 | $39,000.00 | $18,239 | $114,606 |
| WILLIAMSON | Optical Scan | 85 | 175,065 | $9,000 | $255,000.00 | $232,558 | $976,204 |
| WILSON | Optical Scan | 17 | 22,956 | $7,000 | $51,000.00 | $37,495 | $163,172 |
| WINKLER | Optical Scan | 6 | 5,033 | $7,000 | $18,000.00 | $6,686 | $49,427 |
| WISE | Optical Scan | 23 | 34,990 | $7,000 | $69,000.00 | $45,481 | $231,220 |
| WOOD | Optical Scan | 12 | 28,725 | $7,000 | $36,000.00 | $38,159 | $148,483 |
| YOAKUM | Optical Scan | 7 | 4,972 | $7,000 | $21,000.00 | $6,605 | $55,271 |
| YOUNG | Paper | 13 | 13,458 | $7,000 | $39,000.00 | $17,878 | $113,882 |
| ZAPATA | Optical Scan | 8 | 8,157 | $7,000 | $24,000.00 | $10,836 | $69,749 |
| ZAVALA | Optical Scan | 7 | 7,644 | $7,000 | $21,000.00 | $10,154 | $62,378 |
| | | 8,586 | 14,965,061 | $1,834,000 | $25,758,000 | $20,000,000 | $91,618,074 |

29

TX_00204892

| Chart D-Definitions of "Vote" | |
|---|---|
| Punch Card | Current law-Section 127.130(d) of the Texas Election Code:<br><br>(d) Subject to Subsection (e), in any manual count conducted under this code, a vote on a ballot on which a voter indicates a vote by punching a hole in the ballot may not be counted unless:<br><br>(1) at least two corners of the chad are detached;<br><br>(2) light is visible through the hole;<br><br>(3) an indentation on the chad from the stylus or other object is present and indicates a clearly ascertainable intent of the voter to vote; or<br><br>(4) the chad reflects by other means a clearly ascertainable intent of the voter to vote.<br><br>(e) Subsection (d) does not supersede any clearly ascertainable intent of the voter. |
| **Optical Scan, Direct Recording Electronic, and Paper Ballot Systems** | Effective January 1, 2004, Section 65.009(d) of the Texas Election Code will provide:<br><br>The intent of the voter in marking a ballot may be determined by: (1) a distinguishing mark adjacent to the name of a candidate or political party or a voting choice associated with a proposition; (2) an oval, box, or similar marking clearly drawn around the name of a candidate or political party or a voting choice associated with a proposition; (3) a line drawn through: (A) the names of all candidates in a manner that indicates a preference for the candidates not marked if the names of the candidates not marked do not exceed the number of persons that may be elected to that office; (B) the name of each political party except one in a manner that clearly indicates a preference for the political party not marked; or (C) a voting choice associated with a proposition in a manner that clearly indicates a preference for the other voting choice associated with the proposition; or (4) any other evidence that clearly indicates the intent of the voter in choosing a candidate or political party or deciding on a proposition. |

30

TX_00204893

Wednesday, January 26, 2011     SENATE JOURNAL     183

### LETTER FROM TEXAS DEPARTMENT
### OF PUBLIC SAFETY

Senator Van de Putte submitted the following letter relating to **SB 14**:

## TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.txdps.state.tx.us



STEVEN C. McCRAW
DIRECTOR
LAMAR BECKWORTH
CHERYL MacBRIDE
DEPUTY DIRECTORS



COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

January 26, 2011

Dear Texas State Senators,

Please find attached the responses to Senate questions regarding the Department of Public Safety's administration of the Texas Driver License and Identification Card programs.

Thank you for the opportunity to serve as a resource witness to the Senate Committee of the Whole on January 25, 2011. The Department currently has 307 driver license offices that serve the over 15 million Texas driver license holders and over 750,000 identification card holders in Texas.

If you have any additional questions, please contact Rebecca Davio, Assistant Director for Driver Licenses at 512-424-5232 or Rebecca.davio@txdps.state.tx.us

Sincerely,

*Steven C. McCraw*

Steven C. McCraw
Director
Texas Department of Public Safety

EQUAL OPPORTUNITY EMPLOYER
COURTESY • SERVICE • PROTECTION

JA_001411

**Response to Questions from Senate Committee of the Whole**

**Please validate the map provided by Legislative Council.**

The Driver License Division has reviewed the map and determined that it is correct.

**Please comment on the Department's 5% reduction and 10% proposed reduction in the Legislative Appropriations Request.**

The Department lost $14.6 million due to the 5% cut in General Revenue that we faced.  This includes five Department offices that might have to close. These are not necessarily Driver License offices.  The Department's 10% proposed reduction schedule identified that 11 DPS offices might have to close. These are not necessarily Driver License offices. They are offices with various Department services. The Business Intelligence Analysis project will identify the optimum placement of Driver License offices throughout the state. The Department also is not able to determine at this time how a reduction in funds will affect operating hours of Driver License offices.

**Are there any anticipated closures of Driver License offices?**
The Driver License Division is conducting a Business Intelligence Analysis to determine the most efficient ways to allocate scarce resources and to best serve Texas residents, statewide.  At present, there are no anticipated closures.  In the event there is an equipment failure in the future, we may consider temporarily closing a mobile office in the near term.

**Does the Department have a comment on the Criminal Justice Impact statement for SB 14?**
The Department has no comment on the criminal justice impact statement as we are not the appropriate entity to comment on the potential overcrowding of jails.

**Are there Driver License offices within the 610 loop?**
No.  The closest office to 610 is Dacoma. It is at 290 @ 610 North.

**Driver License Offices and Hours in the Houston area**
- Dacoma – 8-5 except Tuesday 8-7
- Gessner – 8-6 Tuesday and Thursday, 8-5 M, W, F
- Grant Road – 8-5 except Wednesday 8-7
- Townhurst – 8-5 except Thursday 8-7
- Winkler – 8-5 except Thursday 8-7
- Tidwell – 8-5 except Thursday 8-7
- Vantage Parkway – 8-5 except Tuesday 8-7
- We also have offices in Baytown, Humble, Pasadena, and Webster – all within Harris County

**Driver License Offices and Hours in the DFW metro area**
**Dallas**
- Downtown – 8-5 – no exams, duplicates and renewals only (this office is in a City of Dallas building)
- East (Northwest Highway) – 8-5 except Wednesday 8-7

TX_00204895

- Dallas Southwest (Red Bird Center Drive) – 8-5 except Wednesday 8-7
- We also have offices in Carrollton, Garland, Grand Prairie, Irving, and Cedar Hill – all within Dallas County

**Fort Worth**
- Woodway Drive – 7:30-5 except Monday 7:30-6
- We also have offices in Arlington, Hurst, and Lake Worth – all within Tarrant County

### What is the protocol for confiscated licenses?

Texas Transportation Code §§ 524.011(b)(2) and (3), and 724.032(2) and (3) provide the requirements for a peace officer to confiscate a driver license where a driver is arrested for an alcohol related offense under the Administrative License Revocation program(ALR) in accordance with Section 49.04, 49.045, or 49.06, Penal Code, or an offense under Section 49.07 or 49.08 of that code involving the operation of a motor vehicle or watercraft. These statutes provide that the peace officer shall take possession of any driver license issued by this state and held by the person arrested, and issue a temporary driving permit to the person unless department records show or the officer otherwise determines that the person does not hold a driver's license to operate a motor vehicle in this state.

This permit (form DIC-25), handwritten by the peace officer, is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color. This temporary driving permit does not contain a photograph of the driver. A temporary driving provision issued under these sections of the Transportation Code expires on the 41st day after the date of issuance, which coincides with the effective date of the driver license suspension. Commercial drivers are issued a similar temporary permit (form DIC-57) however, the permit becomes effective beginning 24 hours from the time of arrest. The peace officer is required to forward the appropriate ALR paperwork with the confiscated license to the Department for processing. Upon completion of the suspension period, the driver license is returned to the driver. During the suspension period, the driver is eligible to make application for an identification card with a photograph during this suspension period.

### How does the temporary driving permit that you receive when your license is confiscated differ from a "temporary driving permit" that you get when you apply for a Driver License?

A temporary driving permit issued by the Texas Highway Patrol is issued to drivers arrested for an alcohol related offense. This permit (form DIC-25) is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color. This temporary driving permit does not contain a photograph of the driver. This permit allows the driver to operate a motor vehicle in the interim period before the driver license suspension takes effect on the 41st day. This is in accordance to Texas Transportation Code Chapters 524 and 724.

A temporary driving permit issued by driver license personnel at a driver license office contains the same information that appears on a driver license including the driver license photograph of the applicant. This temporary driving permit is computer generated from the driver license system and expires within 45 days of issuance.

TX_00204896

**What will the DPS' policy be when a person enters a Driver License office seeking an ID for the purpose of voting, but they have outstanding Driver Responsibility surcharges on their Driver License?**
A person's driver license status or surcharge status does not prohibit the ability of the person to obtain a Texas identification card, provided the person presents the appropriate identification documentation for the issuance of an identification card.

**What is the current policy when a person with Driver Responsibility surcharges enters a Driver License office for a different transaction?**
Each driver license office has an information desk which allows the customer to request specific services at that location. If a customer requests surcharge information while applying for a Texas identification card, the customer will be provided with contact information to customer service for additional assistance. The customer will be issued a Texas identification card provided the customer presents the appropriate identification documentation for the issuance of an identification card. Surcharges and request of an ID are two separate issues and will be treated as such.

**What types of birth certificates does Driver License office recognize for the purpose of identification?**
Every original applicant must present one piece of primary identification, or one piece of secondary identification plus two pieces of support identification; or two pieces of secondary identification. 37 Texas Administrative Code § 15.24 provides that the Department may accept secondary identification in the form of an original or certified original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency; an original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad); or an original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender.

**How many homebound IDs do we issue?**
0.15% of ID applicants receive homebound service.

Only ID cards are issued through this process and we screen very closely to ensure there is not a practical way to serve the customer in the office as it requires taking an employee away from their regular duties serving customers in the driver license offices.

The need for a homebound visit is determined by the supervisor of the local driver license office. The Driver License Division has digital cameras that can capture the required image for the identification card. The applicant fills out a form LI-50, which includes a signature block along with the appropriate application for an original or renewed ID. Any necessary identification documents such as birth certificates are copied and returned to the applicant. All materials – photo, signature, and applications – are sent to the DL headquarters in Austin for processing.

**Provide an analysis on wait time in all Driver License offices:**
Prior to November 2010, the Driver License Division conducted a study of all of its Driver License offices to determine wait time, process time and the average amount of time customers spend in Driver License offices. Please see the attachment "DL Wait Times".

Since November 2010, automated queuing systems are being installed our 50 busiest Driver License offices across the state. It is a priority for the Department to reduce wait time to no more than 40 minutes. The queuing system and its report function are important tools we will use to measure performance.

TX_00204897

Case 2:13-cv-00193   Document 725-11   Filed on 11/17/14 in TXSD   Page 48 of 171





**Wait Time Survey (in minutes)**
**February 2010 - May 2010**

Wait time begins when a customer enters a DL facility and ends
when the customer reaches the counter.

TX_00204898





Process Time Survey (in minutes)
February 2010 - May 2010

Process time begins when a customer reaches the counter and ends when the transaction is complete.

JA_001416

TX_00204899





### Statewide Wait Time & Process Time Survey
### February 2010 - May 2010

TX_00204900

| County | Site Name | Office Closed | Date Offic e Closed | ADA Compliance |
|---|---|---|---|---|
| Anderson | Palestine | N | N/A | Y |
| Andrews | Andrews | N | N/A | Y |
| Angelina | Lufkin | N | N/A | Y |
| Archer | Archer City | Y | Apr-10 | Y |
| Armstrong | Claude | Y | Oct-10 | Y |
| Atascosa | Jourdanton | N | N/A | N |
| Austin | Bellville | Y | Dec-10 | Y |
| Austin | Sealy | Y | Jan-11 | Y |
| Bailey | Muleshoe | N | N/A | Y |
| Bandera | Bandera | Y | Jun-08 | Y |
| Bastrop | Bastrop | N | N/A | Y |
| Bastrop | Elgin | Y | Oct-10 | Y |
| Baylor | Seymour | N | N/A | Y |
| Bee | Beeville | N | N/A | Y |
| Bell | Fort Hood | N | N/A | Y |
| Bell | Killeen | N | N/A | N |
| Bell | Temple | N | N/A | Y |
| Bexar | S.A. - General McMullen | N | N/A | Y |
| Bexar | San Antonio - Babcock | N | N/A | Y |
| Bexar | San Antonio - District | N | N/A | Y |
| Bexar | San Antonio Pat Booker Rd | N | N/A | Y |
| Blanco | Johnson City | N | N/A | Y |
| Borden | Gail | Y | Jun-10 | Y |
| Bosque | Meridian | N | N/A | Y |
| Bowie | New Boston | N | N/A | Y |
| Bowie | Texarkana | N | N/A | Y |
| Brazoria | Alvin | N | N/A | Y |
| Brazoria | Angleton | N | N/A | Y |
| Brazos | Bryan | N | N/A | Y |
| Brewster | Alpine | N | N/A | Y |
| Briscoe | Silverton | Y | Unk | Y |
| Brooks | Falfurrias | N | N/A | Y |
| Brown | Brownwood | N | N/A | Y |
| Burleson | Caldwell | Y | N/A | Y |
| Burnet | Burnet | N | N/A | Y |
| Burnet | Marble Falls | N | N/A | Y |
| Caldwell | Lockhart | Y | Oct-10 | Y |
| Calhoun | Port Lavaca | N | N/A | Y |
| Callahan | Baird | N | N/A | Y |
| Callahan | Cross Plains | Y | Apr-05 | Y |
| Cameron | Brownsville | N | N/A | Y |
| Cameron | Harlingen | N | N/A | Y |
| Cameron | Port Isabel | Y | Jan-11 | Y |
| Camp | Pittsburg | Y | Jun-10 | Y |
| Carson | Panhandle | N | N/A | Y |
| Cass | Atlanta | N | N/A | Y |
| Castro | Dimmitt | N | N/A | Y |
| Chambers | Wallisville | N | N/A | Y |

TX_00204901

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Cherokee | Jacksonville | N | N/A | Y |
| Cherokee | Rusk | N | N/A | Y |
| Childress | Childress | N | N/A | Y |
| Clay | Henrietta | Y | Feb-07 | Y |
| Cochran | Morton | Y | Nov-10 | Y |
| Coke | Robert Lee | Y | May-10 | Y |
| Coleman | Coleman | N | N/A | Y |
| Collin | McKinney | N | N/A | Y |
| Collin | Plano | N | N/A | Y |
| Collingsworth | Wellington | Y | Jun-07 | Y |
| Colorado | Columbus | N | N/A | N |
| Comal | New Braunfels | N | N/A | Y |
| Commanche | Comanche | N | N/A | Y |
| Concho | Eden | Y | Dec-10 | Y |
| Cooke | Gainesville | N | N/A | Y |
| Coryell | Copperas Cove | N | N/A | Y |
| Coryell | Gatesville | N | N/A | Y |
| Cottle | Paducah | Y | Jun-07 | Y |
| Crane | Crane | N | N/A | Y |
| Crockett | Ozona | Y | Dec-10 | Y |
| Crosby | Crosbyton | N | N/A | Y |
| Culberson | Van Horn | N | N/A | Y |
| Dallam | Dalhart | N | N/A | Y |
| Dallas | Carrollton | N | N/A | Y |
| Dallas | Cedar Hill | N | N/A | Y |
| Dallas | Dallas - Downtown | N | N/A | Y |
| Dallas | Dallas - East | N | N/A | Y |
| Dallas | Dallas - Southwest | N | N/A | Y |
| Dallas | Garland | N | N/A | Y |
| Dallas | Grand Prairie | N | N/A | Y |
| Dallas | Irving | N | N/A | Y |
| Dawson | Lamesa | N | N/A | Y |
| Deaf Smith | Hereford | N | N/A | Y |
| Delta | Cooper | Y | Dec-09 | Y |
| Denton | Denton | N | N/A | Y |
| Denton | Lewisville | N | N/A | Y |
| Dewitt | Cuero | N | N/A | Y |
| Dickens | Spur | Y | Unk | Y |
| Donley | Clarendon | N | N/A | Y |
| Duval | Freer | Y | Jan-06 | Y |
| Eastland | Eastland | N | N/A | Y |
| Ector | Odessa | N | N/A | Y |
| Edwards | Rocksprings | N | N/A | Y |
| El Paso | El Paso - Gateway | N | N/A | Y |
| El Paso | El Paso - Hondo Pass | N | N/A | Y |
| El Paso | El Paso - Northwest | N | N/A | Y |
| El Paso | El Paso - Scott Simpson | N | N/A | Y |
| El Paso | Fort Bliss | N | N/A | N |

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Ellis | Waxahachie | N | N/A | Y |
| Erath | Stephenville | N | N/A | Y |
| Fannin | Bonham | N | N/A | Y |
| Fayette | La Grange | Y | Jan-09 | Y |
| Fayette | Schulenburg | Y | Jan-09 | Y |
| Fisher | Roby | N | N/A | Y |
| Floyd | Floydada | N | N/A | Y |
| Foard | Crowell | Y | Jun-07 | Y |
| Fort Bend | Rosenberg | N | N/A | Y |
| Franklin | Mount Vernon | Y | Jun-05 | Y |
| Freestone | Fairfield | N | N/A | Y |
| Frio | Pearsall | Y | Oct-10 | Y |
| Gaines | Seminole | N | N/A | Y |
| Galveston | Galveston | N | N/A | Y |
| Galveston | Texas City | N | N/A | Y |
| Garza | Post | Y | Nov-10 | Y |
| Gillespie | Fredericksburg | N | N/A | Y |
| Glasscock | Garden City | Y | Jun-10 | Y |
| Goliad | Goliad | Y | Dec-10 | Y |
| Gonzales | Gonzales | N | N/A | Y |
| Gray | Pampa | N | N/A | Y |
| Grayson | Sherman | N | N/A | Y |
| Gregg | Longview | N | N/A | Y |
| Grimes | Navasota | Y | Jan-11 | Y |
| Guadalupe | Seguin | N | N/A | Y |
| Hale | Plainview | N | N/A | Y |
| Hall | Memphis | Y | Jun-07 | Y |
| Hamilton | Hamilton | N | N/A | Y |
| Hansford | Spearman | Y | Apr-10 | Y |
| Hardeman | Quanah | N | N/A | Y |
| Hardin | Kountze | N | N/A | Y |
| Harris | Houston - Dacoma | N | N/A | Y |
| Harris | Houston - Gessner | N | N/A | Y |
| Harris | Houston - Grant Road | N | N/A | Y |
| Harris | Houston - Townhurst | N | N/A | Y |
| Harris | Houston - Vantage Pkwy | N | N/A | Y |
| Harris | Katy | Y | Unk | Y |
| Harris | Baytown | N | N/A | Y |
| Harris | Clear Lake | N | N/A | Y |
| Harris | Houston - Tidwell | N | N/A | Y |
| Harris | Houston - Winkler | N | N/A | Y |
| Harris | Humble | N | N/A | Y |
| Harris | Pasadena | N | N/A | Y |
| Harrison | Marshall | N | N/A | Y |
| Hartley | Channing | Y | Oct-10 | Y |
| Haskell | Haskell | N | N/A | Y |
| Hays | San Marcos | N | N/A | Y |

TX_00204903

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Hemphill | Canadian | N | N/A | Y |
| Henderson | Athens | N | N/A | Y |
| Hidalgo | McAllen | N | N/A | Y |
| Hidalgo | Edinburg | N | N/A | Y |
| Hidalgo | Mission | N | N/A | Y |
| Hidalgo | Weslaco | N | N/A | N |
| Hill | Hillsboro | N | N/A | Y |
| Hockley | Levelland | N | N/A | N |
| Hood | Granbury | N | N/A | Y |
| Hopkins | Sulphur Springs | N | N/A | Y |
| Houston | Crockett | N | N/A | Y |
| Howard | Big Spring | N | N/A | Y |
| Hudspeth | Dell City | Y | Nov-10 | Y |
| Hudspeth | Sierra Blanca | Y | Nov-10 | Y |
| Hunt | Greenville | N | N/A | Y |
| Hutchinson | Borger | N | N/A | Y |
| Irion | Mertzon | Y | Dec-10 | Y |
| Jack | Jacksboro | Y | Sep-09 | Y |
| Jackson | Edna | N | N/A | Y |
| Jasper | Jasper | N | N/A | Y |
| Jeff Davis | Fort Davis | Y | Sep-10 | Y |
| Jefferson | Beaumont | N | N/A | Y |
| Jefferson | Port Arthur | N | N/A | Y |
| Jim Hogg | Hebbronville | Y | Jul-10 | Y |
| Jim Wells | Alice | N | N/A | Y |
| Johnson | Cleburne | N | N/A | Y |
| Jones | Anson | N | N/A | Y |
| Karnes | Karnes City | Y | Apr-10 | Y |
| Kaufman | Terrell | N | N/A | Y |
| Kendall | Boerne | N | N/A | Y |
| Kent | Jayton | Y | Sep-09 | Y |
| Kerr | Kerrville | N | N/A | Y |
| Kimble | Junction | Y | Dec-10 | Y |
| Kinney | Brackettville | Y | Dec-09 | Y |
| Kleberg | Kingsville | N | N/A | Y |
| Knox | Munday | N | N/A | Y |
| La Salle | Cotulla | Y | Oct-09 | Y |
| Lamar | Paris | N | N/A | Y |
| Lamb | Littlefield | N | N/A | Y |
| Lampasas | Lampasas | N | N/A | Y |
| Lavaca | Hallettsville | N | N/A | Y |
| Lee | Giddings | Y | Oct-10 | Y |
| Leon | Centerville | N | N/A | Y |
| Liberty | Cleveland | N | N/A | Y |
| Liberty | Liberty | N | N/A | Y |
| Limestone | Groesbeck | N | N/A | Y |

