VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

87

1    ones will feel disenfranchised."  Do you know of what percentage

2    of the registered voters actually turned out to vote in the

3    general election in 2010?

4              MR. BLEDSOE:  I do know that the numbers of

5    overall minority vote was lower.  I can't stand here and cite

6    for you the actual number, but I do know it was lower than in

7    the past in terms of the percentage of the vote that was

8    minority.  I do know, like in Harris County, I think the Latino

9    vote was extremely low in that county.

10             And I know that when you say that in Indiana or

11   Georgia that the numbers went up, you have an apparition.  You

12   have the candidacy of Barack Obama that throws off and skews all

13   the figures.  So you have to take other elections to look at to

14   have an appropriate --

15             REPRESENTATIVE HARLESS:  Even though neighboring

16   states like Mississippi did not have an increase in turnout in

17   2008, even though Georgia did and Mississippi does not have a

18   photo ID?

19             MR. BLEDSOE:  And I haven't looked at the

20   Mississippi figures, and I don't know that you can say that

21   there is a one 100 percent correlation.  But I think you can

22   clearly say that it's very clear that there is a dominant theme,

23   and that is that minority turnout was much higher in 2008 than

24   it was in other places.  And it may be that one can cherry pick

25   and find, well, this state didn't have a higher turnout.  That



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001539

TX_00028194

88

1    could be an apparition to other reasons.  I think we need to

2    look at what the minority voter turnout was in Mississippi and

3    see if that was higher than in 2004.  And I would suggest it

4    probably would be.

5              And I know we look at -- I was at a seminar the

6    other day, and they said that in Obama's Candace /SEU 1 out of

7    11 whites voted for him in Alabama, 1 out of 10 in Mississippi,

8    1 out of 7 in Louisiana, but in Texas he received 35 percent of

9    the white vote.  But you can see the disaffection in some of

10   those communities, like when you mentioned Mississippi.  There

11   may be other reasons why there was not a greater voter turnout.

12             REPRESENTATIVE HARLESS:  I want to mention that

13   I'm very confident that this bill will meet the test of the U.S.

14   Supreme Court and also for pre- clearance because there are

15   certain standards that they've asked that be upheld, and that is

16   that the bill deters and detects fraud, that it protects public

17   confidence in the election, that it counts only eligible voters'

18   votes, and also provides access for free ID, allows for

19   provisional ballots and in ballot absentee ballots and ensures

20   obtaining a photo ID is no more burdensome or inconvenient than

21   the actual act of voting.  And we also provided exemptions for

22   elderly, disabled and indigent.  So I'm very confident that our

23   bill meets these standards.  And thank you so much for being

24   here today.

25             MR. BLEDSOE:  You're quite welcome.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028195

89

1          CHAIRMAN BONNEN:  We're down to only a few

2     minutes here before we need to break for session.

3     Representative Gutierrez, do you have -- you don't have to but

4     -- Representative, Veasey.

5          Thank you, Mr. Bledsoe.  We appreciate your

6     testimony here today.

7          MR. BLEDSOE:  Chairman, thank you very much.

8          CHAIRMAN BONNEN:  Thank you.  Give me a public

9     witness.  We're going to do one more public witness.  They have

10    three minutes, and that way we'll keep moving.  Chair calls

11    Colleen Vera, retired teacher, here to testify for the committee

12    substitute Senate Bill 14.  You have three minutes.

13          MS. VERA:  My name is Colleen Vera.  I represent

14    myself, and I am for the committee substitute.  I am a native

15    Texan and retired Texas teacher.  I volunteered to work as a

16    poll watcher during the early voting in 2010.  In that one day I

17    witnessed two situations that I would like to share with you.

18    First, I observed a voter who showed the election clerk two

19    voter registration cards, and she said, "They had me down with

20    two names."  Both cards had the same address, but the first card

21    had the voter's legal name and the second had her nickname.

22    Because the voter was an honest citizen, she showed both cards

23    to the clerk and the clerk used one with the voter's legal name.

24    Had the voter been dishonest, it would have been very simple for

25    her to vote twice.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001541

TX_00028196

90

1          Second, I observed a voter who spread out

2     multiple voter registration cards like a deck of cards.  She

3     said, "Which one do I use here?  They always send me extras."

4     The clerk told the voter she would have to decide.  So the voter

5     handed the clerk one, the clerk confirmed the registration and

6     she proceeded to vote.  Again, had she not been an honest

7     citizen, it would have been very easy for her to vote more than

8     one time.

9          It is remarkable to me that in the year 2011,

10    with the growth of technology, that we are even questioning the

11    need for photo ID for something as important as voting.  We all

12    know how prevalent identity theft is, and the State of Texas

13    should be doing everything in its power to prevent identity

14    theft in voting.

15         In my opinion, the easiest way to prevent fraud

16    is to provide photo ID from a government issued source.  I have

17    read the arguments that requiring a photo ID to vote

18    discriminates against the elderly, the disabled, and the poor.

19    So just like I taught my students to do, I went online and did a

20    little research of my own.

21         Did you know that if you go to Medicare.gov

22    you'll find a document No. 11343 that states the first time you

23    use your new Medicare prescription drug plan you need to bring

24    to the pharmacy your Medicare card and a photo ID such as a

25    state driver's license or a passport?  Then I searched the Texas



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001542

TX_00028197

91

1    Health and Human Services Commission to find Form M5017 which

2    lists the documents you need to send with applications for food

3    stamps, temporary assistance for needy families, medical

4    assistance or Medicaid for elderly and people with disabilities.

5    They all require a valid driver's license or Department of

6    Public Safety ID card to even apply.

7              This shows that the State of Texas already

8    requires photo ID to apply for social services for the elderly

9    and people with disabilities.  So I do not see how anyone could

10   reasonably argue that the same photo could not be used to insure

11   proper ID for voting.  Thank you for your time.

12              CHAIRMAN BONNEN:  Thank you for your time.  Any

13   questions, members?  Thank you.  Appreciate your being here.

14              Members, at this time the chair would like to

15   withdraw the committee substitute to Senate Bill 14, and I will

16   leave Senate Bill 14 pending before the Committee.  And it's the

17   Chair's intention to, as reasonably quickly after session ends,

18   reconvene the Committee and begin hearing the witnesses again,

19   when session is in recess.  So the Committee stands in recess.

20   Thank you, members.

21                          (Recess)

22              CHAIRMAN BONNEN:  Voter identification and voter

23   fraud is now called to order, and the clerk will please call the

24   role.

25              CLERK:  Bonnen?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001543

1              CHAIRMAN BONNEN:  Here.

2              CLERK:  Veasey?  Hilderbran?  Hochberg?

3              REPRESENTATIVE HOCHBERG:  Here.

4              THE CLERK:  Pena?

5              REPRESENTATIVE PENA:  Here.

6              THE CLERK:  Taylor?  Gutierrez?  Harless?

7              REPRESENTATIVE HARLESS:  Here.

8              THE CLERK:  Aliseda?

9              REPRESENTATIVE ALISEDA:  Here.

10             CHAIRMAN BONNEN:  And Mr. Gutierrez is present.

11             THE CLERK:  Gutierrez?

12             CHAIRMAN BONNEN:  Perfect.  He's present.  Good.

13     Quorum is present.  And just for those of you in the audience

14     who are watching, we're at a particularly busy time of session.

15     And so this is a very important issue to all the members, but I

16     know like Representative Hochberg is doing appropriations and

17     public ed, and I know Representative Harless, I don't know if

18     y'all have redistricting today.  But you will see the members

19     coming and going.  It's not due to a lack of interest or concern

20     for the issue.  But we at this point in session we're usually

21     scheduled to be, if we're lucky, at least three places at one

22     time.  So that's where you'll see members coming and going.  And

23     we appreciate your understanding.

24             The Chair lays out Senate Bill 14 by Senator

25     Fraser as pending business.  Representative Harless offers up a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028199

93

1    committee substitute that will be laid before the Committee to

2    Senate Bill, and we will now resume taking testimony on the

3    Committee substitute to Senate Bill 14.  And we will begin back

4    with our expert witnesses.

5              Brian Kemp, the Georgia Secretary of State, is

6    here representing himself as an individual and he is testifying

7    neutral on the committee substitute to Senate Bill 14.  Welcome

8    from Georgia.  We appreciate having you here.

9              MR. KEMP:  Thank you, Mr. Chairman and Members of

10   the Committee.  It's great to be back in Texas.  I appreciate

11   you having me here today.  As the Chairman said, I am Brian

12   Kemp, the Georgia Secretary of State.

13             I wanted to quickly just give you some background

14   information on myself so you'll know where I'm coming from on

15   this issue.

16             CHAIRMAN BONNEN:  Mr. Secretary, I apologize for

17   the interruption.  Just so you know, the expert witnesses are

18   being given ten minutes.

19             MR. KEMP:  Okay.  Very good.  I am a proponent of

20   photo ID legislation; however, I do not come to Texas to try to

21   tell you-all how to legislate.  I simply am coming to provide

22   information about what we have with done in Georgia, our process

23   and how our law has been implemented.  And I hope this will help

24   you as you consider this legislation.

25             I was in the Georgia Senate back in 2006, when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001545

94

1    our photo ID bill passed.  So I have the experience of going

2    through some of the same type of experiences that you are all

3    going through now.  And with that I'll give you a little bit of

4    background information on our legislation.

5              In 2006 we did enact Senate Bill 84 which

6    requires voters who cast their ballot in person to present one

7    of six forms of acceptable photo identification.  They are a

8    Georgia driver's license, even if expired, a valid state or

9    federal government issued ID including a free voter ID card

10   issued by the voter's county registrar or the Department of

11   Driver Services, valid U.S. Passport, a valid employee photo ID

12   of any branch, department, agency or entity of the U.S.

13   Government, Georgia or any county, municipality, board,

14   authority or other entity of the State, a valid U.S. military

15   photo ID or a valid tribal photo ID.

16             If a voter does not have photo ID or forgets to

17   bring their photo ID to the polls, they still can cast a

18   provisional ballot.  The voter then has until the Friday after

19   election day to obtain acceptable form of photo ID and return to

20   their county elections office to have their vote counted.  No

21   voter is ever turned away from the polls because they do not

22   have acceptable photo ID.

23             The Secretary of State's office implemented a web

24   site, GeorgiaPhotoID.com, to educate Georgia voters about the

25   photoed ID requirement for in-person voting, the free voter ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028201

95

1    card for voters who do not have a voter ID, the free photo ID

2    card available at the Department of Driver Services.  The web

3    site also contains flyers, posters, and brochures about

4    Georgia's photo ID requirement that users can print and

5    distribute.

6              I want to talk a little bit about our outreach

7    and education.  We conducted a statewide multimedia outreach and

8    education campaign to inform Georgia voters about all facets of

9    the photo ID requirement.  The campaign was conducted prior to

10   six elections between September of 2007 and November of 2008

11   general election.  We mailed out over -- or we did direct mail

12   and utility bill inserts over five million pieces.  We had

13   packages of photo ID materials to nongovernment agencies, like

14   chamber of commerces, churches and libraries.  There were 633

15   packages, over 57,000 pieces.  We did 83,000 automated phone

16   calls, 1,200 video PSAs, over 60,000 radio PSAs, and the office

17   issued over 70 press releases.

18              The highlights of the campaign were the radio ads

19   with Then-Secretary of State Karen Handler and Atlanta Falcons

20   players.  The PSAs increased awareness of the requirement, voter

21   registration deadlines and early voting option.  Also we

22   advertised at the Atlanta Falcons' home games on their LED

23   banners.  We did radio ads that were purchased statewide on

24   Clear Channel.  And there were 400 ads that were placed inside

25   Atlanta's Marta busses to remind riders of the photo ID



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028202

96

1    registration.

2                The free identification cards that we offered, I

3    wanted to just go through the numbers real quick on those.  In

4    2006 we issued about 2,200 free ID cards, 4,200 in 2007.  2008,

5    the presidential year, we issued over 12,000.  We had about

6    2,500 in 2009, 2,700 in 2010.  And then when you count the

7    thousand or so that the Department of Driver Services issued,

8    the grand total was about 25,000 free photo IDs in a state of

9    bumping ten million people that were issued.  And 51 percent of

10   those were issued in 2008, on the presidential year.

11               To obtain the free photo voter ID card, there's

12   four things that you have to do.  You've got to provide a photo

13   identity document or prove non-photo identity document that

14   includes full legal name and date of birth, and you must

15   document the voter's date of birth and evidence that the

16   applicant is a registered voter and documentation showing the

17   applicant's name and the residential address.

18               I've actually got three pages of details about

19   this process that I will submit to the Committee, and I will be

20   glad to answer questions at the end of the remarks, if there are

21   any, regarding this process.  It's just a lot of information

22   that you could probably get more from just looking at yourself.

23               I wanted to -- I thought it would be important to give

24   you an analysis of the votes that were cast in Georgia

25   elections.  More than 14,630,000 votes have been cast in 35



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028203

1    state and federal elections in Georgia since 2007, when the

2    photo ID was first required for in-person voting.  These figures

3    do not include municipal and county elections, which are

4    administered locally in Georgia.

5         Additionally, the 2008 elections were the largest in

6    Georgia's history, featuring record turnout among minority

7    voters with the photo ID requirement in place.  The following

8    figures represent voter turnout statistics among Hispanic

9    Latino, African-American and white voters from the 2004 and 2008

10   elections.

11        In 2004 there was 18,000 Hispanic Latino votes cast.

12   In 2008 there was 43,000, a 140 percent increase.  The

13   African-American vote in 2004 was 834,000.  In 2008 it was 1.2

14   million, a 42 percent increase.  The white vote in 2004 was 2.3

15   million and in 2008 it was 2.5 million, an 8 percent increase.

16        Also, I wanted to give you some statistics on

17   provisional ballots that have been cast when the voter lacked

18   photo ID and how many voters returned with photo ID to have

19   their ballots counted.  Voters who had voted provisionally

20   because they lacked photo ID in the November 4th general

21   election, there was about 1,200 out of almost 4 million votes

22   cast.  The voters who returned, of those 1,200 and provided the

23   photo ID was 308.  And there was 873 voters who did not return

24   to clear up their provisional ballot.

25        In the December 2nd runoff for that general



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028204

98

1    election there was 271 provisional ballots because they lacked

2    photo ID out of 2.1 million votes cast.  82 of the 271 returned.

3    So there was 189 that did not clear the provisional ballot up.

4         In the November 2nd, 2010 general election there

5    were 381 provisional ballots because of lack of photo ID out of

6    2.5 million cast.  Of the 381, 108 returned to clear those up

7    and there was 272 that did not.  In that runoff, November 30th,

8    2010 there was 35 provisional ballots out of about 265 that were

9    cast.  6 of those 35 returned.  29 did not.

10        We can't know for sure why those that, you know,

11   don't come back to clear it up -- some of the thoughts on that

12   is the outcome of the election was not in doubt in those

13   elections.  So they just didn't bother to come back because they

14   knew their vote, while it would count, it wouldn't matter in the

15   end results.  Obviously, they could have been attempting voter

16   fraud or they simply didn't realize that they had to have a

17   photo ID to vote, and even though they could have come back and

18   gotten a photo ID in the three days after the election, they

19   elected not to do that.  And we are still very vigilant about

20   making sure voters are aware of the photo ID requirement before

21   all of our state and federal elections, and we do that through

22   our office.

23        The total votes cast in person versus by mail in

24   the past two general elections, in 2008, the November general

25   election, we had about 3.6 million voters in Georgia and 91.2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001550

TX_00028205

99

1    percent voted in person.  We had about 350,000 mail-in ballots,

2    and then for a total of just under 4 million votes.

3              The run off on December the 2nd, there was almost

4    two million votes cast in person.  That was about 90 percent of

5    the vote.  There were 216,000 mail-in ballots for a total vote

6    of just over 2.1 million total.

7              CHAIRMAN BONNEN:  Mr. Secretary, I apologize, but

8    your ten minutes are up.  I'd like to begin asking you a couple

9    questions, but I'd like to hear the rest of those numbers.

10             MR. KEMP:  Okay.  The November 2nd, 2010 general

11   election, we had 2 --  well, almost 2.5 million votes.  93.4

12   percent of those were in person.  And then the November 30th

13   runoff there was 265,000 votes cast and about 81 percent of

14   those were in person.

15             CHAIRMAN BONNEN:  Also, I want to make sure I

16   understand.  On the numbers of the provisional ballots -- and

17   the numbers are somewhat unimportant in this question.  You said

18   there were 308 that came back the one time and 108 that came

19   back and were cleared.  I guess my question is of those that

20   came back are you saying all were cleared?

21             MR. KEMP:  No, sir.  In the 2008 general election

22   there were about 1,200 provisional ballots that were cast

23   because of lack of photo ID.  308 of those 1,200 came back and

24   showed their photo ID and had their vote counted.  And then --

25             CHAIRMAN BONNEN:  I guess that's what I'm trying



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001551

TX_00028206

100

1    to understand.  Did more than 308 return, but they did not

2    return with proper ID?

3                    MR. KEMP:  No.  The rest of them just did not

4    return at all.

5                    CHAIRMAN BONNEN:  So 308 people actually

6    returned, and every one of the ones who returned had their vote

7    counted?

8                    MR. KEMP:  Yes.

9                    CHAIRMAN BONNEN:  So there wasn't a single person

10   who showed back up and didn't have their vote counted?

11                   MR. KEMP:  As long as you show up back up by

12   close of business on the Friday following election and show your

13   photo ID, your vote will be counted.

14                   CHAIRMAN BONNEN:  So again, to be clear, no one

15   showed back up and, in turn, didn't have their vote counted?  If

16   they came up, they showed their ID, their vote counted.  And

17   those who chose not to return, you don't know why they didn't or

18   what they didn't, but had they shown up with an ID, their vote

19   would have counted?

20                   MR. KEMP:  That's correct.

21                   CHAIRMAN BONNEN:  And that was the same thing in

22   2010.  You had 108 showed back up.  Each one of the people who

23   showed back up had a proper ID, and you, in turn, counted them?

24                   MR. KEMP:  That's correct.

25                   CHAIRMAN BONNEN:  You had talked about the very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028207

101

1     positive educational opportunities y'all created using Atlanta

2     Falcons football team and things.  How much did the State of

3     Georgia spend, do you know, on the educational programs?

4                   MR. KEMP:  Yes, sir.  I just didn't quite get to

5     that.

6                   CHAIRMAN BONNEN:  That's okay.  You had a limited

7     amount of time.

8                   MR. KEMP:  On the cost -- give me just a second

9     here.  In 2006 our initial contract was $589,000.  That contract

10    included one photo ID system per county where people could go

11    get their free photo I D.  The installation and training of

12    personnel, the production quantity updates, encryption service,

13    a one-year system warranty, and the production of 10,000

14    permanent voter ID cards.

15                  The annual cost and training from 2008 to 2010

16    was about $170,000.  The elections personnel online training was

17    about $15,000.  So that grand total comes to about $773,000.

18                  And then we also did the outreach and education

19    campaign, which was, you know, the advertising and those type

20    things.  We spent about 842,000 on that.

21                  CHAIRMAN BONNEN:  Did that include -- I

22    apologize.  Sorry to interrupt you.

23                  MR. KEMP:  And that brought the total cost from

24    all of this to about $1.6 million.

25                  CHAIRMAN BONNEN:  Did the $842,000, did that --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028208

102

1     I'm assuming y'all had to pay to have it included in the

2     electric bills or did the electric companies do that --

3                   MR. KEMP:  I'm not exactly sure what the -- how

4     -- the exact number for those costs.  I think the utility

5     probably just let us put that copy in their -- without charging

6     us postage costs.  I can verify that for you, Mr. Chairman.

7                   CHAIRMAN BONNEN:  Okay.  So you spent 770 -- the

8     State of Georgia spent $773,000 on education, outreach, and free

9     IDs, correct?

10                  MR. KEMP:  Well, the 773 was on the system to

11    produce the free photo ID, that initial contract and the

12    training.

13                  CHAIRMAN BONNEN:  Then 842 was, in essence, the

14    marketing campaign?

15                  MR. KEMP:  That's right, outreach and education.

16                  CHAIRMAN BONNEN:  Representative Hochberg has

17    questions.

18                  REPRESENTATIVE HOCHBERG:  Can I just follow up on

19    a couple more details on that specific question.  The 842,000

20    was over what period of time?  Is that this four-year period

21    that you mentioned?

22                  MR. KEMP:  Let me see.  I think that was through

23    2010.

24                  REPRESENTATIVE HOCHBERG:  2006 through 2010.  So

25    that's a total number?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001554

103

1              MR. KEMP:  Yes.

2              REPRESENTATIVE HOCHBERG:  And do you anticipate

3    continuing that before other elections or is this is a one-time?

4    What's your plan?

5              MR. KEMP:  I think that was pretty much --

6    actually, I think we did that from 2007 through the 2010

7    elections, I believe.  So we're really not -- we've had a pretty

8    aggressive campaign.  We still have the web site.  We still have

9    the information on our web site.  We do press releases before

10   all the elections, reminding people.  But we're really not doing

11   much outreach now.  And I think the reason why is because we've

12   only issued 25,000 free IDs, and a lot of the naysayers of the

13   legislation said there would be 60,000 or 80,000 or some big

14   number.  We just didn't see the demand there.

15             REPRESENTATIVE HOCHBERG:  Parts of the

16   advertising is about bringing your ID to the polls, or was it

17   just for the free ID outreach?

18             MR. KEMP:  It was both.  It was to make people

19   aware that they had to have a free photo ID to vote in person,

20   but also if they didn't have one, we can get you one.

21             REPRESENTATIVE HOCHBERG:  Excuse me for asking

22   the question I should know the range on:  How many people in

23   your state, or how many voters?

24             MR. KEMP:  We've got about 10 million people in

25   the state now and about half of those, a little over 5 million,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028210

