1    know, then we need to know about that, too, because
2    we're looking at the possibility of -- of
3    consolidating classrooms and laying teachers off.
4    And so, you know, we're -- we're -- and I'm sure
5    every conservative in the audience understands this.
6    We're just at a juncture in our -- in our -- in our
7    budget and in our history of the state to where we
8    just don't have a lot of money.  And I -- I don't
9    think that any taxes are going to be raised.  And so
10   every dollar that we're going to spend, we need to
11   make sure that we have a -- a full and better
12   understanding of -- of -- of the process when these
13   fiscal notes come out.
14            Missouri spent, I think, close to
15   $10 million or more.  They have one major television
16   market.  They have the St. Louis television market.
17   It's a much smaller state.  I'm -- I'm just really
18   concerned that we're going to spend a lot more money
19   than -- than what was presented here.  And we've
20   already had issues about not forecasting properly,
21   which is one of the reasons why we're in the mess
22   that we're in right now.  So -- and -- and that's
23   the only thing I have for you.  I was very concerned
24   and wanted you to just come and address that.  And I
25   appreciate you coming to address that today.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028361

```
 1                  CHAIRMAN BONNEN:  Mr. Veasey,
 2      Georgia-- the -- George, from the Secretary of
 3      State, he said that they spent $842,000 on, in
 4      essence, their media campaign --
 5                  REPRESENTATIVE VEASEY:  Uh-huh.
 6                  CHAIRMAN BONNEN:  -- and $773,000 on
 7      education, training and producing of I.D.s.  So
 8      Georgia's not quite as large a state as Texas, but
 9      their media campaign there was, I think, less --
10                  REPRESENTATIVE VEASEY:  They have one
11      major market.  I think Atlanta --
12                  CHAIRMAN BONNEN:  Atlanta, correct.
13                  REPRESENTATIVE VEASEY:  Houston may
14      be No. 10.  I think Atlanta may be No. 11.  But we
15      have several markets.  We have at least two large
16      media markets, Houston and Dallas.  And then we take
17      in Austin, San Antonio, Waco, Bryan College
18      Station --
19                  CHAIRMAN BONNEN:  They had smaller
20      markets, too.
21                  REPRESENTATIVE VEASEY:  -- I mean, it
22      cost a lot of money to advertise in this state.
23                  CHAIRMAN BONNEN:  Representative
24      Aliseda.
25                  REPRESENTATIVE ALISEDA:  My own
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1    observation is what's the value of an Electoral

 2    system that the public has confidence in.  It's

 3    certainly worth more than $2 million to me for that.

 4                    REPRESENTATIVE VEASEY:  And -- and

 5    that's -- and I understand the point that the --

 6    Representative Aliseda is making.  But with the

 7    money that we don't have to work with this session,

 8    because everything is so tight - and we're talking

 9    about, you know, nursing homes possibly shutting

10    down, schools possibly being closed, classrooms

11    being consolidated - we need to have a better

12    understanding of how much money this is actually

13    going to cost than -- I mean, it's clear, you know,

14    just from everything that I've seen thus far that we

15    don't, because there's no way that it's only going

16    to cost $2 million.  That's just absolutely -- it's

17    not even realistic.

18                    CHAIRMAN BONNEN:  Thank you.

19                    REPRESENTATIVE GUTIERREZ:

20    Mr. Chair --

21                    CHAIRMAN BONNEN:  Representative

22    Gutierrez.

23                    REPRESENTATIVE GUTIERREZ:  -- just a

24    few questions.  Now, according to Secretary of

25    State, there's about 2.8 million registered voters
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028363

1    that have voted without an I.D.  Is that accurate?

2                    JOHN O'BRIEN:  I have no idea.  I

3    don't work for the Secretary of State.

4                    REPRESENTATIVE GUTIERREZ:  Where --

5    the Secretary of State will be up here later.

6                    UNIDENTIFIED REPRESENTATIVE:  You're

7    with the LBB.  Correct?

8                    JOHN O'BRIEN:  Yes, sir.

9                    REPRESENTATIVE GUTIERREZ:  And -- and

10   so I guess what I'm getting at or what -- and I

11   apologize, I was in the back room talking to my good

12   friend, Representative Pena here, about some of the

13   woes in our communities.  And I didn't hear -- where

14   did two million dollars come from?  Is this a number

15   that came out, or is it have some kind of --

16                    JOHN O'BRIEN:  They provided some

17   level of detail on it.  I'll go over it again.  It's

18   on Page 2 of the fiscal --

19                    REPRESENTATIVE GUTIERREZ:  You can

20   give me the short version.

21                    JOHN O'BRIEN:  Okay.  About $500,000

22   to do research, and then the balance of the

23   1.5 million was on the media campaign through

24   different -- different television and so on.  And as

25   Ms. Harless said before, $24,000 on technological



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028364

```
 1      improvements in order to implement this provision

 2      for the disabled.

 3                      REPRESENTATIVE GUTIERREZ:  Okay.  So

 4      you didn't get into the free I.D.s --

 5                      UNIDENTIFIED SPEAKER:  No.

 6                      REPRESENTATIVE GUTIERREZ:  -- the

 7      free --

 8                      JOHN O'BRIEN:  That's -- what DPS

 9      said in response to that estimate was that they knew

10      there would a revenue loss because of those free

11      I.D.s, but they don't know how many people will come

12      forward.  And -- and so they did not estimate it.

13                      REPRESENTATIVE GUTIERREZ:  Okay.

14      Well, in the interest of time, I'll save my

15      questions for DPS, because I think that those

16      numbers are really closer to between eight and

17      $10 million.  I think that's important to know.

18      They -- they never suggest -- did they throw a

19      number out to LBB, DPS?

20                      JOHN O'BRIEN:  DPS, no, sir.

21                      REPRESENTATIVE GUTIERREZ:  So you

22      can -- it's not fair for me to ask you about DPS.

23      We'll wait until they get up here.  Thank you.

24                      CHAIRMAN BONNEN:  Any other

25      questions, Members?  Thank you, Mr. O'Brien.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028365

Voter Fraud Hearing - Volume 2                    March 1, 2011

```
 1                    JOHN O'BRIEN:  Thank you.
 2                    CHAIRMAN BONNEN:  Appreciate your
 3      coming by.
 4                    JOHN O'BRIEN:  Sure.
 5                    CHAIRMAN BONNEN:  Chair calls Russ
 6      Duerstine, Tom Green GOP Chairman and Election
 7      Support Association of Tom Green County for
 8      Committee Substitute Senate Bill 14.
 9                    RUSS DUERSTINE:  Thank you,
10      Representative Bonnen.  I appreciate that.  Thank
11      you, Committee.  Thank you, Commissioner Harless,
12      for supporting this bill.
13                 I present to you a rather unique scenario.
14      In Tom Green County we have --
15                    CHAIRMAN BONNEN:  Sir --
16                    RUSS DUERSTINE:  -- we have an
17      election --
18                    CHAIRMAN BONNEN:  -- sir, would you
19      please state your name.
20                    RUSS DUERSTINE:  Russ Duerstine.  I'm
21      the County Chair -- Republican County Chairman in
22      Tom Green County, San Angelo, Texas.
23                 I -- I present a rather unique scenario to
24      you.  We have a -- an election support
25      administration or an association in Tom Green County
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028366

1      that's comprised of the Democrat Chairman, the

2      Republican Chairman, the Libertarian chairman.  And

3      we work in close association with the elections

4      administrator there.  And we provide training

5      information for election judges.  We help support

6      them.  We have an annual celebration where we

7      acknowledge their work as election judges.  And

8      we've had a -- a scenario that, as County Chairman,

9      I'm going to define myself as quite a predicament

10     here in two years.

11             We're -- as we were putting on one of

12     these support in association trainings, we were

13     doing voter registrar training and deputy voter

14     registrar training.  We had a spillover from a 2008

15     election where in the Democrat primary we had an

16     African American candidate against a Mexican

17     American candidate, and there was allegations from

18     the African American candidate that there was voter

19     impersonation going on, that he had a reputation of

20     having in the neighborhood of 300 voter registration

21     cards where he had them from folks that were dead or

22     whatever, had multiple ones, and was having people

23     go and vote in her behalf.

24             Well, it's impossible to prove that

25     without voter reg -- voter I.D.  And so there was a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

 1      lot of call from the -- that candidate, who did

 2      eventually lose to the Hispanic candidate, to ask

 3      the election administrator, "Please make them show

 4      voter photo I.D."

 5              And it was part of the education process

 6      when we were doing deputy voter registration to

 7      explain to them that the law does not allow that.

 8              And so in 2010, while we were having this,

 9      that dispute broke out all over again.  Now, that

10      Democrat candidate went on to barely lose to the

11      Republican candidate in the only precinct in our

12      county that is a majority Democrat precinct in Tom

13      Green County.

14              The situation I find myself in is that

15      most of the grassroots Democrats that came to that

16      meeting were upset -- were blaming us as Republicans

17      for not having voter photo I.D. and they couldn't

18      understand why they didn't have that and assumed

19      that we were at fault.  What's happened in the

20      meantime is the Democrat candidate, Hispanic

21      candidate that barely lost to the Republican, has

22      now changed parties.  He's going to run as a

23      Republican in 2012 and very well may face this same

24      Democrat African American candidate.  So I may have

25      the Democrat party in Tom Green County accusing the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001713

TX_00028368

1    Republican party of having a candidate who's using

2    voter I.D. cards without photo I.D and having voter

3    impersonation to win the seat as a Republican.  I

4    may be the first County Chairman in Texas to face

5    Democrats accusing us of using voter impersonation

6    to win one of our races.

7                So my point is is that among grassroots

8    rank and file Democrat voters in Tom Green County,

9    the sentiment for voter photo I.D is very high.  The

10   only person who opposes it is the -- is the

11   Democratic Chairman.  Thank you.

12                CHAIRMAN BONNEN:  Thank you.

13                REPRESENTATIVE HARLESS:  Thank you.

14                CHAIRMAN BONNEN:  Any questions,

15   Members?  Thank you.

16                RUSS DUERSTINE:  Thank you very much.

17                CHAIRMAN BONNEN:  Yes.  (Inaudible).

18          Okay.  We're going to see if we can have

19   the Skype work.  Make it ten minutes.  Have you made

20   contact with --

21          Justin Levitt, professor, Loyola Law

22   School in Los Angeles.  Okay.  Can he see us?

23                UNIDENTIFIED REPRESENTATIVE:  He can.

24                REPRESENTATIVE VEASEY:  Can he see

25   all of us?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001714

```
 1                    CHAIRMAN BONNEN:  Can you see
 2      everybody?  We see you quite nicely.
 3                    REPRESENTATIVE VEASEY:  Do we need to
 4      turn on our microphones?
 5                    CHAIRMAN BONNEN:  Only if you're
 6      talking.  Yeah, if you're talking.
 7                    UNIDENTIFIED SPEAKER:  (Inaudible).
 8                    CHAIRMAN BONNEN:  Can you begin?
 9                    UNIDENTIFIED SPEAKER:  (Inaudible).
10                    CHAIRMAN BONNEN:  Must be delayed.
11                    UNIDENTIFIED SPEAKER:  (Inaudible).
12                    CHAIRMAN BONNEN:  I don't know if
13      we'll still be there in two hours.
14                    UNIDENTIFIED SPEAKER:  (Inaudible).
15                    CHAIRMAN BONNEN:  That would be
16      wonderful.  And if we are here in two hours, we will
17      try and reach you again.
18                    UNIDENTIFIED SPEAKER:  Thank you very
19      much, Mr. Chair.  (Inaudible).
20                    CHAIRMAN BONNEN:  Apologize for the
21      timing.  Thank you.
22              Okay.  So let's hold that.
23                    UNIDENTIFIED REPRESENTATIVE:
24      (Inaudible).
25                    CHAIRMAN BONNEN:  I know.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001715

```
 1        (Inaudible).  Hello?  Yes.  Toby Moore.  How are

 2   you?  Are you still available to give your

 3   testimony?

 4                    TOBY MOORE:  At your convenience.

 5                    CHAIRMAN BONNEN:  We appreciate that.

 6   We know we're pushing it on the time limit.  We

 7   apologize.

 8           This is Toby Moore.  He is a private

 9   individual, who is a researcher, who is testifying

10   neutral on the Committee Substitute Senate Bill 14.

11           Mr. Moore, are you able to see me and the

12   Committee?

13                    TOBY MOORE:  Yes, I am.

14                    CHAIRMAN BONNEN:  Very good.  You

15   have ten minutes.  And -- and if you would, please,

16   state your name and -- for the record and who you're

17   with and begin your testimony.  And we appreciate

18   your time.

19                    TOBY MOORE:  Thank you.

20           My name is Toby Moore.  I'm a researcher

21   here in Washington.  I work for the Department of

22   Justice as a senior researcher from 2000 to 2006

23   where I worked on photo I.D in similar cases.  Since

24   leaving the Department in 2006, I've held a series

25   of jobs at American University with Carter Baker
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028371

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 12 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

216

```
1        (inaudible) and a lot of profit and nonprofit

2        research organizations.

3             I'm conducting supervising research on

4        elections and voting.  I'm currently advising the

5        Department of Defense on research on (inaudible)

6        voting.  And as you said, I'm speaking as a private

7        citizen.  I'm neutral on the bill.

8             I think that my most valuable contribution

9        to make today is to talk a little bit about the

10       Section 5 process that the bill -- that any voter

11       I.D. bill from a covered jurisdiction such as Texas

12       will go through, what parts of the bill I think will

13       come under special scrutiny.  And while I will not

14       address it in my testimony, I'll be glad to talk

15       about in (inaudible) Baker proposal from 2005 and

16       the (inaudible) research into voters I.D. generally.

17             As I said, I'll be brief and -- and leave

18       time to answer any questions you might have.

19             As you know, any voter I.D. bill passed by

20       the Texas Legislature will need to pass preclearance

21       under Section 5 of the Voting Rights Act previous

22       for that.  And so the bill, as you know, will go to

23       the Department of Justice Civil Rights Division or

24       the District Court in D.C.

25             Early in (inaudible) anticipate a fair but
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028372

```
 1      very thorough hearing.  The DOJ may be a more
 2      predictable avenue.  It may be somewhat faster and
 3      less burdensome for the State.  But either -- in
 4      either case, you will receive a very thorough
 5      investigation of potential impacts of bill and up
 6      there (inaudible).
 7              Remainder of the Section 5 analysis of the
 8      voter I.D. bill would focus on -- in the comparison
 9      of the new law to what's called the benchmark, the
10      current law.  I say this to remind the Committee
11      that the -- the voter I.D. law as -- if passed would
12      not be compared to other voter I.D. laws in the
13      country, not to the Georgia law or Indiana law, but
14      (inaudible) law, but simply as a before and after
15      comparison with Texas' own law.  Obviously, the
16      Supreme Court decision upholding the Indiana voter
17      I.D. law will make it somewhat easier to win
18      preclearance, but the basic analysis will be before
19      and after the Texas -- the new Texas voter I.D. law
20      versus benchmark.
21              And this is another reminder.  The burden
22      will be on the State and not in Washington, whether
23      you go to District Court or to Department of Justice
24      to meet the -- to meet the burden.  The State will
25      have to show that the law does not have the intent
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028373

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 14 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

218

1       nor the effect of abridging minority voters' rights

2       and equal right to participate in the process and

3       choose candidates of their own preference.

4               The cost of burden is on the State.  The

5       State will need to be specific in its justification

6       information that it provides to Washington.  In

7       particular, it would need to be very specific about

8       what Texas knows or understands or thinks about the

9       impact of the law, what it knows or thinks about who

10      does -- who does and does not have the I.D. required

11      and whether that rate of ownership varies across

12      racial and ethnic groups.

13              In the absence of any information from

14      Texas, the Department of Justice, I would expect, or

15      the District Court would look to other states, other

16      studies and experience in trying to determine what

17      this impact would be.

18              The State should be very specific about

19      remedial measures, remedial measures being efforts

20      to offset any disparate impact of the law.  And

21      these measures, as I'll talk about in a minute, need

22      to be in law and in place and -- and (inaudible)

23      implemented and not promised or planned.  And I

24      think the State is going to have to show,

25      particularly with the budget crutches across the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028374

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 15 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

219

1       country, that it is making the financial commitment

2       to follow through on any voter education, free I.D.

3       plans, that sort of thing.

4              So some elements -- particular elements of

5       the bill I think will receive particular attention,

6       and I think it's worth reminding.  (Inaudible) this

7       voter I.D. bill over the last five or six years.

8       These are complicated pieces of legislation, and

9       it's very difficult to compare voter I.D.s

10      between -- voter I.D. bills between states.  To

11      make -- we should avoid making blanket statements

12      about whether voter I.D. is permissible and will be

13      upheld under Section 5 of the Supreme Court.

14      Particular pieces of legislation have been

15      precleared or been upheld by the Supreme Court, but

16      these are complicated.  They have different

17      (inaudible)  Supreme Court of the United States even

18      if they have the same basic goal of -- of requiring

19      instead photo I.D.s.

20             Some similarities that I think are going

21      to receive particular scrutiny from either the

22      Supreme Court or the Department of Justice under

23      Section 5 of the bill of voting rights.

24             Act analysis, one of the provisions for

25      making I.D. free.  I think the Court and Department



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028375

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 16 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

220

1     of Justice have been wary of poll tax implications,

2     which that is -- even -- an implied burden on the

3     individual for the right to vote.  Are there

4     guarantees in the bill that would provide -- to --

5     that make sure that people can get an I.D. for free

6     for voting without having to declare indigency is --

7     I think is going to be the first -- is going to be a

8     hurdle to meet.

9                Second, one of the specific public

10    outreach and education programs the State is

11    committing to.  And I think you need both and -- you

12    need both education programs, public awareness

13    programs that inform voters of these changes, but

14    you also need outreach programs that target

15    vulnerable populations.  I think we know enough now

16    that we know that the poor or the elderly, members

17    of certain racial and ethnic groups, are less likely

18    to have I.D. than other groups.  And I -- I think it

19    goes a long way toward allaying fears of

20    retrogression if the State is committing and has

21    specific outreach programs to try to target those

22    communities for I.D.

23                Third, what are the fail-safe provisions?

24    What do you do if you don't have your I.D. on

25    election day to cast a provisional ballot and come



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028376

1    out and prove it out by providing -- providing photo

2    I.D?  And these can be complicated, you know.

3    States have traditionally provided for affidavit

4    fail-safes, which I understand is not part of your

5    lobbying occurring in Texas.  But there are, as you

6    know, ways for people who don't have their photo

7    I.D. to cast a ballot and come back and make sure

8    that their ballot is counted.

9             Fourth, what evidence does the State have

10   the impact, both total impact and disparate impact,

11   how many people don't have I.D.?  Any information

12   that the State can provide would go a long way

13   toward meeting its burden, whether these are

14   estimates, studies, surveys based on motor vehicle

15   and voter registration data.  You know, I would

16   encourage the State to provide the Department of

17   Justice or the District Court with as much

18   information as you can, because otherwise you're

19   going to risk being judged on the findings from

20   other states.

21            Conversely, what evidence of voter

22   impersonation does this state have?  That will be

23   important in justifying the law.

24            And, finally, particularly in light of the

25   Supreme Court ruling in Georgia versus Ashcroft



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 18 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

222

1    (phonetic), the opinion of minority communities will

2    take a special -- will add a special voice in

3    Section 5 analysis so that the Department or the

4    Courts will pay close attention to what minority

5    groups or (inaudible) -- voting rights groups think

6    of the legislation (inaudible) to which they were

7    consulted in the process.

8         That's what I have for you today.  I'll be

9    glad to answer any questions that the Committee

10   might have.

11        CHAIRMAN BONNEN:  Thank you,

12   Mr. Moore.  We appreciate it.  Are there questions,

13   Members?  Mr. Veasey?  Vice Chairman Veasey has had

14   some questions, Mr. Moore.

15        REPRESENTATIVE VEASEY:  Mr. Moore, I

16   wanted you to talk a little bit more about the

17   difference between Indiana and Texas being a

18   Section 5 state and how that may play into the

19   decision.  I know that you said that the Texas law

20   is more likely to be upheld.  But since the -- I

21   mean, since, the Supreme Court has already ruled

22   that the Indiana law is okay.  And so what I was

23   wondering -- I don't believe that Indiana is a

24   Section 5 state.  It may be, but I don't believe it

25   is.  And so how will that play into what the DOJ's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1      office looks into and how they reach a final

 2      determination?

 3                     TOBY MOORE:  Thank you for the

 4      question.

 5                     You're absolutely right.  On a technical

 6      level, Indiana -- the Supreme Court ruling on the

 7      Indiana law will not impact the analysis of the

 8      Texas bill, which will be compared to the current

 9      Texas law.  So that -- that analysis is very

10      different.

11                     But the reality is that the Department of

12      Justice is going to be less likely to object to an

13      I.D. law after the Supreme Court has upheld its

14      constitutionality as it did in the Indiana case.

15      But the -- the root analysis, the basic analysis and

16      the fundamental one is going to be the impact within

17      Texas.  And so it would not be unprecedented or

18      difficult at all for the Department of Justice to

19      object to a Texas law despite it passing

20      constitutional muster or being similar to a law that

21      is passed -- been upheld by the Supreme Court.  The

22      analysis is totally different.

23                     CHAIRMAN BONNEN:  Thank you.

24      Anything?

25                     REPRESENTATIVE VEASEY:  No.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028379

1          CHAIRMAN BONNEN:  Mr. Moore,

2     Representative Aliseda has a question.

3          REPRESENTATIVE ALISEDA:  Can Texas

4     avoid a DOJ review by going directly to a Court, to

5     have that determined by a Court?

6          TOBY MOORE:  Well, Texas certainly

7     has that statutory avenue available to it.  It's

8     going to be much less -- yes, it does.  I'm sorry.

9          REPRESENTATIVE ALISEDA:  That's fine.

10    Okay.

11          CHAIRMAN BONNEN:  Now, Mr. Veasey --

12    let me inter -- follow up on that.

13          You said it certainly does.  But I guess

14    the question is would it be wise?

15          TOBY MOORE:  I think that my advice

16    would be go through the Department of Justice.  It's

17    going to be quicker, it's going to be less

18    expensive, and you're going to get a fair hearing

19    from the Department of Justice.

20          If you go to the District Court, you open

21    yourself up to a court hearing.  You don't know what

22    the three judge panel will look like.  You may get

23    judges who are very skeptical of voter I.D.  It's

24    going to take longer, and you don't know what the

25    process is going -- how the process is going to run.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 21 of 188
Voter Fraud Hearing - Volume 2                      March 1, 2011

225

1         Texas has routinely sent changes in its
2     election and voting laws to the Department of
3     Justice.  There's a relationship between those
4     avenues of communication.  You know what the end
5     analysis looks like.  The information can flow much
6     faster.
7            So, I mean, my -- obviously, this is
8     something that Texas will have to consider carefully
9     to make its own decision, but I don't think that you
10    would lose anything by going to the Department of
11    Justice, and I think it would be faster and less
12    expensive.
13            CHAIRMAN BONNEN:  Thank you very
14    much.  Representative Veasey now has a question.
15            REPRESENTATIVE VEASEY:  Following up
16    on that real quickly, if the State decided to go to
17    court -- you talked about the process being quicker.
18    How long would it take, though?  I mean, if they
19    went to court would they possibly not have it in
20    place in time for the next election?  Like how --
21    how long does the process take, the legal process?
22            TOBY MOORE:  It can really be drawn
23    out.  The Court process now -- many times
24    redistricting processes are taken to the District
25    Court and put on what they call the Rocket Docket



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    and go through fast.  But I can't imagine the

2    District Court would see any need to hurry in its

3    analysis of this voter I.D. law.  It's not like a

4    district is redistricting where you have

5    malapportionment that needs to be remedied.  I would

6    think it would take much longer than the analysis

7    going through the DOJ, many months more.

8              REPRESENTATIVE VEASEY:  Especially

9    with all the --

10             UNIDENTIFIED SPEAKER:  (Inaudible).

11             REPRESENTATIVE VEASEY:  -- yeah,

12   especially with the reapportionment plans.  That's a

13   good point with this being a redistricting year.

14             I wanted to ask you about the likelihood

15   of the bill being passed with certain element added

16   to it or -- or -- or -- or to enhance it and make it

17   more fair.

18             Like, for instance, we talked a little bit

19   earlier before you were on about same day voter

20   registration or about, you know, fail-safe

21   affidavits to where, you know, people's vote would

22   count and then there would be some burden upon the

23   county registrar to show that there was voter

24   impersonation that was taking place.  Can you give

25   me your opinion on that?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 23 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

227

1            TOBY MOORE:  Well, I think as I've
2       testified in Texas before, my own personal
3       preference would be to implement fail-safe
4       affidavits at least for an election cycle or two and
5       then investigate what those affidavits look like and
6       see if -- and see who doesn't -- who's signing them.
7       I think that would be a good halfway measure before
8       a really hard and fast I.D. law, because if you --
9       if you ask for an I.D. and you implement the law as
10      you've written it, but then you have the affidavit
11      fail-safe, after the election you could go back and
12      look at who signed the affidavit and get a sense of
13      how many people don't have I.D., what their race and
14      ethnicity is.  And it would -- it would give you a
15      stronger footing and better understanding of the
16      impact of the bill.  I understand that that is
17      not -- is often seen as too much of a concession and
18      weakens the bill too much.
19            Same day election day voter registration,
20      I think, can offset some of the fears that voter
21      I.D. would suppress turnout, would give people
22      another avenue.  If you go back to the Georgia --
23      2005 Georgia bill, it -- in -- the State of Georgia
24      made a rather big deal about this in 2005.  That
25      bill loosens restrictions on absentee voting as a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028383

 1      means of trying to -- to promote turnout or previous

 2      avenues of turnout to offset any impact of voter

 3      I.D.  So I think all those things that -- should be

 4      considered, although obviously voter I.D. or same

 5      day or -- registration would be a -- it's a big

 6      change.

 7                  CHAIRMAN BONNEN:  Members, any other

 8      questions of Mr. Moore?

 9           Mr. Moore, we really appreciate your

10      working with us and doing this through this new

11      technology of Skype, and we appreciate your time and

12      thank you very much on behalf of the Committee.

13                  TOBY MOORE:  Thank you very much and

14      good luck.

15                  CHAIRMAN BONNEN:  Thank you, sir.

16           Now, obviously, it takes a moment to

17      transition from one Skype to another, but Tova Wang,

18      a senior fellow, will be testifying against.  She's

19      our ex -- one of our experts.  She will be provided

20      ten minutes when we get her online.  Is that DEMOS,

21      D-E-M-O-S?  Is that the group she's speaking on

22      behalf of?  Should it be Ns?  I'll ask her.

23           Mrs. Wang?

24                  TOVA WANG:  Yes, I'm here.  How are

25      you?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028384

```
 1                    CHAIRMAN BONNEN:  Oh, outstanding.
 2       Thank you very much, Mrs. Wang.  We appreciate your
 3       taking the time to join us today.
 4                    Just for the record, you are - and I need
 5       you to state it again - but Tova Wang, testifying
 6       against the Committee Substitute to Senate Bill 14.
 7       And you're representing D-E-M-S-S [sic], is that --
 8       what is that?
 9                    TOVA WANG:  That's DEMOS.
10                    CHAIRMAN BONNEN:  DEMOS.  That's
11       Greek?
12                    TOVA WANG:  That's correct.  Most
13       people don't get that.
14                    CHAIRMAN BONNEN:  Well --
15                    TOVA WANG:  Yes, for the people,
16       democracy.
17                    CHAIRMAN BONNEN:  Yes.  If you could,
18       please, you have ten minutes.  And then after your
19       ten minutes, which we will not interrupt you, you'll
20       have ten minutes uninterrupted to give your
21       testimony, and then the Committee Members may ask
22       you questions.  And so -- can you see us?  Uh-oh.
23       She seems to have frozen, maybe not herself
24       literally, but...
25                    Yes.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                    UNIDENTIFIED SPEAKER:  She just went

 2        completely off.

 3                    CHAIRMAN BONNEN:  She needs to go get

 4        with Mr. Moore.  They're not far from each other.

 5        That's -- the Skype went out.  (Inaudible) do

 6        anything special.  Where's Hawk Burg (phonetic)?

 7                    UNIDENTIFIED SPEAKER:  (Inaudible).

 8                    CHAIRMAN BONNEN:  Well, so the --

 9        Hawk Burg is out there.  Let him know we're doing

10        Skype testimony.  No.

11                    TOVA WANG:  Hello?

12                    CHAIRMAN BONNEN:  Yes.  Can you hear

13        us?  We can't see you, unfortunately, and if --

14                    TOVA WANG:  Yeah, I can hear you.  I

15        can see you.  But it looks like it's working.  Now I

16        can see you.

17                    UNIDENTIFIED SPEAKER:  We can't see

18        you.

19                    CHAIRMAN BONNEN:  But we cannot see

20        you, which is a problem.  But give us one moment and

21        see if we can fix that.

22                    TOVA WANG:  Sure.

23                    CHAIRMAN BONNEN:  (Inaudible).  Here

24        in an hour and a half.  Are you back?

25                    UNIDENTIFIED REPRESENTATIVE:  Yeah.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1                    CHAIRMAN BONNEN:  There's
 2        (inaudible).  I'm sorry.
 3                    UNIDENTIFIED SPEAKER:  Can you turn
 4        your camera off and then on?
 5                    TOVA WANG:  I'm not sure I know how
 6        to.  This is my first time doing this.  Where would
 7        the button be?
 8                    UNIDENTIFIED SPEAKER:  On the bottom
 9        of the screen there's a ribbon and there's "My
10        Video."  Do you see that?
11                    TOVA WANG:  Yes.
12                    UNIDENTIFIED SPEAKER:  Okay.  If you
13        would click that.
14                    TOVA WANG:  I'm clicking now.  Okay.
15                    CHAIRMAN BONNEN:  Oh, very good.
16                    TOVA WANG:  Hello.
17                    CHAIRMAN BONNEN:  See, you do know
18        what you're doing, because believe me, I don't know.
19        We have the luxury of having some audio visual -- I
20        guess that isn't even the right word anymore.
21                    But anyhow -- I don't know.  Where did
22        Mr. Veasey disappear to?  Okay.
23                    But Mrs. Wang, as I was saying, if you
24        would state your name and who you're with for the
25        record, and then we'll give you ten minutes
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 28 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

232

1     uninterrupted.  And then the Committee Members will

2     ask you questions.  We appreciate your time.

3                    TOVA WANG:  Thank you so much.

4     Thanks for allowing me to testify today.  My name is

5     Tova Wang, and I'm a Senior Democracy Fellow at

6     DEMOS, a nonpartisan advocacy project and

7     organization.

8             I have been working on issues related to

9     voting rights and actually voter I.D. in particular

10    for a decade now.

11            My comments will focus on the physical

12    costs of implementing voter I.D. voting.  These are

13    important situations in Texas.

14            My understanding is that the State has a

15    25 billion-dollar budget gap.  Many of you serve

16    their constituents.

17                    CHAIRMAN BONNEN:  No problem.

18                    TOVA WANG:  And honestly, with this

19    voter I.D. bill, the message to the citizens of the

20    Texas is while the State does not have money to

21    fully fund programs they will rely on, it does have

22    money to implement a program that will cost millions

23    of dollars to implement and addresses a problem that

24    essentially does not exist, impersonation of another

25    voter at the polls on election day.  And it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028388

1      threatens to disenfranchise legitimate Texan voters.

2            The fiscal note that has been produced

3      with this bill is extraordinarily flawed.  It

4      measures one aspect of the cost of the

5      constitutional voter identification law, that

6      measure far off the mark.  The cost to Texas to

7      implement this measure will be far higher than the

8      estimate in that document as is demonstrated in

9      other states that have implemented these laws like

10     Indiana and states that have (inaudible) pass these

11     laws determine the probable cost.

12           Let's look at providing identification for

13     people in Texas that don't have it as is required to

14     make the law pass constitutional scrutiny.  That is

15     not even including the fiscal (inaudible) of Texas.

