| | | | | |
|---|---|---|---|---|
| 266:17 | 351:2,5,24 | 186:25 | 180:25 | **justifica...** |
| 268:24,25 | 352:2,5 | 187:1 190:5 | 181:13,14 | 218:5 |
| 270:17 | 357:8,15,16 | 190:14 | 182:19 | **justifying** |
| 275:13,15 | 358:5,10,12 | 191:1 | 197:13 | 221:23 |
| 276:9 | 359:21 | **Jesus** | 198:13,14 | **Justin** |
| 278:24 | 361:21,23 | 174:8 | 199:4,14,19 | 162:15 |
| 281:7 284:4 | **I.D.s** | **jet** | 224:22 | 213:21 |
| 284:9,18 | 177:17 | 307:22 | 254:3 260:2 | 339:25 |
| 289:4,10 | 178:24 | **job** | 260:4 302:6 | 340:4,7,11 |
| 291:16,23 | 187:15,19 | 182:2 244:24 | 333:5 | 340:17,20 |
| 292:3,6,18 | 188:13 | 252:18 | 338:21 | 341:1,5,15 |
| 292:24 | 193:14,15 | 268:3,8 | 339:2 | 341:20 |
| 293:1 | 197:23 | 275:24 | **judged** | 349:19,24 |
| 296:24 | 206:7 209:4 | 294:24 | 221:19 | 350:11,14 |
| 298:1,14 | 209:11 | 342:6 348:9 | **judges** | 350:19 |
| 299:2,5,18 | 219:9,19 | 354:22 | 180:22 183:2 | 351:9,19 |
| 300:3,17 | 270:24 | 367:11 | 211:5,7 | 353:16 |
| 304:9 | 275:2,6 | **jobs** | 224:23 | 355:11,13 |
| 306:14 | 281:8,16,18 | 167:2 215:25 | 236:10,12 | 355:17,20 |
| 308:17 | 281:22,25 | **John** | 258:6 288:4 | **J.P** |
| 309:17,24 | 282:3,21 | 162:9,13 | 339:11 | 328:14 |
| 310:3,17,21 | 314:5 | 176:9,10 | **judgment** | |
| 310:22 | 317:24 | 200:14,18 | 174:24 | **K** |
| 311:16,23 | 318:1,1,2,4 | 200:19 | 270:15 | **Kansas** |
| 312:25 | 318:14,21 | 201:6,19 | **jump** | 283:3 |
| 313:5,5 | 319:25 | 202:23 | 239:18 | **Katy** |
| 315:10 | 322:14 | 203:20 | **juncture** | 176:7 |
| 318:22 | 326:17,17 | 204:9,15,19 | 205:6 | **keep** |
| 319:2,7,9 | 356:18,18 | 208:2,8,16 | **jurisdiction** | 177:20 |
| 319:12,13 | | 208:21 | 216:11 | 242:12 |
| 319:18,19 | **J** | 209:8,20 | **jurisdict...** | 257:21 |
| 320:1,4,5 | **jail** | 210:1,4 | 338:2 | 259:2 |
| 320:10,11 | 242:19,25 | 246:14 | **Justice** | 354:10 |
| 320:12 | 311:6 | 273:14,23 | 215:22 | 357:3 |
| 321:9,12,20 | 331:10 | 273:25 | 216:23 | **Kenneth** |
| 327:18 | **January** | 276:20 | 217:23 | 162:5 179:21 |
| 328:3 330:1 | 177:9 290:2 | 277:1 | 218:14 | 180:3 |
| 330:8 | 291:12,13 | **join** | 219:22 | **Kentucky** |
| 337:19 | 291:13 | 229:3 258:14 | 220:1 | 177:13,14 |
| 343:2 344:6 | 293:1 | **joke** | 221:17 | **kept** |
| 345:25 | 297:13,20 | 186:12 | 223:12,18 | 196:5 |
| 346:4,12,12 | 298:17 | **Joseph** | 224:16,19 | **keyword** |
| 346:18,21 | 306:11 | 162:7 192:25 | 225:3,11 | 196:4 |
| 346:25 | 362:17 | 193:3,8,9 | 242:6 | **kids** |
| 347:6,14,16 | **JBC** | **Joya** | 246:15 | 177:13 |
| 347:19 | 260:8 | 172:8 | 248:7,18 | **kill** |
| 349:16,23 | **Jessica** | **judge** | 341:25 | 357:21 |
| 350:1,5,9 | 162:6 186:22 | 167:11 | 357:17 | **killed** |
| 350:17,22 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

344:10
**kind**
165:15
  193:18
  197:18,25
  208:15
  238:20
  241:19
  245:25
  248:5
  257:15
  278:20
  304:2,16
  308:2,3
  337:18,19
  348:21
  350:23
**kindergarten**
244:18
**kinds**
343:6
**King**
183:19 353:9
  360:19
**Kitson**
162:12
  259:19,22
  259:22,23
  263:18
  264:11
  265:1,5,10
  265:15,21
  265:24
  266:4,10,13
  266:24
**Klan**
362:16,17,24
**Klux**
362:16,17
**knew**
164:9 209:9
  339:2,3
**know**
164:3 165:10
  165:11
  166:6,7,13
  167:21
  168:5,7,23

168:24
171:3
172:17
176:22
177:12
179:6,13,13
179:15
181:17
188:17,22
193:13,13
193:20,25
194:2,4,6,8
194:8,12
202:7,15
203:11
204:5,5
205:1,1,4
207:9,13
209:11,17
214:12,25
215:6
216:19,22
220:15,16
221:2,6,15
222:19
224:21,24
225:4
226:20,21
230:9 231:5
231:17,18
231:21
238:3,7,9
239:21
242:22
243:3,25
244:6,6,7
244:14
247:1,8,12
247:14
248:4,6,16
248:21
249:1,2,15
252:11
253:2
254:23
255:21
257:10
260:23
261:23,25

262:25
263:13,14
263:21
264:8,15,20
265:20
269:2,5,5
269:15,17
270:2 272:8
273:6
275:24
276:7
279:11,17
279:21
280:2,16,20
282:9,23,24
283:22
284:10,12
286:13
287:1,15,15
287:20
288:14
290:1,10
291:8
292:10,16
293:10
297:9
299:21
300:11,14
301:14
302:6 303:1
307:6 309:3
309:5,8,15
310:8,10
313:10
314:8,13
315:12,19
321:16,23
326:4
327:24
328:6
329:10
330:18
331:19
332:17
339:9,12
343:16
344:16,17
346:11,19
347:6 350:7

352:19,20
352:22,23
353:1,1,3,4
353:5,5,11
353:14,15
357:3 360:2
360:5,5,9
362:7
363:23
364:9,14
365:7
**knowledge**
339:6 351:10
**known**
187:3
**knows**
172:9 218:8
  218:9 270:3
**Ko**
162:13 267:1
  267:4,8,12
  267:13
  270:11
  272:5,24
  273:6,13
  313:25
**Kory**
267:1
**Ku**
362:15,17
**K-I-T-S-O-N**
259:19
**K-O**
267:1

---

**L**

**La**
172:8
**lack**
175:2 357:12
  357:23
**lacking**
235:3
**lady**
164:7 167:3
  167:18,25
  254:8,11,22
**laid**

297:5
**land**
198:25
**landed**
346:23
**language**
190:1 191:21
  192:20
  278:25
  285:21,23
  302:3 310:7
  314:16
  315:11
  319:5
**large**
189:6 193:15
  203:25
  206:8,15
  238:9 245:3
  258:7
  263:25,25
  265:13
  268:11,14
  326:21
  330:5
**largely**
247:3,13
**larger**
235:20
  244:18
**largest**
202:3 283:4
  325:18
**Las**
334:17
**Lastly**
275:20
**late**
163:9 258:16
  260:6 295:3
  307:20
  340:25
**Latino**
237:21
**Latinos**
238:14 249:6
**law**
182:5 212:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028550

| | | | | |
|---|---|---|---|---|
| 213:21 | 351:12 | 250:12 | 235:2 | 172:14 |
| 217:9,10,11 | 357:16,17 | 285:5 | letter | 175:11 |
| 217:13,13 | laws | legal | 191:22 | 177:4,11 |
| 217:14,15 | 164:21 | 163:20 | letting | 182:17 |
| 217:17,19 | 217:12 | 166:24 | 195:4 275:17 | 193:21,24 |
| 217:25 | 225:2 233:9 | 225:21 | let's | 199:15 |
| 218:9,20,22 | 233:11 | 235:10 | 186:6 188:1 | 235:4 |
| 221:23 | 237:20 | 244:12 | 191:6 | 239:10 |
| 222:19,22 | 244:10 | 245:2,7 | 214:22 | 246:6 247:8 |
| 223:7,9,13 | 246:3 249:8 | 261:23 | 233:12 | 247:16 |
| 223:19,20 | 268:21 | 268:9 329:5 | 234:11 | 263:21 |
| 226:3 227:8 | 269:3,8 | 358:22 | 235:21 | 264:18 |
| 227:9 233:5 | 357:8,15 | legislating | 242:12,14 | 266:17 |
| 233:14 | 358:24 | 353:23 | 242:14 | 270:11 |
| 234:16,17 | 360:3 | legislation | 292:9,14 | 274:10,16 |
| 234:18,21 | law's | 173:13 219:8 | 326:24,25 | 274:19,22 |
| 235:6 | 234:24 | 219:14 | 340:5 353:6 | 276:18,21 |
| 236:22 | laying | 222:6 | level | 289:15,18 |
| 237:10,23 | 205:3 | 258:13 | 199:2 208:17 | 289:20 |
| 238:21,22 | LBB | 282:17,22 | 223:6 250:8 | 290:3,13 |
| 245:22 | 208:7 209:19 | 285:17 | 277:24 | 291:4 |
| 246:18 | leaders | 286:1 342:9 | 317:16 | 297:25 |
| 248:3,3 | 257:2 258:20 | 342:22 | Levitt | 298:14 |
| 249:13 | leadership | 352:18 | 162:15 | 299:19 |
| 250:8 | 321:15 | 354:1,7,10 | 213:21 | 300:3 304:7 |
| 263:22 | leads | 355:3 358:5 | 339:25 | 311:24 |
| 268:22 | 184:20 | 358:25 | 340:4,7,11 | 312:2 |
| 283:13,18 | League | legislative | 340:12,17 | 315:10 |
| 283:20 | 176:12,21 | 200:15,20 | 340:20 | 316:20 |
| 287:15,25 | 178:10 | 258:14 | 341:1,5,15 | 317:1,20 |
| 301:25 | League's | 295:4 | 341:21 | 318:6 319:1 |
| 302:25 | 176:23 | legislators | 349:19,24 | 319:7,15,17 |
| 303:18 | learn | 238:25 | 350:11,14 | 321:16 |
| 304:4,5 | 286:14 | 248:23 | 350:19 | 327:6 |
| 309:21 | lease | 352:16 | 351:9,19 | 330:16,19 |
| 313:19 | 270:1 272:21 | 353:12 | 353:16 | 331:18 |
| 315:12 | leave | Legislature | 355:13,17 | 332:8 |
| 323:5 | 216:17 | 161:2 216:20 | 355:20 | licenses |
| 329:25 | 358:16 | 239:23 | liberal | 182:9 274:7 |
| 330:7 | leaves | 253:17 | 197:21 | 290:14 |
| 333:16 | 365:15 | 291:9 | Libertarian | 318:4 |
| 337:18 | leaving | 313:22 | 211:2 | 327:13 |
| 340:1 341:5 | 215:24 | 357:5 366:7 | license | 330:14,24 |
| 341:6,7,7 | 243:10 | legitimate | 166:23 167:7 | 331:11,14 |
| 341:21,25 | lecture | 174:11 183:8 | 168:25 | 332:4,5 |
| 345:7 | 267:14 | 233:1 | 169:9 | Lieutenant |
| 347:12,19 | left | 352:25 | 171:25 | 204:10 |
| 347:24 | 163:6 179:16 | lengths | 172:3,4,8 | life |
| 348:10,25 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

170:11
172:11
173:18
270:25
349:18
350:1,9
351:2
**light**
174:18
221:24
**lightening**
344:10 363:4
363:10
**lightly**
173:25
**lights**
294:14
**likelihood**
226:14
**limbo**
253:13
**limit**
215:6
**limited**
163:4 242:7
246:20
260:15
281:18
**line**
236:18
239:22
268:1 281:4
317:20
346:17
**list**
178:2 234:9
242:12
266:16
290:17
291:4
303:10,11
303:12
342:14
348:3,11
**listed**
263:20
290:11
**listening**

195:5 262:16
**lists**
303:1
**literacy**
363:19
**literally**
229:24
**literature**
199:24
**litigation**
245:19
342:15,17
**littering**
344:16 345:3
**little**
165:4,5
168:4
203:14
216:9
222:16
226:18
268:6 275:9
277:15,20
278:11
282:10
283:2
284:14
287:3
294:23
301:17
306:20
328:12
**live**
163:25,25
164:3,5,6
171:3,20
177:13,14
187:19,21
188:24
195:1
240:13,16
240:17
256:18
264:16,17
273:1
302:15
**lived**
257:3

**lives**
164:3
**living**
362:8
**lobbying**
221:5
**local**
236:19 238:6
242:6
249:12,16
249:21
250:8,17
333:6 338:1
345:7
**localities**
236:21
**locally**
258:5 338:7
**location**
255:4,4
**locations**
237:2
**logically**
242:15
**long**
165:7 176:23
220:19
221:12
225:18,21
243:19,22
257:19
263:10
274:14
302:4
**longer**
224:24 226:6
271:2
313:25
314:1
**long-time**
259:10
**look**
187:23
218:15
224:22
227:5,12
233:12
242:5

243:24
289:23
293:11
302:7 305:2
305:5 310:6
313:1,6,10
314:2,9
315:16
320:19
332:19,21
342:2 352:7
364:25
**looked**
278:22,23
284:3
320:17
321:17
**looking**
184:22 197:9
205:2
250:15
275:8
290:16,17
290:20
292:2 333:4
**looks**
198:22 223:1
225:5
230:15
279:20
347:12
**loophole**
275:11,18
**loosens**
227:25
**Los**
213:22 340:1
341:22
**lose**
212:2,10
225:10
271:11
**loser**
261:17
**losing**
164:23
**loss**
209:10

**lost**
166:12
212:21
281:15
358:20
**lot**
164:5,20
177:3
178:11
197:19
199:10
202:9 203:8
204:12
205:8,18
206:22
212:1 216:1
239:7 244:1
244:24
245:4
246:21
249:15,16
264:10
273:7 274:5
274:6
277:18
279:21
295:16
297:8 301:9
301:10
323:15
338:1
347:19
349:16
363:7
**lots**
345:3,3
350:1
**loud**
263:7,9
**Louis**
205:16 283:3
**love**
276:7
**low**
178:7 189:12
238:14
257:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028552

269:16,17
271:1
358:18
**lower**
178:9
**Loyola**
213:21 340:1
341:5,21
**luck**
228:14
**luxury**
231:19
**lying**
270:2 272:25

**M**

M
186:13
**machine**
260:9
**machines**
286:13,14
**magnitude**
287:23
**mail**
186:11
**mailing**
303:9,10
**mailings**
235:2
**mail-in**
324:15,16
325:23,24
326:8
327:25
**main**
241:8 258:17
292:21
310:8
**mainframe**
185:14
**mainframes**
185:22,23
**maintaining**
354:16
**major**
202:7 205:15

206:11
234:9 237:8
237:20
243:2 286:1
313:19
328:1
**majority**
212:12
255:12
268:18,19
268:22
270:18
354:11
**making**
207:6 219:1
219:11,25
265:7 268:1
347:2
352:23
354:22
**malapport...**
226:5
**man**
167:24,25
172:4 174:7
260:10,22
**manage**
350:25 351:1
**managed**
343:9
**mandate**
249:12 288:6
288:18,18
**mandates**
249:20
295:21
310:8
**manipulate**
164:16
**mannerisms**
276:6
**manuals**
188:9
**manufactu...**
184:19
**man's**
168:1
**March**

161:5 258:12
366:8
**marching**
353:9
**mark**
162:4 172:21
172:24
175:16,18
175:22
176:1,6,6
233:6
269:14
**market**
202:3,4,5
205:16,16
206:11
279:22
280:8
**marketing**
282:3 283:5
**markets**
202:7,9
206:15,16
206:20
277:18
283:2
**Marler**
176:9
**marriage**
174:7
**married**
179:16
**marry**
178:5
**Mary**
162:11
253:24
254:2,2
255:18
256:1,8
321:11
**Maryland**
236:8 281:17
282:24
**mass**
362:4
**match**
290:12,23

302:1,9
308:12
313:24
348:2
**matching**
267:17
290:20
**material**
236:17
281:10
**materials**
301:15
**matter**
175:13 196:3
200:2
203:22
249:3
256:24
331:8
361:11
**mattered**
257:12
**maximum**
241:9
**Maxwell**
162:15
322:22
323:4,5,10
323:11,17
323:20,25
324:5,8,16
324:18,21
324:25
325:7,11,20
325:24
326:2,10,15
326:18,25
327:3,7,10
327:19,21
328:9,13,19
329:3,6,9
329:18,22
330:3,10,20
331:1,4,7
331:15,21
332:7,12,23
333:2 334:9
334:13,18

335:1,9,14
335:18,22
336:10,14
336:17,22
337:4,7,11
337:16,21
338:5,10,15
338:18,24
339:15,20
**ma'am**
166:15
178:25
196:24
240:16
262:6 266:5
**McGeehan**
162:14 277:2
277:6,7,21
279:8,11,14
279:17
280:2,6,12
280:15,19
282:5,8,14
282:19
283:14,21
284:24
285:10,20
285:24
286:5,21
287:9,12
288:1,12,20
288:24
289:6,22
290:1,15
291:6,19,24
292:7,14
293:7,20
294:5,21
295:1,13,19
296:1,9,17
296:25
297:6,15,18
297:21
298:2,7,12
298:19
299:4,11,20
300:6,14
301:13,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

302:18,21
303:2 304:3
304:17,21
305:1 306:3
306:8,17,20
306:23
307:3 308:1
308:14,18
309:3,14,20
309:25
310:6 311:4
311:8,12,18
311:25
312:4,7,10
312:15,17
312:22
313:9,14,20
314:3,7,13
314:20
315:2,5,7
315:21
316:8,14
**Mclaugherty**
162:2 166:16
166:19,19
166:20,22
169:14
**mean**
164:14
193:11
195:19
203:9,16
204:1
206:21
207:13
222:21
225:7,18
239:24
241:8 242:3
242:14
248:11
249:23
287:7,13
289:17
290:6 292:2
294:15
296:25
299:25

305:1 307:1
307:19,21
308:22
313:20
314:4
318:19
320:10
326:19
327:21
338:6
**meaning**
309:25
**meaningful**
175:7
**means**
169:9 175:3
180:18
183:3 228:1
246:9
261:18
262:2 345:1
354:15
**measure**
227:7 233:6
233:7
**measures**
175:1 194:15
218:19,19
218:21
233:4
270:21
330:18
**mechanism**
308:23
**mechanisms**
269:14
**Med**
244:19
**media**
189:13 202:3
203:3 206:4
206:9,16
208:23
267:19
280:7,23
283:2 305:6
305:9
357:19

**Medicaid**
169:6
**Medicare**
169:6 185:8
**medicine**
197:25
**medium-sized**
202:9
**meet**
168:18
217:24,24
220:8
**meeting**
178:24
212:16
221:13
**meets**
337:11
**member**
274:2
**members**
163:2 165:23
169:17
170:6
171:14
174:1 179:1
181:4 184:3
186:18
189:20
191:4
194:19
196:25
198:3,9
200:11,19
209:25
213:15
220:16
222:13
228:7
229:21
232:1 240:9
250:22
251:16
253:23
255:24
256:5,15
258:1,2,5,8
258:15

259:6 262:7
271:25
273:11,24
276:12
277:9
294:13,17
316:16,18
316:25
317:3
322:20
339:22
341:11,16
349:12
355:6,21
365:22
**membership**
362:17,18,24
**memories**
353:9
**Mens**
329:2,4
**mental**
329:5
**mentality**
197:16
**mention**
245:21
275:19
345:13
358:17
**mentioned**
180:12
196:19
252:10
272:19
274:8
297:10
334:21
341:20
351:11
**mentioning**
316:1 344:12
**merge**
308:11
**merit**
333:8,22
**mess**
205:21

**message**
232:19
**messed**
166:17
**messes**
165:9
**met**
183:1 263:13
336:9
**method**
180:24
333:13
**methodology**
279:7 320:25
336:18
**methods**
333:17
**meticulous**
182:1
**Metroplex**
279:25
280:18
**Mexican**
172:4 211:16
**Mexico**
164:2
**Michelle**
162:8 198:4
198:6,7,7
198:10
**Michigan**
313:11
**microphone**
277:12
**microphones**
214:4
**mid-term**
234:2
**military**
167:7 246:5
**million**
188:19,25
189:3 201:8
202:2 203:1
205:15
207:3,16,25
208:14,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028554

```
209:17              minister           318:7,9,12         225:22             179:16
233:20,21           172:21 173:4       model              227:1 228:8        180:2 181:8
233:22,23            173:10            278:20             228:9,13           181:20
233:24              ministers          modern             230:4              182:11,13
234:1                173:22            174:16             248:17             185:7,10,18
235:14,16           minor              349:17            motor              185:18
235:18,19            287:5             molasses           221:14 237:5       186:6,7
235:22              minority            363:6            mouth              187:1 193:8
238:12               182:23            moment             271:14            198:10
252:6,12,16          195:10,16         228:16            move               200:19
271:14               218:1 222:1        230:20            163:3             210:19
278:4,6              222:4              249:7             moved              215:16,20
279:2 280:3          346:15             340:16            266:19            231:24
281:7,12,14          364:8             monetary            274:18           232:4
281:17,19           minute             241:2              302:14           251:18
281:23,25            218:21 238:3      money               303:7            255:23
282:1,5              327:1             190:3 199:10       movement          256:18
284:12               332:24             202:5 203:8        353:8            259:23
285:5               minutes            204:12,24         movie              260:17
289:21               163:4,11          205:8,18           361:9,16,24       267:11,12
291:15               176:17            206:22            362:1,15,16        267:17
295:22,23            213:19            207:7,12           362:24           270:8
296:3,12,20          215:15            232:20,22         363:2,5,7         273:25
297:10,23            228:20            235:9              363:16            303:10,15
298:1,10,16          229:18,19        246:24             364:17,25         316:25
299:5,6,8            229:20            271:13             365:2            323:4 325:3
299:15               231:25            295:18,25         movies            339:4
304:20,24            341:9,13          296:2,5,7          361:15           341:20
306:19,21           misreading         297:2             moving            359:20
318:25               254:14            300:11            248:9             361:9
319:3 320:3         missed             310:16            Mt                names
320:7 321:2          336:4,5          monies             174:6             179:7 255:24
321:3               missing            296:23            multiple          301:19
339:16,20            337:14            monitor            211:22 235:2     302:1,4
millions            Missouri           310:16            326:17           NAO
232:22               189:10           Montgomery         municipal...      184:11,19
239:24               205:14            236:9             249:12           NAO's
271:10               235:11            months            muster           184:12
344:9                236:6             226:7             223:20           narrower
345:11               252:11           Moore             M-A-R-L-E-R        246:8
mind                 279:20            162:10 215:1      176:11           nation
233:18 267:4         281:6,10          215:4,8,11                          357:8 361:10
270:16               282:9 283:3      215:13,19         ――――――――           361:10
328:10              misunders...      215:20                 N            national
329:11               265:17            222:12,14                          238:17 303:3
354:10              mobile             222:15            name             334:16
minimum              189:7             223:3 224:1       168:1 171:17     Nationally
234:3               Mobility           224:6,15         172:1 176:5       252:21
                                                        176:20
                                                        178:3,4
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028555

nations
174:6
naturalized
197:11,12
near
180:11,15
nearby
177:16
nearest
247:5
nebulous
263:4
necessarily
274:7,15
  290:6
  300:25
  314:15
  330:7
  339:12
necessary
187:10
  189:10
  193:23
  199:22
  235:10
  237:3
  309:10
need
164:20
  167:12,12
  167:13
  169:4,10
  171:7
  188:16
  190:22
  193:3,4,6
  197:16,23
  201:13
  203:8 205:1
  205:10
  207:11
  214:3
  216:20
  218:5,7,21
  220:11,12
  220:14
  226:2 229:4
  236:7,15

241:10,16
242:17
243:7,24
261:24
262:16,19
263:11
264:24
267:7
270:25
274:15
275:6
300:23
302:7
307:12
314:21
315:15
320:8,10
325:10
330:15,16
344:25
354:3,10
355:1
356:17,18
360:15
needed
181:23
  236:21
  248:15
  296:23
needle
339:6
needless
178:22
needs
178:21 226:5
  230:3
  262:15
  365:18
negligible
342:20
neighborhood
187:24
  211:20
  264:16
neighborh...
360:17
neither
299:10,11

366:20
Network
184:4,10
neutral
186:23
  215:10
  216:7 277:4
neutrally
200:16
  273:17
  316:22
never
167:21
  209:18
  238:19
  239:2 360:9
new
177:25
  178:23
  180:8
  188:17
  189:1,9
  196:21
  217:9,19
  228:10
  234:18,20
  235:13
  236:4,4,15
  236:20,22
  238:14
  243:20
  278:7 284:4
  284:18
  285:17
  292:12,13
  292:18
  293:2,15
  300:17
  319:25
  320:4 342:9
  347:19,25
  360:3 362:5
newly-freed
362:3
news
237:6
newspaper
278:11

280:15
nice
364:9
nicely
214:2
night
163:23
nights
196:22
nobody's
345:4
nonpartisan
232:6
nonprofit
216:1
non-citizen
328:5,8
non-citiz...
328:6
non-citizens
329:1,16
non-discr...
237:18
non-minority
195:16
non-partisan
341:24
non-TDL
308:17
noon
182:10
normal
203:17
  301:12
normally
301:14
north
247:6,17
  252:14
notable
343:10
note
188:20,21
  190:2,8
  191:17
  201:4,5,7
  201:20

202:11,16
204:14
233:2,16
234:13
236:11,20
260:16
275:11,11
277:14,15
278:22
281:14,20
284:2,8
285:2
295:19
300:9 308:5
320:15
321:4
322:12,13
noted
246:16 276:2
notes
183:2 192:4
  192:5
  205:13
  236:1,3
noticeable
258:3
noticed
168:2 185:10
  260:12
  275:11
noting
235:6
November
181:12 260:1
  303:6,16
Ns
228:22
nuanced
185:6
Nueces
256:19
number
177:18 193:5
  193:15
  202:21
  203:10,11
  204:18
  208:14

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00028556

209:19
236:13
238:9 239:5
241:9
245:16
261:15
263:23,24
265:13
268:10
277:20
279:16,18
289:15,15
289:18
290:4,22
291:4,5,11
291:12
298:5,10
299:3,4,6,7
304:7,8
307:11
308:21
321:1,1
325:10,10
327:6 330:5
364:3,8,11
**numbers**
209:16
235:21
238:8 266:9
272:16
297:11
299:10,15
318:24
320:1,13
323:17
352:8,8
**number's**
204:1
**numerous**
187:20
238:17
268:11
**nursing**
207:9 244:19
343:24

**O**

**object**

223:12,19
**objection**
251:5
**Objective**
163:20
**objectives**
353:19
**observation**
207:1
**observations**
185:1
**obtaining**
177:22 188:3
334:6
358:11
**obviously**
217:15 225:7
228:4,16
239:9 241:8
245:4 339:4
339:5
**occasional**
242:11
**occasionally**
344:1,3
**occur**
239:6 268:8
284:20
**occurred**
183:4 334:16
**occurring**
221:5 364:9
**occurs**
289:5
**October**
185:9
**offended**
195:10
**offenses**
331:8
**offensive**
196:9
**offer**
172:11
310:24
360:8
**offered**

182:17
**office**
167:3 200:3
202:17
203:12,15
204:7 223:1
258:15
277:7 278:1
286:15
290:18
322:23
323:6,14,24
331:19
336:7,9
337:2
366:10,18
**offices**
178:12
332:18
**official**
204:6 285:7
290:17
333:6
344:12
**officials**
237:12 238:6
238:6,25
250:10
251:8 295:9
300:20
347:4
**offset**
218:20
227:20
228:2
**offsets**
358:9
**Ogden**
204:21
**oh**
166:3,9
201:17
229:1
231:15
240:17
254:13,23
263:2,2
266:13

267:12
269:4
286:21
355:8
**Ohio**
313:13,14
**ois**
171:18
**okay**
169:14
172:20
175:18
176:11
179:2
183:10
185:20
186:16
192:12
201:15,22
202:22
203:23
208:21
209:3,13
213:18,22
214:22
222:22
224:10
231:12,14
231:22
240:20
250:19
259:18
267:12
279:19
280:5,25
282:7
283:15
285:25
289:2 292:9
294:6,7
295:22
298:20
306:5,5,15
312:23
315:22
316:20
318:15
322:11,17

324:2
325:15
326:1,15,23
327:11,20
327:20
328:11
330:21
336:1,21,23
337:6,13,14
337:16
338:9 355:5
355:11,15
357:2,2
359:12
**Oklahoma**
276:17
**old**
169:4,7
181:10
353:6 361:8
363:6
**once**
234:21
260:24
261:3
296:20
360:5,24
**ones**
211:22 248:8
298:22
299:10
325:11,13
**one's**
173:14
**one-fourth**
281:10,13
**one-point**
281:12
**one-sided**
353:14
**one-third**
177:6
**one-way**
263:5
**ongoing**
179:7 193:16
284:21
294:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028557

Voter Fraud Hearing - Volume 2                     March 1, 2011

                                                              402

online
197:1 228:20
    286:8,11
    288:13
    293:13
    295:6,7
    355:16
open
192:21
    224:20
    271:23
operate
286:14
opinion
222:1 226:25
opinions
182:7 237:9
    248:5
opportuni...
309:2
opportunity
173:24
    176:20
    180:6,22
    187:7
    245:21
    251:17
    314:25
    340:3
    341:19
    349:2
opposed
307:25
opposes
213:10
opposite
252:24
optional
288:8
options
178:16,17
ordained
173:4
order
173:17 188:6
    194:17
    209:1
    234:15

235:11
271:5
272:21
276:9
318:21,21
354:25
ordinances
174:23
organization
232:7 334:1
    360:21
    362:21
organizat...
184:11,12
    216:2
organized
183:19
Organizers
184:5
original
198:17 200:9
    298:25
    320:20
    348:12
originally
269:19
    274:17
    295:18
other's
353:15
outcome
175:14 261:6
    261:20
    366:24
outlets
189:13
outreach
189:7,17
    220:10,14
    220:21
    235:12,15
    235:17
    252:2,4,12
    271:15
    278:17
    308:24
outset
245:14

outstanding
229:1
outweigh
200:1 348:23
out-of-state
182:8
overall
249:6 295:20
    296:11
overreaction
164:25
overwhelm...
352:21
overworked
250:13
owe
262:2,12
OWLS
163:19
    171:19
ownership
218:11
O'Brien
162:9 200:15
    200:18,19
    201:6,19
    202:23
    203:20
    204:9,15,19
    208:2,8,16
    208:21
    209:8,20,25
    210:1,4

─────────
          P
Page
162:17 190:8
    208:18
pages
182:5 183:24
paid
185:5
panel
224:22
    262:17
panicky
165:4

paper
344:21
papers
242:17
paranoid
165:5
pardon
289:19
parents
271:4 274:21
park
273:7
parole
324:12
part
185:17 212:5
    221:4 234:3
    247:14
    257:9
    268:15
    294:24
    295:14
    301:11
    344:13
participate
218:2 241:9
    257:21
    354:19,20
    365:11
particular
218:7 219:4
    219:5,14,21
    232:9
    240:24
    257:7
    260:12
    263:14,15
    303:18
    317:17
    334:22
    342:22
    343:1
    345:10
particularly
173:19
    218:25
    221:24
    353:4

363:17
parties
212:22
    366:22
partisan
165:12,13,15
    175:5
partisanship
249:4
partison
165:16
parts
216:12
    243:21,23
party
179:22 180:4
    183:22
    212:25
    213:1
    264:22
    360:12
Paso
279:24
pass
173:13
    188:21
    216:20
    233:10,14
    239:23
    248:3
    273:21
    318:20
    354:12
    363:24
passage
281:21
passed
189:2 194:15
    216:19
    217:11
    223:21
    226:15
    234:17,17
    245:18
    254:13
    277:23
    278:23
    283:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028558

Voter Fraud Hearing - Volume 2                    March 1, 2011

403

```
   296:20          163:22 164:1    270:2,5,24      363:12,15       204:5
   306:7           164:2,5,25      271:6           363:17,20       perjury
passes             165:8           272:20,25       363:20,21       311:2
 253:17            166:12          281:12          363:25          permissible
   270:22          167:17          287:18          364:3,10,11     219:12
   271:11          168:18          289:3,11,12     364:20,21       permitted
passing            171:6,24        289:13,17     people's          270:14
 223:19 334:7      177:20          289:19          226:21            292:17
   357:8           178:15,18       290:4 291:3     241:14         perpetuates
   364:12          187:5,14,15     291:11          243:1           364:13
passport           187:22          298:10          308:24         persisted
 167:7 177:11      188:16,23       299:18,24       310:1,4         243:22
   246:7           189:9,11        300:2           353:13         persistently
   276:23          194:1,13,17     305:10          354:18          269:17
passports          195:9,22        308:9         percent          person
 246:11            196:1,2,7       309:11          177:5 180:18    165:3,21
patience           197:10,23       310:20          246:10           179:8
 349:11            199:14          311:14          247:4            182:14,18
patient            209:11          313:6,17        252:22,23        199:8
 302:20            211:22          314:2           252:24           213:10
Patrick            220:5 221:6     318:17,22       261:8,12,16      233:25
 187:12            221:11          319:1,11,24     296:2            255:3,5
Patriots           227:13,21       320:3,11        298:16           267:25
 183:19            229:13,15       321:8,19        317:12,14        271:18,18
   186:19          233:13          324:10          317:23           291:1
   360:19          234:6           326:17          319:24           293:18
pay                237:24          327:5           320:3,5,14       310:25
 222:4 287:2       238:10,12       328:15          350:21,25       315:8 329:8
   305:6           238:13          331:10          361:22,23        359:18,19
   319:11          239:7 241:9     332:2,5,19      364:10           359:23
paying             241:11          337:19        percentage      personal
 319:24 320:4      242:16          339:3,17,20     263:25          182:7 184:25
pen                243:4,10,11     343:20,23       319:11           227:2
 168:13            243:17,19       345:17          320:6            269:18,18
Pena               244:3,5,10    346:6,8,10     perception        personally
 208:12            245:6 246:9   347:5 348:4      194:3,5          196:14
penalty            247:17,19       350:17          358:17           257:10
 311:1,6           249:7,19        351:16,22     Perfect            278:19
pending            250:8,12,17     351:24          323:21,22     persons
 365:16            255:14          353:2,4,9     perform           242:11
penitentiary       257:10          353:11         237:23           310:23
 168:14            262:23          354:7           292:13          345:1
penny              263:8 264:9     357:23       period           person's
 244:16            264:15,15       358:20         260:6 297:23     254:17 255:5
pensive            264:24,25       360:1,8,15     303:12           307:16
 345:11            265:13,18       361:14,19     periods           325:3
people             266:15,18       361:22,24      314:5          phantom
                   269:4,6,12      362:6,9,11    periphery         239:25
                   269:13,25       362:25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001904

Voter Fraud Hearing - Volume 2                    March 1, 2011

404

phase
271:2
phenomenon
243:20 346:1
phone
193:5
phones
345:21
phonetic
195:21
 204:21
 222:1 230:6
 251:23
 270:12
 297:5
 308:11
 321:12
photo
172:18
 174:12,14
 174:14,17
 177:22
 178:20,23
 180:25
 181:11
 187:15,19
 188:3,5,11
 188:13
 212:4,17
 213:2,9
 215:23
 219:19
 221:1,6
 234:7 246:1
 258:21
 260:20
 268:24
 282:21
 289:4,10
 296:24
 304:9 308:8
 308:9 310:3
 310:21,22
 311:16
 312:25,25
 313:4,5
 314:5
 318:22

320:10,12
321:12
346:18,25
347:14
357:16,17
358:10,11
359:21
photograph
246:2
photographs
264:3
photos
308:12,17,17
308:24
310:4
photo-sho...
360:23
physical
232:11
342:16
pick
269:23
327:14
picture
167:1,2,9
168:20
169:4 172:5
255:2 264:2
307:17
361:7,8
pictures
309:10 310:1
pieces
172:15 219:8
219:14
Pitts
204:21 297:5
place
164:21
187:24
197:14
218:22
225:20
226:24
242:24
247:8
255:24
258:24

274:14
291:7
293:23
324:24
342:11
345:18
348:21
placed
249:21
places
196:20 237:6
247:15
255:7 295:6
350:1,2
plan
297:2
plane
346:21
planned
218:23
plans
219:3 226:12
283:24
285:14
288:12
352:17
play
222:18,25
308:2
please
170:3,9
180:1
194:20
202:12
210:19
212:3
215:15
229:18
267:10
pled
168:9
point
166:2,7
177:21
182:1
196:11
197:9 207:5
213:7

226:13
238:3
271:10
274:19
284:14
307:3
335:10
363:7
points
177:3
poised
188:23
policies
194:10 342:1
342:3
policy
187:2 188:8
194:10
238:7 239:4
241:14
313:21
342:21
346:2
policymakers
272:10
policymaking
188:21
polite
346:20
political
184:10 204:2
335:21
360:21
poll
167:10 183:2
183:21,21
220:1 236:8
237:16,23
252:7 253:1
254:7,8
255:11
258:6 260:4
260:9,9,11
268:2,2,15
270:10,13
270:16
275:16,17
281:8 285:7

286:3,7,8
286:25
287:1,7,14
287:19
288:21
289:3
292:11,12
293:14
312:6
314:24
316:5,13
339:12
344:23
347:4
polling
175:11
187:24
196:20
197:14
242:24
255:7
293:23
295:6
324:23
342:11
345:18
polls
182:3 183:17
196:5
232:25
238:24
239:3,6
269:7
271:19
308:23
342:23
343:4,13
347:2
348:13,18
348:23
353:3,11
poor
168:18 195:8
220:16
popular
361:10
population
180:17 189:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028560

233:21,23
235:17,20
241:25
248:25
281:11,17
281:23
populations
220:15
portion
310:16
325:18
326:21
position
174:2 251:20
positions
167:14
possibility
205:2 245:22
possible
257:18
269:24
285:2 292:2
308:10
350:4
358:18
possibly
207:9,10
225:19
291:22
342:25
343:2,14
345:25
postage
300:24
potential
217:5 272:6
272:12,15
321:24
342:15
347:3 357:9
357:19
potentially
266:18
potentials
272:9
poverty
234:5
practically

197:23
349:22
practice
203:21,21
287:7
practiced
198:24
practices
198:24
293:12
315:18
precinct
168:13 178:1
181:15,16
198:13
199:6,15
212:11,12
236:12
260:3 261:4
261:19
307:10
precincts
236:14
261:18
264:24
360:15,16
preclearance
216:20
217:18
precleared
219:15
preclearing
248:19
predicament
211:9
predictable
217:2
preference
218:3 227:3
preferred
203:21
preliminary
309:4
prepare
278:21 284:1
320:18
preparing
284:25

prescription
171:9
present
180:25
182:10
210:13,23
245:25
261:1 304:8
349:2
presented
205:19
314:19
presenting
357:22
preserve
241:5
preserving
327:24
President
176:21 184:9
246:16
257:24
363:3,8
364:4
365:13
Presidential
233:19 253:5
President's
191:5 244:7
presiding
181:14
182:18
260:4
pressure
343:24
presumably
299:23 300:2
pretend
195:11
pretending
324:25 343:3
354:24
pretty
250:13,13,13
283:12
307:18
308:21
314:9

352:21
354:22
355:1,1
prevalence
357:6
prevent
255:3 261:1
261:2
313:17
327:17
343:14
345:25
prevented
188:3 238:20
preventing
310:20
346:10
previous
188:4 195:5
216:21
228:1
previously
278:9 312:20
Previtter
162:4 176:12
price
241:2
prided
342:3
primarily
173:4 324:15
primary
211:15
236:10
principle
173:18,19
174:9
principles
256:21,23
print
283:8
printer
307:22
printing
236:17 238:1
prints
203:4

prior
266:18
283:11
290:2
298:22
303:23
priorities
275:10 324:1
priority
323:23
345:10,11
prison
348:15
private
163:13
184:15
215:8 216:6
267:15
336:6 337:1
345:13
350:2,3
Privett
176:19,20
179:2,9,12
179:18
privilege
181:2 341:22
346:16
privileges
195:17
proactive
333:3
proactively
333:19
probable
233:11
probably
166:17 181:9
182:21
202:5,9
203:8 204:4
204:7
243:24
254:16
274:23
295:3 305:2
308:21
318:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

325:12
327:12
331:9
probation
324:12
problem
164:17
  168:19
  171:5,21
  172:10
  177:18
  178:6
  182:15
  184:22,23
  193:6
  230:20
  232:17,23
  237:21
  239:25
  242:1,7
  243:2
  252:20
  253:10
  260:17
  262:14
  270:10
  272:8 275:4
  340:15
  343:1
problems
185:24
  239:14,18
  241:12,16
  272:12
  346:3,6
  354:3
problem's
272:17
procedure
188:8 252:9
proceed
204:19
proceeding
366:23
process
164:5,22,23
  170:6 174:4
  175:9,13

183:7 187:6
189:15
199:3,5
200:2 204:8
205:12
212:5
216:10
218:2 222:7
224:25,25
225:17,21
225:21,23
243:10,11
245:13,19
257:10
258:11
269:20
284:16
292:15
295:7 326:7
327:25
346:10
352:23
354:16
processed
253:4
processes
173:20
204:20
225:24
produce
175:10 270:6
272:20
produced
233:2
producing
206:7
production
281:9
professional
195:14
professor
213:21
339:25
340:12
341:5,6,9
341:21
349:13
352:12

355:5,7,15
profit
216:1
program
232:22 252:5
  252:7,12
  279:5
  283:19
  284:5,11
  305:4
programming
185:23
programs
178:23
  185:14
  188:23
  220:10,12
  220:13,14
  220:21
  232:21
  283:25
progress
364:16
Progresso
163:23 164:1
  164:6
  167:16
project
232:6 258:7
projecting
281:19
prominent
329:12
promise
305:5
promised
218:23
promote
228:1
promoting
239:1
prompted
195:7
promptly
185:6
proof
314:19,20
  316:4 357:8

360:3
363:13
364:7
proper
185:18 253:9
properly
205:20
proponent
196:15
proportio...
238:13
proposal
216:15
proposals
194:14
proposed
189:5 191:21
  193:11
prosecute
330:6 344:15
prosecuted
264:4 329:8
prosecutions
242:5
prosecutor
327:2
prosecutors
242:6
protect
174:19
  189:14
  357:25
protected
347:14
  354:14
protection
195:17
protective
175:4
protects
358:6
proud
255:25
prove
182:17
  188:10
  189:16

211:24
221:1
269:22
270:1
272:21
346:8
358:21
proved
360:7
provide
178:23 211:4
220:4
221:12,16
234:2
238:15
269:25
281:18,22
281:25
290:7 299:1
303:24
304:7,10
317:16
321:13
provided
193:25
208:16
221:3
228:19
290:5
321:22
providers
244:20
provides
218:6 358:13
providing
221:1,1
233:12
236:23
250:7 290:3
315:14
317:24
358:9
provision
170:13 179:6
179:17
209:1
240:24
281:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

282:2
291:21,21
**provisional**
179:9 220:25
252:3,19,22
253:2,6,11
253:13,15
253:21
255:10,12
301:5 310:9
347:8
358:10
**provision...**
182:21
292:19
**provisions**
197:19
219:24
220:23
267:20
270:7
301:21
**PSAs**
235:4 278:10
304:18
**psycholog...**
351:6,21
**public**
163:3 193:10
193:17,22
203:2 207:2
220:9,12
235:4
241:14
246:1,5
274:8
276:22
278:13
304:14
305:10
316:19,22
317:2 318:5
321:8
334:15
347:16
353:23
357:9,13
358:6

**publicity**
234:19
**public's**
357:25
**published**
343:17
347:11
351:12
**pull**
330:16 340:3
**pulls**
167:17
**punctuating**
184:25
**punish**
173:22
**purchasing**
280:4,8,10
**purge**
303:5,6
**purged**
303:15
**purging**
302:25 304:1
**purple**
254:9,11
338:22
**purpose**
194:4 296:11
306:25
308:4
**purposes**
282:21 284:7
309:15
319:22
320:12
**pursue**
239:4 241:13
328:25
**pushing**
215:6
**put**
170:5 180:10
189:24
225:25
240:25
241:2 250:5

255:24,25
268:10
271:13,14
279:1,16
285:3
293:18
300:21
327:1 331:9
355:4 360:1
360:19
363:19
**puts**
194:3 236:11
**putting**
164:9,21
182:7
188:18
211:11
**p.m**
182:24

### Q

**qualifica...**
292:15
**qualified**
174:11
**qualify**
191:18
**qualifying**
254:14
**quality**
286:25
**quarter**
281:23
**question**
169:23 179:4
189:21
191:13
192:13
223:4 224:2
224:14
225:14
251:5 259:7
281:4
282:11
286:20
300:9
315:25

326:24
333:24
336:1
337:23
342:3
349:14
353:17
**questioned**
254:24
357:14
**questioning**
281:5
**questions**
165:23
169:17
171:14
178:11,12
179:1 180:9
181:4 184:1
184:3
186:18
189:20
192:9
196:25
198:3
200:11,22
200:24
201:1
207:24
209:15,25
213:14
216:18
222:9,12,14
228:8
229:22
232:2 240:3
240:9,11
243:13,14
250:22
253:23
256:5 259:7
262:5,7
266:6
271:23,25
273:11
276:11
277:9,10,13
294:13,16

301:18,19
305:15,17
316:16
317:3
322:20
335:24
336:2
339:22
341:11
349:7,12
352:11,14
355:6
**quick**
264:7 276:14
**quicker**
224:17
225:17
**quickly**
225:16 359:4
**quit**
301:17
**quite**
173:1 177:18
193:23
196:1 206:8
211:9 214:2
255:21
289:8 341:2

### R

**race**
197:6,14
227:13
261:21
**races**
213:6
**racial**
218:12
220:17
**racially**
234:4
**racist**
196:10
**radical**
358:25
**radio**
203:4 235:4
278:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028563

280:13
283:9,9
raised
205:9
Ramey
162:13
266:25
267:1,4,8
267:12,13
270:11
272:5,24
273:6,13
313:25
rammed
353:15
ran
185:7
range
183:6 236:2
ranger
331:5 338:6
Rangers
332:13 338:8
rank
213:8
ranked
178:8
rap
360:20
rare
238:18,23
242:14
334:23
343:15
346:1
348:19
rate
218:11 234:5
rates
252:21,23,24
253:19,19
rational
174:21
Rea
329:2,4
reach
214:17 223:1

reached
303:8
read
182:4 183:24
264:21
ready
365:4
real
164:12
171:11
178:6
225:16
241:16
245:21
264:7
270:15,25
271:14,15
271:15
275:1
343:20,23
346:5
361:25
realistic
207:17
reality
223:11 255:5
335:16
realize
179:19
319:12
331:9
realizing
239:8
really
171:5 176:24
178:15
190:14
193:18
195:19
196:7
205:17
209:16
225:22
227:8 228:9
237:22
239:23
241:2,10,20
243:8,17

245:10
249:2,9
250:1
258:23
264:13
271:12
272:15,16
292:17
321:17
343:19
344:8
354:13
360:10
364:15
reapporti...
226:12
reason
175:10 186:4
253:19
258:17
266:15
274:9 306:3
348:13
357:24
reasons
177:25
205:21
264:12
265:9 332:8
335:21
354:8
Rebecca
162:12,14
256:9,13,18
259:10,12
259:16
316:21,24
316:25
317:6,7,9
317:10,14
318:3,10,13
318:24
319:5,16,20
320:16,23
321:2,7,14
322:2,5,9
322:16,21
receive

188:6,13
217:4 219:5
219:21
293:18
319:14,17
319:18
received
181:23
186:10
295:20
296:5
299:15
317:19
recipient
196:18
recognizable
260:22
recommend
250:2,15
reconciling
353:19
reconstru...
362:20
364:20
record
163:17 170:2
170:8 176:5
215:16
229:4
231:25
264:3 268:5
records
185:16
redesigned
278:8
redistric...
225:24 226:4
226:13
reduce
174:2
reduced
237:2
reference
291:2
referral
333:10
336:25
337:12

referrals
332:25
333:11
334:22
336:18
referred
333:20,21
334:24
336:8 338:3
referring
331:17
refers
333:7
reflects
257:14
refreshed
199:21
reg
211:25
regarding
234:20 237:9
257:23
300:16
357:9,12
regardless
199:22 251:9
regime
310:3,21,23
313:5
register
185:8 251:19
274:20
289:18
290:2 334:3
348:1
registered
180:12,19,19
207:25
233:22,24
235:16,18
238:24
255:14
261:7,15
266:18
273:4,8
276:18
284:16
289:12,13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028564

289:19
290:4,8
297:13,22
298:4,9,11
298:22
299:14
304:6
306:16
307:6 319:3
319:21
320:9
344:23
350:21
**registering**
319:14
**registrar**
211:13,14
226:23
292:23
293:22
303:15
304:11
313:1
**registration**
168:24 172:1
181:15,20
185:17
193:16
194:9
211:20
212:6
221:15
226:20
227:19
228:5
236:22
239:15
242:12
258:7 263:1
266:20
270:12,21
298:25
300:16,19
303:3 306:6
307:17
308:16
310:5
311:20,22

312:11
325:2 334:5
334:7 344:2
344:2
348:12
359:20
367:7
**registrat...**
258:14,16
**regret**
363:11
**regrettably**
346:4
**regular**
178:2 179:11
197:10
**regularly**
183:4 295:4
**reject**
252:24
**rejected**
186:4 253:7
253:9
255:13,13
313:8
**rejection**
252:23,23
253:19,19
**related**
232:8 311:2
337:3
366:21
**relationship**
225:3 255:22
**released**
180:15
**relegating**
193:12
**relevant**
342:17
**rely**
187:17
188:24
193:21
232:21
**remain**
256:22
**Remainder**

217:7
**remaining**
296:2
**remains**
174:17
**remarks**
271:22
**remarry**
178:5
**remedial**
218:19,19
**remedied**
226:5
**remember**
177:20
260:17
267:16
**remembered**
185:13
**remind**
217:10
**reminded**
186:12
**reminder**
217:21
**reminding**
219:6
**renew**
178:23
247:15
**renewal**
320:5
**renewed**
298:25
319:25
**renewing**
177:22
**report**
201:20
242:20
280:21
357:5
**reported**
268:20
357:20
**Reporter**
366:4

**REPORTER'S**
162:17
**reports**
237:6 268:10
344:13
345:23
**represent**
181:9 274:2
289:9
**represent...**
165:14,24,25
166:4,9,14
169:20,22
170:1,4,14
170:18,19
170:21,23
175:24
176:15
179:3,5,10
179:14
180:8,9
187:11
189:20,22
190:7,17
191:11,12
191:13,25
192:2,6,8
192:10,14
192:17,18
200:25
201:9,15,22
202:1,14,19
203:6,23
204:11,16
204:23
206:5,10,13
206:21,23
206:25
207:4,6,19
207:21,23
208:4,6,9
208:12,19
209:3,6,13
209:21
210:10
213:13,23
213:24
214:3,23

222:15
223:25
224:2,3,9
225:14,15
226:8,11
230:25
240:10,10
240:11,12
240:15,19
241:21
243:3,15,16
246:25
249:10
250:19
251:4 259:7
259:8 262:8
262:11
264:6,12
265:3,6,16
265:23
266:6,7,11
266:14
269:10
271:9,25
272:1,22
273:2
276:13,16
276:24
277:11
279:6,9,12
279:15,19
280:5,10,14
280:16,25
281:1,3,5
282:7,13,18
283:1,15
284:19
285:8,16,22
285:25
286:19,22
287:10,13
288:9,17,22
289:2,8,24
290:9,24
291:17,20
292:1 293:4
294:3,6,8
294:10,18
294:19,22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028565

| | | | | |
|---|---|---|---|---|
| 295:10,14 | 324:2,6,14 | **Represent...** | 286:12 | 219:18 261:1 |
| 295:24 | 324:17,19 | 161:1 173:7 | 292:5,16 | 276:8 |
| 296:4,13,19 | 324:22 | 173:21 | 300:4 304:1 | 329:25 |
| 297:3,7,9 | 325:4,9,15 | 184:8 366:7 | 304:5 | 330:7 |
| 297:16,19 | 325:21 | **representing** | **required** | 337:18 |
| 297:24 | 326:1,4,13 | 163:13 | 177:25 | 342:22 |
| 298:3,8,13 | 326:16,23 | 186:22 | 188:13 | **requisite** |
| 298:20 | 327:4,8,11 | 194:22 | 218:10 | 292:3 329:1 |
| 299:9,13 | 327:20,23 | 229:7 | 233:13 | **research** |
| 300:1,8 | 328:11,18 | 253:24 | 234:15 | 184:20 203:2 |
| 301:7,16 | 328:23 | **reproduce** | 237:16 | 203:14,17 |
| 302:16,19 | 329:4,7,10 | 331:17 | 281:22 | 208:22 |
| 302:22,24 | 329:20,23 | **Republican** | 291:14 | 216:2,3,5 |
| 303:17 | 330:4,11,21 | 165:18 | 299:23,24 | 216:16 |
| 304:12,19 | 331:3,6,12 | 179:22 | 300:25 | 242:3 |
| 304:23 | 331:16,23 | 180:4 | 304:10 | 247:22 |
| 305:8,12,14 | 331:25 | 195:15,16 | 318:16 | 308:4 342:4 |
| 305:16,18 | 332:2,11,14 | 195:25 | **requirement** | 343:9,10 |
| 305:22 | 333:1,23,25 | 200:3 | 169:24 170:5 | 346:13 |
| 306:5,15,18 | 334:11,14 | 210:21 | 178:14 | 347:10,18 |
| 306:22,24 | 334:20 | 211:2 | 191:18 | 349:3,4 |
| 307:14 | 335:4,12,15 | 212:11,21 | 234:20 | **researcher** |
| 308:6,15,19 | 335:20,23 | 212:23 | 239:10 | 215:9,20,22 |
| 309:12,18 | 335:25 | 213:1,3 | 311:23 | **reservations** |
| 309:22 | 336:3,5,11 | 256:10,21 | 312:25 | 184:13,25 |
| 310:2,18 | 336:16,20 | 257:25 | 313:3 348:6 | **reserve** |
| 311:5,10,13 | 336:23 | 258:13 | **requirements** | 191:8 |
| 311:19 | 337:5,9,13 | 264:22 | 178:20,22 | **residence** |
| 312:1,5,8 | 337:22,24 | 359:16 | 188:18 | 272:21 |
| 312:13,16 | 337:25 | 360:12 | 189:9 | **residency** |
| 312:19,23 | 338:12,17 | **Republicans** | 234:24 | 270:2 |
| 313:13,16 | 338:20 | 212:16 | 258:22 | **resident** |
| 313:23 | 339:8,18 | **reputation** | 268:25 | 346:24 |
| 314:4,8,18 | 349:13,13 | 211:19 | 284:4,18 | **resists** |
| 314:23 | 349:15,20 | **request** | 288:3 | 174:22 |
| 315:3,6,19 | 349:21 | 296:21 | 300:18 | **resource** |
| 315:22,24 | 350:10,12 | 317:21 | 303:4 | 200:21 |
| 316:12 | 350:15 | 335:7 350:4 | 306:10 | 316:19 |
| 317:4,5,8 | 351:4,15,17 | 366:9 | 309:21 | 322:24 |
| 317:10,18 | 352:10,15 | **requested** | 337:12 | **resources** |
| 318:8,11,15 | 355:8,9 | 317:23 | 348:14 | 237:4 286:23 |
| 319:4,10,19 | 356:3,7,9 | **requests** | **requires** | 345:8 |
| 319:23 | 356:11,12 | 258:16 | 199:20 | **respect** |
| 320:21,24 | 356:15,19 | **require** | 263:22 | 169:24 |
| 321:6,10,25 | 356:22,24 | 187:19 238:5 | 288:3 | 191:15 |
| 322:4,7,10 | 357:2 359:7 | 238:11 | 300:17 | 237:21 |
| 322:17 | 359:8,12,14 | 268:23,24 | 335:5,6 | 252:4 |
| 323:2,8,12 | 361:4,5 | 272:20 | **requiring** | 293:16 |
| 323:19,21 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
   313:11            224:4 269:14      285:24            219:23            ruled
respond               342:17          287:11,12         222:5 232:9       222:21
   303:9              347:12          288:7 290:1       237:19            rulers
responding            351:12          290:23            245:10           173:21 175:1
   308:4           reviewed           296:18,25         342:18            rules
response           182:19 343:5       297:15,23         353:7           186:2 199:21
   209:9 258:3     revise             298:2,7           354:14            199:25
responsib...          293:12          300:8          ringing             237:14
   173:24             301:15          301:13,13         345:21            250:12
   357:21          reward             302:9 305:1    Rio                 343:2,13
responsible           173:22          306:16         171:21 195:1        344:6
   260:7           Rhonda             308:10,14      risk                345:25
rest               161:15 366:3       309:13            221:19           346:4
   187:25 263:8       367:6           311:9 312:7    river               348:17
restrict           ribbon             312:14            172:11           ruling
   342:9              231:9           313:16,16      Rocket               182:20
restricted         Richland           313:23            225:25           221:25
   271:6              247:6           314:6,7,7     Rockwall              223:6
restriction        rider              314:24           198:13           rumors
   272:19             279:1           315:1,2,5,7       199:19         244:4 363:14
restrictions       ridiculous         316:8,10      role                 363:22
   227:25             361:19          318:18        184:19 342:6         364:14
restrictive        right              319:12,15     roll                 run
   245:23          164:1,23           319:23,23        270:12            212:22
   248:13,14          165:11          321:6         Romans               224:25
   248:20,24          168:14          322:10,11        173:20            237:2
   342:23             169:2,25        324:10,20     room                 258:21
   343:1 344:6        170:20,22       326:24        167:19 170:8       327:5 328:4
   345:25             170:24          328:16,23        208:11           running
   346:4              183:10          329:2,3,5        275:25         200:3 280:17
   347:19             192:8           331:3,12         331:18            320:1
resulted              196:17          334:25        root                 328:14
   267:18             201:18          335:4,8,13       223:15           rural
results               205:22          336:13            241:17        187:21 189:6
   185:19 269:1       218:2 220:3     337:6,10      rooted               189:8
retailer              223:5           339:14        241:15 244:2       Russ
   197:1              231:20          340:15            354:2         162:9 210:5
retired               240:19          346:17        rooting             210:9,16,20
   259:19             248:8           347:1 351:3      345:9            210:20
retrogres...          250:12          362:16        roughly             213:16
   220:20             265:3 266:3  rights              306:19         R-A-M-E-Y
revenue               267:8 269:8  174:19          routinely            267:1
   209:10             269:12,20       186:23           225:1
   281:15             270:3,6,10      187:1,2,4    rule
   317:25             270:13          194:17        169:19          ──────────────
   318:3,13           271:2 272:9     195:18           171:16              S
review                272:11,18       216:21,23        173:17        ──────────────
                      282:13          218:1                          s
                                                                        332:18
                                                                     sacred
                                                                        175:8
```

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00028567

Voter Fraud Hearing - Volume 2                    March 1, 2011

412

| | | | | |
|---|---|---|---|---|
| sacrifice | satisfy | 166:20 | seal | 173:15 |
| 175:12 | 289:1 | 177:25 | 346:6 | 174:4,13 |
| saddened | save | 189:5 197:5 | seat | 175:9,13 |
| 195:6 | 209:14 257:7 | 198:17 | 213:3 | security |
| sadly | saw | 200:9 | second | 165:2 167:7 |
| 343:23 | 167:3 189:23 | 259:25 | 193:12 220:9 | 169:6 185:4 |
| safe | 198:20 | 359:1,4 | 234:17 | 185:5,16 |
| 196:20 | 246:17 | scar | 252:3 | 188:7,14 |
| safeguard | 254:8,10 | 260:15 | 260:21 | 191:22 |
| 348:20 351:7 | 313:25 | scarcity | 276:1 | 263:21,23 |
| safeguards | 360:18 | 246:19 | 303:16 | 263:24 |
| 174:18 | 363:5 | scared | 359:9 | 264:9,17 |
| 347:23 | saying | 271:19 | Secretary | 265:8 |
| 350:5 | 179:15 | scary | 190:20,24 | 266:17 |
| 354:11 | 231:23 | 272:17 | 194:12 | 289:14 |
| safer | 239:21 | scenario | 202:16,24 | 290:4 291:5 |
| 347:10 | 240:22 | 210:13,23 | 203:12,21 | 293:24 |
| Safety | 241:22 | 211:8 | 206:2 | 298:5,14 |
| 246:5 276:22 | 243:16 | scenarios | 207:24 | 299:2,6,18 |
| 316:20,22 | 244:20 | 334:15 | 208:3,5 | 304:7 310:9 |
| 317:2 318:5 | 249:19 | scene | 235:1 266:8 | 330:18 |
| 321:8 | 262:17,18 | 364:25 | 277:3,7 | 351:22 |
| salaries | 262:18 | schedule | 278:1 | Securitys |
| 244:19 | 263:7,10 | 341:18 | 286:15 | 300:3 |
| sale | 264:22 | schedules | 288:4 | see |
| 348:24 | 269:4 | 268:4 | 290:18 | 165:3,12,13 |
| salvation | 312:10 | scheme | 294:24 | 167:5,21 |
| 174:8 | 322:8 | 324:17 | 296:6 301:8 | 190:2 |
| sample | 336:15 | school | 301:21 | 194:16 |
| 268:11 | 360:13 | 213:22 274:3 | 321:4 | 195:23 |
| sampled | says | 274:13 | 333:10 | 197:7 203:7 |
| 268:17,19 | 173:20 | 340:1 341:6 | 336:7,19 | 213:18,22 |
| Sam's | 190:19 | 341:22,25 | 337:2,7 | 213:24 |
| 167:1 | 191:21 | schools | 338:3 | 214:1,2 |
| San | 192:23 | 207:10 295:8 | section | 215:11 |
| 206:17 | 233:16 | scientist | 216:10,21 | 226:2 227:6 |
| 210:22 | 235:16 | 184:17 | 217:7 | 227:6 |
| 279:24 | 270:11,12 | scores | 219:13,23 | 229:22 |
| Santana | 271:6 | 249:6 | 222:3,18,24 | 230:13,15 |
| 162:11 | 282:25 | screen | 246:15 | 230:16,17 |
| 251:12,15 | 284:25 | 231:9 | 247:18 | 230:19,21 |
| 251:18 | 296:14 | scripture | 316:3 | 231:10,17 |
| sat | 301:1 | 173:12 | 342:18 | 233:17 |
| 287:17 | 310:25 | scrutiny | 348:6 | 240:6,9 |
| satisfied | 314:15,16 | 216:13 | sector | 242:3,25 |
| 197:22 | 319:6 | 219:21 | 350:3,3 | 264:4 |
| 288:19 | 333:16 | 233:14 | secure | 274:24 |
| | SB-14 | | 164:22 | 275:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028568

286:13
289:17
292:14
294:14
310:15
333:7 340:5
340:8,13,14
340:18,21
340:23,24
355:12,14
360:22
**seeing**
191:6 250:18
330:23
**seek**
292:5
**seeking**
320:4 333:20
**seemingly**
257:6
**seen**
165:8 192:4
199:5
207:14
227:17
237:5,19
242:4
347:11,22
352:9
353:20
**seldom**
255:25
**Select**
161:3 365:19
366:7
**self**
197:1
**selling**
331:10,13
332:3,5,7
**seminar**
295:8
**seminars**
295:8
**Senate**
163:15
166:18
169:19

170:5
171:16
172:22,25
176:10,14
179:23
180:4,5
181:7 184:6
186:20,24
187:13
191:17
193:2
194:24
197:3
198:19
200:17
201:7,13
210:8
215:10
229:6
251:14,20
254:1
256:11
259:20
267:3
273:17
277:4
278:23
279:1,3
282:11
283:23
300:15
302:2,11
316:23
341:8 356:2
356:8
365:15
**Senates**
365:15
**Senate's**
191:15 279:8
**Senator**
187:12
204:21
282:11
**Senatorial**
307:7
**send**
250:2 264:24

337:2
**sending**
336:25
**senior**
215:22
228:18
232:5
346:18
**seniors**
177:6,19
**sensational**
343:22
**sense**
227:12
250:16
305:9
348:22
351:21
352:6
**sent**
225:1 264:22
303:8 306:9
306:16
348:4
360:13
**sentiment**
213:9
**separate**
181:24
242:13
**separated**
261:13
**September**
185:7
**series**
215:24
**serious**
174:20 182:1
234:14
**seriously**
182:2 351:13
**serve**
181:12
232:15
307:1,4
**served**
173:6 198:14
**service**

235:4 250:7
304:14
317:16
**services**
188:9,23
317:11,20
367:7
**session**
166:2 207:7
255:22
275:21
295:5
301:14
308:2
**sessions**
309:1
**set**
175:7,8
246:8 297:4
**sets**
291:10
297:11
**setting**
236:17
**seven**
268:17
278:14
325:12
361:13
**severity**
187:16
**shackles**
362:8
**shanties**
362:8
**share**
249:24
279:13
306:1
**shared**
291:8,9
360:10
**shelter**
334:3
**sheriff**
333:6
**shining**
198:25 256:2

256:4
**shocked**
265:25
**short**
184:11
186:13
208:20
357:3
**Shorthand**
366:3
**show**
171:9,10
186:3
199:12
212:3
217:25
218:24
226:23
275:16
276:9 280:7
291:14
292:24
293:1
302:11,14
302:15
304:9
313:25
315:10
318:25
330:1
337:19
342:24
343:4
347:13
348:2,5
350:5,17,22
351:24
352:2,4
357:24,24
357:24
361:1
**showed**
186:2 299:5
**showing**
197:25 257:6
341:4
347:16
349:16,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028569

Voter Fraud Hearing - Volume 2                    March 1, 2011

414

```
350:1 351:5      266:2 344:22     319:13           281:24          300:3 304:7
354:23           signed           321:22           300:24          society
355:2            227:12           355:8            skeptical        174:16
shown            249:19           simultane...     224:23           349:23
352:9            266:1            274:24           Skype            soldiers
shows            significance     Sinai            163:6 213:19     362:19
180:16,25        235:7            174:6            228:11,17        solely
291:10           significant      single           230:5,10         332:21
315:9            235:9 283:11     175:3 185:11     341:7            solicited
346:13           283:13,18        268:20           sloppy           328:15
347:18           283:20           sir              343:22          solid
shut             285:17           175:15 176:4     slower           355:1
244:21           308:21           208:8            363:8           solution
shutting         318:20           209:20           small            184:22
207:9 346:8      347:12           210:15,18        180:14           241:25
354:18           364:8,11         228:15           184:18           262:22
sic              significa...     262:9            239:5            275:3,7
163:13           277:17 283:4     318:10           300:11          solutions
167:24           signing          319:22           364:8            241:19 354:4
190:21           227:6            320:16           smaller         solve
197:5,16         silenced         322:3,6,9        170:17           241:20 346:5
201:8 229:7      249:8            322:16           205:17          solves
267:1            silent           324:1,18,21      206:19           346:3
270:24           301:25           325:20           277:16,17       solving
291:4 300:4      silly            327:7            smile            340:14
310:16           364:18           329:22,24        186:11          somebody
316:2            similar          330:3 334:9      Smith            164:15,16
317:21           215:23           334:13           162:8 198:4      242:13
340:20           223:20           335:9            198:6,7,11       255:8 274:8
347:7            233:25           336:14           smoke            290:25
350:24           302:4,8          sites            345:15           304:6
360:13           315:11           235:3            Snow            someone's
side             349:4            sitting          361:12           308:8 327:16
275:23 279:3     similarities     195:4            social          somewhat
283:23           219:20           situation        167:7 169:6      217:2,17
300:15           simple           182:19           185:4,5,16      Sonia
353:15           178:13           212:14           188:7,14         162:11
sides            307:21           242:20           191:22,22        251:12,15
204:2 263:11     simplicity       situations       263:21,22        251:18
sightings        174:14           232:13           263:23          soon
345:24           simply           339:11           264:9,17         171:6,6
sign             181:22           six              265:8            285:1
179:14           188:20           192:21,23        266:17           340:23
181:15           217:14           219:7            289:14          sorry
312:2            233:16           325:14           290:3 291:4      165:12 176:6
360:18,23        244:2            size             293:24           178:25
365:1            265:12           189:6 268:11     298:5,13         179:18
signature        307:16           281:10,13        299:1,6,18       185:19
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001915

TX_00028570

Voter Fraud Hearing - Volume 2                    March 1, 2011

198:8 224:8
231:2 240:5
240:17
255:16
265:16
277:12
279:7 280:3
291:24
295:23
337:23
349:20
356:13
**sort**
219:3 241:18
242:22
243:9,18
244:8 245:2
248:9
249:11
262:22
264:14
277:20
291:9
303:20
308:23
343:12
344:4,5,14
345:2,14,17
345:18,24
346:12
360:6,20
363:14,18
363:18
364:13,21
**sorts**
364:13
**sound**
175:13
361:15
**sounds**
203:13 288:5
296:18
309:12
311:8
**source**
328:1 353:21
**south**
180:14

243:21,23
247:13
257:3
**southern**
363:17
**so-called**
241:19
**space**
300:22
**Spanish**
278:15
**speak**
181:10 195:4
198:10
204:9
251:17,19
274:3 332:9
**Speaker**
200:13
204:10
209:5 214:7
214:9,11,14
214:18
226:10
230:1,7,17
231:3,8,12
251:7
330:13
**speaking**
216:6 228:21
330:13
**special**
216:13 222:2
222:2 230:6
319:9
332:20
**specialist**
187:2
**specific**
218:5,7,18
220:9,21
264:23
286:11
**specifically**
190:19
192:20
201:3 250:1
252:1

253:20
316:9,10
332:9,19
**specify**
284:22
**speech**
276:6
**speed**
287:18
296:24
**spell**
190:19
192:19
**spelled**
185:11
186:10
**spend**
191:7 202:5
203:8
205:10,18
244:17
296:22
304:24
**spending**
239:24
**spent**
185:21
188:25
202:2
203:10
205:14
206:3 278:5
280:3,8
281:24
283:4
295:25
296:1
323:15
331:2
345:12
**spillover**
211:14
**spirit**
183:16
**spoke**
271:9
**spots**
280:17

**spread**
345:14
**SSN**
291:12
**St**
205:16 283:3
**staff**
236:8,19
237:4
248:18
**staffing**
236:18
**stand**
184:9
**standard**
174:10 175:2
175:4,7,8
311:17
312:24
313:24
314:12,14
**standards**
174:5,24
302:5 316:6
336:12
**stands**
244:22
343:12,14
354:22
**star**
199:1
**start**
168:10,12,15
244:8
258:20,24
265:7 267:9
284:25
338:16
346:8,9
**started**
297:4 339:16
361:14
**startled**
277:20
**state**
163:16
173:12
176:4 178:9

180:2 188:6
188:22,25
190:25
194:12
199:10
202:24
203:22,25
204:12
205:7,17
206:3,8,22
207:25
208:3,5
210:19
215:16
217:3,22,24
218:4,5,18
218:24
220:10,20
221:9,12,16
221:22
222:18,24
225:16
227:23
229:5
231:24
232:14,20
234:10,23
235:1,7
236:19
237:3 238:5
238:5,25
239:23
240:12,15
240:18
241:3
243:21
244:15
245:3,6,16
246:24
247:24
248:22
249:16
250:6
256:17,22
257:16,22
257:25
261:15
266:8
267:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028571

268:20
274:6,13,13
277:3,8
278:18
281:10,13
281:24
282:21
283:18,20
283:22
285:5
294:24
296:6 297:2
301:8,22
302:25
304:4,13
307:7
308:17
309:6,9
313:19
317:25
318:1,2
319:12,13
320:2,11
321:4 329:5
333:11
336:19
337:8 338:3
339:9,10
345:7
352:16
353:12
364:4,11
366:2,4
**stated**
169:3 234:22
291:11,15
303:20
**statement**
170:10 300:7
305:24
**statements**
184:21
219:11
**states**
173:5 174:22
178:8
218:15
219:10,17

221:3,20
233:9,10
235:8 236:3
239:2,3
247:24,25
248:2,24,25
268:11,17
268:23,24
270:18
274:23
277:16,17
277:24
282:9 283:6
293:11,24
294:2
310:21
313:10
315:16,20
357:7
358:23
363:8,17
364:5
**statewide**
278:1,3
284:3,5
298:21
308:15
**state's**
202:17
203:12
235:15
249:24
268:21
278:1
286:15
290:18
336:7 337:2
**State-pre...**
288:5
**state-spe...**
238:18
**stating**
357:7
**Station**
206:18
**stations**
278:16
**statistic**

252:25
**status**
271:7
**statute**
234:24
288:24
**statutes**
348:7,8
**statutory**
224:7
**stave**
354:5
**stay**
172:13
201:13
303:12
364:24
**staying**
259:9
**steady**
353:21
**steal**
344:25
345:19,20
346:7
**step**
196:16
245:12
258:10
286:2
311:15
336:5
337:15
**steps**
234:23
**Steve**
259:17
**stewards**
173:23
**stirred**
362:23
**stolen**
352:3,4
**stop**
197:17
198:18
258:23

**stopped**
167:20
**stops**
204:21
**stories**
257:4,8
269:11
357:18,19
**strange**
275:15
321:11
**Strategy**
296:14
**stream**
317:25
**street**
183:19
262:16
263:5,5
360:19
366:10,18
**streets**
345:5
**strengthen**
198:21
257:18
**strengthe...**
258:10
**stretched**
237:13
250:14
**stretches**
242:22
**strict**
288:2
**Stricter**
178:20
**striking**
249:2
**strong**
196:15 199:2
256:22
257:17,21
258:21
259:3
**stronger**
227:15

**strongly**
198:16 354:8
365:8
**struck**
245:22
282:16
344:9
**struggle**
351:1
**student**
167:2 185:3
193:1,9,14
193:15
273:15,15
274:1,2
275:2,5,11
275:22
**students**
249:5 274:5
275:2 341:1
349:9
**studies**
218:16
221:14
238:17
268:11
269:18
**study**
236:2 252:14
253:18
351:11
**studying**
248:1
**sub**
180:5
**subject**
365:21
**subjective**
314:24
**submit**
173:13
263:24
344:1
**submitted**
250:3 251:24
349:4
366:16
**substantial**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

237:3
245:20
252:8,20
substanti...
234:5 237:11
302:4,8
325:22
349:3
substanti...
344:7
substitute
163:15
166:18
169:19
171:16
172:22
176:10,14
179:23
180:5 181:7
181:11
184:6
186:20,24
187:8
189:24
193:2
194:23
197:3 198:5
200:17
201:13,14
201:17,20
210:8
215:10
229:6
251:13,20
254:1
256:11
259:20,24
267:3
273:17
277:4 279:1
293:21
302:3
316:23
319:6
320:18,19
341:8 356:1
356:8
365:15

sudden
263:2
suddenly
312:24
sued
245:16
sufficient
184:20,23
186:4 189:3
191:23
234:23
suggest
209:18 342:7
348:24
354:21
suggested
253:17
265:12
suggestion
262:22
suggestions
194:7 308:25
Suite
367:8
Sumit
162:6 184:4
184:7,8
186:7,16
summarized
184:21
summer
295:9
Summit
186:9,11
Sun
270:12
supervising
216:3
supplement
236:16
supplemental
236:16
support
197:5 200:6
200:9 210:7
210:24
211:5,12

268:7
361:21
supporting
177:24
210:12
supports
198:17
suppress
227:21 272:7
suppressed
269:6 271:17
suppression
272:3,3
Supreme
217:16
219:13,15
219:17,22
221:25
222:21
223:6,13,21
237:8
245:24
248:7
274:11
357:16
358:4,8
sure
164:12
183:11
188:1 191:7
200:4 205:4
205:11
210:4 220:5
221:7
230:22
231:5
237:17
245:12
247:25
248:18
249:25
251:6
262:12
263:11
277:21
280:6 287:9
290:17,23
302:18

310:13
323:1 331:6
337:14
340:7
343:20
347:23
348:3
351:10
352:23
354:17,17
354:22
359:16,17
359:18,25
360:2
surprise
289:3,5
surprised
287:20
surprising
168:4 350:16
350:20
351:14
surveys
221:14
suspect
269:15 303:7
303:11
342:14
350:11
suspense
303:11
suspicion
364:21
swallow
270:22
swelled
362:24
swing
262:20
sworn
333:14
Sylvia
186:19
system
163:20
164:20
165:19
172:5 207:2

239:18
240:23,25
241:7,12,17
241:18
243:8
269:11
272:4 310:9
326:6 328:2
354:25
355:3
357:13,24
358:19
systems
164:18 189:2
310:14
348:1
S-U-M-I-T
186:7
S-U-M-M-I-T
186:10

T
table
254:14
take
164:19
173:25
177:17
197:6
203:18
206:16
222:2
224:24
225:18,21
226:6 240:3
241:3
244:24
245:20
258:9
263:17
264:2
285:12
287:21,24
288:1,4,6
288:10
298:21
305:20
308:5 310:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

321:19
326:6,25
332:24
334:19
357:21
365:10
**taken**
202:16
225:24
366:23
**takes**
228:16 237:7
287:8
**talk**
184:16 186:6
202:12
204:2 216:9
216:14
218:21
222:16
234:11,16
249:20
250:1
262:24,24
262:25
277:15
283:2
292:10
293:4
301:17
309:1
328:12
359:11
**talked**
192:3 225:17
226:18
248:17
251:7
292:10
295:16
300:10
310:19
**talkies**
361:14
**talking**
167:18 203:1
207:8
208:11

214:6,6
236:2
244:17,25
245:5 250:4
250:17
254:15,20
254:24
266:9
289:11
297:9 310:1
348:21
354:7
**talks**
190:9 316:3
**tangible**
354:1
**Tanner**
246:14
**target**
220:14,21
270:4 343:2
**targeted**
248:25
**Tarrant**
301:3 360:11
360:12
**task**
332:21
353:18
**tax**
220:1
**taxes**
205:9
**taxpayer**
345:12
**TDL**
290:22
291:11
299:5
308:12
**teacher**
267:14
**teachers**
205:3 244:19
**teaching**
185:3
**team**
166:25

**technical**
223:5
**technolog...**
208:25
**technology**
190:3,9
228:11
307:19,20
341:17
**telethons**
278:14
**television**
203:9 205:15
205:16
208:24
235:5
277:18
278:10,10
279:25
**tell**
167:23
183:17
185:19
204:3
269:11
276:6 278:4
284:6 293:9
294:23
295:16
307:5,10
315:4
332:24
335:2
**telling**
265:22
**temporarily**
245:24
**ten**
163:11
213:19
215:15
228:20
229:18,19
229:20
231:25
234:1
250:11
278:2 311:6

314:9,10
341:9,13
348:15
**tend**
178:3
**tendency**
170:11
**tends**
363:7
**tenure**
199:4
**term**
329:5 361:15
**terms**
342:16
**terrible**
171:4
**terribly**
363:11
**Terry**
251:22
**testified**
227:2 263:8
267:16
270:9
275:24
314:2
**testify**
163:14,22,24
164:8,11
166:18
167:22
169:18
171:15
172:22
173:2 176:9
176:13
179:22
180:4 184:5
186:20
187:7
194:23
197:2,6
198:19,19
200:16
232:4
251:13
253:25

256:11
259:20,24
267:2
269:14
273:16
276:2,3,9
341:7,19
346:16
356:1 365:7
**testifying**
167:20 181:6
190:25
193:1 215:9
228:18
229:5
256:20
276:1 277:4
316:22
323:13
350:18
**testimonies**
197:8
**testimony**
163:3 188:5
190:11
201:12
215:3,17
216:14
229:21
230:10
240:21,22
241:1,22
250:3,15
251:24
255:15
259:5
263:19
266:22
273:11,20
329:21
341:10
342:12,14
349:2,16
356:6
**tests**
363:19
**Texan**
233:1 234:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

419

| | | | | |
|---|---|---|---|---|
| **Texans** | 247:6,23 | 171:14 | 259:16 | 236:6 |
| 189:17 262:3 | 248:22 | 172:19,20 | 262:4 266:4 | 247:12 |
| 278:19 | 249:16 | 172:24 | 266:24 | 269:11 |
| **Texas** | 250:1 | 175:20,22 | 273:11,13 | 282:14 |
| 161:1 172:8 | 251:12,19 | 175:24 | 273:23,24 | 283:5 |
| 173:9 176:2 | 252:20,21 | 176:3,8,19 | 276:8,9,12 | 334:23 |
| 176:7,13,22 | 252:23 | 179:20,24 | 276:16 | 343:1 361:3 |
| 178:6,7,9 | 253:10 | 181:2,5 | 277:1 | **things** |
| 178:21 | 256:10,20 | 183:25 | 294:21 | 168:11,11 |
| 180:14 | 257:4,16,21 | 184:2,3 | 302:16 | 171:23 |
| 182:4,22 | 257:22,24 | 186:16,17 | 305:19 | 176:24 |
| 183:24 | 258:2,12 | 186:18 | 315:23 | 191:9 195:6 |
| 186:23 | 259:2,2 | 187:6,11 | 316:16 | 228:3 |
| 187:2,4 | 261:23 | 189:18,19 | 317:5,6,9 | 234:19 |
| 188:7 189:7 | 267:14 | 189:22 | 322:17,20 | 241:15 |
| 198:11,25 | 273:16 | 191:10 | 322:21 | 244:1,3,4,8 |
| 198:25 | 274:1,7,19 | 192:9,16 | 323:2,8,12 | 246:21 |
| 199:5,10 | 275:13 | 194:19 | 323:13 | 247:1 249:1 |
| 206:8 | 276:21 | 195:3 | 329:20 | 254:14 |
| 210:22 | 277:7 | 196:23,25 | 330:11 | 280:23 |
| 213:4 | 279:21 | 198:2,3,9 | 331:23 | 312:14 |
| 216:11,20 | 281:11,13 | 198:22 | 336:1 | 324:13 |
| 217:15,19 | 281:24 | 200:10,12 | 338:11 | 327:6 347:2 |
| 217:19 | 303:11 | 200:13,18 | 339:23 | 350:9 |
| 218:8,14 | 311:17 | 207:18 | 341:15,18 | 361:17,24 |
| 221:5 | 319:1 323:6 | 209:23,25 | 342:13 | 361:25 |
| 222:17,19 | 327:5 | 210:1,9,10 | 349:1,10 | 362:23 |
| 223:8,9,17 | 330:19 | 210:11 | 352:10,11 | 363:1,12,21 |
| 223:19 | 331:5,13 | 213:11,12 | 355:17,19 | 363:24 |
| 224:3,6 | 338:8 | 213:13,15 | 355:20,23 | 365:5 |
| 225:1,8 | 339:17 | 213:16 | 355:24 | **think** |
| 227:2 | 346:22 | 214:18,21 | 356:20 | 164:25 |
| 232:13,20 | 347:22 | 215:19 | 359:6 | 165:16 |
| 233:6,13,15 | 348:7,10 | 222:11 | 365:11,12 | 176:22 |
| 233:22,24 | 354:21 | 223:3,23 | 365:22 | 181:17 |
| 233:25 | 357:6,20 | 225:13 | **Thanks** | 194:3,5,6,9 |
| 234:1,7 | 366:2,4,6 | 228:12,13 | 165:21 232:4 | 194:11 |
| 235:17,19 | 366:11,19 | 228:15 | 276:25 | 196:14 |
| 235:23 | 367:6,8 | 229:2 232:3 | **themes** | 197:20,21 |
| 236:13 | **TFRW** | 240:2,4,5 | 361:16 | 202:1,2 |
| 237:6 | 258:4,8 | 250:19,22 | **thin** | 203:10 |
| 238:12 | **thank** | 250:24 | 237:13 | 204:17,17 |
| 239:23 | 165:22,25 | 251:3,10,16 | 250:14 | 205:9,14 |
| 240:23 | 166:15,15 | 253:21,22 | **thing** | 206:9,11,14 |
| 241:24 | 169:12,14 | 253:23 | 165:2,11 | 209:15,17 |
| 243:23 | 169:16 | 256:4,6,8 | 205:23 | 216:8,12 |
| 245:22 | 170:24 | 256:14 | 219:3 | 218:24 |
| 246:3,17,17 | 171:11,12 | 259:4,9,10 | 234:12 | 219:5,6,20 |
| | | 259:12,14 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001920

TX_00028575

| | | | | |
|---|---|---|---|---|
| 219:25 | 299:17 | 254:13 | 171:8 | **timing** |
| 220:7,11,15 | 300:6,19,25 | 263:14 | 173:15 | 214:21 |
| 220:18 | 301:3,4 | 265:17 | 174:4 | **tiny** |
| 222:5 | 306:4 307:7 | 279:4 | 175:17 | 344:8,8 |
| 224:15 | 307:18 | 300:23 | 177:22 | **tired** |
| 225:9,11 | 308:1,3 | 338:1 | 179:1 182:3 | 357:4 |
| 226:6 227:1 | 309:4,16,23 | 339:19 | 186:15 | **title** |
| 227:7,20 | 313:14 | 361:19,24 | 193:17 | 272:19,20 |
| 228:3 | 314:17 | 362:11 | 209:14 | **Toby** |
| 235:24 | 315:14 | 364:13 | 215:6,18 | 162:10 215:1 |
| 240:24 | 316:8 | **thoughtful** | 216:18 | 215:4,8,13 |
| 241:6,8,10 | 320:25 | 293:11 | 225:20 | 215:19,20 |
| 241:13,15 | 321:14 | **thousand** | 228:11 | 223:3 224:6 |
| 241:17 | 329:11,15 | 182:5 183:24 | 229:3 231:6 | 224:15 |
| 242:15,15 | 335:10 | 272:25 | 232:2 | 225:22 |
| 242:22,23 | 336:4 | 317:21 | 243:19 | 227:1 |
| 243:5,6,23 | 339:24 | **thousands** | 250:10 | 228:13 |
| 244:11,23 | 344:11 | 327:13 | 254:18 | 248:17 |
| 245:21 | 350:2,6,19 | **threaten** | 256:7 | **today** |
| 246:13,21 | 350:23,24 | 275:17 | 260:21 | 169:1,3 |
| 247:23 | 352:3,3 | **threatens** | 262:21 | 177:12 |
| 249:4,9 | 353:20 | 233:1 | 263:17 | 179:25 |
| 250:9 | 354:9,13,25 | **three** | 268:3 270:3 | 180:7,10 |
| 252:10 | 356:20 | 163:4,5 | 270:9 | 187:8 |
| 253:10 | 359:15 | 167:13 | 273:25 | 191:14 |
| 254:22 | 361:3,18 | 181:16,19 | 274:20 | 196:4 197:8 |
| 264:13 | 362:7,9,12 | 181:23 | 283:17 | 205:25 |
| 265:11 | 363:5 364:4 | 224:22 | 287:8,14,21 | 216:9 222:8 |
| 266:22,25 | 364:5,12,15 | 235:14,19 | 287:24 | 229:3 232:4 |
| 267:21 | 364:18 | 252:13,16 | 288:2 | 244:2 |
| 272:5,16 | 365:3 | 254:20 | 291:14 | 250:25 |
| 273:6 275:3 | **thinking** | 261:19,19 | 294:15 | 256:19 |
| 275:7,18 | 300:21 | 278:16 | 300:5 | 263:17 |
| 277:10 | 310:11 | 333:5,17 | 305:20 | 273:12 |
| 278:24 | **thinks** | **throw** | 310:23 | 292:19 |
| 280:21 | 218:8,9 | 209:18 | 323:15 | 297:8 |
| 282:15,16 | **third** | **thrown** | 340:21 | 306:21 |
| 283:16,16 | 220:23 | 242:19,25 | 346:16 | 311:17 |
| 284:25 | 333:13 | **ticket** | 349:1 355:7 | 313:15 |
| 285:3,11 | **Thornton** | 260:8 | 355:16 | 314:1 315:8 |
| 286:6 | 162:8 197:1 | **tight** | 359:3 365:9 | 315:21 |
| 287:24 | 197:4,5 | 207:8 | 365:10,14 | 323:13 |
| 288:1,2,18 | **thorough** | **time** | **times** | 329:21 |
| 288:20,25 | 217:1,4 | 164:2,3 | 186:8 225:23 | 341:18,19 |
| 291:6 | **thought** | 165:4,7 | 242:11 | 342:13 |
| 292:17 | 163:24 170:6 | 168:22 | 305:7 | 343:17 |
| 295:20 | 243:25 | 169:13 | 307:15 | 348:25 |
| 296:10,11 | 254:11,12 | 170:11 | 364:17 | 349:16 |
| 297:21 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001921

TX_00028576

350:18
352:21
355:16
357:18,22
**told**
182:21
257:11
270:7,20
328:20
**Tom**
210:6,7,14
210:22,25
212:12,25
213:8
**Tonja**
162:8 198:4
198:6,7
**tool**
307:5
**tools**
286:6
**top**
168:10,12,15
186:13
261:9,13
288:15
321:15
361:11
**topic**
349:5
**total**
180:16
221:10
295:21
297:18,21
299:13
**totally**
223:22
**totals**
299:9
**Tova**
162:10
228:17,24
229:5,9,12
229:15
230:11,14
230:22
231:5,11,14

231:16
232:3,5,18
240:7,17
241:6 242:2
243:6 245:9
248:11
249:23
250:24
251:2
252:10
**town**
164:4 195:13
247:10
**Townsend**
162:2 163:12
163:16,18
163:19
165:23
166:1,3,6
166:11
**track**
245:19
345:10,11
**traditional**
189:13 278:9
**tradition...**
221:3
**trail**
344:22
**trailer**
273:7
**train**
183:21
237:23
296:23
**trainers**
183:23
**training**
179:7 199:20
199:21
206:7 211:4
211:13,14
236:3,16,18
236:23
237:16
268:7 281:9
285:1,7,7
286:4,8,11

286:12,25
288:5,7,11
288:13,21
289:5
292:10
293:8,13,13
294:23
295:2,7
296:8
301:11,15
301:22,25
302:5
314:22
315:15
316:9,11
**trainings**
211:12
**transcribed**
161:15 366:9
366:13
**transcript**
366:16
**transfers**
320:11
**transit**
193:10,18,22
**transition**
228:17
**translator**
260:5
**transport...**
187:20 237:5
247:20
274:9
278:13
**travel**
189:8 194:22
257:25
**traveled**
278:17
**TRAVIS**
366:1
**Treasury**
285:6
**treated**
271:20
**trees**
272:23

357:21
**tremendously**
268:8
**trends**
269:10
**tribal**
246:12
**tried**
185:18
282:10
287:16
308:3
363:18
**trouble**
263:3
**troubling**
249:9
**true**
183:18
271:10
289:22
301:10
343:7
363:11
**truly**
261:25
**trust**
257:12,20
**truth**
173:11 244:3
**truthful**
180:20
**try**
165:8 195:11
198:8
214:17
220:21
241:4
283:22
293:10
304:18
310:13
315:17
357:3
**trying**
169:7 176:16
181:22
185:19

202:15
218:16
228:1
249:13
264:7,14
290:18,20
303:18
321:18
326:5
335:10
351:8 354:5
**turn**
177:8 188:2
214:4 231:3
277:12
330:8
**turned**
167:4 185:8
254:15
275:15
**turning**
177:10
**turnout**
178:7,8,9
227:21
228:1,2
249:5
257:14
261:8,12,16
269:3,15
**turnouts**
268:6
**turnover**
287:2
**turns**
351:25
**twice**
254:22
338:23
339:4
**twins**
275:22
**Twitter**
278:12
**two**
163:21 164:8
168:3,17
172:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001922

TX_00028577

181:25
183:9
185:12
189:3 202:7
206:15
208:14
211:10
214:13,16
227:4 237:7
248:24
251:25
254:19
260:4,4
261:9,13
275:21,21
276:4 283:3
284:21
286:16
288:14
291:9 293:5
294:4,14
297:11,12
303:12
304:20
308:2 311:6
314:1
333:13
335:5 342:5
349:4
**two-point**
280:3
**two-way**
262:16 263:5
**two-year**
281:6
**type**
250:16 271:5
293:18
352:17
354:23
**types**
239:17 270:6
272:12
324:3,13
343:19
**typically**
301:9 311:1
**T.V**

203:3 235:14
278:16
280:13
283:8
334:16

**U**

**UFO**
345:23
**Uh-huh**
166:21 206:5
266:10
282:18
288:22
290:15
308:18
312:22
314:3 319:4
327:3
328:18
333:1
338:10
**Uh-oh**
229:22
**ultimately**
267:25
314:23
**un**
358:13
**unable**
175:10
187:16,17
251:23
310:24
321:8,18
340:20
**unbearable**
174:15
**unchallenged**
234:25
**uncomfort...**
321:18
**unconstit...**
240:1
**underesti...**
234:14
**underfunded**
317:15

**underlying**
320:22
**understand**
168:23
170:15
171:3
178:16
197:14
199:23
207:5
212:18
221:4
227:16
242:10
246:3
248:12
258:8
262:19
264:11
291:25
298:18
303:18
342:8,12
366:14
**understan...**
182:16
**understan...**
205:12
207:12
227:15
232:14
274:11
276:20,25
328:24
332:16
**understands**
205:5 218:8
**undertakes**
234:23
**undiscipl...**
183:14
**undocumented**
242:11
**undocumen...**
242:20
**undue**
174:17
**unexpected**

245:2
**unfamiliar**
163:7
**unfortuna...**
230:13
**unfunded**
249:11,11,20
**unhyphenated**
195:24
**UNIDENTIFIED**
169:20,22
170:1,14,19
170:23
175:24
176:15
200:13
208:6 209:5
213:23
214:7,9,11
214:14,18
214:23
226:10
230:1,7,17
230:25
231:3,8,12
251:4,7
272:22
273:2
276:13,16
276:24
282:7,13,18
283:1,15
284:19
285:8,16,22
285:25
286:19,22
287:10,13
288:9,17,22
289:2,8,24
290:9,24
291:17,20
292:1 293:4
294:3,6,10
305:12
329:23
330:4,11,13
330:21
331:3,6,12

331:16,23
336:3,11,16
336:20,23
337:5,9,13
338:12,17
338:20
339:8,18
351:15,17
355:9 356:3
356:15
361:4
**uninterru...**
229:20 232:1
**union**
248:2 339:10
**unique**
210:13,23
290:21
**United**
173:5 219:17
293:24
294:1 363:8
364:4
**units**
189:8
**universally**
174:10
**universal...**
175:3
**universe**
297:12,17
298:17
305:25
308:9,20
320:14
325:16
**universes**
297:12
299:14
**university**
215:25 246:2
267:14
273:16
274:1
339:25
**unjust**
175:1
**unknown**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

233:16
unprecede...
223:17
unprotected
358:17
unreasonable
358:22
unrelated
254:21
unstructured
183:13
untrue
188:8
unworthy
174:20
unwritten
363:18
update
286:16
  288:13,13
  295:4
Updating
236:25
upgrades
278:6
upheld
219:13,15
  222:20
  223:13,21
  234:15
  235:6
  245:24
  248:4
  357:15
  358:4,23
upholding
217:16
upset
195:13
  212:16
up-to-date
348:8
urge
174:2 175:7
use
181:21
  190:22

193:14
260:8,15
274:8,22
275:2
276:22
283:17
286:7,9
288:15,15
289:16
291:22
304:18
306:13
309:16,23
310:3,4,15
311:23
312:2
319:25
326:17
327:5 328:3
330:8
users
193:18
uses
292:2
usual
358:13
usually
258:3 286:16
  295:4
utility
182:8
utilizer
193:10
U.S
173:7 185:2
  328:15
  358:3
U.T
192:25 193:9
  276:18

—————— V ——————

Val
261:11
valid
182:11
  261:22
validated

343:7
validity
237:24
Valley
171:21
  172:12
  195:2
  278:15
valuable
216:8
value
207:1 258:8
  272:6 351:3
varies
218:11
variety
237:14 265:9
  286:6
various
181:20
  194:14
  332:8 365:6
Veasey
165:14
  200:23,25
  201:9,15,22
  202:1,14,19
  203:6,23
  204:11,16
  204:23
  206:1,5,10
  206:13,21
  207:4
  213:24
  214:3
  222:13,13
  222:15
  223:25
  224:11
  225:14,15
  226:8,11
  231:22
  240:11
  243:14,15
  246:25
  249:10
  250:19
  262:8,10,11

264:6,12
265:3,6,16
265:23
277:10,11
279:6,9,12
279:15,19
280:5,10,14
280:16,25
281:6 332:1
332:2,11,14
333:1
352:13,15
356:11,12
356:13,14
356:19,24
359:7,8,12
359:14
361:5
365:13
Vegas
334:17
vehicle
221:14
Vehicles
237:5
Vera
162:5 181:6
  181:8,8
Verde
261:11
verify
172:6 180:23
  188:12
  190:23
  359:1
verifying
180:24
Verona
162:8 197:1
Veronica
197:4,4
version
191:14,15,17
  191:20
  201:7
  208:20
  234:18
  267:20

302:2
versus
195:16,16
  199:12
  217:20
  221:25
  234:7
veteran
188:14
veterans
188:7 294:2
vets
181:10
Vice
176:21 184:9
  222:13
  243:14
  352:12
  353:16
  365:12
victim
197:16
  344:20
Victoria
180:15
video
231:10
  286:15
  288:13,19
  293:14
  295:2 361:6
Vietnam
181:10
view
196:11 197:9
  235:9
  284:23
  329:13
  342:20
viewed
363:2
viewing
363:9
views
353:9
violation
336:12 337:3
violence



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028579

242:22
**Virginia**
162:2 163:12
 163:18,19
 166:3,6,11
 274:18,21
 274:22
**visit**
187:24
 258:18
**visiting**
257:25 258:1
**visual**
231:19
 314:12
**vivid**
353:8
**vocal**
258:3
**voice**
222:2
**voices**
249:8
**Volume**
161:7 163:1
**volunteer**
260:4 268:4
**volunteered**
181:12
 195:20
 196:22
**volunteers**
287:3
**vote**
164:7,16
 165:3,21
 172:16
 173:14,15
 174:4,11,13
 175:12
 178:13
 182:14,20
 182:21
 183:10,12
 183:12,18
 186:3 187:4
 187:25
 189:2

190:12
191:4
195:12,19
196:1,2,2,6
211:23
220:3
226:21
239:8
254:12
255:14
257:11,12
260:18
261:22,24
271:6,17,17
271:18,20
271:21
272:4,7
273:5,8
274:12,14
274:21,23
275:3,14,18
276:19
277:23
284:16
290:2,8
292:17,19
295:17
296:16,22
303:13
304:6
307:12
313:8
318:23
319:14,21
324:10,14
325:1
327:18
328:16,17
328:21
330:1,8
332:6
338:22
339:13
342:24
347:1
348:15
350:17
354:12
357:24

358:7 359:2
359:4,18
360:24
363:19
**voted**
167:25
 182:12,13
 196:8 208:1
 254:22
 260:11,21
 260:23
 270:19
 312:20
 339:3
**voter**
161:3,4
 164:11
 167:16
 168:16,19
 168:24
 169:15
 171:20
 172:1,16,19
 173:2
 176:24
 178:6,7,8
 178:14
 180:21
 181:11,14
 181:19,19
 181:22,24
 182:10,11
 182:23
 183:14
 184:13
 186:2
 188:19
 189:17
 191:19
 193:16
 195:8 196:6
 199:6,12,15
 199:17
 211:13,13
 211:18,20
 211:25,25
 212:4,6,17
 213:2,2,5,9

216:10,19
217:8,11,12
217:16,19
219:2,7,9
219:10,12
221:15,21
224:23
226:3,19,23
227:19,20
228:2,4
232:9,12,19
232:25
233:5
234:11
235:7,17,22
237:10,20
238:4,19,20
238:22,23
238:24
239:3,13,14
239:19
241:18
242:12,13
243:12
249:3 251:9
252:2,2,4,4
252:12
255:23
257:8,14,17
258:6,23
260:8,13,18
260:24
261:2,23
263:1
264:23
265:18,25
269:15,22
270:11
272:2,3
277:25
278:2,3,22
278:24
279:4 281:7
281:9 282:6
283:19,24
284:4,5,8
284:10,13
284:18
285:1,6

289:12,23
292:16,18
292:23,25
293:22,25
295:7
298:25
300:16,17
300:18
302:13
303:1,3,14
304:10,16
304:16
306:6 307:5
307:17
308:16
309:15,17
309:24
310:4,17
311:16,20
311:22
312:10,11
313:1,2
318:14
319:9 321:9
323:16
324:3,20,23
325:2,5,16
325:18
327:16
328:1,7
332:15,20
332:22
333:4 334:5
334:6,23
335:1,11
338:2,14
344:2 345:9
347:15
348:4
352:24
357:8,9,15
357:20
358:5,22
359:1,19,24
360:6,14
361:21,23
361:23
362:1,4,10
362:13,14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028580

362:13,14
362:22
363:1,15
365:1,20,20
366:8,8
**voters**
174:12
176:13,22
177:25
178:10,11
180:12,19
180:23
181:15
183:8,10
189:1,4,16
191:9
196:12
207:25
213:8
216:16
218:1
220:13
233:1,22,24
234:24
235:13,16
235:18
237:21
241:7 243:7
245:25
247:7 252:7
253:1,8,13
258:22
261:1,8,11
261:15,16
262:1
263:20
264:1
267:18
268:16,18
269:16
270:18
284:15
290:17
291:15,22
292:2,21,23
297:13,22
297:25
298:4,9,21

299:7,14
303:5,7,8
306:1,4,11
306:12,16
319:3
320:10
342:10
343:24
347:9,23,25
350:22
358:7,9,15
364:23
**voter's**
266:20
307:13
**votes**
175:9 196:12
243:20
253:7,9
258:25
261:4,9,12
261:17,18
261:19,22
262:14
313:8
343:24
345:19
346:7
352:24,25
354:18
**VoteTX.org**
278:8
**vote-saving**
310:19,24
313:6
**voting**
164:4,22
171:6 178:2
180:17
183:7 187:1
189:1 194:9
196:13,16
199:3 200:1
216:4,6,21
219:23
220:6 222:5
225:2
227:25

232:9,12
237:19
241:23
245:10
246:15
254:7,8,17
254:19
255:3,4,7
257:2,4
261:2 270:4
271:15
304:8 310:9
310:9
319:22
320:12
324:9,9,9
324:11
325:3 326:6
326:25
328:8
329:16
334:8
337:20
339:4
342:18
357:13
358:13
359:23,24
363:14
364:21,22
**vulnerable**
220:15
246:18,23

---
**W**

**W**
366:10,18
**Waco**
206:17
**wait**
209:23
**waited**
346:17
**waiting**
302:20
**walk**
199:6,11
**walker**

167:4
**walking**
199:14
**Wal-Mart**
197:24
**Wang**
162:10
228:17,23
228:24
229:2,5,9
229:12,15
230:11,14
230:22
231:5,11,14
231:16,23
232:3,5,18
240:5,5,7
240:17
241:6 242:2
243:6 245:9
248:11
249:23
250:22,24
251:2
252:11
310:18
**want**
167:8,8
169:15
171:10
172:18
177:14
188:4 195:7
196:11
198:17
199:1,2,18
199:25
200:3,6,25
201:11
237:17
239:23
242:25
244:10
247:24
248:2
257:20
259:8 265:6
299:20,20

307:19
317:16
322:8
343:18
344:24
350:3
354:19
355:1
356:22,25
357:21
359:16,17
359:18,21
359:22,25
360:2 362:9
363:7,22,23
364:24
**wanted**
164:8 170:12
192:15
197:5 201:3
202:19
205:24
222:16
226:14
244:12
247:21
275:19
276:8 281:4
309:9
321:20
337:14
352:15
359:14
**wanting**
326:7
**wants**
164:15
**warning**
196:22
**wary**
220:1
**Washington**
173:6 215:21
217:22
218:6
240:18
**wasn't**
165:15 168:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028581

```
266:15              178:17              293:10,12           241:21              Wilson
290:11              188:12              305:2               263:10               363:3  366:9
299:23,24           203:2  221:6        340:23              278:20               366:17
332:8               269:24              356:9               285:15              win
337:14              286:18              we're               289:9               213:3,6
364:5               294:4  333:5        163:2,6             290:15               217:17
watch               342:9  346:8        164:14,23           291:9  295:3         257:13,13
164:4  264:25       349:25              165:5               295:16,20           winner
watched             weaken              171:10              299:15               261:17,25,25
254:7  255:11       243:12              176:15              300:9               Wisconsin
watcher             weakens             185:24              301:18               192:5  236:19
163:14  165:6       227:18              190:24              307:15               236:24
260:9,10,11         weave               191:20              308:3,25             250:4,15
watchers            284:4               201:12              309:3,4              281:11
163:20  165:6       website             205:2,4,4,6         310:12               282:23
183:2,21            236:25  278:7       205:10,18           339:1,2             wisdom
258:6  260:5        278:7               205:21,22           343:11               351:11  352:7
watching            Wedgewood           207:8               349:15              wise
254:8  288:19       247:11              211:11              350:17               224:14
way                 weeks               213:18              357:18              wishing
171:3  186:10       173:8  180:16       215:6  230:9        whatsoever           355:25
193:11,12           weigh               244:15,17           363:13              withdraws
203:16,25           272:11              244:25              White                365:14
207:15              353:24              253:12              361:13  363:2        witness
220:19              weighing            255:25              363:9                162:1  163:4
221:12              355:21              256:7               Whitlock             192:13
244:22              weight              262:15              162:3  169:18        193:4
247:9               173:24              266:7  270:7        170:25               200:21
256:25              weights             270:20,23           171:1,1              255:19
257:13,19           175:1               273:21              whoa                 271:16
258:19              welcome             284:2,7             165:15               316:19
260:19              251:9  302:21       290:16              whoever's            322:24
262:21              317:8               293:7  297:9        344:20              witnesses
263:10,14           went                297:11              wide                 163:6,11
265:14,21           165:15  182:4       310:13              183:6                176:16
265:22              182:11              326:5               wild                 180:10
266:2               212:10              327:24,25           363:14,22            245:6
272:10              225:19              333:3,3,19          364:14               262:18
287:5               230:1,5             339:24              Williamson           340:2
310:22              266:1               340:2,2,14          162:4  172:21        344:19
330:2  333:9        328:14              340:14              172:24              woes
336:6               we'll               345:3  365:3        175:16,18            208:13
348:14              163:10              we've               175:22              woman
353:22              190:11              168:17,18           176:1,6,7            174:7  182:20
361:19              201:19,19           171:5  192:4        willing              196:20
363:25              209:23              205:19              167:23               197:8
ways                214:13              211:8               245:15               328:14
164:18              231:25              240:21              335:7                360:23
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028582

women
176:12,21
  177:5,19
  178:4,10
  198:4,12,16
  256:10,21
  257:25
Women's
  258:13
wonderful
  191:2 214:16
wondering
  166:5 222:23
Woodrow
  363:3
Woods
  162:13
  273:14,19
  273:23,25
  276:20
  277:1
word
  185:11
  203:18
  231:20
  326:6
  334:19
  345:14
words
  185:12
work
  164:20
  167:12,12
  167:13
  168:15
  181:14
  187:16
  196:22
  204:6 207:7
  208:3 211:3
  211:7
  213:19
  215:21
  256:15
  293:10
  301:9,10
  308:10
  342:1 343:5

343:17
worked
171:22
  183:17
  197:13
  215:23
  258:5 338:7
  338:7
worker
237:16
  270:13
  275:16,17
  281:8 285:7
  286:3,8,25
  288:21
  314:24
  316:5,13
workers
183:21
  237:23
  252:7 253:1
  257:5 268:2
  268:2,15
  270:10,16
  286:7,13
  287:1,7,14
  287:19
  289:4
  292:11,13
  293:14
  339:12
  347:4
working
168:11
  176:24
  182:3
  228:10
  230:15
  232:8
  250:23
  259:2 260:3
  271:1
  297:11
works
170:2 199:5
  269:12
world
165:2 236:4

worried
201:23
  204:13
worry
177:25
worth
202:8 207:3
  219:6 247:6
  247:10
  271:13
  279:23
  283:9
wouldn't
195:14
  247:23,23
  248:2
  275:14
  299:24
  300:22
  308:22
  317:24
  350:13,16
write
190:1
writing
363:4,6,10
written
227:10
  251:24
  288:25
  293:23
  294:1
wrong
238:7 246:4
wrote
195:8

_____

Y

yeah
200:25 201:2
  201:22
  202:14
  203:6,23
  204:11
  214:6
  226:11
  230:14,25
  240:10

243:15
  248:11
  249:23
  271:25
  272:24
  277:21
  279:19
  280:12,14
  283:14
  294:10,11
  306:23,23
  312:16,17
  313:20
  318:15
  336:16,20
  337:17
  356:5,5,24
  359:10,13
  361:4
year
171:22 172:5
  177:10
  195:20
  226:13
  233:18,18
  233:19,20
  234:2
  268:13
  284:21
  285:4
  295:12
  327:14
  345:23
years
163:21 164:8
  165:7 168:3
  168:17
  169:3
  172:14,25
  176:23
  186:8
  211:10
  219:7
  235:14,19
  250:11
  252:13,16
  254:4 257:3
  284:21

286:16
  292:25
  299:1 311:6
  314:1,9,10
  331:2,4
  341:23
  342:5
  348:15
  349:5 353:6
  361:8,9,12
  364:19
year's
283:10,11
yesterday
258:15
yield
348:17
young
172:4 238:13

_____

Z

zero
362:18,18

_____

$

$1.6
202:2 281:19
$10
205:15
  209:17
$10,000
311:10,11
  348:15
$110,000
236:10
$13
234:1
$138,000
236:24
$150,000
203:5
$2
188:19 207:3
  207:16
  235:22
  252:6 279:2
  282:1
  296:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028583

| | | | | |
|---|---|---|---|---|
| 321:2,3 | **1** | 367:1 | **16.9** | **2** |
| **$2.5** | **1** | **12.6** | 252:12 | 201:8 208:18 |
| 278:6 | 161:5 163:1 | 306:22,22 | **162** | 260:1 282:5 |
| **$200** | 168:13 | **12/31/12** | 258:1 | **2nd** |
| 295:22 | 290:2 | 367:6 | **163** | 260:1 |
| **$227** | 291:12,13 | **13** | 162:2 | **2.1** |
| 295:23 | 291:13 | 173:20 | **166** | 299:6 |
| **$24,000** | 296:10 | 233:24 | 162:2 | **2.3** |
| 190:10,12,15 | 366:8 | 235:18 | **171** | 281:14 298:1 |
| 201:8 | **1D** | 306:19,21 | 162:3,3 | **2.5** |
| 208:25 | 198:13 | 319:3 | **172** | 278:4 284:12 |
| **$3.5** | **1st** | **13.072** | 162:4 | **2.8** |
| 188:25 | 177:9 297:13 | 348:6 | **176** | 207:25 |
| 233:20 | 297:20 | **14** | 162:4 | 289:21 |
| **$300,000** | 298:17 | 163:15 | **179** | 297:10 |
| 203:4,4 | **1,692** | 166:18 | 162:5 | **20** |
| 283:9 | 261:18 | 176:10,14 | **18** | 172:14 |
| **$37** | **1-point** | 179:23 | 180:17 273:4 | 252:16 |
| 296:12 | 203:10 | 180:5 181:7 | **181** | 257:3 |
| **$47** | **1.3** | 184:6 | 162:5 | 304:23 |
| 296:3 | 281:24 298:9 | 186:21,24 | **184** | 361:12 |
| **$50** | **1.4** | 193:2 | 162:6 | **20th** |
| 271:14 | 320:2 | 194:24 | **186** | 279:22 |
| **$500,000** | **1.5** | 197:3 198:5 | 162:6 | **200** |
| 208:21 | 208:23 | 200:17 | **19** | 162:9 |
| **$55** | **1.6** | 201:13 | 318:25 | **2000** |
| 235:19 | 203:10 | 210:8 | **1915** | 215:22 |
| **$576,800** | **1.8** | 215:10 | 361:8 362:15 | 297:19 |
| 236:12 | 280:3 | 229:6 | 362:17 | 367:8 |
| **$600,000** | **10** | 251:14,21 | **193** | **2002** |
| 291:1 | 206:14 | 254:1 | 162:7 | 189:3 268:13 |
| **$7** | **10,995** | 256:12 | **194** | 277:24 |
| 285:5 | 258:2 | 259:21 | 162:7 | 323:18,19 |
| **$700,000** | **10-year** | 267:3 | **1960s** | 325:4 326:3 |
| 236:7 | 314:5 | 273:18 | 185:14 | 335:3 |
| **$750,000** | **100** | 277:5 302:2 | **1967** | **2005** |
| 203:3 280:1 | 361:8 364:19 | 302:11 | 185:2 | 216:15 |
| **$773,000** | 367:8 | 316:23 | **197** | 227:23,24 |
| 206:6 | **11** | 341:8 356:2 | 162:8 | 321:11 |
| **$842,000** | 206:14 | 356:8 | **1975** | **2006** |
| 206:3 | **11,2011** | 365:15,16 | 197:12 | 215:22,24 |
| **$9.5** | 161:15 | **14th** | **198** | 234:17 |
| 281:7 | **12** | 366:10,18 | 162:8 | 266:16 |
| | 299:15 | **15** | **1990** | 278:2 281:8 |
| **0** | 306:19 | 176:17 | 307:20 | 282:17 |
| **0.5** | 339:16 | 184:12 | | 290:2,5 |
| 364:10 | **12th** | **15,000** | **2** | 291:13,13 |
| | | 278:19 | | 291:18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00028584

297:13,20
298:23
299:23
303:21,23
304:6
323:15
**2007**
274:18
**2008**
211:14 249:2
253:4
268:17
**2009**
198:15 236:8
267:16
278:23
**2010**
171:22 178:9
180:13
212:8
235:11
260:1 278:5
280:3
281:20
297:14,20
317:19
**2010-11**
348:8
**2011**
161:5 258:12
317:19
366:9
**2012**
177:9 201:8
212:23
284:11,12
285:4,18
293:1
306:11
317:22
366:17
367:2
**2013**
317:21,22
**209**
366:10,18
**21**
317:12,14,22

**210**
162:9
**215**
162:10
**22**
233:23
**228**
162:10
**23**
278:18
339:17
**24**
339:20
**25**
172:14
185:22
232:15
252:25
331:4
339:18
**251**
162:11
**253**
162:11
**256**
162:12
**259**
162:12
**26**
261:12
**267**
162:13
**27,801**
261:11
**271**
261:12
**273**
162:13
**277**
162:14
**283**
367:7
**289**
326:3 335:3
**294,000**
298:6

| 3 |
|---|

**3**
190:8 357:6
**3rd**
258:12
**3.9**
298:16
**30**
165:6 246:10
254:3
279:24
319:24
320:3,5,14
**30th**
303:16
**30-minute**
286:15 295:2
**30-some**
166:12
**300**
211:20
**31st**
297:14,20
298:17
**316**
162:14
**32**
255:7
**32,000**
253:6,7,7
**323**
162:15
**328-5557**
367:9
**33**
168:6
**330036RH**
367:11
**34**
261:16
**34,000**
298:15
303:21
**34,506**
291:14
**340**
162:15

**366**
162:17
**38**
331:2

| 4 |
|---|

**4**
169:19
171:16
172:23
235:16
291:15
297:23
**4.2**
320:7
**4.5**
233:22
**4.6**
281:15 299:8
**4:00**
182:24
**40-plus**
186:8
**40-year**
185:22
**400,000**
362:24
**4136**
367:6
**42**
261:8 279:24
**42,000**
253:5
**43**
296:13
**46**
279:24
**47,689,052**
317:22
**47,890,758**
317:20
**475-4163**
366:11,19

| 5 |
|---|

**5**
216:10,21

**217:7**
219:13,23
**222:**3,18,24
279:23
342:18
350:25
**5,552**
180:14
**5,562**
180:17
**5.2**
297:10 299:5
**5.6**
281:12,17
**50th**
178:8
**512**
366:11,19
367:9
**55**
252:23

| 6 |
|---|

**6**
233:21
**6.4**
281:23
**6.9**
235:13
**60**
317:21 353:6
**60s**
185:25
**600**
290:25
**600,000**
289:12 291:3
303:24
**600,000-p...**
305:25
**609,000**
263:20
**62**
169:7,8
**622**
261:18
**63**



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

169:8
**63.010**
316:3
**65**
185:8 186:12
**655,000**
299:16
**656,690**
317:21
**690,000**
266:15 297:8
299:12,17
300:2
**698,087**
299:12

---

**7**

**7**
279:23
**70**
169:3,9,24
170:4,7,9
177:5,8,10
247:4
292:25
306:11,11
307:1
346:19
**72**
339:16
**75**
252:22,24
**78701**
366:11,19
367:8

---

**8**

**8**
298:16
**8th**
366:10,18
**80**
170:9 171:6
296:1
**80s**
295:3 307:20
**82nd**

161:2 357:5
366:7
**85**
361:22,23
**86**
261:9
**890**
258:15

---

**9**

**9,332**
261:7
**90**
170:9 320:6
350:20
**90-plus**
176:23
**905,859**
261:15
**95**
350:21
**99.82**
180:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028586

**The House Committee on Voter Identification & Voter Fraud, Select**
82nd Legislature
March 7, 2011
During reading and referral of bills
3W.9

Pursuant to an announcement from the house floor and permission to meet during the reading and referral of bills on March 7, 2011, the House Committee on Voter Identification & Voter Fraud, Select met in a formal meeting and was called to order by the chair, Representative Bonnen, at 2:10 p.m.

The initial quorum call was answered as follows: Representatives Bonnen; Veasey; Aliseda; Harless; Hilderbran; Hochberg; and Taylor, Larry.

A quorum was present.

TX_00003089

**House Committee on Voter Identification & Voter Fraud, Select**
3/7/2011

## <u>SB 14</u>

The chair laid out SB 14.

Representative Harless offered a complete committee substitute.

The chair recognized Representative Harless to explain CSSB 14.

The committee substitute was adopted without objection.

Representative Hilderbran moved that SB 14, as substituted, be reported favorably to the full house with the recommendation that it do pass and be printed.  The motion prevailed by the following record vote:

Ayes:                          Representatives Bonnen; Aliseda; Harless; Hilderbran; Taylor, Larry (5).

Nays:                         Representatives Veasey; Hochberg (2).

Present, Not Voting:   None (0).

Absent:                      Representatives Gutierrez; Pena (2).

At 2:15 p.m., on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Bonnen, Chair


_____
Steven Schar, Clerk

TX_00003090
JA_001933

TX_00003090

## HOUSE OF REPRESENTATIVES

## NOTICE OF FORMAL MEETING

COMMITTEE:      Voter Identification & Voter Fraud, Select

TIME & DATE:    During reading and referral of bills
                Monday, March 07, 2011

PLACE:          3W.9

CHAIR:          Rep. Dennis Bonnen

---

The committee will met to consider pending business.


Notice of this meeting was announced from the house floor.

---

1

TX_00003091

**The House Committee on Voter Identification & Voter Fraud, Select**
82nd Legislature
March 15, 2011
1:45 p.m.
E1.014

Pursuant to a notice posted on March 15, 2011, the House Committee on Voter Identification & Voter Fraud, Select met in a formal meeting and was called to order by the chair, Representative Bonnen, at 1:45 p.m.

The initial quorum call was answered as follows: Representatives Bonnen; Veasey; Aliseda; Harless; Hilderbran; Hochberg; and Pena.

A quorum was present.

**House Committee on Voter Identification & Voter Fraud, Select**
3/15/2011

Representative Hilderbran moved that the March 1, 2011 minutes for the House Committee on Voter Identification & Voter Fraud, Select be corrected. The corrected minutes were authorized without objection.

At 1:52 p.m., on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____

Rep. Bonnen, Chair


_____

Steven Schar, Clerk

2

## HOUSE OF REPRESENTATIVES
## NOTICE OF FORMAL MEETING

COMMITTEE:     Voter Identification & Voter Fraud, Select

TIME & DATE:   1:45 PM, Tuesday, March 15, 2011

PLACE:         E1.014

CHAIR:         Rep. Dennis Bonnen

---

The committee will meet to take up pending business.

---

1

82R11733 JRJ-D

By: Fraser, Birdwell, Carona, Deuell, Duncan,et al.          S.B. No. 14

    et al.

(Harless, Taylor of Galveston, Pena, Truitt,

A BILL TO BE ENTITLED
AN ACT

relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.
    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
    SECTION 1.  Section 13.002, Election Code, is amended by
adding Subsection (i) to read as follows:
    (i)  An applicant who wishes to receive an exemption from the
requirements of Section 63.001(b) on the basis of disability must
include with the person's application:
        (1)  written documentation:
            (A)  from the United States Social Security
Administration evidencing the applicant has been determined to have
a disability; or
            (B)  from the United States Department of Veterans
Affairs evidencing the applicant has a disability rating of at
least 50 percent; and
        (2)  a statement in a form prescribed by the secretary
of state that the applicant does not have a form of identification
acceptable under Section 63.0101.
    SECTION 2.  Section 15.001, Election Code, is amended by
adding Subsection (c) to read as follows:
    (c)  A certificate issued to a voter who meets the
certification requirements of Section 13.002(i) must contain an
indication that the voter is exempt from the requirement to present
identification other than the registration certificate before
being accepted for voting.
    SECTION 3.  Effective September 1, 2011, Subchapter A,
Chapter 15, Election Code, is amended by adding Section 15.005 to
read as follows:
    Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.
(a)  The voter registrar of each county shall provide notice of the
identification requirements for voting prescribed by Chapter 63 and
a detailed description of those requirements with each voter
registration certificate issued under Section 13.142 or renewal
registration certificate issued under Section 14.001.
    (b)  The secretary of state shall prescribe the wording of
the notice to be included on the certificate under this section.
    SECTION 4.  Section 15.022(a), Election Code, is amended to
read as follows:
    (a)  The registrar shall make the appropriate corrections in
the registration records, including, if necessary, deleting a
voter's name from the suspense list:
        (1)  after receipt of a notice of a change in
registration information under Section 15.021;
        (2)  after receipt of a voter's reply to a notice of
investigation given under Section 16.033;
        (3)  after receipt of a registration omissions list and

any affidavits executed under Section 63.006 [63.007], following an
election;

(4)  after receipt of a voter's statement of residence
executed under Section 63.0011;

(5)  before the effective date of the abolishment of a
county election precinct or a change in its boundary;

(6)  after receipt of United States Postal Service
information indicating an address reclassification;

(7)  after receipt of a voter's response under Section
15.053; or

(8)  after receipt of a registration application or
change of address under Chapter 20.

SECTION 5.  Effective September 1, 2011, Subchapter A,
Chapter 31, Election Code, is amended by adding Section 31.012 to
read as follows:

Sec. 31.012.  VOTER IDENTIFICATION EDUCATION. (a)  The
secretary of state and the voter registrar of each county that
maintains a website shall provide notice of the identification
requirements for voting prescribed by Chapter 63 on each entity's
respective website in each language in which voter registration
materials are available. The secretary of state shall prescribe
the wording of the notice to be included on the websites.

(b)  The secretary of state shall conduct a statewide effort
to educate voters regarding the identification requirements for
voting prescribed by Chapter 63.

(c)  The county clerk of each county shall post in a
prominent location at the clerk's office a physical copy of the
notice prescribed under Subsection (a) in each language in which
voter registration materials are available.

SECTION 6.  Effective September 1, 2011, Section 32.111,
Election Code, is amended by adding Subsection (c) to read as
follows:

(c)  The training standards adopted under Subsection (a)
must include provisions on the acceptance and handling of the
identification presented by a voter to an election officer under
Section 63.001.

SECTION 7.  Effective September 1, 2011, Section 32.114(a),
Election Code, is amended to read as follows:

(a)  The county clerk shall provide one or more sessions of
training using the standardized training program and materials
developed and provided by the secretary of state under Section
32.111 for the election judges and clerks appointed to serve in
elections ordered by the governor or a county authority.  Each
election judge shall complete the training program.  Each election
clerk shall complete the part of the training program relating to
the acceptance and handling of the identification presented by a
voter to an election officer under Section 63.001.

SECTION 8.  Chapter 62, Election Code, is amended by adding
Section 62.016 to read as follows:

Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
POLLING PLACES. The presiding judge shall post in a prominent place
on the outside of each polling location a list of the acceptable
forms of identification.  The list must be printed using a font that
is at least 24-point.  The notice required under this section must
be posted separately from any other notice required by state or
federal law.

SECTION 9.  Section 63.001, Election Code, is amended by

amending Subsections (b), (c), (d), and (f) and adding Subsections (g) and (h) to read as follows:

(b)  Except as provided by Subsection (h), on [On] offering to vote, a voter must present to an election officer at the polling place one form of identification described by Section 63.0101 [the voter's voter registration certificate to an election officer at the polling place].

(c)  On presentation of the documentation required under Subsection (b) [a registration certificate], an election officer shall determine whether the voter's name on the documentation [registration certificate] is on the list of registered voters for the precinct.  If in making a determination under this subsection the election officer determines that the voter's name on the documentation is substantially similar to but does not match exactly with the name on the list, the voter shall be accepted for voting under Subsection (d) if the voter submits an affidavit stating that the voter is the person on the list of registered voters.

(d)  If, as determined under Subsection (c), the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b), the voter shall be accepted for voting.

(f)  After determining whether to accept a voter, an election officer shall return the voter's documentation [registration certificate] to the voter.

(g)  If the requirements for identification prescribed by Subsection (b) are not met, the voter may be accepted for provisional voting only under Section 63.011. For a voter who is not accepted for voting under this section, an election officer shall:

(1)  inform the voter of the voter's right to cast a provisional ballot under Section 63.011; and

(2)  provide the voter with written information, in a form prescribed by the secretary of state, that:

(A)  lists the requirements for identification;
(B)  states the procedure for presenting identification under Section 65.0541;
(C)  includes a map showing the location where identification must be presented; and
(D)  includes notice that even if all procedures are followed, there is no guarantee that the voter's provisional ballot will be accepted.

(h)  The requirements for identification prescribed by Subsection (b) do not apply to a voter who presents the voter's voter registration certificate on offering to vote and:

(1)  was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate; or

(2)  is disabled and the voter's voter registration certificate contains the indication described by Section 15.001(c).

SECTION 10.  Section 63.0011(a), Election Code, is amended to read as follows:

(a)  Before a voter may be accepted for voting, an election officer shall ask the voter if the voter's residence address on the precinct list of registered voters is current and whether the voter has changed residence within the county.  If the voter's address is

omitted from the precinct list under Section 18.005(c), the officer shall ask the voter if the voter's residence, if [~~as~~] listed, on identification presented by the voter under Section 63.001(b) [~~the voter's voter registration certificate~~] is current and whether the voter has changed residence within the county.

    SECTION 11.  Effective September 1, 2011, Chapter 63, Election Code, is amended by adding Section 63.0012 to read as follows:

    <u>Sec. 63.0012.  NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN VOTERS. (a)  An election officer shall distribute written notice of the identification that will be required for voting beginning with elections held after January 1, 2012, and information on obtaining identification without a fee under Section 521.422, Transportation Code, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter under this chapter beginning with those elections.</u>

    <u>(b)  The secretary of state shall prescribe the wording of the notice and establish guidelines for distributing the notice.</u>

    <u>(c)  This section expires September 1, 2017.</u>

    SECTION 12.  Section 63.006, Election Code, is amended to read as follows:

    Sec. 63.006.  VOTER WITH <u>REQUIRED DOCUMENTATION</u> [~~CORRECT CERTIFICATE~~] WHO IS NOT ON LIST.  (a)  A voter who, when offering to vote, presents <u>the documentation required under Section 63.001(b)</u> [~~a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote,~~] but whose name is not on the precinct list of registered voters[~~,~~] shall be accepted for voting <u>if the voter also presents a voter registration certificate indicating that the voter is currently registered</u>:

        <u>(1)  in the precinct in which the voter is offering to vote; or</u>

        <u>(2)  in a different precinct in the same county as the precinct in which the voter is offering to vote and the voter executes an affidavit stating that the voter:</u>

            <u>(A)  is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct;</u>

            <u>(B)  was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar;</u>

            <u>(C)  did not deliberately provide false information to secure registration in a precinct in which the voter does not reside; and</u>

            <u>(D)  is voting only once in the election.</u>

    (b)  After the voter is accepted, an election officer shall<u>:</u>

        <u>(1)</u>  indicate beside the voter's name on the poll list that the voter was accepted under this section<u>; and</u>

        <u>(2)  enter the voter's name on the registration omissions list</u>.

    SECTION 13.  Section 63.009, Election Code, is amended to read as follows:

    Sec. 63.009.  VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST.  <u>A</u> [~~(a)  Except as provided by Subsection (b), a~~] voter who does not present a voter registration certificate when offering to vote, and whose name is not on the list of registered voters for the precinct

in which the voter is offering to vote, shall be accepted for provisional voting if the voter executes an affidavit in accordance with Section 63.011.

~~[(b)  If an election officer can determine from the voter registrar that the person is a registered voter of the county and the person presents proof of identification, the affidavits required by Sections 63.007 and 63.008 are substituted for the affidavit required by Section 63.011 in complying with that section.  After the voter is accepted under this subsection, an election officer shall also indicate beside the voter's name on the poll list that the voter was accepted under this section.]~~

SECTION 14.  Section 63.0101, Election Code, is amended to read as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION. The following documentation is <u>an</u> acceptable <u>form</u> [as proof] of <u>photo</u> identification under this chapter:

(1)  a driver's license or personal identification card issued to the person by the Department of Public Safety <u>that has not</u> [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired <u>or that expired no earlier than 60 days before the date of presentation</u>;

(2)  a <u>United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation</u> [form of identification containing the person's photograph that establishes the person's identity];

(3)  a [~~birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;~~

[(4)]~~ United States citizenship <u>certificate</u> [papers] issued to the person <u>that contains the person's photograph</u>;

<u>(4)</u> [(5)]  a United States passport issued to the person <u>that has not expired or that expired no earlier than 60 days before the date of presentation</u>; <u>or</u>

<u>(5)  a license to carry a concealed handgun issued to the person by the Department of Public Safety that has not expired or that expired no earlier than 60 days before the date of presentation</u>

[~~(6)  official mail addressed to the person by name from a governmental entity;~~

[~~(7)  a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or~~

[~~(8)  any other form of identification prescribed by the secretary of state]~~.

SECTION 15.  Section 63.011, Election Code, is amended by amending Subsections (a) and (b) and adding Subsection (b-1) to read as follows:

(a)  A person to whom Section <u>63.001(g)</u> [63.008(b)] or 63.009 [63.009(a)] applies may cast a provisional ballot if the person executes an affidavit stating that the person:

(1)  is a registered voter in the precinct in which the person seeks to vote; and

(2)  is eligible to vote in the election.

(b)  A form for an affidavit required by this section <u>must</u> [shall] be printed on an envelope in which the provisional ballot

voted by the person may be placed and must include:
          (1)  a space for entering the identification number of the provisional ballot voted by the person; and
          (2)  a space for an election officer to indicate whether the person presented a form of identification described by Section 63.0101.
     (b-1)  The affidavit form may include space for disclosure of any necessary information to enable the person to register to vote under Chapter 13. The secretary of state shall prescribe the form of the affidavit under this section.
     SECTION 16.  Section 64.012(b), Election Code, is amended to read as follows:
     (b)  An offense under this section is a felony of the second [third] degree unless the person is convicted of an attempt. In that case, the offense is a state jail felony [Class A misdemeanor].
     SECTION 17.  Section 65.054, Election Code, is amended by amending Subsection (b) and adding Subsection (e) to read as follows:
     (b)  A provisional ballot shall [may] be accepted [only] if the board determines that:
          (1)  [,] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election; and
          (2)  the person:
               (A)  meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541; or
               (B)  executes an affidavit under penalty of perjury stating that:
                    (i)  the voter:
                         (a)  is indigent and is unable to obtain proof of identification without the payment of a fee; or
                         (b)  has a religious objection to being photographed; and
                    (ii)  the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the requirements for identification prescribed by Section 63.001(b).
     (e)  In this section, "indigent" has the meaning assigned by Section 51.941(e), Government Code.
     SECTION 18.  Subchapter B, Chapter 65, Election Code, is amended by adding Section 65.0541 to read as follows:
     Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a)  A voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) may, not later than the sixth day after the date of the election:
          (1)  present a form of identification described by Section 63.0101 to the voter registrar for examination; or
          (2)  execute an affidavit described by Section 65.054(b)(2)(B) in the presence of the voter registrar.
     (b)  The secretary of state shall prescribe procedures as necessary to implement this section.
     SECTION 19.  Section 66.0241, Election Code, is amended to read as follows:
     Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4 must contain:
          (1)  the precinct list of registered voters;

        (2)   the registration correction list;

        (3)   the registration omissions list;

        (4)   any statements of residence executed under Section 63.0011; and

        (5)   any affidavits executed under Section 63.006 [63.007] or 63.011.

    SECTION 20.   Section 521.422, Transportation Code, is amended by amending Subsection (a) and adding Subsection (d) to read as follows:

    (a)   Except as provided by Subsection (d), the [The] fee for a personal identification certificate is:

        (1)   $15 for a person under 60 years of age;

        (2)   $5 for a person 60 years of age or older; and

        (3)   $20 for a person subject to the registration requirements under Chapter 62, Code of Criminal Procedure.

    (d)   The department may not collect a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the purpose of satisfying Section 63.001(b), Election Code, and does not have another form of identification described by Section 63.0101, Election Code, and:

        (1)   who is a registered voter in this state and presents a valid voter registration certificate; or

        (2)   who is eligible for registration under Section 13.001, Election Code, and submits a registration application to the department.

    SECTION 21.   Sections 63.007 and 63.008, Election Code, are repealed.

    SECTION 22.   Effective September 1, 2011:

        (1)   as soon as practicable, the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

        (2)   as soon as practicable, the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

    SECTION 23.   The change in law made by this Act in amending Section 64.012(b), Election Code, applies only to an offense committed on or after January 1, 2012.  An offense committed before January 1, 2012, is covered by the law in effect when the offense was committed, and the former law is continued in effect for that purpose.  For purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

    SECTION 24.   Effective September 1, 2011, state funds disbursed under Chapter 19, Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section expires January 1, 2013.

    SECTION 25.   Except as otherwise provided by this Act, this Act takes effect January 1, 2012.

# LEGISLATIVE BUDGET BOARD
## Austin, Texas

## FISCAL NOTE, 82ND LEGISLATIVE REGULAR SESSION
### Revision 1

## March 21, 2011

**TO:** Honorable Dennis Bonnen, Chair, House Committee on Voter Identification & Voter Fraud, Select

**FROM:** John S O'Brien, Director, Legislative Budget Board

**IN RE:** **SB14** by Fraser (Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.), **Committee Report 2nd House, Substituted**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB14, Committee Report 2nd House, Substituted: a negative impact of ($2,024,000) through the biennium ending August 31, 2013.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

## General Revenue-Related Funds, Five-Year Impact:

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

## All Funds, Five-Year Impact:

| Fiscal Year | Probable Savings/(Cost) from *General Revenue Fund* 1 |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

## Fiscal Analysis

The bill would exempt certain disabled voters from presenting additional identification for voting, other than the voter registration certificate, if the voter submits written document from the United States Social Security Administration evidencing the applicant has a disability or the Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent along with a statement that the applicant does not have an acceptable form of identification. The bill would also require voter registration certificates to contain an indication that the disabled voter is exempted from presenting additional identification, other than the voter registration certificate, before being accepted for voting.

The bill would require the voter registrar of each county to provide a notice of identification requirements for voting with each initial voter registration certificate or renewal registration certificate issued.  The Secretary of

State (SOS) and the voter registrar of each county that maintains a website would be required to post on their websites, in each language in which voter registration materials are available, a notice of the identification requirements, and county clerks would be required to post a physical copy in each language voter registration materials are available. SOS would be required to prescribe the wording of these notices. SOS would also be required to establish a statewide effort to educate voters regarding the identification requirements for voting.

The bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer and each election clerk would be required to complete this training.

The presiding judge at each polling place would be required to post in a prominent location outside of the location a list of the acceptable forms of identification and the list would have to be separate from any other notices. The Secretary of State would be required to prescribe the wording for written notifications of the identification requirements for voting beginning with elections held after January 1, 2012 and election officers would be required to provide this written notification of voting identification requirements to voters who do not meet identification requirements.  This section would expire September 1, 2017.

The Secretary of State would be required to prescribe procedures for voters who provisionally vote without proper identification to present proof of identification to the voter registrar not later than the sixth day after the date of the election.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate to meet voting identification requirements and does not have another form of acceptable identification and that person meets certain other voter registration criteria.

The bill would change an offense under this section after January 1, 2012 to a second degree felony from a third degree felony unless the person is convicted of an attempt, in which case, the offense would be a state jail felony instead of a Class A misdemeanor.

The bill would repeal Sections 63.007 and 63.008 of the Election Code related to voters with incorrect certificates who are not on the voter list and voters without certificates who are not on the voter list.

The Secretary of State (SOS) would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2011. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by SOS as soon as practicable as well.

The bill would expand the uses of state funds disbursed under Chapter 19 of the Election Code to include additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration.  This section would expire January 1, 2013.

Sections 3, 5, 6, 7, 11, 22, and 24 pertaining to providing notice of voter identification requirements, providing voter identification training, providing voter education to the public, and expanding the uses of voter registration funds would be effective September 1, 2011.  The remainder of the bill would be effective January 1, 2012.

## Methodology

The fiscal impact of the bill excluding technology costs is estimated to be $2,000,000 million for fiscal year 2012 out of the General Revenue Fund. The estimate includes $0.5 million to research and develop ways to inform the public of the new identification requirements.  Additional costs are estimated to be $1.5 million for media advertisements: television ($750,000), radio ($300,000), print ($300,000), and internet ($150,000).  The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

The Secretary of State would also be required to prescribe the wording for voter identification requirement notifications in each language voter registration materials are available and develop training materials on voter identification requirements.  It is assumed that any fiscal implication associated with these responsibilities could be absorbed within existing resources.

The fiscal impact of expanding the uses of funds disbursed under Chapter 19 of the Election Code to include coordinating voter registration drives or other activities designed to expand voter registration is unknown because it is not known how many voter registration drives or other activities designed to expand voter

registration would occur.

The fiscal impact of the revenue loss from the prohibition of DPS to collect a fee for a personal identification certificate issued to a person seeking the certificate for the purpose of voting is unknown because it is not known how many people would make a request for a personal identification certificate for voting.

## Technology

The technology fiscal impact of the bill is estimated to be $24,000 for programming costs associated with creating an indicator on voter registration certificates for voters with certain disabilities.  The notification would inform election officers at polling places that voters with certain disabilities are exempted from presenting additional identification other than the voter registration certificate.  The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

## Local Government Impact

The bill would require counties to notify registered voters of changes online if the county maintains a website, at polling locations, and included with voter registration certificates. Election clerks would be required to undergo training regarding accepted forms of voter identification.

According to Texas Association of Counties (TAC), Tarrant County anticipated a one-time cost to reprint provisional balloting materials and provide new notices ($8,000); Bexar County stated that due to limited space on current registration certificates, larger cards would be necessary resulting in additional costs for cards, printing and postage ($381,256); however, Comal County reported the costs associated with the provisions of the bill could be absorbed within existing resources.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety

**LBB Staff:** JOB, JT, MS, BTA, SD, KKR

**BILL ANALYSIS**

C.S.S.B. 14
By: Fraser
Voter Identification & Voter Fraud, Select
Committee Report (Substituted)

## BACKGROUND AND PURPOSE

Ensuring the integrity of the election process by allowing registered voters to vote and preventing ineligible voters from voting is one goal of the Texas election process. Using the voter registration certificate as a way for the voter to indicate, when offering to vote, that the voter is registered is a step forward toward ensuring the integrity of this process. However, relying on this method may provide opportunities for voter fraud as the voter registration certificate does not necessarily verify the identity of the person presenting the certificate. Options are limited for an election judge who, on being presented a voter registration certificate for voting, suspects the voter is not the person identified on the certificate. C.S.S.B. 14 attempts to further ensure the integrity of the election process by addressing requirements to vote, including presenting a form of photo identification.

## RULEMAKING AUTHORITY

It is the committee's opinion that this bill does not expressly grant any additional rulemaking authority to a state officer, department, agency, or institution.

## ANALYSIS

C.S.S.B. 14 amends the Election Code to require a voter, on offering to vote, to present to an election officer at the polling place one acceptable form of photo identification. The bill, in a provision establishing the regular procedure for accepting a voter, removes language relating to the requirement that the voter present the voter's voter registration certificate. The bill makes related conforming changes. The bill includes in the requirement to accept for voting a voter whose name is on the precinct list of registered voters that the voter's identity can be verified from the required form of documentation presented.

C.S.S.B. 14 establishes the following documentation as acceptable forms of photo identification for voting:

- a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) that has not expired or that expired no earlier than 60 days before the date of presentation;

- a United States military identification card that contains the person's photograph that has not expired or that expired no earlier than 60 days before the date of presentation;

- a United States citizenship certificate issued to the person that contains the person's photograph;

- a United States passport issued to the person that has not expired or that expired no earlier than 60 days before the date of presentation; or

- a license to carry a concealed handgun issued to the person by DPS that has not expired or that expired no earlier than 60 days before the date of presentation.

C.S.S.B. 14 removes the following documentation as acceptable proof of identification for voting:

- a driver's license or personal identification card issued to the person by DPS with no condition regarding its expiration;

- a document similar to a driver's license or personal identification card issued to the person by an agency of another state with no condition regarding its expiration;

- an unspecified form of identification containing the person's photograph that establishes the person's identity;

- a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

- unspecified United States citizenship papers issued to the person with no condition regarding the person's photograph;

- official mail addressed to the person by name from a governmental entity;

- a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

- any other form of identification prescribed by the secretary of state.

C.S.S.B. 14 requires an applicant for voter registration who wishes to receive an exemption from certain voter identification requirements on the basis of disability to include with the person's application written documentation from the United States Social Security Administration evidencing the applicant has been determined to have a disability or from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent, and a statement in a form prescribed by the secretary of state that the applicant does not have an acceptable form of identification. The bill requires a voter registration certificate issued to a voter who meets the certification requirements for a disability exemption to contain an indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

C.S.S.B. 14 makes voter identification requirements inapplicable to a voter who presents the voter's voter registration certificate on offering to vote and was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the certificate, or is disabled and the certificate contains the indication that the voter is exempt from voter identification requirements on the basis of disability.

C.S.S.B. 14 establishes that a voter who, when offering to vote, presents the required identification documentation but whose name is not on the precinct list of registered voters must be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote or in a different precinct in the same county as the precinct in which the voter is offering to vote and the voter executes an affidavit. The bill requires the affidavit to state that the voter is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct, was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar, did not deliberately provide false information to secure registration in a precinct in which the voter does not reside, and is voting only once in the election. The bill includes entering the voter's name on the registration omissions list among the actions an election officer is required to perform after the voter is accepted.

C.S.S.B. 14 requires a voter to be accepted for voting if the election officer, in making a

TX_00003590
JA_001950

determination of whether the voter's name on the documentation is on the list of registered voters for the precinct, determines that the voter's name is substantially similar to but does not match exactly with the name on the precinct list of registered voters and the voter submits an affidavit stating that the voter is the person on the precinct list of registered voters.

C.S.S.B. 14 requires an election officer to inform a voter who is not accepted for voting because of failure to present the required identification of the voter's right to cast a provisional ballot and provide the voter with written information, in a form prescribed by the secretary of state, that lists the requirements for identification; states the procedure for presenting identification; includes a map showing the location where identification must be presented; and includes notice that even if all procedures are followed, there is no guarantee that the voter's provisional ballot will be accepted. The bill includes in the required spaces on the form of the affidavit for casting a provisional ballot a space for an election officer to indicate whether the person presented an acceptable form of photo identification and makes conforming and nonsubstantive changes.

C.S.S.B. 14 authorizes a voter who is accepted for provisional voting because the voter does not meet the identification requirements, to present, not later than the sixth day after the date of the election, the required form of identification to the voter registrar for examination or execute in the presence of the voter registrar an affidavit under penalty of perjury stating that the voter is indigent and is unable to obtain proof of identification without the payment of a fee or has a religious objection to being photographed and the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements. The bill requires the secretary of state to prescribe procedures as necessary to implement the identification and affidavit requirements for such a provisional ballot. The bill provides for the meaning of "indigent" by reference to the Government Code.

C.S.S.B. 14 adds as a requirement for a provisional ballot to be accepted by the early voting ballot board the board's determination that the person meets the voter identification requirements at the time the ballot was cast or not later than the sixth day after the date of the election or executes an affidavit under penalty of perjury stating that the voter is indigent and is unable to obtain proof of identification without the payment of a fee or has a religious objection to being photographed and the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements .

C.S.S.B. 14 requires the voter registrar of each county to provide notice of the identification requirements for voting and a detailed description of those requirements with each original or renewal voter registration certificate issued and requires the secretary of state to prescribe the wording of that notice. The bill requires the secretary of state and the voter registrar of each county that maintains a website to provide notice of the identification requirements for voting on each entity's respective website in each language in which voter registration materials are available and requires the secretary of state to prescribe the wording of that notice. The bill requires the secretary of state to conduct a statewide effort to educate voters regarding the identification requirements for voting. The bill requires the county clerk of each county to post in a prominent location at the clerk's office a physical copy of the prescribed notice of the identification requirements for voting in each language in which voter registration materials are available. The bill requires the training standards adopted by the secretary of state for presiding or alternate election judges to include provisions on the acceptance and handling of the identification presented by a voter to an election officer and requires each election clerk to complete that part of the training program. The bill requires, as soon as practicable, that the secretary of state adopt the training standards and develop the training materials and the county clerk of each county provide a session of training using those standards and materials as required by the bill. The bill makes its provisions relating to notice by the registrar, education, and training regarding identification requirements for voting effective September 1, 2011.

C.S.S.B. 14 requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of identification. The bill requires the list to be

printed using a font that is at least 24-point. The bill requires the notice of acceptable forms of identification to be posted separately from any other notice required by state or federal law.

C.S.S.B. 14 increases the penalty for an illegal voting offense from a third degree felony to a second degree felony and increases the penalty for an attempted illegal voting offense from a Class A misdemeanor to a state jail felony. The bill makes this change applicable only to an offense committed on or after January 1, 2012.

C.S.S.B. 14 amends the Transportation Code to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the certificate for the purpose of satisfying the requirement for photographic identification for voting and does not have another form of the required identification if the person is a registered voter in Texas and presents a valid voter registration certificate or is eligible for voter registration and submits a voter registration application to DPS. The bill makes a related conforming change.

C.S.S.B. 14 amends the Election Code to add a temporary provision, effective September 1, 2011, and set to expire September 1, 2017, requiring an election officer to distribute written notice of the identification that will be required for voting beginning with elections held after January 1, 2012, and information on obtaining a personal identification certificate from DPS without a fee, as provided by the bill, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter beginning with those elections.  The bill requires the secretary of state to prescribe the wording of the notice and establish guidelines for its distribution.

C.S.S.B. 14 adds a temporary provision, effective September 1, 2011, and set to expire January 1, 2013, to establish that state funds disbursed for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses related to coordinating voter registration drives or to other activities designed to expand voter registration.

C.S.S.B. 14 repeals the following provisions of the Election Code:

- Section 63.007, relating to a voter with an incorrect certificate who is not on the precinct list of registered voters

- Section 63.008, relating to a voter without a certificate who is on the precinct list of registered voters

**EFFECTIVE DATE**

Except as otherwise provided, January 1, 2012.

**COMPARISON OF ORIGINAL AND SUBSTITUTE**

C.S.S.B. 14 differs from the original by requiring an applicant for voter registration who wishes to receive an exemption from the identification requirements for voting on the basis of disability to include with the person's application written documentation from the United States Social Security Administration evidencing the applicant has been determined to have a disability or from the United States Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent and a statement in a form prescribed by the secretary of state that the applicant does not have an acceptable form of identification, whereas the original requires the applicant to include a certification from a physician that the person has a disability as defined under provisions of the Labor Code.

C.S.S.B. 14 differs from the original by requiring a list of acceptable forms of identification to be printed using a font that is at least 24-point, whereas the original requires both a notice and list

relating to acceptable forms of identification to be printed using a font that is at least 24-point.

C.S.S.B. 14 differs from the original, in a provision requiring a voter to be accepted for voting if the voter's name is on the registered voters precinct list and the voter's identity can be verified from the presentation of a required form of identification, by specifying that the acceptance of the voter for voting is based on a determination by the election officer.

C.S.S.B. 14 differs from the original, in a provision requiring a voter whose name is not on the registered voters precinct list to be accepted for voting if, among other conditions, the voter presents a voter registration certificate indicating current registration in a precinct other than the one in which the voter is offering to vote, by specifying that the different precinct to which the provision applies is a precinct in the same county as the precinct in which the voter is offering to vote.  The substitute differs from the original by requiring the election officer, after accepting the voter for voting, to enter the voter's name on the registration omissions list, whereas the original requires entry of the precinct of the voter's registration as indicated by the voter's registration certificate.

C.S.S.B. 14 adds a condition not in the original for the acceptance of a concealed handgun license as a form of photographic identification for the purpose of voting that the license has not expired or expired no earlier than 60 days before the date of presentation.

C.S.S.B. 14 adds a provision not in the original to include as a requirement that a provisional ballot be accepted if the voter meets the identification requirements at the time the ballot was cast. The substitute differs from the original, in the provision requiring an affidavit executed by the voter to provide the reasons the voter is unable to provide proof of identification, by specifying the affidavit states the voter has not been challenged and voted a provisional ballot solely because the voter did not meet the identification requirements, whereas the original specifies the voter has not been challenged or required to vote a provisional ballot for any other reason.

C.S.S.B. 14 adds a provision not in the original, as a condition for the prohibition against the Department of Public Safety collecting a fee for a personal identification certificate, that the person states the person does not have another acceptable form of identification.

C.S.S.B. 14 omits a provision in the original making the changes in law under the bill's provisions contingent on a specific appropriation for the implementation of the changes.

C.S.S.B. 14 differs from the original by making nonsubstantive changes.

82R 14074
Substitute Document Number: 82R 11733

11.80.717

TX_00003593
JA_001953

TX_00003593

| HOUSE | SB 14 |
|---|---|
| RESEARCH | Fraser, et al. (Harless, et al.) |
| ORGANIZATION bill analysis          3/23/2011 | (CSSB 14 by Harless) |

SUBJECT:          Requiring a voter to present photo identification

COMMITTEE:    Voter Identification and Voter Fraud, Select — committee substitute
recommended

VOTE:            *(After recommitted:)*
6 ayes — Bonnen, Aliseda, Harless, Hilderbran, Peña, L. Taylor

2 nays — Veasey, Hochberg

1 absent — Gutierrez

SENATE VOTE:   On final passage, January 26 — 19-11 (Davis, Ellis, Gallegos, Hinojosa,
Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini)

WITNESSES:    For — Rebecca Bradford, Texas Federation of Republican Women;
Kenneth Buelter, Goliad County Republican Party; Russ Duerstine, Tom
Green County G.O.P and Election Support Association of Tom Green
County; William (Butch) Marsalis, Panola County Conservatives; Tonja
"Michelle" Smith, Concerned Women for America; B.R. (Skipper)
Wallace, Texas Republican County Chairman's Association; and 14 others
representing themselves; (*Registered, but did not testify:* Allen Blakemore,
Steven Hotze, Conservative Republicans of Texas; Catherine Engelbrecht,
King Street Patriots; Travis Griffin, Republican Party of Texas; Cheryl
Johnson, Sheryl Swift, Galveston County Tax Office; John Marler,
Williamson County Liberty Alliance; Karen Marsalis, Panola County
Republican Women; Bill Moore, Organizing for Liberty, Inc.; Linda
Rogers, Texas Republican Co. Chairmen's Association; Jonathan Saenz,
Liberty Institute; and 28 others representing themselves)

Against — Gary Bledsoe, Texas NAACP; Sumit DasGupta, Network of
Asian American Organizations; Luis Figueroa, Mexican American Legal
Defense and Educational Fund (MALDEF); Anita Privett, League of
Women Voters of Texas; Sonia Santana, ACLU-TX; Tova Wang,
DEMOS; Andrew Joseph; Ramey Ko; Justin Levitt; (*Registered, but did
not testify:* Joseph Arabie, Rene Lara, Texas AFL-CIO; Juan Flores, La Fe
Policy Research and Education Center; Anthony Gutierrez, Boyd Richie,
Texas Democratic Party; Austin Kaplan, The Liberal Austin Democrats;
Genevieve Van Cleve, Capital Area Democratic Women; David

SB 14
House Research Organization
page 2

Weinberg, Texas League of Conservation Voters; Mary Brown; Tracy Ekstrand; Huey Fischer; Katherine Haenschen; Kathleen Hill; Katrina Meredith)

On — Rebecca Davio, Department of Public Safety; Jessica Gomez, Disability Rights Texas, formerly Advocacy, Inc.; David Maxwell, Office of the Attorney General; Ann McGeehan, Elections Division, Office of the Secretary of State; John O'Brien, Legislative Budget Board; John Woods, Student Government, University of Texas at Austin; Brian Kemp; Toby Moore; Chris Ward; Thomas Wheeler

BACKGROUND:   Current law requires a voter to present a voter registration certificate to an election officer before voting. If the voter's name is on the precinct list of registered voters, the voter is allowed to vote. A voter who does not present a voter registration certificate but whose name is on the precinct list of registered voters must be allowed to vote if the voter signs an affidavit stating that he or she does not have the certificate and presents one of the following forms of identification:

- a driver's license or personal identification card issued by the Department of Public Safety (DPS) or a similar document issued by an agency of another state, regardless of whether the license or card has expired;
- a form of photo identification that establishes the voter's identity;
- a birth certificate or other document confirming birth that is admissible in a court of law and establishes the voter's identity;
- U.S. citizenship papers or a U.S. passport;
- official mail addressed to the voter from a government entity;
- a copy of a current utility bill, bank statement, paycheck, government check, or other government document that shows the name and address of the voter; or
- any other form of identification prescribed by the secretary of state.

In 2002, Congress enacted the federal Help America Vote Act (HAVA) (42 U.S.C. sec. 15301 et seq.), which requires first-time voters registering by mail to present, with the registration application or at the polls, one of the following forms of identification:

- a current and valid photo identification (a copy if voting by mail); or

- a copy of a current utility bill, bank statement, paycheck, government check, or other government document that shows the voter's name and address.

Voters who fail to produce the proper identification at the polls may cast a provisional ballot by executing an affidavit stating that the person is registered in the precinct and is eligible to vote. The local early voting ballot board verifies and counts provisional ballots within a week after the election. It examines the affidavits and may accept and count a provisional ballot only if it determines from the affidavit or public records that the person was eligible to vote and had not previously voted.

Under Election Code, sec. 64.012, illegal voting includes knowingly voting or attempting to vote more than once, when ineligible, when impersonating another person, or when marking another person's ballot without that person's consent. The offense is a third-degree felony (two to 10 years in prison and an optional fine of up to $10,000), and an attempted offense is a class A misdemeanor (up to one year in jail and/or a maximum fine of $4,000).

DIGEST:      CSSB 14 would require a voter to present to an election officer one form of photo identification at the polling place. Certain disabled voters and voters aged 70 years or older would be exempt from the photo ID requirement.

The bill would require advance notice of the identification requirements, voter education for the public, enhanced training for election judges and clerks, and provisional ballots for voters who lacked the necessary identification. It would enhance the penalties for illegal voting and authorize free DPS identification cards for voting.

**Acceptable photo identification.** Acceptable forms of photo ID would include:

- a driver's license or personal identification card issued by DPS that was current or had expired no more than 60 days earlier;
- a U.S. military identification card that contained a photograph that was current or had expired no more than 60 days earlier;
- a U.S. citizenship certificate that contained a photograph;
- a U.S. passport that was current or had expired no more than 60 days earlier; or

SB 14
House Research Organization
page 4

- a concealed handgun license issued by DPS that was current or had expired no more than 60 days earlier.

A birth certificate or other document confirming birth, a utility bill, or a bank statement no longer would be an acceptable form of identification.

**Matching ID with registered voter names.** A voter whose name was on the list of registered voters for the precinct and who presented the documentation described above would be allowed to vote. If the election official decided that a voter's name on the documentation was substantially similar to, but not an exact match with, the name on the list, the voter would have to submit an affidavit stating that he or she was the person on the list before being allowed to vote.

A voter who presented the required documentation but was not on the list of registered voters for the precinct could vote if he or she presented a voter registration certificate proving current registration in that precinct or proving current registration in a different precinct but in the same county if accompanied by an affidavit stating that the voter:

- was a resident of the precinct in which he or she attempted to vote or was otherwise legally entitled to vote in that precinct;
- was a resident of the precinct when the residence information was provided to the voter registrar;
- did not deliberately provide false information to obtain registration in a precinct where the voter did not reside; and
- was voting only once in the election.

After accepting the voter, the election officer would have to indicate acceptance of the voter on the poll list and enter the voter's name on the registration omissions list.

**Exemptions.** The bill would exempt from the photo ID requirement disabled voters who had a voter registration certificate indicating they qualified for the exemption. A voter registration applicant requesting this exemption would have to provide written documentation from the U.S. Social Security Administration confirming disability or from the U.S. Department of Veterans Affairs showing a disability rating of at least 50 percent. The applicant also would have to provide a statement that he or she did not have a form of the required identification.

The bill also would exempt from the photo ID requirement voters who were 70 years old by January 1, 2012, and who showed their voter registration certificates before voting.

**Notice and training.** Before the polls opened, the presiding judge would be required to post prominently outside of each polling place a list of the acceptable forms of photo ID. The information would have to be in at least 24-point font and separate from any other legally required notices.

Effective September 1, 2011, the secretary of state would have to develop training standards and materials on the acceptance and handling of photo ID as soon as practicable. The county clerk also would have to provide the training sessions for election judges and clerks as soon as practicable.

**Provisional ballots**. Voters who did not have a photo ID, in addition to those without a voter registration certificate who were not on the precinct list, would be allowed to cast a provisional ballot. The election officer would have to inform any voters not permitted to vote of their right to cast a provisional ballot and would have to provide in writing the identification requirements, the procedure for presenting the required identification, a map of where to present the identification, and notice that even if all procedures were followed, the provisional ballot would not necessarily be accepted.

A voter seeking to cast a provisional ballot would have to sign an affidavit stating that the voter was registered in the precinct and eligible to vote. The affidavit would have to include space for the election officer to indicate if the voter presented an acceptable form of photo ID.

A voter accepted for provisional voting for not having a photo ID would have six days after the election to present the required identification to a voter registrar for examination. Alternatively, the voter could execute an affidavit – under penalty of perjury – in the presence of a voter registrar claiming either indigence and inability to obtain identification without paying a fee or a religious objection to being photographed. The affidavit also would have to indicate that the voter was otherwise eligible to vote and had voted a provisional ballot solely because he or she lacked the required identification.

The early voting ballot board would have to accept a provisional ballot if it determined that in addition to being eligible to vote in the election, a voter

met the identification requirements when the ballot was cast or within six days after the election, or if the voter executed the required affidavit.

**No charge for DPS ID for voters.** CSSB 14 would amend the Transportation Code, sec. 521.422 to prohibit DPS from collecting a fee for a personal identification certificate issued to an eligible voter who had requested the identification certificate to comply with the voter identification requirements and who did not have another form of the required identification.

**Illegal voting offense.** CSSB 14 would make illegal voting a second-degree felony (two to 20 years in prison and an optional fine of up to $10,000) rather than the current third degree felony. Attempted illegal voting would be a state jail felony (180 days to two years in a state jail and an optional fine of up to $10,000) rather than the current class A misdemeanor. The change in penalty for illegal voting would apply only to an offense committed on or after January 1, 2012.

**Voter education and notice of identification requirements**. Beginning September 1, 2011, each voter registrar would be required to notify voters of the identification requirements and describe those requirements when issuing each new or renewed voter registration certificate.

The secretary of state and the voter registrar of each county that maintained a website would have to provide online notice of the identification requirements. The secretary of state would be required to conduct a statewide effort to educate voters about the identification requirements, and each county clerk would be required to post prominently at the clerk's office a physical copy of the required notice.

Beginning September 1, 2011, an election officer would have to provide any voter who presented identification that did not comply with CSSB 14 with written notice of the identification requirements scheduled to begin with elections held after January 1, 2012, and information on how to obtain free identification. This section would expire September 1, 2017.

By September 1, 2011, state funds dispersed under Election Code, ch. 19 to finance voter registration also could be used for additional expenses related to coordinating or expanding voter registration. This section would expire January 1, 2013.

SB 14
House Research Organization
page 7

The bill would repeal regulations related to voter registration certificate errors and would make conforming changes.

The bill would take effect January 1, 2012.

SUPPORTERS
SAY:

CSSB 14 is commonsense legislation that would strengthen the election process. The bill would deter voter fraud, keep ineligible voters from voting, make voting correspond with other transactions that require photo ID, and restore and enhance public confidence in elections, which would promote higher turnout. Requiring most voters to show a government-issued photo ID and increasing the criminal penalty for voter fraud would help ensure the integrity of elections. The bill would guarantee continued access to the polls by providing exceptions for certain voters such as seniors and disabled persons and by authorizing free ID cards for eligible voters who lack a photo ID. In its interim report to the 82nd Legislature, the Texas House Committee on Elections recommended the enactment of legislation requiring voters to present photo ID at the polls.

Voter fraud drives honest citizens out of the democratic process and breeds distrust of government. Many everyday circumstances require citizens to present a photo ID, including air travel and cashing a check. Such safeguards benefit our society and enhance our security. When the deceased or other unqualified individuals are on the voter rolls, illegal votes may be cast, canceling out legitimate votes. Although real, voter impersonation is hard to prove because of existing law. Election officials who lack the authority to dispute a voter's identity hesitate to accuse someone of voting illegally. Since voters are not required to prove their identities at the polls, anyone can vote with anyone else's voter certificate. This lax screening process makes it impossible to know how many ineligible voters slip through the system. Stricter requirements would prevent people from voting with fake voter registration certificates and from voting more than once.

Even a limited incidence of voter fraud could tip a close or disputed election. The perception of possible fraud contributes to low confidence in the system. While increasing the criminal penalties for voter fraud, CSSB 14 also would go a long way toward deterring and preventing voter fraud before it occurred by requiring photo identification.
If the public's faith in the legitimacy of elections is bolstered, voter turnout will increase. Indiana and Georgia have the strictest voter ID requirements in the country, but they experienced record voter turnout in

SB 14
House Research Organization
page 8

2008, including among minorities. Georgia's voter turnout has been on the rise since 2004, and the state's voter ID law has not disrupted this upward trend.

Stricter identification requirements would not impose an unreasonable burden on voters, since the bill's requirements would be no more burdensome than the act of voting. Concerns about the bill's constitutionality are unfounded because the U.S. Supreme Court upheld Indiana's photo ID law in *Crawford v. Marion County Election Board*, 553 U.S. 181 (2008)when it ruled that requiring a photo ID imposes only a limited burden on a voter's rights and is justified by the state's interest in improving election procedures and deterring fraud. Furthermore, although voter ID laws in other states have been heavily litigated, plaintiffs have been unable to produce a single individual who either did not already have an ID or could not easily obtain one.

The bill's effective date of January 1, 2012, would allow sufficient time to educate citizens and election officials about the new requirements. Concerns about the cost of voter education should be assuaged by the secretary of state's prediction that ample federal HAVA funds exist for this purpose. Although cost is an important issue, the integrity of the election process is more precious than any dollar amount.

OPPONENTS SAY:

CSSB 14 would unnecessarily complicate election procedures and would disenfranchise voters by creating a substantial obstacle to the right to vote. Eligible voters should not be needlessly hassled by the state and discouraged or intimidated from exercising their fundamental right to vote without legitimate justification, yet there is no proof that the barriers to voting that this bill would erect are needed at all. This bill would be an extreme, costly solution in search of a problem not proven to exist.

There is little or no evidence of the voter fraud that this bill purports to address. No proof exists of organized, widespread voter fraud at the polls, and any recent individual cases of voter impersonation are anecdotal at best. A 2009 interim report by the Texas House Elections Subcommittee on Mail-in Ballot Integrity found no evidence of noncitizens abusing the electoral system. Furthermore, in its interim report to the 82nd Legislature, the Texas House Committee on Elections acknowledged that based on testimony from the Texas Attorney General's Office, evidence of voter fraud is lacking. Such findings show that the current law is working and that this bill is unnecessary and unjustified.

SB 14
House Research Organization
page 9

According to a 2006 interim report by the Texas Senate State Affairs
Committee, almost all evidence of voter fraud involves mail-in ballots.
However, this bill would address only voter impersonation at the polls, not
mail-in balloting. Policymakers should examine empirical data to weigh
the tradeoffs between ballot security and ballot access before enacting
laws based on anecdotal data or hearsay.

Texas already has taken steps to minimize fraud by implementing
HAVA's requirements that each state cull its voter registration databases
and remove any voters who are deceased or are convicted of a felony.
Prospective voters already must prove their identity during the registration
process and must swear under penalty of perjury that they are U.S.
citizens.

Since the process of obtaining a photo ID is cumbersome and cost
prohibitive for some citizens, CSSB 14 would suppress voting among
eligible voters. Although voter turnout increased in Indiana and Georgia in
2008, this was attributable to the historic nature of that election rather than
enhanced public confidence caused by voter ID laws.

According to the Brennan Center for Justice, up to 12 percent of eligible
voters nationwide lack a photo ID. The percentage is even higher for
seniors, minorities, people with disabilities, low-income voters, and
students.  Many of those citizens find it hard to obtain such identification
because the required documentation — the ID required to obtain an ID —
often is difficult to get. In Texas, it costs more than $20 for a birth
certificate, which would effectively require some to pay for the right to
vote even if the photo ID itself were free.

Although the bill would allow those who need a photo ID to obtain one
from DPS without charge, those persons still would have to navigate the
state bureaucracy just to secure their right to vote. The bill would inhibit
from voting those in the rural areas of the state where citizens may have to
travel more than 100 miles to a DPS office. There is no DPS office in 77
of Texas' 254 counties. For such residents, voting by mail may not be an
option, because current law allows only those who will be away from their
county during Election Day or early voting or are sick or disabled, age 65
or older, or in jail to vote by mail. Furthermore, the bill would give
election workers too much power and pave the way for discrimination,
since poll workers might not administer identification procedures fairly or
correctly. Slight discrepancies among names or addresses on ID cards,

SB 14
House Research Organization
page 10

voter registration cards, and the voting rolls – in addition to dated photographs on ID cards – could result in eligible citizens being denied the right to vote.

Although citizens must show proof of their identity when boarding an airplane or renting movies, these activities are not constitutional rights. This bill would give Texas one of most restrictive voter ID law in the nation. By unjustifiably and unduly burdening the exercise of a fundamental right, CSSB 14 would be open to invalidation as unconstitutional by going too far. Although the U.S. Supreme Court upheld Indiana's photo ID law, Indiana's law is less strict and allows voters to use a photo ID issued by any state or federal agency or by a state university. The U.S. Justice Department or a panel of three federal district judges in the District of Columbia are mandated by the Voting Rights Act to examine closely any changes to Texas' voting laws due to the state's history of voter suppression and could invalidate the bill for unjustifiably inhibiting minority voting rights.

The bill's fiscal note of $2 million does not accurately reflect its potential costs. The Legislative Budget Board acknowledged that the number of voters who would seek a free ID card is unknown. During a severe budget crisis, Texas should use its limited resources to investigate real voter fraud and vigorously prosecute violators rather than pursue a costly solution to a nonexistent problem.

OTHER OPPONENTS SAY:

Better alternatives exist to address potential election fraud. When executed properly, they would be less burdensome than a photo ID requirement. Signature comparison (comparing signatures used during voter registration and at the polls) has been used to determine legitimate mail-in ballots and could present a reliable alternative.

Texas should consider taking cues from states like Indiana, Michigan, and Georgia, whose less stringent voter ID laws contain photo ID alternatives such as student IDs, expired driver's licenses, or valid employee ID cards with photographs.

Voter turnout in Texas is abysmal, which unlike illegal voting is a proven and demonstrable problem. Texas should enact laws that encourage rather than suppress voting. Allowing voter registration on Election Day ("same-day" or "election-day" registration) has boosted voter turnout in some

SB 14
House Research Organization
page 11

states. Since HAVA requires each state to create computerized voter lists that can be checked in "real time" for duplications and fraud, same-day registration not only would not increase voter fraud but actually would discourage it.

NOTES:     During floor consideration of SB 14 on March 21, the bill was recommitted to committee on a point of order. The committee reported the bill again, and the committee substitute is unchanged from the earlier version.

The committee substitute differs from the Senate-passed version by requiring disabled voters seeking an exemption to include documentation from the U.S. Social Security Administration or the U.S. Department of Veterans Affairs rather than from a physician. It also specifies that a concealed handgun license used as photo ID would have to be current or have expired no more than 60 days earlier. The substitute revised the language regarding the affidavit executed by a voter who could not provide proof of identification. It omitted a provision in the Senate version that would have made implementation of the bill contingent on a specific appropriation.

The bill's fiscal note anticipates a cost of $2 million in fiscal 2012 to inform the public of the new identification requirements. The secretary of state has indicated that federal HAVA funds may be available for this purpose, pending verification with the federal government. According to the Legislative Budget Board, the state's lost revenue from issuing free photo ID cards cannot be determined because the number of people who would apply for the free cards is unknown.

# HOUSE JOURNAL

## EIGHTY-SECOND LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

THIRTY-EIGHTH DAY — MONDAY, MARCH 21, 2011

The house met at 11 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 101).

Present — Mr. Speaker; Aliseda; Allen; Alonzo; Alvarado; Anchia; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Burnam; Button; Cain; Callegari; Carter; Castro; Chisum; Christian; Coleman; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Davis, Y.; Deshotel; Driver; Dukes; Dutton; Eiland; Eissler; Elkins; Farias; Farrar; Fletcher; Flynn; Frullo; Gallego; Garza; Geren; Giddings; Gonzales, L.; Gonzales, V.; Gonzalez; Gooden; Guillen; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hernandez Luna; Hilderbran; Hochberg; Hopson; Howard, C.; Howard, D.; Huberty; Hughes; Hunter; Isaac; Jackson; Johnson; Keffer; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lozano; Lucio; Lyne; Madden; Mallory Caraway; Margo; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Miller, D.; Miller, S.; Morrison; Muñoz; Murphy; Naishtat; Nash; Oliveira; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pickett; Pitts; Price; Quintanilla; Raymond; Reynolds; Riddle; Ritter; Rodriguez; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Taylor, L.; Taylor, V.; Thompson; Torres; Truitt; Turner; Veasey; Villarreal; Vo; Walle; Weber; White; Woolley; Workman; Zedler; Zerwas.

Absent — Gutierrez.

The invocation was offered by Representative Landtroop.

The speaker recognized Representative Landtroop who led the house in the pledges of allegiance to the United States and Texas flags.

### REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Landtroop and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

### CAPITOL PHYSICIAN

The speaker recognized Representative Lozano who presented Dr. Luis Calo of Harlingen as the "Doctor for the Day."

The house welcomed Dr. Calo and thanked him for his participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

## NOTICE OF WITHDRAWAL OF ELECTION CONTEST

Upon Representative D. Howard having recused herself from the proceedings and having absented herself from the house chamber, the speaker had read the following statement:

## NOTICE OF WITHDRAWAL
## OF ELECTION CONTEST FOR THE OFFICE
## OF THE TEXAS HOUSE OF REPRESENTATIVES, DISTRICT 48

To the Honorable Speaker of the House of Representatives for the State of Texas:

COMES NOW, Dan Neil, Contestant in the above-styled cause of action, against Donna Howard, Contestee, and files this Notice of Withdrawal of Election Contest.

WHEREFORE, PREMISES CONSIDERED, Contestant Dan Neil withdraws his contest in House District 48.

Respectfully submitted,
BEIRNE, MAYNARD & PARSONS L.L.P.
Joseph M. Nixon
State Bar No. 15244800
James E. "Trey" Trainor, III
State Bar No. 24042052
401 W. 15th Street, Suite 845
Austin, Texas 78701
Telephone: (512) 623-6700
Facsimile: (512) 623-6701

Donna Garcia Davidson
State Bar No. 00783931
ATTORNEY AND COUNSELOR AT LAW
P.O. Box 12131
Austin, Texas 78711
Telephone: (512) 775-7625
ATTORNEYS FOR DAN NEIL

## CERTIFICATE OF SERVICE

I certify that on the 18th day of March, 2011, a true and correct copy of the foregoing document has been sent via electronic mail and facsimile transmission to Donna Howard, by and through her attorneys at the law firm of Ray, Wood, & Bonilla, 2700 Bee Caves Road, Austin, Texas, 78746.

Joseph M. Nixon

TX_00002906

Representative D. Howard was readmitted to the house chamber and announced present.

## HR 500 - PREVIOUSLY ADOPTED
### (by Hardcastle)

The chair laid out and had read the following previously adopted resolution:

**HR 500**, In memory of Texas Department of Public Safety Senior Corporal David Ralph Slaton of Bowie.

On motion of Representative Geren, the names of all the members of the house were added to **HR 500** as signers thereof.

## INTRODUCTION OF GUESTS

The speaker recognized Representative Hardcastle who introduced family members and friends of Senior Corporal David Ralph Slaton.

(Price in the chair)

## FIVE-DAY POSTING RULE SUSPENDED

Representative Gallego moved to suspend the five-day posting rule and all necessary rules to allow the Committee on Criminal Jurisprudence to consider **HB 2482** at 10:30 a.m. or upon final adjournment tomorrow in JHR 120.

The motion prevailed.

Representative S. Miller moved to suspend the five-day posting rule to allow the Committee on Homeland Security and Public Safety to consider **HB 1810** at 2 p.m. or upon final adjournment tomorrow in E1.026.

The motion prevailed.

## HR 939 - ADOPTED
### (by J. Davis)

Representative J. Davis moved to suspend all necessary rules to take up and consider at this time **HR 939**.

The motion prevailed.

The following resolution was laid before the house:

**HR 939**, Recognizing March 21, 2011, as World Down Syndrome Day.

**HR 939** was adopted.

## HR 530 - PREVIUSLY ADOPTED
### (by Schwertner)

The chair laid out and had read the following previously adopted resolution:

**HR 530**, In memory of J. D. Thomas, Jr., of Georgetown.

On motion of Representative Woolley, the names of all the members of the house were added to **HR 530** as signers thereof.

908                82nd LEGISLATURE — REGULAR SESSION

### INTRODUCTION OF GUESTS

The chair recognized Representative Schwertner who introduced family members of J. D. Thomas, Jr.

### HR 490 - PREVIOUSLY ADOPTED
### (by Gallego)

The chair laid out and had read the following previously adopted resolution:

**HR 490**, In memory of Joyce Ann Probst of Alpine.

On motion of Representative McClendon, the names of all the members of the house were added to **HR 490** as signers thereof.

### RESOLUTIONS ADOPTED

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 938** and **HR 947 - HR 951**.

The motion prevailed.

The following resolutions were laid before the house:

**HR 938** (by Martinez Fischer), Congratulating Erwin J. De Luna of San Antonio on the occasion of his retirement from the Texas Health and Human Services Commission.

**HR 947** (by Dutton), Congratulating Brian Wooten on completing the Men at Work program of Star of Hope in Houston.

**HR 948** (by Dutton), Congratulating Quinton Smith on completing the Motivational Work program of Star of Hope in Houston.

**HR 949** (by Dutton), Congratulating Elvin Adams on completing the Men at Work program of Star of Hope in Houston.

**HR 950** (by Dutton), Congratulating Christopher Rainer on completing the Men at Work program of Star of Hope in Houston.

**HR 951** (by Raymond), Congratulating Don Jose "Pepe" Diaz on his achievements as a charro.

The resolutions were adopted.

### HR 450 - ADOPTED
### (by Bohac and Farias)

Representative Bohac moved to suspend all necessary rules to take up and consider at this time **HR 450**.

The motion prevailed.

The following resolution was laid before the house:

**HR 450**, Congratulating Shelly Vasbinder and Manny Salazar III on their wedding.

**HR 450** was read and was adopted.

## INTRODUCTION OF GUESTS

The chair recognized Representative Bohac who introduced Shelly Vasbinder and Manny Salazar III.

## HR 733 - PREVIOUSLY ADOPTED
### (by Garza)

The chair laid out and had read the following previously adopted resolution:

**HR 733**, Recognizing March 22, 2011, as The University of Texas at Austin Plan II Honors Day.

## INTRODUCTION OF GUESTS

The chair recognized Representative Naishtat who introduced professors, students, and staff from The University of Texas at Austin Plan II Honors Program.

(Speaker in the chair)

## EMERGENCY CALENDAR
## SENATE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

## CSSB 14 ON SECOND READING
### (Harless, L. Taylor, Peña, Truitt, T. Smith, et al. - House Sponsors)

**CSSB 14**, A bill to be entitled An Act relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Representative Harless moved to postpone consideration of **CSSB 14** until 12:12 p.m. today.

The motion prevailed.

## GENERAL STATE CALENDAR
## HOUSE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

## HB 314 ON SECOND READING
### (by Hardcastle)

**HB 314**, A bill to be entitled An Act relating to the designation of a portion of U.S. Highway 81 as the Corporal David Slaton Memorial Highway.

**HB 314** was passed to engrossment.

## POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

## CSSB 14 ON SECOND READING
### (Harless, L. Taylor, Peña, Truitt, T. Smith, et al. - House Sponsors)

**CSSB 14**, A bill to be entitled An Act relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

**CSSB 14** was read second time earlier today and was postponed until this time.

### CSSB 14 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE ANCHIA:  I wanted to ask you a couple questions about **SB 14** and voter impersonation.  You alluded to the fact that this bill deals with one specific type of voter fraud, correct?

REPRESENTATIVE HARLESS:  Yes, potential voter fraud.

ANCHIA:  And that's voter impersonation?

HARLESS:  Yes.

ANCHIA:  And how does—describe how voter impersonation works.

HARLESS:  Someone shows up to the poll with a voter registration card that may not be theirs and passes a vote with that card.

ANCHIA:  How often does that happen in the State of Texas, do you think?

HARLESS:  I'm not advised.

ANCHIA:  Do you have a guess?  You've gone back and looked at interim reports and studies on this issue—

HARLESS:  Under our current law, there's not really tools necessary to stop this type of voter fraud.  In fact, most of this, in voter fraud, we may not even know about until after the election occurs.  We have heard from many witnesses over the last couple of sessions who have testified that voter impersonation, in which people's IDs or voter registration card have been used and a vote passed in that person's name, is not uncommon.

ANCHIA:  Did they provide any documented cases, or was it anecdotal?

HARLESS:  There was information from the secretary of state, but really, we don't have the tools to effectively deter or detect this type of voter fraud.

ANCHIA:  I find it interesting that you say that we don't have the tools in current law.  Are you pretty familiar with the Election Code?

HARLESS:  A little.  I've learned more about it the last few months.

ANCHIA:  Yeah, me too, me too.  What is the penalty for voter impersonation?

HARLESS:  As addressed in this bill?

ANCHIA:  No, no.  Current law.

HARLESS:  I think—

ANCHIA:  It's under Section 64.012 of the Election Code.

HARLESS:  And it would be a second-degree felony, if they're caught?

TX_00002910
JA_001970

TX_00002910

ANCHIA:  Okay, so, under current law, just to be clear so the membership knows, it's actually a third-degree felony.  So it's two to 10 years in prison and up to $10,000 worth of fines.  And in the committee substitute, it's actually bumped up to a third-degree felony so there's a penalty enhancement from third degree to second degree, so increases in severity, and then there's also an increase, a correlating increase with the attempted voter impersonation that gets bumped up as well, from its current penalty to 180 days—it's a state jail felony—180 days to two years in state jail and an optional fine of $10,000.  So there are some pretty severe penalties both in current law and in your proposed bill.  Correct?  A felony?

HARLESS:  Yes.

ANCHIA:  And, in terms of risk-reward, how many votes can you change with one case of voter impersonation?

HARLESS:  How many votes can you change?

ANCHIA:  Yes.  You were very concerned about a legitimate voter being disenfranchised by someone conducting voter impersonation.  Is it a scalable model, or when you commit an act of voter impersonation, how many votes do you change?

HARLESS:  Representative Anchia, this is about restoring confidence in election process—

ANCHIA:  No, I understand that—

HARLESS:—one person, one vote, and to get off on the fraud argument or how often it happens or if it even happens—we will never agree on that.  The purpose of this legislation is that when you show up to vote, you prove who you say you are.  It's a very simple, narrowly defined bill and we could stay here all day long discussing the fraud, but that is not what this bill is about.  This bill is about protecting, deterring, and detecting possible fraud in elections.

ANCHIA:  You sure?  I'm trying to get at that, because you talked about voter impersonation in your layout, and I know the narrative changes, because when—you know, we studied this thing for eight years now, almost six years, seven years actually, and we haven't been able to find much said voter impersonation.  Clearly, to support the bill, your narrative has to change so now it's about integrity of elections, I understand that.  In going through the current—you said in your layout, we currently don't have tools to prevent this.  So, I was trying to get at the tools that are in current state law, and the first one is sort of the deterrent effect of risking a state jail felony, two to 10 years in jail, $10,000 worth of fines, to change what, one vote, right?  So we're talking about deterrent effect and risk, and my question to you was, is it scalable?  When you commit an act of voter impersonation, how many votes do you change?

HARLESS:  I think it's possibly scalable.  If you look at Representative Donna Howard's election and Dan Neil, I think that a decision was decided by, what, two votes?

ANCHIA:  Were there any cases of voter impersonation there?

HARLESS:  I didn't follow it that closely.

ANCHIA:  I believe that there weren't.

HARLESS:  But when elections are won or lost on two votes, we need to put every check and balance we can to restore the public's confidence, and not only does it restore the public's confidence in the election, there's been documented evidence in the two states that have passed this more restrictive photo ID that voter turnout increases.  When people have confidence that their vote counts, they are more apt to show up and vote.

ANCHIA:  And those talking points are terrific—let's just try to stay on voter impersonation.  Right, so you said you're not sure of how often it occurs, you believe the tools aren't in place, you acknowledge there's a pretty significant penalty for doing it, correct?  A state jail felony—

HARLESS:  As it should be.

ANCHIA:  As it should be, correct, so there's a pretty significant penalty for doing it.  Now, let's talk about voter impersonation at the polling location.  Who's typically at the polling locations?

HARLESS:  As far as administrators, or people showing up to vote?

ANCHIA:  Yeah, under the Election Code, who's entitled to be at the polling locations?

HARLESS:  There are the election judge, the election clerk, election officers—

ANCHIA:  And it's your assertion today that those people are powerless to stop voter impersonation, correct?

HARLESS:  Powerless is not the word I would use.

ANCHIA:  You said helpless earlier, is that a better word?  They don't have the tools?

HARLESS:  They need some tools.

ANCHIA:  Okay, well are you familiar with Section 32.075 of the Election Code?

HARLESS:  I am not.

ANCHIA:  Section 32.075 of the Election Code discusses the law enforcement duties and powers of the presiding judge, of an election judge, do you know what they are?

HARLESS:  No, but I know you're going to tell me.

ANCHIA:  Yeah, I will, because I just want to clear up the fact that you're concerned that there are no tools, so I'll read that portion of the Election Code.  The presiding judge at a polling location can prevent violations of the Election Code at the polling place, and in performing those duties, the presiding judge has the power of a state district judge, including the power to issue an arrest warrant.  Were you aware of that?

HARLESS:  No.

ANCHIA:  Do you think issuing an arrest warrant to stop some of this purported voter impersonation is a powerful tool?

HARLESS:  I think that the testimony that we've heard and the articles that have been reported on over the last few years, there have been a number of election officers and election judges that said there were people that came in to vote, they had a voter registration, they returned and voted again with a different voter registration, and they felt they didn't have the tools—

ANCHIA:  And none of those cases were documented, right?  None of them.

HARLESS:  They were reported on.

ANCHIA:  They were reported, maybe complaints, possibly investigated by the attorney general, but none of them ever documented or conclusively prosecuted, correct?

HARLESS:  I don't know if that's correct or not.  It was not part of our testimony.

ANCHIA:  But don't you think, having the power as an election judge to issue an arrest warrant to satisfy, to enforce the provisions of the Election Code—that's not—you claim that these people are helpless, they don't have the tools.  But you don't think that's a tool?

HARLESS:  I don't think it's a tool when they're not required to show a photo ID when they show up to vote that says they are who they—

ANCHIA:  If you're an election judge and you know you have the power of a state district judge to issue an arrest warrant and you see somebody who is potentially committing voter impersonation, and you don't do anything about it, whose fault is that?

HARLESS:  I think that is the legislature's fault—

ANCHIA:  It's our fault?

HARLESS:—for not putting checks and balances in place that we can require voters to prove who they are when they show up to vote.

ANCHIA:  Do you have—and I noticed you avoided presenting any evidence of voter impersonation in your layout—do you have any cases of voter impersonation?

HARLESS:  I'm sure you know more about that than I do.

ANCHIA:  Okay, okay.  You're concerned about legitimate voters being disenfranchised, right?  That's really important to you.

HARLESS:  I am concerned about protecting the public's trust and the integrity in the elections process.

ANCHIA:  I understand, as am I, as am I.  And you believe that passage of this bill will restore confidence among members of the public in the voting process and restore integrity, correct?  That's what you said in your layout?

HARLESS:  I do.

ANCHIA:  And you believe that?

HARLESS:  I do.

ANCHIA:  Why does it ignore mail-in ballots?

HARLESS:  This bill is only interested in one type of potential fraud, in-person voter fraud.

ANCHIA:  That's really interesting to me, because we've got a bill that addresses a narrow type of fraud that you even acknowledged you had no cases of.

HARLESS:  I did not say I have no cases.

ANCHIA:  Then give me a case.

HARLESS:  I said that they were not part of our testimony.

ANCHIA:  Did you run across a case?

HARLESS:  There was, media reported on it, but continue.

ANCHIA:  Okay, so you have no cases of voter impersonation?

HARLESS:  I have no cases we're going to discuss on the house floor.

ANCHIA:  So the author has no cases on the house floor of voter impersonation, you are, yet, very, very concerned about the integrity of elections.  Correct?  Yet this bill doesn't deal with the type of voter fraud that we've seen most prevalently in the State of Texas, which is mail-in ballots.  Correct?

HARLESS:  There are other pieces of legislation that—

ANCHIA:  Have you filed a bill on mail-in ballots?

HARLESS:  No, sir.

ANCHIA:  But you're concerned about legitimate votes that are cast being cancelled out by voter fraud, are you not?

HARLESS:  I am concerned about public confidence in the election and verifying that you are who you say you are when you show up to vote.  This is not the venue to discuss mail-in ballots.

ANCHIA:  Well, I think it is, because, if—now the narrative has changed.  Before it used to be, hey, we're really concerned about all these illegal aliens coming across the border and voting and then, when there was little to no evidence of that, then the narrative changed, and now it's the integrity of elections.  Well the integrity of the elections, if you believe that narrative, also includes fraud that would cancel out a person's legitimately cast vote.  Am I correct?

HARLESS:  This is not the venue to discuss mail-in ballots.

ANCHIA:  Where do we discuss it?  Do we discuss it in the senate?  Do we discuss it in the back hall?

HARLESS:  On another piece of legislation, we can discuss it in all those places if you would like.

ANCHIA:  If you have opened the door to the integrity of elections, then I think it's fair game to discuss that type of fraud, which we actually do see in the State of Texas—

HARLESS: I look forward to you bringing that bill to the Texas House.

ANCHIA:—which is specifically ignored by your bill. But this is really about a desire to make sure that legitimately cast votes are not counter balanced or offset, and to really restore integrity of elections. Why don't you do anything about mail-in ballots in your bill?

HARLESS: This bill is to address in-person possible voter fraud. I appreciate you bringing up the mail-in ballots, and I look forward to your bill that you will bring addressing that type of fraud.

ANCHIA: I actually chair the select committee on that, and I've had, in the past, mail-in ballot bills.

HARLESS: I think that's great legislation, I look forward to helping you with it.

ANCHIA: Here's the quandary for this body. If you say passing this bill is going to restore integrity of elections, you do nothing in this bill to deal with mail-in ballots and 70 percent of all the prosecutions by the attorney general have been mail-in ballots, then you're really not restoring integrity of elections because people, like they have for the last six years, will be reading about mail-in ballot fraud, mail-in ballot fraud, mail-in ballot fraud. Let's talk a little bit about the Voting Rights Act, if you don't mind. How much money is in the bill for informing Texans about the change in the law?

HARLESS: The fiscal note on the bill is $2,024,000.

ANCHIA: Okay, and where's that money going to come from?

HARLESS: That money is already appropriated in our base budget that Chairman Pitts presented. We have, officially, $43 million of HAVA funds, Help America Vote funds, leftover from past sessions, and we are pretty confident once we request the approval of use of those funds that we can use those funds to offset the costs of this fiscal note.

ANCHIA: And what is that request going to entail?

HARLESS: It entails writing to the department of elections assistance.

ANCHIA: The Elections Assistance Commission? The EAC?

HARLESS: Yes.

ANCHIA: And does it also require an amendment of our state plan?

HARLESS: I'm not advised.

ANCHIA: Okay, let me ask you about how those HAVA funds are going to be spent? How many of those HAVA funds that are appropriated in this bill are going to be dedicated to educating Latinos, African Americans, and Asians on the new photo identification requirement under **SB 14**?

HARLESS: The methodology and the fiscal note says that there will be $2 million for the fiscal year 2012 and an estimated half a million dollars to research and develop ways to inform the public on new identification requirements. Additional cost of $1.5 million in media advertising, television,

TX_00002915

of—a breakdown of that: $750,000 on television, $300,000 in radio, and $300,000 in print, and internet of $150,000. The secretary of state indicates that federal funds associated with Help America Vote Act may be available for use, but the agency will need to verify that with the federal government once this is passed.

ANCHIA:  And the Voting Rights Act covers the State of Texas, correct?

HARLESS:  Excuse me?

ANCHIA:  I'm sorry, the Voting Rights Act covers the State of Texas, correct?

HARLESS:  Yes.

ANCHIA:  And there are protected classes under the Voting Rights Act, correct?

HARLESS:  Yes.

ANCHIA:  So my question didn't relate generally to what the fiscal note said, it related specifically to Latinos and African Americans.  I also included Asian Americans because of your home county, Harris County, has a significant Asian American population.  So what percentages of the $2 million will be dedicated to those protected classes?

HARLESS:  It is not broken out specifically in the bill.  I think this bill will increase turnout and education among all voters.

ANCHIA: Okay, but there's nothing in your bill dealing specifically with Latinos or African Americans, correct?

HARLESS:  It will increase turnout of all voters and education of all voters.

ANCHIA:  But is there—I'll rephrase the question in case we don't understand—

HARLESS:  I'm a blonde, and that happens.

ANCHIA:  Is there anything in your bill that specifically requirs education of Latinos and African Americans covered under the Voting Rights Act?  I'll throw in Asians as well.

HARLESS:  The bill that we filed is modeled on the Georgia and Indiana legislation that have both been upheld by the U.S. Constitution and pre-cleared by the Department of Justice.

ANCHIA:  Do you know what's in your bill?

HARLESS:  I think I do, I've read it several times.

ANCHIA:  If you know what's in your bill, then you can answer this question.  Is there any funding specifically dedicated to Latinos, or African Americans, or Asians which are protected classes under the Voting Rights Act?  I mean, it's either in there or it's not.

HARLESS:  The funding in the bill provided education for all voters across the State of Texas.

ANCHIA:  Okay, but not specifically, not specifically correct?

HARLESS:  It does not specifically carve anything out.  This will increase voter turnout and education for all voters.

ANCHIA:  Will the educational materials and promotional materials be presented in English, Spanish, and Vietnamese, with respect to Harris County?

HARLESS:  They will be printed in the language that the counties are required to provide language in.

ANCHIA:  But there's nothing in your bill that specifically states that you will have bilingual Spanish, English, Vietnamese documents, correct?

HARLESS:  There was an amendment that was added in the senate that says the website in each language in which the voter registration materials are available.

ANCHIA:  Right, and the website is—

HARLESS:  Is that what you're asking?

ANCHIA:—slightly different, the website is a little bit different than the promotional and educational materials that are going to be distributed to people who may be in the protected classes.  So I was just trying to get at whether your bill includes anything related to promotional materials in English, Spanish, and Vietnamese.

HARLESS:  It allows for the printing in the language that the counties are required to on all the notices at the polling places and that the county registrar will provide.

ANCHIA:  And that language is in your bill?

HARLESS:  Yes.

ANCHIA:  Okay, can you tell me where?

HARLESS:  Well, Section 31.012—

ANCHIA:  On what page, really quickly.

HARLESS:  Page 3, under Section 5, talks about the languages.

ANCHIA:  In each language in which voter registration materials are available, I do see it in your bill.

HARLESS:  And that is also a requirement of the federal voter right act, I mean that's—

ANCHIA:  The Voting Rights Act?

HARLESS:  Right—

ANCHIA:  But, I'm asking a slightly different question.  Will the, for example, TV and radio, and additional notices that are above and beyond this section of your bill which is the posted notice, is TV and radio going to be done in multiple languages?

HARLESS:  To my understanding, the testimony that we had in committee, where you were at, the secretary of state said that they would look at the best practices of other states and decide the best way to accommodate that, so I don't know that that specific question was answered from the testimony in committee. You were there.

ANCHIA:  I don't believe it was. And I don't think it's included in the bill either.

HARLESS:  The next question?

ANCHIA:  What efforts will be made to ensure African Americans and Latinos will be able to access free identification documents?  Will there be mobile units or any specific outreach?

HARLESS:  There was no testimony on that.

ANCHIA:  Yes, but what does your bill say?

HARLESS:  There is no specifics in that.  That will be up to the secretary of state to decide those procedures.

ANCHIA:  Have you—I know you've done a lot of work on this bill, a lot of research.  What academic studies have you run across to determine the number of minorities that lack required photo identification?

HARLESS:  From all the testimony that we've had in committee, there was no possible way to determine that.

ANCHIA:  And you're not aware of any academic studies—is what my question was asking—any academic studies that deal with that issue?

HARLESS:  There are so many studies out there, that no, they all look the same in my head.  And I only have this notebook, so I couldn't bring everything.

ANCHIA:  Are you aware of any studies conducted by a state agency to project the number of voters that lack the required identification and what percentage of these voters are African American or Hispanic?  Are you aware of any studies like that?

HARLESS:  I did not see that in testimony.

ANCHIA:  But, are you aware of any studies?  Above and beyond the testimony?

HARLESS:  No.  Not advised.

ANCHIA:  Why are the identification requirements of **SB 14** more restrictive than **SB 362** from last session?  Is there any evidence to suggest something's changed?

HARLESS:  We've had two additional years to see that photo ID is working in other states.  We've also had two additional years to hear from the public on their concerns of the integrity of the ballot box.  Only a true photo ID bill can deter and detect fraud at the polls and can protect the public's confidence in the election.

ANCHIA:  Is it possible that Latinos and African Americans in Texas will be put in a worse position in terms of electoral power as a result of **SB 14**?

HARLESS:  I believe with all my heart that this bill will increase turnout of all voters in the State of Texas.

ANCHIA:  But what if you're wrong?  Are there any safeguards in the bill to remedy the situation, for example, a Sunset provision, if we see that there's a substantial number of African Americans or Latinos that are disenfranchised by this bill?

HARLESS:  In the two states that have passed this type of voter, similar bills to our bill, they have showed increase in election for the minorities, and I think that we will see the same results in Texas.  This will increase turnout of all voters because of the restored confidence that their vote counts.

ANCHIA:  Okay, and just to be clear, Indiana, which is one of the states, is not a Voting Rights Act covered jurisdiction, right?  And Georgia, which is Voting Rights Act covered, doesn't have as large a Latino population as Texas, correct?

HARLESS:  I have no idea.

ANCHIA:  Okay, I would submit to you it doesn't.  Is there any trigger mechanism for more funding or increased outreach if something does go wrong in the bill and it turns out Latinos and African Americans are disenfranchised?

HARLESS:  The testimony of the LBB—

### REMARKS ORDERED PRINTED

Representative Anchia moved to print remarks between Representative Harless and Representative Anchia.

The motion prevailed.

**Amendment No. 1**

Representative Anchia offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) by striking the enacting clause (page 1, line 4).

Amendment No. 1 was withdrawn.

**Amendment No. 2**

Representative Giddings offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1)  In the recital to SECTION 9 of the bill (page 5, line 1), strike "(g) and (h)" and substitute "(g), (h), and (i)".

(2)  In SECTION 9 of the bill, in amended Section 63.001(b), Election Code (page 5, line 2), strike "Subsection (h)" and substitute "Subsection (h) or (i)".

(3)  In SECTION 9 of the bill, following added Section 63.001(h), Election Code (page 6, between lines 23 and 24), add the following:

(i)  A voter who would otherwise be accepted for voting under this chapter but for the requirements of Subsection (b) shall be accepted for voting if, instead of presenting the identification required by Subsection (b), the voter executes an affidavit under penalty of perjury that asserts that the voter's

proof of identification meeting the requirements of Subsection (b) has been stolen and the voter presents to an election officer a copy of an official police report, dated not earlier than the 45th day before the date on which the voter seeks to vote, alleging that the voter was a victim of an offense described by Sections 31.03 or 32.51, Penal Code. The voter may redact personal information on the police report relating to the voter, other than the voter's name, address, or date of birth. A police report presented under this section is not required to contain the voter's date of birth.

## CSSB 14 - POINT OF ORDER

Representative Martinez raised a point of order against further consideration of **CSSB 14** under Rule 4, Section 32(c)(2) and Rule 4, Section 32(f) of the House Rules on the grounds that the bill analysis is incorrect.

The speaker sustained the point of order, speaking as follows:

Mr. Martinez raises a point of order under Rule 4, Section 32(c)(2) and Rule 4, Section 32(f) in that the bill analysis is substantially or materially misleading, specifically because the bill analysis refers to six business days while the text of the bill refers only to six days.

The chair has reviewed the bill and bill analysis and finds the reference in the bill analysis to be materially or substantially misleading in the context of the bill. The point of order is sustained.

**CSSB 14** was returned to the Select Committee on Voter Identification and Voter Fraud.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for today because of important business:

Gutierrez on motion of Burnam.

## COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Business and Industry will reconvene 10 minutes after adjournment today.

Ways and Means will reconvene 15 minutes after adjournment today.

Border and Intergovernmental Affairs, 2 p.m. today.

## ADJOURNMENT

Representative L. Taylor moved that the house adjourn until 10 a.m. tomorrow.

The motion prevailed.

The house accordingly, at 1:51 p.m., adjourned until 10 a.m. tomorrow.

_____

**ADDENDUM**

_____

**MESSAGES FROM THE SENATE**

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, March 21, 2011

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HCR 47**              Guillen                    SPONSOR: Zaffirini
In memory of U.S. Army Private First Class Ira Benjamin Laningham IV of Zapata.

**SB 160**              Williams
Relating to the regulation of certain aggregate production operations by the Texas Commission on Environmental Quality; providing penalties.

**SB 173**              West
Relating to civil remedy of violations of certain municipal health and safety ordinances.

**SB 312**              Seliger
Relating to the exemption of certain electric cooperatives from certain regulations.

**SB 350**              Williams
Relating to the restructuring of fund obligations and accounts of the Texas Municipal Retirement System and related actuarial and accounting procedures.

**SB 361**              Duncan
Relating to indemnification provisions in construction contracts.

**SB 370**              Seliger
Relating to the authority of the Texas Water Development Board to provide financial assistance for certain projects if the applicant has failed to complete a request for information relevant to the project.

**SB 425**              Carona

Relating to property and casualty certificates of insurance and approval of property and casualty certificate of insurance forms by the Texas Department of Insurance; providing penalties.

**SB 527**                    Fraser
Relating to projects funded through the Texas emissions reduction plan.

**SB 566**                    Williams
Relating to the regulation of the practice of public accountancy.

**SB 605**                    Rodriguez
Relating to the creation of an appellate judicial system for the Eighth Court of Appeals District.

**SB 781**                    Carona
Relating to the repeal of certain legislative oversight committees.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 17**

Criminal Jurisprudence - **HB 341**, **HB 350**, **HB 690**

Public Education - **HB 1703**

State Affairs - **HB 888**, **HB 1064**, **HB 1165**

Ways and Means - **HB 234**, **HB 252**, **HB 361**

**March 18**

Agriculture and Livestock - **HB 92**

Business and Industry - **HB 681**

Culture, Recreation, and Tourism - **HB 308**, **HB 790**, **HB 1301**, **HB 1346**, **HB 1843**, **HB 1844**, **HCR 33**

Higher Education - **HB 9**, **HB 10**

Licensing and Administrative Procedures - **HB 378**, **HB 457**, **HB 510**, **HB 1510**

Public Education - **HB 675**, **HB 861**, **HB 1130**

Public Health - **HB 549**, **HB 670**

State Affairs - **HB 51**, **HB 183**, **HJR 65**

Transportation - **HB 238**

Ways and Means - **HB 499**

## ENROLLED

**March 17 - HCR 10**, **HCR 28**

## SENT TO THE GOVERNOR

**March 17 - HCR 10**, **HCR 28**, **HCR 40**, **HCR 56**, **HCR 59**, **HCR 76**

## SENT TO THE SECRETARY OF THE STATE

**March 17 - HCR 58**

## SIGNED BY THE GOVERNOR

**March 18 - HCR 49**, **HCR 70**

TX_00002924
JA_001984

TX_00002924

Case 2:13-cv-00193   Document 725-14   Filed on 11/17/14 in TXSD   Page 92 of 206

2011 (82R) SB 14

3.21.11 HOUSE CHAMBERS FLOOR DEBATE

2ND READING

MARCH 21, 2011

Transcribed by Rhonda Howard, CSR
April 23, 2012

2

1           THE CLERK:  SB-14 by Fraser relating

2     to requirements to vote including presenting proof

3     of identification, providing criminal penalties.

4           THE SPEAKER:  Chair recognizes

5     Representative Harless.

6           REPRESENTATIVE HARLESS:  Thank you,

7     Mr. Speaker, Members.

8           The requirement of photo I.D. is becoming

9     all but necessary in the modern age.  Photo I.D.s

10    are required to drive a car, buy alcohol or

11    cigarettes, to obtain a hunting or fishing license,

12    to open a bank account, to purchase medical

13    prescriptions, to obtain most health or dental care

14    and to rent a hotel room or a car.

15          The Appellant Court [sic] in the Indiana

16    photo voter I.D. case, Crawford versus Marion

17    County, stated, "It is exceedingly difficult to

18    maneuver in today's America without a photo I.D.

19    And, as a consequence, the vast majority of adults

20    have such I.D.  Ballot access should have at least

21    the same integrity as renting a movie, boarding a

22    commercial plane or cashing a check."

23          The fact that states across the nation are

24    passing voter I.D. laws is proof enough that the

25    public's concern regarding the potential of voter

3

1    fraud.  While there is, and perhaps will always be,

2    a disagreement regarding the extent of the voter

3    fraud, the lack of public confidence in our voting

4    system cannot be questioned.

5             People who lack confidence in the election

6    system see no reason to show up and vote.  There is

7    potential for fraud in registration, in-person

8    voting and counting the ballots.

9             SB-14 is a simple, narrowly-crafted piece

10   of legislation that only addresses one type of

11   potential fraud, in-person voting.

12            SB-14 is similar to Georgia's photo I.D.,

13   which was approved by the Department of Justice, and

14   Indiana's photo I.D., which was upheld by the

15   Supreme Court.

16            In upholding Indiana's photo I.D. law the

17   Supreme Court stated, "Confidence in the integrity

18   of our election process is essential to the

19   functioning of our participatory democracy.  Voter

20   fraud drives honest citizens out of the democratic

21   process and breeds distrust of our government.

22   Voters who fear their legitimate votes will be

23   outweighed by fraudulent ones will feel

24   disenfranchised."

25            This bill is in compliance with the U.S.

TX_00212628

4

1    Supreme Court decision which upheld the Indiana

2    voter I.D. legislation, because it deters and

3    detects fraud.  It protects the public's confidence

4    in elections.  It counts only eligible voters'

5    votes.

6          It also complies with the Supreme Court

7    decision, because it offsets the proof on voters by

8    providing free access to free photo I.D. cards,

9    allowing for provisional ballots and absentee

10   ballots, ensuring that obtaining a photo I.D. is no

11   more burdensome or inconvenient than the usual act

12   of voting, and provides exceptions for elderly,

13   disabled or indigent voters.

14          SB-14 would require you -- a voter to show

15   a photo I.D. when voting in person.  The acceptable

16   I.D.s include cards issued by the DPS, driver's

17   license or I.D. card, a military pass -- I.D., a

18   passport or a concealed handgun license.  These

19   forms of I.D. must be current or no more than 60

20   days expired.  A current citizen's certificate with

21   a photo is also an acceptable form of

22   identification.

23          Voters who cannot produce an acceptable

24   form of photo I.D. will be allowed to cast a

25   provisional ballot.  That ballot will be counted if

1    the voter returns within six days with the photo

2    I.D.

3              There are exceptions to the photo I.D.

4    legislation, which include people who are 70 years

5    old or older as of January 1st, 2012.  They may

6    continue to vote with their voter registration card.

7              Indigent people and people with religious

8    objections to be photographed may cast a provisional

9    ballot on election day and return to the registrar

10   within six days with a signed affidavit confirming

11   their exempt status.

12             And voters who are disabled and provide

13   written documentation from the Social Security

14   Administration or the Veterans Affair Department

15   verifying their [sic] are -- they are receiving

16   benefits due to the disability and the voter does

17   not have one of the other acceptable forms of I.D.

18   for voting.

19             SB-14 would provide statewide extensive

20   training and notification of the changes in

21   requiring a photo I.D. to vote.  It would provide

22   for free DPS-issued I.D.s to registered voters who

23   request an I.D. who do not have another acceptable

24   form of identification, photo identification for

25   voting.  It allows a voter to cast a ballot if the

6

1    name on the I.D. is substantially similar to the

2    name on the voter's list.

3            In conclusion, in two states with strict

4    photo I.D. requirements, voter turnout has increased

5    since the photo I.D. laws were enacted.  This tells

6    me that photo voter I.D. requirements increase the

7    public's confidence in the election process, which

8    has been shown in these states to increase voter

9    participation.

10           Although way -- we may disagree on how

11   much voter fraud takes place, just one fraudulent

12   vote effectively steals one legitimate vote.

13   Elections are too important to leave this

14   unprotected.

15           This legislation is not a radical concept.

16   It is just asking that every voter verify you are

17   who you say you are before casting a vote.

18                   THE SPEAKER:  Mr. Anchia, for what

19   purpose?

20                   REPRESENTATIVE ANCHIA:  Will the

21   gentle lady yield, please?

22                   THE SPEAKER:  Will the lady yield?

23                   REPRESENTATIVE HARLESS:  I will.

24                   REPRESENTATIVE ANCHIA:

25   Representative Harless --

7

1                      REPRESENTATIVE HARLESS:  Hi.

2                      REPRESENTATIVE ANCHIA:  -- good

3     afternoon.  I wanted to ask you a couple questions

4     about Senate Bill 14 and voter impersonation.

5              You alluded to the fact that -- that this

6     bill deals with one specific type of voter fraud.

7     Correct?

8                      REPRESENTATIVE HARLESS:  Yes,

9     potential voter fraud.

10                      REPRESENTATIVE ANCHIA:  And that's --

11    and that's -- that's voter impersonation?

12                      REPRESENTATIVE HARLESS:  Yes.

13                      UNIDENTIFIED REPRESENTATIVE:  And how

14    does -- describe how voter impersonation works.

15                      REPRESENTATIVE HARLESS:  Someone

16    shows up to the poll with a voter's registration

17    card that may not be theirs and casts a vote -- a

18    vote with that card.

19                      REPRESENTATIVE ANCHIA:  How -- how

20    often does that happen in the State of Texas, do you

21    think?

22                      REPRESENTATIVE HARLESS:  I'm not

23    advised.

24                      REPRESENTATIVE ANCHIA:  Do -- do you

25    have a guess?  You -- you've gone back and looked at

1    interim reports and studies on this issue.

2                    REPRESENTATIVE HARLESS:  Under our

3    current law there's not really tools necessary to

4    stop this type of in-voter fraud.  In fact, most of

5    this in-voter fraud we may not even know about until

6    after the election occurs.

7                    We have heard from many witnesses over the

8    last couple sessions who have testified that voter

9    impersonation in which people's I.D.s or voter

10   registration card have been used and false votes

11   cast in that person's name is not uncommon.

12                    REPRESENTATIVE ANCHIA:  And did --

13   did they provide any documented cases, or was it

14   anecdotal?

15                    REPRESENTATIVE HARLESS:  It --

16   there -- there was information from the Secretary of

17   State, but really we don't have the tools to

18   effectively deter or detect this type of voter

19   fraud.

20                    REPRESENTATIVE ANCHIA:  I find it

21   interesting that you say we don't have the tools in

22   current law.

23                    Are you pretty familiar with the Election

24   Code?

25                    REPRESENTATIVE HARLESS:  A little.

House Chambers Floor Debate, 2nd                    March 21, 2011

9

1  I've learned more about it the last few months.

2                  REPRESENTATIVE ANCHIA:  Me, too.  Me,

3  too.

4            What is the penalty for voter

5  impersonation?

6                  REPRESENTATIVE HARLESS:  As addressed

7  in this bill?

8                  REPRESENTATIVE ANCHIA:  No, no.

9  Current law.

10                  REPRESENTATIVE HARLESS:  I think --

11                  REPRESENTATIVE ANCHIA:  It's under

12  Section 6401 -- spot 012 of the Election Code.

13                  REPRESENTATIVE HARLESS:  And it would

14  be a second-degree felony if they're caught.

15                  REPRESENTATIVE ANCHIA:  Okay.  So

16  current -- under current law, just to be clear so

17  the membership knows, it's actually a third-degree

18  felony, so it's two to ten years in prison and up to

19  $10,000 worth of fine.

20            And in the Committee substitute that we

21  have before us, it's actually bumped up to a

22  third-degree felony.  So there's a -- a penalty

23  enhancement from third-degree to second-degree, so

24  it increases in severity.  And then there's also an

25  increase -- a correlating increase with the

House Chambers Floor Debate, 2nd                March 21, 2011

1    attempted voter impersonation that gets bumped up,

2    as well, from -- from its current law -- for its --

3    from it's current penalty to 180 days -- it's a

4    state jail felony, 180 days to two years in state

5    jail and an optional fine of $10,000.

6             So there are some pretty severe penalties

7    both in current law and in your proposed bill.

8    Correct?  A felony.

9                  REPRESENTATIVE HARLESS:  Yes.

10                 REPRESENTATIVE ANCHIA:  And in terms

11   of -- of risk/reward, how many -- how many votes can

12   you change with one case of voter impersonation,

13   just --

14                 REPRESENTATIVE HARLESS:  How many

15   votes can you change?

16                 REPRESENTATIVE ANCHIA:  Yeah.

17             See, you were very concerned about a -- a

18   legitimate voter being disenfranchised by someone

19   conducting voter impersonation.  Is -- is -- is

20   it -- is it a scalable model, or when you commit an

21   act of voter impersonation how many votes do you

22   change?

23                 REPRESENTATIVE HARLESS:

24   Representative Anchia, this is about restoring

25   confidence in the election process --

11

1  REPRESENTATIVE ANCHIA:  No.  I

2  understand that.

3  REPRESENTATIVE HARLESS:  -- one

4  person, one vote.  And to get off on the fraud

5  argument and how often it happens or if it even

6  happens, we will never agree on that.

7  REPRESENTATIVE ANCHIA:  Well, I --

8  I --

9  REPRESENTATIVE HARLESS:  The purpose

10  of this legislation is that when you show up to

11  vote, you prove who you say you are.  It's a very

12  simple, narrow-defined bill.  And we can stay here

13  all day long discussing the fraud, but that is not

14  what this bill is about.  This bill is about

15  protecting, deterring and detecting possible fraud

16  in elections.

17  REPRESENTATIVE ANCHIA:  Sure.  I'm --

18  I'm trying -- I'm trying to get at that, because you

19  talked about voter -- voter impersonation in your

20  layout.  And I know -- I know the narrative changes,

21  because when -- when -- you know, we've studied this

22  thing for eight years now -- almost six years --

23  seven years, actually, and we haven't been able to

24  find widespread voter impersonation.

25  Clearly to support the bill your narrative

JA_001995

1    has to change, so now it's about the integrity of

2    elections.  I understand that.

3              But when -- in going through the

4    current -- you -- you said in your layout the -- we

5    currently don't have tools to prevent this.  So I

6    was trying to get at the tools that are in current

7    state law.

8              And the first one is sort of the deterrent

9    effect of risking a state jail felony, two to ten

10   years in jail, $10,000 worth of -- of fines to

11   change, what, one vote.  Right?  So we're talking

12   about deterrent effect and risk.  And my question to

13   you was is it scalable?

14             I mean, when you commit an act of voter

15   impersonation, how many votes do you change?

16             REPRESENTATIVE HARLESS:  I think it's

17   possibly scalable.  If you look at the

18   Representative Donna Howard's election and Dan Neil,

19   I think the decision was decided by, what, two

20   votes.

21             REPRESENTATIVE ANCHIA:  Was there --

22   were there any occasions of voter impersonation

23   there?

24             REPRESENTATIVE HARLESS:  I didn't

25   follow it that closely --

House Chambers Floor Debate, 2nd                March 21, 2011

13

1           REPRESENTATIVE ANCHIA:  I believe
2  that there aren't.
3           REPRESENTATIVE HARLESS:  -- but when
4  elections are won or lost on two votes we need to
5  put every check and balance we can to restore the
6  public's confidence.  And not only does it restore
7  the public's confidence in the election, there's
8  been documented evidence in the two states that have
9  passed this more restrictive photo I.D. that voter
10 turnout increases.  When people have confidence --
11           REPRESENTATIVE ANCHIA:  Can --
12           REPRESENTATIVE HARLESS:  -- they are
13 more apt to show up and vote.
14           REPRESENTATIVE ANCHIA:  And those
15 talking points are terrific.  Let -- let's try to
16 stay on voter impersonation.  Right?
17      So you said you're not sure of -- of
18 how -- how often it occurs.  You believe the tools
19 aren't in place.  You acknowledge there's a pretty
20 significant penalty for doing it.  Correct?  A state
21 jail felony --
22           REPRESENTATIVE HARLESS:  As should
23 be.
24           REPRESENTATIVE ANCHIA:  -- is -- is
25 that -- yeah.  As it should be, correct.  So there's

TX_00212638

14

1    a pretty significant penalty for doing it.

2              Now, let's talk about voter impersonation

3    at the polling location.  Who's typically at the

4    polling location?

5                   REPRESENTATIVE HARLESS:  As far as

6    administrators --

7                   REPRESENTATIVE ANCHIA:  Yeah, yeah.

8                   REPRESENTATIVE HARLESS:  -- or people

9    showing up to vote?

10                  REPRESENTATIVE ANCHIA:  Yeah.  Under

11   the Election Code, who do you -- who -- who's

12   entitled to be at the -- at the polling location?

13                  REPRESENTATIVE HARLESS:  There -- the

14   election judge, election clerks, election officers.

15                  REPRESENTATIVE ANCHIA:  And -- and

16   it's your -- it's your -- it's your assertion today

17   that those people are powerless to stop voter

18   impersonation.  Correct?

19                  REPRESENTATIVE HARLESS:  Powerless is

20   not the word I would use.

21                  REPRESENTATIVE ANCHIA:  You said

22   helpless earlier.  Is that -- is that a better word?

23   They don't have the tools?

24                  REPRESENTATIVE HARLESS:  They need

25   some tools.

 1                      REPRESENTATIVE ANCHIA:  Okay.  Well,
 2      are you familiar with Section 32 spot 075 of the
 3      Election Code?
 4                      REPRESENTATIVE HARLESS:  I am not.
 5                      REPRESENTATIVE ANCHIA:  Section
 6      32.075 of the Election Code discusses the law
 7      enforcement duties and powers of the presiding
 8      judge, of an election judge.  Do you know what they
 9      are?
10                      REPRESENTATIVE HARLESS:  No.
11                      REPRESENTATIVE ANCHIA:  Okay.
12                      REPRESENTATIVE HARLESS:  But I know
13      you're going to tell me.
14                      REPRESENTATIVE ANCHIA:  Yeah, I -- I
15      will, because I -- I just want to clear up the fact
16      that you're concerned there are no tools.
17              Well, I'll -- I'll read from that portion
18      of the Election Code. "The presiding judge at a --
19      at a polling location can prevent violations of the
20      Election Code at the polling place.  And in
21      performing those duties, the presiding judge has the
22      power of a State District Judge, including --
23      including the power to issue an arrest warrant."
24                      Were you aware of that?
25                      REPRESENTATIVE HARLESS:  No.

16

1           REPRESENTATIVE ANCHIA:  Do you

2  think -- do you think issuing an arrest warrant to

3  stop some of this purported voter impersonation is a

4  powerful tool?

5           REPRESENTATIVE HARLESS:  I think that

6  the testimony that we're heard and the articles that

7  have been reported on over the last few years, there

8  have been a number of election officers and election

9  judges that said there were people that came in to

10 vote, they had a voter registration, they returned

11 and voted again with a different voter registration,

12 and they felt they didn't have the tools

13 necessary --

14           REPRESENTATIVE ANCHIA:  And -- and

15 none of those cases were documented.  Right?  None

16 of them.

17           REPRESENTATIVE HARLESS:  They were

18 reported on.

19           REPRESENTATIVE ANCHIA:  They -- they

20 were reported, maybe complaints --

21           REPRESENTATIVE HARLESS:  Yes.

22           REPRESENTATIVE ANCHIA:  -- possibly

23 investigated by the Attorney General, but none of

24 them ever documented or -- or conclusively

25 prosecuted.  Correct?

1          REPRESENTATIVE HARLESS:  I don't know

2  if that's correct or not --

3          REPRESENTATIVE ANCHIA:  Okay.

4          REPRESENTATIVE HARLESS:  -- it was

5  not part --

6          REPRESENTATIVE ANCHIA:  Okay.

7          REPRESENTATIVE HARLESS:  -- of our

8  testimony in the Committee.

9          REPRESENTATIVE ANCHIA:  But don't --

10  don't you think having the power as an election

11  judge to issue an arrest warrant to satisfy -- to

12  enforce the provisions of the Election Code, that's

13  not -- you -- you claim that these people are

14  helpless and they don't have the tools.  But you

15  don't think that's a tool?

16          REPRESENTATIVE HARLESS:  I don't

17  think it's a tool when they're not required to show

18  a photo I.D. when they show up to vote to prove they

19  are --

20          REPRESENTATIVE ANCHIA:  So if you're

21  an election judge --

22          REPRESENTATIVE HARLESS:  -- who they

23  say they are.

24          REPRESENTATIVE ANCHIA:  -- so if

25  you're an election judge and you know you have the

18

1    power of a State District Judge to issue an arrest

2    warrant and you see somebody who potentially is

3    committing voter impersonation and you don't do

4    anything about it, who's fault is that?

5                    REPRESENTATIVE HARLESS:  I think that

6    it is the legislators' -- legislature's fault --

7                    REPRESENTATIVE ANCHIA:  It's our

8    fault?

9                    REPRESENTATIVE HARLESS:  -- for not

10   putting checks and balances in place that we can

11   require a voter to prove who they are when they show

12   up to vote.

13                   REPRESENTATIVE ANCHIA:  Do you

14   have -- and I noticed you avoided presenting any --

15   any evidence of voter impersonation in your layout.

16   Do you have any cases of voter impersonation?

17                   REPRESENTATIVE HARLESS:  I'm sure you

18   know more about that than I do.

19                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

20   You're concerned about legitimate voters being

21   disenfranchised.  Right?

22                   REPRESENTATIVE HARLESS:  I'm --

23   I'm -- I'm concerned about --

24                   REPRESENTATIVE ANCHIA:  That's really

25   important to you.

1                    REPRESENTATIVE HARLESS:  --

2     protecting the public's trust and the integrity in

3     the election process.

4                    REPRESENTATIVE ANCHIA:  I understand.

5     As am I.  As am I.

6          And you believe that passage of this bill

7     will restore confidence among the -- among members

8     of the public in the voting process and restore

9     integrity.  Correct?

10          That's what you said in your layout.

11                    REPRESENTATIVE HARLESS:  I do.

12                    REPRESENTATIVE ANCHIA:  Okay.  You

13    believe that?

14                    REPRESENTATIVE HARLESS:  I do.

15                    REPRESENTATIVE ANCHIA:  Why does --

16    why does it ignore mail-in ballots?

17                    REPRESENTATIVE HARLESS:  This bill is

18    only addressing one type of fraud --

19                    REPRESENTATIVE ANCHIA:  Right.

20                    REPRESENTATIVE HARLESS:  -- in-person

21    voter fraud.

22                    REPRESENTATIVE ANCHIA:  That's really

23    interesting to me, because we've got a bill that

24    addresses a narrow type of fraud that you even

25    acknowledged you had no cases of.

20

1            REPRESENTATIVE HARLESS:  I -- I did

2     not say I have no cases of.

3            REPRESENTATIVE ANCHIA:  Well, then --

4     then give me a case.

5            REPRESENTATIVE HARLESS:  I -- I said

6     that they were not part of our testimony.

7            REPRESENTATIVE ANCHIA:  But do you

8     have -- do you have --

9            REPRESENTATIVE HARLESS:  I said --

10            REPRESENTATIVE ANCHIA:  -- have you

11     run across a case?

12            REPRESENTATIVE HARLESS:  -- there

13     was -- there was media reported on.  But continue.

14            REPRESENTATIVE ANCHIA:  Okay.  Okay.

15     So -- but you have no cases.

16         Would it be fair to say you have no cases

17     today of voter impersonation?

18            REPRESENTATIVE HARLESS:  I have no

19     cases we're going to discuss on the House floor

20     about -- that I will --

21            REPRESENTATIVE ANCHIA:  Okay.  Okay.

22            REPRESENTATIVE HARLESS:  -- discuss

23     on the House floor about --

24            REPRESENTATIVE ANCHIA:  So the author

25     has no cases on the House floor of -- of voter

1   impersonation.

2             You are yet very, very concerned about

3   integrity of elections.  Correct?

4                    REPRESENTATIVE HARLESS:  Uh-huh.

5                    REPRESENTATIVE ANCHIA:  Yet this bill

6   doesn't deal with the type of voter fraud that we've

7   seen most prevalently in the State of Texas, which

8   is mail-in ballots.  Correct?

9                    REPRESENTATIVE HARLESS:  There are

10  other pieces of legislation that --

11                   REPRESENTATIVE ANCHIA:  Have you

12  filed a bill on -- on mail-in ballots?

13                   REPRESENTATIVE HARLESS:  No, sir.

14                   REPRESENTATIVE ANCHIA:  But you're

15  concerned about legitimately -- legitimately --

16  legitimate votes that are casting being disen --

17  being canceled out by voter fraud, are you not?

18                   REPRESENTATIVE HARLESS:  I am

19  concerned about public confidence in the

20  elections --

21                   REPRESENTATIVE ANCHIA:  Okay.

22                   REPRESENTATIVE HARLESS:  -- and

23  verifying that you are who you say you are when you

24  show up to vote.

25             This is not the venue to discuss mail-in

1    ballots.

2                    REPRESENTATIVE ANCHIA:  Well, I -- I

3    think it is, because if -- if -- if -- now the

4    narrative has changed.  Before it used to be hey,

5    you know, we're really concerned about all these

6    illegal aliens coming across the border and voting.

7    And then when there was little to no evidence of

8    that, then the narrative changed, and now it's about

9    the integrity of the elections.

10                   Well, the integrity of elections, if you

11   believe that narrative, also includes fraud that

12   would cancel out a person's legitimately-cast vote.

13   Am -- am I correct?

14                    REPRESENTATIVE HARLESS:  This is not

15   the venue to discuss in ballot -- mail-in ballots.

16                    REPRESENTATIVE ANCHIA:  Where do we

17   discuss it?  Do we discuss it in the Senate --

18                    REPRESENTATIVE HARLESS:  At

19   another --

20                    REPRESENTATIVE ANCHIA:  -- do we

21   discuss it in the hall --

22                    REPRESENTATIVE HARLESS:  On another

23   legislation we can --

24                    REPRESENTATIVE ANCHIA -- do we

25   discuss at my desk --

1              REPRESENTATIVE HARLESS:  -- we can --

2    we can discuss it all those places --

3              REPRESENTATIVE ANCHIA:  -- if you

4    open the door --

5              REPRESENTATIVE HARLESS:  -- in all

6    those places if you would like.

7              REPRESENTATIVE ANCHIA:  If you have

8    opened the door about the integrity of elections,

9    then I think it's fair game to discuss that type of

10   fraud, which we actually do see in the State of

11   Texas, but which is --

12             REPRESENTATIVE HARLESS:  Well, I look

13   forward to you bringing that bill to the Texas

14   House.

15             REPRESENTATIVE ANCHIA:  -- which

16   is -- which is specifically ignored by your bill.

17        So if this is really about a desire to

18   make sure that legitimately-cast votes are not

19   counterbalanced or offset and to really restore

20   integrity elections, why don't you do anything about

21   mail-in ballots in your bill?

22             REPRESENTATIVE HARLESS:  This -- this

23   bill is to address in-person possible voter fraud.

24        I appreciate you bringing up the mail-in

25   ballots, and I look forward to your bill that you

TX_00212648

24

1    will bring addressing that type of fraud.

2                    REPRESENTATIVE ANCHIA:  We actually

3    chaired -- I actually chaired a select committee on

4    that, and I've had a, in the past, mail-in ballots

5    bills.

6                    REPRESENTATIVE HARLESS:  I think

7    that's great legislation.

8                    REPRESENTATIVE ANCHIA:  I also --

9                    REPRESENTATIVE HARLESS:  I look

10   forward to helping you with it.

11                    REPRESENTATIVE ANCHIA:  But here's

12   the -- here's the -- here's the quandary for this

13   body.  If you say passing this bill is going to

14   restore integrity of elections, yet you do nothing

15   in the bill to deal with mail-in ballots, and

16   70 percent of all the prosecutions by the Attorney

17   General have been in mail-in ballots, then you're

18   really not restoring integrity elections, because

19   people, like they have for the last six years, will

20   be reading about mail-in ballot fraud, mail-in

21   ballot fraud, mail-in ballot fraud --

22                    THE SPEAKER:  Representative Geren

23   raised a point of order.

24                    THE SPEAKER:  Gentleman's time's

25   expired.  The point of order is well taken and

25

1   sustained.

2                    REPRESENTATIVE ANCHIA:  Mr. Speaker?

3                    THE SPEAKER:  Mr. Anchia, for what

4   purpose?

5                    REPRESENTATIVE ANCHIA:  I -- I move

6   that the lady's time be extended.

7                    THE SPEAKER:  Members, you've heard

8   the motion.  Is there an objection?  Chair hears

9   none.  The time is extended.

10                    REPRESENTATIVE ANCHIA:  Thank you,

11   Mr. Speaker.

12              Let's talk a little bit about the Voting

13   Rights Act, if you didn't mind.  There -- there --

14   how much money is in the bill for informing Texans

15   about the change in the law?

16                    REPRESENTATIVE HARLESS:  The fiscal

17   note on the bill is 2 million-24,000 dollars.

18                    REPRESENTATIVE ANCHIA:  Okay.  And --

19   and where is that money going to come from?

20                    REPRESENTATIVE HARLESS:  That money

21   is already appropriated in our base budget that

22   Chairman Pitts presented.  We have officially

23   $43 million of HAVA funds, Help America Vote Funds,

24   left over from past sessions.  And we are pretty

25   confident once we request the approval of use of

1    those funds that we can use those funds to offset

2    the cost of this fiscal note.

3                    REPRESENTATIVE ANCHIA:  And what is

4    that request going to entail?

5                    REPRESENTATIVE HARLESS:  It entails

6    writing to the Department of Elections Assistance.

7                    REPRESENTATIVE ANCHIA:  The Elections

8    Assistance Commission --

9                    REPRESENTATIVE HARLESS:  Yes.

10                    REPRESENTATIVE ANCHIA:  -- the EAC?

11                    REPRESENTATIVE HARLESS:  Yes.

12                    REPRESENTATIVE ANCHIA:  And does it

13    also require an amendment of our state plan?

14                    REPRESENTATIVE HARLESS:  I'm not

15    advised.

16                    REPRESENTATIVE ANCHIA:  Okay.  Let me

17    ask you about how those funds are going to be spent.

18          How many of those HAVA funds that are

19    appropriated in this bill are going to be dedicated

20    to educating Latinos, African Americans and Asians

21    on the new photo identification requirement under

22    Senate Bill 14?

23                    REPRESENTATIVE HARLESS:  The

24    methodology in the fiscal note says that there will

25    be $2 million for the fiscal year 2012, an estimated

1      five -- or half a million dollars to research and

2      develop ways to inform the public on new

3      identification requirements, additional costs of

4      1.5 million in media advertising, television --

5      of -- a breakdown of that, 750,000 in television,

6      300,000 in radio and 300,000 in print and Internet

7      of 150,000.  The Secretary of State indicates

8      federal funds associated with Help America Vote Act

9      may be available for use, but the Agency will need

10     to verify that with the federal government once this

11     has passed.

12                     REPRESENTATIVE ANCHIA:  And the

13     voting -- Voting Rights Act covers the State of

14     Texas.  Correct?

15                     REPRESENTATIVE HARLESS:  Excuse me?

16                     REPRESENTATIVE ANCHIA:  I'm sorry.

17     The voting Rights Act covers the State of Texas.

18     Correct?

19                     REPRESENTATIVE HARLESS:  Yes.

20                     REPRESENTATIVE ANCHIA:  And the --

21     there are protected classes under the Voting Rights

22     Act.  Correct?

23                     REPRESENTATIVE HARLESS:  Yes.

24                     REPRESENTATIVE ANCHIA:  So -- so my

25     question didn't relate generally to what the fiscal

House Chambers Floor Debate, 2nd                    March 21, 2011

1    note said.  It related specifically to Latinos and

2    African Americans, and I also included Asian

3    Americans because of your home county, Harris

4    County, that has a significant Asian American

5    population.

6              So what -- what percentages of -- of the

7    $2 million will be dedicated to those protected

8    classes?

9                    REPRESENTATIVE HARLESS:  It is not

10   broken out specifically in the bill.  I think that

11   this bill will increase turnout in education among

12   all voters.

13                   REPRESENTATIVE ANCHIA:  Okay.  But

14   there's nothing in your bill dealing specifically

15   with Latinos or African Americans.  Correct?

16                   REPRESENTATIVE HARLESS:  It will

17   increase turnout of all voters and education of all

18   voters.

19                   REPRESENTATIVE ANCHIA:  But -- but

20   there's -- is there -- I'll rephrase the question in

21   case we didn't understand.  Is there anything in

22   your bill --

23                   REPRESENTATIVE HARLESS:  I'm a

24   blonde, and that happens.

25                   REPRESENTATIVE ANCHIA:  Is there

29

1    anything in your bill that specifically requires

2    education of Latinos and African Americans covered

3    under the Voting Rights Act?  And I'll put -- I'll

4    throw in Asians, as well.

5                    REPRESENTATIVE HARLESS:  The bill

6    that we filed is modeled on the Georgia and Indiana

7    legislation that have both been upheld by the U.S.

8    Constitution and precleared by the Department of

9    Justice.  We -- we have put --

10                   REPRESENTATIVE ANCHIA:  Do you know

11   what's in your bill?

12                   REPRESENTATIVE HARLESS:  I -- I think

13   I do.  I've read it several times.

14                   REPRESENTATIVE ANCHIA:  Okay.  If you

15   know what's in your bill, then you can answer this

16   question.

17          Is there -- is there any funding

18   specifically dedicated to Latinos or African

19   Americans or Asians, which are protected classes

20   under the Voting Rights Act?

21          I mean, it -- it's -- it's either in there

22   or it's not.

23                   REPRESENTATIVE HARLESS:  The -- the

24   funding in the bill provides education for all

25   voters --

1                    REPRESENTATIVE ANCHIA:  Okay.

2                    REPRESENTATIVE HARLESS:  -- across

3    the State of Texas.

4                    REPRESENTATIVE ANCHIA:  But not

5    specifically.  Not specifically.  Correct?

6                    REPRESENTATIVE HARLESS:  It does not

7    specifically --

8                    REPRESENTATIVE ANCHIA:  Okay.

9                    REPRESENTATIVE HARLESS:  -- carve

10   anything out.  This will increase voter turnout and

11   education for all voters.

12                    REPRESENTATIVE ANCHIA:  Will -- will

13   the educational materials and promotional materials

14   be presented in English, Spanish and Vietnamese with

15   respect to Harris County?

16                    REPRESENTATIVE HARLESS:  They will be

17   printed in the language that the counties are

18   required to provide the language in.

19                    REPRESENTATIVE ANCHIA:  But there's

20   nothing in your bill that -- that specifically

21   states that you will have bilingual Spanish,

22   English, Viet -- Vietnamese documents.  Correct?

23                    REPRESENTATIVE HARLESS:  There is an

24   amendment that was added in the Senate -- in the

25   Senate that says, "The website in each language

House Chambers Floor Debate, 2nd                    March 21, 2011

31

1    which the voters registration materials are

2    available."

3                    REPRESENTATIVE ANCHIA:  Right.

4    And -- and the website is -- is --

5                    REPRESENTATIVE HARLESS:  Is that what

6    you're asking?

7                    REPRESENTATIVE ANCHIA:  Slightly

8    different.

9         The website is a little bit different than

10   the promotional and educational materials that are

11   going to be distributed to -- to people who may be

12   in the protected classes.

13        So I was just trying to get at whether

14   your bill includes anything related to promotional

15   materials in English, Spanish and Vietnamese.

16                   REPRESENTATIVE HARLESS:  It allows

17   for the printing in the language that the counties

18   are required to on all the notices at the polling

19   places and that the County Registrar will provide.

20                   REPRESENTATIVE ANCHIA:  And that --

21   and that language is in your bill?

22                   REPRESENTATIVE HARLESS:  Yes.

23                   REPRESENTATIVE ANCHIA:  Okay.  Can

24   you tell me where?

25                   REPRESENTATIVE HARLESS:  Well,

TX_00212656

1    Section 31.012 is --

2                   REPRESENTATIVE ANCHIA:  On -- on what

3    page, really quickly?

4                   REPRESENTATIVE HARLESS:  Page 3 under

5    Section 5.

6                   REPRESENTATIVE ANCHIA:  Okay.  Under

7    Section 5.

8                   REPRESENTATIVE HARLESS:  Talks about

9    the languages.  And that is also --

10                   REPRESENTATIVE ANCHIA:  "And each

11   language which voter registration -- registration is

12   material -- is -- is -- materials are available."

13                   REPRESENTATIVE HARLESS:  Yeah.

14                   REPRESENTATIVE ANCHIA:  I -- I -- I

15   do see that in your bill.

16                   REPRESENTATIVE HARLESS:  Yeah.

17                   REPRESENTATIVE ANCHIA:  But -- but

18   that's specifically --

19                   REPRESENTATIVE HARLESS:  And that's a

20   requirement of the Federal Voter Right Act.  I mean,

21   that's --

22                   REPRESENTATIVE ANCHIA:  The Voting

23   Rights Act?

24                   REPRESENTATIVE HARLESS:  Right.

25                   REPRESENTATIVE ANCHIA:  Okay.  But

TX_00212657

1    I'm asking you a slightly different question.

2              Will the, for example, T.V. and radio and

3    additional notices that are above and beyond this --

4    this section of your bill, which is the posted

5    notice, is -- are -- are those -- is T.V. and radio

6    going to be done in multiple language?

7              REPRESENTATIVE HARLESS:  To my

8    understanding, the testimony that we had in

9    Committee, where you were at, The Secretary of

10   State, Ann McGeehan, said that they would look at

11   the best practices of other states and decide the

12   best way to accommodate that.  So I don't know that

13   that specific question was answered from the

14   testimony in Committee.  You were there.

15             REPRESENTATIVE ANCHIA:  I don't -- I

16   don't believe it was, and I don't think it's

17   included in the bill, either.

18             What if --

19             REPRESENTATIVE HARLESS:  So next

20   question?

21             REPRESENTATIVE ANCHIA:  Yeah.  What

22   efforts will be made to ensure African American --

23   African Americans and Latinos will be able to access

24   free identification documents?  Is there going to

25   be -- are there going to be mobile units or any

34

1    specific outreach?

2                    REPRESENTATIVE HARLESS:  There was no

3    testimony on that.

4                    REPRESENTATIVE ANCHIA:  No.  But what

5    does your bill say?

6                    REPRESENTATIVE HARLESS:  There's no

7    specifics in that.  That will --

8                    REPRESENTATIVE ANCHIA:  Okay.

9                    REPRESENTATIVE HARLESS:  -- that will

10   be up to the Secretary of State to divide -- decide

11   those procedures.

12                   REPRESENTATIVE ANCHIA:  Have you --

13   and -- and I know you've -- you've done a lot of

14   work on this bill and a lot of research.

15          What academic studies have you run across

16   to determine the number of minorities that lack

17   required photo identification?

18                   REPRESENTATIVE HARLESS:  From all the

19   testimony that we've had in Committee, there was no

20   possible way to determine that.

21                   REPRESENTATIVE ANCHIA:  And -- and

22   you're -- you're not aware of any academic studies,

23   which is what my question was asking, any academic

24   studies that deal with that issue?

25                   REPRESENTATIVE HARLESS:  There are so

TX_00212659

1   many studies out there that -- no, they all look the

2   same in my head.

3                    REPRESENTATIVE ANCHIA:  Okay.  Okay.

4                    REPRESENTATIVE HARLESS:  And I only

5   had this notebook, so I couldn't bring everything.

6                    REPRESENTATIVE ANCHIA:  Are -- are

7   you aware of any studies conducted by a State agency

8   to project the number of voters that lack the

9   required identification and what percentage of these

10  voters are African American or Hispanic?

11          Are you aware of any studies like that?

12                   REPRESENTATIVE HARLESS:  I did not

13  see that in testimony.

14                   REPRESENTATIVE ANCHIA:  Yeah.  But

15  are you aware of any studies above and beyond the

16  testimony?

17                   REPRESENTATIVE HARLESS:  No.

18                   REPRESENTATIVE ANCHIA:  Okay.

19                   REPRESENTATIVE HARLESS:  Not advised.

20                   REPRESENTATIVE ANCHIA:  Okay.  Why

21  are the identification requirements of Senate Bill

22  14 more restrictive than Senate Bill 362 from last

23  session?

24          Is -- is there any evidence to suggest

25  something's changed?

36

1           REPRESENTATIVE HARLESS:  We've had

2   two additional years to see that photo I.D. is

3   working in other states.  We've also had two

4   additional years to hear from the public on their

5   concerns of the integrity of the ballot box.

6          Only a true photo I.D. bill can deter and

7   detect fraud at the polls and can protect the

8   public's confidence in the election.

9           REPRESENTATIVE ANCHIA:  Is it -- is

10  it possible that Latinos and African Americans in

11  Texas will be put in a worse position in terms of

12  electoral power as a result of Senate Bill 14?

13          REPRESENTATIVE HARLESS:  I believe

14  with all my heart this bill will increase turnout of

15  all voters in the State of Texas.

16          REPRESENTATIVE ANCHIA:  What -- what

17  if you're wrong?  Are there any -- are there any

18  safeguards in the bill to remedy the situation?  For

19  example, a sunset (phonetic) provision if we see

20  that there's substantial numbers of African

21  Americans and Latinos that are disenfranchised by

22  the bill?

23          REPRESENTATIVE HARLESS:  In the two

24  states that have passed this type of voter --

25  similar bills that -- to our bill, they have showed

37

1    increased in election for the minorities.  And I

2    think that we will see the same results in Texas.

3    This will increase turnout of all voters because of

4    the restored confidence that their vote counts.

5                   REPRESENTATIVE ANCHIA:  Okay.  And

6    just to be clear, Indiana, which is one of the

7    states, is not a Voting Rights Act-covered

8    jurisdiction.  Right?

9                   REPRESENTATIVE HARLESS:  Right.

10                   REPRESENTATIVE ANCHIA:  And Georgia,

11   which is Voting Rights Act-covered, doesn't have

12   a -- as large a Latino population as Texas.

13   Correct?

14                   REPRESENTATIVE HARLESS:  I have no

15   idea.

16                   REPRESENTATIVE ANCHIA:  Okay.  Well,

17   I would submit to you it doesn't.

18           Is there any trigger mechanism for more

19   funding or increased outreach if something does go

20   wrong in the bill and it turns out Latinos and

21   African Americans are -- disenfranchised?

22                   REPRESENTATIVE HARLESS:  The

23   testimony of the LBB --

24                   THE SPEAKER:  Representative Geren

25   raises a point of order.  The gentleman's time is

38

1   expired.  The point of order is well taken and

2   sustained.

3                     REPRESENTATIVE ANCHIA:  Mr. Speaker?

4                     THE SPEAKER:  Mr. Anchia, for what

5   purpose?

6                     REPRESENTATIVE ANCHIA:  I'd like to

7   ask that the -- the exchange between Representative

8   Harless and myself related to the Voting Rights Act

9   be reduced to writing and placed in the record,

10  please.

11                    THE SPEAKER:  Members, you've heard

12  the motion.  Is there objection?  Chair hears none.

13  So ordered.

14          Following amendment, the Clerk will read

15  the amendment.

16                    REPRESENTATIVE ANCHIA:  Mr. Speaker.

17                    THE SPEAKER:  Mr. Anchia, for what

18  purpose?

19                    REPRESENTATIVE ANCHIA:  Mr. Speaker,

20  I move to extend the gentle lady's time, please.

21                    REPRESENTATIVE HARLESS:  No.

22                    THE SPEAKER:  Members, there's a

23  second extension of time.  Is there objection?

24                    REPRESENTATIVE HARLESS:  Yes.

25                    THE SPEAKER:  Chair hears objection.

TX_00212663

39

1                    REPRESENTATIVE HARLESS:  Thank you.

2                    THE SPEAKER:  Following amendment.

3      The Clerk will read the amendment.

4                    THE CLERK:  Amendment by Anchia.

5                    THE SPEAKER:  Chair recognizes

6      Representative Anchia.

7                    REPRESENTATIVE TURNER:  Dr. Geren.

8                    REPRESENTATIVE ANCHIA:  Thank you,

9      Mr. Speaker and Members.

10             I'm under no illusion as to what the

11     outcome is going to be today, but I just want to

12     remind everybody how we got here.

13             The narrative started, I guess, a couple

14     years ago with allegations of busloads of

15     undocumented immigrants coming and voting in our

16     elections and stealing our elections.  I mean, if

17     that happens -- I mean, clearly they're all voting

18     straight ticket Republican if -- if the results of

19     the last election are to believe -- to be believed.

20                    UNIDENTIFIED REPRESENTATIVE:

21     (Inaudible).

22                    REPRESENTATIVE ANCHIA:  But we've

23     seen no -- well, you just taught them how, right,

24     Tuffy?

25             We've seen no evidence of that despite us

1    studying this issue since 2004.

2            You know, after I got elected in 2004

3    there was an election contest between former

4    Representative Talmadge Heflin and my good friend

5    and colleague Hubert Vo.  And there were wild

6    allegations, wild allegations, of non-citizen

7    Vietnamese voting.  And after a special election --

8    excuse me, a Special Committee was appointed and a

9    Special Master looked at the -- at the issue, it

10   turns out that there was one -- one non-citizen who

11   voted.  He voted with an I.D.  He was a legal

12   permanent resident not from Vietnam or Mexico, but

13   he was from Norway.  And his vote would not have

14   been prevented by the current bill.

15           In 2005, Mary Denny filed our -- our first

16   photo I.D. bill.  She took testimony, and she

17   couldn't find any cases of voter impersonation.

18           In 2006, I sat on the Interim Committee,

19   and we studied it again.  And, again, no -- no

20   documented cases of voter impersonation.

21           In 2006, the A.G. said that voter fraud

22   was epidemic, and he started a multi-year

23   investigation that resulted in one case of voter

24   impersonation.  Again, ironically, that would not

25   have been prevented by this current bill, because he

41

1    used the -- the perpetrator used a photo I.D.

2              In 2007 we again heard testimony and again

3    found no evidence of voter impersonation.

4              On the House floor in 2007, Representative

5    Betty Brown, the author of the photo I.D. bill, held

6    up a stack of papers where she alleged that there

7    was a great number of illegal immigrants that were

8    voting in our elections.  And when Representative

9    Hochberg examined those papers, the allegations were

10   proved to be false.  At that point the Republican

11   D.A. of San Antonio launched a county-wide

12   initiative on voter fraud and found no cases of

13   voter impersonation.

14             In the 2008 interim, the Elections

15   Committee Chair wrote a letter -- letter ceasing

16   [sic] upon the State audit of our statewide voter

17   registration database, saying -- saying that 90,000

18   felons and illegal aliens had voted.  That also

19   proved to be false, and he was forced to retract the

20   statement to the press.

21             In 2009, again we took testimony until the

22   late hours; and, again, no documented cases of voter

23   impersonation.

24             And we have recently conducted an election

25   contest where, again, hundreds of votes were

42

1    examined, and no cases of voter impersonation.

2              So ladies and gentlemen, the goal post has

3    now moved, because, as the author's pointed out,

4    this is no longer about voter impersonation.  This

5    is about the integrity of elections.

6              Really?  Do we really believe that?

7    Because if this was about the integrity of

8    elections -- of elections then we would clearly be

9    focused on the place where 90 percent -- or 70

10   percent of all the Attorney General's investigations

11   have been -- excuse me, investigations and

12   prosecutions have been, which is in mail-in ballots.

13              UNIDENTIFIED REPRESENTATIVE:

14   Mr. Speaker.

15              REPRESENTATIVE ANCHIA:  If we really

16   care about the one person -- the person that gets

17   disenfranchised because a fraudulent vote is cast,

18   then the emergency would not be voter impersonation;

19   the emergency would be mail-in ballots.

20              UNIDENTIFIED REPRESENTATIVE:  You

21   can --

22              REPRESENTATIVE ANCHIA:  Yet this bill

23   specifically -- specifically ignores mail-in

24   ballots.

25              UNIDENTIFIED REPRESENTATIVE:  Well,

1    I'll be quiet.

2                    REPRESENTATIVE ANCHIA:  So day after

3    day, even if this bill passed, people are going to

4    hear about illegal voting through mail-in ballots.

5    They're going -- they read articles in the Texas

6    Watchdog that will be circulated around on blogs

7    that talk about mail-in ballot fraud.  And this bill

8    will have done nothing to increase confidence in

9    elections or integrity in elections.

10           The reality is that after we pass this

11   bill, people are not going to feel any better about

12   mail-in ballot fraud, the incidents of fraud.

13   They're not going to feel any better about

14   electronic voting, which has lowered confidence in

15   elections.

16           So the narrative I -- understandably so,

17   has changed from the authors of the photo I.D. bill

18   from voter impersonation, that there's little to no

19   evidence of, to the integrity of elections.

20           I also find it ironic that the type of

21   voter fraud that this -- that this bill seeks to

22   address is one that happens in public.  It happens

23   in front of election judges --

24                    REPRESENTATIVE VAN TAYLOR:

25   Mr. Speaker --

44

1        REPRESENTATIVE ANCHIA:  -- it

2  happens -- it happens in front of witnesses.  In

3  fact, it happens in front of elections judges that

4  have -- election judges --

5              THE SPEAKER:  Mr. Taylor, for what

6  purpose?

7              REPRESENTATIVE ANCHIA:  -- that have

8  esteemed power --

9              REPRESENTATIVE TAYLOR:  Mr. Speaker,

10  will the gentleman yield?

11              REPRESENTATIVE ANCHIA:  Not at this

12  time.

13              REPRESENTATIVE TAYLOR:  Very well.

14              REPRESENTATIVE ANCHIA:  When I

15  conclude my comments, Representative Taylor, I'm

16  happy to have my time extended as long as you want.

17  I afforded the lady the courtesy to lay out her

18  bill, and I'm going to lay out mine.  Thank you.

19              UNIDENTIFIED REPRESENTATIVE:  Is this

20  an amendment?

21              UNIDENTIFIED REPRESENTATIVE:  Yeah.

22  This is an amendment.

23              UNIDENTIFIED REPRESENTATIVE:  This is

24  an amendment.

25              REPRESENTATIVE ANCHIA:  So you're

45

1    dealing with the type of fraud that occurs in public

2    in front of witnesses, frequently with law

3    enforcement involved and -- and present at the

4    polling location.  And an anonymous type of fraud,

5    which is mail-in ballots, is completely ignored by

6    this bill, the one that happens in the shadows away

7    from the polling location, with no judges, with no

8    witnesses.  That's the type that we should be

9    concerned about, but is -- but is exempted by this

10   bill.

11            I asked the author about academic studies

12   that she's looked at to gauge the potential

13   disenfranchising impact of this bill on African

14   Americans and Latinos, because my fear is that this

15   bill is not going to increase the integrity of

16   elections, but instead is going to keep legitimately

17   eligible Texans from the polls.

18            In 2006, the Brennan Center at New York

19   University Law School found that 25 of Africa --

20   25 percent of African Americans have no

21   government-issued photo I.D., nor do 18 percent of

22   seniors over 65, not 70 as the bill says, but 65,

23   nor do 15 percent of all people earning under 35,000

24   a year, not 15,000 a -- a year, like the bill says.

25            A study of voters in Wisconsin that talked

46

1    about the driver's license status of the voting age

2    population pointed out that less than 47 percent of

3    Milwaukee County -- Milwaukee County African

4    Americans and 43 percent of Hispanics had valid

5    driver's licenses.  A paper at Rutgers University

6    from Professors Virtualaty (phonetic) and

7    Anderson --

8                    UNIDENTIFIED REPRESENTATIVE:  Believe

9    he's doing all this.

10                   REPRESENTATIVE ANCHIA:  -- looked at

11   the effects of voter identification requirements on

12   turnout and found that voters in photo I.D. states

13   are less likely to vote --

14                   UNIDENTIFIED REPRESENTATIVE:  --

15   undoing bill.

16                   REPRESENTATIVE ANCHIA:  -- than those

17   who don't have photo I.D. requirements.

18                   UNIDENTIFIED REPRESENTATIVE:  Make

19   his case and --

20                   REPRESENTATIVE ANCHIA:  And my fear

21   is, Members, that the way this bill is crafted, it's

22   going to have a disproportionate impact on the poor.

23   It's going to have -- not indigent, as the bill

24   says, but the poor, on African Americans and

25   Hispanics.  And I hope that this is not what it's

1    about, because we know it's not about voter -- voter

2    impersonation.  We still don't have one case here on

3    the House floor.  And we know about -- it's not

4    about the integrity of elections, because if it was

5    about the integrity of elections it would be about

6    mail-in ballots.  So we know it's not about those

7    things.

8              And I fear, Members, that it's about

9    something else, and it's about fewer people voting.

10             UNIDENTIFIED REPRESENTATIVE:  Person

11   (inaudible).

12             REPRESENTATIVE ANCHIA:  Of all

13   Americans without a license, 70 percent are women.

14   Women are more than twice as likely not to have a

15   driver's license.  One of every five senior women

16   does not have a driver's license.  And even though

17   this bill picks up 70-year-olds, you become a senior

18   much earlier than that.

19             Now, let's talk about what the real crisis

20   is in Texas elections, in Texas democracy.  It's not

21   that too many people are voting; it's that too few

22   are voting.  If you looked at the elections in 2000,

23   when you had a sitting Texas Governor running for

24   President, we ranked 47 -- 42nd of 50 states in

25   terms of voter turnout.  When you fast forward to

48

1   2004, when you had a sitting Texas President, we

2   ranked 46th out of 50 states in terms of voter

3   turnout.  In 2008, with all of the excitement

4   surrounding the candidates in Texas, we were 48th

5   out of 50 states in terms of report turnout.  And

6   during the last election cycle, Members, we were

7   50th out of 50 states in terms of election turnout.

8            So if you believe that the Texas democracy

9   is strengthened by active voter participation, then

10  the real crisis is not voter impersonation, it's not

11  this ephemeral integrity of elections that won't be

12  solved by this bill; it is that too few people are

13  voting in our Texas elections.  This bill does

14  nothing to allow more people to vote in elections.

15  Instead it places additional hurdles in front of

16  eligible Texans --

17            UNIDENTIFIED REPRESENTATIVE:  I know

18  (inaudible).

19            REPRESENTATIVE ANCHIA:  -- that

20  should be given the right to vote.  And, ladies and

21  gentlemen, I fear that that's what this bill is

22  about.

23            I hope that during the debate today we're

24  going to have a number of -- of amendments today

25  that deal with the affidavits that are contained in

49

1    this bill and broadening those affidavits to make

2    sure Texans are not left behind.

3              We're going to have a number of amendments

4    increasing the types of photo I.D. -- not non-photo

5    I.D., but photo I.D. that can be used to satisfy

6    this bill.  And we're going to have a number of

7    amendments related to education and implementation

8    of this bill, because I hope we will not --

9              THE SPEAKER:  Representative Geren

10   raises a point of order.  Gentleman's time is

11   expired.  The point of order is well taken and

12   sustained.

13              REPRESENTATIVE TAYLOR:  Mr. Speaker?

14              THE SPEAKER:  Mr. Taylor, for what

15   purpose?

16              REPRESENTATIVE TAYLOR:  Will the

17   gentleman yield?

18              THE SPEAKER:  The gentleman's time

19   has expired.

20              REPRESENTATIVE TAYLOR:  Move to

21   extend the time, Mr. Speaker.

22              THE SPEAKER:  Members, you've heard

23   the motion.  Is there objection?  Chair hears none.

24   So ordered.

25              REPRESENTATIVE TAYLOR:  Mr. Speaker?

50

1              THE SPEAKER:  Mr. Taylor.

2              REPRESENTATIVE TAYLOR:  Will the

3    gentleman yield?

4              REPRESENTATIVE ANCHIA:  I yield.

5              THE SPEAKER:  Gentleman yields.

6              REPRESENTATIVE TAYLOR:  Mr. Anchia,

7    you were elected in 2004.  Is that correct?

8              REPRESENTATIVE ANCHIA:  Yes,

9    November, 2004.

10             REPRESENTATIVE TAYLOR:  All right.

11   In November of 2004, I was actually an election

12   observer in your district, and I watched a voter

13   come in and present her -- present her photo I.D. to

14   attempt to vote.  And she was informed by the

15   election judge that she had already voted.  And she

16   told the election judge, "That's not possible.  I

17   was out of the country for the last two weeks.  I

18   could not have voted early."  Sadly, this voter,

19   perhaps wanting to vote for you, had her vote stolen

20   from her.

21             Would your amendment help that voter keep

22   her vote?

23             REPRESENTATIVE ANCHIA:  No.  In fact,

24   I'm kind of curious, if -- if -- was that ever

25   turned over to the district attorney, then District

51

1    Attorney Hill?  Did he prosecute the case?  Because

2    clearly, if -- if someone had stolen her vote, if it

3    was not a clerical error, as many times is the case

4    when -- when people are shown as having voted when

5    they didn't, I'd be curious to know if -- if the

6    proper channels were used with the existing

7    enforcement infrastructure that we have.  And I

8    don't know.

9                    REPRESENTATIVE TAYLOR:  Do you -- it

10   is my -- we hope that this bill will stop the kind

11   of voter -- the stolen vote that I witnessed in your

12   district in 2004.

13            Doesn't your amendment take away our

14   ability to stop this kind of fraud?

15                    REPRESENTATIVE ANCHIA:  No, not at

16   all.  In fact, our ability to stop this kind of

17   fraud is -- remains intact.

18            I mean, what should have happened in that

19   situation -- we don't know if that was in person --

20   I -- I -- I hope you're not alleging that you know

21   for a fact that it was in-person versus mail-in

22   ballot fraud.  Right?

23          You don't know that, do you?

24                    REPRESENTATIVE TAYLOR:  It had to be

25   in person.

52

1          REPRESENTATIVE ANCHIA:  Explain that
2    to me.
3          REPRESENTATIVE TAYLOR:  Well, it had
4    to be in person, because the election judge, when
5    they went over the rolls, determined that the voter
6    had voted early.
7          REPRESENTATIVE ANCHIA:  Okay.  And --
8    and was it determined that it was actually fraud or
9    mistake?
10         REPRESENTATIVE TAYLOR:  Unknown.
11         REPRESENTATIVE ANCHIA:  Unknown.
12    Okay.
13         So let's -- because many times, I mean,
14    you hear reports in the media about this widespread
15    fraud, and when election officials go back to check
16    a poll worker checked the wrong box --
17         REPRESENTATIVE TAYLOR:  Sure.
18         REPRESENTATIVE ANCHIA:  -- a person
19    signed in the wrong place.
20         So, I mean, I would -- I would refrain
21    from jumping to conclusions about -- about whether
22    it was fraud.  And -- and I fear that's what we have
23    based and predicated this bill on is anecdote, is
24    suspicion, is in -- in some cases outright
25    falsehood.  And, you know, I fear that -- that we're

53

1    making policy when we have tools in place already.

2    It's a state jail felony.

3            And I would submit to you the reason I

4    don't think voter impersonation happens is because

5    it's too risky for people to show up having stolen

6    somebody else's voter registration certificate and

7    subject themselves -- to change one vote, subject

8    themselves to two to ten years in jail, $10,000

9    worth of fines in front of witnesses, including

10   someone who has the powers, including the powers of

11   arrest, of a State District Judge.  I mean, and

12   that's why -- that's why we see most of the fraud

13   that we do see in mail-in ballots, because it's

14   scalable.  You can -- you can get more mail-in

15   ballots.  It is anonymous, and it has -- and you

16   don't have to do it in front of witnesses where

17   you're -- where you're committing illegal voting or

18   voter impersonation and subject yourself to that.

19   The penalties are lower.

20           So that's why I don't think it happens in

21   the frequency that -- that many people imagine or

22   allege or suspect.

23           And so I think a lot of the cases like

24   you're bringing up today, which are probably mistake

25   rather than fraud, get publicized and trumped up.

54

1    When they're actually investigated, they turn out to

2    be something else.

3                    REPRESENTATIVE TAYLOR:  Sure.

4                Well, this particular voter, after

5    discovering that they couldn't vote, asked the

6    question, "Where is my voter registration card?  I

7    never received it."

8                Now, under current law a voter

9    registration card, which has no photo -- no

10   photograph on it, a person can use that as

11   identification.  Correct?

12                   REPRESENTATIVE ANCHIA:  You know, I'm

13   glad you brought up the photo -- voter registration

14   card, because under this bill they'll have no

15   purpose.  Right?

16                A voter registration card if -- if we move

17   to a photo I.D. standard, really will be useless,

18   other than for mailing people information.

19                The irony is that the quick fix on this is

20   that you could put people's photograph on a voter

21   registration card and make it incumbent upon the

22   State to do that.  But I can -- that approach has

23   never been accepted.  We've offered it many times

24   here on the House floor and -- and the majority has

25   always chosen to resist that, even though that's the

55

1    simplest and most straightforward way to solve the

2    problem.

3                    REPRESENTATIVE TAYLOR:   Thank you,

4    Representative Anchia.

5                    REPRESENTATIVE ANCHIA:   Thank you,

6    Representative.

7                    UNIDENTIFIED REPRESENTATIVE:   Vote?

8    Vote?

9                    REPRESENTATIVE ANCHIA:

10   Mr. Speaker -- Mr. Speaker --

11                   THE SPEAKER:   Representative Anchia,

12   for what purpose?

13                   REPRESENTATIVE ANCHIA:   Because my

14   amendment strikes the enacting clause, and I -- and

15   I know that that will be the outcome -- I know what

16   outcome will be of this vote.   I'm not going to make

17   people take a vote on this.

18            But what I will ask the Members of the

19   House is to look at these amendments with an open

20   mind.   These amendments deal with the affidavit

21   bypass provisions that already exist in the bill.

22   These amendments are going to deal with the types of

23   photo I.D. that people are -- or the types of I.D.

24   that people are allowed to bring to the polling

25   location so they're not disenfranchised.

House Chambers Floor Debate, 2nd                    March 21, 2011

56

1        So, Mr. Speaker, I'm going to pull down

2   this amendment which strikes the enacting clause,

3   and instead I'm going to go ahead and -- and

4   withdraw and it and ask that the membership really

5   be constructive and listen to the debate, listen to

6   the amendments, because I think they're -- there are

7   opportunities to fix this bill so that legitimately

8   eligible and registered Texans are not left behind.

9        Thank you.  I withdraw the amendment.

10           THE SPEAKER:  The amendment is

11  withdrawn.

12           Following amendment.  The Clerk will read

13  the amendment.

14               THE CLERK:  (Inaudible) by Giddings.

15               THE SPEAKER:  Chair recognizes

16  Representative Giddings.

17               REPRESENTATIVE GIDDINGS:  Thank you,

18  Mr. Speaker.  Sorry.

19           Members, this amendment would allow a

20  person who is a victim of identity theft within 45

21  days of an election to present an affidavit

22  notarized under the penalties of perjury asserting

23  that their proof of identification had been stolen

24  along with a copy of an official police report.  It

25  would allow that person with those two documents to

57

1    have an exemption and be allowed to vote in the

2    election.

3            I think we want to make sure that we do

4    everything that we can to allow every eligible voter

5    to vote and not disenfranchise any voters.

6                    THE SPEAKER:  Representative Munoz,

7    for what purpose?

8                    REPRESENTATIVE MUNOZ:  Will the

9    gentle lady yield for question?

10                   THE SPEAKER:  Will the lady yield?

11                   REPRESENTATIVE GIDDINGS:  Yes.

12                   THE SPEAKER:  Lady yields.

13                   REPRESENTATIVE MUNOZ:  Thank you.

14           Representative, when an individual goes to

15   vote is there any system in place currently in which

16   the election worker can ascertain if the voter is a

17   victim of identity theft?

18                   REPRESENTATIVE GIDDINGS:  I'm sorry.

19   I could not hear you.

20                   REPRESENTATIVE MUNOZ:  Okay.  When an

21   individual goes to vote is there any system in place

22   currently by which where the election worker can

23   ascertain that reporter is a victim of I.D. theft?

24                   REPRESENTATIVE GIDDINGS:  Not that I

25   am aware of.  And it is a very, very serious issue,

58

1   because, as most of the Members of the House know, I

2   myself have been a victim of identity theft.  And

3   there is a period of time when you're trying to get

4   a new driver's license and a new Social Security

5   card and whatever else, that you may not have any

6   photo proof of identity.

7                   REPRESENTATIVE MUNOZ:  So you feel

8   that this would be necessary to protect those

9   individuals that have been the victim of identity

10  theft.  Correct?

11                  REPRESENTATIVE GIDDINGS:  Yes, I do,

12  because we want to do everything that we can to make

13  sure that no eligible voter is disenfranchised.  And

14  I think that's what we do with this amendment.

15          It's a -- it's a very narrowly-drafted

16  amendment, and it only applies to those people who

17  have two things:  One, they have an affidavit that

18  has been executed under the penalties of perjury

19  that they are a victim of identity theft, and they

20  have a verifying document, an official police

21  report.  So they have two items that they can

22  present at the elections office.

23                  REPRESENTATIVE MUNOZ:  Thank you,

24  Representative.

25                  REPRESENTATIVE GIDDINGS:

House Chambers Floor Debate, 2nd                    March 21, 2011

59

1    Mr. Speaker, I move adoption.

2                    THE SPEAKER:  Is anyone wishing to

3    speak for or against the amendment?  If not,

4    Members, the question occurs on the adoption of the

5    Giddings amendment.

6                 Chair recognizes Representative Harless.

7                    REPRESENTATIVE HARLESS:  Mr.

8    Speaker -- Members, Mr. Speaker, I would move to ask

9    you to table the exemption from the photo I.D.

10   requirements.

11               A signed affidavit that is stolen, it

12   takes away some of the photo identifications that

13   will be presented in this bill.  So I move to table.

14                    UNIDENTIFIED REPRESENTATIVE:

15   Mr. Speaker?

16                    THE SPEAKER:  Mr. Hochberg, for what

17   purpose?

18                    REPRESENTATIVE HOCHBERG:  Will the

19   gentle lady yield for a question?

20                    THE SPEAKER:  Lady yield?

21                    REPRESENTATIVE HARLESS:  Yes, sir.

22                    REPRESENTATIVE HOCHBERG:

23   Representative Harless, maybe I don't understand

24   this correctly, but this is for somebody that has

25   their photo I.D. stolen.  And so without accepting

60

1    this, then would that person not be able to vote?

2                    REPRESENTATIVE HARLESS:  Just like

3    I.D.s that can be fake, police reports can also be

4    fake.  Just because --

5                    REPRESENTATIVE HOCHBERG:  That's

6    like -- that's like --

7                    REPRESENTATIVE HARLESS:  -- just

8    because you have identifying stolen --

9                    REPRESENTATIVE HOCHBERG:  -- ma'am, I

10   can barely hear you, so...

11                   REPRESENTATIVE HARLESS:  Just like

12   I.D.s that can be fake, so can police reports.

13                   REPRESENTATIVE HOCHBERG:  Why

14   can't --

15                   REPRESENTATIVE HARLESS:  Just because

16   you have your identification stolen does not mean

17   that you do not have a photo I.D.  You should be

18   able to present a photo I.D. and the police report.

19   There are other forms of a photo I.D.

20                   REPRESENTATIVE HOCHBERG:  Like a

21   passport?

22                   REPRESENTATIVE HARLESS:  A passport,

23   a CHL --

24                   REPRESENTATIVE HOCHBERG:  How many

25   have that?  A CHL.  I'm sorry.  I confess, I don't

61

1  have a CHL.

2                   REPRESENTATIVE HARLESS:  Do you have

3  a passport?

4                   REPRESENTATIVE HOCHBERG:  I do, but I

5  bet you a whole lot of people in my district don't.

6                   REPRESENTATIVE HARLESS:  I -- I -- I

7  don't know how many people in your district don't

8  have a passport.

9                   REPRESENTATIVE HOCHBERG:  So if they

10 get their license -- if they get their license

11 stolen and they file a police report, that's not

12 good enough?  You take away their right to -- so --

13 so if I -- so if I want to take away Ms. Giddings'

14 right to vote, I just need to grab her purse so that

15 I get her license?

16                   REPRESENTATIVE HARLESS:  If they do

17 not have their driver's license because it's stolen,

18 they can show up to the voting place, cast a

19 provisional ballot and show back up in six days with

20 their I.D. and their ballot will be counted.

21                   REPRESENTATIVE HOCHBERG:  Oh.  So is

22 DPS going to provide that within six days?

23                   REPRESENTATIVE HARLESS:  I am not

24 advised.

25                   REPRESENTATIVE HOCHBERG:  I don't

62

1 think so.  I think it takes --

2     REPRESENTATIVE HARLESS:  If they

3 have --

4     REPRESENTATIVE HOCHBERG:  -- a lot

5 longer than that.

6     REPRESENTATIVE HARLESS:  --

7 alternative ways of showing --

8     REPRESENTATIVE HOCHBERG:  All right.

9     REPRESENTATIVE HARLESS:  -- of

10 federal I.D.

11     REPRESENTATIVE HOCHBERG:  So in

12 addition to identity theft then you lose your right

13 to vote.

14     REPRESENTATIVE HARLESS:  I disagree

15 with that.  I move to table.

16     REPRESENTATIVE MARTINEZ:

17 Mr. Speaker.

18     THE SPEAKER:  Representative

19 Martinez, for what purpose?

20     REPRESENTATIVE MARTINEZ:  Will the

21 gentle lady yield?

22     THE SPEAKER:  Yield?

23     REPRESENTATIVE HARLESS:  I'm sorry?

24     THE SPEAKER:  Representative Harless,

25 do you yield?

63

1                    REPRESENTATIVE HARLESS:  Yes.

2                    REPRESENTATIVE MARTINEZ:

3   Ms. Harless, in regard to this, that the individual

4   would not be able to vote if he loses his voter

5   I.D., and in regard to the presentation of

6   identification, does it fail within that sixth day?

7                    REPRESENTATIVE HARLESS:  Yes.

8                    REPRESENTATIVE MARTINEZ:  Okay.  So

9   then could you explain the sixth day for me?  Is

10  that calendar days, is that business days?  How does

11  that work?

12                   REPRESENTATIVE HARLESS:  That is six

13  days.

14                   REPRESENTATIVE MARTINEZ:  Six days.

15  Is that business days?

16                   REPRESENTATIVE HARLESS:  That is six

17  days, calendar days.

18                   REPRESENTATIVE MARTINEZ:  Six

19  calendar days.  Okay.

20                   So then six business days would be --

21  how could you explain business days to me?

22                   REPRESENTATIVE HARLESS:  Excuse me?

23                   REPRESENTATIVE MARTINEZ:  How could

24  you explain business days to me?

25                   REPRESENTATIVE HARLESS:  The bill

64

1    does not address business days.

2                    REPRESENTATIVE MARTINEZ:  Okay.

3              Mr. Speaker -- it does not address days?

4              Mr. Speaker, I would like to raise a point

5    of order upon further consideration of CS --

6    Committee Substitute Senate Bill (inaudible) on the

7    grounds that it violates Rule 4, Section 32,

8    Subsection C2 of Texas House rules.

9                    THE SPEAKER:  Bring your point of

10   order down front.

11             Mr. Martinez raises a point of order under

12   Rule 4, Section 32C 2 and F that the bill analysis

13   is substantially and materially misleading,

14   specifically because the bill analysis refers to six

15   business days while the text of the bill refers only

16   to six days.

17             The Chair has reviewed the bill and the

18   bill analysis and finds the reference in the bill

19   analysis to be materially or substantially

20   misleading in the context of the bill.

21             The point of order is sustained.

22                    (End of this portion)

23

24

25

TX_00212689

65

1   IN THE COUNTY OF TRAVIS  )

2   STATE OF TEXAS             )

3            I, Rhonda Howard, Certified Shorthand

4   Reporter in and for the State of Texas, hereby

5   certify to the following:

6            That the CD entitled, "2011 (82R) SB 14,

7   3.21.11 HOUSE CHAMBERS FLOOR DEBATE, 2ND READING,

8   MARCH 21, 2011," was transcribed at the request of

9   Anne Wilson, 209 West 14th Street, 8th Floor,

10   Attorney General's Office, Austin, Texas 78701, and

11   the amount due is $_____.

12            That the aforementioned CD was transcribed

13   to the best of my ability to hear and understand the

14   CD;

15            That the transcript was submitted by

16   E-trans on April  , 2012, to Anne Wilson, 209 West

17   14th Street, 8th Floor, Attorney Generals' Office,

18   Austin, Texas  78701;

19            I further certify that I am neither

20   counsel for, related to, nor employed by any of the

21   parties or attorneys in the action in which this

22   proceeding was taken, and further that I am not

23   financially or otherwise interested in the outcome

24   of the action.

25

66

1                Certified to by me, this 23rd day of

2   April, 2012.

3

4

5                       _____

6                       RHONDA HOWARD, Texas CSR No. 4136
                        Expiration Date 12/31/12
7                       FIRM REGISTRATION NO: 283
                        ESQUIRE DEPOSITION SERVICES
8                       100 Congress, Suite 2000
                        Austin, Texas  78701
9                       (512) 328-5557

10

11  Job No. 332480RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

House Chambers Floor Debate, 2nd                March 21, 2011

**A**

A.G
40:21
ability
51:14,16
65:13
able
11:23 33:23
60:1,18 63:4
absentee
4:9
academic
34:15,22,23
45:11
acceptable
4:15,21,23
5:17,23
accepted
54:23
accepting
59:25
access
2:20 4:8
33:23
accommodate
33:12
account
2:12
acknowledge
13:19
acknowledged
19:25
act
4:11 10:21
12:14 25:13
27:8,13,17,
22 29:3,20
32:20,23 38:8
Act-covered
37:7,11
action

65:21,24
active
48:9
added
30:24
addition
62:12
additional
27:3 33:3
36:2,4 48:15
address
23:23 43:22
64:1,3
addressed
9:6
addresses
3:10 19:24
addressing
19:18 24:1
Administrati
on
5:14
administrato
rs
14:6
adoption
59:1,4
adults
2:19
advertising
27:4
advised
7:23 26:15
35:19 61:24
Affair
5:14
affidavit
5:10 55:20
56:21 58:17
59:11

affidavits
48:25 49:1
afforded
44:17
aforemention
ed
65:12
Africa
45:19
African
26:20 28:2,15
29:2,18
33:22,23
35:10 36:10,
20 37:21
45:13,20
46:3,24
afternoon
7:3
age
2:9 46:1
Agency
27:9 35:7
ago
39:14
agree
11:6
ahead
56:3
alcohol
2:10
aliens
22:6 41:18
allegations
39:14 40:6
41:9
allege
53:22
alleged
41:6
alleging

51:20
allow
48:14 56:19,
25 57:4
allowed
4:24 55:24
57:1
allowing
4:9
allows
5:25 31:16
alluded
7:5
along
56:24
already
25:21 50:15
53:1 55:21
also
4:6,21 9:24
22:11 24:8
26:13 28:2
32:9 36:3
41:18 43:20
60:3
alternative
62:7
Although
6:10
always
3:1 54:25
amendment
26:13 30:24
38:14,15
39:2,3,4
44:20,22,24
50:21 51:13
55:14 56:2,9,
10,12,13,19
58:14,16
59:3,5
amendments

48:24 49:3,7
55:19,20,22
56:6
America
2:18 25:23
27:8
American
28:4 33:22
35:10
Americans
26:20 28:2,3,
15 29:2,19
33:23 36:10,
21 37:21
45:14,20
46:4,24 47:13
among
19:7 28:11
amount
65:11
analysis
64:12,14,18,
19
Anchia
6:18,20,24
7:2,10,19,24
8:12,20 9:2,
8,11,15
10:10,16,24
11:1,7,17
12:21 13:1,
11,14,24
14:7,10,15,
21 15:1,5,11,
14 16:1,14,
19,22 17:3,6,
9,20,24 18:7,
13,19,24
19:4,12,15,
19,22 20:3,7,
10,14,21,24
21:5,11,14,
21 22:2,16,
20,24 23:3,7,

JA_002051

House Chambers Floor Debate, 2nd                    March 21, 2011

15 24:2,8,11
25:2,3,5,10,
18 26:3,7,10,
12,16 27:12,
16,20,24
28:13,19,25
29:10,14
30:1,4,8,12,
19 31:3,7,20,
23 32:2,6,10,
14,17,22,25
33:15,21
34:4,8,12,21
35:3,6,14,
18,20 36:9,16
37:5,10,16
38:3,4,6,16,
17,19 39:4,6,
8,22 42:15,22
43:2 44:1,7,
11,14,25
46:10,16,20
47:12 48:19
50:4,6,8,23
51:15 52:1,7,
11,18 54:12
55:4,5,9,11,
13

**Anderson**
46:7

**anecdotal**
8:14

**anecdote**
52:23

**Ann**
33:10

**Anne**
65:9,16

**anonymous**
45:4 53:15

**another**
5:23 22:19,22

**answer**

29:15

**answered**
33:13

**Antonio**
41:11

**Appellant**
2:15

**applies**
58:16

**appointed**
40:8

**appreciate**
23:24

**approach**
54:22

**appropriated**
25:21 26:19

**approval**
25:25

**approved**
3:13

**April**
1:14 65:16
66:2

**apt**
13:13

**argument**
11:5

**around**
43:6

**arrest**
15:23 16:2
17:11 18:1
53:11

**articles**
16:6 43:5

**ascertain**
57:16,23

**Asian**
28:2,4

**Asians**
26:20 29:4,19

**asked**
45:11 54:5

**asking**
6:16 31:6
33:1 34:23

**asserting**
56:22

**assertion**
14:16

**Assistance**
26:6,8

**associated**
27:8

**attempt**
50:14

**attempted**
10:1

**Attorney**
16:23 24:16
42:10 50:25
51:1 65:10,17

**attorneys**
65:21

**audit**
41:16

**Austin**
65:10,18 66:8

**author**
20:24 41:5
45:11

**authors**
43:17

**author's**
42:3

**available**
27:9 31:2
32:12

**avoided**
18:14

**aware**
15:24 34:22
35:7,11,15
57:25

———— B ————

**back**
7:25 52:15
61:19

**balance**
13:5

**balances**
18:10

**Ballot**
2:20 4:25
5:9,25 22:15
24:20,21 36:5
43:7,12 51:22
61:19,20

**ballots**
3:8 4:9,10
19:16 21:8,12
22:1,15
23:21,25
24:4,15,17
42:12,19,24
43:4 45:5
47:6 53:13,15

**bank**
2:12

**barely**
60:10

**base**
25:21

**based**
52:23

**becoming**
2:8

**being**
10:18 18:20
21:16,17

**believe**
13:1,18 19:6,

13 22:11
33:16 36:13
39:19 42:6
46:8 48:8

**believed**
39:19

**benefits**
5:16

**best**
33:11,12
65:13

**bet**
61:5

**better**
14:22 43:11,
13

**Betty**
41:5

**between**
38:7 40:3

**beyond**
33:3 35:15

**bilingual**
30:21

**bill**
3:25 7:4,6
9:7 10:7
11:12,14,25
19:6,17,23
21:5,12
23:13,16,21,
23,25 24:13,
15 25:14,17
26:19,22
28:10,11,14,
22 29:1,5,11,
15,24 30:20
31:14,21
32:15 33:4,17
34:5,14
35:21,22
36:6,12,14,
18,22,25

House Chambers Floor Debate, 2nd                    March 21, 2011

37:20 40:14,
16,25 41:5
42:22 43:3,7,
11,17,21
44:18 45:6,
10,13,15,22,
24 46:15,21,
23 47:17
48:12,13,21
49:1,6,8
51:10 52:23
54:14 55:21
56:7 59:13
63:25 64:6,
12,14,15,17,
18,20
**bills**
24:5 36:25
**bit**
25:12 31:9
**blogs**
43:6
**blonde**
28:24
**boarding**
2:21
**body**
24:13
**border**
22:6
**both**
10:7 29:7
**box**
36:5 52:16
**breakdown**
27:5
**breeds**
3:21
**Brennan**
45:18
**bring**
24:1 35:5

55:24 64:9
**bringing**
23:13,24
53:24
**broadening**
49:1
**broken**
28:10
**brought**
54:13
**Brown**
41:5
**budget**
25:21
**bumped**
9:21 10:1
**burdensome**
4:11
**business**
63:10,15,20,
21,24 64:1,15
**busloads**
39:14
**buy**
2:10
**bypass**
55:21

_____ C _____

**C2**
64:8
**calendar**
63:10,17,19
**came**
16:9
**cancel**
22:12
**canceled**
21:17
**candidates**
48:4

**cannot**
3:4 4:23
**car**
2:10,14
**card**
4:17 5:6
7:17,18 8:10
54:6,9,14,
16,21 58:5
**cards**
4:8,16
**care**
2:13 42:16
**carve**
30:9
**case**
2:16 10:12
20:4,11 28:21
40:23 46:19
47:2 51:1,3
**cases**
8:13 16:15
18:16 19:25
20:2,15,16,
19,25 40:17,
20 41:12,22
42:1 52:24
53:23
**cashing**
2:22
**cast**
4:24 5:8,25
8:11 42:17
61:18
**casting**
6:17 21:16
**casts**
7:17
**caught**
9:14
**CD**
65:6,12,14

**ceasing**
41:15
**Center**
45:18
**certificate**
4:20 53:6
**Certified**
65:3 66:1
**certify**
65:5,19
**Chair**
2:4 25:8
38:12,25 39:5
41:15 49:23
56:15 59:6
64:17
**chaired**
24:3
**Chairman**
25:22
**CHAMBERS**
1:2 65:7
**change**
10:12,15,22
12:1,11,15
25:15 53:7
**changed**
22:4,8 35:25
43:17
**changes**
5:20 11:20
**channels**
51:6
**check**
2:22 13:5
52:15
**checked**
52:16
**checks**
18:10
**CHL**

**60:23,25 61:1**
**chosen**
54:25
**cigarettes**
2:11
**circulated**
43:6
**citizens**
3:20
**citizen's**
4:20
**claim**
17:13
**classes**
27:21 28:8
29:19 31:12
**clause**
55:14 56:2
**clear**
9:16 15:15
37:6
**Clearly**
11:25 39:17
42:8 51:2
**clerical**
51:3
**CLERK**
2:1 38:14
39:3,4 56:12,
14
**clerks**
14:14
**closely**
12:25
**Code**
8:24 9:12
14:11 15:3,6,
18,20 17:12
**colleague**
40:5
**come**

25:19 50:13
coming
22:6 39:15
comments
44:15
commercial
2:22
Commission
26:8
commit
10:20 12:14
Committee
9:20 17:8
24:3 33:9,14
34:10 40:8,18
41:15 64:6
committing
18:3 53:17
complaints
16:20
completely
45:5
compliance
3:25
complies
4:6
concealed
4:18
concept
6:15
concern
2:25
concerned
10:17 15:16
18:20,23
21:2,15,19
22:5 45:9
concerns
36:5
conclude
44:15

conclusion
6:3
conclusions
52:21
conclusively
16:24
conducted
35:7 41:24
conducting
10:19
confess
60:25
confidence
3:3,5,17 4:3
6:7 10:25
13:6,7,10
19:7 21:19
36:8 37:4
43:8,14
confident
25:25
confirming
5:10
Congress
66:8
consequence
2:19
consideratio
n
64:5
Constitution
29:8
constructive
56:5
contained
48:25
contest
40:3 41:25
context
64:20

continue
5:6 20:13
copy
56:24
Correct
7:7 10:8
13:20,25
14:18 16:25
17:2 19:9
21:3,8 22:13
27:14,18,22
28:15 30:5,22
37:13 50:7
54:11 58:10
correctly
59:24
correlating
9:25
cost
26:2
costs
27:3
couldn't
35:5 40:17
54:5
counsel
65:20
counted
4:25 61:20
counterbalan
ced
23:19
counties
30:17 31:17
counting
3:8
country
50:17
counts
4:4 37:4
County

2:17 28:3,4
30:15 31:19
46:3 65:1
county-wide
41:11
couple
7:3 8:8 39:13
Court
2:15 3:15,17
4:1,6
courtesy
44:17
covered
29:2
covers
27:13,17
crafted
46:21
Crawford
2:16
criminal
2:3
crisis
47:19 48:10
CS
64:5
CSR
1:14 66:6
curious
50:24 51:5
current
4:19,20 8:3,
22 9:9,16
10:2,3,7
12:4,6 40:14,
25 54:8
currently
12:5 57:15,22
cycle
48:6

_____ D _____

D.A
41:11
Dan
12:18
database
41:17
Date
66:6
day
5:9 11:13
43:2,3 63:6,9
66:1
days
4:20 5:1,10
10:3,4 56:21
61:19,22
63:10,13,14,
15,17,19,20,
21,24 64:1,3,
15,16
deal
21:6 24:15
34:24 48:25
55:20,22
dealing
28:14 45:1
deals
7:6
DEBATE
1:2 48:23
56:5 65:7
decide
33:11 34:10
decided
12:19
decision
4:1,7 12:19
dedicated
26:19 28:7
29:18
democracy
3:19 47:20

48:8
democratic
3:20
Denny
40:15
dental
2:13
Department
3:13 5:14
26:6 29:8
DEPOSITION
66:7
describe
7:14
desire
23:17
desk
22:25
despite
39:25
detect
8:18 36:7
detecting
11:15
detects
4:3
deter
8:18 36:6
determine
34:16,20
determined
52:5,8
deterrent
12:8,12
deterring
11:15
deters
4:2
develop
27:2

didn't
12:24 16:12
25:13 27:25
28:21 51:5
different
16:11 31:8,9
33:1
difficult
2:17
disability
5:16
disabled
4:13 5:12
disagree
6:10 62:14
disagreement
3:2
discovering
54:5
discuss
20:19,22
21:25 22:15,
17,21,25
23:2,9
discusses
15:6
discussing
11:13
disen
21:16
disenfranchi
se
57:5
disenfranchi
sed
3:24 10:18
18:21 36:21
37:21 42:17
55:25 58:13
disenfranchi
sing

45:13
disproportio
nate
46:22
distributed
31:11
District
15:22 18:1
50:12,25
51:12 53:11
61:5,7
distrust
3:21
divide
34:10
document
58:20
documentatio
n
5:13
documented
8:13 13:8
16:15,24
40:20 41:22
documents
30:22 33:24
56:25
doesn't
21:6 37:11,17
51:13
doing
13:20 14:1
46:9
dollars
25:17 27:1
Donna
12:18
door
23:4,8
down
56:1 64:10

DPS
4:16 61:22
DPS-issued
5:22
Dr
39:7
drive
2:10
driver's
4:16 46:1,5
47:15,16 58:4
61:17
drives
3:20
due
5:16 65:11
during
48:6,23
duties
15:7,21

─────── E ───────

EAC
26:10
each
30:25 32:10
earlier
14:22 47:18
early
50:18 52:6
earning
45:23
educating
26:20
education
28:11,17
29:2,24 30:11
49:7
educational
30:13 31:10
effect

12:9,12
effectively
6:12 8:18
effects
46:11
efforts
33:22
eight
11:22
either
29:21 33:17
elderly
4:12
elected
40:2 50:7
election
3:5,18 5:9
6:7 8:6,23
9:12 10:25
12:18 13:7
14:11,14
15:3,6,8,18,
20 16:8
17:10,12,21,
25 19:3 36:8
37:1 39:19
40:3,7 41:24
43:23 44:4
48:6,7 50:11,
15,16 52:4,15
56:21 57:2,
16,22
elections
4:4 6:13
11:16 12:2
13:4 21:3,20
22:9,10 23:8,
20 24:14,18
26:6,7 39:16
41:8,14 42:5,
8 43:9,15,19
44:3 45:16
47:4,5,20,22

| | | | | |
|---|---|---|---|---|
| 48:11,13,14 58:22 | 26:5 | executed 58:18 | fair 20:16 23:9 | 40:15 |
| electoral 36:12 | entitled 14:12 65:6 | exempt 5:11 | fake 60:3,4,12 | financially 65:23 |
| electronic 43:14 | ephemeral 48:11 | exempted 45:9 | false 8:10 41:10,19 | find 8:20 11:24 40:17 43:20 |
| eligible 4:4 45:17 48:16 56:8 57:4 58:13 | epidemic 40:22 | exemption 57:1 59:9 | falsehood 52:25 | finds 64:18 |
| else's 53:6 | error 51:3 | exist 55:21 | familiar 8:23 15:2 | fine 9:19 10:5 |
| emergency 42:18,19 | ESQUIRE 66:7 | existing 51:6 | far 14:5 | fines 12:10 53:9 |
| employed 65:20 | essential 3:18 | Expiration 66:6 | fast 47:25 | FIRM 66:7 |
| enacted 6:5 | esteemed 44:8 | expired 4:20 24:25 38:1 49:11,19 | fault 18:4,6,8 | first 12:8 40:15 |
| enacting 55:14 56:2 | estimated 26:25 | Explain 52:1 63:9,21, 24 | fear 3:22 45:14 46:20 47:8 48:21 52:22, 25 | fiscal 25:16 26:2, 24,25 27:25 |
| End 64:22 | E-trans 65:16 | extend 38:20 49:21 | federal 27:8,10 32:20 62:10 | fishing 2:11 |
| enforce 17:12 | everybody 39:12 | extended 25:6,9 44:16 | feel 3:23 43:11,13 58:7 | five 27:1 47:15 |
| enforcement 15:7 45:3 51:7 | evidence 13:8 18:15 22:7 35:24 39:25 41:3 43:19 | extension 38:23 | felons 41:18 | fix 54:19 56:7 |
| English 30:14,22 31:15 | examined 41:9 42:1 | extensive 5:19 | felony 9:14,18,22 10:4,8 12:9 13:21 53:2 | FLOOR 1:2 20:19,23, 25 41:4 47:3 54:24 65:7,9, 17 |
| enhancement 9:23 | example 33:2 36:19 | extent 3:2 | felt 16:12 | focused 42:9 |
| enough 2:24 61:12 | exceedingly 2:17 | **F** | fewer 47:9 | follow 12:25 |
| ensure 33:22 | exceptions 4:12 5:3 | F 64:12 | file 61:11 | Following 38:14 39:2 56:12 65:5 |
| ensuring 4:10 | exchange 38:7 | fact 2:23 7:5 8:4 15:15 44:3 50:23 51:16, 21 | filed 21:12 29:6 | forced 41:19 |
| entail 26:4 | excitement 48:3 | fail 63:6 | | form 4:21,24 5:24 |
| entails | Excuse 27:15 40:8 42:11 63:22 | | | |

House Chambers Floor Debate, 2nd                    March 21, 2011

73

former
40:3

forms
4:19 5:17
60:19

forward
23:13,25
24:10 47:25

found
41:3,12 45:19
46:12

Fraser
2:1

fraud
3:1,3,7,11,
20 4:3 6:11
7:6,9 8:4,5,
19 11:4,13,15
19:18,21,24
21:6,17 22:11
23:10,23
24:1,20,21
36:7 40:21
41:12 43:7,
12,21 45:1,4
51:14,17,22
52:8,15,22
53:12,25

fraudulent
3:23 6:11
42:17

free
4:8 5:22
33:24

frequency
53:21

frequently
45:2

friend
40:4

front
43:23 44:2,3

45:2 48:15
53:9,16 64:10

functioning
3:19

funding
29:17,24
37:19

funds
25:23 26:1,
17,18 27:8

further
64:5 65:19,22

─── G ───

game
23:9

gauge
45:12

General
16:23 24:17

generally
27:25

General's
42:10 65:10

Generals'
65:17

gentle
6:21 38:20
57:9 59:19
62:21

gentleman
44:10 49:17
50:3,5

Gentleman's
24:24 37:25
49:10,18

gentlemen
42:2 48:21

Georgia
29:6 37:10

Georgia's
3:12

Geren
24:22 37:24
39:7 49:9

Giddings
56:14,16,17
57:11,18,24
58:11,25 59:5

Giddings'
61:13

give
20:4

given
48:20

glad
54:13

go
37:19 52:15
56:3

goal
42:2

goes
57:14,21

going
12:3 15:13
20:19 24:13
25:19 26:4,
17,19 31:11
33:6,24,25
39:11 43:3,5,
11,13 44:18
45:15,16
46:22,23
48:24 49:3,6
55:16,22
56:1,3 61:22

gone
7:25

good
7:2 40:4
61:12

government
3:21 27:10

government-
issued
45:21

Governor
47:23

grab
61:14

great
24:7 41:7

grounds
64:7

guess
7:25 39:13

─── H ───

half
27:1

hall
22:21

handgun
4:18

happen
7:20

happened
51:18

happens
11:5,6 28:24
39:17 43:22
44:2,3 45:6
53:4,20

happy
44:16

Harless
2:5,6 6:23,25
7:1,8,12,15,
22 8:2,15,25
9:6,10,13
10:9,14,23
11:3,9 12:16,
24 13:3,12,22
14:5,8,13,
19,24 15:4,

10,12,25
16:5,17,21
17:1,4,7,16,
22 18:5,9,17,
22 19:1,11,
14,17,20
20:1,5,9,12,
18,22 21:4,9,
13,18,22
22:14,18,22
23:1,5,12,22
24:6,9 25:16,
20 26:5,9,11,
14,23 27:15,
19,23 28:9,
16,23 29:5,
12,23 30:2,6,
9,16,23 31:5,
16,22,25
32:4,8,13,
16,19,24
33:7,19 34:2,
6,9,18,25
35:4,12,17,
19 36:1,13,23
37:9,14,22
38:8,21,24
39:1 59:6,7,
21,23 60:2,7,
11,15,22
61:2,6,16,23
62:2,6,9,14,
23,24 63:1,3,
7,12,16,22,
25

Harris
28:3 30:15

HAVA
25:23 26:18

haven't
11:23

head
35:2

health

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                               74

2:13

hear
36:4 43:4
52:14 57:19
60:10 65:13

heard
8:7 16:6 25:7
38:11 41:2
49:22

hears
25:8 38:12,25
49:23

heart
36:14

Heflin
40:4

held
41:5

Help
25:23 27:8
50:21

helping
24:10

helpless
14:22 17:14

her
44:17 50:13,
19,20,22 51:2
61:14,15

hereby
65:4

hey
22:4

Hi
7:1

Hill
51:1

Hispanic
35:10

Hispanics
46:4,25

Hochberg
41:9 59:16,
18,22 60:5,9,
13,20,24
61:4,9,21,25
62:4,8,11

home
28:3

honest
3:20

hope
46:25 48:23
49:8 51:10,20

hotel
2:14

hours
41:22

HOUSE
1:2 20:19,23,
25 23:14 41:4
47:3 54:24
55:19 58:1
64:8 65:7

Howard
1:14 65:3
66:6

Howard's
12:18

Hubert
40:5

hundreds
41:25

hunting
2:11

hurdles
48:15

---
           I
---

I.D
2:8,16,18,
20,24 3:12,
14,16 4:2,8,

10,15,17,19,
24 5:2,3,17,
21,23 6:1,4,
5,6 13:9
17:18 36:2,6
40:11,16
41:1,5 43:17
45:21 46:12,
17 49:4,5
50:13 54:17
55:23 57:23
59:9,25
60:17,18,19
61:20 62:10
63:5

I.D.s
2:9 4:16 5:22
8:9 60:3,12

idea
37:15

identificati
on
2:3 4:22 5:24
26:21 27:3
33:24 34:17
35:9,21 46:11
54:11 56:23
60:16 63:6

identificati
ons
59:12

identifying
60:8

identity
56:20 57:17
58:2,6,9,19
62:12

ignore
19:16

ignored
23:16 45:5

ignores
42:23

illegal
22:6 41:7,18
43:4 53:17

illusion
39:10

imagine
53:21

immigrants
39:15 41:7

impact
45:13 46:22

impersonatio
n
7:4,11,14 8:9
9:5 10:1,12,
19,21 11:19,
24 12:15,22
13:16 14:2,18
16:3 18:3,15,
16 20:17 21:1
40:17,20,24
41:3,13,23
42:1,4,18
43:18 47:2
48:10 53:4,18

implementati
on
49:7

important
6:13 18:25

Inaudible
39:21 47:11
48:18 56:14
64:6

incidents
43:12

include
4:16 5:4

included
28:2 33:17

includes
22:11 31:14

including
2:2 15:22,23
53:9,10

inconvenient
4:11

increase
6:6,8 9:25
28:11,17
30:10 36:14
37:3 43:8
45:15

increased
6:4 37:1,19

increases
9:24 13:10

increasing
49:4

incumbent
54:21

Indiana
2:15 4:1 29:6
37:6

Indiana's
3:14,16

indicates
27:7

indigent
4:13 5:7
46:23

individual
57:14,21 63:3

individuals
58:9

inform
27:2

information
8:16 54:18

informed
50:14

informing
25:14

infrastructu
re
51:7

initiative
41:12

in-person
3:7,11 19:20
23:23 51:21

instead
45:16 48:15
56:3

intact
51:17

integrity
2:21 3:17
12:1 19:2,9
21:3 22:9,10
23:8,20
24:14,18 36:5
42:5,7 43:9,
19 45:15
47:4,5 48:11

interested
65:23

interesting
8:21 19:23

interim
8:1 40:18
41:14

Internet
27:6

investigated
16:23 54:1

investigatio
n
40:23

investigatio
ns
42:10,11

involved
45:3

in-voter
8:4,5

ironic
43:20

ironically
40:24

irony
54:19

issue
8:1 15:23
17:11 18:1
34:24 40:1,9
57:25

issued
4:16

issuing
16:2

items
58:21

____ J ____

jail
10:4,5 12:9,
10 13:21
53:2,8

January
5:5

Job
66:11

judge
14:14 15:8,
18,21,22
17:11,21,25
18:1 50:15,16
52:4 53:11

judges
16:9 43:23
44:3,4 45:7

jumping
52:21

jurisdiction
37:8

just
6:11,16 9:16
10:13 15:15
31:13 37:6
39:11,23
60:2,4,7,11,
15 61:14

Justice
3:13 29:9

____ K ____

keep
45:16 50:21

kind
50:24 51:10,
14,16

know
8:5 11:20,21
15:8,12 17:1,
25 18:18 22:5
29:10,15
33:12 34:13
40:2 47:1,3,6
48:17 51:5,8,
19,20,23
52:25 54:12
55:15 58:1
61:7

knows
9:17

____ L ____

lack
3:3,5 34:16
35:8

ladies
42:2 48:20

lady
6:21,22 44:17
57:9,10,12
59:19,20
62:21

lady's
25:6 38:20

language
30:17,18,25
31:17,21
32:11 33:6

languages
32:9

large
37:12

last
8:8 9:1 16:7
24:19 35:22
39:19 48:6
50:17

late
41:22

Latino
37:12

Latinos
26:20 28:1,15
29:2,18 33:23
36:10,21
37:20 45:14

launched
41:11

law
3:16 8:3,22
9:9,16 10:2,7
12:7 15:6
25:15 45:2,19
54:8

laws
2:24 6:5

lay
44:17,18

layout
11:20 12:4
18:15 19:10

LBB
37:23

learned
9:1

least

2:20

leave
6:13

left
25:24 49:2
56:8

legal
40:11

legislation
3:10 4:2 5:4
6:15 11:10
21:10 22:23
24:7 29:7

legislators'
18:6

legislature'
s
18:6

legitimate
3:22 6:12
10:18 18:20
21:16

legitimately
21:15 45:16
56:7

legitimately
-cast
22:12 23:18

less
46:2,13

let's
13:15 14:2
25:12 47:19
52:13

letter
41:15

license
2:11 4:17,18
46:1 47:13,
15,16 58:4
61:10,15,17

licenses
46:5

likely
46:13 47:14

list
6:2

listen
56:5

little
8:25 22:7
25:12 31:9
43:18

location
14:3,4,12
15:19 45:4,7
55:25

long
11:13 44:16

longer
42:4 62:5

look
12:17 23:12,
25 24:9 33:10
35:1 55:19

looked
7:25 40:9
45:12 46:10
47:22

lose
62:12

loses
63:4

lost
13:4

lot
34:13,14
53:23 61:5
62:4

lower
53:19

lowered

43:14
——————
        M
——————
ma'am
60:9

mail-in
19:16 21:8,
12,25 22:15
23:21,24
24:4,15,17,
20,21 42:12,
19,23 43:4,7,
12 45:5 47:6
51:21 53:13,
14

mailing
54:18

majority
2:19 54:24

making
53:1

maneuver
2:18

MARCH
1:4 65:8

Marion
2:16

MARTINEZ
62:16,19,20
63:2,8,14,
18,23 64:2,11

Mary
40:15

Master
40:9

material
32:12

materially
64:13,19

materials
30:13 31:1,
10,15 32:12

McGeehan
33:10

mean
12:14 29:21
32:20 39:16,
17 51:18
52:13,20
53:11 60:16

mechanism
37:18

media
20:13 27:4
52:14

medical
2:12

Members
2:7 19:7 25:7
38:11,22 39:9
46:21 47:8
48:6 49:22
55:18 56:19
58:1 59:4,8

membership
9:17 56:4

methodology
26:24

Mexico
40:12

military
4:17

million
25:23 26:25
27:1,4 28:7

million-
24000
25:17

Milwaukee
46:3

mind
25:13 55:20

mine

44:18

minorities
34:16 37:1

misleading
64:13,20

mistake
52:9 53:24

mobile
33:25

model
10:20

modeled
29:6

modern
2:9

money
25:14,19,20

months
9:1

most
2:13 8:4 21:7
53:12 55:1
58:1

motion
25:8 38:12
49:23

move
25:5 38:20
49:20 54:16
59:1,8,13
62:15

moved
42:3

movie
2:21

multiple
33:6

multi-year
40:22

Munoz
57:6,8,13,20

58:7,23

must
4:19

myself
38:8 58:2
——————
        N
——————
name
6:1,2 8:11

narrative
11:20,25
22:4,8,11
39:13 43:16

narrow
19:24

narrow-
defined
11:12

narrowly-
crafted
3:9

narrowly-
drafted
58:15

nation
2:23

necessary
2:9 8:3 16:13
58:8

need
13:4 14:24
27:9 61:14

Neil
12:18

neither
65:19

never
11:6 54:7,23

new
26:21 27:2
45:18 58:4

non-citizen
40:6,10
non-photo
49:4
Norway
40:13
notarized
56:22
note
25:17 26:2,24
28:1
notebook
35:5
nothing
24:14 28:14
30:20 43:8
48:14
notice
33:5
noticed
18:14
notices
31:18 33:3
notification
5:20
November
50:9,11
number
16:8 34:16
35:8 41:7
48:24 49:3,6
numbers
36:20

O

objection
25:8 38:12,
23,25 49:23
objections
5:8
observer
50:12

obtain
2:11,13
obtaining
4:10
occasions
12:22
occurs
8:6 13:18
45:1 59:4
offered
54:23
office
58:22 65:10,
17
officers
14:14 16:8
official
56:24 58:20
officially
25:22
officials
52:15
offset
23:19 26:1
offsets
4:7
Oh
61:21
Okay
9:15 15:1,11
17:3,6 18:19
19:12 20:14,
21 21:21
25:18 26:16
28:13 29:14
30:1,8 31:23
32:6,25 34:8
35:3,18,20
37:5,16 52:7,
12 57:20
63:8,19 64:2
old

5:5
older
5:5
once
25:25 27:10
ones
3:23
open
2:12 23:4
55:19
opened
23:8
opportunitie
s
56:7
optional
10:5
order
24:23,25
37:25 38:1
49:10,11
64:5,10,11,
21
ordered
38:13 49:24
outcome
39:11 55:15,
16 65:23
outreach
34:1 37:19
outright
52:24
outweighed
3:23
over
8:7 16:7
25:24 45:22
50:25 52:5

P

page
32:3,4

paper
46:5
papers
41:6,9
part
17:5 20:6
participatio
n
6:9 48:9
participator
y
3:19
particular
54:4
parties
65:21
pass
4:17 43:10
passage
19:6
passed
13:9 27:11
36:24 43:3
passing
2:24 24:13
passport
4:18 60:21,22
61:3,8
penalties
2:3 10:6
53:19 56:22
58:18
penalty
9:4,22 10:3
13:20 14:1
People
3:5 5:4,7
13:10 14:8,17
16:9 17:13
24:19 31:11
43:3,11 45:23

47:9,21
48:12,14 51:4
53:5,21 54:18
55:17,23,24
58:16 61:5,7
people's
8:9 54:20
percent
24:16 42:9,10
45:20,21,23
46:2,4 47:13
percentage
35:9
percentages
28:6
performing
15:21
period
58:3
perjury
56:22 58:18
permanent
40:12
perpetrator
41:1
person
4:15 11:4
42:16 47:10
51:19,25
52:4,18 54:10
56:20,25 60:1
person's
8:11 22:12
phonetic
36:19 46:6
photo
2:8,9,16,18
3:12,14,16
4:8,10,15,
21,24 5:1,3,
21,24 6:4,5,6
13:9 17:18

House Chambers Floor Debate, 2nd                March 21, 2011

26:21 34:17
36:2,6 40:16
41:1,5 43:17
45:21 46:12,
17 49:4,5
50:13 54:9,
13,17 55:23
58:6 59:9,12,
25 60:17,18,
19

**photograph**
54:10,20

**photographed**
5:8

**picks**
47:17

**piece**
3:9

**pieces**
21:10

**Pitts**
25:22

**place**
6:11 13:19
15:20 18:10
42:9 52:19
53:1 57:15,21
61:18

**placed**
38:9

**places**
23:2,6 31:19
48:15

**plan**
26:13

**plane**
2:22

**please**
6:21 38:10,20

**point**
24:23,25
37:25 38:1

41:10 49:10,
11 64:4,9,11,
21

**pointed**
42:3 46:2

**points**
13:15

**police**
56:24 58:20
60:3,12,18
61:11

**policy**
53:1

**poll**
7:16 52:16

**polling**
14:3,4,12
15:19,20
31:18 45:4,7
55:24

**polls**
36:7 45:17

**poor**
46:22,24

**population**
28:5 37:12
46:2

**portion**
15:17 64:22

**position**
36:11

**possible**
11:15 23:23
34:20 36:10
50:16

**possibly**
12:17 16:22

**post**
42:2

**posted**
33:4

**potential**
2:25 3:7,11
7:9 45:12

**potentially**
18:2

**power**
15:22,23
17:10 18:1
36:12 44:8

**powerful**
16:4

**powerless**
14:17,19

**powers**
15:7 53:10

**practices**
33:11

**precleared**
29:8

**predicated**
52:23

**prescription
s**
2:13

**present**
45:3 50:13
56:21 58:22
60:18

**presentation**
63:5

**presented**
25:22 30:14
59:13

**presenting**
2:2 18:14

**President**
47:24 48:1

**presiding**
15:7,18,21

**press**
41:20

**pretty**
8:23 10:6
13:19 14:1
25:24

**prevalently**
21:7

**prevent**
12:5 15:19

**prevented**
40:14,25

**print**
27:6

**printed**
30:17

**printing**
31:17

**prison**
9:18

**probably**
53:24

**problem**
55:2

**procedures**
34:11

**proceeding**
65:22

**process**
3:18,21 6:7
10:25 19:3,8

**produce**
4:23

**Professors**
46:6

**project**
35:8

**promotional**
30:13 31:10,
14

**proof**
2:2,24 4:7
56:23 58:6

**proper**
51:6

**proposed**
10:7

**prosecute**
51:1

**prosecuted**
16:25

**prosecutions**
24:16 42:12

**protect**
36:7 58:8

**protected**
27:21 28:7
29:19 31:12

**protecting**
11:15 19:2

**protects**
4:3

**prove**
11:11 17:18
18:11

**proved**
41:10,19

**provide**
5:12,19,21
8:13 30:18
31:19 61:22

**provides**
4:12 29:24

**providing**
2:3 4:8

**provision**
36:19

**provisional**
4:9,25 5:8
61:19

**provisions**
17:12 55:21

**public**
3:3 19:8

House Chambers Floor Debate, 2nd      March 21, 2011

21:19 27:2
36:4 43:22
45:1

**publicized**
53:25

**public's**
2:25 4:3 6:7
13:6,7 19:2
36:8

**pull**
56:1

**purchase**
2:12

**purported**
16:3

**purpose**
6:19 11:9
25:4 38:5,18
44:6 49:15
54:15 55:12
57:7 59:17
62:19

**purse**
61:14

**put**
13:5 29:3,9
36:11 54:20

**putting**
18:10

Q

**quandary**
24:12

**question**
12:12 27:25
28:20 29:16
33:1,13,20
34:23 54:6
57:9 59:4,19

**questioned**
3:4

**questions**
7:3

**quick**
54:19

**quickly**
32:3

**quiet**
43:1

R

**radical**
6:15

**radio**
27:6 33:2,5

**raise**
64:4

**raised**
24:23

**raises**
37:25 49:10
64:11

**ranked**
47:24 48:2

**read**
15:17 29:13
38:14 39:3
43:5 56:12

**READING**
1:3 24:20
65:7

**real**
47:19 48:10

**reality**
43:10

**really**
8:3,17 18:24
19:22 22:5
23:17,19
24:18 32:3
42:6,15 54:17
56:4

**reason**
3:6 53:3

**received**

**54:7**

**receiving**
5:15

**recognizes**
2:4 39:5
56:15 59:6

**record**
38:9

**reduced**
38:9

**reference**
64:18

**refers**
64:14,15

**refrain**
52:20

**regard**
63:3,5

**regarding**
2:25 3:2

**registered**
5:22 56:8

**registrar**
5:9 31:19

**registration**
3:7 5:6 7:16
8:10 16:10,11
31:1 32:11
41:17 53:6
54:6,9,13,
16,21 66:7

**relate**
27:25

**related**
28:1 31:14
38:8 49:7
65:20

**relating**
2:1

**religious**
5:7

**remains**
51:17

**remedy**
36:18

**remind**
39:12

**rent**
2:14

**renting**
2:21

**rephrase**
28:20

**report**
48:5 56:24
58:21 60:18
61:11

**reported**
16:7,18,20
20:13

**reporter**
57:23 65:4

**reports**
8:1 52:14
60:3,12

**Representati
ve**
2:5,6 6:20,
23,24,25 7:1,
2,8,10,12,
13,15,19,22,
24 8:2,12,15,
20,25 9:2,6,
8,10,11,13,
15 10:9,10,
14,16,23,24
11:1,3,7,9,
17 12:16,18,
21,24 13:1,3,
11,12,14,22,
24 14:5,7,8,
10,13,15,19,
21,24 15:1,4,

5,10,11,12,
14,25 16:1,5,
14,17,19,21,
22 17:1,3,4,
6,7,9,16,20,
22,24 18:5,7,
9,13,17,19,
22,24 19:1,4,
11,12,14,15,
17,19,20,22
20:1,3,5,7,
9,10,12,14,
18,21,22,24
21:4,5,9,11,
13,14,18,21,
22 22:2,14,
16,18,20,22,
24 23:1,3,5,
7,12,15,22
24:2,6,8,9,
11,22 25:2,5,
10,16,18,20
26:3,5,7,9,
10,11,12,14,
16,23 27:12,
15,16,19,20,
23,24 28:9,
13,16,19,23,
25 29:5,10,
12,14,23
30:1,2,4,6,
8,9,12,16,
19,23 31:3,5,
7,16,20,22,
23,25 32:2,4,
6,8,10,13,
14,16,17,19,
22,24,25
33:7,15,19,
21 34:2,4,6,
8,9,12,18,
21,25 35:3,4,
6,12,14,17,
18,19,20
36:1,9,13,
16,23 37:5,9,

House Chambers Floor Debate, 2nd                    March 21, 2011

10,14,16,22,
24 38:3,6,7,
16,19,21,24
39:1,6,7,8,
20,22 40:4
41:4,8 42:13,
15,20,22,25
43:2,24 44:1,
7,9,11,13,
14,15,19,21,
23,25 46:8,
10,14,16,18,
20 47:10,12
48:17,19
49:9,13,16,
20,25 50:2,4,
6,8,10,23
51:9,15,24
52:1,3,7,10,
11,17,18
54:3,12 55:3,
4,5,6,7,9,
11,13 56:16,
17 57:6,8,11,
13,14,18,20,
24 58:7,11,
23,24,25
59:6,7,14,
18,21,22,23
60:2,5,7,9,
11,13,15,20,
22,24 61:2,4,
6,9,16,21,
23,25 62:2,4,
6,8,9,11,14,
16,18,20,23,
24 63:1,2,7,
8,12,14,16,
18,22,23,25
64:2

**Republican**
39:18 41:10

**request**
5:23 25:25
26:4 65:8

**require**
4:14 18:11
26:13

**required**
2:10 17:17
30:18 31:18
34:17 35:9

**requirement**
2:8 26:21
32:20

**requirements**
2:2 6:4,6
27:3 35:21
46:11,17
59:10

**requires**
29:1

**requiring**
5:21

**research**
27:1 34:14

**resident**
40:12

**resist**
54:25

**respect**
30:15

**restore**
13:5,6 19:7,8
23:19 24:14

**restored**
37:4

**restoring**
10:24 24:18

**restrictive**
13:9 35:22

**result**
36:12

**resulted**
40:23

**results**

37:2 39:18

**retract**
41:19

**return**
5:9

**returned**
16:10

**returns**
5:1

**reviewed**
64:17

**Rhonda**
1:14 65:3
66:6

**Right**
12:11 13:16
16:15 18:21
19:19 31:3
32:20,24
37:8,9 39:23
48:20 50:10
51:22 54:15
61:12,14
62:8,12

**Rights**
25:13 27:13,
17,21 29:3,20
32:23 37:7,11
38:8

**risk**
12:12

**risk/reward**
10:11

**risking**
12:9

**risky**
53:5

**rolls**
52:5

**room**
2:14

**Rule**

64:7,12

**rules**
64:8

**run**
20:11 34:15

**running**
47:23

**Rutgers**
46:5

———— **S** ————

**Sadly**
50:18

**safeguards**
36:18

**San**
41:11

**sat**
40:18

**satisfy**
17:11 49:5

**saying**
41:17

**says**
26:24 30:25
45:22,24
46:24

**SB**
1:1 65:6

**SB-14**
2:1 3:9,12
4:14 5:19

**scalable**
10:20 12:13,
17 53:14

**School**
45:19

**second**
38:23

**second-
degree**

9:14,23

**Secretary**
8:16 27:7
33:9 34:10

**Section**
9:12 15:2,5
32:1,5,7 33:4
64:7,12

**Security**
5:13 58:4

**see**
3:6 10:17
18:2 23:10
32:15 35:13
36:2,19 37:2
53:12,13

**seeks**
43:21

**seen**
21:7 39:23,25

**select**
24:3

**Senate**
7:4 22:17
26:22 30:24,
25 35:21,22
36:12 64:6

**senior**
47:15,17

**seniors**
45:22

**serious**
57:25

**SERVICES**
66:7

**session**
35:23

**sessions**
8:8 25:24

**seven**
11:23

severe
10:6

severity
9:24

shadows
45:6

Shorthand
65:3

show
3:6 4:14
11:10 13:13
17:17,18
18:11 21:24
53:5 61:18,19

showed
36:25

showing
14:9 62:7

shown
6:8 51:4

shows
7:16

sic
2:15 5:15
41:16

signed
5:10 52:19
59:11

significant
13:20 14:1
28:4

similar
3:12 6:1
36:25

simple
3:9 11:12

simplest
55:1

sir
21:13 59:21

sitting

47:23 48:1

situation
36:18 51:19

six
5:1,10 11:22
24:19 61:19,
22 63:12,14,
16,18,20
64:14,16

sixth
63:6,9

Slightly
31:7 33:1

so..
60:10

Social
5:13 58:4

solve
55:1

solved
48:12

somebody
18:2 53:6
59:24

something's
35:25

sorry
27:16 56:18
57:18 60:25
62:23

sort
12:8

Spanish
30:14,21
31:15

speak
59:3

SPEAKER
2:4,7 6:18,22
24:22,24
25:2,3,7,11
37:24 38:3,4,

11,16,17,19,
22,25 39:2,5,
9 42:14 43:25
44:5,9 49:9,
13,14,18,21,
22,25 50:1,5
55:10,11
56:1,10,15,
18 57:6,10,12
59:1,2,8,15,
16,20 62:17,
18,22,24
64:3,4,9

special
40:7,8,9

specific
7:6 33:13
34:1

specifically
23:16 28:1,
10,14 29:1,18
30:5,7,20
32:18 42:23
64:14

specifics
34:7

spent
26:17

spot
9:12 15:2

stack
41:6

standard
54:17

started
39:13 40:22

State
7:20 8:17
10:4 12:7,9
13:20 15:22
18:1 21:7
23:10 26:13
27:7,13,17

30:3 33:10
34:10 35:7
36:15 41:16
53:2,11 54:22
65:2,4

stated
2:17 3:17

statement
41:20

states
2:23 6:3,8
13:8 30:21
33:11 36:3,24
37:7 46:12
47:24 48:2,5,
7

statewide
5:19 41:16

status
5:11 46:1

stay
11:12 13:16

stealing
39:16

steals
6:12

stolen
50:19 51:2,11
53:5 56:23
59:11,25
60:8,16
61:11,17

stop
8:4 14:17
16:3 51:10,
14,16

straight
39:18

straightforw
ard
55:1

Street

65:9,17

strengthened
48:9

strict
6:3

strikes
55:14 56:2

studied
11:21 40:19

studies
8:1 34:15,22,
24 35:1,7,11,
15 45:11

study
45:25

studying
40:1

subject
53:7,18

submit
37:17 53:3

submitted
65:15

Subsection
64:8

substantial
36:20

substantiall
y
6:1 64:13,19

substitute
9:20 64:6

suggest
35:24

Suite
66:8

sunset
36:19

support
11:25

Supreme
3:15,17 4:1,6

Sure
11:17 13:17
18:17 23:18
49:2 52:17
54:3 57:3
58:13

surrounding
48:4

suspect
53:22

suspicion
52:24

sustained
25:1 38:2
49:12 64:21

system
3:4,6 57:15,
21

**T**

T.V
33:2,5

table
59:9,13 62:15

take
51:13 55:17
61:12,13

taken
24:25 38:1
49:11 65:22

takes
6:11 59:12
62:1

talk
14:2 25:12
43:7 47:19

talked
11:19 45:25

talking
12:11 13:15

Talks
32:8

Talmadge
40:4

taught
39:23

TAYLOR
43:24 44:5,9,
13,15 49:13,
14,16,20,25
50:1,2,6,10
51:9,24 52:3,
10,17 54:3
55:3

television
27:4,5

tell
15:13 31:24

tells
6:5

ten
9:18 12:9
53:8

terms
10:10 36:11
47:25 48:2,5,
7

terrific
13:15

testified
8:8

testimony
16:6 17:8
20:6 33:8,14
34:3,19
35:13,16
37:23 40:16
41:2,21

Texans
25:14 45:17
48:16 49:2
56:8

Texas
7:20 21:7
23:11,13
27:14,17 30:3
36:11,15
37:2,12 43:5
47:20,23
48:1,4,8,13
64:8 65:2,4,
10,18 66:6,8

text
64:15

Thank
2:6 25:10
39:1,8 44:18
55:3,5 56:9,
17 57:13
58:23

theft
56:20 57:17,
23 58:2,10,19
62:12

theirs
7:17

themselves
53:7,8

thing
11:22

things
47:7 58:17

think
7:21 9:10
12:16,19
16:2,5 17:10,
15,17 18:5
22:3 23:9
24:6 28:10
29:12 33:16
37:2 53:4,20,
23 56:6 57:3
58:14 62:1

third-degree
9:17,22,23

throw
29:4

ticket
39:18

time
25:6,9 37:25
38:20,23
44:12,16
49:10,18,21
58:3

times
29:13 51:3
52:13 54:23

time's
24:24

today
14:16 20:17
39:11 48:23,
24 53:24

today's
2:18

told
50:16

tool
16:4 17:15,17

tools
8:3,17,21
12:5,6 13:18
14:23,25
15:16 16:12
17:14 53:1

training
5:20

Transcribed
1:14 65:8,12

transcript
65:15

TRAVIS
65:1

trigger
37:18

true
36:6

trumped
53:25

trust
19:2

try
13:15

trying
11:18 12:6
31:13 58:3

Tuffy
39:24

turn
54:1

turned
50:25

TURNER
39:7

turnout
6:4 13:10
28:11,17
30:10 36:14
37:3 46:12
47:25 48:3,5,
7

turns
37:20 40:10

twice
47:14

two
6:3 9:18 10:4
12:9,19 13:4,
8 36:2,3,23
50:17 53:8
56:25 58:17,
21

type
3:10 7:6 8:4,
18 19:18,24
21:6 23:9
24:1 36:24

43:20 45:1,4,
8

types
49:4 55:22,23

typically
14:3

---

**U**

U.S
3:25 29:7

Uh-huh
21:4

uncommon
8:11

Under
8:2 9:11,16
14:10 26:21
27:21 29:3,20
32:4,6 39:10
45:23 54:8,14
56:22 58:18
64:11

understand
11:2 12:2
19:4 28:21
59:23 65:13

understandab
ly
43:16

understandin
g
33:8

undocumented
39:15

undoing
46:15

UNIDENTIFIED
7:13 39:20
42:13,20,25
44:19,21,23
46:8,14,18
47:10 48:17

55:7 59:14

units
33:25

University
45:19 46:5

Unknown
52:10,11

unprotected
6:14

upheld
3:14 4:1 29:7

upholding
3:16

use
14:20 25:25
26:1 27:9
54:10

useless
54:17

usual
4:11

---

**V**

valid
46:4

VAN
43:24

vast
2:19

venue
21:25 22:15

verify
6:16 27:10

verifying
5:15 21:23
58:20

versus
2:16 51:21

Veterans
5:14

victim

56:20 57:17,
23 58:2,9,19

Viet
30:22

Vietnam
40:12

Vietnamese
30:14,22
31:15 40:7

violates
64:7

violations
15:19

Virtualaty
46:6

Vo
40:5

vote
2:2 3:6 5:6,
21 6:12,17
7:17,18 11:4,
11 12:11
13:13 14:9
16:10 17:18
18:12 21:24
22:12 25:23
27:8 37:4
40:13 42:17
46:13 48:14,
20 50:14,19,
22 51:2,11
53:7 54:5
55:7,8,16,17
57:1,5,15,21
60:1 61:14
62:13 63:4

voted
16:11 40:11
41:18 50:15,
18 51:4 52:6

voter
2:16,24,25
3:2,19 4:2,14

5:1,6,16,25
6:4,6,8,11,
16 7:4,6,9,
11,14 8:8,9,
18 9:4 10:1,
12,18,19,21
11:19,24
12:14,22
13:9,16 14:2,
17 16:3,10,11
18:3,11,15,
16 19:21
20:17,25
21:6,17 23:23
30:10 32:11,
20 36:24
40:17,20,21,
23 41:3,12,
13,16,22
42:1,4,18
43:18,21
46:11 47:1,25
48:2,9,10
50:12,18,21
51:11 52:5
53:4,6,18
54:4,6,8,13,
16,20 57:4,16
58:13 63:4

Voters
3:22 4:7,13,
23 5:12,22
18:20 28:12,
17,18 29:25
30:11 31:1
35:8,10 36:15
37:3 45:25
46:12 57:5

voter's
6:2 7:16

voters'
4:4

votes
3:22 4:5 8:10

10:11,15,21
12:15,20 13:4
21:16 23:18
41:25

voting
3:3,8,11
4:12,15 5:18,
25 19:8 22:6
25:12 27:13,
17,21 29:3,20
32:22 37:7,11
38:8 39:15,17
40:7 41:8
43:4,14 46:1
47:9,21,22
48:13 53:17
61:18

---

**W**

want
15:15 39:11
44:16 57:3
58:12 61:13

wanted
7:3

wanting
50:19

warrant
15:23 16:2
17:11 18:2

Watchdog
43:6

watched
50:12

way
6:10 33:12
34:20 46:21
55:1

ways
27:2 62:7

website
30:25 31:4,9

weeks

50:17
**went**
52:5
**we're**
12:11 16:6
20:19 22:5
48:23 49:3,6
52:25
**West**
65:9,16
**we've**
11:21 19:23
21:6 34:19
36:1,3 39:22,
25 54:23
**whatever**
58:5
**whether**
31:13 52:21
**whole**
61:5
**widespread**
11:24 52:14
**wild**
40:5,6
**Wilson**
65:9,16
**Wisconsin**
45:25
**wishing**
59:2
**withdraw**
56:4,9
**withdrawn**
56:11
**within**
5:1,10 56:20
61:22 63:6
**witnessed**
51:11
**witnesses**

8:7 44:2
45:2,8 53:9,
16
**women**
47:13,14,15
**won**
13:4
**word**
14:20,22
**work**
34:14 63:11
**worker**
52:16 57:16,
22
**working**
36:3
**works**
7:14
**worse**
36:11
**worth**
9:19 12:10
53:9
**writing**
26:6 38:9
**written**
5:13
**wrong**
36:17 37:20
52:16,19
**wrote**
41:15

_____ Y _____

**Yeah**
10:16 13:25
14:7,10 15:14
32:13,16
33:21 35:14
44:21
**year**
26:25 45:24

**years**
5:4 9:18 10:4
11:22,23
12:10 16:7
24:19 36:2,4
39:14 53:8
**yield**
6:21,22 44:10
49:17 50:3,4
57:9,10
59:19,20
62:21,22,25
**yields**
50:5 57:12
**York**
45:18
**yourself**
53:18

_____ 0 _____

**012**
9:12
**075**
15:2

_____ 1 _____

**1.5**
27:4
**100**
66:8
**10000**
9:19 10:5
12:10 53:8
**12/31/12**
66:6
**14**
1:1 7:4 26:22
35:22 36:12
65:6
**14th**
65:9,17
**15**
45:23

**15000**
45:24
**150000**
27:7
**18**
45:21
**180**
10:3,4
**1st**
5:5

_____ 2 _____

**2**
25:17 26:25
28:7 64:12
**2000**
47:22 66:8
**2004**
40:1,2 48:1
50:7,9,11
51:12
**2005**
40:15
**2006**
40:18,21
45:18
**2007**
41:2,4
**2008**
41:14 48:3
**2009**
41:21
**2011**
1:1,4 65:6,8
**2012**
1:14 5:5
26:25 65:16
66:2
**209**
65:9,16
**21**
1:4 65:8

**23**
1:14
**23rd**
66:1
**25**
45:19,20
**283**
66:7
**2ND**
1:3 65:7

_____ 3 _____

**3**
32:4
**3.21.11**
1:2 65:7
**300000**
27:6
**31.012**
32:1
**32**
15:2 64:7
**32.075**
15:6
**328-5557**
66:9
**32C**
64:12
**332480RH**
66:11
**35000**
45:23
**362**
35:22

_____ 4 _____

**4**
64:7,12
**4136**
66:6
**42nd**
47:24

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                                    85

**43**
25:23 46:4
**45**
56:20
**46th**
48:2
**47**
46:2 47:24
**48th**
48:4

--- 5 ---

**5**
32:5,7
**50**
47:24 48:2,5,
7
**50th**
48:7
**512**
66:9

--- 6 ---

**60**
4:19
**6401**
9:12
**65**
45:22

--- 7 ---

**70**
5:4 24:16
42:9 45:22
47:13
**70-year-olds**
47:17
**750000**
27:5
**78701**
65:10,18 66:8

--- 8 ---

**82R**
1:1 65:6
**8th**
65:9,17

--- 9 ---

**90**
42:9
**90000**
41:17

**The House Committee on Voter Identification & Voter Fraud, Select**
82nd Legislature
March 21, 2011
4:25 p.m.
E2.022

Pursuant to a notice posted on March 21, 2011, the House Committee on Voter Identification & Voter Fraud, Select met in a formal meeting and was called to order by the chair, Representative Bonnen, at 4:25 p.m.

The initial quorum call was answered as follows: Representatives Bonnen; Veasey; Aliseda; Harless; Hilderbran; Hochberg; Pena; and Taylor, Larry.

A quorum was present.

**House Committee on Voter Identification & Voter Fraud, Select**
3/21/2011

## SB 14

The chair laid out SB 14.

Representative Harless offered a complete committee substitute.

The chair recognized Representative Harless to explain CSSB 14.

The committee substitute was adopted without objection.

Representative Hilderbran moved that SB 14, as substituted, be reported favorably to the full house with the recommendation that it do pass and be printed.  The motion prevailed by the following record vote:

Ayes:                        Representatives Bonnen; Aliseda; Harless; Hilderbran; Pena; Taylor, Larry (6).

Nays:                        Representatives Veasey; Hochberg (2).

Present, Not Voting:   None (0).

Absent:                    Representative Gutierrez (1).

At 4:28 p.m., on the motion of Representative Hilderbran and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Bonnen, Chair


_____
Steven Schar, Clerk

2

## HOUSE OF REPRESENTATIVES
## NOTICE OF FORMAL MEETING

```
COMMITTEE:    Voter Identification & Voter Fraud, Select
TIME & DATE:  4:25 PM, Monday, March 21, 2011
PLACE:        E2.022
CHAIR:        Rep. Dennis Bonnen
```

---

```
SB 14           Fraser | et al.
Relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.
```

---

1

# HOUSE JOURNAL

## EIGHTY-SECOND LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

FORTIETH DAY — WEDNESDAY, MARCH 23, 2011

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 105).

Present — Mr. Speaker; Aliseda; Allen; Alonzo; Alvarado; Anchia; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Burnam; Button; Cain; Callegari; Carter; Castro; Chisum; Christian; Coleman; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Davis, Y.; Deshotel; Driver; Dukes; Dutton; Eissler; Elkins; Farias; Farrar; Fletcher; Flynn; Frullo; Gallego; Garza; Geren; Giddings; Gonzales, L.; Gonzales, V.; Gonzalez; Gooden; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hernandez Luna; Hilderbran; Hochberg; Hopson; Howard, C.; Howard, D.; Huberty; Hughes; Hunter; Isaac; Jackson; Johnson; Keffer; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lozano; Lucio; Lyne; Madden; Mallory Caraway; Margo; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Miller, D.; Miller, S.; Morrison; Muñoz; Murphy; Naishtat; Nash; Oliveira; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pickett; Pitts; Price; Quintanilla; Raymond; Reynolds; Riddle; Ritter; Rodriguez; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Taylor, L.; Taylor, V.; Thompson; Torres; Truitt; Turner; Veasey; Villarreal; Vo; Walle; Weber; White; Woolley; Workman; Zedler; Zerwas.

Absent, Excused — Eiland.

Absent — Cook.

The invocation was offered by William Eudy, pastor, Southside Church of Christ, Mineral Wells.

The speaker recognized Representative Lyne who led the house in the pledges of allegiance to the United States and Texas flags.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence temporarily for today because of family business:

Eiland on motion of Landtroop.

## REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Lyne and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

## CAPITOL PHYSICIAN

The speaker recognized Representative Christian who presented Dr. Keith Miller of Center as the "Doctor for the Day."

The house welcomed Dr. Miller and thanked him for his participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

(Cook now present)

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

## HCR 118 - ADOPTED
### (by V. Taylor, et al.)

Representative V. Taylor moved to suspend all necessary rules to take up and consider at this time **HCR 118**.

The motion prevailed.

The following resolution was laid before the house:

**HCR 118**, Honoring Congressman Sam Johnson on the 38th anniversary of his release as a North Vietnamese Prisoner of War.

**HCR 118** was read and was adopted.

On motion of Representatives Sheets and Madden, the names of all the members of the house were added to **HCR 118** as signers thereof.

## INTRODUCTION OF GUEST

The speaker recognized Representative V. Taylor who introduced the Honorable Sam Johnson.

(Cain in the chair)

## FIVE-DAY POSTING RULE SUSPENDED

Representative Hunter moved to suspend the five-day posting rule and all necessary rules to allow the Committee on Calendars to set a calendar at 10:20 a.m. today in 3W.15.

The motion prevailed.

## COMMITTEE GRANTED PERMISSION TO MEET

Representative Hunter requested permission for the Committee on Calendars to meet while the house is in session, at 10:20 a.m. today, in 3W.15, to set a calendar.

Permission to meet was granted.

## COMMITTEE MEETING ANNOUNCEMENT

The following committee meeting was announced:

Calendars, 10:20 a.m. today, 3W.15, for a formal meeting, to set a calendar.

## HR 1012 - ADOPTED
## (by Eissler)

Representative Eissler moved to suspend all necessary rules to take up and consider at this time **HR 1012**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1012**, Recognizing March 20-26, 2011, as Early College High School Week.

**HR 1012** was adopted.

## RESOLUTIONS ADOPTED

Representative Dukes moved to suspend all necessary rules to take up and consider at this time **SCR 28** and **SCR 29**.

The motion prevailed.

The following resolutions were laid before the house:

**SCR 28** (Dukes - House Sponsor), Commending Joe E. Gonzales for his career in education and for his contributions to the success of Austin Can! Academy.

**SCR 29** (Dukes - House Sponsor), Recognizing Austin Can! Academy, a dropout recovery charter high school serving at-risk students of Travis County.

The resolutions were read and were adopted.

## HR 828 - ADOPTED
## (by Truitt)

Representative Truitt moved to suspend all necessary rules to take up and consider at this time **HR 828**.

The motion prevailed.

The following resolution was laid before the house:

**HR 828**, Recognizing March 21 through 25, 2011, as Texas Retired Teachers Week.

**HR 828** was read and was adopted.

On motion of Representative Patrick, the names of all the members of the house were added to **HR 828** as signers thereof.

## INTRODUCTION OF GUESTS

The chair recognized Representative Truitt who introduced members of the Texas Retired Teachers Association, speaking as follows:

Mr. Speaker, members, this resolution provides an opportunity for this body to show our appreciation for our retired public educators who have provided an invaluable service to the people of this great state. We have some very special guests joining us today, both in the gallery and on the dais. We have TRTA representatives on the dais: Tim Lee, the executive director; Bill Barnes, TRTA legislative coordinator; Carlos Ortiz, state legislative chairman for District 20; Ms. Francis Plemmons, secretary/treasurer; and last but not least, my constituent and good friend, Bill Skinner, TRTA member and a dear friend. And joining us in the gallery are several members of TRTA that have taken the time to come to Austin to be with us today. I especially want to welcome those of you who are here from my district, and I'd ask you all to please stand up and be recognized. Thank you very much for being here.

Members, TRTA has a membership base of approximately 70,000 retirees that continually work to improve their local communities throughout the state. In 2010, TRTA members selflessly gave approximately 5.8 million hours of volunteer service, equivalent to a value of more than $121 million. For this, and the many other things they do, we are all forever indebted to them, to you. TRTA members will be visiting our offices this afternoon, and I encourage you and your staff to take the time to visit with them. TRTA members, we owe you a great deal of gratitude. Thank you for what you have done for our children. Thank you for what you have done for us. We understand what you are going through. We are listening. We are getting your hundreds of letters. We are reading them. We are hearing what you say. And please know, together we are going to get through this. Mr. Speaker, members, thank you for your consideration.

## REMARKS ORDERED PRINTED

Representative Lozano moved to print remarks by Representative Truitt on **HR 828**.

The motion prevailed.

### HR 812 - PREVIOUSLY ADOPTED
### (by White)

The chair laid out the following previously adopted resolution:

**HR 812**, Recognizing the Texas Forestry Association on the occasion of its seedling giveaway and commending association members for their reforestation efforts and advocacy.

On motion of Representatives White and Christian, the names of all the members of the house were added to **HR 812** as signers thereof.

### HR 147 - PREVIOUSLY ADOPTED
### (by Giddings)

The chair laid out and had read the following previously adopted resolution:

**HR 147**, Honoring the life of Dan S. Petty of Dallas.

On motion of Representative Branch, the names of all the members of the house were added to **HR 147** as signers thereof.

## INTRODUCTION OF GUESTS

The chair recognized Representative Giddings who introduced family members of Dan S. Petty.

## HR 857 - ADOPTED
### (by S. King)

Representative S. King moved to suspend all necessary rules to take up and consider at this time **HR 857**.

The motion prevailed.

The following resolution was laid before the house:

**HR 857**, Recognizing March 23, 2011, as Parent Association for the Retarded of Texas Day at the State Capitol.

**HR 857** was read and was adopted.

## HR 240 - ADOPTED
### (by Patrick, et al.)

Representative Patrick moved to suspend all necessary rules to take up and consider at this time **HR 240**.

The motion prevailed.

The following resolution was laid before the house:

**HR 240**, In memory of former Arlington mayor, U.S. representative, and Tarrant County judge Tom J. Vandergriff.

**HR 240** was read and was unanimously adopted by a rising vote.

On motion of Representatives Anchia and Nash, the names of all the members of the house were added to **HR 240** as signers thereof.

## INTRODUCTION OF GUESTS

The chair recognized Representative Patrick who introduced family members of the Honorable Tom J. Vandergriff.

## HR 739 - PREVIOUSLY ADOPTED
### (by Burkett)

The chair laid out and had read the following previously adopted resolution:

**HR 739**, Recognizing March 23, 2011, as Sunnyvale Day at the State Capitol.

## HR 979 - ADOPTED
### (by Keffer)

Representative Keffer moved to suspend all necessary rules to take up and consider at this time **HR 979**.

The motion prevailed.

The following resolution was laid before the house:

TX_00002929

**HR 979**, Commending the firefighters of Texas and paying tribute to the volunteer firefighters who have died in the line of duty.

**HR 979** was adopted.

On motion of Representative C. Anderson, the names of all the members of the house were added to **HR 979** as signers thereof.

## HR 320 - PREVIOUSLY ADOPTED
### (by L. Gonzales)

The chair laid out and had read the following previously adopted resolution:

**HR 320**, Recognizing March 23, 2011, as Hutto Day at the State Capitol.

## INTRODUCTION OF GUESTS

The chair recognized Representative L. Gonzales who introduced a delegation from Hutto.

## HCR 114 - ADOPTED
### (by Craddick)

Representative Craddick moved to suspend all necessary rules to take up and consider at this time **HCR 114**.

The motion prevailed.

The following resolution was laid before the house:

**HCR 114**, Designating April 2011 as Distracted Driving Awareness Month in Texas.

**HCR 114** was adopted.

On motion of Representative Phillips, the names of all the members of the house were added to **HCR 114** as signers thereof.

## HR 564 - PREVIOUSLY ADOPTED
### (by Kuempel)

The chair laid out and had read the following previously adopted resolution:

**HR 564**, Congratulating the football team of the Byron P. Steele II High School in Cibolo on winning the UIL 5A Division II state championship.

On motion of Representative Kuempel, the names of all the members of the house were added to **HR 564** as signers thereof.

## INTRODUCTION OF GUESTS

The chair recognized Representative Kuempel who introduced players and coaches of the Byron P. Steele II High School football team.

## HB 3822 - PERMISSION TO INTRODUCE

Representative Workman requested permission to introduce and have placed on first reading **HB 3822**.

Permission to introduce was granted by (Record 106): 145 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Aliseda; Allen; Alonzo; Alvarado; Anchia; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Burnam; Button; Callegari; Carter; Chisum; Christian; Coleman; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Davis, Y.; Deshotel; Driver; Dukes; Dutton; Eissler; Elkins; Farias; Farrar; Fletcher; Flynn; Frullo; Gallego; Garza; Geren; Giddings; Gonzales, L.; Gonzales, V.; Gonzalez; Gooden; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hernandez Luna; Hilderbran; Hochberg; Hopson; Howard, C.; Howard, D.; Huberty; Hughes; Hunter; Isaac; Jackson; Johnson; Keffer; King, P.; King, S.; King, T.; Kleinschmidt; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lozano; Lucio; Lyne; Madden; Mallory Caraway; Margo; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Miller, D.; Miller, S.; Morrison; Muñoz; Murphy; Naishtat; Nash; Oliveira; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pickett; Pitts; Price; Quintanilla; Raymond; Reynolds; Riddle; Ritter; Rodriguez; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Taylor, L.; Taylor, V.; Thompson; Torres; Truitt; Turner; Veasey; Villarreal; Vo; Walle; Weber; White; Woolley; Workman; Zedler; Zerwas.

Present, not voting — Mr. Speaker; Cain(C).

Absent, Excused — Eiland.

Absent — Castro; Kolkhorst.

### STATEMENT OF VOTE

When Record No. 106 was taken, I was temporarily out of the house chamber. I would have voted yes.

Kolkhorst

### HB 3823 - PERMISSION TO INTRODUCE

Representative Thompson requested permission to introduce and have placed on first reading **HB 3823**.

Permission to introduce was granted by (Record 107): 146 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Aliseda; Allen; Alonzo; Alvarado; Anchia; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Burnam; Button; Callegari; Carter; Castro; Chisum; Christian; Coleman; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Davis, Y.; Deshotel; Driver; Dukes; Dutton; Eissler; Elkins; Farias; Farrar; Fletcher; Flynn; Frullo; Gallego; Garza; Geren; Giddings; Gonzales, L.; Gonzales, V.; Gonzalez; Gooden; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hernandez Luna; Hilderbran; Hochberg; Hopson; Howard, C.; Howard, D.; Huberty; Hughes; Hunter; Isaac; Jackson; Johnson; Keffer; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lozano; Lucio; Lyne; Madden; Mallory Caraway; Margo; Marquez; Martinez; Martinez Fischer;

Menendez; Miles; Miller, D.; Miller, S.; Morrison; Muñoz; Murphy; Naishtat; Nash; Oliveira; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pickett; Pitts; Price; Quintanilla; Raymond; Reynolds; Riddle; Ritter; Rodriguez; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Taylor, L.; Taylor, V.; Thompson; Torres; Truitt; Turner; Veasey; Villarreal; Vo; Walle; Weber; White; Woolley; Workman; Zedler; Zerwas.

Present, not voting — Mr. Speaker; Cain(C).

Absent, Excused — Eiland.

Absent — McClendon.

### STATEMENT OF VOTE

When Record No. 107 was taken, I was in the house but away from my desk. I would have voted yes.

McClendon

### HR 980 - ADOPTED
### (by Sheffield)

Representative Sheffield moved to suspend all necessary rules to take up and consider at this time **HR 980**.

The motion prevailed.

The following resolution was laid before the house:

**HR 980**, Recognizing March 23, 2011, as Salad Day and commending the owner/operators of Texas McDonald's restaurants.

**HR 980** was adopted.

On motion of Representative D. Howard, the names of all the members of the house were added to **HR 980** as signers thereof.

### FIVE-DAY POSTING RULE SUSPENDED

Representative Cook moved to suspend the five-day posting rule to allow the Committee on State Affairs to consider **HB 162** 30 minutes after adjournment today in JHR 140.

The motion prevailed.

(Eiland now present)

(Speaker in the chair)

### EMERGENCY CALENDAR
### SENATE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

## CSSB 14 ON SECOND READING
### (Harless, L. Taylor, Peña, Truitt, T. Smith, et al. - House Sponsors)

**CSSB 14**, A bill to be entitled An Act relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

### CSSB 14 - POINT OF ORDER

Representative Walle raised a point of order against further consideration of **CSSB 14** under Rule 6, Section 16 of the House Rules on the grounds that the calendar is ineligible for consideration.

The speaker overruled the point of order, speaking as follows:

Mr. Walle raises a point of order pursuant to Rule 6, Section 16 that the initial printing of the calendar contained an error that prevents further consideration. The chair has reviewed the original and revised calendar and finds that the purpose of Rule 6, Section 16 has been complied with. The point of order is respectfully overruled.

### CSSB 14 - POINT OF ORDER

Representative Walle raised a point of order against further consideration of **CSSB 14** under Rule 6, Section 16 of the House Rules on the grounds that the calendar is ineligible for consideration.

The speaker overruled the point of order, speaking as follows:

Mr. Walle raises a point of order under Rule 6, Section 16 on the grounds that the corrected calendar is not properly in order for consideration and is not eligible for consideration at this time. A similar error occurred in **HB 1111** during the 79th Legislature. In that case, an error was discovered and a new calendar was printed and considered after a two-hour layout. The chair noted in that case that the error in the calendar was corrected and was laid out more than two hours. The chair finds no violation under Rule 6, Section 16. The point of order is respectfully overruled.

### PARLIAMENTARY INQUIRY

REPRESENTATIVE GALLEGO: Mr. Speaker, just a parliamentary inquiry so that I, if you don't mind, can understand the line of reasoning behind the—Mr. Walle's point of order was that Rule 6, Section 16 doesn't provide, as I read the rule. The rule indicates that "deviations from the calendar as posted shall not be permitted, except that the Committee on Calendars shall be authorized to prepare and post, not later than two hours before the house convenes, a supplemental daily calendar." So the two-hour notice under the rules applies to the supplemental daily calendar, is that not correct?

SPEAKER STRAUS: Mr. Gallego, under Rule 6, Section 16, deviations from the calendar are permitted, if they are permitted by the Committee on Calendars.

GALLEGO: Mr. Speaker, the sentence reads "deviations from the calendars as posted shall not be permitted, except in the case of the supplemental calendar."

SPEAKER: Mr. Gallego, the phrase "except" means there are deviations that are permitted.

GALLEGO: But, the exception is listed, is it not, Mr. Speaker? The exception is the supplemental daily calendar, which can be printed two hours before the house convenes.

SPEAKER: Mr. Gallego, there was a printing error in this calendar that was discovered and it's been corrected.

GALLEGO: The issue, Mr. Speaker, as I understand Mr. Walle's point of order, is that under the rules, revised calendars don't exist; supplemental calendars exist. And this was not remedied through a supplemental calendar, it was remedied so that the posting should—if we're going to do the supplemental calendar, and the posting, and the two-hour notice, then this was not a supplemental calendar which we all receive on our desks. As the routine course of the house's business, we receive supplemental calendars. And in this instance, we didn't receive a supplemental calendar, we received a revised calendar, which would seem to indicate that—I guess the difficulty for me is that you can't have it—the argument that you can't have it both ways. If it is a supplemental calendar, and there is a two-hour notice, and there is a deviation, that's fine, but if the argument is that it's a revised calendar and all this revised calendar does is take the place of the first one, then it seems that that timing should relate back. The posting notice should relate back, as well.

SPEAKER: Thank you, Mr. Gallego, for your inquiry. This is not the first time that a printing error has occurred in our calendars. On May 15 of 1997, for instance, an error in the printing was corrected under the title "Corrected Daily House Calendar." On May 20 of 1999, a correction was made under the "Corrected Daily House Calendar." And, similarly, on Tuesday, July 19, 2005, the correction was made under "Revised Daily House Calendar."

### REMARKS ORDERED PRINTED

Representative Walle moved to print remarks between Representative Gallego and the speaker.

The motion prevailed.

### CSSB 14 - POINT OF ORDER

Representative Farrar raised a point of order against further consideration of **CSSB 14** under Rule 4, Section 11 and Rule 4, Section 12 of the House Rules on the grounds that proper notice of the committee meeting was not given and the committee meeting was not open to the public.

The speaker overruled the point of order, speaking as follows:

Representative Farrar raises a point of order under Rule 4, Section 11 and 12. Representative Farrar indicates that the meeting of the Calendars Committee began at 10:07 p.m., and that the Capitol was closed and access to the meeting room may have been denied. While the Calendars Committee did not begin meeting until 10:07 p.m., the meeting was initially posted for 9 p.m. As noted on

the State Preservation Board website, the hours of the Capitol are normally between 7 a.m. and 10 p.m. but are extended during legislative sessions, including during house committee meetings. It appears that the provisions of Rule 4, Section 11, were complied with. The point of order is respectfully overruled.

### CSSB 14 - POINT OF ORDER

Representative Martinez Fischer raised a point of order against further consideration of **CSSB 14** under Rule 4, Section 32(c) and Rule 4, Section 32(f) of the House Rules on the grounds that the bill analysis is incorrect.

The speaker overruled the point of order, speaking as follows:

Representative Martinez Fischer raises a point of order under Rule 4, Section 32 in that the bill analysis fails to discuss changes on page 11, line 7 and page 11, line 27 of the bill. Specifically, Representative Martinez Fischer argues that the bill analysis fails to compare the bill to existing law and fails to list revision on page 11, line 27 as an express repeal. The chair has reviewed the bill and the bill analysis. The chair finds that the language of the bill analysis is not materially or substantially misleading and that the bill analysis, which is a summary, accurately reflects the substance of the bill. The point of order is respectfully overruled.

### PARLIAMENTARY INQUIRY

REPRESENTATIVE MARTINEZ FISCHER: Thank you, Mr. Speaker—parliamentary inquiry.

SPEAKER STRAUS: State your inquiry.

MARTINEZ FISCHER: In the last part of your ruling you made reference to the bill analysis being a summary, did I hear that right?

SPEAKER: That's correct.

MARTINEZ FISCHER: Could you repeat that last line, would you indulge me? I couldn't hear back here.

SPEAKER: The bill analysis, which is a summary, accurately reflects the substance of the bill.

MARTINEZ FISCHER: And, Mr. Speaker, parliamentary inquiry.

SPEAKER: State your inquiry.

MARTINEZ FISCHER: As I read Rule 4, Section 32(c), I don't see—I don't see in the rules where members are given the opportunity to summarize the bill in the bill analysis. Fact is, I read Rule 4, Section 32(c), it says that the bill analysis must include in summary or section-by-section form a detailed analysis, not a summary analysis, a detailed analysis, and so did the chair misunderstand me when I made that argument? Is the chair under the impression that I am arguing that there should be a lesser standard than a detailed analysis? Because I didn't argue there should be a summary analysis—in fact, the rules are contrary to any

members providing a summary analysis, it says it must be detailed, it can be in a summary or a section-by-section form, but the analysis must be detailed. Is the chair in agreement with that reading of the rule, as I see it?

SPEAKER: The chair has applied the precedence from prior sessions.

MARTINEZ FISCHER: And what precedence would that be, Mr. Chairman, Mr. Speaker?

SPEAKER: For instance, Mr. Martinez Fischer, there's a precedent from the 81st Session.

MARTINEZ FISCHER: The 81st Session, would the chair be inclined as to tell me what day of the journal that was?

SPEAKER: It was May 20th, 2009.

MARTINEZ FISCHER: May 20th, 2009. Okay, now in chair's ruling—

SPEAKER: It was on **SB 865**.

MARTINEZ FISCHER: **SB 865**? Thank you, Mr. Speaker. In the chair's ruling, in effect, the chair is saying that if we—if there is an express strike-through on a bill that changes the current state of the law, there is no requirement under Rule 4, Section 32(c) or Rule 4, Section 32(c)(3) that requires a member to notify the body and the general public that we are expressly changing a legal standard.

SPEAKER: Rule 4, Section 32, Subsection (c), Subsection (2) requires a list of provisions expressly, expressly repealed by the bill or resolution.

MARTINEZ FISCHER: So, the chair's interpretation, which I would deem to be narrow—is it the chair's interpretation that what triggers an express statement of a repeal of a law is the words in a bill or resolution that says, this article or this section is expressly repealed? Is that how the chair interprets Rule 4, Section 32(c)(2)?

SPEAKER: Just one moment, Mr. Martinez Fischer. Mr. Martinez Fischer, the point of order that you raised did not point us to a section of the law that contained an express repeal.

MARTINEZ FISCHER: Then the chair may have misunderstood my point of order. Shall I reassert it, Mr. Chairman? Because I crystal clearly remember arguing to the chair that when you take two sections of the bill and take us from a discretionary standard and change it to a mandatory standard, the strike-through of the discretionary is a repeal of a statute—in fact, guts the statute—and then I argued secondarily that when you go from a "shall" standard to a "must" standard, you again are expressly repealing a statute by a strike-through and, in fact, you are gutting the existing law. I offered that, and if the chair did not analyze the point of order under that analysis, then I would like to raise that point of order again.

SPEAKER: Mr. Martinez Fischer, the chair has already ruled on the point of order. You are welcome to lodge another point and I will request, the chair would request that the exchange be reduced to writing and entered into the journal.

MARTINEZ FISCHER:  I'm sorry, what about the last part, Mr. Speaker?

SPEAKER:  I would request that the exchange between you and the chair be reduced to writing and entered into the journal.

MARTINEZ FISCHER:  Thank you, Mr. Speaker, I was going to do the same thing.  And so—but I don't have to raise another point of order—but the chair has suggested that portion of that argument was not considered by the chair because the chair was unaware that that was, that that objection was being raised, and if the chair has properly considered that, I'd like the chair to tell me there would be no need to raise an additional point of order.

SPEAKER:  Mr. Martinez Fischer, the chair appreciates your arguments and the chair respectfully has overruled your point of order.

MARTINEZ FISCHER:  I understand that Mr. Speaker, but on what grounds?

SPEAKER:  That Rule 4, Section 32(c) has been complied with.

MARTINEZ FISCHER:  In all aspects?

SPEAKER:  And that the bill analysis is not substantially or materially misleading.

MARTINEZ FISCHER:  And with regard to Rule 4, Section 32(c)(2), a repeal of a statute that's not explained in a detailed bill analysis, that's part of your ruling, as well?

SPEAKER:  Yes, sir, it is.

MARTINEZ FISCHER:  Thank you, Mr. Speaker.

### REMARKS ORDERED PRINTED

The speaker moved to print remarks between Representative Martinez Fischer and the speaker.

The motion prevailed.

### CSSB 14 - POINT OF ORDER

Representative Coleman raised a point of order against further consideration of **CSSB 14** under Rule 4, Section 32(c) of the House Rules on the grounds that the bill analysis is materially or substantially misleading.

The speaker overruled the point of order, speaking as follows:

Mr. Coleman raises a point of order under Rule 4, Section 32.  Specifically, the provision relating to the use of passports found on page 1 of the bill analysis is not sufficiently detailed enough continuously through the bill analysis.  The chair has reviewed the bill and the bill analysis and finds that the provision complained of, relating to passports, is contained in the bill analysis and is not materially or substantially misleading.  Accordingly, the point of order is respectfully overruled.

## CSSB 14 - POINT OF ORDER

Representative Martinez Fischer raised a point of order against further consideration of **CSSB 14** under Article III, Section 49-k of the Texas Constitution on the grounds that the bill reduces, rescinds, or repeals the Texas Mobility Fund.

The speaker overruled the point of order, speaking as follows:

Mr. Martinez Fischer raises a point of order under Article III, Section 49-k of the Texas Constitution. Specifically, Mr. Martinez Fischer argues that the bill reduces, rescinds, or repeals authority to collect funds under the Texas Mobility Fund. The chair has reviewed the argument, the question raised by Mr. Martinez Fischer was a provision that was constitutional whether any infirmity must be addressed in this bill or any bill if the bill is effective unless changed. It's precisely the type of constitutional points of order traditionally not ruled on. The chair will continue that tradition and the point of order is respectfully overruled.

## PARLIAMENTARY INQUIRY

REPRESENTATIVE MARTINEZ FISCHER:   The chair, in his ruling, failed to indicate whether they found this to be a substantive challenge or a procedural challenge to the constitution and I'd like to know which it is.

SPEAKER STRAUS:  Mr. Martinez Fischer, the chair found that this deals with a substantive constitutional issue.

MARTINEZ FISCHER:   Mr. Speaker, parliamentary inquiry.

SPEAKER:  State your inquiry.

MARTINEZ FISCHER:   Is the constitutional article that says bills must be read on three several days, is that procedural or substantive?

SPEAKER:  That is a point of order that has traditionally been ruled on by the chair.

MARTINEZ FISCHER:   As procedural or substantive?

SPEAKER:  As a discussion of legislative procedure.

MARTINEZ FISCHER:  And Mr. Speaker, further inquiry, is the constitutional provision saying that all bills must pass both houses of the legislature, is that procedural or substantive?

SPEAKER:  Again, Mr. Martinez Fischer, that is a point of order that has been ruled on, on legislative procedure.

MARTINEZ FISCHER:   Okay, and the constitutional provisions related to the two-subject rule, is that also procedural, or is it substantive?

SPEAKER:  Mr. Martinez Fischer, in ruling on Article III, Section 49-k of the constitution, we found that that did not fall within classes of legislative procedures traditionally ruled on by the chair.

MARTINEZ FISCHER:  With respect to the substantive ruling of this chair, there was not a substantive claim made in the point of order, in fact, the point of order was launched because the procedure by which a bill comes to the floor that repeals, rescinds, or reduces constitutionally dedicated monies—my argument is, procedurally, no bill can come to the floor that does that unless they comply with the constitution, which requires them to explain how they plan to reallocate the monies they deprive from the mobility fund.  And so, procedurally, that is what my point is.  I'm not arguing the substantive matter, as to whether or not the Article III, Section 49 even applies in this instance. I am saying—I am saying that procedurally, just like procedurally we read bills on three separate days, just like procedurally we pass bills out of the house and senate, this is also a procedure by which we bring bills to the floor that are in order and not in order.  And my procedural argument is that the bill is not in order, because procedurally it deprives the mobility fund of its dedicated source of funding, and the only way, procedurally, that we can proceed is if we allocate monies to replenish what we take.  I'm not arguing as to the substantive merits of that, I'm arguing that is a necessary step for a bill to be in order.  So if the chair wants to rule that procedurally I am overruled, I will sit down.  But my point of order is specific to this procedural component of the constitutional article and not the substantive interpretation.

SPEAKER:  Mr. Martinez Fischer, we have reviewed and heard your arguments, we've looked for precedent, there is none.  And the point of order is respectfully overruled and I'd be happy to take this exchange between me and you and have it entered into the journal.

MARTINEZ FISCHER:   We can put it on the journal, we can put it on a billboard, but we're here today, and just because there isn't precedent, that's not a reason to overrule the point of order.  And I will say that the reason why you may not find a precedent is that the creation of the mobility fund is relatively new and I think that only in two instances in our Texas Constitution do we place the procedural hurdle of protecting dedicated funds.  One is for the mobility fund, and one is for the rail relocation fund.  We have an obligation, as lawmakers, to not submit the full faith and credit of the State of Texas to bond holders when we take money that they are relying on to pay for construction bonds.  And so I'm not arguing the substantive part of that, I am wanting the chair to make a ruling that, procedurally, you do not have to replenish money that you procedurally take out of the mobility fund, not the substantive interpretation of the fund itself.  And so if the chair wants to put in its ruling we've reviewed the procedural argument and we find, procedurally, there's nothing there, then I will sit down.

SPEAKER:  Mr. Martinez Fischer, the chair will revise its ruling to include the arguments you've made, thank you.

MARTINEZ FISCHER:  So that will be, in fact, the chair's ruling? Will the chair please read that ruling to me?

SPEAKER:  Point of order is respectfully overruled.

MARTINEZ FISCHER:  On procedural grounds?

SPEAKER:   The chair has listened respectfully to your arguments and respectfully overrules your point of order.

MARTINEZ FISCHER:  If the chair is making its ruling on the substantive interpretation of Article III, Section 49, then the chair has not heard my argument. My argument is on the procedural hurdle that exists with respect to Article III, Section 49.  And so, procedurally, once again, Mr. Speaker, if there is an overruling of the procedural point of order, I will stand by the chair's ruling.  But I need to hear that to be the chair's ruling.

SPEAKER:  Mr. Martinez Fischer, the chair overrules on all grounds that you've raised.  Thank you.

### REMARKS ORDERED PRINTED

Representative Martinez Fischer moved to print remarks between the speaker and Representative Martinez Fischer.

The motion prevailed.

(Geren in the chair)

Pursuant to Rule 5, Section 28 of the House Rules, Representative Anchia requested a second extension of speaking time on **CSSB 14**.

There being objection, the request was not granted.

**Amendment No. 1**

Representative Anchia offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) by striking the enacting clause (page 1, line 4).

Amendment No. 1 was withdrawn.

**Amendment No. 2**

Representative Anchia offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1)  Strike SECTIONS 1 and 2 of the bill (page 1, line 5, through page 2, line 2) and renumber the remaining SECTIONS of the bill accordingly.

(2)  In SECTION 9 of the bill, strike amended Section 63.001(b), Election Code (page 5, lines 2 through 6), and substitute the following:

(b)  On offering to vote, a voter must present to an election officer at the polling place:

(1)  one form of photo identification described by Section 63.0101; or

(2)  the voter's voter registration certificate, accompanied by the affidavit described by Subsection (h) [to an election officer at the polling place].

(3)  In SECTION 9 of the bill, strike added Section 63.001(h), Election Code (page 6, lines 15 through 23), and substitute the following:

(h)  If the requirement for identification prescribed by Subsection (b)(1) is not met, an election officer shall notify the voter that the voter may be accepted for voting if the voter executes an affidavit under penalty of perjury stating that the voter is the person named on the voter registration certificate.

(4)  Strike SECTION 17 of the bill (page 11, line 24, through page 12, line 20) and substitute the following:

SECTION 17.  Section 65.054(b), Election Code, is amended to read as follows:

(b)  A provisional ballot shall [~~may~~] be accepted [~~only~~] if the board determines that:

(1) [~~,~~] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election; and

(2)  the person meets the identification requirements of Section 63.001(b) at the time the ballot was cast or in the period prescribed under Section 65.0541.

(5)  In SECTION 18 of the bill, strike added Section 65.0541(a), Election Code (page 12, line 24, through page 13, line 4) and substitute the following:

(a)  A voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) may, not later than the sixth day after the date of the election, present a form of identification described by Section 63.0101 to the voter registrar for examination.

Amendment No. 2 was withdrawn.

**Amendment No. 3**

Representatives Giddings and Bonnen offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1)  In the recital to SECTION 9 of the bill (page 5, line 1), strike "(g) and (h)" and substitute "(g), (h), and (i)".

(2)  In SECTION 9 of the bill, in amended Section 63.001(b), Election Code (page 5, line 2), strike "Subsection (h)" and substitute "Subsection (h) or (i)".

(3)  In SECTION 9 of the bill, following added Section 63.001(h), Election Code (page 6, between lines 23 and 24), add the following:

(i)  A voter who would otherwise be accepted for voting under this chapter but for the requirements of Subsection (b) shall be accepted for voting if, instead of presenting the identification required by Subsection (b), the voter executes an affidavit under penalty of perjury that asserts that the voter's proof of identification meeting the requirements of Subsection (b) has been stolen and the voter presents to an election officer a copy of an official police report, dated not earlier than the 45th day before the date on which the voter seeks to vote, alleging that the voter was a victim of an offense described by Section 32.51, Penal Code. The voter may redact personal information on the report relating to the voter, other than the voter's name, address, or date of birth. A report presented under this section is not required to contain the voter's date of birth.

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Turner offered the following amendment to **CSSB 14**:

Amend **CSSB 14** as follows:

(1) SECTION 9, page 5, line 3, after "election officer" add the following language:

in a county with more than 4 million people, whom meets the requirements as set out in Chapter 85, Section 85.009 Elections Code for early voting; and Chapter 32, Section 32.002 for non-early voting or any other election governed by Chapter 32.

(2) by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Chapter 32, Sec. 32.002 (2)(c), Elections Code, is amended to read as follows:

(c) The presiding judge and alternate presiding judge must be affiliated or aligned with different political parties, subject to this subsection. Before July of each year in a county to which Subsection (a)(1) applies or before August of each year in a county to which Subsection (a)(2) applies, the county chair of a political party whose candidate for governor received the highest or second highest number of votes in the county in the most recent gubernatorial general election shall submit in writing to the commissioners court a list of names of persons in order of preference for each precinct who are eligible for appointment as an election judge. The county chair may supplement the list of names of persons until the 20th day before a general election or the 15th day before a special election in case an appointed election judge becomes unable to serve. The commissioners court shall appoint the first person meeting the applicable eligibility requirements from the list submitted in compliance with this subsection by the same party as the state representative in the district where the voting place is located, and the first person meeting the applicable eligibility requirements from the list submitted in compliance with this subsection by the other political parties list ~~party with the second highest number of votes in the precinct~~ as the alternate presiding judge. The commissioners court may reject the list if the persons whose names are submitted on the list are determined not to meet the applicable eligibility requirements.

(3) by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Chapter 85, Elections Code, is amended to read as follows:

Sec. 85.009. ELECTION OFFICERS FOR GENERAL ELECTION FOR STATE AND COUNTY OFFICERS. (a) The county clerk shall select election officers for the main early voting polling place and any branch polling place from a list provided under Subsection (b), in a manner that provides equal representation to the extent possible for each political party holding a primary election in the county.

(b) Before July of each year, the county chair of each political party holding a primary election in the county shall submit in writing to the county clerk a list of names of persons in order of preference for each early voting polling place

who are eligible for selection as an election officer. The county chair may supplement the list of names of persons until the 30th day before early voting begins in case an appointed election officer becomes unable to serve.

(1) The county clerk shall appoint the first person meeting the applicable eligibility requirements from the list submitted in compliance with this subsection by the party with the highest number of votes in the county as the presiding election officer of that polling place and the first person meeting the applicable eligibility requirements from the list submitted in compliance with this subsection by the party with the second highest number of votes in the county as the alternate presiding election officer of that polling place.

(2) The county clerk shall appoint additional election officers for each polling place in the manner described ~~by Subsection (a). The county clerk may reject the list if the persons whose names are submitted on the list are determined not to meet the applicable eligibility requirements.~~ as follows: The county clerk shall appoint the first person meeting the applicable eligibility requirements from the list submitted by the same political party as the state representative in the district where the voting place is located and the first person meeting the applicable eligibility requirements from the list submitted in compliance with this subsection by the other political parties list as the alternate presiding judge.

Amendment No. 4 was withdrawn.

**Amendment No. 5**

Representative Hochberg offered the following amendment to **CSSB 14**:

Amend **CSSB 14** on page 5, line 14, by inserting "under standards adopted by the secretary of state" between "list" and the comma.

Amendment No. 5 was adopted.

**Amendment No. 6**

Representative Y. Davis offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) is amended as follows:
(1) Strike lines 12 thru 14 on page 6 and replace the following:
        (D) includes notice that if all procedures are followed, the voter's provisional ballot will be accepted.

(Speaker in the chair)

Amendment No. 6 was withdrawn.

**Amendment No. 7**

Representatives Bonnen, Zedler, Simpson, Creighton, S. Miller, Lyne, Otto, Chisum, Madden, T. Smith, W. Smith, D. Miller, Jackson, Berman, Lewis, Hartnett, Landtroop, Kleinschmidt, J. Davis, Zerwas, Flynn, Crownover, Isaac, Parker, Larson, Orr, Hopson, Truitt, Brown, Scott, Morrison, V. Taylor, P. King, Callegari, S. King, Sheets, Laubenberg, L. Gonzales, Margo, Schwertner, Price, Harper-Brown, Driver, Shelton, Aliseda, Smithee, Aycock, Hancock, and Garza offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) in SECTION 9 of the bill, in added Section 63.001(h), Election Code (page 6, lines 17-21), by striking the following:

:

(1) was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate; or

(2)

**Amendment No. 8**

Representative Eiland offered the following amendment to Amendment No. 7:

Amend Amendment No. 7 by Bonnen by striking the text of the amendment and substituting the following:

Amend **CSSB 14** (house committee printing) in SECTION 9 of the bill, by striking added Section 63.001(h)(1), Election Code (page 6, lines 18-20), and substituting the following:

(1) is considered elderly under rules adopted for this purpose by the executive commissioner of the health and human services commission, consistent with the definition of elderly used in the Government Code and the Penal Code; or

Representative Bonnen moved to table Amendment No. 8.

The motion to table prevailed by (Record 108): 99 Yeas, 50 Nays, 1 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Geren; Gonzales, L.; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lyne; Madden; Margo; Miller, D.; Miller, S.; Morrison; Murphy; Nash; Orr; Otto; Parker; Patrick; Paxton; Perry; Phillips; Pitts; Price; Riddle; Ritter; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Taylor, L.; Taylor, V.; Torres; Truitt; Weber; White; Woolley; Workman; Zedler; Zerwas.

Nays — Allen; Alonzo; Alvarado; Anchia; Burnam; Castro; Coleman; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Farias; Farrar; Gallego; Giddings; Gonzales, V.; Gonzalez; Guillen; Gutierrez; Hernandez Luna; Hochberg; Howard, D.; Johnson; King, T.; Lozano; Lucio; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Muñoz; Naishtat; Oliveira; Peña; Pickett; Quintanilla; Raymond; Reynolds; Rodriguez; Strama; Thompson; Turner; Veasey; Villarreal; Vo; Walle.

Present, not voting — Mr. Speaker(C).

**Amendment No. 9**

Representative Alonzo offered the following amendment to Amendment No. 7:

Amend Amendment No. 7 by Bonnen by striking the text of the amendment and substituting the following:

Amend **CSSB 14** (house committee printing) in SECTION 9 of the bill, in added Section 63.001(h), Election Code (page 6, line 18), by striking "70" and substituting "65".

### AMENDMENT NO. 9 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE ALONZO: Mr. Veasey, one of the reasons Mr. Eiland and myself brought up this amendment is to pay particular attention to part of our state which are 65 and over, and you pointed out—and it might seem easy to some people while anybody can vote—is that part of your argument? That nobody should be set aside, especially on this law, is that right?

REPRESENTATIVE VEASEY: That is exactly right and I think the point that everybody is missing is that if you were born in 1941, which is what this bill covers. When you were born, you were born into a time when it was legal to discriminate against African Americans and Hispanics, particularly here in this state. And you were routinely denied the right to vote if you were born during that time period and if you lived during that time period and those are the people we are trying to protect by making these amendments better. I do not want my grandmother who is 98 years old, who was born during a time of rampant discrimination. I do not want the people that know her at the school house at Como Elementary School when she goes to vote in Fort Worth, the people that know her, that have known her, those folks are now in their sixties and pushing 70-years-old and my grandmother used to baby-sit them and watch after them, they know who she is. And my grandmother does not have a current driver's license and luckily she usually votes by mail. But if it were an emergency and I needed to take her up to the school to vote, I would not want them to deny her the right to cast a ballot, particularly the people who have known her and know that she is not committing voter fraud. I do not want them to have the right to say no she cannot vote. That is absolutely un-American and ridiculous and discriminatory.

ALONZO: And you know talking about that, isn't it true the reason we set up the Voting Rights Act in the United States was because what part of the United States needed to be reminded and have another hammer to make sure people are allowed to vote. What part of the United States?

VEASEY: The south and Texas.

ALONZO: Right and we can argue for ages and time that it doesn't happen, but isn't it true after we did redistricting in 2003 the supreme court said there was discrimination here in Texas?

VEASEY: Now say that again, I'm sorry.

ALONZO: That there was discrimination here in Texas after the supreme court ruled on our redistricting in San Antonio.

VEASEY: Absolutely, rampant.

ALONZO: And the reason we want to do this amendment, the reason we are for this amendment, and we're going to vote no on the Bonnen amendment is because the elderly should be protected. The elderly, as pointed out, there is more of a chance that they're not going to renew their driver's license, is that right?

VEASEY: Absolutely, if you don't have to drive, if you're on a fixed income, why would you go and spend money to get your driver's license renewed? It may not be a problem in some areas but it surely is a lot—it surely would be a problem in many rural and urban areas, where people just don't have the same access to resources and the same access to cash as others do, particularly for those who are sick and shut-in and rely on social services.

Representative Bonnen moved to table Amendment No. 9.

The motion to table prevailed by (Record 109): 98 Yeas, 50 Nays, 1 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Darby; Davis, J.; Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Geren; Gonzales, L.; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lyne; Madden; Margo; Miller, D.; Miller, S.; Morrison; Murphy; Nash; Orr; Otto; Parker; Patrick; Paxton; Perry; Phillips; Pitts; Price; Riddle; Ritter; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Taylor, L.; Taylor, V.; Torres; Truitt; Weber; White; Woolley; Workman; Zedler; Zerwas.

Nays — Allen; Alonzo; Alvarado; Anchia; Burnam; Castro; Coleman; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Farias; Farrar; Gallego; Giddings; Gonzales, V.; Gonzalez; Guillen; Gutierrez; Hernandez Luna; Hochberg; Howard, D.; Johnson; King, T.; Lozano; Lucio; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Muñoz; Naishtat; Oliveira; Peña; Pickett; Quintanilla; Raymond; Reynolds; Rodriguez; Strama; Thompson; Turner; Veasey; Villarreal; Vo; Walle.

Present, not voting — Mr. Speaker(C).

Absent — Crownover.

### STATEMENT OF VOTE

When Record No. 109 was taken, I was in the house but away from my desk. I would have voted yes.

Crownover

TX_00002946
JA_002094

### AMENDMENT NO. 7 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE VEASEY: Members, I want to speak against the amendment, because obviously the prior two amendments that were sent up trying to protect old people, to preserve their right, for it to be easy for them to vote, and I think that's all we're asking, is just for a little flexibility on this. We're getting absolutely none at all and I think that's unfortunate because when the bill was laid out, I was under the impression that there wouldn't be different amendments added that would make the bill even more adverse than it already is, and I think we're setting up a bad precedent by voting for this.

REPRESENTATIVE BERMAN: Mr. Veasey, I'm one of those old people that you're talking about. I'm 75, and I've got lots of friends who are 75, and they want to go to the polls and vote just like everybody else, and there are provisions in the bill for the disabled, if you can't get to the polls, there are provisions to vote. I thought it was ridiculous, really, to set a limit of 70. You know, I don't need any protection, and all my friends don't need any protection. I think Mr. Bonnen has got a great amendment.

VEASEY: I think everybody's circumstances are different. I think that's what makes the legislative perspective unique. Some people may live in a rural area and it may take a long time to reach certain areas to go vote. Some people, you know, may have been born during a time where they don't have access to certain documents to obtain driver's licenses and things of that nature. You know, everybody has a different story, a different perspective, our state has not always been as urban as it is now, it has not always been as integrated as it is now.

BERMAN: Well, you're absolutely right, but Ms. Harless has many, many points in the bill that will take care of everyone and any age group. And we don't want to discriminate on age—you're discriminating against me. I want to go to the polls and vote, I don't need to be exempt.

VEASEY: Well, that's different, Leo—you may not have been affected the same way, like my grandmother, my constituents that are African American. The laws that were passed back then may have not had the same adverse impact on you as a white male as they did on other people, and that's what this is about today.

BERMAN: That's true, but there are provisions in the bill that take care of that though.

(Geren in the chair)

Amendment No. 7 was adopted by (Record 110): 97 Yeas, 50 Nays, 2 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Gonzales, L.; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop;

TX_00002947

Larson; Laubenberg; Lavender; Lewis; Lyne; Madden; Margo; Miller, D.; Miller, S.; Morrison; Murphy; Nash; Orr; Otto; Parker; Patrick; Paxton; Perry; Phillips; Pitts; Price; Riddle; Ritter; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Taylor, L.; Taylor, V.; Torres; Truitt; Weber; White; Woolley; Workman; Zedler; Zerwas.

Nays — Allen; Alonzo; Alvarado; Anchia; Burnam; Castro; Coleman; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Farias; Farrar; Giddings; Gonzales, V.; Gonzalez; Guillen; Gutierrez; Hernandez Luna; Hochberg; Howard, D.; Johnson; King, T.; Legler; Lozano; Lucio; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Muñoz; Naishtat; Oliveira; Peña; Pickett; Quintanilla; Raymond; Reynolds; Rodriguez; Strama; Thompson; Turner; Veasey; Villarreal; Vo; Walle.

Present, not voting — Mr. Speaker; Geren(C).

Absent — Gallego.

### STATEMENT OF VOTE

When Record No. 110 was taken, I was in the house but away from my desk. I would have voted no.

Gallego

### REMARKS ORDERED PRINTED

Representative Veasey moved to print remarks between Representative Alonzo and Representative Veasey and between Representative Berman and Representative Veasey.

The motion prevailed.

### Amendment No. 10

Representative Y. Davis offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) by striking lines 12 through 14 of page 6 and substituting the following:

(D)  includes notice that if all procedures are followed and the voter is found to be eligible to vote in the election, the voter's provisional ballot will be counted.

Amendment No. 10 was adopted.

### Amendment No. 11

Representative Veasey offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1)  In SECTION 9 of the bill, in added Section 63.001(h)(1), Election Code (page 6, line 20), strike "or".

(2)  In SECTION 9 of the bill, following added Section 63.001(h)(2), Election Code (page 6, line 23), between "15.001(c)" and the period, insert the following:

; or

(3) executes an affidavit under penalty of perjury stating that the voter is the same person named on the list of registered voters for the precinct

Representative Harless moved to table Amendment No. 11.

The motion to table prevailed by (Record 111): 99 Yeas, 48 Nays, 2 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Gonzales, L.; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lyne; Madden; Margo; Miller, D.; Miller, S.; Morrison; Murphy; Nash; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pitts; Price; Riddle; Ritter; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Taylor, L.; Taylor, V.; Torres; Truitt; Weber; White; Woolley; Workman; Zedler; Zerwas.

Nays — Allen; Alonzo; Alvarado; Anchia; Burnam; Castro; Coleman; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Farias; Farrar; Gallego; Giddings; Gonzales, V.; Gonzalez; Guillen; Gutierrez; Hernandez Luna; Hochberg; Howard, D.; Johnson; King, T.; Lozano; Lucio; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Muñoz; Naishtat; Oliveira; Pickett; Quintanilla; Raymond; Reynolds; Rodriguez; Strama; Thompson; Veasey; Villarreal; Vo; Walle.

Present, not voting — Mr. Speaker; Geren(C).

Absent — Turner.

## Amendment No. 12

Representative Dutton offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1) In SECTION 9 of the bill, in added Section 63.001(h)(1), Election Code (page 6, line 20), strike "or".

(2) In SECTION 9 of the bill, following added Section 63.001(h)(2), Election Code (page 6, line 23), between "15.001(c)" and the period, insert the following:

; or

(3) the election judge affirms that the judge knows personally

Representative Hancock moved to table Amendment No. 12.

The motion to table prevailed by (Record 112): 100 Yeas, 48 Nays, 2 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.;

Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Gonzales, L.; Gonzalez; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel; Landtroop; Larson; Laubenberg; Lavender; Legler; Lewis; Lyne; Madden; Margo; Miller, D.; Miller, S.; Morrison; Murphy; Nash; Orr; Otto; Parker; Patrick; Paxton; Peña; Perry; Phillips; Pitts; Price; Riddle; Ritter; Schwertner; Scott; Sheets; Sheffield; Shelton; Simpson; Smith, T.; Smith, W.; Smithee; Solomons; Taylor, L.; Taylor, V.; Torres; Truitt; Weber; White; Woolley; Workman; Zedler; Zerwas.

Nays — Allen; Alonzo; Alvarado; Anchia; Burnam; Castro; Coleman; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Farias; Farrar; Gallego; Giddings; Gonzales, V.; Guillen; Gutierrez; Hernandez Luna; Hochberg; Howard, D.; Johnson; King, T.; Lozano; Lucio; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Muñoz; Naishtat; Oliveira; Pickett; Quintanilla; Raymond; Reynolds; Rodriguez; Strama; Thompson; Turner; Veasey; Villarreal; Vo; Walle.

Present, not voting — Mr. Speaker; Geren(C).

## Amendment No. 13

Representative Eiland offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:
(1) In SECTION 9 of the bill, in added Section 63.001(h), Election Code (page 6, line 20), strike "or".
(2) In SECTION 9 of the bill, following added Section 63.001(h)(2), Election Code (page 6, line 23), between "15.001(c)" and the period, insert the following:
; or
    (3) executes an affidavit under penalty of perjury that asserts the voter does not have identification meeting the requirements of Subsection (b) as a result of a natural disaster declared by the president of the United States or the governor

Amendment No. 13 was adopted.

## Amendment No. 14

Representative Raymond offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:
(1) In SECTION 9 of the bill, in added Section 63.001(h), Election Code (page 6, line 20), strike "or".
(2) In SECTION 9 of the bill, in added Section 63.001(h), Election Code (page 6, line 23), between "15.001(c)" and the underscored period, insert the following:
"; or

(3) presents a paycheck or copy of another official employment document that includes the information of the voter's employer and informs the election officer that:

(A) the voter's employer does not permit the voter to be absent from work for the purpose of obtaining photo identification; and

(B) offices of the Department of Public Safety are not open for at least two consecutive hours outside of the voter's working hours

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

### CSSB 14 - (consideration continued)

Amendment No. 14 was withdrawn.

**Amendment No. 15**

Representative Martinez offered the following amendment to **CSSB 14**:

Amend **CSSB 14** (house committee printing) as follows:

(1) In SECTION 11 of the bill, in added Section 63.0012(a), Election Code (page 7, lines 15 and 16), strike "Section 521.422, Transportation Code," and substitute "Section 63.010".

(2) Strike SECTION 20 of the bill, amending Section 521.422, Transportation Code (page 13, line 18, through page 14, line 10).

(3) Add the following appropriately numbered SECTION to the bill and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. Chapter 63, Election Code, is amended by adding Section 63.010 to read as follows:

Sec. 63.010. FEES PROHIBITED FOR CERTAIN FORMS OF IDENTIFICATION DOCUMENTATION. Notwithstanding any other law, an agency, institution, or political subdivision of this state may not charge any fee for the issuance of any document that may be used:

(1) as proof of identification under this chapter; or

(2) to obtain a document that may be used as proof of identification under this chapter.

(Speaker in the chair)

Representative Harless moved to table Amendment No. 15.

The motion to table prevailed by (Record 113): 100 Yeas, 49 Nays, 1 Present, not voting.

Yeas — Aliseda; Anderson, C.; Anderson, R.; Aycock; Beck; Berman; Bohac; Bonnen; Branch; Brown; Burkett; Button; Cain; Callegari; Carter; Chisum; Christian; Cook; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, S.; Driver; Eissler; Elkins; Fletcher; Flynn; Frullo; Garza; Geren; Gonzales, L.; Gooden; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hopson; Howard, C.; Huberty; Hughes; Hunter; Isaac; Jackson; Keffer; King, P.; King, S.; Kleinschmidt; Kolkhorst; Kuempel;