93

1    amendment does.

2                    MR. VEASEY:  This is the bypass affidavit.

3    It just says that if you come to vote and you do not have

4    the proper identification, the very slim and narrow piece

5    of proper identification that this bill calls for that you

6    can actually go in there, sign an affidavit and say that,

7    "Yes, I am Richard Raymond and I attest under oath that I

8    am Richard Raymond."

9                    MR. RAYMOND:  Is this a loophole?  Could

10   people criticize this as being a loophole?

11                   MR. VEASEY:  I think that -- personally

12   think that, Mr. Raymond, because Indiana and Georgia may

13   have not discriminated against enough people as the

14   Republican National Committee would have liked.  And so,

15   they want to create even a (inaudible) bill here, and that

16   is why I think that they probably will not accept this

17   amendment.

18                   MR. RAYMOND:  Thank you.

19                   MR. VEASEY:  Mr. Speaker, the second degree

20   felony comes with a sentence of two to 20 years in prison

21   and a fine up to $10,000.  I don't think anyone would risk

22   going to jail -- what this amendment does -- let me walk

23   you through how discrimination used to happen before the

24   Voting Rights Act.

25                   Someone in the south or in Texas,

94

1    particularly an African-American, would go to cast a

2    ballot.  When they would go to cast a ballot, a very nice,

3    gentile southern woman or man sitting on the other side of

4    the aisle that was the voting clerk, sitting on the other

5    side of the desk would ask and say, "Do you have your

6    voting card with you?  Have you paid your poll tax?  How

7    many bubbles in a bar of soap?  Who was the better

8    president, Abraham Lincoln or George Washington?"  Asking

9    a series of questions so they could discriminate and then

10   deny suffrage to the person on the other end of the table.

11                   Under this current bill, the way it is

12   written right now, the same thing is going to happen 40

13   years later.  Maybe the person on the other side of the

14   desk may be similar to the person 40 years ago and older,

15   but maybe not, and they will ask the person a series of

16   questions about IDs.  If they do not have a very narrow --

17   when I say "narrow," I mean there are only a handful of

18   ways that you can vote under this bill, like maybe four or

19   five.

20                   SPEAKER:  Mr. Castro, for what purpose?

21                   MR. CASTRO:  Will the gentleman yield for a

22   question?

23                   SPEAKER:  Mr. Veasey, will you yield?

24                   MR. VEASEY:  Yes.

25                   SPEAKER:  Representative Veasey, so you're

95

1    trying to beef up the notice requirement to Texas

2    residents about these huge changes in our voting laws; is

3    that correct?

4                    MR. VEASEY:  Exactly.

5                    MR. CASTRO:  And is there going to be any

6    extra cost to the state because of the amendment that

7    you're trying to add onto the bill?

8                    MR. VEASEY:  No.

9                    MR. CASTRO:  Thank you.

10                   SPEAKER:  Ms. Harless, do you wish to speak

11   again?  Chair recognizes Ms. Harless to speak against the

12   amendment.

13                   MS. HARLESS:  Members, this amendment

14   actually in my opinion removes the photo ID provision by

15   allowing just a person to promise they are who they say

16   they are.  I would appreciate if you would consider

17   tabling this amendment.

18                   UNIDENTIFIED REPRESENTATIVE:  Mr.

19   Speaker --

20                   SPEAKER:  For what purpose?

21                   UNIDENTIFIED REPRESENTATIVE:  Will the

22   gentle lady yield for a question?

23                   SPEAKER:  Ms. Harless, will you yield?

24   Ms. Harless will yield.

25                   UNIDENTIFIED REPRESENTATIVE:  Actually, I'm

TX_00212805

Case 2:13-cv-00193   Document 725-16   Filed on 11/17/14 in TXSD   Page 4 of 243

1    going to yield to Representative Veasey.

2              SPEAKER:  Representative Veasey, for what

3    purpose?

4              MR. VEASEY:  Will the gentle lady yield,

5    please?

6              SPEAKER:  Do you yield, Ms. Harless?

7              MS. HARLESS:  Yes.

8              MR. VEASEY:  Ms. Harless, why on earth

9    would anyone go into a polling place and lie and say that

10   they are not who they are and sign a form that could put

11   them in jail with a second degree felony just to cast one

12   ballot?  Help me understand the process here.  Help me

13   understand why that would be.

14             MS. HARLESS:  We heard testimony in

15   committee of many people suggesting that that occurred,

16   and --

17             MR. VEASEY:  Suggesting that occurred and

18   producing evidence that that occurred are two different

19   things.

20             MS. HARLESS:  And I understand that and I

21   appreciate that and I appreciate the vein that you're

22   offering this, but the whole purpose of having a photo ID

23   is so that when you go to the polls you are showing proof

24   of who you are.  We've laid out the criteria, and this

25   guts the bill, basically, because at that point you can

TX_00212806

1    just sign an affidavit and say you're who you're saying

2    you are without proving that you are that person.

3                    MR. VEASEY:  I don't think trying to make

4    sure that no one is denied the right to vote is gutting a

5    bill.  I think it's actually a good step, but --

6                    MS. HARLESS:  Through this whole process

7    I've said that there are some things that we are not just

8    going to agree on.  This is one of them.

9                    MR. VEASEY:  This is one of the things that

10   we're not going to agree on, but I want to make the point

11   for the record here because obviously with us being a

12   Section 5 state people are watching and we want to make

13   sure that we do everything that we can to make sure that

14   everyone can cast their suffrage.

15                   Help me understand.  If someone -- help me

16   understand why this is not okay because basically what you

17   just talked about earlier, one of the things that you

18   mentioned was we heard stories about voter fraud and voter

19   impersonation.  We heard stories, but there was never

20   any proof.

21                   Why should we pass such a stringent bill

22   and stringent law based on rumor and innuendo?  Basically

23   rumor and innuendo that has sort of circled around voting

24   and African-Americans since after -- since reconstruction,

25   the same sort of -- sort of silly rumors that are based on

TX_00212807

98

1    innuendo and things that people hear in other communities

2    without even going into an African-American community or a

3    Latino community and actually seeing what is going on,

4    just plain rumors.

5                    MS. HARLESS:  Are you ready for an answer?

6                    MR. VEASEY:  Absolutely.

7                    MS. HARLESS:  SB14 is similar to the

8    case -- the legislation that was passed in Indiana that

9    was upheld by the U.S. Constitution.  It is similar to the

10   bill that was filed in Georgia that was approved by the

11   Department of Justice.

12                   SPEAKER:  Members, would you confine your

13   comments to the amendment and the opposition to the

14   amendment?

15                   MS. HARLESS:  This amendment takes out the

16   showing the photo ID provision, and I -- I would request

17   that everybody vote to table this.

18                   MR. VEASEY:  The point of your amendment or

19   the point of your bill is to make sure that no one casts a

20   fraudulent ballot.  The point of your bill is to make sure

21   no one commits voter impersonation.

22                   Now, if someone for whatever reason does

23   not have a very narrow list of identification that you

24   have required on this bill, I just want to make sure that

25   they have the right to vote.  And currently, under your

99

1     bill, they would not.  They would just have to go home.

2     They will have been discriminated against.  They will not

3     have had the right to vote.

4              SPEAKER:  Mr. Veasey, would you confine

5     your comments to questions, please?  You can use the front

6     mic when it's your turn.

7              MR. VEASEY:  I'm asking a question.  So, my

8     point is you -- is why would you not want to accept this

9     amendment so everyone can vote until proven that they were

10    guilty by committing voter fraud or voter impersonation?

11             MS. HARLESS:  This amendment changes the

12    intention of the bill, which the intention of the bill is

13    that we restore integrity in elections by people showing

14    they are who they say they are when they show up to vote.

15             MR. VEASEY:  Thank you, Ms. Harless.

16             SPEAKER:  Mr. Veasey, do you intend to

17    close?  Do you wish to close?  Mr. Veasey sends up an

18    amendment.  Ms. Harless moves to table.  The motion -- the

19    vote is on the motion to table.  A record vote requested.

20    A record vote is granted.  The clerk will ring the bell.

21    This is on the motion to table.  Show Ms. Harless voting

22    aye.  Show Mr. Strama voting no.  Have all members voted?

23             There being 99 ayes and 48 nays, the motion

24    to table prevails.  The following amendment.  The clerk

25    will read the amendment.

House Floor Debate - Volume 1                    March 23, 2011

100

1                    (End of Volume 1)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TX_00212810

101

```
 1                    REPORTER'S CERTIFICATE

 2                    HOUSE FLOOR DEBATE

 3                     March 23, 2011

 4

 5         I, Shauna Foreman, Certified Shorthand Reporter

 6    in and for the State of Texas, hereby certify to the

 7    following:

 8         That the above transcript of the meeting is a

 9    true record of the testimony given to the best of my

10    ability, having been transcribed from videotape;

11            That a copy of this certificate was served on

12    all parties and/or the witness shown herein on

13    _____.

14            I further certify that pursuant to FRCP Rule

15    30(f)(1), the signature of the deponent:

16            ____was requested by the deponent or a party

17    before the completion of the deposition and that the

18    signature is to be before any notary public and returned

19    within 30 days (or _____ days, per agreement of counsel)

20    from date of receipt of the transcript.  If returned, the

21    attached Changes and Signature page contains any changes

22    and the reasons therefor;

23            _____was not requested by the deponent or a

24    party before the completion of the deposition;

25            I further certify that I am neither counsel for,
```

House Floor Debate - Volume 1                     March 23, 2011

102

1   related to, nor employed by any parties or attorneys in the

2   action in which this testimony is taken, and further that

3   I am not financially or otherwise interested in the outcome

4   of this action.

5        Certified to by me on this the 21st day

6   of April, 2012.

7

8

9                          Shauna Foreman, CSR
                           Texas CSR 3786
10                         Expiration:  12/31/2012
                           Esquire Deposition Solutions
11                         1001 McKinney, Suite 805
                           Houston, Texas 77002
12                         Tel. (713)524-4600
                           Firm No. 03

13

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212812

**A**

A1
55:5

ability
76:14 87:11
89:16 101:10

able
52:23 68:19
71:25 72:6
87:2 91:22

Abraham
94:8

absentee
87:25 88:12

absolutely
27:11 56:22
62:22 80:23
82:5 84:5,21
85:3 88:20
98:6

accept
12:16 13:6,18
15:20 44:18
57:6 63:20
68:4 92:4
93:16 99:8

acceptable
60:25 63:2
64:19 65:3,4
68:12,18
69:22 73:22
80:13 85:14
89:21 91:13,
14

acceptance
66:13 67:9,12

accepted
14:12 44:11
54:13 65:21
66:23 67:12
68:5 69:3
80:2

access
6:11 7:3,6,
15,16 8:5,9,
16 10:23
81:25 85:8
89:10,13

accomplished
87:9

accordance
54:14

accurately
16:16 17:6

Acock
80:10

Act
38:14 77:17,
24 78:2,4
84:8 93:24

action
102:2,4

add
95:7

added
40:22 41:10
55:8 81:1

additional
20:24

address
39:11

addressed
33:4 40:19,25
41:5

adds
63:7

administrati
on
8:20

admire
87:8

admitted
70:11

adopt
73:8

adopted
90:3 91:16

adverse
81:1 82:15

advised
77:19,20

affidavit
9:14 11:5
43:15,16,18,
19,20,23,25
44:2 47:2,6,
16 54:14,20,
22,23 55:3,
15,21 56:13,
14 57:18
58:14,16,25
60:20 91:22
92:1,6,11
93:2,6 97:1

affidavits
44:7,19 45:4
47:21 56:24
58:19

affirmation
14:18

affirming
91:22,23

African-
American
82:13 94:1
98:2

African-
Americans
83:9 97:24

age
70:15,16
72:16 73:6,
11,12,15,21
74:1,12,13
75:7,20 76:1

78:17,25
82:7,8 86:20,
23,24 87:4,
18,22 88:6

ages
75:14 84:14

ago
78:24 92:10
94:14

agree
56:9 87:21
88:2,7 97:8,
10

agreed
51:21

agreement
18:1 101:19

aisle
94:4

Al
90:23,25

Alan
44:16

alert
46:12

allocate
35:21

allow
26:8 47:12
60:18 67:24
70:20 87:23

allowed
60:22,23 72:1
84:11 87:3

allowing
88:6 95:15

allows
9:16 15:3
26:15 44:22
45:3 58:15
86:9,10,12
92:5

along
42:18 43:18

Alonso
78:13,14,15
79:21,22 80:6
82:20,21,23
84:7,14,19,
22 90:14

already
20:9 74:23
76:3,18 81:2
86:19 92:4

also
30:5 34:17
35:16 39:4
44:22 47:10
56:9 60:21
73:11 87:21
89:9,12 92:13

alternative
68:19

Alvarado
74:19,20,23
75:8,15,19,
22 76:2,7

always
12:16 82:2,3

amend
21:20

amended
54:7

amendment
42:1,2,10,
11,12 45:18,
22,25 46:3,8
50:21 52:22
56:17,23
57:22,24 58:5
59:9,10,11,
12,20 60:5,6,
7,8,9,16,18,
24 61:1,2,3,
18 62:3,4,10,

TX_00212813

11,12,13,14
63:6 64:14
65:4,6,7,8,
11,16 66:11
67:10 69:15,
16,17,18,21
72:22,23,24
73:4,5,6,16,
19,20,21,22
74:3 75:19,20
77:2,9,10
78:11,12,20
79:6,13 80:1,
6,12,13,14,
15,18 81:18
82:24 84:23,
24 85:13
89:5,21,24
90:2,17,18
91:2,3,4,7,
14,16,17,19
92:5,16 93:1,
17,22 95:6,
12,13,17
98:13,14,15,
18 99:9,11,
18,24,25
**amendments**
56:19 58:4
59:6 72:21
80:19,25
83:14
**amongst**
75:7
**amortize**
50:7
**amount**
30:2 47:4
**amounts**
25:4 30:18
**analysis**
16:7,9,13,
14,15,23
17:5,13,14,

15,16,20,21,
22,24 20:6
21:9,13 22:24
23:17,22,23,
25 24:1 30:18
**analyze**
20:6
**ANCHIA**
39:21,22,23
40:1,5,14,24
41:4,9,12,
18,19,20,24
42:3,6,7,12,
13,14 44:15
45:12,13,20,
22,24 46:5,7,
11,16,18,19,
22 47:8 48:2,
24 49:14
50:1,22,23,
24 51:2,8,13,
22 52:4,15,
19,23 53:6,
10,14,15,18
54:1,5,17
55:2,5,11,18
56:3,9,18,22
57:11,17,23
58:1,2 59:12,
13 60:3,4
**and/or**
101:12
**another**
20:10,19 44:2
55:21 74:25
84:10 88:24
89:15
**answer**
41:13 43:5
46:2 53:7
98:5
**answered**
14:15 27:14
53:19

**anticipates**
6:25
**Antonio**
46:20
**anybody**
83:2
**anymore**
57:7
**anywhere**
29:12
**appears**
6:18 62:20
**application**
71:4 88:21
**applied**
18:3
**applies**
3:17 35:12
**appreciate**
14:2 15:1
39:15 51:15
87:17 89:10
95:16 96:21
**appreciates**
21:2
**approach**
59:7
**appropriate**
21:23 29:16
87:7 88:10
**appropriatio
n**
30:11
**appropriatio
ns**
30:14 31:23,
25
**approve**
79:13
**approved**

27:5 51:25
52:2 77:15
98:10
**April**
1:11 102:6
**arbitrarily**
67:23
**area**
9:12 81:22
**areas**
75:22 81:23
85:6,7
**arena**
92:2
**argue**
17:20 84:14
**argued**
19:25
**argues**
16:9 32:24
**arguing**
17:19 19:21
35:11,22,23
36:24
**argument**
2:18 5:1,3
17:18 20:20
33:1 35:5,18
37:5,23,24
57:3 83:3
87:1
**arguments**
21:2 36:6
37:8,18
**around**
8:12 97:23
**article**
19:9 32:20
33:25 34:19
35:12 36:3
37:22,25
**A s i a n -**

**American**
39:5
**aside**
11:3 68:17
83:4
**asked**
27:13 28:12
47:3,20
**asking**
31:2,17
53:19,21
77:25 78:22
80:21 94:8
99:7
**aspects**
21:8
**assure**
7:2 27:17
**assured**
7:6
**attached**
27:12 101:21
**attention**
43:5 82:25
**attest**
93:7
**attorneys**
102:1
**author**
31:14 42:25
43:5 44:25
60:25 63:1
65:5,14 69:22
70:4 73:23
80:13 85:14
89:21 91:13,
15
**authority**
32:25
**authorized**
3:13
**automaticall**

House Floor Debate - Volume 1                    March 23, 2011
                                                        105

**y**
63:25 64:5
69:3

**available**
47:16 49:4
74:9

**aware**
38:13 48:20

**aye**
77:5,6,7
80:9,10 89:25
90:1 99:22

**ayes**
77:8 80:11
90:2 99:23

---

**B**

**B**
25:14 44:10
55:23

**babysit**
83:22

**back**
5:6,7 10:4
15:5 17:4
43:6,25 47:5
55:18 59:18,
24 64:16
67:15 69:8
71:17,18,24
72:3 82:14
85:17 90:13

**background**
39:4

**bad**
81:2

**balance**
89:9,12

**ballot**
9:19,21,23
10:3,4,6,22,
24 11:1,7,25
12:3,12,15,

25 13:3,5,6,
17,23 14:12,
21 15:7,9,13,
19,21,22
44:10,11,17,
18 45:8 47:2
51:19,23
52:1,3,11,
13,14 53:3,24
54:19 57:4,6,
7,10,16
58:10,19,20
65:13,21
66:17,19,23,
25 67:5,17,
20,22 68:10,
12 69:6,11,12
70:16 71:4,
14,16,17,23,
25 72:1
76:14,18 84:2
85:23 86:17,
21 87:12,25
88:4,5,7,10,
12,17 89:1,15
91:11 92:21
94:2 96:12
98:20

**balloting**
11:4

**ballots**
9:13 12:6,15,
17 13:14
66:10,14
67:9,19,24
68:4,17

**bar**
94:7

**based**
97:22,25

**basically**
61:22 66:11
69:2 96:25
97:16,22

**basis**
13:25 87:18

**beef**
95:1

**began**
6:10

**beginning**
24:16

**being**
11:11 16:23
20:22 39:8
49:21 56:1,12
62:4 68:17
70:11 72:22
76:2 77:8
90:2 91:1,24
93:10 97:11
99:23

**believe**
48:21 73:24
74:6 75:15
78:1

**bell**
77:4 80:9
89:23 99:20

**Bend**
90:25

**benefits**
75:11

**BERMAN**
82:5,18

**besides**
8:14

**best**
101:9

**better**
61:23 83:14
94:7

**between**
5:19 6:15
10:19 20:16
73:13 74:14

87:22 89:9
90:13

**beyond**
70:15 86:24
87:4

**bi-anum**
48:10,11

**big**
27:22

**bill**
2:2,9,11 9:7,
8,16 10:14
12:19 13:10,
12,13,16,21
14:1,4,5,6,
7,8,22 15:5,
23 16:6,8,9,
10,12,13,14,
15,16,23
17:5,6,12,
13,14 18:17,
19,22 19:4,8,
22 21:9,13
23:16,17,21,
23,24,25
24:1,14,15,
16,20 26:5,15
27:9 28:18,22
29:1,2,7,15
30:12,13,15
31:1,22,23,
25 32:4,8,20,
24 33:4 35:3,
5,18,24 38:22
39:11,14
40:2,22 41:7
42:17,21,24
43:2,12,15,
17 44:9 45:3,
6,10,15,19
46:4,12,25
47:9,14,22
48:3,13,17
49:1,21 50:13

51:4,12
52:17,20
53:5,7 54:5,
16,21 55:10,
20 56:25 57:2
58:4,8,12,
17,21,24 59:4
60:16 62:17
63:7,18,19
64:2 65:2,14,
15 66:21 68:1
70:17 71:23
75:16 77:15,
24 80:24
81:1,13 82:6,
19 83:7 86:8,
10,11 87:10
88:9 91:22
92:14 93:5,15
94:11,18 95:7
96:25 97:5,21
98:1,19 99:20,
24 99:1,12

**billboard**
36:11

**billion**
32:9

**bills**
22:14 33:25
34:10 35:14,
15,17

**bingo**
58:19

**bipartisan**
38:16

**bit**
45:16,17
70:12

**board**
6:14 7:6
12:4,5,8,10,
12,15 13:5,17
14:12 15:7,
13,19 44:11,

17 57:6,10
58:19
**body**
7:4 18:25
21:20 43:1
45:7 46:12
**bond**
50:15
**bonded**
50:7
**bondholders**
36:21
**bonds**
36:23 49:7,
22,23
**Bonnen**
69:18,19,20
70:1,2,7,25
71:8,11,13,
20,25 72:4,8,
15,20 73:17,
18 74:22
77:2,4 79:16,
17,23 80:7,9,
12 84:24
85:17,18,19
86:6 87:14,17
88:2,14,20
89:14,20,24
**Bonnen's**
73:4 81:17
**born**
81:24 83:7,8,
11,16
**both**
5:1 34:10
64:20
**box**
47:2
**Bring**
2:18 6:5
10:21 13:24
16:5 23:19

32:22 35:17
47:16 56:17,
20 71:17,24
79:25
**bringing**
38:25 78:20
**brought**
47:1 61:13
82:24 91:7
**bubbles**
94:7
**bucks**
48:8
**budget**
49:8,20
**building**
7:9,12 8:4
**Burnam**
81:4,5,9
90:14
**business**
4:20 7:2 8:4
**Button**
77:22
**buy**
28:13
**bypass**
91:22 92:8
93:2

——————— C ———————

**C**
19:2
**CALENDAR**
1:9 2:21,25
3:2,11,15,
17,20,25 4:2,
7,10,16,18,
19,23 5:2,4,
12,14,16 6:9
**calendars**
3:13,23 4:14,

15,21 5:10
6:12
**calender**
2:16
**calls**
85:15 93:5
**came**
61:15 77:22
**cannot**
71:24 84:4
**capable**
87:2
**capita**
48:24
**Capitol**
6:10,15 7:6,
15,16,25 8:9
**card**
29:5 88:18
94:6
**cards**
64:1
**care**
45:8 82:7,19
92:19
**carry**
30:19 60:21
**case**
2:24 3:1 4:1
22:8 47:18
67:25 78:22
90:10 98:8
**cases**
61:15
**cash**
85:9
**cast**
2:12 9:18
10:4,6,12,
22,24 11:25
13:2,23
14:20,22

52:2,13 54:19
70:16 71:23
84:1 85:23
86:14,15,21
87:12,25
88:3,5 89:1,
16 92:21
94:1,2 96:11
97:14
**Castro**
85:15 89:22
94:20,21
95:5,9
**casts**
98:19
**certain**
9:24 22:20
62:22 65:14
69:2 79:3,4,
8,11 81:23,25
**certificate**
15:2 25:4,11,
13,19 29:5
42:21 43:10,
14 47:17,19
51:6,18 52:6,
16 53:2,22
54:8,10 56:13
58:16,18
101:1,11
**certificates**
38:25
**Certified**
101:5 102:5
**certify**
101:6,14,25
**Chair**
2:6 3:1,4
5:22,23 8:21
16:12,13
17:17,18
18:1,3,11,20
19:11,13,18,

21 20:5,8,10,
16,19,21,22,
23 21:1,2
23:24 29:25
33:1,7,18
34:3,21,23
35:9,25 36:25
37:4,7,11,
17,20,22
38:5,8 42:13
48:4 50:20
59:13 60:10
61:1,4 62:6,
15 65:5,9
69:19 73:1,17
74:4 77:18,19
78:14 79:15,
20 80:15
85:18 90:19
91:5,15,20
95:11
**Chairman**
5:20 18:6
19:20 46:8
53:18 58:6
61:5 64:1
**chairman's**
33:13
**chair's**
18:15,20
19:5,7 37:11
38:3,4
**chairwoman**
46:1
**challenge**
33:15,16
49:17
**chance**
85:1
**change**
19:23 30:4
66:12,16,20
69:8,9 73:21
91:8

House Floor Debate - Volume 1                    March 23, 2011
                                                         107

changed
33:5 57:8

changes
16:7 18:22
55:7,13 67:12
95:2 99:11
101:21

changing
10:8,12,14
19:1

charge
25:16 27:19,
20 31:20

charged
27:25 28:2

check
68:25 88:16

Chen
77:22

China
38:18

choice
11:21

choosing
92:12

chose
75:6

circle
8:12

circled
97:23

circumstance
s
81:20

citizen
39:2

citizens
38:17,22
79:12

citizen's
29:5

citizens'
75:17

citizenship
38:25

civil
53:17

claim
34:24

clarificatio
n
68:8 91:12

clarify
78:6 91:8

class
73:25

classes
34:20

clause
45:20 46:4

clear
11:20 14:13
24:19 25:9,18
31:3 41:7,8
52:17,20
56:7,9

clearer
11:11,12

clearly
19:20 47:11
48:2 49:4,14
50:10 64:24

clerical
63:13

Clerk
2:2,3 42:1,
11,12 47:3
59:11,12
60:7,9 61:1,
3,19 62:12,14
65:6,8 69:16,
18 72:23,24
77:3,9,11

78:11,12 80:8
89:23 90:17
91:3,4,17,19
94:4 99:20,24

clerks
26:3

close
58:1 62:21
64:10 74:5
79:21 85:18
99:17

closed
6:10 8:5

code
13:21 54:7
55:7,13 73:9,
10,11,14
74:15,25
75:1,2,3,6,
10,25 76:1

Coleman
23:11,12,20

colleagues
59:6

collect
25:10 32:25

come
10:4 25:24
26:24 35:6
43:25 47:5
55:18 57:5
58:15,24 59:4
61:8,25 64:16
88:10 93:3

Comeaux
71:6 83:18
90:9

comes
12:14 35:3
44:25 64:9
78:24 93:20

coming
89:11

comments
89:14 98:13
99:5

commissioner
's
46:24 48:18

commits
98:21

committee
3:12,23 6:10,
12,17 7:1,13,
22 8:3 21:23,
24 22:2,5
26:18,23 79:7
80:1 93:14
96:15

committing
84:3 99:10

communities
98:1

community
98:2,3

compare
16:10 88:16

comparison
88:21

complained
23:25

completely
49:19 88:8

completion
101:17,24

compliance
66:19

complied
6:19 21:7

complies
77:16

comply
15:18 30:13
35:6

component
36:2

concern
8:1 27:1
39:10 69:1,5

concerned
40:6 43:11
48:19 58:10,
11 68:2

concerns
39:6 49:19
68:3

conduct
8:4 40:7

confine
98:12 99:4

confirm
76:13

Congressiona
l
90:23,24

Congressman
90:23

consent
41:23

consider
95:16

consideratio
n
2:16,21,22
23:15

considered
2:25 20:21,23
22:15,16
67:25

consistent
73:8,13,15
74:14 75:7
76:3 78:19

constituency
79:9

TX_00212817

constituents
53:12 77:23
82:13 87:3
Constitution
32:19,21,23
33:16 34:19
35:7 36:17
50:4,10 98:9
Constitution
al
33:3,6,19,25
34:9,16 36:3
44:21,22 48:4
49:17
Constitution
a l l y -
d e d i c a t e d
35:4
construction
36:23 50:8
contacted
39:5
contained
19:17 24:1
47:13
contains
88:17 101:21
contents
31:1
continue
2:13 5:25
24:6 33:7
continuously
23:22
contrary
17:22
convenes
3:14 4:8
conversation
8:23 53:17
convoluted

47:10
copy
101:11
correct
3:18 12:4,13
17:1 24:18
27:23 40:3,8,
17,20 41:1
51:19,23
52:16 53:3
54:25 55:16,
22 56:15
59:17,21 64:5
68:20 71:9
85:20 88:19,
20 95:3
corrected
2:20 3:2 4:11
5:11,12,13
correcting
63:25
correction
5:13,15
correctly
67:8
cost
31:19 48:5,21
49:1 95:6
costs
24:18 32:9
48:18
couldn't
17:3 45:21
46:2 48:15
counsel
101:19,25
count
42:23 71:16,
19,20 72:1
86:17
counted
10:6 11:1,16,

25 13:25
15:9,10 57:16
65:13,19 89:2
91:12
counties
48:1
counting
66:13
county
47:3 49:15
61:19,20,22
72:3 90:25
couple
85:20
course
4:20
court
46:24 48:18
84:16,20
Courthouse
72:3
courts
92:3
cover
70:25 71:2
covered
78:3
covers
83:7
crafted
12:21
create
47:15,25
93:15
created
42:25 61:16
creates
48:3
creating
47:24 73:25
creation

36:15
credit
36:21
crimes
73:10 75:25
criminal
2:5
crisis
49:8
criteria
66:24 69:4
96:24
criticize
93:10
crystal
19:20
CSR
102:9
cure
55:20 57:16,
17
current
12:3 13:15
18:22 40:5,9,
16 42:19
44:24 46:14,
15 49:8 55:7
56:10,11 57:2
58:9,17 61:6,
19 66:9 68:5
69:4 75:16
83:23 91:21
94:11
currently
66:10,12
67:13 98:25
cut
73:4,23
cuts
49:11
_____
        D

D
25:3,6
daily
3:15,17 4:7
5:12,13,16
Dallas
62:8 77:22
91:4
date
74:10 101:20
David
65:8
Davis
65:9,10,25
66:7,8,15
67:14 68:8
69:5 91:4,5,6
day
7:16 18:11
22:14 61:8,12
102:5
days
10:5,25 12:1
13:24 34:1
35:15 44:2
55:19 57:9,
16,17 71:24
72:7 85:23
101:19
deal
27:22 47:10
56:19 61:17
66:1 87:10
dealing
49:9
deals
33:19 45:25
51:5 56:23
DEBATE
1:9 5:25 9:6
14:7,8 24:6,
15 64:9 101:2

debating
46:24,25
DeBowes
90:9
debt
49:23,24
decide
15:8
decision
62:22
dedicated
35:20 36:18
deem
19:6
define
75:4
defined
74:23
defines
73:10,11
74:25 75:1,2,
3,14,23
definitely
39:2 57:23
definition
73:9 74:14
75:9
degree
92:15,20
93:19 96:11
delay
73:4
deleted
55:8,9
deliberating
80:2
denied
6:11 39:8
67:1 83:11
85:21 97:4
deny

65:15 68:1,15
84:1 94:10
denying
8:5 69:7,11
department
25:10,20 27:8
30:9 31:18
48:14 77:16
78:2,8 86:19
98:11
depending
60:14 75:13
deponent
101:15,16,23
deposition
101:17,24
102:10
deprive
35:8
deprived
30:19
deprives
35:19
describing
24:17
desire
88:4
desk
26:4 94:5,14
desks
4:20
detailed
17:15,16,20,
23,25 21:13
23:22
determinatio
n
78:3
determine
30:8
determined

91:10
determines
19:13
detracting
51:11
deviation
5:3
deviations
3:11,20,21,
25 4:4
didn't
4:22 11:20
17:20 29:12
33:14
difference
10:10,18 26:5
different
13:20 52:8
54:2 62:24
64:12 75:14
78:19 80:25
81:20 82:1,2,
11 96:18
differently
27:15 62:19,
24 86:25
difficult
49:20 62:22
difficulty
4:25
diligence
26:19,23
direct
9:8 30:2
directed
43:15
direction
14:3,23 64:5
disability
70:20 86:11
disabled

71:8,10 81:13
87:24
disagree
87:5
discounted
67:23
discovered
2:25 4:10
discretion
12:16 13:6,18
15:7,12,20
discretionar
y
19:22,24
discriminate
82:8 83:9
87:18 94:9
discriminate
d
93:13 99:2
discriminati
ng
82:8
discriminati
on
83:17 84:17,
19 86:20
89:12 93:23
discriminato
ry
84:6
discuss
14:1,24 16:7
discussed
2:9 39:9
51:20,24
discussing
80:2
discussion
2:13 34:6

64:19 66:5,16
77:19
discussions
63:24
disenfranchi
se
60:13
disenfranchi
sed
89:16
disruption
61:17
distinguish
87:22
district
38:16 39:5,19
61:10,14 62:1
76:19 87:3
90:23,24
documentatio
n
40:18
documents
81:25
doesn't
3:10 7:1 8:4
9:17 28:25
43:12 47:8
51:17 53:23
70:11,25 71:2
72:2 84:15
doing
11:14 15:11
26:18 48:13
67:11 68:16
76:18
dollar
27:11
doors
7:10,25 8:12
Dorothy

TX_00212819

90:9,11

**down**
2:18 6:5 7:22
16:5 23:19
32:22 36:1
37:6 46:8
64:7 66:1
71:18 73:7
86:7

**downtown**
71:18

**DPS**
25:23 28:15
29:8,13,16
30:6,12,19
31:23,24
32:2,5 86:8

**drafted**
44:20,21 45:3
47:9 72:22

**draw**
43:8

**drive**
85:4

**driven**
70:24

**driver's**
29:4 42:21
63:21 74:10
78:21 81:25
83:23 85:2,5

**due**
26:18,22

**during**
2:23 6:16
7:6,14,16
48:16 81:24
83:11,12,16

**duty**
8:6

**dyslexic**
24:22

---

**E**

**e**
87:17

**each**
89:9

**earlier**
51:21 77:21
91:7 97:17

**Early**
12:4,9,11,15
13:5,17 14:12
15:7,13,19
61:7,11,21

**earn**
38:23

**earned**
87:9

**earth**
96:8

**easier**
47:10 65:1

**easily**
58:22

**easy**
80:20 83:2

**effect**
18:20 68:14
69:7

**effective**
33:5

**effectuate**
11:18 22:13

**effort**
39:15

**Eiland**
72:25 73:2,3,
16,19 74:5,6
75:5,12,18,
21,24 76:4,
11,12,16,21,
24 77:1,5

---

78:18 82:24

**either**
44:3,5,6
51:7,17 53:13
63:12 87:20

**elderly**
73:9,10,12
74:8,14,17,
23 75:4,9,13,
23,25 79:3,
12,24 84:25

**Election**
12:9 13:21
15:2 43:22
54:7,24 61:8,
10,12,14,21,
24 65:17
73:13 74:15
86:13,17
92:4,19

**elections**
40:3 45:1
47:3 99:13

**Elementary**
71:6 83:18

**eligibility**
61:24

**eligible**
2:22 43:22
54:24 91:11

**elimination**
89:11

**EMERGENCY**
1:9 83:25

**employed**
102:1

**enacting**
45:20,23,25
46:4

**encouragemen
t**
59:23,24

---

**end**
94:10 100:1

**enough**
8:16 11:13
23:22 50:16
62:21 64:10
75:16 93:13

**ensure**
8:6,7 65:17,
18 89:15

**ensures**
92:11

**ensuring**
88:23

**enter**
7:12

**entered**
20:11,17 36:9

**entire**
38:20

**entity**
40:20 41:1,6

**entrances**
7:17,19,21
8:10

**envelope**
9:22 10:9
11:7,10,11
88:17,22

**error**
2:23,24 3:1
4:10,18 5:9,
11 63:13

**especially**
83:4

**Esquire**
102:10

**estimate**
48:15

**estimated**
48:15

---

**everybody**
11:15 29:14
42:18 48:8
63:15 72:12
81:12 82:1
83:6 98:17

**everybody's**
81:19

**everyday**
8:17

**evidence**
96:18

**exact**
64:25

**exactly**
40:9 83:5
95:4

**example**
61:9 64:19,20
70:8 88:24

**examples**
64:9

**exception**
4:5,6

**excessive**
41:22

**exchange**
5:19 20:11,16
28:12 36:9

**Excuse**
32:3 53:15
85:15 90:18
92:24

**excuses**
87:24

**execute**
43:15,16,18
44:2,7 45:4
47:20 54:18
55:3,15
56:13,14
57:18 60:20

House Floor Debate - Volume 1                     March 23, 2011
                                                            111

executes
54:13

executing
43:20

exempt
82:10

exempted
79:14

exemption
60:22,23
70:3,5,10
86:10,11

exemptions
70:18 87:9

exist
4:14,15

existing
16:10 20:3

exists
37:25

expand
59:1

expenditures
48:25

expenses
31:5

Expiration
102:10

expired
29:22 41:16
50:18 71:7
85:12 90:10

explain
9:11 15:11
22:24 35:7
70:4

explained
21:13

explaining
31:1

explanation

31:14

express
16:11 18:21
19:7,17 46:20

expressed
39:6

expressly
18:25 19:3,4,
10 20:2 22:23

extend
41:21 44:16
51:10

extended
6:16 7:14
41:25

extension
8:9 29:24,25
41:22

extensions
7:25

extra
27:19 95:6

             F

F
16:4

faces
61:15

fact
17:13,21
19:24 20:3
35:1 37:11
40:6 48:20
67:2,4 68:1
91:24 92:7

factors
87:10

fails
16:7,9,10

fairly
89:7

faith

36:21

fall
34:20

falls
88:8

false
13:7

far
31:17 49:5
54:15

Farrar
6:2,3,7,9,
21,22,24 7:8,
18,20 8:8,11,
19

father
70:8,13

father's
70:8

favorable
62:7,10

fear
57:2 67:21

fearing
49:10

fee
25:3,7,10
30:6 56:1

feel
88:10

fees
24:17

felony
92:16,20
93:20 96:11

felt
11:18

figure
10:18 48:6

file
21:22 23:3

47:2 88:18

filed
62:4 63:12
98:10

files
64:20

fill
26:2

filters
63:14

financially
102:3

find
36:15 37:5

finds
3:4 16:13
23:25

fine
5:3 93:21

finishes
86:5

Firm
102:12

first
5:5,9 26:21
38:17 43:25
52:25 56:13
58:24 85:20
92:17

fiscal
29:11,13,18
30:17,23
31:4,10 32:6

five
78:21 94:19

fix
47:11,12,15
58:4,6,25

fixed
85:4

fixes

43:12

flaw
42:17 45:6
58:21

flexibility
80:22

FLOOR
1:9 35:3,6,17
59:5 86:23
87:4 101:2

Florida
72:18

folks
47:5 72:14
83:20

follow
23:14 42:18
43:18 65:12
67:11 69:2

followed
65:20 66:22
67:4 68:6
91:10

following
14:23 42:1,10
45:16 54:7
59:11 60:7
61:1 62:12
65:6 67:7
69:16 72:22
77:9 78:11
90:17 91:2,16
99:24 101:7

Foreman
101:5 102:9

foremost
85:20

form
10:22 11:5
17:15,24 26:2
30:7 44:18
45:4 92:12,14
96:10

TX_00212821

House Floor Debate - Volume 1                    March 23, 2011
                                                           112

forms
9:17 10:4,13
26:14 27:6
29:6 52:1,2

Fort
71:18 83:19
90:25

forth
90:13

fortunate
39:18

fortunately
15:2

forward
80:1

found
23:21 33:14,
19 34:19
66:18

four
7:17,19 8:10
63:24 94:18

fraction
49:1

franchise
89:10,13

Fraser
2:3

fraud
84:3 92:14
97:18 99:10

fraudulent
92:21 98:20

FRCP
101:14

free
25:21 26:8,
15,20,25
27:11,19
28:3,5,7,9,
14,24 29:8
30:10,12,20

31:15,18,20
48:9,22 86:8
88:5

friends
81:11,16

frog
87:19

front
2:19 6:6 16:5
23:20 32:23
99:5

frustrated
55:12

fulfill
8:6

full
36:20

fully
31:14

fun
23:13

Fund
33:1 35:9,20
36:15,19
37:2,3 48:10,
16 49:16,23
50:3,5,6,11,
14

funding
35:20

funds
32:25 36:18
49:4

furlows
49:11

further
2:16 22:19
23:15 34:8
101:14,25
102:2

future
49:18

───── G ─────

G
7:10,22

GALLEGO
3:6,19,21,24
4:3,5,9,12
5:8,20

game
53:6,11

Gee
64:3

general
18:25

Generally
22:1

generation
38:17

gentile
94:3

gentle
39:23 41:16
42:16 50:24
53:20,21
58:3,7 95:22
96:4

gentleman
38:24 44:13
69:24 74:21
81:5 82:21
94:21

gentleman's
50:18 85:12

gentlemen
45:9,10

George
94:8

Georgia
72:17 86:18
93:12 98:10

Geren
29:21 77:6

getting
29:17 48:7
62:8 80:22

Giddings
60:8,9,10,11

girl
90:11

give
28:6 31:15,19
45:21 49:17
58:7 64:4
70:9,12 75:13

given
17:12 30:13
101:9

giving
31:18

go
7:21,22 8:11,
16 12:6,20
14:4 20:1
25:22 27:10,
20 28:7,16,25
29:8 31:24
32:18 44:1
51:5 53:9
54:18 63:2
67:15 69:8,13
70:16 71:6
72:12 81:11,
23 82:9 85:4
86:7 93:6
94:1,2 96:9,
23 99:1

goes
28:1,20,25
73:23 83:19

going
4:17 8:2 14:1
15:5,10 25:6,
16,23,24,25
26:2,3 27:10,
20 28:5,6,9,

12,13 29:13,
15 30:2,3,9
43:3 45:21
46:8,13 48:5,
8,9,11 49:15,
16 50:14
56:23 57:24
58:14 59:5,6,
18 64:11,12
66:11 67:21,
24 68:4,11
74:7 78:7
84:24 85:2
87:1 89:4
93:22 94:12
95:5 96:1
97:8,10 98:2,
3

gone
51:9 73:4

good
56:3,4 58:24
67:4 72:8
97:5

government
8:3 41:1,6
73:9,11,14
74:15 75:2,6,
13 76:1

governmental
40:20

governments
48:12 49:15

governor's
61:9

grandfather
74:11,12

grandmother
70:22 72:12
82:13 83:15,
21,23 85:21,
22 86:8 90:8

granted

great
39:1,2,14
61:16 70:8
81:17 86:23
88:8 89:17
greatly
88:3
Green
90:24
grounds
2:20 21:5
23:17 37:16
38:6
group
38:16,20
72:14 82:7
groups
38:13 39:5
growing
60:14
guarantee
40:11 66:22
68:12
guess
4:24 11:11
26:17,18 30:3
89:3,18
guilty
99:10
gut
45:19
guts
19:25 46:4
96:25
gutting
20:3 97:4

———— H ————

hammer
84:10
hand

28:15 90:25
handful
94:17
handicap
70:10,19
handicapped
70:10
handle
66:17
handled
66:18
handling
66:9,13
hang
62:5 66:1,6
happen
84:15 85:25
93:23 94:12
happened
87:20
happens
43:3 52:9
56:7
happy
2:13 36:8
44:16 57:21
60:2 69:7
hard
38:22 39:14,
19
Harless
2:7,8 5:23,24
8:21,22 9:4,
6,10,16 10:2,
11,20 11:14,
22 12:5,9,13,
19 13:1,8,19
14:15,19
15:14,23
24:4,5,12,
19,24 25:2,9,
18 26:10,13,

21 27:4,13,23
28:2,8,17,21
29:2,18
30:14,23
31:3,9,12,22
32:3,6,10
38:12 39:12,
14,17,25
40:1,4,9,21
41:2,7,10,14
50:20,25
51:1,8,20,24
52:12,17,21
53:4,8,13,25
54:4,6 55:1,
4,6,17,24
56:6,16,20
57:9,15,21,
25 63:10
76:8,9,12,
17,23 77:5
80:9 82:6
95:10,11,13,
23,24 96:6,7,
8,14,20 97:6
98:5,7,15
99:11,15,18,
21
Harris
61:20,22
90:24
hasn't
70:24
haven't
32:17 43:22
52:23
HB1111
2:23
Health
74:24 75:1,11
hear
16:25 17:4
38:3 98:1
heard

5:21 36:6
37:22 96:14
97:18,19
hearing
32:13
hears
5:22 29:25
61:1 65:5
91:15
Help
96:12 97:15
her
14:6,7,8
42:17 43:6
58:4 70:14
71:3,4,5,18,
19,25 72:1,2
77:23 83:17,
19,20,25
84:1,2 85:23
86:12,13,14,
17 90:10,11
hereby
101:6
herein
101:12
hide
48:17
hire
47:5
Hispanics
83:9
hit
48:9 49:14,16
50:2,14,16
Hochberg
62:13,14,15,
16 63:9
hole
47:22
home
99:1

honor
39:1
Honorable
5:19
honored
70:1
hope
42:17 59:7
65:3 66:3
85:25
hopeful
56:25
Hopefully
86:7,9,10
hours
3:3,14 4:7
6:14 7:15
HOUSE
1:7,9 3:14
4:8 5:12,14,
16 6:17 8:19
23:13,17 24:4
35:16 86:23
87:4 90:22
91:1 101:2
household
64:23
houses
34:10
House's
4:20
Houston
102:11
huge
58:9 92:17
95:2
Human
74:24 75:1,11
hurdle
36:18 37:24
hypothetical

23:5

**I**

**ID**
9:17 10:4,13,
22,24,25
11:23,24
12:22,24
13:2,9,10,
22,23 14:24
26:9,14,15
27:1,2,9,10,
19 28:9,10,
13,24 29:3,5,
6,8 30:5,15
31:24 38:14,
21 40:25
41:11 43:23
44:8,19,23
45:2,4 47:18
48:7 51:7,18
52:1,2,5,13
53:2,23 56:4,
12,15 57:20
59:2 69:22
70:16,21
71:17,24
72:3,4,12,
16,17 77:24
78:22 85:24
86:8,13,17,
21 88:16 89:8
90:9,10 92:10
95:14 96:22
98:16
**idea**
79:8
**identificati**
**on**
2:5 12:1
13:24 24:18
25:3,11,12,
19 27:6 40:7,
10,15,22,23
55:25 58:24

62:18 63:20
70:14 93:4,5
98:23
**identity**
47:20,25
60:13,19
**IDs**
25:23 26:20
27:25 28:3,4
29:14 30:10,
12,20 31:15,
18,20 48:23
74:7,9 94:16
**ignored**
49:21
**imagine**
61:14
**imagining**
26:1
**impact**
30:6 50:15
82:15
**impersonatio**
**n**
40:8 92:14,15
97:19 98:21
99:10
**implement**
49:2,5,6
**importance**
15:12
**important**
43:4 89:8
**impression**
17:18 80:25
**improve**
65:3
**improvement**
57:1
**inability**
60:16

**inadvertentl**
**y**
69:10
**inartfully**
47:9
**inaudible**
16:14 38:10,
13,19 39:7,
10,15 40:18
41:15 48:17
50:17 59:19
63:4,7 65:8,
12 77:22
85:11 86:2
87:14 92:2
93:15
**inclined**
18:11
**include**
9:24 11:8
17:14 37:8
62:8
**included**
39:11
**including**
2:4 6:16
**income**
85:4 87:11
**incoming**
64:1,5
**increase**
47:3,4
**indebtedness**
50:7
**India**
38:19
**Indiana**
48:21,25 49:6
72:17 86:18
93:12 98:8
**indicate**
4:24 33:14

**indicates**
3:11 6:9
**indigent**
44:3,6 55:21,
24 57:13
70:19 86:9
91:24
**individual**
60:15
**individuals**
61:6 70:18
**indulge**
17:3
**indulging**
51:15
**infirmity**
33:3
**inform**
30:3
**initially**
6:13
**innuendo**
97:22,23 98:1
**in-person**
14:21
**inquiry**
3:7 5:9 6:22,
23 16:20,21
17:8,9 21:17,
18 22:10,11,
19 33:11,12,
22,23 34:9
59:15,16
63:5,6 77:12,
13 78:1 90:5,
6
**insensitive**
72:13
**insignifican**
**t**
49:15

**insofar**
13:13
**instance**
4:22 5:11
28:5 35:13
**instances**
36:16
**integrated**
82:4
**integrity**
39:3 40:3
45:1,8 57:4
58:10 65:17
99:13
**intend**
99:16
**intent**
25:17 30:20
31:15,17
65:15 66:17
67:15
**intention**
99:12
**intent's**
66:16
**interested**
102:3
**internet**
8:15,16
**interpretati**
**on**
19:6,7 36:4
37:3,21
**interpretati**
**ons**
64:12
**interprets**
19:11
**introduce**
22:13,14
90:22

**introduction**
90:19
**issue**
4:12 33:20
46:25 47:1,
11,12 49:22
56:19,24
58:18 60:14
63:8 70:13
73:24
**issued**
25:11 43:23
**items**
22:1

--- **J** ---

**jail**
93:22 96:11
**Jerry**
66:1,15 69:14
**job**
48:13 49:12
**jobs**
49:10
**journal**
5:20 18:12
20:12,17
36:9,11 90:15
**judges**
61:21
**judgment**
62:18,20
**July**
5:15
**just**
3:6 8:12
19:13 22:20,
22 23:1,2
27:16 28:9
35:14,15
36:12 43:6,23
44:5,16 45:19
47:15 51:13

53:19 55:12
57:12 59:1
62:5 63:1,23
64:22 65:11,
22 66:6,21,
23,25 67:10,
16,19,22
68:5,15 69:2,
9 72:13 74:11
80:21 81:12
85:7 87:25
90:10 91:9
92:10,17 93:3
95:15 96:11
97:1,7,17
98:4,24 99:1
**Justice**
77:16 78:2,8
86:19 98:11

--- **K** ---

**keep**
53:16 73:15
**kind**
27:18 45:16
76:13
**King**
59:14,15,16,
17,21,22 60:2
**know**
7:8,24 8:18
10:1 11:12
12:8 13:12
15:6 23:12
26:25 27:24,
25 28:5,7,15,
20 30:4 33:16
44:19,20
48:13 52:20
53:10 64:3,
11,17 68:22
71:2 74:7
75:5,24 78:23
81:15,23 82:1
83:17,19,22

84:2 87:18,19
92:18
**known**
83:20 84:2
90:11
**knows**
43:7 64:1
**Kolkhorst**
89:25
**Korea**
38:18

--- **L** ---

**ladies**
45:9
**lady**
9:1,3 14:6,7
24:9,11
39:23,24
42:17 50:24
53:20,21
58:3,7 95:22
96:4
**lady's**
41:16
**laid**
3:2 80:24
96:24
**language**
9:24 16:13
24:19 31:3
41:8,9 44:9
56:6 67:7
68:10 69:1
73:7 76:5
91:8,12
**large**
72:14
**last**
16:22 17:3
20:14 61:9,10
63:15,24
64:24,25

**later**
3:14 55:19
70:19 71:24
73:21 94:13
**Latino**
98:3
**launched**
35:1
**law**
12:3,18 13:5,
8,15,16
14:11,14
16:10 18:23
19:8,16 20:4
26:7 40:5,10,
16,17 42:19
44:24 46:14,
15 56:10,11
57:3 58:9
61:6 66:10
67:13 68:5
69:4 72:9,16
75:23 76:3
79:1,2,4 83:4
86:1 97:22
**lawmakers**
36:20
**laws**
78:25 82:14
87:23 95:2
**layout**
3:1
**LB**
48:13
**learning**
23:13
**least**
70:24
**leave**
7:9,22
**left**
7:8

**legal**
19:1 67:8
83:8 92:2
**legally**
92:2
**legislation**
40:13 68:7
98:8
**legislative**
6:16 7:14
30:20 34:6,
13,20 81:21
**legislature**
2:24 34:10
64:4 86:22
**legitimate**
68:19
**Leo**
82:11
**less**
56:11
**lesser**
17:19
**let's**
14:4 54:17
71:3
**letting**
15:8
**level**
7:10
**levity**
53:20
**license**
29:4 42:22
63:21 74:10
78:22 83:23
85:2,5
**licenses**
81:25
**lie**
96:9

life
87:9

liked
93:14

limit
81:15

Lincoln
94:8

line
3:8 9:15
10:15 14:4,11
15:6 16:7,8,
11 17:3 24:16
25:6 26:3
42:8 70:15
88:9

list
16:10 19:3
40:16 43:10,
14 47:18,21
51:7,17 52:6,
16 53:3,23
54:9,11 56:8,
12 57:6 58:17
68:23,24
98:23

listed
4:5 40:16

listened
37:17

listening
45:14

listings
64:6

lists
25:4

little
24:22 45:16
72:13 80:22
90:11

live
81:21

lived
83:12

local
48:12

location
86:13

lockboxed
50:3

locked
7:10,21 8:13

lodge
20:10

logical
76:6

long
14:25 27:7
32:11,13 63:2
81:22

longer
15:20

look
7:4 24:13
43:2 44:9
45:11 47:9
48:2 57:21
61:15

looked
36:6

looking
9:7,12 24:15
45:15 49:11
53:25 55:1,4
87:19

looks
24:17

loophole
42:25 58:9
92:8,23 93:9,
10

lose
30:9

loss
48:15

losses
49:12

lost
25:25 29:17
30:12 71:4,5

lot
59:4 72:10

lots
81:11

love
56:22

lower
75:20

lowering
73:25

luck
32:18

Luckily
83:24

**M**

Madden
65:24 66:3,7,
8 67:6 68:21

mail
30:3 40:19,25
41:5 70:23
71:1,3 76:15,
18 83:24
87:25 88:12

mail-in
88:7

main
7:17,19 8:10

maintain
53:16

major
42:17 45:6,7
47:22

making

31:19 37:21
45:2 53:20
63:23 67:16
75:8 83:13
92:16

male
82:16

man
94:3

mandate
48:1,3,12

mandating
15:9

mandatory
19:23 58:21

manner
78:19

March
101:3

Martinez-
Fischer
8:24 9:1,5,
11,20 10:7,15
11:2,17 12:2,
7,11,14,23
13:4,12,19
14:2,17 15:1,
17,24 16:1,3,
9,18,19,22
17:2,7,10
18:5,8,10,
14,18 19:5,
14,15,18
20:8,13,18
21:1,4,8,11,
16,19,24
22:4,9,12,18
23:4,7,10
24:7,9,13,21
25:1,5,15,22
26:12,17,22
27:7,16,24
28:4,11,19,

23 29:10,23
30:1,17,25
31:6,11,13
32:1,4,8,12,
16,17,24
33:2,9,10,
13,18,21,24
34:4,8,12,
15,18,22
36:5,10 37:7,
10,15,20
38:5,7

match
89:7

material
62:19

materially
16:14 21:10
23:18 24:2

matter
35:11

McKinney
102:11

mean
8:1 11:3
26:23 31:20
35:9 48:2,17
49:14 52:24
55:12 58:9
72:11 94:17

means
4:4 92:8

mechanism
57:4

meet
8:3 61:24

meeting
6:9,11,12,
13,24 7:1,7
16:15 38:15
67:8 101:8

meetings
6:17

House Floor Debate - Volume 1

**member**
7:11,24 8:9
17:22 18:24
21:20 42:5,8
76:10
**Members**
2:9 5:21,25
8:22 14:23
17:12 29:24
42:15,24
58:3,23 59:4,
23 60:12 61:6
62:3,17 65:11
69:20 72:21
73:3,18 74:6
78:16,17,24
79:11,17,22
80:3,17
85:17,19
86:22 90:1,21
91:6 95:13
98:12 99:22
**member's**
24:5
**Menendez**
46:10,17,19,
23 47:23
48:20 49:7,22
**mentioned**
75:24 97:18
**merely**
65:11
**merits**
35:23
**mess**
65:2
**met**
66:24
**method**
7:15 38:21
69:9
**methodology**
29:12 30:7

**Mexico**
38:18
**mic**
59:24 99:6
**Miles**
89:25 90:18,
19,20
**million**
32:9 48:6,10,
11,21,22
49:2,3,4
**mind**
3:7 59:8
**mine**
25:24,25
28:13
**minimum**
49:2
**minority**
38:13
**minute**
50:9,11 66:2
**minutes**
2:10 78:24
**misleading**
21:10 24:2
**misleads**
23:18
**misreading**
63:13
**missing**
83:6
**Missouri**
49:5
**misspelled**
63:17
**mistakes**
68:22
**mistyped**
63:13

**misunderstan
d**
17:17
**misunderstoo
d**
19:19
**Mobility**
33:1 35:9,19
36:15,19 37:2
48:10,16
49:16,23
50:3,5,6,11,
14
**moment**
19:14 86:6
**Monday**
2:9
**money**
27:25 28:1,2,
8,20,25 29:20
30:2,9,12,18
32:2,5 36:22
37:1 49:12
85:5
**moneys**
28:16 29:16
35:4,8,21
**morning**
46:21,23
**most**
61:15 76:19
**mother**
70:8,10
**motion**
5:21 41:20
74:16 76:24
77:3,8 79:19
80:4,5,8,11
99:18,19,21,
23
**move**
5:25 57:25

**moved**
38:18
**moves**
29:23 77:2
80:7 99:18
**Murphy**
90:9
**must**
2:11 9:25
10:9,18,19
11:6,8,10,
13,18,20
17:14,23,24
20:1 33:3,25
34:10 59:19
61:8 65:17
**myself**
59:6 82:24
90:13

— N —

**name**
12:7 40:20
41:1,6 43:10
54:11 62:19
63:16,20
64:8,24,25
**Nancy**
90:9
**narrow**
12:21 19:6
93:4 94:16,17
98:23
**narrowly**
2:10
**narrowly-
designed**
2:11
**National**
93:14
**naturalized**
38:17

**nature**
82:1
**nays**
77:8 80:11
90:2 99:23
**necessarily**
76:17
**necessary**
35:24
**necessity**
47:4
**need**
11:13 15:15
20:24 27:1,9
29:20 30:21
31:13,16 38:3
44:5 70:15,16
81:16 82:10
85:24 86:9,11
87:6,7,8,24
**needed**
28:13 83:25
84:10
**needs**
86:8 90:8
**Neither**
44:4 47:18,19
52:5 101:25
**never**
44:22 45:3
56:14 57:5,13
97:19
**new**
2:25 36:16
61:15
**newspaper**
46:20
**nice**
94:2
**nickel**
27:11
**night**

64:21
**nobody**
83:3
**normally**
6:15
**notary**
101:18
**note**
29:10,11,13,
18 30:17,23
31:4,10 32:6
**noted**
3:1 6:13
**nothing**
28:17,21 29:1
37:6 43:1
47:13 55:15
**notice**
3:16 4:18 5:2
9:24 55:6
66:21 72:9
95:1
**notify**
18:24
**number**
62:23 92:9
**numbers**
43:17

--- O ---

**oath**
93:7
**objected**
42:8
**objection**
5:22 20:22
29:24,25
41:23,24
44:4,6 55:22
56:1 57:13
60:25 65:5
80:14 85:14
90:16 91:15,

24
**objects**
85:15 89:22
**obligation**
36:20
**obtain**
55:25 81:25
**obtaining**
25:12
**obviously**
31:7,19 51:7
80:18 97:11
**occur**
60:15 86:15
**occurred**
2:23 5:10
96:15,17,18
**o'clock**
6:25 7:9,12
**offer**
57:22
**offered**
20:5 73:24
**offering**
54:10,12
96:22
**office**
39:6
**officers**
92:3
**official**
40:19,25 41:5
63:19 64:11
**officials**
62:18,23
64:8,13
**offset**
49:12
**Oh**
56:18,22
71:11

**Okay**
9:20 12:23
13:4 15:5,24
18:15 24:21
25:5 31:9,16
32:14 43:10
52:15 53:20
55:6 56:3
57:23 63:7,9,
10 75:22
97:16
**old**
70:9,23 80:19
81:10 83:16,
21
**older**
70:12 76:14
83:1 88:1
94:14
**once**
12:3 21:21
38:1 48:6
65:19 66:18,
24 91:9
**onerous**
8:1
**one's**
65:15
**open**
8:1,7,23 9:1
56:25 58:3
59:8 88:6
**openness**
8:2
**opinion**
95:14
**opportunity**
10:22 13:2,23
14:21 17:12
27:5 29:8
46:1,12 58:7
73:23 85:23
86:12,16

88:3,7,10,25
89:1,15
**opposition**
73:17 98:13
**option**
15:8 26:1,25
**order**
2:16,19,21
3:5,9 4:13
6:4,5,8,19
11:18 16:4,6,
17 19:15,19
20:6,7,9,19,
25 21:3 22:13
23:14,19 24:3
29:20,22
30:21 32:20,
22 33:6,8,15
34:2,13,25
35:1,17,18,
19,24 36:2,7,
13 37:13 38:2
41:16,17
44:23 48:7,22
50:18,19
52:24 53:16
74:12 85:12,
13 92:21
**ordered**
5:22 90:17
**original**
28:11
**ostensibly**
43:11
**ought**
74:13 89:6
**outcome**
102:3
**outside**
39:5 88:17
**over**
28:15 45:21
51:9,24,25

61:7,11,16
62:24 63:24
69:21 87:23
88:6 90:9
**overrule**
36:13
**overruled**
3:5 6:20
16:17 21:3
24:3 33:8
36:1,8 37:14,
19
**overrules**
38:6
**overruling**
38:2
**overwhelming**
30:2

--- P ---

**Page**
9:8,15 10:16
14:4,11 15:6,
19 16:7,8,11
23:21 24:14
43:16 44:1
53:25 54:1,2,
20 55:19,20
101:21
**pages**
64:22
**paid**
94:6
**Pakistan**
38:19
**paper**
46:23
**Pardon**
7:18
**parliamentar
y**
3:7 6:22
16:20 17:8

House Floor Debate - Volume 1

21:17 22:9
33:10,22
59:15 77:12
78:1 90:5
**part**
16:22 20:14
21:13 26:21
36:25 64:21
78:5 79:9
82:25 83:3
84:9,11
**particular**
62:1 82:25
**particularly**
83:10 84:2
85:9 94:1
**parties**
101:12 102:1
**parts**
22:21 62:17
**party**
61:8,21,25
101:16,24
**pass**
26:8 34:10
35:15 52:1
92:17 97:21
**passage**
6:1 8:23
**passed**
64:2 72:15
82:14 98:8
**passes**
27:9 77:15
86:1
**passing**
72:9
**passport**
29:5
**passports**
23:21 24:1
**Patricia's**

71:23
**pay**
26:6 27:10
28:6,8 29:14
36:22 43:4
48:8 79:8
82:24
**payment**
55:25
**pays**
28:24
**PDA**
8:15
**Penal**
73:10,14
74:15 75:3,6,
10,25
**penalties**
2:5 60:20
**penalty**
91:23 92:6,15
**people**
27:5 31:15
38:22 39:15
40:6 45:2
47:5,12,16
48:6 57:5
58:10 59:1,2,
4,18 61:10,
12,13,23
62:8,25
64:16,23
66:25 67:16,
21 68:1,13,
14,22,23
69:10 74:8
78:2,25
79:24,25
80:20 81:10,
21,23 82:16
83:2,13,17,
19 84:2,11
85:7 87:10

92:18 93:10,
13 96:15
97:12 98:1
99:13
**people's**
65:23 67:3
**percent**
63:11
**perfect**
54:17
**period**
83:12
**perjury**
60:20 91:23
92:7,13
**permission**
15:3 22:13
**permissive**
58:20
**permitted**
3:12,20,22
4:1,4
**person**
8:17 9:23
10:12,13,21
11:8,22 13:10
25:11,12
30:25 40:20,
25 41:5 43:9,
14 44:22
51:5,16 52:4,
10 53:1,21
55:14 58:15
61:8 65:12
68:9 76:22
88:3,23 92:12
94:10,13,14,
15 95:15 97:2
**personal**
24:18 25:3,
10,12
**personally**
93:11

**persons**
73:11
**perspective**
81:21 82:2
**photo**
9:17 10:13
11:23 12:22
13:9,10,22,
23 29:3 30:15
31:24 38:14
40:7,11,21,
23 41:11
44:8,19 45:2
47:18 51:7,18
52:1,5,13
53:2,23 56:4
58:24 59:2
72:16 74:7,9
77:24 78:22
85:24 88:16
89:8 92:10
95:14 96:22
98:16
**photographed**
56:2 91:25
**phrase**
4:3
**physically**
87:11
**picture**
29:6
**piece**
93:4
**pieces**
40:15
**place**
5:5 36:17
38:21 61:7,
11,16 63:18
66:12 67:19
86:14 96:9
**placed**
9:23 11:8

42:7 90:14
**places**
61:21 64:22
**plain**
98:4
**plan**
35:8
**please**
2:19 17:2
24:10 25:1
37:11 41:21
43:2 53:16,17
62:5 76:24
77:12 80:5
96:5 99:5
**pleased**
58:3 90:21
**pledged**
50:6
**plenty**
72:9
**point**
2:15,18,19
3:5,9 4:13
6:3,5,7,19
16:4,5,16
19:15,16,19
20:6,7,9,10,
19,24 21:3
23:14,19 24:3
29:22 32:19,
22 33:8,14
34:2,25 35:1,
10 36:1,7,13
37:13 38:2
41:15,16
44:17 50:18,
19 57:10 72:7
78:20 79:1,2,
3,7 80:1 83:6
85:12,13
87:1,17 96:25
97:10 98:18,

19,20 99:8
**pointed**
83:1 85:1
**points**
33:6 43:6
52:24 58:6
82:6
**police**
60:21 92:3
**policy**
45:23,25
**poll**
27:17 94:6
**polling**
61:7,11,16,
21 96:9
**polls**
2:13 10:21
13:11 30:16
38:25 40:7
43:9 51:6,17
55:15 60:21
76:22 81:12,
14 82:9 96:23
**portion**
20:20
**possibility**
39:7
**possible**
49:23
**possibly**
49:25
**post**
3:13
**posted**
3:11,25 6:13,
24 8:3
**posting**
4:17 5:6 8:14
**power**
11:15

**precedence**
18:3,5
**precedent**
18:7,8 36:7,
12,15 81:2
**precinct**
43:21 54:12
62:17,23
63:19 64:8,11
**Precisely**
33:5 50:2
**pre-cleared**
86:19
**precluded**
70:20
**prefer**
6:1
**prepare**
3:13
**prepared**
14:7,8
**prescribed**
9:17 10:13
**present**
54:9 62:19
**presenting**
2:4
**presents**
58:9
**preservation**
6:14 7:5
**preserve**
80:20
**preside**
61:7
**president**
94:8
**presiding**
61:11,12
**presume**

14:6 25:23
**pretty**
11:20 72:14
**prevails**
77:9 80:11
99:24
**previously**
39:9
**printed**
2:25 4:7
10:8,9 11:6,
10 64:21
**printing**
4:9 5:9,11
9:22
**prior**
18:4 22:22
80:18
**prison**
93:20
**privilege**
39:2
**probably**
49:3 93:16
**problem**
26:20 44:21,
23 45:7
47:11,15 48:4
50:1,2 58:4,
6,25 63:22
70:13,14
85:6,7
**procedural**
33:15 34:1,4,
11,17 35:18
36:2,17 37:5,
15,24 38:2
**procedurally**
35:5,10,13,
14,15,19,21
36:1 37:1,2,6
38:1

**procedure**
34:7,14,20
35:2,16 63:14
67:11 69:3
**procedures**
65:12,20
66:12,21
67:4,8,18
68:6 91:9,10
**proceed**
35:21
**PROCEEDINGS**
2:1
**process**
7:11,24 8:7
21:19 56:5
65:17 69:9
92:4,19 96:12
97:6
**processed**
26:3
**producing**
96:18
**promise**
95:15
**proof**
2:4 44:5
55:25 96:23
97:20
**proper**
51:14 86:13,
17,21 93:4,5
**properly**
2:21 20:23
**protect**
39:3 74:17
75:16 80:19
83:13
**protected**
38:13,24
77:23 84:25
**protecting**

36:18 40:2
**protection**
79:10 81:17
**protections**
79:3 81:16
**proud**
87:12
**prove**
2:11 10:5
47:5,20,25
57:9,11,13
**proven**
99:9
**provide**
3:10 25:20
26:25 27:4
30:20 44:4
48:15,22 59:2
67:18 70:18
79:12
**provided**
25:2
**provides**
29:7 50:13
56:11 65:12
**providing**
2:5 17:22
29:3
**proving**
30:16 97:2
**provision**
6:18 16:11
23:20,25
26:15 33:3
34:9 95:14
98:16
**provisional**
9:13,19,21,
23 10:3,24
11:4,7,25
12:3,6,15,
16,24 13:2,6,

14,17 14:11,
22 15:8,20,21
44:10 51:19,
23 52:3,10,14
53:3,24
54:13,19
65:13,20
66:9,14,17,
23 67:5,9,17,
19,22,24
68:4,10,17,
21 69:11,12
71:13,15,16,
23 91:11

**provisions**
13:20 19:3
34:16 40:22
41:10 45:11
58:11 67:7
70:17 81:13,
14 82:19

**public**
6:25 7:3,12,
15,24 8:6,9
18:25 30:3,9
31:18 48:14
101:18

**publicly**
70:11

**pull**
46:8

**purpose**
5:17 6:2,21
8:25 10:2
16:2,18 23:11
24:8 25:13
26:16 27:6
29:9 32:15
33:9 39:22
40:12 41:19
44:12 46:10
50:23 59:14
65:24 69:23
74:19 76:8

77:11 81:4
82:20 86:3
90:4 92:22
94:20 95:20
96:3,22

**purposes**
75:9

**pursuant**
101:14

**pushing**
83:21

**put**
36:10,11 37:4
49:25 68:17
70:3 74:12
90:15 96:10

─────── Q ───────

**qualify**
60:22

**question**
7:23 14:5,16
23:5 26:10,
12,24 33:2
41:12,13 47:1
53:19 66:4,7
67:6,15,20,
24 69:25 71:3
86:4 89:24
94:22 95:22
99:7

**questioned**
64:16

**questioning**
38:11 42:9

**questions**
9:2,7 24:10
44:14 46:2
52:24,25 58:8
59:18,19,25
87:13 94:9,16
99:5

**quickly**

44:16 51:5

─────── R ───────

**race**
61:9

**radio**
30:2

**raid**
50:5,6

**Rail**
36:19

**raise**
2:15 6:3 16:4
20:7,19,24
23:14 32:19
90:25

**raised**
6:7 19:16
20:22 29:21
33:2 38:6
41:15 50:18
85:11

**raises**
2:19 26:24

**rampant**
83:16 84:21

**ran**
50:17

**rating**
50:16

**Raymond**
92:22,23,25
93:7,8,9,12,
18

**reach**
81:23

**reached**
86:23

**read**
2:2 3:10
14:6,22
17:10,13

24:24 29:12
31:9 33:25
35:14 37:11
42:2,11 45:10
46:20 54:7,15
55:10 59:11
60:7 61:2
62:12 64:23
65:6 69:16
72:23 77:9
78:11 90:18
91:3,17 99:25

**readily**
74:9

**reading**
18:2 45:18
53:5 56:8

**reads**
3:24

**ready**
5:25 52:21
98:5

**reality**
68:9

**realize**
32:1

**reallocate**
35:8

**really**
22:21 30:8
39:15,19
44:16 51:4
53:8 57:3,13
64:17 81:15

**reason**
26:19 29:4
36:13,14 50:5
67:12 68:25
70:4 74:16
76:4,6 77:25
79:25 84:8,
22,23 86:15,
24 98:22

**reasoning**
3:8

**reasons**
82:23 92:9
101:22

**re-assert**
19:19

**receipt**
101:20

**receive**
4:19,21,22

**received**
4:23

**receiving**
75:11

**recognition**
90:21

**recognize**
74:8

**recognizes**
2:6 5:23 8:21
42:13 50:20
59:13 60:10
61:4 62:6,15
63:18 65:9
69:19 73:1,17
74:4 78:14
79:15,20
80:15 85:18
90:19 91:5,20
95:11

**recommend**
23:7

**reconstructi
on**
97:24

**record**
42:3,8 77:4
78:6 80:8
85:15 89:19,
22 97:11
99:19,20

TX_00212831

101:9

**recorded**
5:20

**redistrict**
84:16

**reduce**
25:7

**reduced**
20:16 26:7,20
38:8

**reduces**
32:24 35:3

**reduction**
25:15 50:9,11

**reference**
16:23

**referred**
21:23 22:2

**reflects**
16:16 17:6

**regard**
21:11

**regions**
38:19

**registered**
43:21 54:11,
23 64:24
92:5,9

**registrar**
13:24

**registration**
42:21 47:17,
19 51:18
52:6,15 53:2,
22 54:10
58:16,18
88:18,22

**registration
s**
63:11

**regrettably**

47:9

**regular**
61:22

**reimbursed**
29:13

**reimbursing**
31:17

**relate**
5:6,7 55:14

**related**
34:16 102:1

**relates**
9:12 13:13
67:6

**relating**
2:3 23:20
24:1

**relatively**
36:16

**relevance**
66:4

**reliable**
89:7

**religious**
44:4,6 55:22
56:1 57:12
91:24

**Relocation**
36:19

**relying**
36:22

**remarks**
38:8

**remedied**
4:15,16 58:23

**remember**
19:20

**reminded**
84:10

**remove**
70:3,5,7

**removed**
61:13

**removes**
69:21 95:14

**renew**
28:13 78:21
85:2

**renewed**
85:5

**Repeal**
16:6,11 19:8,
17,24 21:12

**repealed**
19:4,10 22:23

**repealing**
20:2

**repeals**
32:25 35:3

**repeat**
17:3

**replace**
25:24 50:13

**replaced**
10:17

**replaces**
30:12

**replenish**
35:22 37:1

**report**
60:21

**reported**
46:24

**Reporter**
101:5

**REPORTER'S**
101:1

**Representativ
v**
87:16

**Representativ**

**ve**
2:6 5:23 6:7,
8,21 8:21 9:6
16:8 24:4
29:21,23
38:12 39:9,
12,13 40:1
46:19 47:23
50:2,17 51:3,
8 53:11 56:16
60:3 62:1
63:10 65:25
73:1 74:4
76:12 77:1,2
78:18 79:15,
20,23 80:7,
14,16 85:11
87:16 88:11,
15 89:3 90:14
94:25 95:18,
21,25 96:1,2

**REPRESENTATI
VES**
1:7

**representing**
39:18

**Republican**
93:14

**request**
5:19 20:10,
11,15 22:20
90:12,21
98:16

**requested**
89:22 99:19
101:16,23

**require**
30:5 74:7

**required**
11:6 15:21
40:10,23
41:23 77:24
98:24

**requirement**
18:23 22:19
69:21 72:16
78:18 95:1

**requirements**
2:4 9:14,21
14:20 52:18
61:25 67:8
68:21 75:10

**requires**
9:22 13:10
18:24 19:3
35:7 62:17

**rescinds**
32:25 35:3

**research**
78:20

**residents**
87:8 95:2

**resolution**
19:4,9 21:22
22:15,17,25
23:3,5

**resolutions**
22:3,5

**resources**
85:8

**respect**
34:22 37:25
49:19 73:19
79:8,9,12
85:21

**respected**
79:25

**respectfully**
3:5 6:20
16:17 21:2
24:3 33:8
36:8 37:14,18
74:2 87:8
89:5 90:12

**respond**

23:6

**response**
59:18 62:8

**responsible**
31:1

**restore**
99:13

**restrict**
59:23,24

**restricted**
61:20

**restriction**
72:16

**result**
30:10 60:15

**resume**
9:6

**retains**
13:6

**return**
85:24 86:16

**returned**
101:18,20

**revenue**
49:24

**revenues**
29:17

**review**
67:15 78:8

**reviewed**
16:12 23:24
33:1 36:6
37:5

**revise**
37:8

**revised**
4:14,23 5:4,
16

**Richard**
93:7,8

**ridiculous**
81:15 84:5

**right**
11:2,24 13:4,
5,8 16:25
25:20 38:23
39:8,11 42:20
45:21 46:5,7
48:18 52:7
55:2,16,17
56:8 57:20
62:4 65:16,
18,23 67:1,3
68:1,15 69:7,
11 76:14
80:20 82:5
83:3,4,5,11
84:1,4 85:2,
22 87:7 88:25
94:12 97:4
98:25 99:3

**Rights**
38:14 75:17
77:17,24
78:2,4 84:8
93:24

**ring**
77:4 80:8
89:23 99:20

**ring-fenced**
50:4

**rise**
49:17

**risk**
92:17,20
93:21

**Ritter**
44:12,13
45:14 46:3,6,
8 58:6 64:17,
18

**roads**
50:8

**roll**
64:21

**rolls**
62:20 63:15

**room**
6:11

**roughly**
48:5 63:11

**round**
38:15,16

**routine**
4:20

**routinely**
83:10

**Rule**
2:17,20 3:4,
9,10,19 6:4,
8,18 16:4,6
17:10,13
18:2,23,24
19:2,11 21:6,
11 23:1,16
34:16 35:25
48:5 66:9
101:14

**ruled**
20:9 33:6
34:3,13,21
84:20

**rules**
3:16 4:14
17:11,21
21:21 22:2,5,
21,22 23:13,
14,16 32:18
73:8

**ruling**
16:23 18:15,
20 21:14
22:22 33:14
34:18,23
36:25 37:5,8,
11,12,21

38:3,4

**rumor**
97:22,23

**rumors**
97:25 98:4

**run**
8:12 61:13,23

**rural**
81:22 85:7

──────────
      **S**
──────────

**Safety**
30:9 31:18
48:14

**San**
46:20

**satisfying**
25:13

**savvy**
8:15

**saw**
30:1,5

**saying**
7:20 8:12
11:9,10
15:17,22
18:21 26:5
34:9 35:13
45:15 55:21
65:22 67:10
68:11,14,17
79:6 80:4
97:1

**says**
2:11 11:5
14:11 15:23
17:14,23 19:9
24:25 25:9
27:8 30:7
32:9 33:25
40:22 43:20
44:2,10 50:10
54:22,23

61:23 62:2
63:19 64:14
65:19 66:21
69:2 70:15
93:3

**SB**
1:8

**SB14**
2:2,3,10
15:18 98:7

**School**
71:6 83:18,25

**schoolhouse**
83:18

**scope**
59:2,19

**seal**
88:23

**sealed**
88:22

**second**
47:24 56:14
57:18 59:1
62:5 66:6
79:18 92:10,
15,20 93:19
96:11

**secondarily**
19:25

**Secretary**
29:19 63:25
64:2,15,20
73:8

**Section**
2:17,20 3:5,
9,20 6:8,19
9:12 11:6
16:4,6 17:11,
13 18:23,24
19:2,9,12,16
21:6,12 23:1,
16 24:15,16,
17 25:3,13

TX_00212833

30:7 32:20
34:19 35:12
37:22,25 43:8
52:10 54:4,5,
6,8,20 55:1,
2,14,19,20
74:25 78:8
97:12

**section-by-
section**
17:15,24

**Sections**
6:4 15:19
19:21

**secure**
38:20

**securing**
89:9,10

**security**
56:11 79:2

**see**
8:20 17:11
18:2 23:5
25:8 29:12
59:5 69:13
86:24

**seeing**
98:3

**seek**
59:7

**selecting**
61:20

**Senate**
9:8 18:16,19
23:15 27:8
32:20 35:16
74:12 76:5

**sends**
73:16 77:1
80:6,12 89:20
99:17

**senior**

75:16
**seniors**
74:17 76:19
**sent**
78:7 80:19
**sentence**
3:24 93:20
**separate**
34:1 35:15
**series**
94:9,15
**serve**
87:3
**served**
39:20 101:11
**service**
49:24
**Services**
74:25 75:1,11
79:4
**session**
7:13,23 18:9,
10 21:21
**sessions**
6:16 18:4
**set**
64:15 70:15
81:15 83:3
84:8
**setting**
11:12 81:2
**shall**
3:12,13,25
9:25 10:8,16,
19 11:9,12,19
15:10 20:1
44:10,11,17
54:12 57:6,8
**Shauna**
101:5 102:9
**She'll**

72:9
**Shorthand**
101:5
**show**
2:12 9:18
10:13,25
12:1,22 13:9,
10,11,22
14:20 15:15
26:14 29:3
38:14 40:6
41:11 42:20,
22,23,25
45:2,3 47:1,
12 51:25
52:12 56:7,
11,14 57:5
58:17 64:22
68:24 69:22
76:21 77:4,5,
6 80:9,10
86:21 89:24,
25 90:8
99:14,21,22
**showed**
56:4
**showing**
12:19,24
30:15 31:23
72:17 96:23
98:16 99:13
**shown**
43:23 44:8,
18,23 57:20
68:6 101:12
**shows**
10:3,12,21
11:15,23
40:10 43:9,13
51:6,16 52:5
55:14 78:21
**shut-in**
85:10

**sic**
58:14
**sick**
85:9 87:24
**side**
26:4 94:3,5,
13
**sign**
58:16 91:22
92:6,12 93:6
96:10 97:1
**signature**
88:14,16,18,
22 89:6
101:15,18,21
**significant**
49:16 50:16
57:1
**signing**
55:21 92:11
**silly**
97:25
**similar**
2:23 62:21
63:21,23
64:4,17 78:18
94:14 98:7,9
**similarly**
5:14
**simple**
12:21 58:13
**simplifies**
56:24
**simply**
45:4 47:20
65:22 66:21
73:14 74:11
92:5
**single**
58:25
**sir**
5:19 9:10

14:22 21:15
22:7 23:10
24:12
**sit**
36:1 37:6
**sitting**
86:22 94:3,4
**situation**
52:7 63:11
**situations**
7:3
**six**
7:25 10:5,25
12:1 13:24
44:1 55:18
57:9,16,17
71:24 72:7
85:23
**size**
49:1
**slight**
70:12 78:19
**slim**
93:4
**Smith**
64:1
**soap**
94:7
**Social**
79:1
**Solomon**
77:6
**Solutions**
102:10
**somebody**
11:4 13:16
14:9 27:8,20
28:24
**song**
79:18,23,24
80:3,4

**sorry**
20:13 32:11
41:3 73:3
84:18
**sort**
27:17 97:23,
25
**sound**
87:19
**sounds**
68:9,10
**source**
35:20
**South**
38:18 84:13
93:25
**southern**
94:3
**speak**
50:20 80:15,
17 95:10,11
**SPEAKER**
2:2,6,8,14,
15,18 3:6,19,
22 4:3,6,9,12
5:8,18,20,
21,24 6:2,3,
5,23 7:5,14,
19 8:8,19,22,
24 9:3 15:25
16:1,5,20,21
17:1,5,7,9
18:3,6,7,13,
16,19 19:2,13
20:8,15 21:1,
6,9,15,17,
18,22 22:1,7,
11,16,18
23:4,9,11,
12,19 24:5,7,
11 29:21
32:14,15,22
33:12,18,21,

23 34:2,6,8,
12,18 36:5
37:7,13,17
38:1,5,10,12
39:13,21,22,
24 41:15,18,
19,22 42:5,
10,13,14
44:12 45:12,
22 46:10,16
50:17,22,23,
25 51:2 53:15
58:1,2 59:9,
10,13,16,21
60:1,6,10,
12,24 61:4
62:3,11,15,
16 63:4,5,6
65:4,9,10,24
66:3,6 68:3
69:15,19,20,
23 72:21
73:1,3,16,18
74:4,19,20
76:8,9 77:1,
13,18,21
78:10,14,15,
17 79:15,20
80:6 81:4,5,7
82:20,22
85:11,19
86:2,4 87:14
89:20 90:6,7,
16,20 91:2,5,
6,14,20 92:22
93:19 94:20,
23,25 95:10,
19,20,23
96:2,6 98:12
99:4,16
**speaking**
31:7
**speaks**
30:23 31:5
32:6

**special**
73:25 79:10
**specific**
27:3 36:2
**specifically**
9:14 15:15
16:8 18:6
23:20 29:19
31:4 32:23
68:22
**specifics**
13:13
**speel**
63:2
**spell**
31:4
**spelled**
15:14 25:19
62:19
**spells**
29:18
**spend**
85:5
**stage**
67:13
**stand**
26:2 38:2
**standard**
9:25 10:8
11:12 17:19
19:1,22,23
20:1
**standards**
30:4 64:15
**standing**
32:12
**stands**
13:5,8
**State**
6:14,23 7:5
14:14 16:21

17:9 18:22
21:18 22:11
29:19 33:12,
23 36:21
48:5,21,25
49:2,11 50:7
59:16 61:25
62:24 63:5,25
64:2,15 73:8
77:13 78:9
79:9 82:2,25
83:10 89:17
90:6 95:6
97:12 101:6
**statement**
19:8 26:11
**states**
25:11 27:2
65:11 72:15
84:9,12 86:18
**State's**
64:20
**statute**
19:24,25 20:2
21:12
**statutes**
74:24
**staying**
76:5
**step**
27:19 35:24
97:5
**steps**
8:17
**stops**
61:19
**stories**
97:18,19
**story**
82:2
**Strama**
99:22

**strike**
22:20,22
23:1,2 40:24
41:4,9
**strikes**
46:3
**s t r i k e -
t h r o u g h**
18:22 19:23
20:3
**striking**
89:9
**stringent**
75:10 97:21,
22
**strings**
27:12
**stronger**
11:19
**strongly**
38:21
**struck**
10:17 40:14,
19
**stuck**
79:7
**Sub**
25:6 43:19
44:9
**subject**
34:16 92:13
**submit**
36:20
**Subsection**
19:2,3 41:4
55:23
**substance**
16:16 17:6
**substantial**
64:3
**substantiall**

House Floor Debate - Volume 1

March 23, 2011

126

**y**
21:10 23:17
24:2 62:21
63:20,22

**substantive**
23:15 33:15,
19 34:1,5,11,
17,23,24
35:11,23
36:3,24 37:3,
21

**substitution**
34:24

**suddenly**
57:4

**sufficiently**
23:22

**suffrage**
94:10 97:14

**suggest**
66:17 67:16
87:1 91:9

**suggested**
20:20 38:25

**suggesting**
66:24 96:15,
17

**Suite**
102:11

**summarize**
17:12

**summary**
16:15,24
17:6,15,16,
21,22,23

**supplemental**
3:15,17 4:1,
6,14,16,17,
19,21,23 5:2

**supplemented**
29:16

**support**

59:5

**supported**
38:21

**supposed**
68:24

**Supreme**
84:16,20

**sure**
10:20 11:15
14:13 27:18
38:24 39:19
43:6 45:2
46:20 51:13
54:2 60:12
67:2,10 68:16
69:9 70:4
72:11 77:16
78:6 79:4
84:10 89:1
97:4,13
98:19,20,24

**surely**
85:6

**surprise**
47:7,8

**sustained**
41:17 50:19
85:13

**swear**
87:24

**swearing**
92:6

**sworn**
92:6

**system**
8:14 61:19
89:8

— T —

**T**
64:17

**table**
38:15,16

57:25 74:17
76:25 77:3,9
79:19 80:4,5,
7,8,11 94:10
98:17 99:18,
19,21,24

**tabling**
74:3 95:17

**Taiwan**
38:18

**take**
5:5 15:21
19:21,22
32:2,4 35:22
36:22 37:2
58:19 65:23
70:9,12 71:5,
18 72:2 81:22
82:7,19 83:25
86:12,14

**taken**
10:16 15:6
102:2

**takes**
26:14 42:5
63:18 73:6
98:15

**taking**
15:12 27:19
49:24 67:3

**talk**
8:19 9:9
13:20 14:3,
19,25 42:16
51:9,10,14
56:21

**talked**
52:7 92:10
97:17

**talking**
32:11 40:17
43:6 81:10
84:7

**Tarrant**
72:3

**tax**
27:17 94:6

**teachers**
49:10

**technology**
30:5

**Tel**
102:12

**tell**
11:13 18:11
20:23 67:21
69:10 92:25

**telling**
31:8 67:17

**tells**
44:25

**temporarily**
60:4,6 62:9,
11 69:15

**term**
11:19

**terms**
89:11

**testified**
29:19

**testimony**
26:18,23
96:14 101:9
102:2

**Texans**
38:17 88:9,25

**TEXAS**
1:7 27:3
32:19,21,23
33:1 36:17,21
48:5 49:1,2,
16 50:3,10,11
74:24 75:23
84:13,17,20
86:22 89:17

93:25 95:1
101:6 102:9,
11

**Thank**
2:8 5:8,18,24
9:5 15:4,24
16:19 18:18,
19 21:16
23:10 37:8
38:7 39:13,16
42:14 46:6
51:2 53:18
57:24 58:2
60:2,11 62:16
63:9,10 65:10
66:8 72:19,20
76:7,23 78:9,
10,15 79:17
90:15,20
91:1,21 93:18
95:9 99:15

**Thanks**
61:5 69:14

**theft**
60:14,19

**therefor**
101:22

**therefore**
90:12

**thing**
10:11 94:12

**things**
11:8 15:18
43:20 44:3
49:11 58:23
59:3 65:1
67:18 74:11
82:1 85:20
96:19 97:7,9,
17 98:1

**think**
11:17,22
14:23 24:19

25:9 28:23
29:2 31:3
32:8 36:16
41:7,8 43:1,
4,12 45:6,7
47:22 48:13,
18 49:17,20
56:10 57:1
58:21,22,23
59:3 65:1,22
66:1,15
67:14,20 70:3
72:13 74:13
79:7 80:21,23
81:2,17,19,
20 83:6 86:7
87:6 89:5,6,
7,8,12 90:7
91:12 92:18
93:11,12,16,
21 97:3,5

**third**
14:5,10

**thought**
32:18 71:22
81:14

**three**
27:13,14 34:1
35:14 75:14

**throw**
66:19,25
67:19

**thrown**
67:23

**tighten**
69:8,13

**time**
2:22 5:9 7:1
8:4,10 14:5,
10 23:9
29:22,24,25
32:11,13
41:2,16,21,
23,24 44:15

49:10 50:18
51:10 52:25
78:24 81:22,
24 83:8,11,
12,16 84:15
85:12

**times**
27:14 49:20

**timing**
5:6

**title**
5:12

**today**
13:16 14:14
36:12 43:2
46:13 82:17
86:23 88:9
91:1

**today's**
12:18 13:15
14:11

**told**
31:15 76:4

**tool**
89:15

**topic**
59:20

**tradition**
33:7

**traditionall**
**y**
33:6 34:3,13,
21

**Transcribed**
1:11 101:10

**transcript**
101:8,20

**translate**
64:7

**transliterat**
**ion**

39:7

**transparency**
8:2

**transparent**
8:7

**trash**
71:5

**traveling**
87:25

**treat**
87:7

**treated**
86:25

**tremendous**
88:25

**tried**
7:21

**triggers**
19:7

**trouble**
45:16

**true**
13:7 82:18
84:8,15 101:9

**trust**
89:6

**try**
53:16 78:19

**trying**
10:18 26:7
42:16 48:17
51:11 65:2,16
66:1,20 68:15
69:8,9,13
80:19 83:13
91:7,8,9
95:1,7 97:3

**Ts**
64:18

**Tuesday**
5:15

**tune**
48:10

**turn**
86:25 99:6

**turned**
63:12

**Turner**
61:3,4,5
62:6,7

**Turner's**
62:4

**TV**
30:2

**two**
3:3,14 4:7
19:21 34:16
36:16 43:20
44:3,7 45:4
47:20 58:18,
23 59:3 63:16
64:18,23
72:21 80:18
93:20 96:18

**two-hour**
3:1,16 4:18
5:2

**type**
33:5 40:10,
23,24 74:10

**types**
14:24

**typically**
76:19

---U---

**U.S**
39:2 98:9

**ultimate**
50:15

**ultimately**
50:14 57:19

**unable**

55:25

**un-American**
84:5

**Unanimous**
41:23

**unaware**
20:21

**u    n    -**
**Constitution**
**al**
50:12

**under**
2:16,19 3:16,
19 4:13 5:11,
13,15 6:4,8
12:2 13:15,16
14:10 15:18
16:4,6 17:18
18:23 20:6
22:21 23:16
26:5 32:20,25
38:14 40:5,9
42:19 43:25
44:9 53:1,3,
21 55:22
60:16,20 61:6
66:10 68:5
71:22 77:23
78:3 80:24
91:21,23
92:6,14 93:7
94:11,18
98:25

**undermines**
57:3

**understand**
3:8 4:13 9:13
21:4 31:14
45:24 70:6
76:13 79:22
96:12,13,20
97:15,16

**understandin**

g
12:18 57:15
71:21 77:14
78:7
understands
92:12
unfortunate
80:23
Unfortunately
42:24 60:13
unfunded
47:25 48:3,12
UNIDENTIFIED
87:16 88:11,
15 89:3
95:18,21,25
unique
81:21
United
84:9,11
unless
33:5 35:6
71:24
unreliable
89:7
update
30:6
upheld
98:9
urban
82:3 85:7
use
11:19 23:21
26:9 40:17
49:12 59:1
65:13 88:6
89:1 92:3
99:5
uses
68:9 73:7

usually
83:24
utility
42:21 75:2

———— V ————

Veasey
69:23,24
70:2,22 71:2,
10,12,15,22
72:2,6,10,19
77:11,12,14,
18,21 78:10
80:14,16,17
81:7,8,9,19
82:11,22,23
83:5 84:13,
18,21 85:3,21
90:4,5,7
91:17,18,19,
20,21 92:24
93:2,11,19
94:23,24,25
95:4,8 96:1,
2,4,8,17
97:3,9 98:6,
18 99:4,7,15,
16,17
vein
96:21
venue
13:21
verify
88:12
verifying
11:23
verse
79:18,23,24
80:3,5
version
75:16
versus
67:8

victim
60:19
videotape
101:10
violation
3:4
visit
47:24
visiting
78:23
voice
87:20
Volume
1:10 100:1
vote
2:4,12 9:18
10:12,23
11:4,15,16,
24 12:4,20
13:5,9,11,
17,18,22,25
14:12,20
15:7,13,16,
19 25:16,20
26:1,9,14
27:1,10,20
29:3,7 30:22
31:16,24
38:15,23,24
39:2,8 40:17,
23 42:3,19,22
43:2,22 44:23
45:5,8 46:13
47:13 48:7
51:18,22
52:10,13,21
53:23 54:10,
12,24 57:19
60:16,23
65:13,16,18,
20,23 67:1,3,
17,22 68:2,15
69:7,11 70:25

71:2,3,6,7,
12,13,15,16,
19,24 74:16,
18 75:17
76:14,18,22,
24 77:4 79:18
80:3,5,8,21
81:12,14,23
82:9 83:2,11,
19 84:1,4,11,
24 85:15,22
86:14,16
88:10,12
89:4,9,16,
19,22,23
90:10 92:17
93:3 94:18
97:4 98:17,25
99:3,9,14,
19,20
voted
9:23 11:7
68:14 77:7
80:10,11 90:1
99:22
voter
27:2 38:16,21
40:8 42:20
43:13,21
47:17,19,21,
24 51:18 52:6
53:22 54:8,9,
12,13,24
55:24 56:4
58:15,18
63:11 64:21
68:20 84:3
88:18,21
91:11 92:6,
14,15 97:18
98:21 99:10
voters
30:15 54:11
60:13 65:18
74:7 87:22

91:22 92:9
voter's
66:22
votes
13:16 53:3
70:22,23
83:24
vote's
65:18
Voting
12:9,11,15,
24 26:16 27:6
29:9 30:4
38:14,21
54:13 61:7,
11,22 69:12
70:13 75:9
77:4,5,6,17,
23 78:1,4
80:9,10 81:3
84:8 87:23
89:14,25 90:1
93:24 94:4,6
95:2 97:23
99:21,22

———— W ————

wait
86:4
walk
25:24 42:18
43:3 51:4
52:9,19 55:12
93:22
walked
52:22
walks
8:17 27:8
Walle
2:14,15,19
5:17,18
Wally's
3:9 4:13

TX_00212838

want
9:8 10:20,23
13:20 14:3,
13,20,24,25
15:5,10 24:15
27:14,16,18
29:7 42:22
46:9,11 48:4
50:6 51:9,13,
14 52:13 53:8
54:15 55:10,
11,12 56:20
57:22 60:12
61:14 62:8,9
64:4 67:10
70:2,5,7
80:17 81:11
82:8,9 83:15,
17 84:1,3,22
85:19 88:3,4
89:18 93:15
97:10,12
98:24 99:8

wanted
9:6,13 10:1
21:20 22:25
24:13 27:4
38:20 43:5
46:1 76:13
78:6

wanting
36:25 87:17

wants
35:25 37:4
43:1

Washington
94:8

watch
83:22

watching
97:12

way
8:8 35:20

40:11 44:20
47:10,11,15
50:12,13
58:13 67:2
68:19 82:12
94:11

ways
5:1 94:18

website
6:14 7:6

welcome
14:24 20:9

welcoming
51:10

we'll
8:19 36:8
56:21 67:15
92:16

well-taken
29:23 41:17
50:19 85:13

went
9:25 43:6
90:13

we're
4:17 8:2
10:11 11:9,10
15:10,17
22:14 23:1,12
24:17 25:6,16
26:1,2,3,7
27:20 30:3
49:9,10 51:11
56:8 65:16
67:3,21 68:16
74:6 76:17
78:22 79:6
80:21,22 81:2
84:23,24 91:8
97:10

we've
37:5 51:20,24
66:18 77:19

96:24

whatever
98:22

whether
28:24 33:2,3,
14 35:11

whichever
6:1

white
82:16

whole
45:19 46:4
54:16 55:10
96:22 97:6

whomever
30:6

wildly
92:2

willing
14:25 24:5
92:20

willingness
88:8

wish
95:10 99:17

wishes
80:14

withdraw
59:9 60:4
62:9 69:12

withdrawn
59:10 60:7
62:12 69:16

within
10:24 12:1
13:24 34:20
44:1 59:19
85:23 87:10
101:19

witness
101:12

woman
94:3

women
78:21

won
61:9

word
10:16,17

words
19:8 22:25

work
8:20 38:22
39:18 47:4
66:1 74:2

working
39:14

worse
44:8,24 46:14
56:10 57:2
58:8

Worth
71:19 83:19

wouldn't
31:20 68:14
72:6 80:25
86:9,11

would've
49:6

writing
20:16 38:9
69:6 90:15

written
66:12 67:25
94:12

| Y |

Yeah
56:18 57:23
72:10

year
48:11

years

61:13 63:16,
24 70:9,12,
19,23,24
83:16,21
86:24 93:20
94:13,14

yield
9:3 14:8
24:9,11 38:10
39:23,24
44:13 45:12
46:16 50:24,
25 65:25 66:7
69:24 74:21,
22 76:10
81:6,7 82:21,
22 87:12
94:21,23
95:22,23,24
96:1,4,6

yields
87:15

you-all
53:16 65:3

| Z |

zero
25:7 26:7

| 0 |

03
102:12

| ' |

'09
18:13,14

| 1 |

1
1:10 23:21
100:1

10
63:11

1000
6:15 7:9,12

**10000**
93:21
**1001**
102:11
**1007**
6:10,12 7:2
**11**
6:4,8,19 9:8,
15 10:16
14:4,11 15:6,
19 16:7,8,11
43:17 54:20
**12**
6:4,8 55:19,
20
**12/31/2012**
102:10
**13**
24:14 44:1
54:4,5,6
**14**
1:8 9:8 23:16
27:9 32:20
48:6,11
**14th**
65:15
**15**
2:10 9:12
26:6 28:6,7,
15 54:20
55:1,2 70:24
**15th**
5:10 65:16
**16**
2:17,20 3:5,
9,20 48:8
**17**
55:20
**18**
24:16
**1941**
83:7

**1965**
77:17
**1997**
5:10
**1999**
5:13,14
**19th**
5:15
**2**
19:3 32:9
48:21 49:4
55:5
**20**
24:16 25:7
49:2 61:12
93:20
**2003**
84:16
**2005**
5:15 48:17
**2011**
1:8 101:3
**2012**
1:11 102:6
**2024000**
30:1
**2 0 2 4 0 0 0 -
d o l l a r**
29:11
**20th**
5:12,14
18:13,14
**21st**
102:5
**23**
1:11 101:3
**24000-dollar**
30:5
**27**

14:4,11 15:6
16:8,11 25:6
**2B1A**
55:23
___ 3 ___
**3**
32:20 34:19
35:12 37:22,
25
**3/23/11**
1:9
**30**
49:3 101:19
**30f1**
101:15
**32**
16:6 19:2
**32C**
16:4 17:11,14
18:23 21:6
23:16
**32C2**
19:12 21:12
23:1
**32C3**
18:24
**34**
21:12
**3786**
102:9
___ 4 ___
**4**
6:4,8,18
16:4,6 17:10,
13 18:23,24
19:2 21:6
23:1,16 48:22
**40**
94:12,14
**48**
99:23

**49**
35:12 37:22,
25
**49K**
32:20,23
34:19
___ 5 ___
**5**
78:8 97:12
**50**
77:8 80:11
90:2
___ 6 ___
**6**
2:17,20 3:4,
9,19 9:15
41:4
**60**
75:1,2,14
**60s**
83:21
**63.0008B**
55:8
**63.001**
25:13 43:15,
16,18,19
**63.001G**
55:7
**63.009**
43:8 51:5,16
52:10,20
53:1,21 54:6,
8 55:8
**63.009A**
55:8
**63.0101**
40:18,24 41:5
**63.011**
53:3 54:14,18
55:16
**65**

**73:7,11,12,
15,22 74:1,
13,25 75:3,7,
14,20,23,25
76:1,14
78:17,25
79:1,2,3,5,
14 83:1
87:22,23
88:1,6**
**65.054**
43:25 44:1
55:19
___ 7 ___
**7**
10:15 16:7
48:10,11
**70**
69:21 73:7,22
74:12 75:4,8,
14 76:5 79:7
80:2 81:15
83:21 86:24
87:5
**700**
6:15
**713524-4600**
102:12
**75**
70:9 81:10,11
**77002**
102:11
**79th**
2:24
___ 8 ___
**805**
102:11
**81st**
18:8,10
**82R**
1:8

**865**
18:17,19

---
**9**
---

**9**
54:1

**900**
6:13,25

**97**
90:2

**98**
70:23 80:11
83:15

**98-year-old**
90:8

**99**
77:8 99:23

**9th**
90:23,24

1

332491 eb

TEXAS HOUSE OF REPRESENTATIVES

2011 (82R) SB 14

3/23/11 House Floor Debate (Emergency Calendar)
Volume 2

TRANSCRIBED ON APRIL 23, 2012

TX_00212842

2

1          SPEAKER:  Mr. Veasey, do you intend to
2     close?  Do you wish to close.
3          Mr. Veasey sends up an amendment.
4     Ms. Harless moves to table.  The motion -- excuse me.
5     The vote is on the motion to table.  Record vote
6     requested.  A record vote is granted.  The clerk will
7     ring the bell.  This is on the motion to table.  Show
8     Ms. Harless voting aye.  Show Mr. Strama voting no.
9          Have all members voted?
10          There being 99 ayes, 48 nays, the motion to
11    table prevails.
12          Following the amendment, the clerk will read
13    the amendment.
14          CLERK:  Amendment by Dutton.
15          SPEAKER:  The Chair recognizes Mr. Dutton.
16          REPRESENTATIVE DUTTON:  Mr. Speaker and
17    Members, on Page 6 of the bill, there are certain
18    requirements that indicate that the voter registration
19    certificate or the provisions of this bill do not apply.
20    We just did away with the 70 year old amendment, and so,
21    it leaves the disabled but what this amendment simply
22    does, it says that if the election judge --
23          And I might back up a minute because I want
24    to just share with you what the -- what the origin of
25    this amendment happened to be.

3

1          Mr. Speaker, could we have a little bit
2      better order?
3          SPEAKER:  Members, can we have some order so
4      you can hear Mr. Dutton explain his amendment.
5          REPRESENTATIVE DUTTON:  Thank you,
6      Mr. Speaker.
7          Both of my parents were election judges.
8      Between them, they had over 50 years of being an
9      election judge in Houston and Harris County.
10         And, generally, one of us, one of my
11     siblings and I, we would -- on the morning of the
12     election, we would essentially take either my mom or my
13     dad to the polling place and, before I got elected, help
14     them get the -- to set up the whole polling place so
15     there could be an election.
16         Under this bill, if my amendment didn't
17     pass, what would happen is I could do all of that, I
18     could go and get it all set up, and once it was time for
19     me to vote in that precinct, I would have to take out my
20     ID and show it to my mother and dad.
21         That didn't make any sense to me, and so,
22     that's why I am offering this amendment because I
23     believe that most of the precinct judges, most of the
24     election judges, if they're like the ones that I know,
25     they know just about everybody in that polling place.

4

1    They know everybody there.

2              In fact, my mother and dad got to the point

3    where they could tell you what time a particular person

4    was going to show up at the polls.

5              And so, what this amendment does is simply

6    makes an exception that says for -- in the instance

7    where the precinct judge, the election judge actually

8    knows -- personally knows the person -- I think that

9    saves all of this other stuff that's going on with this

10   bill but it certainly provides an opportunity for us to

11   not to have to burden the election process because it

12   simply that means the election judge actually affirms

13   that they personally know who it is that is appearing at

14   the polling place, and that's what this amendment does,

15   Mr. Speaker and Members.

16             SPEAKER:  Ms. Harless, is the amendment

17   acceptable?

18             The chair recognize Mr. Hancock speaking

19   against the amendment.

20             REPRESENTATIVE HANCOCK:  Yes, Members, what

21   this amendment does actually is it adds subjectivity to

22   the election judge and really goes against what we need

23   in total fairness and objectivity and that we stick with

24   the current code and standards as defined in the

25   statute.

5

1              I believe at this time the intention of the

2      author is to table.

3              SPEAKER:  Mr. Dutton, do you care to close?

4      Do you care to close, Mr. Dutton?  The Chair recognize

5      Mr. Dutton.

6              REPRESENTATIVE DUTTON:  All right.  There

7      was a little confusion.  I didn't hear that he made the

8      motion to table.  I don't -- unless there's something

9      going on in this bill that I don't understand, it is

10      designed to protect the integrity of the voting process,

11      and I don't know what better way to protect that than to

12      limit the ability of someone to show up at the polling

13      place and vote except by virtue of the fact that the

14      polling -- the election judge actually knows the person.

15              I don't -- that makes no sense to me, and

16      so, if I actually know the person and that person is

17      personally somebody I know personally and even if they

18      didn't have an ID but they had their voter registration

19      card, I don't know why I wouldn't let them vote.

20              Can you imagine a scenario where I have gone

21      to take my parent -- one of my parents over to the

22      polling place, I, all of the sudden, got there about

23      6:00 o'clock in the morning, which we typically did, got

24      the polls, helped them set up the polling place, helped

25      them set up the voting booth and then said, "Oh, I

6

```
 1    forgot my wallet at home, mom."
 2              And then my mom said, "Why do you need
 3    that?"
 4              "Well, you need that because this particular
 5    bill, Senate Bill 14, says I have to have a picture ID."
 6              My mom would look at me and think I had
 7    absolutely gone crazy.  And I think that's what most
 8    people are going to think about this legislature, that
 9    if you don't let the election judge say that I
10    personally know this person, so, why do they need to go
11    home and get their ID, then there must be something
12    other than protecting the integrity of the election
13    process that this bill is attempting to do.
14              And so, with that, Mr. Speaker and Members,
15    I would ask you to vote no on the motion to table and
16    prove to the people in Texas that common sense is
17    actually common in this legislature.
18              SPEAKER:  Mr. Dutton sends up an amendment.
19    Mr. Hancock moves to table.  The motion is -- excuse me.
20    The vote is on the motion to table.  Record vote has
21    been requested.  Record vote is granted.  The clerk will
22    ring the bell.  Show Ms. Harless voting aye.
23    Ms. Chen-Button voting aye.
24              Have all members voted?
25              Being 100 ayes, 48 nays, the motion to table
```

7

1    prevails.

2              Following the amendment, the clerk will read

3    the amendment.

4              Is Mr. Eiland on the floor?

5              CLERK:  Amendment by Eiland.

6              SPEAKER:  The chair recognizes Mr. Eiland.

7              REPRESENTATIVE EILAND:  Mr. Speaker,

8    Members, being someone that has been through a hurricane

9    very close to the election date, this is the reason that

10   I bring this amendment to you.

11             Those of us on the coast, when hurricane

12   season is -- runs until November 1st, which is after the

13   completion of hurricane season, this is a very real

14   danger for us.  And so, what we have is that if you have

15   an area that has been -- that is a declared natural

16   disaster by the governor or the president of the United

17   States, then you sign an affidavit that says if you

18   don't have a your ID because of that, then you think go

19   ahead and vote.

20             This is a very real issue as in the storm in

21   Galveston after Hurricane Ike, people were actually

22   locked out of the island for many days and lost

23   everything.

24             So, this is -- also wild fires in West Texas

25   could be at issue.  So, that's what this amendment does,

8

1   it just creates an ability to execute an affidavit if

2   there's a natural disaster and you don't have a photo ID

3   for that reason.

4            SPEAKER:  Mr. Eiland sends up an amendment.

5   The amendment is acceptable to the author.  Is there any

6   objection?  The Chair hears none.  The amendment is

7   adopted.

8            Following the amendment, the clerk will read

9   the amendment.

10            Mr. Raymond.

11            CLERK:  Amendment by Raymond.

12            SPEAKER:  The Chair recognizes Mr. Raymond.

13            REPRESENTATIVE RAYMOND:  Thank you,

14   Mr. Speaker, Members.

15            Member, under current law, an employer has

16   to give you time to go vote.  However, with this new --

17   with the new provisions that are being proposed in this

18   legislation, an employer does not have to give you time

19   to go get the ID -- the proper ID that you need to

20   comply with this proposed bill.

21            So, my amendment would simply say that if

22   you do not have the proper ID and you can show that your

23   employer did not permit you to take time to go get the

24   ID necessary, that you would then be exempt from the

25   provision in this bill.

9

1            SPEAKER:  Madam, door keeper, for what
2      purpose?
3            DOOR KEEPER:  Hear from the Senate at the
4      door of the House.
5            SPEAKER:  Admit the messenger.
6            MESSENGER:  Mr. Speaker, I'm directed by the
7      Senate to inform the House that the Senate has taken the
8      following action.
9            SPEAKER:  The amendment is temporarily
10     withdrawn.
11           Following the amendment, the clerk will read
12     the amendment.  Representative Martinez.
13           CLERK:  Amendment by Martinez.
14           SPEAKER:  The Chair recognizes Mr. Martinez.
15           REPRESENTATIVE MARTINEZ:  Okay.  Thank you,
16     Mr. Speaker, Members.
17           We need to understand that there's no such
18     thing as a free ID, and according to Texas and DPS, a
19     person applying for a state ID must apply in person,
20     present documents that verify their identity, complete
21     an application and consent to be photographed,
22     fingerprinted and provide your signature.
23           So, you must perform one of the forms of
24     primary ID and two forms of secondary ID or one form of
25     secondary and two forms of supporting ID.

1           So, for primary ID, it includes Texas

2     driver's license, U.S. citizenship certificate or

3     certificate of naturalization, unexpired citizen ID

4     card, resident alien card or temporary resident ID card,

5     employment authorization card, foreign passport with a

6     visa or U.S. military state card.

7           Secondary ID forms include original or

8     certified copy of your birth certificate, an original or

9     certified copy of the U.S. Department of State

10    certification or birth abroad and, finally, an original

11    or certified copy of the court order with the name and

12    the date of birth, indicating the official change of

13    name.

14          Some supporting IDs include vehicle titles,

15    insurance policies, military records, original marriage

16    license or divorce decrees, Social Security cards,

17    actual pilot's license cards or expired driver's

18    license.

19          So, Members, needless to say, it takes an ID

20    to get an ID.  So, therefore, we need to ensure that if

21    we truly want to provide a free ID here in Texas for our

22    voters that it actually is free, and to get this ID, it

23    does cost you money.

24          SPEAKER:  Mr. Walle, for what purpose?

25          REPRESENTATIVE WALLE:  Mr. Speaker, will the

TX_00212851

1    gentleman yield?

2              SPEAKER:  Would you yield?

3              REPRESENTATIVE MARTINEZ:  Yes.  Yes, sir, I

4    will.

5              SPEAKER:  He will.

6              REPRESENTATIVE WALLE:  Representative

7    Martinez, doesn't the bill currently allow you to get a

8    free ID?

9              REPRESENTATIVE MARTINEZ:  What is that?

10             REPRESENTATIVE WALLE:  Doesn't the bill

11   currently allow you to get a free ID?

12             REPRESENTATIVE MARTINEZ:  Well, the bill

13   says it allows you to get a free ID but, as seen, it

14   takes an ID to get an ID.

15             So, let's say, for example, that you lose

16   your driver's license, Mr. Walle, what happens -- what

17   has to happen, you need to go and try to obtain a birth

18   certificate that you have to pay, you need to get a

19   certified copy that you pay $22.

20             So, we're simply trying to say that if the

21   State is interested in providing free IDs, they should

22   truly be free.  So, if you lose your ID, you don't have

23   to go and pay to get a registered ID, that document

24   should be free.  That's all we're saying.

25             REPRESENTATIVE WALLE:  Okay.  Can you give

TX_00212852

12

1   me an example of what fees you -- what fees you see

2   being incurred?

3              REPRESENTATIVE MARTINEZ:  Sure.  Like I

4   mentioned that earlier, if I currently don't know where

5   my original birth certificate is, it's probably still at

6   my parents' house, for example, if I lost my Texas

7   driver's license and tried to get the state issued free

8   ID card, I would still have to incur a cost because I

9   would to have provide a certified copy of my birth

10  certificate.  So, if I didn't know where that birth

11  certificate was and I had to go and try and find that

12  and I had to get a certified copy of that birth

13  certificate, in trying to obtain and get a certified

14  copy of the birth certificate, you have to pay $22.

15             So, you're going to have to go down to your

16  local vital statistics and pay $22 in order to get that.

17  And we're simply trying to say that if we're interested

18  in obtaining a free ID card, that it should be free.

19             REPRESENTATIVE WALLE:  Thank you.

20             SPEAKER:  The Chair recognize Representative

21  Harless.

22             REPRESENTATIVE HARLESS:  Members, I'd like

23  to make a motion to table this.  The bill is about voter

24  ID, not issuing documents for free ID.

25             SPEAKER:  The Chair recognizes

13

1    Representative Martinez.

2              REPRESENTATIVE MARTINEZ:  Okay.  Members, so

3    then we're going to tell the people of Texas -- we're

4    going to tell them that they're getting a free ID when

5    they really aren't.

6              So, if you're going to go -- you lose your

7    driver's license and you have to go obtain an ID, you're

8    going to have get a certified copy of your birth

9    certificate, so, you're still going to have to get --

10   you have to pay for that.

11             So, all we're saying is if this is free, do

12   not allow the people to have to go and pay for a

13   certified copy of your birth certificate.  If it's free,

14   it should be a free across the board.  So, let's not

15   charge the people of Texas in order to vote.

16             That is a hidden poll tax on the people of

17   Texas, Members, and I vote no on that motion to table.

18             SPEAKER:  Mr. Martinez sends up an

19   amendment.  Representative Harless moves to table.  The

20   vote is on the motion to table.  It's a record vote.

21   The clerk ring the bell.  Representative Gonzalez from

22   El Paso voting no.  Show Representative Harless voting

23   aye.  Show Representative Berman voting aye.

24             Have all voted?  Being 100 ayes and 49 nays,

25   motion to table prevails.

House Floor Debate - Volume II                    March 23, 2011

14

1        Following the amendment, the clerk will read

2    the amendment.

3             CLERK:  Amendment by Raymond.

4             SPEAKER:  The Chair recognizes

5    Representative Raymond.

6             REPRESENTATIVE RAYMOND:  Thank you,

7    Mr. Speaker, Members.  This is an amendment I started

8    laying out a little while ago.

9             Members, as you know, what this bill

10   proposes is that you have to have your voter

11   registration card.  You have to show you're registered.

12            Under current law, employers have to let you

13   go vote.  What they don't have to do is they don't have

14   to let you go get the identification that you need to

15   comply with this new proposed law.

16            So, what I do with this amendment is say if

17   you're a registered voter, you've got your registration

18   card and you go to vote but you don't have the requisite

19   ID that's laid out in this bill and you present a

20   paycheck or a copy of another official employment

21   document that includes the information of the voter's

22   employer and informs the election officer that the

23   voter's employer does not permit the voter to be absent

24   from work for the purpose of obtaining photo

25   identification and that offices of the Department of

15

1    Public Safety are not open for at least two consecutive

2    hours outside of the voter's working hours.

3              Very simply, Members, there will be people

4    out there who are registered to vote but whose employers

5    will not give them the time, as they currently have to

6    under law, give them time to go vote, they won't give

7    them the time to go get the ID that they need.  So,

8    that's what this amendment is about.  Move adoption.

9              SPEAKER:  The Chair recognizes

10   Representative Van Taylor in opposition.

11             REPRESENTATIVE VAN TAYLOR:  Mr. Speaker,

12   Members, I rise in opposition to this amendment.  This

13   deals with people who already have jobs, and in order to

14   have a job in this country, an individual must fill out

15   an I-9 form.  An I-9 form requires identification.  So,

16   I'm not really sure where this is coming from because

17   these people already had ID to get a job in the first

18   place.  I move to table this amendment.

19             SPEAKER:  Mr. Raymond, for what purpose?

20             REPRESENTATIVE RAYMOND:  Mr. Speaker, will

21   the gentleman yield?

22             SPEAKER:  Will the gentleman yield?

23             REPRESENTATIVE VAN TAYLOR:  I yield.

24             REPRESENTATIVE RAYMOND:  Repeat that,

25   Mr. Van Taylor, because I didn't quite hear you.  I

TX_00212856

1    apologize.
2                REPRESENTATIVE VAN TAYLOR:  Sure.  For an
3    individual -- for a U.S. citizen -- and there are --
4    only U.S. citizens should be registered to vote in this
5    state -- to have a job, they must fill out an I-9 form
6    for their employer.  To fill out an I-9 form, they have
7    to have some form of identification.
8                REPRESENTATIVE RAYMOND:  Okay.  So, is there
9    a scenario that you can envision, Mr. Van Taylor, where
10   somebody went to work for you, let's say, ten years ago,
11   right, and they had to fill out the proper forms and
12   show you the proper ID, et cetera, right?
13               REPRESENTATIVE VAN TAYLOR:  Correct.
14               REPRESENTATIVE RAYMOND:  Ten years ago.  Can
15   you imagine that there would be an instance in this
16   state of 25 million people where registered and eligible
17   voters might for some reason ten years later -- might
18   for some reason ten years later not have the ID that is
19   being required in this bill?  Could you imagine that
20   scenario?
21               REPRESENTATIVE VAN TAYLOR:  Yes.
22               REPRESENTATIVE RAYMOND:  Okay.  So, you can
23   imagine what I'm trying to get to here, which is you're
24   exactly right, if they work for Van Taylor and they show
25   up at the polling place and they have a voter

1   registration card and they have something from Van

2   Taylor, Inc. saying, you know, "I did not provide them

3   time to go get a new ID as is required by this bill" --

4            REPRESENTATIVE VAN TAYLOR:  There was a

5   question there somewhere, I'm sure.

6            REPRESENTATIVE RAYMOND:  Yeah.  I just said

7   can you imagine that if somebody worked for you, you

8   hired them legally ten years ago, some point since then

9   they lost the ID, this bill passes, this bill becomes

10  law, they lost their ID but Van Taylor, Inc. didn't let

11  them -- give them time during the day to go get the ID

12  that they needed, you can also imagine in a state of 25

13  million people that there could be instance likes that?

14           REPRESENTATIVE VAN TAYLOR:  Well, in the

15  example you just gave, there are opportunities for

16  someone to get their driver's license either on line, as

17  many of us have done, or -- or by mail.

18           REPRESENTATIVE RAYMOND:  I'm not sure you

19  can go get our -- what you're asking for in this bill,

20  that you could get it on line.

21           REPRESENTATIVE VAN TAYLOR:  The original

22  form of identification, which you would have to have for

23  the I-9 form, since we're only talking about the

24  employed people who are U.S. citizens, you can -- you

25  have to show up in person to get your first driver's

18

1    license, to get photo ID, we have to take your picture

2    somehow, of course.  Subsequently, after we've gotten

3    your picture, you can renew for a number of times on

4    line.

5              REPRESENTATIVE RAYMOND:  You haven't had

6    your driver's license for six years?

7              REPRESENTATIVE VAN TAYLOR:  One moment.

8              SPEAKER:  Stop the clock.

9              REPRESENTATIVE VAN TAYLOR:  There's

10   extensive training for poll workers and election judges

11   in how to handle it when someone doesn't have

12   identification.  We already have -- we have a

13   provisional ballot system but the supposition that

14   you're making that people may show up to the polls

15   without an ID, which could happen and this bill

16   envisions that and gives the voter the opportunity to

17   take care of that, but your original premise that people

18   who are employed in this state don't have photo ID

19   doesn't hold up when you look at the federal requirement

20   for the I-9 form.

21             REPRESENTATIVE RAYMOND:  Well, it does, as

22   you acknowledged just a minute ago that if somebody went

23   to work for you ten years ago and you hired them

24   legally, that ten years later, they might not have the

25   ID that they had ten years ago.  They might have lost

1    it.  Would you -- you acknowledged that earlier.  Would

2    you acknowledge that now?

3            REPRESENTATIVE VAN TAYLOR:  I do.

4            REPRESENTATIVE RAYMOND:  Finally, let me ask

5    this, Mr. Van Taylor:  Do you know what those of us who

6    are opposed to this legislation are doing?  We're trying

7    to protect voting rights.  You recognize that, right?

8            REPRESENTATIVE VAN TAYLOR:  Absolutely, as

9    are the proponents of this bill.  We seek to protect

10   voting rights by protecting the --

11           REPRESENTATIVE RAYMOND:  Then let me ask you

12   this --

13           REPRESENTATIVE VAN TAYLOR:  -- by making

14   sure that every vote counts, and that's what this bill

15   is ultimately about and what we seek to do in our

16   support of voter ID.

17           REPRESENTATIVE RAYMOND:  Let me ask you a

18   simple question.  Do you believe the Voting Rights Act

19   is a good law?

20           REPRESENTATIVE VAN TAYLOR:  I believe the

21   Voting Rights Act did a great thing to protect

22   Americans' right to vote, all Americans regardless of --

23           REPRESENTATIVE RAYMOND:  So, you believe the

24   Voting Rights Act is still necessary?

25           REPRESENTATIVE VAN TAYLOR:  Yes.

20

1          REPRESENTATIVE RAYMOND:  Is that because you

2    believe discrimination still exists?

3          REPRESENTATIVE VAN TAYLOR:  I think of the

4    Voting Rights Act -- there are many aspects of it that

5    protect our ability to vote.

6          REPRESENTATIVE RAYMOND:  Well, if it's

7    protecting discrimination in the voting place, so, if

8    you believe it's a good law, do you believe

9    discrimination in the voting place still exists?

10          REPRESENTATIVE VAN TAYLOR:  I'm not sure

11    where you're going with this.

12          REPRESENTATIVE RAYMOND:  No.  No.  This

13    is -- it's I'm not going anywhere.  This is very simple.

14    This is about protecting voting rights, and I asked you

15    if you believed the Voting Rights Act was a good law.

16    You said yes, right?

17          REPRESENTATIVE VAN TAYLOR:  This bill that

18    we're debating right here on the floor is about voter

19    identification at the polling station when people vote

20    in the State of Texas.

21          REPRESENTATIVE RAYMOND:  And any time you

22    deal with a law that has to do with voting, you have to

23    take into consideration the rights of people to vote.

24    Any time you deal with a law as comprehensive and big as

25    this -- as comprehensive and big as this, you have to

1     take into account people's voting rights.  You would

2     agree with that, right?

3               REPRESENTATIVE VAN TAYLOR:  I think that it

4     is important to remember that this bill is about making

5     sure that the right people show up on election day

6     and --

7               REPRESENTATIVE RAYMOND:  That the right

8     people show up on election day?

9               REPRESENTATIVE VAN TAYLOR:  Well --

10              REPRESENTATIVE RAYMOND:  Who are the right

11    people?

12              REPRESENTATIVE VAN TAYLOR:  The people who

13    are registered vote and can demonstrate they are who

14    they say they are through having proper voter

15    identification.

16              REPRESENTATIVE RAYMOND:  Again -- and I'll

17    let you go after this but I just want to establish you

18    and I serve on committees together, it's been great

19    getting to know you.  You acknowledge that we still need

20    the Voting Rights Act because the Voting Rights Act

21    prevents discrimination in the polling place and if you

22    still think we need it, presumably you believe there's

23    still problems?

24              REPRESENTATIVE VAN TAYLOR:  Mr. Chairman, as

25    you well know, this -- this type of legislation, voter

22

1    identification, has been approved under the Voters Right

2    Act in other states.  I mean, this is -- this has

3    already been litigated by other states.

4                 But the point of your amendment, coming back

5    to what I think you wanted to talk about here today,

6    which is the ability of people who have jobs who somehow

7    might not have identification, those people in this

8    country who have jobs have to fill out an I-9 form.

9    That requires identification.

10               REPRESENTATIVE RAYMOND:  And along those

11   lines, according to the -- what web site is this -- the

12   Workforce Commission, it says in order to get an I-9,

13   you have to have a voter registration card and a Social

14   Security account number to get an I-9, which means those

15   are the two things you need to get a photo ID.

16               REPRESENTATIVE VAN TAYLOR:  That is -- those

17   are two possible combinations from list A -- excuse

18   me -- from list B and list C.

19               REPRESENTATIVE RAYMOND:  That's all you

20   need.  So, to get an I-9, you need a voter registration

21   card and a Social Security card.  So, would you agree

22   then that if somebody has a voter registration card and

23   Social Security card, they ought to be able to vote,

24   too, if they're registered to vote, obviously?

25               REPRESENTATIVE VAN TAYLOR:  Clearly.

23

1     REPRESENTATIVE RAYMOND:  You do?  Then I can

2  offer that amendment.  Do you want to -- do you want to

3  tell Ms. Harless back there?  Do you want to offer it

4  together?

5     REPRESENTATIVE VAN TAYLOR:  Look, we -- it

6  is important that we have a voter identification

7  requirement in this state to make sure that when people

8  show up to vote, they are who they say that they are.

9     REPRESENTATIVE RAYMOND:  Do you think it is

10  sufficient, as it is under law, that in order to get an

11  I-9 card, which you hang this whole thing on, that all

12  you need are a voter registration card and a Social

13  Security number?  Do you think that's sufficient to get

14  an I-9 card?  That's what the law is.  Do you agree with

15  the law or disagree with it?

16     REPRESENTATIVE VAN TAYLOR:  Mr. Chairman,

17  this is a narrowly-defined bill.  It is designed to make

18  sure that the people who show up to vote are, in fact,

19  who they say they are.  The fact is it is too simple to

20  steal a voter identification card and use that for in

21  person ballot fraud.

22        I have witnessed it with my own eyes.  We

23  talked about this Monday, in Representative Anchia's

24  district.  I watched somebody walk in and say, "Somebody

25  took my voter registration card.  I'm here to vote," and

24

1    they were denied the right to vote.

2              SPEAKER:  Representative Sheffield raised a

3    point of order, gentlemen.  Time is expired.  Point of

4    order --

5              REPRESENTATIVE RAYMOND:  Mr. Speaker, I'd

6    ask that the -- that our exchanged be reduced to writing

7    and entered in the journal.

8              Thank you.

9              SPEAKER:  Now that you've heard the motion,

10   is there objection?

11             The Chair hears none.  So ordered.

12             The Chair recognizes Mr. Raymond to close.

13             REPRESENTATIVE RAYMOND:  Members, I know

14   it's hard to listen when we've got an extended debate

15   but as Mr. Van Taylor just mentioned, an I-9 form -- an

16   I-9 ID is very important in his world as an employer,

17   and all you need to get an I-9 form is a voter

18   registration card and a Social Security number.

19             I -- basically, what I'm doing with this

20   amendment is matching it up to what we do right now to

21   get an I-9 form.

22             To not pass this -- to not pass this

23   amendment, which the motion has been made to table, to

24   not pass this amendment when current law in the State of

25   Texas, which I imagine many of the members in here voted

25

1    for, says that all you need for an I-9 card is a

2    voter registration card -- an I-9 ID is a voter

3    registration card and a Social Security number, that

4    that works there but when it comes to voting, you're

5    going to vote down an amendment -- if you vote aye on

6    the motion to table, you're voting down an amendment

7    that says voting -- you have less protections as a voter

8    and less rights as a voter than you do as a worker.

9              So, I ask that you vote no on the motion to

10   table and -- and I think that Mr. Van Taylor asks that

11   you vote aye.

12             SPEAKER:  Representative Raymond sends up an

13   amendment.  Mr. Van Taylor moves to table.  The question

14   is on the motion to table.  Record vote.  Clerk will

15   ring the bell.

16             Show Mr. Van Taylor voting aye.  Show

17   Ms. Harless voting aye.  Show Mr. Raymond voting no.

18             Have all voted?  Being 101 ayes and 48 nays,

19   motion to table prevails.

20             Following the amendment, clerk will read the

21   amendment.

22             CLERK:  Amendment by Duke.

23             SPEAKER:  The Chair recognizes

24   Representative Dukes.

25             REPRESENTATIVE DUKES:  Thank you,

26

1    Mr. Speaker, Members.  This is a very simple amendment.

2    It allows for a temporary driving permit issued to the

3    person by the Department of Public Safety to be used as

4    a valid form of identification enabled to vote.

5              A temporary driver's permit is issued by the

6    State of Texas.  It shows the name and address of the

7    person and includes an expiration date.

8              In order to qualify, a person -- the permit

9    must include the person's name, the Texas driver's

10   license number, their birth date, their address, a

11   physical description of them.

12             Having a temporary driving permit shouldn't

13   hindered a person's ability to vote and, if adopted,

14   would allow more individuals to have access to the

15   voting process.

16             SPEAKER:  Mr. Villarreal, for what purpose?

17             REPRESENTATIVE VILLARREAL:  Mr. Speaker,

18   will the gentlelady yield for questions?

19             REPRESENTATIVE DUKES:  I yield.

20             SPEAKER:  She yields.

21             REPRESENTATIVE VILLARREAL:  Ms. Dukes, how

22   long has an out of state photo ID been an acceptable

23   form of photo ID for voting?

24             REPRESENTATIVE DUKES:  Excuse me.  Could

25   you -- could you repeat the question?

1           REPRESENTATIVE VILLARREAL:  Sure.  How long
2    has an out of state photo ID been an acceptable form of
3    ID for voting?
4           REPRESENTATIVE DUKES:  I'm not certain.  Can
5    you tell me?
6           REPRESENTATIVE VILLARREAL:  Well, since the
7    75th legislature, in fact.  I'm so glad you asked.
8           Are you aware of any voter fraud involving
9    the use of out of state photo ID?
10          REPRESENTATIVE DUKES:  I can't recall any.
11   Can you tell me?
12          REPRESENTATIVE VILLARREAL:  Neither can I.
13   I think there -- my understanding is that there has not
14   been any documentation of an out of state photo ID being
15   used in inappropriate voting.
16          REPRESENTATIVE DUKES:  You know --
17          REPRESENTATIVE VILLARREAL:  Thank you for
18   your amendment.
19          REPRESENTATIVE DUKES:  You know, one would
20   assume that this bill is strictly about having an ID to
21   vote, not about creating an additional offense within
22   the law as a reason why an individual would lose their
23   right to vote.
24          A temporary driver's permit usually is for,
25   you know, individuals that may have an infraction far

1    less than the felony that a federal law or state law

2    requires in removing one's license and not having the

3    ability to vote.  So, one would assume that one should

4    not be penalized for a valid temporary driving permit

5    from their right in the process to vote.

6                REPRESENTATIVE PHILLIPS:  :  Mr. Chairman,

7    will the gentlelady.

8                REPRESENTATIVE DUKES:  Yes, I yield.

9                REPRESENTATIVE PHILLIPS:  Does the document

10   you're talking about have a picture on it?

11               REPRESENTATIVE DUKES:  Yes, sir.  It has a

12   physical description of the person.

13               REPRESENTATIVE PHILLIPS:  Does it have a

14   picture?

15               REPRESENTATIVE DUKES:  Their height, their

16   weight.  In some cases, some of them do, in some cases,

17   but it shows their name, their address, their expiration

18   date.  It's issued by the State of Texas.

19               REPRESENTATIVE PHILLIPS:  Does it have --

20               REPRESENTATIVE DUKES:  It has a driver's

21   license number.

22               REPRESENTATIVE PHILLIPS:  But you can't

23   guaranty that it will have a picture on it if we vote

24   for your amendment?

25               REPRESENTATIVE DUKES:  A temporary driver's

```
 1    permit, though, it's still issued by the State of Texas
 2    and it still has everything that --
 3              REPRESENTATIVE PHILLIPS:  Thank you.
 4              REPRESENTATIVE DUKES:  -- that could be
 5    used.
 6              You are most welcome.  And I move passage.
 7              SPEAKER:  The Chair recognizes
 8    Representative Harless in opposition.
 9              REPRESENTATIVE HARLESS:  Thank you, Members.
10    I would request that you vote to table this amendment.
11              Temporary ID has a photo on it.  We got a
12    letter from the DPS saying that when they issue a
13    temporary ID or a driver's license, they have photos on
14    them.
15              They also testified that their time
16    turnaround is 15 days.  I ask that you table this.
17              REPRESENTATIVE DUKES:  Mr. Speaker?
18              SPEAKER:  Ms. Dukes, for what purpose?
19              REPRESENTATIVE DUKES:  Will the gentlelady
20    yield?
21              REPRESENTATIVE HARLESS:  Yes.
22              SPEAKER:  She yields.
23              REPRESENTATIVE DUKES:  It's not necessarily
24    true that all of the temporary driving permits have a
25    picture on them.  There are -- as a matter of fact, when
```

30

1   I requested some information from DPS on Friday, there

2   are large numbers of individuals that have these

3   temporary permits that do not have their IDs on them and

4   they look more like this than what you're talking about

5   but yet they are not individuals who have committed a

6   felony under the law as to why their license would have

7   been removed.

8              Are you -- is it your intent to create an

9   additional penalty under the law to take away a person's

10  right to vote by preventing them from having the ability

11  to vote with a temporary driving permit?

12             REPRESENTATIVE HARLESS:  The -- the -- the

13  specific ID spelled out in the bill is very, very broad.

14  You can have a driver's license.  You can have a Texas

15  ID -- a Texas driver's license, a Texas ID, a passport.

16  You can have a citizen certificate with your picture on

17  it.  You can have a concealed handgun license.

18             These are standardized forms, and they're

19  the acceptable forms for voting in person at -- on a

20  polling day.

21             Now, if you do not have one of those forms,

22  you can always cast a provisional ballot and bring back

23  the information and have your ballot counted.

24             REPRESENTATIVE DUKES:  Explain to me why a

25  temporary driving permit issued by the State of Texas is

1    not good enough under your bill since you're the author

2    of it.  In your mind, why is it not good enough to have

3    a temporary driving permit?

4              REPRESENTATIVE HARLESS:  Because there's not

5    necessarily on -- DPS says that they have a photo on

6    their driver's license and ID cards that are temporary.

7              REPRESENTATIVE DUKES:  Not true.  There are

8    some that use a form that look just like this.  If we

9    need to walk -- I know this is a far distance.  If we

10   need to walk it down to you, then we can do that but

11   there are some temporary permits that may not have that

12   ID but what I don't understand is that if it's a

13   government, State of Texas issued temporary driving

14   permit, why is that not good enough when it already has

15   a physical description of the person, it has their

16   address, it has their age, it has an expiration date,

17   the color of their eyes, their height, their weight,

18   noting their sex, why is that not good enough?

19             Is it just that you're trying to say that

20   anyone -- anyone, even if it's not a felony because

21   that's the only reason why someone's license would be

22   suspended and they would not have the right to vote

23   under the federal or state law, are you trying to say

24   now that a misdemeanor or someone who is brand new just

25   shouldn't have the right to vote?  Because you're

32

1    stretching it.

2              REPRESENTATIVE HARLESS:  Do you want me to

3    answer or do you want to --

4              REPRESENTATIVE DUKES:  I want you to answer

5    directly on that question.

6              REPRESENTATIVE HARLESS:  Okay.  The

7    temporary ID receipt does not have the security features

8    that a physical ID card or driver's license has and it

9    is easy to be duplicated.  That is the reason we have --

10             REPRESENTATIVE DUKES:  If a temporary

11   driving permit is good enough to be used to drive and

12   for many other purposes, why is it not good enough to

13   vote when you haven't found any problems that you've

14   been able to prosecute in the State of Texas?

15             REPRESENTATIVE HARLESS:  We are talking

16   about security features and showing that you are who you

17   say you are when you show up to vote.  A driver's

18   license and ID card issued with a photo has those

19   security provisions in it.  A temporary driver's license

20   or a temporary ID does not have those security features

21   in it.

22             REPRESENTATIVE DUKES:  So, you're saying

23   that --

24             REPRESENTATIVE HARLESS:  So, I'm saying that

25   I'd like to make a motion to table.

1          REPRESENTATIVE DUKES:  So, you're saying to

2   go in to vote, with these judges that are in the voting

3   polling places, a temporary driving permit is not good

4   enough for them but it's good enough for every officer

5   who stops you on the street?

6          REPRESENTATIVE HARLESS:  I'm saying that we

7   have to protect the ballot box and --

8          REPRESENTATIVE DUKES:  You have to protect

9   the ballot box more than the police officer has to

10   protect the street?

11          REPRESENTATIVE HARLESS:  By making sure that

12   you show a photo ID and that you are the person that you

13   say you are, and the temporary ID and the temporary

14   driver's license can be duplicated and --

15          REPRESENTATIVE DUKES:  You're saying that

16   the right to vote -- those -- not necessarily the right

17   to vote but the people who are untrained working at the

18   polls that they can't accept a temporary driving permit

19   when the police officers can?

20          REPRESENTATIVE HARLESS:  Well, under the

21   bill, the training of the poll workers is now mandated.

22   It's not optional.  So, they will be trained on how to

23   recognize the ID.

24          REPRESENTATIVE DUKES:  So, you've just

25   stated by your bill that anyone who is delinquent on

34

1    their child support, because they can have their

2    driver's license pulled and have only a temporary ID,

3    will no longer have the right to vote.  That's a whole

4    lot of people.

5              REPRESENTATIVE HARLESS:  They have a right

6    to vote a provisional ballot.

7              REPRESENTATIVE DUKES:  But then you're

8    making them -- your bill still makes them go and buy

9    another form of ID.  Why not use the ID that they are

10   issued, a temporary driving permit?

11             REPRESENTATIVE HARLESS:  Well, and they'll

12   have a permanent ID as soon as it comes in, usually

13   within 15 days.

14             REPRESENTATIVE DUKES:  It sounds more like

15   your bill is attempting to, one, create an offense under

16   the law that prevents people from voting when it's not

17   even a felony and the federal government doesn't prevent

18   them from voting and, two, just to prevent people who

19   you think are going to vote a certain way.  Sad for the

20   State of Texas.  Really sad.

21             REPRESENTATIVE HARLESS:  I move to table.

22             REPRESENTATIVE BURNAM:  Mr. Speaker, would

23   the lady yield?  Mr. Speaker, will the lady yield?

24             SPEAKER:  Just a minute, Mr. Burnam.

25             Ms. Harless yields.

35

1          REPRESENTATIVE BURNAM:  I'm sorry.
2   Ms. Harless, did you yield?
3          REPRESENTATIVE HARLESS:  Yes.
4          REPRESENTATIVE BURNAM:  Thank you so much.
5          REPRESENTATIVE HARLESS:  You're one of my
6   favorites, of course.
7          REPRESENTATIVE BURNAM:  Of course.
8          You may not be familiar, however, with the
9   right of responsibility bill that Representative Berman
10  and I both had in (Inaudible) public safety yesterday.
11  And if you're not familiar with that bill, you may not
12  be aware that every year -- every year for the last five
13  years people have had -- 100,000 Texans a year have had
14  their driver's license suspended.  They've had that
15  driver's license taken from them, and they are issued
16  the form that Representative Dukes was showing you from
17  the back mic.
18          And I'm just wondering what you propose to
19  do.  Are all 100,000 people per year just going to have
20  to vote provisionally?
21          REPRESENTATIVE HARLESS:  I don't know how
22  many of those hundred thousand people are actually
23  registered to vote.
24          REPRESENTATIVE BURNAM:  Well, in theory,
25  they have the opportunity, most of them, the ones that

1    are over 21 and qualify.  So, let's just knock it down

2    and say only 75,000 a year are denied the right to

3    drive, their driver's license is suspended, are you

4    going to say that these people are all going to have to

5    vote provisionally?

6            REPRESENTATIVE HARLESS:  If they don't have

7    another alternative form of photo ID, such as a passport

8    or citizenship paper with their photo on it or either a

9    CHL license, if they --

10           SPEAKER:  Representative Phillips raised a

11   point of order.  The gentleman's time expired.  Point of

12   order is well taken.  Sustained.

13           The Chair recognizes Representative Harless.

14           REPRESENTATIVE HARLESS:  I'm removing my

15   motion to table so Representative Dukes may close on her

16   amendment.

17           SPEAKER:  The Chair recognizes

18   Representative Dukes.

19           REPRESENTATIVE DUKES:  Thank you,

20   Mr. Speaker and Members.  Thank you Representative

21   Harless for giving me the ability to close on this

22   amendment.

23           Members, having a temporary driving

24   permit -- what class of voters would be excluded from

25   voting if we didn't allow a temporary driving permit?  A

37

1   temporary driving permit is issued to adult drivers,

2   legal minorities and commercial truck drivers who may

3   have lost their photo identification due to various

4   offenses or alcohol related offenses.

5              These offenses are punishable under the

6   Texas Transportation Code 524.011.  Over 100,000

7   individuals per year will be excluded if they are not

8   allowed to utilize their temporary driving permit, which

9   does not include a photo of them.

10             Now, why is the ID needed?  Because young

11  voters, adult drivers and commercial drivers or truck

12  drivers who have a temporary driving permit should not

13  be further punished by not being allowed to vote because

14  they made a mistake while driving.

15             We have even had some who have been allowed

16  to pass on and run for higher office with these little

17  minor mistakes.  So, we shouldn't take away their right

18  to vote.

19             A driving infraction or mistake should not

20  be punished by disallowing a person access to the polls

21  because he or she carries an alternative ID.

22             We need to make sure when persons are

23  punished for one action in our community, they are not

24  punished for another action, especially one as important

25  as their right to cast a vote.

House Floor Debate - Volume II                    March 23, 2011

                                                            38

1                    Under the federal --

2                    SPEAKER:  Mr. (Inaudible), for what purpose?

3                    REPRESENTATIVE ALISEDA:  Does the gentlelady

4       yield?

5                    REPRESENTATIVE DUKES:  Yes, I do yield.

6                    SPEAKER:  She yields.

7                    REPRESENTATIVE ALISEDA:  I practice some DWI

8       law back home in my district, and one of the common

9       occurrences is that an individual gets stopped and has

10      over the blood alcohol limit that's required by law, has

11      their license taken, and then there's a suspension

12      procedure, and they're given a yellow form that is a

13      temporary driving permit and it's good until there is a

14      hearing and an administrative law judge makes a

15      decision.

16                   When I have a client like that that needs

17      identification, I send them down to the DPS office, and

18      they are able to get a temporary identification card to

19      use for the purposes that they need an identification

20      for.

21                   So, in those instance that you're citing, I

22      don't see any reason why -- or maybe you can tell me why

23      they could not go to the DPS office and get this

24      temporary -- excuse me -- this identification card,

25      which is used -- a photo identification card, which is

                                                              39

 1    used for purposes of identification and is also a valid

 2    ID form for voting in this state under this bill.

 3              REPRESENTATIVE DUKES:  Why should they have

 4    to go and get an additional one?  You're basically --

 5    you're representing these individuals who are -- you're

 6    a defense attorney, is that what you're saying you are?

 7              REPRESENTATIVE ALISEDA:  Yes.

 8              REPRESENTATIVE DUKES:  With DWI?

 9              REPRESENTATIVE ALISEDA:  Yes.

10              REPRESENTATIVE DUKES:  They've been charged

11    by the Court once?

12              REPRESENTATIVE ALISEDA:  Excuse me?

13              REPRESENTATIVE DUKES:  They've been charged

14    by the Court?

15              REPRESENTATIVE ALISEDA:  Yes.  They don't

16    necessarily have to be charged by the Court because the

17    charge still hasn't been filed.  When the officer -- the

18    DPS officer takes their identification because they've

19    blown over the legal limit or because they've refused

20    the blood test or the breath test, they are issued a

21    yellow form, a license suspension form.

22              And they tell me, "What am I going to do now

23    without a photo ID to go check out a movie," or whatever

24    it is they need to do with a photo ID.

25              I send them over to the DPS office, and they

TX_00212880

40

1   get a photo ID and they're able to function with their

2   temporary permit, that little yellow piece of paper, and

3   they use a photo ID from the DPS when they need to use a

4   photo ID.

5              REPRESENTATIVE DUKES:  Yeah, but, you know,

6   that is -- what you're talking about is something a

7   little bit different than the right -- the guarantied

8   right to vote.

9              They've had an offense under the law, and

10  they are paying you to get them off of their DWI.  So,

11  you're giving them advice to do something but there are

12  some folks who have these temporary IDs that they've

13  already dealt with their situation.  Now we're stating

14  we're going to take away your ability -- or make it more

15  difficult for you to have a right to vote.

16             REPRESENTATIVE ALISEDA:  My point is they

17  can go obtain the DPS ID, the same DPS ID that I tell my

18  clients to go obtain.

19             REPRESENTATIVE DUKES:  Why do you want to

20  make it so much difficult for people to vote?

21             REPRESENTATIVE ALISEDA:  It's not a question

22  of making it difficult to vote.

23             REPRESENTATIVE DUKES:  Yes, it is.  Yes, it

24  is, because it's not that difficult now.  Who is it

25  truly that you don't want to give the ability to vote?

41

1          REPRESENTATIVE ALISEDA:  That is not -- that
2     is not my purpose.
3          REPRESENTATIVE DUKES:  Because I will tell
4     you one thing, this temporary driving permit is going to
5     affect a whole lot of people but not a whole bunch of
6     them are going to live in my district.  So, really, you
7     need to think again about the argument.
8          REPRESENTATIVE ALISEDA:  It is my purpose to
9     see that the system is fair and also that it is as
10    secure as we can make it.  There is nothing you can't do
11    in this society that --
12         REPRESENTATIVE DUKES:  Many of us have been
13    trying to do that since prior 1964, to make sure it was
14    fair and secure but this law is changing a whole lot of
15    the things that my ancestors went through.  It's
16    changing it by making it more difficult for my ancestors
17    and people who look like me to have the ability to go
18    and vote.  It's making it more difficult for people who
19    are disenfranchised to have the ability to go down and
20    to get some form of ID because they will be charged an
21    additional amount.
22         This same concept of disenfranchisement
23    that's taken away so many rights under HB 1 that will
24    come up next week but I'll talk about that next week but
25    don't take away the right that my people have had and

42

1    access to vote.  Don't try to make it more difficult for

2    my people to have the ability to vote.

3                    REPRESENTATIVE ALISEDA:  Ma'am --

4                    REPRESENTATIVE DUKES:  Do whatever you want

5    for your DWI folks, whatever.  You advise them as you

6    please.

7                    REPRESENTATIVE ALISEDA:  Ma'am --

8                    REPRESENTATIVE DUKES:  But don't advise my

9    folks.

10                    REPRESENTATIVE ALISEDA:  Ma'am, I'm an

11   immigrant to this country, and I came from Mexico.  Do

12   you know what they require in Mexico?  They require a

13   biometric identification to vote.

14                    REPRESENTATIVE DUKES:  Well, we're in Texas.

15                    REPRESENTATIVE ALISEDA:  That means a

16   picture ID, including a fingerprint.

17                    REPRESENTATIVE DUKES:  We're in Texas.

18   We're in Texas, and a whole bunch of things are

19   different in Texas.  We're in America.  We're in

20   America, and a whole lot of things are different.  And

21   one thing that we did have going for us, at least we had

22   civil rights but that seems to be being rolled back.

23                    REPRESENTATIVE ALISEDA:  Thank you, ma'am.

24                    SPEAKER:  Mr. Burnam, for what purpose?

25                    REPRESENTATIVE BURNAM:  Will the lady yield?

43

1          SPEAKER:  Will you yield, Ms. Dukes?

2          REPRESENTATIVE DUKES:  Yes.

3          SPEAKER:  She yields.

4          REPRESENTATIVE BURNAM:  Ms. Dukes, are you

5    aware that my father-in-law and your constituent, the

6    entire time you've been in office, Dr. Glenn Roarke, had

7    his driver's license taken away from him for no cause,

8    was not issued either -- any kind of documentation and

9    had to make three different visits to three different

10   DPS facilities here in Austin, Texas, taking over two

11   hours each visit in order to get a temporary permit?

12         REPRESENTATIVE DUKES:  No, I was not aware.

13         REPRESENTATIVE BURNAM:  Ms. Dukes, are you

14   aware that Tarrant County has grown exponentially in

15   population over the last decade and now has over 1.7

16   million, almost 1.8 million people in it and there are

17   still only three DPS offices in the county and all three

18   of them are outside the loop, not on bus lines?

19         REPRESENTATIVE DUKES:  Wow, that's going to

20   make it pretty difficult.

21         REPRESENTATIVE BURNAM:  Yeah.  Thank you.

22         SPEAKER:  Representative (Inaudible) raised

23   a point of order that the gentlelady's time has expired.

24   The point is well taken.

25         REPRESENTATIVE DUKES:  Vote against the

1   motion to table.

2          SPEAKER:  Representative Dukes has an

3   amendment.  Representative Harless moves to table.  The

4   question is on the motion to table.  All in favor vote

5   aye, all opposed no.  Clerk ring the bell.  Show

6   Ms. Dukes voting no.

7          Have all members voted?  By a vote of 99

8   ayes, 49 nays, 2 present not voting, the motion is

9   tabled.

10          Following the amendment, the clerk will read

11   the amendment.

12          CLERK:  Amendment by Dutton.

13          SPEAKER:  The Chair recognizes Mr. Dutton to

14   explain his amendment.

15          REPRESENTATIVE DUTTON:  Mr. Speaker and

16   Members, as I read through the bill, one of the things

17   that struck me was the reference to the personal

18   identification certificate that's required under this

19   bill.

20          And what this amendment simply does is just

21   adds the two words voter's certificate to it so that it

22   would now read a personal identification voter's

23   certificate.  And that's really all it does.

24          SPEAKER:  The Chair recognizes

25   Representative Harless to speak against the amendment.

45

1            REPRESENTATIVE HARLESS:  Members, there's

2    certain information on your voter's certificate, your

3    voter registration card.  You will still continue under

4    this legislation to get a voter's registration card that

5    tells you your home precinct, your senatorial district,

6    your congressional district.

7            And this amendment replaces the voter

8    registration card with a personal identification voter

9    card.  It's unnecessary and it would be expensive to the

10   counties -- to the state.  Sorry.

11           SPEAKER:  Mr. Dutton, for what purpose?

12           REPRESENTATIVE DUTTON:  Will the gentlelady

13   yield?

14           REPRESENTATIVE HARLESS:  I will.

15           SPEAKER:  She yields.

16           REPRESENTATIVE DUTTON:  Ms. Harless, will

17   you take a look at that amendment again because I don't

18   think you really intended to misrepresent what the

19   amendment does.  Your bill -- do you know that your bill

20   contains a reference to a personal identification

21   certificate in here?

22           REPRESENTATIVE HARLESS:  Yes, that's the

23   voter registration card.

24           REPRESENTATIVE DUTTON:  But it's called a

25   personal identification certificate; isn't that right?

House Floor Debate - Volume II                    March 23, 2011

46

1              REPRESENTATIVE HARLESS:  Right.

2              REPRESENTATIVE DUTTON:  And that's what it's

3    termed.  And all this does is just makes it clear that

4    that personal identification certificate is really a

5    personal identification voter certificate, which is what

6    I thought you intended it to be.

7              REPRESENTATIVE HARLESS:  Your -- your

8    personal identification voter card that is issued in the

9    bill is a voter registration card issued by the

10   registrar.

11             REPRESENTATIVE DUTTON:  But it's not --

12             REPRESENTATIVE HARLESS:  What you're --

13             REPRESENTATIVE DUTTON:  -- called anything,

14   is it?

15             REPRESENTATIVE HARLESS:  Excuse me.  What

16   you're doing in Section 20 is addressing the

17   Transportation Code, which, in essence, would mean

18   everybody would get a voter ID card issued through the

19   Texas Department of Transportation, and that would make

20   it very expensive.

21             REPRESENTATIVE DUTTON:  No.  No.

22             REPRESENTATIVE HARLESS:  We talked earlier

23   about this dollar --

24             REPRESENTATIVE DUTTON:  I think if you'll

25   read the amendment more closely, what you'll realize is

47

1    that that's not what it does.  What it does is simply

2    says if you're getting the personal identification card

3    for voter purposes, then it would be called a personal

4    identification voter certificate.

5              That's -- that's really all it does.  It

6    doesn't change that.  It doesn't change the part that

7    you're suggesting that it does.

8              REPRESENTATIVE HARLESS:  So, tell me what

9    the purpose of this is.

10             REPRESENTATIVE DUTTON:  So that -- so that

11   there's a distinction being -- ought to be made between

12   just a regular personal identification card and one that

13   is designed solely for -- to be used as a voter.  That's

14   all it does.

15             REPRESENTATIVE HARLESS:  I don't see that.

16             REPRESENTATIVE DUTTON:  Well, it might

17   require you to look at the amendment a little closer and

18   the bill a little closer, too, because I think -- well,

19   not you.  You've got to do it like this but it doesn't

20   change anything.

21             REPRESENTATIVE HARLESS:  Well, do you want

22   to talk about this some more because we haven't

23   discussed this?

24             REPRESENTATIVE DUTTON:  I think we have all

25   night.

1          REPRESENTATIVE HARLESS:  Okay.

2          SPEAKER:  Representative Dutton sends up an

3   amendment.  Representative Harless moves to table.

4   Representative Dutton to close.

5          REPRESENTATIVE DUTTON:  Thank you,

6   Mr. Speaker and Members.  I thought this was an easy

7   amendment but I guess not.  Essentially, what this bill

8   requires is if you want to go to the DPS to get a

9   certificate for you to vote, then it's called under the

10  bill a personal identification certificate.

11         What my amendment simply does is if you do

12  that, it's called a personal identification voter's

13  certificate.  That's really all this does.  And I

14  don't -- I don't know.  Maybe they don't -- it's not the

15  amendment they don't like.  Maybe it's the author but

16  anyway, I move passage.  I move -- all right.  Okay.

17  All these aw's, if you will change them to green light,

18  to no votes, I will accept them.

19         SPEAKER:  Mr. Dutton sends up an amendment.

20  Representative Harless moves to table.  All the aw's

21  vote aye.  All the nays vote no.  Clerk ring the bell.

22         Have all voted?  96 ayes, 49 nays, 2 voters

23  not voting, the motion tabled prevails.

24         Representative Allen.  Following the

25  amendment, the clerk will read the amendment.

49

1                 CLERK:  Amendment by Allen.

2                 SPEAKER:  The Chair recognizes Ms. Allen to

3      explain her amendment.

4                 REPRESENTATIVE DR. ALLEN:  Mr. Chairman and

5      Members, this is a very simple bill -- amendment.  It

6      simply provides for those people who -- as already in

7      the bill who already have expired IDs and in the bill,

8      if the bill is expired for 60 days, you can vote.  If

9      the bill is expired for 61 days, you cannot vote.

10                 An example would be a young man on my staff

11     who is there now ordered his driver's license to be

12     replaced -- to replace his expired driver's license

13     September, 2010.

14                 In January, he still had not received his

15     driver's license.  He had to wait in line all day to

16     request it again.  After haggling about whether or not

17     it had been sent, he finally agreed to process a renewal

18     form.

19                 After that -- those of you from Dallas know

20     that a fire occurred in the Dallas/Fort Worth mail

21     facility.  DPS sent him a letter asking -- informing him

22     that his license had been destroyed in the fire and that

23     it would take another two or three weeks.

24                 On or about March the 9th, 2011, he finally

25     received his license.  About that time, he received his

50

1    notice that his driver's license had been destroyed in
2    the fire.
3              It took him almost six months to finally get
4    his license renewed.  He didn't have a U.S. military ID
5    card.  He didn't have a U.S. citizen certificate.  He
6    didn't have a port -- passport, nor did he have a
7    concealed handgun license.
8              I can point out this situation to you.  If
9    he had been able to use his old driver's license or one
10   of his IDs or state issued ID, as you have in the bill,
11   he would have been able to vote.
12             Now, I want to save the State of Texas
13   money.  You say you're giving a free ID to those people
14   who want to vote and walk in and request one for the
15   purpose of voting.
16             SPEAKER:  (Inaudible) for what purpose?
17             REPRESENTATIVE DR. ALLEN:  I'm sorry, I'm
18   laying out my --
19             REPRESENTATIVE GUTIERREZ:  I don't think
20   she's done yet, Mr. Speaker.  I'll wait until she's
21   done.
22             REPRESENTATIVE DR. ALLEN:  -- for the
23   purpose of voting.  How much will it cost the State of
24   Texas to furnish a free ID to all of the persons who
25   will walk up and ask for a free ID for voting?

51

1           That would possibly include like I have lost

2      my driver's license right now, probably be me standing

3      in line.  Or the person whose license plates -- driver's

4      license who have expired, any form of ID that you have

5      in this bill.

6           I'm simply asking that you extend the time

7      to any driver's license -- or any ID issued by the state

8      expired for any length of time.  You are who you are.

9      You do not change.  This will save the state millions of

10     dollars in free ID cards.

11          It will give the opportunity for grandma --

12     I know she's in there somewhere, we are in there

13     somewhere, over 60, over 70, who doesn't drive any more

14     but she had a driver's license, to use her old driver's

15     license, for those who have had a wreck and become

16     handicapped, had a driver's license, can't drive any

17     more, could use their old ID.

18          I simply ask that you extend the 60 days

19     until any length of time.  It would save the state

20     millions and millions of dollars.

21               SPEAKER:  Mr. Gutierrez, for what purpose?

22               REPRESENTATIVE GUTIERREZ:  Yes, Mr. Speaker.

23     Will the gentlelady yield for questions?

24               SPEAKER:  Do you yield?

25               REPRESENTATIVE DR. ALLEN:  I will.  Thank

House Floor Debate - Volume II                    March 23, 2011

52

1   you.

2             SPEAKER:  She yields.

3             REPRESENTATIVE GUTIERREZ:  Representative

4   Allen, you're aware that the State of Georgia has a

5   voter identification, voter impersonation statute,

6   whatever you want to call it, they have a similar type

7   legislation in Georgia, you're aware of that, correct?

8             REPRESENTATIVE DR. ALLEN:  I've heard that

9   today.

10            REPRESENTATIVE GUTIERREZ:  Did you know that

11  in Georgia, Representative Allen, they require the

12  same thing, a Georgia driver's license, even if expired?

13  So, the good people of Georgia have determined that your

14  amendment is a good idea and it has worked for them.

15  So, I think --

16            REPRESENTATIVE DR. ALLEN:  I -- yes, I think

17  it's a good amendment.

18            REPRESENTATIVE GUTIERREZ:  So, you --

19            REPRESENTATIVE DR. ALLEN:  It would be good.

20  We wouldn't have to drag grandma to the DPS station.

21  She could use her old card.

22            REPRESENTATIVE GUTIERREZ:  So, if it's good

23  enough for the people in Georgia, it should be good

24  enough for the people in Texas, should it not?

25            REPRESENTATIVE DR. ALLEN:  I think so.

House Floor Debate - Volume II                    March 23, 2011

                                                                    53

1          REPRESENTATIVE GUTIERREZ:  Well, Dr. Allen,

2    I think you have a very good amendment.  It's,

3    obviously, worked for the State of Georgia.  I think

4    that what we're talking about here is reasonableness.

5    And as you stated earlier, our identities don't change.

6          REPRESENTATIVE DR. ALLEN:  That's right.

7          REPRESENTATIVE GUTIERREZ:  And we shouldn't

8    burden people by simply -- they no longer need to go get

9    that driver's license any more.  Their old ID should

10   work.

11         REPRESENTATIVE DR. ALLEN:  Right.  It takes

12   a burden off the people and a burden off the state, too.

13         REPRESENTATIVE GUTIERREZ:  Thank you, Dr.

14   Allen.  I appreciate it.

15         REPRESENTATIVE DR. ALLEN:  You're welcome.

16         SPEAKER:  Mr. Coleman, for what purpose?

17         REPRESENTATIVE COLEMAN:  Yes.  Will the

18   gentlelady yield for questions?

19         REPRESENTATIVE DR. ALLEN:  Yes,

20   Representative Coleman.

21         SPEAKER:  She yields.

22         REPRESENTATIVE COLEMAN:  Representative

23   Allen, first of all, if we tie something to a government

24   ID that is not something that is permanent for all

25   individuals and that ID expires because it is used for a

54

1   specific purpose, it wasn't -- not designed for

2   voting --

3                   REPRESENTATIVE DR. ALLEN:  Right.

4                   REPRESENTATIVE COLEMAN:  -- do you think

5   that an individual should be turned away or would they

6   be turned away from voting if they had an expired

7   license that went over a period of time, 61 days?

8                   REPRESENTATIVE DR. ALLEN:  No.  I think that

9   you are -- as I said, you are who you are, and after 61

10  days, you don't change.  You're the same person.  I

11  think that could -- that document can be used for

12  voting, too.

13                  REPRESENTATIVE COLEMAN:  Okay.  Because the

14  difference that we're talking about is the idea that it

15  has a picture, correct?

16                  REPRESENTATIVE DR. ALLEN:  Yes.

17                  REPRESENTATIVE COLEMAN:  Now, this is an

18  interesting question.  I went to get a driver's

19  license -- renewal of a driver's license.  You know you

20  do it on line.

21                  REPRESENTATIVE DR. ALLEN:  Uh-huh.

22                  REPRESENTATIVE COLEMAN:  Right?  And in the

23  period of time that you're waiting for your driver's

24  license, you have a piece of paper with no picture on

25  it.

TX_00212895

House Floor Debate - Volume II                    March 23, 2011

1                    REPRESENTATIVE DR. ALLEN:  Right.  Right.

2                    REPRESENTATIVE COLEMAN:  So, that would not

3       be a valid ID for going to vote under this bill; is that

4       correct?

5                    REPRESENTATIVE DR. ALLEN:  That is correct.

6                    REPRESENTATIVE COLEMAN:  Okay.  So, what

7       happens if an individual comes in and tries to get vote

8       with an expired ID card or driver's license or whatever

9       the case may be?

10                   REPRESENTATIVE DR. ALLEN:  As this bill is

11      written, that person would not have the opportunity to

12      vote.  It would be -- it would be among the 20 -- he

13      could vote and it would be filed in the provisional

14      ballots.

15                   And you and I know that maybe 20 percent of

16      those votes are counted in the election.  That, too, is

17      a fraud.

18                   REPRESENTATIVE COLEMAN:  And particularly

19      because we've heard earlier in earlier discussion that

20      provisional ballots in themselves -- it's actually in

21      the bill it says that, well, even though you've done

22      everything that you're supposed to do, you still -- your

23      vote still may not be counted under the provisional

24      ballots.

25                   REPRESENTATIVE DR. ALLEN:  Absolutely.

56

1              REPRESENTATIVE COLEMAN:  I mean, that --

2    that is just bad law --

3              REPRESENTATIVE DR. ALLEN:  Yes.

4              REPRESENTATIVE COLEMAN:  -- and bad

5    circumstance.  I appreciate the amendment that you

6    brought because, you know, we heard something about

7    finger imaging in Mexico --

8              REPRESENTATIVE DR. ALLEN:  Yes.

9              REPRESENTATIVE COLEMAN:  -- and we heard

10   something about people taking a driver's license to rent

11   a movie.

12             REPRESENTATIVE DR. ALLEN:  Yes.

13             REPRESENTATIVE COLEMAN:  Does the Red Box

14   ask you for your driver's license?

15             REPRESENTATIVE DR. ALLEN:  No, it doesn't.

16             REPRESENTATIVE COLEMAN:  Yeah, I was about

17   to say.  Thank you very much.

18             REPRESENTATIVE DR. ALLEN:  Yeah, and I

19   was -- like I said, I lost my driver's license.  So, I

20   was over there trying to get a driver's license off of

21   the Internet, and it asked me for the number that's on

22   my driver's license.  I don't have the driver's license.

23             REPRESENTATIVE COLEMAN:  Exactly.  There's

24   this fantasy world out there that some people live in

25   that you and I don't live in.

House Floor Debate - Volume II                    March 23, 2011

57

1           REPRESENTATIVE DR. ALLEN:  Yes.
2           REPRESENTATIVE COLEMAN:  Because as we go on
3    line, the use of a picture ID for purchases or for any
4    other thing, that is just not what's happening here.
5           REPRESENTATIVE DR. ALLEN:  That's right.
6           REPRESENTATIVE COLEMAN:  And in the real
7    world somebody talks about a passport, how many people
8    do you know in your district that have a passport?
9           REPRESENTATIVE DR. ALLEN:  A passport?
10          REPRESENTATIVE COLEMAN:  Yeah.
11          REPRESENTATIVE DR. ALLEN:  Very few.
12          REPRESENTATIVE COLEMAN:  Very, very few.
13          REPRESENTATIVE DR. ALLEN:  I'm having to use
14   mine now to get on the airplane.
15          REPRESENTATIVE COLEMAN:  That's right.
16          REPRESENTATIVE DR. ALLEN:  Very, very few
17   people have a passport.
18          REPRESENTATIVE COLEMAN:  The issue is I
19   guess the folks out there who travel internationally
20   quite a bit --
21          REPRESENTATIVE DR. ALLEN:  Yes.
22          REPRESENTATIVE COLEMAN:  -- they, obviously,
23   have one but people who are taking the bus to work, they
24   ain't even thinking about needing a passport to go on
25   their vacation, do they?

House Floor Debate - Volume II                    March 23, 2011

58

1          REPRESENTATIVE DR. ALLEN:  They don't have

2     passport nor bus fare.

3          REPRESENTATIVE COLEMAN:  Thank you very

4     much.

5          SPEAKER:  Representative Sheffield raised

6     the point of order that the gentlelady's time has

7     expired.  The point of order is well taken and

8     sustained.

9          REPRESENTATIVE DR. ALLEN:  Thank you.

10          SPEAKER:  The Chair recognizes

11    Representative Harless to speak on the amendment.

12          REPRESENTATIVE HARLESS:  Members, this

13    amendment allows for an expired ID with no limit but I'm

14    going to leave this to the will of the House, so --

15          SPEAKER:  Mr. Hochberg, for what purpose?

16          REPRESENTATIVE HOCHBERG:  Will the

17    gentlelady yield, please?

18          SPEAKER:  Do you yield?

19          REPRESENTATIVE HARLESS:  Yes, sir.

20          SPEAKER:  She yields.

21          REPRESENTATIVE HOCHBERG:  Representative

22    Harless, we're seeing a lot of each other the last few

23    days, aren't we?  We're --

24          REPRESENTATIVE HARLESS:  I -- I -- it's

25    always a pleasure to see you.

1          REPRESENTATIVE HOCHBERG:  Likewise.

2          What -- what concerns me in particular about

3    this provision in the bill is not only that we're saying

4    that if it's over 60 days, it's no good when I don't

5    change that quickly.  I wish I changed that much in 60

6    days that I couldn't be recognized but that there's no

7    provision for any kind of unforeseen circumstance, for

8    instance, did you consider what happens if -- let's say

9    there was a fire at the driver's license place and a

10   bunch of licenses burned up.  Could you envision that

11   happening?

12         REPRESENTATIVE HARLESS:  I never thought

13   about that but we did allow for a provisional ballot.

14         REPRESENTATIVE HOCHBERG:  But you still have

15   to then come back in with your license within six days.

16         REPRESENTATIVE HARLESS:  Or one of the --

17         REPRESENTATIVE HOCHBERG:  Are you aware that

18   there actually was a fire at the driver's license

19   processing facility earlier this year?

20         REPRESENTATIVE HARLESS:  Which one?

21         REPRESENTATIVE HOCHBERG:  It doesn't -- from

22   the DPS website, it says a DPS vendor mailing facility.

23   It happened in February and they lost 14,000 driver's

24   licenses, which had to then be replaced again.  And

25   they're still telling folks you should get it by about

1   April 1st.  So, even after the normal processing time,

2   they now added several months.

3              And under those circumstances, if there had

4   been an election, under your bill, I think folks would

5   have been out of luck.  You don't -- that couldn't

6   possibly be something you intended.

7              REPRESENTATIVE HARLESS:  The information I

8   have is from DPS testimony in both the House and the

9   Senate Committee, and they said that they usually can

10  provide a driver's license after it's stolen or lost,

11  within 15 to 20 days, at the longest 45 days, but as

12  I've said, I'm not speaking against this amendment.  I'm

13  leaving it to the will of the House.

14             REPRESENTATIVE HOCHBERG:  Thank you.  Well,

15  I think Ms. Allen has a -- Dr. Allen has a good

16  amendment because it -- it takes care of these

17  unforeseen circumstances at minimum and things getting

18  lost in the mail that the voter and the driver has no

19  control over.  So, I appreciate you not moving to table

20  this amendment.

21             REPRESENTATIVE HARLESS:  Thank you.

22             SPEAKER:  The Chair recognizes

23  Representative Allen to close.

24             REPRESENTATIVE DR. ALLEN:  Members, this is

25  an opportunity for us to make the bill better than it

61

1   is.  It's an opportunity for us to save money for the

2   State.

3            Those of you who know me know that I don't

4   file frivolous bills or frivolous amendments.  I'm

5   sincere about this.

6            This gives us an opportunity to let people

7   vote on the ID that they have.  We really don't change

8   that much.  And so, this time, we don't need to vote

9   down party lines.  We can vote for something that is

10  good for the State of Texas, for its people and for the

11  State and then they can save money and give its people

12  an opportunity to participate in the voting process.

13  And I request your vote on this bill.  Thank you.

14  This --

15           SPEAKER:  Representative Allen sends up an

16  amendment.  The vote is on the amendment.  Vote aye,

17  vote nay.  The clerk will ring the bell.

18           Show Representative Allen voting aye.

19  Showing Representative Harless as voting --

20  Representative (Inaudible) voting aye.  Aye.  No.

21  Representative Crownover is no.  Harper-Brown is going

22  to vote.

23           Have all voted?  Have all voted?  By a vote

24  of 56 ayes, 89 nays, 2 present not voting the motion

25  failed to adopt.

TX_00212902

62

1           Following the amendment, the clerk will read

2    the amendment.

3           Representative Alonzo.

4           CLERK:  Amendment by Alonzo.

5           SPEAKER:  The Chair recognizes

6    Representative Alonzo to explain his amendment.

7           REPRESENTATIVE ALONZO:  Yes, Mr. Speaker,

8    Members, this just clarifies or adds that an ID card

9    that's approved by the State may be used as an ID.

10   Right now we're identifying certain types of ID.  If the

11   State feels that there's a certain ID that's approved

12   after, you know, we vote at the state level or different

13   ways, then that identification card be used.

14          SPEAKER:  Okay.  The amendment is acceptable

15   to the author.  Is there any objection?  The Chair hears

16   none.  It's adopted.

17          Following the amendment, the clerk will read

18   the amendment.

19          Mr. Veasey.

20          CLERK:  Amendment by Veasey.

21          SPEAKER:  The Chair recognizes Mr. Veasey to

22   explain his amendment.

23          REPRESENTATIVE VEASEY:  This amendment

24   actually in the spirit of bipartisanship was inspired by

25   Representative Taylor of Collin County.  Representative

63

1    Taylor was in an exchange -- was in an exchange, and I

2    can't remember who was on the front mic but he said that

3    you have to have a valid photo ID in order to fill out

4    an I-9.  And so, therefore, if you have to have a valid

5    ID to fill out an I-9 --

6                    REPRESENTATIVE MARTINEZ:  Mr. Speaker?

7                    SPEAKER:  Representative Martinez, for what

8    purpose?

9                    REPRESENTATIVE MARTINEZ:  The gentleman will

10   yield for a question?

11                   REPRESENTATIVE VEASEY:  I yield.

12                   SPEAKER:  He yields.

13                   REPRESENTATIVE MARTINEZ:  So, then,

14   Mr. Veasey, let me ask you, you have a valid ID and you

15   fill out an I-9, then you get an employee's ID from your

16   employer, then you should be able to use that to vote,

17   am I correct?

18                   REPRESENTATIVE VEASEY:  Absolutely.

19                   REPRESENTATIVE MARTINEZ:  So, if you're

20   talking to your employer and all of us -- me being an

21   employer, we have our employees fill out an I-9,

22   therefore, they should be valid because if they have a

23   driver's license, which is required under that

24   requirement for an I-9, or a Social Security number,

25   then we, as an employer, can ask that employee to take a

64

1    photo ID and then they can use that to vote, and that's

2    all you're asking for; is that correct?

3              REPRESENTATIVE VEASEY:  Absolutely, that the

4    employers of Texas that help keep people employed and

5    keep jobs and help keep food on our tables, if they

6    provide an ID, obviously, they have verified that that

7    identification is valid and they -- and that's the only

8    way that some of these places, like Lockheed and

9    Coca-Cola and other places will issue an ID, and so,

10   that ID ought to count to vote.

11             And I think that this is a bipartisan

12   amendment because Mr. Taylor had spoke about it earlier.

13   So, I move passage.

14             SPEAKER:  The Chair recognizes

15   Representative Harless to speak against the amendment.

16             REPRESENTATIVE HARLESS:  Members, this

17   amendment is asking that you allow a valid employee

18   identification card from somebody's work.  It's not a

19   government ID.  It's not a state issued driver's

20   license.  It's a valid employee ID card.  And I -- I

21   wish --

22             SPEAKER:  Mr. Phillips, for what purpose?

23             REPRESENTATIVE PHILLIPS:  Yeah, just a quick

24   question.

25             REPRESENTATIVE HARLESS:  Yes.

                                                              65

1              SPEAKER:  She yields.

2              REPRESENTATIVE PHILLIPS:  There's no

3   limitation at all on this at all?

4              REPRESENTATIVE HARLESS:  None.

5              REPRESENTATIVE PHILLIPS:  I mean, this

6   doesn't set out standards or practice or anything?

7              REPRESENTATIVE HARLESS:  None at all.

8              REPRESENTATIVE PHILLIPS:  Thank you.

9              SPEAKER:  Mr. Veasey, for what purpose?

10             REPRESENTATIVE VEASEY:  Does the gentlelady

11  yield?

12             REPRESENTATIVE HARLESS:  Yes.

13             SPEAKER:  She yields.

14             REPRESENTATIVE VEASEY:  Your Republican

15  colleague from Collin County stated earlier that in

16  order for you to be able to work at any place that you

17  have to have a valid photo ID in order to fill out that

18  I-9 and that employer has to verify that identification.

19  So, why would that identification not work at a polling

20  place?

21             REPRESENTATIVE HARLESS:  The purpose of the

22  types of ID that were chosen, a driver's license, a

23  Texas issued ID card, a Texas issued driver's license, a

24  passport is because there's a standardization of forms,

25  they're uniform, they're easier for people to recognize,

House Floor Debate - Volume II                    March 23, 2011

1    they're easier for the poll worker to recognize, they're

2    easier for the voter to recognize.

3              This throws all those standards out.  It

4    allows any type of ID that could be duplicated and it

5    takes away all the security provisions in the bill, and

6    I can't support it.

7              REPRESENTATIVE VEASEY:  One of our largest

8    employers in the City of Fort Worth is Lockheed Martin

9    and -- you know, and -- and we have other large

10   employers as well, American Airlines.  So, people are

11   used to seeing those identifications that live in the

12   metroplex.  There's a good likelihood that the clerk,

13   particularly if you live in Fort Worth, it would be a

14   very good likelihood that the clerk would have a

15   relative or someone that worked at one of these places.

16   So, they would also be able to easily identify those

17   forms of identification, and it's the same justification

18   that you just laid out.  So, why not accept this

19   amendment?

20             REPRESENTATIVE HARLESS:  Because it's not

21   issued by the state -- the government agency, it's

22   issued by an employer.  There is no standardization of

23   form, and it takes away all the protections that we've

24   put in this bill for a person to have an ID that a poll

25   worker -- it's easy for them to recognize and it's easy

TX_00212907

67

1   for the voter to understand.

2              REPRESENTATIVE VEASEY:  Are there

3   different -- like you're an employer, you're in the car

4   business, do you not -- do you not offer the same I-9 to

5   your employees that every other employer offers to their

6   employees?

7              REPRESENTATIVE HARLESS:  I do, and all my

8   employees fill out an I-9.  Typically, they use their

9   driver's license and Social Security card.  I've had

10  some use ID cards if they didn't have a driver's license

11  but --

12             REPRESENTATIVE VEASEY:  So, you're not using

13  a separate form.  That would be a standardization of

14  forms.  It's the same --

15             REPRESENTATIVE HARLESS:  I think this

16  whole -- I think this conversation, we're talking about

17  the I-9.  I understand Representative Taylor's ability

18  to get up here and want to talk about that form.  That

19  has nothing to do with the bill.  The bill is about

20  showing a photo ID when you show up to vote that is

21  issued by a government agency and is easy to recognize

22  because it has the same standardization.

23             REPRESENTATIVE VEASEY:  Okay.  So, when he

24  laid out -- when he laid out his justification that

25  everybody has to fill out this standardized form, the

TX_00212908

68

1    I-9 in order to work and get an ID, so, you accepted it

2    when he came to you.  So, why don't you accept it

3    when -- I'm bringing you the same thing that you

4    accepted from him.  The rationale you accepted from him

5    is what I'm laying out to you right now.  So, why won't

6    you accept it from me?

7              REPRESENTATIVE HARLESS:  I didn't accept any

8    rationale from him.  He got up to talk against an

9    amendment that was offered.  I didn't -- I didn't

10   accept --

11             SPEAKER:  Mr. Legler, for what purpose?

12             REPRESENTATIVE LEGLER:  Will the gentlelady

13   yield for a question?

14             SPEAKER:  Do you yield for a question?

15             REPRESENTATIVE HARLESS:  Yes.

16             SPEAKER:  She yields.

17             REPRESENTATIVE LEGLER:  I'm a little

18   familiar with I-9s from having a company, and I know

19   they can bring a driver's license, in fact, under -- you

20   have lists B and C, and one of the them is a driver's

21   license or ID card issued by a state in the United

22   States.  It doesn't say State of Texas.  It just says by

23   a state.

24             It also says a document issued by the

25   Department of Homeland Security, which means you can

69

1    have a visa to authorize working here and you can get

2    a -- you can fill out an I-9 form and you can be

3    authorized to work.  That's how I see that.

4              What you're saying is that person may not be

5    a citizen and a resident in the State of Texas but

6    they're saying they can use that ID to government vote.

7    I think you're right about -- on this amendment, it

8    needs to be tabled.

9              REPRESENTATIVE HARLESS:  Motion to table.

10             SPEAKER:  Representative Veasey sends up an

11   amendment.  Representative Harless moves to table.  The

12   question is on the motion to table.  All those in favor

13   say aye, vote aye.  Those opposed vote no.  Clerk will

14   ring the bell.

15             Ms. Harless voting aye.  Mr. Veasey noting

16   no.  Representative Hunter voting aye.

17             Have all voted?  By a vote of 101 ayes, 47

18   nays, 2 present not voting, the motion to table

19   prevails.

20             Following the amendment, the clerk will read

21   the amendment.

22             Respective Gonzalez of El Paso.

23             CLERK:  Amendment by Gonzalez of El Paso.

24             SPEAKER:  The Chair recognizes

25   Representative Gonzalez to explain her amendment.

70

1              REPRESENTATIVE GONZALEZ:   Members --

2    Mr. Speaker, Members, this amendment would allow native

3    Americans to use their tribal IDs as an acceptable form

4    of identification upon voting.

5              The (Inaudible) Pueblo, for example, is a

6    group of individuals that would benefit from this

7    amendment.  Currently the population of the tribal -- or

8    the native nation is enrolled at 1687 members, with 1105

9    of them residing in Texas.  And of those 1687, 1044 of

10   the native American population reside in El Paso, Texas

11   alone.

12             Each member receives an enrollment card,

13   also known as a picture ID, that is issued with an

14   authorized signature of the tribal governor.  To obtain

15   this ID, the identification that is used is an original

16   birth certificate, Social Security card and a state

17   issued ID.

18             Let me repeat that because it does bear

19   repeating.  To get this tribal ID, you need an original

20   birth certificate, Social Security card and a state

21   issued ID.

22             Based on that, I believe that there's a

23   significant layer and there are significant safeguards

24   in place to ensure that a tribal ID should be sufficient

25   when a tribal member goes to a polling place to vote.

House Floor Debate - Volume II                     March 23, 2011

1          SPEAKER:   Representative Marquez, for what
2     purpose?
3          REPRESENTATIVE MARQUEZ:   Mr. Chairman, will
4     the lady yield?
5          SPEAKER:   Do you yield?
6          REPRESENTATIVE GONZALEZ:   I don't know.
7          REPRESENTATIVE MARQUEZ:   Representative
8     Gonzalez, I think everyone heard you in El Paso.
9          SPEAKER:   She yields for a conversation
10    about El Paso.
11         REPRESENTATIVE GONZALEZ:   Yes.
12         REPRESENTATIVE MARQUEZ:   So, essentially,
13    what this amendment is going to do is it's just going to
14    allow native American tribes to be recognized, right,
15    their ID will be a valid form of identification at the
16    polls?
17         REPRESENTATIVE GONZALEZ:   That is correct.
18         REPRESENTATIVE MARQUEZ:   Okay.   And are the
19    enhanced tribal identification cards that are currently
20    being issued by the government a reliable form of IDs
21    for events such as voting?   You spoke specifically about
22    the (Inaudible) Pueblo.
23         REPRESENTATIVE GONZALEZ:   Yes, absolutely,
24    because the United States government is planning to
25    use -- start using an enhanced tribal identification

72

1   card.  This is going to recognize U.S. federally

2   recognized tribes.  In order to get this specific card,

3   the tribe must meet the requirements set out by the

4   federal government, and this itself shows that they are

5   going to have to expose themselves to a background

6   check.

7            So, these tribal cards are needed for the

8   enhanced tribal identification cards.  So, this would

9   almost be equivalent to having to get a passport.

10           So, again, I think that these identification

11  cards that are issued by the tribes are -- have

12  significant barriers in place in order for them -- to

13  qualify them for voter ID.

14           REPRESENTATIVE MARQUEZ:  I think this

15  amendment is extremely appropriate.  Thank you,

16  Representative Gonzales.

17           REPRESENTATIVE GONZALEZ:  Thank you,

18  Representative Marquez.

19           REPRESENTATIVE GUTIERREZ:  Mr. Speaker, will

20  the gentlelady yield?

21           SPEAKER:  You yield?

22           REPRESENTATIVE GONZALEZ:  Yes, sir.

23           SPEAKER:  She yields.

24           REPRESENTATIVE GUTIERREZ:  Representative

25  Gonzalez, we heard earlier about the voter

73

1    identification requirements in the State of Georgia.

2    Were you here when we discussed that?

3                    REPRESENTATIVE GONZALEZ:  Yes, sir.

4                    REPRESENTATIVE GUTIERREZ:  Did you hear that

5    in Georgia, you can use an expire driver's license?  You

6    heard that exchange between Dr. Allen and I?

7                    REPRESENTATIVE GONZALEZ:  I did hear that

8    exchange, yes.

9                    REPRESENTATIVE GUTIERREZ:  Did you also know

10   that in Georgia, they -- a valid tribal photo ID is

11   allowed?

12                   REPRESENTATIVE GONZALEZ:  You know, I was

13   not aware of that but I am not surprised by that.

14                   REPRESENTATIVE GUTIERREZ:  So, if it must be

15   good for the people in Georgia, it must be okay for the

16   people in Texas?

17                   REPRESENTATIVE GONZALEZ:  I would say so,

18   yes.

19                   REPRESENTATIVE GUTIERREZ:  I think you have

20   a good amendment.

21                   Thank you, Mr. Speaker.

22                   REPRESENTATIVE GONZALEZ:  Thank you very

23   much.

24                   SPEAKER:  Now Representative Harless will

25   speak against the amendment.

74

```
 1              REPRESENTATIVE HARLESS:  Members, we had
 2    testimony of this both this session and last session.
 3    The reason we chose -- the reason the ID documents that
 4    were chose were the driver's license -- the Texas
 5    driver's license, the Texas ID card, voter's -- passport
 6    and all the different forms was that they were standard.
 7    It was easier for the poll workers to understand and
 8    read it and recognize it, and it was also easier for the
 9    voters to know what is expected.
10              With your tribal cards, you don't know for
11    sure if they are official and if they have all the same
12    security provisions that are issued by the State of
13    Texas, and that was the purpose of that in our testimony
14    on the committee.
15              SPEAKER:  Representative Gonzalez, for what
16    purpose?
17              REPRESENTATIVE GONZALEZ:  Does the
18    gentlelady yield?
19              SPEAKER:  Do you yield?
20              REPRESENTATIVE HARLESS:  Yes.
21              SPEAKER:  She yields.
22              REPRESENTATIVE GONZALEZ:  Thank you, ma'am.
23              Would you say that 100 -- rather, 1687
24    members -- tribal members is a significant number in the
25    State of Texas?
```

75

1          REPRESENTATIVE HARLESS:  Could you say the

2     number again?

3          REPRESENTATIVE GONZALEZ:  1687.

4          REPRESENTATIVE HARLESS:  I think that's

5     significant.

6          REPRESENTATIVE GONZALEZ:  Now, being that

7     1044 of those members live in El Paso County, that's the

8     county that I represent, those are poll workers that El

9     Paso County members are going to have to -- are going to

10    have to deal with, would you not agree with that?

11         REPRESENTATIVE HARLESS:  Say that one more

12    time, please.

13         REPRESENTATIVE GONZALEZ:  Yes, ma'am.  Would

14    you not agree -- and I gave you a statistic that 1044 of

15    those 1687 members live in El Paso County, which is the

16    district that I happen to represent, and so, it is going

17    to be the El Paso County election people that are going

18    to have to identify these cards.  And so, would you not

19    say that since the majority of the people that I've just

20    cited to you live in El Paso County, that they have some

21    familiarity with what a travel card looks like?

22         REPRESENTATIVE HARLESS:  Now, how many of

23    these people do not have a driver's license or -- a

24    Texas driver's license, a Texas ID card?  Do you have

25    those statistics?

House Floor Debate - Volume II                    March 23, 2011

1      REPRESENTATIVE GONZALEZ:  I do not.

2  However, I want to cite to my statement again and say

3  that in order to receive a tribal ID, you must show an

4  original birth certificate, Social Security card and --

5  not or -- and a state issued ID.

6           Now, we have sat here for the better half of

7  this day and talked about how state issued IDs are

8  acceptable forms of identification for voter ID

9  purposes.  So, would it not make sense then to have a

10  tribal ID be an acceptable form of identification?

11      REPRESENTATIVE HARLESS:  I understand when

12  you say that the people that have these tribal cards,

13  the majority of them live in El Paso but what happens if

14  they move to Spring, Texas and register to vote and

15  don't have an ID and they show up at the polls with a

16  tribal card and the poll workers and election judges are

17  not familiar?  That was part of the reason why we wanted

18  some standardization of forms.

19      REPRESENTATIVE GONZALEZ:  And let's talk

20  about that for a moment.  Do we know how often tribal

21  members migrate off of the counties that they live in?

22  Because they do receive their federal benefits from the

23  reservation in which they reside, do they not?

24      REPRESENTATIVE HARLESS:  You would know a

25  lot more about that than I do.  You represent them, and

77

1    you're doing a great job.

2              REPRESENTATIVE GONZALEZ:  Thank you.

3              I would say that the migratory habits, if

4    you will, of people that are native Americans that are

5    in the tribes -- the tribes that are in Texas don't

6    migrate very often.  So, even if they were to show this

7    tribal ID, I think that a polling person would probably

8    be able to call either the federal government or the

9    actual travel council that issued the ID to verify who

10   this person is.  Would that not be a mechanism that

11   could be used?

12             REPRESENTATIVE HARLESS:  We just added

13   another layer of requirements that someone has to do the

14   day that -- a poll worker, election worker has to do

15   when they show up -- someone shows up to vote, that

16   we've just added another step that they're having to do,

17   which could stop -- slow down voting.

18             REPRESENTATIVE GONZALEZ:  Okay.  But based

19   on that question -- or based on that statement then, if

20   a person doesn't look like who they look like on their

21   vote photo ID, on their driver's license, for example,

22   is the poll worker then going to ignore the person that

23   that's presented the form of ID because they don't look

24   like who they look like or are they going to do some

25   sort of due diligence to find out is this person really

78

1    who they say they are?

2              REPRESENTATIVE HARLESS:  Now we're talking

3    about ID and not your amendment.  Do we want to talk

4    about your amendment?

5              REPRESENTATIVE GONZALEZ:  Well, we are

6    talking about the amendment.  This is germane because we

7    are talking about what is an acceptable form of ID.

8    And, again, I think that we've listed several

9    appropriate forms, and I think that a tribal form is

10   definitely appropriate.

11             REPRESENTATIVE HARLESS:  I --

12             SPEAKER:  Representative Sheffield raised a

13   point of order that the gentlelady's time is expired.

14   The point is well taken.  Sustained.

15             The Chair recognizes Representative Gonzalez

16   to close.

17             Mr. Veasey, for what purpose?

18             REPRESENTATIVE VEASEY:  With the -- I would

19   like to move that we extend the gentlelady's time,

20   please.

21             SPEAKER:  Mr. Veasey moves that the

22   gentlelady's time be extended.  Is there any opposition?

23   The Chair hears none.  The Chair hears none.  The time

24   is extended.

25             REPRESENTATIVE VEASEY:  Representative

1    Harless, I just a few questions for you.  Do you yield?

2                 REPRESENTATIVE HARLESS:  Yes.

3                 REPRESENTATIVE VEASEY:  (Inaudible)

4    screaming in my ear.  I apologize for that.

5                 Why don't you work with Representative --

6    why don't you work with Representative Gonzalez to do a

7    carve out for her particular county?  Because,

8    obviously, you're talking about -- there are thousands

9    of people that would be affected.  So, why not do a

10   carve out for her?

11                REPRESENTATIVE HARLESS:  I'm not interested

12   in doing any carve outs in the bill but I am interested

13   in listening to what she has to say.

14                REPRESENTATIVE VEASEY:  I'm sorry, I'm

15   not -- I couldn't quite hear you.  People are talking.

16                REPRESENTATIVE HARLESS:  I don't know -- I'm

17   talking right here.  No, I'm not interested in doing any

18   carve outs but I am interested in what she has to say

19   for one second.

20                REPRESENTATIVE VEASEY:  Absolutely.  I'll

21   pause.

22                SPEAKER:  Representative Gonzalez withdraws

23   the amendment temporarily.

24                Following the amendment, the clerk will read

25   the amendment.

JA_002412

80

1              Mr. Dutton.

2              CLERK:  Amendment by Dutton.

3              SPEAKER:  The Chair recognizes Mr. Dutton to

4     explain his amendment.

5              REPRESENTATIVE DUTTON:  Mr. Speaker and

6     Members, I know it's been a long day but this is a most

7     important bill, and what this amendment does is simply

8     adds a group of people who are most important to the

9     election process, and what this amendment does is simply

10    allows a student identification card that is issued by a

11    public or private high school or institution of higher

12    education that also contains the person's photograph to

13    be able to use that as a basis for voting.

14             And I don't know whether that's acceptable

15    or unacceptable but I think it's a good amendment and I

16    hope you do, too, and I move passage of the amendment.

17             SPEAKER:  Representative Harless?

18             The Chair recognizes Representative Phillips

19    to speak against the amendment.

20             REPRESENTATIVE PHILLIPS:  Yes, I would move

21    to table Representative Dutton's amendment.

22             SPEAKER:  Representative Dutton, do you want

23    to close?

24             Representative Dutton to close.

25             REPRESENTATIVE DUTTON:  Mr. Speaker and

81

1    Members, I wish I knew why Mr. Phillips would move to

2    table the amendment without explaining what his reasons

3    were.

4            I realize that this amendment is probably

5    like most of the other amendments where there has been

6    an opportunity not for reason to prevail but simply the

7    numbers to prevail, and I -- I just think the students

8    ought to be recognized and certainly ought to have an

9    opportunity to use their --

10           SPEAKER:  Mr. Phillips, for what purpose?

11           Mr. Dutton, do you yield?

12           REPRESENTATIVE DUTTON:  As soon as I finish,

13   Mr. Phillips.  You had an opportunity up here.  I'll

14   give you that opportunity, though.

15           REPRESENTATIVE PHILLIPS:  I didn't say you

16   have to yield at this time.

17           REPRESENTATIVE DUTTON:  We ought to

18   recognize that students ought to have the opportunity to

19   use their student identification cards that, again, are

20   issued by state agencies.  Essentially -- the

21   institutions of higher education are essentially state

22   agencies when I last checked.

23           And so, if we're going to allow state

24   agencies to issue identification cards so that people

25   can vote, what better way than to use a student ID that

House Floor Debate - Volume II                    March 23, 2011

1   also has the picture of the student on the ID so that it

2   can be used.

3                 And with that, Mr. Speaker, I will yield to

4   Mr. Phillips.

5                 SPEAKER:  Mr. Phillips, he yields.

6                 REPRESENTATIVE PHILLIPS:  Thank you,

7   Mr. Chairman.

8                 I just want to -- you would agree with me

9   that all the different institutions you're discussing do

10  not have a standardized form that's easy for an election

11  clerk or officer to recognize?

12                REPRESENTATIVE DUTTON:  Depends on what you

13  mean by standardized.

14                REPRESENTATIVE PHILLIPS:  Standardized, that

15  they're all the same, same shape, size, location of the

16  picture, location of the information.

17                REPRESENTATIVE DUTTON:  I have not seen them

18  all but I would doubt that every one of them is exactly

19  the same if that's what you mean.

20                REPRESENTATIVE PHILLIPS:  And -- and

21  they're -- also the people that issue those don't go

22  through a certain training to ascertain -- to make sure

23  that there's not fraud in trying to obtain those

24  licenses?

25                REPRESENTATIVE DUTTON:  I would beg to

83

1    differ with you.  I would beg to differ with you, Mr. --

2    I don't know of anybody in a college or university --

3    maybe you do -- that is there and has a student ID

4    that's not who they say they are.

5                REPRESENTATIVE PHILLIPS:  And you -- there's

6    no verification of citizenship on those as well; is that

7    correct?

8                REPRESENTATIVE DUTTON:  That -- that would

9    be the case and that wouldn't -- that would be the case

10   also with a driver's licence.

11               REPRESENTATIVE PHILLIPS:  And -- and you

12   would -- anyway, those are questions that I have.  Thank

13   you.

14               REPRESENTATIVE DUTTON:  All right.  Thank

15   you.

16               Mr. Speaker, Members, this is a vote for

17   students.  And I'm here to tell you that either today

18   you can show up for students or on election day, they'll

19   show up for you.  And I would ask you to vote no on the

20   motion to table.

21               SPEAKER:  Mr. Dutton sends up an amendment.

22   Mr. Phillips moves to table.  The vote is on the motion

23   to table.  The clerk will ring the bell.  Mr. Phillips

24   is voting no.  Mr. Dutton is voting aye.  I'm sorry.

25   Mr. Phillips is voting aye.  Mr. Dutton is voting no.

84

1    Show Ms. Kolkhorst voting aye.  Mr. Martinez Fischer

2    voting no.  Mr. Gutierrez voting no.

3              Have all members voted?  By a vote of 99

4    ayes, 49 nays, 2 present not voting, the amendment --

5    the motion to table prevails.

6              Following the amendment, the clerk will read

7    the amendment.

8              CLERK:  Amendment by Martinez Fischer.

9              SPEAKER:  The Chair recognizes

10   Representative Martinez -- Fisher to explain his

11   amendment.

12             REPRESENTATIVE MARTINEZ FISCHER:  Thank you,

13   Mr. Speaker and Members.  This is a real simple

14   amendment.  It just says that we mean what we say, and

15   if we have respect for the integrity for state issued

16   IDs by DPS, then we ought to have the same level of

17   integrity for the IDs that are issued by any state

18   agency.

19             So, this amendment says if any state

20   employee or anybody that has a state issued ID with

21   their photograph on it should be allowed to vote with

22   that and it should be added to the list of approved

23   documents, and so, with that, I move adoption.

24             SPEAKER:  The Chair recognizes Mr. Phillips

25   to speak against the amendment.

1              REPRESENTATIVE PHILLIPS:  Thank you,
2      Mr. Speaker, Members.  I would ask that -- I
3      respectfully oppose this amendment.  As you know, one of
4      those ones he's showing up apparently is expired.  And
5      so, that wouldn't be effective.  They're not going to
6      issue those any more.
7              And it gets back to uniformity.  We don't
8      have uniformity across all state agencies.  They all
9      look different.  We're trying to have uniformity.
10             (Inaudible).
11             SPEAKER:  For what purpose?
12             REPRESENTATIVE DUKES:  Would the gentleman
13     yield?
14             REPRESENTATIVE PHILLIPS:  I certainly would.
15             SPEAKER:  He yields.
16             REPRESENTATIVE DUKES:  Thank you.  Thank
17     you.
18             Representative Phillips, what's wrong with
19     this idea?  I'm able to get in the capital with it.
20             REPRESENTATIVE PHILLIPS:  Yes, but a voting
21     clerk may not know what that is or may not even be
22     familiar with the capitol.  We're talking about --
23             REPRESENTATIVE DUKES:  May not be familiar
24     with capitol?  And people are voting for people to be in
25     the capitol?  Why are they over there helping people

1    vote if they don't know what the capitol is?

2              REPRESENTATIVE PHILLIPS:  I think you know

3    what I'm saying.  I think that's not being fair.

4              REPRESENTATIVE DUKES:  It is fair.  If you

5    don't know what the capitol is, you don't need to be

6    helping anybody vote.

7              REPRESENTATIVE PHILLIPS:  They may not know

8    you.  They may not know what kind of form of ID you use.

9    We're trying to perform uniformity across the state.

10             REPRESENTATIVE DUKES:  Did you know that I

11   can get on an airplane with this?  I have used it to go

12   through TSA.  I didn't get (Inaudible) off but I was

13   able to go through TSA with this.  So, why can't we use

14   it to vote?

15             REPRESENTATIVE PHILLIPS:  Because there's

16   not uniformity across all state agencies.

17             REPRESENTATIVE DUKES:  Is the State of Texas

18   uniform?

19             REPRESENTATIVE PHILLIPS:  What are you --

20   the election laws are all uniform.  They should be

21   applied uniformly.

22             REPRESENTATIVE DUKES:  Well, it sounds like

23   you're just opposed to any form of ID.  Now, you would

24   think if we're the State of Texas and it -- the State of

25   Texas has the different jobs.  Everybody has to have a

87

1    badge with their picture on it, then it has been vetted

2    in some form or fashion but you're still saying that's

3    not valid.

4              So, then why should they be allowed to

5    come -- we be allowed to come into the capitol building

6    if this is no good?

7              REPRESENTATIVE PHILLIPS:  Ms. Dukes, we're

8    asking for uniformity so our election clerks will be

9    able to know exactly what to count on and that we

10   know --

11             REPRESENTATIVE DUKES:  Come on.

12             REPRESENTATIVE PHILLIPS:  -- the

13   verification procedures.

14             REPRESENTATIVE DUKES:  If it's a state

15   issued ID, that's uniform.  It's the same state.  We're

16   not talking about using Mississippi's ID or using

17   Delaware's ID.  We're talking about using Texas business

18   IDs.

19             REPRESENTATIVE PHILLIPS:  I -- I think that

20   point has been made, and it's not uniform across the

21   state.

22             REPRESENTATIVE DUKES:  But the point has not

23   been made.  You're not being uniform because every

24   single one of the agencies, whether it's the state

25   government or federal government, require that you have

88

1    a background check in order to get these badges.  So,

2    what's the problem?

3                REPRESENTATIVE PHILLIPS:  Ms. Dukes, we're

4    asking for --

5                REPRESENTATIVE DUKES:  I mean, there are

6    going to be bills that come up.

7                REPRESENTATIVE PHILLIPS:  We're asking for

8    uniformity to help election clerks so we can have

9    confidence in our elections.  I would move to table.

10               SPEAKER:  The Chair recognizes

11   Representative Martinez Fischer to close.

12               REPRESENTATIVE MARTINEZ FISCHER:  Thank you,

13   Mr. Speaker and Members.  I think it just underscores

14   what we're really trying to do here.  I can't understand

15   the distinction between one state agency and another,

16   and I certainly don't think that Larry is trying to

17   suggest that our state agencies are capable of producing

18   fraudulent ID cards or inaccurate ID cards, and there's

19   no requirement that they ever be uniform but all we need

20   and all this debate has been about is having an ID with

21   your photo on it that's trusted, and if we cannot trust

22   an ID issued by the state, then I have concerns about

23   trusting IDs issued by the Department of Public Safety.

24   They, too -- they're no different of a state agency than

25   the Health and Human Services Commission or the Texas

89

1    House of Representatives.

2              These cards are signed by the legislative

3    liaison for the Texas Department of Public Safety.  They

4    signed in the front by the director of the Texas

5    Department of Public Safety.  It's a serious felony to

6    not have this.

7              Larry says it's expired but that's my

8    picture.  That's my driver's license number.  That's my

9    district on this card.  The employee ID that I have,

10   well, she's still here, she still works for this body,

11   and so, I don't see what he's talking about when he says

12   that it's expired.

13             SPEAKER:  Representative Truitt, for what

14   purpose?

15             REPRESENTATIVE TRUITT:  Will the gentleman

16   yield, please?

17             SPEAKER:  Mr. Martinez Fischer, do you yield

18   do you yield?

19             REPRESENTATIVE MARTINEZ-FISCHER:  Yes, I do

20   yield.

21             REPRESENTATIVE TRUITT:  Mr. Martinez

22   Fischer, there's been some discussion about using some

23   of the forms of ID that we're provided as House members.

24   And are you aware that -- I have attempted on a couple

25   of occasions when I misplaced my driver's license to use

1    a -- our -- one of the ID cards that's issued by the

2    State to us showing that I'm a member of the 82nd -- I

3    think at the time it was the 81st first legislature and

4    an official -- and I was not allowed to use that to

5    board a plane.

6                REPRESENTATIVE MARTINEZ-FISCHER:  And that's

7    why I'm trying to help you because we put this in the

8    law, this -- Members, this is the Martinez Truitt

9    amendment.  It's a bipartisan amendment.  If you want

10   Vicki Truitt to be able to vote, then you've got to vote

11   no on the motion because -- Members, let's do this for

12   Vicki, Vicki Truitt.  Number two on the motion to table,

13   go red with me, I move we vote no on the motion to

14   table.  Vicki would want you to join us.

15               SPEAKER:  Mr. Martinez Fischer sends up an

16   amendment.  Mr. Phillips move to table.  The vote is on

17   the motion to table.  Those voting aye vote aye.  Those

18   voting no vote no.

19               Mr. Phillips is voting aye.  Mr. Martinez

20   Fischer is voting no.  Show Ms. Truitt voting aye.

21               Have all members voted?  By a vote of 97

22   ayes, 50 nays, 2 present not voting, the motion to table

23   prevails.

24               Following the amendment, the clerk will read

25   the amendment.

1           CLERK:  Amendment by Hernandez Luna.

2           SPEAKER:  The Chair recognizes

3   Representative Hernandez Luna to explain her amendment.

4           REPRESENTATIVE HERNANDEZ LUNA:  Thank you,

5   Mr. Speaker, Members.  This is a similar amendment but

6   also includes the federal agencies.  These are

7   congressmen, Department of Navy, Department of Military,

8   allowing them to show their IDs as well.  These are

9   people that we rely on for the security of our country

10  to advise our president, the cabinet on the security of

11  our country, whether we can go to war.  I think that

12  that ID should be valid for them to vote as well.

13          SPEAKER:  The Chair recognizes Mr. Phillips

14  to speak against the amendment.

15          REPRESENTATIVE PHILLIPS:  Thank you,

16  Mr. Speaker and Members.  I would -- again, this has

17  gone through the committee process, and we're talking

18  about uniformity so that those election workers, those

19  polling workers at their local place will have some

20  consistency and know what we require them to do.

21          And so, I would urge against -- this is

22  quite a broad thing, an agency or institution of the

23  federal government or agencies or institution or

24  political subdivision of the state.  So, if a city has a

25  little ID card or -- or a water district has an ID card,

92

1   so, it's quite broad what this could cover.  It's not

2   just about the military.  It's quite broad.  And I would

3   certainly move to table.

4                SPEAKER:  Representative Castro, for what

5   purpose?

6                REPRESENTATIVE CASTRO:  Will the gentleman

7   yield for questions?

8                SPEAKER:  Mr. Phillips, do you yield?

9                REPRESENTATIVE PHILLIPS:  Yes, sir.

10               SPEAKER:  He yields.

11               REPRESENTATIVE CASTRO:  Representative

12  Phillips, you've said that the reason that you want to

13  stick to just a few IDs is because there's uniformity

14  among these IDs that are being issued; is that correct?

15               REPRESENTATIVE PHILLIPS:  Yes.  That is one

16  of the many reasons why the committee has worked towards

17  passing this legislation and it's been successful

18  elsewhere.

19               REPRESENTATIVE CASTRO:  And I would imagine

20  as a corollary point of yours would be that there are

21  different kinds of state IDs that are issued; is that

22  right?  In other words, the Department of Public Safety

23  versus the --

24               REPRESENTATIVE PHILLIPS:  I'm not sure what

25  you mean by IDs because -- I don't know if you're

House Floor Debate - Volume II                    March 23, 2011

93

1    talking about employee IDs or --

2              REPRESENTATIVE CASTRO:  Right.

3              REPRESENTATIVE PHILLIPS:  Okay.  This

4    isn't -- this could have covered employee IDs, probably

5    written that broadly but I don't think that's what this

6    amendment was for but --

7              REPRESENTATIVE CASTRO:  What's your

8    understanding of what the amendment does?  Which IDs

9    would it allow?

10             REPRESENTATIVE PHILLIPS:  This is federal or

11   local government, not state IDs.

12             REPRESENTATIVE CASTRO:  Okay.  Well -- so,

13   the federal and local governments issue different -- IDs

14   that look differently; is that right?

15             REPRESENTATIVE PHILLIPS:  Yes.

16             REPRESENTATIVE CASTRO:  In other words, San

17   Antonio may issue one that looks different from Dallas?

18             REPRESENTATIVE PHILLIPS:  They might have an

19   ID -- we don't know if they even do.

20             REPRESENTATIVE CASTRO:  But are you aware

21   that the Department of Public Safety issues licenses

22   that look different?

23             REPRESENTATIVE PHILLIPS:  They have

24   different ones but they're -- yes.

25             REPRESENTATIVE CASTRO:  So, how is that

94

1    uniform then?

2              REPRESENTATIVE PHILLIPS:  Because they're --

3    there are very limited ones that they -- that they

4    produce.

5              REPRESENTATIVE CASTRO:  But that's -- but

6    your argument --

7              REPRESENTATIVE PHILLIPS:  No.  No.  No.

8              REPRESENTATIVE CASTRO:  Your argument has

9    been uniformity.  How is it that uniform?

10             REPRESENTATIVE PHILLIPS:  They are uniform.

11   They're uniform in how they look.  They maybe have --

12   one may be going horizontal.  One may be going vertical.

13   So, we're not talking about 50 or however many -- 254

14   counties if they did them, plus all the cities, that

15   they would have to somehow figure if that's something

16   that's acceptable or not.

17             REPRESENTATIVE CASTRO:  But you're

18   conceding --

19             REPRESENTATIVE PHILLIPS:  Uniformity -- no.

20             REPRESENTATIVE CASTRO:  You're conceding now

21   that there's no uniformity, which is an argument that

22   you made.

23             REPRESENTATIVE PHILLIPS:  No, I'm not

24   conceding that.  And also, get back to we know DPS has a

25   process and a standard for training and determining

95

1   validity of those presenting themselves for an ID.  We

2   don't know that about all of those that are stated here.

3               REPRESENTATIVE CASTRO:  You also made the

4   point, is it right -- is it correct you made the point

5   that poll workers wouldn't necessarily know how to

6   identify some of these IDs?

7               REPRESENTATIVE PHILLIPS:  We're talking

8   about -- again, we're talking about to make sure that

9   they are valid and that they understand what's

10  acceptable, and what you're trying to do is interject

11  confusion to the local poll workers --

12              REPRESENTATIVE CASTRO:  No, not at all.

13              REPRESENTATIVE PHILLIPS:  -- when you have

14  so many different IDs.  So --

15              REPRESENTATIVE CASTRO:  I guess my question

16  is --

17              REPRESENTATIVE PHILLIPS:  I think I'm being

18  consistent.  I think I'm being consistent and we're

19  being consistent throughout this legislation process.

20              REPRESENTATIVE CASTRO:  Well, I disagree but

21  my question is -- my question is isn't there a training

22  session for these folks who work -- who do the poll

23  working?

24              REPRESENTATIVE PHILLIPS:  There are training

25  sessions.  And how much time do you want them to have to

1    figure out what is a valid ID and which is acceptable?

2    Because we're talking about very limited opportunity for

3    them to have training.

4                    REPRESENTATIVE CASTRO:  Representative, can

5    I ask you have you ever been to a polling site -- you've

6    visited many polling sites in your political career; is

7    that right?

8                    REPRESENTATIVE PHILLIPS:  I have been to

9    polling sites.

10                   REPRESENTATIVE CASTRO:  Okay.  Have you ever

11   been to a polling site where the poll workers, the

12   election judge posts the no -- the no -- basically the

13   no man's land, the no crossing zone either further or

14   closer than it should be?

15                   REPRESENTATIVE PHILLIPS:  I don't know.  I'd

16   have to go back and measure.  I don't know that --

17                   REPRESENTATIVE CASTRO:  You've never come

18   across that in all of the polling sites you've come

19   across?

20                   REPRESENTATIVE PHILLIPS:  I don't think

21   that's been an issue, no.

22                   REPRESENTATIVE CASTRO:  Well, I think you

23   would be surprised, at least in San Antonio and other

24   places I've been, poll workers mess that up all the

25   time.  So, what makes you think that -- if you're

JA_002429

House Floor Debate - Volume II                    March 23, 2011

97

1    worried about them not being able to tell local or

2    federal IDs apart, that they're going to be perfect on

3    doing any of what you guys are passing right now?

4                 REPRESENTATIVE PHILLIPS:  Well --

5                 REPRESENTATIVE CASTRO:  I mean, a lot of

6    them don't even put the markers at the correct place.

7                 REPRESENTATIVE PHILLIPS:  Well, I haven't

8    seen that to be an issue, so --

9                 REPRESENTATIVE CASTRO:  Thank you.

10                SPEAKER:  Ms. Hernandez Luna sends up an

11   amendment.  Mr. Phillips moves to table.  The vote is on

12   the motion to table.  Members vote ayes, members vote

13   no.  Clerk will ring the bell.

14                Mr. Phillips is voting aye.  Representative

15   Hernandez Luna voting nay.  Representative Marquez

16   voting -- Marquez voting nay.

17                Have all voted?  A vote of 99 ayes, 49 nays,

18   2 present not voting, the motion to table prevails.

19                Following the amendment, the clerk will read

20   the amendment.

21                CLERK:  Amendment by Gonzales of Hidalgo.

22                SPEAKER:  The Chair recognizes

23   Representative Gonzales.

24                REPRESENTATIVE GONZALES:  Thank you,

25   Mr. Speaker, Members.  Throughout the day, we've been

98

1    talking about these provisional ballots that are to be

2    voted and the affidavits that have to be signed.  All

3    this -- all this amendment does is it requires that the

4    affidavits be available at every polling place.

5            If we want to ensure that every person

6    that's eligible to vote is given an opportunity to vote,

7    we need to have the tools made available to them,

8    including these affidavits that they can sign if they

9    don't have their ID at the time and need to vote a

10   provisional ballot.  I hope it will be acceptable to the

11   author.

12           SPEAKER:  Ms. Harless, for what purpose?

13           REPRESENTATIVE HARLESS:  Will the -- will

14   the member yield?

15           SPEAKER:  Do you yield?

16           REPRESENTATIVE GONZALES:  Yes, I will.

17           SPEAKER:  She yields.

18           REPRESENTATIVE HARLESS:  I wanted to clarify

19   what our conversation was.  You talked about having

20   these affidavits at the polling place that they have to

21   sign if they're casting a provisional ballot.  You're

22   not in any way trying to cut out the photo ID

23   requirements, are you?

24           REPRESENTATIVE GONZALES:  Not with this

25   particular amendment.  This amendment would simply say

99

1    your bill already includes the requirement that the

2    affidavit be signed if they have to sign a -- or fill

3    out a provisional ballot.

4              All this would say is let's make it

5    available to them at the polling places so that they

6    don't have to be traveling to another location to fill

7    out an affidavit.

8              REPRESENTATIVE HARLESS:  Right.  So, they

9    show up at a polling place and they don't have one of

10   the subscribed forms of identification?

11             REPRESENTATIVE GONZALES:  Correct.

12             REPRESENTATIVE HARLESS:  And they fill out a

13   provisional ballot and have to sign an affidavit?

14             REPRESENTATIVE GONZALES:  Correct.

15             REPRESENTATIVE HARLESS:  And you're saying

16   when they're at that polling place, if they want to cast

17   the provisional ballot that requires the affidavit

18   signed, that that polling place should have that --

19   those -- those affidavits there on location site?

20             REPRESENTATIVE GONZALES:  That's correct.

21   That's correct.

22             REPRESENTATIVE HARLESS:  Could we -- could I

23   ask that the -- our comments be recorded?

24             SPEAKER:  Members, you've heard the motion.

25   Is there any objection?  So ordered -- the Chair has

100

1    done.  So ordered.

2              Ms. Gonzalez sends up the amendment.  The

3    amendment is acceptable.  Is there any objection?

4              The Chair hears none.  The amendment is

5    adopted.

6              Following the amendment, the clerk will read

7    the amendment.

8              CLERK:  Amendment by Miles.

9              SPEAKER:  The Chair recognizes Mr. Miles to

10   explain his amendment.

11             REPRESENTATIVE MILES:  Thank you, Mr.

12   Speaker, Members.  The statistics are showing that

13   minorities and low income individuals are the most

14   unrepresented groups in the electoral process.  And in

15   Texas, we rank dead last in voter turnout.

16             Members, under the current bill, the

17   Secretary of State is requiring us to conduct a

18   statewide (Inaudible) education and voter regarding ID

19   requirements to the tune of $2.4 million.

20             Members, my amendment simply states the

21   purpose is for the Secretary of State to ensure voter

22   registration includes initiatives given towards

23   minorities and low income residents.

24             Members, we have an electoral crisis on our

25   hands, and no matter if we're Republican or Democrat, we

1    owe it to our constituents, especially those that are

2    most under represented, to provide them with all the

3    necessary tools to become educated in the electoral

4    practice.

5                SPEAKER:  Representative Harless, for what

6    purpose?

7                REPRESENTATIVE HARLESS:  Will the member

8    yield?

9                REPRESENTATIVE MILES:  Yes, I will.

10               SPEAKER:  He yields.

11               REPRESENTATIVE HARLESS:  I agree with your

12   amendment.  I just want to make sure we're not

13   specifically talking about a dollar amount?

14               SPEAKER:  Members, could we have order,

15   please, on the floor?  Take your conversations outside

16   the rail.

17               REPRESENTATIVE HARLESS:  We're not

18   specifically talking about a dollar amount, we just want

19   the statewide effort to include education training?

20               REPRESENTATIVE MILES:  That is correct.

21   That's correct, ma'am.

22               REPRESENTATIVE HARLESS:  Thank you.

23               REPRESENTATIVE MILES:  My amendment is

24   acceptable by the -- by the author, and I move

25   acceptance.

TX_00212942

House Floor Debate - Volume II                    March 23, 2011

1            SPEAKER:  Representative Miles sends up the

2    amendment.  It's acceptable to the author.  Is there any

3    objection?

4            The Chair hears none.  The amendment is

5    adopted.

6            Following the amendment, the clerk will read

7    the amendment.

8            Ms. Harper-Brown.

9            CLERK:  Amendment by Harper-Brown.

10            SPEAKER:  The Chair recognizes

11   Representative Harper-Brown to explain her amendment.

12            REPRESENTATIVE HARPER-BROWN:  Thank you,

13   Mr. Speaker, Members.

14            Members, this amendment solves the problem

15   that Representative Anchia brought up earlier where

16   there was actually an out in the bill that would allow a

17   person to go in and vote and never show a photo ID.

18            It actually eliminates those provisions

19   where the affidavit is needed for indigent or religious

20   purposes.  And I move passage.

21            SPEAKER:  Representative Harper-Brown sends

22   up an amendment.  Is it acceptable to the author?

23            The amendment is acceptable to the author.

24   Is there any objection?

25            Mr. Anchia, for what purpose?

103

1          REPRESENTATIVE ANCHIA:  I'd like to ask the

2     lady some questions, please.

3          SPEAKER:  The lady has yielded the floor.

4          REPRESENTATIVE ANCHIA:  Should the author of

5     the amendment -- may I ask the author of the amendment

6     some questions?

7          SPEAKER:  The lady yields for one question.

8          REPRESENTATIVE HARPER-BROWN:  Thank you,

9     Mr. Speaker.

10         I yield for a question.

11         REPRESENTATIVE ANCHIA:  Okay.  What is

12    the -- can you -- I couldn't hear what was going on at

13    the front mic, so, could you discuss what your amendment

14    does?

15         REPRESENTATIVE HARPER-BROWN:  Yes.

16    Representative Anchia, this is the section of the Code

17    or the section of the bill that you discussed earlier

18    that talks about how someone could actually go in and

19    vote without showing an ID at all if they sign an

20    affidavit saying that they have a problem due to the

21    religious objection or the indigence.

22         And so, it takes those two provisions out

23    and just says you can vote provisionally and then you

24    have the six days to bring the photo ID in to prove that

25    you -- that you have -- that you can vote.

House Floor Debate - Volume II                    March 23, 2011

104

1       REPRESENTATIVE ANCHIA:  Okay.  So, it just
2   removes indigence exception and religious objection?
3       REPRESENTATIVE HARPER-BROWN:  That's it.
4       REPRESENTATIVE ANCHIA:  Those are the
5   exceptions right now.  And what you have to do after six
6   days is come in and cure only with a photo ID?
7       REPRESENTATIVE HARPER-BROWN:  Within the six
8   days.
9       REPRESENTATIVE ANCHIA:  Within the six day
10   cure period?
11       REPRESENTATIVE HARPER-BROWN:  Right.  Right.
12   Thank you.
13       SPEAKER:  Representative Harper-Brown sends
14   up an amendment.  It is acceptable to the author.  Is
15   there any objection?
16       The Chair hears none.  The amendment --
17       There is an objection.  Members --
18       Ms. Harper-Brown sends up an amendment.
19   There is an objection.  The question is on the -- on the
20   amendment itself.  Members vote aye, members vote no.
21   Ms. Harper-Brown is voting aye.  Clerk will ring the
22   bell.  Mr. Villarreal is voting no.
23       Have all members voted?  Show Representative
24   Rodriguez voting no -- aye -- voting aye.  Have all
25   members voted?  By vote of 107 ayes, 40 nays, 2 present

TX_00212945

1   not voting, the amendment is passed.

2               Following the amendment, the clerk will read

3   the amendment.

4               Mr. Dutton.

5               CLERK:  Amendment by Dutton.

6               SPEAKER:  Mr. Dutton?

7               Following the amendment, the clerk will read

8   the amendment.

9               CLERK:  Amendment by Gonzalez of El Paso.

10               SPEAKER:  The Chair recognizes

11   Representative Gonzalez to explain her amendment.

12               REPRESENTATIVE GONZALEZ:  Members, this is

13   the amendment that we heard earlier and no news --

14   nothing further to report on that.  So, I move passage

15   of this amendment, and I believe it's acceptable to

16   the -- to the author.

17               SPEAKER:  Representative Gonzalez sends up

18   an amendment.  It's acceptable to the author.  It is

19   acceptable to the author?  Is there any objection?

20               The Chair hears none.  The amendment is

21   adopted.

22               Following the amendment, the clerk will read

23   the amendment.

24               CLERK:  Amendment by Dutton.

25               SPEAKER:  The Chair recognizes Mr. Dutton to

1    explain his amendment.

2              REPRESENTATIVE DUTTON:  In keeping with

3    their motion to table, I move passage.

4              Mr. Speaker, Members, this amendment

5    simply -- in the bill, it says for 60 and under, this

6    card is going to cost you $15.  This just changes it to

7    10 in light of our budget situation and everybody else's

8    budget situation.

9              SPEAKER:  The Chair recognizes

10   Representative Harless to speak against the amendment.

11             REPRESENTATIVE HARLESS:  Thank you,

12   Mr. Speaker, Members.  This is not the proper venue for

13   this debate on this issue.  This should be debated in a

14   transportation related bill.

15             This cost is not related to the free ID for

16   voting purposes, and I ask that you table the amendment.

17             SPEAKER:  Representative Dutton sends up an

18   amendment.

19             The Chair recognizes Representative Dutton

20   to close.

21             REPRESENTATIVE DUTTON:  Mr. Speaker,

22   Members, in light of the fact that the -- these are

23   financially difficult times, I thought it ought to be

24   also reflected in a cost of obtaining this card that

25   it's not $15.  All this does is changes it to $10.  I

1    don't think that's too much to ask.  And so, in light of

2    all of the budget considerations that we in this House

3    have had to make and that people back home are having to

4    make, I thought it was just appropriate to change this

5    to $10 rather than 15.

6              And so, with that, I would ask you to

7    move -- vote no on the motion to table.

8              SPEAKER:  Mr. Dutton sends up an amendment.

9    Representative Harless moves to table.  The question is

10   on the motion to table.  Members vote aye, members vote

11   no.

12             Show Representative Harless voting aye.

13   Mr. Dutton voting no.  Clerk will ring the bell.

14             Have all members voted?  By a vote of 99

15   ayes, 47 nays, 2 present not voting, the motion to table

16   prevails.

17             Following the amendment, the clerk will read

18   the amendment.

19             CLERK:  Amendment by Dukes.

20             SPEAKER:  The Chair recognizes

21   Representative Dukes to explain her amendment.

22             Representative Dukes?

23             Following the amendment, the clerk will read

24   the amendment.

25             Hold on.

108

1           The Chair recognizes Representative Dukes to

2    explain her amendment.

3           REPRESENTATIVE DUKES:  Mr. Speaker, Members,

4    this -- the author of this bill has repeatedly stated

5    that the purpose is not to require anyone to have to go

6    and buy a new ID.  The DPS will issue an ID if you go in

7    and request it for the purposes of voting.

8           So, what this amendment does is it ensures

9    that DPS would not be able to charge for the ID by

10   changing the permissive language of may not to shall not

11   charge for the ID.

12          Repeatedly, the author has stated that this

13   bill was not about requiring the purchase of a new ID,

14   and language in the bill has stated that one would not

15   be charged for an ID if they went in and stated it for

16   these purposes.

17          Therefore, if permissive language is in the

18   law, a year from now, some months from now, DPS can

19   decide, well, it doesn't completely preclude us from

20   charging, so, we can, therefore, start to charge.

21          SPEAKER:  Ms. Truitt, for what purpose?

22          REPRESENTATIVE TRUITT:  Does the gentlelady

23   yield?

24          SPEAKER:  Ms. Dukes, do you yield?

25          REPRESENTATIVE DUKES:  Yes, I will.

House Floor Debate - Volume II                    March 23, 2011

1            SPEAKER:  She yields.

2            REPRESENTATIVE TRUITT:  Ms. Dukes, what if

3    they weren't going to use it for voting?  How would --

4    what if they weren't going to use it for voting

5    purposes?

6            REPRESENTATIVE DUKES:  What if they only

7    want to use it for voting purposes?

8            REPRESENTATIVE TRUITT:  No.  If they -- if

9    they are not going to use it for voting purposes, they

10   just -- it's just an ID but they may not be using it for

11   voting purposes, how would --

12           REPRESENTATIVE DUKES:  That's a different

13   subject.  The bill already has language in it that the

14   agency cannot charge them if they state it is for the

15   purpose -- so, the area in the bill that I'm changing is

16   specific to the ID to be used for voting, that they

17   shall not be able to charge for that.

18           REPRESENTATIVE TRUITT:  Oh, okay.  You're

19   converting a may to a shall?

20           REPRESENTATIVE DUKES:  Correct.  It's a

21   wonderful amendment and it's acceptable to the author.

22   Thank you.

23           SPEAKER:  Representative Dukes sends up an

24   amendment that is acceptable to the author.  Is there

25   any objection?

TX_00212950

110

1           The Chair hears none.  The amendment is

2     adopted.

3           Following the amendment, the clerk will read

4     the amendment.

5           CLERK:  Amendment by Representative Dutton.

6           SPEAKER:  The Chair recognizes

7     Representative Dutton to explain his amendment.

8           REPRESENTATIVE DUTTON:  Mr. Speaker,

9     Members, there's, at least in my mind, some confusion

10    about the previous amendment.  I think what it does,

11    though, it prohibits them from charging a fee for a

12    personal identification certificate for a person who

13    says they want to use that to vote; is that right?  Is

14    that right?

15          It's my understanding that that's already in

16    the bill, so, I'm going to withdraw my amendment.

17          SPEAKER:  Amendment withdrawn.

18          Following the amendment, the clerk will read

19    the amendment.

20          Mr. Raymond.

21          CLERK:  Amendment by Raymond.

22          SPEAKER:  The Chair recognizes

23    Representative Raymond to explain his amendment.

24          REPRESENTATIVE RAYMOND:  Thank you,

25    Mr. Speaker, Members.

House Floor Debate - Volume II                    March 23, 2011

111

1        Members, this amendment simply states that

2   the Section 31.012, the voter identification education

3   portion of the bill, which is on Page 3, would let

4   the -- Section 203 and 14F4 of the Voting Rights Act

5   would apply to this section.  Move adoption.

6              SPEAKER:  The Chair recognizes

7   Representative Harless to speak against the amendment.

8              REPRESENTATIVE HARLESS:  Mr. Speaker,

9   Members, Voting Rights Act either does or does not apply

10  to various sections of this bill.  This is for the

11  Supreme Court to determine and not the Texas

12  legislature.

13             I move to table.

14             SPEAKER:  For what purpose?

15             REPRESENTATIVE RAYMOND:  Does the gentlelady

16  yield?

17             SPEAKER:  Do you yield?

18             REPRESENTATIVE HARLESS:  Yes.

19             SPEAKER:  She yields.

20             REPRESENTATIVE RAYMOND:  Ms. Harless, do you

21  believe the Voting Rights Act?

22             REPRESENTATIVE HARLESS:  I'm sorry?

23             REPRESENTATIVE RAYMOND:  Do you believe the

24  Voting Rights Act?  Do you believe the Voting Rights Act

25  is a good law?

112

1              REPRESENTATIVE HARLESS:  I do.

2              REPRESENTATIVE RAYMOND:  So, you believe

3    there's still discrimination in the voting place?

4              REPRESENTATIVE HARLESS:  I'm sorry.

5              REPRESENTATIVE RAYMOND:  So, you believe

6    there is still discrimination in the voting place?

7              REPRESENTATIVE HARLESS:  No, I do not think

8    there is.

9              REPRESENTATIVE RAYMOND:  Then why do you

10   think that we -- that the Voting Rights Act is a good

11   law?

12             REPRESENTATIVE HARLESS:  I think at the time

13   when it was passed, it was very effective.  Texas is a

14   Section 5 state.  It's going to have to go for

15   preclearance before the Department of Justice or the

16   three federal judges in the District of Columbia.  They

17   will decide if we have met the standards of the Voting

18   Rights Act.  This is not the venue for us to decide.

19   We -- we've got the lines that they have drawn in the

20   cases that we've already seen.  We know that.  We know

21   what the standards they've set.  We've complied with

22   that in our bill.  This is not the venue to --

23             REPRESENTATIVE RAYMOND:  Do you believe --

24   are you telling me you believe that we don't need the

25   Voting Rights Act any more?

113

1          REPRESENTATIVE HARLESS:  You're putting

2   words in --

3          REPRESENTATIVE RAYMOND:  I'm asking.  Do you

4   believe --

5          REPRESENTATIVE HARLESS:  You're putting

6   words into my mouth.

7          REPRESENTATIVE RAYMOND:  Do you believe we

8   still need the Voting Rights Act?

9          REPRESENTATIVE HARLESS:  I don't think this

10  is the place to debate that.

11          REPRESENTATIVE RAYMOND:  Yes, ma'am, it is

12  entirely a place to debate that.  This is a -- would you

13  agree that this is a major piece of legislation dealing

14  with voting in the State of Texas?

15          REPRESENTATIVE HARLESS:  I do.

16          REPRESENTATIVE RAYMOND:  And you do not

17  believe that the Voting Rights Act should be discussed

18  in this context?

19          REPRESENTATIVE HARLESS:  We have discussed

20  it.

21          REPRESENTATIVE RAYMOND:  Okay.  Then let's

22  continue to discuss it for a minute.  Do you believe the

23  Voting Rights Act is still necessary?

24          REPRESENTATIVE HARLESS:  I believe we're

25  still under the regulations of the Voting Rights Act.

TX_00212954

114

1           REPRESENTATIVE RAYMOND:  I'm asking you

2     because you're the author of this very important bill

3     and I think this is very important for people to

4     understand your intent.  Do you believe the Voting

5     Rights Act is still necessary?

6           REPRESENTATIVE HARLESS:  As I've said

7     before, this is a federal -- this is a federal issue to

8     be decided by the federal courts.  This isn't for us in

9     the Texas Legislature to discuss right now.

10           REPRESENTATIVE RAYMOND:  Ma'am, you are

11     dealing with legislation here -- you are -- you are

12     proposing a bill that would affect every single voter in

13     the State of Texas, including minorities.  You would

14     agree with that, right?

15           REPRESENTATIVE HARLESS:  Say that one more

16     time.  It's hard for me to hear you.

17           REPRESENTATIVE RAYMOND:  You are

18     representing a bill that would affect the voting rights

19     of every voter in the State of Texas, including

20     minorities.  Would you agree with that?

21           REPRESENTATIVE HARLESS:  I do not agree with

22     that.  I think --

23           REPRESENTATIVE RAYMOND:  Really?  Your bill

24     does not apply to minorities?

25           REPRESENTATIVE HARLESS:  I think we increase

TX_00212955

115

1    access to the polls by putting some checks and balances

2    that voters actually show ID that they are who they are

3    when they show up to vote.

4            REPRESENTATIVE RAYMOND:  Does your bill -- I

5    have a very simple question.  Does your bill apply to

6    minorities in the State of Texas?

7            REPRESENTATIVE HARLESS:  My bill -- my bill

8    applies to everyone equally across the state.

9            REPRESENTATIVE RAYMOND:  Including

10   minorities; is that right?

11           REPRESENTATIVE HARLESS:  Everyone.

12           REPRESENTATIVE RAYMOND:  Including

13   minorities?

14           REPRESENTATIVE HARLESS:  All Texans.

15           REPRESENTATIVE RAYMOND:  Including

16   minorities?

17           REPRESENTATIVE HARLESS:  All Texans.

18           REPRESENTATIVE RAYMOND:  Including

19   minorities?

20           REPRESENTATIVE HARLESS:  All Texans.

21           REPRESENTATIVE RAYMOND:  You won't even

22   acknowledge whether or not your bill affects --

23           REPRESENTATIVE HARLESS:  It -- I said it

24   applies to all Texans.

25           REPRESENTATIVE RAYMOND:  Including

116

1    minorities, right?

2                REPRESENTATIVE HARLESS:  All Texans, every

3    voter in the state.

4                REPRESENTATIVE RAYMOND:  Minorities are

5    Texans, right?

6                REPRESENTATIVE HARLESS:  Do you want to go

7    back and forth all day?  I've answered the question.

8                REPRESENTATIVE RAYMOND:  No.  I want you to

9    answer the question, ma'am.

10               REPRESENTATIVE HARLESS:  I did.  It applies

11   to all --

12               REPRESENTATIVE RAYMOND:  With all due

13   respect, I feel like you're being flippant about

14   something that is very important to millions of Texans.

15               REPRESENTATIVE HARLESS:  I absolutely don't

16   mean to be flippant.  If I'm coming across that way, I

17   apologize.

18               REPRESENTATIVE RAYMOND:  It's a very simple

19   question.

20               REPRESENTATIVE HARLESS:  And I gave you a

21   very simple answer.  It applies to all Texans.

22               REPRESENTATIVE RAYMOND:  I will ask you -- I

23   will ask you one more time.  Does your bill apply to

24   minorities?

25               SPEAKER:  Time has expired.  Point is well

117

1    taken.  Sustained.

2            The Chair recognizes Representative Raymond

3    to close on his amendment.

4            Mr. Raymond moves that the exchange between

5    himself and Ms. Harless be reduced to writing and

6    entered in the journal.  Is there any objection?

7            The Chair hears none.  So ordered.

8            The Chair recognizes Mr. Raymond to close.

9            REPRESENTATIVE RAYMOND:  Mr. Speaker,

10   Members, it is troubling to say the least that the

11   author of this bill was not willing to acknowledge that

12   this legislation will affect minority voters in the

13   State of Texas.  It is troubling to say the least.

14           It is doubly troubling that she is not

15   willing to accept this simple amendment, which I know

16   many of my Republican friends who would, I believe,

17   accept if they gave it any thought, that says this will

18   comply with the Voting Rights Act, that the section I

19   specifically referred to here, the voter identification

20   education section, would comply with Section 2, which is

21   the language section of the Voting Rights Act.

22           It is disappointing that Ms. Harless would

23   not accept the amendment.  It is even more disappointing

24   that she was not even willing to acknowledge that her

25   legislation will affect minorities all over the State of

1  Texas.

2          I move -- I ask that you vote no.

3          SPEAKER:  Mr. Veasey, for what purpose?

4          REPRESENTATIVE VEASEY:  Will the gentleman

5  yield for a question?

6          SPEAKER:  Will you yield for a question?

7          REPRESENTATIVE RAYMOND:  Yes.

8          SPEAKER:  He yields.

9          REPRESENTATIVE VEASEY:  Representative

10  Raymond, why don't you think Representative Harless

11  would answer your question directly?  It was a very

12  important question dealing with the Voting Rights Act.

13  We -- we know that we are a Section 5 state.  I hope

14  that she knows that we're a Section 5 state since she's

15  carrying this bill, and could you maybe elaborate on why

16  she did not want to answer your question directly?

17          REPRESENTATIVE RAYMOND:  You know, it's --

18  it's hard to read someone else's mind but I will tell

19  you that in 2006 -- I'm not sure every member in here

20  knows this but in 2006, a man named George W. Bush

21  signed into law the extension of the Voting Rights Act

22  for 25 years, and he said although we've come a long

23  way, there's a still a ways to go.

24          And for the author of this bill not to

25  acknowledge what a president from this state was willing

119

1    to acknowledge a mere five years ago and, that is, that

2    the Voting Rights Act is still necessary and that her

3    bill would, in fact, affect millions of Texans who are

4    minorities and who are protected by Section 2 of the

5    Voting Rights Act is troubling.

6              I don't know what else to tell you but I

7    think that -- I think it certainly should give people

8    pause to think about what's going on here.

9              REPRESENTATIVE VEASEY:  If you're the author

10   of a bill like this that's going to drastically change

11   election law in your state, don't you think you should

12   have a good understanding of the Voting Rights Act and

13   the history of the act and why it was passed before you

14   embark on a piece of legislation that could have the

15   type of consequences I believe that this piece of

16   legislation will have?

17             REPRESENTATIVE RAYMOND:  Well, I would

18   expect that in the year 2011 but, you know, you just

19   heard the exchange.  It -- it was surprising and

20   troubling to me that the author of this bill was not

21   willing to acknowledge the importance of the Voting

22   Rights Act and the fact that her bill would affect

23   millions of Texans who are protected by it.

24             REPRESENTATIVE VEASEY:  You have a good

25   amendment and because of all the good amendments that

120

1    have been turned down tonight, we can see exactly where

2    this bill is headed.

3                 Thank you, Representative Raymond.

4                 REPRESENTATIVE RAYMOND:  Thank you.

5                 REPRESENTATIVE BERMAN:  Mr. Speaker?

6                 SPEAKER:  Mr. Berman, for what purpose?

7                 REPRESENTATIVE BERMAN:  Does the gentleman

8    yield?

9                 REPRESENTATIVE RAYMOND:  Yes, of course.

10                SPEAKER:  He yields.

11                REPRESENTATIVE BERMAN:  Richard, you're a

12   good guy.  And, Richard, are you a minority?

13                REPRESENTATIVE RAYMOND:  I am.

14                REPRESENTATIVE BERMAN:  Is Mr. Veasey a

15   minority?

16                REPRESENTATIVE RAYMOND:  Yes, sir.

17                REPRESENTATIVE BERMAN:  Are you both Texans?

18                REPRESENTATIVE RAYMOND:  Yes, sir, we are.

19                REPRESENTATIVE BERMAN:  Ms. Harless answered

20   the question, and she said all Texans.

21                REPRESENTATIVE RAYMOND:  You know, Leo, and

22   I am glad you called me Richard because I'd actually

23   like for us to talk --

24                REPRESENTATIVE BERMAN:  I like you.

25                REPRESENTATIVE RAYMOND:  If you were

121

1   listening to a bill and you had been around 75 years, as

2   you just mentioned, she specifically would not say --

3   when I asked a simple question are minorities -- you

4   know, will this affect minorities, will your bill

5   include minorities, in other words, I'm a minority, is

6   this going to apply to me, yes, I'm going to need a

7   voter ID to go vote, right?

8             REPRESENTATIVE BERMAN:  Yeah, but --

9   (Inaudible).

10             REPRESENTATIVE RAYMOND:  No.  No.  You

11  listened to it, Leo.  You listened to it.  You listened

12  to it.  And I say, "Well, just tell me does this affect

13  minorities?"

14             "It affects all Texans."

15             "Does this affect minorities?"

16             She wouldn't say it.

17             REPRESENTATIVE BERMAN:  I think you hit her

18  too hard really.  I know you're a minority.  I know --

19             REPRESENTATIVE RAYMOND:  Leo, she's not a

20  shrinking violet.

21             REPRESENTATIVE BERMAN:  I know that.

22             REPRESENTATIVE RAYMOND:  She's a tough lady.

23             REPRESENTATIVE BERMAN:  I know that but she

24  said all Texans, and all Texans include every minority

25  in Texas.

TX_00212962

122

1                REPRESENTATIVE RAYMOND:  Leo, do you --

2     Leo --

3                REPRESENTATIVE BERMAN:  Of course, they do.

4                REPRESENTATIVE RAYMOND:  Let me ask you,

5     Leo, do you believe that this law will apply to

6     minorities in the State of Texas?

7                REPRESENTATIVE BERMAN:  Yes, I do.

8                REPRESENTATIVE RAYMOND:  You see, you were

9     willing to answer it.

10                REPRESENTATIVE BERMAN:  But she didn't have

11    to.  She --

12                SPEAKER:  Representative Sheffield raised a

13    point of order.  The gentleman's time is expired.  The

14    point of order is well taken.  Sustained.

15                REPRESENTATIVE RAYMOND:  I'd like to make a

16    motion to reduce the exchange between Ms. Harless and

17    myself and Mr. Veasey and myself into writing and enter

18    it into the journal.

19                SPEAKER:  Members, you've heard the motion.

20    Is there any objection?

21                The Chair hears none.  So ordered.

22                Representative Raymond sends up the

23    amendment.  Representative Harless moves to table.  The

24    vote is on the motion to table.  Members vote aye,

25    members vote no.  Show Representative Harless voting

House Floor Debate - Volume II                    March 23, 2011

123

1    aye.  Representative Raymond voting no.  Clerk will ring
2    the bell.  Representative Gonzales voting aye.
3    Representative Carter voting aye.  Representative Chen
4    and Dutton voting aye.  Representative Branton voting
5    aye.
6              Have all members voted?  By a vote of 99
7    ayes, 48 nays, 2 present not voting, the motion to table
8    prevails.
9              Following the amendment --
10             CLERK:  Amendment by Raymond.
11             SPEAKER:  The Chair recognizes
12   Representative Raymond.
13             REPRESENTATIVE RAYMOND:  Okay.  Members,
14   since Ms. Harless would not accept an amendment to this
15   bill, saying that this bill would comply with the Voting
16   Rights Act, Section 5, then I now am offering an
17   amendment that says it will apply to Section 2, which is
18   the language section of the Voting Rights Act since we
19   are a -- a language minority state.  Move adoption.
20             SPEAKER:  The Chair recognizes
21   Representative Phillips in opposition.
22             REPRESENTATIVE PHILLIPS:  Thank you, Mr.
23   Speaker.  I would move to -- I would speak in opposition
24   to this amendment.  Again, we're getting far -- far from
25   what the Texas legislature needs to be doing, and I

124

1    would move to table.

2              REPRESENTATIVE RAYMOND:  Mr. Speaker?

3              SPEAKER:  Mr. Raymond, for what purpose?

4              REPRESENTATIVE RAYMOND:  Does the gentleman

5    yield?

6              SPEAKER:  The gentleman yields.

7              REPRESENTATIVE PHILLIPS:  Briefly.  It's

8    been a busy night.  They keep growing.

9              REPRESENTATIVE RAYMOND:  It won't be more

10   than about 8 minutes.

11             Very simply, I guess I want to ask you do

12   you -- do you believe that this bill should comply with

13   the Voting Rights Act?

14             REPRESENTATIVE PHILLIPS:  I believe that we

15   need to follow the law and make sure that we comply with

16   every constitutional requirement that is imposed on us

17   as a body.

18             Now, what your -- this is a specific section

19   and -- and portion of the Voting Rights Act.  I don't

20   know if those sections apply to this.  That would be up

21   to the -- that will be up to ultimately the Supreme

22   Court to determine, and that's who we need to let

23   determine it.

24             I don't think we need to be second guess

25   what they do mean and don't mean and whether all of

125

1    these provisions apply.

2              REPRESENTATIVE RAYMOND:  Well, let me ask --

3    because I see a troubling pattern here.

4              REPRESENTATIVE PHILLIPS:  I can't hear you.

5              REPRESENTATIVE RAYMOND:  Let me ask, because

6    I see a troubling pattern, a simple question.  Do you

7    believe that the Voting Rights Act is a good law?

8              REPRESENTATIVE PHILLIPS:  That is not a

9    question before this.  There are issues -- there are

10   issues of whether all of the Voting Rights Act are

11   necessary at this time.  There are parts of it that are

12   important, have been important to transform elections in

13   this -- in this nation.

14             REPRESENTATIVE RAYMOND:  So, you believe --

15   so, you don't believe that this -- the Voting Rights Act

16   is necessarily necessary?

17             REPRESENTATIVE PHILLIPS:  Mr. Raymond, I'm

18   not going --

19             REPRESENTATIVE RAYMOND:  No.  No.

20             REPRESENTATIVE PHILLIPS:  I'm not going to

21   get into --

22             REPRESENTATIVE RAYMOND:  No.  No.  This is

23   important.

24             REPRESENTATIVE PHILLIPS:  Hold on.  Let me

25   answer.

126

1          REPRESENTATIVE RAYMOND:  Let me ask my

2     question.  Let me ask my question and then you can

3     answer.  You're a smart guy.

4          REPRESENTATIVE PHILLIPS:  You ask a question

5     and then you answer the question and then you ask a

6     question and you won't let me answer.

7          REPRESENTATIVE RAYMOND:  No.  No.  Okay.

8     Let me -- because I didn't ask it correct -- I didn't

9     ask it clearly, I think.

10          Do you believe -- do you believe that --

11     Mr. Phillips --

12          REPRESENTATIVE PHILLIPS:  Go ahead.  I'm

13     waiting for your question.

14          REPRESENTATIVE RAYMOND:  Let me ask this:

15     Do you recognize that Texas is a protected -- do you

16     know or do you recognize if Texas is a protected state

17     under the Voting Rights Acts?  Just yes or no.

18          REPRESENTATIVE PHILLIPS:  Yes, I do.

19          REPRESENTATIVE RAYMOND:  Okay.  So --

20          REPRESENTATIVE PHILLIPS:  The federal

21     government, under George Bush, they voted to extend the

22     Voting Rights Act for 25 years.  Yes, they did.

23          REPRESENTATIVE RAYMOND:  Okay.  So, you

24     recognize we're covered by that then?

25          REPRESENTATIVE PHILLIPS:  Yes, and that's

1    the whole point.  If we're covered by that, we're

2    covered by that, and we don't need to say oh -- you're

3    trying to impose something on this bill from a federal

4    perspective.  We either are or we aren't.

5                    REPRESENTATIVE RAYMOND:  Exactly.  All I'm

6    saying with this amendment -- all I'm saying with this

7    amendment -- and this is why I'm baffled as to why you

8    would move to table it -- is that if we don't comply

9    with the Voting Rights Act, it should not become a law.

10                   Is it your position if it does not comply

11   with the Voting Rights Act, it should still become law?

12                   REPRESENTATIVE PHILLIPS:  You're bringing

13   sections in and say that this has to apply to every

14   provision and --

15                   REPRESENTATIVE RAYMOND:  No.  No.  No.

16                   REPRESENTATIVE PHILLIPS:  -- that's not what

17   we need to do.  We need to leave that for the federal

18   government -- I mean, for the courts to decide whether

19   we comply because the lawyers have worked through this

20   to craft this, and we do not want to do anything that's

21   going to violate -- that's what we're going to do.

22                   REPRESENTATIVE RAYMOND:  This -- this very

23   specifically -- what you just said isn't accurate,

24   Larry.  This amendment very specifically -- this applies

25   just to one section of the bill --

House Floor Debate - Volume II                    March 23, 2011

128

1            REPRESENTATIVE PHILLIPS:  Right.

2            REPRESENTATIVE RAYMOND:  -- the voter

3     identification education section, that's all.

4            REPRESENTATIVE PHILLIPS:  Okay.

5            REPRESENTATIVE RAYMOND:  If you look at the

6     amendment --

7            REPRESENTATIVE PHILLIPS:  You're asking to

8     include, right -- you're asking to include and say this

9     section of federal law applies to what we're doing.

10    That's part of the -- I don't -- I mean, from our --

11    from my perspective, I don't need -- know that we need

12    to be here saying, well, gosh, we want everything to

13    apply to everything we do.

14            If it's covered by it, it's covered by it,

15    Mr. Raymond.  We don't need to include it.

16            REPRESENTATIVE RAYMOND:  Surely, you do --

17            REPRESENTATIVE PHILLIPS:  We don't determine

18    that.

19            REPRESENTATIVE RAYMOND:  Well, let me -- I

20    want to make sure I'm hearing you right.  Surely, you

21    would want us to comply with federal voting rights --

22            REPRESENTATIVE PHILLIPS:  Mr. Raymond,

23    that's exactly --

24            REPRESENTATIVE RAYMOND:  -- laws?

25            REPRESENTATIVE PHILLIPS:  -- the point that

1    we've been making.

2              REPRESENTATIVE RAYMOND:  You do want us to

3    comply with -- so I'm clear, you do want this -- you do

4    want --

5              REPRESENTATIVE PHILLIPS:  No.  We want to

6    comply with federal law.

7              REPRESENTATIVE RAYMOND:  Okay.  So, you

8    do --

9              REPRESENTATIVE PHILLIPS:  And that's exactly

10   the intended purpose of what we're doing here today in

11   trying to comply with federal law, and that's why we're

12   trying to keep this bill simple and the whole procedure

13   simple instead of adding stuff to it that may trigger a

14   section that does or does not apply.  I don't see the

15   problem with it.

16             REPRESENTATIVE RAYMOND:  Again, are you

17   saying that you want Senate Bill 14, the section that

18   I -- the voter identification education section, do you

19   want it to comply with the federal voting rights laws?

20             REPRESENTATIVE PHILLIPS:  I want this to

21   comply with Federal Rules, and if those voting rights

22   laws that are in effect apply to this and they are

23   constitutional, the Supreme Court will uphold it, and if

24   they don't, they won't.

25             REPRESENTATIVE RAYMOND:  Well, then all

130

1    the -- all my amendment says --

2              REPRESENTATIVE PHILLIPS:  No.  Your

3    amendment says this has to apply here, and -- and that's

4    something we're saying we're not going to start doing.

5    We could go through and say we want the entire

6    constitution of the United States to apply to this law.

7    It either does or it doesn't.  We don't need to do that

8    as a state.

9              REPRESENTATIVE RAYMOND:  We're taking

10   about --

11             REPRESENTATIVE PHILLIPS:  The federal

12   government -- the federal government passes the laws

13   that they do, and we're either going to follow those

14   laws or we're not.  We either have to or we don't.  And

15   that is part of the debate that is going on across this

16   nation of what we do.  And we do not want to -- we don't

17   want to incorporate federal -- we're trying to stop

18   federal laws that we don't agree with.

19             REPRESENTATIVE RAYMOND:  So, you believe

20   that -- so I'm clear, you believe that this section of

21   the bill, which deals with language, right, voter

22   identification education and the words language are used

23   in that section of the bill, you believe that they may

24   not need to comply with the Voting Rights Act; is that

25   correct?

House Floor Debate - Volume II                    March 23, 2011

131

1          REPRESENTATIVE PHILLIPS:  No.  Either --
2     they either do or they don't.
3          REPRESENTATIVE RAYMOND:  And if they don't,
4     then it should not -- it should not --
5          REPRESENTATIVE PHILLIPS:  No.  Then you're
6     starting to put a requirement or a hurdle that may or
7     may not need to be there.
8          REPRESENTATIVE RAYMOND:  Larry, how could
9     you -- how could you honestly look at me and say --
10    we're talking about --
11         REPRESENTATIVE PHILLIPS:  Because --
12         REPRESENTATIVE RAYMOND:  Let me finish my
13    question.
14         How could you honestly look at me and say we
15    have a major piece of legislation here -- how could you
16    look at me and honestly say we have a major piece of
17    legislation here and the section of the bill that deals
18    with voter identification education and uses the word
19    language because, obviously, in the State of Texas,
20    there are people like my grandmother who didn't speak
21    English but who was a United States citizen her whole
22    life, that that would not be covered and should not be
23    covered by the Voting Rights Act?  How could you
24    honestly say that, Larry?
25         SPEAKER:  Representative Allen has raised a

132

1    point of order that the gentleman's time is expired.

2    The point of order is well taken and sustained.

3              The Chair recognizes Representative Raymond

4    to close.

5              REPRESENTATIVE RAYMOND:  Again, Members,

6    it's -- it is -- it is frustrating in the year 2011 to

7    stand up here and be debating members of this

8    legislature who do not want -- who appear to be -- do

9    not want the Voting Rights Act to apply to this bill.

10             It is -- it is disheartening, it is wrong,

11   and I think in the end you will not prevail.  We shall

12   overcome.  I move adoption.

13             I move to reduce to writing the exchange

14   between Mr. Taylor and myself and my closing remarks to

15   writing and put in the journal.

16             SPEAKER:  You've heard the motion.  Is there

17   objection?

18             The Chair hears none.  So ordered.

19             Mr. Raymond sends up an amendment.  Mr.

20   Phillips move to table.  The question is on the motion

21   to table.  Vote aye, vote no.  Show Mr. Raymond voting

22   no.  Mr. Phillips voting aye.  Show Mr. Gonzales voting

23   aye.  Mr. Pena voting aye.  Mr. Driver voting aye.

24   Mr. Gutierrez voting no.  Ms. Truitt voting aye.  Show

25   Ms. Harless voting aye.  Ms. Giddings voting no.

133

1           Have all voted?  Show Ms. Truitt voting aye.
2      There being 100 ayes, 49 nays, motion to table prevails.
3           Following the amendment, the clerk will read
4      the amendment.
5           CLERK:  Amendment by Dutton.
6           SPEAKER:  The Chair recognizes
7      Representative Dutton.
8           REPRESENTATIVE DUTTON:  Thank you, Mr.
9      Speaker, Members.  This is an amendment that if you'll
10     recall on the very first day this bill was out here,
11     there was some confusion about whether or not the bill
12     specified calendar days or business days.
13          What this amendment does, it says simply
14     seven business days, which conforms to the Election Code
15     in regard to provisional ballots.
16          And so, with that, I move -- I don't know if
17     they've had a chance to look at it.  If you all don't
18     mind -- you all don't like it?  Okay.  Then I would wait
19     to close, Mr. Speaker.
20          SPEAKER:  The Chair recognizes
21     Representative Harless.
22          REPRESENTATIVE HARLESS:  Thank you, Members.
23     This -- we kind of had some debate about this on Monday.
24     This is the six days -- business days.  It's changing to
25     seven business days.

134

1          The problem with this is that provisional

2     ballots have to be counted within seven days, and if we

3     extend it to seven days, we are not looking in the Code

4     for the counting of the provisional ballots.  So, I ask

5     that you table this amendment.

6          SPEAKER:  The Chair recognizes

7     Representative Dutton to close.

8          REPRESENTATIVE DUTTON:  Mr. Speaker and

9     Members, if I agreed with her, I would vote yes on the

10    motion to table but the fact of the matter is that's not

11    the case.

12         If you'll read the amendment, what this

13    amendment does is changes it to seven business days.  It

14    was currently -- under the bill, it was six -- it was

15    six days, not six business days or six calendar days but

16    this just simply changes it to seven business days.

17         In addition, what we also did, if you'll

18    look on line 11, rather than the 7th day after the

19    election, it changes it to the 9th day.  And so, that's

20    what the difference is.

21         And the reason I offer this is because if

22    you count the days from say a Tuesday on an election day

23    and if you had two holidays -- if you had two days that

24    were holidays, that it seemed to me that it was fairer

25    to make it 7 business days as opposed to 6 calendar days

135

1    because 1 of those 6 days or 2 of those 6 days could be

2    taken up in a holiday period.

3                And so, therefore, it was unclear as to

4    whether or not you would still count those days because

5    the bill doesn't specify that.  My amendment makes it

6    clear, however, that it is 7 business days and you have

7    to do it by then.

8                It also, again, changes what Ms. Harless

9    complains about from being the 7th day to the 9th day

10   after the election.  And so, that's what the amendment

11   does, and I would ask you to vote no on the motion to

12   table.

13               SPEAKER:  Mr. Dutton sends up an amendment.

14   Ms. Harless moves to table.  This is on the motion to

15   table.  Vote aye, vote no.  Show Ms. Harless voting aye.

16   Mr. Dutton voting no.

17               Have all voted?  Show Mr. Gonzales voting

18   aye.  Have all voted?  Being 99 ayes, 48 nays, motion to

19   table prevails.

20               The Chair recognize Representative Hunter

21   for a motion.

22               REPRESENTATIVE HUNTER:  Mr. Speaker,

23   Members, I move to suspend all necessary rules to allow

24   the Committee on Calendars to consider and set a

25   calendar at 6:45 p.m. today in place 3W15.

136

1          I also request permission for the Committee

2    on Calendars to meet while the House is in session at

3    6:45 p.m. today in 3W15 to consider and set a calendar.

4          SPEAKER:  Members, you've heard the motion.

5    Is there objection?

6          The Chairs hears none.  So ordered.

7          The Chair recognizes Representative Phillips

8    for an announcement.

9          REPRESENTATIVE PHILLIPS:  Thank you, Mr.

10   Speaker, Members.  Those on the Transportation

11   Committee, we're going to cancel the transportation

12   continuation of the hearing tonight and we'll be posting

13   for Monday to finish what we need to.  We'll do all that

14   posting later.  Monday at 9:00.

15         SPEAKER:  Following the announcement, the

16   clerk will read the announcement.

17         CLERK:  The Committee on Calendars will meet

18   at 6:45 p.m. on March 23rd, 2011 at 3W.15.  This will be

19   a formal meeting to consider and set a calendar.

20         SPEAKER:  Following the amendment, the clerk

21   will read the amendment.

22         CLERK:  Amended by Hernandez Luna.

23         SPEAKER:  The Chair recognizes Ms.

24   Hernandez Luna.

25         REPRESENTATIVE HERNANDEZ LUNA:  Thank you,

137

1    Mr. Speaker, Members.  This you can call the Anna

2    Hernandez Luna amendment.  This is for married -- women

3    that have been recently married or divorced prior to an

4    election and their driver's license may not match with

5    their names on the registered voters' list.

6                 Currently the bill allows for the election

7    officer to make a determination of whether that name is

8    substantially similar but I think if I show up to vote

9    and I show my driver's license that I should be able to

10   sign an affidavit stating that I am who I say I am under

11   penalties of perjury by signing that affidavit.

12                 SPEAKER:  Ms. Hernandez Luna sends up an

13   amendment.  There's objection to the amendment.  It's a

14   record vote on the amendment.  This is on the amendment.

15   Clerk ring the bell.  Show -- show Ms. Hernandez -- this

16   is on the amendment.  Show Ms. Hernandez -- Hernandez

17   Luna voting -- voting aye.  Show Ms. Harless voting no.

18   Show Mr. Lucio voting aye.  Show Mr. Martinez Fischer

19   voting aye.

20                 Have all voted?  Show Mr. Veasey voting aye.

21   Have all voted?  There being 49 ayes and 99 nays, the

22   amendment fails to adopt.

23                 Following the amendment, the clerk will read

24   the amendment.

25                 CLERK:  Amendment by Burnam.

138

1              SPEAKER:  The Chair recognize Representative
2     Burnam.
3              REPRESENTATIVE BURNAM:  Mr. Speaker,
4     Members, we alluded to this amendment earlier this
5     afternoon when we were discussing the problem with the
6     program that, frankly, disenfranchises, from a driving
7     standpoint, over a hundred thousand Texans every year.
8              This amendment would address that.  It says
9     a temporary driving permit issued by the Department of
10    Public Safety following the revocation of a driver's
11    license.  We alluded to the form and the permit, which
12    has to be signed by an officer.  This is not something
13    that's likely to be forged but it would allow these
14    people who are in this transitional situation the
15    opportunity to vote in the event that this occurs the
16    week before or two weeks before an election.
17             Move its adoption.
18             SPEAKER:  Representative Burnam sends up an
19    amendment.  There is objection to the amendment.  The
20    question occurs on the adoption of the Burnam amendment.
21    Vote aye, vote nay.  Show Mr. Burnam voting aye.  Show
22    Ms. Harless voting no.  Mr. Lucio voting aye.  Mr.
23    Anchia voting aye.  Mr. Strama voting aye.  Show
24    Mr. Eiland voting aye.
25             Have all voted?  Being 48 ayes and 100 nays,

139

1    the amendment failed to adopt.

2              Following the amendment, the clerk will read

3    the amendment.

4              CLERK:  Amendment by Anchia.

5              SPEAKER:  The Chair recognizes

6    Representative Anchia.

7              REPRESENTATIVE ANCHIA:  Thank you,

8    Mr. Speaker and Members.  The -- the bill that we have

9    before us creates all sorts of affidavits and

10   exceptions, some of which have been removed but that the

11   removal of those exceptions potentially create problems

12   in terms of the constitutionality.  No longer do we have

13   an age exception.  No longer do we have an indigent

14   exception.  No longer do we have a religious --

15   religious objection.  All of those have been removed,

16   which I think creates a problem for this bill.

17             So, this amendment does something very

18   simple.  It says if you have your photo ID, terrific,

19   you vote.  If you have -- if you show up with your voter

20   registration certificate, you vote a provisional ballot.

21   Okay.

22             That provisional ballot then goes before --

23   excuse me.  That provisional ballot is accompanied by an

24   affidavit that you sign.  Okay.  That provisional ballot

25   and affidavit is then sealed and it's sent to the Ballot

140

1    Board.  The Ballot Board, as all of you know, came with

2    elections.  They are bipartisan boards that each county

3    has.

4              When the Ballot Board looks at the

5    provisional ballot, they will do a signature match of

6    the affidavit and the application to register to vote

7    that they have on file.  That signature match is then

8    currently with mail in ballots.  Okay.  So, this

9    legislature believes that the mail in ballot signature

10   match is good enough for an anonymous form of voting.

11   This signature match would (Inaudible) for an in person

12   form of voting with an affidavit, a signature match and

13   then the provisional ballot would become a regular

14   ballot if the signatures were substantially similar as

15   established by the Ballot Board.

16             This will obviate the need for someone to

17   come back six days later and try to prove up their

18   identity.  This would occur just like -- these ballots

19   would be canvassed just like provisional ballots are

20   canvassed -- excuse me -- just like mail in ballots are

21   canvassed, and we don't have to worry about six days

22   later, we don't have to worry about any of the

23   affidavits that are currently in the bill or the

24   exceptions that are currently in the bill.  You wipe out

25   all of the exceptions and you just treat all people that

141

1    come in with a voter registration card the same way.

2    They vote a provisional ballot, they then do a signature

3    match.

4              It's simple.  They do this in the State of

5    Florida.  It works very well, and it will prevent Texans

6    from being left behind.  I think this is a reasonable

7    approach and a much better approach than is currently

8    contained in this bill.  I move adoption.

9              SPEAKER:  The Chair recognizes

10   Representative Hancock in opposition.

11             REPRESENTATIVE HANCOCK:  Yes, Members, I

12   move to table this bill.  This actually weakens the bill

13   due to treating provisional ballots as absentee ballots.

14   I move to table.

15             SPEAKER:  Mr. Strama, for what purpose?

16             REPRESENTATIVE STRAMA:  For a question.

17   Will the gentleman yield for a question?

18             SPEAKER:  Mr. Hancock, do you yield?

19             REPRESENTATIVE HANCOCK:  Yes.

20             SPEAKER:  The gentleman yields.

21             REPRESENTATIVE STRAMA:  Thank you,

22   Representative Hancock.

23             Frankly, I think this is the amendment that

24   highlights the crux of the issue here.  And there are

25   two ways to look at it.  We can look at it as this

142

1   weakens the bill but highlights the underlying

2   vulnerability of the bill at its essence or this bill

3   puts the election day voting process on a par with

4   absentee voting, which you guys don't eliminate under

5   this bill.

6            Here's my question:  Why shouldn't people

7   who show up at the polling place on election day with

8   the intention of voting in person be allowed to

9   authenticate their ballot through the provisional voting

10  process in the same way this bill allows people who vote

11  by mail to authenticate their identity through the mail

12  in voting process?

13           REPRESENTATIVE HANCOCK:  I think if you're

14  looking to improve or maybe strengthen the absentee

15  ballot process, I'd be glad to look at that bill.

16           REPRESENTATIVE STRAMA:  That's not the

17  question I asked.

18           REPRESENTATIVE HANCOCK:  That's not what

19  we're doing here in this bill.  And

20  Representative Harless has actually done a pretty good

21  job of providing guidelines regarding provisional

22  ballots.  And so, in the move to table, what I'm saying

23  is I appreciate the good work she's done, the committee

24  has done in this looking at this bill and think that the

25  provisions that are in there for provisional ballots are

143

1   sufficient at this time.

2              REPRESENTATIVE STRAMA:  Let me ask you this:

3   Are you -- are you concerned -- well, let me ask you a

4   different way.

5              Do you believe people should have the right

6   to vote by mail?  Under current law, you have an

7   unlimited right to vote by mail if you're 65 or if

8   you're sick or if you're disabled or if you're going to

9   be traveling.  Do you think that that's a fair thing to

10  allow people to do?

11             REPRESENTATIVE HANCOCK:  Well, we're

12  actually not talking about voting by mail.  We're

13  talking about voter ID and --

14             REPRESENTATIVE STRAMA:  Okay.  I'm capable

15  of understanding the relationship between my question

16  about the validity of voting by mail and the

17  implications that have for the merits of this bill.  So,

18  could you answer the question that I asked about whether

19  you think it is right that people be allowed to vote by

20  mail?

21             REPRESENTATIVE HANCOCK:  But I think the

22  question and the communication between the front mic and

23  the back mic is actually supposed to be about the

24  amendment that's on the floor and the amendment says --

25             REPRESENTATIVE STRAMA:  Do you want me to

144

1    draw the line between the validity of the absentee

2    balloting process to the validity of an amendment that

3    allows people to vote a provisional ballot with the same

4    signature verification process that we allow for people

5    who vote by mail?  Do you want me to draw that line for

6    you more clearly or do you want to answer my question?

7                  REPRESENTATIVE HANCOCK:  Well, what I was

8    saying is if you would like to distinguish the

9    difference between a provisional ballot, which

10   Representative Harless has clearly addressed in the bill

11   in many provisions, and the weakening of that by

12   applying a mail in ballot, then we can discuss the

13   distinction but I'd rather stick on the bill and the

14   amendment and how it applies to the bill.

15                 REPRESENTATIVE STRAMA:  What this amendment

16   does is it would subject that provisional ballot to the

17   same verification process as a mail in ballot, which I

18   believe makes my question germane to this amendment.  Do

19   you believe mail in ballots should be allowed under the

20   current law?

21                 REPRESENTATIVE HANCOCK:  I believe that the

22   difference in the mail in ballot provisions that we have

23   and the provisions that Ms. Harless has addressed for

24   provisional ballots are significantly different and

25   would actually weaken the bill.

House Floor Debate - Volume II                March 23, 2011

1      REPRESENTATIVE STRAMA:  You are correct that
2  they are significantly different.  The question is why?
3      REPRESENTATIVE HANCOCK:  Well, I believe
4  that Ms. Harless has addressed the provisional ballots
5  in an ample way that allows everyone to vote, and I do
6  believe that there are differences that would actually
7  weaken the bill if we pass this amendment.
8      REPRESENTATIVE STRAMA:  Do you think people
9  should be allowed to vote by mail?
10      REPRESENTATIVE HANCOCK:  I believe that Ms.
11  Harless has given everybody that comes to a voting place
12  the opportunity to vote and she does that very
13  adequately in a provisional --
14      REPRESENTATIVE STRAMA:  Do you believe --
15      REPRESENTATIVE HANCOCK:  And I believe if we
16  accept the amendment that it actually weakens the bill.
17      REPRESENTATIVE STRAMA:  Let me ask my
18  question a different way.
19      Do you think people should be allowed to
20  vote by mail without showing photo ID?
21      REPRESENTATIVE HANCOCK:  I believe that the
22  bill is addressing photo ID, and I'd be glad to talk
23  about that.  The provisional ballot allows them to vote
24  with a photo ID under the provisions that she's applied
25  in the bill.

146

1              REPRESENTATIVE STRAMA:  Let me ask the

2      question a different way.

3              Do you believe that under the provisions of

4      this bill a person is allowed to vote an absentee ballot

5      by mail without demonstrating photo identification?

6              REPRESENTATIVE HANCOCK:  I don't believe

7      that this bill or the amendment addresses absentee

8      ballot mail in.

9              REPRESENTATIVE STRAMA:  So, then --

10             REPRESENTATIVE HANCOCK:  What you're

11     attempting to do is actually weaken the provisional

12     ballot process that Ms. Harless has addressed very

13     clearly in the bill.

14             REPRESENTATIVE STRAMA:  Okay.  Let's --

15     let's try to reason together, Representative Hancock.

16     Do you understand why I'm asking about mail in ballots

17     even though this amendment deals specifically with

18     provisional ballots, it is because there is a standard

19     for verifying the validity of a mail in ballot and this

20     amendment would adopt that standard for validating a

21     provisional ballot, so, I don't think you can argue that

22     I'm not being germane to the amendment.  You might

23     choose not to answer the question for other reasons but

24     it's not because I'm not being relevant to the

25     amendment.

147

1           So, my question is do you agree that under

2    the law as it will be if this bill passes, individuals

3    are allowed under the law to cast a mail in ballot

4    without demonstrating photo ID?

5           REPRESENTATIVE HANCOCK:  I believe you've

6    properly addressed that there is a difference in a mail

7    in ballot and a provisional ballot and the intent to

8    apply a mail in ballot standard for provisional ballots

9    significantly weakens this bill.

10          REPRESENTATIVE STRAMA:  So, then the mail in

11   ballot standard in current law is not a valid standard

12   for authenticating the identity of the voter, is that

13   your position?

14          REPRESENTATIVE HANCOCK:  There's a

15   significant difference in what we call the mail in

16   ballot and the provisions that we have in a mail in

17   ballot and the provisions that Ms. Harless has required

18   in the bill that allow anyone to --

19          REPRESENTATIVE STRAMA:  That's the point of

20   this amendment, there are significant differences.  The

21   point of this amendment is there is no rational basis

22   for those differences.  There's no rational basis.

23          So, my question is if you believe it is

24   not -- it is not sufficiently protective of the

25   integrity of the electoral process to allow a signature

148

1    match to validate the identity of a provisional voter,

2    then why is it acceptable to you to allow a signature

3    match to validate the identity of a mail in voter?

4              REPRESENTATIVE HANCOCK:  I think you have

5    properly addressed the fact that a mail in ballot may

6    cause some problems in the integrity of the voting.

7    Ms. Harless has done an excellent job regarding voter ID

8    in her desire to maintain voting integrity within the

9    provisions of a provisional ballot.

10             REPRESENTATIVE STRAMA:  I think I'm out of

11   time.

12             SPEAKER:  Representative Woolley raised a

13   point of order.  The gentleman's time expired.  Point of

14   order is well taken.  Sustained.

15             Representative Hunter, Cook, Rodriguez,

16   Truitt, Branch, Lucio, (Inaudible) Patrick,

17   Representative Kolkhorst, Keffer and Bonham, (Inaudible)

18   Calendars Committee on the motion to Representative

19   Hancock, Representative Garren, Calenders Committee on

20   the motion (Inaudible).  Is there objection?

21             Chair hears none.  So ordered.

22             Chair recognizes Representative Anchia to

23   close.

24             REPRESENTATIVE ANCHIA:  Thank you, Mr.

25   Speaker and Members.  I just don't think Representative

1    Hancock has a handle what this does.  He says it weakens

2    the bill.  It certainly does not do that.  I think it

3    improves the bill by allowing a person who comes with a

4    voter registration certificate to be able to execute the

5    same type of affidavit that's found throughout this

6    bill, Members.

7              And then it subjects -- then they go to

8    professional ballot but the difference between the

9    approach that is contained in this bill and the approach

10   that's contained in the amendment is that that

11   provisional ballot may be counted if the signatures

12   match, and it obviates the need for person to come back

13   6 days later.

14             It makes the most sense in the world.  It's

15   how we treat mail in ballots today.  And mail in

16   ballots, as you all know, are exempted from this bill.

17   They are specifically ignored by this bill.

18             So, if it's good enough for mail in ballots,

19   it certainly should make some sense for how we count

20   these provisional ballots through the --

21             REPRESENTATIVE STRAMA:  Does the gentleman

22   yield?

23             REPRESENTATIVE ANCHIA:  Yes, I yield.

24             SPEAKER:  Mr. Strama, for what purpose?

25             REPRESENTATIVE STRAMA:  To ask a couple of

150

1    questions.  We agree on this bill, Representative

2    Anchia.  We're co-authors.

3              REPRESENTATIVE ANCHIA:  I'm only going to

4    yield for one.  No, I'm kidding.

5              REPRESENTATIVE STRAMA:  I just want to get

6    in the record some facts, if you don't mind.

7              REPRESENTATIVE ANCHIA:  Please.

8              REPRESENTATIVE STRAMA:  Is it the case under

9    current law that one does not have to show photo ID to

10   vote by mail?

11             REPRESENTATIVE ANCHIA:  That is correct.

12             REPRESENTATIVE STRAMA:  Is that continued --

13   will that continue to be the case if the bill passes as

14   current in its current form?

15             REPRESENTATIVE ANCHIA:  Yes, it will.

16             REPRESENTATIVE STRAMA:  Isn't it the logical

17   conclusion of Representative Hancock's argument just now

18   that that is an unsatisfactory outcome if your amendment

19   is not acceptable, if it does not set a high enough

20   standard for validating the identity of the voter, then

21   how can they tolerate -- given all we've heard about the

22   integrity of the election being sacrificed, how can they

23   tolerate allowing people to vote by mail without

24   demonstrating photo ID?

25             REPRESENTATIVE ANCHIA:  I believe -- I

1   believe that was his conclusion.  I also see the patent

2   inconsistency in that conclusion, which leads me to

3   further believe that this bill is not about the

4   integrity of elections because if it were --

5               REPRESENTATIVE STRAMA:  I'm saddened to say

6   I'm reaching the same conclusion.

7               REPRESENTATIVE ANCHIA:  I fear -- at the

8   outset of this debate, I feared that that might be one

9   of the outcomes, and I think the -- and I think not

10   taking this amendment causes me to have even deeper

11   concerns about the motivations behind this bill.

12               It's really silly that we're going to be

13   treating mail in ballots where 70 percent of the fraud

14   occurs according to the AG's convictions, with a

15   signature match, whereas, the provisional ballots

16   hereunder we would not even treat with a signature match

17   and allow to become a regular ballot if those signatures

18   were substantially similar.  I -- I don't understand the

19   logic and it is -- it is allowing me to come to the

20   conclusion that this must not be about ballot integrity.

21               Thank you, Members.  I -- I ask that you

22   vote against the motion to table.

23               SPEAKER:  Representative Anchia sends up an

24   amendment.  Representative Hancock moves to table.  This

25   is on the motion to table.  Vote aye, vote nay.  Show

152

1    Ms. Harper Brown voting aye.

2              Have all voted?  Show (Inaudible) voting no.

3    Show Mr. Bonnen voting aye.  Show Ms. Truitt voting aye.

4              Have all voted?  Being 94 ayes and 47 nays,

5    motion to table prevails.

6              Following the amendment, the clerk will read

7    the amendment.

8              CLERK:  Amendment by Menendez.

9              SPEAKER:  The Chair recognizes Mr. Menendez.

10             REPRESENTATIVE MENENDEZ:  Thank you,

11   Mr. Speaker, Members.  I'd like to get your attention

12   real briefly because this is amendment is an amendment

13   that 88 of us have said we support.  88 of us have

14   joined my good friend, Representative Burt Solomons, in

15   saying we no longer want to send unfunded mandates to

16   our cities and our counties.

17             So, if we don't want to send any unfunded

18   mandates, then we need to follow this.  This amendment

19   simply says that if any of your counties deem the

20   implementation of this bill to be a financial burden,

21   they don't have to implement it at this time.  They get

22   to choose when they get to implement it.

23             The reason that I bring this amendment

24   before you, Members, is I know that most of you and some

25   of you in rural counties, your county will be able to

153

1    implement this without a problem but some of us in the

2    larger urban counties -- I have here an article from a

3    newspaper where our elections administrator said of

4    course, it's going to cost more money.  If we get

5    10,000 -- 10 or 10,000 provisional votes, those people

6    will all have the opportunity to bring a photo ID to our

7    office down the street.

8              It also said the election office might need

9    to be open on weekends to serve those who could not come

10   by on the weekdays.

11             Members and state affairs, we heard from the

12   county judges and Commissions Associations of Texas, we

13   heard from the urban county, the Judges -- County Judges

14   Commission Association of Texas, (Inaudible) County

15   Judge, Urban County, Hobson County, Texas Association of

16   County Justice Police Officers, Texas Municipal League,

17   Houston County judge and (Inaudible) saying -- saying

18   please don't send any more unfunded mandates.

19             The question that I had in discussing this

20   amendment with my good friend Bill Callegari, a joint

21   author --

22             SPEAKER:  Mr. Gallego, for what purpose?

23             REPRESENTATIVE GALLEGO:  Mr. Speaker, would

24   the gentleman yield?

25             REPRESENTATIVE MENENDEZ:  Just one second

154

1    and I'll be happy to yield.

2                SPEAKER:  Not at this time.

3                REPRESENTATIVE MENENDEZ:  As I discussed

4    this with Bill Callegari, I said, "Bill, the question is

5    do we or do we not trust our county judges and

6    commissioners court?"

7                And he said, "I trust mine."

8                I trust mine, too.  The question is do you

9    trust yours and do we believe in not sending unfunded

10   mandates as a matter of principle or only when it's

11   convenient to us?

12               So, it's either a principle that we will no

13   longer send unfunded mandates -- if you sign on as a

14   joint author and co-author, and 88 of us have, then you

15   should support this amendment.

16               I will yield at this time.

17               REPRESENTATIVE GALLEGO:  Mr. Speaker?

18               SPEAKER:  Mr. Gallego, for what purpose?

19               REPRESENTATIVE GALLEGO:  Will the gentleman

20   yield for a question?

21               REPRESENTATIVE MENENDEZ:  I'd be happy to

22   yield.

23               REPRESENTATIVE GALLEGO:  Mr. Menendez, in

24   fact, the issue of local mandates -- unfunded mandates

25   has been a fairly large -- a fairly big theme this

House Floor Debate - Volume II                    March 23, 2011

155

1    session, has it not?

2              REPRESENTATIVE MENENDEZ:  Yes, it has.

3              REPRESENTATIVE GALLEGO:  And the proposed

4    constitutional amendment that you were talking about is

5    HJR 56 that's authored by Mr. Solomons, Mr. Callegari,

6    Ms. King and Ms. Kolkhorst?

7              REPRESENTATIVE MENENDEZ:  That's correct.  I

8    am also a co-author of that because I believe in it.

9              REPRESENTATIVE GALLEGO:  Were you aware that

10   88 members of the legislature -- 88 members of the

11   House, 88 out of the 150 have signed on in support of

12   this resolution, which would essentially restrict these

13   unfunded mandates to the local governments -- to units

14   of local governments, like counties, for example?

15             REPRESENTATIVE MENENDEZ:  Absolutely, I am

16   aware of it.  I have a list here of all 88 of them, and

17   it's a bipartisan group.

18             REPRESENTATIVE GALLEGO:  So, as an example,

19   as you go through, Mr. Alised has signed onto the

20   amendment to essentially prohibit unfunded mandates; is

21   that correct?

22             REPRESENTATIVE MENENDEZ:  That's correct.

23   Yes.

24             REPRESENTATIVE GALLEGO:  And I believe his

25   county judge testified in the state affairs hearing that

TX_00212996

156

1    you referred to?

2              REPRESENTATIVE MENENDEZ:  Yes.  Judge

3    (Inaudible) and other judges from Houston County, yes.

4              REPRESENTATIVE GALLEGO:  Mr. Anchia has

5    signed on to support the resolution prohibiting unfunded

6    mandates?

7              REPRESENTATIVE MENENDEZ:  Correct.

8              REPRESENTATIVE GALLEGO:  As has Dr.

9    Anderson, Doc Anderson, Rodney Anderson, Ms. Beck,

10   Burman, Bohac, Bonnen, Brown, Burkett, Button, Cain,

11   Carter, Chisum, Christian, Cook, Creighton, Crownover,

12   John Davis, Driver, Elkins, Flynn, Frullo, Gallego,

13   Garza, Geren, Hamilton, Hancock -- 88 members.

14             REPRESENTATIVE MENENDEZ:  Yes, sir.

15             REPRESENTATIVE GALLEGO:  So, if these 88

16   members have signed on to support this restriction on

17   unfunded mandates, is not your amendment a restriction

18   on unfunded mandates also?

19             REPRESENTATIVE MENENDEZ:  Absolutely, but my

20   amendment is even easier.  It really just says that your

21   county commissioners court has the decision at which

22   point to implement this would no longer be a financial

23   burden on the county.

24             In essence, we're saying to our local

25   taxpayers we respect your pocketbook.  In my opinion,

1   this is going to cost some counties -- they are going to

2   need to hire more people.  It's going to cost the

3   taxpayers more money to implement this bill, and if

4   we're honest about no unfunded mandates, not shoving

5   more costs down to the local taxpayers, then please

6   support this amendment.  It's a simple common sense

7   amendment.

8              REPRESENTATIVE GALLEGO:  The first principle

9   that we talked about is no unfunded mandates; is that

10  correct?

11             REPRESENTATIVE MENENDEZ:  That's correct.

12             REPRESENTATIVE GALLEGO:  The second

13  principle that you just annunciated is the principle of

14  local control.  Explain to me how your amendment

15  essentially supports local government.

16             REPRESENTATIVE MENENDEZ:  What it does is

17  specifically says that a commissioners court of the

18  county that finds that the implementation of the photo

19  ID requirement would be a financial burden on that

20  county, they would have the right not to have this

21  section apply to them.  So, the counties can allow when

22  they implement it.

23             Now, here's the other thing, it's not in

24  perpetuity.  The county can decide we're not ready at

25  the next election but they might be ready at the next

TX_00212998

158

1    election after that.  So, they might take an election

2    off and then they say, "You know what, we've geared, we

3    have the staffing, this will no longer be a financial

4    burden on us."

5                   REPRESENTATIVE GALLEGO:  That's where the

6    local control comes?

7                   REPRESENTATIVE MENENDEZ:  Exactly.

8                   REPRESENTATIVE GALLEGO:  And so, they can

9    opt out for this next election cycle until they have the

10   opportunity to review the costs and make arrangements,

11   budget those costs, factor those costs into the equation

12   before making a decision?

13                  REPRESENTATIVE MENENDEZ:  Correct.  I mean,

14   you know, Representative Gallego, we're not putting any

15   money in this for the elections administration.  We're

16   not putting any money for the counties to handle the 6

17   day period where people have to come back.

18                  REPRESENTATIVE GALLEGO:  This is an unfunded

19   mandate?

20                  REPRESENTATIVE MENENDEZ:  In essence, it is

21   an unfunded mandate.

22                  REPRESENTATIVE GALLEGO:  88 of us have

23   signed on against unfunded mandates.

24                  REPRESENTATIVE MENENDEZ:  There's correct.

25                  SPEAKER:  Representative Sheffield raises a

159

1     point of order.  The gentleman's time has expired.  The

2     point of order is well taken.  It's sustained.

3              The Chair recognizes Representative Phillips

4     to speak against.

5              REPRESENTATIVE PHILLIPS:  Thank you Mr.

6     Speaker, Members.  I speak against this amendment.

7     While we don't want unfunded mandates, I don't believe

8     there is an unfunded mandate here.  And what we want is

9     confidence in elections, and what this would allow would

10    be a county by the county opt out.  Just read it.

11             If this particular county here decides that

12    they don't want to do this provision or this county

13    there decides they want to do that, then we don't have

14    uniform laws on election.  That's why we have uniform

15    laws on election.

16             You know, it's interesting, the letter from

17    the co-chairs of the commission on federal election

18    reform, Jimmy Carter and James Baker said elections are

19    the heart of Democracy, they're instruments for the

20    people to choose leaders and hold them accountable.  At

21    the same time, elections are core public function, which

22    all other government responsibility depends.  If

23    elections are defective, the entire Democratic system is

24    at risk.

25             We do not want to put that at risk.

160

1               REPRESENTATIVE HANCOCK:  Mr. Speaker?

2               REPRESENTATIVE PHILLIPS:  And I would move

3     to table.

4               SPEAKER:  Representative Hancock, for what

5     purpose?

6               REPRESENTATIVE HANCOCK:  Question.

7               REPRESENTATIVE PHILLIPS:  I would.

8               REPRESENTATIVE HANCOCK:  Mr. Phillips, are

9     you aware that --

10               SPEAKER:  The gentleman yields.

11               REPRESENTATIVE HANCOCK:  -- (Inaudible)

12     committee Secretary of State's office?

13               REPRESENTATIVE PHILLIPS:  While I was not

14     there, I have been told that the Secretary of State said

15     there would be no additional cost to the county,

16     something to that effect.

17               REPRESENTATIVE HANCOCK:  That is correct.

18     Thank you very much.

19               REPRESENTATIVE PHILLIPS:  I would move to

20     table again.

21               REPRESENTATIVE MENENDEZ:  Mr. Speaker?

22     Mr. Speaker?

23               SPEAKER:  Representative Menendez, for what

24     purpose?

25               REPRESENTATIVE MENENDEZ:  I was wondering if

161

1    the gentleman would yield for a question?

2             REPRESENTATIVE PHILLIPS:  Yeah, quickly.

3    It's a busy night.

4             REPRESENTATIVE MENENDEZ:  Larry, I respect

5    you tremendously.  You and I are both co-authors of the

6    no unfunded mandate constitutional amendment but you

7    said that you didn't think it was an unfunded mandate.

8             The reason I brought this forward is there's

9    an article in today's newspaper in my home town where

10   the elections administrator said of course, it's going

11   to cost more and the reason being, you're aware of the

12   provision in the bill that state that they have 6 days

13   to prove whether or not they have a photo ID or whether

14   or not they have a religious objection to having their

15   picture taken.  Are you aware of that, the bill?

16            REPRESENTATIVE PHILLIPS:  You're going to

17   have to repeat that.  If it's an amendment, then I don't

18   know that that is -- that amendment -- that that is

19   still there.

20            REPRESENTATIVE MENENDEZ:  The bill -- I'll

21   ask you a hypothetical.

22            REPRESENTATIVE PHILLIPS:  That may have come

23   out of the bill.  So, I don't want to say it's still

24   there.  We've had so many amendments that we've gone

25   through here.

162

1          REPRESENTATIVE MENENDEZ:  Well, I'm pretty

2    sure it is because the amendment prior to this amendment

3    was the amendment that would allow for the verification

4    of signatures for provisional ballots and that was

5    turned away.

6          REPRESENTATIVE PHILLIPS:  I think Harper

7    Brown -- anyway, I believe it did but go ahead.

8          REPRESENTATIVE MENENDEZ:  All right.  I'll

9    get clarification but the reason -- the reason my

10   county -- are you aware that the reason my county

11   believes this is an unfunded mandate is they are going

12   to have to keep their office open possibly on the

13   weekend to allow for the people that do cast a

14   provisional ballot to come in and proof that they have

15   an ID or they have a religious objection.

16         REPRESENTATIVE PHILLIPS:  You know, I think

17   that -- what's that?  Yeah, I think it went -- I think

18   it went out but, nonetheless, what we're talking about

19   is confidence in elections, and that's why a majority of

20   it Texans support this.  Whether they're Republican or

21   Democrat, whether they're minority or not, they support

22   this under the polls done here in the state, and it

23   continues because they want consistent -- consistency in

24   elections is what they want, and we don't need to allow

25   a patchwork across the state.

163

 1              And, again, the testimony said there would
 2    be no further cost from the Secretary of State.  Again,
 3    that's my understanding.  I wasn't there.  And I
 4    appreciate you wanting to guard against unfunded
 5    mandates but I don't think this is the bill to do that,
 6    and I would respectfully move to table.
 7              REPRESENTATIVE MENENDEZ:  Let me ask a
 8    question.  Do you trust your county commissioners court?
 9              REPRESENTATIVE PHILLIPS:  I trust my county
10    commissioners?
11              REPRESENTATIVE MENENDEZ:  Yeah, do you trust
12    them?
13              REPRESENTATIVE PHILLIPS:  I have a bunch of
14    great county commissioners.
15              REPRESENTATIVE MENENDEZ:  Well, then you
16    shouldn't have a problem because we're letting them
17    decide if this is a burden.
18              REPRESENTATIVE PHILLIPS:  No.  But you're
19    going to allow a patch quilt is what you're going to
20    have because you're going to have this county decide it
21    and this county doesn't.
22              I move to table, respectfully.
23              SPEAKER:  The Chair recognizes
24    Representative Menendez.
25              REPRESENTATIVE MENENDEZ:  Thank you,

164

1    Mr. Speaker, Members.  You know, I understand what the

2    testimony was from the Secretary of State's office but,

3    Members, the implementation of elections happen at the

4    local level, at the county level, and if an elections

5    administrator for one of our urban counties says of

6    course it's going to cost more money, at a very minimum

7    this first time we have no idea how many provisional

8    ballots are going to be cast.  I believe that each and

9    every one of you in this room, you know and you trust

10   your county commissioners and your judges.

11              It doesn't say that one commissioner, it

12   doesn't say one judge.  It says the commissioners court.

13   A majority of the commissioners in your county would

14   vote to say that this bill would be a financial burden.

15              I mean, if you think it's okay to create a

16   financial burden on your county, then go ahead and vote

17   on the motion to table but if you believe that we should

18   not put more financial burdens on our local counties,

19   then please vote against the motion to table.

20              This is not an RD amendment.  This is not

21   whether you're for voter ID or not.  This is whether

22   you're for your commissioners court to understand the

23   financial situation of their budgets and how they're

24   going to handle their elections.

25              I do think -- I know that we're having the

1    urban leagues -- urban counties look at this.  I think

2    if you check in with your commissioners, they would ask

3    you for the support on stopping the sending of unfunded

4    mandates.

5              If they can do it, if they're ready for it,

6    they will vote to do it.  So, you have to trust and you

7    have to believe in what you say.  If you're one of the

8    88 members, I expect you to vote against the motion to

9    table.  Thank you.

10             SPEAKER:  Representative Menendez sends up

11   an amendment.  Representative Phillips moves to table.

12   Question occurs on the motion to table.  Vote aye, vote

13   no, Members.  The clerk will ring the bell.

14             Show Mr. Phillips voting aye.  Mr. Menendez

15   voting no.

16             Have all members voted?  Show Ms. Truitt

17   voting aye.  Have all members voted?  Show Ms. Kolkhorst

18   voting aye.  Being 98 ayes, 48 nos, motion to table

19   prevails.

20             I'm sorry.

21             Following the amendment, the clerk will read

22   the amendment.

23             CLERK:  Amendment by Anchia.

24             SPEAKER:  Is Mr. Anchia on the floor of the

25   House?

166

1             The Chair recognizes the fast moving member

2    from Dallas, Representative Anchia.

3             REPRESENTATIVE ANCHIA:  Thank you, Mr.

4    Speaker and Members.  I'm trying to -- I'm just trying

5    to fix your bill.

6             Okay.  Okay.  Thank you, Mr. Speaker and

7    Members.  This amendment clarifies that free IDs were

8    given to individuals who register to vote when they

9    apply for a duplicate ID.  And hear me out because

10   currently in Section 20 of the bill, there's a mistake.

11   The bill only provides for free IDs for new or

12   renewals -- or renewal IDs, it's only for new or

13   renewals but does not provide for free IDs for

14   duplicates.

15            This bill doesn't touch the section --

16   Section 521 spot 424 of the Transportation Code that

17   deals with the IDs that people are given when they need

18   to do an address change or a name change.  They're

19   called duplicate IDs.  They are neither new IDs or

20   renewed IDs.  They're called duplicate IDs.

21            And the author failed to include that in the

22   free IDs that we're going to need to give to people if

23   they're going to be using those IDs in order to vote.

24   So, this is not a new ID.  This is not a renewal.  It's

25   a duplicate.  And those duplicates are given to people

House Floor Debate - Volume II                    March 23, 2011

1    who need to change their address or their name.

2              Some of the most noble groups are minorities

3    or low income people.  They move a lot.  They get

4    renewal IDs if they don't drive because they're changing

5    their address.  And if the intention of this bill is to

6    provide free IDs and not disenfranchise groups, this

7    amendment should be acceptable to the author.

8              SPEAKER:  Mr. Phillips, do you want to speak

9    again?

10             REPRESENTATIVE PHILLIPS:  Yeah.  We would

11   move to table.  He's talking about when you -- when you

12   lose an ID, you go get a new one, it allows for a new

13   one in there.  And I would move to table.

14             SPEAKER:  Mr. Anchia to close.

15             REPRESENTATIVE ANCHIA:  The amendment is

16   temporarily withdrawn.

17             SPEAKER:  Following the amendment, the clerk

18   will read the amendment.

19             CLERK:  Amendment by Walle.

20             SPEAKER:  The Chair recognizes Mr. Walle.

21             REPRESENTATIVE WALLE:  Thank you, Members.

22   This amendment would allow county commissioners court to

23   authorize county election clerks to include a photo -- a

24   photo on a voter registration card or to create a voter

25   ID card.  This amendment is about respecting local

168

1    control.  This is a common sense solution that places

2    control of the election process directly in the hands of

3    our counties.

4              We trust that the counties -- we trust the

5    counties to carry out the election process, so, we

6    should trust them to make the appropriate decision about

7    whether they would like to include a photo on a voter

8    registration certificate or create a new voter ID card

9    with a photo on it.

10             If this debate is really about voters

11   presenting a photo document along with their voter

12   registration card, then I think this amendment offers a

13   simple and straightforward solution.

14             I'm finished.

15             SPEAKER:  Mr. Phillips will speak against

16   the amendment.

17             REPRESENTATIVE PHILLIPS:  Thank you, Mr.

18   Speaker, Members.  Again, what we want is uniformity.

19   This would allow that each county would provide their

20   own ID.  It would shift responsibility to the county.

21   Again, we don't have uniformity, and I would

22   respectfully move to table.

23             SPEAKER:  The Chair recognizes

24   Representative Walle to close.

25             REPRESENTATIVE WALLE:  Thank you, Mr.

House Floor Debate - Volume II                    March 23, 2011

1    Speaker.  Again, this is about respecting local control

2    and just adding a simple photo on your voter

3    registration card would actually take care of a lot of

4    this stuff, and I move to accept this amendment.

5                SPEAKER:  Representative Walle sends up the

6    amendment.  Representative Phillips moves to table.

7    Questions on the motion to table, Members.  The clerk

8    will ring the bell.  Vote aye or vote nay.  Show

9    Mr. Phillips voting aye.  Mr. Walle voting nay.

10   Mr. Dutton voting no.  Show Mr. Martinez voting nay.

11               Have all members voted?  Have all members

12   voted?  There being 95 ayes, 52 nays, motion to table

13   prevails.

14               Mr. Rodriguez or Mr. Veasey on the floor?

15               CLERK:  Amendment by Rodriguez.

16               SPEAKER:  The Chair recognizes

17   Mr. Rodriguez.

18               REPRESENTATIVE RODRIGUEZ:  Thank you,

19   Mr. Speaker and Members.  This amendment permits same

20   day registration at polling places.  There's been a lot

21   of talk today about how this bill in a way completely

22   makes the need for voter registration redundant.  I'm

23   not saying that we should get rid of our voter

24   registration process but it seems to me and it seems

25   from the discussion today that this bill is about photo

TX_00213010

170

1    identification.

2              My amendment would still require photo ID.

3    It would simply allow voters to register to vote on the

4    same day provided they can provide an acceptable form of

5    photo.  An acceptable form of photo ID is exactly what's

6    in this bill now, driver's license, Texas ID, passport,

7    et cetera.

8              According to the George Mason University

9    U.S. elections project, Texas ranked 50th, worst in

10   voter turnout in the last election.

11             I believe my amendment would help to curtail

12   this voter turnout problem.  Currently there are 12

13   states that have a form of election day registration,

14   including Idaho, Iowa, Maine, Minnesota, Wyoming, North

15   Dakota and others.

16             Allowing for election day registration has

17   drastically improved voter turnout in these states.  As

18   an example, in Minnesota, 15.6 percent of voters have

19   increased since that -- since the same day registration.

20   In Wisconsin, about 10 percent.

21             Members, this is about voter participation.

22   This does not do away with the voter ID process.  It's a

23   compliment to that.  If you have the requisite photo ID

24   that's in this bill, then you can register right then

25   and there that day at the polling place.

171

1          Move for adoption.

2               SPEAKER:  Mr. Phillips will speak against

3     the motion.

4               REPRESENTATIVE PHILLIPS:  Thank you,

5     Mr. Chairman -- I mean, Mr. Speaker, Members.  I would

6     respectfully move to table this bill -- I mean, this

7     amendment.  This bill is a voter ID bill.  It's not

8     about a same day registration.  That debate can be had

9     in elections committee and go through that process.

10    This bill is about voter ID.

11              You know, it's amazing, Georgia, which has

12    one of the toughest voter ID as they say or photo ID had

13    the largest voter turnout in the 2008 November election

14    in history after they had passed that.

15              In Indiana, the turnout for the Democratic

16    voters was the largest increase in Democratic turnout of

17    any state in the country.

18              Voter ID brings confidence.  This bill is

19    about voter ID.  It's not about same day registration.

20    This will drive more people to come to vote.  I move to

21    table.

22              SPEAKER:  Mr. Veasey, for what purpose?

23              REPRESENTATIVE VEASEY:  Mr. Phillips, will

24    the chairman yield, please?

25              SPEAKER:  Mr. Phillips, will you yield?

172

1          REPRESENTATIVE PHILLIPS:  Briefly.  I'll

2   ask -- answer a few questions but we've got a lot of

3   amendments to go through.

4          REPRESENTATIVE VEASEY:  I hope, due to the

5   importance of this bill, you would answer as many

6   questions as I would need you to but I only have a few.

7          REPRESENTATIVE PHILLIPS:  If they're

8   specific to the bill, that would be great.

9          REPRESENTATIVE VEASEY:  I only have a few.

10  Actually, mine are specific to the amendment.  And I was

11  looking and I was trying to find out who does same day

12  registration, and I found out that Idaho, Minnesota, New

13  Hampshire, North Dakota, Wisconsin and Wyoming all offer

14  same day voter registration.

15         Now, why aren't the red states of Idaho and

16  North Dakota and Wyoming moving to get rid of their same

17  day registration?

18         REPRESENTATIVE PHILLIPS:  Mr. Veasey, that

19  really isn't relevant to this bill.

20         REPRESENTATIVE VEASEY:  No, it is but you're

21  saying --

22         REPRESENTATIVE PHILLIPS:  This is a voter ID

23  bill, not a same day registration bill.  This a voter ID

24  bill.

25         REPRESENTATIVE VEASEY:  Right.

TX_00213013

173

1          REPRESENTATIVE PHILLIPS:  Not a same day

2     registration bill.

3          REPRESENTATIVE VEASEY:  But part of the

4     reason why these states made voter registration easy was

5     because they were trying to increase voter turnout.  It

6     was part of the whole effort back in the mid '90s, the

7     whole motor voter deal to increase participation by our

8     electorate.  So, with that in mind --

9          REPRESENTATIVE PHILLIPS:  We had that spread

10    across the nation.  So, again, this is a voter ID bill.

11    It's not about same day registration.

12         REPRESENTATIVE VEASEY:  Representative

13    Harless has said repeatedly that this bill is about

14    increasing voter registration due to integrity at the

15    polls.

16         REPRESENTATIVE PHILLIPS:  Not increasing --

17    it's about increasing voter confidence, which will turn

18    out more voters.

19         REPRESENTATIVE VEASEY:  Right.  And that's

20    what same day registration is about, turning out more

21    voters.  You keep saying (Inaudible) is relevant and you

22    won't answer questions about same day voter

23    registration.

24         REPRESENTATIVE PHILLIPS:  I told you that is

25    not relevant to this bill.  This bill is a voter ID

1  bill.

2              REPRESENTATIVE VEASEY:  You've said that --

3              REPRESENTATIVE PHILLIPS:  This is not voter

4  turnout, same day registration.  This is a voter ID

5  bill.  I would move to table.

6              REPRESENTATIVE VEASEY:  The gentlelady has

7  already said that this bill is about increasing

8  confidence at the poll so more people will come out and

9  vote.

10             REPRESENTATIVE PHILLIPS:  That is not --

11             REPRESENTATIVE VEASEY:  And you won't answer

12  the question.

13             REPRESENTATIVE PHILLIPS:  I've answered your

14  question, Mr. Veasey.  I've answered it.  That is not

15  relevant to this bill.

16             REPRESENTATIVE VEASEY:  Why will you not

17  accept the amendment?

18             REPRESENTATIVE PHILLIPS:  I told you this is

19  a voter ID bill.  It's not a voter registration bill.

20  Put it through the committee process and get it debated

21  and go through the floor and if it gets here, we can

22  debate that.  This is a voter ID bill.  It's not about

23  trying to put everything --

24             REPRESENTATIVE VEASEY:  This is not a voter

25  registration -- so, you don't intend to accept any

TX_00213015

175

1    amendments of voter registration related to this bill?

2              REPRESENTATIVE PHILLIPS:  I intend to keep

3    the bill related to voter ID.

4              REPRESENTATIVE VEASEY:  Thank you.

5              SPEAKER:  Mr. Rodriguez to close.

6              REPRESENTATIVE RODRIGUEZ:  Thank you.  Thank

7    you, Mr. Speaker, Members.  This is a voter ID bill or

8    whatever it's supposed to really be but for many of us

9    the concern is that it's not just about voter ID.  It

10   has consequences, whether it's intended consequences or

11   unintended consequences, and there's many of us here in

12   this chamber that believe this will have a negative

13   consequence on voter turnout.

14              If the State of Texas is last in the country

15   when it comes to voter turnout, the last thing I think

16   you want to do is pass this bill and have a consequence

17   of actually reducing voter turnout.

18              It has been shown in various states, 12

19   states to be exact, as Mr. Veasey pointed out as well,

20   where the turnout dramatically increases where you have

21   same day voter registration.

22              I'm not saying that we don't have to have --

23   that one wouldn't have to have photo identification.

24   I'm not taking that away at all but if you have the

25   same -- the photo requirements that this bill calls for,

176

1   this is, again, about voter ID, about picture ID, voter

2   ID, you can register to vote.

3           If you want to do something about voter

4   impersonation and all that kind of stuff, that's one

5   thing but we also, in doing that, don't want to reduce

6   the possibility of people being able to vote.  It's that

7   simple.

8           I think this amendment will minimize any

9   kind of disenfranchisement, will minimize the ability

10  for people to not be able to vote.  Members, I encourage

11  your support on this amendment.

12          SPEAKER:  Representative Veasey, for what

13  purpose?

14          REPRESENTATIVE VEASEY:  Will the gentleman

15  yield?

16          REPRESENTATIVE RODRIGUEZ:  I will.

17          REPRESENTATIVE VEASEY:  Mr. Rodriguez, the

18  gentlelady from Houston has said repeatedly that by

19  passing the voter ID bill that she's trying to pass now,

20  this voter suppression bill that's on the floor, that it

21  will actually increase voter turnout.  Isn't that what

22  she has said in her words?  Because it will increase

23  confidence, so --

24          REPRESENTATIVE RODRIGUEZ:  That has been the

25  claim.

House Floor Debate - Volume II                    March 23, 2011

1          REPRESENTATIVE VEASEY:  So, why would

2     Representative Phillips, in your opinion, not want to

3     accept my -- not want to accept your amendment and not

4     answer any questions related to this particular

5     amendment that you have?

6          REPRESENTATIVE RODRIGUEZ:  I can't speak for

7     Chairman Phillips.  I can't really speak for him but I

8     think it's very clear that what this amendment would do

9     is, in fact, increase voter turnout and it would still

10    kind of stay true to the suggested intent anyway of

11    having photo identification to make sure the people who

12    are voting are actually who they say they are.

13         So, I'm not taking anything away from that.

14    What I'm doing in addition to that, I'm adding to that,

15    in fact, and making it so that we are actually going to

16    try to promote voting, I think.

17         REPRESENTATIVE VEASEY:  Were you aware that

18    the states that have same day voter registration are

19    Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin

20    and Wyoming?

21         REPRESENTATIVE RODRIGUEZ:  Yeah, I am aware

22    of that.

23         REPRESENTATIVE VEASEY:  Are you aware that

24    with the exception of Minnesota in the twin cities area

25    and Wisconsin in the Milwaukee area that those other

178

1    states have very low diversity in their state?  Were you

2    familiar -- did you know that?

3                    REPRESENTATIVE RODRIGUEZ:  I did not know

4    that.

5                    REPRESENTATIVE VEASEY:  That Idaho doesn't

6    have a lot of diversity in their state?

7                    REPRESENTATIVE RODRIGUEZ:  I didn't know

8    that.

9                    REPRESENTATIVE VEASEY:  North Dakota doesn't

10   have a lot of diversity in their state and neither does

11   Wyoming?

12                   REPRESENTATIVE RODRIGUEZ:  No, I didn't know

13   that.

14                   REPRESENTATIVE VEASEY:  Did you know that

15   those are all red states?

16                   REPRESENTATIVE RODRIGUEZ:  I'm not surprised

17   by that.

18                   REPRESENTATIVE VEASEY:  That Idaho and North

19   Dakota and Wyoming are all red states with very little

20   diversity, were you aware of that?

21                   REPRESENTATIVE RODRIGUEZ:  I'm becoming more

22   aware of that, yes.

23                   REPRESENTATIVE VEASEY:  So, is it -- and

24   when I say red states, because, you know, we probably

25   shouldn't speak in slang on the House floor, so, let me

179

1    rephrase that and say Republican states.

2                    REPRESENTATIVE RODRIGUEZ:  Sure.

3                    REPRESENTATIVE VEASEY:  Those are states

4    that tend to overwhelmingly vote Republican -- for

5    Republican, and the state legislatures there are not

6    pushing for a voter ID bill.  Why would the state

7    legislatures in Idaho and North Dakota and Wyoming, the

8    very homogenous states with not a lot of diversity, why

9    would they not be pushing for a voter ID bill?

10                   REPRESENTATIVE RODRIGUEZ:  I can only guess,

11   and I'm going to have to guess that they don't see it as

12   a problem there.

13                   REPRESENTATIVE VEASEY:  Right.

14                   REPRESENTATIVE RODRIGUEZ:  Just as, in fact,

15   it's not a problem here.

16                   REPRESENTATIVE VEASEY:  Do you think that

17   perhaps they don't see it as a problem because they

18   don't have diversity because the one issue that we heard

19   when this bill was being laid out was that there are

20   people in these areas and those people in these

21   particular communities are committing voter fraud and

22   that they are cheating and all this voter impersonation

23   is going on but they don't seem to be worried about it

24   in these states, maybe it's because we're trying to pass

25   that bill here because the people are -- seem to have

1    these stereotypes about certain people voting in the

2    State of Texas but in Idaho, they would just prefer to

3    let people vote as freely as possible, including the

4    Republicans there because the state is just a little bit

5    more homogenous than the State of Texas?

6              REPRESENTATIVE RODRIGUEZ:  Representative

7    Veasey, I think it's evidence that there is much greater

8    diversity in the State of Texas, obviously, than you

9    have in these other places and --

10             SPEAKER:  Representative Sheffield raises a

11   point of order.  The gentleman's time has expired.  The

12   point of order is well taken and sustained.

13             REPRESENTATIVE RAYMOND:  Mr. Speaker, I move

14   adoption.

15             SPEAKER:  Representative Rodriguez sends up

16   an amendment.  Mr. Phillips moves to table.  Questions

17   on the motion to table, Members.  Vote aye, vote no.

18   The clerk will ring the bell.  Show Mr. Phillips voting

19   aye.  Mr. Rodriguez voting no.  Ms. Truitt voting aye.

20   Ms. Truitt voting aye.

21             Have all members voted?  All members voted?

22   There being 96 ayes, 50 nays, the amendment -- motion to

23   table prevails.

24             Following the amendment, the clerk will read

25   the amendment.

181

1          CLERK:  Amendment by Gallego.

2          SPEAKER:  The Chair recognizes

3   Representative Gallego.

4          REPRESENTATIVE GALLEGO:  Thank you, Mr.

5   Speaker and Members.  This problem is unique to some of

6   the members of the House who represent more rural areas.

7   As we talk about voter ID and we talk about the

8   opportunity to just go down to the driver's license

9   office and get a driver's license, what we haven't taken

10  into consideration in this debate is that there are

11  entire counties out there that don't have a DPS driver's

12  license office.

13          In fact, in the district that I represent,

14  there are four counties that don't have a driver's

15  license office located in them.  Many counties have only

16  partial service from a DPS office.

17          The counties that I represent, for example,

18  many of them will have a driver's license office that is

19  open one day a week, and if the employee -- because

20  there's only one employee signed to these offices -- if

21  the employee is sick, then there is no office that week

22  and there is no opportunity to get a driver's license or

23  renew your driver's license or get an ID that week.

24          Many counties have partial service.  In

25  these rural counties, for example, if you live in Van

182

1    Horn, Texas which is the county seat of Culberson

2    County, and you need to get an ID because you don't have

3    one, that driver's license office is located in Alpine,

4    Texas, the county seat of Brewster County.  A one-way

5    trip -- a one-way trip to go get an ID is a hundred

6    miles.

7              From Sierra Blanca to El Paso is 88 miles

8    one way.  Rock Springs to Del Rio is 76 miles one way.

9    Sanderson to Fort Stockton is 65 miles one way.  And

10   that's from county seat to neighboring county seat.  We

11   haven't even talked about what happens if you live in

12   one of the outlying communities in the county like

13   "Delingua" or "La Quintas" or Redford or Pine Springs or

14   Del City in Culberson County.

15             In the district that I represent, there are

16   28,841 people, according to the census, who live in

17   counties with only partial DPS driver's license

18   services, and there are about 7,000 people who live in

19   counties that don't get any driver's license service at

20   all.

21             Ms. Harless will tell you that there are

22   plans to open and expand DPS services in all of these

23   counties but you and I all know that with the sake of

24   our budget, we're not going to be expanding state

25   services any time in the future, which means that for

1      the foreseeable future, these folks won't have a

2      driver's license office.

3                 So, what happens if you're elderly?  What

4      happens if you don't have a good car so you can't make

5      the 120-mile round trip from Presidio to Martha?

6                 Understand that for folks who live in these

7      communities, travel can be a hardship.  The nearest

8      Wal-Mart from Presidio is mas o menos about 150 miles

9      away.

10                 The nearest airport from Alpine is about 2

11     and a half to 3 hours away.  That's the kind of

12     isolation that you see.

13                 So that you understand, in the district that

14     I represent, that district is nearly 500 miles from one

15     side of the district to the other.  And what we are

16     asking, this driving these long distances, that creates

17     some significant hardships for folks.  And that hardship

18     makes people want to give up and, unfortunately, if they

19     give up, they give up something that's pretty

20     fundamental, and that's the right to vote.

21                 So, what this amendment would do is very

22     simple.  The amendment would say that this act doesn't

23     apply to those counties in which DPS doesn't have a full

24     service driver's license.

25                 And the truth is this applies to very few

TX_00213024

184

1    counties out there and it applies to very few people out

2    there.

3              And the reason -- frankly, we've talked

4    about the fact that DPS doesn't serve them in the

5    hardship but we haven't talked about two other common

6    sense things.

7              If this is about fraud, as an example, then

8    I will tell you that in those communities -- in Loving

9    County, for example, we all know each other.  In

10   Presidio, we all know each other.  Most of Highway 90,

11   as Chairman Hilderbran indicates, in those communities,

12   families have been there for generations.  And at this

13   point, many of us are related, and we all know each

14   other.

15             And to have this requirement that if you

16   lose your license, if you don't have a photo ID, if you

17   have to renew your photo ID and you miss the day and you

18   have to drive and drive and drive, that doesn't make

19   very practical sense.

20             So, because this right is so fundamental,

21   because this is an extreme hardship on a limited number

22   of people and because the amendment only impacts a

23   limited number of people and, frankly, because in those

24   counties that are impacted, the people are so few and so

25   familiar with each other that there isn't really any

185

1    allegations of the kind that we're talking about with

2    respect to voter fraud, I would ask that you adopt this

3    amendment that applies only to these counties that don't

4    have a full service driver's license office.

5                    SPEAKER:  Mr. Hochberg, for what purpose?

6                    REPRESENTATIVE HOCHBERG:  Will the gentleman

7    yield, please?

8                    SPEAKER:  Will the gentleman yield?

9                    REPRESENTATIVE GALLEGO:  Absolutely, Mr.

10   Hochberg.

11                   REPRESENTATIVE HOCHBERG:  Thank you, Mr.

12   Speaker.  Thank you, Mr. Gallego.

13                   I've visited your district and you've

14   visited mine, and what a lot of folks --

15                   REPRESENTATIVE GALLEGO:  I was always

16   amazed, Mr. Hochberg, that you have apartment complexes

17   that are bigger than entire cities that I represent.

18                   REPRESENTATIVE HOCHBERG:  That's true.  And

19   I think what people don't know is that you have the most

20   sparsely populated district, and I have the least -- or

21   you have the least -- you have the most sparsely and I

22   have the most intensely --

23                   REPRESENTATIVE GALLEGO:  You know,

24   Mr. Hochberg, believe it or not, the district that I

25   represent is about 15 percent of the land area of Texas

186

1    and, as a result of the census data and redistricting,

2    that district will grow to probably about 20 percent of

3    Texas.  So, it's huge.  It is, as you indicated, very

4    sparsely populated, and it is a hardship because these

5    distances are very, very, very, very long.

6                 REPRESENTATIVE HOCHBERG:  And so, are you

7    telling me --

8                 REPRESENTATIVE GALLEGO:  Mr. Hochberg,

9    Chairman (Inaudible) wants me to tell you that he

10   doesn't think you have any Dairy Queens in your district

11   either.

12                REPRESENTATIVE HOCHBERG:  No, I don't have

13   any current Dairy Queens.  We do have -- I've got a

14   Sonic, though.  I do have a Sonic.  So, that's close.

15   And we have no -- actually, Mr. Keffer, we have -- we

16   don't have a Dairy Queen but we do have a Shawarma King

17   in my district.  So, you can come to Shawarma King any

18   time you'd like.

19                But, Mr. Gallego, it sounds to me that

20   you're telling me that without your amendment that folks

21   in your district are going to be less likely to vote

22   than they might be in my district; is that true?

23                REPRESENTATIVE GALLEGO:  That's absolutely

24   true.  You know, the truth -- in terms of the

25   demographics of the district that I represent --

187

1              SPEAKER:  Representative Sheffield raises a

2     point of order.  The gentleman's time expired.  The

3     point of order is well taken.  It's sustained.

4              The Chair recognizes Representative Harless

5     in opposition.

6              REPRESENTATIVE HARLESS:  Mr. Speaker,

7     Members, as much as I would love to take an amendment

8     from my fellow colleague in -- that I really love and

9     respect, this would create an inconsistent application

10    across the counties.

11             We have extensive testimony in both the

12    Senate and the House that talks about the -- the very,

13    very, very small population that this might affect, and

14    they don't have those exact numbers but it would be

15    inconsistent across the county.

16             Also, the elderly, as he stated, would have

17    the opportunity to also continue to file a ballot by

18    mail.  So, I would ask that you respectfully table this

19    amendment.

20             SPEAKER:  The Chair recognizes

21    Representative Gallego to close.

22             REPRESENTATIVE GALLEGO:  Thank you,

23    Mr. Speaker, Members.  If you look at the demographics

24    of these counties, young folks are moving away and the

25    population of many of these rural counties is getting

188

1    older and older and older.

2              And so, it isn't as easy as just renewing a

3    driver's license over the Internet.  It isn't as easy as

4    just driving down to the local DPS office.

5              Again, for folks who are retired, for folks

6    who don't have a good car, for folks who are elderly,

7    this is a huge issue.

8              In communities like Redford, in communities

9    like Presidio, in communities like Pine Springs or even

10   Sanderson -- and that's exactly right, Chairman

11   Hilderbran, there's not that many people out there but

12   this impacts them.

13             And so, this amendment, again, impacts a

14   very limited universe of people, and because it impacts

15   such a limited universe and because voting is such a

16   fundamental right and because, as I've indicated, we all

17   know each other, we all know who we are when we show

18   up -- Loving County, for example, has only a little over

19   80 residents in the entire county.  They all know each

20   other.

21             Other counties and other communities have

22   that in common with Loving.  They're bigger but families

23   have been there for generations.  They have very deep

24   roots.  In many cases, they have intermarried, and so,

25   there are longstanding relationships.

189

1          And so, the challenges that happen in a

2    Houston or a San Antonio or a Dallas or an Austin, they

3    don't happen in, for example, a Valentine, Texas with a

4    population of about 200.  They don't happen in a Del

5    City, Texas with a population of several hundred.  They

6    don't happen in a Sanderson or a "Delingua" or a "La

7    Quintas" or a Redford or a Presidio.

8          I would ask members for some consideration

9    for those counties that don't have a DPS office and

10   they're not going to get a DPS office because we are not

11   expanding services.

12         I would ask for some consideration for those

13   elderly folks who don't have the opportunity to go down

14   the street because this is a significant right that

15   we're altering for them.  It really is a huge, huge,

16   huge, huge issue of access.

17         So, Ms. Harless has moved to table the

18   amendment.  I ask you to vote no on the motion to table.

19         And, Mr. Hochberg, I am happy to yield.

20         SPEAKER:  Mr. Hochberg, for what purpose?

21         REPRESENTATIVE HOCHBERG:  Will the gentleman

22   yield, please?

23         SPEAKER:  Will the gentleman yield?

24         He did.  The gentleman yields.

25         REPRESENTATIVE HOCHBERG:  Thank you.

190

1           Mr. Gallego, I started to ask you before
2   when we ran out of time if, in your opinion, this means
3   that folks in your rural community are going to be less
4   likely to vote than folks in my urban community, and I
5   think you started to answer yes.
6           REPRESENTATIVE GALLEGO:  Absolutely.  I
7   think that is true.  I think it's much more difficult to
8   get a photo ID the way that this bill is drafted, and
9   so, what happens is people will end up staying home.
10          And I think a vote of someone who lives in a
11  rural area should be just as fundamental and just as
12  important as someone who lives in an urban area.
13          And so, that's why I ask for some
14  consideration for these folks who are elderly, despite
15  the demographics, as the rural areas get older and
16  those -- there are not that many of us who are rural
17  left but we know that our population is getting older,
18  and so, this seeks to have some reasonable accommodation
19  for those rural areas.
20          And I see Mr. Chisum behind you, and Mr.
21  Chisum can tell you that he represents some counties,
22  too, that don't have driver's license offices, and the
23  person from DPS visits maybe once a week, and if they're
24  sick, then nobody visits, and so, they will go an entire
25  month or so sometimes without having a visit from a --

191

1    from a driver's license person.

2              REPRESENTATIVE HOCHBERG:  I'm going to have

3    to think about whether or not to vote with you on this

4    one because I would certainly like to increase any

5    advantages that the urban areas have in terms of

6    producing voters for statewide elections.

7              So, if you say your amendment is necessary

8    to help maintain rural voter turnout, I'll have to think

9    about your amendment for a while.

10             REPRESENTATIVE GALLEGO:  Well, the truth is

11   that there's not enough people left in the rural area to

12   offset, which is why, for example, I have to represent

13   15 percent of the state by land and you have to

14   represent -- how many square miles of Houston?

15             REPRESENTATIVE HOCHBERG:  I have -- I have

16   14 square miles.  I have 10,000 people per square mile.

17             REPRESENTATIVE GALLEGO:  14,000 square --

18   how many square miles again?

19             REPRESENTATIVE HOCHBERG:  14.

20             REPRESENTATIVE GALLEGO:  14 square miles and

21   I --

22             REPRESENTATIVE HOCHBERG:  10,000 people her

23   square mile.

24             REPRESENTATIVE GALLEGO:  -- represent about

25   38,000 square miles.  14 square miles versus 38,000

TX_00213032

1    square miles.  And that to me is the essence -- we

2    drafted a one size fits all approach in this bill in

3    this legislation, and one size doesn't fit all.

4            And so, that's the challenge and that's the

5    reasonable -- I think very reasonable accommodation that

6    I seek for those folks who live in rural areas that

7    don't have access to that driver's license office on a

8    regular basis.

9            REPRESENTATIVE HOCHBERG:  Thank you.  I do

10   think you have a good amendment.

11           REPRESENTATIVE GALLEGO:  I appreciate that,

12   Mr. Hochberg.

13           And I would ask, Members, that you all --

14   that you vote no on the motion to table.

15           And I appreciate the opportunity -- thank

16   you, Ms. Harless, for the opportunity to have a

17   conversation about the amendment.

18           SPEAKER:  Representative Gallego sends up an

19   amendment.  Representative Harless moves to table.  The

20   vote is on the motion to table.  Vote aye, vote no.

21   Show Mr. Gallego voting no.  Show Representative Harless

22   voting aye.

23           Have all voted?  Have all voted?  Being 100

24   ayes and 49 nays, the motion to table prevails.

25           Following the amendment, the clerk will read

193

1    the amendment.

2                 CLERK:  Amendment by Anchia.

3                 SPEAKER:  The Chair recognizes

4    Representative Anchia.

5                 REPRESENTATIVE ANCHIA:  Thank you,

6    Mr. Speaker and Members.  Representative Harless and I

7    had a chance to visit when I temporarily pulled this

8    down, and I believe there's going to be some back mic

9    questions.  So, I yield.

10                SPEAKER:  Representative Harless, for what

11   purpose?

12                REPRESENTATIVE HARLESS:  Will the -- will

13   the member yield?

14                REPRESENTATIVE ANCHIA:  I do.

15                REPRESENTATIVE HARLESS:  Representative

16   Anchia, we discussed that this amendment is actually for

17   the ID card for voting, correct?

18                REPRESENTATIVE ANCHIA:  That is correct.

19                REPRESENTATIVE HARLESS:  And that ID is

20   issued by the DPS free of charge?

21                REPRESENTATIVE ANCHIA:  That is correct.

22                REPRESENTATIVE HARLESS:  And what your

23   amendment does -- says that if for whatever reason they

24   need to get a replacement or a duplicate ID because they

25   moved and changed their address or they lost it, it

194

1    would continue to be free?

2              REPRESENTATIVE ANCHIA:  That is -- that is

3    correct.  That is absolutely correct.  And the term of

4    art is a duplicate ID, and that picks up people, for

5    example, who move or who change their name, typically

6    because of marriage or divorce.

7              That category of state ID for purposes of

8    voting is called a duplicate.  It's neither a new or

9    renewal.

10             REPRESENTATIVE HARLESS:  So, we had a

11   conversation with DPS.

12             REPRESENTATIVE ANCHIA:  Yes.

13             REPRESENTATIVE HARLESS:  And they are going

14   to give us a formal ruling on this.  So, I accept this

15   amendment and if we need to have more conversation about

16   it, we can.

17             REPRESENTATIVE ANCHIA:  Thank you for taking

18   the amendment.

19             SPEAKER:  Mr. Anchia sends up an amendment.

20   The amendment is acceptable to the author.  Is there

21   objection?

22             The Chair hears none.  The amendment is

23   adopted.

24             Following the amendment, the clerk will read

25   the amendment.

TX_00213035

195

1           CLERK:  Amendment by Martinez.

2           SPEAKER:  The Chair recognizes

3   Representative Martinez.

4           REPRESENTATIVE MARTINEZ:  Thank you,

5   Mr. Speaker, Members.  This amendment requires that

6   employees at the Department of Public Safety inform

7   anybody applying for a state identification card that

8   the state ID is free of charge if they intend to use it

9   for voting purposes.

10          So, pretty much all you're going to be doing

11  is when an individual goes in and they're going to apply

12  for a voter ID card or for an ID card or their driver's

13  license, people at DPS will be telling them that if it

14  is used for voting purposes, there is no charge for the

15  ID and it is free of charge.

16          So, DPS employees already ask the applicants

17  if they wish to register to vote and a link is provided

18  for those who renew on line.

19          So, this amendment would fit neatly into the

20  system already in place for educating citizens about

21  voting.  And as a DPS employee is interacting with a

22  customer, they should make sure that the person has the

23  opportunity to receive a free ID if they need it to

24  satisfy the requirements of a photo ID voting law.

25          SPEAKER:  The Chair recognizes

196

1    Representative Harless in opposition.

2              REPRESENTATIVE HARLESS:  Members,

3    Mr. Speaker, this amendment actually provides for free

4    ID cards for those who need it but this amendment will

5    create an opportunity for people to get a free driver's

6    license if they say they're going to use it to vote, and

7    I have to oppose the amendment.

8              SPEAKER:  The Chair recognizes

9    Representative Martinez to close.

10             REPRESENTATIVE MARTINEZ:  Okay.  Members,

11   once again we're saying that a photo ID is free if

12   you're going to use it for voting but yet DPS can inform

13   you that if you're using it for voting that it's free.

14   So, if we're not going to be honest with the public when

15   they go in to renew their driver's license or get a

16   photo ID card, then what's the purpose of even having

17   this bill?

18             What we need to do is make sure that we

19   educate the public so that when they go in to renew

20   their ID or they go in to renew their driver's license

21   that they can get an ID for free if it's being used for

22   voting purposes.

23             No reason to mislead the public.  We should

24   tell them.  We should be honest and transparent.  And I

25   ask you to vote no on the motion to table.

197

1              SPEAKER:  Mr. Martinez sends up an

2    amendment.  Representative Harless moves to table.  This

3    is on the motion to table.  Vote aye, vote nay.  Show

4    Representative Harless voting aye.  Show Representative

5    Martinez voting no.

6              Have all voted?  Have all voted?  Being 100

7    ayes, 45 nays, the motion to table prevails.

8              Following the amendment, the clerk will read

9    the amendment.

10             CLERK:  Amendment by Alonzo.

11             SPEAKER:  Is Mr. Alonzo on the floor of the

12   House?

13             The amendment is temporarily withdrawn.

14             Is Mr. Dutton on the floor of the House?

15             Is Mr. Bohac on the floor of the House?

16             Following the amendment, the clerk will read

17   the amendment.

18             CLERK:  Amendment by Bohac.

19             SPEAKER:  The Chair recognizes

20   Representative Bohac.

21

22

23

24

25

TX_00213038

198

1   STATE OF TEXAS        *

2   COUNTY OF HARRIS      *

3

4        I, the undersigned certified shorthand reporter

5   and notary public in and for the State of Texas, certify

6   that the facts stated in the foregoing pages are true

7   and correct.

8

9        I further certify that I am neither attorney or

10  counsel for, nor related to or employed by, any of the

11  parties to the action in which this matter is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto, or financially

14  interested in the action.

15

16        SUBSCRIBED AND SWORN TO under my hand and seal of

17  office on this the 23rd day of April, 2012.

18

19

20            EDITH A. BOGGS, CSR
              Certified Shorthand Reporter and
21            Notary Public in and for
              the State of Texas
22
     Notary Expires:  5-10-2012
23   Certificate No. 3022
     Expiration date:  12-31-2013
24   Esquire Deposition Solutions, LLC
     Registration No. 3
25

TX_00213039

**A**

**ability**
5:12 8:1 20:5
22:6 26:13
28:3 30:10
36:21 40:14,
25 41:17,19
42:2 67:17
176:9

**able**
22:23 32:14
38:18 40:1
50:9,11 63:16
65:16 66:16
77:8 80:13
85:19 86:13
87:9 90:10
97:1 108:9
109:17 137:9
149:4 152:25
176:6,10

**abroad**
10:10

**absent**
14:23

**absentee**
141:13 142:4,
14 144:1
146:4,7

**absolutely**
6:7 19:8
55:25 63:18
64:3 71:23
79:20 116:15
155:15 156:19
185:9 186:23
190:6 194:3

**accept**
33:18 48:18
66:18 68:2,6,
7,10 117:15,
17,23 123:14
145:16 169:4

174:17,25
177:3 194:14

**acceptable**
4:17 8:5
26:22 27:2
30:19 62:14
70:3 76:8,10
78:7 80:14
94:16 95:10
96:1 98:10
100:3 101:24
102:2,22,23
104:14
105:15,18,19
109:21,24
148:2 150:19
167:7 170:4,5
194:20

**acceptance**
101:25

**accepted**
68:1,4

**access**
26:14 37:20
42:1 115:1
189:16 192:7

**accommodatio**
**n**
190:18 192:5

**accompanied**
139:23

**account**
21:1 22:14

**accountable**
159:20

**accurate**
127:23

**acknowledge**
19:2 21:19
115:22
117:11,24
118:25 119:1,
21

**acknowledged**
18:22 19:1

**Act**
19:18,21,24
20:4,15 21:20
22:2 111:4,9,
21,24 112:10,
18,25 113:8,
17,23,25
114:5 117:18,
21 118:12,21
119:2,5,12,
13,22 123:16,
18 124:13,19
125:7,10,15
126:22 127:9,
11 130:24
131:23 132:9
183:22

**action**
9:8 37:23,24
198:11,14

**Acts**
126:17

**actual**
10:17 77:9

**added**
60:2 77:12,16
84:22

**adding**
129:13 169:2
177:14

**addition**
134:17 177:14

**additional**
27:21 30:9
39:4 41:21
160:15

**address**
26:6,10 28:17
31:16 138:8
166:18 167:1,
5 193:25

**addressed**
144:10,23
145:4 146:12
147:6 148:5

**addresses**
146:7

**addressing**
46:16 145:22

**adds**
4:21 44:21
62:8 80:8

**adequately**
145:13

**administrati**
**on**
158:15

**administrati**
**ve**
38:14

**administrato**
**r**
153:3 161:10
164:5

**Admit**
9:5

**adopt**
61:25 137:22
139:1 146:20
185:2

**adopted**
8:7 26:13
62:16 100:5
102:5 105:21
110:2 194:23

**adoption**
15:8 84:23
111:5 123:19
132:12
138:17,20
141:8 171:1
180:14

**adult**
37:1,11

**advantages**
191:5

**advice**
40:11

**advise**
42:5,8 91:10

**affairs**
153:11 155:25

**affect**
41:5 114:12,
18 117:12,25
119:3,22
121:4,12,15
187:13

**affects**
115:22 121:14

**affidavit**
7:17 8:1
99:2,7,13,17
102:19 103:20
137:10,11
139:24,25
140:6,12
149:5

**affidavits**
98:2,4,8,20
99:19 139:9
140:23

**affirms**
4:12

**afternoon**
138:5

**age**
31:16 139:13

**agencies**
81:20,22,24
85:8 86:16
87:24 88:17
91:6,23

**agency**

House Floor Debate - Volume II                      March 23, 2011
                                                              200

66:21 67:21
84:18 88:15,
24 91:22
109:14
**ago**
14:8 16:10,14
17:8 18:22,
23,25 119:1
**agree**
21:2 22:21
23:14 75:10,
14 82:8
101:11 113:13
114:14,20,21
130:18 147:1
150:1
**agreed**
49:17 134:9
**AG's**
151:14
**ahead**
7:19 126:12
162:7 164:16
**ain't**
57:24
**Airlines**
66:10
**airplane**
57:14 86:11
**airport**
183:10
**alcohol**
37:4 38:10
**alien**
10:4
**Alised**
155:19
**ALISEDA**
38:3,7 39:7,
9,12,15
40:16,21
41:1,8 42:3,

7,10,15,23
**allegations**
185:1
**Allen**
48:24 49:1,2,
4 50:17,22
51:25 52:4,8,
11,16,19,25
53:1,6,11,
14,15,19,23
54:3,8,16,21
55:1,5,10,25
56:3,8,12,
15,18 57:1,5,
9,11,13,16,
21 58:1,9
60:15,23,24
61:15,18 73:6
131:25
**allow**
11:7,11 13:12
26:14 36:25
59:13 64:17
70:2 71:14
81:23 93:9
102:16 135:23
138:13 143:10
144:4 147:18,
25 148:2
151:17 157:21
159:9 162:3,
13,24 163:19
167:22 168:19
170:3
**allowed**
37:8,13,15
73:11 84:21
87:4,5 90:4
142:8 143:19
144:19 145:9,
19 146:4
147:3
**allowing**
91:8 149:3

150:23 151:19
170:16
**allows**
11:13 26:2
58:13 66:4
80:10 137:6
142:10 144:3
145:5,23
167:12
**alluded**
138:4,11
**alone**
70:11
**along**
22:10 168:11
**Alonzo**
62:3,4,6,7
197:10,11
**Alpine**
182:3 183:10
**already**
15:13,17
18:12 22:3
31:14 40:13
49:6,7 99:1
109:13 110:15
112:20 174:7
195:16,20
**also**
7:24 17:12
29:15 39:1
41:9 66:16
68:24 70:13
73:9 74:8
80:12 82:1,21
83:10 91:6
94:24 95:3
106:24 134:17
135:8 136:1
151:1 153:8
155:8 156:18
176:5 187:16,
17

**altering**
189:15
**alternative**
36:7 37:21
**although**
118:22
**always**
30:22 58:25
185:15
**amazed**
185:16
**amazing**
171:11
**Amended**
136:22
**amendment**
2:3,12,13,
14,20,21,25
3:4,16,22
4:5,14,16,
19,21 6:18
7:2,3,5,10,
25 8:4,5,6,8,
9,11,21 9:9,
11,12,13
13:19 14:1,2,
3,7,16 15:8,
12,18 22:4
23:2 24:20,
23,24 25:5,6,
13,20,21,22
26:1 27:18
28:24 29:10
36:16,22
44:3,10,11,
12,14,20,25
45:7,17,19
46:25 47:17
48:3,7,11,
15,19,25
49:1,3,5
52:14,17 53:2
56:5 58:11,13

60:12,16,20
61:16 62:1,2,
4,6,14,17,
18,20,22,23
64:12,15,17
66:19 68:9
69:7,11,20,
21,23,25
70:2,7 71:13
72:15 73:20,
25 78:3,4,6
79:23,24,25
80:2,4,7,9,
15,16,19,21
81:2,4 83:21
84:4,6,7,8,
11,14,19,25
85:3 90:9,16,
24,25 91:1,3,
5,14 93:6,8
97:11,19,20,
21 98:3,25
100:2,3,4,6,
7,8,10,20
101:12,23
102:2,4,6,7,
9,11,14,22,
23 103:5,13
104:14,16,
18,20 105:1,
2,3,5,7,8,9,
11,13,15,18,
20,22,23,24
106:1,4,10,
16,18 107:8,
17,18,19,21,
23,24 108:2,8
109:21,24
110:1,3,4,5,
7,10,16,17,
18,19,21,23
111:1,7
117:3,15,23
119:25 122:23
123:9,10,14,
17,24 127:6,

TX_00213041

House Floor Debate - Volume II                    March 23, 2011

7,24 128:6
130:1,3
132:19 133:3,
4,5,9,13
134:5,12,13
135:5,10,13
136:20,21
137:2,13,14,
16,22,23,24,
25 138:4,8,
19,20 139:1,
2,3,4,17
141:23 143:24
144:2,14,15,
18 145:7,16
146:7,17,20,
22,25 147:20,
21 149:10
150:18
151:10,24
152:6,7,8,
12,18,23
153:20 154:15
155:4,20
156:17,20
157:6,7,14
159:6 161:6,
17,18 162:2,3
164:20
165:11,21,
22,23 166:7
167:7,15,17,
18,19,22,25
168:12,16
169:4,6,15,
19 170:2,11
171:7 172:10
174:17 176:8,
11 177:3,5,8
180:16,22,
24,25 181:1
183:21,22
184:22 185:3
186:20 187:7,
19 188:13
189:18 191:7,

9 192:10,17,
19,25 193:1,
2,16,23
194:15,18,
19,20,22,24,
25 195:1,5,19
196:3,4,7
197:2,8,9,
10,13,16,17,
18
amendments
61:4 81:5
119:25 161:24
172:3 175:1
America
42:19,20
American
66:10 70:10
71:14
Americans
19:22 70:3
77:4
Americans'
19:22
among
55:12 92:14
amount
41:21 101:13,
18
ample
145:5
ancestors
41:15,16
Anchia
102:15,25
103:1,4,11,
16 104:1,4,9
138:23 139:4,
6,7 148:22,24
149:23 150:2,
3,7,11,15,25
151:7,23
156:4 165:23,

24 166:2,3
167:14,15
193:2,4,5,
14,16,18,21
194:2,12,17,
19
Anchia's
23:23
Anderson
156:9
Anna
137:1
announcement
136:8,15,16
annunciated
157:13
anonymous
140:10
another
14:20 34:9
36:7 37:24
49:23 77:13,
16 88:15 99:6
answer
32:3,4 116:9,
21 118:11,16
122:9 125:25
126:3,5,6
143:18 144:6
146:23 172:2,
5 173:22
174:11 177:4
190:5
answered
116:7 120:19
174:13,14
Antonio
93:17 96:23
189:2
anybody
83:2 84:20
86:6 195:7

anyway
48:16 83:12
162:7 177:10
anywhere
20:13
apart
97:2
apartment
185:16
apologize
16:1 79:4
116:17
apparently
85:4
appear
132:8
appearing
4:13
applicants
195:16
application
9:21 140:6
187:9
applied
86:21 145:24
applies
115:8,24
116:10,21
127:24 128:9
144:14 183:25
184:1 185:3
apply
2:19 9:19
111:5,9
114:24 115:5
116:23 121:6
122:5 123:17
124:20 125:1
127:13 128:13
129:14,22
130:3,6 132:9
147:8 157:21

166:9 183:23
195:11
applying
9:19 144:12
195:7
appreciate
53:14 56:5
60:19 142:23
163:4 192:11,
15
approach
141:7 149:9
192:2
appropriate
72:15 78:9,10
107:4 168:6
approved
22:1 62:9,11
84:22
APRIL
1:16 60:1
198:17
area
7:15 109:15
177:24,25
185:25
190:11,12
191:11
areas
179:20 181:6
190:15,19
191:5 192:6
argue
146:21
argument
41:7 94:6,8,
21 150:17
around
121:1
arrangements
158:10
art

TX_00213042

House Floor Debate - Volume II                    March 23, 2011
                                                                202

194:4
article
153:2 161:9
ascertain
82:22
asked
20:14 27:7
56:21 121:3
142:17 143:18
asking
17:19 49:21
51:6 64:2,17
87:8 88:4,7
113:3 114:1
128:7,8
146:16 183:16
asks
25:10
aspects
20:4
Association
153:14,15
Associations
153:12
assume
27:20 28:3
attempted
89:24
attempting
6:13 34:15
146:11
attention
152:11
attorney
39:6 198:9
Austin
43:10 189:2
authenticate
142:9,11
authenticati
ng

147:12
author
5:2 8:5 31:1
48:15 62:15
98:11 101:24
102:2,22,23
103:4,5
104:14
105:16,18,19
108:4,12
109:21,24
114:2 117:11
118:24 119:9,
20 153:21
154:14 166:21
167:7 194:20
authored
155:5
authorizatio
n
10:5
authorize
69:1 167:23
authorized
69:3 70:14
available
98:4,7 99:5
aware
27:8 35:12
43:5,12,14
52:4,7 59:17
73:13 89:24
93:20 155:9,
16 160:9
161:11,15
162:10
177:17,21,23
178:20,22
aw's
48:17,20
aye
2:8 6:22,23
13:23 25:5,

11,16,17 44:5
48:21 61:16,
18,20 69:13,
15,16 83:24,
25 84:1
90:17,19,20
97:14 104:20,
21,24 107:10,
12 122:24
123:1,2,3,4,
5 132:21,22,
23,24,25
133:1 135:15,
18 137:17,18,
19,20 138:21,
22,23,24
151:25 152:1,
3 165:12,14,
17,18 169:8,9
180:17,19,20
192:20,22
197:3,4
ayes
2:10 6:25
13:24 25:18
44:8 48:22
61:24 69:17
84:4 90:22
97:12,17
104:25 107:15
123:7 133:2
135:18 137:21
138:25 152:4
165:18 169:12
180:22 192:24
197:7
_____
B
_____
B
22:18 68:20
back
2:23 22:4
23:3 30:22
35:17 38:8
42:22 59:15

85:7 94:24
96:16 107:3
116:7 140:17
143:23 149:12
158:17 173:6
193:8
background
72:5 88:1
bad
56:2,4
badge
87:1
badges
88:1
baffled
127:7
Baker
159:18
balances
115:1
ballot
18:13 23:21
30:22,23
33:7,9 34:6
59:13 98:10,
21 99:3,13,17
139:20,22,
23,24,25
140:1,4,5,9,
13,14,15
141:2 142:9,
15 144:3,9,
12,16,17,22
145:23 146:4,
8,12,19,21
147:3,7,8,
11,16,17
148:5,9
149:8,11
151:17,20
162:14 187:17
balloting
144:2

ballots
55:14,20,24
98:1 133:15
134:2,4
140:8,18,19,
20 141:13
142:22,25
144:19,24
145:4 146:16,
18 147:8
149:15,16,
18,20 151:13,
15 162:4
164:8
barriers
72:12
Based
70:22 77:18,
19
basically
24:19 39:4
96:12
basis
80:13 147:21,
22 192:8
bear
70:18
Beck
156:9
becoming
178:21
beg
82:25 83:1
being
2:10 3:8 6:25
7:8 8:17 12:2
13:24 16:19
25:18 27:14
37:13 42:22
47:11 63:20
71:20 75:6
86:3 87:23
92:14 95:17,

JA_002535

18,19 97:1
116:13 133:2
135:9,18
137:21 138:25
141:6 146:22,
24 150:22
152:4 161:11
165:18 169:12
176:6 179:19
180:22 192:23
196:21 197:6
**believe**
3:23 5:1
19:18,20,23
20:2,8 21:22
70:22 105:15
111:21,23,24
112:2,5,23,
24 113:4,7,
17,22,24
114:4 117:16
119:15 122:5
124:12,14
125:7,14,15
126:10
130:19,20,23
143:5 144:18,
19,21 145:3,
6,10,14,15,
21 146:3,6
147:5,23
150:25 151:1,
3 154:9
155:8,24
159:7 162:7
164:8,17
165:7 170:11
175:12 185:24
193:8
**believed**
20:15
**believes**
140:9 162:11
**bell**

2:7 6:22
13:21 25:15
44:5 48:21
61:17 69:14
83:23 97:13
104:22 107:13
123:2 137:15
165:13 169:8
180:18
**benefit**
70:6
**benefits**
76:22
**Berman**
13:23 35:9
120:5,6,7,
11,14,17,19,
24 121:8,17,
21,23 122:3,
7,10
**better**
3:2 5:11
60:25 76:6
81:25 141:7
**Between**
3:8 47:11
73:6 88:15
117:4 122:16
132:14
143:15,22
144:1,9 149:8
**big**
20:24,25
154:25
**bigger**
185:17 188:22
**bill**
2:17,19 3:16
4:10 5:9 6:5,
13 8:20,25
11:7,10,12
12:23 14:9,19
16:19 17:3,9,

19 18:15
19:9,14 20:17
21:4 23:17
27:20 30:13
31:1 33:21,25
34:8,15 35:9,
11 39:2
44:16,19
45:19 46:9
47:18 48:7,10
49:5,7,8,9
50:10 51:5
55:3,10,21
59:3 60:4,25
61:13 66:5,24
67:19 79:12
80:7 99:1
100:16 102:16
103:17 106:5,
14 108:4,13,
14 109:13,15
110:16 111:3,
10 112:22
114:2,12,18,
23 115:4,5,7,
22 116:23
117:11
118:15,24
119:3,10,20,
22 120:2
121:1,4
123:15 124:12
127:3,25
129:12,17
130:21,23
131:17 132:9
133:10,11
134:14 135:5
137:6 139:8,
16 140:23,24
141:8,12
142:1,2,5,
10,15,19,24
143:17
144:10,13,
14,25 145:7,

16,22,25
146:4,7,13
147:2,9,18
149:2,3,6,9,
16,17 150:1,
13 151:3,11
152:20 153:20
154:4 157:3
161:12,15,
20,23 163:5
164:14 166:5,
10,11,15
167:5 169:21,
25 170:6,24
171:6,7,10,
18 172:5,8,
19,23,24
173:2,10,13,
25 174:1,5,7,
15,19,22
175:1,3,7,
16,25 176:19,
20 179:6,9,
19,25 190:8
192:2 196:17
**bills**
61:4 88:6
**biometric**
42:13
**bipartisan**
64:11 90:9
140:2 155:17
**bipartisansh**
**ip**
62:24
**birth**
10:8,10,12
11:17 12:5,9,
10,12,14
13:8,13 26:10
70:16,20 76:4
**bit**
3:1 40:7
57:20 180:4

16,22,25
146:4,7,13
147:2,9,18
149:2,3,6,9,
16,17 150:1,
13 151:3,11
152:20 153:20
154:4 157:3
161:12,15,
20,23 163:5
164:14 166:5,
10,11,15
167:5 169:21,
25 170:6,24
171:6,7,10,
18 172:5,8,
19,23,24
173:2,10,13,
25 174:1,5,7,
15,19,22
175:1,3,7,
16,25 176:19,
20 179:6,9,
19,25 190:8
192:2 196:17

**Blanca**
182:7
**blood**
38:10 39:20
**blown**
39:19
**board**
13:14 90:5
140:1,4,15
**boards**
140:2
**body**
89:10 124:17
**BOGGS**
198:20
**Bohac**
156:10
197:15,18,20
**Bonham**
148:17
**Bonnen**
152:3 156:10
**booth**
5:25
**Both**
3:7 35:10
60:8 74:2
120:17 161:5
187:11
**box**
33:7,9 56:13
**Branch**
148:16
**brand**
31:24
**Branton**
123:4
**breath**
39:20
**Brewster**
182:4

House Floor Debate - Volume II

March 23, 2011

204

Briefly
124:7 152:12
172:1
bring
7:10 30:22
68:19 103:24
152:23 153:6
bringing
68:3 127:12
brings
171:18
broad
30:13 91:22
92:1,2
broadly
93:5
brought
56:6 102:15
161:8
Brown
152:1 156:10
162:7
budget
106:7,8 107:2
158:11 182:24
budgets
164:23
building
87:5
bunch
41:5 42:18
59:10 163:13
burden
4:11 53:8,12
152:20 156:23
157:19 158:4
163:17
164:14,16
burdens
164:18
Burkett
156:10

Burman
156:10
BURNAM
34:22,24
35:1,4,7,24
42:24,25
43:4,13,21
137:25 138:2,
3,18,20,21
burned
59:10
Burt
152:14
bus
43:18 57:23
58:2
Bush
118:20 126:21
business
67:4 87:17
133:12,14,
24,25 134:13,
15,16,25
135:6
busy
124:8 161:3
Button
156:10
buy
34:8 108:6

C

C
22:18 68:20
cabinet
91:10
Cain
156:10
Calendar
1:13 133:12
134:15,25
135:25 136:3,

19
Calendars
135:24 136:2,
17 148:18
Calenders
148:19
call
52:6 77:8
137:1 147:15
called
45:24 46:13
47:3 48:9,12
120:22
166:19,20
194:8
Callegari
153:20 154:4
155:5
calls
175:25
came
42:11 68:2
140:1
cancel
136:11
cannot
49:9 88:21
109:14
canvassed
140:19,20,21
capable
88:17 143:14
capital
85:19
capitol
85:22,24,25
86:1,5 87:5
car
67:3 183:4
188:6
card
5:19 10:4,5,6

12:8,18
14:11,18 17:1
22:13,21,22,
23 23:11,12,
14,20,25
24:18 25:1,2,
3 32:8,18
38:18,24,25
45:3,4,8,9,
23 46:8,9,18
47:2,12 50:5
52:21 55:8
62:8,13
64:18,20
65:23 67:9
68:21 70:12,
16,20 72:1,2
74:5 75:21,24
76:4,16 80:10
89:9 91:25
106:6,24
141:1 167:24,
25 168:8,12
169:3 193:17
195:7,12
196:16
cards
10:16,17 31:6
51:10 67:10
71:19 72:7,8,
11 74:10
75:18 76:12
81:19,24
88:18 89:2
90:1 196:4
care
5:3,4 18:17
60:16 169:3
career
96:6
carries
37:21
carry
168:5

carrying
118:15
Carter
123:3 156:11
159:18
carve
79:7,10,12,
18
case
55:9 83:9
134:11 150:8,
13
cases
28:16 112:20
188:24
cast
30:22 37:25
99:16 147:3
162:13 164:8
casting
98:21
Castro
92:4,6,11,19
93:2,7,12,
16,20,25
94:5,8,17,20
95:3,12,15,
20 96:4,10,
17,22 97:5,9
category
194:7
cause
43:7 148:6
causes
151:10
census
182:16 186:1
certain
2:17 27:4
34:19 45:2
62:10,11
82:22 180:1

TX_00213045