likes
83:7
limit
16:3
limitation
41:3
limitations
57:16
limited
65:15,18
line
46:23 61:3
73:18
list
25:2 26:4,24
27:19 28:20
53:14 57:25
59:22 70:7
70:24 85:4
lists
53:18
litigation
40:17,23
little
10:17 22:15
24:1 37:3
37:14 56:20
74:16 76:12
78:9 85:23
local
5:10,10,11
6:2,15,16
6:16,18
14:20 22:23
23:20 24:1
46:8 58:6
58:16 65:22
66:17 67:24
67:25
locally
6:5 23:10,14
46:5 58:9
86:1
locals
58:22
location
29:16 35:9
logs

75:7
long
4:9 70:24
look
3:2 8:3 28:5
29:9,9
33:14 62:8
68:9 77:4,4
86:10
looked
15:22 32:22
33:14 79:20
looking
14:9,10 27:3
28:19 31:12
31:13 34:6
86:7
looks
30:18,20
78:11
lot
46:5 50:7
59:16 60:1
66:6 73:14
80:2,19,19
82:19
Lynne
87:3 88:4

M

mail
22:17 39:21
41:9 50:9
50:13,19
55:12 65:14
70:9,9 81:3
81:7 85:6
mailed
62:25
mail-in
18:5,6,8
25:23 26:2
27:9 28:9
50:3 54:23
54:24 61:5
61:9,15,20
62:18,20
63:13,18

80:22 81:1
majority
75:15
making
7:20
manner
41:8
March
19:18 82:4
83:12
margin
82:23
Marion
41:1
mark
81:3
marked
59:23 85:2
match
57:19 58:7
matched
57:18
matches
84:20,21
matching
58:1
material
47:25
materially
29:6 33:25
matter
4:3 50:6
matters
23:9 25:2,5
25:22
McGeehan
36:1,3,4,23
37:2,13,23
38:1,5,10
38:16,18,23
39:3,6,9,12
40:21,23
42:2,6,9,14
42:20,25
43:10,17
44:2,12,17
44:24 45:9
45:16,21,23

47:10,16
48:9,13,17
48:21,24
49:2,6,12
49:18,24
50:5,12
51:5,13,25
52:11,21
53:24 54:4
54:14,17
55:2,8,15
55:18,21
56:25 57:9
58:8,18
59:4,7,13
60:3,5,18
60:25 61:10
61:13,17,22
62:6,11,16
62:23 63:4
63:7,16,19
63:22 64:3
64:8,14,19
64:24 65:12
65:21 66:3
66:10,14,19
66:23 67:1
67:7,13,17
67:20,25
68:6,12,16
68:19,24
69:5,13,20
70:1,4,7,12
70:15,21
71:4,8,11
71:20,22,24
72:4,14,19
72:24 73:3
74:1,15,21
74:25 75:4
75:8,12,19
75:22,24
76:2,15,18
76:25 77:3
77:12,16
78:6,9 79:4
79:18 81:9
81:15,22
82:9,18

83:16,19
84:8,16,24
85:10,13,17
86:4,10,13
mean
6:3 7:19,20
7:22 9:12
9:13,22
10:3,3
12:11 17:16
22:16,20
23:3,6,11
26:17 27:23
30:11,12
32:10,24
33:12 37:14
43:24 49:25
50:13 54:11
57:9 62:23
64:3,25
65:2,20,21
66:1 68:11
72:23 73:23
80:14,18
81:9,10
82:19 83:7
86:7
meaning
12:16 13:8
63:19
means
6:9 13:22
45:7,9
51:18 65:13
76:13 85:2
meet
71:17
Meeting
1:7 87:7
members
3:13 35:22
86:15
memory
26:19 61:22
61:23
mens
20:9 32:23
mentioned



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10

JUNE 14, 2010

100

```
    15:15 54:21
77:22
met
3:4 4:5
40:24
Mexico
35:7 38:11
    38:17 77:22
77:25
Michigan
38:19 71:23
    71:24 72:7
    72:18 73:4
middle
4:7
million
66:15,24
    67:1,3,7,10
    67:12,14,20
    67:23,24
mind
4:25 7:10
    30:9 68:10
    78:15
mine
24:24
minor
54:10
misdemeanor
30:8,21
misnomer
10:17
missed
74:11
mistake
34:3
mistaken
20:25 58:7
modified
78:12
monthly
53:18
months
4:1 57:17
morning
2:17 3:17,19
    3:21 4:10
    36:2,3
```

```
    81:24
motivated
31:3
move
47:8
```

──────────  N  ──────────

```
name
3:19 29:22
    32:25 33:7
    34:1 38:12
    39:25 57:13
    74:13
names
29:25
nature
18:14 48:1
necessarily
21:21 22:20
    46:3
need
33:10 45:10
    46:2 47:21
    77:3,4 86:8
neighbors
60:15
neither
87:18
never
24:5 69:18
    76:10
new
3:6,9 36:6
    38:11,17
    40:5 74:3
    77:22,25
    84:4
nice
2:19 25:1
    27:20
Nichols
4:4 20:5,21
    21:12
night
82:24 83:8
nine
19:3,5,8,12
    19:14 34:23
```

```
    34:25 35:2
non-photo
70:9 77:24
non-photos
40:19,20
North
77:10
note
5:13 46:2
noted
3:1 46:2
notice
33:24
noticed
57:5
November
66:20,21,23
    67:2 81:24
    83:19
nuggets
63:15
number
1:8 4:15
    7:22 9:25
    17:8,23
    22:2 26:1
    28:11 38:3
    39:4 49:19
    53:6,7
    68:15,18
    75:16 77:5
    77:6 80:3,9
    83:13 84:21
numbers
24:5 57:19
    58:2 75:11
    79:20,24
    80:19 85:1
nursing
81:6
```

──────────  O  ──────────

```
Obama
44:7 79:1
objectors
43:14
obtained
44:6
```

```
obviously
4:8 7:4
    22:23 34:9
    34:11 49:21
    50:3 57:13
    60:6
occur
58:5
occurred
29:10
occurring
6:14
occurs
51:1 83:4
offense
18:10,21,23
    18:24 27:9
    28:3 52:15
offenses
18:12
office
3:16,20 4:11
    4:12,13,17
    5:1,4,7,9
    5:12 6:24
    7:1 8:3,7
    8:20,21 9:5
    14:16,21,24
    15:2,5,10
    23:3,5,16
    23:21,22,23
    24:2,4,6
    25:1,9
    28:20 30:18
    36:1,4 46:5
    46:11,15,17
    47:6,14
    48:2 53:2
    87:8,16
officer
9:1 30:23
officers
5:14,15 9:4
officer-h...
19:18
office's
3:23 22:14
official
```

```
27:22,23,25
    37:17 39:21
    40:15 70:9
    83:3,9
officials
5:10,11,11
    6:2,16
    23:20 50:15
    51:3,7
oh
39:17 69:20
okay
3:14 7:2
    8:23 9:8
    10:10 11:17
    12:9,18,23
    13:6,24
    14:12 16:9
    16:23 17:1
    17:18,24
    19:3 20:1
    24:16 27:16
    28:4 29:6
    32:1 33:12
    34:21 35:21
    38:1,22
    39:11 40:22
    42:14 43:19
    44:3 45:22
    45:23,23
    52:3 53:25
    55:4,14,17
    55:22 56:22
    60:1,10
    61:23 63:16
    63:23 64:25
    67:15,18,21
    68:14,16
    69:1,6
    71:12 74:20
    75:12 76:1
    77:14,16
    79:4 81:13
    83:11 84:12
    85:12,18
    86:10
old
45:1 57:18
older
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261216