TX_00204904

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Lipscomb | Follett | Y | Apr-10 | N |
| Lipscomb | Higgins | Y | Apr-10 | Y |
| Live Oak | George West | N | N/A | Y |
| Llano | Llano | N | N/A | Y |
| Lubbock | Lubbock | N | N/A | Y |
| Lubbock | Slaton | Y | Nov-10 | N |
| Lynn | Tahoka | Y | Nov-10 | Y |
| Madison | Madisonville | Y | N/A | Y |
| Martin | Stanton | N | N/A | Y |
| Mason | Mason | Y | Oct-10 | Y |
| Matagorda | Bay City | N | N/A | Y |
| Matagorda | Palacios | Y | Jan-11 | Y |
| Maverick | Eagle Pass | N | N/A | Y |
| McCulloch | Brady | N | N/A | Y |
| McLennan | Waco | N | N/A | Y |
| McMullen | Tilden | Y | Jan-11 | Y |
| Medina | Hondo | N | N/A | Y |
| Menard | Menard | Y | Dec-10 | N |
| Midland | Midland | N | N/A | Y |
| Milam | Cameron | N | N/A | Y |
| Mills | Goldthwaite | N | N/A | Y |
| Mitchell | Colorado City | N | N/A | Y |
| Montague | Bowie | N | N/A | Y |
| Montague | Nocona | Y | Feb-07 | Y |
| Montgomery | Conroe | N | N/A | Y |
| Moore | Dumas | N | N/A | Y |
| Morris | Daingerfield | N | N/A | Y |
| Motley | Matador | Y | Jan-10 | Y |
| Nacogdoches | Nacogdoches | N | N/A | Y |
| Navarro | Corsicana | N | N/A | Y |
| Nolan | Sweetwater | N | N/A | Y |
| Nueces | Corpus Christi | N | N/A | Y |
| Ochiltree | Perryton | N | N/A | Y |
| Oldham | Vega | Y | Feb-10 | Y |
| Orange | Orange | N | N/A | Y |
| Palo Pinto | Mineral Wells | N | N/A | Y |
| Panola | Carthage | N | N/A | Y |
| Parker | Weatherford | N | N/A | Y |
| Parmer | Friona | N | N/A | Y |
| Pecos | Fort Stockton | N | N/A | Y |
| Pecos | Iraan | Y | Dec-10 | Y |
| Polk | Livingston | N | N/A | Y |
| Presidio | Marfa | N | N/A | Y |
| Presidio | Presidio | N | N/A | Y |
| Raines | Emory | Y | Oct-10 | Y |
| Randall | Amarillo | N | N/A | Y |
| Reagan | Big Lake | N | N/A | Y |

TX_00204905

| County | Site Name | Office Closed | Date Offic e Closed | ADA Compliance |
|---|---|---|---|---|
| Real | Leakey | Y | May-10 | Y |
| Red River | Clarksville | N | N/A | Y |
| Reeves | Pecos | N | N/A | Y |
| Refugio | Refugio | Y | Sep-10 | Y |
| Roberts | Miami | Y | Mar-07 | Y |
| Robertson | Hearne | Y | Unk | Y |
| Rockwall | Rockwall | N | N/A | Y |
| Runnels | Ballinger | N | N/A | Y |
| Rusk | Henderson | N | N/A | Y |
| Sabine | Hemphill | Y | Jun-05 | Y |
| San Jacinto | Coldspring | Y | Jun-05 | Y |
| San Patricio | Aransas Pass | N | N/A | Y |
| San Patricio | Sinton | N | N/A | Y |
| San Saba | San Saba | Y | Oct-10 | Y |
| Schleicher | Eldorado | Y | Dec-10 | Y |
| Scurry | Snyder | N | N/A | Y |
| Shackelford | Albany | Y | Jun-05 | Y |
| Shelby | Center | N | N/A | Y |
| Sherman | Stratford | Y | Oct-10 | Y |
| Smith | Tyler | N | N/A | Y |
| Starr | Rio Grande City | N | N/A | Y |
| Stephens | Breckenridge | N | N/A | Y |
| Sterling | Sterling City | Y | Jun-10 | Y |
| Stonewall | Aspermont | Y | Sep-09 | Y |
| Sutton | Sonora | N | N/A | Y |
| Swisher | Tulia | N | N/A | Y |
| Tarrant | Arlington | N | N/A | Y |
| Tarrant | Fort Worth | N | N/A | Y |
| Tarrant | Hurst | N | N/A | Y |
| Tarrant | Lake Worth | N | N/A | Y |
| Taylor | Abilene | N | N/A | Y |
| Terrell | Sanderson | Y | Nov-10 | Y |
| Terry | Brownfield | N | N/A | Y |
| Throckmorton | Throckmorton | Y | Aug-09 | Y |
| Titus | Mount Pleasant | N | N/A | Y |
| Tom Green | San Angelo | N | N/A | Y |
| Travis | Austin - Capitol | N | N/A | Y |
| Travis | Austin - Denson | N | N/A | Y |
| Travis | Austin - North | N | N/A | Y |
| Travis | Austin - South Congress | N | N/A | Y |
| Trinity | Trinity | Y | Jun-05 | Y |
| Tyler | Woodville | N | N/A | Y |
| Upshur | Gilmer | N | N/A | Y |
| Upton | McCamey | Y | Dec-10 | Y |
| Upton | Rankin | Y | Dec-10 | Y |
| Uvalde | Uvalde | N | N/A | Y |
| Val Verde | Del Rio | N | N/A | Y |
| Van Zandt | Canton | N | N/A | Y |

JA_001423

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Victoria | Victoria | N | N/A | Y |
| Walker | Huntsville | N | N/A | Y |
| Waller | Hempstead | N | N/A | Y |
| Ward | Monahans | N | N/A | Y |
| Washington | Brenham | N | N/A | Y |
| Webb | Laredo | N | N/A | Y |
| Wharton | Pierce | N | N/A | Y |
| Wheeler | Shamrock | N | N/A | Y |
| Wheeler | Wheeler | Y | Mar-07 | Y |
| Wichita | Wichita Falls | N | N/A | Y |
| Wilbarger | Vernon | N | N/A | Y |
| Williamson | Austin - Northwest | N | N/A | Y |
| Williamson | Georgetown | N | N/A | Y |
| Williamson | Taylor | N | N/A | Y |
| Wilson | Floresville | N | N/A | Y |
| Winkler | Kermit | N | N/A | Y |
| Wise | Decatur | N | N/A | Y |
| Wood | Quitman | N | N/A | N |
| Yoakum | Denver City | N | N/A | N |
| Young | Graham | N | N/A | Y |
| Young | Olney | Y | Aug-09 | Y |
| Zapata | Zapata | N | N/A | Y |
| Zavala | Crystal City | N | N/A | Y |

TX_00204907

## DL Offices Closed

| Region | Site Name | County | Type of Office FT PT M | Office Closed | Date Office Closed |
|--------|-----------|--------|------------------------|---------------|--------------------|
| 5 | Archer City | Archer | M | Y | Apr-10 |
| 5 | Claude | Armstrong | M | Y | Oct-10 |
| 2A | Bellville | Austin | M | Y | Dec-10 |
| 2A | Sealy | Austin | M | Y | Jan-11 |
| 6A | Bandera | Bandera | M | Y | Jun-08 |
| 6A | Elgin | Bastrop | M | Y | Oct-10 |
| 4 | Gail | Borden | M | Y | Jun-10 |
| 5 | Silverton | Briscoe | M | Y | Unk |
| 2A | Caldwell | Burleson | M | Y | Unk |
| 6A | Lockhart | Caldwell | M | Y | Oct-10 |
| 5 | Cross Plains | Callahan | M | Y | Apr-09 |
| 6A | Port Isabel | Cameron | M | Y | Apr-11 |
| 1A | Pittsburg | Camp | M | Y | Jun-10 |
| 5 | Henrietta | Clay | M | Y | Feb-07 |
| 5 | Morton | Cochran | M | Y | Nov-10 |
| 4 | Robert Lee | Coke | M | Y | May-10 |
| 5 | Wellington | Collingsworth | M | Y | Jun-07 |
| 4 | Eden | Concho | M | Y | Dec-10 |
| 5 | Paducah | Cottle | M | Y | Jun-07 |
| 4 | Ozona | Crockett | M | Y | Dec-10 |
| 1A | Cooper | Delta | M | Y | Dec-09 |
| 5 | Spur | Dickens | M | Y | Unk |
| 3 | Freer | Duval | M | Y | Jan-06 |
| 6A | La Grange | Fayette | M | Y | Jan-09 |
| 6A | Schulenburg | Fayette | M | Y | Jan-09 |
| 5 | Crowell | Foard | M | Y | Jun-07 |
| 1A | Mt Vernon | Franklin | M | Y | Jun-05 |
| 6A | Pearsall | Frio | M | Y | Oct-10 |
| 5 | Post | Garza | M | Y | Nov-10 |
| 4 | Garden City | Glasscock | M | Y | Jun-10 |
| 6A | Goliad | Goliad | M | Y | Dec-10 |
| 2A | Navasota | Grimes | M | Y | Jan-11 |
| 5 | Memphis | Hall | M | Y | Jun-07 |
| 5 | Spearman | Hansford | M | Y | Apr-10 |

Page 1 of 3

JA_001425

TX_00204908

DL Offices Closed

| 2A | City | Harris | PJ | Y | Date |
|---|---|---|---|---|---|
| 5 | Channing | Hartley | M | Y | Oct-10 |
| 4 | Dell City | Hudspeth | M | Y | Nov-10 |
| 4 | Sierra Blanca | Hudspeth | M | Y | Nov-10 |
| 4 | Mertzon | Irion | M | Y | Dec-10 |
| 5 | Jacksboro | Jack | M | Y | Sep-09 |
| 4 | Fort Davis | Jeff Davis | M | Y | Sep-10 |
| 3 | Hebbronville | Jim Hogg | M | Y | Jul-10 |
| 6A | Karnes City | Karnes | M | Y | Apr-10 |
| 5 | Jayton | Kent | M | Y | Sep-09 |
| 4 | Junction | Kimble | M | Y | Dec-10 |
| 3 | Bracketville | Kinney | M | Y | Dec-09 |
| 3 | Cotulla | La Salle | M | Y | Oct-09 |
| 6A | Giddings | Lee | M | Y | Oct-10 |
| 5 | Follett | Lipscomb | M | Y | Apr-10 |
| 5 | Higgins | Lipscomb | M | Y | Apr-10 |
| 5 | Slaton | Lubbock | M | Y | Nov-10 |
| 5 | Tahoka | Lynn | M | Y | Nov-10 |
| 2A | Madisonville | Madison | PT | Y | Unk |
| 4 | Mason | Mason | M | Y | Oct-10 |
| 2A | Palacios | Matagorda | M | Y | Jan-11 |
| 3 | Tilden | McMullen | M | Y | Jan-11 |
| 4 | Menard | Menard | M | Y | Dec-10 |
| 5 | Nocona | Montague | M | Y | Feb-07 |
| 5 | Matador | Motley | M | Y | Jan-10 |
| 5 | Vega | Oldham | M | Y | Feb-10 |
| 4 | Iraan | Pecos | M | Y | Dec-10 |
| 1A | Emory | Raines | PT | Y | Oct-10 |
| 3 | Leakey | Real | M | Y | May-10 |
| 3 | Refugio | Refugio | M | Y | Sep-10 |
| 5 | Miami | Roberts | M | Y | Mar-07 |
| 2A | Hearne | Robertson | M | Y | Unk |
| 2B | Hemphill | Sabine | M | Y | Jun-05 |
| 2B | Coldspring | San Jacinto | M | Y | Jun-05 |
| 6B | San Saba | San Saba | M | Y | Oct-10 |

Page 2 of 3

JA_001426

## DL Offices Closed

| 4 | Eldorado | Schleicher | M | Y | Dec-10 |
|---|----------|------------|---|---|--------|
| 5 | Albany | Shackelford | M | Y | Jun-05 |
| 5 | Stratford | Sherman | M | Y | Oct-10 |
| 4 | Sterling City | Sterling | M | Y | Jun-10 |
| 5 | Aspermont | Stonewall | M | Y | Sep-09 |
| 4 | Sanderson | Terrell | M | Y | Nov-10 |
| 5 | Throckmorton | Throckmorton | M | Y | Aug-09 |
| 2B | Trinity | Trinity | M | Y | Jun-05 |
| 4 | McCamey | Upton | M | Y | Dec-10 |
| 4 | Rankin | Upton | M | Y | Dec-10 |
| 5 | Wheeler | Wheeler | M | Y | Mar-07 |
| 5 | Olney | Young | M | Y | Aug-09 |

Counties with no DL offices.

| Region | County |
|--------|--------|
| 3 | Aransas |
| 3 | Dimmit |
| 6B | Falls |
| 3 | Kenedy |
| 5 | King |
| 4 | Loving |
| 1A | Marion |
| 2B | Newton |
| 5 | Potter |
| 2B | San Augustine |
| 1B | Somervell |
| 3 | Willacy |

| | |
|---|---|
| Total Offices | 307 |
| Full Time Office Open | 174 |
| Part Time Office Open | 34 |
| Mobile Office Open | 18 |
| Full Time Office Closed | 1 |
| Part Time Office Closed | 2 |
| Mobile Office Closed | 78 |
| Counties w/ No Offices | 65 +12=77 |

DL offices open but the Counties still have DL offices in those languages
Counties with no DL offices
Duplicates

Page 3 of 3

## SENATE CONCURRENT RESOLUTION 8

The President laid before the Senate the following resolution:

WHEREAS, Section 17, Article III, Texas Constitution, provides that neither house of the legislature may adjourn for more than three days without the consent of the other house; now, therefore, be it

RESOLVED by the 82nd Legislature of the State of Texas, That each house grant the other permission to adjourn for more than three days during the period beginning on Wednesday, January 26, 2011, and ending on Monday, January 31, 2011.

WHITMIRE

SCR 8 was read.

On motion of Senator Whitmire, the resolution was considered immediately and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

## ADJOURNMENT

On motion of Senator Whitmire, the Senate at 8:53 p.m. adjourned until 1:30 p.m. Monday, January 31, 2011.

TX_00204911

By:  Fraser, et al.                                    S.B. No. 14

A BILL TO BE ENTITLED

1                          AN ACT

2    relating to requirements to vote, including presenting proof of

3    identification; providing criminal penalties.

4          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5          SECTION 1.  Section 13.002, Election Code, is amended by

6    adding Subsection (i) to read as follows:

7          (i)  An applicant who wishes to receive an exemption on the

8    basis of disability from the requirements of Section 63.001(b) must

9    include  a  certification  from  a  physician  that  the  person  has  a

10   disability  as  defined  by  Section  21.002,  Labor  Code,  with  the

11   person's application.

12         SECTION 2.  Section 15.001, Election Code, is amended by

13   adding Subsection (c) to read as follows:

14         (c)  A  certificate  issued  to  a  voter  who  meets  the

15   certification  requirements  of  Section  13.002(i)  must  contain  an

16   indication that the voter is exempt from the requirement to present

17   identification  other  than  the  registration  certificate  before

18   being accepted for voting.

19         SECTION 3.  Subchapter  A,  Chapter  15,  Election  Code,  is

20   amended by adding Section 15.005 to read as follows:

21         Sec. 15.005.  NOTICE   OF   IDENTIFICATION   REQUIREMENTS.

22   (a)  The voter registrar of each county shall provide notice of the

23   identification requirements for voting prescribed by Chapter 63 and

24   a  detailed  description  of  those  requirements  with  each  voter

1

S.B. No. 14

1  <u>registration  certificate  issued  under  Section  13.142  or  renewal</u>

2  <u>registration certificate issued under Section 14.001.</u>

3      <u>(b)  The secretary of state shall prescribe the wording of</u>

4  <u>the notice to be included on the certificate under this section.</u>

5      SECTION 4.  Subsection (a), Section 15.022, Election Code,

6  is amended to read as follows:

7      (a)  The registrar shall make the appropriate corrections in

8  the  registration  records,  including,  if  necessary,  deleting  a

9  voter's name from the suspense list:

10          (1)  after  receipt  of  a  notice  of  a  change  in

11  registration information under Section 15.021;

12          (2)  after receipt of a voter's reply to a notice of

13  investigation given under Section 16.033;

14          (3)  after receipt of a registration omissions list and

15  any affidavits executed under Section <u>63.006</u> [<s>63.007</s>], following an

16  election;

17          (4)  after receipt of a voter's statement of residence

18  executed under Section 63.0011;

19          (5)  before the effective date of the abolishment of a

20  county election precinct or a change in its boundary;

21          (6)  after  receipt  of  United  States  Postal  Service

22  information indicating an address reclassification;

23          (7)  after receipt of a voter's response under Section

24  15.053; or

25          (8)  after  receipt  of  a  registration  application  or

26  change of address under Chapter 20.

27      SECTION 5.  Subchapter  A,  Chapter  31,  Election  Code,  is

2

S.B. No. 14

1  amended by adding Section 31.012 to read as follows:

2      Sec. 31.012.  VOTER  IDENTIFICATION  EDUCATION.  (a)  The

3  secretary of state and the voter registrar of each county that

4  maintains a website shall provide notice of the identification

5  requirements for voting prescribed by Chapter 63 on each entity's

6  respective website in each language in which voter registration

7  materials are available.  The secretary of state shall prescribe

8  the wording of the notice to be included on the websites.

9      (b)  The secretary of state shall conduct a statewide effort

10  to educate voters regarding the identification requirements for

11  voting prescribed by Chapter 63.

12      (c)  The county clerk of each county shall post in a

13  prominent location at the clerk's office a physical copy of the

14  notice prescribed under Subsection (a) in each language in which

15  voter registration materials are available.

16      SECTION 6.  Section 32.111, Election Code, is amended by

17  adding Subsection (c) to read as follows:

18      (c)  The training standards adopted under Subsection (a)

19  must include provisions on the acceptance and handling of the

20  identification presented by a voter to an election officer under

21  Section 63.001.

22      SECTION 7.  Subsection (a), Section 32.114, Election Code,

23  is amended to read as follows:

24      (a)  The county clerk shall provide one or more sessions of

25  training using the standardized training program and materials

26  developed and provided by the secretary of state under Section

27  32.111 for the election judges and clerks appointed to serve in

3

S.B. No. 14

1  elections ordered by the governor or a county authority.  Each

2  election judge shall complete the training program.  Each election

3  clerk shall complete the part of the training program relating to

4  the acceptance and handling of the identification presented by a

5  voter to an election officer under Section 63.001.

6      SECTION 8.  Chapter 62, Election Code, is amended by adding

7  Section 62.016 to read as follows:

8      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

9  POLLING PLACES.  The presiding judge shall post in a prominent place

10  on the outside of each polling location a list of the acceptable

11  forms of identification.  The notice and list must be printed using

12  a font that is at least 24-point.  The notices required under this

13  section shall be posted separately from all other notices required

14  by state or federal law.

15      SECTION 9.  Section 63.001, Election Code, is amended by

16  amending Subsections (b), (c), (d), and (f) and adding Subsections

17  (g) and (h) to read as follows:

18      (b)  Except as provided by Subsection (h), on [On] offering

19  to vote, a voter must present to an election officer at the polling

20  place one form of identification listed in Section 63.0101 [the

21  voter's voter registration certificate to an election officer at

22  the polling place].

23      (c)  On presentation of the documentation required by

24  Subsection (b) [a registration certificate], an election officer

25  shall determine whether the voter's name on the documentation

26  [registration certificate] is on the list of registered voters for

27  the precinct.  If in determining whether a voter's name is on the

4

S.B. No. 14

1    list of registered voters the election officer determines that the

2    voter's name on the documentation is substantially similar but does

3    not match exactly the name on the list, the voter shall be accepted

4    for voting as otherwise required by this section if the voter

5    submits an affidavit stating that the voter is the person on the

6    list of registered voters.

7          (d)  If the voter's name is on the precinct list of

8    registered voters and the voter's identity can be verified from the

9    documentation presented under Subsection (b), the voter shall be

10   accepted for voting.

11         (f)  After determining whether to accept a voter, an election

12   officer shall return the voter's documentation [registration

13   certificate] to the voter.

14         (g)  If the requirements for identification prescribed by

15   Subsection (b) are not met, the voter may be accepted for

16   provisional voting only under Section 63.011.  For a voter who is

17   not accepted for voting under this section, an election officer

18   shall:

19              (1)  inform the voter of the voter's right to cast a

20   provisional ballot under Section 63.011; and

21              (2)  provide the voter with written information, in a

22   form prescribed by the secretary of state, that:

23                   (A)  lists the requirements for identification;

24                   (B)  states the procedure for presenting

25   identification under Section 65.0541;

26                   (C)  includes a map showing the location where

27   identification must be presented; and

5

S.B. No. 14

1          (D)  includes notice that even if all procedures

2     are followed, there is no guarantee that a provisional ballot will

3     be accepted.

4          (h)  The requirements for identification prescribed by

5     Subsection (b) do not apply to a voter who presents the voter's

6     voter registration certificate on offering to vote and:

7          (1)  was 70 years of age or older on January 1, 2012, as

8     indicated by the date of birth on the voter's voter registration

9     certificate; or

10          (2)  is disabled and the voter's voter registration

11     certificate contains the indication described by Section

12     15.001(c).