104

```
 1    are registered voters.
 2                REPRESENTATIVE HOCHBERG:  About 10 million total
 3    people.  That's not voting age?
 4                MR. KEMP:  Right.
 5                REPRESENTATIVE HOCHBERG:  How many eligible; do
 6    you know?
 7                MR. KEMP:  I'm not sure about the eligible.
 8                REPRESENTATIVE HOCHBERG:  You've got about 5
 9    million registered?
10                MR. KEMP:  We can get that number for you too.
11                REPRESENTATIVE HOCHBERG:  I'm just trying to make
12    sure that I know what the numbers are that I'm writing down.
13    And just from the standpoint of your media campaign, you've got
14    basically one large media market, and then where do you go other
15    than Atlanta?
16                MR. KEMP:  Well, Atlanta is the major TV market,
17    but there's also a TV market in Augusta, which is on the east
18    side of the state, Columbus, Macon and Savanna.  And there's a
19    little bit of one in Albany, which is southwest Georgia, but
20    those are really very minor compared to the Atlanta market.
21                CHAIRMAN BONNEN:  Representative Harless has
22    questions, and then after Harless, Representative Gutierrez and
23    then Representative Watson.
24                Representative Harless.
25                REPRESENTATIVE HARLESS:  I know you had some
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001556

1    delays, and we appreciate you making it here today.  When you

2    talked about your elections from September 2007 until 2009, you

3    said six elections.

4              MR. KEMP:  No.  We've -- well, that was -- I

5    think the outreach that we did during that time was before those

6    six elections.  But total since the bill has been implemented, I

7    think we've had 35 elections.

8              REPRESENTATIVE HARLESS:  Y'all have a lot of

9    elections.

10             MR. KEMP:  We do, and that number probably pales

11   in comparison if you count municipal elections and county

12   elections because there's a lot of those that go -- a lot of the

13   municipal elections are in off years from the state and federal

14   elections.  And then there's special elections.  There's special

15   local office elections.  But we do have a lot of elections.

16             REPRESENTATIVE HARLESS:  When you talked, you

17   serve as the Secretary of State now, but you served in the

18   Senate when your voter photo ID passed.  What was the specific

19   reason that the Georgia legislature felt like this was important

20   to pass?

21             MR. KEMP:  Well, I think just securing our

22   elections, continuing to make them more secure.  And, you know,

23   when I was in the senate I was in a very tough district.  It was

24   kind of a 50/50 district.  And, you know, quite honestly, this

25   was an issue.  I knew I'd have a lot of people in my district



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

106

1    that were for it and a lot were against it.  And there, you

2    know, obviously heated and mostly partisan debate in the

3    legislature.  But I'll tell you that since it was passed, when I

4    got back home, when I was in the Senate and having campaigned

5    over the last two years statewide, you know, the wide majority

6    of Georgians support showing a photo ID when you go vote.  And

7    the reason we did it was just to continue to keep our elections

8    secure.

9              REPRESENTATIVE HARLESS:  Can y'all tell me why

10   y'all chose the two-day cure because our legislation has the

11   six-day cure in there for the provisional ballot.  Why did you

12   choose a two-day cure?

13             MR. KEMP:  I can't remember the specifics of that

14   debate.  I think it was mainly like we felt that three days was

15   reasonable for the people to solve the problem if they left

16   their ID at home or they didn't have one, where they could go to

17   their county registrar and get it.  And I think it all -- in

18   today's technology, people get mad if we don't have election

19   results 30 minutes after the polls close from somewhere.  So,

20   you know, people are wanting -- and then as soon as it's over

21   they're wanting us to certify before we get military ballots

22   back.  But that's the requirement we have for our military

23   ballots and our provisional ballots is close of business on

24   Friday.

25             REPRESENTATIVE HARLESS:  You'll see this is a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001558

107

1    first for me as well.  We're going to have Skype testimony here

2    today.  So electronic age has met the Texas legislature as well.

3    Can you tell me about your pre-clearance process.

4               MR. KEMP:  Yes.  We -- that was another section I

5    didn't quite get to.  We had pre-clearance on the original

6    legislation after it was signed in about two months.  The rules

7    and regulations forms, applications, et cetera that implemented

8    the legislation was pre-cleared in about eight days.  And then,

9    of course, we had numerous lawsuits that we have won every one

10   of them.  So it really didn't take us too long to get

11   pre-cleared.

12              REPRESENTATIVE HARLESS:  So how long did you

13   spend in litigation?

14              MR. KEMP:  Well, we're still in litigation.  And,

15   you know, our photo ID law has withstood scrutiny in the Georgia

16   Supreme Court and the 11th Circuit Court of Appeals in the Lake

17   Purdue case which was decided in 2007.

18              There was another case, Common Cause versus

19   Phillips that was decided in 2009.  The 11th circuit found that

20   the burden imposed by the requirement of photo ID is outweighed

21   by Georgia's interest in safeguarding its right to vote.  Also,

22   there has not been one single person that has been found that

23   could not vote because they did not have a photo ID or because

24   of the law.

25              And then right now the democratic party of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028214

VOTER FRAUD HEARING - VOL. 1                        MARCH 1, 2012

108

1    Georgia in Georgia versus -- the Democratic Party of Georgia

2    versus Purdue is currently pending in the Georgia Supreme Court.

3    In April of 2010 the lower court dismissed the lawsuit of the

4    Democratic Party of Georgia on the grounds that the Georgia

5    photo ID law did not violate the Georgia Constitution.

6              We are hopeful that this will be the last court

7    case for our photo ID legislation.

8              REPRESENTATIVE HARLESS:  And the U.S. Supreme

9    Court refused to hear the case?

10             MR. KEMP:  That's correct.

11             REPRESENTATIVE HARLESS:  Can you tell me, we were

12   talking about the money you spent, the PR and the media and the

13   training, the $1.6 million.  Did you have the availability of

14   HAVA funds, Help America Vote funds, to help offset some of

15   those costs?

16             MR. KEMP:  I'm not exactly sure where we were on

17   the time at our HAVA funds.  We used State funds for this

18   outreach.  However, I will say that if we were in today's

19   economy, we would probably be looking at using HAVA funds.

20             REPRESENTATIVE HARLESS:  Thank you so much.

21             MR. KEMP:  You're welcome.

22             CHAIRMAN BONNEN:  Represent Gutierrez has

23   questions.

24             REPRESENTATIVE GUTIERREZ:  Thank you, Mr.

25   Chairman.  Well, I have a number of questions, and I don't want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

109

1    to belabor the point on the whole curing elections, but did you

2    find that there was a tremendous amount of voter fraud or voter

3    impersonation, I should say, going on?

4              MR. KEMP:  I don't know that there's any real way

5    you can tell.

6              REPRESENTATIVE GUTIERREZ:  Did you have hoards of

7    Mexicans going over there to vote?

8              MR. KEMP:  I'm sorry?

9              REPRESENTATIVE GUTIERREZ:  Did you have hoards of

10   Mexicans?  We had heard earlier that we had hoards of Mexicans

11   voting.  Did you have hoards of Mexicans voting?

12             MR. KEMP:  Well, I didn't see that.

13             REPRESENTATIVE GUTIERREZ:  So was there any

14   investigation by the government, your attorney general or

15   anything prior?

16             MR. KEMP:  Well, I serve as Chairman of the State

17   Elections Board, and we have had non-citizens voting in Georgia.

18   We've got non-citizens on our voter registration rolls now.

19   We've been fighting the Justice Department for the last couple

20   of years about that and have won our first case with them and

21   we're in another one with them right now.  But WSB, a big

22   Atlanta TV station, did a big investigation that highlighted

23   hundreds of non-citizens that are on our rolls.  And we have had

24   non-citizens voting in our elections.

25             REPRESENTATIVE GUTIERREZ:  And you say there's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028216

110

1    some lawsuit out there that suggests that?

2                MR. KEMP:  No.  We have a lawsuit to check -- we

3    passed a state law in 2009 to check citizenship before we

4    register someone to vote, and we're actually suing to get

5    pre-clearance.

6                REPRESENTATIVE GUTIERREZ:  And what's the name of

7    that lawsuit?

8                MR. KEMP:  I guess it could be Kemp versus

9    Holder.  We can get you the information on that if you'd like

10   it, Representative.

11               REPRESENTATIVE GUTIERREZ:  I appreciate it.  But

12   you haven't witnessed hoards of Mexicans voting in Georgia; is

13   that your testimony?

14               MR. KEMP:  No, I haven't.

15               REPRESENTATIVE GUTIERREZ:  I do want to commend

16   you.  You allow a few more ways of allowing people to vote.

17   You've got an expired driver's license is sufficient, right?

18               MR. KEMP:  That's correct in Georgia.

19               REPRESENTATIVE GUTIERREZ:  So if someone's not a

20   very good driver, gets their license suspended, and they still

21   have it, that still passes?

22               MR. KEMP:  Yes.  And just like my stepfather, who

23   can't see very well now and doesn't drive, his driver's license

24   expired.  He can still use that when he goes to vote.

25               REPRESENTATIVE GUTIERREZ:  That's a good point



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

111

1    because sometimes what happens to some of our senior citizens is

2    that they get their privileges revoked or they just choose to

3    make the right decision and they can't see as well, like my dad

4    can't see as well anymore.  So we have myself or other members

5    of my family drive him around at times or he just simply doesn't

6    drive.  So we have a lot of seniors that simply choose not to go

7    out and renew it for whatever, convenience, and they keep their

8    old driver's license.  So an expired driver's license is okay in

9    Georgia.

10              MR. KEMP:  It is okay in Georgia.  Now, we would

11   also, if they did not have that, would give them a free ID.

12              REPRESENTATIVE GUTIERREZ:  Very good.  And you

13   mentioned six things.  So I've got the driver's license, expired

14   driver's license, the military ID, the tribal ID, any valid

15   government ID that would show that I'm an employee of the State

16   of Texas, if I were an employee of the State of Georgia.  I

17   guess that would work, right.

18              MR. KEMP:  That's correct.

19              REPRESENTATIVE GUTIERREZ:  A U.S. passport or a

20   valid U.S. passport?

21              MR. KEMP:  Yes, sir.

22              REPRESENTATIVE GUTIERREZ:  And you mentioned

23   something about a county registrar.  Would that be my --

24              MR. KEMP:  Any county, municipality, board or

25   authority or other entity of this state.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001563

TX_00028218

112

1          REPRESENTATIVE GUTIERREZ:  Okay.  And what is

2     that, just an ID from any county --

3          MR. KEMP:  Like if you were a county manager for

4     the Clark County and you had a photo ID, that would work.

5          REPRESENTATIVE GUTIERREZ:  So you allow for more

6     options.  I like the expired piece.  That's good.

7          MR. KEMP:  I will tell you this, that when our

8     legislation passed, everybody thought it was draconian and way

9     over the top.  And now we have a lot of folks that point to our

10    legislation because some other states are trying to pass things

11    that are much tougher than what we did.

12         REPRESENTATIVE GUTIERREZ:  Do y'all exempt people

13    over 70 years of age from having to have an ID at all?

14         MR. KEMP:  I'm not sure about that.  I'd have to

15    check.

16         REPRESENTATIVE GUTIERREZ:  This legislation, we

17    do actually.  So anyone over 70 is not required to have the ID.

18    So that's a nice difference.  And I think I read, maybe it was a

19    prior senate bill, it was April prior to 2012.  So that may not

20    be the case and that remains to be seen in some point for

21    seniors that are going to be 70, let's say ten years from now.

22         And so you spent all this money, about 1.6

23    million.  And that last comment actually brings to mind

24    something else.  I mean, you would agree with me that there's

25    kind of a continual education that needs to happen for election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

113

1     after election.

2                 MR. KEMP:  Well, there's continual education

3     about a lot of the laws that we pass and I'm sure that are still

4     getting passed today.

5                 REPRESENTATIVE GUTIERREZ:  But certainly not to

6     the extent that you spent $842,000 in an ad campaign in the

7     beginning, correct?

8                 MR. KEMP:  I would agree with that.

9                 REPRESENTATIVE GUTIERREZ:  You're not spending

10    that kind of money now, are you?

11                MR. KEMP:  No, sir.  We're actually saving some

12    money now because of the photo ID requirement.  We've put a

13    barcode scanner in at least one in all of our precincts in

14    Georgia.  So now when people come to the polls they can actually

15    scan the driver's license and will be able to on the photo ID,

16    pulls their name up on the express poll which speeds the process

17    up for our voters, plus makes it quicker which allows the

18    counties to have less people in there.  And counties are also

19    using other equipment that actually prints the forms outs for

20    early in-person voting, which is speeding the time up.  So, you

21    know, now, because we've done this, we're starting to see some

22    savings, mostly at the county level.

23                REPRESENTATIVE GUTIERREZ:  You mention something

24    about an annual cost of $70,000 in that contract.  Is that

25    continuing beyond the four or five-year period in $589,000 cost?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028220

114

1          MR. KEMP:  The annual cost in training was from

2     2008 to 2010, was 170.  But we do annual training regardless.

3     I'm sure, you know, most states or counties do that.  I mean, we

4     have two different sessions every year with our registrars and

5     our elections officials where we do training.  We've got an

6     E-learn electronic web site type training system.  So that

7     continually goes on in Georgia.

8          REPRESENTATIVE GUTIERREZ:  And I'm wrapping this

9     up, Mr. Chairman.

10          CHAIRMAN BONNEN:  Sure.

11          REPRESENTATIVE GUTIERREZ:  One of the big

12     questions that I had was I was concerned.  You gave us some '04

13     numbers and '08 numbers to show an increase in Latino and

14     African-American voting and they were certainly very

15     substantial.  But you would agree with me that was in large part

16     because of a monumental election in our country with President

17     Obama being elected.  Wouldn't you agree with that statement?

18          MR. KEMP:  I probably would agree with that.

19          REPRESENTATIVE GUTIERREZ:  So I didn't hear

20     numbers from '08 to 2010 as far as Latino and African-American

21     voters.

22          MR. KEMP:  We were trying to be consistent in the

23     election that we were trying to compare presidential to a

24     presidential election.

25          REPRESENTATIVE GUTIERREZ:  All right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

115

1            MR. KEMP:  We can get you those other numbers, if

2      you'd like.

3            REPRESENTATIVE GUTIERREZ:  But you had some other

4      2010 numbers, but we don't have the African-American, Latino

5      turnout for --

6            MR. KEMP:  Right.  Those elections we're talking

7      about the provisional ballots.

8            REPRESENTATIVE GUTIERREZ:  Is it safe to argue

9      that those numbers would be substantially less than certainly

10     the 2008?

11           MR. KEMP:  Well, I mean, I would hate to commit

12     to that answer, not seeing the figures.  I mean, obviously 2008

13     was a historic day for African-Americans and --

14           REPRESENTATIVE GUTIERREZ:  For the country?

15           MR. KEMP:  Yeah, absolutely, and in Georgia.  And

16     we had huge turnout, which was great.  But I think, you know, in

17     2010, even though our vote total is down, which it always is for

18     gubernatorial races, in my belief we had a pretty strong

19     African-American turnout as well.

20           CHAIRMAN BONNEN:  Mr. Secretary, I would

21     appreciate it -- Representative Gutierrez, if you would agree, I

22     think what would be valuable is if you would show us the vote

23     totals from '06 comparative to '10 because I think it is

24     reasonable to compare presidential to presidential and

25     gubernatorial to gubernatorial.  Not to send you back to Georgia



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001567

TX_00028222

116

1    with homework from Texas, but we would appreciate it.

2                    MR. KEMP:  Can we bill you for that?  No, I'm

3    just kidding.

4                    CHAIRMAN BONNEN:  Don't send the collectors over.

5                    MR. KEMP:  All right.  You want general election?

6                    CHAIRMAN BONNEN:  If we could see the comparisons

7    of '06 to '10, the gubernatorial '06 election to the

8    gubernatorial 2010 election.

9                    REPRESENTATIVE GUTIERREZ:  Thank you for that

10   recommendation.  I think that that would be some good numbers.

11                   CHAIRMAN BONNEN:  And we've got all the time you

12   need.  I didn't want to cut you off.  You keep asking the

13   questions you have.

14                   REPRESENTATIVE GUTIERREZ:  My last question.  Are

15   you enjoying your brief stay in Austin?

16                   MR. KEMP:  Well, I tell you, Representative, I

17   wish it had been a little bit longer.  It was going to be brief

18   regardless.  But I would have loved to have come in last night

19   and stay in Downtown Austin and bought a meal here.  But

20   unfortunately we had a bad storm that came through.  So I got to

21   fly here today and I'm leaving this afternoon.  My wife and I

22   were actually here before Christmas with some other Secretary of

23   States and had a good conference and certainly a great stay in a

24   great state and a beautiful city.

25                   REPRESENTATIVE GUTIERREZ:  Well, come to San



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001568

117

1    Antonio.  We have the best basketball team in the nation.

2    You're invited.

3              CHAIRMAN BONNEN:  Real quick, little

4    housekeeping.  Let the record show Represent Taylor is present.

5    Representative Hilderbran is present.  Vice Chair Veasey is

6    present.  And now Representative Aliseda has some questions and

7    then we'll come to Vice Chairman Veasey for his questions.

8              REPRESENTATIVE ALISEDA:  Mr. Kemp, what I took

9    from your testimony is that you, like we, were experienced

10   naysayers, that this was going to be something that would affect

11   minorities well into the future; is that correct?

12             MR. KEMP:  Well, I wasn't a naysayer.  I felt

13   like the legislation made good common sense to me.  But in the

14   district that I was in, there was a lot of naysayers in my

15   district that voiced their concerns.

16             REPRESENTATIVE ALISEDA:  And you were able to

17   show statistically, though, that those dire predictions did not

18   come as was said; is that correct?

19             MR. KEMP:  Well, and I think when I looked at

20   these numbers as we were preparing them, I was very encouraged

21   by them.  I thought the numbers speak for themselves, that we've

22   had minority -- increase in minority in-person voting.  And

23   we've had -- I mean, even with our photo ID legislation, we

24   have, on average, over 90 percent of our population that votes

25   in person, and that's pretty amazing to me.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028224

118

1            REPRESENTATIVE ALISEDA:  Have you seen a report

2    prepared by the Heritage Foundation regarding data analysis and

3    voter ID laws?

4            MR. KEMP:  I think I have read that report.

5            REPRESENTATIVE ALISEDA:  Do we have that as part

6    of the record, Chairman Bonnen?

7            CHAIRMAN BONNEN:  I have a copy.  There is no

8    official record.

9            REPRESENTATIVE ALISEDA:  There is no official

10   record.  Okay.  I have no further questions.

11           CHAIRMAN BONNEN:  This is not a legal proceeding

12   so there is not an official record.  We're not the Senate.  They

13   don't like us to pretend that we are.

14           Vice Chairman Veasey has questions, Mr.

15   Secretary.

16           VICE CHAIRMAN VEASEY:  And one of tings that I

17   remember when the whole voter ID controversy started in Georgia

18   I know that one of the columns that Cynthia Tucker wrote, who

19   was a columnist for Atlanta Journal, the African-American

20   columnist that is one of the liberal columnists, she had

21   mentioned that, you know, that if there was a slow

22   implementation of the bill that then you could -- and I think

23   that even in the Carter Baker report they even talk about that,

24   instead of trying to immediately, you know, put something on

25   someone's back, just giving them a chance to understand the law.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001570

TX_00028225

119

1     And it looks like from the questions that Representative

2     Gutierrez was asking you a second ago that y'all -- sound like

3     y'all kind of made some changes that would allow people to

4     understand what was going on and give people more opportunities

5     to exercise their suffrage.

6              MR. KEMP:  Well, I will tell you this.  Ms.

7     Tucker and I don't agree a whole lot politically.  And I think

8     the way Georgia implemented the law was very reasonable from the

9     timeframe.  And I think just when you take the politics out of

10    this, I think it's a very simple argument for our citizens.

11    Most of them already have a photo ID.  We can't get in

12    government buildings without a photo ID.  We can't write a

13    check.  I can't get on the airplane to go home without a photo

14    ID.  That doesn't mean that there aren't folks out there that

15    don't have them and need our assistance to get a photo ID.

16             VICE CHAIRMAN VEASEY:  There are other ways that

17    people can -- there are exceptions to everything, even getting

18    on a plane.  You need to have a photo ID to get on a plane, but

19    there are other ways that you can -- it may be more burdensome,

20    but there are other ways you can get on a plane without having a

21    photo ID.

22             MR. KEMP:  And we have other ways that people can

23    vote in Georgia.  You can vote absentee without a photo ID.  And

24    I will submit a copy of these remarks for you that talk about

25    how you can get a photo ID in Georgia.  And it is very, quote,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001571

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

120

1     liberal in the ways that you can get a photo ID.  I mean,

2     there's just a multitude of documents that you can show that

3     will allow you to get a photo ID so that you can be able to vote

4     in Georgia.

5               VICE CHAIRMAN VEASEY:  Have you heard -- one

6     other thing that I thought was interesting that you talked

7     about, the 2010 election results because you thought that

8     perhaps that the African-American numbers might have gone up

9     during the 2010 election.  Have you heard that maybe other

10    states want to -- including our state, maybe want to pass other

11    more stringent laws because they still think that people are

12    still casting these illegal ballots and that the Georgia law did

13    not go far enough so other states need to be tougher than the

14    Georgia law?  Have you heard that in political circles?

15              MR. KEMP:  Not in political circles.  In reading

16    media regards, press clips, there's certainly a lot of other

17    states around the country who are trying to implement photo ID

18    legislation to I think further secure their elections.  I don't

19    think the reasoning behind that is to try to keep any certain

20    group from voting.  That certainly was not our intent in

21    Georgia.  And I think you can see from numbers in in-person

22    voting that that hasn't proved to be true.

23              VICE CHAIRMAN VEASEY:  So are you happy with your

24    law?  Are you happy with the bill that was passed?

25              MR. KEMP:  Yes.  I'm happy with the legislation



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028227

121

1    that we passed in Georgia.  I'm happy with the implementation

2    that we've had.  And we continue to work hard, you know, every

3    year at making citizens aware that they need a photo ID.  If

4    they don't have one, we'll give them a free one.  And we'll

5    continue to do that as long as this is in place.

6              And to just address your one point about the

7    African-American vote in 2010, I don't believe I said that the

8    turnout had increased.  I believe I said I think that there was

9    still a very strong African-American turnout.

10             VICE CHAIRMAN VEASEY:  It will be interesting to

11   analyze the numbers, but that was sort of a concern for me when

12   I saw the Senate debating the bill and I saw this was going to

13   be a much more stringent bill than that one that Mary Denny had

14   carried.  That was a representative that's no longer here, and

15   the one that Betty Brown had carried before.  I was concerned

16   about that because what I don't want to get into is, okay, we

17   didn't disenfranchise enough African-Americans in Georgia so we

18   need to come up with a more strict law here.

19             MR. KEMP:  I don't think we disenfranchised

20   anyone.

21             VICE CHAIRMAN VEASEY:  We didn't disenfranchise

22   enough people that ride the bus or we didn't disenfranchise

23   enough people that carry Medicaid cards or whatever.  So we need

24   to come up with even something more stringent so we can get that

25   1 to 3 percent and, you know, skim that off the top so that we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001573

122

1    can win close elections.  I don't want that to happen.

2              MR. KEMP:  Well, Representative, let me just make

3    sure that this committee is clear that we have not

4    disenfranchised anyone in Georgia.

5              VICE CHAIRMAN VEASEY:  Sounds like you're giving

6    people a chance to --

7              MR. KEMP:  And I'll say we have not tried to

8    disenfranchise especially any minority group.  Up until this

9    year we actually had two African-Americans that had continually

10   won statewide races in Georgia.

11             VICE CHAIRMAN VEASEY:  Thank you.

12             MR. KEMP:  Yes, sir.

13             CHAIRMAN BONNEN:  Any other questions, members?

14   Appreciate you taking the time to come to Texas and give us your

15   testimony today.  It's very helpful.  And I think, for the

16   record, I don't think anyone in Texas has come out and said they

17   want to disenfranchise more or greater numbers of voters.  So

18   thank you for being here.

19             MR. KEMP:  Well, thank you, Mr. Chairman.  If you

20   don't mind, I'll give you a copy of my remarks as well just so

21   you'll have the numbers then we'll get you the numbers on the

22   other you requested.

23             CHAIRMAN BONNEN:  Thank you very much for your

24   help.  The Chair will now call another expert witness, Luis

25   Figueroa, Mexican American Defense Education Fund MALDEF, here



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028229

123

1    to testify against committee substitute to Senate Bill 14.  And

2    he will be testifying.  Thank you, Luis.

3                    MR. FIGUEROA:  Thank you, Chairman.  My name is

4    Luis Figueroa.

5                    CHAIRMAN BONNEN:  And you have ten minutes,

6    remember.

7                    MR. FIGUEROA:  Yes.  My name is Luis Figueroa.

8    I'm the legislative staff attorney with the Mexican American

9    Legal Defense and Educational Fund.  I thank you for this

10   opportunity to provide invited testimony.  The one message that

11   I would like to get out is the idea of voter ID is oftentimes

12   described as a clear yes and no question of either you have an

13   ID or you don't have an ID.  And actually, most of these bills,

14   whether you go from Georgia, Indiana, Texas, Michigan, it's on a

15   continuum of what documents you need and what safeguards are in

16   place to implement the identification requirements.

17                    And so the key is not so much, is there a voter

18   ID requirement or not.  The key is finding the right balance of

19   security versus access.  And we believe that SB14 unbalances

20   that spectrum to the point that we are too focussed on

21   preventing one single type of fraud and potentially taking away

22   access on the other side of the pendulum.

23                    There have been numerous studies talking about

24   concerns about additional ID requirements, and it's difficult to

25   evaluate one election from the next when you look at voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028230

124

1    turnout, but some experts have tried to do their best.  And one

2    of them was Barreto Nuno Sanchez in a report called Voter ID

3    Requirements and the Disenfranchisement of Latino, Black and

4    Asian Voters.  And they found that naturalized citizens and

5    minority voters are significantly less likely to provide

6    multiple forms of identification.

7              They also found that minority voters were

8    consistently less likely to have each form of identification and

9    that the data reflects identification trends of actual voters,

10   not just adult citizens.  The findings go farther to suggest

11   that voter identification laws could immediately disenfranchise

12   many Latino, Asian and African-American citizens.

13             The Rutgers study, which was produced by

14   Vilsadian Anderson stated that the predicted probability that

15   Hispanics would vote in a state that required non-voter

16   identification was about 10 percent lower than in states where

17   Hispanic voters gave their names.

18             The Wisconsin study, which was a study of how

19   many people had the documents, found that less than half, 40

20   percent of Milwaukee County African-American adults and 43

21   percent of Hispanic adults had valid driver's licenses compared

22   to 85 percent of white adults in the balance of the state.

23             The Brandon Center came back with a report and

24   said that citizens with comparative low incomes are less likely

25   to possess documentation proving their citizenship and as many



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001576

TX_00028231

125

1    as 11 percent of United States citizens, more than 21 million

2    individuals, do not have government issued photo identification.

3              They went on to state that 25 percent of

4    African-American voting age citizens have no current government

5    issued photo ID compared to 8 percent of white voting age

6    citizens.  And 10 percent of voting age citizens who have a

7    current ID do not have a photo ID with both their current

8    address and their current legal name.

9              So obviously, there's numerous studies and

10   there's different ways of evaluating turnout and impact and how

11   many identification.  But we believe that the data that we've

12   seen has had an impact on Latino and African-Americans.

13             The one thing we point out is that Texas does

14   have a voter ID requirement on books now.  You are required to

15   bring either a voter registration certificate, a picture ID, or

16   a non-picture ID from a contained list of documents.

17             So the question is not whether we're going to

18   implement a voter ID, but what the new documentation requirement

19   and how restrictive we're going to make it and how many

20   safeguards we're going to put in place.  We know that there are

21   294,000 people who registered from 2006 to 2010, who registered

22   with a Social Security number and not a driver's license, and

23   that there are 34,506 who registered without a Social Security

24   number or a driver's license.  We also know that there are 2.1

25   million Texas registered voters who only are listed by their



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001577

126

1    Social Security number and that there are 690,000 voters on the

2    roles who have neither a Social Security number or a driver's

3    license in the voter database.

4           So we have the potential for disenfranchisement.

5    Those are just based on the numbers of people who are currently

6    registered.  We also know that what isn't tracked by any studies

7    or tracked by the current number of registered voters are the

8    people who are low income, who use public transportation and

9    move in and out and don't have a correct address on their

10   driver's license.

11          We know that there will be potential victims of

12   identity theft who don't have their identifications on them at

13   the time, natural disaster victims, recent arrivals to Texas,

14   and, of course, our Native American population.

15          In fact, in Arizona, which was the case that

16   MALDEF litigated on identification requirements, Maricopa

17   County, 2 percent of voters were unaware of the new requirements

18   on election day.  In Texas that would amount to about 161,000

19   potential ballots cast in the presidential election in '08.

20          What we also found in Maricopa, which was also

21   confirmed by what we heard in Georgia, is that when you offer

22   conditional provisional ballots or an opportunity for people to

23   come back and bring that identification or cure their ballots,

24   people by in large do not come back.  And we heard the numbers

25   from Georgia in the previous testimony.  In Maricopa County 739



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028233

127

1    were not counted of the conditional provisional ballots, and 144

2    of those were Hispanic.

3              We found in Maricopa County, we have found it in

4    Georgia, we found it in pretty much across the state, that

5    people don't come back to cure provisional ballots, regardless

6    the number of days.  But certainly if you make it a small number

7    of days and you don't include a weekend in there, there aren't a

8    lot of opportunities for people to come back.

9              And so what we wanted to state is since we are

10   having a very restrictive requirement in front of us in SB14,

11   more restrictive than SB362 last session, more restrictive than

12   the Indiana voter ID law, more restrictive that the Georgia ID

13   law, more restrictive than the Arizona ID law, that we are

14   potentially risking violations of -- potential litigation and

15   violations of the law.

16             The laws that potentially come into play

17   including the 14th amendment, undue burdens.  This was the

18   challenge that Indiana was challenged under.  It wasn't a Voting

19   Rights claim.  It was a 14th Amendment undue burdens claim.  And

20   the thing that the Courts looks at was the balancing test.  They

21   looked at the security concerns versus the access concerns.  And

22   they looked at whether or not there were provisions to provide

23   exceptions for people like the elderly.  For instance, the

24   elderly were allowed to bring a Medicaid card to cure ballots.

25   They looked at the rural nature of the state.  And so in Texas



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

128

1    we might have more concerns or bigger problems since we have a

2    more restrictive list than Indiana.  We only allow for four

3    documents.  We have a shorter cure period.  We have a bigger

4    state, more rural areas and a lot more minorities.

5              The other laws that come into play are the Voting

6    Rights Act, Section 5 and Section 2.  So Texas is a Section 5

7    state so we'll have to submit it for pre-clearance.  We know

8    that Latinos are very mobile in Texas with not a lot of home

9    ownership.  We know that Latinos also -- we have many citizens

10   in Texas that are derivative citizens, meaning that they are

11   citizens because their parents were citizens.  They might have

12   been born abroad.  They may not have a birth certificate.  They

13   may not have the documents that are necessary under the DPS

14   rules to get a driver's license.

15             And then we also know we have Section 2, which is

16   the dilutive potential on African-Americans and Latinos.  That's

17   a similar analysis to Section 5 except we look at the dilutive

18   effect rather than the retrogressive effect.

19             And then the one that I would say has been the

20   least successful in challenges, and that's the poll tax, which

21   is the cost of obtaining the ID.  It costs hundreds of dollars

22   to get a naturalization certificate.  It costs over $30 to get a

23   birth certificate.  It costs money to get a passport.  And, of

24   course, it costs time and money to get these documents.

25             At the end of the day we're talking about trying



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001580

TX_00028235

1       to find the right balance.  We believe the right balance

2       includes one form of picture identification or two forms of

3       non-photo identification, a signature affidavit attesting to

4       name, address and eligibility, similar to the way Michigan and

5       Florida are doing it.  Those have worked very well in

6       conservative states as well as in states with a lot of

7       minorities.  And if you wanted to improve access, you could add

8       same-day election voter registration with an ID requirement.

9       You could do more training and provide for more funds for

10      education.  And, of course, you could offer free IDs, which this

11      bill does provide.  Those are some of the options you could look

12      at so you could protect against the fraud, but also protect

13      against the access.

14              We know there's a lot of different types of fraud

15      in Texas.  In fact, we have received the flyer from Tarrant

16      County where a voter was submitted flyers and there were flyers

17      all over the community where voters were told to vote on the

18      wrong day.  This is the type of fraud that isn't addressed by

19      this bill.  We know there are other types of fraud that aren't

20      addressed by this bill.  So we believe in looking at the

21      problems wholistically, addressing the fraud and the access,

22      finding the right balance and insuring that we don't go too far

23      in that pendulum that's going to lead to litigation, higher

24      costs, and potential disenfranchisement of many voters,

25      including Latinos and African-Americans.  And I thank you for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

130

1    this opportunity and I hope that we can have further

2    conversations about this.

3                CHAIRMAN BONNEN:  Okay.  Thank you.  Vice Chair

4    Veasey has questions.

5                VICE CHAIRMAN VEASEY:  And that's the -- what I

6    was trying to point out earlier when I was talking about the

7    Secretary of State from Georgia, what I don't want to see here,

8    because no one -- even if someone is for disenfranchising

9    people, no one is going to admit that.  I mean, people have

10   definitely learned from mistakes in the past.  And I don't want

11   to think that anyone -- I think that that's horrible.  I don't

12   want to think that anyone wants to disenfranchise anybody.  I

13   hope that that's a chapter of our history that we have left

14   behind 40 year ago.

15               MR. FIGUEROA:  That's right.

16               VICE CHAIRMAN VEASEY:  I don't want our country

17   to ever have to revisit that.  I don't want us to ever have to,

18   you know, go and march on the streets or, you know, do any of

19   those things that people had to do 40 years ago.

20               MR. FIGUEROA:  All the reasons why we are a

21   Section 5 state.

22               VICE CHAIRMAN VEASEY:  I think that would be

23   absolutely horrible.  But I mean, you talked about the same-day

24   voter registration.  And, you know, whatever that comes up, I

25   can't understand -- and I don't know if you have an opinion on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001582

TX_00028237

131

1    this.  I can't understand why people immediately say no,

2    absolutely not, no way.  So when I hear that and, you know, when

3    MALDEF or NAACP or anyone hears that, you know, I have concerns

4    because it almost seems like that instead of trying to reach

5    some sort of compromise or instead of that -- no, that's not the

6    result that we're trying to yield here and same-day voter

7    registration is completely off the table.  Of course, no one

8    would ever admit that.  No one would ever admit that.  People

9    have learned from the past.

10            So help me out and let me know, does MALDEF have

11   any concerns about the resistance to cooperate or try to reach

12   middle ground, because I don't think that any of us are, you

13   know, completely opposed to making changes --

14            MR. FIGUEROA:  Right.

15            VICE CHAIRMAN VEASEY: -- to the way that we vote

16   in the state.  I want -- just like all of the Republicans or

17   people that are here that are concerned about the integrity of

18   the election process, I want there to be a fair election process

19   also.

20            MR. FIGUEROA:  Absolutely.  And we've had some

21   great conversations with political operatives that work on the

22   Republican side and on the Democrat side, and they all talk

23   about different types of fraud that occurs, whether it's mail-in

24   fraud or intimidation.  And there are ways that we can address

25   that as well.  But this bill is only focused on that one single



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028238

132

1    type of voter impersonation fraud which we've seen the least

2    amount of evidence for.  Now -- and when we have seen it, it's

3    been a lot of times with people using a photo ID as opposed to

4    using a voter registration certificate, which this bill wouldn't

5    address this either.

6            So we believe is, like I said, that finding that

7    right balance.  And there are ways you can protect against

8    fraud.  Even if you just want to do a voter impersonation fraud

9    without a potential disenfranchisement impact.  And there are

10   models out there.  We got real close last session.  We were

11   working with Chairman Smith and other members from both parties

12   and we were looking at the Florida model.  We were looking at

13   the Michigan model.  We got real close to something that I think

14   both sides could agree on.  And it was shut down.  And,

15   unfortunately, we've come back to this bill.  And instead of

16   going back towards that comprising models of Florida and

17   Michigan, this bill is actually taking us the opposite direction

18   and making it more stringent than Indiana, Georgia or any other

19   state.  And I'm not really sure that there's a need for that

20   here in Texas.

21           The other thing I point out that with the

22   same-day voter registration, there are ways that we can do that

23   provisionally and we can double check and triple check and

24   quadruple check that the information is accurate and that that

25   person isn't a fraudulent voter.  There are safeguard provisions



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001584

TX_00028239

133

1      that's worked in North Carolina, obviously a somewhat

2      conservative state.  So there are ways to do it but

3      unfortunately those conversations aren't happening right now,

4      and I hope they will.

5                  VICE CHAIRMAN VEASEY:  They do same-day voter

6      registration in Minnesota, and for the first time in quite some

7      time I believe they have a Republican majority in their Senate,

8      and they do same-day voter registration there.

9                  MR. FIGUEROA:  It's workable.

10                 VICE CHAIRMAN VEASEY:  And I think that that's --

11     you know, you don't want this to turn into a partisan deal

12     because I remember that the first time we were debating this

13     bill someone came up to me on the house floor.  They said, Mark,

14     you don't have to worry about this.  You're not going to lose

15     your district.  Enough voters in your district won't be affected

16     to where you'll lose.  So, of course, what I heard was -- you

17     know, the conclusion that I reached was, yeah, you're saying it

18     won't hurt me, but you're also implying that by saying that it

19     maybe will hurt someone else in a more marginal district.  That

20     was the implication and the comments that were made to me on the

21     House floor.  We don't want to get into that.  We don't want

22     anyone to lose the right to vote --

23                 MR. FIGUEROA:  From our perspective --

24                 VICE CHAIRMAN VEASEY: -- just so someone else can

25     win an election.  And we don't want anyone to cast a fraudulent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028240

134

```
1    ballot.  And I haven't seen any evidence of that going on at
2    all.  Just like I said, the only thing I've heard and the only
3    e-mails that I've seen and the e-mail that I talked about
4    earlier is just sort of rumors, innuendo, and nothing concrete.
5    And it's the same rumors and innuendo that have been around
6    since reconstruction.  And that's crazy.
7               MR. FIGUEROA:  Uh-huh.  And we had an expert
8    testimony in the Senate side, Andreas Tijerina, that talked
9    about all the reasons why Texas is a Section 5 state were always
10   presented as a way to address fraud.  They always had a reason
11   for it that had nothing to do with potentially disenfranchising
12   voters, although we knew the effect was that it was going to
13   have a disenfranchising effect.  So what I was going to say,
14   from our perspective, every one of those provisional ballots
15   that isn't counted because someone doesn't have the proper
16   identification to us a potentially disenfranchised voter and is
17   most likely a disenfranchised voter.
18               When we looked at it in Arizona, those
19   conditional provisional ballots were specifically people who
20   didn't have the identification requirements were people who were
21   citizens and were legitimate voters who just at that moment did
22   not have the identification they needed or the poll worker told
23   them they needed to match something else that it didn't match,
24   the names didn't match exactly right.  Those -- and those are
25   potentially disenfranchised voters.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001586

TX_00028241

135

1          So if you're going to talk about every single

2     vote counts, every single vote matters, it's so important for

3     that one vote, then we need to look at the fact that we have

4     hundreds of provisional ballots that aren't being counted under

5     our current law and imagine how many we're going to have when we

6     started adding restrictions.

7          VICE CHAIRMAN VEASEY:  And can you just real

8     quickly, the Indiana law, make some comparisons -- if you can go

9     through it quickly, between the Indiana law and the law that

10    we're trying to -- because one of the things I've heard several

11    times is that this version that is trying to pass now, that is

12    already passed in the Senate that it's the exact same bill as

13    the Indiana law, but others have said no, it's more stringent.

14    So can you clear it up for us.

15         MR. FIGUEROA:  From our perspective, we believe

16    that this bill SB14 is more stringent.  Indiana allows for a

17    government issued photo ID.  It doesn't specifically lay out

18    just four documents that are portrayed in the SB14.  It must

19    display the voter's photo, display the voter's name, which must

20    conform to the voter registration, and it allows for an

21    expiration date that is either current or that expired after the

22    last annual election.

23         If a voter cannot provide an ID, a voter may vote

24    provisionally within a week from the election and return with

25    either a valid ID or an affidavit with an acceptable reason for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

136

1    an ID.  So in Texas we have fewer documents.  We have a shorter

2    cure period.  And we don't have a clear affidavit processes that

3    will allow people to fix their ballot as soon as they arrive, if

4    they have a reasonable reason for not having an ID.  And so for

5    those reasons and as well as the fact that a voter -- an elderly

6    voter who doesn't have a birth certificate can also cure their

7    ballot as well in Indiana, and we don't have those same type of

8    mechanisms here.  So we do think that our SB14 is more stringent

9    than Indiana.

10                   REPRESENTATIVE HARLESS:  Mr. Chairman.

11                   CHAIRMAN BONNEN:  I think Representative Aliseda

12   had his light on for a while.

13                   REPRESENTATIVE ALISEDA:  You threw out a number

14   there that I want to follow up on.  You mentioned 690,000

15   individuals that are registered to vote without any kind of

16   identification.

17                   MR. FIGUEROA:  They -- so when you register to

18   vote, you mark -- if you have a Texas ID, you put your Texas

19   driver's license number or you put your Social Security number

20   if you don't have a driver's license, and then you mark if you

21   don't have either.  And that's what was required under the Help

22   America Vote Act.  So we have 690,000 people on the voter rolls

23   that marked that last checkmark that said they did not have

24   driver's license or --

25                   REPRESENTATIVE ALISEDA:  Those individuals could



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001588

137

1    be, in fact, individuals that could commit voter fraud.

2              MR. FIGUEROA:  And those voters -- so those

3    voters when they registered to vote are checked against the

4    current databases that are required under the Help America Vote

5    Act to ensure that they are who they say they are.  So what this

6    bill would do would prevent that voter registration card from

7    being used as an identification.  But what it doesn't do is

8    insure that that voter is actually -- this bill doesn't have any

9    impact on that voter getting a voter registration certificate.

10   What this bill does is it says that they're still going to get a

11   voter registration certificate, but now they're going to have to

12   bring something else with them.

13             REPRESENTATIVE ALISEDA:  Which is like a lot of

14   laws, an alarm system to -- not necessarily to deter the crime.

15   It's just to cause a little more trouble for someone to go on to

16   the next house.

17             MR. FIGUEROA:  Right.  And I get that.

18             REPRESENTATIVE ALISEDA:  I don't find --

19   actually, I find that number scary, that we have 690,000

20   individuals out there that have gotten a voter registration

21   without any form of identification, without any Social Security

22   number, and they're out there potentially able to vote and we

23   have absolutely no way to keep them from voting.

24             MR. FIGUEROA:  So this is required under the Help

25   America Vote Act.  So I'm not sure you want to get into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028244

138

1    registration process.  And there's certainly some reforms we

2    could make on the registration process.  But this is what I

3    would say is I agree with you that there's an alarm system that

4    could be in place, which is why we should do the Michigan and

5    Florida model which says if you don't have those

6    identifications, you can submit an affidavit so that we can

7    verify that these voter is who they say they are.  We can verify

8    this person is actually an eligible voter, and then that ballot

9    is counted in Florida and in Michigan.

10              With this current bill, we don't have an alarm

11   system.  We have a gate, and they can't get past the gate.  And

12   even if they are legitimate voters and they don't have

13   identification, there's no way of getting around the gate.  So I

14   say let's set an alarm system.  Let's ask them for some more

15   information.  Let's make sure they are who they say they are and

16   let's count their ballot.

17              REPRESENTATIVE ALISEDA:  The other observation

18   I'd like to make is you claim that there were other sessions

19   where this -- some kind of voter ID law was considered and they

20   were less onerous than the one we have today.  And my

21   observation would be, why didn't you take it when it was offered

22   to you earlier?

23              MR. FIGUEROA:  Well, we were pretty much in

24   support of some of those compromises and we thought we were

25   there.  Now, the proposals that came up last session weren't the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028245

139

1    ones that got hearings.  They were ones that were talked about.

2    And we actually were in support of Todd Smith's compromise.  In

3    fact, we had a hearing with Leo Burman where we talked about the

4    Michigan and Florida process, and it looked like we had an

5    agreement.  We came back next session and they went back to the

6    previous version.  So we've always been about trying to look at

7    Michigan, Florida, New Mexico as compromises to include a

8    signature affidavit process or include some election-day voter

9    registration with the voter ID requirement so that we can

10   preserve access and security.  But, you know, this is a

11   political process and sometimes the compromises don't work out.

12               REPRESENTATIVE ALISEDA:  Are you aware that Texas

13   has twelve counties with more registered voters than voting age

14   citizens?

15               MR. FIGUEROA:  I did not know that.  That's good

16   to know.  So more registered counties than --

17               REPRESENTATIVE ALISEDA:  Has twelve counties with

18   more registered voters than voting age citizens.

19               MR. FIGUEROA:  So we need to fix up our voter

20   registration database.  I agree with that.  But this bill

21   doesn't fix our voter registration process.  This bill only

22   affects it on the poll side.  It doesn't fix the problem.

23               CHAIRMAN BONNEN:  Thank you.  Representative

24   Harless.

25               REPRESENTATIVE HARLESS:  Mr. Chairman, I just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028246

140

1    wanted to kind of make some clarifications because not everyone

2    was here when we laid out the substitute and some of the

3    differences.  We allow for six forms of identification, not just

4    four.  And in the committee substitute and the bill that passed

5    in the Senate to engrossment it allowed for expired documents up

6    to 60 days.  So if your driver's license or your ID card or your

7    passport or your CHL or your citizenship paper that has ID on it

8    is expired, you have up to 60 days to vote with that.

9                   MR. FIGUEROA:  That's a little less than the

10   Indiana, which is the previous general election, and a little

11   less than Georgia.

12                   REPRESENTATIVE HARLESS:  It actually is about the

13   same as Georgia.  There's one ID that Georgia allows that we

14   don't, and Georgia has no exemptions to the photo ID

15   requirements.  Texas has an exemption for the indigent, for

16   religious objections, for 70 or older on January 1st of 2012,

17   and the disabled under Social Security or 50 percent veterans.

18                   Another thing that I wanted to clear up is the

19   numbers that you were quoting about the 690,000, we're going to

20   have an expert from the Secretary of State to discuss those more

21   because some of those may actually have Social Security numbers

22   or IDs associated with them.  It's just that they were put in

23   the database prior to the Help America Vote Act in 2006.

24                   MR. FIGUEROA:  And some of them may have checked

25   it not knowing.  So yeah, sure.  Some of those people are going



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001592

TX_00028247

141

1    to have identification.

2              REPRESENTATIVE HARLESS:  Thank you for your

3    testimony today.

4              MR. FIGUEROA:  Thank you.  I hope we can have

5    some more conversations.

6              CHAIRMAN BONNEN:  Thank you very much.

7              MR. FIGUEROA:  Thank you.

8              CHAIRMAN BONNEN:  Chair calls Thomas Wheeler, an

9    attorney representing himself as a private individual here to

10   testify neutrally on the committee substitute to Senate Bill 14.

11   And I believe Mr. Wheeler is one of the experts.  You will have

12   ten minutes.

13             MR. WHEELER:  Yes, Mr. Chairman.  Thank you.

14   Mr. Chairman, members of the committee, my name is Tom Wheeler.

15   For the last five years I have been chairman of the bipartisan

16   Indiana election commission, which means that I was chairman of

17   the commission during the implementation of Indiana's photo ID

18   law and the application of that law during the last 2006, '08

19   and '10 elections.

20             What I'd like to do -- and I really am not

21   familiar with the Texas photo ID law because I'm not speaking in

22   favor or against it.  What I want to do is talk about our

23   experience.  And to begin with, I'd like to tell you why Indiana

24   adopted our photo ID law and the nature that it is.  We had

25   three basic reasons.  One, our voter registration system was



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028248

142

1    simply broken.

2              I believe Representative Aliseda indicated that

3    in Texas 12 of your 254 counties have more individuals

4    registered to vote than actually have adult voting age

5    population in those counties.  In Indiana it was actually quite

6    a bit worse.  We had 19 of our 92 counties had registered voters

7    in excess of the adult members of the population.  So our voter

8    registration system was clearly broken.

9              We had 4.3 million registered voters yet a survey

10   of Indiana registered voters indicated that only three million

11   of our voters had registered to vote.  So our system was clearly

12   broken.  In fact, we had 36,000 documented deceased individuals

13   on our books that could not be purged based on, frankly,

14   partisan bickering between the two parties.  So number one,

15   system was broken.

16             Number two, what caused this to take place in

17   2004?  We had a massive series of voter fraud in East Chicago

18   Indiana.  In fact, what happened, and it came out in a case in

19   front of the Indiana Supreme Court, two democratic mayoral

20   contestants in a primary engaged in so much voter fraud,

21   primarily absentee voter fraud, but so much voter fraud using

22   all of these unregistered or these over registered voters that

23   the Indiana Supreme Court referred to this -- they said they

24   were a deliberate series of actions making it impossible to

25   determine the candidate who received the highest number of legal



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001594

TX_00028249

143

1    votes cast in the election.

2              So we had a series of situations where the system

3    was broken.  And it was so broken that we couldn't even tell who

4    had won an election.  In addition to that loss -- and what that

5    created for Indiana, it created a substantial loss of confidence

6    in the voters.  And that was represented by the fact that we had

7    seen substantial declines of voter turnout and voter confidence

8    in our system.  They just didn't have any faith in the system

9    because of the voter registration problems and the rampant fraud

10   that had taken place in East Chicago.

11             When you took those two factors and combined with

12   the need to modernize our election system based upon the

13   requirements of HAVA and the NVRA, the State of Indiana took

14   steps in 2004 to pass their photo ID law.

15             I won't go into detail.  There's been a lot of

16   discussion about Indiana's photo ID law.  And you're correct.

17   It appears to be slightly more liberal than the current version

18   that has been introduced.  Basically, our provision says if it's

19   a government issued ID with a photo and an expiration date and

20   displays the voter's name, then it's okay.  And we allow some

21   flexibility in the voter's name.  For example, it doesn't have

22   to be the exact name that's on the ID.  If your name is Robert

23   John Crew but you go by the name John Crew or J. Crew, it is

24   acceptable under our law.  We also have a couple of exemptions.

25   We allow, for example, if a voter is unable to obtain an ID



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028250

144

1    because they don't want their picture taken or for some other

2    reason they are unable to obtain that ID, they can go and appear

3    in person in front of a county election board, make a verified

4    affidavit indicating why they couldn't have the ID, and they

5    would be permitted to vote or to have their provisional ballot

6    counted.

7            In addition, Indiana provides free IDs.  Indiana

8    law and the Secretary of State's office has worked with the

9    office of BMV to keep our BMV branches open, for example, 6:00

10   a.m. to 7:00 p.m. on election day, so if someone's turned away

11   they could go back, frankly, on that day and obtain a photo ID.

12   If not, under our provisional balloting requirement, they have

13   ten days to obtain that provisional ballot.

14           Now, I want to turn in this brief amount of time

15   I've got to our outreach efforts.  We took, as has been

16   documented by the Secretary of State from Georgia, we also took

17   substantial efforts to engage in outreach efforts to both the

18   minority communities and the white communities and the Hispanic

19   communities.  We ran media buys.  We spent $1.6 million though

20   in 2006 alone.

21           Now as indicated in the question of the Secretary

22   of State from Georgia, we used primarily HAVA money to do that.

23   We used about $2.1 million in HAVA money.  We followed that up

24   with additional media buys of $550,000 in 2008.  But that has

25   tailed off.  Why has it tailed off?  Frankly, people understand



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001596

TX_00028251

145

1     our photo ID requirement.  It's analogous to a situation where

2     when you were going to the airport, the first time you went to

3     the airport without a photo ID, you showed up and no photo ID,

4     you were going to go home.

5          Now people understand that they need to bring

6     their photo ID and people in Indiana understand that.  We're not

7     sending people home with provisional ballots.  We don't need to

8     spend the money in outreach efforts at that point because people

9     understand that.  As ways indicated a little while ago, in

10    Indiana if you want to get into a government building, you have

11    to show photo ID.  If you want to cash a check.  People in

12    Indiana now understand that.  That is part of the extensive

13    voter outreach efforts that we made.

14          Now, the question is what happened in Indiana

15    after we did photo ID?  And our experience is a little bit

16    different from Georgia because I can control for what has been

17    referred to in the questioning as the Obama factor.  In Indiana

18    we actually had off-year elections.  Because we implemented ours

19    in 2004, we had ours in 2006, 2010.  We've had two off-year

20    elections that did not involve Barack Obama, did not involve

21    this historic situation that happened in 2008.  Indiana in 2008

22    had a similar experience that I'm sure Texas and Georgia.  We

23    had a tremendous voter turnout.  Let's leave that aside for

24    right now and let's talk about the off-year elections because we

25    can compare 2002, 2006 and 2008.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001597

TX_00028252

146

1              In 2006, our first year of photo ID, an off-year
2       election, we experienced, in contrast to the decline in voter
3       turnout we experienced about a 4 to 5 percent increase in voter
4       turnout in 2006, an off-year election.  This had reversed the
5       steady decline that we had seen over the years.  And in 2010 we
6       saw that trend accelerate.  We actually experienced another 5
7       percent increase.  We had gone from 46 percent in 2002 to 50
8       percent voter turnout in the off-year election in 2006, and we
9       increased that in the 2010 election to 55 percent.  So in
10      Indiana our photo ID law has actually -- in my personal belief,
11      my experience it has increased voter turnout.  Why?  It's
12      returned some value, some integrity to the system, one.  But
13      number two, what it has allowed us in Indiana to do is to begin
14      more creative outreach efforts and more access to the polls by
15      voters.
16              I mean, the partisanship of this is that the
17      democrats will come and say we want more access, we need more
18      people to be able to go, we need more places to vote, we need
19      more days to vote, we need extended hours.  Well, in Indiana,
20      what photo ID has allowed us to do is for Republicans to come in
21      and say we have a comfort level with that because I know whether
22      you vote on Monday, Tuesday, Wednesday, whether we have
23      satellite voting, whether we have vote centers -- Mitch Daniels,
24      our governor, the first bill he signed this year was a bill in a
25      bipartisan bill to install vote centers in all 92 counties which



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028253

147

1       is going to be a vast benefit to the manner in which we run

2       elections in Indiana.

3               I know you guys are on the elections committee.

4       Having served as the chairman of the election period for the

5       last five years, the biggest problem we have is staffing

6       precincts and the expense of staffing those precincts.  Voting

7       centers allow us to do that.  That's Bill No. 1 that Mitch

8       Daniels signed this year, a bipartisan bill.

9               Why were we able to do that?  Because Republicans

10      had a level of comfort with increasing access because of photo

11      ID.  We knew -- we knew that despite our bloated voter

12      registration roles that the MALDEF representative just

13      mentioned, that apparently you have a similar problem here in

14      Texas, despite those voter registration roles, we knew that if

15      Mickey Mouse was registered to vote in Indiana, Mickey Mouse was

16      going to have to show up with a photo ID with his picture and

17      his name on it.  And that became very relevant and important in

18      the 2008 election.