16     The note simply says the cost is unknown.

17           While you may see (inaudible) Indiana has

18     cost last year -- and mind you, that was an off year

19     election and not a Presidential year.  Indiana said

20     it cost last year about $3.5 million.  Indiana has a

21     population of about 6 million citizens.  It has

22     approximately 4.5 million registered voters.  Texas

23     has a population of about 22 million citizens and

24     13 million registered voters.  If Texas' cost per

25     person are similar to that of Indiana, Texas -- it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028389

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 30 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

234

1    would cost Texas between ten and $13 million to

2    provide free I.D. in a mid-term election year, and

3    this is at a minimum.  The Texan citizenry is part

4    of a more diverse -- ethnically and racially, and

5    has a substantially higher poverty rate than

6    Indiana, indicating that many more people

7    (inaudible) photo (inaudible) in Texas versus

8    Indiana.  However, that figure does not even include

9    (inaudible) a huge list of other major expenses the

10   State will incur.

11          Let's talk first about voter education.

12   This is basically the only thing that's in the

13   fiscal note that's out there now.  And this is a

14   serious underestimation given what we -- what will

15   be required in order for this bill to be upheld in a

16   court of law.  Let me talk about Georgia for a

17   second.  Georgia passed this law in 2006.  Passed a

18   new law to (inaudible) flawed version of it.  Among

19   other things (inaudible) education and publicity

20   campaign regarding the new requirement.  Yet the

21   Court, once again, blocked the law, emphasized

22   inadequacy of (inaudible).  The Court stated that if

23   the State undertakes sufficient steps to inform

24   voters of law's requirements the statute may go

25   unchallenged.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1           Well, the Secretary of State has gone to

2      great lengths.  It did several mailings and multiple

3      brochures over election sites lacking a driver's

4      license.  They did PSAs on the radio, public service

5      announcements, cable television advertising and so

6      on.  And then the Court later upheld the law noting

7      the significance of the State voter education

8      effort.  So states agree that it's going to cost a

9      significant amount of money to view education

10     necessary for this to be basically legal.

11          In 2010, Missouri estimated that in order

12     to affect outreach before election that is

13     (inaudible) to draw new voters, it would cost 6.9

14     million dollars over three years for T.V.

15     announcements and other outreach to the State's

16     4 million registered voters.  This says to me that

17     in Texas voter population and outreach for

18     (inaudible) 13 million registered voters might cost

19     $55 million over the next three years given Texas'

20     much larger population.  Given (inaudible) that

21     these numbers seem like, let's say it's half that

22     amount.  Can the $2 million estimated for voter

23     education in the Texas bill be deemed credible?  I

24     think we agree it will be more than that.  There are

25     also implementation costs, most of which are not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028391

1      addressed in the fiscal notes.  Again, what I'm

2      talking about is based on my study of the range of

3      fiscal notes in other states for training.  This is

4      a new -- new world that will have to be implemented

5      and implemented fairly without determination.

6      Fairly complex thing to implement.  Missouri

7      estimated this would cost over $700,000.  Need to

8      hire more poll staff.  In 2009, Maryland estimated

9      that just in Montgomery County additional election

10     judges would cost about $110,000 for a primary and

11     general election.  The fiscal note puts additional

12     judges at $576,800 per precinct.  So you can imagine

13     what that would be in Texas, given the number of

14     precincts.

15             You also need to create new and

16     supplemental -- supplement existing training

17     material printing additional (inaudible) setting.

18     You have staffing a help line, adding and training

19     state and local election staff.  The Wisconsin

20     fiscal note approximates that full -- new full-time

21     hires will be needed to assist localities in

22     implementing the new law.  (Inaudible) Registration

23     database providing training on the changes.  Again,

24     Wisconsin, they estimate this will cost $138,000.

25     Updating the website.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028392

```
 1              And last but not least, the DMV is
 2      currently run on reduced hours at locations.
 3      Substantial State funding will be necessary to add
 4      additional staff and resources to Department of
 5      Motor Vehicles and Transportation.  I have seen in
 6      news reports that there are some places in Texas
 7      where it takes more than two hours to get to a DMV.
 8      This is a major issue that arose in the Supreme
 9      Court opinions regarding the constitutionality of
10      the Indiana voter I.D. law.
11              The bill would also add substantially
12      (inaudible) hard-working election officials already
13      (inaudible) who are already stretched thin and by
14      an -- a variety of continuing and complicated rules.
15      One example is -- as I alluded to earlier, was
16      additional poll worker training will be required if
17      you want to make sure it's implemented in a
18      non-discriminatory action and in accordance with the
19      Voting Rights Act.  We have seen that discriminatory
20      implementation of voter I.D. laws is a major
21      problem, especially with respect to Latino voters.
22      And -- and, moreover, you're really basically having
23      to train poll workers to perform a law enforcement
24      function by checking the validity of people, like
25      identifying documents.  And you'll also have the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028393

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 34 of 188
Voter Fraud Hearing - Volume 2                        March 1, 2011

238

1      additional cost of printing additional ballots.

2              So I feel that -- and yet, I have to also

3      point out just for a minute - and I know you've

4      heard this - but even if a voter I.D. will cost the

5      State nothing and require nothing of State elections

6      officials or local election officials to implement

7      and be a wrong policy -- I know that you're familiar

8      with some of these numbers, so I won't go through

9      them in detail.  But we know that a large number of

10     people don't have the identification that you would

11     require in this bill, maybe as many or more as a

12     million people in Texas.  And this -- this

13     proportionately affects young people, African

14     Americans, Latinos, new American citizens and low

15     income Americans.  And I can provide you details on

16     that.

17             And, moreover, numerous studies, national

18     and state-specific, have found that the rare

19     examples of some voter fraud are almost never the

20     kind that could be prevented by a voter

21     identification law.

22             Voter I.D. law is (inaudible).  Just one

23     exceedingly rare form of voter fraud, impersonation

24     of another registered voter at the polls.  Many

25     state legislators and elections officials are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028394

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 35 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

239

1     promoting I.D. bills, but they admit that there has

2     never been a case in some states of -- in most

3     states of voter impersonation at the polls, yet they

4     continue to pursue this policy.

5          For example, the very small number of

6     irregularities that do occur at the polls, it seems

7     a lot of them involve people with felony convictions

8     who vote, not realizing that they are ineligible to

9     do so.  Obviously, this would not be addressed by an

10    I.D. requirement, because your driver's license

11    doesn't indicate if you committed a felony in the

12    past.

13         Voter I.D. would also do nothing to do --

14    have -- do nothing to address problems with voter

15    registration fraud or (inaudible) ballot fraud.  So

16    it's very important not (inaudible) complete

17    different types of fraud that we may or may not have

18    problems with in the system and automatically jump

19    to the conclusion that voter I.D. is our best

20    answer.

21         And I would conclude by saying, you know,

22    here's the bottom line:  In this economy, does the

23    Texas State Legislature really want to pass a bill

24    that will mean spending millions of dollars chasing

25    a phantom problem and that might be



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028395

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 36 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

240

```
 1      unconstitutional?
 2               Thank you very much.  And I would be happy
 3      to take any questions.
 4               CHAIRMAN BONNEN:  Thank you,
 5      Mrs. Wang.  I'm sorry.  Thank you, Mrs. Wang.  Can
 6      you still see us?
 7               TOVA WANG:  I can.
 8               CHAIRMAN BONNEN:  Very good.  And we
 9      can still see you.  Members, are there questions?
10      Yeah, Representative -- Representative Aliseda will
11      begin with questions and then Representative Veasey.
12               REPRESENTATIVE ALISEDA:  What state
13      do you live in?
14               CHAIRMAN BONNEN:  (Inaudible).
15               REPRESENTATIVE ALISEDA:  What state
16      do you live in, ma'am?
17               TOVA WANG:  Oh, I'm sorry.  I live in
18      Washington, D.C., which is not a state.
19               REPRESENTATIVE ALISEDA:  All right.
20      Okay.  Well, you did not have the benefit of some of
21      the testimony we've had earlier, but we had
22      testimony from citizens saying that they believe the
23      electoral system in Texas is broken, and that they
24      think that this particular provision will help them
25      put more faith in the system.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028396

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 37 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

241

 1              Your testimony has been about the cost in

 2       monetary figures.  But can you really put a price in

 3       what it's going to take the citizens of our state to

 4       accept that we are doing the best we can to try to

 5       preserve the integrity -- integrity of the ballot?

 6                   TOVA WANG:  I think it's so important

 7       that voters have confidence in the election system,

 8       obviously.  I mean, the main goal I think for all of

 9       us is that the maximum number of people participate

10       in our elections.  I think what we really need to do

11       is educate people very, very honestly about what the

12       problems are in the system and what they are not.

13       And I don't think that we can generally pursue

14       public policy based on people's feelings about

15       things that aren't rooted in factual basis.  I think

16       we need to deal with the real problems in our

17       election system.  And I think that's the root to

18       greater voter confidence in the system, not sort of

19       creating different kind of so-called solutions that

20       don't really solve anything.

21                   REPRESENTATIVE ALISEDA:  Well, we've

22       had testimony from individuals saying that they

23       believe illegal aliens are voting in our elections.

24       And Texas does have -- does have an illegal alien

25       population.  This might be a solution to that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 38 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

242

1     problem if that is the case.

2               TOVA WANG:  Well, again, I'd like to

3     see the evidence for that.  I mean, the research

4     that I have seen has demonstrated and -- and if you

5     look at prosecutions and activities by the

6     Department of Justice and by local prosecutors, that

7     is an extremely limited problem.  There are -- and,

8     again, it's important to distinguish what the issues

9     are.

10              I understand that there have been

11    occasional times when undocumented persons have been

12    on the voter registration list.  Let's keep that

13    separate from somebody who's not a documented voter,

14    which is extremely rare.  I mean, let's -- let's

15    think about this very logically.  I think that it's

16    been made abundantly clear to people who are in this

17    country without papers that they need to be

18    extremely careful or they're going to be deported --

19    thrown in jail and deported.  And you have a

20    situation where undocumenteds are afraid to report

21    crimes that are committed against them, you

22    know, acts of violence, I think it sort of stretches

23    credulity that -- to think they're going to go to a

24    polling place and commit a felony that will get them

25    thrown in jail and deported.  So I would want to see



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 39 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

243

1    the evidence for people's beliefs that that is a

2    major problem.

3                    REPRESENTATIVE ALISEDA:  I don't know

4    how people got that belief, but it's out there.  And

5    I think --

6                    TOVA WANG:  Well, I think, then, the

7    answer is we need more education of the voters as to

8    what is really going on in the election system and

9    do something that will actually sort of backfire and

10   end up leaving people out of the process and

11   excluding people from the process, which may only

12   weaken voter confidence in the end.

13                   CHAIRMAN BONNEN:  Any questions?

14   Vice Chairman Veasey has some questions.

15                   REPRESENTATIVE VEASEY:  Yeah.  And on

16   what Representative Aliseda was saying, I'm not --

17   it -- it -- it really is interesting that people

18   sort of have these beliefs that have been around for

19   a long time about people casting fraudulent and

20   illegal votes.  It's not a new phenomenon in the

21   south or in this state or in other parts of the

22   country.  It just seems to have persisted long in

23   Texas and in parts of the deep south.  And I think

24   that we probably do need to look at that further,

25   because, you know I thought that was interesting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1        what you said, a lot of the things that are being

 2        discussed here today just simply are not rooted in

 3        the truth.  They are things that people have heard.

 4        They are -- they are rumors.  They are things that

 5        people have heard on the Internet.  And I just

 6        don't -- you know -- you know, just like the

 7        President's birthplace, I don't know where these

 8        sort of things start or where they begin and -- and

 9        what gets them going, but they seem to catch on.

10        And -- and people want to change laws based on them.

11        And I just think that that is -- is very dangerous.

12        And I wanted to ask you just about the legal costs

13        for the bill.

14             I don't know if you're aware, but we have

15        a huge deficit in this state, and so we're being

16        very cautious about every dime, every penny that we

17        spend, because we're talking about actually having

18        to make kindergarten classes larger, consolidate

19        classrooms, cut teachers' salaries.  Med -- nursing

20        home providers are saying they're going to have to

21        shut down some of their facilities if the budget

22        stands the way it is.  We have some of our community

23        colleges, which -- which consider -- I think do a

24        great job.  And I take a lot of classes at community

25        colleges.  We're talking about closing down some of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                      March 1, 2011

1      them.

2                What -- what sort of unexpected legal

3      costs in a large state like ours could -- could we

4      expect?  Obviously, there's going to be a lot that

5      goes into investigating and -- and talking with

6      people around the State, witnesses and what have

7      you.  What can we expect as far as legal costs are

8      concerned?

9                TOVA WANG:  Well, first of all,

10     expect (inaudible) Voting Rights Act really

11     (inaudible).  Imagine -- so that would be the first

12     step.  And I'm not too sure that it will get

13     (inaudible) clearance.  So there's that process

14     for -- at the outset.

15               I -- I am also willing to bet -- bet that

16     the State will be sued by any number of groups and

17     individuals -- individuals, challenging this bill

18     should it be passed.  And the cost of defending the

19     bill in a track of litigation process will also be

20     substantial.  And let -- let me just take the

21     opportunity to mention that I think there's a real

22     possibility that the Texas law could be struck down.

23     It's actually more restrictive than the Indiana bill

24     that was upheld by the Supreme Court temporarily, at

25     least.  Indiana allows voters to present any kind of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028401

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 42 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

246

1        government-issued photo I.D. including from a public

2        university or employee card with the photograph.

3        The Texas laws is (inaudible), if I understand it -

4        and correct me if I'm wrong - an I.D. from the

5        Department of Public Safety, a military I.D.,

6        citizenship documents, (inaudible), gun license or

7        passport.

8                This is a much narrower set of documents,

9        which means more people are excluded from this bill.

10       For example, only 30 percent of Americans have

11       passports, so that's not currently helpful.  It

12       doesn't even include tribal identification, which I

13       think clearly is a flaw that would be of interest to

14       a Court.  John Tanner, the former Chief of the

15       voting section in Department of Justice under

16       President Bush, even recently noted in an article I

17       saw that distances to DMVs in Texas make the Texas

18       law more vulnerable to constitutional attack,

19       because there is such a scarcity of them and there

20       are such limited hours.

21               So I think there are a lot of things that

22       distinguish this bill from Indiana that make it very

23       vulnerable to a challenge that will then cost the

24       State money to defend.

25                       REPRESENTATIVE VEASEY:  And -- and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001747

TX_00028402

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 43 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

247

 1     one -- I know one of the things that I'm concerned

 2     about is that the closest DMV to my house or in my

 3     district anyway -- and my district is largely

 4     African American or Hispanic, at least 70 percent

 5     so, and there's no bus to the nearest one.  My

 6     district is in Fort Worth, Texas, and North Richland

 7     Hills would be the closest voters -- or driver's

 8     license place.  And there's no, you know, bus or any

 9     way for some folks to get out there.  Now, they

10     could go across town in Fort Worth and over in

11     Wedgewood to go and get one.  But the one closest to

12     my district -- and I know it's the same thing in

13     south of Dallas, too, which is a largely African

14     American and Hispanic part of Dallas.  I don't know

15     that any of the places where you go to renew your

16     driver's license or get these cards are actually in

17     the community, that people have to go to north

18     Dallas, which is the more affluent section of Dallas

19     where -- where -- where most people have cars,

20     dependable transportation.

21             I wanted to ask you, also, and just in

22     your research in some of this, why would you

23     think -- why wouldn't Texas -- or -- or why wouldn't

24     other states -- I don't want to just say our state,

25     because I'm sure there are other states that are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028403

1    studying this, as well.  But why would certain
2    states in our union want to -- why wouldn't they
3    just pass the Indiana law or the Georgia law when
4    they know those have been upheld?  Do you have any
5    opinions on that?  Because I was kind of concerned
6    about the fact that -- you know, that, I guess, the
7    Supreme Court and the Justice Department has already
8    cleared the ones that are on the books right now,
9    but we seem to be sort of moving in another
10   direction.
11           TOVA WANG:  Yeah.  I mean, as I said,
12   what you've got in the bill, as I understand, is
13   more restrictive than Indiana and certainly more
14   restrictive than Georgia, which was -- I don't
15   believe Indiana needed clearance, but Georgia's did.
16   And that was extremely controversial, as you know.
17   And perhaps Toby Moore talked about this.  I'm not
18   sure the staff at the Department of Justice argued
19   for not preclearing the Georgia bill.  They ended up
20   doing so, but it's far more restrictive than
21   Georgia's bill.  So I don't know what's going on.
22           And, actually, Texas is not the only state
23   where the legislators are considering bills that are
24   more restrictive than those two states.  Those
25   population of these states are being targeted to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028404

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 45 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

249

1     have -- you know, one of the things that's been

2     really striking to me is that, you know, in 2008 we

3     had this voter experience.  And no matter what your

4     partisanship is, I think everyone was heartened by

5     the turnout among students, African Americans and

6     Latinos in scores and, overall, the enthusiasm.  And

7     it seems like just in the moment those people are

8     coming out those voices are being silenced by laws

9     like these, and I think that's really troubling.

10              REPRESENTATIVE VEASEY:  Would you be

11    able to comment on what sort of unfunded -- unfunded

12    mandate that local municipalities and counties may

13    encounter in trying to implement this law, which is

14    also another concern?

15              I know that a lot of the counties in the

16    State of Texas and lot of local governments have

17    asked that we not -- and I believe there's a bill

18    that one of the Chairmen here in the House has that

19    have -- and some people have signed onto saying no

20    unfunded mandates.  Can you talk about some of

21    the -- the burdens of cost that we placed on local

22    governments?

23              TOVA WANG:  Yeah.  Well, I mean,

24    every state's different on how they share the cost

25    of elections.  But -- so I'm not sure I can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028405

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 46 of 188
Voter Fraud Hearing - Volume 2                        March 1, 2011

250

1    specifically talk about Texas.  But I would really

2    recommend, and I can send to the Committee,

3    testimony that was submitted by the county clerks in

4    Wisconsin as a group, talking about the hardship

5    that this would put on county clerks all over the

6    State and how they would have to end up choosing

7    between providing emergency service and implementing

8    this law.  So clearly the people at the local level

9    are extremely concerned about this.  And I think

10   that this is at a time when elections officials,

11   especially over the last ten years when we have been

12   changing the rules on these people left and right,

13   are already pretty -- pretty overworked and pretty

14   stretched thin.  And so I -- I would definitely

15   recommend looking at that testimony from Wisconsin

16   to get a sense of type of burden that would be

17   expected and also talking to local people and -- and

18   seeing how they feel about it.

19                  REPRESENTATIVE VEASEY:  Okay.  Thank

20   you.

21                  CHAIRMAN BONNEN:  Any other

22   questions, Members?  Mrs. Wang, thank you very much

23   for your working with us --

24                  TOVA WANG:  Thank you.

25                  CHAIRMAN BONNEN:  -- today, and have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028406

1     a good evening.

2                    TOVA WANG:  You, too.

3                    CHAIRMAN BONNEN:  Thank you.

4                    UNIDENTIFIED REPRESENTATIVE:  Not a

5     question, but an objection.

6                    CHAIRMAN BONNEN:  Sure.

7                    UNIDENTIFIED SPEAKER:  I have talked

8     to the elected officials in my county and they

9     welcome voter I.D., regardless of the cost.

10                   CHAIRMAN BONNEN:  Excellent.  Thank

11    you.

12            Chair calls Sonia Santana, ACLU of Texas,

13    here to testify against the Committee Substitute to

14    Senate Bill 14.

15                   SONIA SANTANA:  Good afternoon,

16    Chairman Bonnen and Members.  I thank you for the

17    opportunity to speak this afternoon.

18            My name is Sonia Santana.  I'm here to

19    speak on behalf of ACLU Texas and to register our

20    position against Committee Substitute Senate Bill

21    14.

22            Our Executive Director, Terry Burk

23    (phonetic), was unable to be here, so I have

24    submitted written testimony, as well.

25            There are two concerns that I would like



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028407

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 48 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

252

1    to address specifically on this bill.  The first is

2    the cost of voter education and voter outreach, and

3    second is on provisional ballot concerns.  With

4    respect to the estimated voter outreach and voter

5    education program we are also very concerned that

6    the estimated $2 million is insufficient for an

7    adequate program to educate voters and poll workers

8    on what is a substantial change in election

9    procedure.

10          And I think this was mentioned by Tova

11   Wang, but we do know that in Missouri their fiscal

12   cost on their voter outreach program is 16.9 million

13   over three years.

14          In North Carolina, a most recent study

15   that they came out is estimating now that their cost

16   is going to be 20 million for three years.  So we

17   are very concerned that the amount we have in our

18   bill is not adequate for the job.

19          On the provisional ballot area we believe

20   that Texas already has a substantial problem in

21   Texas.  Nationally, the average rates for counting

22   provisional ballots is about 75 percent with

23   55 percent rejection rates.  In Texas, our rejection

24   rates are opposite.  We reject 75 percent of our

25   ballots and only accept 25.  This statistic seems to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028408

Case 2:13-cv-00193  Document 725-13  Filed on 11/17/14 in TXSD  Page 49 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

253

1     indicate that voters and poll workers are already

2     confused about, you know, provisional ballots in

3     general and how they're cast and how they're

4     actually processed.  So in the 2008 election, which

5     was our last Presidential election, we had 42,000

6     cast provisional ballots.  And of those, only 32,000

7     votes -- 32,000 were rejected.  So those are 32,000

8     voters that are -- already are confused about how to

9     cast a proper ballot and those votes were rejected.

10    So we think Texas already has a problem with

11    provisional ballots, and this is going to add

12    confusion to the issue and we're going to cause more

13    voters to go into this limbo of provisional ballots,

14    where they only have one in four chance of having

15    their provisional ballot count.

16            We would like to add that if this bill

17    passes, like (inaudible) suggested, the Legislature

18    actually fund a study data to collect the data on

19    rejection rates, the reason for rejection rates.

20    And, specifically, which communities are impacted by

21    these provisional ballots.  Thank you.

22            CHAIRMAN BONNEN:  Thank you.  Any

23    questions, Members?  Thank you.

24            Mary Ann Collins representing herself

25    and -- is here to testify for the Committee



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 50 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

254

1    Substitute to Senate Bill 14.

2              MARY ANN COLLINS:  I'm Mary Ann

3    Collins.  I'm been election judge for almost 30

4    years.  I -- I would like to address the issue of

5    fact that there's no fraud in ballot -- in

6    elections.

7              I have poll watched early voting.  And

8    while I was poll watching early voting, I saw a lady

9    come in with purple hair, and that absolutely got my

10   attention.  Later that afternoon I saw what I

11   thought was the very same lady with the purple hair

12   coming in to vote, and I thought, she's been here

13   before.  Then I thought, oh, no, she's passed the

14   qualifying table, so I'm just misreading things.  It

15   turned out later I was talking -- it dawned on me

16   that she indeed probably had been there before and

17   was voting on another person's certificate at that

18   time.

19             After our early voting was over, two or

20   three days later, I was talking to one of the clerks

21   on a completely unrelated issue and I said to her,

22   "I think there was a lady there who voted twice."

23   She said, "Oh, yes.  I know exactly who you're

24   talking about.  I even questioned her and asked her

25   if she had been here before, and she assured me that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028410

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 51 of 188
Voter Fraud Hearing - Volume 2                        March 1, 2011

255

```
 1      she had not."
 2              Now, without picture I.D. there's nothing
 3      to prevent a person going to early voting
 4      location -- to early voting location with another
 5      person's certificate.  So a person in reality in
 6      Dallas County in this last election could have gone
 7      to 32 different polling places in early voting with
 8      somebody else's certificate.
 9              I would also just like to address the
10      issue that was just brought up about the provisional
11      ballot.  I have also poll watched the ballot board
12      in Dallas County, and the majority of provisional
13      ballots that are rejected are rejected because
14      people are not registered to vote.  So that is my
15      testimony.
16              CHAIRMAN BONNEN:  Sorry we didn't
17      have more excitement for you here.
18              MARY ANN COLLINS:  Well, I always
19      like to witness some.
20              CHAIRMAN BONNEN:  For those of you
21      who have followed this issue know that I built quite
22      a relationship with Mrs. Collins last session
23      dealing with voter I.D. and with -- I won't name
24      names, but put one of our Members in a place that he
25      is seldom put.  And so we're very proud of --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028411

```
 1                      MARY ANN COLLINS:  It was one of my
 2     shining hours.
 3                      CHAIRMAN BONNEN:  It was one of the
 4     most shining.  But thank you, Mrs. Collins.
 5                 Any questions, Members?
 6                 Thank you for being here and hopefully
 7     we're going to get you out of here at a decent time.
 8                      MARY ANN COLLINS:  Thank you.
 9                      CHAIRMAN BONNEN:  Rebecca Bradford,
10     Texas Federation of Republican Women, here to
11     testify for the Committee Substitute to Senate Bill
12     14.
13                      REBECCA BRADFORD:  First of all,
14     Chairman Bonnen, thank you for being here, and
15     Members of the Committee.  I appreciate the work
16     that you are doing for me and -- and that you're
17     doing for my state.
18                 My name is Rebecca Bradford.  I live in
19     Corpus Christi in Nueces County.  I'm here today
20     testifying on behalf of Texas Federation of
21     Republican Women.  There are basic principles that
22     must be applied if our state is to remain strong and
23     free.  And one of these basic principles is the
24     confidence of our citizens.  They -- they do matter
25     when it comes to their government.  The way
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028412

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 53 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

257

1     individual citizens are involved in their government
2     is by voting for the leaders of that government.
3            In the 20 years that I've lived in south
4     Texas I've heard stories about illegal voting,
5     falsified ballots, election workers illegally
6     assisting others, ballots showing up from seemingly
7     nowhere to save the election for a particular
8     candidate and more.  The stories about voter fraud
9     are so common that they are expected as a part of
10    the election process.  I know people who personally
11    told me that they didn't bother to vote because they
12    didn't trust that their vote mattered.  They believe
13    whomever is chosen to win will find a way to win.
14    And historically, low voter turnout reflects that
15    kind of an attitude.
16           If the State of Texas can demonstrate
17    through a strong voter identification bill that it's
18    possible to begin to strengthen honesty and fairness
19    in our elections, it will go a long way in helping
20    citizens trust our government and want to
21    participate and help to keep Texas strong.
22           Interest across the State of Texas
23    regarding fair and honest elections is very high.
24    As the President of the Texas Federation of
25    Republican Women, I travel across the State visiting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028413

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 54 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

258

1    clubs and visiting members.  We have 162 clubs and

2    10,995 members in Texas.  The one issue that gets

3    noticeable and usually vocal response from an

4    audience of TFRW audiences is fair and honest

5    elections.  Our members have worked locally as

6    election judges, clerks and poll watchers, and voter

7    registration is a large project in many of our

8    clubs.  TFRW members understand the value of honest

9    elections and are hoping to encourage you to take

10   this very important first step in strengthening our

11   election process.

12          March 3rd is the 2011 Texas Federation of

13   Republican Women's Legislation Day in Austin.

14   Registrations to join our legislative day were at

15   890 members as of yesterday, and our office is still

16   getting requests for late registrations.  The issue

17   of fair and honest elections is the main reason for

18   their coming to visit their government.  We believe

19   the only way to have fair and honest government is

20   to start with fair and honest elections of leaders

21   that run that government.  The strong photo

22   identification requirements for voters will not

23   completely stop voter fraud, but it's a really good

24   place to start, and it will make elections fair and

25   honest.  It will demonstrate to citizens their votes



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028414

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 55 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

259

1    are important, and it will give citizens confidence

2    that the Texas government is working to keep Texas

3    strong.

4              Thank you very much for accepting my

5    testimony.

6              CHAIRMAN BONNEN:  Members, any

7    questions?  Representative Harless had a question.

8              REPRESENTATIVE HARLESS:  I just want

9    to thank you for coming and staying all day.

10   Rebecca and I have been long-time friends.  So thank

11   you.

12             REBECCA BRADFORD:  Thank you for

13   being here, and you.

14             CHAIRMAN BONNEN:  Thank you very

15   much.

16             REBECCA BRADFORD:  Thank you.

17             CHAIRMAN BONNEN:  Steve Finley.

18   Okay.

19             Carol Kitson, K-I-T-S-O-N, retired, here

20   to testify for Committee Substitute to Senate Bill

21   14.

22             CAROL KITSON:  Carole Kitson.  Good

23   afternoon.  My name is Carol Kitson.  I'm here to

24   testify for -- in favor of the Committee Substitute

25   for SB-14.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028415

1          In November 2 -- 2nd, 2010 general

2     election, I was an alternate judge at Harris County

3     precinct.  Others working that day were -- included

4     presiding judge, two clerks, two volunteer poll

5     watchers and a translator.  Everyone was there for

6     the entire period.  In the late afternoon the

7     election clerk, who was responsible for giving each

8     voter their JBC ticket to allow them to use the

9     machine, commented to the poll watcher -- to a poll

10    watcher that he had just given a code to a man who

11    had voted earlier that day.  The poll watcher agreed

12    with that and I, too, had noticed that particular

13    voter, because he had a very distinguishing

14    characteristic.  He had a very distinct --

15    distinctive facial scar and he had very limited use

16    of one arm, so he was very easy to note.  The

17    problem is I did not remember what name was on the

18    voter card that he had used for his first vote.  And

19    because we had no way of correctly identifying him,

20    as it is currently illegal to ask for a photo I.D.,

21    he voted a second time.

22          This man was recognizable, but it's

23    impossible to know how many individuals voted more

24    than once using different voter I.D. cards during

25    that busy election day.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028416

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 57 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

261

 1           Requiring all voters to prevent -- present
 2      a voter I.D. would prevent individuals from voting
 3      more than once.  And it's critically important,
 4      because even a few votes per precinct can
 5      fraudulently -- cast fraudulently can change the
 6      outcome of an election.
 7           In Falls County with 9,332 registered
 8      voters, a 42 percent turnout, there was a difference
 9      of only 86 votes between the top two candidates for
10      Governor.
11           In Val Verde County, with 27,801 voters,
12      almost a 26 percent turnout, only 271 votes
13      separated the top two candidates for Governor.
14           And in Bexar County, with a fourth highest
15      number of registered voters in the state at 905,859
16      voters and a 34 percent turnout, the difference
17      between the winner and loser of those votes was only
18      1,692 votes.  That means with 622 precincts it took
19      less than three -- three votes per precinct cast
20      fraudulently could change the entire outcome of the
21      Governor's race in that county.  Each fraudulently
22      cast vote diminishes all of the valid votes cast.
23      Every legal voter in Texas deserves to know that his
24      or her vote was counted correctly, and we need to
25      know the declared winner is truly the winner and not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028417

1        illegally elected because some voters used illegal

2        means to get their candidate elected.  We owe this

3        to ourselves, to all future generations of Texans.

4        Thank you.

5                    Any questions?

6                         CHAIRMAN BONNEN:  Yes, ma'am.  Any

7        questions, Members?

8                              REPRESENTATIVE VEASEY:  Dennis --

9                         CHAIRMAN BONNEN:  Yes, sir,

10       Mr. Veasey.

11                              REPRESENTATIVE VEASEY:  I would agree

12       with you, we owe it to everybody to make sure we

13       have fair elections, because, like you say, only a

14       few votes can change an election.  But the problem

15       we're having is the dialogue.  It needs to be a

16       two-way street.  I need to be listening to what

17       you're saying, but what some of us on the panel are

18       saying and what some of our witnesses are saying,

19       too, is that we need to also understand that a few

20       disenfranchised can also swing the election another

21       way.  And so everybody -- any time you come up with

22       some sort of a suggestion or solution to make it to

23       where people won't be disenfranchised, whether you

24       talk about fail-safe or whether you talk about, you

25       know, after the fail-safe affidavit or you talk



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001763

TX_00028418

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 59 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

263

1    about same day voter registration and, all of a

2    sudden, oh, no, oh, no.  And that's where we get

3    into trouble, because then it seems like there's

4    something nebulous going on when you don't make it a

5    two-way street and just make it a one-way street.