```
   33:5              72:22 73:2        72:10             54:13 55:10       73:15 76:23
once               73:12 78:21       pending           56:12,19          77:6,13,21
8:7 49:12          78:23             7:5 10:24         57:6 59:11        78:12
   50:1 53:10      papers            11:12,16          59:23 62:2        photograph
   58:14 62:25     39:21             12:3,5,16         62:9,22           35:9
ones               paramount         13:3,5,8          69:13 72:5        picture
14:16 15:12        5:2               15:16 16:2        72:20,21          23:17 64:5
   15:14,17        part              41:12             73:1 76:9         piece
   68:22,23        3:9 14:23         people            80:16 83:24       6:11 30:3
one's                 15:18 23:13    12:3 19:22        84:20,21          34:10 72:22
65:7                  24:13 36:5     21:23,24          85:6              73:12 78:21
ongoing               45:24 58:16    22:6,7            personally        78:23
7:5,9 15:21        partial           52:19 59:9        79:20             pieces
   16:2            45:6,13           73:7,15,16        persons           28:25 29:2
opinion            particular        73:17,17          20:16 53:19       place
52:1               23:4 29:16        75:2 79:11        person's          19:2 28:15
opportunity           65:1           79:21 80:15       39:20 52:10       44:25 46:25
2:21 3:9           parties           83:14             59:15 62:21       60:12,13
oppression         5:18 82:5         percent           per-instance      71:13,14
27:22,24,25        87:20             5:3 50:4          64:7              79:16 83:15
option             party             61:15 75:10       phase             places
36:18 38:4,7       2:18 42:8         75:10             10:7,18           5:16 19:22
   46:10 74:12     pass              percentage        12:17             44:11
   74:17           80:2,19           80:8              phases            plea
order              passage           period            12:8              13:19
2:2 6:12           15:24 28:25       37:21 38:9        phone             plead
   29:24 36:12     passed            39:2 40:14        68:7              14:6 30:21
   42:17 47:17     28:22 40:5        85:9              photo             please
original              40:12 44:9     periodically      25:15,18          2:2
6:7 13:3              45:14          53:12 56:24       28:22 29:7        pled
   23:21,23        passport          periods           31:17 33:10       9:15 10:8
ostensibly         39:21             74:24             34:7 35:11        14:5 17:20
74:4               pattern           perjury           36:16,19,24       30:8 32:23
outcome            29:12 31:16       72:10             37:12,20,21       plus
87:22              patterns          permanent         37:24 38:24       16:12
outside            26:8,10 33:9      20:11,17,22       38:25 39:8        point
7:1 8:12           pay               21:2              39:14,20          5:21 6:7
overseas           39:24             permissible       40:9,10,13        22:12,15
83:1,5             Peña              40:2              40:18,20          73:1
oversees           2:6               permitted         41:14,23,24       police
62:20              peace             41:15             42:15,16,17       5:14 28:8
overview           5:14              person            42:24 43:4        political
41:16,17           penal             30:4 33:25        44:5,6,9          2:18
                   18:24 73:5        34:2 35:9         61:6,8,18         poll
                   penalties         39:22 41:11       61:20 64:1        18:13,13
      P            71:19             48:5 50:18        70:8,23           29:22,24
packet             penalty           52:12,20,22       71:15,17          30:3 31:5
36:10              62:2 71:3,12      53:4,10,10        72:2,6,9,17       32:25 33:1
paper
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
33:7,18,18       23:7 51:15      pre-cleared      Progresso        53:18 74:5
33:23,24           51:20           44:21 45:8       49:4,5 64:21    provided
48:3,10          prescribe         45:10,15,18      64:22           28:20 29:24
54:2,5             40:1            45:19          prompt            30:23
59:22 62:11      presence        primaries         57:1,2          providing
69:11              51:2            82:4,4         proof             27:1,6 77:19
polling          present         primarily         37:16 40:10     provision
5:15 19:2,22       36:14,19        3:8 4:14         40:15 41:10     32:17
28:14 35:9         37:15 38:8     primary           41:11          provisional
60:12,13           39:15,17        5:5 29:11,11   proper            69:14,16
83:15              40:15,20        29:13 47:20      74:12           81:18,19
polls              41:10,11,24     55:9,10,11     proponent         82:3,6,16
40:10,11           41:25 42:1      68:1,3           74:8            82:21,25
42:18,19           42:17,23      prior            proposed          83:5,21,23
43:6 56:6          43:4,6,7        3:1              32:3,8         provision...
60:15 62:2         47:19 50:15   privacy          prosecute         83:17 84:3
62:13 79:22        70:2,6          7:7 50:14        4:23 6:8,17    provisionals
Port               77:23           51:2             23:24 86:1      82:1,10
19:16            presentation    probably        prosecuted        provisions
position           4:20 16:17      17:16 20:20      6:5,18 23:10    5:8 71:1
6:22             presented         21:8 23:18       25:3 49:8      public
possessing         32:5 33:17      34:19 35:10      73:2            57:10 58:19
28:8             presenting        46:6 48:10     prosecuting      pull
possible           27:17 36:20     48:11 51:6       65:22 85:21     64:20
34:20 43:2       presents          59:4 63:12     prosecution      pulled
47:23 80:24        40:10           65:25 66:16      6:3 7:13,17     33:23 35:11
80:25 81:4       president         75:7 76:3        10:6 17:2      punishment
81:8,9             84:14,15        80:13,23         24:3 25:25      62:7
possibly         presidential    problem           50:21 51:16    purpose
16:7 57:20         67:8            66:4             72:21           6:19 24:9
potential        press           problems        prosecutions     purview
8:16 47:3          48:14,14        54:22           4:18 9:11,25     34:12
50:25 62:1         83:7          proceeding        10:23 12:2      put
65:3,3,6         pressured         3:8 87:21        12:15 25:25     11:13 78:1
potentially        59:17          process          26:10,14        78:18
8:17 14:19       presumption       3:24 6:11      prosecutor       puzzle
62:14 65:7         23:11           7:25 8:7,14     13:14 27:14      6:12
65:9             pretty            9:24 15:19       34:14
precinct           42:21 64:20     17:2 22:1      prosecuto...         Q
54:6 60:13         71:25           22:14 44:15      10:18         qualified
83:25 84:2       prevalence        57:12 65:6     prosecutors       82:21,22
84:4,15            3:5 6:20        81:19 84:7       5:15 86:8       83:1,10
preference         45:25         processed        prove           quantify
29:7             prevented         82:11           11:3 27:15      54:9 80:15
prepared           28:21,25      produce           54:11         question
6:4 35:17          31:17 32:7     85:3           proved            7:23 11:14
36:9             pre-clear...    professional      60:19           18:17 20:9
preponder...       44:14           9:3            provide          32:10 50:12
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261218

```
    56:1 57:3          68:12 69:1         7:14,15 9:9        59:2 62:3          20:2,4,8,13
    65:2,11            79:25 80:18        10:22 11:18        69:19,24           20:15,20
    75:5 79:23       reason              15:1,22,22         70:18 72:16        21:6,11,16
    79:23 81:17        10:24 15:19        25:24 46:17        76:5 77:9,9        21:19 22:19
    81:23              83:21,23           46:18,19           84:6,9 85:5        22:25 24:18
questioning         reasonable           49:16 64:4         85:11,15           24:21 25:11
    61:3 73:19         11:3 27:15         64:9               88:5               26:3,24
questions           reasons            referred           regular              27:12,16,19
    3:13 25:4          17:8,10,23         6:2,5 7:1          40:25              28:4,7,18
    35:20,22         recall               16:14 34:24     regulates            29:5 30:15
    54:21 73:2         17:14,17           47:14 48:20        41:8               30:22 31:12
    75:14 86:16        20:8 49:11         48:22 49:20     related               31:22 32:1
quick                 61:10              56:23 68:4         27:1 28:22          32:12,15,19
    3:21 4:3        recap               refers               87:19              32:22 33:4
    47:8              3:21               24:6             relates               33:22 34:12
quicker            receive             reflects           51:16               34:21 35:5
    58:10            46:22 47:18          40:6             relating             36:21,25
quickly             55:12 58:9        regarding            23:7,8              37:8 48:12
    67:22 69:2        66:5               3:6             relative               48:16,19,22
    85:19           received           regardless          51:9               48:25 49:5
quote                7:14 9:10           82:22           relatives             49:7 50:2
    70:14             15:2 57:12       register            63:1                52:4,5,6,17
                      63:17,23           31:3 57:22      releasing             53:21,25
_____     68:7             registered          18:13               54:8,15,20
        R           recognize            5:9 26:20      religious             55:4,14,17
Ranger                5:3 7:8            29:15,18          43:14               55:19,22
    9:1             recommended          30:19,25       remedied              56:15 58:4
rank                  3:7                46:9 52:13        63:25               58:11,23
    50:2            record               52:14,15,22    remember              60:9,11,23
rate                 3:19 30:7           53:10,11          5:3 43:14           61:2,12,14
    75:10,11        recording            57:25 67:18       60:20 61:12         61:18,23
rea                   86:18              83:25 84:2        64:19 68:8          62:9,14,17
    20:9 32:23      records              84:4,10,19        79:12,17           63:3,5,8,17
real                  57:10 58:19        84:22,23       remembering           63:21,23
    6:12 8:17         58:20              85:1              20:20               64:7,11,17
    28:2 47:8       refer              registering       Remind               64:22,25
    85:19            5:12 8:6 9:1        19:19 27:21        67:19              65:17,25
really                9:5 26:13          84:20          reminder              66:8,12,17
    2:19 6:21         45:18 54:19      registers           3:22               66:21 67:22
    7:8 18:23         68:22              52:20           Rep                   68:2,9,14
    22:13 23:16     referenced         registrars          2:5,7,9,11         68:17,21,25
    24:21 28:20       30:12              53:18             2:14,16            69:6,17,22
    33:11,14        referral           registration        12:10 14:8        70:2,5,10
    34:5 43:13        5:4 7:19           27:10 29:15       14:12,15,19        70:13,19,22
    43:16 49:24       8:15 46:15         30:13,16          14:23 15:4        71:6,9,12
    53:4,22           47:17 49:13        35:12,13          15:9 16:24        71:21,23
    54:11 56:7      referrals            39:16 40:9        17:1,4,9,13       72:3,7,15
    56:8 58:12        4:17 5:4           58:12,25          17:18,24          72:20,25
    59:19 67:22                                                               73:6 74:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261219

74:20,23
75:1,6,9,13
75:20,23
76:1,21
77:1,8,14
79:5,8,19
81:13,17
82:7,13
83:11,17
84:6,12
85:19 86:6
86:12,15
**Repeat**
36:21
**report**
60:2 85:24
**reported**
46:4,5 81:25
**Reporter**
87:3
**reports**
28:8
**Represent...**
14:7 20:3
21:17 22:4
24:17,24
35:3 56:4
60:8 61:1
79:6,10
85:18
**represents**
46:13 66:6
66:19
**request**
55:11 81:5
87:7
**requested**
55:16
**requests**
55:10
**require**
36:12,13,15
36:16,24
37:24 39:13
40:5,8
41:10 47:16
48:18 50:16
77:12 78:4

78:13,17,23
**required**
50:24 76:4
76:19 82:11
85:2
**requirement**
61:9 71:25
**requirements**
52:24
**requires**
23:25 32:11
40:13 41:14
**requiring**
76:9,10
**research**
60:7 74:17
78:10
**residence**
38:13 40:11
**resident**
19:19,20
52:25
**residents**
20:11,17,22
21:2
**resolution**
13:9,18 35:1
**resolved**
9:10,11,12
10:1,3,17
12:22 13:19
13:21 17:2
19:6 22:12
29:4 49:14
**respect**
20:9
**responsible**
4:14
**result**
16:2,5,17
**resulted**
9:11 10:23
12:2
**results**
18:13
**return**
4:22 13:16
**returning**

18:6
**returns**
82:25
**review**
8:20 11:5
19:14 46:12
**reviewed**
82:11
**reviews**
52:24
**re-phrase**
76:11
**right**
2:17 7:2
9:25 10:1
11:19,22,25
13:17 16:19
19:10 20:12
20:14 21:11
22:19,25
24:16 28:16
29:4 30:16
30:22 31:6
31:9 32:20
32:23 33:3
33:21 34:13
35:3,21,23
37:13 38:5
38:16 39:3
40:21 44:12
45:23 51:5
51:14 52:19
53:7 54:14
54:14 55:23
56:25 61:13
61:17 62:5
63:4,7
64:14,22,23
65:4,17,19
66:15 67:20
68:24 69:5
69:13,18
70:1,4,21
71:10,11,14
71:20 72:3
72:11,13,18
72:19,24
73:25 74:1
74:25 75:8

75:22 76:15
76:17,18
79:18 81:13
**rights**
7:7 44:5,13
45:6,14
78:24
**rise**
9:7 33:9
**rises**
8:5
**risk**
65:3,6,10,13
**robbery**
23:25
**Rodriguez**
87:3 88:4
**role**
2:3 5:1
**rolls**
33:20,23
52:17,18,18
56:18,23
57:5,7,13
57:15
**roughly**
21:2,4
**rule**
37:19
**ruled**
40:25
**run**
9:17 53:13
53:15
**run-off**
55:12

_____
**S**
**safeguards**
50:14
**sake**
7:5 18:3
**sampling**
18:12
**satisfy**
69:22
**saw**
26:5,7 45:5

48:4 56:18
79:20
**saying**
2:19 10:1,19
48:6 67:3
**says**
8:15 27:4,24
37:12 42:12
42:13 48:4
59:24 74:14
**SB**
1:8
**scale**
63:13,18,19
63:24
**scaleability**
63:9 64:13
**scenario**
62:19
**screen**
68:23
**screening**
8:13
**scrutinizes**
58:20
**scrutiny**
8:10 47:14
**season**
2:18
**seat**
31:23
**second**
4:18 5:7 6:7
25:4 49:23
**Secretary**
5:6 7:24 8:2
8:19 15:5
15:10 36:1
36:4 40:1
46:11 58:5
85:25
**Secretary's**
53:1
**security**
53:6,7 57:19
74:5 84:21
**see**
3:8 9:6



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261220

```
25:19,21,24      4:9 11:17       33:17 47:18    33:15 34:5     spell
26:1,4,8,15      26:16 46:3      59:7 71:17     snapshot       74:18
28:10,18         52:18           77:23          18:2           spring
30:22 31:14     settlements     significant     sneak          57:15
33:11 39:18      14:4            26:1 71:19     44:1           staff
65:9,11         seven           significa...    Social         36:8
73:22,23,24      27:5 39:18      33:5           53:6,7 57:19   stand
75:13 77:2       82:12          signing         84:21          26:11
80:10 81:22     share            62:22 74:12   somebody       standard
82:3 86:8        25:7 46:1      sign-in         56:5,12 57:3   25:16,18
seen            sheets           47:25          57:5,6,10       29:8 69:3
25:9 31:17       47:25          similar         59:17 80:16    69:10,23
 64:1           sheriff          29:6 31:20    son            71:16,18
segment          8:25            35:7 43:23    33:5           72:17,17
11:10           Shorthand        59:21         sorry          73:14,15,21
selling          87:3           similarly       4:6,9 12:7    74:3 75:18
49:11           show             46:2           15:9 31:24    76:22,23
Senate          16:6,22        simple          69:20 74:11   stands
19:18            30:15 32:11    38:11          sort           86:16
send             37:20 39:2    simply          6:14,15 8:1    stand-alone
25:1 27:20       39:6 59:22      70:17 76:6     8:11 10:8      18:22
 47:22           60:15,16      single          11:8,9,12     started
senior           85:11          64:16          14:6 19:24     3:13
72:8 73:11      showed         sir             29:25 30:21   state
sense            29:14 30:11    5:22 6:25       34:16 43:21    7:24 14:25
23:6 59:12       30:12 31:4      12:6 14:5      50:23,25       15:7 20:23
 73:14          showing          14:14,22       51:21,23,23    20:23 23:8
sent             62:2,10 65:8    17:3,15,22     54:18 58:17    23:18 24:11
26:25 30:18      84:1           17:25 20:7     61:3,20        25:7,12,17
 48:1 53:1      shown            25:10 26:2     73:24 78:11    25:19,21
separate         83:22           35:1,19      sorts           31:7,15
12:8            shows          sitting         23:5           32:5 33:17
serve            39:24 56:8     13:17         sounds          36:9 37:14
84:3,10         side           situation       79:18          38:11,11,20
serves           31:9           33:2 34:5     sources         39:19 40:1
84:4,8          sign             84:14,25      5:5 65:24      41:5,14,19
service          29:24 31:5    situations      speak          42:11,16
53:19            36:18 37:11    65:11          79:13          44:14,18,19
SERVICES         37:15,22      six             speaking       45:1,9,14
88:6             38:12 42:12    57:17          30:10          45:14 64:6
session          69:11,25      slightly        specific       65:23 66:17
40:4,25          70:11,25       29:3 69:18     28:3 41:18     66:18 67:5
 44:10,25        71:18 72:12   slow            47:21 55:2     69:23 70:2
 46:16 47:5      76:6 77:24     60:13          55:20 57:11    70:8 73:5,8
sessions         78:7 81:2,6   Smith          specifically   76:4 78:22
28:23 32:4       81:11          2:4,5 37:12    62:7           80:9,12
 61:7,19        signed           42:13        specifics       85:4,25
set              29:22 33:7    smoking         37:6 67:4      87:2,4
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