13     SECTION 10.  Subsection (a), Section 63.0011, Election Code,

14     is amended to read as follows:

15     (a)  Before a voter may be accepted for voting, an election

16     officer shall ask the voter if the voter's residence address on the

17     precinct list of registered voters is current and whether the voter

18     has changed residence within the county.  If the voter's address is

19     omitted from the precinct list under Section 18.005(c), the officer

20     shall ask the voter if the voter's residence, if [as] listed, on

21     identification presented by the voter under Section 63.001(b) [the

22     voter's voter registration certificate] is current and whether the

23     voter has changed residence within the county.

24     SECTION 11.  Chapter 63, Election Code, is amended by adding

25     Section 63.0012 to read as follows:

26     Sec. 63.0012.  NOTICE OF IDENTIFICATION REQUIREMENTS TO

27     CERTAIN VOTERS.  (a)  An election officer shall distribute written

6

S.B. No. 14

1  notice of the identification that will be required to vote in

2  elections held after January 1, 2012, and information on obtaining

3  identification without a fee under Section 521.422, Transportation

4  Code, to each voter who, when offering to vote, presents a form of

5  identification that will not be sufficient for acceptance as a

6  voter under this chapter beginning with those elections.

7      (b)  The secretary of state shall prescribe the wording of

8  the notice and establish guidelines for distributing the notice.

9      (c)  This section expires September 1, 2017.

10     SECTION 12.  Section 63.006, Election Code, is amended to

11 read as follows:

12     Sec. 63.006.  VOTER WITH REQUIRED DOCUMENTATION [CORRECT

13 CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

14 vote, presents the documentation required under Section 63.001(b)

15 [a voter registration certificate indicating that the voter is

16 currently registered in the precinct in which the voter is offering

17 to vote], but whose name is not on the precinct list of registered

18 voters, shall be accepted for voting if the voter also presents a

19 voter registration certificate indicating that the voter is

20 currently registered:

21          (1)  in the precinct in which the voter is offering to

22 vote; or

23          (2)  in a different precinct from the one in which the

24 voter is offering to vote and the voter executes an affidavit

25 stating that the voter:

26              (A)(i)  is a resident of the precinct in which the

27 voter is offering to vote or is otherwise entitled by law to vote in

7

S.B. No. 14

1  that precinct; or

2                              (ii)  was a resident of the precinct in which

3  the voter is offering to vote at the time the information on the

4  voter's residence address was last provided to the voter registrar;

5                          (B)  did    not    deliberately    provide    false

6  information to secure registration in a precinct in which the voter

7  does not reside; and

8                          (C)  is voting only once in the election.

9        (b)  After the voter is accepted, an election officer shall:

10             (1)  indicate beside the voter's name on the poll list

11 that the voter was accepted under this section; and

12             (2)  if applicable, enter on the registration omissions

13 list the precinct of the voter's registration as indicated by the

14 voter's registration certificate.

15       SECTION 13.  Section 63.009, Election Code, is amended to

16 read as follows:

17       Sec. 63.009.  VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST.

18 A [(a)  Except as provided by Subsection (b), a] voter who does not

19 present a voter registration certificate when offering to vote, and

20 whose name is not on the list of registered voters for the precinct

21 in which the voter is offering to vote, shall be accepted for

22 provisional voting if the voter executes an affidavit in accordance

23 with Section 63.011.

24       [(b)  If an election officer can determine from the voter

25 registrar that the person is a registered voter of the county and

26 the person presents proof of identification, the affidavits

27 required by Sections 63.007 and 63.008 are substituted for the

8

S.B. No. 14

1 ~~affidavit required by Section 63.011 in complying with that~~
2 ~~section.  After the voter is accepted under this subsection, an~~
3 ~~election officer shall also indicate beside the voter's name on the~~
4 ~~poll list that the voter was accepted under this section.~~]

5     SECTION 14.  Section 63.0101, Election Code, is amended to
6 read as follows:

7     Sec. 63.0101.  DOCUMENTATION  OF  PROOF  OF  IDENTIFICATION.
8 The following documentation is <u>an</u> acceptable <u>form</u> [~~as proof~~] of
9 <u>photo</u> identification under this chapter:

10         (1)  a driver's license or personal identification card
11 issued to the person by the Department of Public Safety <u>that has not</u>
12 [~~or a similar document issued to the person by an agency of another~~
13 ~~state, regardless of whether the license or card has~~] expired <u>or</u>
14 <u>that  expired  no  earlier  than  60  days  before  the  date  of</u>
15 <u>presentation</u>;

16         (2)  a <u>United States military identification card that</u>
17 <u>contains  the  person's  photograph  that  has  not  expired  or  that</u>
18 <u>expired no earlier than 60 days before the date of presentation</u>
19 [~~form  of  identification  containing  the  person's  photograph  that~~
20 ~~establishes the person's identity~~];

21         (3)  a [~~birth certificate or other document confirming~~
22 ~~birth  that  is  admissible  in  a  court  of  law  and  establishes  the~~
23 ~~person's identity;~~

24       [~~(4)~~] United  States  citizenship  <u>certificate</u>  [~~papers~~]
25 issued to the person <u>that contains the person's photograph</u>;

26         <u>(4)</u> [~~(5)~~]  a  United  States  passport  issued  to  the
27 person <u>that has not expired or that expired no earlier than 60 days</u>

9

before the date of presentation; or

(5) a license to carry a concealed handgun issued to the person by the Department of Public Safety

[(6) official mail addressed to the person by name from a governmental entity;

[(7) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

[(8) any other form of identification prescribed by the secretary of state].

SECTION 15. Subsections (a) and (b), Section 63.011, Election Code, are amended to read as follows:

(a) A person to whom Section 63.001(g) [63.008(b)] or 63.009 [63.009(a)] applies may cast a provisional ballot if the person executes an affidavit stating that the person:

(1) is a registered voter in the precinct in which the person seeks to vote; and

(2) is eligible to vote in the election.

(b) A form for an affidavit required by this section shall be printed on an envelope in which the provisional ballot voted by the person may be placed and must include a space for entering the identification number of the provisional ballot voted by the person and a space for an election officer to indicate whether the person presented a form of identification described by Section 63.0101. The affidavit form may include space for disclosure of any necessary information to enable the person to register to vote under Chapter 13. The secretary of state shall prescribe the form

S.B. No. 14

1   of the affidavit under this section.

2          SECTION 16.  Subsection (b), Section 64.012, Election Code,

3   is amended to read as follows:

4          (b)  An offense under this section is a felony of the <u>second</u>

5   [<s>third</s>] degree unless the person is convicted of an attempt.  In

6   that case, the offense is a <u>state jail felony</u> [<s>Class A misdemeanor</s>].

7          SECTION 17.  Section 65.054, Election Code, is amended by

8   amending Subsection (b) and adding Subsection (e) to read as

9   follows:

10         (b)  A provisional ballot <u>shall</u> [<s>may</s>] be accepted [<s>only</s>] if

11   the board determines that<u>:</u>

12              <u>(1)</u>  [<s>,</s>] from the information in the affidavit or

13   contained in public records, the person is eligible to vote in the

14   election and has not previously voted in that election<u>; and</u>

15              <u>(2)  the person:</u>

16                   <u>(A)  meets the identification requirements of</u>

17   <u>Section 63.001(b) in the period prescribed under Section 65.0541;</u>

18   <u>or</u>

19                   <u>(B)  executes an affidavit under penalty of</u>

20   <u>perjury stating that:</u>

21                        <u>(i)  the voter:</u>

22                             <u>(a)  is indigent and is unable to</u>

23   <u>obtain proof of identification without the payment of a fee; or</u>

24                             <u>(b)  has a religious objection to being</u>

25   <u>photographed; and</u>

26                        <u>(ii)  the voter has not been challenged or</u>

27   <u>required to vote a provisional ballot for any other reason.</u>

11

S.B. No. 14

1    (e)  In this section, "indigent" has the meaning assigned by

2    Section 51.941(e), Government Code.

3    SECTION 18.  Subchapter B, Chapter 65, Election Code, is

4    amended by adding Section 65.0541 to read as follows:

5    Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN

6    PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

7    voting under Section 63.011 because the voter does not meet the

8    identification requirements of Section 63.001(b) may, not later

9    than the sixth day after the date of the election:

10    (1)  present proof of identification described by

11    Section 63.0101 to the voter registrar for examination; or

12    (2)  execute an affidavit described by Section

13    65.054(b)(2)(B) in the presence of the voter registrar.

14    (b)  The secretary of state shall prescribe procedures as

15    necessary to implement this section.

16    SECTION 19.  Section 66.0241, Election Code, is amended to

17    read as follows:

18    Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4

19    must contain:

20    (1)  the precinct list of registered voters;

21    (2)  the registration correction list;

22    (3)  the registration omissions list;

23    (4)  any statements of residence executed under Section

24    63.0011; and

25    (5)  any affidavits executed under Section 63.006

26    [63.007] or 63.011.

27    SECTION 20.  Section 521.422, Transportation Code, is

12

S.B. No. 14

1  amended by amending Subsection (a) and adding Subsection (d) to

2  read as follows:

3      (a)  Except as provided by Subsection (d), the [The] fee for

4  a personal identification certificate is:

5          (1)  $15 for a person under 60 years of age;

6          (2)  $5 for a person 60 years of age or older; and

7          (3)  $20  for  a  person  subject  to  the  registration

8  requirements under Chapter 62, Code of Criminal Procedure.

9      (d)  The  department  may  not  collect  a  fee  for  a  personal

10 identification certificate issued to a person who states that the

11 person is obtaining the personal identification certificate for the

12 purpose of satisfying Section 63.001(b), Election Code, and:

13         (1)  who  is  a  registered  voter  in  this  state  and

14 presents a valid voter registration certificate; or

15         (2)  who  is  eligible  for  registration  under  Section

16 13.001, Election Code, and submits a registration application to

17 the department.

18     SECTION 21.  Effective January 1, 2012, Sections 63.007 and

19 63.008, Election Code, are repealed.

20     SECTION 22.  As soon as practicable after the effective date

21 of this section:

22         (1)  the  secretary  of  state  shall  adopt  the  training

23 standards and develop the training materials required to implement

24 the change in law made by this Act to Section 32.111, Election Code;

25 and

26         (2)  the  county  clerk  of  each  county  shall  provide  a

27 session of training under Section 32.114, Election Code, using the

13

S.B. No. 14

1  standards adopted and materials developed to implement the change

2  in law made by this Act to Section 32.111, Election Code.

3      SECTION 23.  The change in law made by this Act applies only

4  to an offense committed on or after January 1, 2012.  An offense

5  committed before January 1, 2012, is covered by the law in effect

6  when the offense was committed, and the former law is continued in

7  effect for that purpose.  For purposes of this section, an offense

8  is committed before January 1, 2012, if any element of the offense

9  occurs before that date.

10      SECTION 24.  State  funds  disbursed  under  Chapter  19,

11  Election Code, for the purpose of defraying expenses of the voter

12  registrar's office in connection with voter registration may also

13  be used for additional expenses related to coordinating voter

14  registration drives or other activities designed to expand voter

15  registration. This section expires January 1, 2013.

16      SECTION 25.  This Act does not make an appropriation.  This

17  Act  takes  effect  only  if  a  specific  appropriation  for  the

18  implementation of the Act is provided in a general appropriations

19  act of the 82nd Legislature.

20      SECTION 26.  (a)  Except as provided by Subsection (b) of

21  this section, this Act takes effect January 1, 2012.

22      (b)  The changes in law made by Sections 3, 5, 6, 7, 11, 22,

23  and 24 of this Act take effect September 1, 2011.

14

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 82ND LEGISLATIVE REGULAR SESSION**
**Revision 1**

**March 21, 2011**

**TO:** Honorable Dennis Bonnen, Chair, House Committee on Voter Identification & Voter Fraud, Select

**FROM:** John S O'Brien, Director, Legislative Budget Board

**IN RE:** **SB14** by Fraser (Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB14, As Engrossed: a negative impact of ($2,024,000) through the biennium ending August 31, 2013.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

**General Revenue-Related Funds, Five-Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Savings/(Cost) from *General Revenue Fund* 1 |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

**Fiscal Analysis**

The bill would exempt certain disabled voters from presenting additional identification for voting, other than the voter registration certificate, if the voter submits to the voter registrar proper certification from a physician of the disability. The bill would also require voter registration certificates to contain an indication that the disabled voter is exempted from presenting additional identification, other than the voter registration certificate, before being accepted for voting.

The bill would require the voter registrar of each county to provide a notice of identification requirements for voting with each initial voter registration certificate or renewal registration certificate issued.  The Secretary of State (SOS) and the voter registrar of each county that maintains a website would be required to post on their websites, in each language in which voter registration materials are available, a notice of the identification

requirements, and county clerks would be required to post a physical copy in each language voter registration materials are available. SOS would be required to prescribe the wording of these notices. SOS would also be required to establish a statewide effort to educate voters regarding the identification requirements for voting.

The bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer and each election clerk would be required to complete this training.

The presiding judge at each polling place would be required to post in a prominent location outside of the location a list of the acceptable forms of identification and the list would have to be separate from all other notices. The Secretary of State would be required to prescribe the wording for written notifications of the identification requirements to vote in elections after January 1, 2012 and election officers would be required to provide this written notification of voting identification requirements to voters who do not meet identification requirements.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate to meet voting identification requirements and that person meets certain other voter registration criteria.

The bill would change an offense under this section after January 1, 2012 to a second degree felony from a third degree felony unless the person is convicted of an attempt, in which case, the offense would be a state jail felony instead of a Class A misdemeanor.

The Secretary of State would be required to prescribe procedures for voters who provisionally vote without proper identification to present proof of identification to the voter registrar not later than the sixth day after the date of the election.

The bill would repeal Sections 63.007 and 63.008 of the Election Code related to voters with incorrect certificates who are not on the voter list and voters without certificates who are not on the voter list.

The Secretary of State (SOS) would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2011. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by SOS as soon as practicable as well.

The bill would expand the uses of state funds disbursed under Chapter 19 of the Election Code to include additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration.  This section would expire January 1, 2013.

Sections 1, 3, 4, 5, 9, 20, and 22 pertaining to providing notice of voter identification requirements, providing voter identification training, providing voter education to the public, and expanding the uses of voter registration funds would be effective September 1, 2011.  The remainder of the bill would be effective January 1, 2012.

## Methodology

The fiscal impact of the bill excluding technology costs is estimated to be $2,000,000 million for fiscal year 2012 out of the General Revenue Fund.  The estimate includes $0.5 million to research and develop ways to inform the public of the new identification requirements.  Additional costs are estimated to be $1.5 million for media advertisements: television ($750,000), radio ($300,000), print ($300,000), and internet ($150,000).  The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

The Secretary of State would also be required to prescribe the wording for voter identification requirement notifications in each language voter registration materials are available and develop training materials on voter identification requirements.  It is assumed that any fiscal implication associated with these responsibilities could be absorbed within existing resources.

The fiscal impact of expanding the uses of funds disbursed under Chapter 19 of the Election Code to include coordinating voter registration drives or other activities designed to expand voter registration is unknown because it is not known how many voter registration drives or other activities designed to expand voter registration would occur.

The fiscal impact of the revenue loss from the prohibition of DPS to collect a fee for a personal identification

certificate issued to a person seeking the certificate for the purpose of voting is unknown because it is not known how many people would make a request for a personal identification certificate for voting.

## Technology

The technology fiscal impact of the bill is estimated to be $24,000 for programming costs associated with creating an indicator on voter registration certificates for voters with certain disabilities. The notification would inform election officers at polling places that voters with certain disabilities are exempted from presenting additional identification other than the voter registration certificate. The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

## Local Government Impact

The bill would require counties to notify registered voters of changes online if the county maintains a website, at polling locations, and included with voter registration certificates. Election clerks would be required to undergo training regarding accepted forms of voter identification.

According to Texas Association of Counties (TAC), Tarrant County anticipated a one-time cost to reprint provisional balloting materials and provide new notices ($8,000); Bexar County stated that due to limited space on current registration certificates, larger cards would be necessary resulting in additional costs for cards, printing and postage ($381,256); however, Comal County reported the costs associated with the provisions of the bill could be absorbed within existing resources.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety
**LBB Staff:** JOB, JT, MS, BTA, SD, KKR

# HOUSE OF REPRESENTATIVES
## NOTICE OF PUBLIC HEARING

```
COMMITTEE:     Voter Identification & Voter Fraud, Select
TIME & DATE:   8:00 AM, Tuesday, March 01, 2011
PLACE:         JHR 140
CHAIR:         Rep. Dennis Bonnen
```

---

```
SB 14            Fraser | et al.
Relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.
```

---

**The House Committee on Voter Identification & Voter Fraud, Select**
82nd Legislature
March 1, 2011
8:00 a.m.
JHR 140

## CORRECTED MINUTES

On March 15, 2011, the House Committee on Voter Identification & Voter Fraud, Select authorized the correction of the  minutes for the meeting of the House Committee on Voter Identification & Voter Fraud, Select held on March 1, 2011. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on February 22, 2011, the House Committee on Voter Identification & Voter Fraud, Select met in a public hearing and was called to order by the chair, Representative Bonnen, at 8:00 a.m.

The initial quorum call was answered as follows: Representatives Bonnen; Aliseda; Harless; Hochberg; and Pena.

A quorum was present.

The chair made opening remarks.

The chair directed an additional quorum call which was answered as follows: Representatives Bonnen; Aliseda; Harless; Hochberg; and Pena.

A quorum was present.

TX_00002765

**House Committee on Voter Identification & Voter Fraud, Select**
3/1/2011

## <u>SB 14</u>

The chair laid out SB 14.

Representative Harless offered a complete committee substitute.

The chair recognized Representative Harless to explain CSSB 14.

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Taylor, Larry now present.)

(Representative Hilderbran now present.)

(Representative Gutierrez now present.)

(Representative Veasey now present.)

Testimony taken/registration recorded.  (See attached witness list.)

The committee substitute was withdrawn without objection.

SB 14 was left pending without objection.

At 9:53 a.m., on the motion of the chair and without objection, the meeting was recessed until upon final adjourn./recess.

The committee reconvened at 12:30 p.m. and was called to order by the chair, Representative Bonnen.

The quorum call was answered as follows: Representatives Bonnen; Aliseda; Gutierrez; Harless; Hochberg; and Pena.

A quorum was present.

The chair laid out SB 14 as pending business.

Representative Harless offered a complete committee substitute.

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Taylor, Larry now present.)

(Representative Hilderbran now present.)

2

**House Committee on Voter Identification & Voter Fraud, Select**
3/1/2011

(Representative Veasey now present.)

Testimony taken/registration recorded.  (See attached witness list.)

The chair recognized Representative Harless to close on CSSB 14.

The committee substitute was withdrawn without objection.

SB 14 was left pending without objection.