19              I received a call from the Lake County Board.

20      That's where East Chicago is located.  Heavily democratic,

21      heavily African-American.  ACORN had taken to that -- and this

22      was a democrat calling me.  ACORN had come in and engaged in a

23      systemic dump of voter registrations and obviously fraudulent

24      voter registrations.  They were Mickey Mouse, George W. Bush,

25      Jimmy John's, which is a sub franchise.  They were obviously



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028254

1    fraudulent.  The good news in Indiana is, I don't care that much

2    about it.  You know why?  Because if you registered as Jimmy

3    John's or George W. Bush, you better show up with a photo ID at

4    the poll that says you're George W. Bush.  It increased the

5    voters' integrity in the system, despite what we had seen as a

6    fairly systemic attack on our voter registration rolls.  That's

7    what photo ID did in Indiana.  It brought integrity back to the

8    system.  And because of that, I would suggest it increased voter

9    turnout.

10               To answer a question I think Representative

11   Veasey, if I'm pronouncing it correctly, there was a study done

12   -- I see my time is up.  May I briefly conclude?  One minute?

13               CHAIRMAN BONNEN:  I'd prefer you not to.

14               MR. WHEELER:  Fair enough.

15               CHAIRMAN BONNEN:  Are there any questions,

16   members?  Represent Gutierrez.

17               And just so we understand, we're trying to make

18   sure we're very fair about this and every expert gets exactly

19   ten minutes or just barely beyond that.

20               MR. WHEELER:  I understand.  Thank you.

21               CHAIRMAN BONNEN:  Represent Gutierrez has

22   questions.

23               REPRESENTATIVE GUTIERREZ:  Thank, Mr. Chairman.

24               You suggested there was an increase in voter

25   turnout in the 2006 and the 2010 elections.  But that's just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

149

1    generally speaking.  Did you break it down into Latino and

2    African-American communities?

3              MR. WHEELER:  I know in 2006, yes.  That was

4    precisely the question I was going to get to.  There was a study

5    done by a professor at the University of Missouri, Professor

6    Milio.  And I've got this information which I'll share with the

7    committee.  But in his report called The Effects of Photographic

8    Identification on Voter Turnout in Indiana County Level

9    Analysis, what he did is he looked at the elections and he

10   looked at between -- he compared 2002 and 2006, the two off-year

11   elections.  And let me read you his conclusion.  I'd be happy to

12   provide a copy of the report, and I did provide it to my

13   testimony to the Senate I believe in 2009.  Quote: "Voter

14   turnout in Indiana increased about 2 percentage points from 2002

15   to 2006."  He was using only in-person voter numbers.  "However,

16   in counties with greater percentages of minority or poor voters,

17   turnout increased by even more."  His concluding statement was,

18   "The only consistent and frequently significant effect of voter

19   ID that I find is a positive effect on turnout in counties with

20   a greater percentage of democratic leaning voters."  The

21   conclusion of the study was that photo ID -- turnout was better

22   in those counties, the minority leaning counties.  And our --

23   Lake County, for example, Marion County, St. Joseph County.  And

24   I would respectfully suggest --

25              REPRESENTATIVE GUTIERREZ:  It's a minority



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001601

TX_00028256

VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

                                                                    150

1       county, though.  And I'm not -- I don't want to be argumentative

2       with you, but you're telling me about a minority county.  The

3       study is great and I appreciate it.  Professor

4       whatever-his-name-is is Latino, if I'm not mistaken.  My concern

5       is these numbers are very -- you can get them.  Your Secretary

6       of State can get them.

7                     MR. WHEELER:  Sure.

8                     REPRESENTATIVE GUTIERREZ:  And so you're saying

9       the State has got the actual numbers of Latino and

10      African-Americans voting?

11                    MR. WHEELER:  And that's what he relied on in

12      this study.  And my point is, the study breaks those out on a

13      county-by-county basis.  And what it suggests and I think what

14      it supports the conclusion that if photo ID is designed to

15      suppress democratic voters, it's not working.  And we know that

16      in 2008 because for the first time in 45 years we voted for a

17      democrat for president.

18                    And in fact, in that 2006 election, the first

19      time photo ID had been implemented we lost -- the republicans

20      lost three house seats to democrats.  So photo ID is designed to

21      suppress democratic voters, minority, Hispanic, typical

22      democratic voters, it doesn't work very well, at least not in

23      Indiana.

24                    REPRESENTATIVE GUTIERREZ:  Perhaps I'm not

25      explaining myself or, as my wife says, maybe I'm not listening.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001602

TX_00028257

151

1      I choose not to sometimes.

2                 MR. WHEELER:  That's on the record.

3                 REPRESENTATIVE GUTIERREZ:  That's on the record.

4      Yeah, I'll be in trouble.

5                 I guess you said that in minority communities --

6      minority counties is what you said -- that the numbers

7      increased.  That doesn't tell me that Latino voters or

8      African-American voters have increased.  All that tells me is

9      that in counties where you have more Latinos and African

10     Americans that voting increased.  That doesn't distinguish

11     whether you had more Anglos voting, Latinos, or

12     African-Americans.

13                MR. WHEELER:  That's an absolutely fair

14     statement.  The study did not break it out in that fashion, but

15     those numbers are freely available, and I'd be happy to provide

16     them to you.

17                REPRESENTATIVE GUTIERREZ:  And that's what I'm

18     getting at, because your Secretary of State can pinpoint here's

19     the African-American vote in '04 and '06 and 2010, and so here

20     is the Latino vote.  And that's really what I'd like to see,

21     just raw, real numbers rather than some study that tells me, oh,

22     yeah, the numbers went up in a community.  Well, in that

23     community I've got Latinos, Asians, African-Americans.  I've got

24     Anglos.  I mean --

25                MR. WHEELER:  True.  But on a county-wide basis



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001603

152

1    is what it shows is with a county-wide basis with large minority

2    communities, the voters -- the amount of voting, the voter

3    turnout is high.  I realize it's not broken down.  And I'll be

4    happy to provide those numbers.

5               REPRESENTATIVE GUTIERREZ:  Well, thank you.  I

6    appreciate that.  That was really my only question for you.  I

7    really appreciate you coming down for us.

8               MR. WHEELER:  I was hoping you were going to ask

9    me the Austin question, because I love Austin.

10              REPRESENTATIVE GUTIERREZ: I hope you like the

11   Spurs too.

12              MR. WHEELER:  I'm a Pacer fan and we're

13   suffering.

14              CHAIRMAN BONNEN:  So you will be able to get us a

15   copy of that report which will have the actual numbers as to

16   what the turnout --

17              MR. WHEELER:  Right.  And what I'll do, I'll pull

18   it down.  I'll go 2002, '4, '6, '8 and '10.  I think it will be

19   fairly --

20              CHAIRMAN BONNEN:  That would be wonderful.

21              REPRESENTATIVE GUTIERREZ:  To be clear, Mr.

22   Chairman, that report doesn't have the numbers.  It just simply

23   states that voting went up in these minority communities.

24              MR. WHEELER:  No, I'm not going to -- I'll give

25   you Professor Milio's report, which is useful.  But what I'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028259

153

```
 1    give you is the raw -- you were asking for the raw numbers.  You

 2    want to know in Indiana statewide how many African-Americans

 3    voted in '2, '4, '6, '8 and '10, how many self-identified

 4    Hispanics vote, '2, '4.  If it's there, I'll get it for you.

 5                    REPRESENTATIVE GUTIERREZ:  Thank you.

 6                    CHAIRMAN BONNEN:  Representative Harless has

 7    questions.

 8                    REPRESENTATIVE HARLESS:  I just wanted to ask one

 9    question.  You know we've talked a little bit about the

10    provisional ballots here.  And in Texas we have a six-days to

11    return for with provisional.  Georgia has two.  Indiana has ten.

12    Can you talk about that some.

13                    MR. WHEELER:  Absolutely.  And I know we were

14    discussing the dangers of empirical studies, but there was a

15    study in the Journal of Law & Politics that looked at

16    provisional balloting in Indiana.  And we know -- they broke out

17    only the 2008 election in this particular study.  We do know

18    that there were 2.8 million voters in Indiana.  And our numbers

19    look a lot like Georgia's numbers, which is to say that for

20    voter ID provisional balloting, out of that 2.8 million only

21    1,039 provisional ballots were given for photo ID issues, which

22    represents .037 percent of the total individuals voting.  Of

23    those -- and our numbers were similar and actually a little

24    lower than Georgia -- only 137 people came back and provided ID.

25    In our situation, as you noted, we have a very, very liberal --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001605

TX_00028260

154

1    if you don't have the photo ID, you can simply attest that

2    that's you.  So we have a very liberal provisional balloting

3    standard.

4              I would suggest to you, in this particular study

5    they argue that one of two things is happening with those other

6    902 people.  One, those people are engaged in voter fraud and

7    these are voter fraud people that we've caught because they

8    can't come back and show photo ID.  I would suggest -- with all

9    due respect, I would suggest that in reality what happens with

10   the provisional balloting is what the Secretary of the State of

11   Georgia said, which is that provisional balloting, once -- for

12   example, in 2008, Barack Obama -- Indiana was the swing state --

13   won Indiana by 30,000 votes.  All right?  I think people choose

14   simply not to come back at that point in time because they

15   realized that it didn't make any difference as to whether or not

16   they came back.  So I would suggest that they simply chose not

17   to do that.  We had 137 people that did, and all those people's

18   provisional ballots were counted.

19             REPRESENTATIVE HARLESS:  So you don't think that

20   the additional days of cure increased the number of people that

21   come back, because Georgia numbers he said --

22             MR. WHEELER:  Their numbers were a little higher

23   than ours.

24             REPRESENTATIVE HARLESS:  They were 1,200 and 308

25   returned, which is about 26 percent.  271 in a provisional



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028261

155

1    election.  82 returned, which was about 30 percent.  Yours is a

2    lot less.

3                    MR. WHEELER:  13.7 percent.

4                    REPRESENTATIVE HARLESS:  So the difference

5    between the two-day and ten-day cure really doesn't matter.

6                    MR. WHEELER:  Honestly, this is my own personal

7    opinion.  I think the longer you go people just --

8                    REPRESENTATIVE HARLESS:  The less they're

9    likely --

10                    MR. WHEELER:  Well, there's no challenge.  It's

11    over, the vote.  Why should I take my time to go do it?

12                    REPRESENTATIVE HARLESS:  Thank you so much for

13    traveling here.

14                    MR. WHEELER:  Thank you very much.

15                    CHAIRMAN BONNEN:  Representative Pena has a

16    question.

17                    REPRESENTATIVE PENA:  I want to make sure if I

18    could sum up your testimony.  You had some voter fraud occurring

19    in your state of --  I consider -- you consider it to be

20    widespread; am I correct?

21                    MR. WHEELER:  Certainly in East Chicago.  East

22    Chicago, the city itself, was declared a corrupt -- under the

23    RICO statute was declared to be a corrupt business enterprise.

24    So it was substantial in the City of East Chicago.

25                    REPRESENTATIVE PENA:  Okay.  And I take it that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001607

156

1    much of the fraud you're talking about wasn't necessarily voter

2    impersonation.

3                 MR. WHEELER:  No.

4                 REPRESENTATIVE PENA:  But your state found it

5    important, and do you agree that it's important that the

6    instilling of voter confidence in elections is an important

7    state function?

8                 MR. WHEELER:  Not only we did.  The Supreme Court

9    did in our case.  I was a defendant in our case, the Crawford

10   case.  The Supreme Court said that is part of a valid basis for

11   photo ID.  It's one of the three factors that they looked at.

12   Absolutely.  Supreme Court said that.

13                REPRESENTATIVE PENA:  Okay.  So if we have

14   evidence or at least testimony from other individuals that there

15   is voter fraud in fact occurring, not necessarily voter

16   impersonation, is that something that Texas would have a

17   legitimate right to address because --

18                MR. WHEELER:  Absolutely.

19                REPRESENTATIVE PENA:  Because the citizens are

20   calling for it.

21                MR. WHEELER:  And the Supreme Court has said you

22   do.  Absolutely.

23                REPRESENTATIVE PENA:  Very good.  Thank you.

24                MR. WHEELER: Thank you.

25                CHAIRMAN BONNEN:  Representative Veasey has



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001608

157

1    questions.

2              VICE CHAIRMAN VEASEY:  And Representative Pena

3    touched on what I wanted to ask you because, you know, at the

4    beginning of your testimony, I was in the back listening, and

5    you had talked about the voter fraud that had taken place.  I

6    don't think you used the word voter impersonation.  But can you

7    elaborate for me exactly what type of voter fraud was taking

8    place and what type of convictions did you get out of it.  And

9    where is East Chicago?

10             MR. WHEELER:  It's east of Chicago.  It's Lake

11   County.  It's immediately adjacent to Chicago, Lake County.

12             VICE CHAIRMAN VEASEY:  So on Lake Gary?

13             MR. WHEELER:  Gary is in Lake County as is East

14   Chicago.  So they're adjacent to each other.  There was a movie

15   called The King of Steel Town.  If you've ever seen it, I

16   recommend it to you.  It shows systemic voter fraud.  The big

17   thing they did was sidewalks for votes.  They bought votes by

18   paving people's sidewalks, using public employees to pave

19   people's sidewalks.  The entire administration was indicted and

20   almost all of them have been convicted of fraud and are serving

21   time in federal penitentiaries for this.  So when we talk about

22   fraud, there's purchasing of votes, absentee ballot fraud, the

23   whole gamut of fraud.

24             The key factor for us in Indiana was that

25   widespread corruption -- not only was there widespread



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001609

158

1  corruption, but the mayor, or Mayor Pastrick bragging in a movie

2  about how corrupt and how he had used political influence to

3  purchase votes frankly disgusted people in the State of Indiana

4  with the entire system.  They lost confidence.  And photo ID, I

5  would submit to this committee, has brought that confidence back

6  to the State of Indiana.  And, as I respond to Representative

7  Pena's question, the Supreme Court found that that was a

8  legitimate reason for the government to enact the legislation

9  against an equal protection challenge.

10           VICE CHAIRMAN VEASEY:  But in relation to the law

11  that we're trying to pass, if you -- you know, if you're buying

12  votes for patronage, the people that are voting, that have those

13  jobs, that patronage, they're not necessarily committing voter

14  impersonation.  They may be voting because they think that this

15  is the person that is going to protect their jobs, which would

16  be illegal, but it is different than what we're discussing

17  today.

18           MR. WHEELER:  You're absolutely right.

19           VICE CHAIRMAN VEASEY:  It's completely different.

20           MR. WHEELER:  Right.  And this wouldn't address

21  that at all.  But what the bill -- I would suggest to you that

22  our photo ID bill did is, we had a crisis of confidence in our

23  election system.  And photo ID, I think the turnout shows, the

24  increase in turnout, photo ID in Indiana has resolved that

25  crisis of confidence, not only resolved it, but allowed us and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001610

TX_00028265

159

1      people on the Republican side to reach out and embrace ideas

2      that years ago they would not have embraced that allow more

3      voter turnout.  And I think with what governor Daniels signed --

4      we're a partisan state.  The democrats in our rep -- are in

5      Illinois right now.  Within that -- they broke -- we have a

6      break.  I know you had it with redistricting.  They've left.  We

7      are not currently a bipartisan state.  This is an issue we were

8      bipartisan on.  And that's what's the cool thing.  And photo ID

9      allows you to do that, allows you to reach across and for

10     Republicans to have a comfort level to allow for different types

11     of voting and methodologies that you wouldn't have without photo

12     ID, at least that's what we've experienced in Indiana.

13                  CHAIRMAN BONNEN:  Let me ask you this.  And I

14     think we're wrapping up.  I hope we are.  So you're -- I want to

15     make sure I understand your belief here -- is that by passing

16     voter ID you increased the voter turnout which reduced the

17     significant impact that voter manipulation through patronage and

18     other things could have upon an election?

19                  MR. WHEELER:  That would be true.

20                  CHAIRMAN BONNEN:  Okay.  Thank you very much.

21     Appreciate your being here.

22                  (Transcript resumed in Volume II of II)

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001611

160

1           I, Amy C. Kofron, Certified Shorthand Reporter in

2      and for the State of Texas, hereby certify to the following:

3           That the CD entitled, "Texas House of Representatives

4      82nd Legislature, Select Committee on Voter Identification and

5      Voter Fraud, March 1, 2011" was transcribed at the request of

6      Anne Wilson, Attorney General's Office, Austin, Texas 78701, and

7      The amount due is $_____.

8           That the aforementioned CD was transcribed to the best

9      of my ability to hear and understand the CD;

10          That the transcript was submitted by E-trans on April

11     12, 2012, to Anne Wilson, Attorney Generals' Office, 209 West

12     14th Street, Austin, Texas 78701;

13          I further certify that I am neither counsel for,

14     related to, nor employed by any of the parties or attorneys in

15     the action in which this proceeding was taken, and further that

16     I am not financially or otherwise interested in the outcome of

17     the action.

18          Certified to by me, this 12th day of April, 2012.

19

20

21     _____

22     Amy C. Kofron, Texas CSR No. 6352
       Expiration Date 12/31/13

23     ESQUIRE DEPOSITION SERVICES
       100 Congress, Suite 2000

24     Austin, Texas  78701
       (512) 328-5557

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028267

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

**A**

**Aaron**
21:20 39:10
39:15,16,16
**Aaron's**
21:21
**Abbott**
38:20
**ability**
47:21 66:13
69:12 80:5
160:9
**able**
10:13 12:11
16:3 18:19
19:4 25:9
35:5 49:12
50:5 64:9
66:9,14,16
68:23 69:2
69:6 72:23
78:17 80:2
80:5 82:19
85:6,9,10
86:7 113:15
117:16
120:3
137:22
146:18
147:9
152:14
**aboveboard**
30:14
**Abraham**
73:13
**abroad**
128:12
**absentee**
88:19 119:23
142:21
157:22
**absolutely**
24:10 30:12
40:11 54:14
79:12
115:15
130:23
131:2,20

137:23
151:13
153:13
156:12,18
156:22
158:18
**abuse**
59:4,8
**accelerate**
146:6
**acceptable**
5:4 94:7,19
94:22
135:25
143:24
**access**
88:18 123:19
123:22
127:21
129:7,13,21
139:10
146:14,17
147:10
**accessibi...**
84:4
**accomplish**
50:5
**accost**
76:4
**accosted**
65:10
**accurate**
132:24
**ACORN**
43:20 48:21
147:21,22
**act**
6:20 9:12
65:16 66:3
66:10 73:6
73:7,18,24
75:13 88:21
128:6
136:22
137:5,25
140:23
**action**
12:1,1,3

160:15,17
**actions**
142:24
**active**
62:6
**activists**
38:3
**activities**
25:9 64:22
66:13 68:7
72:17
**activity**
50:25
**actual**
19:1 41:3
87:6 88:21
124:9 150:9
152:15
**ad**
113:6
**add**
129:7
**adding**
135:6
**addition**
143:4 144:7
**additional**
3:13 80:2
123:24
144:24
154:20
**Additionally**
97:5
**address**
9:4 43:18
46:16 47:7
48:12,15
55:20 65:25
79:2 80:7
89:20 96:17
121:6 125:8
126:9 129:4
131:24
132:5
134:10
156:17
158:20
**addressed**

55:12 71:8
129:18,20
**addressing**
129:21
**adjacent**
157:11,14
**administer**
29:9
**administered**
97:4
**administe...**
29:13
**administr...**
58:25 157:19
**admit**
130:9 131:8
131:8
**admonish**
74:11
**adopted**
141:24
**ads**
95:18,23,24
**adult**
124:10 142:4
142:7
**adults**
124:20,21,22
**advanced**
73:22,23
**advertised**
95:22
**advertising**
101:19
103:16
**advocacy**
43:20
**advocate**
66:18
**affect**
82:9 117:10
**affidavit**
86:7 129:3
135:25
136:2 138:6
139:8 144:4
**affirmation**

63:16,21
**affirmations**
3:19
**affirmati...**
85:12
**afford**
69:7,7
**aforement...**
160:8
**African**
66:16 151:9
**African-A...**
73:10 97:9
97:13
114:14,20
115:4,19
118:19
120:8 121:7
121:9
124:12,20
125:4
147:21
149:2 151:8
151:19
**African-A...**
66:13,19
69:22 78:8
115:13
121:17
122:9
125:12
128:16
129:25
150:10
151:12,23
153:2
**afternoon**
116:21
**age**
20:22 21:1
25:10 104:3
107:2
112:13
125:4,5,6
139:13,18
142:4
**agencies**
48:11 95:13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028268

agency
71:4 94:12
aggressive
103:8
ago
9:1 42:22,23
66:21 70:3
82:15 119:2
130:14,19
145:9 159:2
agree
14:19 30:12
34:25 58:23
112:24
113:8
114:15,17
114:18
115:21
119:7
132:14
138:3
139:20
156:5
agreed
20:16
agreement
18:13 139:5
AG's
32:7 40:1
ahead
5:22 22:25
27:23 29:3
60:16 64:5
65:25 68:16
69:25
Air
42:19
airplane
27:9 119:13
airport
27:9 145:2,3
Alabama
72:15 88:7
alarm
137:14 138:3
138:10,14
Albany
104:19

alien
50:12
aliens
41:22 52:24
Aliseda
4:12,13
18:16,17,23
19:9 35:9
40:18,24
41:2,6,9,11
41:15,19,24
42:2,5,8
82:5,6
83:10,19
85:15 92:8
92:9 117:6
117:8,16
118:1,5,9
136:11,13
136:25
137:13,18
138:17
139:12,17
142:2
allegations
36:11 38:4
38:18
allow
3:18 19:19
31:11 40:13
68:1,10,11
68:13 75:21
79:8 86:5
110:16
112:5 119:3
120:3 128:2
136:3 140:3
143:20,25
147:7 159:2
159:10
allowed
3:7 25:10
43:19 56:23
70:1 71:22
72:4 75:5
76:3 127:24
140:5
146:13,20

158:25
allowing
65:7 67:23
79:7 110:16
allows
3:16 69:16
70:24,24
71:3,6
88:18
113:17
135:16,20
140:13
159:9,9
amazing
117:25
amendment
5:14 14:13
56:22 57:13
127:17,19
amendments
57:17
America
9:12 35:22
108:14
136:22
137:4,25
140:23
American
122:25 123:8
126:14
Americans
66:16 151:10
amount
17:22 57:2
101:7 109:2
126:18
132:2
144:14
152:2 160:7
amusing
8:24
Amy
1:21 160:1
160:21
analogous
145:1
analysis
17:21 96:24

118:2
128:17
149:9
analyze
121:11
Anchia
11:5,8 16:12
16:13,19,24
17:5,9,20
18:3,12
74:6,15
80:8
Anderson
124:14
Andreas
134:8
anecdote
8:14 9:3
Anglos
151:11,24
Anne
160:6,11
annual
101:15
113:24
114:1,2
135:22
answer
3:9 21:9
28:22 29:1
30:17 31:16
45:22,24
47:10,10
48:3 49:1,5
49:22,24
96:20
115:12
148:10
answered
52:2 53:8
anti
79:18,19
anticipate
9:6 103:2
Antonio
83:20,24
117:1
anybody

44:5 51:2
130:12
anymore
111:4
apologize
34:13 56:19
74:7 93:16
99:7 101:22
apparently
14:18 27:14
147:13
apparition
87:11 88:1
Appeals
107:16
appear
49:18 64:13
64:13 144:2
appears
62:20 143:17
appellate
6:15
applaud
80:24
applicant
96:16
applicant's
96:17
application
3:16 141:18
applications
69:21,25
91:2 107:7
applied
17:18 18:20
56:24
apply
7:20 91:6,8
appointment
84:3
appreciate
19:12 51:15
56:13 59:15
61:24 63:14
70:10 74:14
89:5 91:13
92:23 93:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

93:10 105:1
110:11
115:21
116:1
122:14
150:3 152:6
152:7
159:21
apprehensive
34:4
appropriate
27:24 54:23
64:24 87:14
appropria...
5:15
appropria...
92:16
April
1:22 108:3
112:19
160:10,18
area
24:1 41:23
44:3 55:4
81:7,20
82:23
areas
22:23 39:1
55:11 70:25
71:20 81:9
128:4
arguably
12:1
argue
91:10 115:8
154:5
argument
11:14 119:10
argumenta...
150:1
arguments
90:17
Arizona
126:15
127:13
134:18
arm
68:4

Army
58:20
arrivals
126:13
arrive
19:18 136:3
Arthur
48:8 49:14
ascertain
34:18 35:6
Asian
124:4,12
Asians
151:23
aside
145:23
asked
6:1 11:7
13:18 30:18
52:10 76:15
88:15
asking
12:5 13:7
31:12,14
35:17 43:2
44:2 45:22
48:20 49:11
99:8 103:21
116:12
119:2 153:1
asserted
7:24
assimilate
50:8
assist
65:11
assistance
91:3,4
119:15
associated
140:22
Association
19:22 20:1
assume
6:4 12:5,7
84:11
assuming

14:3 102:1
assumption
18:8
as-applied
10:14 16:15
16:20,25
17:2,6,12
17:15,16,23
18:5 19:5
Atlanta
95:19,22
101:1
104:15,16
104:20
109:22
118:19
Atlanta's
95:25
attached
11:18
attack
148:6
attempt
76:11
attempted
73:23
attempting
12:21 44:25
98:15
attempts
48:23
attest
154:1
attesting
129:3
attorney
5:19 13:6,8
34:19,20
38:2,7,20
51:1 54:17
69:23
109:14
123:8 141:9
160:6,11
attorneys
6:18 160:14
audience
55:22 74:12

92:13
audio
3:16
Augusta
104:17
Austin
6:18 24:17
116:15,19
152:9,9
160:6,12,23
authored
7:10
authority
48:9 67:22
68:5 71:5
94:14
111:25
automated
49:13 95:15
automatic...
43:8 44:13
availability
69:6 75:3
108:13
available
3:22 27:3
28:7 83:22
83:25 84:9
95:2 151:15
average
117:24
aware
40:12 98:20
103:19
121:3
139:12
awareness
95:20
awhile
21:14
A's
79:15
a.m
144:10

────────
        B
────────
back

3:23 8:19,20
8:21 37:3
42:23 43:8
45:9,12
47:8 66:17
68:12 69:20
72:18 73:24
76:11,13
79:17 80:11
93:3,10,25
98:11,13,17
99:18,19,20
99:23
100:10,11
100:15,22
100:23
106:4,22
115:25
118:25
124:23
126:23,24
127:5,8
132:15,16
139:5,5
144:11
148:7
153:24
154:8,14,16
154:21
157:4 158:5
background
6:14 93:13
94:4
bad
81:17 116:20
Baker
9:18,18
118:23
balance
123:18
124:22
129:1,1,22
132:7
balancing
127:20
ballot
49:12,13,15
52:15 62:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028270

68:17 73:10
88:19 94:6
94:18 97:24
98:3 106:11
134:1 136:3
136:7 138:8
138:16
144:5,13
157:22
**balloting**
144:12
153:16,20
154:2,10,11
**ballots**
10:2 65:7
67:24 88:19
88:19 97:17
97:19 98:1
98:5,8 99:1
99:5,16,22
106:21,23
106:23
115:7
120:12
126:19,22
126:23
127:1,5,24
134:14,19
135:4 145:7
153:10,21
154:18
**bank**
57:1 58:24
74:3 77:1
**banners**
95:23
**banquet**
72:25
**bar**
73:12
**Barack**
87:12 145:20
154:12
**barber**
8:19,20
**barcode**
113:13
**barely**

148:19
**Barreto**
124:2
**barrier**
73:14
**barriers**
73:8 78:16
**based**
9:5 22:19,21
22:22 48:7
81:16 126:5
142:13
143:12
**basic**
62:16 141:25
**basically**
40:14 104:14
143:18
**basis**
47:22 150:13
151:25
152:1
156:10
**basketball**
117:1
**battery**
58:23 59:1
**beard**
15:21
**beast**
39:4
**beaten**
76:14
**Beaumont**
48:8
**beautiful**
116:24
**Bee**
83:16,16
84:23
**beg**
21:6 49:20
**beginning**
113:7 157:4
**BEGINS**
2:1
**belabor**

109:1
**belief**
115:18
146:10
159:15
**believe**
3:6 35:15,16
40:22 41:14
41:17 42:2
50:22 78:4
103:7 121:7
121:8
123:19
125:11
129:1,20
132:6 133:7
135:15
141:11
142:2
149:13
**believes**
29:15,15
**Bell**
46:23 51:23
51:23 65:9
75:25 80:25
**Belvoir**
58:20
**Bend**
65:6
**benefit**
147:1
**best**
16:22 117:1
124:1 160:8
**better**
35:24 67:1
70:13 71:1
73:12 148:3
149:21
**Betty**
121:15
**beyond**
113:25
148:19
**bickering**
142:14
**big**

49:6,16 77:4
103:13
109:21,22
114:11
157:16
**bigger**
128:1,3
**biggest**
78:18 147:5
**bill**
3:20,25 4:1
4:15,17,23
4:24 5:14
5:15 6:2,10
6:11 7:2,19
10:22 12:6
12:7,12
19:22 20:3
20:3,14,16
20:18 21:7
30:16 36:11
42:16 43:17
44:9 48:23
50:7 51:6
53:20,20
55:6,21,24
56:17,23
57:8,17,25
59:10,18
60:23 61:9
62:2,3,9
64:2 67:16
67:17 70:24
73:7,19
74:3,4
76:25 78:8
80:7,15
86:5,18,19
88:13,16,23
89:12 91:15
91:16 92:24
93:2,3,7
94:1,5
95:12 105:6
112:19
116:2
118:22
120:24

121:12,13
123:1
129:11,19
129:20
131:25
132:4,15,17
133:13
135:12,16
137:6,8,10
138:10
139:20,21
140:4
141:10
146:24,24
146:25
147:7,8
158:21,22
**bills**
27:6 73:17
74:1 102:2
123:13
**bipartisan**
76:19,22
141:15
146:25
147:8 159:7
159:8
**birth**
96:14,15
128:12,23
136:6
**bit**
7:1 15:24
40:16 62:10
73:21 94:3
95:6 104:19
116:17
142:6
145:15
153:9
**black**
82:10 124:3
**blame**
24:18
**Bledsoe**
2:9 63:15,17
63:22,25
64:3,5,7,10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028271

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

165

64:11,12,15
64:17,17
70:8,9,15
70:20,22
71:2 72:2
73:4,25
74:7,10,16
74:18 77:9
79:5,13
81:18 82:2
82:14 83:17
84:14 85:20
85:24 86:11
86:13 87:4
87:19 88:25
89:5,7
**bloated**
147:11
**blocks**
43:13
**blogs**
37:18 38:3
38:17,23
**BMV**
144:9,9
**board**
6:24 68:4
71:5 94:13
109:17
111:24
144:3
147:19
**Bob**
62:5
**body**
82:16
**boils**
62:13,21
**Bonnen**
3:1 4:4,5,14
4:20 5:17
6:4,7 10:25
11:3 16:6,8
18:14 19:10
19:15 21:11
24:11 28:9
28:11,14,16
28:20,24

29:3 31:12
31:17,23
32:2,8,11
32:14,17,19
34:10 36:1
39:19,23
40:5,8,18
40:21 42:9
42:12,14
44:17,19
46:17 47:12
47:17,20
48:1 50:1
51:11,21,24
52:4,8 53:3
53:6,9,14
53:18,23
54:25 55:18
56:1,4,8,10
56:12,15
57:5,7,10
57:14,18,21
57:24 58:4
58:7,10,12
58:14,18
59:12,22,24
60:4,11,15
60:18,20,23
61:1,5,8,11
61:22 63:9
63:11,14,18
63:24 64:4
64:8,11,15
70:8,10
72:8 74:14
81:25 82:4
85:17 89:1
89:8 91:12
91:22,25
92:1,10,12
93:16 99:7
99:15,25
100:5,9,14
100:21,25
101:6,21,25
102:7,13,16
104:21
108:22
114:10

115:20
116:4,6,11
117:3 118:6
118:7,11
122:13,23
123:5 130:3
136:11
139:23
141:6,8
148:13,15
148:21
152:14,20
153:6
155:15
156:25
159:13,20
**book**
28:7
**books**
125:14
142:13
**border**
51:22 53:1
**borders**
53:10
**born**
128:12
**boss**
8:15
**bother**
98:13
**bought**
116:19
157:17
**Bowie**
75:25 80:25
**box**
52:15
**boycotts**
72:16
**bragging**
158:1
**branch**
71:4 94:12
**branches**
64:19 144:9
**Brandon**
124:23

**Brazoria**
47:1
**break**
89:2 149:1
151:14
159:6
**breaks**
150:12
**breeds**
86:24
**Brian**
2:11 93:5,11
**brief**
15:9 116:15
116:17
144:14
**briefed**
85:24 86:1
**briefly**
148:12
**bring**
8:23 17:16
19:19 39:12
46:20 48:14
61:20 63:18
90:23 94:17
125:15
126:23
127:24
137:12
145:5
**bringing**
50:6,9 81:12
103:16
**brings**
46:15 53:22
112:23
**broad**
12:15
**brochures**
95:3
**broke**
153:16 159:5
**broken**
142:1,8,12
142:15
143:3,3
152:3

**brought**
15:25 101:23
148:7 158:5
**Brown**
121:15
**bubbles**
73:12
**budget**
35:17
**budgets**
85:4
**build**
41:7
**building**
145:10
**buildings**
119:12
**bullshit**
74:8
**bumping**
96:9
**burden**
10:3,6,8,12
10:15,16
19:7 73:23
107:20
**burdens**
78:16 127:17
127:19
**burdensome**
73:19 74:1
88:20
119:19
**Burman**
139:3
**bus**
72:16 121:22
**Bush**
50:5 147:24
148:3,4
**business**
26:14,22
62:24 92:25
100:12
106:23
155:23
**businesses**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028272

26:23
**busses**
95:25
**busy**
92:14
**Butch**
2:6 56:8
**buy**
58:22 59:1
**buying**
158:11
**buys**
144:19,24
**B.R**
2:4 19:20,24

**C**

**C**
1:21 160:1
160:21
**call**
4:2 39:7,10
63:19 84:3
91:23
122:24
147:19
**called**
10:9 60:1
65:3 91:23
124:2 149:7
157:15
**calling**
147:22
156:20
**calls**
5:19 19:20
42:14 89:10
95:16 141:8
**campaign**
95:8,9,18
101:19
102:14
103:8
104:13
113:6
**campaigned**
106:4
**Candace**

88:6
**candidacy**
87:12
**candidate**
142:25
**car**
82:18
**card**
5:2 10:23,23
13:17 20:10
20:12 21:21
22:3 25:16
37:7 39:9
39:16 43:11
46:1,11,20
57:1,4 59:9
63:2 67:6
67:11 71:3
79:15,16
89:20 90:24
91:6 94:9
95:1,2
96:11
127:24
137:6 140:6
**cards**
5:5,6 20:24
23:3 25:3
25:17 26:12
26:15 28:2
69:1 71:7
89:19,20,22
90:2,2 96:2
96:4 101:14
121:23
**care**
14:20 33:6,7
148:1
**Carolina**
133:1
**carried**
121:14,15
**carry**
62:24 121:23
**Carter**
2:5 9:17
42:14,18,18
44:17,18,20

44:21 45:5
45:13,16,18
45:20,23
46:1,7,9,14
46:19,23
47:2,6,10
47:16,18,24
48:3,14,19
49:1,4,10
49:20,23
50:3,13,18
51:13,16,20
51:22,24
52:2,7,9,17
53:3,4,6,6
53:8,12,16
53:19,25
54:4,8,12
54:14,16,19
54:21,23
55:3,5,7,24
56:3,5,6,7
118:23
**case**
6:18,23 7:2
7:9,18 8:6
8:8 10:12
10:14 13:11
13:22 15:18
16:16,19
17:5 18:11
18:18,22,23
18:25 19:3
22:24 23:4
29:18 40:15
69:18
107:17,18
108:7,9
109:20
112:20
126:15
142:18
156:9,9,10
**cases**
15:19 20:6
40:2 42:1
83:17
**cash**

57:1 145:11
**cashing**
61:14
**cast**
32:24 52:15
67:23 73:10
94:6,17
96:24,25
97:11,17,22
98:2,6,9,23
99:4,13,22
126:19
133:25
143:1
**casting**
10:2 50:11
62:18
120:12
**caught**
53:1 154:7
**cause**
107:18
137:15
**caused**
64:24 142:16
**CD**
160:3,8,9
**Center**
124:23
**centers**
146:23,25
147:7
**central**
65:3
**century**
8:15
**certain**
22:5 25:9
36:8 39:1,2
57:2 66:8
77:13 80:7
81:22 82:20
84:23 88:15
120:19
**certainly**
6:10 29:11
34:22,24
113:5

114:14
115:9
116:23
120:16,20
127:6 138:1
155:21
**certificate**
5:8 125:15
128:12,22
128:23
132:4 136:6
137:9,11
**Certified**
160:1,18
**certify**
106:21 160:2
160:13
**cetera**
107:7
**chair**
4:15,17 5:19
19:20,21
21:13 31:10
31:10,15,16
36:1 39:20
42:14 89:10
91:14 92:24
117:5
122:24
130:3 141:8
**chaired**
9:17
**chairman**
3:1,18 4:14
4:20 5:17
5:24 6:4,6
6:7 10:25
11:2,3,12
16:6,8
18:14,15
19:10,14,15
19:23,25
20:2 21:11
21:14,17,24
22:11,16,19
22:21 23:9
23:12,17,21
23:24 24:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028273

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

24:4,7,9,11
24:12 28:9
28:11,14,16
28:20,24
29:3 31:12
31:17,23
32:2,8,11
32:14,17,19
34:10,12
36:1,2,4,7
36:10,18,22
36:24 37:4
37:8,15,21
37:25 38:13
39:18,19,21
39:23 40:3
40:5,8,18
40:21 42:9
42:12,14
44:17,19
46:17 47:12
47:17,20
48:1 50:1,4
50:16 51:11
51:21,24
52:4,8 53:3
53:6,9,14
53:18,21,23
54:25 55:18
56:1,4,8,10
56:12,15
57:5,7,10
57:14,18,21
57:24 58:4
58:7,10,12
58:14,18
59:12,22,24
60:4,11,15
60:18,20,23
61:1,5,8,11
61:22 62:4
63:9,11,14
63:18,24
64:4,8,11
64:15 70:8
70:10 72:8
74:6,14
81:25 82:4
85:17 89:1

89:7,8
91:12,22
92:1,10,12
93:9,11,16
99:7,15,25
100:5,9,14
100:21,25
101:6,21,25
102:6,7,13
102:16
104:21
108:22,25
109:16
114:9,10
115:20
116:4,6,11
117:3,7
118:6,7,11
118:14,16
119:16
120:5,23
121:10,21
122:5,11,13
122:19,23
123:3,5
130:3,5,16
130:22
131:15
132:11
133:5,10,24
135:7
136:10,11
139:23,25
141:6,8,13
141:14,15
141:16
147:4
148:13,15
148:21,23
152:14,20
152:22
153:6
155:15
156:25
157:2,12
158:10,19
159:13,20
**Chairman's**

19:21 20:1
**Chair's**
91:17
**challenge**
7:22 10:10
  10:11 16:15
  16:16,17,20
  16:25 17:3
  17:6,7,11
  17:12,12,15
  17:16,23,25
  18:5 19:3
  84:16
  127:18
  155:10
  158:9
**challenged**
65:7 67:24
  68:17,18
  84:15
  127:18
**challenges**
128:20
**challenging**
84:20
**chamber**
95:14
**chance**
118:25 122:6
**change**
33:2
**changes**
5:10,16 6:9
  44:15 119:3
  131:13
**Channel**
95:24
**chapter**
130:13
**Char**
63:21
**charge**
83:23
**charged**
81:21
**charges**
22:25
**charging**

102:5
**check**
43:3,23 44:6
  45:8 54:9
  61:14 110:2
  110:3
  112:15
  119:13
  132:23,23
  132:24
  145:11
**checked**
44:4 137:3
  140:24
**checkmark**
43:24 136:23
**checks**
44:22 57:1
**cherry**
87:24
**Chicago**
14:10 142:17
  143:10
  147:20
  155:21,22
  155:24
  157:9,10,11
  157:14
**chief**
7:15
**chilling**
69:17
**CHL**
5:11 140:7
**choose**
52:15 106:12
  111:2,6
  151:1
  154:13
**chops**
8:21 11:16
  14:21 27:19
  27:21
**chose**
100:17
  106:10
  154:16
**Chris**

2:3 5:19,25
**Christi**
83:20 84:2
**Christmas**
116:22
**Christy**
83:23
**chuck**
45:25 46:3
**churches**
95:14
**circle**
74:20,22
  75:9,11,11
  80:20 83:9
  83:9
**circles**
120:14,15
**circuit**
107:16,19
**circulated**
36:15
**circumstance**
75:12
**circumsta...**
85:4
**cite**
87:5
**cited**
18:18,23
  41:16
**citing**
11:13
**citizen**
5:8 49:17
  51:8 54:9
  59:21 67:5
  89:22 90:7
**citizens**
3:11 7:20
  41:7 44:13
  50:8 61:18
  86:23 111:1
  119:10
  121:3 124:4
  124:10,12
  124:24
  125:1,4,6,6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028274

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