6             And so I'll just make comments to what

7    you're saying, because I hear you loud and clear,

8    and I hear the rest of the people who have testified

9    here in favor of the bill loud and clear.  But what

10   I'm saying, we've come a long way in this country,

11   and we need to make sure that both sides are being

12   fully appreciated and that concerns of all of our

13   citizens are being met and not just, you know, one

14   particular, you know, way of thought or one

15   particular avenue.  I -- and so that's all -- all

16   I'll say to that.  And I appreciate you coming to

17   take your time here today.

18            CAROL KITSON:  I appreciate your

19   comments, but earlier I believe there was testimony

20   that 609,000 voters are listed as not having a

21   Social Security card or driver's license.  You know,

22   the federal law requires everyone to have a Social

23   Security number.  All citizens must have a Social

24   Security number by age one.  So I would submit that

25   a large, large percentage, if not all, of those were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001764

TX_00028419

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 60 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

264

1    fraudulent voters.  And it's very difficult to catch

2    them, because we can't picture -- we can't take

3    photographs, we can't record.  That's why you don't

4    see cases that are prosecuted.  It's almost

5    impossible.

6              REPRESENTATIVE VEASEY:  And -- and

7    let me just say real quick, and I'm not trying to

8    hold you up at all, but we don't know how -- why

9    those people don't have Social Security.  There

10   could be a lot of --

11             CAROL KITSON:  I understand.

12             REPRESENTATIVE VEASEY:  -- reasons

13   why.  And so that's what I think that I'm really

14   trying to get past is just the sort of assumptions

15   that people make about people whether, you know,

16   they live in a certain neighborhood or whether they

17   live -- or whether they don't have a Social Security

18   card or whether they don't have a driver's license.

19   And there's just too much of that.

20             Like, I don't know if you were here when I

21   read the E-mail earlier that the Chairwoman of the

22   Republican party sent out, where she was saying

23   there's voter fraud going on in these specific

24   precincts and we need to send people out here to

25   watch these people.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001765

TX_00028420

1                    CAROL KITSON:  That is not

2        appropriate at all.

3                    REPRESENTATIVE VEASEY:  Right.  And

4        we don't --

5                    CAROL KITSON:  And I --

6                    REPRESENTATIVE VEASEY:  -- want to

7        start making generalizations why someone doesn't

8        have a Social Security card by age of one.  There

9        could be a variety of reasons.

10                    CAROL KITSON:  And I don't --

11                    CHAIRMAN BONNEN:  I don't think she

12        suggested why.  She's simply concerned that there's

13        a large number of people who don't, and she has no

14        way of confirm --

15                    CAROL KITSON:  Exactly.

16                    REPRESENTATIVE VEASEY:  I'm sorry.  I

17        misunderstood.  I thought you said most of these

18        people were committing voter fraud.

19                    CHAIRMAN BONNEN:  She said she

20        doesn't know if they are or not.

21                    CAROL KITSON:  There's no way of

22        telling.  No way to find out.

23                    REPRESENTATIVE VEASEY:  I apologize.

24                    CAROL KITSON:  So many came in with

25        voter I.D. cards I was shocked at how far back they



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028421

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 62 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

266

1    went, and none of them were signed.  So there's no

2    way to compare the signature.

3                    CHAIRMAN BONNEN:  Right.

4                    CAROL KITSON:  Thank you very much.

5                    CHAIRMAN BONNEN:  Ma'am, I apologize.

6    Representative Harless has questions.

7                    REPRESENTATIVE HARLESS:  We're going

8    to have an expert later from the Secretary of State

9    talking about those numbers.

10                   CAROL KITSON:  Uh-huh.

11                   REPRESENTATIVE HARLESS:  --

12   (inaudible).

13                   CAROL KITSON:  Oh, I will.

14                   REPRESENTATIVE HARLESS:  There's a

15   reason there's 690,000 people, because it wasn't

16   until 2006 that you had to list the last four of

17   Social Security or the I.D. or driver's license.  So

18   there are potentially people that registered prior

19   to that - I'm one of those - that haven't moved.

20   And so I'm still using my same voter's registration

21   card that doesn't have that identification on there.

22   And I think there will be testimony to that.

23                   CHAIRMAN BONNEN:  Great.

24                   CAROL KITSON:  Thank you very much.

25                   CHAIRMAN BONNEN:  Ramey -- I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1        it's Ramey, R-A-M-E-Y, Ko or Kory [sic], K-O,

 2        Attorney (inaudible) here to testify against the

 3        Committee Substitute to Senate Bill 14.

 4                  RAMEY KO:  I hope you don't mind me

 5        using my computer.

 6                  CHAIRMAN BONNEN:  No, whatever you

 7        need.

 8                  RAMEY KO:  All right.  When I can --

 9        can I start?

10                  CHAIRMAN BONNEN:  Yes.  Please state

11        your name --

12                  RAMEY KO:  Oh, okay.  My name is

13        Ramey Ko, and I'm an attorney.  And I currently

14        lecture at the University of Texas and teacher as

15        well for private (inaudible) company.  Some of you

16        may remember me from 2009, when I famously testified

17        on the name matching issues faced by Asian American

18        voters; resulted in some amount of controversy in

19        the media over the issue.  I'm happy to hear that

20        this version of the bill had some provisions in

21        there that addresses this issue.  However, I think

22        that there's certain other concerns that are

23        important to address.

24                  First of all, it's very important to

25        highlight the fact that ultimately the person who's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    on the front line and making these decisions are

2    poll workers.  These are poll workers who have a

3    very difficult job taking time out of their

4    schedules to volunteer to do something for

5    democracy; very admirable.  But given the record

6    turnouts of the last few election cycles with little

7    training and funding to support them in this

8    tremendously important job, errors do occur.  In

9    fact, the Asian American Legal Defense and Education

10   Fund has put forward a number of reports recently

11   through large sample size studies of numerous states

12   over the last several election cycles beginning in

13   2002.  Every year they do this, they find enormously

14   large amounts of improper or incorrect behavior on

15   the part of poll workers towards Asian American

16   voters.

17          In seven states sampled in the 2008

18   election, in the majority of Asian American voters

19   sampled, the majority, more than half in every

20   single state, reported being asked for improper or

21   illegal identification under those state's laws, the

22   majority.  That's under current law.  That doesn't

23   require -- and these were in states that do not

24   require photo I.D. and allows that -- in states that

25   have a -- greater I.D. requirements with more



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    complex elements that were even higher results.

2             The fact is that it's impossible to know

3    what turnout would be in the absence of such laws.

4    Just as much as people have been saying, oh, we

5    can't know how much fraud is going on, we can't know

6    how much people are being suppressed or who's being

7    discouraged from coming to the polls because of the

8    fact that they have these laws.  Right?

9             Well, anecdotal evidence is hardly

10   representative of broader trends.  These horror

11   stories I've heard tell me one thing, the system now

12   works.  Right?  These people are being caught.

13   Clearly all of these people who are coming to

14   testify and mechanisms exist to mark and review

15   suspect ballots.  We do know that voter turnout

16   among low income voters and among (inaudible) areas

17   is persistently low.  We also know that from

18   countless studies, personal account and personal

19   experience that many of those not originally born in

20   this country find this process intimidating.  Right?

21            So I'm agreed that those (inaudible) make

22   it difficult, maybe impossible, to prove voter

23   impersonation.  But then why pick this one out of

24   all possible ways to commit fraud, absentee

25   balloting -- heck, why don't we make people provide



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028425

1        a copy of their lease or their deed to prove their

2        residency?  I don't know.  Maybe people are lying

3        about this all the time.  Who knows?  Right?

4                So why not target absentee voting first

5        where fraud is documented?  Why not make people

6        produce these other types of documentations?  Right?

7                We're told that provisions exist in the

8        bill to account for these name changes that we

9        testified about last time.  But to what degree if

10       the problem with poll workers -- right?  If my

11       driver's license says Ramey Ko and my voter

12       registration roll says Bill Hi Sun (phonetic),

13       right, is the poll worker going to say that's even

14       close enough for me to be permitted to cast that

15       real ballot?  That's the judgment that's made.

16       These are the same poll workers, mind you, that

17       demanded incorrect illegal forms of I.D. in eight

18       states from the majority of Asian American voters

19       who voted.

20               We're also told that democracy's expanding

21       measures such as same day registration will be

22       easier to swallow if this passes.  They ask why

23       aren't they already in this bill.  If we're all so

24       determined to give people ideas [sic] -- I.D.s

25       because they need them for real life, which I agree



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028426

 1     with, working as an attorney with low income folks,

 2     then why not a longer phase then?  Right?

 3              The fact is that I came here -- or I'm

 4     here in this country because my parents came from

 5     Asia in order to escape the type of government that

 6     says that people who get to vote are restricted

 7     based on their status or who they are.

 8              The cost of faith in democracy is high.

 9     The Representative earlier who spoke -- who

10     highlighted that point, very true.  And millions

11     will lose that faith if this bill passes.  And if

12     you really believe that the cost of democracy is

13     worth whatever costs, then put your money where your

14     mouth is.  Put $50 million into this bill to do real

15     education, real outreach, real voting assistance.

16              To echo the earlier witness, every

17     suppressed vote diminishes the vote of every other

18     person cast -- every other vote cast.  Every person

19     who is scared to go to the polls because of how they

20     might be treated diminishes the vote of every other

21     per -- vote cast.

22              And that's my remarks for the day.  I'm

23     open for questions.

24              CHAIRMAN BONNEN:  Very good.  Any

25     questions, Members?  Yeah.  Representative Aliseda.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028427

1        REPRESENTATIVE ALISEDA:  Would you

2    agree with me that there's another form of voter

3    suppression and that is a voter suppression where

4    you do not believe in the system so you don't vote?

5        RAMEY KO:  I think that anything that

6    diminishes the value of democracy has the potential

7    to suppress the vote.

8        The problem is that when we know that

9    there's all of these potentials out there, right, we

10   have to find a way as policymakers to make a

11   decision to weigh, right, the cost and benefits of

12   addressing certain types of potential problems with

13   that democracy.

14       To me, to say that well, this is a

15   potential issue and if it really is out there and

16   these numbers that we think it might be, it's really

17   scary.  The problem's that argument could be applied

18   to absolutely anything I can come up with, right,

19   like the deed or title restriction I just mentioned

20   earlier.  Why not require people to produce a title

21   or a lease in order to prove their residence?

22       UNIDENTIFIED REPRESENTATIVE:  Your

23   family trees --

24       RAMEY KO:  Yeah.  Why not?  Maybe a

25   thousand people every day are fraudulently lying



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 69 of 188
Voter Fraud Hearing - Volume 2                        March 1, 2011

273

```
 1       about where they live.
 2                   UNIDENTIFIED REPRESENTATIVE:  It's
 3       not that farfetched.  I have a home in Bee County
 4       that's -- where 18 individuals are registered to
 5       vote.
 6                   RAMEY KO:  And I think we all know
 7       about the trailer park, correct, and a lot of
 8       controversies about exactly who's registered to vote
 9       in that district or not.
10                   CHAIRMAN BONNEN:  Any other
11       questions, Members?  Thank you for your testimony
12       today.
13                   RAMEY KO:  Thank you.
14                   CHAIRMAN BONNEN:  John Woods, a
15       graduate student, student government of the
16       University of Texas at Austin, here to testify
17       neutrally on the Committee Substitute to Senate Bill
18       14.
19                   CHAIRMAN BONNEN:  And, Mr. Woods, we
20       have a copy of, I guess, your testimony or -- or
21       something you've asked us to pass around.  And we're
22       doing that now.
23                   JOHN WOODS:  Thank you.  Mr. Chair,
24       Members of the Committee, thank you so much for your
25       time.  I -- my name is John Woods.  I'm a graduate
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001774

TX_00028429

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 70 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

274

1    student at University of Texas at Austin.  I'm a

2    member of student government.  I represent the

3    graduate school, and I am authorized to speak on

4    behalf of my constituents for this.

5           One issue a lot of graduate students face,

6    a lot of us come from out of state.  We don't

7    necessarily have Texas driver's licenses.  Many of

8    us, as somebody else mentioned earlier, use public

9    transportation and have no reason to have a driver's

10   license.

11          My understanding is the Supreme Court has

12   said before that you are entitled to vote where you

13   go to school whether it's in state or out of state

14   just as long as you only vote in one place and that

15   you don't necessarily need an in-state driver's

16   license to do that.

17          I, myself, am originally from the

18   Commonwealth of Virginia.  I moved here in 2007.

19   And I did get a Texas license, but I would point out

20   that I could go home at any time and register to

21   vote again in Virginia with my parents' address and

22   use a Virginia driver's license, and I could

23   actually probably vote in both states

24   simultaneously.  And I don't see how this bill

25   addresses that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028430

1       But my real concern is that graduate

2   students be able to use student I.D.s when they go

3   vote.  I think that that would be a good solution to

4   this problem.  It's something that all of my

5   constituents have.  I can see how maybe student

6   I.D.s need an expiration date or something like

7   that, but I think that's a solution the Committee

8   could consider looking at.

9       I'm also a little concerned about the

10  priorities of this bill.  I just -- I'd like to

11  note -- note a loophole that we noticed in student

12  government, which is that you can currently go buy a

13  gun in Texas without any I.D. at all, but you

14  wouldn't be able to vote under this bill without

15  I.D.  It seems strange to me that you get turned

16  away by a poll worker, go to a gun show, buy a gun,

17  and then threaten the poll worker into letting you

18  vote.  I think that's a loophole in this bill, and I

19  just wanted to mention it.

20      Lastly, there's a committee hearing one

21  session ago.  We had these two -- two guys who were

22  twins in student government.  And they were on the

23  other side of the aisle from me, but they came and

24  testified, and they did a great job.  You know, it

25  was interesting.  One was out of the room when the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028431

```
 1    other one was testifying.  And when the second one

 2    came to testify, the Chair of the committee noted,

 3    "Hey, didn't you already testify?"  And he said,

 4    "No, no.  That was my brother."  Now, these two

 5    guys, they dress exactly the same and they have the

 6    same speech mannerisms.  I still can't tell them

 7    apart.  Got to love them, you know.  And I just -- I

 8    just wanted to thank the Committee for not requiring

 9    me to show an I.D. in order to testify here.  Thank

10    you.

11              CHAIRMAN BONNEN:  Any questions,

12    Members?  Thank you.

13              UNIDENTIFIED REPRESENTATIVE:  Just a

14    quick one.

15              CHAIRMAN BONNEN:  Mr. (inaudible).

16              UNIDENTIFIED REPRESENTATIVE:  Thank

17    you, Mr. Chairman.  If you had an Oklahoma driver's

18    license but were registered at U.T., under this bill

19    would you be able to vote?

20              JOHN WOODS:  My understanding is that

21    you have to have a driver's license from the Texas

22    Department of Public Safety.  You could use a

23    passport, but if you did not have one --

24              UNIDENTIFIED REPRESENTATIVE:  That's

25    my understanding, too.  Thanks.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028432

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 73 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

277

```
 1                    JOHN WOODS:  Thank you very much.
 2                    CHAIRMAN BONNEN:  Ann McGeehan, the
 3       Elections Division of the Secretary of State,
 4       testifying neutral on Committee Substitute to Senate
 5       Bill 14.
 6                    ANN MCGEEHAN:  Good afternoon.  Ann
 7       McGeehan with the Office of the Texas Secretary of
 8       State.
 9                    CHAIRMAN BONNEN:  Questions, Members?
10       I think Mr. Veasey has questions.
11                    REPRESENTATIVE VEASEY:  I -- I --
12       I -- I'm sorry.  Let me turn on the microphone.  I
13       do have questions for you.
14                    I was concerned about the fiscal note.
15       Can you talk a little bit about the fiscal note that
16       you all came up with?  Because other smaller states,
17       states that are significantly smaller with -- than
18       ours, with a lot less television markets, came up
19       with much higher figures than you did.  So that --
20       that number sort of startled me a little bit.
21                    ANN MCGEEHAN:  Sure.  Yeah.  I would
22       be happy to explain how we arrived at that figure.
23                    Since the Help America Vote Act passed at
24       the federal level in 2002, the states have been
25       given some funds for voter education.  So the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

278

1    Secretary of State's office has done a statewide

2    voter education effort in 2006, eight and ten.  And

3    the average cost for those statewide voter education

4    efforts has been 2.5 million dollars.  So I can tell

5    you that for the 2010 cycle what we did was we spent

6    $2.5 million, and it included upgrades to our

7    website.  We created a new website called

8    VoteTX.org, or actually redesigned it.  It had been

9    created previously.  We did traditional advertising

10   in television, did some PSAs in television, radio

11   newspaper, experimented a little bit on the Internet

12   with FaceBook and Twitter, and also did some ads on

13   public transportation.

14          We did seven telethons in -- in the

15   Valley, Austin, Dallas and Houston, four on Spanish

16   T.V. stations and three on English.  And then we

17   also did a face-to-face outreach where we traveled

18   to 23 cities around the State and interacted

19   personally with more than 15,000 Texans.  So that's

20   what -- that's kind of the model of what we've done.

21          So when we were asked to prepare a fiscal

22   note, we looked at our past voter education efforts.

23   We also looked at in 2009, when the Senate passed a

24   voter I.D. bill that contained, I think, almost the

25   same language as what's in the current Committee



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001779

TX_00028434

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 75 of 188
Voter Fraud Hearing - Volume 2                         March 1, 2011

279

```
 1        Substitute, Senate Finance put a rider on the bill
 2        for $2 million, which to us indicated that that at
 3        least -- at least on the Senate side, that's what
 4        they thought was appropriate for the voter education
 5        program.
 6                    REPRESENTATIVE VEASEY:  What was --
 7        what was their methodology?  I'm sorry --
 8                    ANN MCGEEHAN:  The Senate's?
 9                    REPRESENTATIVE VEASEY:  -- for
10        arriving at that figure?
11                    ANN MCGEEHAN:  I don't know.
12                    REPRESENTATIVE VEASEY:  Did they --
13        did they share any with you?
14                    ANN MCGEEHAN:  Not with me.
15                    REPRESENTATIVE VEASEY:  The -- it's
16        just a number they -- they put out there?
17                    ANN MCGEEHAN:  Yes, I don't know how
18        they arrived at that number.
19                    REPRESENTATIVE VEASEY:  Okay.  Yeah.
20        Because I -- in Missouri it looks like the bill cost
21        a lot more than in Texas, and they have -- you know,
22        their biggest market was No. 20th.  And of course
23        Dallas/Fort Worth is No. 5, and Houston is No. 7,
24        San Antonio, 30, Austin, 42, El Paso, 46.  How --
25        how many -- how many television ads in the Metroplex
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028435

Voter Fraud Hearing - Volume 2                    March 1, 2011

280

```
1     could you buy with $750,000?

2                ANN MCGEEHAN:  Well, I know in

3     two-point -- I'm sorry, in 2010 we spent 1.8 million

4     just on purchasing the advertising.

5                REPRESENTATIVE VEASEY:  Okay.

6                ANN MCGEEHAN:  So I'm sure we could

7     get you the breakdown to show how much in each media

8     market, but the bulk was spent on purchasing the

9     advertising.

10               REPRESENTATIVE VEASEY:  Purchasing

11    all forms of advertising?

12               ANN MCGEEHAN:  Yeah.  That included

13    T.V., radio --

14               REPRESENTATIVE VEASEY:  Yeah.

15               ANN MCGEEHAN:  -- and newspaper.

16               REPRESENTATIVE VEASEY:  Do you know

17    how many spots you all were running like in the

18    Metroplex?

19               ANN MCGEEHAN:  We can get you the

20    detail on that, because I know the company we

21    contracted with I think gave us a detailed report of

22    exactly where it was aired and if we got any

23    earned -- earned media, things like that.  We can

24    get you that.

25               REPRESENTATIVE VEASEY:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001781

1              CHAIRMAN BONNEN:  Representative

2    Anchia.

3              REPRESENTATIVE ANCHIA:  Mr. Chairman,

4    I wanted to dovetail on a question -- the line of

5    questioning of Representative Veasey.

6              Again, Missouri had a two-year,

7    $9.5 million estimate for their voter I.D. bill in

8    2006, including the cost of free I.D.s, poll worker

9    training and the production of -- of voter education

10   material.  Missouri is a state one-fourth the size

11   of Texas.  Wisconsin, that has a population less

12   than one-point -- 5.6 million people, less than

13   one-fourth the size of the State of Texas, had an

14   annual fiscal note on their bill of 2.3 million.  So

15   biannual, it would be 4.6 in lost revenue due to the

16   provision of free I.D.s.

17             Maryland has a population of 5.6 million

18   where they provide free I.D.s only in limited

19   circumstances, projecting a $1.6 million annual

20   fiscal note.  In 2010, Indiana, which was later --

21   which was after -- after the initial passage of the

22   bill, which was required to provide free I.D.s, they

23   have a population of 6.4 million, about a quarter of

24   the size of the State of Texas.  They spent 1.3

25   million to provide free I.D.s.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001782

1          In that $2 million figure, do you have

2     any -- do you have any -- any data on the provision

3     of free I.D.s, or is it exclusively your marketing

4     budget?

5               ANN MCGEEHAN:  2 million was

6     exclusively for the voter education effort.

7               UNIDENTIFIED REPRESENTATIVE:  Okay.

8               ANN MCGEEHAN:  And as far as the

9     other states and -- like Missouri, I know that we --

10    we tried to get a little information, because

11    Senator Gallegos asked that question at the Senate

12    hearing.

13              UNIDENTIFIED REPRESENTATIVE:  Right.

14              ANN MCGEEHAN:  And one thing that was

15    different about their bill, which I think was later

16    struck down -- I don't think they ever implemented

17    the 2006 legislation --

18              UNIDENTIFIED REPRESENTATIVE:  Uh-huh.

19              ANN MCGEEHAN:  -- was that they were

20    actually having to install equipment throughout the

21    State to issue photo I.D.s for purposes of the

22    legislation, which is not in this bill.

23          So I -- I don't know about Wisconsin and

24    Maryland.  You know, each -- it depends on what the

25    bill says.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028438

1               UNIDENTIFIED REPRESENTATIVE:  I'll

2       talk a little bit about the media markets in

3       Missouri.  St. Louis and Kansas City are the two

4       largest.  They spent significantly more in

5       marketing.  You're basing -- same -- same thing with

6       other states.

7               You're -- you're -- you're basing your

8       estimate on T.V. commercials, print and I guess some

9       radio, $300,000 worth of radio on a -- an estimate

10      that -- of last year's expenditure, I guess, or a

11      prior year's expenditure with a significant change

12      if this bill passed.  Would you agree it's a pretty

13      significant change to current law?

14              ANN MCGEEHAN:  Yeah.

15              UNIDENTIFIED REPRESENTATIVE:  Okay.

16      Do you think -- do you think that the same -- the

17      same budget that you would use last time around with

18      no significant change in state law would be

19      appropriate for a voter education program with a

20      significant change in state law?

21              ANN MCGEEHAN:  Well, it's -- and I'll

22      try to state this clearly, because I don't know that

23      I explained it so well on the Senate side.  But we

24      do have plans, I guess, to have continuing voter

25      education programs, because we still have HABA



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028439

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 80 of 188
Voter Fraud Hearing - Volume 2                        March 1, 2011

284

1    funds.  So when we were asked to prepare this fiscal

2    note, we were assuming we're going to continue to do

3    our statewide education effort.  So we looked at how

4    do we weave in the new voter I.D. requirements into

5    a statewide voter education program.  So I can't

6    tell you exactly what that's going to end up being,

7    but if we're just asked for purposes of this fiscal

8    note to say what does it cost to educate on voter

9    I.D., that was our best guess, because we -- we will

10   integrate it with, you know, whatever voter

11   education program we do for 2012.  So if we do

12   2.5 million effort in 2012, you know, some of that

13   will cover voter education, maybe will go to a

14   little higher than that.  But I guess the point is

15   we have federal dollars to educate voters on the

16   process to vote and get registered. And so we will

17   incorporate and enhance it to include education on

18   the new voter I.D. requirements.

19            UNIDENTIFIED REPRESENTATIVE:  And

20   would that -- would that education occur over a

21   year, two years?  Would it be ongoing?  The bill --

22   the bill doesn't specify.  What's -- what's your

23   view and what do the HABA dollars come in?

24            ANN MCGEEHAN:  The -- the bill I

25   think says that we have to start preparing the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028440

```
 1     training and the voter education as soon as
 2     possible.  Our fiscal note assumes that it would
 3     just be for one cycle, so I think we put it all for
 4     the 2012 fiscal year.
 5              We have $7 million left in the State
 6     Treasury that's earmarked for voter education and
 7     poll worker training, election official training.
 8                   UNIDENTIFIED REPRESENTATIVE:  Those
 9     are HABA funds?
10                   ANN MCGEEHAN:  Those are the HABA
11     funds, and they don't expire.  I don't think the
12     federal government can take them back, but we are
13     hearing that they're not -- they don't have any
14     plans to issue any more funds.  So, essentially,
15     that's all we've got.
16                   UNIDENTIFIED REPRESENTATIVE:  In the
17     new -- on the significant change in legislation for
18     one election cycle, essentially for the 2012
19     election cycle?
20                   ANN MCGEEHAN:  Well, based on the
21     language that's in the bill.
22                   UNIDENTIFIED REPRESENTATIVE:  Based
23     on language that's in the bill?
24                   ANN MCGEEHAN:  Right.
25                   UNIDENTIFIED REPRESENTATIVE:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028441

Voter Fraud Hearing - Volume 2                    March 1, 2011

1      How -- for major changes in legislation -- well, let

2      me back up a step.

3               What's your evaluation of poll worker

4      training currently in the -- in the counties?

5               ANN MCGEEHAN:  In the counties?  I

6      think that there are a variety of tools counties can

7      use to educate poll workers.  We -- with our HABA

8      dollars, we created an online poll worker training

9      that's free for all counties to use.  Some counties

10     have used their HABA funds to create their own

11     specific online training.  Most counties do some

12     form of in-person training, where they require

13     workers to come in, you know, see the machines,

14     learn how to operate the machines.  We, the

15     Secretary of State's office, has a 30-minute video

16     that we do, and we update usually every two years.

17     That's also free of charge.  So there's some

18     different ways.

19               UNIDENTIFIED REPRESENTATIVE:  You

20     answered a different question, though.

21               ANN MCGEEHAN:  Oh.

22               UNIDENTIFIED REPRESENTATIVE:  You

23     answered what resources are available, which I

24     appreciate.  But what's your -- what's your

25     assessment of the quality of poll worker training?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001787

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 83 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

287

```
 1        And I know it's difficult to get poll workers.

 2        There's turnover frequently.  We pay them very

 3        little.  I believe that they're volunteers.

 4              When you have a -- a change in the

 5        Election Code, just a minor change, by way of

 6        example, it doesn't immediately filter down to all

 7        poll workers, does it?  I mean, ensuring practice

 8        and implementation, it's something that takes time?

 9                    ANN MCGEEHAN:  Sure.

10                    UNIDENTIFIED REPRESENTATIVE:  Isn't

11        that right?

12                    ANN MCGEEHAN:  That's right.

13                    UNIDENTIFIED REPRESENTATIVE:  I mean,

14        because I hear from poll workers all the time and,

15        you know, they didn't know the law had changed.  I

16        tried to do some continuing education myself, having

17        sat on the Elections Committee in the past, to bring

18        people up to speed.  And I'm always very impressed

19        at how earnest the poll workers are, but also

20        sometimes very surprised -- you know, they're not

21        Election Code experts and it does take some time for

22        changes in the Election Code to filter down to them.

23              For a change of this magnitude, do you

24        think it will take some time for folks to be aware

25        of the law?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028443

```
1                    ANN MCGEEHAN:  I think it will take
2       some time.  I think the bill has some very strict
3       requirements in there, though, that requires all
4       judges and clerks to take the Secretary of
5       State-prescribed training.  So it -- it sounds to me
6       like it's a mandate that they have to take that
7       training, whereas right now in many elections it's
8       optional.
9                    UNIDENTIFIED REPRESENTATIVE:  How
10      much is that going to cost for everybody to take the
11      training?
12                   ANN MCGEEHAN:  Our plans will be to
13      update our video and to update the online training.
14      So that would be two free for, you know, counties to
15      use and for citizens to use on top of whatever the
16      counties may be using, as well.
17                   UNIDENTIFIED REPRESENTATIVE:  Do you
18      think with a mandate like that, would that mandate
19      be satisfied by watching the video?
20                   ANN MCGEEHAN:  I think it could be.
21      Currently, that is used for poll worker training.
22                   UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
23      So that would be enough?
24                   ANN MCGEEHAN:  Unless the statute is
25      changed.  But as currently written, I think that
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 85 of 188
Voter Fraud Hearing - Volume 2                     March 1, 2011

289

```
 1        would satisfy the bill.
 2                    UNIDENTIFIED REPRESENTATIVE:  Okay.
 3        Does it surprise you that people -- that poll
 4        workers are already asking for photo I.D. despite
 5        the training that occurs?  Does that surprise you?
 6                    ANN MCGEEHAN:  We have heard that
 7        before, yes.
 8                    UNIDENTIFIED REPRESENTATIVE:  Quite a
 9        bit.  Even in the district that I represent we've
10        got folks that are asking for photo I.D. currently.
11             A lot of people have been talking about a
12        600,000 registered voter figure.  These people --
13        these are people who apparently registered without
14        using some form -- either their Social Security
15        number or a -- a driver's license number.
16             Isn't the use even bigger than that?  I
17        mean, I see a figure here that for people who did
18        not register without a driver's license number --
19        pardon me, for people who registered without their
20        driver's license ensuring the figure is more like
21        2.8 million.
22                    ANN MCGEEHAN:  That's true when you
23        look at the entire voter database.
24                    UNIDENTIFIED REPRESENTATIVE:  This is
25        your HABA-compliant database.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028445

 1                    ANN MCGEEHAN:  Right.  But, you know,

 2       prior to January 1, 2006, you could register to vote

 3       without providing your driver's license or Social

 4       Security number.  So people that were registered

 5       before 2006 may not have provided one of those.

 6       That doesn't necessarily mean that they don't have

 7       one, but they didn't have to provide one to get

 8       registered to vote.

 9                    UNIDENTIFIED REPRESENTATIVE:  Well,

10       we don't know whether they did or not, because it

11       wasn't listed.  Correct?

12             Have you all done a match to determine

13       with the driver's license file as to whether these

14       folks have driver's licenses or not?

15                    ANN MCGEEHAN:  Uh-huh.  We've been

16       asked to do that and we're looking at this to make

17       sure that -- looking at the official list of voters

18       in the Secretary of State's office, trying to

19       compare that to DPS.  And our IT Department is

20       looking at that, trying to get good matching

21       criteria, because without that unique identifying

22       number of the TDL, it can be sometimes difficult to

23       make sure you have the right match.

24                    UNIDENTIFIED REPRESENTATIVE:

25       Somebody came up and said there was 600 -- you have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 87 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

291

1    that $600,000 person figure.  Where does that come

2    from?  Do you have a frame of reference for that

3    figure that there were 600,000 people who did not

4    list after [sic] driver's license number or Social

5    Security number?

6              ANN MCGEEHAN:  I think they're all

7    coming from the same place, which that is -- and

8    I -- you know, when we have shared information with

9    the Legislature before, we've sort of shared two

10   sets of information.  One is -- that shows how many

11   people have stated they don't have a TDL number or

12   SSN number since January 1, because since --

13   January 1, 2006, because since January 1, 2006, it's

14   been required.  So since that time, we show 34,506

15   voters out of almost 4 million that stated they did

16   not have I.D.

17             UNIDENTIFIED REPRESENTATIVE:  Since

18   2006?

19             ANN MCGEEHAN:  Yes.

20             UNIDENTIFIED REPRESENTATIVE:  And is

21   there -- is there a provision -- provision in this

22   bill to identify that use of voters as possibly not

23   having I.D.?

24             ANN MCGEEHAN:  I'm sorry.  I didn't

25   understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028447

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 88 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

292

1           UNIDENTIFIED REPRESENTATIVE:  So, I

2    mean, if you're looking at possible uses of voters

3    that may not have the requisite I.D. to comply with

4    this bill, is there anything in the bill that would

5    require you to identify those folks, seek them out,

6    determine whether they have I.D. or not?

7           ANN MCGEEHAN:  No, I don't believe

8    so.

9           CHAIRMAN BONNEN:  Okay.  Let's

10   talk -- we talked, I know, briefly about training of

11   poll workers.

12          Under this bill, what new duties will poll

13   workers perform, what new duties?

14          ANN MCGEEHAN:  Let's see.  Of course,

15   the qualification process will change as far as what

16   they will, you know, require of a voter before

17   they're permitted to vote.  I can't really think of

18   any new.  They -- if a voter doesn't have I.D.

19   today, they vote provisionally.  So that will be the

20   same.

21          I guess the main change will be voters

22   that have filed a disability exemption with the

23   Voter Registrar.  Those voters aren't going to have

24   to show I.D.

25          A voter who is 70 years of age on or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001793

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 89 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

293

1    before January 2012 won't have to show I.D.  So

2    those will be some new decisions they'll have to

3    make.

4                    UNIDENTIFIED REPRESENTATIVE:  Talk to

5    me about how you would administer those two

6    exceptions, the disability and the age?

7                    ANN MCGEEHAN:  Well, we're going to

8    have to come up with detailed training.  So I

9    don't -- I don't -- I can't tell you exactly how

10   that's going to work.  You know, we'll try to be

11   very thoughtful about that and look to other states

12   for best practices.  But we'll have to revise our

13   handbooks, all our training, our online training,

14   video, to include guidance for the poll workers on

15   how to handle those new duties.

16                    CHAIRMAN BONNEN:  With respect to the

17   disability exemption, is there a document that the

18   person would put on file to receive that type of

19   exemption?

20                    ANN MCGEEHAN:  Yes.  The -- the

21   Committee Substitute -- and that document would be

22   filed with the Voter Registrar, not with the -- not

23   at the polling place.  And it allows written

24   documentation from the United States Social Security

25   Administration that evidence that the voter has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028449

```
 1      disability or written documentation from the United

 2      States Department of Veterans Affairs.

 3                      UNIDENTIFIED REPRESENTATIVE:  So

 4      those are the only two ways to get the exemption?