stated
29:7 30:7
statement
38:12 39:23
78:13
states
3:6 36:7,11
36:11,13,15
36:16,17,24
37:24 38:3
38:6,23
40:5 41:17
41:22 42:4
42:9 43:3
43:21,23
44:4,6 69:2
69:8 71:15
71:21 74:17
74:23 75:6
75:15,16,17
75:17,23
76:8,14,19
76:21 78:20
78:25
statewide
53:14 57:25
state's
5:6 8:3,19
15:5,10
36:1,4 41:2
46:11 53:1
58:5
stating
38:12 70:17
76:6
stationed
5:14
Statistics
53:15 57:17
57:24 58:3
58:10
status
53:17
statute
32:3
statutory
3:7
stayed

57:13
Steven
45:6
stipulate
29:5 31:19
stopped
33:6
straight
11:18
Street
87:8,16
strict
42:21 71:25
73:15,21
strong
51:9
struck
41:7
study
36:6
studying
3:6
subject
13:12 50:6
63:10 72:21
submit
5:9 81:12
submitted
53:5,6 87:14
subsequent
58:25
subsequently
19:20
substance
2:24
substanti...
31:20
substantiate
11:2,2
substituting
72:16
sub-categ...
19:9
sub-category
18:20
sub-sections
18:25 26:23

successful
25:25
successfully
10:15,16,16
49:8
sufficiently
41:3
Suite
88:6
support
33:10
supposed
26:20
Supreme
40:25 41:13
sure
5:21 10:3
25:7 28:1
30:25 44:23
47:10 51:13
52:25 55:25
64:20 73:4
75:7,24
81:10 82:19
84:19
survey
36:9,10
75:16 85:22
86:2,5,8
swearing
48:6
swore
73:4
sworn
48:16,18,20
system
35:6,7,16
71:13
systematic
53:16 58:21
systems
69:2

---

**T**

take
4:21 11:4
14:14 15:25
33:14 68:14

81:1
taken
10:17 35:1
57:6 87:21
takes
60:14
talk
6:4,25 7:25
8:7,21
18:16 21:19
22:23 28:3
28:13 61:25
69:7
talking
8:18 18:19
21:6 34:23
42:4,16
43:1 48:7
67:5 80:23
talks
26:17 36:6
37:4
technically
78:4
Ted
56:7,8
tell
7:17 18:16
19:7,12,14
23:1 24:11
30:20 34:15
66:15
ten
62:4 63:11
72:10
tend
43:21
tends
23:2
tens
21:24
term
45:7
terms
8:15 10:13
15:14 17:12
24:4,10
26:5 32:2

33:10 41:22
50:2 51:8
63:8 78:22
testified
4:11 20:5
21:12 61:16
79:14,17
testify
3:17 6:10
testimony
19:16,23
20:21 24:19
73:18
Texas
4:7 6:21
8:25 15:7
25:7,12,17
36:12 39:13
44:10 45:25
67:6 69:3,7
69:23 72:15
75:20 76:23
87:2,4,9,17
88:4,7
text
66:14
texted
66:12
Thank
3:18 7:2
17:24 24:18
35:5,23,24
45:22 52:6
55:23 79:8
81:14 86:12
thanks
20:4 37:9
77:14
theoretic...
74:4
thing
4:8 30:2
33:1 49:19
56:16 57:18
59:10 80:1
things
2:19 3:25,25
4:25 6:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
  7:23  9:14          21:23              tough             turns              29:23
12:16 18:14         three              50:12 51:6         31:1               understand
18:19 25:13         3:2 4:24 5:5       toughness          turn-out           9:6 37:25
33:18 47:25           9:13 11:7        51:9               67:9                38:2 77:21
53:11 54:21          11:13 26:22       track              Twenty-three        85:8 87:12
79:9 80:2            29:2 31:20        46:24 59:8         36:13              understan...
84:22 85:25          45:17 61:6        tracked            twice              9:14 20:19
think                61:8,19           68:20              26:22 58:13        21:5 31:19
  6:20 8:20         tie                traditions         59:19              32:2 41:13
  9:7,16,18         59:2,5             2:18               two                45:16 49:7
  9:22 12:12        time               transcribed        4:12 12:8         70:16 72:14
16:18 17:13         3:3,3,15 4:1       87:7,11             18:7 27:24        undertook
17:15,17            4:9 7:18           transcript          33:18,23          14:24
18:25 19:15         14:8 15:24         87:14               40:4,13,19        undocumented
20:4,7,12           25:20 31:21        Travis              40:20 42:22       20:15
20:14 21:8          31:22 35:12        24:6 87:1           44:11 46:19       unfortuna...
21:9 22:15          35:25 37:21        trend               46:20 47:6       57:23
23:17,18            40:3 56:18         2:22                47:12,23          unfounded
25:5,15,21          57:14 81:2         trial               50:7 56:10       68:4
26:22,23            81:11              4:8 9:18             57:23 62:4       UNIDENTIFIED
33:19 34:14         times               13:12,20,22        63:11,20         13:25
38:11,18            59:16 60:1          16:6 17:20         64:9,9            uniform
42:20 43:10         60:22,23           19:23 34:18         72:10 73:2        41:9
44:18 47:20         81:7               trials              74:24 75:10      uninsured
47:23 49:10         tiny               9:15                83:4             80:4,8
50:21 54:4          23:13 24:13        tried              type              universe
55:6 58:4,6         54:6               61:7 86:1          32:6 61:4,5       6:3 13:10
60:25 64:14         today              true               63:9,25          22:21 43:2
66:1,3              24:19 25:23        43:13 71:2         65:1              66:7
67:10 68:19         82:15              77:18              typical           unofficial
71:25 73:8          Todd               try               26:10 48:8        82:25
73:10 74:7          37:12 42:12        46:24,24          typically         unreferred
76:2,3,8            told               59:20             45:17 48:9        68:4
79:14 80:1          20:10,16           trying            48:10 62:10       unreported
80:4,23             67:11              15:11 25:13        _____      46:6
82:20               toll               28:23 31:6        |      U      |   update
thinks              46:23              33:8 43:2         |_____|    3:24
59:19               tonight            43:24 44:15       Uh-huh            use
third               82:16              47:7 51:17        32:12,15          34:19 55:6
5:10,18 7:3         tool               61:3 62:3         42:2 49:6         70:24 74:5
17:14               34:15,18          64:12 65:1         77:8 81:15        80:10
thought             top                85:8              86:10,13          usually
30:25 33:16         42:3 56:10         turn              un                70:24 83:23
34:5 36:5           total              34:17 56:5        68:21             Utah
47:5 55:5           9:25 67:16         56:12 59:11       unable            40:12,14
55:23 67:11         68:3               75:9              71:17             utility
thousand            totals             turned            uncle             39:23
68:13,15            83:9               59:13             68:10             U-name-it
thousands                                                unclear
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261223

```
    16:4              53:15 57:17       24:10 25:6        63:1              31:3 41:18
U.S                   57:24 58:2        25:10,12,16     votes               47:11 55:24
 40:25 53:20          58:10             25:17 26:22      15:6 19:24         57:21 59:19
                     vote               27:9 28:14        22:4,8,11         78:24 79:10
       V              19:19,22          29:14 30:13       22:21,21          83:14
valid                 20:17 21:2        30:16 31:4        41:11 56:13     wanted
 40:10                26:21 29:13       31:14 32:6        66:8 67:1,8       61:2 82:19
validate              29:16,19          33:11,13          67:12,14        wanting
 53:3,7               30:5,19,25        35:8,13,13        85:3              60:7
validations           31:3,4           36:13,18         voting            war
 52:22                32:24 35:10       39:15,16,25       5:16 18:9,21      72:8
validity              35:10 36:13       40:10,14          18:22,24        warrant
 11:11                36:20 41:9        41:1,10,15        19:9 22:1         4:20 7:16
variety               41:15 42:17       42:22 43:3        26:5,7,9,18     warrants
 40:6                 43:3,4,5,8        46:20 47:3        26:19,20,22       24:3
verify                50:19 52:10       47:13,24          26:25 27:4      Washington
 52:18 53:16          52:19 56:8        49:9,25           27:7,9           44:8
 53:23                57:22 58:13       50:7,18           28:12,13,14    wasn't
verifying             58:23 59:20       51:5 52:9         32:20 33:6       30:25 31:1
 35:12 53:22          59:22,24          52:13,15          34:24 36:14      34:22 64:15
versed                60:14 62:4        53:5,8,18         40:5 44:5       water
 28:3                 63:12 65:9        54:1,9            44:13 45:6       67:9
versus                68:10,11          58:12,24          45:13,14       way
 51:11,22,23          69:10,13,23       59:2,19,24        49:10,25         23:2,4,14
 56:3 61:4,5          70:20 72:11       60:2,11           50:6,13          38:21 51:4
 65:6,7,8             72:12,25          62:3 63:14        52:8,16,18       52:11 53:16
vested                73:11,20          63:24,25          55:1 59:17       54:11,12
 60:6                 74:5 76:9         64:10 65:2        62:24 71:5       55:6 58:14
veteran               76:14 77:10       65:14 69:3        78:24 79:20      59:8,18
 72:8                 77:19 78:2        69:9,19,23        80:15 84:3       73:10 75:25
victory               78:8,16,21        69:24 70:17       85:9             76:3
 82:23                79:11 81:1        70:17 72:16     votings           ways
view                  83:14,15,17       73:9 75:18        49:11            50:24 56:10
 73:13                83:24 84:2        76:4,22,22      vs                website
vintage               84:14,15,19       78:25 79:15       41:1             67:4
 48:25                85:6              81:10,12                          weekly
violate              voted              83:25 84:9            W            53:12
 73:5                 19:20 20:24       85:2,5,5,11     waiting           weigh
violation             21:21,22,25       85:14            13:9,17          51:3
 8:2,5 10:9           29:22 30:6      voters            walk              weighs
 14:6 24:2            30:19 32:24       5:9 20:10,10      48:4 56:6        50:24
violations            56:9,9,17        21:10 41:4       walking          weighty
 5:2,19 6:8           51:1,23          41:8,9 46:9       80:17            41:3
 6:13 16:7           voter              57:25 59:14     walks            welcome
 28:10 46:14          1:8 2:21 3:6      59:16 64:15       32:13           3:17 77:16
vis-a-vis             8:1,3 14:24       64:18 67:19     want             went
 63:14                18:20 23:2        79:22            5:25 15:5         21:20,22
Vital                 23:8,13,18     voter's             16:3 28:13       29:13,21
                                        28:9 50:14
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261224