At 5:48 p.m., on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____

Rep. Bonnen, Chair


_____

Steven Schar, Clerk

3

<u>WITNESS LIST</u>

Voter Identification & Voter Fraud, Select Committee
March 1, 2011 - 8:00 AM

<u>SB 14 - Committee Substitute (Harless)</u>

For:

        Barnes, Elizabeth (Self)
        Bradford, Rebecca (Texas Federation of Republican Women)
        Buelter, Kenneth (Goliad County Republican Party)
        Carter, David (Self)
        Collins, Mary Ann (Self)
        Duerstine, Russ (Tom Green County G.O.P. and Election Support Association of T. G. County)
        Gorman, Diane (Self)
        Green, Robert (Self)
        Kitson, Carol (Self)
        Le Pori, Cynthia (Self)
        Marsalis, William (Butch) (Self; Panola County Conservatives)
        McClaugherty, Fern (Self)
        Smith, Tonja "Michelle" (Concerned Women for America)
        Thornton, Verona (Self)
        Townsend, Virginia (Self)
        Vera, Alan (Self)
        Vera, Colleen (Self)
        Wallace, B. R. (Skipper) (Texas Republican County Chairman's Association)
        Whitlock, Bea (Self)
        Williamson, Mark (Self)

Against:

        Bledsoe, Gary (Texas NAACP)
        DasGupta, Sumit (Network of Asian American Organizations)
        Figueroa, Luis (Mexican American Legal Defense & Educational Fund (MALDEF))
        Joseph, Andrew (Self)
        Ko, Ramey (Self)
        Levitt, Justin (Self)
        Privett, Anita (LWV - TX (League of Women Voters of Texas))
        Santana, Sonia (ACLU-TX)
        Wang, Tova (DEMOS)

On:

        Davio, Rebecca (Department of Public Safety)
        Gomez, Jessica (Disability Rights Texas, formerly Advocacy, Inc.)
        Kemp, Brian (Self)
        Maxwell, David (Texas OAG (Office of the Attorney General))
        Mc Geehan, Ann (Elections Division - Office of Secretary of State)
        Moore, Toby (Self)
        O'Brien, John (Legislative Budget Board)

1

WITNESS LIST

On:

    Ward, Chris (Self)
    Wheeler, Thomas (Self)
    Woods, John (Self; Graduate School, Student Government of the University of Texas at Austin)

Registering, but not testifying:

For:

    Anderson, Erin (Self)
    Ayers, Pam (Self)
    Blakemore, Allen (Conservative Republicans of Texas)
    Burgess, Judith (Self)
    Burgess, Wayne (Self)
    Cassady, Bill (Self)
    Cassady, Leila (Self)
    Curry, Carol (Self)
    Dashiell, Toni Anne (Self)
    Dickerson, Gerald (Self)
    Doyle, William R. (Self)
    Edwards, Rosemary (Self)
    Engelbrecht, Catherine (King Street Patriots)
    Giacomazza, Robert (Self)
    Griffin, Travis (Republican Party of Texas)
    Hindelang, Paul (Self)
    Hotze, Steven (Conservative Republicans of Texas)
    Johnson, Cheryl (Gal Co. Tax Office)
    Landis, Donald (Self)
    Lindsey, Mack (Self)
    Lockhoof, Michelle (Self)
    Marler, John (Williamson County Liberty Alliance)
    Marsalis, Karen (Self; Panola County Republican Women)
    McCaig, Mark (Self)
    Moore, Bill (Organizing for Liberty, Inc. Sugarland, TX.)
    Rogers, Linda (Texas Republican Co. Chairmen's Assn.)
    Rousselot, Reid (Self)
    Saenz, Jonathan (Liberty Institute)
    Stair, Margy (Self)
    Stockbauer, Catherine (Self)
    Swift, Sheryl (Galveston County Tax Office)
    Tarver, Maudie (Self)
    Van der Pol, Kathryn (Self)
    Van der Pol, Sybren (Self)
    Vest, Linda (Self)
    Walker, Jim (Self)
    Ward, Jerri Lynn (Self)
    Ward, Robert (Self)

2

<u>WITNESS LIST</u>

For:

      Wright, Maggie (Self)

Against:

      Arabie, Joseph (Texas AFL-CIO)
      Brown, Mary (Self)
      Ekstrand, Tracy (Self)
      Fischer, Huey (Self)
      Flores, Juan (La Fe Policy Research and Education Center)
      Gutierrez, Anthony (Boyd Richie Texas Democratic Party)
      Haenschen, Katherine (Self)
      Hill, Kathleen (Self)
      Kaplan, Austin (Self; The Liberal Austin Democrats)
      Lara, Rene (Texas AFL-CIO)
      Meredith, Katrina (Self)
      Van Cleve, Genevieve (Capital Area Democratic Women)
      Weinberg, David (Texas League of Conservation Voters)

3

1

TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011

(VOLUME I of II)

Transcribed by Amy C. Kofron CSR

April 11, 2011



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001453

```
                                                                  2

 1      WITNESS NAME                    PAGE TESTIMONY BEGINS

 2
```

```
 3      CHRIS WARD.........................   5

 4      B.R. SKIPPER WALLCE................  19

 5      DAVID CARTER......................  42

 6      WILLIAM BUTCH MARSALIS.............  56

 7      CYNTHIA LE PORI...................  59

 8      ROBERT GREEN......................  62

 9      GARY BLEDSOE......................  64

10      COLLEEN VERA......................  89

11      BRIAN KEMP........................  93

12      LUIS FIGUEROA..................... 123

13      THOMAS WHEELER................... 141
```

```
14

15

16

17

18

19

20

21

22

23

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028109

3

1          CHAIRMAN BONNEN:  Okay.  We have a quorum, so

2     we'll begin.  I'd like to welcome everyone here to the hearing

3     today.  The committee will use the following procedures today to

4     insure an effective and productive hearing that respects the

5     time and efforts of those wishing to testify.  Invited

6     witnesses, which I believe there are ten of, five from each side

7     of the issue, will be allowed to provide an opening presentation

8     and will be limited to ten minutes and then stand before the

9     committee to answer any questions that committee members may

10    have.

11          Citizens wishing to testify in the public portion

12    of the hearing will be limited to three minutes of testimony,

13    with additional time, of course, for the members of the

14    committee to question these witnesses.  The committee has

15    invited three witnesses to participate through Skype, which is a

16    software application that allows audio and video between two

17    parties.  This is an interesting way that the three expert

18    witnesses, at the request of Vice Chairman Veasey, to allow them

19    to testify if they get their witness affirmations and things in.

20          We will now lay out Senate Bill 14.  Then we'll

21    have Representative Harless lay out and explain her substitutes.

22    So Representative Harless' office has made copies available to

23    the public in the back of the room.  There should be copies of

24    the committee substitute by Representative Harless on Senate

25    Bill 14.  All testimony before the committee will be on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028110

4

1      Representative Harless' committee substitute to Senate Bill 14.

2      Okay.  We left a member off on the roll call, so the clerk would

3      like to re-call the roll.

4                      THE CLERK:  Bonnen?

5                      MR. BONNEN:  Here.

6                      THE CLERK:  Veasey?  Hilderbran?  Hochberg?

7                      MR. HOCHBERG:  Here.

8                      THE CLERK:  Pena?

9                      MR. PENA:  Here.

10                     THE CLERK:  Taylor?  Gutierrez?  Harless?

11                     MS. HARLESS:  Here.

12                     THE CLERK:  Aliseda?

13                     MR. ALISEDA:  Here.

14                     CHAIRMAN BONNEN:  Okay.  Thank you.  There is

15     still a quorum.  Okay.  So the Chair lays out Senate Bill 14 by

16     Senator Fraser.  Representative Harless offers up a committee

17     substitute to Senate Bill 14, and the chair recognizes her to

18     explain her substitute.

19                     MS. HARLESS:  Would you prefer me to do it here?

20                     CHAIRMAN BONNEN:  It's wherever you're most

21     comfortable.

22                     MS. HARLESS:  Okay.  I'll just do it here.

23                     Senate Bill 14 House Committee Substitute

24     Highlights:  This bill requires voters to show a photo ID.  It

25     has exceptions of people 70 and older as of January 1st, 2012,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001456

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

5

1     and they may continue to vote with their voter's registration

2     card, indigent voters, voters with religious objections to being

3     photographed, and voters who show proof of Social Security

4     disability or 50 percent disabled vets.  The acceptable photo

5     IDs include cards issued by the DPS, most will be driver's

6     license or ID cards no more than 60 days expired, military IDs

7     that are no more than 60 days expired, a passport that is no

8     more than 60 days expired, citizen certificate with photograph,

9     concealed handgun license that are no more than 60 days expired.

10            The changes in the Committee Substitute, the

11    disability exemption has been tightened.  The CHL expiration

12    language is made consistent with other forms of ID.  It must not

13    have another form of ID to get a free ID, one must not.  And it

14    removes the Senate Floor amendment rendering this bill

15    ineffective if the bill is determined to make an appropriation,

16    and legislative council technical changes.

17            CHAIRMAN BONNEN:  Thank you.  Are there any

18    questions of Representative Harless, members?  Thank you.

19            Chair calls Chris Ward, an attorney, as invited

20    testimony.  And obviously, for all witnesses, we ask that you

21    state your name and who you're representing for the record and

22    then go ahead and begin your testimony.

23            Mr. Ward, you'll have ten minutes.

24            MR. WARD:  Thank you, Mr. Chairman.  My name is

25    Chris Ward.  I represent myself here.  I am a partner with the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

6

1    law firm of Yetter, Coleman.  I've been asked to come testify

2    regarding the constitutionality of Senate Bill 14 under the

3    standard laid out by the Supreme Court.  I practice --

4              CHAIRMAN BONNEN:  Mr. Ward, I would assume you're

5    speaking to the substitute, and you've seen the substitute?

6              MR. WARD:  Yes, Mr. Chairman.

7              CHAIRMAN BONNEN:  Thank you.

8              MR. WARD:  And I -- and I -- and I -- you know,

9    and I don't think there is any -- have been any changes of

10   constitutional significance in the bill and certainly

11   the -- that the bill before the committee today would satisfy

12   the Court's constitutional standard as I will walk through with

13   you.

14             Just a little by way of background.  I primarily

15   practice appellate litigation, including constitutional and

16   Supreme Court litigation.  I have some experience in the

17   particular field of voting rights, including being one of the

18   lead attorneys in the 2009 Supreme Court case, Northwest Austin

19   MUD v. Holder, which was one of the -- the Court's leading

20   Voting Rights Act decisions in recent years.

21             The Supreme Court has spoken pretty plainly to

22   the particular issue that is before the committee with regard to

23   constitutionality.  There is a 2008 Supreme Court case, Crawford

24   v. Marion County Election Board in which the Supreme Court

25   upheld Indiana's voter identification law.  And what -- the main



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001458

TX_00028113

7

1      thing I want to do is kind of walk through a little bit of what

2      the Crawford case holds and how that relates to Senate Bill 14.

3              The Indiana voter identification law, at the time it

4      was considered by the Supreme Court, was considered to be the

5      most stringent voter identification law in the country.  So the

6      fact that the Supreme Court upheld the Indiana voter ID law gave

7      a lot of -- a lot of constitutional validity to the entire

8      concept of requiring voter identification as a means of

9      combatting voter fraud.  The opinion in the Crawford case was

10     authored by Justice Stevens, who of course is now off the court,

11     but at the time and for a long time he had been considered one

12     of the most liberal members of the Supreme Court.  So there --

13     there is some -- some weight to the fact that Justice Stevens is

14     the one who wrote the opinion upholding it.  He was joined by

15     the chief justice and also by Justice Kennedy who was and still

16     is considered the main swing vote on the Court.

17             Just a few -- a few things to note about the

18     Crawford case.  The Indiana voter law that was being considered

19     by the Supreme Court in Crawford, like Senate Bill 14, would

20     apply to in-person voting and required citizens to show a photo

21     ID in order to vote in person.  In the controlling opinion,

22     Justice Stevens laid out the test for a constitutional challenge

23     to an election regulation.  He explained that the -- what you do

24     is you weigh the asserted injury to the right to vote against

25     the precise interest put forward by the State.  And the Court



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001459

1    identified several valid State interests in the context of a

2    voter identification law.  The primary State interest, which the

3    Supreme Court said is clearly valid, is the -- the State, of

4    course, has a strong interest in deterring and detecting voter

5    fraud.

6              Interesting to note, in the Crawford case, the

7    Court noted there was -- there was nothing in the record of that

8    case that reflected that in-person voting fraud had actually

9    been occurring or had been a real problem in Indiana.  But there

10   were a few flagrant examples from around the country, and the

11   Court made the observation that this is a -- this is a problem a

12   legislature can reasonably expect and can reasonably take steps

13   to prevent.

14             Justice Stevens recounted an anecdote regarding a

15   19th century New York ward boss of politics who said, you know,

16   all his voters that he wanted to get out, he always wanted men

17   with whiskers because he could -- he could send them in once to

18   vote with a full set of whiskers.  Then he can take them to the

19   barber, have the mustache shaved, send them in, send them back

20   to the barber, they could come back with just their mutton

21   chops.  And then if you need more votes, you can send them back

22   clean shaven, and each one was good for four votes.

23             Now, I bring that -- I mention that part of the

24   opinion for two reasons:  One, I just find it a little amusing.

25   But the important legal and constitutional point is this was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001460

TX_00028115

9

1    something that happened more than 100 years ago, and the Court

2    looked at it and said here's an example of where in-person voter

3    fraud could occur.  And the point of including that anecdote in

4    the opinion is to say this is a problem a state can address.  It

5    doesn't necessary have to be based on current evidence of a

6    contemporary problem.  This is something you can anticipate

7    could be a problem, and we know it's been a problem

8    historically, and a state can take reasonable pleasures to

9    prevent it.

10            The Court also identified other valid state

11   interests, interests in improving and modernizing election

12   procedures.  The Court noted that in the Help America Vote Act,

13   Congress identified photo identification as one effective method

14   of establishing a voter's qualification to vote.  So Congress

15   has also -- has recognized photo ID as a valid way of validating

16   a voter's identity.  The Commission on Federal Election Reform,

17   which was a commission chaired by former President Jimmy Carter

18   and Secretary of State Robert Baker -- Jim Baker, issued a

19   report in which they also identified photo ID as a valid method

20   of modernizing and making elections -- election procedures more

21   modern and effective.

22            Safeguarding voter confidence is another valid

23   state interest that the Court identified as served by photo ID

24   laws.  Not only does it make the system more fraud proof, but it

25   gives voters more confidence that their system is fraud proof



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028116

10

1     and that their own validly-cast vote will count and will not be

2     diluted by the casting of fraudulent ballots.

3               The Court looked at the burden that a photo ID

4     law imposes on the right to vote, and the Court weighed that

5     against these important state interests.  The Court made an

6     important distinction between a particular burden that an

7     individual might face.  For some individuals, it might be a

8     particular burden to get a photo ID.  But in the context -- in

9     the question of what's called facial validity and a

10    constitutional challenge that seeks to strike down an entire law

11    as unconstitutional is known as a facial challenge.  On its

12    face, you look at the burden overall, not in a particular case

13    in which a person, an individual, might be able to make out a

14    case of a particularized as-applied constitutional problem.

15              The Court identified the relevant burden as the

16    burden on those persons who are eligible to vote but who do not

17    currently possess a valid photo ID.  The Court noted that if you

18    had to pay some fee to get the photo ID, then that would be an

19    unconstitutional poll tax.  But the fact that Indiana's law

20    provided for free photo IDs for those who did not already have

21    them in order to vote kept that from being a problem.  Senate

22    Bill 14 has the same provision.  A voter can get a free photo ID

23    card from the State if the voter does not already have a card.

24    You know, the Court did recognize that there is a somewhat --

25              CHAIRMAN BONNEN:  Mr. Ward, your time has



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028117

11

```
 1    expired.
 2                MR. WARD:  Thank you, Mr. Chairman.
 3                CHAIRMAN BONNEN:  Thank you.  Let the record
 4    reflect Representative Taylor is present.  He had an issue with
 5    traffic.  And also, members, let's welcome Representative Anchia
 6    who is not a member of the committee.  But once the members of
 7    the committee have asked the questions they desire, we will
 8    respect Representative Anchia and other members who are not on
 9    this committee to ask questions of the witnesses.
10                Are there any questions of Mr. Ward of the
11    committee members?  Representative Hochberg?
12                MR. HOCHBERG:  Thank you, Mr. Chairman.
13                And I realize that you were citing a legal
14    argument, but I just want to make sure that I understand how it
15    fits.  I guess this was a -- when you were talking about the
16    gentlemen with mutton chops, I guess what you were saying was if
17    fraud ever existed, then any solution that is reasonably
18    attached to eliminating a fraud that's similar, even if it's not
19    that fraud, makes this constitutional.  Is that what your point
20    was?
21                MR. WARD:  I think the -- the Court's point is
22    that voter fraud is something that historically, and just the
23    experience of legislatures, can tell you that it could be a
24    problem, and that photo ID is a way of combatting it.
25                MR. HOCHBERG:  So any solution -- so any
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001463

12

1    action -- it's your position that any action that is arguably to

2    combat voter fraud is legal if there has been any other kind of

3    voter fraud, regardless of whether the action that's taken meets

4    that requirement.

5                I guess the reason I'm asking this is I assume

6    that this bill -- and I have not read the entirety of the

7    substitute, but I assume that this bill doesn't require somebody

8    to reject a voter because they've shaved their whiskers since

9    the time the picture was taken.  But the example that you sort

10   of sent up here was that, my goodness, this guy could

11   have shaved, you know, and be able to come in four different

12   times.  And I don't see how that's really connected to the bill.

13   So what point is it that you're making about that?

14                MR. WARD:  Well, respectfully, Representative, I

15   think the first part of your question was too broad.  It's not

16   my position, and I don't think it's the Supreme Court's position

17   that anything, just because it has the intent of combatting

18   voter fraud is necessarily constitutional.

19                But specifically, the Court has looked at photo

20   identification and said that is a constitutionally valid and

21   reasonable method of attempting to combat voter fraud, improve

22   and modernize elections and encourage voter confidence in the

23   system.

24                MR. HOCHBERG:  But your position is that whether

25   or not the method to combat voter fraud is connected to the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028119

13

1    fraud that has been documented to occur at some point in the --

2    in the history of the state or the United States, I guess, that

3    that's sufficient to give the State constitutional grounds to

4    oppose it.

5                MR. WARD:  Well, I'm saying --

6                MR. HOCHBERG:  I'm not an attorney, so I'm really

7    kind of asking you to explain what that example had to do with

8    anything, because not being an attorney, I can't make all those

9    stretches.

10               MR. WARD:  Well, the question was raised in the

11   Crawford case, is there evidence or is there enough evidence

12   that this type of in-person voting fraud is a a present problem

13   in Indiana.

14               MR. HOCHBERG:  What type of in-person voting

15   fraud?

16               MR. WARD:  Somebody walking in, and maybe they

17   have a voter registration card or they're on the rolls, but they

18   don't -- they're not asked, and they -- they don't have to show,

19   and they don't have a photo ID, and it's not the person who's

20   actually on the registration roll.  Maybe the person on the

21   registration rolls is dead.  You know, I think there was some

22   evidence in the Indiana case that they had problems with purging

23   their voter rolls, and there were a lot of people who did not

24   meet the constitutional condition of being a person living in

25   the state in order to --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

14

1              MR. HOCHBERG:  Who were on the rolls.

2              MR. WARD:  Who were on the rolls.

3              MR. HOCHBERG:  Right.  We're not assuming that

4    any of those dead people were actually voting.

5              MR. WARD:  That's correct.  The --

6              MR. HOCHBERG:  It would be okay as long as they

7    had the proper ID.

8              MR. WARD:  If they had the proper ID and they

9    could get to the polls, I know nothing in the constitution --

10             MR. HOCHBERG:  I grew up in Chicago, so dead

11   voters -- I understand the dead voters, but --

12             MR. WARD:  The Court has not yet decided whether

13   zombies are protected under the 14th amendment.  But the point

14   the Court was making is to uphold this as a facially

15   constitutional method of combatting voter fraud you do not need

16   to have specific evidence that this is a current widespread

17   problem in the state.

18             MR. HOCHBERG:  Or apparently, a previous problem

19   that you're actually solving, because you would agree with me

20   that voter ID wouldn't take care of the person who has -- who

21   shaves his mutton chops because there's no requirement that a

22   person have the same facial hair --

23             MR. WARD:  Well, not --

24             MR. HOCHBERG:  -- as they do on the picture.

25             MR. WARD:  Not necessarily.  That -- that may



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028121

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

15

1    be --

2              MR. HOCHBERG:  Or hopefully, the hair on the top

3    of one's head that they do in the picture.

4              MR. WARD:  But just by way of example, you know,

5    I -- they used to take DPS driver's license photos with your

6    glasses on.  And last time I got my picture made for my driver's

7    license, they made me take my glasses off.  And, you know, there

8    were once or twice in my life when I've had to show my ID, and I

9    had different glasses and they -- or I had contacts for a brief

10   period of time, and somebody would say, Is this you?  Well, yes,

11   it's me.  And I think you could -- if you're looking at a photo

12   ID, you could probably make the same distinction with the

13   whiskers.

14             MR. HOCHBERG:  Right.  So the --

15             MR. WARD:  But the --

16             MR. HOCHBERG:  So the photo ID wouldn't have

17   prevented you from voting four times.  So the -- the example

18   doesn't have to be connected to the case then, I guess.

19             MR. WARD:  Well, I think in most cases you could

20   probably say I see you're clean shaven; in this you have a

21   beard.  Yeah, I can see.

22             MR. HOCHBERG:  Right.

23             MR. WARD:  But, you know, I think that gets a

24   little bit into the weeds.  The main --

25             MR. HOCHBERG:  Well, just because you brought it


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028122

16

1    up.  So, I -- just --

2                  MR. WARD:  Well, the legal reason I pointed to

3    that example is when the Court and Justice Stevens was able to

4    say, I'm going to pull up this 100-year-old example and say

5    that's enough to support using photo ID to combat voter fraud.

6                  CHAIRMAN BONNEN:  Okay.  Thank you.

7                  MR. WARD:  So --

8                  CHAIRMAN BONNEN:  Thank you, Representative

9    Hochberg.  Let the record indicate Representative Hilderbran is

10   present.

11                 Members, any other questions of this witness?

12                 Representative Anchia.

13                 MR. ANCHIA:  Just one.  I just want to underscore

14   a distinct, an important distinction that you made earlier,

15   which was the distinction between an as-applied challenge and a

16   facial challenge.  Now, the Supreme Court in the Indiana case

17   only dealt with the facial challenge, correct?

18                 MR. WARD:  That's correct.

19                 MR. ANCHIA:  There's been no case related to the

20   Indiana law with respect to an as-applied challenge; is that

21   correct?

22                 MR. WARD:  That's correct to the best of my

23   knowledge.

24                 MR. ANCHIA:  Okay.  But you could imagine an

25   as-applied challenge that would be successful if the photo ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028123

17

1       regime was onerous and disenfranchised persons; is that correct?

2                   MR. WARD:  You could imagine an as-applied

3       challenge that would be successful with regard to almost any

4       law, affecting anything.  And that's --

5                   MR. ANCHIA:  And in the Indiana case, there was

6       no -- there was no as-applied challenge, simply a facial

7       challenge; is that correct?

8                   MR. WARD:  That's correct.

9                   MR. ANCHIA:  Okay.

10                  MR. WARD:  And -- and if I may -- you know, and

11      that's the difference between a facial challenge and an

12      as-applied challenge is in a facial challenge, you're saying

13      this whole law -- this law is invalid, it's unconstitutional,

14      please strike it down.

15                  And with regard to an as-applied challenge, you

16      can bring an as-applied challenge as to almost any law, whether

17      it's about voting rights or whether it's about a traffic

18      violation or whatever and say, as applied to me, this violates

19      some constitutional right.

20                  MR. ANCHIA:  And just to follow up on your -- on

21      your -- on your analysis.  And if there was a photo

22      identification regime that disenfranchised a significant amount

23      of voters, you could envision an as-applied challenge that would

24      be successful, correct?

25                  MR. WARD:  I could envision a challenge by a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001469

18

1    particular individual that might be successful, that you

2    could --

3                    MR. ANCHIA:  But if it was -- in scope of

4    magnitude, if you had a lot of people who were disenfranchised,

5    you could imagine an as-applied challenge that would be

6    successful.

7                    MR. WARD:  Well -- well, I couldn't imagine --

8                    MR. HOCHBERG:  Just using that assumption.

9                    MR. WARD:  Yeah.  I could imagine an individual

10   saying the constitution requires me to have an exception made in

11   my case for this law.  I --

12                   MR. ANCHIA:  I'll take that as -- as your

13   agreement.  Thank you.