```
128:9,10,11          142:8,11             12:17 14:15          92:19,22             common
128:11               clerk                combined             93:14,21             61:20 107:18
134:21               4:2,4,6,8,10         143:11               152:7                117:13
139:14,18            4:12 42:20           come                 commend              communities
156:19               49:14 89:18          6:1 8:20             110:15               82:9 88:10
citizenship          89:23,23             12:11 18:24          comment              144:18,18
44:10,18,23          90:4,5,5             20:12 23:2           40:7 52:5            144:19
51:7 110:3           91:23,25             23:6 33:9,9          61:21                149:2 151:5
124:25               92:2,4,6,8           33:11 39:9           112:23               152:2,23
140:7                92:11                44:11 51:23          comments             community
city                 clips                52:14 59:25          74:16 133:20         78:10 80:4
116:24               120:16               60:1 62:11           commerces            81:22 82:10
155:22,24            close                68:15 71:22          95:14                82:11 84:8
civil                100:12               75:3,11              commission           84:9 85:11
66:18 72:14          106:19,23            76:22 79:14          9:16,17 91:1         129:17
72:15                122:1                79:22 83:8           141:16,17            151:22,23
claim                132:10,13            84:3,12              commit               companies
18:19 19:5           closely              93:20 98:11          44:12,12             102:2
127:19,19            55:10                98:13,17             52:16                comparative
138:18               closing              113:14               115:11               115:23
claims               40:14                116:18,25            137:1                124:24
38:20,21             clubs                117:7,18             committee            compare
clarifica...         72:20                121:18,24            1:6 3:3,9,9          114:23
140:1                code                 122:14,16            3:14,14,24           115:24
Clark                43:16                126:23,24            3:25 4:1,16          145:25
112:4                Coleman              127:5,8,16           4:23 5:10            compared
clean                6:1                  128:5                6:11,22              104:20
8:22 15:20           collectors           132:15               11:6,7,9,11          124:21
clear                116:4                146:17,20            19:22,23             125:5
47:4,13,21           Colleen              147:22               21:8 34:13           149:10
52:19 55:9           2:10 89:11           154:8,14,21          42:16 52:19          comparison
69:3 87:22           89:13                comes                56:17 59:17          105:11
95:24 97:24          college              41:19 43:6           60:7,8,20            comparisons
98:3,6,11            24:1 62:6            49:15                61:9 62:2,5          116:6 135:8
100:14               Columbus             101:17               62:9 63:4            compete
122:3                104:18               130:24               64:1,8 71:8          66:12 70:6
123:12               columnist            comfort              85:22,25             competing
135:14               118:19,20            146:21               89:11,14             66:6
136:2                columnists           147:10               91:15,16,18          complaint
140:18               118:20               159:10               91:19 93:1           59:2
152:21               columns              comfortable          93:1,3,7,10          complaints
clearance            118:18               4:21                 96:19 122:3          55:11
88:14                combat               coming               123:1 140:4          completely
cleared              12:2,21,25           25:3 33:21           141:10,14            61:15 131:7
99:19,20             16:5                 51:18,25             147:3 149:7          131:13
clearly              combatting           52:5,10,25           158:5 160:4          158:19
8:3 73:25            7:9 11:24            53:17 72:11          committing           comply
75:13 87:22                               80:24 83:14          158:13               66:3
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001620

TX_00028275

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

169

comprising
132:16
compromise
67:14 80:9
  131:5 139:2
compromises
67:14 138:24
  139:7,11
concealed
5:9 20:24
concede
82:6
concept
7:8 46:9
concern
20:14 42:24
  54:16 67:19
  67:21 77:12
  78:18 92:19
  121:11
  150:4
concerned
21:20 48:20
  77:11 78:12
  114:12
  121:15
  131:17
concerns
36:11 71:24
  73:6 75:20
  117:15
  123:24
  127:21,21
  128:1 131:3
  131:11
conclude
148:12
concluding
149:17
conclusion
133:17
  149:11,21
  150:14
concrete
81:11 134:4
condition
13:24
conditional

126:22 127:1
  134:19
conducted
95:7,9
conducting
38:7
conference
64:18 116:23
confidence
9:22,25
  12:22 33:17
  34:6 41:7
  42:3 78:14
  78:24 86:21
  88:17 143:5
  143:7 156:6
  158:4,5,22
  158:25
confident
63:8 88:13
  88:22
confirmed
90:5 126:21
conform
135:20
Congress
9:13,14
  160:23
connected
12:12,25
  15:18
connection
42:21
conscious
76:6
conservative
37:21 38:2,3
  38:17,17
  129:6 133:2
Conservat...
56:16,16
  59:6
consider
93:24 155:19
  155:19
considered
7:4,4,11,16
  7:18 138:19

consistent
5:12 114:22
  149:18
consistently
124:8
constitution
14:9 18:10
  108:5
constitut...
6:10,12,15
  7:7,22 8:25
  10:10,14
  11:19 12:18
  13:3,24
  14:15 17:19
constitut...
6:2,23
constitut...
12:20 19:7
consummate
68:16
consummated
68:17
contacts
15:9
contained
125:16
containing
71:3
contains
95:3
contemporary
9:6
contention
51:18 52:13
contest
33:1
contestants
142:20
context
8:1 10:8
continual
112:25 113:2
continually
46:17 114:7
  122:9
continue

5:1 40:14
  51:10 66:21
  70:6 74:17
  106:7 121:2
  121:5
continues
69:19 76:4
  76:18
continuing
103:3 105:22
  113:25
continuum
123:15
contract
101:9,9
  102:11
  113:24
contrast
146:2
control
145:16
controlling
7:21
controversy
118:17
convenience
111:7
conversat...
130:2 131:21
  133:3 141:5
convicted
157:20
convictions
79:9 157:8
convinced
21:25
cool
159:8
cooperate
131:11
copies
3:22,23
copy
102:5 118:7
  119:24
  122:20
  149:12

152:15
Corpus
83:20,23
  84:2
correct
14:5 16:17
  16:18,21,22
  17:1,7,8,24
  41:2,9,21
  52:8 64:3,3
  70:18 85:17
  100:20,24
  102:9
  108:10
  110:18
  111:18
  113:7
  117:11,18
  126:9
  143:16
  155:20
correctly
148:11
correlation
87:21
corrupt
155:22,23
  158:2
corruption
157:25 158:1
cost
20:17 35:14
  35:15 101:8
  101:15,23
  113:24,25
  114:1
  128:21
costs
84:1 102:4,6
  108:15
  128:21,22
  128:23,24
  129:24
council
5:16
counsel
160:13
count



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

10:1 96:6
98:14
105:11
138:16
**counted**
94:20 97:19
99:24 100:7
100:10,13
100:15,16
100:19,23
127:1
134:15
135:4 138:9
144:6
154:18
**counties**
28:8 47:14
49:6 82:20
84:24
113:18,18
114:3
139:13,16
139:17
142:3,5,6
146:25
149:16,19
149:22,22
151:6,9
**country**
7:5 8:10
24:18 44:12
63:7 72:20
79:17
114:16
115:14
120:17
130:16
**counts**
33:12,22
88:17 135:2
**county**
6:24 19:21
20:1,2 24:8
24:16 25:22
25:25 35:15
37:11 43:7
43:9 46:23
47:1 48:5

48:10 51:2
51:23 56:16
56:16,21
59:6 62:15
65:9,13,13
68:21,21,22
69:4,19,19
69:20 71:5
75:24,25,25
77:15 80:25
80:25 81:1
81:6 82:1
82:22 83:16
83:16,21,22
84:23 87:8
87:9 94:10
94:13,20
97:3 101:10
105:11
106:17
111:23,24
112:2,3,4
113:22
124:20
126:17,25
127:3
129:16
144:3
147:19
149:8,23,23
149:23
150:1,2
157:11,11
157:13
**county-by...**
150:13
**county-wide**
151:25 152:1
**couple**
43:13 62:6
82:15 99:8
102:19
109:19
143:24
**course**
3:13 7:10
8:4 107:9
126:14

128:24
129:10
131:7
133:16
**court**
6:3,16,18,21
6:23,24 7:4
7:6,10,12
7:16,19,25
8:3,7,11
9:1,10,12
9:23 10:3,4
10:5,15,17
10:24 12:19
14:12,14
16:3,16
18:18 48:10
86:21 88:14
107:16,16
108:2,3,6,9
142:19,23
156:8,10,12
156:21
158:7
**Courts**
127:20
**Court's**
6:12,19
11:21 12:16
**covered**
67:2 77:2,3
**Crawford**
6:23 7:2,9
7:18,19 8:6
13:11 156:9
**crazy**
134:6
**create**
26:23
**created**
101:1 143:5
143:5
**creative**
146:14
**credible**
34:4 35:22
38:22
**credit**

28:2 57:4
63:2
**Crew**
143:23,23,23
**crime**
50:21 137:14
**criminal**
69:13
**crisis**
35:17 158:22
158:25
**CSR**
1:21 160:21
**culprit**
76:16,16
**cure**
23:5 106:10
106:11,12
126:23
127:5,24
128:3 136:2
136:6
154:20
155:5
**curing**
109:1
**curious**
70:25
**current**
9:5 14:16
21:22 43:15
69:16 70:2
75:12 77:22
83:9 125:4
126:7 135:5
135:21
137:4
138:10
143:17
**currently**
10:17 20:25
31:24 77:18
108:2 126:5
159:7
**cut**
28:12 66:7
116:12

**cutting**
27:19
**cycle**
65:1 81:4
82:1
**cycles**
82:3
**Cynthia**
2:7 59:16
60:17,19
118:18

---
**D**
---
D
101:11
**da**
50:19,19,19
**dad**
111:3
**danger**
44:11
**dangers**
153:14
**Daniels**
146:23 147:8
159:3
**data**
71:14,15,17
82:10,14
83:7,8,8
118:2 124:9
125:11
**database**
43:7,25 45:1
45:2 126:3
139:20
140:23
**databases**
137:4
**date**
96:14,15
135:21
143:19
160:22
**David**
2:5 42:14,18
**day**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001622

TX_00028277

```
28:15 57:2              decided           democratic        detected          22:10 71:25
86:11 88:6              14:12 107:17      81:8 86:24         53:2              dig
89:16 94:19               107:19          107:25            detecting         19:4
115:13                  decision          108:1,4           8:4               diluted
126:18                  111:3             142:19            detects           10:2
128:25                  decisions         147:20            88:16             dilutive
129:18                  6:20              149:20            deter             128:16,17
144:10,11               deck              150:15,21         137:14            diminution
160:18                  90:2              150:22            determine         74:25
days                    declared          democrats         142:25            dire
5:6,7,8,9               155:22,23         34:8 41:16         determined        117:17
50:22 70:2              decline           146:17            5:15              direct
70:19,19,19             146:2,5           150:20            deterring         95:11
70:24,24                declines          159:4             8:4               direction
98:18                   143:7             Denny             deters            64:20 68:2
106:14                  deep              121:13            88:16               132:17
107:8 127:6             49:14             department         difference        director
127:7 140:6             defendant         67:9 71:4          17:11 74:24       81:5
140:8                   156:9               91:5 94:10       74:24 77:4       disabilities
144:13                  Defense            94:12 95:2        112:18           91:4,9
146:19                  122:25 123:9       96:7 109:19       154:15           disability
154:20                  defer             depend             155:4            5:4,11
dead                    31:25             49:21             differences       disabled
13:21 14:4              define            depends            140:3            5:4 88:22
  14:10,11              34:18             49:16             different          90:18
deadlines               definitely        DEPOSITION        12:11 15:9        140:17
95:21                   130:10            160:22             22:22,23        disadvantage
deal                    defy              deputy             23:3,3 25:3      80:19
29:7 38:12              79:22             62:14              25:4 37:19       disaffection
  49:17                 degree            derivative         38:10 48:9       88:9
  133:11                69:15,17          128:10             65:23 67:3      disagree
dealing                 delays            described          70:17 73:13      32:21 85:21
39:4                    105:1             123:12             77:2 78:15      disaster
dealt                   deliberate        designed           86:4,18          81:23 126:13
16:17                   142:24            150:14,20          114:4           discourage
death                   delineate         desire             125:10          29:14,16
76:14                   49:12             11:7 65:24         129:14          discourages
debate                  demand            desk               131:23          77:22
106:2,14                103:14            42:25 44:1         145:16          discretion
debating                democracy          62:15             158:16,19       68:2 75:5,7
121:12                  86:23             despite            159:10          discretions
  133:12                democrat          147:11,14         difficult         31:19
deceased                29:14 30:22         148:5            20:7,14         discrimin...
142:12                    41:16           detail             34:18 40:10      90:18
December                  131:22          143:15             69:10 73:16     discuss
97:25 99:3                147:22          details            83:5 85:2       28:18 64:19
decide                    150:17          96:18 102:19       123:24           140:20
90:4                                                        difficulty
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

discussing
153:14
  158:16
discussion
67:14 143:16
disenfran...
20:18 121:17
  121:21,22
  122:8,17
  124:11
  130:12
disenfran...
17:1,22 18:4
  18:25 87:1
  121:19
  122:4
  134:16,17
  134:25
disenfran...
124:3 126:4
  129:24
  132:9
disenfran...
75:14 130:8
  134:11,13
disgusted
158:3
dishonest
89:24
dismantle
73:8
dismissed
108:3
disparities
82:20
display
135:19,19
displays
143:20
dispropor...
80:21
dispute
20:13
disqualified
62:18
disrespect
28:21

disrespec...
74:12
distinct
16:14
distinction
10:6 15:12
  16:14,15
  52:19
distinguish
151:10
distracted
74:7
distribute
95:5
district
54:17 78:21
  79:1 105:23
  105:24,25
  117:14,15
  133:15,15
  133:19
districts
78:21
distrust
86:24
Division
43:1 45:6
doctor
73:1
doctors
72:20
document
90:22 96:13
  96:13,15
documenta...
96:16 124:25
  125:18
documented
13:1 20:6
  41:25
  142:12
  144:16
documents
91:2 120:2
  123:15
  124:19
  125:16
  128:3,13,24

135:18
  136:1 140:5
doing
27:19 31:5
  44:7,25
  48:22 51:4
  77:22 80:14
  90:13 92:16
  103:10
  129:5
dollar
57:2 84:1
  85:3
dollars
35:16 85:3
  128:21
dominant
87:22
double
132:23
doubt
48:13 98:12
Downtown
116:19
DPS
5:5 15:5
  20:22 28:17
  32:7 38:1
  44:22 45:1
  45:3 48:25
  128:13
Dr
73:1
draconian
69:15 112:8
drawn
48:7,10
drive
68:22 110:23
  111:5,6
driven
40:13
driver
94:11 95:2
  96:7 110:20
drivers
20:23 26:23
  28:2

driver's
5:5 15:5,6
  28:6,20
  30:21 43:4
  43:24 45:4
  45:7 46:2,5
  46:10,15,18
  46:20 47:25
  48:14 49:10
  67:7 69:8,8
  71:9,10
  82:18,24,25
  83:2,21
  90:25 91:5
  94:8 110:17
  110:23
  111:8,8,13
  111:14
  113:15
  124:21
  125:22,24
  126:2,10
  128:14
  136:19,20
  136:24
  140:6
drives
41:20 86:23
drug
90:23
dude
25:1,13
due
28:14 53:7
  92:19 154:9
  160:7
dump
147:23

———— E ————
earlier
16:14 34:14
  78:12 86:3
  109:10
  130:6 134:4
  138:22
early
19:17 46:10

46:17 63:21
  89:16 95:21
  113:20
earn
72:23
ease
59:4,8
easier
59:8
easiest
90:15
easily
69:7
east
82:21 104:17
  142:17
  143:10
  147:20
  155:21,21
  155:24
  157:9,10,13
easy
22:2 25:8
  27:1,14
  85:5 90:7
economy
108:19
ed
92:17
Edinburg
55:4
educate
20:17 94:24
education
85:8,16 95:7
  95:8 101:18
  102:8,15
  112:25
  113:2
  122:25
  129:10
educational
101:1,3
  123:9
effect
69:17 74:4
  128:18,18
  134:12,13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028279

149:18,19
**effective**
3:4 9:13,21
**Effects**
149:7
**effort**
20:16 25:2
25:14 26:7
27:18
**efforts**
3:5 18:18,24
80:9 144:15
144:17,17
145:8,13
146:14
**eight**
42:7 107:8
**either**
25:15 27:18
47:16,18
48:21
123:12
125:15
132:5
135:21,25
136:21
**elaborate**
157:7
**elderly**
88:22 90:18
91:4,8
127:23,24
136:5
**elected**
29:8 98:19
114:17
**election**
6:24 7:23
9:11,16,20
20:1,8,13
21:9 22:23
23:1 29:13
33:1,2,13
33:16,25
35:9 36:16
37:16 39:4
39:12 42:19
43:16,16

62:19 63:6
63:8 64:25
65:1,1,3,4
65:4,10,13
66:2 67:20
67:22 68:2
69:23 75:16
78:2 81:4
82:1,3 87:3
88:17 89:18
94:19 95:11
97:21 98:1
98:4,12,18
98:25 99:11
99:21
100:12
106:18
112:25
113:1
114:16,23
114:24
116:5,7,8
120:7,9
123:25
126:18,19
129:8
131:18,18
133:25
135:22,24
140:10
141:16
143:1,4,12
144:3,10
146:2,4,8,9
147:4,18
150:18
153:17
155:1
158:23
159:18
**elections**
9:20 12:22
29:10 30:11
30:13 34:4
35:20,22,24
43:1 45:5
55:10 87:13
94:20 95:10

96:25 97:1
97:3,5,10
98:13,21,24
101:16
103:3,7,10
105:2,3,6,7
105:9,11,12
105:13,14
105:14,15
105:15,22
106:7 109:1
109:17,24
114:5 115:6
120:18
122:1
141:19
145:18,20
145:24
147:2,3
148:25
149:9,11
156:6
**election-day**
139:8
**electoral**
86:21
**electric**
102:2,2
**electronic**
28:7 107:2
114:6
**eligibility**
129:4
**eligible**
10:16 62:20
71:16 74:20
74:22 85:1
88:17 104:5
104:7 138:8
**eliminate**
27:2
**eliminating**
11:18
**else's**
59:9
**embrace**
159:1
**embraced**

159:2
**empirical**
153:14
**employed**
160:14
**employee**
62:1,6 71:3
71:12 94:11
111:15,16
**employees**
157:18
**employer**
62:1
**empower**
66:11
**enable**
67:17 69:2
75:10
**enact**
94:5 158:8
**encoding**
49:11
**encourage**
12:22 84:16
**encouraged**
117:20
**encryption**
101:12
**ends**
91:17
**enforcement**
35:3 50:25
**enforceme...**
54:20
**engage**
25:9 75:21
144:17
**engaged**
142:20
147:22
154:6
**engrossment**
140:5
**enjoying**
116:15
**enormous**
78:9

**ensure**
65:17 66:1
137:5
**ensures**
88:19
**entered**
58:19
**enterprise**
155:23
**entire**
7:7 10:10
157:19
158:4
**entirety**
12:6
**entities**
48:9 49:6
**entitled**
160:3
**entity**
34:24 71:4,6
94:12,14
111:25
**environment**
83:4
**envision**
17:23,25
**equal**
158:9
**equals**
62:20
**equipment**
113:19
**especially**
50:16 122:8
**ESQUIRE**
160:22
**essence**
102:13
**essential**
86:22
**essentially**
45:2
**establishing**
9:14
**et**
107:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028280

evaluate
123:25
evaluating
125:10
eventually
27:25
even-handed
67:23
everybody
23:13 24:13
  30:14 33:5
  34:5 59:24
  60:6 62:17
  76:6 77:4
  112:8
evidence
9:5 13:11,11
  13:22 14:16
  19:5 65:20
  77:14 96:15
  132:2 134:1
  156:14
evolve
28:1
evolved
79:7,13
exact
102:4 135:12
  143:22
exactly
22:1 25:11
  31:22 102:3
  108:16
  134:24
  148:18
  157:7
example
9:2 12:9
  13:7 15:4
  15:17 16:3
  16:4 41:20
  76:19 82:22
  143:21,25
  144:9
  149:23
  154:12
examples
8:10 80:24

84:18
exception
18:10 56:22
  72:4
exceptions
4:25 57:19
  57:20
  119:17
  127:23
excess
142:7
excuse
48:8 53:12
  59:23
  103:21
executive
81:5
exemplary
79:6
exempt
112:12
exemption
5:11 140:15
exemptions
57:22,23
  58:1,3
  88:21
  140:14
  143:24
exercise
65:7 67:22
  73:16 80:5
  119:5
exercised
68:3
exist
35:18 76:5
  84:19
existed
11:17 71:14
existing
48:24
exists
55:25
expect
8:12
expense

147:6
experience
6:16 11:23
  43:1 55:14
  94:1 141:23
  145:15,22
  146:11
experienced
117:9 146:2
  146:3,6
  159:12
experiences
94:2
expert
3:17 19:16
  19:18 28:17
  29:1 31:18
  40:22 63:20
  93:4,17
  122:24
  134:7
  140:20
  148:18
experts
32:7 40:23
  63:21 124:1
  141:11
expiration
5:11 135:21
  143:19
  160:22
expired
5:6,7,8,9
  11:1 23:9
  23:14,15,19
  71:9,10
  94:8 110:17
  110:24
  111:8,13
  112:6
  135:21
  140:5,8
explain
3:21 4:18
  13:7
explained
7:23
explaining

150:25
explanation
59:5
express
113:16
extended
146:19
extensive
145:12
extent
113:6
extras
90:3
extremely
74:9 87:9
E-learn
114:6
e-mail
81:3,19
  134:3
e-mails
134:3
E-trans
160:10

───────
F
───────
face
10:7,12
facets
95:8
facial
10:9,11
  14:22 16:16
  16:17 17:6
  17:11,12
facially
14:14 19:6
facility
83:21
fact
7:6,13 10:19
  18:25 23:13
  28:3 40:10
  49:7 51:4
  62:23
  126:15
  129:15

135:3 136:5
  137:1 139:3
  142:12,18
  143:6
  150:18
  156:15
factor
145:17
  157:24
factors
143:11
  156:11
facts
79:21,22
fair
29:9 30:13
  64:21 67:21
  68:4 70:5
  79:2,2
  131:18
  148:14,18
  151:13
fairly
148:6 152:19
fairness
78:1
faith
143:8
fake
25:8,15 26:8
  26:9,11,14
  26:23 27:14
  27:15 37:6
  37:6,11
  52:22
Falcons
95:19,22
  101:2
false
50:20
familiar
141:21
families
91:3
family
111:5
fan
152:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

far
35:14 66:23
  81:12
  114:20
  120:13
  129:22
farther
124:10
fashion
151:14
fast
72:24
favor
62:8 141:22
fear
86:25
featuring
97:6
federal
9:16 50:21
  54:8 71:12
  94:9 97:1
  98:21
  105:13
  157:21
fee
10:18
feel
27:3 63:8
  64:20,24
  66:5 78:15
  79:3,19
  87:1
fellow
64:19
felony
69:15,16
  77:21 79:9
felt
23:2 105:19
  106:14
  117:12
fewer
136:1
fiction
78:3
field
6:17

fighting
109:19
Figueroa
2:12 122:25
  123:3,4,7,7
  130:15,20
  131:14,20
  133:9,23
  134:7
  135:15
  136:17
  137:2,17,24
  138:23
  139:15,19
  140:9,24
  141:4,7
figure
27:15
figured
53:23
figures
87:13,20
  97:2,8
  115:12
figuring
21:3
filed
22:25 29:18
fill
45:6
filled
63:15
financial
84:1
financially
160:16
find
8:24 18:19
  27:1 35:4
  42:23 45:3
  74:9 87:25
  90:22 91:1
  109:2 129:1
  137:18,19
  149:19
finding
123:18
  129:22

132:6
findings
124:10
fine
47:17 50:23
finish
56:13
finished
39:20,22
firm
6:1
first
12:15 51:7
  89:18,20
  90:22 97:2
  107:1
  109:20
  133:6,12
  145:2 146:1
  146:24
  150:16,18
fits
11:15
five
3:6 95:12
  141:15
  147:5
five-year
113:25
fix
44:16 55:25
  136:3
  139:19,21
  139:22
fixed
85:4
flagrant
8:10
flexibility
143:21
floor
5:14 133:13
  133:21
Florida
129:5 132:12
  132:16
  138:5,9
  139:4,7

fly
116:21
flyer
129:15
flyers
95:3 129:16
  129:16
focused
131:25
focussed
123:20
folks
24:17 30:5
  31:4 78:11
  78:15 112:9
  119:14
follow
17:20 102:18
  136:14
followed
144:23
following
3:3 97:7
  100:12
  160:2
food
91:2
football
101:2
Force
42:19
forget
64:15
forgets
94:16
form
5:13 43:3
  45:7 91:1
  94:19 124:8
  129:2
  137:21
former
9:17
forms
5:12 78:25
  82:11,12
  94:7 107:7

113:19
124:6 129:2
  140:3
Fort
58:20 65:6
  65:12
forth
67:1
forward
7:25 19:19
  39:13 63:19
  72:24 79:22
  83:14 84:12
found
54:18,20
  65:5 107:19
  107:22
  124:4,7,19
  126:20
  127:3,3,4
  156:4 158:7
Foundation
118:2
four
8:22 12:11
  15:17 42:23
  44:8 73:20
  96:12
  113:25
  128:2
  135:18
  140:4
four-year
102:20
franchise
147:25
Frank
66:17
frankly
142:13
  144:11,25
  158:3
Fraser
4:16 92:25
fraud
1:7 7:9 8:5
  8:8 9:3,24
  9:25 11:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028282

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

176

```
11:18,19,22          free               further            44:3              153:11,24
12:2,3,18            5:13 10:20         42:8 52:25         George            154:11,21
12:21,25             10:22 83:2         118:10             73:13 147:24      Georgians
13:1,12,15           83:22,22           120:18             148:3,4           106:6
14:15 16:5           88:18 94:9         130:1              Georgia           GeorgiaPh...
20:8 21:6            94:25 95:1         160:13,15          66:25 67:2,3      94:24
21:25 22:8           96:2,4,8,11        future             67:4,5,10         Georgia's
22:9,13,14           101:11             117:11             70:13,23          82:7 95:4
22:17 32:21          102:8,11                             71:1,2,5,14        97:6 107:21
32:22 34:18          103:12,17                            71:15 72:6         153:19
34:23 37:2           103:19                 G             72:7 77:3,8        getting
38:4,11,19           111:11             gadgets            80:17,17,18       25:14 52:22
41:3,5,12            121:4              27:10              83:6 86:15        113:4
42:22,24             129:10             games              86:19 87:11       119:17
44:11 55:11          144:7              95:22              87:17 93:5        137:9
81:6 86:23           freely             gamut              93:8,12,22        138:13
88:16 90:15          151:15             157:23             93:25 94:8        151:18
91:23 98:16          frequently         Gary               94:13,24         ghost
109:2                19:3 149:18        2:9 63:25          95:8 96:24        54:22
123:21               Friday             64:17 72:10        97:1,4           give
129:12,14            94:18 100:12       77:6 157:12        98:25 101:3       13:3 43:25
129:18,19            106:24             157:13             102:8             48:19 54:24
129:21               friendlier         gate               104:19           89:8 93:13
131:23,24            69:11              138:11,11,13       105:19            94:3 96:23
132:1,8,8            friends            general             107:15           97:16 101:8
134:10               66:21             34:20 38:20        108:1,1,1,2        111:11
137:1                front              55:12 87:3         108:4,4,5         119:4 121:4
142:17,20            62:16 73:9         95:11 97:20        109:17            122:14,20
142:21,21            73:15 74:8         97:25 98:4         110:12,18         152:24
143:9 154:6          78:16              98:24,24          111:9,10,16        153:1
154:7                127:10             99:10,21          113:14           given
155:18               142:19             109:14            114:7             93:18 153:21
156:1,15             144:3              116:5             115:15,25         gives
157:5,7,16           full               140:10            118:17            9:25 28:5
157:20,22            8:18 18:21         generaliz...      119:8,23,25       giving
157:22,23            96:14              81:14             120:4,12,14       50:20 64:13
160:5                function           generally         120:21           118:25
fraudulent           156:7              149:1             121:1,17          122:5
10:2 32:23           functioning        Generals          122:4,10         glad
33:1,4               42:20 86:22        160:11            123:14            21:9 96:20
44:10 86:25          Fund               general's         126:21,25        glass
132:25               122:25 123:9       34:19 38:2,7      127:4,12          27:13
133:25               fundamental        51:1 69:24        130:7            glasses
147:23               65:15              160:6             132:18            15:6,7,9
148:1                funds              generated         140:11,13        go
fraudulently         108:14,14,17       71:17             140:13,14        5:22 27:8,18
44:12 51:9           108:17,19          gentlemen         144:16,22        27:23 29:3
51:10 84:19          129:9              11:16 56:20       145:16,22        35:4,17
                                        geographic
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028283

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

| | | | | |
|---|---|---|---|---|
| 37:2 38:15 | 66:8 68:12 | 112:6 | 74:8 | 109:25 |
| 38:16 44:6 | 68:14 69:6 | 116:10,23 | **grew** | 110:6,11,15 |
| 51:3 52:15 | 69:9 73:2 | 117:13 | 14:10 | 110:19,25 |
| 52:15 54:24 | 75:8,10,14 | 139:15 | **ground** | 111:12,19 |
| 60:8,16,18 | 75:16 77:18 | 148:1 | 131:12 | 111:22 |
| 62:7 64:5 | 77:18,20,21 | 156:23 | **grounds** | 112:1,5,12 |
| 65:24 66:12 | 80:1,15,16 | **goodness** | 13:3 108:4 | 112:16 |
| 68:11,14,16 | 80:18,21 | 12:10 | **group** | 113:5,9,23 |
| 69:7,7,25 | 83:5 84:8 | **Gosh** | 59:20 120:20 | 114:8,11,19 |
| 74:11 77:18 | 84:12,13,22 | 24:13 | 122:8 | 114:25 |
| 78:6,17 | 85:10,11,13 | **gotten** | **groups** | 115:3,8,14 |
| 80:11 81:22 | 89:9 92:19 | 98:18 137:20 | 18:24 43:20 | 115:21 |
| 82:24 85:6 | 92:22 94:1 | **government** | 48:21 82:9 | 116:9,14,25 |
| 85:12,13 | 94:3 107:1 | 21:1 71:4,12 | 83:7 | 119:2 |
| 90:21 96:3 | 109:3,7 | 86:24 90:16 | **growth** | 148:16,21 |
| 101:10 | 112:21 | 94:9,13 | 90:10 | 148:23 |
| 104:14 | 116:17 | 109:14 | **gubernato...** | 149:25 |
| 105:12 | 117:10 | 111:15 | 115:18,25,25 | 150:8,24 |
| 106:6,16 | 119:4 | 119:12 | 116:7,8 | 151:3,17 |
| 111:6 | 121:12 | 125:2,4 | **guess** | 152:5,10,21 |
| 119:13 | 125:17,19 | 135:17 | 11:15,16 | 153:5 |
| 120:13 | 125:20 | 143:19 | 12:5 13:2 | **guy** |
| 123:14 | 129:23 | 145:10 | 15:18 19:17 | 12:10 23:2 |
| 124:10 | 130:9 | 158:8 | 25:14 45:1 | 26:7 27:18 |
| 129:22 | 132:16 | **governor** | 47:8 74:4 | 37:12 |
| 130:18 | 133:14 | 76:15 146:24 | 99:19,25 | **guys** |
| 135:8 | 134:1,12,13 | 159:3 | 110:8 | 147:3 |
| 137:15 | 135:1,5 | **grab** | 111:17 | |
| 143:15,23 | 137:10,11 | 63:17 | 151:5 | **H** |
| 144:2,11 | 140:19,25 | **grand** | **guidelines** | **hair** |
| 145:4 | 145:2,4 | 96:8 101:17 | 68:1 | 14:22 15:2 |
| 146:18 | 147:1,16 | **great** | **Gutierrez** | **half** |
| 152:18 | 149:4 152:8 | 28:19 31:21 | 4:10 18:15 | 35:15 103:25 |
| 155:7,11 | 152:24 | 55:5 61:22 | 34:11,12,17 | 124:19 |
| **goal** | 158:15 | 67:19,21 | 34:22,24 | **handed** |
| 21:7 | **good** | 77:12 78:8 | 35:3,9,10 | 63:23 90:5 |
| **goes** | 8:22 19:5 | 93:10 | 35:13,21,25 | **handgun** |
| 20:9 74:4 | 21:7 23:14 | 115:16 | 51:12,14,17 | 5:9 20:25 |
| 110:24 | 23:15 34:2 | 116:23,24 | 52:12 53:21 | **handicap** |
| 114:7 | 35:23 40:10 | 131:21 | 53:24 54:1 | 20:15 84:4 |
| **going** | 40:16 46:7 | 150:3 | 54:7,10,13 | **handle** |
| 16:4 22:4,5 | 46:9 49:24 | **greater** | 54:15,17,20 | 61:1 |
| 24:21 25:1 | 50:13 54:15 | 88:11 122:17 | 54:22 55:2 | **Handler** |
| 25:1 26:7 | 55:2 63:24 | 149:16,20 | 89:3 92:6 | 95:19 |
| 27:18 34:14 | 64:4 75:17 | **Green** | 92:10,11 | **happen** |
| 35:6,14,15 | 92:12 93:19 | 2:8 61:25 | 104:22 | 25:25 81:7 |
| 43:21,21 | 110:20,25 | 62:4,5 | 108:22,24 | 112:25 |
| 50:14 64:21 | 111:12 | 63:10,12,13 | 109:6,9,13 | 122:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028284

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

178

happened
9:1 25:23
72:25 76:12
83:6 142:18
145:14,21
happening
29:17 133:3
154:5
happens
32:23 43:2,6
111:1 154:9
happy
76:19 120:23
120:24,25
121:1
149:11
151:15
152:4
harbored
54:6
hard
21:3 52:21
71:14,15,17
78:20,20,22
84:6 121:2
Harless
3:21,22,24
4:1,10,11
4:16,19,22
5:18 31:9
31:16,18,22
32:3,6,9,16
32:17,18,20
33:3,10,15
33:19,21,24
39:18,23,25
40:4 85:18
85:19 86:2
86:12,14
87:15 88:12
92:6,7,17
92:25
104:21,22
104:24,25
105:8,16
106:9,25
107:12
108:8,11,20

136:10
139:24,25
140:12
141:2 153:6
153:8
154:19,24
155:4,8,12
Harris
65:6,13
75:24 87:8
hat
37:17
hate
115:11
HAVA
108:14,17,19
143:13
144:22,23
head
15:3 76:13
Health
91:1
hear
29:24 32:5
34:1 38:18
52:9 58:18
70:12 81:19
99:9 108:9
114:19
131:2 160:9
heard
29:12,17,20
29:21,22
30:4 36:8
37:10 38:14
38:22 39:1
109:10
120:5,9,14
126:21,24
133:16
134:2
135:10
hearing
1:7 3:2,4,12
19:1 86:10
91:18 139:3
hearings
139:1

hears
131:3
heated
106:2
heavily
147:20,21
held
62:19
help
9:12 31:9
34:7 35:12
42:3 85:21
93:23
108:14,14
122:24
131:10
136:21
137:4,24
140:23
helpful
122:15
Heritage
118:2
hesitant
39:6,12
Hi
59:19
high
152:3
higher
87:23,25
88:3 129:23
154:22
highest
142:25
highlighted
109:22
highlights
4:24 95:18
Hilderbran
4:6 16:9
92:2 117:5
hill
24:18
Hispanic
77:11,13
82:11 97:8

97:11
124:17,21
127:2
144:18
150:21
Hispanics
124:15 153:4
historic
115:13
145:21
historically
9:8 11:22
history
13:2 18:22
31:4 50:25
66:15 76:8
76:17 97:6
130:13
hoards
51:18 52:13
54:10 55:9
109:6,9,10
109:11
110:12
Hochberg
4:6,7 11:11
11:12,25
12:24 13:6
13:14 14:1
14:3,6,10
14:18,24
15:2,14,16
15:22,25
16:9 18:8
24:11,12,19
24:25 25:6
25:13,19,21
25:24 26:3
26:6,11,16
26:19,21
27:1,5,8,13
27:17,22
28:4,11,13
28:15,19
29:2,3,4,7
29:12,20,22
29:24 30:2
30:4,7,9,12