 5                      ANN MCGEEHAN:  Correct.

 6                      UNIDENTIFIED REPRESENTATIVE:  Okay.

 7      Okay.

 8                      CHAIRMAN BONNEN:  Representative

 9      (inaudible).

10                      UNIDENTIFIED REPRESENTATIVE:  Yeah,

11      yeah.

12                      CHAIRMAN BONNEN:  I was going to

13      allow Members of the Committee to ask questions.

14      And I see two of them have their lights on and have

15      for some time.  So, I mean, if you have more

16      questions, I'll come back to you, but I'd like to

17      let the Members of the Committee go ahead.

18      Representative Harless.

19                      REPRESENTATIVE HARLESS:  Hi.  How are

20      you?

21                      ANN MCGEEHAN:  I'm good.  Thank you.

22                      REPRESENTATIVE HARLESS:  Could you

23      tell us a little bit about the ongoing training that

24      the Secretary of State does as a part of their job

25      anyway?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028450

```
 1              ANN MCGEEHAN:  We -- we have several
 2     formats of training.  We have had a 30-minute video
 3     that we've had probably since the late '80s.  And we
 4     update that regularly, usually after a Legislative
 5     session.  We have detailed handbooks that are to be
 6     used inside polling places.  We have now an online
 7     voter -- online training process, and we also do
 8     schools and seminars.  So we have an annual seminar
 9     every summer for county officials.
10              REPRESENTATIVE HARLESS:  This is --
11     this is something that you continue to do every
12     year --
13              ANN MCGEEHAN:  Yes.
14              REPRESENTATIVE HARLESS:  -- as part
15     your budget?
16         Can you tell me -- we've talked a lot
17     about the Help America Vote Act fund.  How much
18     money was that originally?
19              ANN MCGEEHAN:  I have my note on that
20     somewhere.  Well, I think overall we've received
21     total for all the mandates in HABA about
22     $200 million and -- okay.  I -- I found it now.  I'm
23     sorry.  $227 million dollars.
24              REPRESENTATIVE HARLESS:  And how much
25     of that money have we spent?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001796

TX_00028451

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 92 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

296

1          ANN MCGEEHAN:  We have spent about 80
2     percent of that money.  What is remaining now is
3     about $47 million.
4               REPRESENTATIVE HARLESS:  And how much
5     money in the base budget that we received in the
6     House under the Secretary of State was in that base
7     budget appropriated for HABA money for federal
8     election training?
9               ANN MCGEEHAN:  I -- I believe in
10    House Bill 1 -- I don't think it's broken down by
11    purpose areas within HABA, but I think overall it
12    was about $37 million or --
13              REPRESENTATIVE HARLESS:  43, maybe?
14    It says under B1.4, "Strategy, elections
15    improvement, administration of federal Help America
16    Act -- Vote Act."
17              ANN MCGEEHAN:  I defer to you.  That
18    sounds right.
19              REPRESENTATIVE HARLESS:  So of the
20    $2 million it is likely, once this bill is passed,
21    that we can request that funds from the -- from the
22    Help America Vote Act to be appropriated to spend
23    additional monies as needed to train and get up to
24    speed on the photo I.D.?
25              ANN MCGEEHAN:  Right.  I mean, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1        guess, just to be clear, we already have drawn that
 2        money down based on our State plan.
 3                    REPRESENTATIVE HARLESS:  We have it
 4        set up in our base budget that we started with that
 5        that Pitts (phonetic) laid out?
 6                    ANN MCGEEHAN:  Yes.
 7                    REPRESENTATIVE HARLESS:  There's been
 8        a lot of conversation today about the 690,000 that
 9        we're talking about.  And I know Representative
10        Anchia mentioned to the 2.8 million or 5.2.
11             There's two sets of numbers we're working
12        with, two universes.  The first universe is
13        registered voters that are from January 1st of 2006
14        to December 31st, 2010.  Correct?
15                    ANN MCGEEHAN:  Right.
16                    REPRESENTATIVE HARLESS:  How many are
17        in that universe?
18                    ANN MCGEEHAN:  Total of all?
19                    REPRESENTATIVE HARLESS:  In that 2000
20        and -- January 1st, 2006 to December 31st, 2010.
21                    ANN MCGEEHAN:  I think the total --
22        the amount of voters that were registered during
23        that period is right under 4 million.
24                    REPRESENTATIVE HARLESS:  And those
25        are voters that, one, have a driver's license or
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001798

TX_00028453

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 94 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

298

1      I.D.; that's about 2.3 million.

2                    ANN MCGEEHAN:  Right.

3                    REPRESENTATIVE HARLESS:  Then there's

4      voters that have registered with the last four of

5      their Social Security number, which is about

6      294,000.

7                    ANN MCGEEHAN:  Right.

8                    REPRESENTATIVE HARLESS:  Then there's

9      voters that registered with both, which is 1.3

10     million.  And then there's a number of people that

11     registered that said they didn't have either.

12                    ANN MCGEEHAN:  Correct.

13                    REPRESENTATIVE HARLESS:  No Social

14     Security, no I.D., driver's license.  So that's

15     34,000.

16              Of that 3.9 million, that's .8 percent of

17     that universe from January 1st until December 31st.

18     Do I understand that correctly?

19                    ANN MCGEEHAN:  Yes, that's correct.

20                    REPRESENTATIVE HARLESS:  Okay.  So

21     now if we take all the statewide voters that are

22     registered, all of them, even the ones prior to

23     2006, which I would fall into that category, because

24     I haven't changed my address and I still have my

25     original voter registration that gets renewed every



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028454

1   couple years, that I did not provide a Social

2   Security last four or my I.D.

3            Of that number, how many do we have?

4                  ANN MCGEEHAN:  Of -- of that number

5   we have 5.2 million that showed TDL I.D.  We have

6   2.1 million that have a -- a Social Security number

7   on file.  And then the number of voters that have

8   both is 4.6 million.

9                  REPRESENTATIVE HARLESS:  Which totals

10  in -- in the ones that have neither numbers?

11                 ANN MCGEEHAN:  One with neither is

12  the 690,000 insuring 698,087.

13                 REPRESENTATIVE HARLESS:  The total

14  universes of registered voters that we have as the

15  last numbers we've received is 12 million about

16  655,000.

17           Now, of that 690,000 do we think all of

18  those people don't have either Social Security, I.D.

19  or driver's license?

20                 ANN MCGEEHAN:  I want to -- I want to

21  be careful on that, because, you know, we -- we

22  don't have direct evidence.  But we can say that

23  before 2006 it wasn't required.  So presumably, if

24  it wasn't required, people wouldn't give it.

25  Doesn't mean they didn't have it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1                 REPRESENTATIVE HARLESS:  So
 2      presumably some of those 690,000 people have
 3      driver's license or I.D. cards or Social Securitys
 4      [sic], they just did not have to require it at the
 5      time?
 6                 ANN MCGEEHAN:  I think that would be
 7      a fair statement.
 8                 REPRESENTATIVE HARLESS:  All right.
 9      Another question about the fiscal note that we've
10      talked about.  Some of the counties attached, you
11      know, small amounts of money that it would cost for
12      their county.  Aren't most -- how -- explain that to
13      me.  How can...
14                 ANN MCGEEHAN:  Well, I know on the
15      Senate side there may have been some confusion
16      regarding the voter registration certificate,
17      because the bill requires that the new voter I.D.
18      requirements appear on the back of the voter
19      registration certificate.  And I think that in
20      conversations with some county officials they were
21      thinking if you had to put it on the front of the
22      certificate there wouldn't be space.  So they
23      thought the certificate might need to be increased
24      in size, which would increase postage, but I don't
25      think that's necessarily required.  The bill doesn't
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    say that.  It just says that it goes directly on the
2    certificate.

3              I think another cost -- Tarrant County, I
4    think, had another cost for changing of the
5    provisional ballot affidavit form, some cost for
6    that.

7              REPRESENTATIVE HARLESS:  Now, there's
8    some assumptions that the Secretary of State
9    typically doesn't do a lot of this work.  But isn't
10   it true that they already do a lot of the work for
11   the training?  So those can be absorbed as part of
12   your normal expense of your budget.

13             ANN MCGEEHAN:  Right, right.  We
14   would -- you know, after every session we normally
15   have to revise our training materials.

16             REPRESENTATIVE HARLESS:  And can you
17   talk just a little - and I'll quit so everyone else
18   can ask their questions - but we've had some
19   questions about different last names and different
20   addresses.

21        What provisions will the Secretary of
22   State make on that, and is there training done for
23   that?

24             ANN MCGEEHAN:  Currently, there's no
25   training on that, because the law is silent on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028457

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 98 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

302

1    issue of what happens if the names don't match.  But

2    the Senate Bill 14, the engrossed version and the

3    Committee Substitute, contains some language about

4    as long as the names are substantially similar.  So

5    our training would have to include some standards

6    on, you know, what an election judge or clerk would

7    need to look for and what would be considered

8    substantially similar.

9              The addresses don't have to match right

10    now.  And that -- and that doesn't change under

11    Senate Bill 14.  You don't have to show, I don't

12    believe, that the -- the addresses have to -- you --

13    you're -- you have to ask every voter if they've

14    moved, but they don't have to show their -- their

15    identification doesn't have to show where they live.

16              REPRESENTATIVE HARLESS:  Thank you so

17    much --

18              ANN MCGEEHAN:  Sure.

19              REPRESENTATIVE HARLESS:  -- for

20    waiting all day and being patient.

21              ANN MCGEEHAN:  You're welcome.

22              CHAIRMAN BONNEN:  Representative

23    Aliseda.

24              REPRESENTATIVE ALISEDA:  What -- what

25    is the current state or federal law for purging



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1        voter lists.  Do you know?

2                ANN MCGEEHAN:  Yes.  That's covered

3        under the National Voter Registration Act, and there

4        are some requirements associated with that.  For

5        instance, you can't purge voters within so many days

6        of a November general election.  You can't purge

7        voters if you suspect that they've moved until

8        you've actually reached out to those voters and sent

9        them a mailing.  If they don't respond to that

10       mailing, their name goes to an inactive list or what

11       we call in Texas a suspect -- a suspense list.  And

12       they stay on that list for a period of two federal

13       general elections.  And if they don't vote or if

14       they don't correspond or communicate with the Voter

15       Registrar, their name would get purged on

16       November 30th of the second federal election.

17                REPRESENTATIVE ALISEDA:  Well, I'm

18       trying to understand how that particular law

19       interfaces with individuals who do not have an

20       identification of some sort.  You stated that since

21       2006 we have 34,000 of those individuals that have

22       indicated they don't have any form of

23       identification, but prior to 2006, we had an

24       additional 600,000 that didn't have to provide that

25       information.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028459

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 100 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

304

```
 1              So when would this purging require some

 2       kind of follow-up on identification?

 3              ANN MCGEEHAN:  Well, I don't --

 4       nothing -- there's nothing in the State law or -- or

 5       the federal law or this bill that would require

 6       somebody that registered to vote before 2006 to now

 7       provide a driver's license number or Social Security

 8       number.  When they present themselves for voting

 9       they're going to have to show a photo I.D.  But they

10       won't be required to provide that data to the Voter

11       Registrar.

12              REPRESENTATIVE ALISEDA:  As far as

13       the cost of education on this issue, does the State

14       allow for public service announcements by

15       broadcasting companies that have -- have --

16       frequently do some kind of voter -- voter education?

17              ANN MCGEEHAN:  Yes.  We definitely

18       try to make full use of that with our PSAs.

19              REPRESENTATIVE ALISEDA:  But it's not

20       figured into that two million or the --

21              ANN MCGEEHAN:  No, no.  That would

22       be --

23              REPRESENTATIVE ALISEDA:  -- 20

24       million or whatever it is you say we spend on

25       education?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028460

1                       ANN MCGEEHAN:  Right.  I mean, that's
2          something that we look for, but we'll probably go
3          out on bid to -- to -- for a company to help us form
4          this education program.  And that's something we
5          look at is what companies can promise that earned
6          media so that we only pay for this much, but then we
7          get it aired more times --
8                       REPRESENTATIVE ALISEDA:  Are these
9          hearings earned media in a sense in that we have
10         some public interest in this and I assume people are
11         following it?
12                      UNIDENTIFIED REPRESENTATIVE:  We
13         shouldn't flatter ourselves.
14                      REPRESENTATIVE ALISEDA:  No further
15         questions.
16                      CHAIRMAN BONNEN:  Representative
17         Anchia, do you have more questions?
18                      REPRESENTATIVE ANCHIA:  Just a couple
19         more, Mr. Chairman.  Thank you.
20                      CHAIRMAN BONNEN:  Take your time.  I
21         just --
22                      REPRESENTATIVE ANCHIA:  I appreciate
23         that.  I appreciate that.
24                   The statement was made earlier in that
25         600,000-people universe that -- that there were --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1      that that equaled fraudulent voters.  Do you share

 2      that belief?

 3                      ANN MCGEEHAN:  I have no reason to

 4      think that those voters are fraudulent.

 5                      REPRESENTATIVE ANCHIA:  Okay.  Okay.

 6      What happens to the voter registration certificate

 7      if this bill's passed in its current form?

 8                      ANN MCGEEHAN:  It continues to exist,

 9      and so it will be sent out and it will now contain

10      information on the identification requirements.  And

11      then voters who are 70 -- 70 as of January 2012 and

12      the voters that have the disability exemption, they

13      will be able to use their certificate as their forms

14      of I.D.

15                      REPRESENTATIVE ANCHIA:  Okay.  But it

16      will be sent to all registered voters.  Right?

17                      ANN MCGEEHAN:  Yes.

18                      REPRESENTATIVE ANCHIA:  We have

19      13 million, roughly, 12 --

20                      ANN MCGEEHAN:  A little under

21      13 million today.

22                      REPRESENTATIVE ANCHIA:  12.6, 12.6?

23                      ANN MCGEEHAN:  Yeah.  Yeah.

24                      REPRESENTATIVE ANCHIA:  What --

25      what -- what other functional purpose would it
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 103 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

307

1     serve?  I mean, if you're not -- if you're not 70,

2     you don't have the disability exemption.

3                 ANN MCGEEHAN:  I guess at this point

4     it's going to serve more as a -- an informational

5     tool to the voter.  It will tell them what districts

6     they're registered in, you know, which Congressional

7     district, which State Senatorial District.  I think

8     there's five districts that have to be districts on

9     the certificate.

10           Tell them their county election precinct

11    number, which might help them find out where they

12    need to go vote.  So I guess it would be more for

13    the voter's benefits and information.

14                 REPRESENTATIVE ANCHIA:  An

15    alternative approach that we've discussed many times

16    in this committee is simply adding a person's

17    picture to the voter registration certificate and --

18    which would be a pretty easy fix.  I think it -- the

19    technology certainly exists.  I mean, we might want

20    to import some late 1990 -- '80s technology to -- to

21    implement that very simple act, I mean, through a

22    bubble jet printer or something like that, if you

23    can find those.

24           Have you done a feasibility analysis on

25    that approach as opposed to this approach?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028463

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 104 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

308

1           ANN MCGEEHAN:  I think there's one or

2       two bills filed this session that kind of play that

3       kind of approach.  So I think we've tried to do some

4       research to -- for purpose of responding to the

5       fiscal note as to what they would take.

6               REPRESENTATIVE ANCHIA:  Because it

7       seems to me that would be the easiest fix here, just

8       to add someone's photo.  And there will be a

9       universe of people who don't have a photo on file.

10      Right?  So if it was possible, for example, to work

11      with Commander Deese (phonetic) at DPS and merge the

12      TDL database photos down and -- and do a match

13      with -- with the HABA-compliant --

14              ANN MCGEEHAN:  Right.

15              REPRESENTATIVE ANCHIA:  -- statewide

16      voter registration database, and then you dump down

17      the State I.D. photos, the non-TDL photos --

18              ANN MCGEEHAN:  Uh-huh.

19              REPRESENTATIVE ANCHIA:  -- and then

20      you dump down maybe a CHL universe, you -- you --

21      you probably hit a pretty significant number.  It

22      wouldn't be complete.  I mean, you would have to

23      have some sort of mechanism at the polls to gather

24      people's photos or an outreach.  But can you --

25      we've had these suggestions around for a couple



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    sessions now.  Can you talk about some of the -- the

2    opportunities there or the challenges?

3                    ANN MCGEEHAN:  You know, we've --

4    we've done some preliminary analysis.  I think the

5    effort there would -- would be one of, you know,

6    equipment and whether it would be the State issuing

7    these cards or whether it would be the county,

8    whether we'd give the -- you know, if -- if the

9    State wanted to fund the county to have the

10   equipment necessary to capture the pictures for

11   those people that aren't --

12                   REPRESENTATIVE ANCHIA:  Sounds like

13   we have HABA funds for this, though.  Right?

14                   ANN MCGEEHAN:  Well, HABA funds --

15   HABA, you know, has certain express purposes.  Voter

16   education is one.  I don't think we could use HABA

17   to implement voter I.D.

18                   REPRESENTATIVE ANCHIA:  Say that

19   again.

20                   ANN MCGEEHAN:  Well, HABA had -- has

21   very express requirements in the federal law.

22                   REPRESENTATIVE ANCHIA:  But you just

23   said you don't think you can use HABA funds to

24   implement voter I.D.

25                   ANN MCGEEHAN:  Well, meaning what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028465

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 106 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

310

```
1        you're talking about, to take people's pictures --

2                    REPRESENTATIVE ANCHIA:  So you could

3        use it to implement a photo I.D. regime, but you

4        couldn't use it to add people's photos to a voter

5        registration certificate?

6                    ANN MCGEEHAN:  We could look at

7        that -- at the language of the bill more closely.

8        But, you know, the main mandates of HABA were

9        provisional voting, voting system, security.  We

10       could -- you know, maybe -- maybe it's more broad

11       than I'm thinking.

12              We've been very cautious with the HABA

13       funds and try to make sure we're in compliance with

14       what -- the Federal Election Systems Commission.  It

15       would be curious to see if Georgia or Indiana use

16       that money -- HABA monitor [sic] that portion of

17       the -- of their implementation of voter I.D.

18                    REPRESENTATIVE ANCHIA:  Ms. Wang

19       talked about a vote-saving affidavit approach to

20       preventing people from being disenfranchised under

21       a -- a photo I.D. regime.  Other states have it.

22       And Idaho, by way of example, has a photo I.D.

23       regime, but at the same time allows persons who are

24       unable to comply to -- to offer up a vote-saving

25       affidavit that says they are the person on the card.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028466

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 107 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

311

1       And, typically, the penalty for that is aggravated
2       perjury, is it not, if you bust an affidavit related
3       to an election --
4                       ANN MCGEEHAN:  Yes.
5                       REPRESENTATIVE ANCHIA:  -- and -- and
6       the penalty for that is two to ten years in jail, is
7       it not?
8                       ANN MCGEEHAN:  That sounds about
9       right.
10                      REPRESENTATIVE ANCHIA:  $10,000 -- up
11      to $10,000 fine.
12                      ANN MCGEEHAN:  Yes.
13                      REPRESENTATIVE ANCHIA:  And don't we
14      have an affidavit currently in -- for people who --
15      because let me back up a step.
16          We have a photo -- we have a voter I.D.
17      standard in Texas today, don't -- do we not?
18                      ANN MCGEEHAN:  Yes.
19                      REPRESENTATIVE ANCHIA:  It's our
20      voter registration certificate.
21          And when you cannot comply with that --
22      with that voter registration certificate
23      requirement, you can use other forms of I.D. like a
24      driver's license.  Correct?
25                      ANN MCGEEHAN:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028467

```
 1                    REPRESENTATIVE ANCHIA:  And when
 2      you -- when you use that driver's license, you sign
 3      an affidavit, do you not?
 4                    ANN MCGEEHAN:  Yes.
 5                    REPRESENTATIVE ANCHIA:  And that's
 6      contained in the poll book, is it not?
 7                    ANN MCGEEHAN:  Right.
 8                    REPRESENTATIVE ANCHIA:  What does
 9      that affidavit say?
10                    ANN MCGEEHAN:  It's the voter saying
11      they don't have their voter registration
12      certificate, essentially.
13                    REPRESENTATIVE ANCHIA:  But there are
14      other things.  Right?
15                    ANN MCGEEHAN:  For the affidavit?
16                    REPRESENTATIVE ANCHIA:  Yeah.
17                    ANN MCGEEHAN:  Yeah.  There are
18      several affidavits.
19                    REPRESENTATIVE ANCHIA:  You -- you
20      haven't voted previously in this election, et
21      cetera.  Correct?
22                    ANN MCGEEHAN:  Uh-huh, yes.
23                    REPRESENTATIVE ANCHIA:  Okay.  And if
24      the standard is -- is flipped and suddenly you have
25      a photo -- a photo I.D. requirement, what would
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    be -- a Voter Registrar affidavit look like?

2    Because currently if you can comply with the voter

3    requirement, you can give an alternative form of --

4    of identification, which may or may not be a photo

5    I.D.  If you go to a photo I.D. regime, what would a

6    vote-saving affidavit look like, so that people who

7    otherwise would comply, could comply, who are

8    eligible to vote do not get their votes rejected?

9                ANN MCGEEHAN:  Well, we -- we could

10   look at, you know, what some of the other states

11   have done with respect to that.  Michigan, for

12   example.

13               REPRESENTATIVE ANCHIA:  Ohio.

14               ANN MCGEEHAN:  Ohio.  I think I heard

15   Florida earlier today.

16               REPRESENTATIVE ANCHIA:  Right, right.

17        But that would prevent people from being

18   disenfranchised if they could not comply with this,

19   as you said, major change in state law?

20               ANN MCGEEHAN:  Yeah.  I mean, that

21   would be -- that's a policy call for the

22   Legislature, but...

23               REPRESENTATIVE ANCHIA:  Right.

24        What's the standard for match in this

25   bill?  I show up, my hair's longer.  I saw Ramey Ko



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001814

TX_00028469

1    today.  His hair's longer than two years ago when he

2    testified.  Sometimes people look differently --

3                    ANN MCGEEHAN:  Uh-huh.

4                    REPRESENTATIVE ANCHIA:  -- I mean,

5    photo I.D.s are good for 10-year periods in some

6    cases.  Right?

7                    ANN MCGEEHAN:  Right, right.

8                    REPRESENTATIVE ANCHIA:  Didn't know

9    it.  Ten years later, I look pretty different than I

10   did ten years ago.

11           What's the -- what's the -- what's the

12   standard for a visual identification?

13                    ANN MCGEEHAN:  I don't know that the

14   bill has -- has -- has a -- has a standard

15   necessarily.  It says that -- that -- that -- the

16   language basically says that the documentation

17   establishes, I think, they're identity.

18                    REPRESENTATIVE ANCHIA:  From the

19   proof presented.  Correct?

20                    ANN MCGEEHAN:  From the proof, yes.

21   So that would clearly be an area that we would need

22   to address that training.

23                    REPRESENTATIVE ANCHIA:  Ultimately,

24   it's subjective.  Right?  The poll worker is given

25   the opportunity to either confirm or deny the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028470

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 111 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

315

1      identity.  Right?

2                     ANN MCGEEHAN:  Right.

3                     REPRESENTATIVE ANCHIA:  And there's

4      no guidance in the bill to tell us --

5                     ANN MCGEEHAN:  Right.  To --

6                     REPRESENTATIVE ANCHIA:  -- how to --

7                     ANN MCGEEHAN:  Right.  To a certain

8      extent that is an issue today.  If a -- if a person

9      shows eye -- they don't have their certificate and

10     they don't show their driver's license, other I.D.

11     is authorized.  And there's similar language in the

12     current law about, you know, establishing

13     identification from the -- from the identification

14     providing.  But I think that would be something we

15     would need to address in training.  And we would

16     certainly look to some of the other states that have

17     implemented already and try to borrow some best

18     practices.

19                     REPRESENTATIVE ANCHIA:  Do you know

20     how other states approach this?

21                     ANN MCGEEHAN:  I do not, not today.

22                     REPRESENTATIVE ANCHIA:  Okay.  That's

23     it.  Thank you, Mr. Chairman.

24                     REPRESENTATIVE HARLESS:

25     Mr. Chairman, I have one follow-up question.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028471

```
 1            You just got through mentioning about --

 2      and -- and we all concerned [sic] about the

 3      discretion.  Section 63.010 talks about the

 4      documentation proof of identification.  Currently,

 5      the poll worker has that discretion.  You all would

 6      just define those standards differently.  Is that

 7      correct?

 8                  ANN MCGEEHAN:  Right.  I think we

 9      would address it specifically in our training.

10      Right now, that's not specifically addressed in our

11      training.

12                  REPRESENTATIVE HARLESS:  (Inaudible)

13      poll worker (inaudible).

14                  ANN MCGEEHAN:  That's correct.

15                  CHAIRMAN BONNEN:  Any other

16      questions, Members?  Thank you.  Appreciate your

17      being here.

18            Members, is there any desire to bring up a

19      resource witness from the Department of Public

20      Safety Driver's License Division?  Okay.

21            Rebecca Davio from the Department of

22      Public Safety testifying neutrally on the Committee

23      Substitute Senate Bill 14.

24                  REBECCA DAVIO:  Good afternoon,

25      Chairman Bonnen, Members.  My name is Rebecca Davio,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 113 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

317

```
 1      and I'm with the Driver's License Division of the
 2      Department of Public Safety.
 3                  CHAIRMAN BONNEN:  Members, questions?
 4      Representative Anchia.
 5                  REPRESENTATIVE ANCHIA:  Thank you.
 6      Thank you, Mr. Chairman.  Hi, Rebecca.
 7                  REBECCA DAVIO:  Hi there.
 8                  REPRESENTATIVE ANCHIA:  Welcome.
 9                  REBECCA DAVIO:  Thank you very much.
10                  REPRESENTATIVE ANCHIA:  Rebecca, in
11      the current budget, DPS services is currently
12      21 percent under it's ideal budget.  Is that
13      correct?
14                  REBECCA DAVIO:  21 percent under it's
15      ideal budget?  We are definitely underfunded to be
16      able to provide the level of service that we want.
17      I haven't done that particular calculation.
18                  REPRESENTATIVE ANCHIA:  So the data
19      we received is that the -- the current 2010, 2011
20      driver's license services line item was 47,890,758.
21      The request for 2013 is 60 thousand [sic] 656,690.
22      That -- that equals for 2012, 2013, 47,689,052, 21
23      percent under the requested amount.
24                  Would -- wouldn't providing free I.D.s
25      affect some of your revenue stream for -- for state
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028473

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 114 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

318

1       I.D.s that you derive from state I.D.s, from the

2       issuance of state I.D.s?

3                       REBECCA DAVIO:  The revenue from

4       driver's licenses and I.D.s doesn't come back to the

5       Department of Public Safety or to the Driver's

6       License Division.  I believe those funds actually go

7       to the Mobility Fund.

8                       REPRESENTATIVE ANCHIA:  To the

9       Mobility Fund?

10                      REBECCA DAVIO:  Yes, sir.

11                      REPRESENTATIVE ANCHIA:  So how would

12      they impact the Mobility Fund?

13                      REBECCA DAVIO:  The revenue may be

14      decreased if -- for -- the free voter I.D.s.

15                      REPRESENTATIVE ANCHIA:  Okay.  Yeah.

16      Including -- including those that would be required

17      for, I guess, people who are indigent under this

18      bill or -- right?

19              I mean, is -- is -- my assumption is that

20      you'd have to pass out some significant amounts of

21      free I.D.s in order for this -- in order for those

22      people who did not have compliant photo I.D. to be

23      able to vote.  Correct?

24                      REBECCA DAVIO:  Well, the numbers

25      show that there's probably about almost 19 million



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028474

1     people in Texas that have an active driver's license

2     or I.D.  And I believe that there were almost

3     13 million registered voters.

4                     REPRESENTATIVE ANCHIA:  Uh-huh.

5                     REBECCA DAVIO:  And the language that

6     is in this Committee Substitute that says if you

7     already have a driver's license or an I.D. or one of

8     those acceptable forms of identification, then you

9     don't have to get another special voter I.D.

10                    REPRESENTATIVE ANCHIA:  But there

11    will be some percentage of people who currently pay

12    for a State I.D., right, that will realize that they

13    can forego the cost of that State I.D. by simply

14    registering to vote and then receive a -- a free

15    driver's license from DPS.  Right?

16                    REBECCA DAVIO:  They would not be

17    able to receive a free driver's license.  They would

18    be able to receive a free I.D. --

19                    REPRESENTATIVE ANCHIA:  A free I.D.

20                    REBECCA DAVIO:  -- if they hadn't

21    already registered to vote.  They said it was for

22    voting purposes, yes, sir.

23                    REPRESENTATIVE ANCHIA:  Right, right.

24            Even if 30 percent of people paying for

25    new or renewed I.D.s use this bill to get a free



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1        I.D., it seems like, to me, running the numbers, it
 2        would -- it would cost the State at least 1.4
 3        million, and that's 30 percent of people who are
 4        either paying for anything -- a new I.D. or seeking
 5        a renewal of an I.D.  And that's just at 30 percent.
 6        If it was 90 -- if the percentage was higher, it
 7        would be up to 4.2 million.
 8               That's without even discussing the need.
 9        That would not even include the influx of registered
10        voters who would need photo I.D.  I mean, that's
11        just people who would be transfers from a State I.D.
12        to a free photo I.D. for purposes of voting.  And,
13        again, using very conservative numbers, about
14        30 percent of that -- of that universe.  So did
15        you -- did you collaborate on the fiscal note?
16                      REBECCA DAVIO:  Yes, sir.  We -- we
17        looked at this bill -- not at the Committee
18        Substitute.  We didn't prepare the fiscal estimate
19        for the Committee Substitute, but we did look at the
20        original bill.
21                      REPRESENTATIVE ANCHIA:  At the
22        underlying bill.
23                      REBECCA DAVIO:  Yes.
24                      REPRESENTATIVE ANCHIA:  And what was
25        your methodology to arrive at -- do you think that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028476

Case 2:13-cv-00193  Document 725-13  Filed on 11/17/14 in TXSD  Page 117 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

321

1    number is a good number?