```
     45:19 68:11        77:21              65:3,6,10       13                81:24
     80:11          work                   ─────────       3:25 67:20        2010
weren't              3:10 37:11               $            67:21             46:19
53:20 83:21      worked                  $10,000          14                2012
West                 4:19                62:5 63:11        1:8 3:25          87:15,25
4:7 87:8,15      worker                   71:9 72:10       46:17             209
we'll                33:18,24             ─────────        14th              87:8,15
77:5 78:14           35:11 48:3              0             87:8,16           23
we're                54:2,5              02                1402              75:23 78:1
3:23 5:21            59:18 62:12         67:3              82:6               78:19
    10:14 12:4   workers                 04                16012             24
    14:10 15:24      33:1 48:10          67:2              18:21             46:19 64:8
    16:4 17:19   world                   06                18                254
    18:18 21:6       3:10                67:2 83:22        18:2,3            85:22
    24:23 25:13  worried                 07                19                267
    31:6,12,13       73:7                57:14             79:14             7:14 10:20
    33:13 42:4   worries                 08                1997              10:22 11:8
    53:22 64:25      28:7                57:15 67:2        76:4              11:13,18
    65:15,17     worthy                   83:22            ─────────         15:12,12,16
    66:5 67:23       11:1                09                   2              22:22
    86:7         wouldn't                44:25            2                 27
we've                35:10 43:16          ─────────       71:9              36:11,15
2:20 11:11       write                       1            20                75:15,16,17
    11:14,18         24:23 46:25         1st              66:15,24          76:21 77:19
    15:2,22,23   write-up                40:8              67:1,3,12         78:2
    18:19 31:14      73:23,24            10                67:14,23,24       283
    31:17 47:3   writing                 46:18 71:9        75:10             88:5
    48:13 64:1       24:24 46:13          87:15           2000              ─────────
    64:9 68:20   written                 100               68:18 69:1          3
whatsoever           47:18               5:3               88:6             3
78:3             wrong                   100congress      2002              26:17
Wilson               22:7 29:12          88:6              7:15 14:11        30
87:8,15              47:20 83:14         1000              25:3 66:9         17:20
winner               84:15               83:12             67:23 68:5       3110
82:15            ─────────               11               2005              82:5 83:11
wish                    X                36:16,17,23       28:23 32:4       328-5557
49:9             X                        38:3 42:9        61:9             88:7
witness              59:20                76:24,25        2006              35
35:22 62:18      ─────────                77:2,8,11        67:10            9:10,14,25
witnesses               Y               12                2007              10:14,20
62:14,21,22      year                    12:15 13:2,3      28:23 29:20      11:15 12:5
65:9                 29:19 79:12          13:4,7,14        32:4 61:9        12:19,20
word             years                    13:17 15:15     2008              13:2,2,18
24:24                14:13,15             17:19 22:22      29:11 40:24       15:15 17:2
words                15:7 22:5           12/31/13          67:8             17:6,17,19
22:3 24:25           64:9 67:9           88:5             2009              18:2,8 22:6
    41:24 43:5       67:16               1233             28:23 32:4        22:6,7,12
    44:9 77:18   yield                   1:8              41:5 46:18        22:21,22
```

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



**3903**
82:1

---
**4**
---
**4**
26:17 67:10
**42**
17:19
**421**
82:2
**47**
15:16 16:4
16:10,12
17:18

---
**5**
---
**5**
17:17
**50**
36:9,11
41:17 50:3
61:14
**500**
68:13
**512**
88:7

---
**6**
---
**6**
18:11
**6/14/10**
1:7 87:7
**64.012**
18:10
**64012**
26:17,23
30:20

---
**7**
---
**7:00**
82:16
**78701**
87:9,17 88:7

---
**8**
---
**8**
67:7
**8:00**

82:16
**81st**
40:4
**8140**
88:4
**84.0041**
18:7
**86006**
18:4

---
**9**
---
**9**
12:13 18:9
**9th**
87:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261226

By:  Fraser, Estes                                    S.B. No. 362

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4          SECTION 1.   Subchapter  A,  Chapter  15,  Election  Code,  is

5    amended by adding Section 15.005 to read as follows:

6          Sec. 15.005.   NOTICE  OF  IDENTIFICATION  REQUIREMENTS.   (a)

7    The  voter  registrar  of  each  county  shall  provide  notice  of  the

8    identification requirements for voting prescribed by Chapter 63 and

9    a  detailed  description  of  those  requirements  with  each  voter

10   registration  certificate  issued  under  Section  13.142  or  renewal

11   registration certificate issued under Section 14.001.

12         (b)  The  secretary  of  state  shall  prescribe  the  wording  of

13   the notice to be included on the certificate under this section.

14         SECTION 2.   Subchapter  A,  Chapter  31,  Election  Code,  is

15   amended by adding Section 31.012 to read as follows:

16         Sec. 31.012.   VOTER IDENTIFICATION EDUCATION.  The secretary

17   of  state  and  the  voter  registrar  of  each  county  that  maintains  a

18   website shall provide notice of the identification requirements for

19   voting  prescribed  by  Chapter  63  on  each  entity's  respective

20   website.   The secretary of state shall prescribe the wording of the

21   notice to be included on the websites.

22         SECTION 3.   Section  32.111,  Election  Code,  is  amended  by

23   adding Subsection (c) to read as follows:

24         (c)  The  training  standards  adopted  under  Subsection  (a)

81R3524 JRJ-D                        1

S.B. No. 362

1   must include provisions on the acceptance and handling of the

2   identification presented by a voter to an election officer under

3   Section 63.001.

4        SECTION 4.  Section 32.114(a), Election Code, is amended to

5   read as follows:

6        (a)  The county clerk shall provide one or more sessions of

7   training using the standardized training program and materials

8   developed and provided by the secretary of state under Section

9   32.111 for the election judges and clerks appointed to serve in

10  elections ordered by the governor or a county authority.  Each

11  election judge shall complete the training program.  Each election

12  clerk shall complete the part of the training program relating to

13  the acceptance and handling of the identification presented by a

14  voter to an election officer under Section 63.001.

15       SECTION 5.  Chapter 62, Election Code, is amended by adding

16  Section 62.016 to read as follows:

17       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

18  POLLING PLACES.  The presiding judge shall post in a prominent place

19  on the outside of each polling location a list of the acceptable

20  forms of photographic and nonphotographic identification.  The

21  notice and list must be printed using a font that is at least

22  24-point.

23       SECTION 6.  Section 63.001, Election Code, is amended by

24  amending Subsections (b), (c), (d), and (f) and adding Subsection

25  (g) to read as follows:

26       (b)  On offering to vote, a voter must present to an election

27  officer at the polling place the voter's voter registration

2

S.B. No. 362

1   certificate and either:

2       (1)  one  form  of  identification  listed  in  Section

3   63.0101(a); or

4       (2)  two  different  forms  of  identification  listed  in

5   Section 63.0101(b) [to an election officer at the polling place].

6       (c)  On  presentation  of  the  documentation  required  by

7   Subsection (b) [a registration certificate], an election officer

8   shall  determine  whether  the  voter's  name  on  the  registration

9   certificate is on the list of registered voters for the precinct.

10      (d)  If  the  voter's  name  is  on  the  precinct  list  of

11  registered voters and the voter's identity can be verified from the

12  documentation presented under Subsection (b), the voter shall be

13  accepted for voting.

14      (f)  After determining whether to accept a voter, an election

15  officer  shall  return  the  voter's  documentation  [registration

16  certificate] to the voter.

17      (g)  If  the  requirements  for  identification  prescribed  by

18  Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for

19  provisional voting only under Section 63.011. An election officer

20  shall  inform  a  voter  who  is  not  accepted  for  voting  under  this

21  section of the voter's right to cast a provisional ballot under

22  Section 63.011.

23      SECTION 7.  Section 63.006(a), Election Code, is amended to

24  read as follows:

25      (a)  A voter who, when offering to vote, presents a voter

26  registration  certificate  indicating  that  the  voter  is  currently

27  registered in the precinct in which the voter is offering to vote,

3

S.B. No. 362

1    but whose name is not on the precinct list of registered voters,

2    shall be accepted for voting if the voter's identity can be verified

3    from the documentation presented under Section 63.001(b).

4        SECTION 8.   Section 63.007(a), Election Code, is amended to

5    read as follows:

6        (a)  A voter who, when offering to vote, presents a voter

7    registration  certificate  indicating  that  the  voter  is  currently

8    registered in a different precinct from the one in which the voter

9    is offering to vote, and whose name is not on the precinct list of

10   registered  voters,  shall  be  accepted  for  voting  if  the voter's

11   identity  can be verified  from  the  documentation  presented  under

12   Section 63.001(b) and the voter executes an affidavit stating that

13   the voter:

14            (1)  is a resident of the precinct in which the voter is

15   offering to vote or is otherwise entitled by law to vote in that

16   precinct;

17            (2)  was a resident of the precinct in which the voter

18   is offering to vote at the time that information on the voter's

19   residence address was last provided to the voter registrar;

20            (3)  did not deliberately provide false information to

21   secure  registration  in  a  precinct  in  which  the  voter  does  not

22   reside; and

23            (4)  is voting only once in the election.

24        SECTION 9.   Section 63.008(a), Election Code, is amended to

25   read as follows:

26        (a)  A voter who does not present a voter registration

27   certificate when offering to vote, but whose name is on the list of

4

JA_003243

S.B. No. 362

1  registered voters for the precinct in which the voter is offering to
2  vote, shall be accepted for voting if the voter executes an
3  affidavit stating that the voter does not have the voter's voter
4  registration certificate in the voter's possession at the polling
5  place at the time of offering to vote and the <u>voter's identity can</u>
6  <u>be verified from the identification presented under Section</u>
7  <u>63.001(b)</u> [~~voter presents proof of identification in a form~~
8  ~~described by Section 63.0101~~].
9      SECTION 10.  Section 63.0101, Election Code, is amended to
10 read as follows:
11     Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
12 <u>(a)</u>  The following documentation is <u>an</u> acceptable <u>form</u> [~~as proof~~]
13 of <u>photo</u> identification under this chapter:
14          (1)  a driver's license or personal identification card
15 issued to the person by the Department of Public Safety <u>that has not</u>
16 <u>expired or that expired no earlier than two years before the date of</u>
17 <u>presentation</u> [~~or a similar document issued to the person by an~~
18 ~~agency of another state, regardless of whether the license or card~~
19 ~~has expired~~];
20          (2)  a <u>United States military identification card that</u>
21 <u>contains the person's photograph</u> [~~form of identification~~