14                   CHAIRMAN BONNEN:  Let the record reflect

15   Representative Gutierrez and Vice Chairman Veasey are present.

16   Representative Aliseda has a question.

17                   MR. ALISEDA:  Is it not true that with respect to

18   the Supreme Court case you cited, that there were efforts to

19   find plaintiffs that would be able to claim that the statute was

20   unconstitutional as applied to them?

21                   MR. WARD:  I don't know the full litigation

22   history of the case.  I don't know.

23                   MR. ALISEDA:  I thought the particular case cited

24   efforts by groups to come up with voters that were

25   disenfranchised by the Indiana statute that, in fact, the case



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028125

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

19

1    was pending several years prior to the actual hearing.

2                MR. WARD:  There likely were.  And that's

3    frequently the case in this kind of a challenge.  And when

4    you're unsuccessful in being able to dig up a plaintiff who has

5    a good as-applied claim, that can be part of the evidence that

6    the law is not facially unconstitutional because it's not

7    constitutionally significant in terms of the burden it imposes

8    on very many people.

9                MR. ALISEDA:  Thank you.

10                CHAIRMAN BONNEN:  Thank you, members.  Any other

11    questions of Mr. Ward?

12                Thank you, Mr. Ward.  Appreciate your time this

13    morning.

14                MR. WARD:  Thank you, Mr. Chairman and members.

15                CHAIRMAN BONNEN:  Okay.  Members, we -- at the

16    moment, we don't have any more of the expert witnesses present

17    with us.  I guess we started too early.  So we will begin with

18    the public testimony, and then as expert witnesses arrive, we

19    will bring them forward and allow them their opportunity.

20                So the chair calls Mr. B.R. Skipper Wallace,

21    legislative chair of the Texas Republican County Chairman's

22    Association to testify for Committee Substitute Senate Bill 14.

23                MR. WALLACE:  Mr. Chairman, committee members,

24    I'm pleasured to be here this morning.  My name is B.R. Skipper

25    Wallace.  I'm the legislative chairman for the Texas Republican



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028126

20

1      County Chairman's Association.  I've been an election judge and

2      a county chairman for 20 years.  I've testified on this -- not

3      this particular bill, but variations of this bill for the last

4      three sessions of the legislature.

5              One statement that's always made is that there

6      are very few documented cases of voter impersonation.  That's

7      true.  Voter impersonation is probably the most difficult type

8      of voter fraud to prove.  Unless the election judge where this

9      person goes to vote knows the person voting or the registration

10     card that they present, there is no way to prove voter

11     impersonation.  If you -- Mr. Veasey, if you present Mr. Pena's

12     card and you come up there and present it, I have no way to

13     dispute that as an election judge under the present law.

14             One concern about the bill is it is difficult for

15     seniors, the poor and handicap to get photo IDs.  We've -- we

16     have agreed in the bill to provide a significant effort to

17     educate, register anyone who does not have a photo ID at no cost

18     to them.  The intent of the bill is not to disenfranchise

19     anyone, but to improve the integrity of the voting process.

20             Secretary of State's office reports that there

21     are 13 million registered voters in Texas as of March 2010

22     primary, 18.7 million voting age population.  DPS reports that

23     there are more than 14 million valid Texas drivers licenses and

24     another 4 million valid Texas ID cards and 400,000 concealed

25     handgun licenses issued to Texans over 18 years old.  Currently,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028127

21

1   there are more government issued IDs possessed by the voting age

2   population than there are registered voters.  So I'm having a

3   real hard time of figuring out who doesn't have an ID already.

4   You can do the math on those numbers, and you tell me who

5   doesn't have one.

6           I beg you to stop perpetuating voter fraud and

7   pass a good voter photo ID bill.  Hopefully, the goal of

8   everyone on this committee and in the legislature is to improve

9   the election process in Texas.  I'll be glad to answer any

10  questions.

11          CHAIRMAN BONNEN:  Thank you, Mr. Wallace.  Any

12  questions, members?

13          Representative Vice Chair Veasey.

14          VICE CHAIRMAN VEASEY:  It's been awhile since

15  I've been in this room, so pardon me.

16          MR. WALLACE:  You were here last time I was here.

17          VICE CHAIRMAN VEASEY:  Yeah, that's right.  That

18  is right.

19          So what -- I know that you -- that you're

20  concerned about the point that you made about Aaron.  If I

21  have -- if I show you Aaron's voter registration card, that you

22  have to let me vote under the current law.

23          MR. WALLACE:  Right.

24          VICE CHAIRMAN VEASEY:  But why are you so

25  convinced that there is voter fraud?  Like what makes you -- is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001473

TX_00028128

22

 1     there -- is -- I know that -- I understand exactly what the

 2     point that you're trying to make, that it's easy for anyone to

 3     just say, Well, here, here's my card, you know, and that that

 4     may be going on throughout the state.  But what makes -- why are

 5     you -- why are you certain that that's going on throughout the

 6     state?

 7                    MR. WALLACE:  Well, there -- there is no way that

 8     you can prove that there's not voter fraud, and there's no way

 9     that I can prove that there is voter fraud because the

10     difficulty of proving voter impersonation.  It --

11                    VICE CHAIRMAN VEASEY:  Right.  But I think the

12     last statement that you made was that we need to stop

13     perpetuating voter fraud.  But you just said that neither one of

14     us can prove that voter fraud is or is not taking place.

15                    MR. WALLACE:  Well, it is our opinion --

16                    VICE CHAIRMAN VEASEY:  Uh-huh.

17                    MR. WALLACE:  -- that there is voter fraud in the

18     state of Texas --

19                    VICE CHAIRMAN VEASEY:  Based on?

20                    MR. WALLACE:  -- in various and sundry ways.

21                    VICE CHAIRMAN VEASEY:  Based on?

22                    MR. WALLACE:  Based on different reports from

23     different areas that -- of election judges that talk to me that

24     say that they have witnessed.  They have not pursued the case

25     and gone ahead and filed charges because they're not sure



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

23

1      sometimes.  But one election judge told me that they know or

2      they felt pretty sure that they saw the same guy come vote three

3      different times with three different cards, but there's not a

4      case on that.  So, you know, why don't we take an ounce of

5      prevention instead of a pound of cure and solve this problem.  I

6      mean, 90 percent of the voters that come to vote now, at least

7      in the polls that I work in, present a photo ID as it is,

8      without it being a requirement of the law.

9                    VICE CHAIRMAN VEASEY:  How many expired IDs do

10     you see when people --

11                   MR. WALLACE:  Not very many.

12                   VICE CHAIRMAN VEASEY:  Okay.

13                   MR. WALLACE:  No.  In fact, nobody -- everybody

14     thinks that an expired ID is not any good, which, you know,

15     there's some question as to whether an expired ID is any good.

16     But --

17                   VICE CHAIRMAN VEASEY:  How many student --

18                   MR. WALLACE:  -- I don't ever recall seeing an

19     expired ID presented at a voting place as a way to identify

20     themselves.

21                   VICE CHAIRMAN VEASEY:  How many -- how many

22     students, student IDs?

23                   MR. WALLACE:  How many students?

24                   VICE CHAIRMAN VEASEY:  Yeah.

25                   MR. WALLACE:  Well, being that we don't have a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001475

TX_00028130

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

24

1      college in the area where I'm from, we don't get --

2                     VICE CHAIRMAN VEASEY:  Okay.  Where --

3                     MR. WALLACE:  -- hardly any.

4                     VICE CHAIRMAN VEASEY:  And where are you from

5      again?

6                     MR. WALLACE:  Lampasas, Texas.

7                     VICE CHAIRMAN VEASEY:  Lampasas.  Okay.

8                     MR. WALLACE:  Uh-huh.  Small rural county.

9                     VICE CHAIRMAN VEASEY:  Yes.  Oh, yeah.

10     Absolutely.

11                    CHAIRMAN BONNEN:  Representative Hochberg.

12                    MR. HOCHBERG:  Thank you, chairman.

13                    Gosh, I thought everybody in Lampasas knew each

14     other.

15                    MR. WALLACE:  Well, you'd think so.  But even in

16     a small county like that, you know, we've got new people moving

17     in all the time, all these folks moving out of Austin, moving to

18     the hill country.  I don't blame them.

19                    MR. HOCHBERG:  Yeah.  Well, that -- that would

20     be -- I'd be worried about that too.  I don't know what it's

21     going to do to your property taxes.  It's probably making a

22     mess.

23                    MR. WALLACE:  Well, that's probably -- you're

24     right.

25                    MR. HOCHBERG:  So what do you -- what are you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001476

TX_00028131

25

1      going to do?  How are you -- how are you going to stop this dude

2      who shows up three times who's obviously gone through the effort

3      of coming up with three different voter registration cards or

4      three different sets of identification?

5                    MR. WALLACE:  Well, right now --

6                    MR. HOCHBERG:  I hadn't been -- I hadn't

7      been -- let me -- I hadn't been 18 for a long time, but I

8      remember that it used to be pretty easy to fake an ID or

9      something to be able to engage in certain activities that

10     weren't allowed to people who were under the age of 21.

11                   MR. WALLACE:  I know exactly what you're talking

12     about.

13                   MR. HOCHBERG:  And so if this dude who came in

14     three times went to the effort of I guess getting some kind of

15     fake identification, because they have to present either a voter

16     registration card or something --

17                   MR. WALLACE:  Voter registration cards was my

18     understanding what they --

19                   MR. HOCHBERG:  Or something.

20                   MR. WALLACE:  -- presented.

21                   MR. HOCHBERG:  Then --

22                   MR. WALLACE:  This was not in Lampasas County

23     that this happened.

24                   MR. HOCHBERG:  And I know -- I know on your

25     watch, you wouldn't let it happen in Lampasas County because you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001477

TX_00028132

26

1     would have reported it.

2                 MR. WALLACE:  Well, I would probably question --

3                 MR. HOCHBERG:  Sure.

4                 MR. WALLACE:  You know, let me -- well, see,

5     under law, I can't make them produce an ID.

6                 MR. HOCHBERG:  So when I produce a -- so if that

7     guy was going through that effort, don't you think under this

8     law, he'd have himself a fake ID too?

9                 MR. WALLACE:  Well, he'd have to have three fake

10    IDs.

11                MR. HOCHBERG:  Has three fake voter registration

12    cards.

13                MR. WALLACE:  Well, those aren't necessarily

14    fake.  You know, there's a business in Texas where they steal

15    voter registration cards and then pass them out --

16                MR. HOCHBERG:  I think there's --

17                MR. WALLACE:  -- for people to vote.  Or it's my

18    understanding.

19                MR. HOCHBERG:  I don't --

20                MR. WALLACE:  I've never seen that personally.

21                MR. HOCHBERG:  I don't know if that's true, but

22    there's -- there's a business -- I'm sure there are -- I know

23    there are businesses that create fake drivers licenses.

24                MR. WALLACE:  I'm sure there are.  We -- and we've

25    tried --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001478

VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

27

1              MR. HOCHBERG:  But were they easy to find.

2              MR. WALLACE:  -- to eliminate the number of IDs

3    that are available to use as a photo ID because we feel like

4    these are the most secure types --

5              MR. HOCHBERG:  But you would --

6              MR. WALLACE:  -- rather than the utility bills

7    and all this other stuff that we used to have.

8              MR. HOCHBERG:  Sure.  And but I know when I go to

9    the airport and try to get on an airplane that they don't just

10   look at my ID, but they've got all kinds of gadgets with the

11   little, you know, magnifying --

12             MR. WALLACE:  That's true.

13             MR. HOCHBERG:  -- glass and something, because

14   apparently, it's easy to fake unless you've been specially

15   trained to figure out how not to fake it.

16             MR. WALLACE:  Right.

17             MR. HOCHBERG:  So I'm just wondering if that -- I

18   say if that guy was going to go through the effort of either

19   doing that or cutting his mutton chops or whatever --

20             MR. WALLACE:  Don't know anything about mutton

21   chops.

22             MR. HOCHBERG:  Would he -- it doesn't take too

23   much of a stretch to think that he would go ahead and have the

24   appropriate kind of ID if he was --

25             MR. WALLACE:  I think eventually the situation



E S Q U I R E
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001479

TX_00028134

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

                                                              28

1    will evolve to you'll have a little -- a little zip thing like

2    they run credit cards through.  They have those for drivers

3    licenses also.  In fact, there are --

4              MR. HOCHBERG:  What would you do with that?

5              MR. WALLACE:  It gives you all the information

6    off the driver's license and actually puts it into the

7    electronic poll book right now.  There is a system available to

8    counties that does that, takes --

9              CHAIRMAN BONNEN:  Mr. Wallace?

10             MR. WALLACE:  Yes, sir.

11             CHAIRMAN BONNEN:  And Representative Hochberg, I

12   don't want to cut you off in any way --

13             MR. HOCHBERG:  I understand.

14             CHAIRMAN BONNEN:  -- but with all due respect --

15             MR. HOCHBERG:  We've got a long day.

16             CHAIRMAN BONNEN:  Well, no, I'm not even worried

17   about that, but we will have an expert witness from DPS who can

18   discuss --

19             MR. HOCHBERG:  Great.

20             CHAIRMAN BONNEN:  -- these driver's license.  No

21   disrespect to you, Mr. Wallace, but I don't think you're --

22             MR. WALLACE:  I'm just trying to answer the

23   question.

24             CHAIRMAN BONNEN:  I don't think.  No.  I know.

25   No, no.  I'm just -- I don't think that you're probably the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028135

29

1       expert to answer those.

2                   MR. HOCHBERG:  That's okay.

3                   CHAIRMAN BONNEN:  Go ahead, Mr. Hochberg.

4                   MR. HOCHBERG:  Let me ask you the other side of

5       the --

6                   MR. WALLACE:  Okay.

7                   MR. HOCHBERG:  -- of the deal.  I know that

8       you're -- I know that you are a partisan elected official, but

9       I'm sure you are very fair in the way you administer your

10      elections.

11                  MR. WALLACE:  I certainly try to be.

12                  MR. HOCHBERG:  Have you ever heard of a situation

13      where a person administering an election in a precinct, be they

14      republican or democrat, has done anything to discourage people

15      that he -- who he believes to be or she believes to be of the

16      other party, done anything to discourage them from voting?  Have

17      you ever heard of that happening?

18                  MR. WALLACE:  Well, I've not had a case filed

19      with me to --

20                  MR. HOCHBERG:  But you've heard of it?

21                  MR. WALLACE:  I've heard of it, sure.

22                  MR. HOCHBERG:  You've heard of it as much --

23                  MR. WALLACE:  Yeah.

24                  MR. HOCHBERG:  You've hear of it just like you

25      have --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028136

30

1                    MR. WALLACE:  On both sides.

2                    MR. HOCHBERG:  That's right.

3                    MR. WALLACE:  Yeah.

4                    MR. HOCHBERG:  And just like you've kind of heard

5          of folks maybe walking in --

6                    MR. WALLACE:  Yes, sir.

7                    MR. HOCHBERG:  -- more than once?

8                    MR. WALLACE:  Yes, sir.

9                    MR. HOCHBERG:  The one thing that I --

10                    MR. WALLACE:  We want to get that out of our

11         elections.

12                    MR. HOCHBERG:  I absolutely agree with that.

13                    MR. WALLACE:  We want elections fair and

14         aboveboard so everybody can vote that's supposed to.

15                    MR. HOCHBERG:  What I -- what I -- what I don't

16         understand is and what I don't see in the bill, and maybe you

17         can -- if you answer this question, I won't ask it again today,

18         but I've asked it --

19                    MR. WALLACE:  Okay.

20                    MR. HOCHBERG:  -- for a number of years on this.

21         You pick up my driver's license and take a look at it, and you

22         look at me, and you know that I'm a registered democrat.  I know

23         we don't have registration, but you know I voted in the primary.

24         You know who I am.

25                    MR. WALLACE:  Yes, sir.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028137

31

1                MR. HOCHBERG:  And you know it's not me
2      personally because you know I wouldn't let you do this, but --
3      but you know it's someone who's likely to vote, and it's not --
4      not you, but one of these other folks who have a history of
5      doing this kind of stuff, and they look at the license and they
6      say, I'm sorry, sir, this isn't you.
7                Now, I see references to training in here.  And
8      maybe I -- and maybe I'm missing it and --
9                MS. HARLESS:  May I help you with that?
10               MR. HOCHBERG:  If the chair -- if the chair would
11     allow.
12               CHAIRMAN BONNEN:  Well, are you asking her or Mr.
13     Wallace?
14               MR. HOCHBERG:  Well, I'm -- well, I'm asking him
15     what he would do, but if -- but if the chair would like Ms.
16     Harless to answer, that's up to the chair.
17               CHAIRMAN BONNEN:  Sure.
18               MS. HARLESS:  We do have an expert here from the
19     Secretary of State to talk about that in the discretions they
20     use --
21               MR. HOCHBERG:  Great.
22               MS. HARLESS:  -- and exactly what --
23               CHAIRMAN BONNEN:  Well, they're not here
24     currently.
25               MR. HOCHBERG:  But I'll defer until -- if


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001483

TX_00028138

32

1      somebody -- if --

2                      CHAIRMAN BONNEN:  Okay.

3                      MS. HARLESS:  Yeah.  We have.

4                      MR. HOCHBERG:  -- secretary of state wants to

5      talk about it, I'd love to hear it.

6                      MS. HARLESS:  On some questions, we do have

7      experts here from DPS, from the AG's office --

8                      CHAIRMAN BONNEN:  And I think we stated that.

9                      MS. HARLESS:  -- and also from the Secretary of

10     State.

11                     CHAIRMAN BONNEN:  Yeah.  We'll get to that.

12                     MR. HOCHBERG:  Okay.  Well, thank you, sir.

13     Thank you, sir.

14                     CHAIRMAN BONNEN:  Any other questions of this

15     witness, members?

16                     MS. HARLESS:  I have one.

17                     CHAIRMAN BONNEN:  Representative Harless.

18                     MS. HARLESS:  Thank you.

19                     CHAIRMAN BONNEN:  Yes, ma'am.

20                     MS. HARLESS:  I know that there's a lot of talk

21     about fraud.  And you and I personally may disagree on whether

22     that takes place or it doesn't take place in in-voter fraud.

23     But tell me, in your mind, what happens if one fraudulent vote

24     is cast?  Does that steal from a legitimate voter?

25                     MR. WALLACE:  Well, as you can see in a recent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028139

33

1     election contest, it doesn't take very many fraudulent votes to

2     change the election results.  And I --

3                    MS. HARLESS:  You --

4                    MR. WALLACE:  I don't want any fraudulent -- if

5     there's any way I can prevent it, I would like to have everybody

6     have their opportunity to vote.  I don't care -- I mean, I do

7     care who they vote for, but, you know, with their right to vote,

8     they can vote for whoever they want to, and however the results

9     come out, they come out.  But they need to be legitimate votes.

10                    MS. HARLESS:  Have you noticed the confidence in

11    the public when they come into your precinct to vote on

12    questioning if their vote really counts and the integrity of the

13    election process?

14                    MR. WALLACE:  On questioning of --

15                    MS. HARLESS:  If there's true integrity in the

16    election process.

17                    MR. WALLACE:  We don't question them as to

18    whether they --

19                    MS. HARLESS:  No, not them.

20                    MR. WALLACE:  Maybe I misunderstood the question.

21                    MS. HARLESS:  Do you have people coming in

22    saying, I'm not sure my vote really counts or --

23                    MR. WALLACE:  Oh, yeah.  Sure.  Yeah.

24                    MS. HARLESS:  Because they're questioning the

25    integrity of the election process?


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001485

TX_00028140

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

34

1          MR. WALLACE:  Well, you know, you hear all kinds

2     of horror stories, and the press is real good about playing up

3     the if, whens and maybes.  And yeah, people are real

4     apprehensive as to whether our elections are really credible or

5     not.  And when you get one horror story, then everybody is

6     suspect.  They lose confidence in the process.  And I think

7     presenting the ID will help reinstill it.  85 percent of the

8     people in Texas are in support.  Even the democrats, Mr.

9     Hochberg.

10          CHAIRMAN BONNEN:  Thank you.  Representative

11     Gutierrez.

12          MR. GUTIERREZ:  Thank you, Mr. Chairman.  And I

13     apologize.  I was in a LAP committee meeting that we had

14     earlier, and it's still going on at this time.

15          Mr. --

16          MR. WALLACE:  Wallace.

17          MR. GUTIERREZ:  Mr. Wallace, you suggest that the

18     voter fraud is difficult to ascertain and define.  But we had an

19     attorney general's investigation on this issue, did we not?

20          MR. WALLACE:  We have perpetual attorney general

21     investigation --

22          MR. GUTIERREZ:  And they certainly are the --

23          MR. WALLACE:  -- pertaining to voter fraud.

24          MR. GUTIERREZ:  And they are certainly the entity

25     that has the resources -- you would agree with me that they have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001486

TX_00028141

35

1      more resources than you do by way of --

2                  MR. WALLACE:  For sure.

3                  MR. GUTIERREZ:  -- law enforcement and

4      investigators to go out and find this very problematic problem,

5      as you suggest.  I mean, they have the resources to be able to

6      ascertain whether it's going on or not, do they not?

7                  MR. WALLACE:  The problem with that is, sir, is

8      that it is almost impossible to prove voter impersonation unless

9      you as an election judge say Mr. Aliseda is not Mr. Gutierrez.

10                 MR. GUTIERREZ:  But the State of Texas spent

11     $1.4 million to investigate this so-called problem.

12                 MR. WALLACE:  Well, I can't help that.

13                 MR. GUTIERREZ:  And your ounce of prevention as

14     we so far have it is going to cost the taxpayers $2 million,

15     which I don't believe.  It's going to cost my county over half a

16     million dollars, which I don't believe.  And yet at a time when

17     we have a budget crisis, we're asking people to go after a

18     problem that doesn't exist.