30:15,20
31:1,10,14
31:21,25
32:4,12
34:9 44:19
44:20,21
45:11,14,17
45:19,21,24
46:3,8,12
46:22,25
47:4,8,13
47:23 48:13
48:17,20
49:3,4,9,18
49:21 92:2
92:3,16
102:16,18
102:24
103:2,15,21
104:2,5,8
104:11
Holder
6:19 110:9
holds
7:2
home
66:20 95:22
106:4,16
119:13
128:8 145:4
145:7
homes
43:21
homework
116:1
honest
86:23 89:22
90:6
honestly
105:24 155:6
honesty
61:21
hope
59:16 93:23
130:1,13
133:4 141:4
152:10
159:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028285

hopeful
108:6
hopefully
15:2 21:7
hoping
152:8
horrible
130:11,23
horror
34:2,5
hostility
67:20
hours
68:14 146:19
house
1:4 4:23
  42:16 56:17
  133:13,21
  137:16
  150:20
  160:3
housed
54:5
housekeeping
117:4
Houston
41:23 43:20
  44:4
huge
75:23 115:16
Human
91:1
hundreds
109:23
  128:21
  135:4
hurt
133:18,19

        I
ID
4:24 5:6,12
  5:13,13 7:6
  7:21 9:15
  9:19,23
  10:3,8,17
  10:18,22

11:24 13:19
14:7,8,20
15:8,12,16
16:5,25
20:17,24
21:3,7 23:7
23:14,15,19
25:8 26:5,8
27:3,10,24
34:7 37:6
37:12 41:17
43:11,14,23
44:11,14,15
46:1,8,11
47:24 53:7
53:15,19
55:6 56:23
56:25 57:1
57:3 58:5,9
58:21,22,24
59:1,3,7,10
61:13,14,16
61:19 62:25
62:25 68:12
70:18 71:3
71:25 72:7
77:4 84:13
84:13 86:20
87:18 88:18
88:20 90:11
90:16,17,24
91:6,8,11
93:20 94:1
94:9,9,11
94:15,15,16
94:17,19,22
94:25,25
95:1,1,4,9
95:13,25
96:4,11
97:2,7,18
97:18,20,23
98:2,5,17
98:18,20
99:23,24
100:2,13,16
100:18,23
101:10,14
102:11

103:16,17
103:19
105:18
106:6,16
107:15,20
107:23
108:5,7
111:11,14
111:14,15
112:2,4,13
112:17
113:12,15
117:23
118:3,17
119:11,12
119:14,15
119:18,21
119:23,25
120:1,3,17
121:3
123:11,13
123:13,18
123:24
124:2 125:5
125:7,7,14
125:15,16
125:18
127:12,12
127:13
128:21
129:8 132:3
135:17,23
135:25
136:1,4,18
138:19
139:9 140:6
140:7,13,14
141:17,21
141:24
143:14,16
143:19,22
143:25
144:2,4,11
145:1,3,3,6
145:11,15
146:1,10,20
147:11,16
148:3,7
149:19,21

150:14,19
150:20
153:20,21
153:24
154:1,8
156:11
158:4,22,23
158:24
159:8,12,16
idea
40:11 71:9
123:11
ideas
66:12 159:1
identifiable
62:17
identific...
1:6 6:25 7:3
7:5,8 8:2
9:13 12:20
17:22 25:4
25:15 43:5
65:20,21,25
67:6,7,10
67:13,15
69:1,12
71:7,12,17
71:21 77:15
79:20 80:10
82:12,13
83:11,15,15
85:1,13
91:22 94:7
96:2 123:16
124:6,8,9
124:11,16
125:2,11
126:16,23
129:2,3
134:16,20
134:22
136:16
137:7,21
138:13
140:3 141:1
149:8 160:4
identific...
71:19 84:8

126:12
138:6
identified
8:1 9:10,13
9:19,23
10:15 63:3
68:8 72:5
identify
23:19 85:9
identity
9:16 90:12
90:13 96:13
96:13
126:12
IDs
5:5,6 10:20
20:15 21:1
23:9,22
26:10 27:2
52:22 75:2
75:15,16
96:8 102:9
103:12
129:10
140:22
144:7
II
1:10 159:22
159:22
illegal
41:22 50:12
51:18 52:14
52:24 54:10
55:9,16
120:12
158:16
illegally
54:6
illegals
44:11
Illinois
159:5
imagine
16:24 17:2
18:5,7,9
44:23 64:1
135:5
immediate



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

83:4
immediately
118:24
 124:11
 131:1
 157:11
immigrants
51:18 52:14
 54:10 55:9
 55:16
immigration
50:7
impact
76:25 78:8,9
 80:3 82:23
 84:8 125:10
 125:12
 132:9 137:9
 159:17
impacted
84:22
impersona...
20:6,7,11
 22:10 35:8
 36:19 38:4
 38:9,11,14
 39:8 41:6
 41:12 52:16
 52:20,21
 54:2 109:3
 132:1,8
 156:2,16
 157:6
 158:14
implement
120:17
 123:16
 125:18
implement...
73:18 118:22
 121:1
 141:17
implemented
47:15 67:9
 93:23 94:23
 105:6 107:7
 119:8
 145:18

150:19
implication
133:20
imply
53:12
implying
133:18
important
8:25 10:5,6
 16:14 48:12
 49:24 52:17
 52:18 62:17
 72:3 90:11
 92:15 96:23
 105:19
 135:2
 147:17
 156:5,5,6
imposed
107:20
imposes
10:4 19:7
impossible
35:8 142:24
improve
12:21 20:19
 21:8 129:7
improving
9:21
inciteful
81:19
include
5:5 97:3
 101:21
 127:7 139:7
 139:8
included
101:10 102:1
includes
96:14 129:2
including
6:15,17 9:3
 94:9 120:10
 127:17
 129:25
income
126:8
incomes

85:4 124:24
inconvenient
88:20
increase
52:24 87:16
 97:12,14,15
 114:13
 117:22
 146:3,7
 148:24
 158:24
increased
86:17 95:20
 121:8 146:9
 146:11
 148:4,8
 149:14,17
 151:7,8,10
 154:20
 159:16
increasing
147:10
Indiana
7:3,6,18 8:9
 13:13,22
 16:16,20
 17:5 18:25
 66:25 70:13
 70:25 71:11
 71:14,15,21
 72:4 77:3,8
 82:7 83:6
 86:15,19,19
 87:10
 123:14
 127:12,18
 128:2
 132:18
 135:8,9,13
 135:16
 136:7,9
 140:10
 141:16,23
 142:5,10,18
 142:19,23
 143:5,13
 144:7,7
 145:6,10,12

145:14,17
 145:21
 146:10,13
 146:19
 147:2,15
 148:1,7
 149:8,14
 150:23
 153:2,11,16
 153:18
 154:12,13
 157:24
 158:3,6,24
 159:12
Indiana's
6:25 10:19
 86:20
 141:17
 143:16
Indiana/G...
72:1
indicate
16:9
indicated
142:2,10
 144:21
 145:9
indicating
144:4
indicted
157:19
indigent
5:2 88:22
 140:15
individual
10:7,13 18:1
 18:9 42:15
 62:18 63:1
 66:7 68:10
 68:11,15
 75:18 93:6
 141:9
individuals
10:7 64:24
 65:7,8,9,10
 68:20 69:2
 69:9,18
 75:21 76:1

83:14 125:2
136:15,25
137:1,20
142:3,12
153:22
156:14
ineffective
5:15
inexperie...
48:22
influence
158:2
inform
95:8
information
28:5 50:20
 65:2 68:5
 93:14,22
 94:4 96:21
 103:9 110:9
 132:24
 138:15
 149:6
initial
75:6 86:3
 101:9
 102:11
injury
7:24
innuendo
36:13 38:25
 81:2,10,13
 134:4,5
input
51:4
inquired
43:2
inserts
95:12
inside
95:24
install
146:25
installation
101:11
instance
127:23
instances



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028287

```
 79:24 84:17        93:17              in-voter           148:2              111:7
instill             intimidate        32:22              job                116:12
42:3                64:25             iPad               40:10,16           120:19
instilling          intimidated       38:16              72:19              137:23
156:6               76:1 80:25       irregular...        jobs               144:9
insure             intimidating      65:4,13,19          68:19 158:13      keeps
3:4 91:10           65:8 76:3        issue               158:15            74:8
137:8              intimidation      3:7 6:22            John               Kemp
insuring            65:4,19            11:4 34:19        76:13 143:23      2:11 93:5,9
129:22               75:21 78:1        41:16 53:10       143:23             93:12,19
integrity            131:24            53:15 65:18      John's             99:10,21
20:19 33:12        introduce          65:20,25         147:25 148:3       100:3,8,11
 33:15,25          51:5                75:23 92:15      joined             100:20,24
 63:5,6            introduced          92:20 93:15      7:14               101:4,8,23
 78:13 79:4        143:18             105:25            Joseph             102:3,10,15
 80:9 86:21        introducing        159:7             149:23             102:22
 131:17            56:13             issued             Journal            103:1,5,18
 146:12            invalid            5:5 9:18           118:19             103:24
 148:5,7           17:13              20:25 21:1         153:15             104:4,7,10
intended           investigate        43:4 45:3        Juan               104:16
66:1               35:11              67:6 90:16        54:2               105:4,10,21
intent             investigated       94:9,10          judge              106:13
12:17 20:18        38:1,21 39:2       95:17 96:4       20:1,8,13          107:4,14
120:20             investiga...       96:5,7,9,10        23:1 35:9        108:10,16
intention          38:20              103:12             37:16 39:5       108:21
91:17              investiga...       125:2,5            42:19,20         109:4,8,12
interest           34:19,21           135:17           judges             109:16
7:25 8:2,4          38:8 109:14       143:19           22:23 39:12        110:2,8,8
 9:23 49:7         109:22            issues            jurisdiction       110:14,18
 76:24 83:7        investiga...       65:3 72:14       67:2 77:2          110:22
 92:19             35:4                75:6 76:9        jurisdict...       111:10,18
 107:21            invited             76:21 78:24      77:3               111:21,24
interested          3:5,15 5:19        79:1,20         justice            112:3,7,14
160:16              117:2              153:21          7:10,13,15         113:2,8,11
interesting         123:10           item              7:15,22           114:1,18,22
3:17 8:6           involve            70:20             8:14 16:3         115:1,6,11
120:6              145:20,20                            67:9 109:19       115:15
121:10             involved         ┌──── J ────┐      Justin            116:2,5,16
interests           36:15 55:15     J                  48:5               117:8,12,19
8:1 9:11,11        in-person        143:23                                118:4 119:6
 10:5 37:9         7:20 8:8 9:2     jail              ┌──── K ────┐        119:22
interior            13:12,14        50:11,15,21       Karen              120:15,25
53:2                94:25 97:2      January           42:25 43:25        121:19
interrogated        113:20          4:25 140:16        56:20 95:19       122:2,7,12
65:10 76:1          117:22          Jim               keep               122:19
interrupt           120:21          9:18              59:7 72:21         Kennedy
101:22             149:15           Jimmy             89:10 106:7        7:15
interruption                        9:17 147:25                          kept
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

182

```
   10:21 74:16      24:16,20         106:2,5,20       97:17,20         128:8,9,16
key                 25:11,24,24      107:15           98:1             129:25
123:17,18           26:4,14,21       109:4            Lady             151:9,11,23
 157:24             26:22 27:8       113:21           56:20            latitude
kidding             27:11,20         114:3            laid             68:20
116:3               28:24 29:7       115:16           6:3 7:22         laugh
killed              29:8 30:22       118:18,21        68:8 93:1        51:14
66:20               30:22,23,24      118:24           140:2           Laura
kills               31:1,2,3         121:2,25        Lake              73:1
44:14               32:20 33:7       125:20,24       107:16           law
kind                34:1 36:14       126:6,11         147:19           6:1,25 7:3,5
7:1 12:2            37:1,5,9,10      128:7,9,15       149:23            7:6,18 8:2
 13:7 19:3          37:10,16,16      129:14,19        157:10,11        10:4,10,19
 25:14 27:24        37:17,18,19      130:18,18        157:12,13        16:20 17:4
 30:4 31:5          37:19,22         130:24,25       Lampasas          17:13,13,16
 48:9 72:3          38:5,6,16        131:2,3,10       24:6,7,13        18:11 19:6
 75:7 76:17         38:19,21,22      131:13           25:22,25         20:13 21:22
 79:1,13            38:24 39:9       133:11,17       language          23:8 26:5,8
 80:8 84:25         39:15,17,19      139:10,15        5:12             35:3 39:11
 105:24             40:11 41:25      139:16          LAP               50:21 54:8
 112:25             43:13 44:21      146:21           34:13            54:20 66:25
 113:10             44:22 49:15      147:3 148:2     Laredo            66:25 67:1
 119:3              50:9 54:3        149:3            53:1             67:4,25
 136:15             55:14 59:25      150:15          large             68:13 69:13
 138:19             66:15,17,23      153:2,9,13       55:16 59:20      69:14,16
 140:1              67:11,13,19      153:16,17        68:19 71:6       70:5,5
kinds               68:9 69:13       157:3            77:11            74:21 75:10
27:10 34:1          69:18,20         158:11           104:14           77:4,8,22
 38:10 68:25        71:11 72:24      159:6            114:15           78:4,19
 84:23              72:25 73:20     knowing           126:24           81:16 86:17
King                75:21,24         38:6 140:25      152:1            86:20 93:23
157:15              76:10,23        knowledge        larger            107:15,24
knew                77:10 78:14      16:23            65:18 78:2       108:5 110:3
24:13 37:12         78:23 79:5      known            largest           118:25
 98:14              80:6 83:13       10:11            97:5             119:8
 105:25             83:16 84:12     knows            lasted            120:12,14
 134:12             85:2,10,12       20:9 63:1        76:10            120:24
 147:11,11          87:1,4,6,8      Kofron           Latino            121:18
 147:14             87:10,20         1:21 160:1       78:9 87:8        127:12,13
know                88:5 90:12       160:21           97:9,11          127:13,15
6:8 8:15 9:7        90:21 92:16                       114:13,20        135:5,8,9,9
 10:24 12:11        92:17,17     ____L____            115:4 124:3      135:13
 13:21 14:9         93:14,17     L                    124:12           138:19
 15:4,7,23          98:10,10      56:20               125:12           141:18,18
 17:10 18:21        100:17       lack                 149:1 150:4      141:21,24
 18:22 21:19        101:3,19      78:1 92:19          150:9 151:7      143:14,16
 22:1,3 23:1        103:22        98:5 99:23          151:20          143:24
 23:4,14            104:6,12,25   lacked             Latinos           144:8
                    105:22,24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028289

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

183

```
146:10          led             Leo             94:8 110:17     litigated
153:15          80:8 95:22      139:3           110:20,23       126:16
158:10          left            letter          111:8,8,13      litigation
lawn            4:2 106:15      75:5            111:14          6:15,16
58:22 59:1      130:13          letting         113:15          18:21
laws            159:6           48:25           125:22,24       107:13,14
9:24 66:24      legal           let's           126:3,10        127:14
67:1 68:9       8:25 11:13      11:5 53:14      128:14          129:23
70:13,22        12:2 16:2       61:20 67:25     136:19,20       little
71:1 73:22      48:11 89:21     68:12,20        136:24          6:14 7:1
113:3 118:3     89:23 96:14     70:5 71:13      140:6           8:24 15:24
120:11          118:11          77:17 78:21     licenses        27:11 28:1
124:11          123:9 125:8     112:21          20:23,25        28:1 40:15
127:16          142:25          138:14,14       26:23 28:3      62:10 73:21
128:5           legendary       138:15,16       82:18           90:20 94:3
137:14          66:18           145:23,24       124:21          95:6 103:25
lawsuit         legislate       level           license/p...    104:19
108:3 110:1     93:21           113:22          43:4            116:17
110:2,7         legislation     146:21          life            117:3
lawsuits        93:20,24        147:10          15:8 72:23      137:15
107:9           94:4 103:13     149:8           83:4            140:9,10
lay             106:10          159:10          light           145:9,15
3:20,21         107:6,8         levels          136:12          153:9,23
75:19           108:7 112:8     77:13           likes           154:22
135:17          112:10,16       liberal         50:17           live
laying          117:13,23       7:12 118:20     limited         48:15 50:17
40:10           120:18,25       120:1           3:8,12 69:5     50:17 55:4
lays            158:8           143:17          84:22 85:4      68:21 78:21
4:15 92:24      legislative     153:25          101:6           83:16
Le              5:16 19:21      154:2           Lincoln         living
2:7 59:16,19    19:25 123:8     libraries       73:13           13:24 72:23
59:23 60:3      legislature     95:14           lines           local
60:10,13,17     1:5 8:12        licence         48:11 49:7      71:12 105:15
60:17,19,19     20:4 21:8       47:25           list            locally
60:22 61:3      36:12 73:17     license         43:10,18        97:4
61:6,10,12      83:12           5:6,9 15:5,7    44:13           located
lead            105:19          28:6,20         125:16          147:20
6:18 129:23     106:3 107:2     30:21 31:5      128:2           locations
leading         160:4           43:24 45:4      listed          69:4 81:8
6:19            legislatures    45:7,8 46:2     125:25          logical
leaning         11:23           46:5,10,15      listen          42:21 59:5
149:20,22       legitimate      46:18,20        86:10           logistics
learned         32:24 33:9      48:15 49:10     listening       69:10
130:10 131:9    35:19 86:25     67:7 69:8,9     150:25 157:4    long
leave           134:21          71:10,10        lists           7:11 14:6
91:16 145:23    138:12          82:24,25        91:2            25:7 28:15
leaving         156:17          83:2,21         literacy        36:15 55:15
116:21          158:8           90:25 91:5      73:11           66:21 72:12
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028290

```
100:11              loophole        lower           majority        136:18,20
107:10,12           40:12,14        74:25 75:8      106:5 133:7     marked
121:5               lose             87:5,6         making          136:23
longer              34:6 72:19       108:3          9:20 12:13      market
71:21 73:21         133:14,16        124:16          14:14 24:21    104:14,16,17
 85:10              133:22           153:24          73:15 81:14    104:20
 116:17             loss            Lowe's           98:20 105:1    marketing
 121:14             143:4,5          58:22           121:3          102:14
 155:7              lost            lucky            131:13         Marsalis
look                150:19,20        92:21           132:18         2:6 56:8,9,9
10:12 27:10          158:4          Luis            142:24          56:10,11,14
 30:21,22           lot              2:12 122:24    MALDEF          56:19,20,21
 31:5 47:6          7:7,7 13:23      123:2,4,7      122:25          57:6,9,12
 47:18 66:25         18:4 32:20     lying           126:16          57:16,19,22
 66:25 68:24         36:13,13,13     51:8           131:3,10        58:2,5,9,11
 74:5,19,22          40:19 48:24                    147:12          58:13,17,19
 75:1,2,3,7          52:3 55:10     ───────────     male           Marshall
 75:12 76:8          61:7 67:13          M          76:14          58:22
 80:17 87:13         69:11 70:3     machine         manager        Marta
 88:2,5              72:19 79:17     49:13,14        112:3          95:25
 123:25             96:21           Macon           mandate        Mary
 128:17             103:12           104:18         44:8           121:13
 129:11             105:8,12,12     mad             mandated       massive
 135:3 139:6        105:15,25        106:18         67:5           142:17
 153:19             106:1 111:6     magnifying      manipulated    match
looked              112:9 113:3      27:11          84:18          45:2,9,9
9:2 10:3            117:14          magnitude       manipulation   134:23,23
 12:19 46:14        119:7            18:4           159:17         134:24
 82:18,18,20        120:16          maids           manner         materials
 87:19              127:8 128:4      72:19          147:1          95:13
 117:19             128:8 129:6     mail            man's          math
 127:21,22          129:14           43:12 80:6     85:2,3         21:4
 127:25             132:3            95:11 98:23    maps           matter
 134:18             137:13          mailed          48:5,10 49:7   98:14 155:5
 139:4 149:9        143:15           95:11          march          matters
 149:10             153:19          mail-in         1:8 20:21      135:2
 153:15             155:2            99:1,5          130:18         maybes
 156:11             lots             131:23          160:5         34:3
looking             38:10           main            marginal       mayor
15:11 44:3          Louisiana        6:25 7:16      133:19         158:1,1
 77:19 96:22        88:8             15:24 71:24    Maricopa       mayoral
 108:19             love             71:25          126:16,20,25   142:19
 129:20             32:5 152:9      maintain        127:3          ma'am
 132:12,12          loved            63:5           Marion         32:19 59:22
looks               116:18          maintains       6:24 149:23    McAllen
45:6 78:4           low              43:8           mark           52:25 55:4
 119:1              87:9 124:24     major           133:13         meal
 127:20             126:8            104:16
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028291

116:19
**mean**
23:6 33:6
35:5 38:5
53:12 77:9
84:24
112:24
114:3
115:11,12
117:23
119:14
120:1 130:9
130:23
146:16
151:24
**meaning**
128:10
**means**
7:8 67:25
69:5 83:3
84:22
141:16
**measured**
66:1
**measures**
67:25
**mechanisms**
136:8
**media**
104:13,14
108:12
120:16
144:19,24
**Medicaid**
91:4 121:23
127:24
**medical**
91:3
**Medicare**
90:23,24
**Medicare.gov**
90:21
**meet**
13:24 88:13
**meeting**
34:13
**meets**
12:3 88:23

**member**
4:2 11:6
72:18
**members**
3:9,13 5:18
7:12 11:5,6
11:8,11
16:11 19:10
19:14,15,23
21:12 32:15
42:9 52:18
59:14 61:23
62:4 63:11
74:11 76:20
82:10 91:13
91:14,20
92:15,18,22
93:9 111:4
122:13
132:11
141:14
142:7
148:16
**men**
8:16
**mention**
8:23 86:18
88:12
113:23
**mentioned**
62:23 82:21
86:2 88:10
102:21
111:13,22
118:21
136:14
147:13
**mess**
24:22 37:20
**message**
123:10
**met**
107:2
**method**
9:13,19
12:21,25
14:15
**methodolo...**

**159:11**
**Mexican**
122:25 123:8
**Mexicans**
109:7,10,10
109:11
110:12
**Mexico**
139:7
**Michigan**
123:14 129:4
132:13,17
138:4,9
139:4,7
**Mickey**
41:21 147:15
147:15,24
**middle**
75:6 131:12
**miles**
68:22 69:8
83:20,20
**Milio**
149:6
**Milio's**
152:25
**military**
5:6 94:14
106:21,22
111:14
**million**
20:21,22,23
20:24 35:11
35:14,16
95:12 96:9
97:14,15,15
97:21 98:2
98:6,25
99:2,4,6,11
101:24
103:24,25
104:2,9
108:13
112:23
125:1,25
142:9,10
144:19,23
153:18,20

**Milwaukee**
124:20
**mind**
32:23 86:6
112:23
122:20
**mine**
78:22
**Minnesota**
133:6
**minor**
104:20
**minorities**
64:25 66:11
70:6 81:14
82:23
117:11
128:4 129:7
**minority**
65:17 66:2,6
74:25 75:14
75:25 77:1
79:18,19
80:14,22
81:22 82:9
84:8 87:5,8
87:23 88:2
97:6 117:22
117:22
122:8 124:5
124:7
144:18
149:16,22
149:25
150:2,21
151:5,6
152:1,23
**minuscule**
52:21
**minute**
148:12
**minutes**
3:8,12 5:23
64:6 89:2
89:10,12
93:18 99:8
106:19
123:5

**141:12**
148:19
**misdemeanor**
50:22
**misrepres...**
84:17
**misrepres...**
79:23
**missing**
31:8
**Mission**
52:25
**Mississippi**
87:16,17,20
88:2,7,10
**Missouri**
149:5
**mistaken**
150:4
**mistakes**
130:10
**misunders...**
33:20
**Mitch**
146:23 147:7
**mobile**
128:8
**model**
132:12,13
138:5
**models**
132:10,16
**modern**
9:21
**modernize**
12:22 143:12
**modernizing**
9:11,20
**moment**
19:16 134:21
**Monday**
146:22
**money**
54:24,24
108:12
112:22
113:10,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

128:23,24
144:22,23
145:8
Montgomery
72:15
months
107:6
monumental
114:16
morning
19:13,24
72:11
Mouse
41:21 147:15
147:15,24
mouthing
74:8
move
55:17 64:20
126:9
moved
43:12
movement
79:17
movie
157:14 158:1
moving
24:16,17,17
89:10
mower
58:23 59:1
MUD
6:19
multimedia
95:7
multiple
59:9 90:2
124:6
multitude
120:2
municipal
97:3 105:11
105:13
municipality
71:5 94:13
111:24
Museum

72:15
mustache
8:19
mutton
8:20 11:16
14:21 27:19
27:20
M5017
91:1

N

NAACP
63:25 64:18
72:12,12,13
72:18,22,25
73:2 76:10
76:11,12,13
77:6 79:16
131:3
name
2:1 5:21,24
19:24 43:17
43:17 45:8
46:16 47:7
54:4 60:1,2
60:6 62:5
64:5,16,17
75:6 86:3,4
86:6 89:13
89:21,23
96:14,17
110:6
113:16
123:3,7
125:8 129:4
135:19
141:14
143:20,21
143:22,22
143:23
147:17
names
89:20 124:17
134:24
nation
117:1
native
89:14 126:14

natural
126:13
naturaliz...
128:22
naturalized
124:4
nature
39:4 72:21
82:19
127:25
141:24
naysayer
117:12
naysayers
103:12
117:10,14
near
76:14,14
nearest
69:7
necessarily
12:18 14:25
26:13
137:14
156:1,15
158:13
necessary
9:5 128:13
need
8:21 14:15
22:12 33:9
39:14 45:14
55:11,16
60:2 61:3
63:5 65:20
65:21 68:10
70:5 75:18
78:7 81:7
83:24,25
85:6,8 88:11
89:2 90:11
90:23 91:2
116:12
119:15,18
120:13
121:3,18,23
123:15
132:19

135:3
139:19
143:12
145:5,7
146:17,18
146:18,19
needed
58:18 134:22
134:23
needs
68:17 69:11
85:8 112:25
needy
91:3
negative
76:25
negatively
82:22
neighborh...
39:2 43:21
neighboring
87:15
neither
22:13 126:2
160:13
network
38:2,6
neutral
93:7
neutrally
141:10
never
26:20 46:18
72:12,13
new
8:15 24:16
66:19 74:22
75:8,11,11
76:15 80:20
83:9 90:23
125:18
126:17
139:7
news
148:1
newscasts
41:20
nice

112:18
nickname
89:21
night
116:18
nongovern...
95:13
non-citizen
52:20
non-citizens
109:17,18,23
109:24
non-photo
96:13 129:3
non-picture
125:16
non-voter
124:15
normally
43:11
North
133:1
Northwest
6:18
note
7:17 8:6
noted
8:7 9:12
10:17
153:25
noticed
33:10
November
95:10 97:20
98:4,7,24
99:10,12
number
27:2 30:20
43:5,5 45:7
45:8 52:1
67:11,12
68:25 69:3
71:20 75:8
75:13 76:19
84:15 87:6
102:4,25
103:14
104:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028293

105:10
108:25
125:22,24
126:1,2,7
127:6,6
136:13,19
136:19
137:19,22
142:14,16
142:25
146:13
154:20
numbers
21:4 55:16
69:20 74:5
79:15 80:20
80:21 87:4
87:11 96:3
99:9,16,17
104:12
114:13,13
114:20
115:1,4,9
116:10
117:20,21
120:8,21
121:11
122:17,21
122:21
126:5,24
140:19,21
149:15
150:5,9
151:6,15,21
151:22
152:4,15,22
153:1,18,19
153:23
154:21,22
numerous
65:5 107:9
123:23
125:9
Nuno
124:2
NVRA
143:13

O
Obama
87:12 114:17
145:17,20
154:12
Obama's
88:6
objections
5:2 140:16
observation
8:11 138:17
138:21
observe
55:10
observed
64:22 67:20
69:24 89:18
90:1
obstacle
80:2
obtain
82:24 94:19
96:11
143:25
144:2,11,13
obtaining
88:20 128:21
obviously
5:20 25:2
74:2 98:15
106:2
115:12
125:9 133:1
147:23,25
occur
9:3 13:1
occurred
64:22
occurring
8:9 41:13
77:10 79:19
155:18
156:15
occurs
47:13 131:23
offensive
74:9

offer
126:21
129:10
offered
96:2 138:21
offers
4:16 92:25
office
3:22 20:20
32:7 38:2,7
40:1 51:1
69:8,24
94:20,23
95:16 98:22
105:15
144:8,9
160:6,11
offices
51:2 72:20
official
29:8 68:2
118:8,9,12
officials
65:11 67:20
67:22 75:17
78:2 114:5
offset
108:14
off-year
145:18,19,24
146:1,4,8
149:10
oftentimes
123:11
oh
24:9 33:23
52:7 60:3
63:24
151:21
okay
3:1 4:2,14
4:15,22
14:6 16:6
16:24 17:9
19:15 23:12
24:2,7 29:2
29:6 30:19
32:2,12

36:24 45:13
46:25 47:2
48:3 49:3
49:23 53:16
53:16 54:12
55:24 56:3
56:12,14
57:21,24
58:7 60:5
60:10,11
61:5,8
63:22 64:7
64:10,17
71:2 78:19
86:2 93:19
99:10 101:6
102:7 111:8
111:10
112:1
118:10
121:16
130:3
143:20
155:25
156:13
159:20
old
20:25 111:8
older
4:25 140:16
once
8:17 11:6
15:8 30:7
39:5 74:10
74:21 79:9
81:9 154:11
onerous
17:1 138:20
ones
87:1 100:6
139:1,1
one's
15:3 75:22
one-page
62:10
one-time
103:3
one-year

101:13
online
90:19 101:16
open
144:9
opening
3:7
operatives
131:21
opinion
7:9,14,21
8:24 9:4
22:15 90:15
130:25
155:7
opinions
77:7
opportuni...
101:1 119:4
127:8
opportunity
19:19 33:6
64:13 66:4
68:15 85:22
86:9 123:10
126:22
130:1
oppose
13:4 57:24
opposed
131:13 132:3
opposing
59:7
opposite
132:17
option
95:21
options
112:6 129:11
order
7:21 10:21
13:25 57:1
57:3 58:21
91:23
organization
72:13
original



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028294

107:5
ounce
23:4 35:13
outcome
98:12 160:16
outreach
95:6,7
  101:18
  102:8,15
  103:11,17
  105:5
  108:18
  144:15,17
  145:8,13
  146:14
outs
113:19
outside
68:21 72:5
  75:11
outweighed
86:25 107:20
overall
10:12 87:5
overlay
45:1
owe
62:7,7
ownership
82:18 128:9

P

Pacer
152:12
packages
95:13,15
Page
2:1 76:20
pages
96:18
pales
105:10
Palestine
66:17
Panola
56:15,16,21
  59:6

paper
63:2 79:8,9
  140:7
pardon
21:15 49:20
parents
128:11
Parks
72:16
part
8:23 12:15
  19:5 41:19
  52:9 70:6
  71:8,9
  114:15
  118:5
  145:12
  156:10
participate
3:15 66:4
participa...
65:17 66:2
participa...
86:22
particular
6:17,22 10:6
  10:8,12
  18:1,23
  20:3 78:20
  82:8 83:10
  153:17
  154:4
particula...
10:14
particularly
38:11 57:2
  73:10 92:14
parties
3:17 66:6,12
  76:22 79:15
  132:11
  142:14
  160:14
partisan
29:8 76:24
  106:2
  133:11
  142:14

159:4
partisanship
146:16
partner
5:25
Parts
103:15
party
29:16 48:22
  81:5,6
  107:25
  108:1,4
pass
21:7 26:15
  50:7 59:10
  77:7 78:19
  105:20
  112:10
  113:3
  120:10
  135:11
  143:14
  158:11
passage
86:17
passed
57:25 73:17
  74:3,21
  94:1 105:18
  106:3 110:3
  112:8 113:4
  120:24
  121:1
  135:12
  140:4
passes
110:21
passing
56:22 81:15
  159:15
passport
5:7 90:25
  94:11
  111:19,20
  128:23
  140:7
Pastrick
158:1

Patrol
53:1
patronage
158:12,13
  159:17
pave
157:18
paving
157:18
pay
10:18 54:5
  102:1
peculiar
59:25
pegged
49:8
Pena
4:8,9 39:10
  39:15,16
  54:25 55:4
  55:6,8,19
  56:4 92:4,5
  155:15,17
  155:25
  156:4,13,19
  156:23
  157:2
penalty
69:14
Pena's
20:11 39:9
  39:16 158:7
pending
19:1 83:12
  84:10 91:16
  92:25 108:2
pendulum
123:22
  129:23
penitenti...
157:21
people
4:25 13:23
  14:4 18:4
  19:8 23:10
  24:16 25:10
  26:17 29:14
  33:21 34:3

34:8 35:17
36:25 39:1
40:11,12
41:23 43:14
44:2,4 48:6
50:6,7,9,10
51:8 55:21
59:8,20
62:11,23
63:8 65:22
66:3 67:12
67:23 68:18
68:19,25
69:5 72:17
72:19 74:12
75:10,11
76:2 77:17
77:19,22
78:2,20,21
78:25 79:7
79:8,23
80:2,20,24
81:14,21
84:16,16,18
84:21,22
85:1,4,9,9
85:12 91:4
91:9 96:9
100:5,22
101:10
103:10,18
103:22,24
104:3
105:25
106:15,18
106:20
110:16
112:12
113:14,18
119:3,4,17
119:22
120:11
121:22,23
122:6
124:19
125:21
126:5,8,22
126:24
127:5,8,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

130:9,9,19
131:1,8,17
132:3
134:19,20
136:3,22
140:25
144:25
145:5,6,7,8
145:11
146:18
153:24
154:6,6,7
154:13,17
154:20
155:7 158:3
158:12
159:1
**people's**
154:17
157:18,19
**percent**
5:4 23:6
34:7 52:24
87:21 88:8
96:9 97:12
97:14,15
99:1,4,12
99:13
117:24
121:25
124:16,20
124:21,22
125:1,3,5,6
126:17
140:17
146:3,7,7,8
146:9
153:22
154:25
155:1,3
**percentage**
86:16 87:1,7
149:14,20
**percentages**
149:16
**perception**
41:11,19
**Perfect**

92:12
**perfectly**
45:23
**period**
15:10 71:22
102:20,20
113:25
128:3 136:2
147:4
**perjury**
44:12 50:21
**permanent**
101:14
**permitted**
71:13,19
144:5
**perpetual**
34:20
**perpetuating**
21:6 22:13
**person**
7:21 10:13
13:19,20,24
14:20,22
20:9,9
29:13 37:10
43:9,15
45:6,10
49:7 50:24
62:20,24
63:1,3 75:4
94:6 98:23
99:1,4,12
99:14 100:9
103:19
107:22
117:25
132:25
138:8 144:3
158:15
**personal**
146:10 155:6
**personally**
26:20 31:2
32:21
**personnel**
101:12,16
**persons**

10:16 17:1
65:8
**perspective**
133:23
134:14
135:15
**pertaining**
34:23
**pertains**
43:14
**pertinent**
62:12
**pharmacy**
90:24
**Phillips**
107:19
**phone**
44:2 95:15
**photo**
4:24 5:4
7:20 9:13
9:15,19,23
10:3,8,17
10:18,20,22
11:24 12:19
13:19 15:11
15:16 16:5
16:25 17:21
20:15,17
21:7 23:7
27:3 44:14
53:19 56:23
56:25 57:1
57:3 58:5,9
58:21,22,24
59:1,3,7,10
70:18 71:25
72:7 86:20
87:18 88:20
90:11,16,17
90:24 91:8
91:10 93:20
94:1,7,11
94:15,15,16
94:17,19,22
95:1,4,9,13
95:25 96:8
96:11,12

97:2,7,18
97:18,20,23
98:2,5,17
98:18,20
99:23,24
100:13
101:10,11
102:11
103:19
105:18
106:6
107:15,20
107:23
108:5,7
112:4
113:12,15
117:23
119:11,12
119:13,15
119:18,21
119:23,25
120:1,3,17
121:3 125:2
125:5,7
132:3
135:17,19
140:14
141:17,21
141:24
143:14,16
143:19
144:11
145:1,3,3,6
145:11,15
146:1,10,20
147:10,16
148:3,7
149:21
150:14,19
150:20
153:21
154:1,8
156:11
158:4,22,23
158:24
159:8,11
**photoed**
94:25

**photograph**
5:8 71:3
**photographed**
5:3
**Photographic**
149:7
**photos**
15:5
**pick**
30:21 84:3
87:24
**picture**
12:9 14:24
15:3,6
61:14,16
62:25
125:15
129:2 144:1
147:16
**piece**
63:2 112:6
**pieces**
95:12,15
**pinpoint**
36:14 151:18
**place**
22:14 23:19
32:22,22
38:5,19,24
62:19 69:1
73:23 80:4
97:7 121:5
123:16
125:20
138:4
142:16
143:10
157:5,8
**placed**
73:9 78:16
95:24
**placement**
82:23
**places**
65:6 87:24
92:21
146:18
**plainly**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028296