2                    REBECCA DAVIO:  The $2 million --

3    it's approximately $2 million that's in the current

4    fiscal note is just for the Secretary of State

5    costs.

6                    REPRESENTATIVE ANCHIA:  Right.

7                    REBECCA DAVIO:  The Department of

8    Public Safety was unable to estimate how many people

9    might come in to get a voter I.D.

10                   REPRESENTATIVE ANCHIA:  That's

11   strange, because in -- in 2005, when Mary Denny

12   (phonetic) had a -- a photo I.D. bill, you all did

13   provide an estimate.

14                   REBECCA DAVIO:  I -- I think all the

15   top leadership in the Department and in the Driver's

16   License Division has changed.  And, you know, when

17   we looked at this bill and we were just really

18   unable -- uncomfortable with trying to come up with

19   an estimate of how many people might take advantage

20   and come in and say that they wanted an I.D. for

21   free.

22        So we simply provided the information that

23   said, you know, here's the cost and here's the --

24   the potential --

25                   REPRESENTATIVE ANCHIA:  But there



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028477

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 118 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

322

```
1      will be some cost, you imagine?
2                    REBECCA DAVIO:  There may be, yes,
3      sir.
4                    REPRESENTATIVE ANCHIA:  There may --
5                    REBECCA DAVIO:  There may, yes,
6      sir --
7                    REPRESENTATIVE ANCHIA:  -- be.  You
8      want to hedge by saying may?
9                    REBECCA DAVIO:  Yes, sir.
10                   REPRESENTATIVE ANCHIA:  All right.
11     All right.  Okay.  But to be clear, the cost to your
12     agency are not in the fiscal note?
13          They're -- the fiscal note does not
14     contemplate any cost of free I.D.s to your agency.
15     Correct?
16                   REBECCA DAVIO:  That is correct, sir.
17                   REPRESENTATIVE ANCHIA:  Okay.  Thank
18     you.
19                   CHAIRMAN BONNEN:  Any other
20     questions, Members?  Thank you.
21                   REBECCA DAVIO:  Thank you.
22                   CHAIRMAN BONNEN:  David Maxwell,
23     Deputy Director of the Office of the Attorney
24     General is here as a resource witness if anyone
25     would like to bring him up.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028478

```
 1              Sure.  Why not?
 2                   REPRESENTATIVE ANCHIA:  Thank you,
 3      Mr. Chairman.
 4                   DAVID MAXWELL:  My name is David
 5      Maxwell, Deputy Director of the Law Enforcement
 6      Division of the Texas Office of Attorney General.
 7                   CHAIRMAN BONNEN:  Mr. Anchia?
 8                   REPRESENTATIVE ANCHIA:  Thank you,
 9      Mr. Chairman.
10              Mr. Maxwell, is it?
11                   DAVID MAXWELL:  Yes, it is.
12                   REPRESENTATIVE ANCHIA:  Thank you.
13      Thank you for testifying today.
14              The Attorney General's office is -- is --
15      since 2006, I believe, spent lot of time
16      investigating voter fraud.  Is that correct?
17                   DAVID MAXWELL:  Actually, the numbers
18      that I've compiled for you are from 2002.
19                   REPRESENTATIVE ANCHIA:  From 2002 --
20                   DAVID MAXWELL:  To --
21                   REPRESENTATIVE ANCHIA:  Perfect.
22      Perfect.
23              And it's been a priority of the Attorney
24      General's office.  Correct?
25                   DAVID MAXWELL:  It is -- it is one of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028479

Voter Fraud Hearing - Volume 2                    March 1, 2011

324

1       our priorities, yes, sir.

2                   REPRESENTATIVE ANCHIA:  Okay.  There

3       are many different types of voter fraud.  Is that

4       correct?

5                   DAVID MAXWELL:  That's correct.

6                   REPRESENTATIVE ANCHIA:  Give me some

7       examples.

8                   DAVID MAXWELL:  There is illegal

9       voting.  There's voting harvesting.  Illegal voting

10      includes people who don't have the right to vote.

11      They may not be a citizen.  They may be voting

12      because they're on felony probation or parole, those

13      types of things.

14                  REPRESENTATIVE ANCHIA:  Vote

15      harvesting, which is primarily a mail-in ballot --

16                  DAVID MAXWELL:  A mail-in ballot --

17                  REPRESENTATIVE ANCHIA:  -- scheme --

18                  DAVID MAXWELL:  Yes, sir.

19                  REPRESENTATIVE ANCHIA:  There's also

20      voter impersonation.  Right?

21                  DAVID MAXWELL:  Yes, sir, there is.

22                  REPRESENTATIVE ANCHIA:  How does --

23      how does someone impersonate a voter at the polling

24      place?

25                  DAVID MAXWELL:  By pretending to be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028480

1        someone that they're not and going to vote and

2        taking the voter registration card and going -- and

3        voting that person's name.

4                    REPRESENTATIVE ANCHIA:  Since 2002,

5        how many cases of voter impersonation have you

6        investigated?

7                    DAVID MAXWELL:  I'll -- I'll -- I'll

8        give you some examples.  The --

9                    REPRESENTATIVE ANCHIA:  Just a

10       number.  I don't need any examples.  Just a number.

11                   DAVID MAXWELL:  The ones that are

12       adjudicated, we probably have about seven.  And then

13       we have ones that are not adjudicated, another five

14       or six.

15                   REPRESENTATIVE ANCHIA:  Okay.  And

16       out of the entire universe of voter fraud that

17       you've investigated or in this case adjudicated,

18       what's -- is -- is it the largest portion of voter

19       fraud that you encounter?

20                   DAVID MAXWELL:  No, sir.

21                   REPRESENTATIVE ANCHIA:  Would you

22       say -- would you say there's substantially more in

23       mail-in ballots?

24                   DAVID MAXWELL:  More in mail-in

25       ballots.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028481

Voter Fraud Hearing - Volume 2                    March 1, 2011

326

```
 1                    REPRESENTATIVE ANCHIA:  Okay.
 2                    DAVID MAXWELL:  We have investigated
 3        289 cases since 2002.
 4                    REPRESENTATIVE ANCHIA:  And I know
 5        that we're trying to augment the integrity of the
 6        voting system, and I take the author at her word
 7        about wanting to increase integrity in the process.
 8        But this bill doesn't include mail-in ballots, does
 9        it?
10                    DAVID MAXWELL:  I'm not familiar --
11        I'm not that familiar with the bill as far as what
12        it includes and what it doesn't.
13                    REPRESENTATIVE ANCHIA:  Well, I
14        believe it is not included in this bill.
15                    DAVID MAXWELL:  Okay.
16                    REPRESENTATIVE ANCHIA:  How often --
17        how often do people use multiple I.D.s, fake I.D.s?
18                    DAVID MAXWELL:  Well, that we have
19        documented, not that often.  I mean, we -- we have
20        some cases here that -- that we have investigated,
21        but it doesn't comprise a large portion of our
22        investigation.
23                    REPRESENTATIVE ANCHIA:  Okay.  And
24        maybe I didn't ask the question right.  Let's --
25        let's take off your voting hat, Mr. Maxwell, for a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001827

1    minute and just put on your -- your -- your

2    prosecutor hat.

3                    DAVID MAXWELL:  Uh-huh.

4                    REPRESENTATIVE ANCHIA:  Do you ever

5    run across cases where people use fake Texas

6    driver's license to do any number of things --

7                    DAVID MAXWELL:  Yes, sir.

8                    REPRESENTATIVE ANCHIA:  -- including

9    drink?

10                   DAVID MAXWELL:  Yes, we do.

11                   REPRESENTATIVE ANCHIA:  Okay.  And I

12   probably should -- should have asked this of DPS,

13   how many thousands of fake driver's licenses they

14   pick up every year, but I'll ask you.

15              Would -- would it be -- if -- if

16   someone's -- is intent on doing voter impersonation,

17   what would prevent them from taking a fake

18   identification, a fake I.D. to go vote?

19                   DAVID MAXWELL:  Nothing.

20                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

21                   DAVID MAXWELL:  I mean, they can

22   actually --

23                   REPRESENTATIVE ANCHIA:  I

24   know, again, we're concerned about preserving the

25   integrity of the process, but we're ignoring mail-in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001828

TX_00028483

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 124 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

328

1    ballots as a major source of voter fraud in this

2    bill and then creating a system that can be fairly

3    easily circumvented by the use of a fake I.D.

4            Have you -- have you ever run across the

5    case where a -- a non-citizen -- how many cases of

6    non-citizenry, which is I know is different than

7    voter impersonation, but how many cases of

8    non-citizen voting have you adjudicated?

9            DAVID MAXWELL:  One that comes to

10   mind was in Calhoun County and --

11           REPRESENTATIVE ANCHIA:  Okay.  Can

12   you talk a little about the facts of that?

13           DAVID MAXWELL:  Yes.  That was a City

14   Council woman who was running for J.P.  And she went

15   out and solicited people who were not U.S. citizens

16   to vote and convinced them that they had the right

17   to vote.

18           REPRESENTATIVE ANCHIA:  Uh-huh.

19           DAVID MAXWELL:  And actually during

20   the investigation many of them told her that they

21   couldn't vote, but she convinced them that they

22   could.

23           REPRESENTATIVE ANCHIA:  Right.

24            And the A.G., it's my understanding,

25   ensuring in that case did not pursue the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 125 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

329

```
1      non-citizens, because they didn't have the requisite

2      Mens Rea.  Right?

3                      DAVID MAXWELL:  Right.

4                      REPRESENTATIVE ANCHIA:  Mens Rea is a

5      fancy legal term for mental state.  Right?

6                      DAVID MAXWELL:  Yes.

7                      REPRESENTATIVE ANCHIA:  And, instead,

8      you prosecuted the City Council person.  Correct?

9                      DAVID MAXWELL:  That's correct.

10                     REPRESENTATIVE ANCHIA:  And I know

11     that one comes to mind, because I think that's

12     the -- the most prominent case.

13             But is it -- is your view that we -- that

14     we have -- based on the investigations the Attorney

15     General's done that we have, I think it was said

16     earlier, hoards of non-citizens voting in our

17     elections?

18                     DAVID MAXWELL:  We have not

19     encountered that in our investigations.

20                     REPRESENTATIVE ANCHIA:  Thank you.  I

21     appreciate your testimony today.

22                     DAVID MAXWELL:  Yes, sir.

23                     UNIDENTIFIED REPRESENTATIVE:  Yes,

24     sir.

25             When there's not a law requiring you to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028485

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 126 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

330

```
 1      show an I.D. to vote, does it make it difficult to

 2      find fraud that way?

 3                      DAVID MAXWELL:  Yes, sir.

 4                      UNIDENTIFIED REPRESENTATIVE:  So it's

 5      fair to say that being there aren't a large number

 6      of cases you all are able to prosecute, it doesn't

 7      necessarily guarantee -- there is no law requiring

 8      you to use an I.D. to vote, that in turn there are

 9      no cases?

10                      DAVID MAXWELL:  That's correct.

11                      UNIDENTIFIED REPRESENTATIVE:  Thank

12      you.

13                      UNIDENTIFIED SPEAKER:  And speaking

14      of fraudulent driver's licenses, I chose -- and we

15      can bring back up DPS if we need, but I chose to

16      pull my own driver's license out.  And if I need to

17      bring DPS up again, I will.

18                      But do you know how many security measures

19      there are in the Texas driver's license now?

20                      DAVID MAXWELL:  No, I do not.

21                      UNIDENTIFIED REPRESENTATIVE:  Okay.

22      I'll bring DPS back up for that.

23                      But are you all seeing an increase or

24      decrease in fraudulent driver's licenses or is that

25      even your business?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 127 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

331

1                    DAVID MAXWELL:  Well, give you some

2       background on me.  I spent 38 years with DPS.

3                    UNIDENTIFIED REPRESENTATIVE:  Right.

4                    DAVID MAXWELL:  And 25 years of that

5       as a Texas ranger.

6                    UNIDENTIFIED REPRESENTATIVE:  Sure.

7                    DAVID MAXWELL:  And, yes, we have

8       investigated those offenses.  And matter of fact,

9       recently you probably realize we put some of the DPS

10      people in jail for selling fraudulent driver's

11      licenses.

12                    UNIDENTIFIED REPRESENTATIVE:  Right.

13      But what they were selling was actual Texas driver's

14      licenses.

15                    DAVID MAXWELL:  That's correct.

16                    UNIDENTIFIED REPRESENTATIVE:  And

17      what I'm referring to is the ability to reproduce

18      this driver's license in my dorm room, my basement

19      at my home, you know, the back of my office.  That

20      has become extraordinarily difficult, is it not?

21                    DAVID MAXWELL:  That's correct.  It

22      is.

23                    UNIDENTIFIED REPRESENTATIVE:  Thank

24      you.

25                    CHAIRMAN BONNEN:  Representative



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028487

```
 1     Veasey?
 2                  REPRESENTATIVE VEASEY:  The people
 3     that were arrested within DPS for selling the fake
 4     driver's licenses, what did you all find -- find
 5     that they were selling those licenses so people
 6     could go and vote?
 7                  DAVID MAXWELL:  They were selling the
 8     license for various reasons.  I wasn't involved in
 9     that investigation, so I couldn't speak specifically
10     to those details, although --
11                  REPRESENTATIVE VEASEY:  Does --
12                  DAVID MAXWELL:  -- they were -- it
13     was done by the Rangers.
14                  REPRESENTATIVE VEASEY:  As far as, I
15     guess, investigating voter impersonation, have -- is
16     it your understanding or -- or were you ever given
17     any directives or did you ever know of anyone that
18     was given any directives within the A.G.'s offices
19     to specifically go after and look for people that
20     were committing voter impersonation or any special
21     task force that were formed just to solely look for
22     voter impersonation?
23                  DAVID MAXWELL:  No.  And if I could
24     just take a minute to tell you how we get our cases.
25     Our cases are referrals --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001833

TX_00028488

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 129 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

333

1              REPRESENTATIVE VEASEY:  Uh-huh.

2              DAVID MAXWELL:  -- so we don't go

3        after -- we're not proactive in that we're going

4        after and looking for voter fraud.  We get them one

5        of three ways.  It can be an election judge or a

6        local official or a sheriff or someone like that who

7        refers it to us, and then we investigate it to see

8        if there's merit and continue with the investigation

9        that way.

10             The other referral is from the Secretary

11       of State.  And that's where most of our referrals

12       come from.

13             And the third method is if you have two

14       citizens who give you sworn affidavits and it's --

15       involves an election that covers more than one

16       county, then the law says that we shall investigate.

17             So those are the three methods by where we

18       come on investigation and conduct these election

19       fraud investigations.  So we're not proactively

20       going out and seeking them.  They're referred to us.

21       And as they're referred to us, we decide what the

22       merit is and conduct the investigation.

23             CHAIRMAN BONNEN:  Representative

24       Aliseda, do you have a question?

25             REPRESENTATIVE ALISEDA:  Is it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 130 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

334

1    inconceivable to you an organization that was

2    interested in effecting  an election could come into

3    a city and go to a homeless shelter, register a

4    bunch of individuals without identifying --

5    indicating on their voter registration that they

6    don't have any identification, obtaining those voter

7    registration certificates and then passing them out

8    and going and voting?

9                    DAVID MAXWELL:  Yes, sir, that could

10   happen.

11                   REPRESENTATIVE ALISEDA:  That could

12   happen?

13                   DAVID MAXWELL:  Yes, sir.

14                   REPRESENTATIVE ALISEDA:  In fact,

15   that was some of the scenarios that the public heard

16   on national T.V. that was alleged to have occurred

17   in Las Vegas and other areas.  Is that not correct?

18                   DAVID MAXWELL:  I'm not familiar with

19   that, but I'll take your word for it.

20                   REPRESENTATIVE ALISEDA:  And is it --

21   you mentioned how the Attorney General gets

22   referrals to these particular cases.

23          It is a rare thing to have a -- a voter

24   fraud case referred to the Attorney General, is that

25   not right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 131 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

335

1                    DAVID MAXWELL:  A voter fraud case?

2       We don't have a great deal of them, as you can tell,

3       289 since 2002.

4                    REPRESENTATIVE ALISEDA:  Right.  But

5       what it requires is either these two disinterested

6       citizens or it requires a district attorney or a

7       county attorney that is willing to request your

8       assistance, is that not right?

9                    DAVID MAXWELL:  Yes, sir.  I -- I

10      think you're trying to make a point that we don't do

11      all of the voter fraud investigations.

12                   REPRESENTATIVE ALISEDA:  That's

13      right.

14                   DAVID MAXWELL:  And that's correct.

15                   REPRESENTATIVE ALISEDA:  And, in

16      fact, the reality is that most district attorneys or

17      county attorneys don't do it, either?

18                   DAVID MAXWELL:  That could be

19      correct.

20                   REPRESENTATIVE ALISEDA:  For

21      political reasons.

22                   DAVID MAXWELL:  Yes.

23                   REPRESENTATIVE ALISEDA:  I have no

24      further questions.

25                   CHAIRMAN BONNEN:  Representative



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028491

```
1      Harless, do you have a question?  Okay.  Thank you.

2              Any -- any other questions?

3                      UNIDENTIFIED REPRESENTATIVE:  Just

4      one last follow-up, because I think we missed a --

5      Representative Aliseda may have missed a step.

6              There's a way for a private citizen to

7      call the Secretary of State's office that would make

8      a complaint, correct, that would then get referred

9      to your office if they deem that it met the --

10                     DAVID MAXWELL:  If it had --

11                     UNIDENTIFIED REPRESENTATIVE:  -- the

12     standards of an Election Code violation.  Isn't that

13     right?

14                     DAVID MAXWELL:  Yes, sir.  And that's

15     what I was saying.

16                     UNIDENTIFIED REPRESENTATIVE:  Yeah.

17                     DAVID MAXWELL:  And that's the

18     methodology whereby we get the referrals from the

19     Secretary of State.

20                     UNIDENTIFIED REPRESENTATIVE:  Yeah.

21     Okay.

22                     DAVID MAXWELL:  So --

23                     UNIDENTIFIED REPRESENTATIVE:  Okay.

24     So it doesn't exclusively depend on a -- a D.A. or

25     county attorney sending a referral to you or asking
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028492

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 133 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

337

```
1      you for help; a -- a private citizen can call the

2      Secretary of State's office and send them

3      information related to an Election Code violation --

4                     DAVID MAXWELL:  That's correct.

5                     UNIDENTIFIED REPRESENTATIVE:  -- that

6      then you would investigate.  Right?  Okay?

7                     DAVID MAXWELL:  But the Secretary of

8      State has to first certify --

9                     UNIDENTIFIED REPRESENTATIVE:  That's

10     right.

11                    DAVID MAXWELL:  -- that it meets

12     their requirements before they make the referral.

13                    UNIDENTIFIED REPRESENTATIVE:  Okay.

14     Okay.  I just wanted to make sure I wasn't missing a

15     step.

16                    DAVID MAXWELL:  Okay.

17                    CHAIRMAN BONNEN:  Yeah.  And, again,

18     it's kind of -- until there's a law requiring you to

19     show an I.D., it's kind of hard to go after people

20     who aren't voting as themselves.  Correct?

21                    DAVID MAXWELL:  That's correct.

22                    CHAIRMAN BONNEN:  Representative

23     Aliseda, do you have a question -- I'm sorry,

24     Representative Harless?

25                    REPRESENTATIVE HARLESS:  And what I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 134 of 188
Voter Fraud Hearing - Volume 2                           March 1, 2011

338

1    thought he was asking, there's a lot of local

2    jurisdictions that investigate these voter frauds

3    that may not get referred to the Secretary of State,

4    isn't that correct?

5              DAVID MAXWELL:  Well, that was my

6    experience as a Ranger, yes.  I mean, most of the

7    counties that I worked in, they were worked locally

8    by them or -- or the Texas Rangers.

9              CHAIRMAN BONNEN:  Okay.

10             DAVID MAXWELL:  Uh-huh.

11             CHAIRMAN BONNEN:  Thank you.

12             UNIDENTIFIED REPRESENTATIVE:  How

13   would you go about investigating an allegation of

14   voter impersonation, just out of curiosity?

15             DAVID MAXWELL:  It depends on what

16   you have to start with.

17             UNIDENTIFIED REPRESENTATIVE:  Well --

18             DAVID MAXWELL:  It's like any other

19   investigation --

20             UNIDENTIFIED REPRESENTATIVE:  -- you

21   have an election judge that complains, "Hey, we had

22   an individual with purple hair come in and vote

23   twice".  How are you going to find that individual?

24             DAVID MAXWELL:  If you have no more

25   information than that, it's going to be difficult.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028494

1          Some of the cases that we've had that

2     we've investigated, the election judge knew the

3     people who were involved and knew that they voted

4     twice.  And one was obviously voting in a name that

5     was not his.  But you have to have, obviously, more

6     knowledge than that, because it's a needle in a

7     haystack.

8                    UNIDENTIFIED REPRESENTATIVE:  Well,

9     we have a state that's grown, I don't know, what,

10    faster than any other state in the union.  We are

11    not going to have situations where election judges

12    or poll workers necessarily know the individuals

13    that are coming in to vote, especially in the big

14    cities, is that not right?

15                    DAVID MAXWELL:  That's correct.  When

16    I started with DPS in '72, there were 12 million

17    people in Texas.  And now we have 23 --

18                    UNIDENTIFIED REPRESENTATIVE:  25, I

19    thought.

20                    DAVID MAXWELL:  -- 24 million people.

21                    CHAIRMAN BONNEN:  It's not important

22    to this hearing.  Any other questions, Members?

23    Thank you.

24          We're going to attempt now -- I think we

25    have Justin Levitt, the professor at University of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028495

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 136 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

340

1          Loyola Law School in California, Los Angeles, one of

2          the expert witnesses.  We're -- we're attempting to

3          pull him up and give him his opportunity.

4                    JUSTIN LEVITT:  (Inaudible).

5                    CHAIRMAN BONNEN:  Let's see.  Can

6     we --

7                    JUSTIN LEVITT:  I'm not sure if you

8     can see or hear me.

9                    CHAIRMAN BONNEN:  Well, we can hear

10    you --

11                    JUSTIN LEVITT:  (Inaudible).

12                    CHAIRMAN BONNEN:  Professor Levitt,

13    we can hear you, but we have to also be able to see

14    you and you see us.  And we're -- we're solving that

15    problem right now if you would just bear with us one

16    moment.

17                    JUSTIN LEVITT:  (Inaudible).

18                    CHAIRMAN BONNEN:  Are you able to see

19    us?

20                    JUSTIN LEVITT:  I am unable [sic] to

21    see you at this time.

22                    CHAIRMAN BONNEN:  Very good.  And

23    soon we'll be able to see you.

24          Great.  We see you now.  I hope we didn't

25    make you late for your class and --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 137 of 188
Voter Fraud Hearing - Volume 2                           March 1, 2011

341

1            JUSTIN LEVITT:  No.  And the students

2     quite appreciated your (inaudible).

3            CHAIRMAN BONNEN:  Great.  And I

4     appreciate your showing back up.

5            Justin Levitt, Professor, Loyola Law

6     School, Associate Professor of Law, constitutional

7     law and election law is here by Skype to testify

8     against Committee Substitute Senate Bill 14.

9            Professor, you'll be given ten minutes

10    without interruption to give your testimony, and

11    then the Members of the Committee may have questions

12    to follow up with that.  So we appreciate your

13    coming back on with us.  And your ten minutes begins

14    now.

15            JUSTIN LEVITT:  Thank you very much,

16    Mr. Chair, Members of the Committee.  I greatly

17    appreciate your flexibility with the technology

18    today and with my schedule and thank you very, very

19    much for the opportunity to testify here today.

20            As you mentioned, my name is Justin

21    Levitt.  I'm Associate Professor of -- at Loyola Law

22    School in Los Angeles.  I last had the privilege of

23    appearing before this committee a few years ago when

24    I was then counsel with a non-partisan (inaudible)

25    Center For Justice (inaudible) School of Law.  My



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    work there grounded election policies in a

2    hard-nosed look at the available evidence behind the

3    policies in question and prided myself on in-depth

4    factual research and careful cost benefit analysis.

5           I was last before you two years ago

6    (inaudible) job and my role have changed, but I

7    would suggest to you that the facts have not.

8           As I understand it, this hearing is about

9    new legislation (inaudible) to restrict the ways in

10   which voters can identify themselves when they

11   appear (inaudible) at the polling place.  And I

12   understand you've had extensive testimony already

13   today, and I thank you very much for adding me onto

14   that list.  Much of that testimony, I suspect, has

15   addressed the potential costs of this litigation,

16   both in terms of physical costs, human costs

17   including costs relevant to litigation or review

18   under Section 5 of the Voting Rights Act.

19          I would like to focus instead of that on

20   what, at least in my view, are the negligible

21   benefits of the policy that you're considering; in

22   particular, legislation requiring certain

23   restrictive forms of identification at the polls

24   when you show up to vote is designed to get

25   (inaudible) and can only possibly get at only one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028498

1    particular problem.  The only thing that restrictive

2    I.D. rules could possibly target is impersonation,

3    attempting or pretending to be someone else when you

4    show up at the polls.

5           In my work at (inaudible) I reviewed and

6    documented (inaudible) of all kinds of fraud and

7    some I validated.  Some, in fact, were true.  More

8    often, the allegations were inaccurate, and we

9    managed to do the research (inaudible).  In the

10   course of this research what was notable to me and

11   which we've carefully documented is that

12   impersonation fraud stands out.  It's the only sort

13   of fraud that identification rules at the polls

14   could possibly prevent. And what stands out about it

15   is how very rare it appears to be.

16           I know that some will claim that -- that

17   my work both published and before you today denies

18   that fraud exists.  And I want to be very, very

19   clear.  Some types of fraud are really out there for

20   real, for sure, more than many people believe,

21   because allegations are often (inaudible)

22   sensational or sloppy and confuse clerical error

23   with real fraud.  But sadly, people still do buy

24   votes, they still do pressure voters in nursing

25   homes.  They still do commit fraud using absentee



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    ballots.  They still do occasionally submit fake or

2    fraudulent registration forms -- voter registration

3    forms.  All of that still occasionally happens.

4         What they don't appear to do with any sort

5    of frequency is commit the sort of fraud that

6    restrictive I.D. rules can fix.  At the end of the

7    day, there are (inaudible) substantiated cases, but

8    really just a tiny, tiny handful out of hundreds of

9    millions of ballots.  Americans are struck and

10   killed by lightening far more often.

11        And some say -- and I think I believe I

12   heard an official just before I got on mentioning

13   part of this, that the few reports may be because

14   this sort of fraud is hard to find or hard to

15   prosecute.  The comparison is often made to

16   littering, that you don't know who does it and,

17   therefore, it's hard to know when it happens.

18        But for impersonation fraud -- and there

19   will often be eye witnesses; there will often be a

20   victim that - that is, whoever's being

21   impersonated - and there will always be a paper

22   trail.  That is, there is always the signature

23   registered in the poll book at the very least.  And

24   if you want to influence an election, if you're out

25   to steal an election, you need a conspiracy of many



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028500

1    impersonators, which means many persons for someone

2    to cry foul.  If this sort of fraud is, in fact,

3    like littering, what we're hearing is lots and lots

4    of complaints, but nobody's actually found garbage

5    in the streets.

6              The hunt for impersonation fraud has been

7    on.  At the federal, state, local law enforcement

8    have all had a fair amount of resources devoted to

9    finding and rooting out fraud and have made voter

10   fraud in particular a priority to track, a very

11   pensive priority for some to track with millions of

12   taxpayer dollars spent on the hunt.  And that's not

13   to mention the private entities that would gladly

14   spread word if there were any sort of fire behind

15   the smoke.

16             This fraud happened (inaudible) with any

17   sort of frequency.  If people actually impersonated

18   others at the polling place with any sort of

19   frequency, if there were conspiracies to steal votes

20   or steal elections, then over the last decade the

21   phones should have been ringing off of the hook.

22   But, instead, there was apparently (inaudible).

23   Every year there are far more reports of UFO

24   sightings then there are the sort of fraud that

25   restrictive I.D. rules could possibly prevent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 142 of 188
Voter Fraud Hearing - Volume 2                         March 1, 2011

346

1          The exceptionally rare phenomenon has been
2     used, it seems, to drive policy.  And it seems to
3     create more problems than it solves.  And
4     restrictive I.D. rules regrettably seem like a good
5     example of this.  Though they don't solve real
6     problems with people impersonating others to seal an
7     election or steal votes, they do create (inaudible).
8     You start shutting down the ways people can prove
9     they are who they say they are, then you start
10    preventing the eligible people out of the process.
11          Most eligible citizens, we know, have
12    I.D., even the sort of I.D. that you're asking.  But
13    many do not.  And available research shows that
14    those without are disproportionately elderly and
15    minority citizens.
16          The last time I had a privilege to testify
17    before you, I waited in line at the airport right
18    behind a senior citizen without a photo I.D.  I
19    don't know if she was over 70 or not.  It's
20    certainly not polite of me to ask.  But she was
21    able, even without in I.D., to get on a plane just
22    fine.  And I believe that her destination was Texas.
23    I would hope that if she landed and she were, in
24    fact, a resident and citizen and otherwise eligible,
25    that even without a photo I.D. she would have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001847

TX_00028502

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 143 of 188
Voter Fraud Hearing - Volume 2                     March 1, 2011

347

1    able to express her right to vote.

2            Making things more difficult at the polls

3    also increases the burden or potential burden on

4    poll workers and on election officials.  It

5    increases the chance of confusion for both people

6    that don't have I.D. with them or don't know how

7    [sic] to come back later.  It increases the chance

8    of provisional ballots, which are, themselves, an

9    expense.  And all of this doesn't make voters

10   actually feel any safer.  The best research that

11   I've seen so far on this is an article published in

12   the Harvard Law Review.  It looks for a significant

13   correlation between citizens who are asked to show

14   photo I.D., whether they felt protected against

15   voter fraud, and it found no correlation at all.

16   Showing extra I.D. doesn't make the public anymore

17   confident that the elections are free from fraud.

18           This research shows, to me, that there's

19   not a lot to gain from this new restrictive I.D. law

20   that you all are considering.

21           Contrary, I'll say, to the bill analysis

22   that I've seen, Texas does, in fact, already have

23   several safeguards to make sure voters are who they

24   say they are.  One of them comes from formal law.

25   New voters will be checked against other government



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

 1          systems when they register, and if information

 2          doesn't match they'll be asked to show a document

 3          from an inclusive list designed to make sure that no

 4          eligible voter gets sent home, but that people are

 5          asked to show that they are who they say they are.

 6          And you find this requirement in Section 13.072 of

 7          the current Texas statutes, you find it in Election

 8          Advisory 2010-11.  These are up-to-date statutes and

 9          they're doing the job.

10                  Texas law already demands a document from

11          that very same list.  If you don't have your

12          original registration certificate in hand when you

13          get to the polls and if for any reason you fake your

14          way through any of these requirements, it costs you

15          $10,000 and ten years in prison for just one vote.

16          That's, to me, the best explanation for why the

17          rules don't yield very much.  It's also the best

18          explanation for why impersonation fraud at the polls

19          is just so rare.