22 ~~containing the person's photograph that establishes the person's~~
23 ~~identity~~];
24          (3)  a [~~birth certificate or other document confirming~~
25 ~~birth that is admissible in a court of law and establishes the~~
26 ~~person's identity;~~
27          [~~(4)~~]  United States citizenship <u>certificate</u> [~~papers~~]

5

S.B. No. 362

1    issued to the person that contains the person's photograph;

2              (4) [(5)]  a  United  States  passport  issued  to  the

3    person;

4              (5)  a license to carry a concealed handgun issued to

5    the person by the Department of Public Safety

6              [(6)  official  mail  addressed  to  the  person  by  name

7    from a governmental entity]; or

8              (6) [(7)]  a  valid  identification  card  that  contains

9    the person's photograph and is issued by:

10                  (A)  an  agency  or  institution  of  the  federal

11   government; or

12                  (B)  an  agency,  institution,  or  political

13   subdivision of this state.

14       (b)  The following documentation is acceptable as proof of

15   identification under this chapter:

16             (1)  a copy of a current utility bill, bank statement,

17   government check, paycheck, or other government document that shows

18   the name and address of the voter;

19             (2)  official mail addressed to the person by name from

20   a governmental entity;

21             (3)  a certified copy of a birth certificate or other

22   document confirming birth that is admissible in a court of law and

23   establishes the person's identity;

24             (4)  United  States  citizenship  papers  issued  to  the

25   person;

26             (5)  an  original  or  certified  copy  of  the  person's

27   marriage license or divorce decree;

6

S.B. No. 362

1         (6) court records of the person's adoption, name
2 change, or sex change;
3         (7) an identification card issued to the person by a
4 governmental entity of this state or the United States for the
5 purpose of obtaining public benefits, including veteran's
6 benefits, Medicaid, or Medicare;
7         (8) a temporary driving permit issued to the person by
8 the Department of Public Safety;
9         (9) a pilot's license issued to the person by the
10 Federal Aviation Administration or another authorized agency of the
11 United States;
12         (10) a library card that contains the person's name
13 issued to the person by a public library located in this state; or
14         (11) a hunting or fishing license issued to a person by
15 the Parks and Wildlife Department [or
16         [(8) any other form of identification prescribed by
17 the secretary of state].
18     SECTION 11.  Section 63.011(a), Election Code, is amended to
19 read as follows:
20     (a) A person to whom Section 63.001(g), 63.008(b), or
21 63.009(a) applies may cast a provisional ballot if the person
22 executes an affidavit stating that the person:
23         (1) is a registered voter in the precinct in which the
24 person seeks to vote; and
25         (2) is eligible to vote in the election.
26     SECTION 12.  Section 521.422, Transportation Code, is
27 amended by amending Subsection (a) and adding Subsection (d) to

7

JA_003246

S.B. No. 362

1   read as follows:

2        (a)  Except as provided by Subsection (d), the [The] fee for

3   a personal identification certificate is:

4             (1)  $15 for a person under 60 years of age;

5             (2)  $5 for a person 60 years of age or older; and

6             (3)  $20  for  a  person  subject  to  the  registration

7   requirements under Chapter 62, Code of Criminal Procedure.

8        (d)  The department may not collect a fee for a personal

9   identification certificate issued to a person who states that the

10  person is obtaining the personal identification certificate for the

11  sole  purpose  of  satisfying  Section  63.001(b)(1),  Election  Code,

12  and:

13            (1)  who  is  a  registered  voter  in  this  state  and

14  presents a valid voter registration certificate; or

15            (2)  who  is  eligible  for  registration  under  Section

16  13.001, Election Code, and submits a registration application to

17  the department.

18       SECTION 13.  As soon as practicable after the effective date

19  of this Act:

20            (1)  the  secretary  of  state  shall  adopt  the  training

21  standards and develop the training materials required to implement

22  the change in law made by this Act to Section 32.111, Election Code;

23  and

24            (2)  the  county  clerk  of  each  county  shall  provide  a

25  session of training under Section 32.114, Election Code, using the

26  standards adopted and materials developed to implement the change

27  in law made by this Act to Section 32.111, Election Code.

8

S.B. No. 362

1        SECTION 14.  (a) Except as provided by Subsection (b), this
2    Act takes effect January 1, 2010.
3        (b)  The changes in law made by Sections 1, 2, 3, 4, and 13
4    take effect September 1, 2009.

9

# BILL ANALYSIS

Senate Research Center                                                                    S.B. 362
81R3524 JRJ-D                                                                    By: Fraser, et al.
                                                                   Senate Committee of the Whole
                                                                                        3/3/2009
                                                                                        As Filed

## AUTHOR'S / SPONSOR'S STATEMENT OF INTENT

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker.  While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud.  Individuals are not required  to show identification to register to vote.  Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals.  With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate.

As proposed,  S.B. 362 modifies provisions requiring a voter to present proof of identification when offering to vote.

## RULEMAKING AUTHORITY

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

## SECTION BY SECTION ANALYSIS

SECTION 1.  Amends Subchapter A, Chapter 15, Election Code, by adding Section 15.005, as follows:

> Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.  (a)  Requires the voter registrar of each county to provide notice of the identification requirements for voting prescribed by Chapter 63 (Accepting Voter) and a detailed description of those requirements with each voter registration certificate issued under Section 13.142 (Initial Registration Certificate)  or renewal registration certificate issued under Section 14.001 (Renewal Registration Certificate).

> (b)  Requires the secretary of state to prescribe the wording of the notice to be included on the certificate under this section.

SECTION 2.  Amends Subchapter A, Chapter 31, Election Code, by adding Section 31.012, as follows:

> Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  Requires the secretary of state and the voter registrar of each county that maintains a website to provide notice of the identification requirements for voting prescribed by Chapter 63 on each entity's respective website.  Requires the secretary of state to prescribe the wording of the notice to be included on the websites.

SECTION 3.  Amends Section 32.111, Election Code, by adding Subsection (c), to require that the training standards adopted under Subsection (a) (relating to certain actions required by the secretary of state regarding training standards and materials for election judges) include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001 (Regular Procedure for Accepting Voter).

SECTION 4.   Amends Section 32.114(a), Election Code, to require each election clerk to complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 5.   Amends Chapter 62, Election Code, by adding Section 62.016, as follows:

Sec. 62.016.   NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES.   Requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of photographic and nonphotographic identification.   Requires that the notice and list be printed using a font that is at least 24-point.

SECTION 6.   Amends Section 63.001, Election Code, by amending Subsections (b), (c), (d), and (f) and adding Subsection (g), as follows:

(b)   Requires a voter, on offering to vote, to present to an election officer at the polling place, the voter's voter registration certificate and either one form of identification listed in Section 63.0101(a), or two different forms of identification listed in Section 63.0101(b).   Makes a nonsubstantive change.

(c)   Requires an election officer, on presentation of the documentation required by Subsection (b), rather than a registration certificate, to determine whether the voter's name on the registration certificate is on the list of registered voters for the precinct.

(d)   Requires that the voter be accepted for voting if the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b).

(f)   Requires the election officer, after determining whether to accept the voter, to return the voter's documentation, rather than registration certificate, to the voter.

(g)   Authorizes the voter, if the requirements for identification prescribed by Subsection (b) are not met, to be accepted for provisional voting only under Section 63.011 (Provisional Voting).   Requires an election officer to inform a voter who is not accepted for voting under this section of the voter's right to cast a provisional ballot under Section 63.011.

SECTION 7.   Amends Section 63.006(a), Election Code, to require that a voter who, when offering to vote, presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, but whose name is not on the precinct list of registered voters, be accepted for voting if the voter's identity can be verified from the documentation presented under Section 63.001(b).

SECTION 8.   Amends Section 63.007(a), Election Code, to require that a voter who, when offering to vote, presents a voter registration certificate indicating that the voter is currently registered in a different precinct from the one in which the voter is offering to vote, and whose name is not on the precinct list of registered voters, be accepted for voting if the voter's identity can be verified from the documentation presented under Section 63.001(b) and the voter executes an affidavit stating certain information.

SECTION 9.   Amends Section 63.008(a), Election Code, to require that a voter who does not present a voter registration certificate when offering to vote, but whose name is on the list of registered voters for the precinct in which the voter is offering to vote, be accepted for voting if the voter executes an affidavit stating that the voter does not have the voter's voter registration certificate in the voter's possession at the polling place at the time of offering to vote and the voter's identity can be verified from the identification presented under Section 63.001(b). Deletes existing text requiring the voter to present proof of identification in a form described by Section 63.0101.

SECTION 10.   Amends Section 63.0101, Election Code, as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.  (a)  Creates Subsection (a) from existing text.  Provides that the following documentation is an acceptable form of photo identification, rather than is acceptable as proof of identification, under this chapter:

> (1)  a driver's license or personal identification card issued to the person by the Department of Public Safety that has not expired or that expired no earlier than two years before the date of presentation. Deletes existing text relating to a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired;

> (2)  a United States military identification card that contains the person's photograph, rather than a form of identification containing the person's photograph that establishes the person's identity;

> (3)  a United States citizenship certificate, rather than citizenship papers, issued to the person that contains the person's photograph.  Deletes existing text relating to a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

> (4)  a United States passport issued to the person;

> (5)  a license to carry a concealed handgun issued to the person by the Department of Public Safety. Deletes existing text relating to official mail addressed to the person by name from a governmental entity; or