19                 MR. WALLACE:  Well, how much are legitimate

20     elections worth to you, sir?

21                 MR. GUTIERREZ:  Really?  You really think that we

22     don't have credible elections in the United States of America?

23                 MR. WALLACE:  I think we have pretty good

24     elections, but I want to make them better.

25                 MR. GUTIERREZ:  Right.  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001487

TX_00028142

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

36

1                    CHAIRMAN BONNEN:  Vice chair Veasey.

2                    VICE CHAIRMAN VEASEY:  Mr. Wallace, I just --

3                    MR. WALLACE:  Yes, Mr. Veasey.

4                    VICE CHAIRMAN VEASEY:   -- had one other thing

5       for you.

6                    MR. WALLACE:  Sure.

7                    VICE CHAIRMAN VEASEY:  Now, you -- you said that

8       you have heard certain things.

9                    MR. WALLACE:  Yes, sir.

10                   VICE CHAIRMAN VEASEY:   And that's one of the

11      concerns that I have about this bill and some of the allegations

12      that have been made since I've been in the legislature is that

13      there's a lot of innuendo, a lot of rumors, a lot of stories,

14      but no one can pinpoint, you know, one thing.  It's just stories

15      that have circulated.  How long have you been involved with the

16      election process?

17                   MR. WALLACE:  20 years.

18                   VICE CHAIRMAN VEASEY:  20 years?

19                   And when did the voter impersonation become a

20      problem?  Do you -- right --

21                   MR. WALLACE:  Probably within the last ten years.

22                   VICE CHAIRMAN VEASEY:  In the last ten years?

23                   MR. WALLACE:  Uh-huh.

24                   VICE CHAIRMAN VEASEY:  Okay.

25                   MR. WALLACE:  Or at least that's when people



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001488

TX_00028143

37

1   started, you know, telling me they thought that there was voter

2   fraud.  And you -- like I said, we all -- you always have to go

3   back.

4                   VICE CHAIRMAN VEASEY:  Right.

5                   MR. WALLACE:  You can't prove it unless you know

6   the one presenting the fake ID or the -- or the fake voter

7   registration card.

8                   VICE CHAIRMAN VEASEY:  Here -- I -- the one thing

9   that interests me about, you know, the stories that you were

10  telling about, well, you know, this person, you know, you heard

11  that in this other county that someone else voted or used a fake

12  ID and one guy voted three times, but no one really knew what to

13  do, no one --

14                  MR. WALLACE:  That's right.

15                  VICE CHAIRMAN VEASEY:  The red universe -- you

16  know, take off your -- your unbiased, you know, election judge

17  hat and think about the red universe, you know, the -- the

18  republican universe.  There are so many, you know, web blogs and

19  so many, you know, different, you know --

20                  MR. WALLACE:  I don't read all that mess.

21                  VICE CHAIRMAN VEASEY:   -- conservative web sites

22  and things like that that sort of -- and things, you know, get

23  around on those web sites.

24                  MR. WALLACE:  Sure.

25                  VICE CHAIRMAN VEASEY:  Why aren't there more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028144

38

1    specific stories that are being investigated by DPS and by the

2    attorney general's office through this network of conservative

3    blogs and conservative activists if there are so many specific

4    allegations of voter fraud and voter impersonation that are

5    taking place?  I mean, you would think that, you know, with this

6    vast network, that we would already, you know, be knowing about

7    this and that the attorney general's office would be conducting

8    an investigation right now.

9              MR. WALLACE:  Well, voter impersonation is what

10   we're talking about today.  There's lots of different kinds of

11   voter fraud, but voter impersonation is the one particularly

12   working on in this deal.

13             VICE CHAIRMAN VEASEY:  Right.  But if there are

14   stories of voter impersonation that you've heard of from other

15   republicans around the state, surely I could go on -- I could,

16   you know, get my iPad right now and go on one of these

17   conservative blogs or one of these conservative web sites and

18   hear about specific stories and specific allegations of voter

19   fraud that have taken place.  And undoubtedly, you know,

20   Attorney General Abbott would be investigating those claims

21   right now.  But I know of no claims that have been investigated.

22   I know of no serious or credible stories that I've heard of on

23   any of these blogs or any of these sites.  But if it's so

24   widespread and it's taking place and you -- and we know that

25   there are specific stories out there and not just innuendo and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001490

TX_00028145

VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

39

1     not just things that people have heard about certain areas or

2     certain neighborhoods, why are they not being investigated?

3                    MR. WALLACE:  Well, you've got to understand the

4     nature of the beast that you're dealing with in an election

5     judge.  These are all volunteers.  They do it once every two

6     years or maybe twice every two years.  They are very hesitant to

7     call somebody to taw, so to speak, when they think there may be

8     voter impersonation because they're not sure.  And unless

9     they -- unless I know you and you come in with Mr. Pena's card

10    and try to present that you're Aaron Pena, then I can call you

11    that.  Well, under the law, I can't even do that.  So

12    it -- election judges are very hesitant to bring these things

13    forward.

14                    We need to provide a way for them to say,

15    you're -- you are not Aaron Pena.  I don't know who you are, but

16    you're not Aaron Pena, and you've got Aaron Pena's card.  I --

17    you know --

18                    MS. HARLESS:  Mr. Chairman, may I?

19                    CHAIRMAN BONNEN:  Well, I don't know if Vice

20    Chair Veasey is finished.

21                    VICE CHAIRMAN VEASEY:  I'm done.  Yes.  I'm

22    finished.  Thank you.

23                    CHAIRMAN BONNEN:  Representative Harless.

24                    MR. WALLACE:  Yes, sir.  Thank you.

25                    MS. HARLESS:  Representative Veasey, we will have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028146

40

1      someone here from the AG's office to talk about any specific

2      cases that have been prosecuted.

3                        VICE CHAIRMAN VEASEY:  Thank you.

4                        MS. HARLESS:  Thank you.

5                        CHAIRMAN BONNEN:  Thank you.  Any other questions

6      of Mr. Wallace?

7                        MR. TAYLOR:  If I could just make a comment.

8                        CHAIRMAN BONNEN:  Sure.  Representative Taylor.

9                        MR. TAYLOR:  I think Mr. Wallace had done a

10     pretty good job of laying out the fact that it's very difficult

11     to prove, unless you absolutely know the people.  And the idea

12     that we have a loophole out there that people are aware of that

13     could be driven through with a truck and we just allow that to

14     continue without closing that loophole, basically, we can't

15     prove a case, it's almost unprovable at this point is a little

16     bit of a stretch.  And I think Mr. Wallace has done a good job

17     of presenting his view.  Thank you.

18                       CHAIRMAN BONNEN:  Representative Aliseda.  We

19     have a lot more witnesses than just him.  So --

20                       MR. WALLACE:  I'm not the only one.

21                       CHAIRMAN BONNEN:  Well, we're -- we're not --

22     believe me, we're not waiting for any expert.

23                       MR. WALLACE:  I'm one of these volunteer experts.

24                       MR. ALISEDA:  There's two purposes served by this

25     statute.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001492

41

1                    MR. WALLACE:  Yes, sir.

2                    MR. ALISEDA:  Is that not correct?

3                    One is to stop actual voter fraud, and the other

4       is to --

5                    MR. WALLACE:  Whatever voter fraud there is.

6                    MR. ALISEDA:  Voter impersonation.  And the other

7       is to build confidence in the system among the citizens --

8                    MR. WALLACE:  Yes, sir.

9                    MR. ALISEDA:  -- is that not correct?

10                   MR. WALLACE:  I would say that, yes.

11                   MR. ALISEDA:  And there is a perception by the

12      public that there is voter fraud or voter impersonation

13      occurring; is that not right?

14                   MR. WALLACE:  I believe so.

15                   MR. ALISEDA:  And it's not because it's a

16      republican or democrat issue.  You've cited that even democrats

17      believe voter ID is a requirement, should be a requirement?

18                   MR. WALLACE:  Yes, sir.

19                   MR. ALISEDA:  Part of this perception comes out

20      from newscasts, for example, of voter registration drives where

21      Mickey Mouse was registered; is that not correct?

22                   MR. WALLACE:  That, and even illegal aliens

23      registering people in the Houston area.

24                   MR. ALISEDA:  All right.

25                   MR. WALLACE:  I know there's some documented



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028148

VOTER FRAUD HEARING - VOL. 1                      MARCH 1, 2012

                                                         42

1     cases on that.

2                  MR. ALISEDA:  And you believe that this statute

3     would help instill voter confidence --

4                  MR. WALLACE:  I do.

5                  MR. ALISEDA:  -- in the system; is that right?

6                  MR. WALLACE:  I've been very much supportive of

7     this for the last eight years.

8                  MR. ALISEDA:  I have no further questions.

9                  CHAIRMAN BONNEN:  Any other questions, members?

10                 Thank you very much.

11                 MR. WALLACE:  Thank you, sir.

12                 CHAIRMAN BONNEN:  Thank you.

13                 MR. WALLACE:  Thank you.

14                 CHAIRMAN BONNEN:  Chair calls David Carter.  He

15    is here to represent himself as a private individual.  He is

16    testifying for the committee substitute to House Bill 14.  Thank

17    you.

18                 MR. CARTER:  David Carter, Temple, Texas.  I've

19    been an election judge.  I retired from the Air Force in 1993

20    and have been functioning as a judge, a clerk, since that time.

21    I've been searching for the logical connection, someplace where

22    I could prove voter fraud.  And until about three weeks ago or

23    four weeks ago, I could not find it.  I had to just back off and

24    say I really don't have that much concern about voter fraud.

25                 But I sat at the desk of Karen Richards, about 30



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

E S Q U I R E
DEPOSITION SOLUTIONS

TX_00028149

43

1    years' experience in the Secretary of State Elections Division,

2    and I inquired -- I was -- I was asking about what happens when

3    you register to vote and you take that form and you check, "I

4    have not been issued a Texas driver's license/personal

5    identification number or Social Security number"?  I said, What

6    happens when you do that?  She says, As that -- as that comes

7    from the county up to the statewide voter registration database

8    that she maintains, they automatically send that back to the

9    county registrar, saying put this person on the registration

10   list with an S, with a suspense.

11          Now, suspense normally refers to a voter ID card

12   that's been returned in the mail because they've moved, you

13   know, a couple of blocks over.  But it also -- the S also

14   pertains to people who say, I have no ID at all.  At that point,

15   all that person has to do to vote under the current Texas

16   election code is wait till the next election, show up with a

17   utility bill that has his name, his or her name, and that

18   address that's on the voter registration list, and they're

19   allowed to vote.

20          In Houston, ACORN and various other advocacy groups

21   are going out in the neighborhoods, going to the homes where

22   there are not registered voters, and they're suggesting to them

23   that they check the one you don't have ID whether -- whether or

24   not they have a driver's license or not.  And this checkmark

25   is in the database.  Karen Richards can give you a report like



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001495

TX_00028150

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

44

1    she gave Senator Williams while I was sitting at the desk.  He

2    was on the phone with her, asking how many people -- and I'm not

3    sure what geographic area he was looking for, probably

4    Houston -- how many people checked that.

5               There isn't anybody -- you talk about resources.

6    Nobody has the resources to go and check out all these things.

7    There's nobody doing it because they don't have the resources.

8    They don't have the mandate to do it.  So my four points for my

9    testimony in the last 15 seconds is this bill is really about

10   proof of citizenship.  It's not about fraudulent voters or just

11   ID.  The danger of voter fraud is the illegals that come into

12   this country, fraudulently commit perjury, commit -- say they're

13   citizens, and they get automatically on the voter list.  That's

14   a problem.  And the photo ID kills that problem.  It solves it

15   with no changes to registration or anything else.  Voter ID is

16   the only thing that can fix the problem.

17               CHAIRMAN BONNEN:  Thank you, Mr. Carter.

18               MR. CARTER:  Proof of citizenship.

19               CHAIRMAN BONNEN:  Representative Hochberg has a

20   question.  Mr. Carter, Representative Hochberg --

21               MR. HOCHBERG:  Mr. Carter, thank you.  You know,

22   I -- since, as you know, DPS is the only one who checks

23   citizenship, not the voter registrar, then I imagine -- let me

24   ask you about a proposal and see -- just get your reaction to

25   it.  If ultimately what we're doing here is attempting to, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028151

45

1       guess, overlay the DPS database on top of the voter registration

2       database or essentially make sure that they match, make sure

3       that you can find somebody in DPS, make sure they've been issued

4       a driver's license?

5               MR. CARTER:  The Secretary of State Elections

6       Division looks at when the -- if a person should properly fill

7       this form out and say they have a driver's license number, they

8       do check that to make sure the name and the license number

9       match.  If they don't match, they send it back and say don't --

10      don't register this person.

11              MR. HOCHBERG:  I understand that.  And they --

12      and they send back --

13              MR. CARTER:  Okay.  What was your question then?

14              MR. HOCHBERG:  So my question is why do we need a

15      voter registration system at all?

16              MR. CARTER:  Well, because the --

17              MR. HOCHBERG:  Why don't we --

18              MR. CARTER:  Because in the --

19              MR. HOCHBERG:  Why don't we just --

20              MR. CARTER:  The --

21              MR. HOCHBERG:  Let me make sure you understand

22      what I'm asking before I answer --

23              MR. CARTER:  I understand perfectly the question.

24              MR. HOCHBERG:  -- before you answer the question.

25              Why don't we just chuck this whole system --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001497

TX_00028152

46

1              MR. CARTER:  Swipe the ID card, swipe the
2       driver's license.
3              MR. HOCHBERG:  Why don't we just chuck this whole
4       system where we don't have -- we don't have registration at all.
5       And if you've got a driver's license, that's the voter
6       registration for you --
7              MR. CARTER:  That's a good --
8              MR. HOCHBERG: -- or you have a state ID.
9              MR. CARTER:  It's a good concept because when you
10      early vote, they just swipe your driver's license.  You don't
11      show your voter ID card or anything else, and it --
12             MR. HOCHBERG:  That's not true, at least where I
13      do it.
14             MR. CARTER:  Well -- well, they -- they looked
15      at -- as they swipe your driver's license, it brings up your
16      name and address.  It does do that.
17             CHAIRMAN BONNEN:  I early vote continually.  I've
18      never had my driver's license swiped.
19             MR. CARTER:  If you don't have your registration
20      card, they'll take your driver's license.  And it will bring
21      up --
22             MR. HOCHBERG:  But they don't swipe it.
23             MR. CARTER:  Yeah.  They do.  In Bell County they
24      do.
25             MR. HOCHBERG:  Okay.  Well, they don't in


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028153

47

1      Brazoria County.

2                    MR. CARTER:  Okay.  So -- but where they swipe

3      it --

4                    MR. HOCHBERG:  I want to be clear it's not a

5      statewide --

6                    MR. CARTER:  Or if they look at it, they see that

7      the name and the address are the same.

8                    MR. HOCHBERG:  But I guess just back to my

9      question.

10                   MR. CARTER:  Well, to answer -- to answer your

11     question --

12                   CHAIRMAN BONNEN:  Well, real -- Representative

13     Hochberg, I want -- I want to be clear.  That occurs in some

14     counties, but is not a statewide technology that is being

15     implemented.

16                   MR. CARTER:  Right.  And -- it's either --

17                   CHAIRMAN BONNEN:  So that's fine.  That's --

18                   MR. CARTER:  Either you swipe it or you look at

19     it.

20                   CHAIRMAN BONNEN:  No, no.  We understand that.  I

21     just want to make clear that the ability to swipe is not being

22     done on a statewide basis.

23                   Representative Hochberg.

24                   MR. CARTER:  But they can present the ID and

25     driver's licence.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001499

TX_00028154

48

1           CHAIRMAN BONNEN:  We understand that.  We

2      understand that.

3           MR. CARTER:  Okay.  So the answer to your

4      question is, is down in where I served for 15 years, I went over

5      the precinct maps for all the precincts in Justin County, 100

6      and -- about 101 precincts.  Some of them had six people, some

7      of them had 3,500.  But those precincts are drawn based on the

8      Port of Beaumont -- excuse me -- the Port of Port Arthur taxable

9      authority.  There's all kind of different entities.  And these

10     maps are drawn for very specific purposes of the county court

11     and the various taxing and legal agencies.  So precinct lines

12     are important.  Your address --

13          MR. HOCHBERG:  I don't doubt that.

14          MR. CARTER:  To simply bring in a driver's

15     license and say I live at this address, I want to vote because

16     the --

17          MR. HOCHBERG:  No, no.  You'd have to vote in the

18     right precinct.

19          MR. CARTER:  You have to give --

20          MR. HOCHBERG:  I'm asking if you're concerned

21     that ACORN and other volunteer groups and volunteers from either

22     party are out inexperienced, doing wrong things, then couldn't

23     we solve all the problems that this bill attempts to solve and

24     then a whole lot of others by replacing the existing voter

25     registration system and just letting DPS do that?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001500

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

49

1              MR. CARTER:  Well, I'm trying to answer your

2     question.  I understand your question --

3              MR. HOCHBERG:  Okay.

4              MR. CARTER:  -- Mr. Hochberg.

5              The answer to the question is, is that the

6     counties and the various taxing entities have a very big

7     interest in the lines of those maps and the fact that a person

8     is properly pegged in this precinct, not in this precinct.

9              MR. HOCHBERG:  Well --

10             MR. CARTER:  The -- their driver's license, the

11    encoding on that, or whatever else it is you're asking that they

12    present wouldn't be able to delineate what tax -- the ballot you

13    get.  The automated ballot machine, the last time I served as a

14    clerk down in deep west Port Arthur, we had -- on the machine,

15    they have to select, you know -- the ballot that comes up on the

16    screen depends on how they're registered.  Registration is a big

17    deal.  It's not just to be a citizen of Texas.

18             MR. HOCHBERG:  At times it doesn't appear -- it

19    doesn't --

20             MR. CARTER:  Beg your pardon?

21             MR. HOCHBERG:  It depend -- that -- well, I don't

22    want to -- thank you for your answer.  I don't want to--

23             MR. CARTER:  Okay.  I think that's -- that's a

24    pretty good answer that it's important to be registered

25    properly.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001501

TX_00028156

50

1                    CHAIRMAN BONNEN:  Right.  Thank you.

2      Representative Veasey has a question.

3                    MR. CARTER:  Yes, sir, Mr. Veasey.

4                    VICE CHAIRMAN VEASEY:  One of the things that

5      President Bush tried to accomplish but he was not able to, 43,

6      not 41, was that he talked about bringing people out of the

7      shadows and trying to pass the immigration reform bill so people

8      could assimilate into society and work, become citizens.  And I

9      specifically remember the term, you know, bringing people out of

10     the shadows.  Why would people that are in the shadows, why

11     would they want to risk a jail sentence by casting a vote as an

12     illegal alien?

13                   MR. CARTER:  That's a very good question.  The

14     question, if I understand it, is why would somebody risk going

15     to jail?  But down here it says I --

16                   VICE CHAIRMAN VEASEY:  Especially someone that

17     likes to live in -- live in the shadows.

18                   MR. CARTER:  -- I am a resident.  I have not

19     been, da, da, da, and I sign this.  And it says:  I understand

20     giving false information to procure voter registration is

21     perjury and a crime under state and federal law.  Jail up to 180

22     days.  That would make it a misdemeanor, I believe, less than a

23     year.  Fine up to $2,000.

24                   So why would a person risk this?  It's because

25     there is no enforcement activity.  There's no history in the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001502

TX_00028157

51

1    secretary -- in the attorney general's office or any of the

2    county offices.  There isn't anybody with the resources or the

3    time to go out and do this, to verify these things.  They

4    can input what they want, and they are, in fact, doing it.  And

5    if I were -- if I were a representative, I would introduce a

6    bill to put everyone in the state on suspense, and they would

7    have to show proof of citizenship because that's the first

8    question:  Are you a United States citizen?  People are lying

9    about that.  They're fraudulently registering, and they're

10   fraudulently voting, and they'll continue to do so.

11              CHAIRMAN BONNEN:  Thank you.

12              Representative Gutierrez.

13              MR. CARTER:  Yes, sir.

14              MR. GUTIERREZ:  I'm sorry.  He made me laugh.

15              I appreciate your testimony.

16              MR. CARTER:  Thank you.

17              MR. GUTIERREZ:  Let me ask you this:  So it's

18   your contention that there's hoards of illegal immigrants coming

19   to vote in Texas?

20              MR. CARTER:  Yes.

21              CHAIRMAN BONNEN:  Really?

22              MR. CARTER:  I'm on the border.  I watch them

23   come across.  I'm in Bell -- Bell County.

24              CHAIRMAN BONNEN:  Well, Mr. Carter, you're

25   not representing that they're coming here for the pure purpose



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028158

52

1      of voting.  You're suggesting that there are a number --

2                    MR. CARTER:  No.  I just answered the question.

3      He said there's a lot of them that are voting, yes.

4                    CHAIRMAN BONNEN:  I'm not questioning you on

5      that.  His comment was that they are coming here for that

6      purpose.

7                    MR. CARTER:  Oh, I didn't --

8                    CHAIRMAN BONNEN:  Correct.

9                    MR. CARTER:  I didn't hear that part of the

10     question.  Is that what you said?  You asked if they're coming

11     here for -- for voting?

12                   MR. GUTIERREZ:  Let me rephrase.

13                   It's your contention that there's hoards of

14     illegal immigrants that come to the United States for whatever

15     reason and just choose to go to the ballot box to go cast their

16     vote and commit voter impersonation?