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

190

```
    6:21
plaintiff
19:4
plaintiffs
18:19
plan
90:23 103:4
plane
119:18,18,20
play
127:16 128:5
players
95:20
playing
34:2
please
17:14 59:10
  60:1,6
  63:18 91:23
pleasured
19:24
pleasures
9:8
plus
85:8 113:17
point
8:25 9:3
  11:19,21
  12:13 13:1
  14:13 21:20
  22:2 40:15
  43:14 65:15
  65:24 82:8
  82:21 84:14
  84:20 92:20
  109:1
  110:25
  112:9,20
  121:6
  123:20
  125:13
  130:6
  132:21
  145:8
  150:12
  154:14
pointed
16:2 81:11
```

```
points
44:8 52:25
  62:12 65:23
  149:14
political
120:14,15
131:21
139:11
158:2
politically
119:7
politics
8:15 55:15
  73:21 119:9
153:15
poll
10:19 28:7
  73:11 81:7
  89:16
  113:16
  128:20
  134:22
  139:22
  148:4
polling
62:19 77:19
polls
14:9 23:7
  94:17,21
  103:16
  106:19
  113:14
  146:14
poor
20:15 83:3
  90:18
  149:16
popular
72:13
population
20:22 21:2
  52:24 77:11
  77:13
  117:24
  126:14
  142:5,7
Pori
2:7 59:16,19
```

```
59:23 60:3
  60:10,13,17
  60:17,19,19
  60:22 61:3
  61:6,10,12
Port
48:8,8,8
  49:14
portion
3:11
portrayed
135:18
position
12:1,16,16
  12:24 66:5
  69:10
positive
101:1 149:19
possess
10:17 124:25
possessed
21:1
post
58:20,21
postage
102:6
posters
95:3
potential
78:5 126:4
  126:11,19
  127:14
  128:16
  129:24
  132:9
potentially
123:21
  127:14,16
  134:11,16
  134:25
  137:22
pound
23:5
power
66:11 90:13
PR
108:12
practice
```

```
6:3,15 53:20
Prairie
69:18
pre
73:24 88:14
preach
85:5
precinct
29:13 33:11
  48:5,11,18
  49:8,8
precincts
48:5,6,7
  81:8 113:13
  147:6,6
precise
7:25
precisely
149:4
predicted
124:14
predictions
117:17
prefer
4:19 148:13
prepared
118:2
preparing
117:20
prescribed
82:11,12
prescription
81:23 90:23
present
11:4 13:12
  16:10 18:15
  19:16 20:10
  20:11,12,13
  23:7 25:15
  39:10 47:24
  49:12 63:4
  70:19 92:10
  92:12,13
  94:6 117:4
  117:5,6
presentation
3:7 62:25
```

```
presented
23:19 25:20
  82:16
  134:10
presenting
34:7 37:6
  40:17 63:1
presents
62:16
preserve
139:10
president
9:17 50:5
  56:15 64:18
  73:13
  114:16
  150:17
presidential
96:5,10
  114:23,24
  115:24,24
  126:19
Presidio
69:4 82:22
press
34:2 95:17
  103:9
  120:16
pretend
118:13
pretty
6:21 23:2
  25:8 35:23
  40:10 49:24
  103:5,7
  115:18
  117:25
  127:4
  138:23
prevalent
90:12
prevent
8:13 9:9
  33:5 80:2
  90:13,15
  137:6
prevented
15:17
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028297

VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

191

preventing
123:21
prevention
23:5 35:13
previous
14:18 82:2
 126:25
 139:6
 140:10
pre-clear...
80:16 107:3
 107:5 110:5
 128:7
pre-cleared
80:17 107:8
 107:11
primarily
6:14 142:21
 144:22
primary
8:2 20:22
 30:23
 142:20
principle
62:16
print
95:4
prints
113:19
prior
19:1 95:9
 109:15
 112:19,19
 140:23
private
42:15 141:9
privileges
111:2
probability
124:14
probably
15:12,20
 20:7 24:21
 24:23 26:2
 28:25 36:21
 44:3 55:19
 55:22 68:3
 88:4 96:22

102:5
105:10
108:19
114:18
problem
8:9,11 9:4,6
 9:7,7 10:14
 10:21 11:24
 13:12 14:17
 14:18 23:5
 35:4,7,11
 35:18 36:20
 44:14,14,16
 52:20,21,23
 55:20,25
 65:18 67:24
 68:23,24
 75:13,22,23
 76:4 77:16
 77:25 78:5
 79:23,25
 80:13,16
 86:3 106:15
 139:22
 147:5,13
problematic
35:4 64:23
 68:6 81:24
problems
13:22 48:23
 65:5,12
 66:22 69:19
 70:4 78:2
 81:25 128:1
 129:21
 143:9
procedures
3:3 9:12,20
proceeded
90:6
proceeding
118:11
 160:15
process
20:19 21:9
 33:13,16,25
 34:6 36:16
 61:21 63:8

66:4 69:25
70:7 72:5
78:13,14,15
79:3 86:22
86:24 93:22
96:19,21
107:3
113:16
131:18,18
138:1,2
139:4,8,11
139:21
processed
69:22
processes
136:2
procure
50:20
produce
26:5,6 84:16
 84:17,20
 102:11
produced
124:13
production
101:12,13
productive
3:4
professor
149:5,5
 150:3
 152:25
profiling
82:17
programs
101:3
progressive
79:10,12
pronouncing
148:11
proof
5:3 9:24,25
 44:10,18
 51:7 70:19
proper
14:7,8 64:20
 67:12 91:11
 100:2,23

134:15
properly
45:6 49:8,25
property
24:21
proponent
93:19
proposal
44:24 69:15
proposals
138:25
proposed
67:15 70:14
 70:24 71:1
 72:1 74:2
prosecuted
40:2 80:12
prosecution
69:16
prosecutions
77:23
protect
129:12,12
 132:7
 158:15
protected
14:13
protection
158:9
protects
88:16
prove
20:8,10 22:8
 22:9,14
 35:8 37:5
 40:11,15
 42:22 58:24
 61:18,19
 67:18 68:11
 68:15 71:22
 75:4 96:13
proved
120:22
provide
3:7 20:16
 39:14 67:25
 68:1 70:17
 71:7 85:16

90:16 93:21
96:12
123:10
124:5
127:22
129:9,11
135:23
149:12,12
151:15
152:4
provided
10:20 67:17
 72:6 74:23
 88:21 97:22
 153:24
provides
88:18 144:7
proving
22:10 70:17
 124:25
provision
10:22 69:14
 143:18
provisional
88:19 94:18
 97:17,24
 98:1,3,5,8
 99:16,22
 106:11,23
 115:7
 126:22
 127:1,5
 134:14,19
 135:4 144:5
 144:12,13
 145:7
 153:10,11
 153:16,20
 153:21
 154:2,10,11
 154:18,25
provision...
97:19 132:23
 135:24
provisions
86:4 127:22
 132:25
PSAs



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028298

95:16,16,20
**public**
3:11,23
  19:18 33:11
  41:12 55:12
  77:18 88:16
  89:8,9 91:6
  92:17 126:8
  157:19
**pull**
16:4 152:17
**pulls**
113:16
**punished**
76:17
**purchase**
158:3
**purchased**
95:23
**purchases**
57:6
**purchasing**
157:22
**Purdue**
107:17 108:2
**pure**
51:25
**purged**
142:13
**purging**
13:22
**purpose**
51:25 52:6
**purposes**
40:24 48:10
**pursued**
22:24
**push**
79:17
**put**
7:25 43:9
  51:6 67:1
  78:6 79:14
  80:1,4
  102:5
  113:12
  118:24

125:20
136:18,19
140:22
**puts**
28:6
**putting**
73:15
**PV19**
80:11
**p.m**
144:10

───── **Q** ─────

**quadruple**
132:24
**qualifica...**
9:14
**quantity**
101:12
**question**
3:14 10:9
  12:15 13:10
  18:16 23:15
  26:2 28:23
  30:17 33:17
  33:20 44:20
  45:13,14,23
  45:24 47:9
  47:11 48:4
  49:2,2,5
  50:2,13,14
  51:8 52:2
  52:10 53:8
  53:16,18,22
  55:1 56:2
  60:13 61:13
  70:11 74:4
  74:19,21,23
  75:15 85:18
  99:17,19
  102:19
  103:22
  116:14
  123:12
  125:17
  144:21
  145:14
  148:10

149:4 152:6
152:9 153:9
155:16
158:7
**questioning**
33:12,14,24
52:4 90:10
145:17
**questions**
3:9 5:18
  11:7,9,10
  16:11 19:11
  21:10,12
  32:6,14
  40:5 42:8,9
  56:5 59:14
  61:23 63:11
  64:9 72:9
  91:13 96:20
  99:9 102:17
  104:22
  108:23,25
  114:12
  116:13
  117:6,7
  118:10,14
  119:1
  122:13
  130:4
  148:15,22
  153:7 157:1
**quick**
96:3 117:3
**quicker**
113:17
**quickly**
74:7 91:17
93:13 135:8
135:9
**quite**
55:10 88:25
101:4
105:24
107:5 133:6
142:5
**quizzes**
73:12
**quorum**

3:1 4:15
92:13
**quote**
119:25
149:13
**quoting**
140:19

───── **R** ─────

**R**
56:21
**races**
115:18
122:10
**racial**
82:16
**radio**
95:16,18,23
**raised**
13:10
**rampant**
143:9
**ran**
144:19
**range**
103:22
**ranting**
73:1
**raving**
73:1
**raw**
151:21 153:1
153:1
**reach**
76:18,21
85:9,11
131:4,11
159:1,9
**reached**
67:15 133:17
**reaction**
44:24
**reactions**
74:15
**read**
12:6 37:20
57:16 85:22

86:1 90:17
112:18
118:4
149:11
**reading**
72:16 120:15
**ready**
69:5 82:6
83:3
**real**
8:9 21:3
34:2,3
47:12 52:23
80:16 96:3
109:4 117:3
132:10,13
135:7
151:21
**reality**
154:9
**realize**
11:13 98:16
152:3
**realized**
154:15
**really**
12:12 13:6
33:12,22
34:4 35:21
35:21 37:12
42:24 44:9
51:21 55:9
55:12 56:1
58:2 61:6
63:4 69:1
72:3 74:6
75:11,18,19
75:23 76:25
77:24 78:7
79:17 103:7
103:10
104:20
107:10
132:19
141:20
151:20
152:6,7
155:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028299

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

reason
12:5 16:2
 52:15 59:5
 76:23
 103:11
 105:19
 106:7
 134:10
 135:25
 136:4 144:2
 158:8
reasonable
9:8 12:21
 106:15
 115:24
 119:8 136:4
reasonably
8:12,12
 11:17 91:10
 91:17
reasoning
120:19
reasons
8:24 72:2
 79:18 88:1
 88:11
 130:20
 134:9 136:5
 141:25
recall
23:18 73:22
received
88:8 129:15
 142:25
 147:19
recess
91:19,19,21
recognize
10:24
recognized
9:15
recognizes
4:17
recommend
157:16
recommend...
116:10
reconstru...

81:15 134:6
reconvene
91:18
record
5:21 8:7
 11:3 16:9
 18:14 55:9
 60:2 64:5
 64:16 97:6
 117:4 118:6
 118:8,10,12
 122:16
 151:2,3
recounted
8:14
red
37:15,17
redistric...
92:18 159:6
reduced
159:16
reference
66:16 67:15
 82:16
references
31:7
referred
70:17 142:23
 145:17
refers
43:11
reflect
11:4 18:14
reflected
8:8
reflects
124:9
reform
9:16 50:7
reforms
138:1
refused
108:9
regard
6:22 17:3,15
regarding
6:2 8:14

96:21 118:2
regardless
12:3 83:25
 114:2
 116:18
 127:5
regards
120:16
regime
17:1,22
register
20:17 43:3
 45:10 69:2
 72:17 73:9
 110:4
 136:17
registered
20:21 21:2
 30:22 41:21
 43:22 49:16
 49:24 53:5
 66:19 69:21
 87:2 96:16
 104:1,9
 125:21,21
 125:23,25
 126:6,7
 136:15
 137:3
 139:13,16
 139:18
 142:4,6,9
 142:10,11
 142:22
 147:15
 148:2
registering
41:23 51:9
 53:4 59:4
registrar
43:9 44:23
 62:14 94:10
 106:17
 111:23
registrars
114:4
registration
5:1 13:17,20

13:21 20:9
 21:21 25:3
 25:16,17
 26:11,15
 30:23 37:7
 41:20 43:7
 43:9,18
 44:15 45:1
 45:15 46:4
 46:6,19
 48:25 49:16
 50:20 89:19
 90:2,5
 95:21 96:1
 109:18
 125:15
 129:8
 130:24
 131:7 132:4
 132:22
 133:6,8
 135:20
 137:6,9,11
 137:20
 138:1,2
 139:9,20,21
 141:25
 142:8 143:9
 147:12,14
 148:6
registrat...
69:22 147:23
 147:24
regulation
7:23
regulations
107:7
reinstill
34:7
reinvent
62:22
reject
12:8
related
16:19 160:14
relates
7:2
relating

79:20
relation
158:10
releases
95:17 103:9
relevant
10:15 74:4
 147:17
relied
150:11
religious
5:2 140:16
remains
112:20
remarkable
90:9
remarks
96:20 119:24
 122:20
remedy
84:9
remember
25:8 50:9
 71:9 106:13
 118:17
 123:6
 133:12
remind
95:25
reminding
103:10
removes
5:14
rendering
5:14
renew
111:7
rep
159:4
rephrase
52:12
replacing
48:24
report
9:19 43:25
 79:15,16
 118:1,4,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
124:2,23          89:3,4 92:3      151:3,17          59:11 65:2       131:11
149:7,12          92:5,7,9,16      152:5,10,21       69:25 71:25      resolved
152:15,22         92:17,25         153:5,6,8         97:2 112:17      158:24,25
152:25            102:16,18        154:19,24         124:15           resources
reported          102:24           155:4,8,12        125:14           34:25 35:1,5
26:1 82:3         103:2,15,21      155:15,17         136:21             44:5,6,7
Reporter          104:2,5,8        155:25            137:4,24           51:2
160:1             104:11,21        156:4,13,19       requirement      respect
reports           104:22,23        156:23,25         12:4 14:21       11:8 16:20
20:20,22          104:24,25        157:2 158:6       23:8 41:17         18:17 28:14
22:22             105:8,16         represent...      41:17 59:7         53:7 154:9
represent         106:9,25         1:4 86:15         65:22 67:10      respectfully
5:25 42:15        107:12           160:3             68:12 69:12      12:14 149:24
73:25 82:5        108:8,11,20      represented       82:8 83:11       respects
85:18 89:13       108:24           143:6             85:14 94:25      3:4
97:8 108:22       109:6,9,13       representing      95:4,9,20        respond
117:4             109:25           5:21 51:25        97:7 98:20       158:6
148:16,21         110:6,10,11      59:17,19,20       106:22           response
represent...      110:15,19        61:25 63:25       107:20           53:21
84:7              110:25           93:6 141:9        113:12           rest
represent...      111:12,19        represents        123:18           86:6 99:9
3:21,22,24        111:22           153:22            125:14,18          100:3
4:1,16 5:18       112:1,5,12       republican        127:10           restrictions
11:4,5,8,11       112:16           19:21,25          129:8 139:9      135:6
12:14 16:8        113:5,9,23       29:14 37:18       144:12           restrictive
16:9,12           114:8,11,19      41:16 81:4        145:1            125:19
18:15,16          114:25           81:6 131:22       requirements       127:10,11
21:13 24:11       115:3,8,14       133:7 159:1       123:16,24          127:11,12
28:11 32:17       115:21           republicans      124:3              127:13
34:10 39:23       116:9,14,16      38:15 131:16      126:16,17          128:2
39:25 40:8        116:25           146:20           134:20           result
40:18 44:19       117:5,6,8        147:9            140:15           131:6
44:20 47:12       117:16           150:19           143:13           results
47:23 50:2        118:1,5,9        159:10           requires         33:2,8 98:15
51:5,12           119:1            reputation        4:24 18:10         106:19
54:25 56:4        121:14           63:7              57:1 62:25         120:7
70:11,12,16       122:2            request           91:8 94:6        resume
70:21,23          136:10,11        3:18 160:5        requiring        93:2
72:9,10           136:13,25        requested         7:8 90:17        resumed
73:5 74:6         137:13,18        122:22            requisite        159:22
74:14 76:9        138:17           require           68:25 74:18      retired
77:6 78:11        139:12,17        12:7 56:23        research         42:19 62:1
79:11 80:8        139:23,25        59:3,10           90:20             89:11,15
80:23 82:6        140:12           91:5             resident         retrogres...
83:10,19          141:2 142:2      required          50:18           128:18
85:15,19          147:12           7:20 56:25        residential      return
86:2,12,14        148:10,23        57:3 58:5         96:17            94:19 97:23
87:15 88:12       149:25           58:20,22         resistance
                  150:8,24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028301

```
100:1,2,4
100:17
135:24
153:11
returned
43:12 97:18
97:22 98:2
98:6,9
100:6,6
146:12
154:25
155:1
reversed
146:4
revisit
130:17
revoked
111:2
re-call
4:3
Richards
42:25 43:25
RICO
155:23
ride
84:1 121:22
riders
95:25
ridiculous
61:18
right
7:24 10:4
14:3 15:14
15:22 17:19
21:17,18,23
22:11 24:24
25:5 27:16
28:7 30:2
33:7 35:25
36:20 37:4
37:14 38:8
38:13,16,21
41:13,24
42:5 47:16
48:18 50:1
54:13 55:18
56:3 58:19
59:17 60:15
```

```
64:21 76:1
76:14 77:5
80:5 81:3
102:15
104:4
107:21,25
109:21
110:17
111:3,17
114:25
115:6 116:5
123:18
129:1,1,22
130:15
131:14
132:7 133:3
133:22
134:24
137:17
145:24
152:17
154:13
156:17
158:18,20
159:5
rights
6:17,20
17:17 65:16
66:3,10,18
72:14,15
73:6,7,18
73:24 75:13
127:19
128:6
riled
55:13
ripe
59:4,8
risk
50:11,14,24
78:6
risked
72:22
risking
127:14
Rob
76:20
Robert
```

```
2:8 9:18
61:25
143:22
Robinson
66:17
role
91:24
roles
126:2 147:12
147:14
roll
4:2,3 13:20
rolls
13:17,21,23
14:1,2
76:12
109:18,23
136:22
148:6
room
3:23 21:15
79:22
root
79:20
Rosa
72:16
row
74:8
rules
107:6 128:14
rumor
81:2,10,13
rumors
36:13 134:4
134:5
run
28:2 99:3
147:1
runoff
97:25 98:7
99:13
rural
24:8 83:23
84:2 127:25
128:4
Rutgers
124:13
```

```
                S

S
43:10,13
safe
81:9,20
115:8
safeguard
132:25
safeguarding
9:22 107:21
safeguards
123:15
125:20
Safety
91:6
same-day
129:8 130:23
131:6
132:22
133:5,8
San
83:20,24
116:25
Sanchez
124:2
sat
42:25 85:25
satellite
146:23
satisfy
6:11
Savanna
104:18
saving
113:11
savings
113:22
saw
23:2 74:10
121:12,12
146:6
saying
11:16 13:5
17:12 18:10
33:22 43:9
66:7 76:5
76:23,24
```

```
78:18 81:6
83:14 84:21
84:21,21
85:1,2
99:20
133:17,18
150:8
says
43:6 50:15
50:19 68:13
137:10
138:5
143:18
148:4
150:25
SB-14
72:1
SB14
86:10 123:19
127:10
135:16,18
136:8
SB362
127:11
scan
113:15
scanner
113:13
scary
137:19
scheduled
92:21
scope
18:3
screen
49:16
scrutiny
107:15
searched
90:25
searching
42:21
seat
68:22
seats
150:20
second
69:15,17
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

89:21 90:1
101:8 119:2
**secondary**
74:23
**seconds**
44:9
**secret**
72:22
**secretary**
9:18 20:20
31:19 32:4
32:9 43:1
45:5 51:1
76:20 93:5
93:12,16
94:23 99:7
105:17
115:20
116:22
118:15
130:7
140:20
144:8,16,21
150:5
151:18
154:10
**section**
107:4 128:6
128:6,6,15
128:17
130:21
134:9
**secure**
27:4 105:22
106:8
120:18
**secured**
53:10
**securing**
105:21
**security**
5:3 43:5
56:24,25
58:24
123:19
125:22,23
126:1,2
127:21

136:19
137:21
139:10
140:17,21
**see**
12:12 15:20
15:21 23:10
26:4 30:16
31:7 32:25
44:24 47:6
55:20,21
58:2 59:5,6
59:6 71:13
79:16 84:11
88:3,9 91:9
92:18,22
102:22
103:14
106:25
109:12
110:23
111:3,4
113:21
116:6
120:21
130:7
148:12
151:20
**seed**
83:22
**seeing**
23:18 70:4
115:12
**seeks**
10:10
**seen**
6:5 26:20
55:15 65:12
65:18,19
73:17 77:23
112:20
118:1
125:12
132:1,2
134:1,3
143:7 146:5
148:5
157:15

**select**
1:6 49:15
160:4
**selected**
75:2
**self**
62:16
**self-iden...**
153:3
**seminar**
88:5
**senate**
3:20,24 4:1
4:15,17,23
5:14 6:2
7:2,19
10:21 19:22
56:23 57:25
59:10,18
60:23 61:9
62:2,2,9
64:2 86:4
86:10 89:12
91:15,16
92:24 93:2
93:3,7,25
94:5 105:18
105:23
106:4
112:19
118:12
121:12
123:1 133:7
134:8
135:12
140:5
141:10
149:13
**Senator**
4:16 44:1
92:24
**send**
8:17,19,19
8:21 43:8
45:9,12
90:3 91:2
115:25
116:4

**sending**
145:7
**senior**
111:1
**seniors**
20:15 111:6
112:21
**sense**
61:15,17,20
117:13
**sent**
12:10 81:3
**sentence**
50:11
**sentiment**
79:18,19
**sentiments**
78:18
**September**
95:10 105:2
**series**
142:17,24
143:2
**serious**
38:22 61:17
75:22
**servants**
72:19
**serve**
73:14 105:17
109:16
**served**
9:23 40:24
48:4 49:13
105:17
147:4
**service**
72:12 101:12
**services**
91:1,8 94:11
95:2 96:7
160:22
**serving**
157:20
**session**
89:2 91:17
91:19 92:14

92:20
127:11
132:10
138:25
139:5
**sessions**
20:4 73:20
114:4
138:18
**set**
8:18 138:14
**sets**
25:4
**SEU**
88:6
**shadows**
50:7,10,10
50:17
**share**
89:17 149:6
**shaved**
8:19 12:8,11
**shaven**
8:22 15:20
**shaves**
14:21
**Shillady**
76:13
**shorter**
128:3 136:1
**Shorthand**
160:1
**show**
4:24 5:3
7:20 13:18
15:8 21:21
43:16 46:11
51:7 56:25
57:3 58:20
58:22 59:3
61:13,16
71:16 77:14
79:21,22
80:18,19
82:15,19
83:8 100:11
100:12
111:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028303

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

```
114:13              6:10              57:5,9            143:17            118:25
115:22              significant       58:11,13,17       slow              144:10
117:4,17            17:22 19:7        60:22 61:2        118:21            someplace
120:2                20:16 67:12      63:17 70:9        small             42:21
145:11               149:18          83:16 99:21       24:8,16           somewhat
147:16               159:17          101:4              62:10 83:21      10:24 64:23
 148:3 154:8        significa...      111:21             127:6            66:19 69:15
showed              75:8 124:5        113:11            smile             79:10 81:18
89:18,22            signing          122:12            85:21             99:17 133:1
 99:24              63:2             site               Smith            son
 100:10,15          signs            65:9 75:22        132:11            58:20
 100:16,22          76:3              77:19 94:24       Smith's          soon
 100:23             similar           95:3 103:8        139:2            106:20 136:3
 145:3              11:18 83:11       103:9 114:6       smoothing        sordid
showing              86:7 128:17      sites             85:20            66:15
59:1 96:16           129:4            37:21,23         soap              sorry
 106:6               145:22           38:17,23         73:12            31:6 51:14
shown                147:13           76:3 82:24       social            60:3,10,17
78:5 100:18          153:23          sitting           5:3 43:5          63:20
shows               simple           44:1 62:15         56:24,25        101:22
25:2 80:7           61:14 62:14      situation          58:24 91:8      109:8
 86:6 91:7           63:5 89:24      27:25 29:12        125:22,23       sort
 152:1               119:10           59:8 62:13        126:1,2         12:9 37:22
 157:16             simplest          62:14 145:1       136:19          73:14 81:12
 158:23             61:19             145:21            137:21          81:13,16
shut                simply            153:25            140:17,21       121:11
76:12 132:14        17:6 48:14       situations        society         131:5 134:4
side                 55:15 93:21     89:17 143:2       50:8            sorts
3:6 29:4             98:16 111:5      six               software       73:22 81:16
 80:13               111:6 142:1     48:6 70:19        3:16            sought
 104:18              152:22           70:24 94:7        solution       73:8
 123:22              154:1,14,16      95:10 105:3       11:17,25       sound
 131:22,22          single            105:6             solve          119:2
 134:8              100:9 107:22      111:13            23:5 48:23      sounds
 139:22              123:21           140:3              48:23         81:18 122:5
 159:1               131:25          six-day            106:15         source
sides                135:1,2         106:11            solves          67:8 90:16
30:1 132:14         sir              six-days          44:14           South
sidewalks           28:10 30:6,8     153:10            solving         55:22 79:11
157:17,18,19         30:25 31:6      skews             14:19           83:19
sign                 32:12,13        87:12             somebody        southwest
50:19 86:7           35:7,20         skim              12:7 13:16      104:19
signature            36:9 39:24      121:25             15:10 32:1     so-called
129:3 139:8          41:1,8,18       Skipper            39:7 45:3      35:11
signed               42:11 50:3      2:4 19:20,24        50:14 76:20   speak
107:6 146:24         51:13 55:2      Skype              77:15 86:6     39:7 117:21
 147:8 159:3         55:3 56:11      3:15 107:1        someone's       SPEAKER
significance         56:12,19        slightly          110:19
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028304

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

198

60:25
**speaking**
6:5 141:21
149:1
**special**
105:14,14
**specially**
27:14
**specific**
14:16 38:1,3
38:18,18,25
40:1 48:10
75:2 80:24
82:14
102:19
105:18
**specifically**
12:19 50:9
68:9 134:19
135:17
**specifics**
106:13
**spectrum**
123:20
**speeding**
113:20
**speeds**
113:16
**spend**
101:3 107:13
145:8
**spending**
113:9
**spent**
35:10 101:20
102:7,8
108:12
112:22
113:6
144:19
**spoken**
6:21 62:11
**spread**
90:1
**Spurs**
152:11
**St**
149:23

**staff**
123:8
**staffing**
147:5,6
**stamps**
91:3
**stances**
72:14
**stand**
3:8 68:12
87:5
**standard**
6:3,12 154:3
**standards**
76:21 88:15
88:23
**standpoint**
104:13
**stands**
91:19
**start**
60:25 61:4
**started**
19:17 37:1
118:17
135:6
**starting**
113:21
**state**
5:21 7:25
8:1,2,3 9:4
9:8,10,18
9:23 10:5
10:23 13:2
13:3,25
14:17 22:4
22:6,18
31:19 32:4
32:10 35:10
38:15 43:1
45:5 46:8
50:21 51:6
52:24 60:2
60:6 62:1,1
62:5 64:5
64:16,18,23
65:2,6
66:20 67:4

67:5,6,21
69:4 71:6
71:12 72:15
76:8,11
77:23 78:22
84:25 87:25
90:12,25
91:7 93:5
93:12 94:8
94:14 95:19
96:8 97:1
98:21 101:2
102:8
103:23,25
104:18
105:13,17
108:17
109:16
110:3
111:15,16
111:25
116:24
120:10
124:15,22
125:3 127:4
127:9,25
128:4,7
130:7,21
131:16
132:19
133:2 134:9
140:20
143:13
144:16,22
150:6,9
151:18
154:10,12
155:19
156:4,7
158:3,6
159:4,7
160:2
**stated**
32:8 54:1
86:21
124:14
**statement**
20:5 22:12

114:17
149:17
151:14
**states**
13:2 35:22
51:8 52:14
66:24 67:8
71:20 87:16
90:22
112:10
114:3
116:23
120:10,13
120:17
124:16
125:1 129:6
129:6
152:23
**statewide**
43:7 47:5,14
47:22 95:7
95:23 106:5
122:10
153:2
**State's**
20:20 94:23
144:8
**station**
109:22
**statistic...**
117:17
**statistics**
97:8,16
**status**
84:1
**statute**
18:19,25
40:25 42:2
74:23 75:19
82:7,8 83:1
85:16
155:23
**stay**
53:14 116:15
116:19,23
**steady**
146:5
**steal**

26:14 32:24
**Steel**
157:15
**stepfather**
110:22
**stepped**
69:14
**stepping**
65:11 69:17
**steps**
8:12 85:13
143:14
**stereotyp...**
81:21
**Stevens**
7:10,13,22
8:14 16:3
**stop**
21:6 22:12
25:1 41:3
53:20 66:9
**stories**
34:2 36:13
36:14 37:9
38:1,14,18
38:22,25
81:16
**storm**
116:20
**story**
34:5
**straight**
80:18
**Street**
160:12
**streets**
130:18
**stretch**
27:23 40:16
**stretches**
13:9
**strict**
121:18
**strike**
10:10 17:14
**stringent**
7:5 77:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028305

```
78:19 82:7          155:24            suggests          23:2 26:3         swiped
120:11              substanti...       66:10 110:1       26:22,24          46:18
121:13,24           115:9              150:13           27:8 29:9         system
132:18              substitute        suing             29:21 31:17        9:24,25
135:13,16           3:24 4:1,17        110:4            33:22,23           12:23 28:7
136:8               4:18,23           Suite             35:2 36:6         41:7 42:5
strong              5:10 6:5,5         160:23           37:24 39:8        45:15,25
8:4 73:2            12:7 19:22        sum               40:8 44:3         46:4 48:25
115:18              42:16 56:17        155:18           45:2,2,3,8        59:4 66:2
121:9               57:8,15,16        sundry            45:21 63:22       78:24 79:2
strongly            57:25 58:1         22:20            74:18,24          79:4,6 84:2
56:22               58:8,15           support           77:12 98:10       84:18
student             59:18 60:7         16:5 34:8        98:20 99:15       101:10,13
23:17,22            60:8,21            55:6,21,24       102:3 104:7       102:10
71:18               61:9 62:2,9        56:22 57:12      104:12            114:6
students            64:2 71:8          57:17 58:3       108:16            137:14
23:22,23            85:23,25           106:6            112:14            138:3,11,14
80:11 90:19         86:5 89:12         138:24           113:3 114:3       141:25
studies             89:14 91:15        139:2            114:10            142:8,11,15
123:23 125:9        93:1,3,7          supporting        122:3             143:2,8,8
126:6               123:1 140:2        57:7,9,13        132:19            143:12
153:14              140:4              58:9             137:25            146:12
study               141:10            supportive        138:15            148:5,8
82:16 124:13        substitutes        42:6             140:25            158:4,23
124:18,18           3:21 72:5         supports          145:22           systemic
148:11              successful         150:14           148:18            147:23 148:6
149:4,21            16:25 17:3        supposed          150:7             157:16
150:3,12,12         17:24 18:1         30:14            155:17
151:14,21           18:6 128:20       suppress          159:15           ┌─────────┐
153:15,17           suffering          76:5 150:15     surely            │    T    │
154:4               152:13             150:21          38:15             table
stuff               sufficient        suppressed       surprised         131:7
27:7 31:5           13:3 110:17        74:25           83:13             tailed
sub                 suffrage          Supreme          survey            144:25,25
147:25              73:16 119:5        6:3,16,18,21    142:9             tailored
submit              suggest            6:23,24 7:4     suspect           86:19
65:2 96:19          34:17 35:5         7:6,12,19       34:6              take
119:24              65:16 67:25        8:3 12:16       suspended          8:12,18 9:8
128:7 138:6         88:3 124:10        16:16 18:18     110:20            14:20 15:5
158:5               148:8              86:20 88:14     suspense          15:7 18:12
submitted           149:24             107:16          43:10,11         23:4 27:22
62:9 82:17          154:4,8,9          108:2,8         51:6              30:21 32:22
129:16              154:16             142:19,23       swing             33:1 37:16
160:10              158:21             156:8,10,12      7:16 154:12      43:3 46:20
substantial         suggested          156:21          swipe            63:21 74:3
85:16 114:15        148:24             158:7           46:1,1,10,15     74:19 75:1
143:5,7             suggesting         sure            46:22 47:2       77:1 83:23
144:17              43:22 52:1         11:14 22:25     47:18,21         83:24 85:13
                                                                        87:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                MARCH 1, 2012

107:10
119:9
138:21
142:16
155:11,25
taken
12:3,9 38:19
72:14
143:10
144:1
147:21
157:5
160:15
takes
28:8 32:22
talk
22:23 31:19
32:5,20
40:1 44:5
68:8 76:9
86:18 95:6
118:23
119:24
131:22
135:1
141:22
145:24
153:12
157:21
talked
50:6 62:12
75:23
100:25
105:2,16
120:6
130:23
134:3,8
139:1,3
153:9 157:5
talking
11:15 25:11
38:10 70:1
108:12
115:6
123:23
128:25
130:6 156:1
tapes

73:1
Tarrant
81:5,25
  129:15
task
54:21
taught
90:19
taw
39:7
tax
10:19 49:12
  128:20
taxable
48:8
taxes
24:21 73:11
taxing
48:11 49:6
taxpayers
35:14
Taylor
4:10 11:4
  40:7,8,9
  70:11,12,16
  70:21,23
  71:24 92:6
  117:4
tea
81:5
teacher
89:11,15
team
101:2 117:1
teams
65:1,1
technical
5:16
technology
47:14 90:10
  106:18
tell
11:23 21:4
  32:23 55:22
  93:21 106:3
  106:9 107:3
  108:11

109:5 112:7
116:16
119:6
141:23
143:3 151:7
telling
37:1,10
150:2
tells
151:8,21
Temple
42:18
temporary
91:3
ten
3:6,8 5:23
  36:21,22
  64:6 70:19
  93:18 96:9
  99:8 112:21
  123:5
  141:12
  144:13
  148:19
  153:11
tenor
81:20
tentacles
85:11
ten-day
155:5
term
50:9
terms
19:7 69:11
  75:15 87:7
test
7:22 88:13
  127:20
testified
20:2 78:12
  86:16
testify
3:5,11,19
  6:1 19:22
  56:17 57:11
  59:17,25
  62:2,8 64:1

72:11 74:10
86:12 89:11
123:1
141:10
testifying
42:16 57:14
  58:7,14
  60:7 61:9
  74:13 93:6
  123:2
testimony
2:1 3:12,25
  5:20,22
  19:18 44:9
  51:15 62:10
  86:10 89:6
  93:2 107:1
  110:13
  117:9
  122:15
  123:10
  126:25
  134:8 141:3
  149:13
  155:18
  156:14
  157:4
tests
73:11
Texan
64:19 89:15
Texans
20:25 81:12
Texarkana
65:12
Texas
1:4 19:21,25
  20:21,23,24
  21:9 22:18
  24:6 26:14
  34:8 35:10
  42:18 43:4
  43:15 49:17
  51:19 55:22
  56:21,23
  59:21 64:18
  66:15,17
  73:17 77:7

78:13,14,16
79:6,13
82:21 83:19
88:8 89:15
90:12,25
91:7 93:10
93:20 107:2
111:16
116:1
122:14,16
123:14
125:13,25
126:13,18
127:25
128:6,8,10
129:15
132:20
134:9 136:1
136:18,18
139:12
140:15
141:21
142:3
145:22
147:14
153:10
156:16
160:2,3,6
160:12,21
160:23
thank
4:14 5:17,18
  5:24 6:7
  11:2,3,12
  16:6,8
  18:13 19:9
  19:10,12,14
  21:11 24:12
  32:12,13,18
  34:10,12
  35:25 39:22
  39:24 40:3
  40:4,5,17
  42:10,11,12
  42:13,16
  44:17,21
  49:22 50:1
  51:11,16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028307

| | | | | |
|---|---|---|---|---|
| 55:2,7 56:2 | 67:3 69:3 | 39:7 40:9 | 148:10 | **time** |
| 56:4,6,7,12 | 70:16 71:2 | 40:16 49:23 | 150:13 | 3:5,13 7:3 |
| 56:17,19 | 73:6 77:10 | 52:18,20,22 | 152:18 | 7:11,11 |
| 58:16 59:11 | 83:2 84:10 | 55:16 57:23 | 154:13,19 | 10:25 12:9 |
| 59:12,15 | 86:9 100:21 | 61:17,18 | 155:7 157:6 | 15:6,10 |
| 60:8,12,18 | 120:6 | 62:17 63:22 | 158:14,23 | 19:12 21:3 |
| 60:24 61:11 | 125:13 | 66:10 68:5 | 159:3,14 | 21:16 24:17 |
| 61:22,24 | 127:20 | 68:9 69:3 | **thinks** | 25:7 34:14 |
| 63:9,10,12 | 132:21 | 69:11,13,16 | 23:14 | 35:16 42:20 |
| 63:13 64:4 | 134:2 | 69:16 70:5 | **Thomas** | 49:13 51:3 |
| 64:10,11,12 | 140:18 | 70:25 71:6 | 2:13 141:8 | 55:15 60:25 |
| 70:8,9 72:8 | 157:17 | 71:8,17,18 | **thought** | 61:1,4 |
| 72:10,11 | 159:8 | 71:20,21,22 | 18:23 24:13 | 63:19 67:13 |
| 73:3,4 | **things** | 72:3,4,6 | 37:1 96:23 | 68:10 70:10 |
| 74:16 82:5 | 3:19 7:17 | 73:6,20 | 112:8 | 70:17 75:24 |
| 85:17,19 | 36:8 37:22 | 75:1,12,13 | 117:21 | 80:8 82:4 |
| 88:23 89:5 | 37:22 39:1 | 75:17,18 | 120:6,7 | 84:6 90:8 |
| 89:7,8 | 39:12 44:6 | 76:4 77:9 | 138:24 | 90:22 91:11 |
| 91:11,12,13 | 48:22 50:4 | 77:17,17,22 | **thoughts** | 91:12,14 |
| 91:20 93:9 | 51:3 53:11 | 78:5,9,25 | 98:11 | 92:14,22 |
| 108:20,24 | 55:17 61:19 | 79:5,6,7 | **thousand** | 99:18 101:7 |
| 116:9 | 70:1,2,3 | 80:3,3,15 | 85:3 96:7 | 102:20 |
| 122:11,18 | 72:21 73:2 | 80:21 81:6 | **threatened** | 105:5 |
| 122:19,23 | 73:7,14 | 81:7,12,15 | 72:24 | 108:17 |
| 123:2,3,9 | 75:18 76:10 | 81:23 83:5 | **three** | 113:20 |
| 129:25 | 76:23 81:10 | 84:14,15 | 3:12,15,17 | 116:11 |
| 130:3 | 81:13 82:15 | 85:18 87:8 | 20:4 23:2,3 | 122:14 |
| 139:23 | 82:17,19 | 87:21 88:1 | 25:2,3,4,14 | 126:13 |
| 141:2,4,6,7 | 84:9 96:12 | 102:4,22 | 26:9,11 | 128:24 |
| 141:13 | 101:2,20 | 103:5,6,11 | 37:12 42:22 | 133:6,7,12 |
| 148:20,23 | 111:13 | 105:5,7,21 | 52:22 89:10 | 144:14 |
| 152:5 153:5 | 112:10 | 106:14,17 | 89:12 92:21 | 145:2 |
| 155:12,14 | 130:19 | 112:18 | 96:18 98:18 | 148:12 |
| 156:23,24 | 135:10 | 115:16,22 | 106:14 | 150:16,19 |
| 159:20 | 154:5 | 115:23 | 141:25 | 154:14 |
| **theft** | 159:18 | 116:10 | 142:10 | 155:11 |
| 90:12,14 | **think** | 117:19 | 150:20 | 157:21 |
| 126:12 | 6:9 11:21 | 118:4,22 | 156:11 | **timeframe** |
| **theme** | 12:15,16 | 119:7,9,10 | **threw** | 119:9 |
| 87:22 | 13:21 15:11 | 120:11,18 | 136:13 | **times** |
| **Then-Secr...** | 15:19,23 | 120:19,21 | **throws** | 12:12 15:17 |
| 95:19 | 22:11 24:15 | 121:8,19 | 87:12 | 23:3 25:2 |
| **thing** | 26:7,16 | 122:15,16 | **tightened** | 25:14 37:12 |
| 7:1 28:1 | 27:23,25 | 130:11,11 | 5:11 | 49:18 59:9 |
| 30:9 36:4 | 28:21,24,25 | 130:12,22 | **Tijerina** | 76:15 111:5 |
| 36:14 37:8 | 32:8 34:6 | 131:12 | 134:8 | 132:3 |
| 44:16 52:17 | 35:21,23 | 132:13 | **till** | 135:11 |
| 55:23 62:21 | 37:17 38:5 | 133:10 | 43:16 | **timid** |
| | | 136:8,11 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028308