20                  Given this safeguard that's already in

21          place, the kind of fraud that you're talking about

22          doesn't make any sense.  The costs of impersonating

23          someone at the polls far outweigh the benefits.  And

24          I'll suggest to you that that may well be the sale

25          for the law you're considering today.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 145 of 188
Voter Fraud Hearing - Volume 2                     March 1, 2011

349

```
 1              I thank you very much for your time and
 2      for the opportunity for me to present this testimony
 3      and -- and the research behind it substantially
 4      similar to the research I submitted to you all two
 5      years ago when you were considering this topic then.
 6              I'm more than happy to answer any
 7      questions that you may have.  And, again, I greatly
 8      appreciate your accommodating both me and my
 9      students this afternoon.
10              CHAIRMAN BONNEN:  Thank you.
11      Appreciate your patience.
12              Are there any questions, Members?
13      Representative Aliseda.  Professor, Representative
14      Aliseda has a question.
15              REPRESENTATIVE ALISEDA:  We've had a
16      lot of testimony today on just how showing an I.D.
17      is -- is an aspect of every day modern Americans'
18      life.  Would you agree with that, that -- that --
19              JUSTIN LEVITT:  (inaudible) -- I'm
20      sorry, Representative.
21              REPRESENTATIVE ALISEDA:  -- that --
22      that you practically can't do anything in this
23      society without showing an I.D.  Is that correct?
24              JUSTIN LEVITT:  I would -- I would
25      agree that there are many, many ways in which
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 146 of 188
Voter Fraud Hearing - Volume 2                     March 1, 2011

350

```
 1        showing an I.D. in lots of places makes life easier.

 2        I actually think that most places in the private

 3        sector, private sector companies that want as many

 4        customers as possible may have an initial request to

 5        show an I.D., but also have safeguards to allow you

 6        to function even without one.  I don't think anybody

 7        would argue -- at least nobody that I know, credibly

 8        would argue that it's not easier to do a whole bunch

 9        of things in daily life without an I.D.

10                     REPRESENTATIVE ALISEDA:  But you --

11                     JUSTIN LEVITT:  I suspect --

12                     REPRESENTATIVE ALISEDA:  -- you

13        wouldn't --

14                     JUSTIN LEVITT:  -- (inaudible).

15                     REPRESENTATIVE ALISEDA:  -- you

16        wouldn't find it surprising that Americans expect to

17        show an I.D. to vote, at least the people that we've

18        heard testifying today?

19                     JUSTIN LEVITT:  I think it's not

20        surprising at all to find that maybe even 90,

21        95 percent of Americans, at least registered,

22        active, eligible voters, expect to show an I.D. in

23        all kind of circumstances.  I think few of those are

24        constitutional arrays [sic].  And I think it even

25        more important that the 5 percent who manage,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028506

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 147 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

351

```
 1        although they struggle, they manage to get by in
 2        other arenas of life even without I.D. have at least
 3        the right to exercise the fundamental value.
 4                    REPRESENTATIVE ALISEDA:  You would
 5        agree with me that showing an I.D. creates a
 6        psychological feeling that you're doing something
 7        that's important to safeguard whatever it is you're
 8        trying to do?
 9                    JUSTIN LEVITT:  I'd agree that that's
10        conventional knowledge for sure.  The (inaudible)
11        that was wisdom, the one study that I mentioned
12        again published in the Harvard Law Review which
13        (inaudible) seriously has some (inaudible)
14        surprising --
15                    UNIDENTIFIED REPRESENTATIVE:
16        (Inaudible) -- for many people --
17                    UNIDENTIFIED REPRESENTATIVE:
18        (Inaudible).
19                    JUSTIN LEVITT:  -- doubt on how far
20        that goes.  That is, it seems like it makes
21        commonsense for that to create a psychological sense
22        of security.  But if you actually ask people how
23        confident they feel in their elections, the fact
24        that people have been asked to show an I.D. or not
25        actually doesn't make any difference.  It turns out
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028507

Voter Fraud Hearing - Volume 2                    March 1, 2011

1     that if you feel confident in elections, you're

2     about as confident whether you're asked to show I.D.

3     or not.  If you think they've been stolen, you think

4     they've been stolen whether you're asked to show

5     I.D. or not.

6              I -- I agree it seems to make sense

7     according to conventional wisdom, but when you look

8     at the numbers it's simply not what the numbers have

9     shown, that I've seen.

10              REPRESENTATIVE ALISEDA:  Thank you.

11     No further questions.  Thank you.

12              CHAIRMAN BONNEN:  Professor, our Vice

13     Chairman, Mr. Veasey, would like to ask some

14     questions.

15              REPRESENTATIVE VEASEY:  I just wanted

16     to ask you, how -- how -- how can State Legislators

17     come up with plans to deal with this type of

18     legislation when -- when there are concerns on --

19     you know, from -- from different groups and, you

20     know, different constituencies?  Like one group that

21     we heard today was pretty much overwhelmingly

22     concerned -- you know, concerned about integrity of

23     the process and, you know, making sure that

24     fraudulent votes or voter impersonation doesn't

25     cancel out legitimate votes.  And then you have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001853

TX_00028508

1        other folks, you know, that have -- you know, that

2        are concerned about people being able to have equal

3        access to -- to the polls.  And you know, in my

4        district, I particularly hear from people, you know,

5        that -- you know, that are -- that -- you know,

6        let's say they're 60 years old; they're baby

7        boomers.  So they came of age in the civil rights

8        movement.  And so they still have very vivid

9        memories and views of Dr. King and people marching.

10       And that constituency is very concerned about the --

11       you know, people having equal access to the polls.

12              So how can -- what can State Legislators

13       do to address both people's concerns, so it doesn't

14       seem like a one-sided deal as -- as being, you know,

15       rammed down one or the other's, you know, side?

16              JUSTIN LEVITT:  Mr. Vice Chairman, I

17       certainly appreciate the question.  And I don't envy

18       you the task that you have here or elsewhere in

19       reconciling a whole bunch of different objectives.

20              I think that would -- from what I've seen,

21       that the most steady source of (inaudible) and the

22       easiest way to ensure that your constituents have

23       confidence that you're legislating in the public

24       interest is to carefully weigh out as carefully as

25       you can the costs and the benefits of any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    legislation based on actual tangible evidence.  And

2    the more that you do that, the more rooted you feel

3    that you're addressing problems that need to be

4    addressed with solutions that actually don't cause

5    more damage than you're trying to stave off.

6         And I'll add to that, whenever you're

7    talking about election legislation, people feel very

8    strongly indeed for very, very good reasons.  I

9    think it's always important to consider election

10   legislation, the need to keep in mind not just the

11   majority, but the safeguards that every eligible

12   American citizen -- their capacity to pass a vote

13   effective.  I think that it is really important that

14   this, among all constitutional rights, be protected.

15        And that means exactly as you've said,

16   maintaining the process against fraud, which -- to

17   make sure it's full of integrity and make sure

18   people's votes are counted without shutting out

19   those who (inaudible) want to participate and are

20   eligible to participate.

21        I'll suggest to you that the Texas Code as

22   it stands does a pretty good job of making sure that

23   fraud -- this -- this type of fraud showing up,

24   pretending to be someone else, doesn't enter the

25   system.  And we think in order to change that we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001855

TX_00028510

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 151 of 188
Voter Fraud Hearing - Volume 2                          March 1, 2011

355

```
1    need some pretty -- we'd want some pretty solid

2    facts showing you that you were getting more out of

3    the legislation to change the system than the cost

4    that you put into it.

5                   CHAIRMAN BONNEN:  Okay.  Professor,

6    I -- does anyone have any questions?  Members?

7                   Professor, we appreciate your time and --

8    oh, Representative Anchia --

9                   UNIDENTIFIED REPRESENTATIVE:

10   (Inaudible).

11                  CHAIRMAN BONNEN:  Okay.  Justin,

12   again, you can see us currently --

13                  JUSTIN LEVITT:  Yes, I can --

14                  CHAIRMAN BONNEN:  -- and we can see

15   you.  Okay.  Professor, we appreciate you coming

16   back online and appreciate your time today.

17                  JUSTIN LEVITT:  Thank you very much,

18   Mr. Chair --

19                  CHAIRMAN BONNEN:  Thank you --

20                  JUSTIN LEVITT:  -- (inaudible) thank

21   all the Members for -- for being -- for weighing

22   this issue.

23                  CHAIRMAN BONNEN:  Absolutely.  Thank

24   you very much.  Thank you.

25                  Is there anyone else here wishing to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 725-13  Filed on 11/17/14 in TXSD  Page 152 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

356

```
 1    testify on, for or against the Committee Substitute

 2    to Senate Bill 14?

 3                    UNIDENTIFIED REPRESENTATIVE:  Can I

 4    make a comment before we close?

 5                    CHAIRMAN BONNEN:  Yeah, yeah.

 6            With that being the end of our testimony,

 7    the Chair will call on Representative Harless to

 8    comment out Committee Substitute to Senate Bill 14

 9    and -- and we'll allow Representative Anchia to have

10    a comment after that.

11                    REPRESENTATIVE VEASEY:

12    Representative Veasey.

13                    CHAIRMAN BONNEN:  Veasey.  I'm sorry.

14    Veasey.

15                    UNIDENTIFIED REPRESENTATIVE:

16    (Inaudible) that happened some.

17                    CHAIRMAN BONNEN:  You all need some

18    I.D.s.  You all need some I.D.s or something.

19                    REPRESENTATIVE VEASEY:  I didn't

20    think I was handsome.  That made my day.  Thank you.

21    That made my day.

22                    REPRESENTATIVE HARLESS:  So you want

23    me to close and then you'll make a comment?

24                    REPRESENTATIVE VEASEY:  Yeah.

25                    CHAIRMAN BONNEN:  I want you to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001857

1    close.

2              REPRESENTATIVE HARLESS:  Okay.  Okay.

3    I will try and keep this short, because I know all

4    of you are tired.  The House Committee on Elections

5    Interim Report to the 82nd Legislature concluded

6    Charge 3 on the prevalence of fraud in Texas

7    elections by stating the fact that states across the

8    nation are passing voter I.D. laws is proof enough

9    that public concern regarding the potential of voter

10   fraud.

11             While there is and perhaps will always be

12   disagreement regarding the extent of fraud, the lack

13   of public confidence in our voting system cannot be

14   questioned.

15             Voter I.D. laws have been upheld by the

16   Supreme Court in the Indiana photo I.D. law and the

17   Department of Justice in the Georgia photo law.

18             We've heard more stories today about

19   potential fraud.  And there is more media stories

20   reported on or about voter fraud in Texas that would

21   kill more trees than I want to take responsibility

22   for by presenting those today.

23             People who lack confidence in the election

24   system show -- show no reason to show up and vote.

25   It is an -- imperative that we protect the public's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1       confidence in the election by deterring and

 2       detecting fraud.

 3               This bill is in compliance with the U.S.

 4       Supreme Court decision which upheld that the Indiana

 5       voter I.D. legislation, because it deters and

 6       detects fraud, it protects the public confidence in

 7       election.  It counts only eligible voters vote and

 8       also complies with the Supreme Court decision,

 9       because it offsets the burden on voters by providing

10       access to free photo I.D., allows for provisional

11       and absentee ballots, ensures that obtaining a photo

12       I.D. is no more burdensome or inconvenient than the

13       un -- the usual act of voting, and provides

14       exceptions for the elderly, disabled and indigent

15       voters.

16               Elections are too important to leave

17       unprotected, not to mention the perception of

18       possible fraud continues to contribute to low

19       confidence in our election system.  Clear evidence

20       that people have lost faith in the integrity of the

21       ballot box and the inability to prove any

22       unreasonable burden to any legal voter is all --

23       that -- all these states that have upheld these

24       laws.

25               This legislation is not a radical concept.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001859

TX_00028514

```
1        SB-14 is just asking that every voter verify you --

2   you are who say you are before you cast a vote.

3               I appreciate your time and attention, and

4   ask that we quickly and favorably vote SB-14 out of

5   committee.  And I close.

6               CHAIRMAN BONNEN:  Thank you.

7   Representative Veasey.

8               REPRESENTATIVE VEASEY:  Well, hold on

9   a second.

10              CHAIRMAN BONNEN:  Yeah, he's going to

11  talk on the bill.  Go ahead.

12              REPRESENTATIVE VEASEY:  Is that okay?

13              CHAIRMAN BONNEN:  Yeah.  Absolutely.

14              REPRESENTATIVE VEASEY:  I wanted to

15  say that I think that every one of us, Democrat,

16  Republican, we want to make sure that we have fair

17  elections.  We want to make sure that only those who

18  go and vote in person -- we want to make sure that

19  it is the actual person who has the voter

20  registration card or whose name is on the bill or

21  whose photo is on the I.D. already, we want -- all

22  of us want to ensure that that -- that that actual

23  person is voting and not -- someone is not

24  committing voter impersonation and voting for them.

25              We also want to make sure that -- that we
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    don't put hurdles in front of people.  And -- and,

2    you know, and we also want to make sure that before

3    we implement any new laws that there's actual proof

4    of what is being alleged that is going on.

5            And you know, once again, I know there

6    were all sort of excuses as to why voter

7    impersonation could not be proved, but over and over

8    and over again we asked people to offer up, you

9    know, evidence.  And there was never any.

10           I was really disturbed and I shared the

11   E-mail with you earlier about -- about the Tarrant

12   County Democrat -- Tarrant County Republican party

13   and then [sic] sent out an E-mail saying that

14   there's voter fraud going on in these Democratic

15   precincts and we need people to go over there, but

16   be careful because all those precincts are in bad

17   neighborhoods.

18           And then I saw this sign that a group

19   called the King Street Patriots put out, and that's

20   not a -- that's not a rap group.  That is some sort

21   of political organization.  And they actually -- you

22   can't see it from here, but they actually

23   photo-shopped a sign onto an African American woman

24   that said, "I only got to vote once."

25           Now, what I'll do -- and I was going to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 157 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

361

1      show it at the end of committee, but I'm not going

2      to do it now.  But I'll -- I'll -- I'll invite

3      you -- I think that's the same thing.

4                    UNIDENTIFIED REPRESENTATIVE:  Yeah.

5                    REPRESENTATIVE VEASEY:  But I'll

6      invite you to come up afterwards.  I have a video

7      from a -- a picture that came -- that came out of

8      1915.  The picture is about to be 100 years old in a

9      few years.  The name of the movie is "Birth Of A

10     Nation".  And "Birth Of A Nation" was a very popular

11     film.  As matter of fact, the film was the top

12     grossing Hollywood film for over 20 years until Snow

13     White And The Seven Dwarfs displaced it and more and

14     more people started getting into talkies.  And

15     that's a term for movies with sound.  And the --

16     the -- the movie has several different themes to it

17     that -- and most of the things in there we would

18     find -- we would think that it was absolutely

19     ridiculous that people thought this way.  But just

20     like everyone has said that -- that -- who's in

21     support of the voter I.D. bill has said that

22     85 percent of the people in this country are for

23     voter -- some form of voter I.D.  85 percent of the

24     people thought all the things in this movie were

25     real about African Americans.  And one of the things



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028517

1          in -- in the movie that it deals with is voter fraud

2          and that African Americans are -- are -- are --

3          newly-freed blacks are just -- are just committing

4          voter impersonation in mass droves.  So this is

5          nothing new.

6                    And it's amazing to me that people would,

7          you know, actually think that after being in

8          shackles and living in shanties that -- that you

9          would think that people would actually want to

10         commit voter fraud after just being freed.  But

11         that's what people thought.

12                   And I think it's very dangerous to make

13         allegations that there's all this voter fraud and

14         voter impersonation going on.

15                   When this movie came out in 1915, the Ku

16         Klux Klan had -- right before this movie came out in

17         1915 in January, the Ku Klux Klan had a membership

18         of zero.  It had a membership of zero since it was

19         formed by a group of former Confederate soldiers.

20         It had disbanded after reconstruction and -- and the

21         organization was defunct.  Before all these

22         allegations of voter impersonation and all these --

23         and all these other things that were stirred up in

24         this movie, Klan membership swelled to over 400,000.

25         And -- and -- and people believed these allegations



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028518

1       of voter impersonation and many other things so much

2       that the movie was actually viewed in the White

3       House, and President Woodrow Wilson said that --

4       that, "It's like writing history in lightening."  If

5       you saw the movie you would think it was like

6       writing history in molasses, because it's an old

7       movie and it tends to want to make the point a lot

8       slower.  But the President of the United States,

9       after viewing it in the White House, said, "It's

10      like writing history in lightening.  And my only

11      regret is that it is all so terribly true."

12              And people believed these things with

13      absolutely no proof whatsoever.  They were basically

14      just sort of wild rumors about voting irregularities

15      and voter impersonation, and people believed it.

16      And what happened after the movie came out was that

17      people and -- and particularly in southern states

18      tried to enforce sort -- sort of unwritten codes

19      about who would vote, literacy tests, and they put

20      barriers in front of people, because people believed

21      the things that were said in here.  And people just

22      believed wild rumors.  And so what I don't want to,

23      you know, get into and what I don't want to -- to

24      pass is anything that is just based just on things

25      that people have heard.  There's just way too much



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028519

1    of that.

2              There is too much of it going on on the

3    Internet.  We have a considerable number of people

4    in this State that think the President of the United

5    States wasn't even born in America.  They think that

6    his birth certificate is -- is fake, even -- despite

7    all the proof that's been given.  And it's a

8    significant number.  It's not just a small minority.

9    It would be nice if it was just occurring, you know,

10   in 0.5 percent of the people, but it's actually a

11   significant number of people in our State.  And I

12   think that by passing a bill that -- that -- that

13   perpetuates this sort of thought and these sorts of

14   wild rumors is not good.  And, you know, I -- I

15   think that is -- that it's really fortunate we made

16   the progress that we have in this country and that

17   the times in the movie -- that, most of them, we

18   would think are absolutely silly.  But it's amazing

19   that after -- over -- it's been well over 100 years

20   since reconstruction that people still have this

21   sort of suspicion of certain people that are voting

22   illegally or are voting -- or -- or impersonating

23   voters.

24              And so if you want to stay afterward

25   and -- and look at the scene of the movie with me,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028520

Case 2:13-cv-00193   Document 725-13   Filed on 11/17/14 in TXSD   Page 161 of 188
Voter Fraud Hearing - Volume 2                    March 1, 2011

365

1      I'll invite you to.  There is a sign about voter

2      impersonation in the movie, and I'll invite you to

3      come up afterwards.  But -- but I think that we're

4      all ready to conclude now, because it's been a busy

5      day.  All of us have so many things to do with

6      various committee hearings, and I appreciate

7      everyone coming to testify.  I know that if you're

8      for this bill or against it that you feel strongly

9      about it.  And I appreciate you taking time out of

10     your busy day to take time to come to the Capitol

11     and participate in democracy.  Thank you.

12          CHAIRMAN BONNEN:  Thank you, Vice

13     President Veasey.

14          At this time the Chair withdraws the

15     Substitute to Senate Bill 14 and leaves Senates Bill

16     14 pending before the Committee.

17          Is there any further business that anyone

18     would like to discuss or needs to be discussed?

19          Hearing none, the House Select Committee

20     On Voter Identification And Voter Fraud is now

21     adjourned subject to call of the Chair.

22          Thank you, Members.

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028521

```
 1      IN THE COUNTY OF TRAVIS  )

 2      STATE OF TEXAS           )

 3           I, Rhonda Howard, Certified Shorthand

 4      Reporter in and for the State of Texas, hereby

 5      certify to the following:

 6           That the CD entitled, "Texas House of

 7      Representatives 82nd Legislature, Select Committee

 8      on Voter Identification and Voter Fraud, March 1,

 9      2011" was transcribed at the request of Anne Wilson,

10      Attorney General's Office, 209 W. 14th Street, 8th

11      Floor, Austin, Texas 78701, (512) 475-4163, and the

12      amount due is $_____.

13           That the aforementioned CD was transcribed

14      to the best of my ability to hear and understand the

15      CD;

16           That the transcript was submitted by

17      E-trans on April  , 2012, to Anne Wilson, Attorney

18      Generals' Office, 209 W. 14th Street, 8th Floor,

19      Austin, Texas  78701, (512) 475-4163;

20           I further certify that I am neither

21      counsel for, related to, nor employed by any of the

22      parties or attorneys in the action in which this

23      proceeding was taken, and further that I am not

24      financially or otherwise interested in the outcome

25      of the action.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00028522

```
 1              Certified to by me, this 12th day of

 2      April, 2012.

 3

 4

 5

 6              RHONDA HOWARD, Texas CSR No. 41

                Expiration Date 12/31/12

 7              FIRM REGISTRATION NO: 283

                ESQUIRE DEPOSITION SERVICES

 8              100 Congress, Suite 2000

                Austin, Texas  78701

 9              (512) 328-5557

10

11      Job No. 330036RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028523

**A**

ability
331:17
  366:14
able
169:10
  177:15
  179:8 181:1
  187:24
  193:14
  215:11
  249:11
  275:2,14
  276:19
  306:13
  317:16
  318:23
  319:17,18
  330:6
  340:13,18
  340:23
  346:21
  347:1 353:2
abridging
218:1
absence
218:13 269:3
absentee
227:25
  269:24
  270:4
  343:25
  358:11
absolutely
187:10
  207:16
  223:5 254:9
  272:18
  355:23
  359:13
  361:18
  363:13
  364:18
absorbed
301:11
abundantly
242:16
abuse

175:8
accept
241:4 252:25
acceptable
  177:7 183:6
  319:8
accepting
182:6 203:11
  259:4
access
177:15
  189:13
  353:3,11
  358:10
accommoda...
349:8
account
269:18 270:8
accurate
208:1
accusing
212:25 213:5
acknowledge
211:7
ACLU
251:12,19
act
187:4 189:2
  190:12,21
  191:4
  216:21
  219:24
  237:19
  245:10
  277:23
  295:17
  296:16,16
  296:22
  303:3
  307:21
  342:18
  358:13
action
237:18
  366:22,25
active
170:7,12
  319:1

350:22
activities
187:18 242:5
acts
242:22
actual
331:13 354:1
  359:19,22
  360:3
add
190:12
  196:18
  222:2 237:3
  237:11
  253:11,16
  308:8 310:4
  354:6
added
190:3,9
  226:15
adding
236:18
  307:16
  342:13
additional
190:3,9,12
  236:9,11,17
  237:4,16
  238:1,1
  296:23
  303:24
address
172:9 188:4
  188:4 193:5
  205:24,25
  216:14
  239:14
  252:1 254:4
  255:9
  267:23
  274:21
  298:24
  314:22
  315:15
  316:9
  353:13
addressed
186:11 236:1

239:9
316:10
342:15
354:4
addresses
232:23
  267:21
  274:25
  301:20
  302:9,12
addressing
272:12 354:3
adequate
252:7,18
adjourned
365:21
adjudicated
325:12,13,17
  328:8
administer
293:5
administr...
191:23
  210:25
  293:25
  296:15
administr...
168:8 211:4
  212:3
admirable
268:5
admit
239:1
ads
278:12
  279:25
adults
174:21
advantage
321:19
advertise
204:12
  206:22
advertising
235:5 278:9
  280:4,9,11
advice
224:15

advising
216:4
Advisory
348:8
advocacy
176:21
  186:23
  187:3 232:6
Affairs
184:10 294:2
affect
235:12
  317:25
affidavit
179:15 221:3
  227:10,12
  262:25
  301:5
  310:19,25
  311:2,14
  312:3,9,15
  313:1,6
affidavits
226:21 227:4
  227:5
  312:18
  333:14
affirmation
193:4
affluent
247:18
aforement...
366:13
afraid
242:20
African
195:22
  211:16,18
  212:24
  238:13
  247:4,13
  249:5
  360:23
  361:25
  362:2
afternoon
163:18
  171:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

186:25
251:15,17
254:10
259:23
260:6 277:6
316:24
349:9
**afterward**
364:24
**age**
169:11 170:7
180:17,17
263:24
265:8
292:25
293:6 353:7
**agency**
190:22
322:12,14
**agency's**
203:18
**agent**
194:22
**aggravated**
311:1
**ago**
163:21 164:8
168:3
172:25
173:8
275:21
314:1,10
341:23
342:5 349:5
**agree**
235:8,24
262:11
270:25
272:2
283:12
349:18,25
351:5,9
352:6
**agreed**
260:11
269:21
**agreement**
202:20

**ahead**
165:24
192:17
294:17
359:11
**aired**
280:22 305:7
**airport**
346:17
**aisle**
204:3 275:23
**Alan**
162:5 181:6
181:8,8
**alien**
241:24
**aliens**
241:23
**Aliseda**
180:8 191:11
191:12
192:2,8
206:24,25
207:6 224:2
224:3,9
240:10,12
240:15,19
241:21
243:3,16
271:25
272:1
302:23,24
303:17
304:12,19
304:23
305:8,14
333:24,25
334:11,14
334:20
335:4,12,15
335:20,23
336:5
337:23
349:13,14
349:15,21
350:10,12
350:15
351:4

352:10
**allaying**
220:19
**allegation**
338:13
**allegations**
211:17 343:8
343:21
362:13,22
362:25
**alleged**
334:16 360:4
**alleviated**
194:11
**allow**
167:22
184:24
200:7,7,8
212:7 260:8
294:13
304:14
350:5 356:9
**allowed**
164:7,10
182:6,20
**allowing**
183:6 194:14
198:10
232:4
**allows**
179:6 245:25
268:24
293:23
310:23
358:10
**alluded**
237:15
**alongside**
187:25
**alternate**
181:13 260:2
**alternative**
307:15 313:3
**amazing**
362:6 364:18
**amendments**
198:20
**America**

187:4 189:2
190:11,21
191:4 198:5
198:12,16
199:1
277:23
295:17
296:15,22
364:5
**American**
195:22,23,24
197:10
211:16,17
211:18
212:24
215:25
238:14
247:4,14
267:17
268:9,15,18
270:18
354:12
360:23
**Americans**
238:14,15
246:10
249:5 344:9
349:17
350:16,21
361:25
362:2
**Amigos**
186:19
**amount**
235:9,22
252:17
267:18
297:22
317:23
345:8
366:12
**amounts**
268:14
300:11
318:20
**anal**
182:2
**analysis**

217:7,18
219:24
222:3 223:7
223:9,15,15
223:22
225:5 226:3
226:6
307:24
309:4 342:4
347:21
**Anchia**
281:2,3
297:10
305:17,18
305:22
306:5,15,18
306:22,24
307:14
308:6,15,19
309:12,18
309:22
310:2,18
311:5,10,13
311:19
312:1,5,8
312:13,16
312:19,23
313:13,16
313:23
314:4,8,18
314:23
315:3,6,19
315:22
317:4,5,8
317:10,18
318:8,11,15
319:4,10,19
319:23
320:21,24
321:6,10,25
322:4,7,10
322:17
323:2,7,8
323:12,19
323:21
324:2,6,14
324:17,19
324:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

370

325:4,9,15
325:21
326:1,4,13
326:16,23
327:4,8,11
327:20,23
328:11,18
328:23
329:4,7,10
329:20
355:8 356:9
**Andrew**
162:7 192:25
193:8,8
**anecdotal**
269:9
**anecdotes**
185:1
**Angeles**
213:22 340:1
341:22
**Angelo**
210:22
**Anita**
162:4 176:12
176:19,20
179:2,9,12
179:18
**Ann**
162:11,14
253:24
254:2,2
255:18
256:1,8
277:2,6,6
277:21
279:8,11,14
279:17
280:2,6,12
280:15,19
282:5,8,14
282:19
283:14,21
284:24
285:10,20
285:24
286:5,21
287:9,12

288:1,12,20
288:24
289:6,22
290:1,15
291:6,19,24
292:7,14
293:7,20
294:5,21
295:1,13,19
296:1,9,17
296:25
297:6,15,18
297:21
298:2,7,12
298:19
299:4,11,20
300:6,14
301:13,24
302:18,21
303:2 304:3
304:17,21
305:1 306:3
306:8,17,20
306:23
307:3 308:1
308:14,18
309:3,14,20
309:25
310:6 311:4
311:8,12,18
311:25
312:4,7,10
312:15,17
312:22
313:9,14,20
314:3,7,13
314:20
315:2,5,7
315:21
316:8,14
**Anne**
366:9,17
**announcem...**
235:5,15
304:14
**annoyed**
182:16
**annual**

211:6 281:14
281:19
295:8
**annually**
189:1
**answer**
173:25 201:1
216:18
222:9
239:20
243:7 349:6
**answered**
286:20,23
**answers**
178:13
**anticipate**
190:10
216:25
**Antonio**
206:17
279:24
**anybody**
350:6
**anymore**
172:18 191:6
196:3
231:20
347:16
**anyway**
175:19 247:3
294:25
**AO**
184:11
**apart**
276:7
**apologize**
166:17
186:14
198:18
208:11
214:20
215:7
265:23
266:5
**apparently**
289:13
345:22
**appear**

300:18
342:11
344:4
**appearing**
341:23
**appears**
343:15
**appease**
194:16
**applicable**
173:19
**applied**
174:10
256:22
272:17
**appreciate**
169:15 180:6
180:9 181:5
198:21
205:25
210:2,10
215:5,17
222:12
228:9,11
229:2 232:2
256:15
263:16,18
286:24
305:22,23
316:16
329:21
341:4,12,17
349:8,11
353:17
355:7,15,16
359:3 365:6
365:9
**appreciated**
196:21
263:12
341:2
**approach**
181:19 203:3
307:15,25
307:25
308:3
310:19
315:20

**approached**
173:8
**appropriate**
189:17 265:2
279:4
283:19
**appropriated**
296:7,22
**appropria...**
204:22
**appropria...**
204:20
**approxima...**
233:22 321:3
**approximates**
236:20
**April**
161:15
366:17
367:2
**area**
182:23
184:13
196:23
198:11
252:19
314:21
**areas**
187:22 189:8
269:16
296:11
334:17
**arenas**
351:2
**argue**
350:7,8
**argued**
248:18
**argument**
174:17 199:9
272:17
**arm**
260:16
**arose**
237:8
**arrays**
350:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028526

arrested
332:3
arrive
320:25
arrived
185:2 277:22
  279:18
arrives
163:9,10
arriving
279:10
article
246:16
  347:11
artifact
185:14,15
Ashcroft
221:25
Asia
271:5
Asian
184:5,10
  267:17
  268:9,15,18
  270:18
aside
182:7
asked
168:17,18
  181:21
  195:12
  196:2
  199:16
  200:21
  249:17
  254:24
  268:20
  273:21
  278:21
  282:11
  284:1,7
  290:16
  327:12
  347:13
  348:2,5
  351:24
  352:2,4
  360:8

asking
289:4,10
  336:25
  338:1
  346:12
  359:1
aspect
233:4 349:17
assessment
286:25
assigned
181:14,16
assist
187:18
  236:21
assistance
271:15 335:8
assistant
185:3
assisting
257:6
Associate
341:6,21
associated
190:21 303:4
association
210:7,25
  211:3,12
assume
305:10
assumed
193:20
  212:18
assumes
285:2
assuming
284:2
assumption
318:19
assumptions
264:14 301:8
assure
177:10
assured
254:25
Atlanta
206:11,12,14

attached
300:10
attack
246:18
attempt
339:24
attempting
340:2 343:3
attention
219:5 222:4
  254:10
  359:3
attitude
257:15
attorney
267:2,13
  271:1
  322:23
  323:6,14,23
  329:14
  334:21,24
  335:6,7
  336:25
  366:10,17
attorneys
335:16,17
  366:22
attrition
170:20
audience
205:5 258:4
audiences
258:4
audio
231:19
augment
326:5
Austin
184:12
  206:17
  258:13
  273:16
  274:1
  278:15
  279:24
  366:11,19
  367:8
author

326:6
authorized
274:3 315:11
automatic...
239:18
available
180:18
  190:22
  200:22
  215:2 224:7
  286:23
  342:2
  346:13
avenue
217:2 224:7
  227:22
  263:15
avenues
225:4 228:2
average
252:21 278:3
avoid
219:11 224:4
aware
244:14
  287:24
awareness
220:12
A.G
328:24
  332:18

_____B_____
baby
353:6
back
163:10
  164:14
  165:19
  173:1 176:4
  176:16
  185:25
  208:11
  221:7
  227:11,22
  230:24
  265:25
  285:12

286:2
294:16
300:18
311:15
318:4
330:15,22
331:19
341:4,13
347:7
355:16
backfire
243:9
background
331:2
bad
171:11
  204:17
  360:16
Baker
215:25
  216:15
balance
208:22
ballot
167:11 178:3
  179:8,9,11
  181:2
  220:25
  221:7,8
  239:15
  241:5 252:3
  252:19
  253:9,15
  254:5
  255:11,11
  270:15
  301:5
  324:15,16
  358:21
balloting
269:25
ballots
238:1 252:22
  252:25
  253:2,6,11
  253:13,21
  255:13
  257:5,6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