> (6)  a valid identification card that contains the person's photograph and is issued by an agency or institution of the federal government; or an agency, institution, or political subdivision of this state.

Makes nonsubstantive changes.

(b)  Provides that the following documentation is acceptable as proof of identification under this chapter:

> (1)  a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter;

> (2)  official mail addressed to the person by name from a governmental entity;

> (3)  a certified copy of a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

> (4)  United States citizenship papers issued to the person;

> (5)  an original or certified copy of the person's marriage license or divorce decree;

> (6)  court records of the person's adoption, name change, or sex change;

> (7)  an identification card issued to the person by a governmental entity of this state or the United States for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;

> (8)  a temporary driving permit issued to the person by the Department of Public Safety;

> (9)  a pilot's license issued to the person by the Federal Aviation Administration or another authorized agency of the United States;

(10)   a library card that contains the person's name issued to the person by a public library located on this state; or

(11)   a hunting or fishing license issued to a person by the Parks and Wildlife Department.   Deletes existing text relating to any other form of identification prescribed by the secretary of state.

SECTION 11.  Amends Section 63.011(a), Election Code, to authorize a person to whom Section 63.001(g), 63.008(b) (relating to authorizing a voter to be accepted for provisional voting), or 63.009(a) (relating to a voter who does not present a voter registration certificate) applies, to cast a provisional ballot if the person executes an affidavit stating certain information.

SECTION 12.  Amends Section 521.422, Transportation Code, by amending Subsection (a) and adding Subsection (d), as follows:

(a)   Provides that, except as provided by Subsection (d), the fee for a personal identification certificate is $15 for a person under 60 years of age; $5 for a person 60 years of age or older; and $20 for a person subject to the registration requirements under Chapter 62 (Sex Offender Registration Program), Code of Criminal Procedure.

(d)   Prohibits the Texas Department of Public Safety (DPS) from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the sole purpose of satisfying Section 63.001(b)(1), Election Code, and who is a registered voter in this state and presents a valid voter registration certificate; or who is eligible for registration under Section 13.001 (Eligibility for Registration), Election Code, and submits a registration application to DPS.

SECTION 13.  Provides that, as soon as practicable after the effective date of this Act:

(1)   the secretary of state is required to adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

(2)   the count clerk of each county is required to provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 14.  (a)  Effective date, except as provided by Subsection (b): January 1, 2010.

(b) Effective date, Sections 1, 2, 3, 4, and 13: September 1, 2009.

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 81ST LEGISLATIVE REGULAR SESSION**

**March 5, 2009**

**TO:** Honorable Robert Duncan, Chair, Senate Committee of the Whole Senate

**FROM:** John S. O'Brien, Director, Legislative Budget Board

**IN RE:** **SB362** by Fraser (Relating to requiring a voter to present proof of identification.), **As Introduced**

> **No significant fiscal implication to the State is anticipated.**

The bill would make various changes to the Elections Code regarding voter identification. Among the changes would be a requirement that the voter registrar of each county provide with each initial voter registration certificate or renewal registration certificate issued, notice of identification requirements for voting. The Secretary of State (SOS) would be required to prescribe the wording of the notice. Another new requirement would be that the SOS and the voter registrar of each county that maintains a website to post on the website notice of the identification requirements. The SOS would prescribe the wording of the notice to be sent with the registration certificates for of the website notice.

Provisions of the bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer. Each election clerk would be required to complete the part of training that covers identification. The SOS would be required to adopt the training standards and develop training materials as soon as practicable after September 1, 2009. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by the SOS as soon as practicable as well.

The bill would require the presiding judge at each polling place to post in a prominent location outside of the location a list of the acceptable forms of photographic and nonphotographic identification. The bill would add to the list of acceptable forms of identification. If identification requirements are not met by a voter, an election officer would be required to inform the voter that they may cast a provisional ballot.

The Department of Public Safety would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate for the sole purpose of meeting identification requirements for voting if the person meets certain criteria.

Although there could be a revenue loss from the prohibition to collect a fee for a personal identification certificate issued to a person seeking the certificate for the sole purpose of voting, it is unknown how many people would make the request, and therefore unknown the amount of revenue loss that could occur. Otherwise, based on analysis provided by the Secretary of State and the Department of Public Safety, it is assumed costs associated with implementation could be absorbed within existing resources.

Other than stipulations related to providing and posting notice of identification requirements for voting and stipulations related to training, the bill would take effect January 1, 2010.

**Local Government Impact**

Based on responses from a sampling of election authorities and county clerks, fiscal impact from implementing provisions of the bill would vary by county. Costs would include at a minimum those

for printing signs to post at each polling place, which would not be significant. Other potential costs would be associated with additional training and posting information to the county website. Again, those costs are not expected to be significant. One smaller county response anticipates that the new provisions regarding casting a provisional ballot would require hiring additional staff, resulting in a moderate to significant cost.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety
**LBB Staff:** JOB, SD, DB, LG

# MINUTES

## COMMITTEE OF THE WHOLE SENATE
Tuesday, March 10, 2009
10:00 a.m.
Senate Chamber

\*\*\*\*\*

Pursuant to Article XIII, Senate Rule 13.01, the Senate resolved into Committee of the Whole at 12:20 p.m., Tuesday, March 10, 2009, in the Senate Chamber for a public hearing on S.B. 362.

Pursuant to Senate Rule 13.02, Senator Robert Duncan was named Chair of the Committee of the Whole Senate.

\*\*\*\*\*

| MEMBERS PRESENT: | MEMBERS ABSENT: |
|---|---|
| Lt. Governor David Dewhurst | |
| Senator Kip Averitt | None |
| Senator John Carona | |
| Senator Wendy Davis | |
| Senator Bob Deuell | |
| Senator Robert Duncan | |
| Senator Rodney Ellis | |
| Senator Kevin Eltife | |
| Senator Craig Estes | |
| Senator Troy Fraser | |
| Senator Mario Gallegos, Jr. | |
| Senator Chris Harris | |
| Senator Glenn Hegar | |
| Senator Juan Hinojosa | |
| Senator Joan Huffman | |
| Senator Mike Jackson | |
| Senator Eddie Lucio, Jr. | |
| Senator Jane Nelson | |
| Senator Robert Nichols | |
| Senator Steve Ogden | |
| Senator Dan Patrick | |
| Senator Kel Seliger | |
| Senator Florence Shapiro | |
| Senator Eliot Shapleigh | |
| Senator Carlos Uresti | |
| Senator Leticia Van de | |

Putte
Senator Kirk Watson
Senator Jeff Wentworth
Senator Royce West
Senator John Whitmire
Senator Tommy Williams
Senator Judith Zaffirini

*****

Pursuant to the passage of Senate Resolution 408,  Senator Robert Duncan called the Committee of the Whole Senate to order at 12:38 p.m.  There being a quorum present, the following business was transacted:

Senator Duncan outlined the procedures for the Committee of the Whole Senate.

Senator West raised a point of order that Senate Rules 11.10, 11.18, and 13.04 apply to the Committee of the Whole Senate.

Senator Duncan overruled the point of order by Senator West, stating that Senate Rule 13.01 allows the Committee of the Whole Senate to resolve at any time after bills and resolutions have been called and that the passage of Senate Resolution 408 authorizes resolution into the Committee of the Whole Senate.

Senator Shapleigh requested permission to allow the introduction of documents into the record throughout the meeting.  Senator Duncan ruled that documents and other related exhibits could be entered into the record.

Senator Gallegos moved to appeal the ruling of the Chair on Senator West's point of order.  Senator Williams moved to table Senator Gallegos' motion.  Senator Williams withdrew his motion.

At 1:25 p.m., Senator Wentworth assumed presiding duties.

The ruling of the Chair was sustained by a record vote of 19 ayes, 12 nays, 0 absent, and 1 present not voting.

At 1:47 p.m., Senator Duncan resumed presiding duties.

Senator Gallegos raised a point of order citing Senate Rule 11.19 and requested 48 hours notice to all members of the Texas Senate.

Senator Duncan overruled Sen. Gallegos' point of order.

Senator Duncan laid out SB 362 by Senator Troy Fraser and recognized the author to explain the bill.

At 2:38 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 2:54 p.m., the Committee of the Whole Senate resumed discussion on SB 362.

At 4:34 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 4:47 p.m.,  the Committee of the Whole Senate resumed discussion on SB 362.

Senator Duncan called the following persons to provide invited testimony on SB 362 by Fraser (see attached list).

At 6:43 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 7:03 p.m., invited testimony resumed.  Persons providing invited testimony are shown on the attached list.

At 9:13 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 9:26 p.m., invited testimony resumed.  Persons providing invited testimony are shown on the attached list.

At 10:34 p.m., Senator Averitt assumed the Chair.

At 10:54 p.m., Senator Duncan resumed the Chair.

At 11:58 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 12:17 a.m. (March 11, 2009), invited testimony resumed.  Persons providing invited testimony are shown on the attached list.

At 12:44 a.m., Senator Wentworth assumed the Chair.

At 12:55 a.m., Senator Duncan resumed the Chair.

At 2:25 a.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 2:38 a.m., invited testimony resumed.  Persons providing invited testimony are shown on the attached list.

At 4:08 a.m., Senator Carona assumed presiding duties.

At 4:13 a.m., Senator Duncan resumed presiding duties.

At 4:41 a.m., Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 4:53 a.m., invited testimony resumed.  Persons providing invited testimony are shown on the attached list.

At 4:58 a.m., Senator Wentworth assumed presiding duties.

At 5:03 a.m., Senator Duncan resumed presiding duties.

At 5:53 a.m., Senator Hegar assumed presiding duties.

At 6:04 a.m., Senator Duncan resumed presiding duties.

At 6:36 a.m., Senator Van de Putte assumed presiding duties.

At 6:39 a.m., Senator Duncan resumed presiding duties.

At 6:50 a.m., Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 7:03 a.m., the Committee of the Whole Senate resumed and took public testimony.

Witnesses providing public testimony and registering on SB 362 by Senator Fraser are shown on the attached list.
At 9:00 a.m., the chair moved that the public testimony be closed; without objection, it was so ordered.  Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 9:12 a.m., the Committee of the Whole Senate resumed.

Senator Duncan recognized Senator Fraser for a motion.

Senator Fraser moved that SB 362 be reported favorably to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 20 ayes, 12 nays, 0 present not voting, and 0 absent.

Senator Duncan recognized Senator Wentworth at 9:18 a.m., who moved that the Committee of the Whole Senate rise and report progress.  Without objection, it was so ordered.


_____
Senator Robert Duncan, Chair


_____
Patsy Spaw, Clerk