17                   MR. CARTER:  Well, that's an important thing.

18     They -- I think it's important for this -- all the members of

19     this committee to have a clear distinction between voter

20     impersonation and being a non-citizen.  I think the problem of

21     voter impersonation is a minuscule problem, and it's very hard

22     to do, and I think that having -- getting three fake IDs would

23     be a real problem.  I don't worry about that.  I worry about a

24     20 percent increase in the state population of illegal aliens

25     coming across in McAllen and Mission and points further west,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

53

1       Laredo, and not being caught by Border Patrol and not being

2       detected in the interior --

3                       CHAIRMAN BONNEN:  We -- Mr. Carter --

4                       MR. CARTER:  -- and they're registering to vote.

5       They are being registered.

6                       CHAIRMAN BONNEN:  Mr. Carter.  Mr. Carter, with

7       all due respect, this is about voter ID --

8                       MR. CARTER:  I answered the question.

9                       CHAIRMAN BONNEN:  Well, I understand.  It is not

10      an issue about whether our borders are secured and those type of

11      things or --

12                      MR. CARTER:  Excuse me.  I didn't mean to imply

13      that.

14                      CHAIRMAN BONNEN:  I understand.  But let's stay

15      on the issue of voter ID.

16                      MR. CARTER.  Okay.  Okay.  His question, though,

17      is about if they're coming across.

18                      CHAIRMAN BONNEN:  I understand his question.

19                      MR. CARTER:  And the photo ID, this -- this

20      bill -- this bill will stop that practice.

21                      MR. GUTIERREZ:  His response, Mr. Chairman,

22      brings about the next question.

23                      CHAIRMAN BONNEN:  I figured it would.

24                      MR. GUTIERREZ:  So they're out there voting --

25                      MR. CARTER:  Uh-huh.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028160

54

1            MR. GUTIERREZ:  -- and you stated that this is

2      not voter impersonation.  Are they voting as Juan Valdez or, you

3      know --

4            MR. CARTER:  No.  They're voting under the name

5      that they pay their utilities at, where they've been housed and

6      illegally harbored --

7            MR. GUTIERREZ:  Yeah.

8            MR. CARTER:  -- in violation of federal law.  And

9      they check I'm a U.S. citizen, and they get to vote.

10           MR. GUTIERREZ:  So hoards of illegal immigrants

11     are voting?

12           MR. CARTER:  Okay.

13           MR. GUTIERREZ:  All right.

14           MR. CARTER:  Yes.  Absolutely.

15           MR. GUTIERREZ:  Very good.

16           MR. CARTER:  That's my concern.

17           MR. GUTIERREZ:  And yet no district attorney has

18     found it --

19           MR. CARTER:  No.

20           MR. GUTIERREZ:  -- no law enforcement's found it.

21           MR. CARTER:  Nobody has the task to verify this.

22           MR. GUTIERREZ:  So they're like a ghost?

23           MR. CARTER:  You might want to appropriate some

24     money and give them some money to do it, let them go do it.