81:9
**tings**
118:16
**today**
3:3,3 6:11
30:17 38:10
59:15 62:8
70:10 72:24
74:5 81:11
85:20 86:16
88:24 89:6
92:18 93:11
105:1 107:2
113:4
116:21
122:15
138:20
141:3
158:17
**today's**
106:18
108:18
**Todd**
139:2
**told**
23:1 90:4
129:17
134:22
**Tom**
141:14
**top**
15:2 45:1
112:9
121:25
**total**
96:8 98:23
99:2,5,6
101:17,23
102:25
104:2 105:6
115:17
153:22
**totally**
58:23
**totals**
115:23
**touched**
157:3

**tough**
83:5 105:23
**tougher**
112:11
120:13
**Town**
157:15
**tracked**
126:6,7
**traffic**
11:5 17:17
**trained**
27:15
**training**
31:7 75:15
75:17
101:11,15
101:16
102:12
108:13
114:1,2,5,6
129:9
**transaction**
62:24
**transcribed**
1:21 160:5,8
**transcript**
159:22
160:10
**transport...**
69:6 83:4,23
84:2,24,25
85:6 126:8
**travel**
83:3
**traveling**
155:13
**Travis**
62:15
**tremendous**
109:2 145:23
**trend**
146:6
**trends**
124:9
**tribal**
71:7 94:15

111:14
**tried**
26:25 50:5
83:17 122:7
124:1
**triple**
132:23
**trouble**
137:15 151:4
**Troy**
72:15
**truck**
40:13
**true**
18:17 20:7
26:21 27:12
33:15 46:12
74:1 80:19
120:22
151:25
159:19
**truly**
76:18,25
**try**
27:9 29:11
39:10 72:21
76:18,21
93:20
120:19
131:11
**trying**
22:2 28:22
49:1 50:7
62:22 73:9
73:19 74:10
81:21 99:25
104:11
112:10
114:22,23
118:24
120:17
128:25
130:6 131:4
131:6
135:10,11
139:6
148:17
158:11

**Tucker**
118:18 119:7
**Tuesday**
146:22
**turn**
78:23 100:15
100:23
133:11
144:14
**turned**
87:2 94:21
144:10
**turnout**
86:17 87:16
87:23,25
88:2,11
97:6,8
115:5,16,19
121:8,9
124:1
125:10
143:7
145:23
146:3,4,8
146:11
148:9,25
149:8,14,17
149:19,21
152:3,16
158:23,24
159:3,16
**TV**
104:16,17
109:22
**twelve**
139:13,17
**twice**
15:8 39:6
74:11 89:25
**two**
3:16 8:24
39:5,6
40:24 68:13
70:19,24
77:24 79:24
89:17,18,20
98:24 99:4
106:5 107:6

114:4 122:9
129:2
142:14,16
142:19
143:11
145:19
146:13
149:10
153:11
154:5
**two-day**
106:10,12
155:5
**type**
13:12,14
20:7 53:10
94:2 101:19
114:6
123:21
129:18
132:1 136:7
157:7,8
**types**
27:4 71:20
71:25 81:5
81:10,13
129:14,19
131:23
159:10
**typical**
150:21

---
**U**
---
**Uh-huh**
22:16 24:8
36:23 53:25
61:12 134:7
**ultimately**
44:25
**unable**
83:3 143:25
144:2
**unaware**
126:17
**unbalances**
123:19
**unbiased**
37:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

unconstit...
10:11,19
  17:13 18:20
  19:6
undermine
66:13 80:4
underscore
16:13
understand
11:14 14:11
  22:1 28:13
  30:16 39:3
  45:11,21,23
  47:20 48:1
  48:2 49:2
  50:14,19
  53:9,14,18
  58:4,10,23
  59:1,21
  65:22 68:3
  78:17 99:16
  100:1
  118:25
  119:4
  130:25
  131:1
  144:25
  145:5,6,9
  145:12
  148:17,20
  159:15
  160:9
understan...
61:15
understan...
25:18 26:18
84:6 92:23
undoubtedly
38:19
undue
127:17,19
unfortuna...
116:20
  132:15
  133:3
unimportant
99:17
United

13:2 35:22
  51:8 52:14
  67:8 125:1
universe
37:15,17,18
University
149:5
UNKNOWN
60:25
unprovable
40:15
unregistered
142:22
unsuccessful
19:4
updates
101:12
upheld
6:25 7:6
  88:15
uphold
14:14
upholding
7:14 86:20
upshot
74:2
use
3:3 27:3
  31:20 57:3
  90:3,23
  110:24
  126:8
useful
152:25
users
95:4
usually
92:20
utilities
54:5
utility
27:6 43:17
  95:12 102:4
U.S
54:9 59:20
  71:4 86:20
  88:13 94:11

94:12,14
108:8
111:19,20

V

v
6:19,24
Valdez
54:2
valid
8:1,3 9:10
  9:15,19,22
  10:17 12:20
  20:23,24
  71:3,6 91:5
  94:8,11,11
  94:14,15
  111:14,20
  124:21
  135:25
  156:10
validating
9:15
validity
7:7 10:9
  61:20
validly-cast
10:1
valuable
115:22
value
146:12
variations
20:3
various
22:20 43:20
  48:11 49:6
  72:5 79:18
vast
38:6 147:1
Veasey
3:18 4:6
  18:15 20:11
  21:13,14,17
  21:24 22:11
  22:16,19,21
  23:9,12,17
  23:21,24

24:2,4,7,9
36:1,2,3,4
36:7,10,18
36:22,24
37:4,8,15
37:21,25
38:13 39:20
39:21,25
40:3 50:2,3
50:4,16
72:9,10
73:5,25
76:9 77:6
78:11 79:11
80:23 89:4
92:2 117:5
117:7
118:14,16
119:16
120:5,23
121:10,21
122:5,11
130:4,5,16
130:22
131:15
133:5,10,24
135:7
148:11
156:25
157:2,12
158:10,19
Vera
2:10 89:11
89:13,13
verified
144:3
verify
51:3 54:21
  102:6 138:7
  138:7
version
135:11 139:6
  143:17
versus
72:1 98:23
  107:18
  108:1,2
  110:8

123:19
127:21
veterans
140:17
vets
5:4
Vice
3:18 18:15
  21:13,14,17
  21:24 22:11
  22:16,19,21
  23:9,12,17
  23:21,24
  24:2,4,7,9
  36:1,2,4,7
  36:10,18,22
  36:24 37:4
  37:8,15,21
  37:25 38:13
  39:19,21
  40:3 50:4
  50:16 117:5
  117:7
  118:14,16
  119:16
  120:5,23
  121:10,21
  122:5,11
  130:3,5,16
  130:22
  131:15
  133:5,10,24
  135:7 157:2
  157:12
  158:10,19
victimized
75:16
victims
126:11,13
video
3:16 95:16
view
40:17 65:23
  65:24 69:18
vigilant
98:19
Vilsadian
124:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

204

| | | | | |
|---|---|---|---|---|
| violate | 70:1 72:17 | 30:23 37:11 | 65:25 67:10 | 146:2,3,8 |
| 108:5 | 73:9 74:21 | 37:12 76:2 | 67:15 68:12 | 146:11 |
| violates | 74:25 76:5 | 77:15 84:19 | 69:21 71:16 | 147:11,14 |
| 17:18 | 76:6,6 77:1 | 88:7 97:19 | 78:1 79:20 | 147:23,24 |
| violation | 77:13 78:6 | 99:1 150:16 | 81:6 83:11 | 148:6,8,24 |
| 17:18 54:8 | 78:17,20,22 | 153:3 | 86:16,23 | 149:8,13,15 |
| violations | 79:9 80:3,5 | voter | 88:2,11 | 149:18 |
| 127:14,15 | 85:10 86:8 | 1:6,7 6:25 | 89:18,19,22 | 152:2 |
| virtually | 87:2,5,7,9 | 7:3,5,6,8,9 | 89:24 90:1 | 153:20 |
| 62:24 | 88:9 89:25 | 7:18 8:2,4 | 90:2,4,4 | 154:6,7 |
| visit | 90:6,7,17 | 9:2,22 | 91:22,22 | 155:18 |
| 58:20 | 94:20 97:13 | 10:22,23 | 94:9,16,18 | 156:1,6,15 |
| voice | 97:14 98:14 | 11:22 12:2 | 94:21,25 | 156:15 |
| 85:20 | 98:17 99:5 | 12:3,8,18 | 95:1,20 | 157:5,6,7 |
| voiced | 99:5,24 | 12:21,22,25 | 96:11,16 | 157:16 |
| 117:15 | 100:6,10,13 | 13:17,23 | 97:8,17 | 158:13 |
| Volume | 100:15,16 | 14:15,20 | 98:15 | 159:3,16,16 |
| 1:10 159:22 | 100:18 | 16:5 20:6,7 | 101:14 | 159:17 |
| volunteer | 103:19 | 20:8,10 | 105:18 | 160:4,5 |
| 40:23 48:21 | 106:6 | 21:6,7,21 | 109:2,2,18 | voters |
| volunteered | 107:21,23 | 21:25 22:8 | 118:3,17 | 4:24 5:2,2,3 |
| 89:15 | 108:14 | 22:9,10,13 | 123:11,17 | 8:16 9:25 |
| volunteers | 109:7 110:4 | 22:14,17 | 123:25 | 14:11,11 |
| 39:5 48:21 | 110:16,24 | 25:3,15,17 | 124:2,11 | 17:23 18:24 |
| vote | 115:17,22 | 26:11,15 | 125:14,15 | 20:21 21:2 |
| 5:1 7:16,21 | 119:23,23 | 32:24 34:18 | 125:18 | 23:6 43:22 |
| 7:24 8:18 | 120:3 121:7 | 34:23 35:8 | 126:3 | 44:10 65:11 |
| 9:12,14 | 124:15 | 36:19 37:1 | 127:12 | 70:1 73:9 |
| 10:1,4,16 | 129:17 | 37:6 38:4,4 | 129:8,16 | 73:10,19,24 |
| 10:21 20:9 | 131:15 | 38:9,11,11 | 130:24 | 74:5,19,20 |
| 21:22 23:2 | 133:22 | 38:14,18 | 131:6 132:1 | 74:20,22 |
| 23:6 26:17 | 135:2,2,3 | 39:8 41:3,5 | 132:4,8,22 | 75:8,14,25 |
| 30:14 31:3 | 135:23 | 41:6,12,12 | 132:25 | 76:4 80:14 |
| 32:23 33:6 | 136:15,18 | 41:17,20 | 133:5,8 | 80:14 81:4 |
| 33:7,7,8,11 | 136:22 | 42:3,22,24 | 134:16,17 | 86:24 87:2 |
| 33:12,22 | 137:3,4,22 | 43:7,11,18 | 135:20,23 | 88:17 94:6 |
| 43:3,15,19 | 137:25 | 44:11,13,15 | 135:23 | 94:24 95:1 |
| 46:10,17 | 140:8,23 | 44:23 45:1 | 136:5,6,22 | 95:8 97:7,9 |
| 48:15,17 | 142:4,11 | 45:15 46:5 | 137:1,6,8,9 | 97:18,19,22 |
| 50:11 51:19 | 144:5 | 46:11 48:24 | 137:9,11,20 | 97:23 98:20 |
| 52:16 53:4 | 146:18,19 | 50:20 52:16 | 138:7,8,19 | 98:25 |
| 54:9 56:24 | 146:22,23 | 52:19,21 | 139:8,9,19 | 103:23 |
| 58:6 59:3,4 | 146:25 | 53:7,15 | 139:21 | 104:1 |
| 59:7,9,9,11 | 147:15 | 54:2 55:6 | 141:25 | 113:17 |
| 61:17 63:6 | 151:19,20 | 55:11 59:9 | 142:7,17,20 | 114:21 |
| 66:6,8,9,11 | 153:4 | 61:21 62:14 | 142:21,21 | 122:17 |
| 66:14,16 | 155:11 | 62:20,25 | 143:7,7,9 | 124:4,5,7,9 |
| 68:14 69:2 | voted | 65:18,19,21 | 143:25 | 124:17 |
| | | | 145:13,23 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028311

125:25
126:1,7,17
129:17,24
133:15
134:12,21
134:25
137:2,3
138:12
139:13,18
142:6,9,10
142:11,22
143:6
146:15
148:5
149:16,20
150:15,21
150:22
151:7,8
152:2
153:18
**voter's**
5:1 9:14,16
89:21,23
94:10 96:15
135:19,19
143:20,21
**votes**
8:21,22 33:1
33:9 69:21
86:25 88:18
96:24,25
97:11,21
98:2,23
99:2,4,11
99:13
117:24
143:1
154:13
157:17,17
157:22
158:3,12
**voting**
6:17,20 7:20
8:8 13:12
13:14 14:4
15:17 17:17
20:9,19,22
21:1 23:19

29:16 51:10
52:1,3,11
53:24 54:2
54:4,11
55:10,16
64:25 65:8
65:16,17
66:3,10
73:6,7,18
73:24 75:13
75:22 76:3
78:3,13,14
78:15,24,25
81:15 88:21
89:16 90:11
90:14 91:11
94:25 95:21
97:2 104:3
109:11,11
109:17,24
110:12
113:20
114:14
117:22
120:20,22
125:4,5,6
127:18
128:5
137:23
139:13,18
142:4
146:23
147:6
150:10
151:10,11
152:2,23
153:22
158:12,14
159:11

**W**

**W**
147:24 148:3
148:4
**wait**
43:16
**waiting**
40:22

**walk**
6:12 7:1
77:19
**walking**
13:16 30:5
**Wallace**
19:20,23,25
21:11,16,23
22:7,15,17
22:20,22
23:11,13,18
23:23,25
24:3,6,8,15
24:23 25:5
25:11,17,20
25:22 26:2
26:4,9,13
26:17,20,24
27:2,6,12
27:16,20,25
28:5,9,10
28:21,22
29:6,11,18
29:21,23
30:1,3,6,8
30:10,13,19
30:25 31:13
32:25 33:4
33:14,17,20
33:23 34:1
34:16,16,17
34:20,23
35:2,7,12
35:19,23
36:2,3,6,9
36:17,21,23
36:25 37:5
37:14,20,24
38:9 39:3
39:24 40:6
40:9,16,20
40:23 41:1
41:5,8,10
41:14,18,22
41:25 42:4
42:6,11,13
**WALLCE**
2:4

**Waller**
69:19 80:25
**Wal-Mart**
57:3 58:25
**want**
7:1 11:14
16:13 28:12
30:10,13
33:4,8
35:24 47:4
47:13,13,21
48:15 49:22
49:22 50:11
51:4 54:23
55:8,8
63:20 64:12
65:15 66:5
66:7,7
67:24 68:8
72:11 77:7
79:2,3
80:23 86:6
88:12 95:6
99:15
108:25
110:15
116:5,12
120:10,10
121:16
122:1,17
130:7,10,12
130:16,17
131:16,18
132:8
133:11,21
133:21,25
136:14
137:25
141:22
144:1,14
145:10,11
146:17
150:1 153:2
155:17
159:14
**wanted**
8:16,16 73:5
79:1 85:21

86:17 93:13
96:3,23
97:16 127:9
129:7 140:1
140:18
153:8 157:3
**wanting**
106:20,21
**wants**
32:4 130:12
**ward**
2:3 5:19,23
5:24,25 6:4
6:6,8 8:15
10:25 11:2
11:10,21
12:14 13:5
13:10,16
14:2,5,8,12
14:23,25
15:4,15,19
15:23 16:2
16:7,18,22
17:2,8,10
17:25 18:7
18:9,21
19:2,11,12
19:14
**warranty**
101:13
**Washington**
73:13
**wasn't**
56:1 100:9
117:12
127:18
156:1
**watch**
25:25 51:22
**watcher**
89:16
**watchers**
81:7
**watching**
92:14
**Watson**
104:23
**way**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001657

TX_00028312

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

```
3:17 6:14          weight           125:20           152:24           116:17
9:15 11:24         7:13             128:25           153:13           wishing
15:4 20:10         welcome          131:6 135:5      154:22           3:5,11
20:12 22:7         3:2 11:5         135:10           155:3,6,10       withdraw
22:8 23:19          88:25 93:7      140:19           155:14,21        91:15
28:12 29:9          108:21          145:6            156:3,8,18       withstood
33:5 35:1          went             148:17,18        156:21,24        107:15
39:14 66:1         25:14 48:4       152:12           157:10,13        witness
66:8 67:23          72:14 83:6      158:11,16        158:18,20        2:1 3:19
68:3 70:4           87:11 90:19     159:4,14         159:19            16:11 28:17
76:6 81:22          125:3 139:5     we've            whens             32:15 63:15
81:24 84:5          145:2           20:15 24:16      34:3              84:11 89:9
89:10 90:15         151:22           26:24 28:15     whiskers          89:9 122:24
109:4 112:8         152:23           64:22 65:11     8:17,18 12:8     witnessed
119:8 129:4        weren't           65:18,19         15:13           22:24 89:17
131:2,15           25:10 77:16       67:20 71:17     white             110:12
134:10              82:4 138:25      76:17 79:14     76:14 88:9       witnesses
137:23             west              79:14 84:10      97:9,14         3:6,14,15,18
138:13             49:14 52:25       103:7,11,24      124:22           5:20 11:9
ways                160:11           105:4,7          125:5            19:16,18
22:20 67:16        we'll             109:18,19        144:18           40:19 63:20
 79:6 110:16       3:2,20 32:11      113:12,21       whites            74:15 91:18
 119:16,19          61:1 89:10       114:5           88:7              93:4,17
 119:20,22          117:7 121:4      116:11          wholistic        won
 120:1              121:4            117:21,23       70:4              107:9 109:20
 125:10             122:21           121:2           wholistic...      122:10
 131:24             128:7            125:11          129:21            143:4
 132:7,22          we're             131:20          wide              154:13
 133:2 145:9       14:3 35:17        132:1,15        75:4 106:5       wonderful
web                 38:10 40:21      139:6           widespread       152:20
37:18,21,23         40:21,22         145:19          14:16 38:24      wondering
 38:17 94:23        44:25 62:22      153:9 154:7      155:20          27:17
 95:2 103:8         64:20 66:8       159:12           157:25,25       word
 103:9 114:6        68:11 70:4      Wharton          wife             157:6
Wednesday           76:5,19,23      65:13            56:20 59:6       wording
146:22              76:24 77:2      whatever-...      116:21          57:23
weeds               80:1 84:21      150:4             150:25          words
15:24               84:21,21,25     wheel            William          74:8 77:12
week                85:2 89:1,9     62:22            2:6 56:8,21       83:1
135:24              92:14,20,21     Wheeler          Williams         work
weekend             103:7,10        2:13 141:8       44:1             23:7 50:8
127:7               107:1,14        141:11,13        Wilson            62:7 65:2,3
weeks               109:21          141:14           160:6,11         68:19 71:11
42:22,23            110:4           148:14,20        win               76:20 80:7
weigh               113:11,21       149:3 150:7      122:1 133:25      89:15
7:24                115:6           150:11           Wisconsin         111:17
weighed             118:12          151:2,13,25      124:18           112:4 121:2
10:4                125:17,19       152:8,12,17      wish              131:21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028313

```
   139:11          Y         Yetter        $70,000        141:19
   150:22    yeah            6:1           113:24         152:18
workable     15:21 18:9      yield         $773,000       153:3
133:9          21:17 23:24   131:6         101:17 102:8   10,000
worked         24:9,19       York          $842,000       101:13
72:20,20,22    29:23 30:3    8:15 76:15    101:25 113:6   100
  73:21 80:8   32:3,11       young                        9:1 48:5
  129:5 133:1  33:23,23      80:11             O          87:21
  144:8        34:3 46:23    you-all        037           160:23
worker         54:7 61:1     93:21          153:22        100-year-old
134:22         63:22 80:23   y'all          04            16:4
working        115:15        72:14 73:2     114:12        101
38:12 66:18    133:17          92:18 101:1    151:19      48:6
  132:11       140:25          102:1 105:8   06           108
  150:15       151:4,22        106:9,10      115:23 116:7 98:6 99:18
worried      year             112:12          116:7        100:22
24:20 28:16    50:23 72:25     119:2,3        151:19      11
worry          90:9 96:5                    08           1:22 88:7
52:23,23       96:10 114:4        Z         114:13,20      125:1
  133:14       121:3 122:9   zip            126:19        11th
worse          130:14        28:1           141:18       107:16,19
142:6          146:1,24      zombies                     11343
worth          147:8         14:13             1         90:22
35:20 65:12  years                          1            12
wouldn't       6:20 9:1          $          1:8 88:6,7,8  142:3 160:11
14:20 15:16    19:1 20:2     $1.4             121:25      12th
  25:25 31:2   20:25 30:20   35:11            147:7 160:5 160:18
  49:12 98:14  36:17,18,21   $1.6          1st            12,000
  114:17       36:22 39:6    101:24         4:25 140:16   96:5
  132:4        39:6 42:7       108:13      1,039          12/31/13
  158:20       43:1 48:4       144:19       153:21        160:22
  159:11       62:1 69:20    $15,000       1,200          123
wrapping       70:3 76:10    101:17         95:16 97:21   2:12
114:8 159:14   77:24 79:14   $170,000        97:22 99:22  13
write          79:25 82:15   101:16          99:23        20:21
119:12         83:12 84:10   $2             154:24        13,000
writing        84:10         35:14         1.2            83:22
104:12         105:13        $2,000        97:13          13.7
wrong          106:5         50:23         1.6            155:3
48:22 75:6,6   109:20        $2.1          112:22         137
  129:18       112:13,21     144:23        10             153:24
wrongfully     130:19        $30           70:3 88:7        154:17
80:12          141:15        128:22        103:24         14
wrote          146:5 147:5   $550,000      104:2          3:20,25 4:1
7:14 118:18    150:16        144:24        115:23         4:15,17,23
WSB            159:2         $589,000      116:7          6:2 7:2,19
109:21       yesteryear      101:9 113:25  124:16         10:22 19:22
               70:2 81:1                   125:6
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | |
|---|---|---|---|
| 20:23 42:16 | **1974** | 93:25 94:5 | 103:6 108:3 |
| 56:17,23 | 66:17,20 | 96:4 101:9 | 114:2,20 |
| 59:10,18 | **1993** | 102:24 | 115:4,17 |
| 60:23 61:9 | 42:19 | 125:21 | 116:8 120:7 |
| 62:3,9 64:2 | | 140:23 | 120:9 121:7 |
| 89:12 91:15 | **2** | 141:18 | 125:21 |
| 91:16 92:24 | **2** | 144:20 | 145:19 |
| 93:3,7 | 99:11 126:17 | 145:19,25 | 146:5,9 |
| 123:1 | 128:6,15 | 146:1,4,8 | 148:25 |
| 141:10 | 149:14 | 148:25 | 151:19 |
| **14th** | 153:3,4 | 149:3,10,15 | **2011** |
| 14:13 127:17 | **2nd** | 150:18 | 1:8,22 83:13 |
| 127:19 | 97:25 98:4 | **2007** | 90:9 160:5 |
| 160:12 | 99:3,10 | 95:10 96:4 | **2012** |
| **14,630,000** | **2,200** | 97:1 103:6 | 4:25 112:19 |
| 96:25 | 96:4 | 105:2 | 140:16 |
| **140** | **2,500** | 107:17 | 160:11,18 |
| 97:12 | 96:6 | **2008** | **209** |
| **141** | **2,700** | 6:23 87:17 | 160:11 |
| 2:13 | 96:6 | 87:23 95:10 | **21** |
| **144** | **2.1** | 96:4,10 | 25:10 125:1 |
| 127:1 | 98:2 99:6 | 97:5,9,12 | **216,000** |
| **15** | 125:24 | 97:13,15 | 99:5 |
| 44:9 48:4 | **2.3** | 98:24 99:21 | **25** |
| **161,000** | 97:14 | 101:15 | 125:3 |
| 126:18 | **2.5** | 114:2 | **25,000** |
| **170** | 97:15 98:6 | 115:10,12 | 96:8 103:12 |
| 114:2 | 99:11 | 144:24 | **253** |
| **18** | **2.8** | 145:21,21 | 84:24 |
| 20:25 25:7 | 153:18,20 | 145:25 | **254** |
| **18,000** | **20** | 147:18 | 142:3 |
| 97:11 | 20:2 36:17 | 150:16 | **26** |
| **18.7** | 36:18 52:24 | 153:17 | 154:25 |
| 20:22 | 70:3 | 154:12 | **265** |
| **180** | **2000** | **2009** | 98:8 |
| 50:21 | 160:23 | 6:18 58:21 | **265,000** |
| **189** | **2002** | 96:6 105:2 | 99:13 |
| 98:3 | 145:25 146:7 | 107:19 | **271** |
| **19** | 149:10,14 | 110:3 | 98:1,2 |
| 2:4 69:18 | 152:18 | 149:13 | 154:25 |
| 142:6 | **2004** | **2010** | **272** |
| **19th** | 88:3 97:9,11 | 20:21 87:3 | 98:7 |
| 8:15 | 97:13,14 | 89:16 96:6 | **29** |
| **1919** | 142:17 | 98:4,8 | 98:9 |
| 76:11,13 | 143:14 | 99:10 | **294,000** |
| **1950s** | 145:19 | 100:22 | 125:21 |
| 76:13 | **2006** | 101:15 | |
| | | 102:23,24 | |

| |
|---|
| **3** |
| **3** |
| 121:25 |
| **3,500** |
| 48:7 |
| **3.6** |
| 98:25 |
| **30** |
| 42:25 62:1 |
| 106:19 |
| 155:1 |
| **30th** |
| 98:7 99:12 |
| **30,000** |
| 154:13 |
| **30-year** |
| 62:5 |
| **308** |
| 97:23 99:18 |
| 99:23 100:1 |
| 100:5 |
| 154:24 |
| **328-5557** |
| 160:24 |
| **34,506** |
| 125:23 |
| **35** |
| 88:8 96:25 |
| 98:8,9 |
| 105:7 |
| **350,000** |
| 99:1 |
| **36,000** |
| 142:12 |
| **381** |
| 98:5,6 |
| **4** |
| **4** |
| 20:24 97:21 |
| 99:2 146:3 |
| 152:18 |
| 153:3,4 |
| **4th** |
| 97:20 |
| **4,200** |
| 96:4 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

4.3
142:9
40
124:19
 130:14,19
400
95:24
400,000
20:24
41
50:6
42
2:5 97:14
43
50:5 124:20
43,000
97:12
45
150:16
46
146:7

**5**
5
2:3 103:25
 104:8 128:6
 128:6,17
 130:21
 134:9 146:3
 146:6
50
5:4 68:22
 69:8 140:17
 146:7
50/50
105:24
51
96:9
512
160:24
55
146:9
56
2:6 83:20
57,000
95:15
59

2:7

**6**
6
98:9 152:18
 153:3
6:00
144:9
60
5:6,7,8,9
 140:6,8
60,000
95:16 103:13
62
2:8
633
95:14
6352
160:21
64
2:9
65
56:24
690,000
126:1 136:14
 136:22
 137:19
 140:19

**7**
7
88:8
7:00
144:10
70
4:25 95:17
 112:13,17
 112:21
 140:16
739
126:25
75
69:8
770
102:7
773
102:10

78701
160:6,12,23

**8**
8
97:15 125:5
 152:18
 153:3
80,000
103:13
81
99:13
82
98:2 155:1
82nd
1:5 160:4
83,000
95:15
834,000
97:13
84
94:5
842
102:13
842,000
101:20
 102:19
85
34:7 124:22
873
97:23
89
2:10

**9**
90
23:6 83:19
 99:4 117:24
902
154:6
91.2
98:25
92
142:6 146:25
93
2:11
93.4

99:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001661

TX_00028316

TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011


VOLUME II OF II


Transcribed by Rhonda Howard, CSR

April 11,2011



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028317

1                  EXAMINATION OF WITNESS:
2      Examination of Virginia Townsend              163
       Examination of Fern Mclaugherty              166
3      Examination of Bee Whitlock                  171
       Examination of Elizabeth Barns               171
4      Examination of Mark Williamson               172
       Examination of Anita Previtter               176
5      Examination of Kenneth Buelter               179
       Examination of Alan Vera                     181
6      Examination of Sumit DasGupta                184
       Examination of Jessica Gomez                 186
7      Examination of Andrew Joseph                 193
       Examination of Diana Gorman                  194
8      Examination of Verona Thornton               197
       Examination of Tonja Michelle Goby Smith     198
9      Examination of John O'Brien                  200
       Examination of Russ Duerstine                210
10     Examination of Toby Moore                    215
       Examination of Tova Wang                     228
11     Examination of Sonia Santana                 251
       Examination of Mary Ann Collins              253
12     Examination of Rebecca Bradford              256
       Examination of Carol Kitson                  259
13     Examination of Ramey Ko                      267
       Examination of John Woods                    273
14     Examination of Ann McGeehan                  277
       Examination of Rebecca Davio                 316
15     Examination of David Maxwell                 323
       Examination of Justin Levitt                 340
16
17     REPORTER'S CERTIFICATION PAGE                366
18
19
20
21
22
23
24
25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 126 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

163

1              (Continued from Volume 1)

2              CHAIRMAN BONNEN:  Members, we're

3    going to move to some public testimony, which is

4    limited to three minutes per witness.  We have, I

5    believe, if I'm counting correctly, three expert

6    witnesses left.  We're going to have them by Skype,

7    which is something I'm unfamiliar with, but we have

8    a computer expert who will help us do that.  And

9    when -- when he arrives, which he is not late at

10   all, but when he arrives we'll go back to those

11   expert witnesses who, again, have ten minutes.

12             So let me call Virginia Townsend, court --

13   representing myself [sic] as a private individual

14   court watcher is here to testify for Committee

15   Substitute Senate Bill 14.

16             Mrs. Townsend, if you would state who

17   you're with and -- for the record.

18             VIRGINIA TOWNSEND:  Good afternoon.

19   Virginia Townsend.  I'm with the OWLS, which is

20   Objective Watchers of the Legal System.  I'm from

21   Hidalgo County.  We were here two years ago to

22   testify.  There were hard-working people from

23   Progresso that drove all night to get here.  So they

24   thought they would get a chance to testify, because

25   they live with this every day.  They live on a --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 127 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

164

 1        right next to Progresso Bridge, so they have people
 2        come over from Mexico all the time.  Now, the people
 3        who live there all the time know who lives in the
 4        town and who does not.  And so they watch the voting
 5        process.  And a lot of the people who did not live
 6        in this country, who did not live in Progresso --
 7        they were allowed to vote.  And one lady was here
 8        two years ago, and she wanted to testify to this.
 9        And she knew she was putting herself in danger, but
10        she was going to do it, and she was not allowed to
11        testify.  But it does happen.  Voter impersonation,
12        I am sure, is not real common, but it does happen.
13        And especially we on the border, where it's so
14        easy -- I mean, we're just coming across and back
15        and forth, and it's easy if somebody wants to
16        manipulate somebody to make them vote.  So -- but
17        it's not the only problem we have.  That's not all.
18        There's others ways that our -- our election systems
19        are broken like Indiana's was or whomever we take.
20                We need a lot of work on our system and
21        putting laws in place that make us so we are more
22        secure about our voting process.
23                We're in the process right now of losing
24        our confidence, and that's why there's such --
25        everybody -- some people think there's overreaction,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028320

Voter Fraud Hearing - Volume 2                    March 1, 2011

1    but it isn't.  It's because it's the most important

2    thing in the world to us to have the security of one

3    person, one vote.  And we don't see that all the

4    time.  So we do get a little bit panicky and we do

5    get a little bit paranoid, but that's -- now, we're

6    court watchers.  I've been a court watcher for 30

7    years, so I've been around a long time.  So I --

8    I -- I've seen good people come in and try to clean

9    it up, and then something comes and messes it up

10   again.  So I -- I don't know.  We count on you all

11   to know the right thing to do.

12           I am very sorry to see it is partisan.  I

13   was -- don't like partisan, but that's what I see

14   here.  And I believe Representative Veasey said it

15   wasn't partisan, and I kind of went, whoa, not

16   partison, huh?  Well, anyhow, I think it is.  But I

17   don't care about who belongs to what and who's

18   Democrat and who's Republican.  All I care is that

19   we get our system back like it should be where

20   everybody is confident that when they come, it is

21   one person, one vote.  Thanks.

22           CHAIRMAN BONNEN:  Thank you very

23   much, Ms. Townsend.  Any questions, Members?