269:15
325:23,25
326:8 328:1
344:1,9
347:8
358:11
**banking**
187:19
**barely**
212:10,21
**Barns**
162:3 171:15
171:17,18
171:18
**barriers**
363:20
**base**
296:5,6
297:4
**based**
173:11
221:14
236:2
241:14
244:10
271:7
285:20,22
297:2
329:14
354:1
363:24
**basement**
331:18
**basic**
194:17
217:18
219:18
223:15
256:21,23
**basically**
234:12
235:10
237:22
314:16
363:13
**basing**
283:5,7
**basis**

188:15
241:15
**bear**
340:15
**beating**
197:6,15
**Bee**
162:3 169:18
171:1,1
273:3
**beginning**
268:12
**begins**
341:13
**behalf**
173:2 181:6
211:23
228:12,22
251:19
256:20
274:4
**behavior**
268:14
**belief**
243:4 306:2
**beliefs**
243:1,18
**believe**
163:5 165:14
166:23
169:4
176:25
177:17
180:20
191:20
198:23
222:23,24
231:18
240:22
241:23
248:15
249:17
252:19
257:12
258:18
263:19
271:12
272:4 287:3

292:7 296:9
302:12
318:6 319:2
323:15
326:14
343:20
344:11
346:22
**believed**
362:25
363:12,15
363:20,22
**belongs**
165:17
**benchmark**
217:9,20
**benefit**
240:20 342:4
**benefits**
188:6,7,14
188:14
272:11
307:13
342:21
348:23
353:25
**benign**
181:18
**best**
184:21
239:19
241:4 284:9
293:12
315:17
347:10
348:16,17
366:14
**bet**
245:15,15
**Beth**
171:18
**better**
172:11
205:11
207:11
227:15
**Bexar**
261:14

**biannual**
281:15
**Bible**
174:22
**Biblical**
173:16
**bid**
305:3
**big**
171:21 193:6
227:24
228:5
339:13
**bigger**
289:16
**biggest**
203:24
279:22
**bill**
163:15
166:18
169:23
172:23
173:3
174:18
176:10,14
179:6,23
180:5,5,21
181:7,11
184:6,14
186:21,24
187:10
188:21
189:14
193:2,11
194:4,24
196:14,16
197:3,20,22
198:5,20,21
200:6,17
201:4,5,13
210:8,12
215:10
216:7,10,11
216:12,19
216:22
217:5,8
219:5,7,23

220:4 223:8
226:15
227:16,18
227:23,25
229:6
232:19
233:3
234:15
235:23
237:11
238:11
239:23
244:13
245:17,19
245:23
246:9,22
248:12,19
248:21
249:17
251:14,20
252:1,18
253:16
254:1
256:11
257:17
259:20
263:9 267:3
267:20
270:8,12,23
271:11,14
273:17
274:24
275:10,14
275:18
276:18
277:5
278:24
279:1,20
281:7,14,22
282:15,22
282:25
283:12
284:21,22
284:24
285:21,23
288:2 289:1
291:22
292:4,4,12
296:10,20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 300:17,25 | 197:8,10,15 | 209:24 | 331:25 | 280:7 |
| 302:2,11 | **blacks** | 210:2,5,10 | 333:23 | **Bridge** |
| 304:5 310:7 | 362:3 | 210:15,18 | 335:25 | 164:1 |
| 313:25 | **blaming** | 213:12,14 | 337:17,22 | **brief** |
| 314:14 | 212:16 | 213:17 | 338:9,11 | 216:17 |
| 315:4 | **blanket** | 214:1,5,8 | 339:21 | **briefly** |
| 316:23 | 219:11 | 214:10,12 | 340:5,9,12 | 292:10 |
| 318:18 | **bless** | 214:15,20 | 340:18,22 | **bring** |
| 319:25 | 175:23 176:1 | 214:25 | 341:3 | 174:23 |
| 320:17,20 | **blocked** | 215:5,14 | 349:10 | 287:17 |
| 320:22 | 234:21 | 222:11 | 352:12 | 316:18 |
| 321:12,17 | **board** | 223:23 | 355:5,11,14 | 322:25 |
| 326:8,11,14 | 167:11 | 224:1,11 | 355:19,23 | 330:15,17 |
| 328:2 341:8 | 200:15,20 | 225:13 | 356:5,13,17 | 330:22 |
| 347:21 | 255:11 | 228:7,15 | 356:25 | **broad** |
| 356:2,8 | **Bob** | 229:1,10,14 | 359:6,10,13 | 310:10 |
| 358:3 | 169:20 | 229:17 | 365:12 | **broadcasting** |
| 359:11,20 | **Bonnen** | 230:3,8,12 | **book** | 304:15 |
| 361:21 | 163:2 165:22 | 230:19,23 | 182:12 312:6 | **broader** |
| 364:12 | 166:16,21 | 231:1,15,17 | 344:23 | 269:10 |
| 365:8,15,15 | 169:12,16 | 232:17 | **books** | **brochures** |
| **billion-d...** | 169:21,25 | 240:4,8,14 | 182:4 248:8 | 235:3 |
| 232:15 | 170:25 | 243:13 | **boomers** | **broke** |
| **bills** | 171:12 | 250:21,25 | 353:7 | 212:9 |
| 182:8 219:10 | 172:20 | 251:3,6,10 | **booth** | **broken** |
| 239:1 | 175:15,17 | 251:16 | 175:11 | 164:19 |
| 248:23 | 175:20 | 253:22 | 181:15 | 240:23 |
| 308:2 | 176:3,8,18 | 255:16,20 | **border** | 296:10 |
| **bill's** | 178:25 | 256:3,9,14 | 164:13 | **brother** |
| 306:7 | 179:3,20,25 | 259:6,14,17 | **borders** | 276:4 |
| **birth** | 180:1 181:4 | 262:6,9 | 174:6 | **brought** |
| 361:9,10 | 184:2 | 265:11,19 | **born** | 199:3 255:10 |
| 364:6 | 186:14,17 | 266:3,5,23 | 269:19 364:5 | **Bryan** |
| **birthdate** | 189:19 | 266:25 | **borrow** | 206:17 |
| 172:6 | 191:10 | 267:6,10 | 315:17 | **bubble** |
| **birthplace** | 192:12,16 | 271:24 | **bother** | 307:22 |
| 244:7 | 192:25 | 273:10,14 | 257:11 | **budget** |
| **bit** | 194:19 | 273:19 | **bottom** | 191:5 200:15 |
| 165:4,5 | 196:24 | 276:11,15 | 231:8 239:22 | 200:20 |
| 203:14 | 198:2 | 277:2,9 | **boundaries** | 205:7 |
| 216:9 | 200:11,14 | 281:1 292:9 | 174:5,7 | 218:25 |
| 222:16 | 200:23 | 293:16 | **box** | 232:15 |
| 226:18 | 201:11,25 | 294:8,12 | 358:21 | 244:21 |
| 277:15,20 | 202:12,18 | 302:22 | **Bradford** | 282:4 |
| 278:11 | 202:22 | 305:16,20 | 162:12 256:9 | 283:17 |
| 283:2 289:9 | 206:1,6,12 | 316:15,25 | 256:13,18 | 295:15 |
| 294:23 | 206:19,23 | 317:3 | 259:12,16 | 296:5,7 |
| **black** | 207:18,21 | 322:19,22 | **breakdown** | 297:4 |
| | | 323:7 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

301:12
317:11,12
317:15
**Buelter**
162:5 179:21
179:24
180:3,3
**building**
169:1
**built**
255:21
**bulk**
280:8
**bunch**
166:13 334:4
350:8
353:19
**burden**
174:15,17
217:21,24
218:4 220:2
221:13
226:22
250:16
347:3,3
358:9,22
**burdens**
249:21
**burdensome**
217:3 358:12
**Burg**
230:6,9
**Burk**
251:22
**bus**
247:5,8
**Bush**
246:16
**business**
330:25
365:17
**bust**
311:2
**busy**
260:25 365:4
365:10
**button**
231:7

**buy**
275:12,16
280:1
343:23
**B-U-E-L-T...**
179:21
**B1.4**
296:14

___

**C**

**cable**
235:5
**calculation**
317:17
**Calhoun**
328:10
**California**
172:8 340:1
**call**
163:12
178:11
212:1
225:25
303:11
313:21
336:7 337:1
356:7
365:21
**called**
182:18,19
186:9
195:12
196:9 217:9
278:7
360:19
**calling**
195:25
**calls**
200:14 210:5
251:12
**camera**
231:4
**campaign**
195:21 206:4
206:9
208:23
234:20
**campaigns**

204:4
**campus**
193:17
**cancel**
352:25
**candidate**
183:22
211:16,17
211:18
212:1,2,10
212:11,20
212:21,24
213:1 257:8
262:2
**candidates**
218:3 261:9
261:13
**capacity**
354:12
**capital**
185:11,12,12
185:13
**Capitol**
365:10
**capture**
309:10
**card**
168:1 172:1
172:16,19
182:11
185:4,5
199:7,8,12
199:17
246:2
260:18
263:21
264:18
265:8
266:21
310:25
325:2
359:20
**cards**
167:17
168:24
181:20,24
183:7
211:21

213:2
247:16
260:24
265:25
300:3 309:7
**care**
165:17,18
**career**
185:22
**careful**
242:18
299:21
342:4
360:16
**carefully**
225:8 343:11
353:24,24
**Carol**
162:12
259:19,22
259:23
263:18
264:11
265:1,5,10
265:15,21
265:24
266:4,10,13
266:24
**Carole**
259:22
**Carolina**
252:14
**carry**
169:10
**cars**
247:19
**Carter**
195:21
215:25
**case**
217:4 223:14
239:2 242:1
325:17
328:5,25
329:12
334:24
335:1
**cases**

215:23 264:4
314:6 325:5
326:3,20
327:5 328:5
328:7 330:6
330:9
332:24,25
334:22
339:1 344:7
**cast**
179:8 181:2
187:25
220:25
221:7 253:3
253:6,9
261:5,19,22
261:22
270:14
271:18,18
271:21
359:2
**casting**
243:19
**catch**
244:9 264:1
**catcher**
167:10
**category**
298:23
**Caucasian**
195:14
**caught**
269:12
**cause**
253:12 354:4
**caution**
191:3
**cautious**
244:16
310:12
**CD**
366:6,13,15
**celebration**
211:6
**Census**
180:15
**Center**
341:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

375

certain
190:4 194:16
  220:17
  226:15
  248:1
  264:16
  267:22
  272:12
  309:15
  315:7
  342:22
  364:21
certainly
207:3 224:6
  224:13
  248:13
  307:19
  315:16
  346:20
  353:17
certificate
254:17 255:5
  255:8
  300:16,19
  300:22,23
  301:2 306:6
  306:13
  307:9,17
  310:5
  311:20,22
  312:12
  315:9
  348:12
  364:6
certificates
334:7
CERTIFICA...
162:17
Certified
366:3 367:1
certify
337:8 366:5
  366:20
cetera
182:9 312:21
Chair
200:14
  207:20

210:5,21
214:19
251:12
273:23
276:2
341:16
355:18
356:7
365:14,21
chairman
163:2 165:22
166:16,21
169:12,16
169:21,25
170:25
171:12
172:20
175:15,17
175:20
176:3,8,18
178:25
179:3,20,24
180:1,6
181:4 184:2
184:7
186:14,17
189:19
191:10
192:12,16
192:25
194:19
196:24
198:2,9
199:19
200:11,14
200:19,23
201:11,25
202:12,18
202:22
206:1,6,12
206:19,23
207:18,21
209:24
210:2,5,6
210:15,18
210:21
211:1,2,2,8
213:4,11,12

213:14,17
214:1,5,8
214:10,12
214:15,20
214:25
215:5,14
222:11,13
223:23
224:1,11
225:13
228:7,15
229:1,10,14
229:17
230:3,8,12
230:19,23
231:1,15,17
232:17
240:4,8,14
243:13,14
250:21,25
251:3,6,10
251:16
253:22
255:16,20
256:3,9,14
259:6,14,17
262:6,9
265:11,19
266:3,5,23
266:25
267:6,10
271:24
273:10,14
273:19
276:11,15
276:17
277:2,9
281:1,3
292:9
293:16
294:8,12
302:22
305:16,19
305:20
315:23,25
316:15,25
317:3,6
322:19,22
323:3,7,9

331:25
333:23
335:25
337:17,22
338:9,11
339:21
340:5,9,12
340:18,22
341:3
349:10
352:12,13
353:16
355:5,11,14
355:19,23
356:5,13,17
356:25
359:6,10,13
365:12
Chairmen
249:18
Chairwoman
264:21
challenge
246:23
challenges
187:21,22
309:2
challenging
245:17
chance
163:24
  253:14
  347:5,7
change
178:4 179:19
  228:6
  244:10
  252:8 261:5
  261:20
  262:14
  283:11,13
  283:18,20
  285:17
  287:4,5,23
  292:15,21
  302:10
  313:19
  354:25

355:3
changed
179:15
  185:18
  212:22
  287:15
  288:25
  298:24
  321:16
  342:6
changes
185:6 189:4
  220:13
  225:1
  236:23
  270:8 286:1
  287:22
changing
199:24
  250:12
  301:4
chaplain
173:7
character...
260:14
charge
286:17 357:6
charged
187:4
chasing
239:24
check
166:2,7
checked
347:25
checking
237:24
Chicago
202:4,5
Chief
246:14
child
177:16
chip
184:18
CHL
166:23
  168:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028531

169:2,10
308:20
**choose**
218:3
**choosing**
250:6
**chose**
330:14,15
**chosen**
257:13
**Christ**
174:8
**Christi**
256:19
**churches**
173:18
**circumsta...**
182:25
281:19
350:23
**circumvented**
328:3
**cities**
278:18
339:14
**citizen**
173:9 184:15
195:18
197:11
216:7
324:11
336:6 337:1
346:18,24
354:12
**citizenry**
234:3
**citizens**
170:6 174:25
183:20
193:13
194:18
232:19
233:21,23
238:14
240:22
241:3
256:24
257:1,20

258:25
259:1
263:13,23
288:15
328:15
333:14
335:6
346:11,15
347:13
**citizenship**
246:6
**citizen-led**
183:20
**city**
283:3 328:13
329:8 334:3
**civic**
176:25
**civil**
173:19,21
216:23
353:7
**claim**
343:16
**claimed**
182:18
**clarify**
192:11,15
198:8
**class**
193:12
340:25
**classes**
244:18,24
**classrooms**
205:3 207:10
244:19
**clean**
165:8 200:6
**clear**
178:13
201:11
207:13
242:16
263:7,9
297:1
322:11
343:19

358:19
**clearance**
245:13
248:15
**cleared**
248:8
**clearly**
246:13 250:8
269:13
283:22
314:21
**clerical**
343:22
**clerk**
197:13 260:7
302:6
**clerks**
250:3,5
254:20
258:6 260:4
288:4
**click**
231:13
**clicking**
231:14
**close**
175:19
205:14
211:3 222:4
270:14
356:4,23
357:1 359:5
**closed**
207:10
**closely**
310:7
**closer**
209:16
**closest**
247:2,7,11
**closing**
244:25
**clubs**
258:1,1,8
**code**
182:5,7
183:24
260:10

287:5,21,22
336:12
337:3
354:21
**codes**
363:18
**cold**
177:14
**collaborate**
320:15
**colleagues**
193:23
**collect**
253:18
**College**
206:17
**colleges**
244:23,25
**Collins**
162:11
253:24
254:2,3
255:18,22
256:1,4,8
**colors**
195:8,9
**come**
164:2 165:8
165:20
168:7
171:24
172:7,10,16
176:4
177:12
184:15
190:15
195:7,9
200:21
205:13,24
208:14
209:11
216:13
220:25
221:7 254:9
262:21
263:10
272:18
274:6

284:23
286:13
291:1 293:8
294:16
318:4 321:9
321:18,20
333:12,18
334:2
338:22
347:7
352:17
361:6 365:3
365:10
**comes**
165:9 195:8
256:25
328:9
329:11
347:24
**comfortable**
194:14
**coming**
164:14
166:15
168:6 198:3
205:25
210:3 249:8
254:12
258:18
259:9
263:16
269:7,13
291:7
339:13
341:13
355:15
365:7
**command**
173:16
**Commander**
308:11
**comment**
249:11 356:4
356:8,10,23
**commented**
260:9
**comments**
232:11 263:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028532

Voter Fraud Hearing - Volume 2                    March 1, 2011

263:19
commercials
283:8
Commission
188:9 310:14
Commissioner
168:12
210:11
commit
181:22
242:24
269:24
343:25
344:5
362:10
commitment
219:1
committed
239:11
242:21
committee
161:3 163:14
166:18
169:19
171:16
172:22
176:10,14
179:23,25
181:7,11
184:6
186:20,24
187:7,10
189:23
191:3 193:1
194:23
197:2 198:5
198:9 200:9
200:16
201:12,21
210:8,11
215:10,12
217:10
222:9
228:12
229:6,21
232:1 250:2
251:13,20
253:25

256:11,15
259:20,24
267:3
273:17,24
275:7,20
276:2,8
277:4
278:25
287:17
293:21
294:13,17
302:3
307:16
316:22
319:6
320:17,19
341:8,11,16
341:23
356:1,8
357:4 359:5
361:1 365:6
365:16,19
366:7
committing
220:11,20
265:18
332:20
359:24
362:3
common
164:12 177:7
178:4
203:20
257:9
commonsense
174:3 351:21
Commonwealth
274:18
communicate
303:14
communica...
225:4
communities
208:13
220:22
222:1
253:20
community

188:1 197:16
244:22,24
247:17
companies
304:15 305:5
350:3
company
184:18
267:15
280:20
305:3
compare
183:2 219:9
266:2
290:19
compared
217:12 223:8
comparison
217:8,15
344:15
compiled
323:18
complains
338:21
complaint
336:8
complaints
345:4
complete
239:16
308:22
completely
193:3 230:2
254:21
258:23
complex
236:6 269:1
compliance
310:13 358:3
compliant
318:22
complicated
219:8,16
221:2
237:14
complies
358:8

compliment
203:16
comply
292:3 310:24
311:21
313:2,7,7
313:18
comprise
326:21
comprised
211:1
compromise
174:3
Comptroll...
203:15 204:6
computer
163:8 184:17
267:5
concept
171:20
358:25
concern
203:7,24
204:24
249:14
275:1 357:9
concerned
198:4,12,16
202:10
203:11
204:13
205:18,23
245:8 247:1
248:5 250:9
252:5,17
265:12
275:9
277:14
316:2
327:24
352:22,22
353:2,10
concerns
184:24 192:3
194:11
251:25
252:3
263:12

267:22
352:18
353:13
concession
227:17
conclude
239:21 365:4
concluded
357:5
conclusion
184:20
239:19
conduct
333:18,22
conducting
216:3
Confederate
362:19
confidence
164:24 207:2
241:7,18
243:12
256:24
259:1
353:23
357:13,23
358:1,6,19
confident
165:20
175:12
347:17
351:23
352:1,2
confirm
265:14
314:25
confuse
343:22
confused
253:2,8
confusing
178:18
confusion
253:12
300:15
347:5
Congress
367:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028533

Congressi...
307:6
Congressmen
173:5
conscious
183:12
conservative
205:5 320:13
consider
188:25 225:8
244:23
275:8 354:9
considerable
364:3
considera...
193:19
considered
228:4 302:7
considering
248:23
342:21
347:20
348:25
349:5
consolidate
244:18
consolidated
207:11
consolida...
205:3
conspiracies
345:19
conspiracy
344:25
constitue...
175:6 352:20
constituency
353:10
constituents
232:16 274:4
275:5
353:22
constitut...
223:20 233:5
233:14
246:18
341:6

350:24
354:14
constitut...
223:14 237:9
constitut...
173:12
consultants
204:2
consulted
222:7
contact
213:20
contain
306:9
contained
278:24 312:6
contains
302:3
contemplate
322:14
continue
239:4 284:2
295:11
333:8
Continued
163:1
continues
306:8 358:18
continuing
237:14
283:24
287:16
contracted
280:21
Contrary
347:21
contribute
358:18
contributing
183:15
contribution
216:8
controver...
248:16
controver...
273:8
controversy

267:18
convenience
215:4
conventional
351:10 352:7
conversation
297:8
conversat...
300:20
Conversely
221:21
convictions
239:7
convinced
328:16,21
copy
190:18 270:1
273:20
Corpus
256:19
correct
191:15,24
192:1,7
201:25
206:12
208:7
229:12
246:4 273:7
290:11
294:5
297:14
298:12,19
311:24
312:21
314:19
316:7,14
317:13
318:23
322:15,16
323:16,24
324:4,5
329:8,9
330:10
331:15,21
334:17
335:14,19
336:8 337:4
337:20,21

338:4
339:15
349:23
correctly
163:5 183:13
194:21
260:19
261:24
298:18
correlation
347:13,15
correspond
303:14
cost
199:10,25
201:7 202:9
204:3,8,12
204:25
206:22
207:13,16
218:4
232:22
233:4,6,11
233:16,18
233:20,24
234:1 235:8
235:13,18
236:7,10,24
238:1,4
241:1
245:18
246:23
249:21,24
251:9 252:2
252:12,15
271:8,12
272:11
278:3
279:20
281:8 284:8
288:10
300:11
301:3,4,5
304:13
319:13
320:2
321:23
322:1,11,14

342:4 355:3
costly
199:11
costs
199:24
204:25
232:12
235:25
244:12
245:3,7
271:13
321:5
342:15,16
342:16,17
348:14,22
353:25
Council
328:14 329:8
counsel
341:24
366:21
count
165:10
182:22
196:7
226:22
253:15
counted
221:8 261:24
354:18
counties
249:12,15
286:4,5,6,9
286:9,11
288:14,16
300:10
338:7
counting
163:5 252:21
countless
269:18
country
164:6 186:9
197:12
217:13
219:1
242:17
243:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

263:10
269:20
271:4
361:22
364:16
**counts**
358:7
**county**
163:21
 168:14
 171:4,19
 179:22
 180:4,7,11
 180:12,14
 180:16,19
 182:19
 183:19
 198:13
 199:19
 210:7,14,21
 210:21,22
 210:25
 211:8
 212:12,13
 212:25
 213:4,8
 226:23
 236:9 250:3
 250:5 251:8
 255:6,12
 256:19
 260:2 261:7
 261:11,14
 261:21
 273:3 295:9
 300:12,20
 301:3
 307:10
 309:7,9
 328:10
 333:16
 335:7,17
 336:25
 360:12,12
 366:1
**couple**
173:8 299:1
 305:18

308:25
**course**
191:14 202:6
 279:22
 292:14
 343:10
**courses**
182:3
**court**
163:12,14
 165:6,6
 216:24
 217:16,23
 218:15
 219:13,15
 219:17,22
 219:25
 221:17,25
 222:21
 223:6,13,21
 224:4,5,20
 224:21
 225:17,19
 225:23,25
 226:2
 234:16,21
 234:22
 235:6 237:9
 245:24
 246:14
 248:7
 274:11
 357:16
 358:4,8
**Courts**
222:4
**cover**
204:1 284:13
**covered**
216:11 303:2
**covers**
333:15
**cranky**
181:10
**create**
189:7 236:15
 286:10
 346:3,7

351:21
**created**
278:7,9
 286:8
**creates**
351:5
**creating**
241:19 328:2
**credible**
235:23
**credibly**
350:7
**credulity**
242:23
**crime**
196:23
**crimes**
242:21
**criteria**
290:21
**critically**
261:3
**crutches**
218:25
**cry**
345:2
**CSR**
161:15 367:6
**cumbersome**
194:1
**curiosity**
338:14
**curious**
310:15
**current**
166:24
 177:21
 183:7,13
 188:20
 189:25
 201:6
 217:10
 223:8
 268:22
 278:25
 283:13
 302:25

306:7
315:12
317:11,19
321:3 348:7
**currently**
193:9 216:4
 237:2
 246:11
 260:20
 267:13
 275:12
 286:4
 288:21,25
 289:10
 301:24
 311:14
 313:2 316:4
 317:11
 319:11
 355:12
**customers**
350:4
**cut**
171:7 188:23
 244:19
**cycle**
199:20 227:4
 278:5 285:3
 285:18,19
**cycles**
198:14 268:6
 268:12

---

**D**

**D**
185:11,12
**daily**
350:9
**Dallas**
195:1 196:21
 206:16
 247:13,14
 247:18,18
 255:6,12
 278:15
**Dallas/Fort**
202:8 279:23
**damage**

354:5
**danger**
164:9
**dangerous**
194:6 244:11
 362:12
**DasGupta**
162:6 184:4
 184:7,8
 185:11
 186:11,16
**data**
180:15
 185:25
 221:15
 253:18,18
 282:2
 304:10
 317:18
**database**
236:23
 289:23,25
 308:12,16
**databases**
194:8
**date**
275:6 367:6
**David**
162:15
 322:22
 323:4,11
 323:17,20
 323:25
 324:5,8,16
 324:18,21
 324:25
 325:7,11,20
 325:24
 326:2,10,15
 326:18
 327:3,7,10
 327:19,21
 328:9,13,19
 329:3,6,9
 329:18,22
 330:3,10,20
 331:1,4,7
 331:15,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028535

332:7,12,23
333:2 334:9
334:13,18
335:1,9,14
335:18,22
336:10,14
336:17,22
337:4,7,11
337:16,21
338:5,10,15
338:18,24
339:15,20
**Davio**
162:14
316:21,24
316:25
317:7,9,14
318:3,10,13
318:24
319:5,16,20
320:16,23
321:2,7,14
322:2,5,9
322:16,21
**dawned**
254:15
**day**
163:25 167:3
177:12
182:12
183:5
187:23
194:9
220:25
226:19
227:19,19
228:5
232:25
258:13,14
259:9 260:3
260:11,25
263:1
270:21
271:22
272:25
302:20
344:7
349:17

356:20,21
365:5,10
367:1
**days**
254:20 303:5
**de**
186:19
**dead**
211:21
**deal**
167:12 193:6
227:24
241:16
335:2
352:17
353:14
**dealing**
173:4 255:23
**deals**
362:1
**Debbie**
195:21
**decade**
232:10
345:20
**December**
297:14,20
298:17
**decent**
256:7
**decently**
173:17
**deception**
200:8
**decide**
178:13
333:21
**decided**
225:16
**decision**
217:16
222:19
225:9
272:11
358:4,8
**decisions**
268:1 293:2

**declare**
220:6
**declared**
261:25
**decrease**
330:24
**decreased**
318:14
**deed**
270:1 272:19
**deem**
336:9
**deemed**
235:23
**deep**
243:23
**deepest**
184:13
**Deese**
308:11
**defend**
246:24
**defending**
245:18
**Defense**
216:5 268:9
**defer**
296:17
**deficit**
244:15
**define**
211:9 316:6
**defines**
175:2
**definitely**
250:14
304:17
317:15
**defunct**
362:21
**degree**
270:9
**delayed**
214:10
**demanded**
270:17
**demands**

348:10
**democracy**
229:16 232:5
268:5 271:8
271:12
272:6,13
365:11
**democracy's**
270:20
**Democrat**
165:18
195:15
200:2 211:1
211:15
212:10,12
212:20,24
212:25
213:8
359:15
360:12
**Democratic**
213:11
360:14
**Democrats**
212:15 213:5
**demonstrate**
257:16
258:25
**demonstrated**
233:8 242:4
**DEMOS**
228:20 229:9
229:10
232:6
**denied**
183:10
**denies**
343:17
**Dennis**
262:8
**Denny**
321:11
**deny**
314:25
**Department**
215:21,24
216:5,23
217:23

218:14
219:22,25
221:16
222:3
223:11,18
224:16,19
225:2,10
237:4 242:6
246:5,15
248:7,18
276:22
290:19
294:2
316:19,21
317:2 318:5
321:7,15
357:17
**depend**
336:24
**dependable**
247:20
**depends**
282:24
338:15
**deported**
242:18,19,25
**DEPOSITION**
367:7
**deputy**
211:13 212:6
322:23
323:5
**dereliction**
173:14
**derive**
318:1
**deserves**
261:23
**design**
173:10
184:18
**designed**
342:24 348:3
**designing**
185:22
**desire**
183:12
316:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

despite
187:22
  193:15
  223:19
  289:4 364:6
destination
346:22
detail
208:17 238:9
  280:20
detailed
280:21 293:8
  295:5
details
184:16
  238:15
  332:10
detecting
358:2
detects
358:6
determina...
223:2 236:5
determine
218:16
  233:11
  290:12
  292:6
determined
224:5 270:24
deterring
358:1
deters
358:5
devoted
345:8
dialogue
262:15
Diana
162:7 194:22
  194:25
Diane
194:25
difference
222:17 261:8
  261:16
  351:25

different
191:14
  196:10
  197:9
  208:24,24
  219:16
  223:10,22
  239:17
  241:19
  249:24
  255:7
  260:24
  282:15
  286:18,20
  301:19,19
  314:9 324:3
  328:6
  352:19,20
  353:19
  361:16
differently
173:9 314:2
  316:6
difficult
177:23
  178:15
  199:11
  219:9
  223:18
  264:1 268:3
  269:22
  287:1
  290:22
  330:1
  331:20
  338:25
  347:2
diluted
196:12
dime
244:16
diminishes
261:22
  271:17,20
  272:6
direct
299:22
direction

196:17
  248:10
directives
332:17,18
directly
224:4 301:1
Director
198:11
  200:15,20
  251:22
  322:23
  323:5
disabilities
187:6,14,23
  188:17,24
  190:4
  192:22
disability
186:22 187:2
  187:4,9,17
  188:2,6,15
  189:12
  292:22
  293:6,17
  294:1
  306:12
  307:2
disabled
191:16 209:2
  358:14
disagreement
357:12
disappear
231:22
disbanded
362:20
disclosure
183:16
discouraged
269:7
discrepan...
178:1,3
  179:7
discrepancy
186:1
discretion
316:3,5
discrimin...