```
                        ** REVISION **
                           SENATE
                 NOTICE OF PUBLIC HEARING


COMMITTEE:    Committee of the Whole Senate

TIME & DATE:  10:00 AM **
              Tuesday, March 10, 2009
PLACE:        Senate Chamber


** PLEASE NOTE THAT THE SENATE WILL CONVENE AT 10:00 AM
```

Upon adoption of the appropriate motion, the Senate will
resolve into the
Committee of the Whole Senate to consider the following:


SB 362       Fraser | et al.
Relating to requiring a voter to present proof of
identification.

The Committee will hear invited and public testimony on SB
362.
**The Committee will begin with invited testimony.  It is
anticipated that
public testimony will not begin until 1:00 p.m.**


Interested parties may appear and provide written or oral
testimony by
submitting a witness affirmation card. Persons wishing to
submit written
testimony must provide 40 copies with their witness
affirmation card.


Witness affirmation cards will be available at 8:00 a.m. on
the day of the
hearing at the Witness Registration Desk located in front of
the Senate
Chamber on the 2nd Floor of the Capitol.


Witnesses and the public are invited to observe the
proceedings of the

Committee from the Senate Gallery on the 3rd
Floor.  Witnesses who have
registered to testify will have their names called by the
Chair at least 5
minutes before they are scheduled to appear.  As names are
called,
witnesses should check in at the Witness Registration Desk
for admission
into the Senate Chamber for their testimony.

For any questions regarding the hearing, please contact Patsy
Spaw (512)
463-0100.

_____

    ** See Committee Coordinator for previous versions of the
                    schedule **

WITNESS LIST

Committee of the Whole Senate
March 10, 2009 - 10:00 AM **

SB_362

    FOR:

        Benkiser, Tina   (Self; Rep. Party of Texas),  Houston, TX

        Carter, James E.   (Republican Party of Bell County and PCT 209),  Harker Heights, TX

        Collins, Mary Ann   (Self),  Dallas, TX

        Cotton, Hazel  (also providing written testimony) (Self),  Texarkana, TX

        Hicks, Kathy  (also providing written testimony) (Bowie County),  Texarkana, TX

        Hicks, Rusty   (Bowie Co. Republican Party),  Texarkana, TX

        Holloway, Judy   (Self),  Lakeway, TX

        Mendoza, Sylvia A.   (Self),  Austin, TX

        Rawson, Duane H.   (Self),  Goldthwaite, TX

        Wallace, B.R. (Skipper)  (also providing written testimony) (TRCCA),  Lampasas, TX

        Watkins, John E.   (Self),  Wills Point, TX

        Williams, Edward B.   (Self),  Kilgore, TX

        Williamson, Mark   (Federal Intercessors (Ministry)),  Katy, TX

    AGAINST:

        Ashbrook, Joni   (Self),  Bastrop, TX

        Bledsoe, Gary L.  (also providing written testimony) (Texas NAACP),  Austin, TX

        Borel, Dennis   (Coalition of Texans with Disabilities),  Austin, TX

        Camarillo, Lydia  (also providing written testimony) (SUREP),  San Antonio, TX

        Correira, Marsha   (Self),  Elgin, TX

        Davidson, Chandler  (also providing written testimony) (Self),  Houston, TX

        de los Santos, Renato   (Self; LULAC, District III),  Dallas, TX

        Dewar, Madeleine   (Self),  San Antonio, TX

        Edelman, Patti   (Self),  Austin, TX

        Figueroa, Luis   (Mexican American Legal Defense & Educational Fund (MALDEF)),  San Antonio, TX

        Flippin, Kenneth   (Self),  Austin, TX

Fluker, Dr. Rod   (Texas Association of Black Personnel in Higher Education),  Austin, TX

Foster, Vanessa Edwards   (Texas Gender Advocacy & Info. Network (TGAIN)),  Houston, TX

Gluck, Claire Oxley  (also providing written testimony) (Self),  Boerne, TX

Hebert, J. Gerald  (also providing written testimony) (Self),  Alexandria, VA

Hernandez, Rachel A.   (Laborers Local 1095 - Granada Homes),  San Antonio, TX

Kohrman, Daniel B. (also providing written testimony) (AARP & AARP-Texas),  Washington, DC

Koym, Kenneth   (Citizen of Texas, LULAC Council),  Austin, TX

Koym, Kenneth   (Self; LULAC),  Austin, TX

Lara, Rene   (Texas AFL-CIO/United Labor Legislative Committee),  Austin, TX

Medley, Lee   (United Steel Workers District Council),  Santa Fe, TX

Privett, Anita  (also providing written testimony) (League of Women Voters of Texas),  Austin, TX

Renick, Karen   (Voterescue),  Austin, TX

Rosales, Rosa  (also providing written testimony) (League of United Latin American Citizens),  Washington, DC

Rynders, Dustin  (also providing written testimony) (Advocacy, Inc.),  Austin, TX

Skaggs, Adam  (also providing written testimony) (Brennan Center for Justice),  New York, NY

Villarreal, Helen E.   (Self),  San Antonio, TX

Young, Derek   (Self),  Austin, TX

ON:

Johnson, Ed  (also providing written testimony) (Harris County Voter Registrar),  Houston, TX

Moore, Toby  (also providing written testimony) (Self),  Alexandria, VA

Nichols, Eric   (Office of Attorney General),  Austin, TX

Quinn, Cameron P.  (also providing written testimony) (The Carter-Baker Commission on Federal Election Reform),  Washington, DC

Shorter, III, Coby   (Secretary of State),  Austin, TX

Strickland, Frank B.  (also providing written testimony) (Self),  Atlanta, GA

Tailor, Wesley B.  (also providing written testimony) (Georgia Secretary of State),  Atlanta, GA

von Spakovsky, Hans A.  (also providing written testimony) (Self),  Washington, DC

Wang, Tova  (also providing written testimony) (Common Cause),  Washington, DC

Wheeler, Tom  (also providing written testimony)  (Self),  Zionsville, IN

Registering, but not testifying:

For:

Abendschein, Gerry   (Self),  China Spring, TX

Abendschein, Tony   (Doc Anderson - Waco),  China Spring, TX

Adams, Cathie   (Texas Eagle Forum),  Dallas, TX

Addeo, John   (Self),  Wimberley, TX

Addeo, Linda   (Self),  Wimberley, TX

Alexander, Carole   (Self),  League City, TX

Alexander, James   (Self),  Spring, TX

Allbritton, Edwin A.   (Self),  Boerne, TX

Allbritton, Laura   (Self),  Fair Oaks Ranch, TX

Alonzo, Arnulfo   (Voter),  Lockhart, TX

Anderson, W.   (Self),  Austin, TX

Asmussen, Cynthia   (Concerned Women of America),  Austin, TX

Bagley, Bob   (Texas Paralyzed Vets),  Grangerland, TX

Bailey, Austen   (Self),  Austin, TX

Baker, Alyssa Joy   (Travis County),  Austin, TX

Baker, Theresa I.   (Medina County),  Devine, TX

Baker, Walter   (Medina CO.),  Devine, TX

Barnes, Elizabeth   (Self),  Brownsville, TX

Barnes, Jim   (Self),  Brownsville, TX

Bartlett, Laurie   (Citizen),  Austin, TX

Beaver, Mary   (Self),  Austin, TX

Betz, Julie "B"   (My Family & Texas Voters),  Garden Ridge, TX

Boren, Mary Ellen   (Self),  Clifton, TX

Bower, Peggy   (Self; My family),  Austin, TX

Bradberry, Timothy E.   (Central Texas Republican Assembly),  Pflugerville, TX

Bradberry, Timothy E.   (Self; Fellow law abiding and legitimate voters), Pflugerville, TX

Bratcher, Tom L.   (Self),  Meridian, TX

Brown, David   (Self; Haskell Co.),  Haskell, TX

Brown, Jimmy G.   (Matagorda County Republican Party),  Bay City, TX

Bullock, J. Brent   (Self),  Hutto, TX

Burbridge, G.O.   (Self),  Austin, TX

Burbridge, Maria   (Self),  Austin, TX

Busche, Jennifer R.  (Self),  Smithville, TX

Canady, Sara  (Self),  Floresville, TX

Cantey, Wesley  (Self),  Clifton, TX

---

Carter, Joan  (Self),  Plano, TX

Casey, Stephen  (Self),  Austin, TX

Cash, Brenda  (Yoakum Republican Women),  Shiner, TX

Chairez-Hernandez, John  (Americans for Zero Immigration),  Houston, TX

Clover, Sonya  (Self),  Montgomery, TX

Cluck, Margaret Ballenger  (Self),  San Antonio, TX

Coleman, Q.  (Self),  Plano, TX

Conley, Barbara  (Self),  Austin, TX

Cooper, Robbie  (Self),  Austin, TX

Cravens, Peggy Y.  (Self),  Austin, TX

Crider, Bruce M.  (I.R.C.O.T.),  Hitchcock, TX

Crider, Mary H.  (Self),  Hitchcock, TX

Curnock, Karen  (Self),  Waco, TX

Dees, Claire  (Self),  Del Valle, TX

Denman, Carlene  (Self),  Austin, TX

Derryberry, Mattie B.  (Self),  Meridian, TX

DeVillez, Sue  (Self),  Georgetown, TX

Dozier, Helen  (Self),  Walnut Springs, TX

Dupry, Frederic  (Self),  Austin, TX

Edwards, Rosemary  (Self),  Austin, TX

Findley, Austin  (Self),  Marshall, TX

Findley, Stephan D.  (SREC, SD 1),  Marshall, TX

Fink, Jr., Charles E.  (All Texans),  Allen, TX

Forest, Rebecca  (Immigration Reform Coalition of TX),  Austin, TX

Foster, Lisa  (Travis Republican Women),  Cedar Park, TX

Fredricks, Melinda S.  (Self),  Conroe, TX

Fulton, Diane  (Self),  Austin, TX

Gallegos, Richard H.  (Self),  San Antonio, TX

Gallegos, Rosalinda  (Self),  San Antonio, TX

Gallien, Gail  (Self),  Spring, TX

Garcia, Robby L.  (Self),  Austin, TX

Gebolys, Diana L.   (Pct. 4, Montgomery County),  The Woodlands, TX

Gelencser, Paul   (Self; Voters/myself),  Austin, TX

Giardini, Ann   (Self),  Axtell, TX

Goins, Elizabeth Marie   (Denton County Republican Party),  Flower Mound, TX

Goins, Jacquelyn Stella   (Denton County Republican Party),  Flower Mound, TX

Goins, Joyce   (Denton County Rep. Party),  Flower Mound, TX

Gomez, Rebekah D.   (College Republicans),  Georgetown, TX

Goodman, Emily   (College Republicans),  Fort Worth, TX

Graves, MS   (Self),  Ft. Worth, TX

Haigler, Kathy L.   (Self),  Deer Park, TX

Hall, Helen S.   (Self; Voter ID),  Pflugerville, TX

Hanle, Carol   (Self),  Austin, TX

Hawkins, Jolene   (Self),  Kingsland, TX

Hettinger, Ann   (Concerned Women of America),  Rockwall, TX

Hettinger, Hays   (Self),  Rockwall, TX

Hibbs, Brittany   (Self),  Austin, TX

Hogan, Ryan   (Self),  Katy, TX

Hopper, Debbie   (Self),  Moulton, TX

Howard, Marie   (Self),  Keller, TX

Huffman, Maria de Los Angeles   (Self),  Austin, TX

Ingalls, Josiah James   (Self),  Austin, TX

Irvin, Mike   (Self),  Clifton, TX

Irvin, Sara   (Self),  Clifton, TX

Jackson, Alma   (Self),  San Antonio, TX

Jackson, Janet H.   (Bosque County Republican Club),  Clifton, TX

Jackson, Jeffrey   (Young Republicans of Austin),  Austin, TX

Jackson, Jonathan   (Self),  Austin, TX

Jewett, John   (Self),  Cedar Park, TX

Jewett, Linda   (Self),  Cedar Park, TX

Johnson, Patti   (Voters of Texas),  Canyon Lake, TX

Johnson, Phillip   (Self; Family),  Pinehurst, TX

Kennedy, Lauren   (Self),  Austin, TX

Knight, Stacy M.   (Self),  Montgomery, TX

Koenig, Carol L.  (Former Election Judge),  New Ulm, TX

Koenig, HW Buddy  (Austin County Republican Party),  New Ulm, TX

Larson, Barbara  (Self),  Boerne, TX

Lewis, Roxann  (Galveston County),  League City, TX

Lindsey, Shirley  (Self),  League City, TX

Lockhoof, Michelle  (Self),  Austin, TX

LoveJoy, II, Dr. Johnny E.  (For Voter ID),  San Antonio, TX

Luster, Joyce  (Self),  Farmers Branch, TX

MacEwan, David L.  (Williamson County Republican Assembly),  Austin, TX

Mallick, Peggy  (Self),  Waco, TX

Manor, Mandy  (Self),  Austin, TX

Markley, Craig  (Precinct 316),  Bee Cave, TX

Markley, Shirley  (Precinct 316),  Bee Cave, TX

Martin, John  (Self),  Spring, TX

Martin, John  (I.R.C.O.T.),  Spring, TX

Mathis, Jamie Margaret  (Self),  SA, TX

May, Justin Garrett  (Self),  Austin, TX

McCracken, JoAnn  (Self),  Houston, TX

McDonald, Audrey M.  (Self),  Georgetown, TX

McDowell, Linda  (Self),  Clifton, TX

McDowell, Neal D.  (Self),  Clifton, TX

McMillan, Jana  (Republican Women Brazos Valley),  College Station, TX

Mechler, Tom  (Self),  Amarillo, TX

Meeks, Barbara  (Galveston County),  League City, TX

Megarity, David C.  (Bosque County Republican Club),  Clifton, TX

Megarity, Sue  (Bosque Co. Republican Club),  Clifton, TX

---

Mendoza, Jamie  (Self; Myself as a taxpayer and minority),  Laredo, TX

Mendoza, Javier  (Self),  Laredo, TX