25           CHAIRMAN BONNEN:  Representative Pena has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028161

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

55

```
1    question.
2                   MR. GUTIERREZ:  Very good.  Thank you, sir.
3                   MR. CARTER:  Yes, sir.
4                   MR. PENA:  I live down in McAllen, Edinburg area.
5                   MR. CARTER:  Great.
6                   MR. PENA:  And I support the voter ID bill.
7                   MR. CARTER:  Thank you.
8                   MR. PENA:  But I want -- I just want to make the
9    record clear.  There really aren't hoards of illegal immigrants
10   voting.  I observe elections quite closely, and I do have a lot
11   of complaints about areas of voter fraud that need to be
12   addressed, but this is really not something the general public
13   should get riled up about.
14                   In my experience, and I've -- you know, I've been
15   involved in politics for a long time.  I've simply not seen
16   large numbers of illegal immigrants voting.  So I think we need
17   to move on to things that --
18                   CHAIRMAN BONNEN:  Right.
19                   MR. PENA:  -- that are probably -- that we can
20   address.  Because I don't see that problem.  And I'm there, and
21   I support the bill.  And you'll see other people here from the
22   audience from South Texas who will probably tell you the same
23   thing.
24                   MR. CARTER:  Okay.  Well, I support the bill
25   because it would fix the problem whether it exists or not.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001507

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

56

1              CHAIRMAN BONNEN:  That really wasn't the

2    question, though.  Thank you.

3              MR. CARTER:  Okay.  All right.

4              CHAIRMAN BONNEN:  Thank you, Representative Pena.

5              Any other questions of Mr. Carter?

6              Thank you very much for being here, Mr. Carter.

7              MR. CARTER:  Thank you.

8              CHAIRMAN BONNEN:  William Butch Marsalis.

9              MR. MARSALIS:  Marsalis.

10             CHAIRMAN BONNEN:  Marsalis.

11             MR. MARSALIS:  Yes, sir.

12             CHAIRMAN BONNEN:  Thank you, sir.  Okay.  If

13   you'd let me finish introducing you, I'd appreciate that.

14             MR. MARSALIS:  Okay.

15             CHAIRMAN BONNEN:  He's president of the Panola

16   County Conservatives, Panola County Conservatives.  He is here

17   to testify for the committee substitute to House Bill 14.  Thank

18   you.

19             MR. MARSALIS:  Thank you, sir.  And I apologize.

20             Lady and gentlemen, my wife, Karen L. Marsalis,

21   and I, William R. Marsalis, from Panola County, Texas.  We

22   strongly support passing without amendment and without exception

23   Texas Senate Bill 14 to require a photo ID to be allowed to

24   vote.  We are both 65.  And when we applied for Social Security,

25   we were required to show a photo ID and our Social Security



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001508

TX_00028163

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

                                                              57

1    card.  Our bank requires a photo ID in order to cash checks,

2    particularly above a certain dollar amount.  The other day at

3    Wal-Mart, I was required to show a photo ID in order to use my

4    credit card --

5              CHAIRMAN BONNEN:  Sir.

6              MR. MARSALIS:  -- to make purchases.

7              CHAIRMAN BONNEN:  Are you supporting the

8    substitute to the bill or --

9              MR. MARSALIS:  No, sir.  I'm -- I'm supporting --

10             CHAIRMAN BONNEN:  So you're not here to

11   testify on this --

12             MR. MARSALIS:  -- without -- in support.  I'm

13   supporting without amendment.

14             CHAIRMAN BONNEN:  Are you testifying on the

15   substitute?

16             MR. MARSALIS:  I read the substitute, and I -- I

17   support the bill without those amendments and --

18             CHAIRMAN BONNEN:  Without --

19             MR. MARSALIS:  -- without the exceptions.  No

20   exceptions.

21             CHAIRMAN BONNEN:  Okay.

22             MR. MARSALIS:  No exemptions, I should say.  I

23   think the wording was exemptions.

24             CHAIRMAN BONNEN:  Okay.  So then you oppose the

25   substitute.  Because the bill, as passed through the Senate, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028164

58

1     the substitute both have exemptions.

2                    MR. MARSALIS:  I would really rather see it

3     without exemptions, but I support --

4                    CHAIRMAN BONNEN:  I understand.

5                    MR. MARSALIS:  -- having a photo ID required to

6     vote.

7                    CHAIRMAN BONNEN:  Okay.  So are you testifying

8     for the substitute, because that's what's before us?

9                    MR. MARSALIS:  I am supporting a photo ID with --

10                   CHAIRMAN BONNEN:  I understand that.

11                   MR. MARSALIS:  Yes, sir.

12                   CHAIRMAN BONNEN:  Are you --

13                   MR. MARSALIS:  Yes, sir.

14                   CHAIRMAN BONNEN:  -- testifying on the

15    substitute?

16                   Thank you.

17                   MR. MARSALIS:  Yes, sir.

18                   CHAIRMAN BONNEN:  That's what I needed to hear.

19                   MR. MARSALIS:  All right.  Also, when I entered

20    Fort Belvoir Army post to visit our son, we was required to show

21    a photo ID in order to get on the post.  In 2009, at the

22    Marshall Lowe's, I was required to show a photo ID to buy a lawn

23    mower battery.  We understand and agree totally with having

24    photo ID to prove who we are to our bank, to the Social Security

25    Administration, to Wal-Mart, to anyone else.  We do not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001510

59

1    understand showing a photo ID to buy a lawn mower battery;

2    however, we did without complaint.

3         We do not require to show a photo ID to vote.  With

4    the ease of registering to vote, the system is ripe for abuse.

5    The only logical explanation or reason that I can see and my

6    wife can see and the Panola County Conservatives can see with

7    opposing the requirement to have a photo ID to vote is to keep

8    the situation ripe for abuse and to ease -- easier for people to

9    vote multiple times or to vote for someone else's voter card.

10   Please pass this Senate Bill 14 to require a photo ID to be

11   required to vote.  Thank you.

12        CHAIRMAN BONNEN:  Thank you very much for being

13   here.

14        Any questions, members?

15        Thank you.  Appreciate having you here today.

16        Cynthia Le Pori -- I hope I got that

17   right -- representing yourself, is here to testify for committee

18   substitute to Senate Bill 14.

19        MS. LE PORI:  Yes.  Hi.  I'm not representing any

20   large group of people.  I'm just representing myself as a U.S.

21   and Texas citizen.  I do not understand why --

22        CHAIRMAN BONNEN:  Would you -- I -- ma'am --

23        MS. LE PORI:  Excuse me?

24        CHAIRMAN BONNEN:  -- and for everybody, when you

25   come up to testify, I know it's peculiar because I've just said



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028166

60

1      your name and called you up, but please, when you come up, for

2      the record, we need you to state your name.

3                    MS. LE PORI:  Oh, I'm so sorry.

4                    CHAIRMAN BONNEN:  For the -- no, no, no.  No, no.

5      It's okay.

6                    So just for everybody, please state your name and

7      that you're testifying for the committee substitute or against

8      the committee substitute, and then you can go from there.  Thank

9      you.

10                    MS. LE PORI:  Okay.  Sorry about that.

11                    CHAIRMAN BONNEN:  No, no, no.  You're okay.

12      Thank you.

13                    MS. LE PORI:  Here's my question.  If we do

14      have --

15                    CHAIRMAN BONNEN:  All right.  Well, would --

16      would you go ahead and do that, though?

17                    MS. LE PORI:  Cynthia Le Pori.  I'm sorry.

18                    CHAIRMAN BONNEN:  Thank you.  There you go.

19                    MS. LE PORI:  I'm Cynthia Le Pori.

20                    CHAIRMAN BONNEN:  And you're for the committee

21      substitute --

22                    MS. LE PORI:  And I am -- yes, sir, I am.

23                    CHAIRMAN BONNEN:  -- for Senate Bill 14.

24                    Thank you.  Could you say that for us?

25                    UNKNOWN SPEAKER:  Start her time over.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028167

61

1              CHAIRMAN BONNEN:  Yeah.  We'll handle the time,

2      sir.  We --

3              MS. LE PORI:  Well, actually, I don't need you to

4      start my time over --

5              CHAIRMAN BONNEN:  Okay.

6              MS. LE PORI:  -- because I don't really have a

7      whole lot to say.

8              CHAIRMAN BONNEN:  Okay.  Would you say that

9      you're testifying for the committee substitute Senate Bill 14?

10             MS. LE PORI:  Yes, I am.

11             CHAIRMAN BONNEN:  Thank you.

12             MS. LE PORI:  Uh-huh.

13             Here's my question:  If we do have to show an ID,

14     a picture ID, for something as simple as cashing a check, which

15     is completely understandable, why would it make sense for anyone

16     not to have to show a picture ID for someone to do something as

17     serious as vote?  It just doesn't make any sense to me.  I think

18     it's ridiculous.  I think we have to prove as citizens -- we

19     have to prove our ID for some of the simplest things, so it's

20     just common sense to me.  Let's bring some validity and some

21     honesty to our voter process.  And that's my only comment.

22             CHAIRMAN BONNEN:  Great.  Thank you very much.

23             Any questions, members?

24             Thank you.  Appreciate your being here.

25             Robert Green, a -- representing himself, a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

62

1     retired state employer -- or a state employee for 30 years is

2     here to testify for Senate Bill -- committee substitute Senate

3     Bill 14.

4              MR. GREEN:  Mr. Chairman, members of the

5     committee, my name is Bob Green, and I am a 30-year state

6     employee, still active.  I still have a couple in college, so I

7     owe, I owe, so it's off to work I go.

8              But yes, I am here today to testify in favor of

9     the committee substitute for Senate Bill 14.  I have submitted a

10    little -- very small, one-page bit of testimony, and I -- most

11    of the other people who have come up here before I have spoken

12    have talked about many of the points that are pertinent to this

13    situation.  And I'd like to just say that it all boils down to a

14    very simple situation.  I am a deputy voter registrar also here

15    in Travis County.  And if I'm sitting behind the desk and

16    someone presents them self in front of me, one basic principle I

17    think is important to everybody, that one identifiable

18    individual who is not otherwise disqualified from casting a

19    ballot in the election being held and at the polling place where

20    he or she appears in person to do so equals one eligible voter.

21    That's what this whole thing boils down to.

22              It's not like we're trying to reinvent the wheel

23    or anything else.  People have mentioned the fact that just

24    virtually every business transaction that we carry out in person

25    requires the presentation of a voter ID, a picture ID, so that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001514

TX_00028169

VOTER FRAUD HEARING – VOL. 1                        MARCH 1, 2012

                                                                63

1       that individual knows that the person that's presenting the

2       credit card or is signing the piece of paper or what, that they

3       are the person that is there, that they can be identified.  And

4       that's really all I have to present to this committee.  It's as

5       simple as that, is that we need to maintain the integrity of

6       our -- of our vote, of our election.  It's all about integrity,

7       and it's all about the reputation of our country, and so that

8       people can feel confident in our election process.

9                     CHAIRMAN BONNEN:  Thank you very much.

10                    MR. GREEN:  Thank you.

11                    CHAIRMAN BONNEN:  Any questions, members?

12                    Thank you, Mr. Green.

13                    MR. GREEN:  Thank you.

14                    CHAIRMAN BONNEN:  Appreciate your being here.

15                    Mr. Bledsoe, have you filled out your witness

16      affirmation?

17                    MR. BLEDSOE:  Yes, sir.  Let me grab it.

18                    CHAIRMAN BONNEN:  Would you please bring it

19      forward.  We'd like to call you up at this time as one of our

20      expert witnesses.  Sorry to do that to you, but we want to get

21      these experts up early.  Mr. Char will take that affirmation.

22                    MR. BLEDSOE:  Okay.  Sure.  I think he -- yeah --

23      has already handed it in.  So we already have that.

24                    CHAIRMAN BONNEN:  Oh, very good.

25                    This is Mr. Gary Bledsoe representing the NAACP,


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                         MARCH 1, 2012

64

1       and I imagine you're here to testify against the committee

2       substitute Senate Bill 14?

3                       MR. BLEDSOE:  That's correct.  That's correct.

4                       CHAIRMAN BONNEN:  Very good.  Thank you, Mr.

5       Bledsoe.  Go ahead and state your name for the record and begin.

6       You have ten minutes --

7                       MR. BLEDSOE:  Okay.

8                       CHAIRMAN BONNEN:  -- and then the committee will

9       be able to ask you questions.

10                      MR. BLEDSOE:  Okay.  Thank you very much.

11                      CHAIRMAN BONNEN:  Thank you, Mr. Bledsoe.

12                      MR. BLEDSOE:  I want to thank all of you for

13      giving me the opportunity to appear before you.  And I appear

14      here --

15                      CHAIRMAN BONNEN:  Mr. Bledsoe, don't forget to

16      state your name and -- and who you're with for the record.

17                      MR. BLEDSOE:  Okay.  My name is Gary Bledsoe.

18      I'm the president of the Texas State Conference of NAACP

19      branches.  And I'm here as a fellow Texan to discuss with you

20      what I feel is a proper direction for us to move in if we're

21      going to be fair and right.

22           Now, we've observed that many activities have occurred

23      within our state that have been somewhat problematic, that have

24      caused individuals to feel as though it's appropriate to

25      intimidate minorities from voting.  And indeed, each election



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001516

65

1    cycle we have election teams.  And our election teams around the

2    state are required to submit information to us and work with us

3    from what's called an election central to work on issues of

4    election intimidation, election irregularities.

5            And we have found numerous problems in many

6    places around the state, whether it's Harris and Fort Bend not

7    allowing individuals to exercise challenged ballots, whether

8    it's individuals who are intimidating persons within the voting

9    site, whether it's individuals in Bell County who are being

10   accosted and interrogated by individuals.  But the election

11   officials are not stepping in to assist the voters.  So we've

12   seen problems recently, whether it's Texarkana or Fort Worth or

13   Wharton County or Harris County.  The election irregularities

14   are everywhere.

15           And so the fundamental point we want to make is

16   that the Voting Rights Act would suggest to us that we should do

17   what we can to ensure minority participation in voting.  And

18   we've seen a much larger problem with the issue of voter

19   intimidation and voter irregularities than we've seen with the

20   issue of the need for an identification.  The evidence just is

21   not there to say that we need a voter identification

22   requirement.  However, I understand that other people have

23   different points of view.

24           Our point of view is that if you do desire to go

25   ahead and address the issue of voter identification, that you do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028172

66

1    that in a way that is measured, that is intended to ensure

2    minority participation in the election system so that we can

3    comply with the Voting Rights Act and so that all people will

4    have an opportunity to participate in the process.  What we

5    feel, what our position has always been is that we want both

6    parties competing for the minority vote and not to have any

7    individual saying that we want you -- we want to cut you out

8    because you vote a certain way; so therefore, we're going to

9    stop you from being able to vote.

10            We think what the Voting Rights Act suggests is

11   that if you empower minorities with the power to vote, that

12   parties should go out and compete with ideas and not with

13   activities that will undermine the ability of African-Americans

14   to be able to vote.

15            You know, in Texas, we have a sordid history in

16   reference to African Americans not being able to vote.  You

17   know, back in 1974, in Palestine, Texas, Frank Robinson, who

18   had -- was a legendary civil rights advocate who was working to

19   get African-Americans registered when that was somewhat new in

20   our state, was actually killed at his home.  And 1974 is not

21   that long ago, my friends.  And so -- and we still continue to

22   have the problems that we had.

23            Now, as far as the -- I know much has been made

24   of the laws in other states.  And I would say that if we took a

25   look at the Indiana law and took a look at the Georgia law,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1       those laws are better than the law that's actually put forth

2       before you.  And indeed, Georgia is a covered jurisdiction.  But

3       there's one thing that's very different about Georgia that we

4       don't have in this state.  In Georgia, they -- they had a law

5       that mandated that every citizen in the State of Georgia had to

6       have -- had to have a state issued identification card, whether

7       it's a driver's license or some other identification.  This is

8       the -- and I get this from the source of the United States

9       Department of Justice.  And so when they implemented the

10      requirement, everyone in Georgia had the voter identification

11      card.  And so here we know that number is -- that we have a

12      significant number of people who don't have the proper

13      identification.  And I know last time when there was a lot of

14      discussion about compromise and there was some compromises that

15      were reached in reference to a proposed voter identification

16      bill, that there were many other ways, more, many more than what

17      are provided in this bill, that would enable someone to actually

18      prove that they are who they say they are.

19                 You know, we have a great concern with the

20      hostility that we've observed from election officials around the

21      state that -- we have a great concern that they will be fair,

22      that those election officials will exercise their authority in

23      an even-handed way.  When you're not allowing people to cast

24      challenged ballots, that's a problem.  And so what we want is to

25      suggest that let's provide other means and measures, and the law



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

68

1    should provide guidelines, because when you allow too much

2    discretion without direction to an election official then we

3    understand that they will probably be exercised in a way that is

4    not fair across the board.  And so when you arm them with so

5    much information or so much authority, we think that's

6    problematic.

7                Now, the -- some of the activities that we have

8    identified, I've laid out to you, but I want to talk

9    specifically about the laws.  You know, I think that, indeed,

10   when you allow an individual -- we need to have more time to

11   allow an individual to go in and to prove who they are if we're

12   going to have a voter ID requirement.  Because let's stand back.

13   We have a law that says you should allow someone to have two

14   hours off if you're going to go and vote.  But we don't have the

15   same opportunity for an individual to come in and to prove that

16   they are who they say they are, to go ahead and consummate what

17   needs to be consummated with their challenged ballot.

18               Now, the people who are likely to be challenged

19   are, by and large, people who have jobs, who have got to work.

20   They're individuals who won't have the latitude.  And let's say

21   we live in some other county and outside the county, and you've

22   got to drive 50 miles to the county seat or what have you to be

23   able to do this.  And so that's problem.

24               Now, the other problem too is when we look at the

25   number of people who don't have the requisite kinds of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028175

69

1     identification cards that -- what will be in place to really

2     enable those individuals to be able to register and vote.  I

3     think the one thing that's clear is that there are a number of

4     locations within our state such as down in Presidio County where

5     people who may be of limited means, who don't have a ready

6     availability of transportation, are not going to be able to

7     easily afford or afford at all to go and -- to go to the nearest

8     driver's license office 50, 75 miles away and to get a driver's

9     license.  So those individuals are going to be in a very

10    difficult position because the logistics just aren't there for

11    them.  So I think that it needs to be a lot friendlier in terms

12    of the ability to get an identification requirement.

13            You know, the law -- and I think that the criminal

14    provision in the law, where you've stepped up the penalty in the

15    proposal to a second degree felony, is somewhat draconian.  I

16    think current law allows for felony prosecution.  I think

17    stepping this up to a second degree will have a chilling effect

18    on individuals.  We know the case about the Prairie View 19 in

19    Waller County where that county continues to have problems.  You

20    know, that was the county a few years back that had numbers of

21    votes that were registered or applications for voter

22    registrations for African-Americans that were not processed

23    before the election.  And it was only after the attorney

24    general's office was there and observed those that they were

25    required to go ahead and process those applications.  But those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028176

70

1    voters were not allowed to vote.  And I'm talking about things

2    in current days.  These are not things from yesteryear.  These

3    are not things from 10, 20 years ago.  So we have a lot of

4    problems there we're seeing.  So in a wholistic way, we don't

5    think we need a law, but if we do, let's get a law that's fair

6    where minorities can continue to compete and to be part of the

7    process.

8                      CHAIRMAN BONNEN:  Thank you, Mr. Bledsoe.

9                      MR. BLEDSOE:  Thank you, sir.

10                     CHAIRMAN BONNEN:  Appreciate your time today.

11                     Representative Taylor has a question.

12                     REPRESENTATIVE TAYLOR:  Did I had hear you say

13   that the Georgia and Indiana laws are better than what is being

14   proposed here?

15                     MR. BLEDSOE:  Yes, they are.

16                     REPRESENTATIVE TAYLOR:  The only thing you

17   referred to different was the time to provide proving who you

18   are, correct?  After the -- you don't have photo ID so you have

19   two days, six days, ten days to present proof?

20                     MR. BLEDSOE:  That's one item.

21                     REPRESENTATIVE TAYLOR:   And I'm just --

22                     MR. BLEDSOE:  Their laws are not the same.

23                     REPRESENTATIVE TAYLOR:  Because Georgia only

24   allows two days and this bill as proposed allows six days.  So

25   I'm just curious what other areas do you think the Indiana and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001522

71

1        Georgia laws are better than what's being proposed here?

2               MR. BLEDSOE:  Okay.  The -- one thing is Georgia

3        allows a valid employee ID card containing a photograph from any

4        branch, department, agency or entity of U.S. government or

5        Georgia or any county, municipality, board, authority or other

6        entity of the state.  I think that's large.  It allows valid

7        tribal identification cards.  The -- it also does provide -- and

8        I think this committee substitute may have addressed this part,

9        but I remember the idea about the part of the expired driver's

10       license, that you could have an expired driver's license and

11       actually have that work as well.  I know in Indiana the -- any

12       state, federal, local government employee identification was

13       permitted there.  The -- let's see here.

14              In Indiana and Georgia the hard data that existed

15       -- there was hard data that both Indiana had and that Georgia

16       had that did show that almost every eligible voter had the

17       identification.  I don't think we've generated the hard data

18       here to do that.  And I do think that there were student

19       identifications that were permitted in one or both of those

20       states.  So I think there were a number of areas of the types of

21       identification.  And, indeed, I think Indiana had a longer

22       period that allowed you to come in and to prove.  So I think

23       there were other --

24              MR. TAYLOR:  Your main concerns would be on what

25       types of photo ID are required, is the main difficulty you have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

72

1      between the Indiana/Georgia versus the SB-14 as proposed?

2                 MR. BLEDSOE:  That's one of the reasons, yes.

3      And that's really kind of very important.  And I think that

4      there was an exception I think in Indiana that allowed for

5      various substitutes outside the process or what was identified,

6      and I don't think that was provided for in Georgia because

7      everyone in Georgia already had the photo ID.

8                 CHAIRMAN BONNEN:  Thank you.  Any other

9      questions, Representative Veasey?

10                 REPRESENTATIVE VEASEY:  Gary, thank you for

11      coming to testify this morning.  And I want to thank you for

12      your service to NAACP for so long.  The NAACP has never out --

13      the NAACP has never been a popular organization because of the

14      stances that y'all have taken on civil rights issues.  I went to

15      the Civil Rights Museum at Troy State in Montgomery, Alabama and

16      was reading about some of the bus boycotts with Rosa Parks and

17      some of the other activities to register people to vote.  And if

18      you were a member of the NAACP back then, you could actually

19      lose your job.  So a lot of the maids and servants and people

20      that worked at country clubs and worked in doctors' offices and

21      things of that nature, they would actually try to keep it a

22      secret that they worked at the NAACP because they risked not

23      being able to earn a living or yet maybe even have their life

24      threatened.  And you fast forward to today, and, you know, we

25      know what happened at the NAACP banquet last year with the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

73

1    doctor tapes and with Dr. Laura ranting and raving about the

2    NAACP, amongst other things.  And y'all are still going strong,

3    and thank you very much.

4                    MR. BLEDSOE:  Thank you.

5                    REPRESENTATIVE VEASEY:  I wanted to ask you about

6    Voting Rights Act.  And I think the thing that concerns me about

7    this bill was that the Voting Rights Act, one of the things that

8    it sought to dismantle were some of the barriers that were

9    placed in front of voters who were trying to register to vote or

10   cast a ballot, particularly African-American voters.  So there

11   were literacy tests.  There were poll taxes.  There were

12   quizzes, how many bubbles in a bar of soap?  Who was a better

13   president, Abraham Lincoln or George Washington, different

14   things like that.  And those serve as sort of a barrier, or

15   you're putting something in front of someone that's making it

16   very difficult for them to exercise their suffrage.  Have you

17   seen any bills that have been passed on the Texas legislature

18   since the implementation of the Voting Rights Act that has been

19   as burdensome to voters as this bill?  Because and I was trying

20   to think.  You know, I've been here four sessions now and have

21   worked in politics a little bit longer than that, but I cannot

22   recall, myself, any other sorts of laws that have been advanced

23   or even attempted to be advanced that would place such a burden

24   back onto the voters pre the Voting Rights Act.

25                    MR. BLEDSOE:  Clearly, Represent Veasey, it's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001525

VOTER FRAUD HEARING - VOL. 1                      MARCH 1, 2012

74

1    very true that this is one of the most burdensome bills that has

2    been proposed because, obviously, the upshot, you can almost

3    take it to the bank to say that when the bill is passed, when

4    the bill goes into effect -- I guess the relevant question is if

5    you look at the numbers of voters that we have today.

6              REPRESENTATIVE ANCHIA:  Mr. Chairman, just really

7    quickly.  I apologize, Mr. Bledsoe.  I'm very distracted.  Mr.

8    Green in the front row keeps mouthing the words "bullshit" over

9    and over again.  I find it extremely offensive as he is -- Mr.

10   Bledsoe is trying to testify here.  I saw it once and I let it

11   go.  You've done it twice.  So I'd ask that you admonish members

12   of the audience not to be disrespectful to the people who are

13   testifying.

14             CHAIRMAN BONNEN:  Appreciate that, Representative

15   Anchia.  We would ask that any reactions to the witnesses and

16   their comments be kept to yourself.  And thank you, Mr. Bledsoe.

17   You may continue.

18             MR. BLEDSOE:  Sure.  This would be the requisite

19   question.  If you take a look at the voters now, there is a

20   circle of voters and these are the voters that are eligible to

21   vote.  The question is once this law is passed, what will the

22   new circle of voters look like who are eligible?  And as a

23   secondary question, what is provided in the statute if there is

24   a difference to make up the difference to make sure that there

25   is not a diminution or a suppressed or lower minority vote?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001526

75

1          And so I think if we take a look at that, and

2     when you look at the specific IDs that are selected here and you

3     then you look at the availability of how you can come and to

4     prove that you are the person that you are, and with the wide

5     discretion that is allowed to someone if there is a one letter

6     wrong in a name, they've got the wrong middle initial, issues

7     like that, with that kind of discretion, if you look at that the

8     number of voters is going to be significantly lower in the new

9     circle.

10          And the law is not going to enable people in the

11    new circle to -- or people outside the new circle to come in and

12    make it look like the current circumstance.  So I think that's

13    problem number one on the Voting Rights Act.  I think clearly

14    you are going to be disenfranchising minority voters.  There's

15    no question about that in terms of who has the IDs, who doesn't

16    have the IDs and who is going to be victimized by election

17    officials.  Training is good, but I think training is really up

18    to the individual.  I think things really need to be in a

19    statute that really lay it out.

20          There are also other concerns that we have.  You

21    know, the -- if you allow individuals to engage in intimidation

22    within a voting site, that's a serious problem.  And no one's

23    really talked about that issue.  But we had a huge problem in

24    Harris County with that this last time.  We do know that

25    minority voters in Bell County and in Bowie County were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028182

76

1    intimidated and interrogated by individuals who had no right to

2    do that about how they might have voted.  And people were

3    allowed to be around voting sites with intimidating signs and

4    accost voters.  We think that's a problem because that continues

5    to exist and will suppress the vote.  We're saying is let

6    everybody vote and vote the way that whatever their conscious

7    might be.

8              When we look at the history of our state,

9    Representative Veasey, and we talk about the issues with the

10   NAACP, those things have lasted for many, many years.  You know,

11   back in 1919 there was an attempt by the State to get NAACP

12   rolls and shut down the NAACP, and then it happened again in the

13   1950s.  The head of the NAACP, back in 1919, John Shillady, a

14   white male, was beaten near death near where we are right now.

15   And when the governor was asked about it by the New York Times,

16   he said there was only one culprit and that that culprit has

17   already been punished.  So we've had that kind of history that

18   truly continues.  But we always reach out to try to be

19   bipartisan.  We're happy to have, like, for example, our number

20   members, secretary, Rob Page.  He's always been somebody we work

21   with on some of the standards issues.  So we try to reach out to

22   both parties to say that we are bipartisan.  So when we come

23   before you, you know we're not saying things for one reason or

24   another that's partisan interest.  We're saying it because

25   really and truly this bill will have a negative impact on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001528

TX_00028183

77

1    minority vote, and you can take that to the bank.  It's a

2    different --  we're a covered jurisdiction.  Those other

3    jurisdictions, at least Indiana, is not covered.  Georgia had

4    the law where everybody had the ID.  That's a big difference

5    from what we have right now.

6              REPRESENTATIVE VEASEY:  Gary, does the NAACP have

7    any opinions on why maybe Texas would want to pass a more

8    stringent law than Georgia or Indiana?

9              MR. BLEDSOE:  Well, I mean, I think that one

10   thing that seems to be occurring, and that is, you know, we have

11   a large Hispanic population.  And what I'm concerned about is

12   that there is a great concern, in other words, to make sure that

13   the Hispanic population does not vote at certain levels.  And so

14   if there was some -- if you could show me evidence where in this

15   county somebody had an identification or they voted and they

16   weren't who they said they were, but it just is not a problem.

17   I don't think many people -- let's think about this.  You're

18   going to go out there in public, currently, and you're going to

19   walk up to a polling site with people looking at you and you're

20   going to say that you're someone other than who you are.  And

21   you're going to -- and it's already a felony for you to do that.

22   I think the current law discourages people from doing that.

23   That's why we haven't seen prosecutions around the state.  There

24   may have been one or two over the years.  It's really not a

25   problem.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001529

78

1              Voter intimidation, the lack of fairness by

2      election officials, those are much larger problems than people

3      voting who aren't who they say they were.  That's a fiction.

4      Someone looks at the law and they believe that this is a

5      potential problem.  But it hasn't been shown, because I do think

6      you put yourself at risk if you go and vote and you're not who

7      you say you are.  So there's not really a need for that.  So

8      this bill will have a great impact on African-Americans.  I

9      think it will have an even more enormous impact on the Latino

10     community.

11              REPRESENTATIVE VEASEY:  If some of the folks got

12     up and testified earlier, said they were concerned about the

13     integrity of the voting process in Texas; they don't have

14     confidence in the voting process in Texas, how would, you know,

15     folks that are different from them feel about the voting process

16     in Texas if barriers and burdens were placed in front of them

17     and they were not able to go and vote?  Because I understand

18     their sentiments and what they're saying, but my biggest concern

19     is that, okay, you pass a very stringent law and you make it

20     hard for people to vote, and in particular make it hard for

21     people that let's say that live in my district or districts like

22     mine around the state, you make it hard for them to vote.  Well,

23     then, also they would, in turn, end up not having, you know,

24     confidence in the voting system.  And already there are issues

25     with other forms of voting that I think the people in my


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028185

1      district have issues with.  And just wanted you to kind of

2      address that too, that you want to have a fair system and a fair

3      process because you don't want anyone to feel like that the

4      system is not one that is of integrity.

5                  MR. BLEDSOE:  Well, you know, I think in many

6      ways Texas has an exemplary system because I think we have

7      evolved.  And I think that you -- by allowing people to -- we

8      have -- we allow people who have been on paper, who have had

9      felony convictions, once they're off paper to vote.  That's

10     somewhat progressive.

11                 REPRESENTATIVE VEASEY:  In the South, that's very

12     progressive, absolutely.

13                 MR. BLEDSOE:  So Texas has kind of evolved.  And

14     when we've come over here in years past and we've put out our

15     report card, you have numbers of both parties that get A's or do

16     well on the NAACP report card.  But I see that there is a

17     movement in this country to really push back.  There's a lot of

18     anti minority sentiment for various reasons that seems to be

19     occurring.  And I feel that that anti minority sentiment is at a

20     root of some of these issues relating to voter identification

21     because there's no -- unless you can show me the facts, and I

22     defy anyone in the room to come forward and show me the facts

23     where you've had a problem with people misrepresenting who they

24     are.  You may have one or two instances of that over all these

25     years.  So that's not a problem.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

80

1          So we're here, and this is going to put an

2     additional obstacle on people to prevent them from being able to

3     vote.  And I don't think that -- and I think this would impact

4     any community if something was put up in place to undermine them

5     from their ability to be able to exercise their right to vote.

6          You know, if someone -- if someone has mail that

7     shows that they work at a certain address, like in the bill that

8     we worked on last time and Representative Anchia kind of led

9     some efforts to compromise, why does that not have integrity?

10    Why is it that you have to have the identification?  And then we

11    go again back to the PV19 where those young students were all

12    wrongfully prosecuted, and they were who they said they were.

13    So there's been more of a problem on the other side than there

14    is for voters doing that.  But this is again on minority voters.

15         So we think that this is going to be a bill

16    that's going to have a real problem with pre-clearance and that

17    you can't just look at Georgia and say Georgia is pre-cleared

18    because Georgia could show straight up that this is not going to

19    have a disadvantage.  We can't show that.  That's not true here.

20    And the numbers of people who are not in that new circle, I

21    think those numbers are going to be disproportionately in the

22    minority.

23         REPRESENTATIVE VEASEY:  Yeah.  And I want to

24    applaud you for coming up with specific examples of how people

25    were intimidated in Waller County and Bell County and Bowie



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028187

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

81

1      County recently, not something like you said from yesteryear,

2      but something recently, and not just innuendo and rumor.

3                    I have an e-mail right here that was sent to me

4      last election cycle that had gone out to Republican voters and

5      tea party types from the executive director of the Tarrant

6      County Republican party saying, "If you think voter fraud

7      doesn't happen in our area, think again.  We need poll watchers

8      in Democratic precincts.  Some of these locations are not very

9      safe areas.  So this is not for the timid."  And once again,

10     those types of things are rumor.  That's innuendo.  There's

11     nothing concrete, like what you pointed to today, and I just

12     think that, as far as bringing Texans together, that sort of

13     rumor and innuendo, those are the types of things and sort of

14     generalizations that people have been making about minorities

15     and voting since reconstruction.  And I just think that passing

16     law based on that sort of -- of these sorts of stories is just

17     bad.

18                    MR. BLEDSOE:  That actually sounds somewhat

19     inciteful to me, but I didn't hear the whole e-mail, but just

20     the whole tenor of that, "This is not a safe area," that is

21     stereotypical and that is trying to get people charged up in a

22     certain way to go into a minority community.  So it's a

23     prescription for disaster.  So I think that is indeed

24     problematic to do that that way.

25                    CHAIRMAN BONNEN:  Were there problems in Tarrant



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001533

TX_00028188

VOTER FRAUD HEARING - VOL. 1                     MARCH 1, 2012

                                                                    82

1     County this election cycle?

2               MR. BLEDSOE:  We did.  We had some previous

3     election cycles but not this one reported --

4               CHAIRMAN BONNEN:  There weren't any this time?

5     Thank you.  Represent Aliseda.

6               REPRESENTATIVE ALISEDA:  I'm not ready to concede

7     that our statute is any more stringent than Indiana or Georgia's

8     statute.  But you make a point that this particular requirement

9     will affect minority communities more than other groups.  Do you

10    have any data as to what members of the black community or the

11    Hispanic community do not have one of the prescribed forms of

12    identification or could not get one of the prescribed forms of

13    identification?

14              MR. BLEDSOE:  No, I don't have specific data to

15    show that.  I will say this, a couple things.  Several years ago

16    we presented a study to this body in reference to racial

17    profiling.  We submitted several.  And one of the things we did

18    is we looked at driver's licenses.  We looked at car ownership

19    and things of that nature.  And we were able to show that there

20    was disparities in the certain counties that we looked at out in

21    East Texas.  And, again, when I mentioned the point about

22    Presidio County, that's just one example.  That will negatively

23    impact minorities in that area because of the placement of

24    driver's license sites for you to go and actually obtain a

25    driver's license.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001534

TX_00028189

83

1              In other words, to say in the statute that you

2       can get a driver's license for free is one thing.  But if you're

3       poor, if you're unable to travel, you don't have the ready means

4       of transportation, your life is your immediate environment,

5       that's going to be tough and difficult.  But I think that what

6       happened in Indiana and Georgia is they went out and got that

7       data.  So they didn't have to get interest groups or others to

8       come and get the data.  They had the data to show what the

9       current circle was and what the new circle would become.

10             REPRESENTATIVE ALISEDA:  This particular or

11      something very similar requirement for voter identification has

12      been something pending before the legislature for several years

13      now.  And, you know, I'm surprised that here we are in 2011, and

14      we do not have individuals coming forward and saying, "I do not

15      have an identification.  I cannot get an identification."  I

16      live in Bee County.  Do you know where Bee County is, sir?

17             MR. BLEDSOE:  I've been there.  Tried cases

18      there.

19             REPRESENTATIVE ALISEDA:  It's South Texas, 90

20      miles from San Antonio, 56 miles from Corpus Christi.  If we did

21      not have a driver's license facility in our county, in our small

22      county seed of 13,000, we have available free or almost free of

23      charge, rural transportation to take you to Corpus Christy to

24      get whatever it is you need, to take you to San Antonio,

25      whatever you need.  And that's available to anyone, regardless



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028190

84

1    of their financial status.  It costs them a dollar to ride the

2    rural transportation system to Corpus Christi.  All they have to

3    do it call and make an appointment.  They'll come and pick them

4    up, even if they have a handicap.  They have accessibility that

5    way.

6              So I'm having a hard time understanding how it is

7    that we can make these representations that these

8    identifications are going to impact the minority community more

9    than any other community when we have things available to remedy

10   that.  And we've had this thing pending for years and years and

11   I have yet to see a witness -- I assume we may have one later, I

12   don't know -- that is going to come forward and say, "I am not

13   going to get an ID and I can't get an ID."

14             MR. BLEDSOE:  And I think the point -- and let me

15   say here, I think number one is as you've challenged us, I would

16   encourage you to challenge other people to produce people who

17   have misrepresented who they were and to produce instances of

18   examples of people who were not -- who manipulated the system

19   and voted fraudulently because that doesn't exist.  So just like

20   the point of challenging us to produce someone.  But now what

21   we're saying is, we're saying people -- we're saying most of the

22   people that are going to be impacted have limited means.  And

23   when you say that Bee County has certain kinds of

24   transportation, that doesn't mean that the other 253 counties in

25   the state have the same kind of transportation.  And we're not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028191

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

85

1        saying that people would not be eligible to get identification.

2        We're saying that it's difficult.  And, you know, one man's

3        dollar is another man's thousand dollars.  So when you have

4        people on fixed incomes, budgets, limited circumstances, we

5        can't begin to preach and to say how easy it would be for them

6        to be able to get transportation and to go to where they need to

7        be.

8                    Plus, it needs to be education, because we need

9        to be able to reach out to identify people and let those people

10       know that you're no longer going to be able to vote.  So there's

11       going to have to be tentacles that reach into the community to

12       get those people to know that they should go and affirmatively

13       take steps to go and get the identification.  That's going to be

14       another requirement.

15                   REPRESENTATIVE ALISEDA:  Well, does not the

16       statute provide for substantial education?

17                   CHAIRMAN BONNEN:  Correct, it does.  Thank you.

18       I think Represent Harless has a question.

19                   REPRESENTATIVE HARLESS:  Thank you for being here

20       today, Mr. Bledsoe.  You have such a smoothing voice that even

21       when I disagree with you, I can't help but smile.  I wanted to

22       ask you, did you have an opportunity to read the committee

23       substitute?

24                   MR. BLEDSOE:  I have not.  I have been briefed on

25       the committee substitute, but I haven't actually sat down and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001537

TX_00028192

86

1    read it, but I have been briefed on it.

2              REPRESENTATIVE HARLESS:  Okay.  You mentioned

3    earlier about a problem with a name, like an initial or a

4    different last name.  There was provisions made in the Senate

5    bill and also in the substitute that would allow that.  So I

6    want to rest your mind that if somebody shows up and their name

7    is very similar and they sign an affidavit, they will be able to

8    vote.

9              The other thing is did you have an opportunity to

10   listen to the testimony in the senate hearing on SB14?

11             MR. BLEDSOE:  I was there for most of the day.

12             REPRESENTATIVE HARLESS:  Did you testify on that?

13             MR. BLEDSOE:  Yes, I did.

14             REPRESENTATIVE HARLESS:  There was

15   representatives from Indiana and Georgia, and we have some here

16   today as well.  And they testified that the percentage of voter

17   turnout increased after the passage of this law.  And I wanted

18   to mention, when you talk about this bill being different from

19   Georgia and Indiana, this bill is tailored along the Indiana

20   law, and in upholding the Indiana's photo ID, the U.S. Supreme

21   court stated, "Confidence in the integrity of our electoral

22   process is essential to the functioning of our participatory

23   democracy.  Voter fraud drives honest citizens out of the

24   democratic process and breeds distrust in government.  Voters

25   who fear their legitimate votes will be outweighed by fraudulent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028193