24   Representative Gutierrez, go ahead.

25           REPRESENTATIVE GUTIERREZ:  Thank you,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028321

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 129 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

166

```
 1        Ms. Townsend.  How -- how did you all get that gal
 2        across the check point last session?
 3                      VIRGINIA TOWNSEND:  Oh.
 4                      REPRESENTATIVE GUTIERREZ:  I was just
 5        wondering.
 6                      VIRGINIA TOWNSEND:  I don't know how
 7        she came on the check point.  I don't know.  I
 8        didn't ask.
 9                      REPRESENTATIVE GUTIERREZ:  Oh, good
10        for her.
11                      VIRGINIA TOWNSEND:  She was with
12        30-some people.  Maybe she just got lost in the
13        bunch.  I don't know.
14                      REPRESENTATIVE GUTIERREZ:  Well,
15        thank you very much for coming.  Thank you, ma'am.
16                      CHAIRMAN BONNEN:  Fern Mclaugherty -
17        I probably messed that up; I apologize - here to
18        testify for Committee Substitute Senate Bill 14.
19                      FERN MCLAUGHERTY:  Fern Mclaugherty.
20        I am for SB-14.  And like I say, it's Mclaugherty.
21                      CHAIRMAN BONNEN:  Uh-huh.
22                      FERN MCLAUGHERTY:  We are to have a
23        driver's license and a CHL.  And I believe they have
24        to be current to be legal.  One cannot be without
25        the other.  They're a team together.  We have to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    have an I.D. with picture on it to go to Sam's, be a

2    student.  Government jobs, we have picture I.D.

3    Doctor's office.  I saw a lady the other day.  She

4    was in a walker.  She got turned around to go home

5    and get her I.D., because she couldn't see the

6    doctor, because she forgot her -- her driver's

7    license.  Military, passport, Social Security, when

8    you go in there, they want your I.D.  They want a

9    picture I.D. of you.

10            I have been a poll catcher, I have been a

11   judge, and I have been on the ballot board.  And we

12   need to work there a great deal.  We need to work

13   there.  You all need to work on those -- those three

14   positions.

15            We had one -- we have a gentleman that's

16   from Progresso.  He has drawers -- drawers of voter

17   I.D. cards that he pulls out and hands to people,

18   which is that lady that we were talking about that

19   was in the room with you all.  Some of you all were

20   here.  And they stopped them from testifying.  So

21   now I know why sometimes you all never see any,

22   because you don't allow them to testify.  But she

23   was here and was willing to tell you all that this

24   man gave you [sic] one.  Now, not only is she an

25   illegal and she was a lady, but she voted as a man,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      because it was a man's name on the card, but nobody
2      noticed that.
3               So like I say, we were here two years ago
4      and it was a -- a little surprising.  And like I
5      said, we don't know how she got across.  She wasn't
6      with us.  But with 33 coming, I guess they just let
7      them come on.  We don't know.
8               Our last elections administrator, the one
9      before we have now, she was indicted and she's pled
10     out.  And so we not only start at the top with
11     things in illegal and working down with things, we
12     start at the top.  We had a Commissioner,
13     Precinct 1, that's in the federal pen --
14     penitentiary right now.  So from Hidalgo County,
15     like I say, we start at the top on and work down.
16              So we would like to have the voter I.D.
17     We go around for the last two years and we've asked
18     the poor people that we meet, we've asked the
19     elderly, "Do you have a problem with the voter I.D.
20     with your picture on it?"  I have yet to have one,
21     not one.  They all say, "Heavens, yes, it would be
22     so much easier."  And the last time I was here, I
23     understand that some of you didn't know where your
24     voter registration cards are.  How many of you know
25     where your driver's license are or your CHL?  I have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028324

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 132 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

169

1      both of them.  When I came in the building today I
2      handed him my CHL, and I got right on through.
3                  Today someone stated that being 70 years
4      old, I believe, that you don't need a -- a picture
5      I.D.  Don't you still have to have one for like
6      Social Security, Medicare, Medicaid, whatever?  So
7      I'm 62.  I'm trying to figure out how old I am.  I'm
8      either 62 or going to be 63, somewhere in there.  So
9      that means when I get to be 70, my driver's license
10     and my CHL, I won't need?  I'll be able to carry
11     them; that's the age I'll be --
12                  CHAIRMAN BONNEN:  Thank you.  Your
13     time is up.
14                  FERN MCLAUGHERTY:  Okay.  Thank you.
15     I do appreciate it.  And we do want the voter I.D.
16                  CHAIRMAN BONNEN:  Thank you.  Any
17     questions, Members?
18                  Bee Whitlock here to testify for the
19     Committee Substitute Senate Rule 4.
20                  UNIDENTIFIED REPRESENTATIVE:  Bob?
21                  CHAIRMAN BONNEN:  Yes.
22                  UNIDENTIFIED REPRESENTATIVE:  I have
23     a question of Ms. Harless, since this is her bill.
24     With respect to the 70 requirement --
25                  CHAIRMAN BONNEN:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028325

Voter Fraud Hearing - Volume 2                      March 1, 2011

```
1                    UNIDENTIFIED REPRESENTATIVE:  --
2      could you explain how that works for the record,
3      please.
4                    REPRESENTATIVE HARLESS:  The 70
5      requirement was put on in the Senate.  And the
6      thought process was that -- that members, citizens,
7      that were of the age 70 become less active in -- for
8      the record, any of my friends that are in the room
9      that are 70, 80 or 90, please don't hold that
10     against me.  It was not my statement.  But that's a
11     time in their life where they have a tendency to be
12     less active, and we wanted them to have the
13     provision of the exemption.
14                   UNIDENTIFIED REPRESENTATIVE:  And --
15     and the exemption, as I understand it, is actually
16     going to -- the group is actually going to grow
17     smaller --
18                   REPRESENTATIVE HARLESS:  Yes.
19                   UNIDENTIFIED REPRESENTATIVE:  --
20     through attrition.  Is that right?
21                   REPRESENTATIVE HARLESS:  That's
22     exactly right.
23                   UNIDENTIFIED REPRESENTATIVE:  All
24     right.  Thank you.
25                   CHAIRMAN BONNEN:  Mrs. Whitlock.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028326

1              BEE WHITLOCK:  Yes.  Bee Whitlock,
2      I'm from Hidalgo, and I'm also with the House.  And
3      I know you all don't understand the way we live in
4      Hidalgo County, but it's -- it's just terrible.  We
5      really have a problem.  And we've got expired
6      people voting.  And I'm soon -- going soon to be 80,
7      and I don't feel like I need to be cut down on
8      anything.  So -- and every time I go to the doctor I
9      have to show my I.D.  I go get a prescription, I
10     have to show my I.D.  So we're just for it and want
11     to go through it real bad.  Thank you.
12              CHAIRMAN BONNEN:  Thank you very
13     much.
14              Questions, Members?  Thank you.
15              Elizabeth Barns here to testify for
16     Committee Substitute Senate Rule 4.
17              ELIZABETH BARNS:  Afternoon.  My name
18     ois Beth Barns or Elizabeth Barns.  And I'm with the
19     OWLS, and I'm also from Hidalgo County.
20              Voter I.D, what a concept.  We live in the
21     Rio Grande Valley where there's a big problem.  I
22     worked the 2010 election this year, finding out
23     many, many things.
24              First of all, we had people come in with
25     no I.D., I don't have a driver's license, I don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 135 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

172

```
 1      have my voter registration card, but my name is.  We
 2      found them.
 3              We have driver's license -- we can -- one
 4      young man came in with a Mexican driver's license.
 5      He was in the system.  No picture or his year --
 6      birthdate was not there.  We couldn't verify that.
 7              Then we had another gentleman come in,
 8      California driver's license with a La Joya, Texas,
 9      address.  Who knows.
10              Illegals are a problem.  They come across
11      the river for the better life that we can offer.
12      Some of them don't get out of the Valley, and they
13      stay there.  Well, some of them have been there for
14      20 or 25 years.  They somehow get a driver's license
15      and other identification -- pieces of identification
16      and the voter I.D. card.  They come in and vote.
17              We just don't know what to do with it
18      anymore, but we do very much want to have the photo
19      voter I.D. card.  Thank you.
20              CHAIRMAN BONNEN:  Thank you.  Okay.
21      Mark Williamson, Minister Federal Intercessors, is
22      here to testify for the Committee Substitute Senate
23      Bill 4.
24              MARK WILLIAMSON:  Thank you.  I was
25      here two years ago with the Senate, and that was
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028328

1    quite an exercise, but glad to be back, honored to

2    be here and to testify on behalf of the voter I.D.

3    bill.

4           I'm an ordained minister dealing primarily

5    with dozens of United States Congressmen in

6    Washington, D.C.  I recently served as the guest

7    chaplain of the U.S. House of Representatives just a

8    couple weeks ago.  I approached this perhaps

9    differently than most, being a citizen of Texas and

10   also a minister focusing on God's design for the

11   federal government.  Based on the truth of

12   scripture, our federal and state constitutions, I

13   submit it is imperative to pass this legislation and

14   to vote against it is a dereliction of one's duty.

15   It's time to secure the vote.

16          The Biblical command to do everything

17   decently and in order is not just a rule for

18   churches; it is a life principle.  And it is a

19   principle particularly applicable to civil

20   government and its processes.  Romans 13 says that

21   civil rulers, and that includes you Representatives,

22   are the ministers of God to reward good and punish

23   evil.  You are stewards before God with a great

24   weight of responsibility and opportunity that you

25   will answer for.  And do not take it lightly.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028329

Voter Fraud Hearing - Volume 2                    March 1, 2011

1           To all the Members of the House, I would

2       urge you to not reduce yourself or your position so

3       as to compromise commonsense and integrity in our

4       election process.  It is time to secure the vote.

5       God is a God of standards and boundaries from

6       Mt. Sinai to the borders of nations to the

7       boundaries of one man one woman marriage and

8       salvation through Jesus Christ alone.

9           Do not ignore the principle.  Let there be

10      one standard universally applied so that all who

11      vote are legitimate, qualified and identified

12      voters.  A photo I.D. is not too much to ask to

13      secure our vote.  And how would it be done if not

14      through the simplicity of a photo I.D.?  A photo

15      I.D. is not an unbearable burden when one can't

16      function in our modern society without it.  The

17      argument that a photo I.D remains an undue burden in

18      light of all the safeguards already in this bill to

19      protect the rights of everyone is now only a

20      distraction unworthy of serious discussion among

21      rational adults.

22          The Bible also states that whoever resists

23      the ordinances of God and, by implication, His

24      standards of integrity will bring judgment on

25      themselves.  And that goes for both citizens and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028330

Voter Fraud Hearing - Volume 2                    March 1, 2011

175

```
1    rulers.  God hates unjust weights and measures, the
2    double standard that defines the lack of integrity.
3    That means He is for single universally-applied
4    standard equal for and protective of everyone, the
5    Electorate as a whole, not just partisan
6    constituencies.
7              I urge you to set a meaningful standard,
8    set a standard against fraud and abuse of a sacred
9    process, secure our votes and our elections.  Even
10   if I, for whatever reason, were unable to produce my
11   driver's license at the polling booth, I would
12   gladly sacrifice my vote to be confident that the
13   Electoral process was sound and secure, no matter
14   the outcome.
15             CHAIRMAN BONNEN:  Sir --
16             MARK WILLIAMSON:  Yes.
17             CHAIRMAN BONNEN:  -- your time is up.
18             MARK WILLIAMSON:  Okay.  I was just
19   about to close anyway.
20             CHAIRMAN BONNEN:  Thank you very
21   much.
22             MARK WILLIAMSON:  Thank you very
23   much.  God bless you.
24             UNIDENTIFIED REPRESENTATIVE:  Thank
25   you.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001676

TX_00028331

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 139 of 167
Voter Fraud Hearing - Volume 2                           March 1, 2011

176

```
 1                    MARK WILLIAMSON:  And God bless
 2        Texas.
 3                    CHAIRMAN BONNEN:  Thank you.
 4               Sir, could you come back and state your
 5        name on the record.
 6                    MARK WILLIAMSON:  I'm sorry.  Mark
 7        Williamson, Katy, Texas.
 8                    CHAIRMAN BONNEN:  Thank you.
 9               John Marler here to testify for the
10        Committee Substitute Senate Bill 14.  John
11        M-A-R-L-E-R.  Okay.
12               Anita Previtter with the League of Women
13        Voters of Texas here to testify against the
14        Committee Substitute to Senate Bill 14.
15                    UNIDENTIFIED REPRESENTATIVE:  We're
16        trying to get back to the expert witnesses in about
17        15 minutes here.
18                    CHAIRMAN BONNEN:  (Inaudible).
19                    ANITA PRIVETT:  Thank you for this
20        opportunity.  My name is Anita Privett.  I'm the
21        Advocacy Vice President for the League of Women
22        Voters of Texas.  And I think most of you know about
23        the League's long history of 90-plus years of
24        working on things like voter education.  We really
25        believe that civic engagement is extremely
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001677

TX_00028332

Voter Fraud Hearing - Volume 2                    March 1, 2011

1    important.

2            Of those without -- I just have a few

3    points to make, because you had heard a lot already.

4    Of those without a driver's license, it's estimated

5    that more than 70 percent of them are women and over

6    one-third are seniors.  Unless they happen to have a

7    less common form of acceptable I.D., these

8    individuals could include any who turn 70 over --

9    after January 1st, 2012, which I happen to one of

10   those.  I'll be turning 70 next year.  And I assure

11   you that I have a passport and a driver's license

12   today.  But I know a day will come when I don't

13   have.  And my kids live in Kentucky, and I don't

14   want to live in Kentucky; it's cold.  So I may not

15   have the easy access to being able to get an I.D.

16   that it -- that you have if you have a child nearby

17   who can take you to get those I.D.s.  We believe

18   that that's going to be a problem for quite a number

19   of seniors, as well as women.

20           Remember that -- that people have to keep

21   current an I.D., not just have one at one point in

22   time.  Obtaining and renewing a photo I.D. would be

23   most difficult for those who do not drive and who do

24   not already have the supporting documents that are

25   required.  SB-14 gives voters new reasons to worry



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   that discrepancies between I.D. and the precinct

2   list would disqualify them from voting a regular

3   ballot.  Discrepancies in name tend to be more

4   common for women who may change their name if they

5   marry, divorce or remarry.

6           The real problem in Texas is not voter

7   impersonation.  It is low voter turnout.  Texas

8   ranked 50th among the states in voter turnout in

9   2010.  No state had a lower turnout than Texas.

10          Each election The League of Women Voters

11  fields a lot of questions from voters.  They call

12  our offices and ask questions.  If we can't give

13  them simple, clear answers they decide not to vote.

14          This voter I.D. requirement is going to

15  make it very difficult for people to really

16  understand what their options are.  There are too

17  many options in some ways and there aren't enough in

18  others, but it's going to be confusing and people

19  are going to be intimidated by it.

20          Stricter photo identification requirements

21  are not what Texas needs.  Further implementing

22  these needless requirements would involve expensive

23  new government programs to provide and renew photo

24  I.D.s for meeting --

25          CHAIRMAN BONNEN:  Ma'am, I'm sorry.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028334

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 142 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

179

1      Your time is up.  Any questions, Members?

2                     ANITA PRIVETT:  Okay.

3                     CHAIRMAN BONNEN:  Representative

4      Harless has a question.

5                     REPRESENTATIVE HARLESS:  To let you

6      know, there is a provision in the bill that allows

7      for ongoing training in the discrepancies of names

8      and for that person to be able to cast their ballot.

9                     ANITA PRIVETT:  Provisional ballot?

10                    REPRESENTATIVE HARLESS:  No, a

11     regular ballot.

12                    ANITA PRIVETT:  Well, that's good to

13     know.  I didn't know that.

14                    REPRESENTATIVE HARLESS:  They sign an

15     affidavit saying, you know, when you've changed a

16     name.  If you were married or left off an initial,

17     there's a provision in there.

18                    ANITA PRIVETT:  I'm sorry.  I didn't

19     realize that that change had been made.

20                    CHAIRMAN BONNEN:  Thank you.

21          Kenneth Buelter, B-U-E-L-T-E-R, Goliad

22     County, Republican Party, here to testify for the

23     Committee Substitute Senate Bill 14.

24                    MR. BUELTER:  Thank you, Chairman

25     Bonnen and Committee.  I'm here today --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028335

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 143 of 167
Voter Fraud Hearing - Volume 2                           March 1, 2011

180

```
 1              CHAIRMAN BONNEN:  Could you please
 2      state your name.
 3              MR. BUELTER:  Kenneth Buelter, Goliad
 4      County, Republican party, here to testify for Senate
 5      Bill -- or the substitute for sub -- Senate Bill 14.
 6              Chairman, I appreciate the opportunity to
 7      be here today.  I am in a county that, as
 8      Representative Aliseda, who is my new
 9      representative -- and I appreciate his questions
10      that he's put forward to all the witnesses today --
11      in a county that's very near something that he
12      mentioned earlier.  Goliad County registered voters
13      for the general election in 2010 that we just had
14      are 5,552.  Goliad is a small county in South Texas,
15      near Victoria.  Our Census data just released in the
16      last few weeks for Goliad County shows a total
17      voting age population over the age of 18 at 5,562.
18      That means I have 99.82 percent of available
19      registered voters in Goliad County registered.  I do
20      not believe that to be truthful.
21              However, this voter I.D. bill gives us all
22      the opportunity that when my election judges at each
23      election have to verify those voters that they can
24      have an easy method of verifying that by having them
25      present a photo I.D. that shows that judge who they
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    are and why they should be able to have the

2    privilege to cast a ballot in that election.  Thank

3    you.

4              CHAIRMAN BONNEN:  Questions, Members?

5    Thank you.  Appreciate your being here.

6              Alan Vera here testifying on behalf of

7    himself for the Committee Substitute Senate Bill 14.

8              ALAN VERA:  My name is Alan Vera.  I

9    represent myself and probably a half dozen other

10   old, cranky Vietnam vets.  I'm here to speak for the

11   Committee Substitute voter I.D. photo bill.

12             Last November, I volunteered to serve as

13   an alternate judge for the general election.  My

14   presiding judge assigned me to work the voter

15   registration booth to sign in voters for precinct.

16   There were three incidents in my assigned precinct

17   that I think you should know about.

18             The first was fairly benign.  I had a

19   voter approach me and hold out three voter

20   registration cards made out to her name in various

21   forms.  She asked me which one she should use.  She

22   was not trying to commit voter fraud.  She simply

23   needed guidance, because she had received three

24   separate voter cards.

25             The other two incidents were far more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028337

Voter Fraud Hearing - Volume 2                    March 1, 2011

182

1      serious.  I'm very meticulous, almost to the point

2      of being anal.  I took the job very seriously my

3      first time working the polls, took all the courses,

4      read all the books, even went through the Texas

5      Election Code, all thousand pages of it.  By law, I

6      was accepting all forms of I.D. allowed by the

7      Election Code, putting aside my personal opinions,

8      including utility bills, expired out-of-state

9      driver's licenses, et cetera.

10              Around noon, I had a voter present me a

11     valid voter I.D. card.  When I went to find her name

12     in the book, I found she had already voted that day,

13     or, rather, someone else had voted in her name.  And

14     I was the one who let that person vote, using some

15     other form of I.D.  I informed her of the problem.

16     She was understandably annoyed and irritated.  She

17     offered her driver's license to prove she was the

18     person she claimed to be.  I called the presiding

19     judge, who reviewed the situation, called the County

20     for a ruling, and we allowed that woman to vote

21     provisionally, but she was told her vote probably

22     would not count.  We had disenfranchised a Texas

23     voter in a minority area.

24              It happened again at 4:00 p.m. under

25     identical circumstances.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028338

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 146 of 167
Voter Fraud Hearing - Volume 2                    March 1, 2011

183

1          Later that evening, I met with other

2     judges and poll watchers to compare notes, and my

3     incident was not by any means isolated.  This

4     occurred regularly and frequently throughout the

5     day.

6          By allowing too wide a range of acceptable

7     I.D. cards for voting, our current process is

8     disenfranchising legitimate voters, perhaps not

9     intentionally.  But at least, in my experience, two

10    voters were denied the right to vote.  Okay?

11         I'm sure that we all have, in good

12    conscious, a desire to let everyone vote and vote

13    correctly.  But our current unstructured,

14    undisciplined form of voter I.D. is actually

15    contributing to disenfranchisement.

16         In the spirit of full disclosure and

17    fairness, I will tell you that I worked those polls

18    under the guidance of True The Vote, which is

19    organized by King Street Patriots in Harris County.

20    It's a citizen-led initiative to educate citizens

21    and train them to be poll workers, poll watchers for

22    their party candidate or further issues.  And I was

23    one of the trainers involved, which is why I had to

24    read all thousand pages of the Texas Election Code.

25         Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028339

```
 1              Any questions?
 2                   CHAIRMAN BONNEN:  Thank you.
 3      Members, any questions?  Thank you.
 4                   Sumit DasGupta, D-A-S-G-U-P-T-A, Network
 5      of Asian Organizers, here to testify against
 6      Committee Substitute to Senate Bill 14.
 7                   SUMIT DASGUPTA:  Mr. Chairman,
 8      honorable Representatives, I am Sumit DasGupta, and
 9      I stand before you as the Vice President of
10      Political Affairs of the Network of Asian
11      Organizations, NAO -- AO for short, to express some
12      fear on NAO's 15 organizations in the Greater Austin
13      area, our deepest reservations about this voter I.D.
14      bill.
15                   As a private citizen - it will come up
16      later on when I talk about some of the details - I'm
17      also a computer scientist and an executive at a
18      small company that's involved in chip design and
19      manufacturing.  In my role at NAO, I've done
20      sufficient research which leads me to the conclusion
21      that can best be summarized by the statements, is
22      this a solution looking for a problem?  And if
23      there's a problem, where is the sufficient evidence?
24                   Allow me to express my concerns by
25      punctuating my reservations with some personal
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028340

1     anecdotes and observations.

2              I arrived in the U.S. in 1967 as a

3     graduate student and a teaching assistant, so I had

4     to get a Social Security card, which I did, so that

5     I could get paid.  I got my Social Security card and

6     promptly forgot some nuanced changes in the last

7     name, which I ran up against this last September

8     when I had to register for Medicare.  I turned 65 in

9     October.

10             So I noticed that my last name was not

11    spelled DasGupta, single word with capital D and

12    capital G, but instead two words, D-A-S capital D,

13    and Gupta, capital G.  I then remembered that this

14    is an artifact of mainframe programs of the 1960s.

15    That's been fixed now.  But that -- that artifact

16    still exists in Social Security records.

17             And so as part of the registration, I

18    tried to get my name changed to the proper name.  I

19    am sorry to tell you, I'm still trying and results

20    are still incomplete.  Okay?

21             So just for your information, I've spent

22    25 of my 40-year career at IBM designing mainframes

23    and programming mainframes, so that's some of the

24    problems that we're still faced with because the

25    data itself goes back to the '60s



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028341

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 149 of 167
Voter Fraud Hearing - Volume 2                          March 1, 2011

186

```
 1              So if such a discrepancy that I just gave
 2     you showed up between your voter rules and whatever
 3     I.D. I have to show during a vote, is that
 4     sufficient reason for me to get rejected?  That's
 5     one example.
 6              That was my last name.  Let's talk about
 7     my first name.  It is Sumit, S-U-M-I-T.  Can you
 8     guess how many times in these 40-plus years I've
 9     been in this country where I've been called Summit,
10     S-U-M-M-I-T, and spelled that way?  And received
11     mail addressed to Summit DasGupta.  With a smile and
12     a joke, I reminded everybody that I am still, at 65,
13     one M short of the top.
14              CHAIRMAN BONNEN:  I apologize, but
15     your time is up.
16              SUMIT DASGUPTA:  Okay.  Thank you.
17              CHAIRMAN BONNEN:  Thank you.  Any
18     questions, Members?  Thank you.
19              Sylvia Guzman, Amigos dos de Patriots,
20     here to testify for the Committee Substitute Senate
21     Bill 14.
22              Jessica Gomez representing Disability
23     Rights of Texas, formally Advocacy, Inc., neutral on
24     the Committee Substitute to Senate Bill 14.
25              JESSICA GOMEZ:  Good afternoon.  My
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      name is Jessica Gomez, and I am a voting rights

2      policy specialist at Disability Rights Texas,

3      formally known as Advocacy, Inc.  Under the Help

4      America Vote Act, Disability Rights Texas is charged

5      with ensuring the full inclusion of people with

6      disabilities in the electoral process.  Thank you

7      for the opportunity to testify on the Committee

8      Substitute before us today.

9           The disability exemption included in the

10     bill before the committee is absolutely necessary.

11     And we thank you, Representative Harless, for

12     including it and Senator Patrick for introducing it

13     in the Senate.

14          People with disabilities are some of the

15     least likely to have photo I.D.s.  Many people are

16     unable to work due to the severity of their

17     disability and often unable to drive, and they rely

18     on others to assist them with the activities that

19     require photo I.D.s, such as banking.  They live on

20     fixed incomes and face numerous transportation

21     challenges, especially those that live in rural

22     areas.  Yet, despite these challenges, people with

23     disabilities look forward to election day when they

24     are able to visit their neighborhood polling place

25     and cast a vote alongside the rest of their



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028343

1   community.  Let's make sure that when they get there

2   we do not turn them away because their disability

3   has prevented them from obtaining a photo I.D.

4           I did want to address -- address previous

5   testimony that you have to have a photo I.D. in

6   order to receive disability benefits in the State of

7   Texas or Social Security or veterans benefits.  That

8   is untrue.  According to policy and procedure

9   manuals from Health and Human Services Commission,

10  you do have to prove your identity, but it does not

11  have to be in the form of photo identifying.  There

12  are many other ways to verify your identity.  And

13  photo I.D.s issued by DPS is not required to receive

14  Social Security benefits or veteran benefits on the

15  basis of a disability.

16          We also need to ensure that people with

17  disabilities and others know about the new

18  requirements and the exemption by putting more

19  behind voter education than the $2 million in the

20  current fiscal note.  It is simply irresponsible

21  policymaking to pass a bill with a fiscal note that

22  we know is inadequate, especially when the State is

23  poised to cut programs and services that people with

24  disabilities rely on to live.

25          Consider that the State spent $3.5 million



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028344

Voter Fraud Hearing - Volume 2                    March 1, 2011

189

```
1     annually educating voters about the new voting
2     systems when the Help America Vote Act passed in
3     2002.  How, then, is two million dollars sufficient
4     to inform voters of the drastic eligibility changes
5     proposed in SB-14?
6            With a large geographic size and rural
7     population, Texas should create mobile outreach and
8     I.D. units that can travel to rural areas and
9     educate people about the new requirements and give
10    them the necessary identification, like Missouri
11    did.  This is especially important with people with
12    disability and low income individuals, who are less
13    likely to have access to traditional media outlets.
14    If the intent of this bill is to protect the
15    integrity of the electoral process and not to
16    disenfranchise otherwise eligible voters, prove it
17    to Texans by funding appropriate voter outreach.
18    Thank you.
19            CHAIRMAN BONNEN:  Thank you.  Any
20    questions, Members?  Representative Harless has a
21    question.
22            REPRESENTATIVE HARLESS:  Thank you
23    for being here.  And you saw the Committee
24    Substitute where we put in there if they can't have
25    the current forms of I.D. then they would be exempt
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028345

1          under the language that you helped us write.

2                   Did you also see in the fiscal note that

3          they added additional money for technology for

4          certain disabilities?

5                   JESSICA GOMEZ:  No, I did not.  Would

6          you --

7                   REPRESENTATIVE HARLESS:  They --

8          it's -- it's on Page 3 of the fiscal note and it

9          talks about technology.  They added an additional

10         $24,000, and they anticipate that there will be --

11         there -- we'll have testimony about the Help America

12         Vote Act, but they did add an additional $24,000 in

13         there.

14                  JESSICA GOMEZ:  That's really great

15         to hear.  And would that $24,000 also come from HABA

16         funds?

17                  REPRESENTATIVE HARLESS:  In here

18         we -- we have a copy of it.  We can get you -- it

19         doesn't spell out specifically.  It says the

20         Secretary of -- indicates the federal funds

21         associated with Help America Act [sic] may be

22         available for use, but the agency would first need

23         to verify this with the federal government.  And

24         we're going to have someone from the Secretary of

25         State testifying later.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028346

```
 1                    JESSICA GOMEZ:  Great.  That's --
 2      that's wonderful to hear.  I'm very glad that that
 3      was included.  However, I would caution Committee
 4      Members that the Help America Vote Act funds have
 5      been eliminated in the President's budget.  So we
 6      will likely not be seeing anymore of these.  Let's
 7      make sure that we don't spend the last of those
 8      funds on this and that we reserve some to educate
 9      voters about other important things.
10                    CHAIRMAN BONNEN:  Thank you.
11      Representative Aliseda.
12                    REPRESENTATIVE ALISEDA:  Perhaps this
13      question should go to Representative Harless, but
14      our version of course today is different than the
15      Senate's version, is that not correct, with respect
16      to the disabled?
17              The Senate version has a doctor's note
18      would qualify for an exemption or requirement for
19      the voter identification.
20              In this version, I believe we're using
21      language that you proposed, which says that a
22      social -- a letter from the Social Security
23      Administration would be sufficient.  Is that
24      correct?
25                    REPRESENTATIVE HARLESS:  That is
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028347

```
1       correct.
2                  REPRESENTATIVE ALISEDA:  And when you
3       talked to me about it, I expressed some concerns
4       about doctors' notes, because we've seen what
5       doctors' notes do in Wisconsin, for example.
6                  REPRESENTATIVE HARLESS:  That is
7       correct.
8                  REPRESENTATIVE ALISEDA:  All right.
9       I have no further questions.  Thank you.
10                 REPRESENTATIVE HARLESS:  Excuse me.
11      Could I clarify?
12                 CHAIRMAN BONNEN:  Okay.  Do you have
13      a question of the witness?
14                 REPRESENTATIVE HARLESS:  No.  I
15      wanted to clarify.
16                 CHAIRMAN BONNEN:  Thank you for being
17      here.  Go ahead, Representative Harless.
18                 REPRESENTATIVE HARLESS:  It does --
19      it does say a doctor's -- it does spell out
20      specifically the language, but only if they don't
21      have one of the six forms of I.D., and that was open
22      before.  Everyone was exempt with disabilities.  Now
23      it says if they have one of the six forms of I.D.
24      then...
25                 CHAIRMAN BONNEN:  Andrew Joseph, U.T.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028348

1    student, here testifying against Committee

2    Substitute Senate Bill 14.

3           Mr. Joseph, I need you to completely fill

4    out the witness affirmation, if you would.  I need

5    your address and your phone number on this form.  No

6    problem.  Not a big deal.  We just need to get it

7    done.

8           ANDREW JOSEPH:  Name is Andrew

9    Joseph.  I'm a student at U.T. currently, and I'm a

10   fairly heavy utilizer of public transit.  And I feel

11   that this bill -- I mean, the way it's proposed is

12   essentially in a way relegating us to second class

13   citizens where, you know, we -- you know, we have

14   student I.D.s.  And we will not be able to use those

15   student I.D.s whenever -- despite the large number

16   of voter registration efforts that are ongoing on

17   campus at any given time.  And I feel that as public

18   transit users we are not really given any kind of

19   consideration.

20          You know, it's assumed that just everybody

21   should have a driver's license.  But you rely on

22   public transit, as I have many friends and

23   colleagues that do quite often, it's not necessary

24   that you have a driver's license.  And even though I

25   know that there are other forms provided, the idea



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001694

```
 1        that this shall be very cumbersome on people to

 2        find, you know, these forms of identification, I

 3        think just puts the perception out there that --

 4        that, you know, the purpose of the bill is for

 5        disenfranchisement.  I think just the perception of

 6        that is dangerous.  I think that, you know, other

 7        suggestions have been given, such as improving the

 8        databases, such as, you know, having a -- you know,

 9        day voting registration.  I think that -- if those

10        policies were instituted instead of this policy, I

11        think that those concerns would be alleviated.

12        And as I've heard, you know, the Secretary of State

13        from Indiana said that -- that people would become

14        more comfortable allowing various proposals to be

15        floated if these measures were passed.  But I don't

16        see why we should have to appease certain groups of

17        people in order to exercise our basic rights as

18        citizens.  And with that, I'm...

19                    CHAIRMAN BONNEN:  Members?  Thank

20        you.  If you would, please, get that filled out

21        correctly.

22                Diana Gorman, a travel agent representing

23        herself, here to testify for Committee Substitute

24        Senate Bill 14.

25                    DIANA GORMAN:  Hi.  I'm Diane Gorman,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028350

1    and I live in Dallas.  Came from the Rio Grande

2    Valley, so...

3              I just -- thank you, first of all, for

4    letting me speak.  But I was sitting out there

5    listening to some of the previous experts, and I was

6    very saddened by some things I heard.  And it

7    prompted me to want to come up here.  So something I

8    wrote, voter fraud comes in all colors and poor

9    people come in all colors, too.  This is not a

10   minority or economic issue, and I'm offended by

11   those who try to pretend it is.  I have a friend who

12   called and asked me to vote for her because she was

13   out of town and became very upset with me because I

14   wouldn't do it.  She was a Caucasian, a professional

15   and a Republican, so this should not be a Democrat

16   versus Republican or minority versus non-minority

17   issue.  This is about protection of the privileges

18   and rights of each and every citizen to have their

19   vote really mean something.

20              This past year I volunteered in the

21   campaign of Debbie Carter (phonetic), who is an

22   African American -- at least that's how some people

23   may see her.  But to me she is an American, an

24   unhyphenated American, just like I am.  And she is

25   also a Republican.  While calling to encourage



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001696

TX_00028351

1    people to vote for her, I encountered quite a few

2    instances of people who asked, "Why vote?  My vote

3    doesn't matter anymore."  They were intimidated,

4    which seems to be the keyword around here today.

5    They were intimidated and kept away from the polls

6    because of voter fraud.  They felt like their vote

7    didn't really count; there was too many other people

8    that voted illegally.

9           It is extremely offensive to be called, in

10   essence, a racist just because we have a different

11   point of view, just because we want to ensure that

12   the voters' votes are not diluted by fraudulent

13   voting.

14          I personally don't think this bill is

15   strong enough.  I am a proponent of fingerprint

16   voting, but this bill is at least a step in the

17   right direction.

18          I would like to add that I was a recipient

19   of the E-mail that was mentioned earlier about some

20   polling places not being safe.  As a woman who is

21   new to Dallas, I very much appreciated that E-mail

22   warning me before I volunteered to work at nights in

23   a high crime area.  Thank you very much.

24          CHAIRMAN BONNEN:  Ma'am?  Are there

25   any questions, Members?  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028352

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 160 of 167
Voter Fraud Hearing - Volume 2                        March 1, 2011

197

1        Verona Thornton, online retailer, self

2    employed, here to testify for the Committee

3    Substitute to House -- Senate Bill 14.

4             VERONICA THORNTON:  I'm Veronica

5    [sic] Thornton, and I support SB-14.  I wanted to

6    testify, because I take issue with the race beating

7    that I see here that -- that I'm hearing from these

8    testimonies today.  I'm a black woman, but I'm

9    looking at this from a different point of view from

10   regular American black people.

11        I'm a naturalized citizen, and I've been

12   in this country since 1975.  I became naturalized

13   and I've worked as a clerk and as a judge in the

14   polling place.  And I don't understand why this race

15   beating has to go on.  It's an insult to the black

16   community.  And this victim mentality need [sic] to

17   stop.

18        Everybody has some kind of I.D.  And it

19   seems like there are a lot of provisions that are in

20   this bill that I don't even think should have been

21   there.  But I think it's liberal enough for everyone

22   to be satisfied with -- with this bill.

23        People need I.D.s to do practically

24   everything.  If you go to Wal-Mart you cannot get

25   your medicine without showing some kind of I.D.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028353

1       so that's all I have to say.

2                   CHAIRMAN BONNEN:  Thank you.  Any

3       questions, Members?  Thank you for coming.

4                   Tonja Michelle Goby Smith, Concerned Women

5       for America, for Committee Substitute Bill 14.

6                   TONJA MICHELLE GOBY SMITH:  I'm

7       actually Tonja Michelle Smith.  I go by Michelle, so

8       I'll try to clarify that.  Sorry.

9                   Mr. Chairman, Committee Members, thank you

10      for allowing me to speak.  My name is Michelle

11      Smith, and I'm the East Texas Area Director for

12      Concerned Women of America.  I am also the election

13      judge for Rockwall County Precinct 1D.  I have

14      served as election judge for four election cycles

15      since before 2009.

16                  Concerned Women for America strongly

17      supports SB-14 in its original form.  And I want to

18      stop there and apologize, because when I came to

19      testify, I was here to testify against the Senate

20      Bill amendments.  And I saw what you've done to

21      strengthen the bill, and I appreciate that.  And

22      we -- it looks good.  So thank you for that.

23                  And so we also believe that fair and

24      ethical election practices should be practiced here

25      in Texas and across this land.  Texas is a shining



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028354

```
 1          star for all of America.  And we want it to be
 2          strong here.  We want the highest level of integrity
 3          brought to our voting process here.
 4                  Upon my tenure as election judge, I have
 5          seen how the process works in Texas.  Anyone can
 6          walk into the election precinct, hand me a voter
 7          I.D. card, and I have no idea if that is, in fact,
 8          the person on the card or not.
 9                  We have -- I have heard argument that this
10          will cost the State of Texas a lot of money.  How
11          difficult and costly can it be for someone to walk
12          in and show an I.D. versus a voter I.D. card?
13                  I will say from my experience as an
14          election judge more than half of the people walking
15          in my precinct hand me a voter -- a driver's license
16          without even being asked, because they don't have
17          their voter I.D. card.
18                  I also want to say that our election
19          judge -- our election chairman in Rockwall County
20          requires training each election cycle for us to get
21          refreshed on the rules.  So the training is
22          necessary regardless of our -- of what's going on.
23                  Understand that there will be some
24          literature costs involved in changing the -- the
25          rules, but I want to say that that cost should not
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028355

Case 2:13-cv-00193   Document 725-12   Filed on 11/17/14 in TXSD   Page 163 of 167
Voter Fraud Hearing - Volume 2                      March 1, 2011

200

```
 1      outweigh the highest integrity we have in our voting
 2      process.  No matter if you're Democrat or
 3      Republican, if you're running for office, you want
 4      to make sure that that's fair and just how you're
 5      elected.
 6              I also want to say we support a clean bill
 7      that allow -- that does not allow for any exceptions
 8      that could allow fraud or deception, and we ask the
 9      Committee to support SB-14 in its original form.  So
10      thank you very much.
11              CHAIRMAN BONNEN:  Questions, Members?
12      Thank you.
13              UNIDENTIFIED SPEAKER:  Thank you.
14              CHAIRMAN BONNEN:  Chair calls John
15      O'Brien, Director of the Legislative Budget Board,
16      here to testify neutrally on the Committee
17      Substitute to Senate bill 14.
18              JOHN O'BRIEN:  Thank you,
19      Mr. Chairman, Members.  My name is John O'Brien,
20      Director of the Legislative Budget Board.  And I've
21      been asked to come here as a resource witness.  I'm
22      available to ask questions.
23              CHAIRMAN BONNEN:  Mr. Veasey, you
24      have questions?
25              REPRESENTATIVE VEASEY:  Yeah.  I want
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1        to -- no.  He's just here to answer questions.
 2        Yeah.
 3                I wanted to specifically ask you about the
 4        fiscal note to the bill.  What -- what's the fiscal
 5        note that you all have on the bill?
 6                        JOHN O'BRIEN:  The current fiscal
 7        note on the Senate engrossed version is a G.R. cost
 8        in 2012 of 2 million $24,000 [sic].
 9                        REPRESENTATIVE VEASEY:  And so --
10        and -- and...
11                        CHAIRMAN BONNEN:  I want to be clear,
12        we're here taking testimony on the Committee
13        Substitute to Senate Bill 14, so we need to stay on
14        the substitute.
15                        REPRESENTATIVE VEASEY:  Okay.  So --
16        so -- and -- and there's -- and there's nothing --
17        oh, he took -- he took it out of substitute.  Is
18        that right?
19                        JOHN O'BRIEN:  We'll do our -- we'll
20        do our fiscal note on the substitute when you report
21        it on the Committee.
22                        REPRESENTATIVE VEASEY:  Okay.  Yeah.
23        Because I was -- I was worried about the -- there
24        was someone here from Indiana --
25                        CHAIRMAN BONNEN:  Correct.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

202

```
 1                    REPRESENTATIVE VEASEY:  -- I think
 2         they said they spent $1.6 million.  And I think
 3         their largest media market would be Indianapolis.
 4         Gary was in the Chicago market, so they would
 5         probably have to spend money in the Chicago market
 6         in Gary.  But, of course, we have several -- you
 7         know, we have at least two major markets,
 8         Dallas/Fort Worth and then Houston and then several
 9         medium-sized markets.  And so it probably cost a lot
10         more than that.  So I was concerned about the fiscal
11         note, but --
12                    CHAIRMAN BONNEN:  No.  Please talk
13         about it.
14                    REPRESENTATIVE VEASEY:  Yeah.  And I
15         was just trying to figure out how -- I know that you
16         all had taken that note from the Secretary of
17         State's office.
18                    CHAIRMAN BONNEN:  (Inaudible).
19                    REPRESENTATIVE VEASEY:  And I wanted
20         to find out how you came to an agreement on that
21         number.
22                    CHAIRMAN BONNEN:  Okay.
23                    JOHN O'BRIEN:  Let me say what the
24         Secretary of State estimate includes.
25                    First of all, that they're -- they're
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001703

TX_00028358

Voter Fraud Hearing - Volume 2                    March 1, 2011

203

```
1     talking about investing about half a million to
2     research ways to inform the public.  And then their
3     media educational approach is $750,000 for T.V.,
4     $300,000 for radio, another $300,000 for prints and
5     $150,000 for Internet education.
6               REPRESENTATIVE VEASEY:  Yeah.  And
7     see -- and that's a concern, because we -- we would
8     need to probably spend a lot more money than
9     Indianapolis did on television.  I mean, if they
10    spent 1-point -- I think the number was 1.6.  You
11    know, I'm concerned about just accepting the number
12    from the Secretary of State's office, because it
13    sounds like that maybe you all should have done a
14    little bit more research.
15          Did -- did the Comptroller's office
16    compliment this in any way?  I mean, did you all do
17    your own research?  Is it normal for you to -- to
18    just take the -- another agency's word for it or do
19    you all --
20               JOHN O'BRIEN:  It's not only a common
21    practice, it's a preferred practice.  The Secretary
22    of State are the experts on this matter.
23               REPRESENTATIVE VEASEY:  Okay.  Yeah.
24    That was -- and that was my biggest concern was that
25    this was such a large state that there was no way
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028359

1    that that number's going to cover.  I mean, you can

2    talk to political consultants on both sides of the

3    aisle and they'll tell you how much it cost.  And

4    you probably have followed campaigns just on the --

5    you know, on the periphery.  I know you're not an

6    elected official, but you work in the Comptroller's

7    office.  And you probably are interested in the

8    Electoral process like everyone else, and it cost --

9                 JOHN O'BRIEN:  I speak for the

10   Speaker and the Lieutenant and Governor.

11                REPRESENTATIVE VEASEY:  Yeah.  It

12   cost a lot of money to advertise in this state.  So

13   I'm just worried -- I'm very concerned about the

14   fiscal note.

15                JOHN O'BRIEN:  There's nothing --

16                REPRESENTATIVE VEASEY:  I just don't

17   think -- I just don't think -- it seems to be a bad

18   number.

19                JOHN O'BRIEN:  As we proceed through

20   the appropriations processes there's nothing that

21   stops Senator Ogden and Mr. Pitts (phonetic) from

22   appropriating more if -- if --

23                REPRESENTATIVE VEASEY:  Well, but we

24   don't have any money, which is another concern.  So

25   if it costs -- if it's going to cost more, you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028360