237:19
discuss
365:18
discussed
244:2 307:15
  365:18
discussing
320:8
discussion
174:20
disenfran...
189:16 233:1
disenfran...
182:22
  262:20,23
  310:20
  313:18
disenfran...
183:15 194:5
disenfran...
183:8
disintere...
335:5
disparate
218:20
  221:10
displaced
361:13
dispropor...
346:14
dispute
212:9
disqualify
178:2
distances
246:17
distinct
260:14
distinctive
260:15
distinguish
242:8 246:22
distingui...
260:13
distraction
174:20
district

216:24
  217:23
  218:15
  221:17
  224:20
  225:24
  226:2,4
  247:3,3,6
  247:12
  273:9 289:9
  307:7,7
  335:6,16
  353:4
districts
307:5,8,8
disturbed
360:10
diverse
234:4
Division
216:23 277:3
  316:20
  317:1 318:6
  321:16
  323:6
divorce
178:5
DMV
237:1,7
  247:2
DMVs
246:17
Docket
225:25
doctor
167:6 171:8
doctors
192:4,5
doctor's
167:3 191:17
  192:19
document
233:8 293:17
  293:21
  348:2,10
documenta...
293:24 294:1
  314:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028537

316:4
documenta...
270:6
documented
242:13 270:5
326:19
343:6,11
documents
177:24
237:25
246:6,8
doing
211:13 212:6
228:10
230:9 231:6
231:18
241:4
248:20
256:16,17
273:22
327:16
348:9 351:6
DOJ
217:1 224:4
226:7
DOJ's
222:25
dollar
205:10
dollars
189:3 208:14
232:22
235:14
239:24
278:4
284:15,23
286:8
295:23
345:12
dorm
331:18
dos
186:19
double
175:2
doubt
351:19
dovetail

281:4
dozen
181:9
dozens
173:5
DPS
188:13 209:8
209:15,19
209:20,22
290:19
308:11
317:11
319:15
327:12
330:15,17
330:22
331:2,9
332:3
339:16
Dr
353:9
drastic
189:4
draw
235:13
drawers
167:16,16
drawn
225:22 297:1
dress
276:5
drink
327:9
drive
177:23
187:17
346:2
driver's
166:23 167:6
168:25
169:9
171:25
172:3,4,8
172:14
175:11
177:4,11
182:9,17
193:21,24

199:15
235:3
239:10
247:7,16
263:21
264:18
266:17
270:11
274:7,9,15
274:22
276:17,21
289:15,18
289:20
290:3,13,14
291:4
297:25
298:14
299:19
300:3 304:7
311:24
312:2
315:10
316:20
317:1,20
318:4,5
319:1,7,15
319:17
321:15
327:6,13
330:14,16
330:19,24
331:10,13
331:18
332:4
drove
163:23
droves
362:4
due
187:16
281:15
366:12
Duerstine
162:9 210:6
210:9,16,20
210:20
213:16
dump

308:16,20
duties
292:12,13
293:15
duty
173:14
Dwarfs
361:13
D-A-S
185:12
D-A-S-G-U...
184:4
D-E-M-O-S
228:21
D-E-M-S-S
229:7
D.A
336:24
D.C
173:6 216:24
240:18

___E___
earlier
180:12
196:19
226:19
237:15
240:21
260:11
263:19
264:21
271:9,16
272:20
274:8
305:24
313:15
329:16
360:11
early
216:25 254:7
254:8,19
255:3,4,7
earmarked
285:6
earned
280:23,23
305:5,9

earnest
287:19
easier
168:22
217:17
270:22
350:1,8
easiest
308:7 353:22
easily
328:3
East
198:11
easy
164:14,15
177:15
180:24
260:16
307:18
echo
271:16
economic
195:10
economy
239:22
educate
183:20 189:9
191:8
241:11
252:7 284:8
284:15
286:7
educating
189:1
education
176:24
188:19
203:5 206:7
212:5 219:2
220:10,12
234:11,19
235:7,9,23
243:7 252:2
252:5 268:9
271:15
277:25
278:2,3,22
279:4 281:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028538

282:6
283:19,25
284:3,5,11
284:13,17
284:20
285:1,6
287:16
304:13,16
304:25
305:4
309:16
**educational**
203:3
**effect**
218:1
**effecting**
334:2
**effective**
354:13
**effort**
235:8 278:2
282:6 284:3
284:12
309:5
**efforts**
193:16
218:19
278:4,22
**eight**
209:16
270:17
278:2
**either**
169:8 217:3
217:4
219:21
289:14
298:11
299:18
314:25
320:4 335:5
335:17
**El**
279:24
**elderly**
168:19
220:16
346:14

358:14
**elected**
200:5 204:6
251:8 262:1
262:2
**election**
164:18
171:22
174:4
178:10
180:13,22
180:23
181:2,13
182:5,7
183:24
187:23
198:12,14
198:14,24
199:4,6,14
199:18,19
199:20
210:6,17,24
211:5,7,15
212:3
220:25
225:2,20
227:4,11,19
232:25
233:19
234:2 235:3
235:12
236:9,11,19
237:12
238:6 241:7
241:17
243:8 252:8
253:4,5
254:3 255:6
257:5,7,10
258:6,11
260:2,7,25
261:6
262:14,20
268:6,12,18
285:7,18,19
287:5,21,22
296:8 302:6
303:6,16

307:10
310:14
311:3
312:20
333:5,15,18
334:2
336:12
337:3
338:21
339:2,11
341:7 342:1
344:24,25
346:7 347:4
348:7 354:7
354:9
357:23
358:1,7,19
**elections**
168:8 175:9
211:3 216:4
238:5,25
241:10,23
249:25
250:10
254:6
257:19,23
258:5,9,17
258:20,24
262:13
277:3
287:17
288:7
296:14
303:13
329:17
345:20
347:17
351:23
352:1 357:4
357:7
358:16
359:17
**electoral**
175:13 187:6
189:15
204:8 207:1
240:23
**Electorate**

175:5
**element**
226:15
**elements**
219:4,4
269:1
**eligibility**
189:4
**eligible**
189:16 313:8
346:10,11
346:24
348:4
350:22
354:11,20
358:7
**eliminated**
191:5
**Elizabeth**
162:3 171:15
171:17,18
**else's**
255:8
**emergency**
250:7
**emphasized**
234:21
**employed**
197:2 366:21
**employee**
246:2
**encounter**
249:13
325:19
**encountered**
196:1 329:17
**encourage**
195:25
221:16
258:9
**ended**
248:19
**enforce**
363:18
**enforcement**
237:23 323:5
345:7

**engagement**
176:25
**English**
278:16
**engrossed**
201:7 302:2
**enhance**
226:16
284:17
**enormously**
268:13
**ensure**
188:16
196:11
353:22
359:22
**ensures**
358:11
**ensuring**
187:5 287:7
289:20
328:25
**enter**
354:24
**enthusiasm**
249:6
**entire**
260:6 261:20
289:23
325:16
**entities**
345:13
**entitled**
274:12 366:6
**envy**
353:17
**equal**
175:4 218:2
353:2,11
**equaled**
306:1
**equals**
317:22
**equipment**
282:20 309:6
309:10
**error**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028539

```
 343:22              198:24              162:5,6,6,7         192:22              experimented
errors              ethnic              162:7,8,8,9         exemption           278:11
268:8               218:12              162:9,10,10         170:13,15           expert
escape               220:17             162:11,11           187:9               163:5,8,11
271:5               ethnically          162:12,12           188:18               176:16
especially          234:4              162:13,13           191:18               266:3 340:2
 164:13             ethnicity           162:14,14           292:22              experts
 187:21             227:14              162:15,15           293:17,19           195:5 203:22
 188:22             evaluation         example              294:4               228:19
 189:11             286:3               186:5 192:5         306:12               287:21
 226:8,12           evening             237:15             307:2               expiration
 237:21             183:1 251:1         239:5              exercise             275:6 367:6
 250:11             eventually          246:10             173:1 194:17        expire
 339:13             212:2               287:6               351:3               285:11
ESQUIRE             everybody           308:10             exist               expired
367:7                164:25             310:22             232:24              171:5 182:8
essence              165:20             313:12             269:14              explain
196:10 206:4         186:12             346:5              270:7 306:8         170:2 212:7
essentially          193:20            examples            existing             277:22
193:12               197:18             238:19 324:7       236:16               300:12
 232:24              214:2              325:8,10           exists              explained
 285:14,18           262:12,21         exceedingly         185:16              283:23
 312:12              288:10             238:23             307:19              explanation
establishes         evidence          Excellent            343:18              348:16,18
314:17              184:23 221:9        251:10             expanding           express
establishing        221:21            exception...         270:20             184:11,24
315:12               242:3 243:1        346:1              expect               309:15,21
estimate             269:9             exceptions          218:14 245:4        347:1
202:24 209:9         293:25             200:7 293:6        245:7,10           expressed
 209:12              299:22             358:14             350:16,22          192:3
 233:8               342:2 354:1       excitement         expected            extensive
 236:24              358:19             255:17             250:17 257:9        342:12
 281:7 283:8         360:9             excluded           expenditure         extent
 283:9              evil                246:10             283:10,11           315:8 357:12
 320:18             173:23             excluding          expense             extra
 321:8,13,19        ex                  243:11             301:12 347:9        347:16
estimated           228:19             exclusively        expenses            extraordi...
177:4 235:11        exactly             282:3,6            234:9               233:3 331:20
 235:22             170:22              336:24             expensive           extremely
 236:7,8             254:23            Excuse              178:22              176:25 196:9
 252:4,6             265:15             192:10              224:18             242:7,14,18
estimates            273:8 276:5       excuses             225:12              248:16
221:14               280:22             360:6             experience           250:9
estimating           284:6 293:9       executive          183:9 199:13       eye
252:15               354:15             184:17             218:16              315:9 344:19
et                  Examination         251:22             249:3              E-mail
182:9 312:20        162:1,2,2,3        exempt              269:19             196:19,21
ethical              162:3,4,4,5       189:25             338:6
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

385

```
  264:21             fair              329:5             296:7,15          figured
  360:11,13          198:23 200:4      far               302:25            304:20
E-trans              209:22            181:25            303:12,16         figures
  366:17             216:25            207:14            304:5             241:2 277:19
                     224:18            230:4 233:6       309:21            file
         F           226:17            233:7 245:7       310:14            213:8 290:13
face                 257:23            248:20            345:7             293:18
  187:20             258:4,17,19       265:25            Federation        299:7 308:9
  212:23             258:20,24         282:8             256:10,20         filed
  213:4 274:5        262:13            292:15            257:24            292:22
FaceBook             300:7 330:5       304:12            258:12            293:22
  278:12             345:8             326:11            feel              308:2
faced                359:16            332:14            171:7 193:10      fill
  185:24           fairly              344:10            193:17            193:3
  267:17             181:18            345:23            238:2             filled
face-to-face         193:10            347:11            250:18            194:20
  278:17             236:5,6           348:23            347:10            film
facial               328:2             351:19            351:23            361:11,11,12
  260:15           fairness          farfetched          352:1 354:2      filter
facilities           183:17            273:3             354:7 365:8       287:6,22
  244:21             257:18          fast              feeling            final
fact               faith              226:1 227:8        351:6             223:1
  199:7 248:6        240:25 271:8    faster            feelings           finally
  254:5              271:11            217:2 225:6       241:14            221:24
  267:25             358:20            225:11          fellow             Finance
  268:9 269:2      fake                339:10            228:18 232:5      279:1
  269:8 271:3        326:17 327:5    fault             felony             financial
  331:8              327:13,17         212:19            239:7,11          219:1
  334:14             327:18          favor              242:24            financially
  335:16             328:3 332:3       259:24 263:9      324:12            366:24
  343:7 345:2        344:1           favorably          felt              find
  346:24             348:13            359:4             196:6 347:14      182:11 194:2
  347:22             364:6           fear              Fern               202:20
  351:23           fall               184:12            162:2 166:16      212:14
  357:7              298:23          fears              166:19,19         257:13
  361:11           Falls              220:19            166:22            265:22
facts                261:7            227:20            169:14            268:13
  328:12 342:7     falsified         feasibility        fields            269:20
  355:2              257:5            307:24            178:11            272:10
factual            familiar          federal           figure            307:11,23
  241:15 342:4       238:7 326:10      168:13            169:7 202:15      330:2 332:4
fail-safe            326:11            172:21            234:8             332:4
  220:23             334:18            173:11,12         277:22            338:23
  226:20           family             190:20,23         279:10            344:14
  227:3,11           272:23            263:22            282:1             348:6,7
  262:24,25        famously            277:24            289:12,17        350:16,20
fail-safes           267:16            284:15            289:20            361:18
  221:4            fancy               285:12            291:1,3          finding
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

171:22
345:9
**findings**
221:19
**fine**
224:9 311:11
346:22
**fingerprint**
196:15
**Finley**
259:17
**fire**
345:14
**FIRM**
367:7
**first**
171:24
181:18
182:3 186:7
190:22
195:3
202:25
213:4 220:7
231:6
234:11
245:9,11
252:1
256:13
258:10
260:18
267:24
270:4
297:12
337:8
**fiscal**
188:20,21
190:2,8
201:4,4,6
201:20
202:10
204:14
205:13
208:18
233:2,15
234:13
236:1,3,11
236:20
252:11

277:14,15
278:21
281:14,20
284:1,7
285:2,4
300:9 308:5
320:15,18
321:4
322:12,13
**five**
219:7 307:8
325:13
**fix**
230:21
307:18
308:7 344:6
**fixed**
185:15
187:20
**flatter**
305:13
**flaw**
246:13
**flawed**
233:3 234:18
**flexibility**
341:17
**flipped**
312:24
**floated**
194:15
**Floor**
366:11,18
**Florida**
313:15
**flow**
225:5
**focus**
217:8 232:11
342:19
**focusing**
173:10
**folks**
211:21 247:9
271:1
287:24
289:10
290:14

292:5 353:1
**follow**
219:2 224:12
341:12
**followed**
204:4 255:21
**following**
225:15
305:11
366:5
**follow-up**
304:2 315:25
336:4
**footing**
227:15
**force**
332:21
**forecasting**
205:20
**forego**
319:13
**forgot**
167:6 185:6
**form**
177:7 182:15
183:14
188:11
193:5
198:17
200:9
238:23
272:2
286:12
289:14
301:5
303:22
305:3 306:7
313:3
361:23
**formal**
347:24
**formally**
186:23 187:3
**formats**
295:2
**formed**
332:21
362:19

**former**
246:14
362:19
**forms**
181:21 182:6
189:25
192:21,23
193:25
194:2
270:17
280:11
306:13
311:23
319:8
342:23
344:2,3
**Fort**
247:6,10
**forth**
164:15
**fortunate**
364:15
**forward**
180:10
187:23
209:12
268:10
**foul**
345:2
**found**
172:2 182:12
238:18
295:22
345:4
347:15
**four**
198:14
253:14
266:16
278:15
298:4 299:2
**fourth**
221:9 261:14
**frame**
291:2
**fraud**
161:4 175:8
181:22

195:8 196:6
200:8
238:19,23
239:15,15
239:17
254:5 257:8
258:23
264:23
265:18
269:5,24
270:5
323:16
324:3
325:16,19
328:1 330:2
333:4,19
334:24
335:1,11
343:6,12,13
343:18,19
343:23,25
344:5,14,18
345:2,6,9
345:10,16
345:24
347:15,17
348:18,21
354:16,23
354:23
357:6,10,12
357:19,20
358:2,6,18
360:14
362:1,10,13
365:20
366:8
**frauds**
338:2
**fraudulent**
196:12
243:19
264:1 306:1
306:4
330:14,24
331:10
344:2
352:24
**fraudulently**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

261:21
272:25
**free**
209:4,7,10
219:2,25
220:5 234:2
256:23
281:8,16,18
281:22,25
282:3 286:9
286:17
288:14
317:24
318:14,21
319:14,17
319:18,19
319:25
320:12
321:21
322:14
347:17
358:10
**freed**
362:10
**frequency**
344:5 345:17
345:19
**frequently**
183:4 287:2
304:16
**friend**
195:11
208:12
**friends**
170:8 193:22
259:10
**front**
268:1 300:21
360:1
363:20
**frozen**
229:23
**full**
183:16 187:5
205:11
236:20
304:18
354:17

**fully**
232:21
263:12
**full-time**
236:20
**function**
174:1
237:24
350:6
**functional**
306:25
**fund**
232:21
253:18
268:10
295:17
309:9 318:7
318:9,12
**fundamental**
223:16 351:3
**funding**
189:17 237:3
268:7
**funds**
190:16,20
191:4,8
277:25
284:1 285:9
285:11,14
286:10
296:21
309:13,14
309:23
310:13
318:6
**further**
178:21
183:22
192:9
243:24
305:14
335:24
352:11
365:17
366:20,23
**future**
262:3

---
**G**
---
G
185:12,13
**gain**
347:19
**gal**
166:1
**Gallegos**
282:11
**gap**
232:15
**garbage**
345:4
**Gary**
202:4,6
**gather**
308:23
**general**
180:13
181:13
236:11
253:3 260:1
303:6,13
322:24
323:6
334:21,24
**generaliz...**
265:7
**generally**
216:16
241:13
**Generals**
366:18
**General's**
323:14,24
329:15
366:10
**generations**
262:3
**gentleman**
167:15 172:7
**geographic**
189:6
**George**
206:2
**Georgia**
206:2 217:13

221:25
227:22,23
227:23
234:16,17
248:3,14,19
310:15
357:17
**Georgia's**
206:8 248:15
248:21
**getting**
208:10
258:16
355:2
361:14
**give**
178:12 189:9
208:20
215:2
226:24
227:14,21
229:20
230:20
231:25
259:1
270:24
299:24
309:8 313:3
324:6 325:8
331:1
333:14
340:3
341:10
**given**
193:17,18
194:7
234:14
235:19,20
236:13
260:10
268:5
277:25
314:24
332:16,18
341:9
348:20
364:7
**gives**

177:25
180:21
**giving**
260:7
**glad**
173:1 191:2
216:14
222:9
**gladly**
175:12
345:13
**go**
163:10
165:24
167:1,4,8
168:17
171:8,9,11
191:13
192:17
197:15,24
198:7
208:17
211:23
216:12,22
217:23
221:12
224:16,20
225:16
226:1
227:11,22
230:3
234:24
238:8
242:23
247:10,11
247:15,17
253:13
257:19
271:19
274:13,20
275:2,12,16
284:13
294:17
305:2
307:12
313:5 318:6
327:18
332:6,19



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028543

| | | | | |
|---|---|---|---|---|
| 333:2 334:3 | 224:24,25 | 183:11 | **Governor** | 362:19 |
| 337:19 | 224:25 | 186:25 | 204:10 | **groups** |
| 338:13 | 225:10 | 198:22 | 261:10,13 | 194:16 |
| 359:11,18 | 226:7 235:8 | 208:11 | **Governor's** | 218:12 |
| 360:15 | 241:3 | 215:14 | 261:21 | 220:17,18 |
| **goal** | 242:18,23 | 226:13 | **graduate** | 222:5,5 |
| 219:18 241:8 | 243:8 244:9 | 227:7 | 185:3 273:15 | 245:16 |
| **Goby** | 244:20 | 228:14 | 273:25 | 352:19 |
| 162:8 198:4 | 245:4 | 231:15 | 274:3,5 | **grow** |
| 198:6 | 248:21 | 240:8 251:1 | 275:1 | 170:16 |
| **God** | 252:16 | 251:15 | **Grande** | **grown** |
| 173:22,23 | 253:11,12 | 258:23 | 171:21 195:1 | 339:9 |
| 174:5,5,23 | 255:3 256:7 | 259:22 | **grassroots** | **guarantee** |
| 175:1,23 | 263:4 | 271:24 | 212:15 213:7 | 330:7 |
| 176:1 | 264:23 | 275:3 277:6 | **great** | **guarantees** |
| **God's** | 266:7 269:5 | 290:20 | 167:12 | 220:4 |
| 173:10 | 270:13 | 294:21 | 173:23 | **guess** |
| **goes** | 284:2,6 | 314:5 | 190:14 | 168:6 186:8 |
| 174:25 | 288:10 | 316:24 | 191:1 235:2 | 208:10 |
| 185:25 | 292:23 | 321:1 | 244:24 | 224:13 |
| 220:19 | 293:7,10 | 340:22 | 266:23 | 231:20 |
| 245:5 301:1 | 294:12 | 346:4 354:8 | 275:24 | 248:6 |
| 303:10 | 304:9 307:4 | 354:22 | 335:2 | 273:20 |
| 351:20 | 325:1,2 | 364:14 | 340:24 | 283:8,10,24 |
| **going** | 333:3,20 | **GOP** | 341:3 | 284:9,14 |
| 163:3,6 | 334:8 | 210:6 | **greater** | 292:21 |
| 164:10 | 338:23,25 | **Gorman** | 184:12 | 297:1 307:3 |
| 169:8 | 339:11,24 | 162:7 194:22 | 241:18 | 307:12 |
| 170:16,16 | 359:10 | 194:25,25 | 268:25 | 318:17 |
| 171:6 | 360:4,14,25 | **government** | **greatly** | 332:15 |
| 177:18 | 361:1 | 167:2 173:11 | 341:16 349:7 | **guest** |
| 178:14,18 | 362:14 | 173:20 | **Greek** | 173:6 |
| 178:19 | 364:2 | 178:23 | 229:11 | **guidance** |
| 190:24 | **Goliad** | 190:23 | **Green** | 181:23 |
| 199:22 | 179:21 180:3 | 256:25 | 210:6,7,14 | 183:18 |
| 204:1,25 | 180:12,14 | 257:1,2,20 | 210:22,25 | 293:14 |
| 205:9,10,18 | 180:16,19 | 258:18,19 | 212:13,25 | 315:4 |
| 207:13,15 | **Gomez** | 258:21 | 213:8 | **gun** |
| 211:9,19 | 162:6 186:22 | 259:2 271:5 | **grossing** | 246:6 275:13 |
| 212:22 | 186:25 | 273:15 | 361:12 | 275:16,16 |
| 213:18 | 187:1 190:5 | 274:2 | **grounded** | **Gupta** |
| 218:24 | 190:14 | 275:12,22 | 342:1 | 185:13 |
| 219:20 | 191:1 | 285:12 | **group** | **Gutierrez** |
| 220:7,7 | **good** | 347:25 | 170:16 | 165:24,25 |
| 221:19 | 163:18 165:8 | **governments** | 228:21 | 166:4,9,14 |
| 223:12,16 | 166:9 | 249:16,22 | 250:4 | 207:19,22 |
| 224:4,8,17 | 173:22 | **governmen...** | 352:20 | 207:23 |
| 224:17,18 | 179:12 | 246:1 | 360:18,20 | 208:4,9,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028544

```
  209:3,6,13        293:15           266:6,7,11       heard            257:21
  209:21           hands            266:14           177:3 194:12     277:23
guys               167:17           294:18,19        195:6 199:9      295:17
275:21 276:5       handsome         294:22           238:4 244:3      296:15,22
Guzman             356:20           295:10,14        244:5 257:4      305:3
186:19             happen           295:24           269:11           307:11
G.R                164:11,12        296:4,13,19      289:6            337:1
201:7              177:6,9          297:3,7,16       313:14           helped
                   334:10,12        297:19,24        334:15           190:1
        H          happened         298:3,8,13       344:12           helpful
HABA               182:24           298:20           350:18           246:11
190:15             212:19           299:9,13         352:21           helping
283:25             345:16           300:1,8          357:18           257:19
284:23             356:16           301:7,16         363:25           Hey
285:9,10           363:16           302:16,19        hearing          276:3 338:21
286:7,10           happens          315:24           161:4 197:7     Hi
295:21             302:1 306:6      316:12           217:1            194:25
296:7,11           344:3,17         336:1            224:18,21        270:12
309:13,14          happy            337:24,25        275:20           294:19
309:15,16          240:2 267:19     356:7,22         282:12           317:6,7
309:20,23          277:22           357:2            285:13           Hidalgo
310:8,12,16        349:6            Harris           339:22           163:21
HABA-comp...       hard             183:19 260:2     342:8 345:3      168:14
289:25             227:8 337:19     Harvard          365:19           171:2,4,19
308:13             344:14,14        347:12           hearings         high
hair               344:17           351:12           305:9 365:5      196:23 213:9
254:9,11           hardship         harvesting       heartened        257:23
338:22             250:4            324:9,15         249:4            271:8
hair's             hard-nosed       hat              Heavens          higher
313:25 314:1       342:2            326:25 327:2     168:21           233:7 234:5
half               hard-working     hates            heavy            269:1
181:9 199:14       163:22           175:1            193:10           277:19
203:1              237:12           Hawk             heck             284:14
230:24             Harless          230:6,9          269:25           320:6
235:21             169:23 170:4     haystack         hedge            highest
268:19             170:18,21        339:7            322:8            199:2 200:1
halfway            179:4,5,10       Health           held             261:14
227:7              179:14           188:9            215:24           highlight
hand               187:11           hear             Hello            267:25
199:6,15           189:20,22        190:15 191:2     215:1 230:11     highlighted
348:12             190:7,17         208:13           231:16           271:10
handbooks          191:13,25        230:12,14        help             Hills
293:13 295:5       192:6,10,14      263:7,8          163:8 187:3      247:7
handed             192:17,18        267:19           189:2            hire
169:2              208:25           287:14           190:11,21        236:8
handful            210:11           340:8,9,13       191:4 211:5      hires
344:8              213:13           353:4            236:18           236:21
handle             259:7,8          366:14           240:24           Hispanic
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
212:2,20        hoping          IBM             237:25          217:5
247:4,14        258:9           185:22          260:19          imperative
historically    horror          Idaho           290:21          173:13
257:14          269:10          310:22          334:4           357:25
history         hour            idea            identity        impersonate
176:23 205:7    230:24          193:25 199:7    188:10,12       324:23
363:4,6,10      hours           208:2           314:17          impersonated
hit             214:13,16       ideal           315:1           344:21
308:21          237:2,7         317:12,15       ignore          345:17
hoards          246:20          ideas           174:9           impersona...
329:16          256:2           270:24          ignoring        346:6 348:22
hold            house           identical       327:25          364:22
170:9 181:19    161:1 171:2     182:25          II              impersona...
214:22          173:7 174:1     identific...    161:7,7         164:11 178:7
264:8 359:8     197:3 247:2     161:3 172:15    illegal         211:19
Hollywood       249:18          172:15          167:25          213:3,5
361:12          296:6,10        178:20          168:11          221:22
home            357:4 363:3     189:10          241:23,24       226:24
167:4 244:20    363:9           191:19          243:20          232:24
273:3           365:19          194:2 233:5     257:4           238:23
274:20          366:6           233:12          260:20          239:3
331:19          Houston         238:10,21       262:1           269:23
348:4           202:8 206:13    246:12          268:21          324:20
homeless        206:16          257:17          270:17          325:5
334:3           278:15          258:22          324:8,9         327:16
homes           279:23          266:21          illegally       328:7
207:9 343:25    Howard          268:21          196:8 257:5     332:15,20
honest          161:15 366:3    302:15          262:1           332:22
257:23 258:4    367:6           303:20,23       364:22          338:14
258:8,17,19     huge            304:2           Illegals        343:2,12
258:20,25       234:9 244:15    306:10          172:10          344:18
honestly        huh             313:4           imagine         345:6
232:18          165:16          314:12          226:1 236:12    348:18
241:11          human           315:13,13       245:11          352:24
honesty         188:9 342:16    316:4 319:8     322:1           359:24
257:18          hundreds        327:18          immediately     360:7 362:4
honorable       344:8           334:6           287:6           362:14,22
184:8           hunt            342:23          impact          363:1,15
honored         345:6,12        343:13          218:9,17,20     365:2
173:1           hurdle          365:20          221:10,10       impersona...
hook            220:8           366:8           221:10          345:1
345:21          hurdles         identified      223:7,16        implement
hope            360:1           174:11          227:16          209:1 227:3
267:4 340:24    hurry           identify        228:2           227:9
346:23          226:2           291:22 292:5    318:12          232:22,23
hopefully                       342:10          impacted        233:7 236:6
256:6           ┌─────┐         identifying     253:20          238:6
                │  I  │         188:11          impacts         249:13
                └─────┘
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

307:21
309:17,24
310:3 360:3
implement...
235:25
237:20
287:8
310:17
implemented
218:23 233:9
236:4,5
237:17
282:16
315:17
implementing
178:21
232:12
236:22
250:7
implication
174:23
implications
220:1
implied
220:2
import
307:20
important
165:1 177:1
189:11
191:9
209:17
221:23
232:13
239:16
241:6 242:8
258:10
259:1 261:3
267:23,24
268:8
339:21
350:25
351:7 354:9
354:13
358:16
impossible
211:24
260:23

264:5 269:2
269:22
impressed
287:18
improper
268:14,20
improvement
296:15
improvements
209:1
improving
194:7
inability
358:21
inaccurate
343:8
inactive
303:10
inadequacy
234:22
inadequate
188:22
inaudible
176:18
202:18
213:17
214:7,9,11
214:14,19
214:24
215:1 216:1
216:5,15,16
216:25
217:6,14
218:22
219:6,17
222:5,6
226:10
230:5,7,23
231:2
233:10,15
233:17
234:7,7,9
234:18,19
234:22
235:13,18
235:20
236:17,22
237:12,13

238:22
239:15,16
240:14
245:10,11
245:13
246:3,6
253:17
266:12
267:2,15
269:16,21
276:15
294:9
316:12,13
340:4,11,17
341:2,24,25
342:6,9,11
342:25
343:5,6,9
343:21
344:7
345:16,22
346:7
349:19
350:14
351:10,13
351:13,16
351:18
353:21
354:19
355:10,20
356:16
incident
183:3
incidents
181:16,25
include
177:8 234:8
246:12
284:17
293:14
302:5 320:9
326:8
included
187:9 191:3
260:3 278:6
280:12
326:14
includes

173:21
202:24
324:10
326:12
including
182:8 187:12
233:15
246:1 281:8
318:16,16
327:8
342:17
inclusion
187:5
inclusive
348:3
income
189:12
238:15
269:16
271:1
incomes
187:20
incomplete
185:20
inconceiv...
334:1
inconvenient
358:12
incorporate
284:17
incorrect
268:14
270:17
increase
300:24 326:7
330:23
increased
300:23
increases
347:3,5,7
incur
234:10
Indiana
194:13
201:24
217:13,16
222:17,22
222:23

223:6,7,14
233:10,17
233:19,20
233:25
234:6,8
237:10
245:23,25
246:22
248:3,13,15
281:20
310:15
357:16
358:4
Indianapolis
202:3 203:9
Indiana's
164:19
indicate
239:11 253:1
indicated
279:2 303:22
indicates
190:20
indicating
234:6 334:5
indicted
168:9
indigency
220:6
indigent
318:17
358:14
individual
163:13 215:9
220:3 257:1
338:22,23
individuals
177:8 189:12
241:22
245:17,17
260:23
261:2 273:4
303:19,21
334:4
339:12
ineligible
239:8
influence



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

344:24
**influx**
320:9
**inform**
189:4 203:2
220:13
234:23
**information**
185:21 211:5
218:6,13
221:11,18
225:5
282:10
291:8,10
303:25
306:10
307:13
321:22
337:3
338:25
348:1
**informati...**
307:4
**informed**
182:15
**initial**
179:16
281:21
350:4
**initiative**
183:20
**inside**
295:6
**install**
282:20
**instance**
226:18 303:5
**instances**
196:2
**instituted**
194:10
**insufficient**
252:6
**insult**
197:15
**insuring**
299:12
**integrate**

284:10
**integrity**
174:3,24
175:2
189:15
199:2 200:1
241:5,5
326:5,7
327:25
352:22
354:17
358:20
**intent**
189:14
217:25
327:16
**intention...**
183:9
**inter**
224:12
**interacted**
278:18
**Intercessors**
172:21
**interest**
209:14
246:13
257:22
305:10
353:24
**interested**
204:7 334:2
366:24
**interesting**
243:17,25
275:25
**interfaces**
303:19
**Interim**
357:5
**Internet**
203:5 244:5
278:11
364:3
**interrupt**
229:19
**interruption**
341:10

**intimidated**
178:19 196:3
196:5
**intimidating**
269:20
**introducing**
187:12
**investigate**
227:5 333:7
333:16
337:6 338:2
**investigated**
325:6,17
326:2,20
331:8 339:2
**investiga...**
245:5 323:16
332:15
338:13
**investiga...**
217:5 326:22
328:20
332:9 333:8
333:18,22
338:19
**investiga...**
329:14,19
333:19
335:11
**investing**
203:1
**invite**
361:2,6
365:1,2
**involve**
178:22 239:7
**involved**
183:23
184:18
199:24
257:1 332:8
339:3
**involves**
333:15
**in-depth**
342:3
**in-person**
286:12

**in-state**
274:15
**irregular...**
239:6 363:14
**irrespons...**
188:20
**irritated**
182:16
**isolated**
183:3
**issuance**
318:2
**issue**
195:10,17
197:6 237:8
253:12
254:4,21
255:10,21
258:2,16
267:19,21
272:15
274:5
282:21
285:14
302:1
304:13
315:8
355:22
**issued**
188:13
**issues**
183:22
205:20
232:8 242:8
267:17
**issuing**
309:6
**item**
317:20
**I.D**
167:1,2,5,8
167:9,17
168:16,19
169:5,15
171:9,10,20
171:25
172:16,19
173:2

174:12,14
174:15,17
177:7,15,21
177:22
178:1,14
180:21,25
181:11
182:6,11,15
183:7,14
184:13
186:3 188:3
188:5 189:8
189:25
192:21,23
197:18,25
199:7,12,12
199:17
208:1
211:25
212:4,17
213:2,2,9
215:23
216:11,16
216:19
217:8,11,12
217:17,19
218:10
219:2,7,10
219:12,25
220:5,18,22
220:24
221:2,7,11
223:13
224:23
226:3 227:8
227:9,13,21
228:3,4
232:9,12,19
234:2
237:10,20
238:4,22
239:1,10,13
239:19
246:1,4,5
251:9 255:2
255:23
260:20,24
261:2
265:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028548