Miller, Evelyn  (Self; BRW),  Alvin, TX

Morgan, Sally  (Self),  Buchanan Dam, TX

Morovich, George L.  (Self),  La Grange, TX

Munhofen, Brent  (IRCOT - Immigration Reform Coalition of TX),  Austin, TX

Neal, Tammy Renee  (Self),  Spring, TX

Nelson, Nancy   (Bayou Republican Women),  Alvin, TX

Noble, William   (Self),  Austin, TX

Nolasco, Valerie   (ARCIH),  Austin, TX

Nugent, Kim   (Self),  DeKalb, TX

O'Leary, Wanda   (Hill Country Republican Women),  Austin, TX

Oney, Betty   (Self),  Austin, TX

Padilla, Arianna   (Self),  Spring, TX

Parada, Judith A.   (Self),  Montgomery, TX

Pehl, Daniel   (Gillespie County Rep. Party),  FBG, TX

Pehl, Lucy J.   (Gillespie County Republican Party),  Fredericksburg, TX

Peloquin, Susan   (Self),  Austin, TX

Powell, Nancy   (Self),  Austin, TX

Powell, Valerie   (Self),  Austin, TX

Quiram, Helen   (Self),  Waco, TX

Ray, Ann Christine Smith   (Legitimate Voters in Texas),  Austin, TX

Raynaud, Walter   (Self),  Clifton, TX

Rocha, Christina   (Self),  Austin, TX

Rogers, Linda   (Burnet County/TRCCA),  Briggs, TX

Saenz, Jonathan   (Free Market Foundation),  Austin, TX

Salmans, Bill   (Self; Bosque Rep. Club),  Meridian, TX

Salmans, Kathryn   (Bosque Co. Rep. Club),  Meridian, TX

Smith, James L.   (Self),  Cibolo, TX

Spindle, Forrest   (TIFR),  Sugarland, TX

Sullivan, Mari   (Self; Myself and my family),  Dallas, TX

Suttle, Gail   (Self),  Austin, TX

Swanson, Jennifer   (Self),  Spring, TX

Swanson, Valoree   (Self),  Spring, TX

Sykes, Jennifer   (Self),  Austin, TX

Terry, Addison   (Self),  Washington, TX

Theiss, Elizabeth   (TFIR),  Houston, TX

Thinits, Bert   (Self),  Clifton, TX

Thomas, Linda   (Self),  Clifton, TX

Thompson, Eddie G.   (Self),  Copperas Cove, TX

Thompson, Peggy   (Self),  Copperas Cove, TX

Timmer, Nancy L.   (Gillespie County Republican Party),  Fredericksburg, TX

Ulrich, John   (Self; North Shore Republicans),  Lago Vista, TX

Urick, Nelva   (Bayou Rep Women),  Alvin, TX

Venable, Peggy   (Americans for Prosperity),  Austin, TX

Vickery, Jr., P. H.   (Family, Self, Friends, Law and Order),  Porter, TX

Waggoner, Pamela   (Self; ARW),  Austin, TX

Ward, Brad   (IRCOT),  Austin, TX

Webster, Dale   (Self),  Austin, TX

Webster, Kathleen   (Self),  Austin, TX

Wyatt, Dori   (Self),  Yoakum, TX

Zimmerman, Don   (Self),  Austin, TX

Zimmerman, Dorothy   (Self),  Garland, TX

Against:

Abraha, Robiel   (Self; Robiel Abraha),  Houston, TX

Acevedo, Fidel   (Mexican American Democrats of Texas),  Austin, TX

Achilles, Jenny   (Self),  Austin, TX

Adkison, Elaine   (East Texas Democrats),  Nacogdoches, TX

Agbottah, Deborah   (My family),  Austin, TX

Agers Blye, Larry   (Larry A. Blye (TX SILC)),  Lubbock, TX

Allen, Eddie   (Self),  Austin, TX

Andre, Barbara   (Self),  Austin, TX

Andy, Diann   (Self),  San Antonio, TX

Annis, Keith   (Self),  Fort Worth, TX

Arabie, Joe R.   (Texas AFL-CIO),  Austin, TX

Arellano, Nohemi   (Self; Austin),  Austin, TX

Arevalo, Edward R.   (Self),  Austin, TX

Ashbrook, Joan   (Self),  Bastrop, TX

Ayuso, Rafael   (AARP Texas),  Austin, TX

Bacon, Timothy   (Self),  Houston, TX

Banks, Yannis   (Texas NAACP),  Austin, TX

Barrow, Chamane   (Self),  Angleton, TX

Barrow, Mary   (United Methodist Women),  Bellville, TX

Baugh, Alexander T.   (Self),  Austin, TX

Bautista, Paula   (LULAC),  Pflugerville, TX

Bautista, Reuben   (LULAC),  Pflugerville, TX

Beaird, Paula F.   (Self),  Austin, TX

Bearden, Chase   (Coalition of Texans with Disabilities),  Austin, TX

Beh, Eugenia   (Self),  Austin, TX

Bellon, Patrick   (Self),  Austin, TX

Bennett, Donna   (Self),  Austin, TX

Bessent, Nancy Echols   (Self),  Austin, TX

Bier, Marti   (Self),  Austin, TX

Bilardi, Christopher J.   (Self),  Arlington, TX

Bilardi, Rachel   (Self),  Austin, TX

Blackburn, Jr., Audley   (Self),  Austin, TX

Blodgett, Elaine   (Self),  McDade, TX

Blumberg, Mary   (Self; Senator Watson),  Austin, TX

Blye, Regina   (Self),  Austin, TX

Boardman, April   (Self),  Austin, TX

Boardman, Jr., Ernest G.   (Self),  Austin, TX

---

Boldin, Rosalie M.   (Self),  Austin, TX

Boone, Daniel   (Self),  Canyon Lake Ranch, TX

Boyte, Melanie   (ADAPT of Texas),  Hutto, TX

Branford, Mary   (ACORN),  Houston, TX

Bridgforth, Sharon   (Self),  Austin, TX

Broers, Lalainia   (Self; Austin),  Austin, TX

Brooks, Jessica R.   (Huston - Tillotson University),  Austin, TX

Brown, Andy   (Self),  Austin, TX

Brown, Paul   (Texas AFL-CIO),  Pflugerville, TX

Burge, Jason   (Alamobama),  San Antonio, TX

Burrell, Martin   (PCT 3103),  Dallas, TX

Burton, John   (Self),  Austin, TX

Byndon, Marlene   (Asst. County Chair, Collin County),  Prosper, TX

Cannon, Joe   (Self),  Dallas, TX

Cannon, Winifred   (Self),  Dallas, TX

Carvell, Helen C.   (Self; Self and women for good government),  Austin, TX

Casso, Amy   (La Fe PREC)

Castrejana, Jacob   (ACORN),  San Antonio, TX

Cavazos, Perla   (Self),  Austin, TX

Charleton, Margaret T.  (Self),  College Station, TX

Chew, Luis Enrique  (Self; Individual),  El Paso, TX

Chew, Martha  (Self; Individual),  El Paso, TX

Cho, Vincent  (Self),  Austin, TX

Choate, Dawn  (Self),  Austin, TX

Christianson, Thomas N.  (Self),  Austin, TX

Christlieb, Kay  (Self),  Arlington, TX

Clark, Kimberly  (Self; Kimberly Clark),  Ft. Worth, TX

Clark, Nancy Handshaw  (Self),  Bryan, TX

Cleveland, Donald  (Bell County Get Out The Vote),  Killeen, TX

Cofer, Rick  (Self),  Austin, TX

Cohunga, Alfredo Esparza  (LULAC),  San Antonio, TX

Conti, JoAnn  (ACORN),  San Antonio, TX

Cooper, Howard L.  (Self; Citizen),  Austin, TX

Courage, John K.  (Common Cause of Texas, TCAN, NEBCD),  San
Antonio, TX

Cowles, Katelina Hernandez  (Self),  Austin, TX

Cranston, Catherine  (Personal Attendant Coalition of TX),  Austin, TX

Cranston, Ron  (Institute for Disability Access),  Austin, TX

Crump, Lynnaia  (Self; Lynnaia Crump),  Fort Worth

Dana, Sherry  (Wilco Family Justice Alliance),  Georgetown, TX

Darnell, Derek  (Private Citizen),  Houston, TX

Davidson, Sarah C.  (Self),  Austin, TX

Davis, Ian  (Self),  Austin, TX

Davis, Sue  (People with Disabilities),  Garland, TX

Davis Jr., John  (Self),  Austin, TX

Deavel, D.T.  (Self),  Austin, TX

---

Del Bosque, Regina Nichole  (Self),  McAllen, TX

DeLuna, Jr., Tanis  (Self),  Austin, TX

Deshotel, W. Joe  (Self),  Beaumont, TX

Dilworth, Wolf  (Self),  AUS, TX

Doezena, Tad  (Visually Impaired),  Austin, TX

Dorin, Victoria  (Blind Community),  Cleveland, TX

Dorsey, Lilly  (LULAC),  San Antonio, TX

Ellison, Jacqueline  (ACORN),  Houston, TX

Ertel, Stephanie   (Self),  Kerrville, TX

Escamilla, David   (Self),  Austin, TX

Esparza, Rachel R.   (Self),  San Antonio, TX

Everhart, Amy   (Self),  Austin, TX

Fernandez, Gavino   (El Concilio),  Austin, TX

Flint, Cynthia H.   (Self),  Austin, TX

Florence, Rodney   (Self),  Austin, TX

Flores, Juan H.   (La Fe Policy Research and Education Center),  San
Antonio, TX

Flores, Noelia P.   (La Fe Research and Education Center),  San Antonio, TX

Flores, Richie   (Visually Impaired),  Austin, TX

Flores, Roberto J.   (Stonewall Democrats of San Antonio),  San Antonio, TX

Flores, Jr., Enrique   (UAW),  Arlington, TX

Forbes, Patricia E.   (Self),  Austin, TX

Foster, Alison C. Worth   (Self),  Austin, TX

Frame, Braden T.   (Self),  Leander, TX

Garcia, Angela   (LULAC),  San Antonio, TX

Gere, Wesley   (Self),  Austin, TX

Gilles, Janet   (Texas Realty),  Austin, TX

Gins, Jonathan D.   (The Voters of Texas),  Austin, TX

Gleckler, Milly A.   (Self),  Austin, TX

Gonzales, Melissa C.   (Self),  Austin, TX

Gonzales-Garza, Rita D.   (LULAC District VII),  Round Rock, TX

Goslant, Kaili   (ARC of Texas),  Austin, TX

Graney, Daniel C.   (Texas Stonewall Democratic Caucus),  San Antonio, TX

Grant, J.L.   (ACORN),  San Antonio, TX

Greeder, Gloria   (Self),  El Paso, TX

Greeder, Shane   (State Independent Living Council),  El Paso, TX

Greene, Jimmy   (UAW),  Mesquite, TX

Hall, Ricky   (Self; Texas SILC),  Lubbock, TX

Haller, Zachary   (Huston Tillotson University),  Austin, TX

Haque, Madiha   (Self),  Austin, TX

Haque, Meena   (Self; Self/Justice!),  Sugarland, TX

Harris, Elizabeth   (Self),  Austin, TX

Hartman, Merlyn B.   (Self),  Victoria, TX

Headrick, Carol   (Self),  Austin, TX

Henderson, David M.  (Self; Retired),  Lago Vista, TX

Hernandez, Elizabeth  (Self),  Austin, TX

Herrera, Tom G.  (Travis County Demo Party - TSEV),  Austin, TX

Hill, Jenelle  (Self),  Austin, TX

Hoerig, Alfred O.  (Self),  Elgin, TX

Hogan, Kristen  (Self),  Austin, TX

Hokanson, Kim  (Self),  Austin, TX

Holiday, Alma  (Individual Citizen of United States),  Taylor, TX

Hsia, Winnie S.  (Self),  Austin, TX

Huereca, Anthony  (Self),  Austin, TX

Hughes, Sofija  (ADAPT),  Hutto, TX

Hull, Dorothy  (Volunteer, The ARC of Texas),  Austin, TX

Hull, Kathy  (The ARC of Texas),  Austin, TX

Hull, Steve  (Volunteer, The ARC of Texas),  Henderson, TX

Hyatt, Deborah  (Collin CO. Democratic Party),  Richardson, TX

Jackson, Kyra  (Huston-Tillotson University),  Austin, TX

Jackson, Wednesday E.  (Dallas County Young Democrats),  Dallas, TX

James, William  (Self),  Austin, TX

Jimenez, Gerard  (Down Syndrome Association of Central Texas),  Austin, TX

Johnson, Brenda  (Alamobama),  San Antonio, TX

Johnson, Deborah  (Self),  Austin, TX

Johnson, Jeanne H.  (SILC),  Austin, TX

Johnson, Jimmie E.  (SILC),  Austin, TX

Jones, Lee  (Visually Impaired),  Clifton, TX

Kafka, Bob  (ADAPT of Texas),  Austin, TX

Kappel, Katy  (TX Silver Haired Legislature),  Austin, TX

Keohane, Amber  (Self),  Angleton, TX

Klugman, Nathaniel  (Self),  Austin, TX

Kobierowski, David  (Self),  Austin, TX

Kommineni, Bharati  (Self),  Austin, TX

Kyles, Brittany  (HT),  Austin, TX

Labuda, Paul  (Self),  Austin, TX

Le, Nhu  (Self),  Austin, TX

Leach, Bruce  (Self),  Austin, TX

Leifeste, Jane   (ARCIL - Austin Resource Center for Independent Living),  Austin, TX

Lemunyon, Karen   (Self),  Austin, TX

Lewis, Gregory D.   (Lubbock County Republican Party),  Lubbock, TX

Long, Derek   (Self),  Austin, TX

Lopez, Christopher   (Self),  San Antonio, TX

Lowrey, Victorian S.   (Collin County Democrat),  Richardson, TX

Madeley, Suzann   (Self),  Austin, TX

Mandez, Linda "Lee"   (ACORN and Cover Texas NOW),  Dallas, TX

Mapondela, Emmy   (ACORN),  Dallas, TX

Marcus, Linda S.   (Self, TWDCC/DPCC),  Plano, TX

Margeson, Paula   (Disabled constituents),  Plano, TX

Martin, Rosalee   (Huston-Tillotson University),  Austin, TX

Martin, III, Joseph G.   (Democratic Party of Collin County),  McKinney, TX

Martinez, Jamie P.   (League of United Latin American Citizens and Labor Council for Latin American Advancement),  San Antonio, TX

Maxwell, Steve   (Tarrant County Democratic Party),  Fort Worth, TX

Mayeaux, Ginger   (Self),  Austin, TX

McAfee, Anne   (League of Women Voters),  Austin, TX

McCall, Janele   (Self),  Round Rock, TX

McClelen, Michelle   (Texas ACORN),  San Antonio, TX

McCormick, Donna Beth   (Texas Democratic Women),  Austin, TX

McDonald, Craig   (Texans for Public Justice),  Austin, TX

McDonald, Dora   (Self),  Austin, TX

McDonald, Kelly   (Waco TX SD 22),  Waco, TX

McDonald, Kelly   (Waco SD 22),  Lorena, TX

McDonald, Sarah   (Self),  Austin, TX

McElroy, Toni   (ACORN),  Houston, TX

McKinney, Danica   (Huston-Tillotson University),  Austin, TX

McNair, Dawn   (ARC of Texas),  Austin, TX

McPhail, Jennifer   (ADAPT of Texas),  Austin, TX

McPike, Richard   (Self),  Austin, TX

Meade, Erica   (Self),  Austin, TX

Medrano, Margarita   (Self),  Austin, TX

Meinkowsky, John   (Self),  Austin, TX