23. Other states where Courts have approved Voter ID statutes do not have a history of findings of election discrimination on the basis of 42 U.S.C. Sec. 1983 and Section 2 of the Voting Rights Act.

24. The process involved in the Georgia preclearance of a similar bill is also troubling. There has been documentation of the fact that the professional staff recommended a Voting Rights Section 5 Objection to the Georgia Photo ID statute. This recommendation was simply ignored by the Attorney General.

25. Recall that there was also a recommendation by the professional staff that there be a Section 5 objection to the 2003 Texas Congressional redistricting (the DeLaymander) that was overridden by the political wing of the Justice Department. As you know the Federal Supreme Court invalidated the DeLaymander just last year under Section 2 of the Voting Rights Act.

26. Next consider the differential in support when the issue was before us in 2007.   All of the minority elected officials in the Texas House with the exception of one voted against the Photo ID bill.   And the only exception was a first term Republican member of the House who was elected from a non-minority district.   He was thereafter defeated by an Anglo Republican.

27. And we all recall the saga of Senator Gallegos returning on a gurney from his hospitalization related to his transplant.   All of the minority  members of the Texas Senate voted in concert to keep the bill passed by the House off the Senate floor and effectively killed it.   This year the Texas Senate voted to exclude the Photo ID bills and those relating to redistricting from the redistricting.   Recall what happened when the Senate tried the same trick in the 2003 Congressional redistricting.

# Photo ID Bill on Final House Passage

## Yes on Final Passage

| # | Name |
|---|------|
| 56 | Anderson, Charlie |
| 52 | Aycock, Jimmie Don |
| 4 | Berry, Len |
| 25 | Bonnen, Dennis |
| 4 | Brown, Betty |
| 14 | Brown, Fred |
| 112 | Callegari, William |
| 68 | Chisum, Warren |
| 9 | Christian, Wayne |
| 8 | Cook, Byron |
| 15 | Core B. Frank |
| 84 | Crownover, Myra |
| 2 | Darby, Drew |
| 83 | Davis, John E. |
| 44 | Delisi, Dianne White |
| 13 | Driver, Joe |
| 54 | Eiland, Gary |
| 46 | England, Kirk |
| 7 | Flynn, Dan |
| 60 | Gattis, Dan |
| 58 | Geren, Charlie |
| 102 | Goolsby, Tony |
| 73 | Hancock, Eric |
| 12 | Hardcastle, Rick |
| 91 | Hancock, Kelly |
| 48 | Hardin, Rick |
| 100 | Harless, Patricia |
| 134 | Harper-Brown, Linda |
| 14 | Hartnett, Will |
| 53 | Hildebran, Harvey |
| 12 | Hill, Fred |
| 48 | Howard, Donna |
| 61 | Hughes, Bryan |
| 54 | Isett, Carl H. |
| 1 | Jackson, Jim |
| 42 | Keffer, Jim |

## No on Final Passage

| # | Name |
|---|------|
| 104 | Alonzo, Roberto |
| 104 | Allman, Roberto |
| 149 | Anchia, Rafael |
| 125 | Castro, Joaquin |
| 76 | Chavez, Norma |
| 43 | Coleman, Garnet |
| 118 | Davis, Yvonne |
| 110 | Dukes, Dawnna |
| 74 | Gallego, Pete |
| 34 | Garcia, Juan J. |
| 41 | Gonzales, Veronica |
| 144 | Guillen, Ryan |
| 11 | Gutierrez, Roland |
| 140 | Hernandez, Ana H. |
| 118 | Herrero, Abel |
| 118 | Leibowitz, David |
| 38 | Martinez Fischer, Trey |
| 33 | Martinez, Armando |
| 126 | Menendez, Jose |
| 125 | Moreno, Rick |
| 27 | Olivo, Dora |
| 17 | Oritz, Solomon Jr. |
| 146 | Pena, Aaron |
| 41 | Pickett, Joseph |
| 75 | Quintanilla, Chente |
| 42 | Raymond, Richard |
| 51 | Rodriguez, Eddie |
| 51 | Villarreal, Mike |
| 140 | Vo, Hubert |

## Legend

| | |
|---|---|
| | Hispanic |
| | African-American |
| | White/Anglo |
| | Other |

| | |
|---|---|
| A | Absent |
| AE | Absent Excused |
| PN | Present Not Voting |

| # | Name | |
|---|------|---|
| 61 | Crockett, Tom | PN |
| 34 | Flores, Ismael "Kino" | PN |
| 16 | Creighton, Brandon | A |
| 108 | Branch, Dan | AE |
| 77 | Hopson, Paul | AE |

---

Only one minority house member– who is not elected from a minority dominated district- voted in favor of final passage

28. But there are also serious practical problems with the procedure of presenting additional documentation to vote while voting is going on.

29. For example, one of the biggest complaints in voting on election day is waiting in line to vote. Adding additional time to check photo id, alternative documents or allow someone to provisionally vote takes time.

30. Picture IDs are sometimes not a good likeliness. The alternative documents might also be problematic. Is the Joe Garza on the utility statement the same as the Jose Luis Garza on the voter registration. Or is the Henry Gonzalez the same person as Enrique Gonzales.

TX_00003336

31. Time is the biggest discouragement. Think about the hourly worker who works an entire day– frequently 7:00 to 5:00 in Houston or Dallas. He or she would then have to drive home this is another hour or more. Polls close at 7:00. Any sort of a line would discourage staying and voting. This is particularly true where there are active poll watchers who raise questions requiring the election judges the make additional decisions.

32. Recall the problems that can result from our unreliable electronic voting.

33. The alternative documents could also be problematic. For example, if a mother and father have moved in with one of their children or visa versa. There would be no utility statements et.c available. Since the advent of direct deposit, there are fewer letters sent to pensioners.

34. Anyone who has ever dealt with the elderly knows how difficult it is for them to find bills, envelopes, statements and the like.

35. Another thing that the Department of Justice looks at in considering a Section 5 objection is what the minority community thinks about the bill. What prominent Hispanic or African American leader is pushing this Photo ID Bill?

Some have referred to the Photo ID bill as "a solution looking for a problem." Others have said the prime rule of the Texas Legislature has always been "if it ain't broke don't fix it."

With all of the potential downsides and no documented instances of coordinated multiple voting since 1948 voting such a radical change is difficult to justify. In fact, if the 1948 Lyndon Johnson and Coke Stevenson election happened today, any such fraud would be smoked out in an election contest with little difficulty.

Further restrictions on voting should be made of sterner stuff.

I urge that the Committee not vote the bill out.

# State of Texas

## Population Growth 1990-2000

**Draft**

This Growth in the Minority Population is also clear from the 1990 and 2000 Census

During That Period The Anglo Population Grew by Just Over 600,00 While the Minority Population Increased by Almost 3,000,000



**Anglo** — 624,982

**Minority** — 2,774,750

444,950 Black

2,329,792 Hispanic

# State of Texas

## Projected Population Growth 2000-2010

**During the Decade 2000-2010 Over 90% of the Texas Growth Will be Minority**

The Minority Population of Texas is Projected to Grow by Almost 4,000,000 While the Anglo Population is Expected to increase by Less Than 300,000



295,230 Anglo



356,875

463,0

Asian/Other

**Draft**

3,158,077
Hispanic

# Dallas County

## Population Growth 2000-2010

### During the Decade 2000-2010
### All of the Dallas County Growth
### Comes from Minority Groups

The Minority Population of Dallas County is Projected to Grow by Almost 400,000 (85% Hispanic) While the Anglo Population is Expected to **Decline** by Almost 250,000



## Draft

**Minus 247,763** Anglo



**361,359**
**Hispanic**

TX_00003341
JA_004245

TX_00003341

# Harris County

Population Growth 2000-2010

**During the Decade 2000-2010
All of the Harris County
Growth Comes from Minority
Groups**

The Minority Population of Harris County is
Projected to Grow by More Almost 850,000 (80%
of Which are Hispanic) While the Anglo Population
is Expected to Decline by Almost 250,000



**Minus 244,693 Anglo**



**Draft**

**703,399
Hispanic**

244,693 -40.4%   29,683   4.9%   703,399   117.1%   111,117   18.5%

# Dallas Metroplex

Population Growth 2000-2010

## During the Decade 2000-2010 80% of the Growth in the Dallas Metroplex Will Come from Minority Groups

The Minority Population of Dallas Metroplex Will Grow by More that 1,100,000 (88% of Which are Hispanic) While the Anglo Population is Expected to increase by 269,213



269,213 Anglo

130,579 AfrAm
168,199 Asian/Other

**Draft**

841,135 Hispanic

# Houston Metropolitan Area
## Population Growth 2000-2010

**During the Decade 2000-2010 All of the Houston Metro Growth Will Come from Minority Groups**

The Minority Population of Houston Metropolitan Area Will Grow by More that 1,100,000 (almost 90% of Which will Hispanic) While the Anglo Population is Expected to Decline by 45,814



**Minus 45,815 Anglo**

109,965 Asian/Other

161,193 Asian/Other

Draft

893,442 Hispanic

# State of Texas

## Projected Population Growth 2000-2010

## During the Decade 2000-2010 Over 90% of the Texas Growth Will be Minority

The Minority Population of Texas is Projected to Grow by Almost 4,000,000 While the Anglo Population is Expected to increase by Less Than 300,000



295,230 Anglo



3,158,077 Hispanic

456,875

463,644 Asian/Other

Draf

We anticipate that Texas will have grown by somewhere between 4,000,000 and 5,000,000 persons when the 2010 Census is taken. The estimates and projections in this study are based on a growth of approximately 4,000,000 persons.

**Draft**

The Texas Constitution specifies that there be 31 Senate and 150 House Districts.

Congressional Districts increase as the population of Texas grows faster than the United States population. In 2000 Texas picked up an additional 2 seats and it is anticipated that in 2010 Texas will gain 3 or 4 seats.

TX_00003346
JA_004250

TX_00003346

|  | Under 2000 Census | Under 2010 Census |
|---|---|---|
| House District: | | |
| (150) | 139,012 | 167,371 |
| Senate District: | | |
| (31) | 672,639 | 809,860 |
| **Draft** | | |
| Cong.  Dist. | | |
| (32) | 651,619 | |
| (34) | | 738,401 |
| (35) | | 717,304 |
| (36) | | 697,379 |

# Some Thoughts On

# The Proposed Texas

# Photo-ID Bill.

George Korbel
220 Gardenview
San Antonio, Texas
78213
(210) 216-3333

1.   The first Consideration should be measure the magnitude of the problem.  Do we have a rash of persons who vote multiple times– or of non-citizens voting for that matter.  Everyone agrees that there are no documented cases where either of these has been done on any large scale in recent years.  Many people refer to the Box 13 in Duval County during the Coke Stevenson vs Lyndon Johnson election in 1948.  That was 61 years ago.

2.   It is a serious violation of law to vote multiple times.  While there have been a limited number of charges of multiple voting, nothing on any large scale.  The limited interest by District Attorneys indicates that there is no ground swell of support from the law enforcement community.  Indeed, a recent investigation by the Bexar County DA.

On these two grounds alone, the Photo ID bill ought to be rejected.

TX_00003348
JA_004252

TX_00003348

3. Nor would one expect that would be a large problem here. Multiple voting is not a very efficient way to commit fraud in an election. For example if you had 50 people who were willing to vote multiple times and they were able to get to 5 different voting precincts in one election day, you would have 250 votes. On last election day, I actually tried to see how many polling places I could get to and vote at. I would put the max in the range of 10.

4. Only very small city and school board elections would be affected by this level of fraud. Obviously in a small city or school district everyone knows everyone and this would be impossible. I grew up in one of those sorts of jurisdictions.

Besides any criminal attorney will tell you that a conspiracy– which is what this would be-- works only if there a limited number of conspirators. 50 is not a limited number.

---

The Next Question is Who is Burdened by a Photo ID requirement– Who is Likely Not to Have a Driver's License?

5. Everyone agrees that the elderly who have stopped driving as well as the poor who do not have a vehicle. The elderly poor would be most hit.

6. Poverty and lower income rate is significantly higher among Hispanics and African American and they are less likely to have a vehicle and a Driver's License. Studies indicate a strong correlation between

  ✓ Race/ethnicity and car ownership

  ✓ Income and car ownership

  ✓ Education and Car Ownership

TX_00003349
JA_004253

TX_00003349

For Example:

"For all whites in our sample, 76 percent own cars, compared with 47 percent of blacks, and 52 percent of Latinos. Moreover, within educational attainment categories whites have higher (and statistically distinguishable) car ownership rates than do blacks and Latinos. For example, 51 percent of whites with less than 12 years of education own cars, compared with 28 percent of blacks and 44 percent of Latinos with comparable educations. Similarly, among individuals with 16 plus years of schooling, 87 percent of whites, 71 percent of blacks, and 64 percent of Latinos own cars."

Can Boosting Minority Car-Ownership Rates Narrow Inter-Racial Employment Gaps? Steven Raphael Goldman School of Public Policy University of California, Berkeley raphael@socrates.berkeley.edu Michael Stoll School of Public Policy and Social Research University of California, Los Angeles mstoll@ucla.edu June 2000 at 12

# Consider These Studies Correlating Income, Education and Race/Ethnicity in the Context of the 2000 Census

TX_00003350
JA_004254

TX_00003350



**State of Texas**
Functional Illiteracy Persons 25+ by Race and Ethnicity

Hispanic — 31.5%
Af.Am. — 6.5%
Anglo — 3.5%

The Hispanic Functional Illiteracy Rate Is Just Under Ten Times That Of The Anglo Population



**State of Texas**
Persons by Race and Ethnicity Below Poverty

Hispanic — 25.4%
Af.Am. — 23.4%
Anglo — 7.8%

25% of Minority Texans Live in Poverty

4





TX_00003352
JA_004256

TX_00003352

8.   This racial/ethnic differential in income increases with age.  For example Hispanics and African Americans tend to rely almost entirely on Social Security for retirement income.

9.   Next consider these facts on poverty and income in the context of how does one obtain a Photo ID of one does not drive.

10.  The location of places where the identification card is available has been mapped out for 4 counties.  The number of locations is limited and in most cases not within the traditional minority area.  Given the differential in income identified in the charts, the burden of travel would fall most heavily on the minority persons.

11.  In urban areas it is not unusual to take more than an hour of waiting to get a license or renewal.

12.  I am familiar with the urban bus systems in Texas.  If you add travel and transfer time, I feel confident that obtaining a photo ID would take the better part of an entire day.



According to the DPS Website, there are no places to obtain a Identity Card within Loop 610 in Harris County.  This is probably the greatest minority concentration in the state.



According to the DPS Website, there are no places to obtain a Identity Card within IH 820 in Tarrant County



According to the DPS Website, there is only one place in inner-city Dallas to obtain an Identity Card. This is clearly the second largest concentration of minority population in the state.



**This is an example of a fairly large rural area in Frio County where the second largest town in the county is about 15 miles from the Pearsal Driver License Office.**

13. Obviously, the locations make it more difficult for minority Texans to participate in the political process

14. There are some documents that can be used in lieu of presenting a photo id. These include a letter or a bill in the voter's name and addressed to him/her from a Federal or a state agency. These sorts of notices have been substantially reduced with the advent of direct deposit. Many times several families or parts of families will live in the same house or in smaller houses on the same lot. The bills would likely be addressed to only one of the persons living there. Few minority poor have pilot licenses or concealed handgun permits.

14. One of the arguments that has been advanced is that the Department of Justice will certainly approve (preclear) this photo id bill because the Courts have approved such a bill in a few other states and there was no Section 5 Voting Rights Objection to a similar law recently passed in Georgia.

15. To begin with, Texas had a poll tax which was invalidated by the Courts. The state then passed an annual registration bill that was stricken as unconstitutional with the observation by the Court that it was more restrictive than the poll tax. The legislature then passed a series of biannual registration bills that were also stricken by the Federal Courts as too restrictive. Texas then passed a permanent voter registration bill. However a few years later the state passed a purge and re-registration requirement that was invalidated by a Voting Rights Objection.

16. Another differential with Georgia is the sheer size of Texas. The minority population of just Harris County is as large as the minority population of Georgia. And most of that population is crowded into the area within Loop 610 where there is not a single place to obtain a Texas Identification card.

17. I suspect that if there were no convenient places for the minority population in Georgia to get the identification cards, there would have been no preclearance.

Compare Minority Population of Harris County With That of the 50 States

Harris County has virtually the same Minority Population as the Entire State of Georgia

Dallas County has a Larger Minority Population than South Carolina, Alabama, Mississippi and Alaska

States entirely subject to Section 5

Compare 2000 Harris County Population with 2000 Census for States

TX_00003357

JA_004261

10

18. Other states where Courts have approved Voter ID statutes do not have a history of discrimination in registration. Nor the literally hundreds of findings of election discrimination on the basis of 42 U.S.C. Sec. 1983 and Section 2 of the Voting Rights Act.

19. The process involved in the Georgia preclearance of a similar bill is also troubling. There has been documentation of the fact that the professional staff recommended a Voting Rights Section 5 Objection to the Georgia Photo ID statute. This recommendation was simply ignored by the Attorney General.

20. Recall that there was also a recommendation by the professional staff that there be a Section 5 objection to the 2003 Texas Congressional redistricting (the DeLaymander) that was overridden by the political wing of the Justice Department. As you know the Federal Supreme Court invalidated the DeLaymander just last year under Section 2 of the Voting Rights Act.

21. Next consider the differential in support when the issue was considered in 2007. All of the minority elected officials in the Texas House with the exception of one voted against the Photo ID bill.

22. And we all recall the saga of Senator Gallegos returning on a gurney from his hospitalization related to his transplant. All of the minority members of the Texas Senate voted in concert to keep the bill passed by the House off the Senate floor and effectively killed it. This year the Texas Senate voted to exclude the Photo ID bills and those relating to redistricting from the redistricting. Recall what happened when the Senate tried the same trick in the 2003 Congressional redistricting.

TX_00003358
JA_004262

TX_00003358



### Photo ID Bill on Final House Passage

Only one minority house member– who is not elected from a minority dominated district– voted in favor of final passage

23. But there are also serious practical problems with the procedure of presenting additional documentation to vote while voting is going on.

24. For example, one of the biggest complaints in voting on election day is waiting in line to vote. Adding additional time to check photo id, alternative documents or allow someone to provisionally vote takes time.

25. Picture IDs are sometimes not a good likeliness. The alternative documents might also be problematic. Is the Joe Garza on the utility statement the same as the Jose Luis Garza on the voter registration. Or is the Henry Gonzalez the same person as Enrique Gonzales.

26. Time waiting in line is the biggest discouragement. Think about the hourly worker who works an entire day– frequently 7:00 to 5:00 in Houston or Dallas. Polls close at 7:00. Any sort of a line would discourage staying and voting. This is particularly true where there are active poll watchers who raise questions requiring the election judges the make additional decisions.

27. The alternative documents could also be problematic. For example, if a mother and father have moved in with one of their children or visa versa. There would be no utility statements etc available. Since the advent of direct deposit, there are fewer letters sent to pensioners.

28. Anyone who has ever dealt with the elderly knows how difficult it is for them to find bills, envelopes, statements and the like.

29. Another thing that the Department of Justice looks at in considering a Section 5 objection is what the minority community thinks about the bill. What prominent Hispanic or African American leader is pushing this Photo ID Bill?

---

Earlier in this session, the Texas Senate singled out bills concerning Redistricting and Voter ID so that in those two instances, a simple majority of the Senate could vote to get bills on the floor.  In doing do, the Senate put Voter ID into a classification along with redistricting. Recall, of course that the Texas Senate has seldom if ever voted to adopt a reapportionment plan that was not invalidated by the Justice Department or the State or Federal Courts. Recall again that it was just a few years that the Senate suspended that self same rule to adopt the outrageous bacon strip Congressional districts so severely criticized the the US Supreme Court and found to discriminate against Hispanic voters.

In fact if you read the legislative history of the application of the Voting Rights Act  Cover Texas in 1975, 1981 and again in 2005 you will see that racial and ethnic discrimination by the Texas Legislature in the redistricting process is the prime reason that Texas has been covered by the Federal Voting Rights Act  preclearance process for the past 34 years.

Some have referred to the Photo ID bill as "a solution looking for a problem." Others have said the prime rule of the Texas Legislature has always been "if it ain't broke don't fix it."

With all of the potential downsides and no documented instances of coordinated multiple voting since 1948 voting such a radical change is difficult to justify.  In fact, if the 1948 Lyndon Johnson and Coke Stevenson election happened today, any such fraud would be smoked out in an election contest with little difficulty.

Further restrictions on voting should be made of sterner stuff.

I urge that the Committee not vote the bill out.

This is not a Democrat Republican thing.  It has a differential impact on the poor and minority of our state.  Over the years I have opposed both parties when they have violated the rights of my clients.  Just last month the Fifth Circuit remanded a case in which LULAC is complaining that the Texas Democratic party discriminates in the delegate selection process.

If you are able to pass this bill, I suggest that you have a record on why this does not make it more difficult for minority persons to participate in the political processes.

You will need to answer why you changed the rules.  If the only answer is that you wanted to reduce the impact of the Hispanic and African American Senators, you will not preclear the photo ID statute.   Yet, in all sincerity, what other explanation is there for your actions?

TX_00003361
JA_004265

TX_00003361

Is there something that can be done to minimize the impact on minority voters?

1.  I would suggest that you examine the number of places where Texas Identification cards are available and insure that the number is increased and more equitable assigned.  In this regard I suggest that there be a Drivers License substation for every 50,000 persons.

2.  I would suggest that you go to election day registration with preparation of identity cards on the spot at the polling place if a voter does not have one.

3.  I would expand the types of documents that are accepted as a reasonable alternative for a photo  ID.

While none of these would completely solve the problem that will be created by Photo ID, at least it would indicate a recognition of the problem and a commitment to deal with it.



**BOARD OF DIRECTORS**

Paul H. Asofsky
PRESIDENT

Kevin McHargue
VICE PRESIDENT
LEGAL

Randall Ellis
VICE PRESIDENT
PROGRAM

Michael R. Wyatt
VICE PRESIDENT
DEVELOPMENT

Richard Alvarado
NATIONAL BOARD
REPRESENTATIVE

Nancy Friedman
SECRETARY

Fran Compton
TREASURER

James Aldrete

David Chang

Jim Cornehls

Madan Goyal

Marilyn Gullett

Mary Scott Hagle

Gilberto Hinojosa

Rev. Charles Kiker

Betsy Moon

Everard Santamarina

Kurt Schwarz

Mohammad Tariq, M.D.

Mark Yzaguirre

Terri Burke
EXECUTIVE DIRECTOR

Rebecca Bernhardt
DIRECTOR OF POLICY
DEVELOPMENT

Ann Trump Daniel
DIRECTOR OF
DEVELOPMENT

Tracey Hayes
FIELD ORGANIZER

## ACLU of Texas Opposes Voter Roadblock Bill SB362
### Provisional ballots are a broken remedy for voters in Texas

Good morning/(afternoon) Chairman Duncan, Senators. My name is Terri Burke and I'm the Executive Director for ACLU-TX.

Today my comments will cover the topic of provisional ballot voting with respect to SB362. Provisional ballots are one of the ACLU's legislative priorities this session.

The Help America Vote Act of 2002 (HAVA) mandated new voter identification requirements for registration. Since the implementation of HAVA in all states, voters must be given the opportunity to cast a provisional ballot. Provisional ballots were envisioned as fail-safe voting protection for the voter to remedy faulty voter lists. No eligible voter erroneously purged from the voter rolls should lose their right to vote. All eligible citizens who are entitled to vote should have the right to vote and have their vote counted.

The determination of whether provisional ballots count in the state of Texas is left up to local election boards that review the ballots along with information from the local election officials who verify that the individual is a legitimate voter under state law.

What we've discovered researching provisional ballots in Texas is that we have extremely high rates of provisional ballot rejections. The average rate of rejection nation-wide is around 20%. (2) Texas has one of the highest rejection rates in the nation. In the 2004 presidential election, Texas counties rejected 78.6% of the provisional ballots cast. 36,193 Texans cast provisional ballots in 2004 and only 7,770 of them were counted. (1)

In 2006 the rejection rates for provisional ballots statewide decreased slightly to 70.1 %. 5,571 voters cast provisional ballots and only 1,668 counted. (2)

This past presidential election in 2008, 42,010 Texas voters cast provisional ballots. Only 9,444 of them ultimately counted. That's a staggering rejection rate of 77.6%, six years after the Help America Vote Act passed. (3)

High numbers of provisional ballot rejections may suggest serious errors in our elections procedures. Possible errors could occur in voter roll purges where voters are not made aware they were removed from the rolls, or improper instructions given to voters on provisional ballots or inadequately trained poll workers.

**AMERICAN CIVIL LIBERTIES UNION OF TEXAS**
P.O. BOX 12905 • AUSTIN, TX 78711-2905 • T/512.478.7300 • F/512.478.7303
WWW.ACLUTX.ORG ◄══════►          TX_00003363

Deterrents to in-person-voter-fraud are already in place and are working in Texas. Over five million dollars of HAVA federal funds were recently spent to create a statewide voter database in Texas: The "Texas Election Administration Management" (TEAM) database is a comprehensive voter list-matching process, one of the most restrictive in the country.  Utilizing exact-match policies there is more risk of an eligible voter being rejected due to clerical error than there is of a fraudulent one even being allowed to register to vote.

SB362 will no doubt increase the number of provisional ballots that are cast at the polls if passed, and also increase the number of votes that are rejected due to new identification requirements. We are extremely concerned that this bill will cause more Texas voters their legitimate right to vote

32,566 Texas voters were rejected in 2008.  That is a verifiable number of Texas voters who have been denied their right to have their vote count. That is a threat to our representative democracy. Texas ranked 45th in registered voter turnout for the 2008 presidential election(4) We can not continue placing undue burdens on eligible voters and keep a healthy democracy.

We ask that the Senate consider protecting the integrity of elections in Texas by protecting all eligible voters in Texas. A small change to our election code to allow provisional ballots cast outside a voter's home precinct to count if the still live in the same county would be one step for example.  That is the second most common reason provisional ballots are not counted in our state.  (3)

Thank you.

===============================
Sources:
1)Texas Secretary of State
Provisional Ballots Voted/Counted November 2004
http://www.sos.state.tx.us/elections/historical/prov2004.shtml

2) http://www.usatoday.com/news/provisional-ballots.pdf
The 2006 Election Administration and Voting Survey - A Summary of Key Findings
Election Assistance Commission December 2007
Page 19

3) ACLU Public Information Act Request Texas Secretary of State
Nov 2008 (First most common reason is a voter not being on the rolls – this may be due to purging qualified voters through the TEAM system)

Bills that provide fixes to the wrong precinct, right county problem – HB 790.

4) http://elections.gmu.edu/Turnout_2008G.html
2008 General Election Turnout Rates
George Mason University Analysis
Jan 2009

General Information
Provisional Ballots: Where to Watch in 2008
a briefing paper DEMOS October 2008
http://www.demos.org/pubs/provisionalballot_brief.pdf

**Statement of Joseph G. Martin III**

**Texas Committee of the Full Senate**

**Regarding SB 362 Concerning Voter Identification Requirements**

**March 9, 2009**

I thank the esteemed members of this committee in allowing me to make this statement.

My name is Joseph Martin III.  I am a resident of McKinney, Texas.  I hold a Bachelor of Arts, *summa cum laude*, from Texas State University-San Marcos in Psychology with a minor in Philosophy.  I am currently employed in the field of real estate, am a Notary Public of the State of Texas, and worked as an election clerk in the 2008 General Election. I have also worked in halfway houses and known many individuals without picture identification and without the resources to obtain the records (such as birth certificate) needed to obtain accepted identification.  I think these facts give me some insight into any law that attempts to put additional requirements upon the right to vote in the State of Texas, particularly SB 362.

As a Notary Public I am familiar with the difficulties that can arise when examining identification cards or other documents to determine authenticity, and there are entire guides and books on the subject.  Yet even then, notaries are not immune to being deceived, and that is why even to this day the highest standard of identification is to have someone known to you, or someone known to a credible witness.

But this bill expects election clerks, after a modicum of tax-payer supported training, to be placed in a role of declaring people's identification authentic or not. In my experience as an election clerk, I have seen the time consuming process and confusion that can arise just processing voters under the current Texas Election Code.  If this bill becomes law, the responsibility of the clerks becomes more daunting, more time consuming, and ultimately more frustrating to the voter.   The more frustrating and demanding we make exercising the right of every eligible citizen to cast their ballot, the more of the disadvantaged, the marginalized, and the cynical will we discourage from the polls.  And this is not merely conjecture, numerous bipartisan studies, from the Brennan Center for Justice to the Federal Election Assistance Commission have confirmed that this law WILL turn away legitimate voters.

And this would be done even though there is any evidence that this bill would deter voter fraud in any meaningful way, and in fact opens the door to possible future systematic abuse.  Numerous studies, both in our own state and others have found that voter impersonation is the rarest form of fraud, and the largest cause of fraudulent ballots are fraudulent absentee ballots , or irregularities in the registration process.  From 2001-2006 the Justice Department only prosecuted 86 cases of voter fraud nationwide.

Worse than merely being a waste of taxpayer funds that will produce no results, this bill introduces the ability of election officials to introduce another possible form of fraud, though not new: willfully turning

away or relegating to the status of provisional balloting a voter with legitimate identification as having "questionable" identification in order to satisfy an ideological, social, or political agenda.

Finally, all of the money and effort that goes into this bill will likely prove for nothing. I would anticipate numerous court challenges to the legislation, and doubt this bill would survive a Constitutional challenge in the United States Supreme Court. The bill has attempted to remove the claim of a de facto poll tax by removing the Department of Public Safety's charge for an id card in Section 12 (d). Yet the author of the bill failed to check the identity requirements for a Texas ID card, which might require an individual to purchase their birth certificate from the Texas Department of Health's Bureau of Vital Statistics, or the state they were born in. In Texas the cost for a certified copy of a birth certificate is $22. It is still the poll tax, just once removed from a direct tax. Regardless of the cost, the additional effort the bill enacts upon individuals to exercise a right protected by law.

As a secondary matter, has anyone considered the financial implications to Texas, if in order to make this law Constitutional, all identification cards and birth certificates had to be issued free of charge? The National Governors' Conference has estimated an $11 billion cost nationwide to provide free identification to all citizens. Can Texas, The Department of Public Safety, and The Department of Health, afford both the loss of revenue and cost?

Rather than offer these token measures that will do nothing to deter the real sources of voting fraud, more should be done to enforce current election law and investigate and prosecute those who attempt to manipulate and defraud the Democratic process. This bill is not the answer.

Please join me in denying support to this legislation.

Joseph G Martin III

McKinney, Texas

## SB 362 Public Testimony

I moved to Houston in 1996 and although I registered to vote as soon as I moved here, it was 6 years before I received my voter's registration ID card. Poll workers failed to inform me that I could vote provisionally but fortunately I knew my rights and insisted that they allowed me to do so. Regardless to how many times I contacted the voter's registration office and filled out yet another application, the office told me that they could not identify the source of my problem of not receiving an ID card. I feel for those who faced a similar situation as mine but gave up because they were frustrated with a broken system.

In 2005 America saw the Bush administration empower Iraqi citizens voting in America in that of Iraq's first democratic election. Much effort was exerted to make this happen but, according to the Bush administration, it was conducted successfully and with no complaints of fraud. Juxtapose that to the electoral process for displaced Louisiana residents after Hurricane Katrina. FEMA refused to allow its records of the new locations of evacuees be used to send voters notices of upcoming elections. Displaced hurricane victims were not allowed to participate in a satellite voting system similar to that by which Iraqi citizens would use some 4 years later.

That problem exemplifies the same flawed principle that this proposed bill 362 possesses in its very nature - we shouldn't be working harder to help non-citizens vote in a foreign election harder than we work to empower our own citizens in the voting process. We should be encouraging voter participation, not discouraging it.

With respect to a higher dependency on voter ID cards to validate voters, the proponents of this bill suggest that it is the quintessential solution to ending "voter fraud". But the bill in and of itself provides no greater "protection" than already exists in Texas' laws. According to the Texas Secretary of State's office, registered voters can already use a driver's license, birth certificate, US passport, official mail from a government entity, or even a copy of a current utility bill, bank statement, or paycheck. According to the bill's author, these forms of ID would still be acceptable if the bill is passed so I asked why this bill is needed.

But this bill also disenfranchises many groups of people in varying circumstances.

- For example, if a registered voter's house is destroyed by fire, they will instantly lose all proof of their identify due to loss of driver's license, social security card, birth certificate, etc. During the months that it will take to obtain duplicate copies of these documents, many voters will be disenfranchised. The city of Houston averages an astounding 30 house fires per day!
- The evacuees of Hurricane Katrina faced additional challenges in addition to those posed by FEMA in that the court house records of Orleans Parish were all completely under water. I'm sure the Houston/Galveston area residents faced similar challenges with regards to loss of identification after Hurricane Ike.

In conclusion, I urge this Senate body to act responsibly by putting partisan politics aside and protect the voter's rights. Protect the rights of the elderly woman who never drove a car so never needed a driver's license. Protect the 18% of Americans age 65 and older who do not have photo IDs. Please vote "no" to SB 362.

Thank you.

Lloyd Gauthier (pronounced "gō´shā˝")
Against SB 362
Lgauthier1@yahoo.com
832-465-4641

JA_004271

# VOTER I.D. LEGISLATION

## HOW WILL IT AFFECT THE WORKING POOR AND HOMELESS?

By: Doug & Diana Bell
March 10, 2009

In 1999 we founded an outreach ministry for the working poor and homeless people who live in downtown Austin. It is called Trinity Center. Here is what we have learned about the photo ID issues faced by this community.

Working poor and homeless people want to vote. Many of them are very interested in local, state, and federal elections. Participating in our political process empowers them to feel like they are part of our society. Many of them are proud veterans who have served their country in the past. They have opinions, and they want to voice those opinions in the voting booth just like everyone else. They have the right to vote. If bureaucratic road blocks keep them from the polls, they feel unfairly excluded from society.

Many working poor and homeless individuals do not have a photo ID. Often they do not have a driver's license because they can't afford a car. Identification theft is a chronic problem in this community. Many of them carry all of their worldly possessions in plastic bags or back packs. When they fall asleep in a public place their bags are stolen along with their identifications papers. This is a devastating loss to someone with no back up information stored in a safe place.

Three specific cases come to mind regarding stolen IDs. One of our friends that we met at Trinity Center is Terry. Terry came to Austin on a bus from Dallas. He had a new job lined up in the computer industry. When he got off the bus he was attacked. He was severely injured, and his bags were stolen. His injuries put him in the hospital. He lost his job opportunity because he couldn't report for work. Once he got out of the hospital he came to Trinity Center for help. With no identification he could not get a regular job. The best he could do was stay at the Salvation Army and work day labor until his could recover his ID. It took him several months to save up the money for the new IDs. He had to maneuver through the bureaucratic red tape to get a new photo ID so he could find permanent employment. Trinity center helped guide Terry through this process. He has now recovered. He has a job and a place to live. However, if an election had been held during his bad times he could not have voted even if he was properly registered to vote.

TX_00003368
JA_004272

TX_00003368

Another friend is Jose (not real name).  He is a member of the working poor.  He holds regular jobs from time to time.  In the spring and summer he does landscaping.  Sometimes he is homeless, and sometimes he has a place to live.  A few months ago all of his identification was stolen.  Without a photo ID he could not get a regular job.  Fortunately, he survived on part-time work.  It was very hard for him to save up enough money to apply for his birth certificate and a photo ID.  He finally did receive his replacement photo ID, but it took him many months and a lot of money.

Don is another friend we met at Trinity Center.  He is a mechanic who came to Austin for a job.  As soon as he arrived his truck was stolen.  His tools and his wallet were in the truck.  Since he was going through a divorce, he had all of his possessions in the truck and no place to live.  He filed a police report, but the truck was never found.  Trinity Center helped him get back on his feet and work through the process of replacing his ID cards.  This took several months which left Don with no place to live and no job opportunities.  He has now recovered, but for a long time he was down and out.  Voting was probably not his main concern during this period in his life.  But if he had been disenfranchised by his own State government, it would have just been another sign that no one cared about him.

**Why does it take so long to get a photo ID?**

When someone living on the edges of society looses they identification they don't know where to start.  They don't have any back up identification to even start the process.  Usually they get help from shelters or agencies who work with the homeless and working poor population.  They are given a list of documents they will need to get a photo ID.

Most people start by getting a certified copy of their birth certificate.  The Texas Department of Public Safety (DPS) calls this a secondary document.  You need one secondary document and two supporting documents to apply for a driver's license or Texas photo ID.  If you were born in Texas you can apply to the Texas Department of Health for a certified copy of your birth certificate.  The process takes 2-4 weeks and costs $22.  If you were born in another state the process can take 6 weeks to 3 months and costs around $30.

Once you receive your birth certificate you need to get two supporting documents.  The most common one is a social security card.  You have to present your birth certificate to get a social security card.  The replacement cards are free, but it takes 10-14 days to get the card in the mail.

---

Doug Bell             (512) 331-5201    dougbell@austin.rr.com          Page 2

For the second supporting document many people request copies of their school records from their high school or middle school. This can often be done by faxing the school and paying a fee of $5-$10. The process is usually done by mail and takes 2-3 weeks.

Once you have your birth certificate (secondary document) and two supporting documents, you can apply at the DPS office for a driver's license or Texas photo ID card. You must appear in person at a DPS office. The driver's license costs $24, and the Texas photo ID costs $15. After you apply you must wait 10-14 days to receive your new photo ID in the mail.

In summary the process for getting a photo ID takes a minimum of 6-10 weeks if everything works perfectly. It also costs $22-$50. The biggest problem is usually finding the money. However, if an election is coming soon, time is a problem too.

Another unexpected problem happened in the fall of 2005. Hurricanes Katrina and Rita hit the Gulf Coast. Thousands of evacuees flooded Texas cities. Many had lost their identification in the floods or in their haste to flee the storms. So the Texas and Louisiana agencies who issue birth certificates, school records, and photo IDs were flooded with applications. The chaos created by these natural disasters caused thousands of individuals to suffer without proper identification for many months. This caused a lot of economic hardship. If an election had occurred many would have been disenfranchised too. That would have added insult to injury for poor people already suffering from a natural disaster.

The voter ID legislation currently being considered by the Texas Legislature will place unnecessary and burdensome requirements on the working poor and homeless people in our State. They are the least likely people to have a photo ID when it comes time to vote. Women in poor families will especially be affected. These women often do not drive and do not have driver's licenses. If Texas now requires a photo ID to vote, they will not be able to afford the applications fees or be able to take the time off to go to the DPS office and the Social Security office. There is not enough money in these families to pay for two photo IDs. So only the husband will be able to vote. Many of the working poor and homeless population will not be able to comply with the Voter ID rules currently being considered. Their rights will be taken away by this defacto "poll tax".

Doug Bell          (512) 331-5201    dougbell@austin.rr.com          Page 3



# *League of United Latin American Citizens*

## LUIS ROBERTO VERA, JR.
### National General Counsel

March 9, 2009

To: The Honorable State Senators of Texas
Re: Committee Considering Voter Identification Bill

## LULAC's OBJECTION AND ARGUMENT AGAINST
## VOTER IDENTIFICATION BILL

LULAC through its National and State of Texas board of directors unanimously call on you, the State Legislators of Texas to stand with us in protecting the Voting Rights of all the citizens of Texas. In addition LULAC asks you to protect the voting rights of Latino voters as mandated by sec. 5 and sec. 2 of the Voting Rights Act. Specifically, LULAC argues against the passage of any voter identification bill until such time as Texas can guarantee zero tolerance of voter discrimination and implement all of the protections of the Voting Rights Act and as ordered by the US Supreme Court. Given the history of Texas, we are certain that this will be a long time in coming.

Recent History:

In the preceding 3 years, 2005, 2006, 2007, the Voting Rights section of the Department of Justice filed 10 separate lawsuits against the State of Texas. All 10 suits were for discrimination against Mexican Americans and 1 of the suits involved discrimination against Mexican Americans and African Americans combined. There was also a separate lawsuit in Harris County for discrimination against Vietnamese Americans. All suits were successful against Texas and the State entered into consent agreements to correct the discrimination. During this same time period several suits were brought by LULAC and MALDEF against Texas and separate individual government entities for discrimination against Mexican Americas. In, *LULAC v. Perry* the US Supreme Court found that Texas purposely discriminated against Mexican Americans in congressional district 23 for purely political purposes. The US Supreme court ordered a remedy. In *Farmers Branch, Texas,* the federal courts have enjoined the City from implementing discriminatory ordinances which have the effect of targeting people of Mexican descent. The federal court found the ordinance unconstitutional. Texas has spent millions of taxpayer dollars to defend and remedy these suits.

Below are some excerpts from the *US v. Hale County TX* complaint brought by the Voting Rights section for purposeful discrimination against Mexican Americans. Hale County entered into a consent agreement to correct the problem.

12.   Section 208 of the Voting Rights Act provides that "[a]any voter who requires assistance to vote by reason of blindness, disability, or inability to read or write may be given assistance by a person of the voter's choice, other than the voter's employer or agent of that employer or officer or agent of the voter's union." *42 U.S.C. § 1973aa-6.*

13.   In violation of Section 208, the Defendants, their employees, and agents have failed to allow voters the assistors of their choice through the following practices:

a) Prohibiting family members and poll watchers from providing assistance to limited English proficient Spanish-speaking citizens.
b) Requiring Spanish-speaking voters to be assisted by poll workers who either did not speak Spanish or did not speak Spanish fluently.
c) Failing to accurately and adequately instruct poll workers on their duty to permit voter's assistance from any person of their choice, other than their employers or union officials.

14.   Defendants' failure to allow voters to receive necessary assistance from any person of their choice, other than their employers or union officials, as described herein, is a violation of Section 208 of the Voting Rights Act. *42 U.S.C. § 1973aa-6.*

15.   Unless enjoined by this Court, Defendants will continue to violate Section 208 by failing to provide Hale County's voters with the opportunity to receive assistance from persons of the voters' choice and by limiting the scope of the assistance voters can receive from their chosen assistors.

## SECOND CAUSE OF ACTION

16.   The Plaintiff hereby alleges and incorporates by reference paragraphs one through sixteen above.

17.   Under Section 203 of the Voting Rights Act, "any registration or voting notices, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots" that Defendants provide in English must also be furnished in Spanish to Spanish-speaking voters. *42 U.S.C. § 1973aa-1a(c).*

18.   In violation of Section 203, the Defendants, their employees, and agents have not effectively provided election-related materials and information in Spanish to limited English proficient Hispanic citizens as required by Section 203 of the Voting Rights Act, including, but not limited to, the following:

a) Failing to recruit, appoint, train, and maintain an adequate pool of bilingual poll officials capable of providing effective language election information and assistance to limited English proficient Spanish-speaking citizens that it provides in English; and

b) Failing to provide certain election-related information that it provides in English, including, but not limited to, information publicizing elections, in a manner that assures Spanish-speaking voters an effective opportunity to be informed about election-related activities.

19.  Defendants' failure to provide effective Spanish language materials and information, as described herein, constitutes a violation of Section 203 of the Voting Rights Act, *42 U.S.C. §1973aa-1a(c).*

NVRA (National Voter Registration Act)

Section 7 of the Act requires states to offer voter registration opportunities at all offices that provide public assistance and all offices that provide state-funded programs primarily engaged in providing services to persons with disabilities. Each applicant for any of these services, renewal of services, or address changes must be provided with a voter registration form of a declination form as well as assistance in completing the form and forwarding the completed application to the appropriate state or local election official.

Before Consideration of Voter ID Bill Texas must put a premium on election judges that are bi-lingual and that represent a cross section of the community, Hispanic, African American, Asian…. etc.

Under Sec. 5 of the VRA, Texas has the burden to prove that any voter id plan is not discriminatory.  With this in mind, Texas needs to have solid numbers of who does and who does not have "valid" ID's.

In *Georgia v. Ashcroft* the ID requirement was found to be unconstitutional until Georgia made ID's available for free, including secondary documents (birth certificates …etc), and implemented a strong voter education program, including how to acquire valid ID's.  The court also ordered a sufficient time period for voters to be educated and obtain their valid ID's.

It is clear from the Georgia decision that voter ID in Texas cannot be accomplished this year or at any time, until the legislature first allocates the resources and designs a plan to provide free ID's together will all secondary documents. Texas must also fund and implement a strong voter education program for the voter ID process together with the other protections ordered by the court.

Options:
  -   Give everyone a free ID and supporting documents, ie. Birth certificates
  -   If the presumption is that having valid ID (driver's license) implies citizenship, then provide automatic voter registration when a driver's license or other "valid" ID is issued.

TX_00003373

- Pursuant to the national voter registration act, Texas must make photo ID's available for free wherever voter registration is available.

To abandon a system that has fairly allowed Latino's to gain political strength in Texas and substitute in its place a system that has the potential to dilute Latino votes is likely to "lead to a retrogression in the position of racial minorities with respect to their effective exercise of the electoral franchise." **Miller v. Johnson, 515 U.S. 900, 926 (1995) (quoting Beer v. United States, 425 U.S. 130, 141 (1976).**

In light of the fact that the proposed change brought forward by the Texas legislative committee is likely to violate both section's 5 and 2 of the federal Voting Rights Act, LULAC urges you to NOT ADOPT the proposed voter id bill.

LULAC has participated in over 400 court ordered elections in Texas since adoption of the Voting Rights Act and will vigorously challenge any voter ID bill. LULAC is ready to pursue an objection before the voting rights section of the department of justice and if necessary the federal district courts to stop any voter ID bill until such time as Texas adheres to LULAC's objections, recommendations and options.

Respectfully submitted on behalf of the National and Texas State Board of the League of United Latin American Citizens,

*/S/ Luis Roberto Vera, Jr*
Luis Roberto Vera, Jr

cc:    Rosa Rosales, LULAC National President
Joey Cardenas, LULAC Texas Director

# SB 362 Voter ID Bill

My name is Daniel Dodd, the Democratic Chair of Collin County, and I come before you today to oppose SB 362.

Many of you were elected by Republican or Democratic voters in your district, but when you serve, you represent every citizen in your district including Republicans, Democrats, independents and even nonvoters. Your constituents are not the lobbyists and corporations that outnumber and besiege you every day. Today, I am talking on behalf of your constituents.

This Voter ID bill is a solution looking for a problem. There is no verification that unqualified voters are besieging our polling places. Yet some in our legislature have made a concerted effort to promote a bill that disenfranchises registered elderly and disabled voters and financially-challenged students who may have difficulties getting photo ID cards.

Voter IDs were a problem in Indiana just last May when twelve nuns were denied their right to vote although they had voted at their polling place for a decade or more. Those nuns, all retirement home residents at Saint Mary's Convent near Notre Dame University, were denied ballots by a fellow sister and poll worker just because the women, in their 80s and 90s, did not have valid Indiana photo ID cards.[1]

This bill will affect older Democratic and Republican voters alike so, just for argument's sake, let's say this bill would prevent 30,000 registered voters from voting: 10,000 Republicans and 20,000 Democrats state-wide. Some would say that is

---

[1] http://articles.latimes.com/2008/may/07/nation/na-voterid7

TX_00003375

a 10,000 "net gain" for the Republican Party.  In reality, it's a 30,000 "total loss" for both parties and Texas voters.

We claim the United States is the most Democratic country in the world. Yet Iraq outvoted us 72% to 60% in 2004-05 elections when their entire population was literally under the gun.[23] We should be encouraging our citizens to register, educate themselves on the candidates and issues, and vote.  Instead, our state executive and legislative branches seek partisan ways to deny registered voters their right to vote and unregistered voters the right to register. In contrast, the California Secretary of State mails every voter household a sample ballot with the pros and cons on the candidates and issues and their polling place dates and locations.[4] They encourage everyone to vote because it's the right thing to do. Texas should do it too.

Like Diogenes, the Greek philosopher who carried a lamp during the day looking for an honest man, voters are looking for statesmen like Sam Rayburn, Barbara Jordan and Jake Pickle who passed through this very legislature serving without the partisanship and rancor we see today.[5] I urge you to vote against SB 362 and every Voter ID bill before this legislature. Anything else denies the rights of Texas' citizen voters.

Thank you for allowing your constituents to testify on SB 362 before the Senate of the Whole.

---

[2] http://www.asianews.it/index.php?l=en&art=2460&dos=35&size=A

[3] http://elections.gmu.edu/Turnout_2004G.html

[4] http://vote-ca.org/?gclid=CKm9vpuyIpkCFQVhnAodwXwWbw

[5] http://www.blupete.com/Literature/Biographies/Philosophy/Diogenes.htm

Honorable Members of the Texas State Senate,

I appreciate the opportunity to address you personally and comment on SB362.
My name is Nancy Glasscock and I reside in SD24, Bell County, Texas.

Several credible sources recently forecasted that between 100,000-300,000 Texans will lose
their jobs in 2009. Texas lacks adequate funding for transportation, education and
healthcare— areas considered to be in crisis in our great State. We lead the nation in
highest homeowners insurance, auto insurance and electricity rates. We're in the midst of
exposure to Mexican drug and gang wars spilling over into our State. Yet, what urgent
priority have Republicans leaders chosen for the 81st Texas Legislative Session? The best
description of SB362 I've heard so far comes from Senators Gallegos and Ellis—
the phantom menace of voter impersonation at the polls.

Proponents of this bill want us to believe that a problem exists but Royal Masset
disagrees. For those of you unfamiliar with Mr. Masset, he is a consultant who has been
involved with over 5,000 Republican campaigns in the State of Texas. (quote)
"His experience is that in-person voter fraud is nonexistent. It doesn't happen, and if you
really analyze it, it makes no sense because who's going to take the risk of going to jail on
something so blatant that maybe changes one vote?" Millions of Texans, including myself
agree and we're asking the same question, who is willing take that risk?

Proponents of this bill want us to believe that a person who, is in this country legally,
holds a green card and is awaiting US citizenship approval, will take the risk of being
jailed, fined, deported and lose his/her right of ever becoming a US citizen— just to cast a
vote impersonating a dead person. Ladies and Gentlemen, come on! It doesn't make sense
and it's grossly far fetched. It doesn't even make sense when one considers those in this
state illegally. Illegals aren't interested in exercising their right to vote–they don't have
one. They're doing everything in their power to stay under the detection radar the same
way they got into this state because Texas has missed previous opportunities in making
border security a priority. Impersonating a dead person at the polls! Really?

The Texas Attorney General's office has prosecuted 22 cases of voter fraud over the last
six years and not one case, NOT ONE CASE would have been prevented by requiring a
photo ID. How does that substantiate the need for SB362? With all due respect, it appears
Senator Frazier's bill is an effort to intimidate legitimate, legal registered voters who may
or may not be able to produce a photo ID when they show up to cast their vote. As a legal
Texas voter, a voter registrar and a sixth generation Texans it makes me mad. If legitimate
voters have completed the process to register and are listed on the voter roll why would
you want to discourage their participation? With all due respect, I think the answer to that
question is bogged down in more partisan misplaced priorities. SB362 doesn't make sense
for these reasons and as Republican campaign expert Royal Masset pointed out.

Most importantly, taking a non-issue like photo ID and trying to legitimize it as a real issue
is shameful and undermines the integrity of the election process. SB362 is not only a non-
issue but it's also bad stewardship of our tax dollars especially when more critical,
discernible issues are at stake in this legislative session.

The fact of the matter is voter fraud does exist but it lends itself in more systematic ways
through ballot box stuffing, voter machine manipulation, registration list manipulation and
absentee balloting. So I offer Senator Frazier and his honorable colleagues alternatives.
Protect the integrity of the election process by requiring the Secretary of State improve
poll worker training in every county. Which by the way---accounts for a vast majority of
election fraud. Budget for and if necessary, request more federal HAVA funds for Texas

elections so poll workers are professionally trained and accountability standards are met before being allowed to work ANY election. And I urge the Honorable Senator Frazier and his colleagues demand that Texas backs up every electronic voting machine with a paper trail. These are real election issues which need your attention, not voter impersonation of dead people at the polls.

So, let's cut through this thinly veiled partisan attempt to suppress Democratic voter turnout. Let's save the taxpayers money. We are after all experiencing a budget deficit, aren't we? Let's make Texas the model standard as the state with the most convenient and most efficient election process in the nation. You can start today by solving the problems we KNOW exist.

Members of the Texas Senate, stop playing ghost voter games with the very democratic process which afforded you the honorable seats you hold today. I urge you, please vote AGAINST SB362.

I appreciate your time and consideration.

Nancy Glasscock
909 Westend Drive
Temple, Texas
76502
254-780-9047
Senate District 24

# Rachel Baker Ford
## 3317 Knights Haven Lane
## Garland, Texas 75044-5429

RE: Voter ID Bill: SB362 (Frasher)

I am opposed to the to the Voter ID bill.

There are numerous  reasons someone would not have ID.  None have  anything to do with their citizenship status.  For example, many people do not have a driver's license because they cannot afford insurance. The homeless have no address to list, so they cannot really get any form of ID.  A 2006 study by the non-partisan Brennan Center for Justice found that 18% of Americans age 65 and over did not have a photo ID.  The Texas Conservative Coalition Research Institute reported 37% of Texans over the age of 80 do not have a drivers license.  The same study found that 25% of African Americans do not have a government issued photo ID.  According to data from the US Census Bureau, women are more that twice as likely as men to not have a driver's license.  One in five senior women do not have a driver's license.  The Texas Department of Vital Statistics reports an average of 200,000 marriages and divorces each year.  After a change in marital status, it can take up to two months to get a new ID (In the interim, the name and/or address would not match the voter registration document.)  An academic study of the 2004 presidential election conducted for the Federal Election Assistance Commission found states with Voter ID laws have an overall turnout reduction of 3% in the general population, 5.7% among African Americans and a 10% reduction among Hispanics.

Philosophically, having a driver's license, State ID, or other identification, is a privilege which The State is able to take it from you if you don't comply with the law (for example, if you drive without insurance).  Voting is a right, and is therefore inalienable.  Under no circumstances can a privilege ever trump a right.

Furthermore, the right to vote is enshrined in the Constitution (in several places), and eight of the 27 amendments expand the right to vote - Amendments 12, 14, 15, 17, 19, 23, 24, and 26.  The Constitution has never been amended to limit the right to vote.

The act of choosing who represents you is the central act of the citizen of a democracy.  The poor, the disenfranchised, the homeless, or anyone else who may have difficulty providing a photo ID,  are  just as much citizens of this country as you or I or anyone else.  And they have the same right to participate in our system of government.

Rachel Baker Ford

March 10, 2009

Lt. Governor, honored members of the Texas Senate, distinguished guest, and civic minded Texans who are here to testify, thank you for allowing me to state my views on this voter suppression - excuse me, voter id bill.

I appologize for the handwritten statement as I know it is difficult to read. I have myoperathy which affect me from this level down front and back and also affect both arms and hand and makes writing extremely painfull. I would have typed it on a computer but mine is stored at a friends home since I am homeless and I do not have a laptop but I digress.

This bill threatens handicapped and homeless Texans and their ability to vote. These two groups of Texans are subject to lose their id's through theft or simple loss due to their disabilities or being targets for crime. You want to disallow their votes without a voter id card and ID. Do you have any comprehension of the amount of time, energy, and money involved in getting an ID? If you don't have one, you need your birth certificate - which cost money and takes time and then more money and time to get your id.

I skipped school the day I turned 18 to register to vote even though my birthday - Nov. 12 - was past election day because I saw it as my civic duty. ~~to~~ Some of you are now saying that if I am robbed the week of an election my vote should not count even if I have my voter id card ~~Haven't enough Civil and civil rights been taken from Americans?~~ I have been voting every since and am now 50 years old but you no longer want to honor my voter id card.

As members of the Texas Senate and elected officials, do you think your time is better spent silencing Texans and disenfranchising voter or could it be better spent finding answers to the homeless situation, school funding, SCHIP and so many other pressing issues facing our State. Last session, Sen. Gallegos risked his very life to stop a bill such as this. Whose life are you willing to risk or lose to retain power? This bill does nothing for Texas or Texans. I hope you will think ~~and~~ long and wisely before you vote on this voter suppression - excuse me - voter ID bill and then vote no.

TX_00003381

March 10, 2009

Dear Chairman and Committee Members,

I support SB 362 and HB 125

How important is your vote?  It has the potential to change the course of your city, community, school board, county, state and your country.

"Senator Wendy Davis denounced the senate rule change and said the legislature has more important things to consider."

How important is it when someone gets elected and changes the course of the country? Take the example of Lyndon Baines Johnson.  Remember the southwest county that gave LBJ his Senate seat and he went on to become Vice-President and President.  Remember Vietnam!

Senator Mario Gallegos said, "Just because the court decision indicated that it's legal doesn't mean that its right.  The Supreme Court doesn't have a vote in the Texas Legislature".  Does that mean the US Supreme Court decision on Civil Rights has no place in the Texas Legislature?, No place in redistricting to meet Civil Rights mandates?, No place in the campaign laws? Does that also mean the State and US Constitutions have no place in the State Legislature?

Let's look at Florida in the 2000 presidential election.  The election process, debate and lawsuits destroyed the confidence of the election process.  President Bush never regained the majority support to get things done for the betterment of the country.

Prove Voter fraud?  It is extremely difficult to prove voter fraud, but so easy commit fraud and get away with it.  When someone fills out a voter registration card to vote, it is done on the honor system.  You could effectively fill out multiple cards.

When you request a mail in ballot, it is on the honor system but so easy to commit voter fraud.

We have lost the integrity of voting at the voting booth.  ACORN has successfully registered so many fraudulent voters, it is very difficult to correct.  Fraud allegations have been made against ACORN and lawsuits have been filed against ACORN.  The lawsuits have proved voter registration fraud.  ACORN is under federal investigation for voter fraud throughout the country.  We have another loss in the integrity of a vote.  ACORN is going to receive $4.2 Billion Dollars to expand its role in the voting presence ridden with the potential for more fraud in voter registration.
State Representative Mark Strama on many occasions has mentioned that photo id disfranchises the electorate.  He would do everything he could to block the legislation, even though it meant going against the U.S. Supreme Court.

Folks of civil rights groups and advocacy groups say it disfranchises the elderly, the disabled and other segments of the electorate.  These are the very same people that are required to have a photo ID to show at banks to get their government checks from social security and other forms of government checks.   You have to show a photo ID to cash a check at the bank, use a credit card, to go to a secure area such as the airport etc.  It is federal law that a photo ID be shown to open an account at a bank, credit union, brokerage account, as well as to get a small loan from a financial institution,  This is in reference to the money laundry regulations.

Do you have an honor system to register to vote? No!

Do we have the sanctity of a vote? No!

Is it tough to prove voter fraud? Yes!

How many states have Photo ID? 24 States!

U.S. Supreme Court has upheld the right to have a Photo ID Vote.

There are those that would consider Photo ID as part of a package to allow people to register to vote the same day.  So, I guess it will be easy to vote in multiple precincts, counties etc on the same day.  One Vote – One Person will not stand under this!  You can go to the local flea market to get multiple photo ID cards with different alias' to make this successful.

Absentee ballot fraud does occur but is difficult to prove.  It is easy to research on the internet to find multiple stories of absentee ballot fraud.  To prevent absentee ballot fraud, a common sense approach would be to obtain signatures that match whatever form of ID is being used such as copy of driver's license or Government Issue photo ID.

"Hans Von Spakovsky, visiting scholar at the Heritage Foundation pointed out the long history of voter fraud".

"There {have} been so many examples of voter fraud documented throughout the history that it demonstrates not only that voter fraud is real, but that I could effect the outcome of a close election".

States with photo id requirements have had record voter turnout.  You can find examples of this in states like Michigan, Louisiana, Hawaii, Indiana, Georgia, Alaska and Florida. These states are represented by either Republican or Democrat majorities.   Photo ID did not disfranchise anyone from casting their vote but instilled the integrity in the voting process.  Why the record turnout?  Because the electorate began to believe that their vote counted and could make a difference.
In closing, we ask that you support requiring a showing of a photo id in order to cast a vote.   This will result in rebuilding the confidence and the integrity of the voters, increasing the voter turn out and having an honest election. Let us not have fraud change

TX_00003383

the course of our history in the community, state, or country.  There are consequences in elections that can cost lives, we could lose our property and change the outlook of the country, state, county and/or city for many generations.

Sincerely,

Jerry J. Mikus, Jr.
19205 Ganton Court
Pflugerville, TX 78660
512-990-8740

TX_00003384
JA_004288

TX_00003384

## Reference material:

USA Today Posted at 12:22 AM/ET, January 08, 2008 in Elections/Voting - Editorial, Law/Judiciary -
http://blogs.usatoday.com/oped/2008/01/our-view-on-imp.html

National Conference of State Legislatures Posted October 23, 2008
http://www.ncsl.org/programs/legismgt/elect/taskfc/voteridreq.htm

Fox News Posted February 8, 2008
Georgia Voters See Potential for Record Turnout
http://www.foxnews.com/politics/elections/2008/02/05/georgia-voters-see-potential-for-record-turnout/

PolitiFact.com Posted from St. Petersburg Times February 2, 2009
Could ACORN reap windfall from stimulus bill?
http://www.politifact.com/truth-o-meter/article/2009/feb/02/could-acorn-reap-windfall-stimulus/

DCExaminer.com Posted February 8, 2009
Stimulus bill funds ACORN despite its history of corruption
http://www.dcexaminer.com/opinion/Stimulus-bill-funds-ACORN-despite-its-history-of-corruption-39288257.html

Heritage Foundation Posted February 7, 2008
Fighting Vote Fraud With Photo ID

http://www.heritage.org/Press/Commentary/ed010808d.cfm

Heritage Foundation Posted January 31, 2009
Voter ID Was a Success in November: Turnout was higher in states that took a simple step to prevent
fraud
http://www.heritage.org/Press/Commentary/ed013009b.cfm

Star-Telegram Posted January 20, 2009
Voter ID legislation touches off partisan battle among Texas lawmakers
http://www.star-telegram.com/legislature/v-print/story/1152610.html

Houston Chronicles Posted April 28, 2008
Voter ID debate reignited in Texas
http://www.chron.com/disp/story.mpl/from/5737873.html

Caller Times Posted January 29, 2008
Texas legislature gear up for another voter ID push
http://www.caller.com/news/2008/jan/29/texas-legislators-gear-up-for-another-voter-id-a/

TX_00003385
JA_004289

TX_00003385

## TESTIMONY BEFORE THE SESSION OF THE COMMITTEE OF THE WHOLE OF THE TEXAS STATE SENATE REGARDING SENATE BILL 362.

By Harley J. Spoon
12304 Owl Cove
Austin, Texas 78750
512 250 1775

March 10, 2009

I will not mince words in expressing my total disdain for Senate Bill 362 and what it represents by its intent and its possible ultimate effect on elections in the State of Texas and the rights of Texas citizens.

It is my opinion that all Republicans who have ever filed this kind of legislation believe that anyone who shows up at a polling place to maybe vote for a Democrat does so with innate dishonest intent rather than genuine patriotic concern.

In our system of justice one is not finally guilty of a crime until that person has confessed and/or has been proven guilty in a court of law by a judge or a jury of his or her peers. The basic assumption of SB362 is that those whose names are on a poll list in the precinct of their residence are there to vote illegally before they have ever voted at all.

The Republican Party, through the provisions of SB362, would force a potential voter to prove his/her innocence prior to ever legally casting a vote by making him or her jump through the hoops it requires of certain targeted citizens in certain demographic circumstances. That cynical assumption is an insult to the good people of Texas and a slap at the constitutions of Texas & the USA. So much for Republican "strict constructionism"!!!

The Republican Party has, through various means of propaganda, the big lie, convoluted logic, half-truths and outright lies, in hysteric support of legislation such as SB362, caused many Texans to assume that illegal aliens and terrorists come to Texas specifically to subvert our election process by voting and, by doing so, to destroy our nation.

ILLEGAL ALIENS DON'T COME TO TEXAS TO VOTE. THEY COME TO TEXAS TO WORK.

FOREIGN TERRORISTS DON'T COME TO TEXAS TO VOTE. THEY DON'T BELIEVE IN THE VOTE. THEY ADHERE TO OTHER MEANS TO ACCOMPLISH THEIR EVIL PURPOSES. NATIVE BORN DOMESTIC TERRORISTS HAVE LONG AGO LOST FAITH IN THE ELECTION PROCESS. THEY EMPLOY OTHER VICIOUS MEANS TO FURTHER THEIR CAUSES.

Not withstanding the Bettancourt claims that thousands of illegals have voted or attempted to vote by fraudulent registration or impersonation in Harris County, VOTER IMPERSONATION AT THE POLLS HAS NOT AND DOES NOT OCCUR. IT IS ALREADY A FELONY!

If Mr. Bettancourt's assertions were true, why did he not investigate each and every instance he cited in order to determine if those who tried to register to vote or tried to vote illegally were actually aliens or people ineligible to vote? Why didn't he prosecute those who allegedly committed or attempted to commit what he calls "voter fraud"?

The answer to both questions is that Bettancourt's allegations were, as a result of purposeful convoluted logic, trumped up attempts to cause Harris County and Texas citizens to believe Texas' elections system is broken and must be fixed. His plan to "fix" this fictional fault in our election system parallels the Republican's Party's national plan to place as many obstacles, barriers and complexities as possible in the path of those who voting analysts concur might want to vote for Democrats--senior, disabled, naturalized, indigent, student and minority CITIZENS.

One might conclude that Karl Rove and Tom Delay were guiding Mr. Bettancourt's efforts all the way. That, after all, has been part and parcel of the Rove/Delay "conspiracy" to bring about a permanent Republican majority in Texas and the USA, albeit recently derailed.

Regarding senior, indigent, naturalized, disabled, minority and student Texans who may want to vote, Senate Bill 362 presents expensive and complex hoops for them to jump through in almost all Texas counties--especially large and sparsely populated counties--to obtain that FREE ACCEPTABLE PHOTO ID.

What about the frail Texas senior citizen who doesn't drive and lives many miles from a courthouse, courthouse annex, drivers license office or other acceptable place by which to obtain acceptable photo ID.? That citizen would have to ask someone to drive him/her to the courthouse or annex in order to register; or take a taxi or a bus--if a bus even goes from his/her residence to those possibly remote places. That could be a long, expensive round trip in many Texas counties given the increasing cost of gas.

What about the college student who lives in a dorm or moves from apartment to apartment from semester to semester?

The provisions of SB362 and other such Republican sponsored bills unfairly impede certain targeted citizen's right to vote unencumbered!   THAT IS VOTER SUPPRESSION, MR. DEWHURST!

Many senior, indigent, disabled citizens don't pay a utility bill or have a telephone. Many of them live with their children or in nursing homes where someone else pays the utility bill, telephone bill, etc. The social Security card has no picture on it. Neither does the certified birth certificate. I could go on.

Recently I wrote a letter to the Waco Tribune Herald Editor criticizing SB362. A spokesperson for Senator Fraser responded to the Waco Tribune Herald & stated that Senator Fraser's bill would see that appropriate voter identification would be "free" to anyone who would use the free photo ID "only to vote". Great, but why should any Texan be forced to endure the humiliation of exposing his/her financial situation in order to exercise that right to give his or her consent to those who would govern him/her from cradle to the grave? Will SB 362 provide the cost of the trip to the appropriate photo ID location? Will SB 362 pay the expense one might incur for a replacement birth certificate or other costly credentials--naturalization papers, etc.--necessary to qualify for Senator Fraser's "free" photo ID?

Republicans argue that one must have photo ID in order to buy alcohol, get into an adult movie, buy a gun, get a drivers license, etc. Those are not constitutional rights. Voting is. It seems Republicans prefer making it easier to buy a gun than to vote!

I categorically assert that the real intent of House Bill362 is to make it very difficult and, in some cases, impossible, for some who might want to vote for a Democrat to vote at all.

If Republicans are serious about making Texas elections perfect, why are they not giving maximum attention to mail-in balloting. It is impossible to show photo ID in a mail-in ballot? That is where voter fraud may take place. The answer is that Republicans use mail-in balloting more than Democrats according virtually all pertinent research.

To sum it up, Mr. Dewhurst, Mr. Williams, Mr. Fraser, Senate Bill 362 is a dishonorable attempt to crumble the foundation of our representative democracy--the notion of "the consent of the governed"—which is essential to a democratic republic!!! Many Americans have been maimed or have died fighting for the principle of the "consent of the governed"! My Dad fought & was wounded in three wars for that right—WWII, Korea & Vietnam. SB362 spits in his face & their brave faces & on their graves.

Mr. Dewhurst, Mr. Fraser and all who support the concept and intent of SB362, it is, for all of the reasons cited above and more, VOTER SUPPRESSION AND VOTER DISENFRANCHISEMENT.

Republicans run to win, not to govern. When they do try to govern, it is always on behalf of those who don't need government--the powerful and well connected--at the expense of those who do--the very old, the very young, the sick, the indigent of all ethnicities, those who are impaired in one way or another and those who lack the physical or financial wherewithal to work their way through the maze of government but who still have the right, as citizens, to determine via the "free and unencumbered vote", those who will govern them. They are the very ones you are trying to disenfranchise, Mr. Dewhurst & Mr. Williams. They are those, among others, who Democrats champion and will continue to champion.

TX_00003388

Senate Bill 362 is just one more example of what Republicans--who see their ship about to sink in Texas and the USA--will do to hold on to power or gain power, as the case may be.

Thank you...

Read what I have said and then go and take a long, thoughtful look in the mirror at what you see looking back.  Give serious thought to what you are about to do and then do the honorable thing and vote against this shameful piece of legislation.  Vote against SB362 if you have an ounce of patriotism, class, character and real regard for this special state and nation and its citizens.

TESTIMONY OF JAMES COLIN HARDING                    MARCH 10, 2009

PUBLIC TESTIMONY FOR SB 362 VOTER IDENTIFICATION.

I AM THE PRESIDING JUDGE FOR HARRIS COUNTY: SIGNATURE VERIFICATION
AND ABSENTEE VOTING AND THE EARLY BALLOT BOARD.

IN THE LAST FEDERAL ELECTION MY BIPARTISAN BOARD OF 45 VOLUNTEERS
PROCESSED OVER 70,000 BALLOTS AND 7,000 PROVISIONAL BALLOTS.

I AM A RETIRED VICE PRESIDENT  WITH MARS, INCORPORATED, THE MAKERS OF
SOME OF THE FINEST CONFECTION PRODUCTS IN THE WORLD. ALTHOUGH I
SPENT CONSIDERABLE TIME IN MARKETING AND HUMAN RESOURCE
MANAGEMENT, I STILL CONSIDER MYSELF A PLANT/PRODUCTION MANAGER. I
SPENT A CAREER COMMITTED TO ADVANCING A QUALITY PRODUCT AND
BUILDING INTO THE PRODUCTION SYSTEM THE MOST EFFICIENT PRODUCTION
PROCESSES.

I STRONGLY SUPPORT AND URGE THIS LEGISLATIVE BODY TO REQUIRE
POSITIVE VOTER IDENTIFICATION SYSTEMS TO DRIVE THE VOTING PROCESS
FROM INITIAL REGISTRATION TO FINAL CERTIFICATIONS OF ELECTIONS.

YOU NOTICE I USE THE TERM POSITIVE VOTER IDENTIFICATION SYSTEMS, THAT
CAN MEAN WHATEVER YOU WANT IT TO MEAN.  I WANT TO BE ASSURED THAT
THE JOHN PAUL JONES III OF 220 MAPLE STREET, WACO, BEFORE ME IN PERSON
OR ELECTRONICALLY IS THE SAME JOHN PAUL THAT IS REGISTERED IN
MCLENNAN COUNTY.

ANOTHER EXAMPLE, SEAMAN JOHN PAUL JONES II IS SERVING ABOARD THE USS
ABRAHAM LINCOLN AN ATTACK AIRCRAFT CARRIER IN THE CHINA SEA. HE
SWIPES HIS POSITIVE IDENTIFICATION INSTRUMENT ON A TERMINAL IN THE
SHIP'S OFFICE AND EXECUTES A BALLOT VIA EMAIL DURING THE EARLY VOTING
PERIOD.( A PAPERLESS TRANSACTION IF DESIRED. ) THE MCLENNAN COUNTY
CLERK HAS A RECORD DOCUMENT OF JOHN PAUL'S VOTE.

JOHN PAUL JONES, JR. IS RETIRED FROM EXXON, BUT HAS GONE BACK TO
QATAR ON CONTRACT. THE EXXON EMPLOYEES  SERVICES GROUP  FACILITATES
MR. JONES'S TEXAS ID AND HE VOTES WITHOUT SNAIL MAIL BEING EXCHANGED.

THE TECHNOLOGY EXISTS AND HAS FOR YEARS TO INCREASE THE USE OF USER
FRIENDLY TECHNOLOGY IN THE VOTING PROCESS, YOU CAN CHANGE THE
VENUE TO HOSPITAL, NURSING HOME, REHAB CENTER, COLLEGES, OR JUST
ABOUT ANY PLACE PEOPLE GATHER. EARLY VOTING TURNOUT HAS NOW
TRUMPED THE PRECINCT AS THE MOST EFFICIENT PLACE TO VOTE., YOU CAN
VOTE ANYWHERE IN THE COUNTY, CLOSE TO HOME, WORK OR ON THE WAY.

JAMES COLIN HARDING                                      PAGE 2

YOU ARE MARRIED ONLY TO A FIXED VOTING SITE ON ELECTION DAY AND TECHNOLOGY MAY/CAN ALSO OBSOLETES THE FIXED VOTING SITE AS A RELIC OF THE PAST.

BUT TECHNOLOGY CANNOT SERVE US WITHOUT THE INTRODUCTION TO A POSITIVE VOTER IDENTIFICATION PROCESS, OTHERWISE WE LEAVE THE PROCESS OPEN TO GAMING.

INITIALLY IN MY OPINION ACROSS TEXAS A FEW BUILDING BLOCKS NEED TO BE IN PLACE.

1. THE VOTER REGISTRATION PROCESS AND THE VOTING ADMINISTRATION PROCESS SHOULD BE ONE SEAMLESS AND TRANSPARENT ORGANIZATIONAL ENTITY.

2. ONE ORGANIZATION UNIT HANDLES THE ALPHA OF REGISTERING VOTERS AND THE OMEGA OF CERTIFYING THE ELECTION. THERE IS NO ROOM FOR FINGER POINTING ON WHO DROPPED THE BALL IN THE ELECTION PROCESS.

3.ACCOUNTABILITY IS FIXED AND THE AUDIT TRAIL IS TRANSPARENT TO ANY INQUIRY.

4. ONE HIGHLY AUTOMATED SYSTEM DRIVES ALL ASPECTS OF THE VOTING PROCESS. HARRIS COUNTY NOW USES TWO SYSTEMS WHICH DON'T SPEAK WITH EACH OTHER.

5. THE IMPLEMENTATION OF A STATE WIDE SYSTEM WOULD BE FACILITATED BY COMMON ORGANIZATIONS AND SYSTEMS.

6. THE TRAINING OF ELECTION WORKERS IN ELECTION LAW AND PROCEDURE WOULD BE ENHANCED.

7. THE VOTERS OF TEXAS WILL HAVE MORE CONFIDENCE IN THE VOTING SYSTEM.

8. ELECTION WORKERS ARE NOT INVESTIGATORS OR SEEK CONFRONTATION WHEN A VOTER'S IDENTITY IS IN QUESTION. POSITIVE VOTER IDENTIFICATION BUILDS EVERYONE'S CONFIDENCE THAT THEY ARE DOING THE BEST JOB POSSIBLE BECAUSE THE STATE LEGISLATURE GAVE THEM THE TOOLS TO DO THE JOB.

THANK YOU, I AM AT YOUR SERVICE.

ATTN: Distinguished Senators                                                    5/11/09

I regret that I was most willing to present my testimony in person due to the unreasonable hours and exhaustive grandstanding of these proceedings. Herein lies my public testimony REGARDING VOTER I.D.:

My vigilance on the matter of voter ID in Texas came to my attention while communicating opposition to the federal REAL ID ACT of 2005. Staffers in offices concluded incorrectly that Texas voter ID was the same as the federal Real I.D. Then through my witness of these proceedings I found Senator Kirk Watson had the poor judgement to hitch the federal identity to Texans identity while voting. My identity matters, of course; but not to be impaled on the political objectives of electioneering and certainly not so the whole of Texas can inherit the reckless endangerment of identity theft and undue or unreasonable complication to daily living at the EXPENSE OF ALL TEXANS.

I exhort you to completely decouple the prospect of adding the Federal Real ID act as a legislative crutch for what the Texas legislature is completely competent to decide and arbit independent of the federal REAL ID ACT.

The regulations are both expensive + redundant in each where very few benefit with the exception of a few technology corporations who won't keep their money in Texas. I speak solely to the opposition of the REAL ID ACT as a tool to coerce an action from STATE lawmakers on VOTER I.D.        SINCERELY,        SHEILA DEAN
                                                                JA_004296        FILIMMAN... TEXANS AGAINST REAL

TX_00003392



**National Association for the Advancement of Colored People**
**P. O. Box 460944**
**Garland, Texas 75046**
**(972) 381-5044/FAX (972) 733-7637**
Website: www.garlandtxnaacp.org
Email: www.garlandtxnaacp@garlandtxnaacp.org

**Testimony before Texas Legislature (Senate) – Proposed Voter ID Bill (SB 362)**

**Tuesday - 3/10/09**

Name:  Billy J. Williams

Address: 617 San Carlos Drive - Garland, Texas  75043

Texas Senatorial District 2: The Honorable Bob Duell

Texas resident and active registered voter (In Texas) since 1970.

Dallas County Deputy Registrar since 15+ years *(Registering a record number of new voters due to character, qualifications and Charisma of Presidential candidates not ID Requirement.)* — *TGISD H.S.*

President, NAACP Garland Branch — *DCCD Campuses*

*Sect. 5,* *CRA*

Registered voter since age 18. * *25 yrs. experience as observer (Federal)*

Statement: Ladies and gentlemen of this esteemed legislative body, thank you for this opportunity to appear before you today.   Specifically, to my elected representative to the Body, The Honorable Bob Duell.

1

Medgar Evers, then NAACP Field Secretary (shot down in his own driveway for registering Black voters in Mississippi) as he prepared for another crusade to dismantle walls of voter suppression and intimidation: "I don't know if I am going to heaven or hell, but this morning I am going to Jackson." Well, in that same spirit when I this proposed bill: I said to myself in the spirit of Medgar Evers: "I don't know if I am going to heaven or hell, but I am going to Austin today."

44 years and 3 days after "Bloody Monday" when thousands of Americans (mostly African-Americans) in quest for the God-given and inalienable right to vote, faced vicious dogs, fire hoses and angry mobs (which included law enforcement) as they attempted to cross the Edmund Pettus Bridge in Selma, Alabama, I come here to voice the strong and unwavering opposition to the passage of HB 81/SB 362. Despite the expressed intent of this Bill by its author/sponsor's "…current Texas Election procedures (County issued Voter Registration Certificates) leaves a potential for loophole for fraud. Because of this, it is possible for an "unscrupulous individual" to submit several voter registration applications and to receive the voter registration certificates for the "fake" individuals. Further, with the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate."

The author's/sponsor's assertion and intent is without fact or supportive data, and is misleading on its face.

Ladies and gentlemen, I hold up before you three documents that currently serve as the pathway for voter registration, participation and education:

1. Texas Voter Registration Application (Properly administered, processed and monitored by County Voter Registrars).  No Requirements: Section 5 (DOB); Section 8 (Texas Driver's License or Personal ID or if no Texas Driver's License or Personal ID give last 4 digits of SSN.

2. Section 9: Penalty for false information or perjury.

3. ID Requirements (reverse side).

4. Voter Registration Certificate (Point out each block and signature requirement).
   Provision for voting without Voter Registration Certificate

5. Texas Voter's Guide (Issued by the Secretary of State)

6. As taxpayers, I and our membership strongly object to paying the cost reprinting and redistributing these documents.

7. This Bill is bad policy aimed at producing a "chilling effect" on Texas voters, especially new voters, senior citizens and racial/economic minorities.

*[handwritten margin notes:]* HAVA requires that 1st time voters present photo ID or other specified forms of ID. They are identified as 1st time voters at the poll on official list ✓ Florida 2000 ✗ Provide ID Chilling "Loss of voter confidence"

2

8. It is a "fathom at the opera" tactic to address a "fathom statutory deficiency that does not exist."

9. *What are the budgetary implications of this bill? Cost (Training, printing, publicity, etc.)*

Closing:

Voting Rights Act, adopted initially in 1965 and extended in 1970, 1975, and 1982, is generally considered the most successful piece of civil rights legislation ever adopted by the United States Congress. The Act codifies and effectuates the 15th Amendment's permanent guarantee that, throughout the nation, no person shall be denied the right to vote on account of race or color. In addition, the Act contains several special provisions that impose even more stringent requirements in certain jurisdictions throughout the country.

Voting Rights Act, adopted initially in 1965 and extended in 1970, 1975, and 1982, is generally considered the most successful piece of civil rights legislation ever adopted by the United States Congress. The Act codifies and effectuates the 15th Amendment's permanent guarantee that, throughout the nation, no person shall be denied the right to vote on account of race or color. In addition, the Act contains several special provisions that impose even more stringent requirements in certain jurisdictions throughout the country.

Have you, your parents or your grand parents ever showed up to vote and were asked this questions:

- How many bubbles are there in a bar of soap?

- How many blades of grass are there in a bale of hay?

- Can you show me a copy of your "paid in full" poll tax receipt?

I am sure that for 95% of you, the answer would be no!  Well, my answer is yes. These and other forms of voter intimidation and suppressions that I observed a teenager are forever etched in my in memory and spirit.  <u>Final point:</u> Too many motorists/pedestrians are killed and/or injured on Texas highways by drunk drivers in Texas each year. However, this body has not passed legislation requiring that DPS and other law enforcement agencies administer sobriety tests to every motorist stopped for whatever the reason.

Why not? Because such a state imposed public policy would stripe local law enforcement of "discretion" needed to properly do their job at the point of contact. The same is true for this bill, if passed.  Imposing this bill on local Election officials can also be compared to spraying the entire Master's Augustus golf course with weed killer when the only weeds sighted are around the 10th green!

As a duly registered and active voter in Texas since 1970 and in Louisiana prior to that time, I resent having the State using this shotgun approach to address a not yet validated widespread systemic problem.  As a Texan (voter and taxpayer) who understand the perona nature of politics, I am tired of elected officials who try to change the rules of game, just because they don't like the outcome.

3

Effective leadership is not only doing the right thing, it also means doing things right!  Provide more opportunities, not barriers to Texans to exercise this most fundamental rights and responsibility of our democracy – the right to vote without fear or intimidation, whether covert or overt!  Do not pass this bad public policy, whose intent is driven by politics and not by the will of the people!   In the spirit of Medgar, Martin and Malcolm we stand firmly in opposition of this bad public policy.

We are tired, but not weary!   Do the right thing, because it's the right thing to do!  <u>Vote "NO" on SB 362</u>.

TX_00003396
JA_004300

TX_00003396

Skipper Wallace
Texas Republican County Chairman's Association
Legislative Chairman
PO Box 886
Lampasas, TX 76550
512-556-6624
March 10, 2009

RE: SB 362

Position: I Support this Bill

Mr. Chairman and members of the Senate, it is an honor to be allowed to appear before you today on such an important occasion.

Since the days of land slide Lyndon and the questionable votes that were cast for him in 1948 in South Texas, we have had a very colorful history of our elections in Texas.

Ballot security and integrity of the voting process encourages voters to make the effort to go out and vote because they know their vote will count.

The U.S. Supreme Court clearly recognizes the value in securing the integrity of elections when they said, "Confidence in the integrity of our electoral processes is essential to the functioning of our participatory democracy. Voter fraud drives honest citizens out of the democratic process and breeds distrust of our government. Voters who fear their legitimate votes will be outweighed by fraudulent ones will feel disenfranchised. (Purcell v. Gonzalez, 549 U.S.– 2006)

A recent article in the Washington Times Published January 22, 2008 states: "Two-thirds of Americans, including a majority of racial and ethnic minorities, say the government should make voters show photo identification before voting, according to a new Fox 5/Washington Times/Rasmussen Reports survey. Support for the concept is overwhelming," said Scott Rasmussen, who conducted the poll, taken Jan. 16 and 17 of 1,000 adults. "What this number suggests to me is, it sounds like common sense in a society where you have to show ID to do just about anything."

The Rasmussen report shows that overall, 67 percent say they support requiring photo identification, and that support runs high across all demographic groups. More than three-fourths of Republicans supported showing identification, as did 63 percent of Democrats and independents. And 58 percent of blacks, 69 percent of whites and 66 percent of other ethnic or racial minorities backed the concept.

On April 28, 2008, the U.S. Supreme Court upheld Indiana's photo identification law with a 6 to 3 ruling in *Crawford v. Marion*. The majority opinion, authored by Justice John Paul Stevens, invalidates volumes of spurious claims made by opponents of photo identification requirements, forever memorializing their constitutional weightlessness.

The Court ruled "the universally applicable requirements of Indiana's voter-identification law are eminently reasonable." Justice Scalia, in a concurring opinion, refers to the burdens of photo identification as "minimal and justified."

"The Supreme Court also ruled that for the few voters without identification, the burden of obtaining one (for free under Indiana's law), does not qualify as a substantial burden on the right to vote."

The Supreme Court decision clears a major hurdle for Texas legislators to pass a photo identification law which helps address the vast potential for fraud that is evident.

Requiring photo identification to vote in Texas elections is a simple and common sense election integrity measure, especially since so many Texans currently hold a Texas driver's license.

The office of the secretary of state reports that there are 12.7 million registered voters in Texas as of the March 2008 primary elections. According to the Department of Public Safety, there are more than 14 million valid Texas driver's licenses and almost another 4 million valid Texas ID cards issued to Texans over age 18. Currently, there are 5.3 million more government-issued identification cards possessed by the voting age population than there are registered voters. You can do the math, not many folks don't already have an ID.

The Supreme Court also rejected the argument that photo identification is a partisan ploy aimed at admitting access to the polls. Justice Stevens cites the bipartisan Commission on Federal Election Reform, led by President Carter and former Secretary of State James Baker, which issued 87 recommendations for ensuring equal access to elections and election integrity. The Carter-Baker Commission recommended that states require photo identification at polling places.

Having been an Election Official for over 17 years, I can tell you from personal experience that it is very difficult to prove voter impersonation. Unless the Election Judge or Clerk has personal knowledge that the person requesting to vote is not who he says he is, then it is almost impossible to verify the identity of the voter even in small rural counties.

The democrats main argument against voter identification is that it is so inconvenient for the elderly and handicapped to get an ID. I have an 86 year old mother and a handicapped brother who cannot do anything for himself except breath, and talk. They both have ID's. I asked how hard it was to get an ID. They said that the biggest problem was getting to the DPS office. They also said that having the ability to vote was far more important than any inconvenience they had to go through.

Let's put the confidence of the people back in the voting process by using an ounce of prevention instead of a pound of cure to improve our election system in Texas.

My name is Paul Gebolys. I am a resident of Montgomery County.

I have been an election worker and an election judge since 2002,
so I speak today not as an academic expert but as one of the thousands of election workers in the actual trenches who will be obligated to enforce the rules that you enact.
I also have been an educator of voters both at the polls and volunteering to educate voters on the new voting machines when adopted by Montgomery County.

Expert witnesses have alluded to the additional burdens that this bill would place on election workers. I find in this bill, no burdens beyond those we are already privileged and obligated to perform each election day as we get to the polls before sun up and usually work well into the evening, driving to the county seat to deliver the ballots.

Criticisms heard today that our dedicated and well trained poll workers would be so easily overwhelmed, I find to be a , hopefully unintended, insult to our years of professionalism.
We have even handled the increase of provisional voters that past changes in the law brought us to the extent that one voter that we had to tell that his provisional vote would not likely be accepted, turned into a poll worker at our voting location for the following election.

More important than our duties ore yours to guarantee to the voters of Texas an accurate count of their votes without the shadow of fraud.

No matter how rare - as it was pointed out on the floor earlier today- being hit by lightening is, it is a memorable event.  So also, the first time a voter feels that his or her vote has been cancelled by a fraudulent vote, part of their faith in the democratic system dies.

In the Crawford -v- Marion County decision, Justice John Paul Stevens, wrote that despite "finding no instances" of fraud, he and the 6 to 3 majority upheld the even more stringent voter ID law of Indiana.  So having a history of voter ID fraud is not required for you to do your duty. In Texas it has long been known that you don't need to wait for your horse to be stolen to be intelligent enough to padlock your barn door.

Please do the right thing.  Please be pro-active. Please prevent the chance of voter ID fraud.

It is your duty to protect the integrity of this and future state governments by doing everything you can to guarantee the integrity of our elections in Texas.  For if you do not do this, any party holding the majority in the future will have their election mandate undercut, because the confidence of the Texas voters will be diluted.

When the voter have lost faith in the integrity of the ballot box as an honest tool of democracy, they may turn to methods unimaginable and unacceptable to all who cherish civil and stable government.

Paul Gebolys
14 Pineash Court
The Woodlands, Texas 77380

Thank you for this opportunity to express my viewpoint about a proposed voter ID requirement.  I have 3 main concerns.

First, I believe that this is a solution in search of a problem.  I can find little evidence of voter fraud problems in Texas.  I wonder why this is a concern when we have obvious problems such as a high dropout rate, a huge prison population, threats and murders from drug cartels south of the border, budgetary constraints that will demand all our thoughtful innovation and skill.

Second, I am a pragmatist by nature and seldom find ideology useful, but I remember a time in Texas when our elected officials tended to adhere to a more noninterventionist ideal.  Legislate only when necessary.  Especially when the capital "R" is behind your name.  I liked it when the government had fewer mandates over us.  Now we even have to take a class to get married or we're penalized.

My third concern is that this ID requirement will primarily affect the older people I know and people like my daughter who have a disability.  Please do not place new barriers, even subtle ones, upon the people who face many barriers each day.

My last comment regards the rule change from a 2/3's vote to a simple majority. In my religious tradition, decisions and policy are to be made "decently and in order" (you Presbyterians will know what I'm talking about).  This change in the rules appears, and probably is, a strictly partisan move that I find very out of order.  I would respectfully admonish you to keep your higher purpose at heart.

Thank you very much for your attention.

**Glenda Dickinson**

## TESTIMONY OF GILBERTO HINOJOSA REGARDING PROPOSED VOTER ID LEGISLATION

MR. CHAIRMAN AND MEMBERS OF THE SENATE:

WHEN I WAS GROWING UP IN SOUTH TEXAS AN ALMOST SURE WAY TO DISCOURAGE YOUNG *NINOS*, CHILDREN, FROM DOING THE THINGS THAT *NINOS* LOVED TO DO WAS TO RAISE THE SPECTER OF "EL CUCUI", OR THE *BOGEYMAN*. OUR MOTHERS OR OUR TIAS WOULD WARN US THAT IF WE DID SOMETHING THAT THEY DID NOT WANT US TO DO, "EL CUCUI" WAS GOING TO GET US.  IF WE WOULD GO OUT AT NIGHT TO PLAY AT THE SCHOOL GROUND, "EL CUCUI' WAS THERE.  OR, IF YOU DIDN'T DO YOUR HOMEWORK, "EL CUCUI" WOULD EAT YOU. IT MOSTLY WORKED BECAUSE IN OUR YOUNGER YEARS WE WERE CONVINCED THAT THERE *WAS* A "CUCUI" OUT THERE IN THE NIGHT WAITING TO DO ALL SORTS OF HORRIBLE THINGS TO US. .

OF COURSE, "EL CUCUI" WAS A MYTH CREATED BY OUR PARENTS AND ONLY *EXISTED* IN THE MINDS OF THE CHILDREN WHO WERE FRIGHTENED BY IT. IT WAS CREATED BY OUR PARENTS WITH THE SPECIFIC DESIGN TO *SCARE US - AND TO CONTROL US.*

THOSE WHO ADVOCATE THIS VOTER ID LEGISLATION HAVE CREATED A "CUCUI", A BOGEYMAN, WHICH THEY CALL *VOTER FRAUD* IN ORDER TO ATTEMPT TO CONVINCE LEGISLATORS OF GOODWILL TO SUPPORT A BAD BILL.  A BILL  THAT IS UNNECESSARY AND WILL ONLY DO HARM.   LIKE THE INFAMOUS "CUCUI", VOTER FRAUD IN THE FORM OF *VOTE IMPERSONATION* - THE FRAUD WHICH THE VOTER ID BILL SEEKS TO ADDRESS - IS *NON-EXISTENT.*  SURVEYS

TX_00003401

ACROSS AMERICAN, AND IN THIS STATE, SHOW THAT INSTANCES OF INELIGIBLE

VOTERS VOTING OR ATTEMPTING TO VOTE THROUGH VOTER IMPERSONATION

ARE RARE, AND IN MOST AREAS OF THE STATE, SUCH AS THE RIO GRANDE

VALLEY, UNHEARD OF.   STATISTICALLY, WE ARE MORE LIKELY TO BE HIT BY

LIGHTING.   OR BETTER YET, WE ARE MORE LIKELY TO ENCOUNTER "EL CUCUI"

IN A DARK ALLEY OR STREET.

WHAT WE DO KNOW, HOWEVER, IS THAT A VOTER ID BILL WILL

SERIOUSLY DISCOURAGE VOTER TURNOUT AMONG MINORITIES SUCH AS

HISPANICS AND AFRICAN-AMERICANS, THE ELDERLY AND LOW INCOME PEOPLE.

AMONG HISPANICS ALONE, IT ESTIMATED THAT THERE WILL BE A 10% DROP IN

VOTER PARTICIPATION IF THE LEGISLATION PASSES - SOME EXPERTS SAY UP TO

15%. IT ALSO DISPROPORTIONATELY EFFECTS WOMEN.  WOMEN ARE MORE

LIKELY TO NOT HAVE A DRIVER'S LICENSE THAN MEN - THE PRIMARY FORM OF

ID THAT WILL BE REQUIRED.

MINORITIES AND LOW INCOME PERSONS ALSO HAVE A GREATER

LIKELIHOOD OF CHANGING ADDRESSES THAN OTHERS.  IN FACT, IF THERE EVER

WAS A TIME THAT THIS IS A TERRIBLE IDEA IT IS *NOW,*  WITH THE HUGE NUMBER

OF MORTGAGE FORECLOSURES AND JOB LOSSES IN OUR COUNTRY.  CITIZENS

HAVE LOST THEIR HOMES OR HAVE BEEN FORCED TO MOVE BECAUSE OF JOB

LOSSES.  UNDER THIS LAW, THEY SUFFER THE POSSIBILITY THAT THEIR ABILITY

TO VOTE WILL BE CHALLENGED BECAUSE 1) THEIR DRIVERS LICENSE OR OTHER

ID DOES NOT CORRESPOND TO THE ID IN THEIR VOTER  REGISTRATION CARD,

AND 2) BECAUSE THEY SIMPLY DON'T HAVE THE MONEY TO GO FILE A CHANGE

TX_00003402

OF ADDRESS APPLICATION WITH THE DRIVERS LICENSE BUREAU!  IT IS SIMPLY WRONG TO FURTHER SUBJECT TEXAS CITIZENS THAT HAVE SUFFERED FROM THE INDIGNITY OF LOSING THEIR HOMES AND THEIR JOBS TO DENY THEM THE RIGHT TO VOTE BECAUSE OF A LAW WHICH ALLEGEDLY SEEKS TO RIGHT A WRONG *THAT DOES NOT EXIST*.

NO.  I WENT TO TOO  MANY FUNERALS OF SOLDIERS IN THE RIO GRANDE VALLEY WHO DIED FOR OUR NATION'S CAUSE IN IRAQ AND AFGHANISTAN.  AS A TEENAGER AND YOUNG MAN, I SAW IN THE NEWSPAPER THE PICTURES OF TOO MANY YOUNG MEN FROM SOUTH TEXAS WHO GAVE UP THEIR LIVES  WILLING TO FIGHT FOR THEIR COUNTRY IN AN UNPOPULAR WAR IN VIETNAM.  GARCIAS, LOPEZ', TREVINOS, MARTINEZ' AND MENDIOLAS.  THERE ARE *MORE* MOTHERS, WIVES AND CHILDREN IN THE RIO GRANDE VALLEY WHO GAVE UP THEIR LOVE ONES FOR THIS RIGHT THAT WE INSIST UPON TODAY - MORE THAN ANYWHERE ELSE, PER CAPITA, IN THIS COUNTRY.  THAT RIGHT IS ONE THAT ENSURES THAT THIS DEMOCRACY THAT WE ALL LOVE IS A TRUE DEMOCRACY THAT GIVES ALL OF OUR CITIZENS - WHETHER THEY ARE WHITE, BLACK, HISPANIC, OR ASIAN, RICH, OR POOR, YOUNG OR OLD - THE RIGHT TO CHOSE THOSE WHO WILL LEAD THEIR NATION.  TO CHOSE THOSE WHO WILL MAKE THOSE CRITICAL DECISIONS THAT EFFECT THEIR LIVES, AND THOSE OF THEIR CHILDREN.  THE DECISIONS TO GO TO WAR, *OR NOT*, TO ENACT LAWS THAT PROTECT THEIR JOBS, TO PROVIDE HEALTH CARE AND GOOD SCHOOLS FOR THEIR CHILDREN.

THERE IS NO "CUCUI" HERE.  THERE ARE ONLY GOOD HARD WORKING *GENTE* , PEOPLE,  WHO CARE DEEPLY ABOUT THIS COUNTRY AND SIMPLY WANT

TX_00003403

TO BE PART OF WHAT HAS MADE IT SO GREAT.  PLEASE DON'T ENACT THIS LAW.

IT'S A BAD LAW, IT IS UNNECESSARY AND IT WILL HURT MANY GOOD,

HARDWORKING, PATRIOTIC AMERICANS.     THANK YOU.

*Gilberto Hinojosa*

3- 10 - 09

**MAGALLANES**

**M & H** Cameron Co.

**Gilberto Hinojosa**
Attorney at Law

Democratic
Chairman

H I N O J O S A
A PROFESSIONAL CORPORATION

Magallanes & Hinojosa
Attorney at Law

3800 N. FM 492, Ste. 1
Mission, Texas 78574
Telephone: (956) 583-1660
Facsimile: (956) 583-5939

1713 Boca Chica/P.O. Box 4901
Brownsville, Texas 78520
Telephone: (956) 544-6571
Facsimile: (956) 544-4290
ghino@maghilaw.com

Regarding **Senate Bill 362** **Written Testimony only 3/10/2009**

Distinguished Senators,

My name is Elaine Henderson and I have written this to explain my opposition to the inplementation of a requirement for a photo ID from particular Texas and/or US government agencies in order to vote.

One, I'm sight-impared. Macular Degeneration is becomming widespread in Texas and once one cannot pass the driver's eye test, many people will simply not have the means to travel to the DPS to get an ID. When I got my first ID, it came with an error on it. They had printed on it that I was very short, which I am not. This meant my husband, bless him, had to drive me there again, some 60 miles, and some weeks later, I had an ID. Many people don't have someone to drive them.

Second, in the past I worked at the polls and found that the clerks have a lot of things to check on the voter lists; and, it is already required to present ID or a utility bill, etc. at the polls if one has registered for the first time in Texas by mail. This new ID check for all voters will slow down the voting process, and those people who have come from work at four or five PM may have to stand in lines to vote for a very long time This bill would discourage voting.

Third, I am aware that this kind of measure was passed and implemented by the .Georgia legislature, and as a Texan for more than 35 years, I believe Texans are better than that. I recently saw a book about "Faith in Texas" with beautiful churches of every kind, from Cathedrals and Painted churches, to Mosques, storefronts and Jewish Temples. There was even the reverent cowboy on his horse. The book's author declared that Texans have strong faith traditions and in all of them - a strong belief in the dignity of every person. "Texans generally try to follow the Golden Rule".I agree that most also have a strong sense of fair-play. So please don't be petty. Respect all the people you represent. Vote NO on SB362.Thank you.

Respectfully submitted,

*Elaine M. Henderson*

Elaine Henderson
6302 Camille Ct.
Lago Vista, TX 78645

**I urge you to vote against SB362.**

Why create more barriers to voting or increased costs to those who must pay for documents to meet the requirement of a photo ID? If you do not intend to pass on this cost then you must be willing to pick up the tab. Do intend to pass this cost along, why? Is this fair? Is this not just a new form of poll tax? Is that where we have arrived in the Texas of 2009?

Or are you really willing to incur greater cost for a program for which there is no evidence that there is a problem? Of all the millions who vote in Texas; how many cases of Voter Fraud have been found or prosecuted?  How much of our limited resources are you willing to expend for a non-problem? I can think of plenty of better ways to utilize our funds.

This movement smacks of efforts to suppress the votes of those who can least afford to meet the requirements; who just happen to be more likely not to vote Republican.

It is time to discontinue the sponsorship of Bills such as this. These types of bills just tear our Texas apart rather than unite us in efforts to make us better.

Please vote against SB 362.

Sincerely,

Zada True-Courage
1938 Broken Oak St.
San Antonio, TX 78232
Senate District 25

**Testimony**
**Submitted by**

**Shirley Lindsey**
**League City, Texas**

TO:    Texas Senate

The most important issue here before us all is preventing voter fraud.  This is the reason why I have been here all day long to support SB 362.

The suspicious activities of the ACORN organization has brought the possibility of voter fraud to the forefront in a very alarming way, just how fragile our protection against voter fraud is.

Voter integrity is the security to our Republic system.  Confidence that my vote has not been taken back by an illegal vote is what keeps me voting in our elections.

All citizens of America need to know that our vote does indeed count.  Requiring all voters to have ID's to prove that there vote is to be counted is not something that any of you should be against.

If you vote against SB 362 then that tells me that you are taking voter fraud too lightly and that you do not care.  Texas citizens will not forget the message you have sent to us by voting against voter ID requirements.

**Marcia Mainord**                                    **903-461-1261**

Senator Duncan and Members of the Senate.

It is an honor to be here and speak today.

I am Marcia Mainord from Greenville.  As a former precinct and county chair for Hunt County, I have always appreciated the voters.  We have had, what I considered, a poor turnout across Texas for most of my political life.  The '08 election was a **breath of fresh air**!  I remember when the "Motor Voter Bill" was passed that  our Congressman, Ralph Hall, supported and voted for the bill with a public statement of the importance of bringing in new voters.  While I do not generally agree with Congressman Hall, he has my respect for that vote.  Voting stats in our Great State of Texas still reflect low turnout.  The stats from the Secretary of States Office for the '08 Election, show Texas had 4,674,612 registered voters that **did not vote** in this, a much improved election year.  Hopefully that improvement can and will continue.

In Texas, we have, in my opinion an honest election. Despite spending millions on a 2005-2006 Voter Fraud crusade, Texas

Attorney General Greg Abbott did not find **or** prosecute one case of voter impersonation.  Even the national stats show very few successful prosecutions of fraudulent voters.  A national five year effort by the Bush Justice Department netted only **86** prosecutions from 2001-2006.  There will always be the unscrupulous person, somewhere out there, who will get around **any** Law that we can pass regarding voter fraud.  But I wish to **emphatically** contend that Texas **does not** have a problem with fraudulent voting.

My concern is that SB 362 will make voting more difficult for the elderly and other less public persons.  There are a lot of folks out there who may not drive and who do not have the same public involvement as you and I.  There is an ever increasing number of women who must deal with the trauma of divorce, relocation and legal name change in our state.  And by the way, I am Past President of Texas Democratic Women and have been through a divorce.  I have personal experience on these issues.  I come from rural East Texas and we have different ways of living than the more urban residents.  We don't want to make it more difficult for our folks to vote.  I think we should be **encouraging all** legal voters to go to the polls and **exercise** their right to vote.

Finally , I think the amount of tax dollars that this program will absorb will not be well spent.  The drop out rate for our high schools  needs to  be addressed, along with many other issues.  Let's use these funds for public education, to improve our roads, and improve the quality of the air we breathe.

And lastly, I wish that **each** and **everyone** of you could have the experience, as I have, of serving your community as an election judge or worker.  I feel that you would then have a better understanding of the position that many newly enfranchised citizens experience. We **do not need** to add more confusion at the voting box.  Our election workers already contend with confused and sometimes disgruntled voters.  This proposed law will make it worse.

Thank you so much for your time.

OPPOSITION TO SENATE Bill 362

Date 3/10/2009

My name is Arthur Resa.

I am the Democratic Party Chair for Bell County and I am here to oppose Senate Bill 362 and wish to inform you why you should oppose Senate Bill 362.

As County Chair for the last four years, I have personal experience with the numerous issues that voters encounter during primary and general elections. Issues range from cramped voting locations, wrong ballots, shortage of ballots, lack of well trained poll workers, and voter intimidation by misinformation.  I know this is neither the time nor place to address all these issues.  But I do want to address my experience with voter intimidation by misinformation.

Voter intimidation by misinformation can be broken down into two areas:

First is the shortage of well trained judges and election workers who can make the voting process run smoothly. Some judges and workers grudgingly work the polls because no one else will, and some fail to keep up their election skills by working too few elections. This lack of election skills can and has lead to control issues against voters and co-workers at some polls. Introducing Voter ID as part of the voting process is nothing more than a tool of opportunity to disenfranchise voters.

Second is lack of voter education.  This is a major problem for first time voters and voters who skip one or more years before voting again. Bell County has a unique need for voter education. Our county is home to Fort Hood, the largest military base in the free world. Many of our military families are young and first time voters, and some bring voting experience from other states.  I believe Voter ID could disenfranchise our military and veterans to vote. This would be tragic when American Soldiers have died on the battle fields of Iraq and Afghanistan to allow the people of those two nations the right to vote!

In closing I am certain that if Senate Bill 362 is allowed to pass it will create confusion and obstacles to voting, it will create more opportunities to disenfranchise a broad spectrum of voters, either consciously or unconsciously.  The idea that illegals vote is false, current procedures allow for only registered voters to vote in Texas.  Voter identities are proven before they were put on the list of Registered Voters. In my four years as County Chair I am not aware of any illegal voting or attempt to vote illegally, nor does my predecessor in Bell County. In this great state of Texas we should be looking for opportunities to encourage people to vote and feel confident doing so.

Respectfully Submitted:

Arthur Resa, Chair
Bell County Democratic Party

Testimony                                    March 10, 2009
Senate Bill 362

Enrique Flores, Jr., President
UAW Local 276
State President, Texas Labor Council
for Latin American Advancement


Thank you for allowing me to address this body.  I believe this bill would be a big step backwards for Texas and society as a whole.  You have heard repeatedly in earlier testimony of the many ways this bill would deny Texas citizens their constitutional right to vote. Examples of voters such as students, minorities, the elderly and disabled were given as those who will be negatively impacted by this bill.

Earlier testimony established that millions of tax-payer dollars were spent investigating possible voter fraud and produced no convictions.  Requiring Texas citizens to spend money to satisfy the requirements of this bill is the same thing as instituting a "Poll Tax" on the citizens of Texas.

I'm sure you will all remember a few short years ago the images broadcast around the world of the first post-Saddam Hussein elections.  The world watched as Iraqi citizens held up their ink-stained fingers signifying they had voted.  Those elections were made possible by the bravery and sacrifice of our servicewomen and men.  They fought and many died defending the ideal of fair and democratic elections.  We send our women and men to fight and die for fair elections around the world, but here in Texas we are in danger of losing our basic constitutional right to vote freely.

I ask you to remember all those who have fought and served to protect the ideals of fair democracy and vote "No" to Senate Bill 362.

Testimony:  Jennie Lou Leeder
Date:  March 10, 2009
Against Senate Bill 362

The 2000 Census states that in the City of Llano, Texas there is a population of 3,325.  Of that 22% are 65 years of age and older.  In Llano, Texas there are 100 females age 18 years and over for every 83.1 males.  That 10.2% of the population is below the poverty line.

This may not sound astounding to you, but as a resident I am concerned.  According to the US Census Bureau, women are more than two times as likely as men to not have a drivers' license.  That one of every five senior women do not have a license.  The 2006 study by the non-partisan Brennan Center for Justice sited that 18% of Americans age 65 and older did not have a photo ID.   If you look at my town's demographics you will see reason for concern.  How would the residents of the assisted living, nursing homes and other living facilities meet the requirements in SB 362 to vote?

Would my town have adequate representation at the polling locations in regards to the age 65 and older, women and lower income voters if SB 362 were passed into law?  Would the missing votes be enough of a difference to have an affect on the out come of the election?  If you look at the 2000 Presidential Election in the state of Florida, then the answer would be, yes.

Therefore, I must respectfully request that you vote NO, against the passing of Senate Bill 362.



Summary of Testimony by Dee Simpson, Texas Senate Committee of the Whole SB 352,
March 10, 2009

My name is Dee Simpson, Texas Legislative and Political Director for AFSCME
Mr. Chairman and Members of the Senate.

I have been working with the Texas legislature as an advocate since 1981. I think all of us,
whether we are elected or whether we are advocates; have our own version of misplaced priorities
each session. Today there was a news bulletin concerning a report released yesterday saying
Texas had the most homeless children of any state in the United States. I find it ironic that today
we consider this priority item that will undoubtedly make it harder for the parents of these
children and the communities in which they live to be fully Texan. For others it is but another
obstacle toward participating in the community's affairs. For this legislature it might be its
legacy.

**Studies uphold that Voter ID Laws Don't Fix A Problem and Make Another One Worse**
Voter ID laws suppress turnout-especially among the elderly, African American and Hispanics
because the working poor and senior citizens are less likely to have a photo ID or the time or the
ability to get one. A study by the NYU Law School found that 45% f African Americans have no
government-issued ID, nor do 18% of seniors 65 and over or 15% of those who ear less than
$35,000/year.

There is no end to the available research to testify to the negative effects of Voter ID on targeted
groups. Needless to say those made recently homeless even if registered no longer have a valid
registration much less the ability to produce many of the documents necessary to satisfy this
law's demands. For a state noted less for voter fraud than poor administration of the one's it has,
this legislation adds to not only the burden of some of its citizens, but to the state's reputation and
legacy.

As someone who has worked on elections in Texas for over 40 years with exactly these targeted
groups, I have seen first hand the difficulty of getting people to order the demands of life in order
to get to the polls and vote. To place a bureaucratic burden on them and their local election
officials seems like a priority that comes from an old Texas political nightmare we should have
left long ago.

The question of political priority remains. Given the cry of "voter fraud" by certain political
operatives, consultants and elected officials, the Justice Dept under former President Bush found
86 out of 275,000,000 ballots cast between 2001-2006 to be fraudulent, Perhaps we should
examine our motives for this being made a priority when our people are losing jobs, some their
homes, and sometimes they have kids that need your real time and attention. If we don't examine
our priorities history and voters will.

Thank you



**American Federation of State, County and Municipal Employees, AFL-CIO**
TEL (512) 477-9181   FAX (512) 004818   7901 Cameron Road, Bldg. 2, Suite 300, Austin, Texas 78754

TX_00003414

# Testimony
## Of
## Rosario Alvarez
### Senate Committee of the Whole
### March 10, 2009

Good Day

My name is Rosario Alvarez; I reside at 711 Hunstock, San Antonio. I am a member of Laborer's Local Union number 1095. I have been employed by Granada Homes, Inc. for 10 years.

I want to thank you for the opportunity to present my testimony before Senate of the State of Texas.

I am opposed to any legislation that would add additional identification requirements before I would be allowed to vote.

First, I must tell you how I got here. I came to the United States in 1980 to earn some money to help my family. I had the fullest of intentions of returning to my home. But, life has twists and turns that are unforeseeable. I started school, found employment, married and today, I am a proud Grandmother.

The U.S. Customs & Immigration Service have many documents that identify who I am, The U.S. Department of State has as much information concerning who I am, and I became a United States citizen. Additionally, I completed an application for Voter Registration that was accepted by the County of Bexar. My first opportunity to vote was for President Obama.

How many more hoops do you want me to jump through before I can vote, again?

I do not understand, if the intent of the legislation is to stop voter fraud, then why has the Attorney General of the State of Texas not made an example of at least one of these bad people. Surely there must be thousands out there waiting to be prosecuted.

I am confused as to the type of Identification that would be required. I say this because Granada Homes, Inc. is a project specifically for elderly

persons. I know many of our residents walk to the Bexar County Courthouse to vote. They do not own a vehicle to have a driver's license. So, will they be turned away from the voting booth because they do not have a driver's license?  Will their bus card do?

Another Voter I.D. will detour many people from voting. Possibly, the Senate should appropriate additional funds for each County government to do a more through job of screening Voter Registration Applications. In closing, I want to express my deepest opposition to any legislation that would place another hurdle in front a person's ability to vote.

Thank you for your time, I have copies of my testimony if needed.

Rosario Alvarez

# Common Cause Texas

603 West 13th St.
Suite 2D
Austin, TX 78701

*March 07, 2009*

The Senate Committee of the Whole
Texas State Senate
P.O. Box 12068
Austin, Texas 78711-2068

**Re:**    ***Submitted Testimony for Common Cause Texas in Opposition to S.B. No. 362***

Dear Committee Members:

As Texas' oldest advocacy organization devoted to open and accountable government, we are intently interested in making government work fairly and in a manner that preserves the cherished rights of its citizens. Consequently, the State Board of Common Cause Texas has voted unanimously to strongly oppose Senate Bill 362.

When considering any change to the law, legislators—in similar fashion to the Hippocratic Oath—ought first resolve to commit no harm. While many may offer strong legislative measures to correct various infirmities, we must always ask if the cure prescribed may cause more harm than the alleged problem. Unfortunately, this is clearly the case with the proposed Senate Bill 362.

**Senate Bill 362 imposes unnecessarily stringent requirements for identification on anyone seeking to cast a ballot.** The justification for these requirements is the prevention of instances of identification fraud. In point of fact, the Attorney General of Texas has never prosecuted a single case of identification fraud—a voter impersonating another voter at the polls. There is no ongoing history of widespread or even sporadic fraud of this nature in Texas elections. More simply, this is a case of a solution in search of a problem.

**Secondly, the imposition of strict photo identification on the casting of the ballot imposes a disproportionate burden on the poor, minorities, the disabled, and even women voters.** The non-partisan Brennan Center concluded in a 2006 study "Citizens Without Proof" that 18% of citizens 65 and over, 25% of African American citizens, and 15% of voters earning under $35,000 per annum do not possess government-issued photo identification.

**Additionally, the requirement of photo identification fails to provide an accurate check on the identification of the bearer.** The Brennan Study further shows that fully "ten percent of voting-age citizens who have current photo ID do not have photo ID with both their current address and their current legal name." This percentage balloons to 18% for eligible citizens aged 18 – 24. Women are impacted disproportionately as so many experience changes to their legal name due to marriage and divorce.

**Finally, Senate Bill 362 has a fiscal note which is not a realistic indicator of the cost of this legislation to the State or Counties.** The Texas Department of Public Safety is prohibited from collecting a fee for the provision of a personal identification certificate to serve in lieu of a driver's license of other governmentally-issued photo ID. However, this fails to account for the cost to the State for the provision of these certificates. The poll worker training and voter education costs also represent the very definition of unfunded mandates imposed upon local governments.

It is clear that Senate Bill 362 represents an unwise and irresponsible imposition on citizens seeking to exercise their right to vote. **This legislation addresses a problem that does not exist, with a solution that is burdensome and ineffective at its intended purpose, while imposing additional expenses to the state budget and on local governments.** We hope that good sense prevails and that Senate Bill 362 is rejected.

Respectfully submitted,

Mario X. Perez
State Chair,
Common Cause Texas

Laurie Vanhoose
Member,
Common Cause Texas State Board

2



# Young Conservatives of Texas Urges Passage of S.B. 362

Young Conservatives of Texas urges every senator to support S.B. 362 to protect the integrity of our elections.

Requiring voters to present a photo ID at the polls is a sensible and manageable requirement that will help to decrease fraud in our elections.  Americans are asked to present photo identification every day; to board an airplane, to get a job, or even to rent a movie.

Opponents of voter ID proposals will claim that there has been very little recorded fraud in Texas elections and thus there is no need for this legislation.  Do not let them fool you!

Currently, there is no way to know how much fraud takes place in our elections.  When voters go to the polls, they are merely required to present a voter registration certificate.  As long as that certificate matches the voter rolls, the person is checked off and allowed to vote.  There is literally no way of knowing whether the person voting is the person they claim to be.

Additionally, the Supreme Court has consistently ruled that maintaining the appearance of legitimacy in our electoral process is just as important as eliminating real fraud.  There is little doubt that Texans have lost confidence in our elections in recent years.  Requiring a photo ID would not only eliminate fraud; it would help restore confidence in our democracy.

Opponents claim that the legislation would impair the voting rights of minorities and other protected classes of voters.  These claims have been refuted.  The US Supreme Court has determined in the case of Marion Co. v. Board of Elections that requiring a voter to present a government issued photo ID does not place an undue burden on their ability to vote.

YCT urges passage of S.B. 362.

*For more information about Young Conservatives of Texas or their legislative agenda, please visit www.YCT.org or contact Vice Chairman for Legislative Affairs Tony McDonald.  Mr. McDonald can be reached at tony.mcdonald@yahoo.com or (512) 923-6893.*

TX_00003419

# Voter ID

**Bela Marton [bimarton@swbell.net]**

**Sent:** Thursday, March 05, 2009 05:38 PM

**To:**    Josh Perry

I support the Voter ID legislation so that only those can vote who are eligible. Please voice my opinion accordingly.

I immigrated to the US legally in 1957 arriving from Communist Hungary. It took me 5 years to gain citizenship and thereby being eligible to vote. I therefore vote as it being a privilege rather than a right. All voters should feel that way, and they should prove their eligibility to vote. I had to present my naturalization papers since a birth certificate was not available. And as you know, the naturalization document does include a photograph.

Let's keep the voter right sacred!

Respectfully,

Bela I. Marton, MSEE, PE(i)
391-68-50 USNavy, IC-2 (E-5)
Life Member of VFW
Old Man by default.
211 Lynge Drive
Allen, TX 75013-1522
(972) 727-5467

## FW: Senate Bill 362

Eric Opiela

**Sent:** Friday, March 06, 2009 08:29 AM

**To:** Josh Perry

------

------ Forwarded Message
**From:** June Day <jdaytexas@yahoo.com>
**Date:** Fri, 6 Mar 2009 08:47:54 -0500
**To:** Eric Opiela <eopiela@texasgop.org>
**Subject:** Senate Bill 362

I have a previous appointment on the 10th so will be unable to go to the Capitol. However, I would like to voice my support for the bill. I will also call my Senator with my opinion.
Arnold's email will be forwarded to the membership of the Caldwell County Republican Women. Hopefully, a number of them will attend.

Thank you for your efforts.

June Day, President
Caldwell County Republican Women

------ End of Forwarded Message

# Support SB 362 (Voter ID)

PAUL BARTON [psbarton@flash.net]

**Sent:** Friday, March 06, 2009 08:29 AM

**To:**   Josh Perry

To Eric Opiela,

I support SB 362, the Voter ID bill.  We must
protect our voting booths from fraud!  Last November, we heard about
fraud using made-up names, deceased people's names and homeless
people being paid to register under different names - ALL here in the
state of Texas.  We cannot allow this to happen again!  There is NO
excuse for this!  If we can show ID to check out library materials,
for club purchases or to board a plane, then we can certainly show
necessary ID to preserve fair elections!

Sincerely,

Debbi Barton
663 Meadow Park Dr.
White Settlement, Texas 76108

## ID Registration

mgleming@austin.rr.com [mgleming@austin.rr.com]

**Sent:** Friday, March 06, 2009 07:50 AM

**To:**   Josh Perry

To Whom It May Concern:

I am for the bill 362 which requires people to have a proper ID.  I and 72 years of age and have to show my ID all the time.  I am not the least bit offended by it as I know it is for my protection also.  As Americans and Texans, we should be proud to have an ID!

# Election IDs

Henry Oramas [henryoramas@hotmail.com]

**Sent:** Friday, March 06, 2009 06:24 AM

**To:**   Josh Perry

To Whom It May Concern,

With the amount of voter fraud around the country, with ACORN registering Mickey Mouse and the Dallas Cowboys in California, I think it is time, actually overdue, that we start using ID's to vote with.  Why would anyone have a problem with this?  Do you not want the elections to be honest and fair?  Do you not want an outcome that represents the citizens of the United States?  I urge you to vote yes on the voter ID Bill before you.  I asked that you allow this Bill to come to the floor for an honest, open vote.

Sincerely,

Patricia Oramas (Spring, TX)

## Patsy Quinn [mermaid2cu@comcast.net]

**Sent:** Thursday, March 05, 2009 11:19 PM

**To:**    Josh Perry

You most definitely should show your ID when you vote.  That should be mandatory!  I am **"In Favor Of"** and vote **YES** for SB362.

Patsy Quinn
Houston, Texas

## SB362

**Ruth Peterson [r2004ann@yahoo.com]**

**Sent:** Thursday, March 05, 2009 10:34 PM

**To:** Josh Perry

---

I can not be in Austin at the discussion of SB362 but I'm wondering what has happened to the people who run our Texas government and stood for honesty and integrety.  We have identification in every aspect of our life to honor the fact that we are who we say we are.  Only dishonest people trying to pull down the government our parents and grandparents fought to establish would object to identifying themselves in order to vote.

Its time we started standing up for whats right and honest; not what we have been told is politically correct.  Let's stand up for Texas and what it has always been.

## I.D. to show when voting

Christine Glass [cleaning_queen1@yahoo.com]

**Sent:** Thursday, March 05, 2009 10:08 PM

**To:** Josh Perry

i am in favor of everyone having to show an ID when voting. I think this should be mandatory, This would cut down on voter fraud, and we certaintly need to stop that
now.                                    Thank you Alice Christine Glass
                                            1217 south Jefferson
                                            Abilene,Texas
                                            79605

# Voter ID

Bill [surfing@swbell.net]

**Sent:** Thursday, March 05, 2009 09:44 PM

**To:** Josh Perry

---

It should be illegal to NOT provide a legal picture ID when you vote. I am a citizen of the United States with a legal ID and I VOTE. I will not vote for or support any candidate for public office who does not support the requirement for providing a legal picture ID for voting. In my opinion only anarchists would not support this requirement.

Bill Burchard
San Antonio, Tx

# SB 362

Pamela Kaiser [pkaiser54@yahoo.com]

**Sent:** Thursday, March 05, 2009 09:27 PM

**To:**   Josh Perry

I support Voter ID Legislation.   PLEASE vote in favor of SB 362.

Pamela Kaiser
31303 Bearing Star Lane
Tomball, Texas 77375

# SB 362

Conner [gmconner@yahoo.com]

**Sent:** Thursday, March 05, 2009 09:15 PM

**To:** Josh Perry

---

Please fwd to Senators my support of SB 362.  We need voter ID!
GM Conner
Temple, TX

## Voter ID

Jan McMullen [jaykayhansom_1999@yahoo.com]

**Sent:** Thursday, March 05, 2009 08:34 PM

**To:** Josh Perry

---

To Whom It May Concern:

I do support the Voter ID at the Polling Places. That way you will find out if they are a citizen and it will verify who they really are. Please show my support.

Thank You,

Sincerely,

Jan K. McMullen

# Voter ID in Texas

Jim Webb [jim@luckyfrogfarms.com]

**Sent:** Thursday, March 05, 2009 06:43 PM

**To:**   Josh Perry

---

I am a precinct Chairman and am responsible for ensuring fair elections. As a normal citizen, I must present positive identification to cash a check and process many normal business transactions. There is no more important franchise that each of us has than to cast a meaningful ballot. To think that a ballot may be cast due to voter impersonation is unconscionable. There is a strong need to validate voters to protect the sanctity of the ballots cast by honest voters.
Please support the bill to require positive identification at the polling place.

Sincerely,
James Webb
1940 Worrell Rd
Angleton, TX 77515
jim@luckyfrogfarms.com

# SB 362

**Forrest [gt500kr@satx.rr.com]**

**Sent:** Thursday, March 05, 2009 05:52 PM

**To:** Josh Perry

---

**To Whom It May Concern,**
**I am in support of SB 362. We have to show ID for so many things less important than voting and**
**i do not understand why an ID is not required of someone to register as well as vote.**
**Thank you for your time,**

**Forrest Byas**
**1226 Phantom Valley**
**San Antonio, Tx 78232**
**210-496-2193**

**Written Testimony - Texas SB 362**

Dave [djordan9@hot.rr.com]

| | |
|---|---|
| **Sent:** | Thursday, March 05, 2009 05:50 PM |
| **To:** | Josh Perry |
| **Importance:** | High |

Sirs:

I strongly support the concept of requiring proper identification to vote in the State of Texas.

Any citizen should be proud to provide identification to prove his or her eligibility to exercise their constitutional right (as a citizen) to cast a ballot.  Providing identification IS NOT an infringement of our rights; rather, it is a priviledge to show that as a citizen we are proudly carrying out our civic duty and voting our mind.

Our representatives are chosen (elected) by our ballots and these should not be cast without due consideration.  I feel that the process of requiring proper identification is the best way to ensure that our election process is handld fairly.  I also feel that we should provide proper identification to register to vote!

Thank you for allowing me to present my thoughts on this very important matter.


vr,

David F.
Jordan
4013 Deer
Trail
Temple, Texas
76504

254 773-2095
djordan9@hot.rr.com

# Support ID Voting

## Matti Anglin [manglins@comcast.net]

**Sent:** Friday, March 06, 2009 11:06 AM

**To:**    Josh Perry

I live in Galveston County.  Here, we always have been asked to show proper photo ID to vote.  It only makes common sense.  I have witnessed people attempting to vote that have nothing to show they are who they claim to be, and they were just claiming.  It was a daughter attempting to vote as her mother.  We must support ID voting. Thank You, Martha Anglin

# SB 362

## David & Angela Cranek [texas87@earthlink.net]

**Sent:** Friday, March 06, 2009 11:02 AM

**To:**   Josh Perry

I cannot urge you enough to support SB 362! After all the voter fraud our last national election was filled with why wouldn't anyone in their right mind support voter ID?
This will benefit all voters from all parties! Playing politics to kill this legislation can only benefit those who would cheat in an election by attempting to use fraudulent voters!
Please, please do not let this legislation fail!

"The democracy will cease to exist when you take away from
 those who are willing to work and give to those who would not."

Thomas Jefferson

# SB 362

**mafox2@aol.com [mafox2@aol.com]**

**Sent:** Friday, March 06, 2009 01:50 PM

**To:**    Josh Perry

---

I am "in favor" of SB 362. We must have voter ID.
Mary Arnold Fox

---

Worried about job security? Check out the 5 safest jobs in a recession.

# HB 262

JOHN WATKINS III [johnwatkinsiii@sbcglobal.net]

**Sent:** Sunday, March 08, 2009 10:20 AM

**To:** Josh Perry

---

Please,

ID me as someone who wishes to speak.  I am the North Texas Director of the Minutemen Civil Defense Corps (the nations largest neighborhood watch organization).  I have personally sat watch on the Rio Grand/Rio Bravo and viewed "Zetas" preparing for smuggling movements.

John E Watkins
MCDC Texas Chapter Director
(Chief Petty Officer USN/USNR-1963-1974)

TX_00003438
JA_004342
TX_00003438

**Derek Ryan**

| | |
|---|---|
| **From:** | Joaquin Garcia [joaquin.garcia@co.hidalgo.tx.us] |
| **Sent:** | Wednesday, March 04, 2009 10:32 AM |
| **To:** | Derek Ryan |
| **Subject:** | Hidalgo County Information Request |
| **Attachments:** | image001.png |

Dear Mr. Ryan

Inn reference to the letter requesting information we charge 17.50. If you should need any other information please feel free to contact me at 956 – 318 – 2570 or email me back.



## Joaquin R. Garcia
Street Indexing Specialist
Hidalgo County Elections Department
(956) 318 – 2570 Ext. 2702

TX_00003439
JA_004343

TX_00003439

# VOTER ID

BCJukes@aol.com [BCJukes@aol.com]

**Sent:** Friday, March 06, 2009 10:10 AM

**To:**    Josh Perry

---

PLEASE ACCEPT MY RESPONSE TO VOTER ID.   I AM VERY MUCH IN FAVOR OF HAVING A PERSON PROVE THEY ARE ELIGIBLE TO VOT.

AND...FOR MANY OTHER THINGS.

*Betty*

BETTY C. JUKES
187 DOVE HOLLOW TRAIL
GEORGETOWN, TEXAS 78633
BCJUKES@AOL.COM
512, 930-1107

---

Need a job? Find employment help in your area.

welessmann1ins@netzero.net [welessmann1ins@netzero.net]

**Sent:** Friday, March 06, 2009 08:33 AM

**To:**    Josh Perry

We need the ID bill to assure one vote per one person of all who are entitled to vote in all elections.

Thanks
Wayne Lessmann
Bellville TX 77418

_____

Click now to find great remedies for hangovers!
http://thirdpartyoffers.netzero.net/TGL2231/fc/BLSrjnxWYu12fVnxrz6Q4QbgsEGj17TE4RE6cx0nk0fHYrGlfuRFqluhk6s/

**Subject:** BOTER ID
**Date:** Wednesday, March 4, 2009 7:59 PM
**From:** TOM STAUDER <t.stauder@worldnet.att.net>
**To:** Eric Opiela <eopiela@texasgop.org>

ERIC, VOTER ID SHOULD BE THE NATIONAL REQUIREMENT, ESPECIALLY IN TEXAS. ANY DEMOCRAT WHO WOULD DISAGREE MUST BE THINKING THEY WANT TO GAME THE PROCESS. A TDL OR A PICTURE TAKEN AT ANY DPS OFFICE COULD PROVIDE ID FOR EVERY LEGAL VOTER. WE DON'T NEED TO BE LIKE ILLINOIS WHERE CHEATING IS THE ORDER OF THE DAY. TOM STAUDER, DONLEY COUNTY, CLARENDON TEXAS.

# VOTER ID

john jarvis [johnjarvis@att.net]

**Sent:** Friday, March 06, 2009 04:55 PM

**To:** Josh Perry

---

AS A FORMER ELECTION JUDGE IN GUADA;UPE COUNTY
FOR MAMY=MANY YEARS I HAVE SEEN AND DELT WITH
EVERY TRICK IN THE BOOK ~~~~ NOT ENOUGH SPACE TO
LIST HERE BUT IF YOU NAME IT IVE SEEN IT WE NEED
VOTER ID TO PROTECT THE LIGIMITE VOTERS NOTHING
ELSE WILL STOP THE FRAUDS !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
JOHN JARVIS PRECINCT 302R CIBOLO TEXAS !!!!!!!!!!!!!!!!

## sb362

gvecchio [gvecchio@1scom.net]

**Sent:** Friday, March 06, 2009 05:38 PM

**To:** Josh Perry

I support SB362

Thank you,
Glenn Vecchio

## identification

TOM POWELL [tomandjohnnie@sbcglobal.net]

**Sent:** Saturday, March 07, 2009 08:29 AM

**To:** Josh Perry

I was an election judge for the Nov. election. I believe sb 362 to require personal id to vote is essential for honest elections. Licenses were very helpful in many cases. Many people asked why we were not requiring id before we could vote. Please make our elections as honest as possible by passing this bill. Thank You, Mrs. Tom Powell (Johnnie)

Blessed&Cherished
by God's grace.
Johnnie Powell

## proof of Id before you vote

Dana Johnson [danarechelle@hotmail.com]

**Sent:** Saturday, March 07, 2009 08:34 AM

**To:**   Josh Perry

In Texas you must carry proof of Identy so what is so wrong with proving who you are to vote. To allow people to vote without ID should be illegal. That is how we got Obama, through voter fraud.When I went to vote I had my TDL on hand and would have been happy to prove who I was.
Thank You,
Texas regitstered voter and carrier of my validTexas Drivers License

Windows Live™ Groups: Create an online spot for your favorite groups to meet. Check it out.

**Dorothy Leavitt [d.leavitt@sbcglobal.net]**

**Sent:** Saturday, March 07, 2009 03:05 PM

**To:** Josh Perry

---

I support SB 362. I sincerely believe that it would help stem voter fraud and make for much cleaner elections.

Dorothy Leavitt
Registered voter in Brewster County and a resident of Alpine.

## ID Voter

Paige Schweizer [mpgs@nctv.com]

**Sent:**   Saturday, March 07, 2009 08:25 PM

**To:**   Josh Perry

---

I am in favor of identification for all purposes, i.e., credit card usage, airline travel, and especially for voting purposes.

Voting is a privilege that is earned through good citizenship.

Paige Schweizer

P.O. Box 4145

Horseshoe Bay, TX  78657

# Support SB 362

Charlene White [chrwht@gmail.com]

**Sent:** Saturday, March 07, 2009 10:04 PM
**To:** Josh Perry

Please support the bill in SB 362!

Charlene White

## Voter ID Card

Bill Awbrey [wawbrey@satx.rr.com]

**Sent:**   Monday, March 09, 2009 08:35 AM

**To:**    Josh Perry

---

Attention:  Eric Opiela

A voter ID card is a reasonable and necessary mandate for any citizen wishing to vote.  Voting is a privilege, and individuals should be responsible enough to acquire a picture ID in order to prove identity.  I have to question the credibility of anyone who would denigrate the validity of asking for ID.  How does requesting an ID intimidate voters who are legitimate voters?  Why does requesting an ID suppress voter turnout UNLESS the voter is illegitimate?  What is the motive behind the idea of quashing voter ID and allowing questionable individuals to vote?  Surely we all want an honest and credible election.  Vote for the voter ID requirement.  This is a common sense mandate.  Thank you. ( Karen Awbrey/San Antonio, Texas)

## Support for SB 362

Don Van Meter [kraxa@swbell.net]

**Sent:** Thursday, March 05, 2009 03:46 PM

**To:** Josh Perry

Gentlemen: Please accept my written testimony in favor of the passage of SB 362 to require voters at the time of voting to present photographic ID along with their voter registration.

The franchise is the most important right we as citizens have and protection of that right is and should be your primary concern. All of the democratic nations of the world see an invasion of migrants that seeks citizenship status without acceding to or complying with the laws of the nation. Dilution of the franchise takes from us our heritage and freedoms. Please support this legislation.

Donald E. Van Meter
Attorney at Law
4408 Ridgemont Drive
Wichita Falls TX 76309

# Voter Id

## Winky Grundy [wyntug3@hotmail.com]

**Sent:** Thursday, March 05, 2009 04:26 PM

**To:** Josh Perry

---

I am strongly in favor of having voter identification shown every time a person votes.  There are too many people, as we found out in our November 2008 election, who vote more than one time, who care nothing about election laws and come from other states to vote in our elections.  This must be stopped.

We show out identification to rent movies, to cash checks, to prove our age so we can buy cigarettes or liquor; we give it the information to banks, grocery stores, and many other places.  But we should show our identification when we vote?  This is an absurdity; but it is desired so we do not have honest elections.

Please make our elections honest and lawful.

Wynnadell Grundy
Hewitt, TX 76643

# Voter IF Capitol Rally

Sj34ok@aol.com [Sj34ok@aol.com]

**Sent:** Thursday, March 05, 2009 03:46 PM

**To:** Josh Perry

---

**I will be out of the state on March 10, or I would be in Austin. This is my testimony for the hearings. You have my permission to reword this if you think it would be more effective.**

**I have been working elections, general, primary, local, and early voting, for about 20 years. In that time, I would say the majority of people who vote offer their Drivers License along with their Voter Registration cards. The people feel that identification is necessary. After all, if you vote with a utility bill or a check or a birth certificate, who is to know if you really are the person you are saying you are. If we have to give picture ID to cash a check at a bank where we are known to the tellers or at Wal-Mart where we shop regularly, why would anyone object to showing a picture ID to vote. The notion that people will vote more readily if they don't have to show some form of picture ID is ludicrous. Any one old enough to vote is used to showing picture ID at school, work, check cashing or admittance to certain venues. Please vote for picture ID. Then no one can say they are you when they are not and actually vote against you.**

**Sandra Julien**
**1123 Statler Drive**
**Duncanville, TX 75116**
**Precinct 4210**

---

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

## voter id

Harvey L. Skinner [Harvey_Skinner@att.net]

**Sent:** Thursday, March 05, 2009 04:29 PM

**To:** Josh Perry

When i enter another country, i must shoe a picture id same is true when i cash a check ,board a plane etc. When one casts a vote it can and will determine how $$ are spent ,who governs and any other issue on a ballott.I believe voter fraud has taken place no replace with , I know voter fraud has taken place in Washington Co. Most instanses were thru igornance a few are suspect as to intent. Why anyone would object to a voter showing a picture id is a mystery unless fraud is intended.Harvey Skinner Chairman Republican Party Washington County

# SB 362

Jerry [lago4400@yahoo.com]

**Sent:** Thursday, March 05, 2009 04:30 PM

**To:**   Josh Perry

---

We desire to issue our support for SB362, we support this legislation as just, fair and the honest path to conduct elections.
I am unable to physically be at the Capital on Mar. 10th but I want my Texas Senator **Kirk Watson** to support this bill.
We don't need the problems encountered in Illinois and Florida!  Do the right thing!!

Respectfully,

Mr & Mrs G.W. liebsch
4400 Silverhill Dr.
Lago Vista, TX 78645

# Voter ID

**BILL GRUBBS [bill.grubbs@verizon.net]**

**Sent:** Thursday, March 05, 2009 04:35 PM

**To:**   Josh Perry

As the grandson of immigrants I am sympathetic with the desire for people to immigrate to our country legally. I am concerned that without voter ID we will have persons elected to our governments and state and  local issues decided by those who have no legal right to vote. I must show ID when cashing a check, sometimes using a credit card, to buy a license plate, etc. What is the problem with showing a valid ID for voting.

Please put this measure in place to restore and maintain my respect for the outcomes of elections.


Bill --... ...-- -.- ..... .. .--

## SB 362

mlriley616@aim.com [mlriley616@aim.com]

**Sent:** Thursday, March 05, 2009 04:35 PM

**To:** Josh Perry

Please register our support for this bill to require Identification as a Texas resident, US citizen.  No one should be allowed to vote who is not a citizens of our state and nation.

Robert W. and Mary Lou Riley
Shallowater, Texas

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

# voter id

## LAWRENCE WHITE [lcwhites@verizon.net]

**Sent:** Thursday, March 05, 2009 04:43 PM

**To:**   Josh Perry

---

To the legislators in Austin,

I could not be in Austin to register my outrage, but I want you to know that our family stands behind the voter id act. It is mind boggling that anyone would be against identifying voter fraud. The only explanation I can think of is that they want people to vote who have no right. You have to have identification to do almost anything in our country today--voting should be the top item on the list. Please pass this bill.

Thank you,

Lawrence White, PE
972 446-2032
email: lcwhites@verizon,.net

## ATTN: Eric Opiela Testimony in favor of SB 362

Jim [jim@lievre.com]

**Sent:** Thursday, March 05, 2009 04:48 PM

**To:** Josh Perry

Honorable members of the legislature;

I am 64 years old. I have voted in every national election since I was 21
years old. In every case I was asked to provide an ID. This means a valid
driver's license and a voter registration card. In every case I complied
without question, because I know there is an absolute need to verify that
the person who wants to vote for people or propositions need to be legally
doing so. To allow otherwise, without question, will bring about the down
fall of this great country
Since an ID is required ( not optional) for everything from cashing a check
to flying on an airplane, and we do this daily,  how can any sensible person
even question that one should be able to do the most scared act , that we as
citizens do, which is to vote, without this extremely simple and minimal
requirement.
 The only reason anyone would question this requirement is because they want
to vote illegally. There is NO other reason. There are lots of excuses, but
after you dig down through the excuses it comes down that they want to vote
illegally for one of many reasons, none of which should ever be allowed.
 Please support the passage of SB 362.


James B. Lievre
4101 Granada Dr
Georgetown, Texas  78628


--
I am using the free version of SPAMfighter.
We are a community of 6 million users fighting spam.
SPAMfighter has removed 7958 of my spam emails to date.
Get the free SPAMfighter here: http://www.spamfighter.com/len

The Professional version does not have this message

## Voter ID

David Hooper [davidh@ssecho.com]

**Sent:** Thursday, March 05, 2009 04:57 PM

**To:**  Josh Perry

Really very simple. Why not have Voter ID.  Without it there is a real possibility of voter fraud.  With it, there is very little chance of voter fraud.  Anyone that is against it is, very simply, for voter fraud.  And, any mention of disenfranchisement of the voter is a bunch of Pelosi.  End of story.

Thank you for your consideration.

David Hooper
393 Cypress Creek Dr.
Mt. Vernon, Texas 75457
903-860-7473

# Voter ID

Ellen Miller [epmillervhm@earthlink.net]

**Sent:** Thursday, March 05, 2009 05:45 PM

**To:**  Josh Perry

---

Dear Members of the Texas Legislator,

I would like to go on record as supporting the passage of the Voter ID bill.  Voter identification is important for securing our voting process against fraud and for the security of the state in general.

The standard old argument against such legislation, ie: "disenfranchisement of voters" is simply irrelevant in this day and age. The argument that the elderly, the poor , and otherwise immobile citizens will be disenfranchised  because they can't get out to get a photo ID just doesn't hold up. Just as many agencies and volunteers mobilize every election cycle to get those very people to the polls, they can mobilize to get to the nursing homes, and poorer neighborhoods to take a picture and give out a card with that picture and an address. Perhaps including a roadmap of what the logistics of this process might look like would be worth including as part of the bill. The current lack of a logistical system to enable elderly and immobile people to attain appropriate ID is certainly not any reason to let this opportunity to pass reasonable legislation, that is an important step in improving our state's security, slip away.

Thank you,

Ellen Miller
Horseshoe Bay, Texas  78657
epmillervhm@earthlink.net

# Voter ID - Capitol Rally

Greg Tomaszewski [gtomas@verizon.net]

**Sent:** Sunday, March 08, 2009 02:10 PM

**To:** Josh Perry

Dear Mr. Opiela,

Please consider my written testimony below, in favor of Voter ID;

- Voting is an earned right, not an assumed right for anyone in this country
- We ask for Id from everything like cashing a check, using a credit card, to entering a club. We need to have Ids checked for everyone who is planning to vote
- Other countries have these practices as standard procedures, why in the United States do people feel like we are infringing on them to provide something simple as showing an Id?
- It is in fairness to all political parties that the voters who are casting ballots prove that they are in fact citizens, and eligible to vote.

Thank you.

Sincerely,

Greg Tomaszewski

gtomas@verizon.net

## For SB 362.

Chris Eaton [chris.eaton1@yahoo.com]

**Sent:** Monday, March 09, 2009 12:33 AM
**To:**  Josh Perry

I'm writing in support of SB 362.  Please pass my comments on to my state representatives.  In light of the gaping loopholes for abuse at the state and national level relative to identity and citizenship I can find that anyone not supporting SB 362 is pro illegal and anti-Constitution relative to our assurance from invasion.  Frankly, without easily deviating, Texas and U.S. sovereignty and state and national identity is quickly eroding as we take a light hand with the very serious issue of illegals and identity which costs legal residents billions of dollars.  I'm working, funding my own demise, so couldn't make it to Austin for testimony.  However, please consider this e-mail a resounding cry of "yes" on SB 362 and I'm sure every one legal that I know would feel the same.

Respectfully submitted,

Chris Eaton

8716 Aviary Dr.
McKinney, TX 75070

972-984-0159

I am in favor of SB 362

## I am in favor of SB 362

Wanda O'Leary [woleary@austin.rr.com]

**Sent:** Saturday, March 07, 2009 07:48 PM

**To:** Josh Perry

---

To Eric Opiela
I will be at the Capitol on Tuesday to support SB 362
Wanda O'Leary

I am a third generation Texan of Mexican and Spanish descent on my mother's side and Mexican descent on my father's. Both Democrat.

As a young man, my father worked on farms along the Rio Grande during the depression up until the 40s. After the attack at Pearl Harbor, upset that his Texan friends were heading to war, my father wanted to serve with them. However, they would not accept him because he was a Mexican citizen. My father refused to give up hope. After receiving his Certificate of Naturalization and under President Roosevelt's Nationality Act of 1940, which allowed Mexican-born residents to be drafted or volunteer, my father enlisted in the U.S. Army where he was able to serve *his* country. My father worked throughout his life to leave his family a heritage of honor. As a result, four of his five sons followed his example and became military service members serving honorably in Vietnam and Dessert Storm. One was rejected due to childhood-acquired polio but not from lack of trying. My father always said, "Toma solo lo que as ganado, y lo demas, trabaja para ganar." (Take only what you have earned and work at earning the rest). He was referring not only to financial gain but also to the rights and privileges allotted American citizens. My father was a simple man with common sense virtues. Having been a person who spent most of his young life having to show ID in order to work, my father came to respect proof of ID. Proof of ID helped Texas Jefes (bosses) filter workers during the hiring process. It was not fool proof, but it worked. It certainly made my father and other workers with honest ID feel safer. Although my father is no longer with us, knowing his virtues, I can honestly say that the voter ID debate would absolutely boggle his mind.

Those who argue that voter ID and proof of citizenship laws are part of some partisan effort to disenfranchise a 'select group' are wrong about the motive behind voter ID. If someone is determined to vote, they will get proper ID. If they move, they will update their records. If they get married, they will update their records. Even the elderly update their records, as government programs require them. The argument that certain 'select people' will be disenfranchised, is ludicrous. Once voter ID becomes law, individuals aspiring to cast a vote will make the effort to get a valid ID. That is what *responsible* citizens do.

In this current day and age access to the political process is made easier than ever through technology and  particularly through powerful and well funded community organizations which are more than ready, energized and willing to make certain these particular 'select groups' are not left out of the process.

With Voter ID as law, the problem is not that people might be left out of the political process, quite the contrary. In this last presidential election, we learned that because of the overzealousness of well-funded community organizations, these so called 'select people' *were* indeed registered. In many cases more than once. With Voter ID the question isn't whether someone might be left out of the political process but how often that someone will register and vote within an election.

Whether voting is a privilege or a right in the constitution does not negate the fact that voting still comes with responsibility.   The most important being that one must meet the qualifications set forth by their state, in this case the state of Texas.

Unfortunately, there are individuals and officials who are actively trying to defeat voter ID so that people who they think will vote with their party will vote, and in Texas that nearly always means the Hispanic who historically votes Democrat.

Both my Democrat parents are now deceased.  My father who came to respect proof of ID in a country he came to love, honor and serve would be aghast at voter ID even being debated questioning when playing politics *trounced* common sense.

Olga Rivera Lasher

## Family of 10 for voter Id requirement

Diana Wingfield [wargift2000@yahoo.com]

**Sent:** Monday, March 09, 2009 01:16 PM

**To:** Josh Perry

My family and I, all U.S. Citizens and registered to vote **ARE in favor** of the SB 362 Voter ID.

No one wants to deny a person the right to vote, we just want them to be identified as US citizens eligible to vote.
No one is going to be denied the right to vote," Fraser said. "All we're asking is that people verify that they are eligible, living, legal citizens and have the right to vote."
Texans already must show either a voter registration card or some other form of identification.
Republicans want to add the requirement of a photo ID or alternative forms of identification. Six states -
- Florida, Georgia, Hawaii, Indiana, Louisiana and Michigan -- currently require a photo ID at election time, according to the National Conference of State Legislatures.

You are required to have ID , picture and or  Social Security Card to get medical attention, Food stamps, unemployment, to get a checking account, fly in an airplane, cross the border, cash a check, obtaining a credit card, purchasing a home, doing your taxes for Uncle Sam.if filing for a "Fast Refund" with a bank involved.   You must have ID to get into school

Everyone has RIGHTS.  What about my right to have only United States Citizens vote?  **If I must bow a knee, I want to be assured the people are citizens of the United States**. .

The minorities Democrats are trying to help get away with not having an ID are usually the ones getting all the government assistance. That by the way, do have identification issues.


 John R. Wingfield
 Diana Wingfield
 Robin Moore
 Clinton Stevens
 Audrey Stevens
 Cheryl Kauffman
 Kenney Kauffman


 *If God brings you to it, he will take you through it.*

 *Diana Wingfield*

 *PO Box 2196 Terrell, TX 75160*

**Sandra Propst [sandra_propst@yahoo.com]**

**Sent:** Friday, March 06, 2009 04:58 PM

**To:**  Josh Perry

We, in the state of Texas, have a prime opportunity to be a leader in taking positive steps toward changing our fraudulent voting system in Texas and in the United States by passing legislation for voters to show proper ID in order to vote.  If we can be asked to show proper ID in a variety of scenarios, it should be even more important to show proper ID in order to vote.

Those Senators or Representatives that do not back this legislation are saying, in reality, that they do not care to clean up our voting system.  They don't care to ensure that our voting system in America is above reproach. They would rather allow someone that is not legally eligible to vote in the U.S. vote illegally.  In other words, they are for voter fraud.  They are for using illegal voters to build their own political party and insure their own political power.  Shame!

Those that say voters might be intimidated is silly.  The bank asks for proper ID.  No one is intimidated there.  Federal govt. agencies ask for proper ID.  No one is intimidated by that.  Why, in the name of all that is good sense, would anyone be intimidated by having to show proper ID,... unless they are, in fact, ineligible to vote... unless they are illegal.   I teach adult ESL and those students don't understand why a voter should not be asked to show an ID.  It's only the Democratic politicians that don't want to require a proper ID to vote. Why might that be?

My husband and I have,in past years, been in groups finding voter fraud here in the Rio Grande Valley.  Hidalgo County is rampant with voters who have no valid address.  We have found dead people that are still voting.  We have visited empty lots where a voter is supposed to live!  Sending these reports to Austin yields nothing.

It's time to clean up our voting system that is replete with voter fraud!  I challenge our leaders both in Texas and in the United States to stand up for doing what is right and doing things ABOVE REPROACH.

## Sandy Propst
Blog:http://sandysstellarsuggestions.blogspot.com/
Cell: 956/212-1999
Home: 956/383-5050 (Please note: 687-8822 is no longer a working number.)
Fax: 866/607-8824

Monday, March 9, 2009 1:07 PM

**Subject: SB 362**
**Date:** Monday, March 9, 2009 11:55 AM
**From:** Bob <bob@bbcentral.us>
**To:** <Jane.Nelson@senate.state.tx.us>
**Cc:** Eric Opiela <eopiela@texasgop.org>
**Priority:** Highest

Senator (Jane)-

Please support SB 362, the Voter ID bill. I can't make it to Austin on Tuesday, but want to let you know that the fresh produce industry needs this bill as much as anyone. Once we have Voter ID, then we can look at sensible guest worker legislation to allow for seasonal harvest labor. Also, we worked a poll in south Denton on Election Day, and saw several instances that could have been fraudulent voting, but with the flimsy ID requirements, what can you do?

Thanks for your support!


Bob Swartwout
bob@bbcentral.us
freshcut1@yahoo.com
PO Box 50854
Denton, TX 76206-0854
214.269.6540 Bob


"Beware the greedy hand of government, thrusting itself into every corner and crevice of industry." --**Thomas Paine**


I am using the Free version of SPAMfighter <http://www.spamfighter.com/len> .
We are a community of 6 million users fighting spam.
SPAMfighter has removed 1473 of my spam emails to date.
The Professional version does not have this message.

Page 1 of 1

**Subject: SB362**
**Date:** Wednesday, March 4, 2009 9:59 PM
**From:** Mary Darby <marydarby@tx.rr.com>
**To:** Eric Opiela <eopiela@texasgop.org>

I am a Precinct Chair and an Election Judge in Dallas County, Precinct 2146, and I support SB362.

Thanks
Mary Darby
972.203.9229

TX_00003470
JA_004374

TX_00003470

**From:** Dot Adler [mailto:dadler@tx.rr.com]
**Subject:** Voter Photo ID SB 362

FYI, I strongly support SB 362, the Voter Photo ID bill. I phoned Sen. John Carona, SD 16, my state senator, and urged his support.

This bill should help prevent election fraud. I frequently work as an election clerk.  At least as many voters present their drivers licenses as identification at the polling place as present voter registration certificates. Either is acceptable, if a voter is listed on the poll book.

I live in a seniors apartment complex where residents must be age 55+. Many residents age 65+ tell me they vote by mail.  Thus, they don't have to go to a polling place for early voting or on election day and stand in line to vote. The law does not require presenting a photo ID for voting by mail.

I question that having to present a photo ID prevents any responsible person from voting. You have to show a photo ID to board an airplane or cash a check. A photo ID usually is required when presenting a credit card for payment.

Sorry i can't be at the Capitol for the March 10 hearing on SB 362.  I am president of the Dallas Downtown Republican Women's Club, which meets that day at Dallas County Republican Headquarters..

Best regards,

Dot Adler

535 Buckingham Rd., #1202

Richardson, TX 75081-5177

972-235-5703

dadler@tx.rr.com

**From:** Louella Roush [mailto:louroush@sbcglobal.net]
**Sent:** Saturday, March 07, 2009 9:31 AM
**Subject:** Voter ID

I think it is as important to have photo voter ID as it is to have photo drivers' license. We have enough problems with unlicensed drivers. We need to be able to identify lawful voters. Who is driving our elections? People who are entitled to vote and want to vote will understand and comply with photo voter ID as being a reasonable protection to prevent people from voting who are not lawful citizens.

Last November I served as an election official for the first time during a presidential election. There were no problems asking for photo identification. Most people used drivers' licenses. The main problems were with identifying residency to vote in that precinct. Some we referred to the correct precinct. The election judge was our back up regarding a question about a voter's eligibility to vote there. And then there is the option of a provisional vote so a person can vote and be verified for eligibility later if the vote count is close.

**Jamie Mathis**

| | |
|---|---|
| **From:** | Jessica Edwards [jessica@scotjfrost.com] |
| **Sent:** | Monday, March 09, 2009 11:00 PM |
| **To:** | tad@tdtexas.com |
| **Subject:** | Senate Bill 362 |

I am a 74 year old female who disputes the idea that it creates a problem by requiring to show picture ID for voting unless I was illegal.  I have to show my drivers license for conducting daily business such as grocery shopping and paying by check or credit card. I have to show my picture ID regarding any financial transaction or when I go to a new doctor. When I signed up for social security I had to show my birth certificate, marriage license and photo ID.  So who is kidding who by saying that it would stop people from voting if they have to show ID.  If they are even living a simple life style they will have to show an ID routinely. Lets be honest about what this issue really is involving.  Thank you for your time.
Geneva Billey

3/10/2009

**From:** C Cates [mailto:carolcates@sbcglobal.net]
**Sent:** Saturday, March 07, 2009 11:15 AM
**To:** Toni Anne Dashiell
**Cc:** 'Diane Fulton'
**Subject:** Written testimony


**Toni,**


**Pls share as testimony, I am unable to attend, but will email my reps and senators.**


**Dear Senators and Representatives, please be sure to support Senate Bill 362, the Voter ID bill. It is a known fact that the people who are against it are corrupting the system and this keep bill keeps them from stealing votes.**


**I am an American citizen, work hard, and pay my taxes, and my vote should count, not someone who wants to cheat the system.**


**Thank you,**


**Carol Cates, ARW Chapter**

**11706 Running Fox Trail**

**Austin, TX 78759**

TX_00003474

**From:** BDewberry@aol.com [mailto:BDewberry@aol.com]
**Sent:** Saturday, March 07, 2009 1:00 PM
**To:** Toni Anne Dashiell
**Subject:** Support Voter ID


 It's self-evident that our precious freedom is at stake. If anyone can vote without documentation and without penalty if caught, responsible citizens will be out-voted every time. This is a landmark time for our country. Please see that voters are who they say they are and only get ONE VOTE!

Thank you for your efforts on behalf of our representative government,


Bob Dewberry

7532 Glen Albens

Dallas, TV 75225

(214) 521-1963

Gentlement,

We strongly urge each of you to actively support Senate Bill 362 so that we Texas citizens can see positive results in our efforts to significantly improve the voting integrity of the State of Texas primaries and general elections.  Thank you for your positive consideration to this request.

Resptecfully submitted,

Brenda B. & James C. Woodall
9000 Bell Mountain Dr.
Austin, TX 78730
Ph: (512) 502-0111

March 06 2009.

I will like to share with you part of the process for eliminating voter fraud in Mexico.  Mexico has just one day for the citizens to vote.  There is no early voting in Mexico.

Mexico has a voter photo identification card with systems and codes that make it very difficult falsify.

 On the day of the election, the voter leaves his ID card with the polling attendant and after the person has voted, the card is not returned until the voter's thumb is painted with a permanent ink.  This ink can not be washed off and remains on the persons thumb for about one week, thus demonstrating that the person has voted once and can not vote again in a different polling place.

This system has virtually eliminated voter fraud in Mexico.

Thank you for the opportunity to present this information to you.


Best Regards,

Elvira Brandon

**From:** Lidia Trujillo [mailto:lidiasart@yahoo.com]
**Sent:** Saturday, March 07, 2009 9:31 PM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID

I am in support of the Voter Photo ID to help achieve safe elections in Texas.

Thank you for listening.

**Lidia de la Cruz-Trujillo**

**214-284-4644**

**From:** DeAnna Dixon [mailto:beecharmer64@yahoo.com]
**Sent:** Saturday, March 07, 2009 8:30 PM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID

We support this because in America there is a saying "One vote one Citizen". Why destroy our constitution and stomp on our forefathers. What is wrong with people, do they not care about fraud, is it only the Conservatives that care about people being elected by breaking our laws. Follow the Constitution of the United States and stand up for one vote for one person. You don't run red lights, rob banks, or break other laws without paying a debt to society, ie. jail, fines,etc. Why should you get to break our voting laws without consequences? Say yes to Voter ID!

DeAnna Roberts

My name is Christina Gunter, I have been working with the Election Dept.

for the County, School, and City Elections during the Early Voting and

the Election Day as a Clerk for 10 years and as an Election Judge for

the past 10 years and have seen a lot of changes during all these years.

I believe the greatest fraud is with the "Politiqueras" that bring in

the elderly to vote and coach them to request their help and they in

turn tell them how  and for whom to vote.  I wish those elderly that do

not need their assistance would request our help, the Election

Officials, we take an oath and would honor their request.  Also, if they

were to bring a photo Voters ID it would eliminate people from bringing

somebody else's voters certificate .  This is my greatest concern.

**CHRISTINE GUNTER**

**321 HAWK**
**PHARR, TX    78516**

**956-787-1338**

TX_00003480

SENATORS:

IT HAS BEEN MY GREAT PLEASURE TO BE A PRESIDING JUDGE AT
EARLY VOTING AND GENERAL ELECTIONS FOR THE HIDALGO
COUNTY.  I HAVE WORKED FOR NEARLY 10 YEARS.  IN THAT TIME I
FOUND THAT MANY QUESTIONS COULD NOT BE PROVEN WHEN
VOTERS BRING IN THEIR VOTING CARDS OR OTHER FORMS OF
IDENTIFATION, THAT THEY WERE INDEED THE PERSON ON THE CARD
OR UTILITY BILL.  WHEN THE ROLES OF THE COUNTIES VOTERS WHO
HAVE DIED ARE NOT REMOVED IMMEDIATELY, VOTER CARDS ARE
SENT TO THE FAMILIES AND SOMETIMES END UP IN THE HANDS OF
PEOPLE  WHO TRY TO PASS OFF THIS PERSON.

ALSO MANY PEOPLE ARE TAKEN TO THE POLES BY POLITICAREAS
AND  THEY ARE TAKEN ADVANTAGE OF.  THEY ARE INSTRUCTED TO
VOTE ONLY ONE PERSON OR ONE PARTY.  EVEN IF THE PERSON IS NOT
HADICAPED, THEY ARE TOLD TO TELL THE WORKERS THAT THEY
ARE.

VOTER PICTURE ID'S WOULD BE THE BEST WAY OF CONDUCTING
ELECTIONS FAIRLY AND HONEST.  I ALSO HOPE THAT THIS OR A
DRIVER LICENSE WOULD BE THE ONLY FORM OF IDENTIFICATION AND
NOT THE OTHER ID THAT ARE NOW ALLOWED.

I RESPECTFULLY SUBMIT THIS TO YOU FOR YOUR CONSIDERATION.

I REMAIN,

CAROL CROSBY

HIDALGO COUNTY

645 THE GROVE #7

SAN JUAN, TX 78589

956-787-1361

TX_00003481

**From:** jdtmegger@aol.com [mailto:jdtmegger@aol.com]
**Sent:** Sunday, March 08, 2009 5:16 PM
**To:** Toni Anne Dashiell
**Subject:** Photo ID


Toni Ann, here is mine.  Still waiting on some others.  Dotti

Dear Senators.  I moved to Hidalgo County in 1996 and
immediately was asked to work the elections as a
judge. I have done so ever since, for Primary,
County, State and National.  I have found several
people who have voted who were not even citizens, all
they had to do was show a driver's license and they
could vote.  In some cases they were not even in the
books, but we were told to let them vote anyway. My
husband died three years ago and  I still find his
name on the books even though I have call and sent
notes to the effect that his died in 2005; and he
would be old enough to vote by mail.  The PHOTO ID is
a major way to STOP the fraud and make our elections
honest. PLEASE VOTE YES FOR PHOTO ID.  THANK YOU.

**From:** Charles Incerta [mailto:cincerta4938@att.net]
**Sent:** Sunday, March 08, 2009 6:30 PM
**To:** Toni Anne Dashiell
**Subject:** Bill 362

Please vote for Bill 362.  We are required to have a photo ID on all forms of ID such as Texas drivers license, company ID, etc.  The most important card we as citizens should have is a picture ID voter's card.  Please protect our voting system by requiring a picture ID.

Thank you!!

**From:** virginia ellsworth [mailto:vellsworthdvm@yahoo.com]
**Sent:** Friday, March 06, 2009 1:16 PM
**To:** Toni Anne Dashiell
**Subject:** Senate Bill 362 testimony

Senate Bill 362

We are required by law to display valid identification for mundane, everyday items such as purchasing over the counter decongestants, check cashing/credit card use, driving a vehicle, pawn shop loans, medical care, air travel, and obtaining automobile insurance. It only makes sense to show valid identification for the most important task we can perform as citizens of this country.

The excuse that the poor may be unable to have identification does not work, because you would then have to argue that they also need decongestants, access to credit, transportation choices, and pawn shop loans.

The citizens of our country are blessed with the ability to choose our leaders.  When we have the obvious voter fraud that continually happens election after election, something must be done.  More voters should not be able to vote than there are registered voters as was the case in the Minnesota election between Coleman and Franken.  Registered voters should only be registered in one location at a time and vote once, unlike the ACORN fiasco in numerous cities across our nation.

How can we expect less developed countries to hold valid democratic elections, when we barely can do it due to our lackadaisical view of proving your identity and citizenship at the time of voting?  We must protect our very precious right to vote and be the stellar example for budding democracies.  Please vote in favor of the Voter ID Bill.

Thank you,

Virginia Ellsworth D.V.M.

The Democrats are saying that Voter ID would be difficult for seniors and minorities.  Well, if my 87 year old mother needs to show **TWO PHOTO ID's** in order to get money back or to cash a check at the supermarket where she's known and has shopped for years, she and others can certainly provide a **single** Photo ID when she votes.  Texas needs to show the nation that we are not afraid to step out there and lead in this endeavor.  Mexico, I understand, has a photo ID incorporated with the Voter Registration Card and this must be used when one votes.  I personally can't see how Mexico can be so much more advanced that the U.S. in this regard.


E.A. (Liz) Ellis

6985 CR 413

Llano, TX  78643

TX_00003485

**From:** GARY GAUT [mailto:garygaut@sbcglobal.net]
**Sent:** Friday, March 06, 2009 10:16 AM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID


We strongly support requiring a photo ID in order to vote. We think that one who is participating in the important election process by voting, should definitely be required to prove, with a dependable and valid photo ID, that he/she is the person he/she is representing himself/herself to be. What better or more simple control can be used to ensure that a potential voter is who he or she represents himself or herself to be. The arguments AGAINST A CONTROL to ensure voter validity are very, very weak. A photo ID control is most definitely needed. One is required in other states in which we've lived and voted.


Thanks.


Mr. and Mrs.Gary E. Gaut and son, Gary E. Gaut, JR.

March 9, 2009

Dear Senators,

I am writing in favor of SB 362, voter to present proof of identification. Having a photo ID to accompany a voter registration or in lieu of one, is imperative in preserving the sanctity of the ballot box. I have been actively involved with the election process for the past thirty five years and have been well aware of voters having registration cards that do not belong to them. When voters with multiple surnames are registered at a single dwelling, it's obvious that "voter harvesting" has occurred.

In large metropolitan areas the homeless are easy prey to voter fraud. They are the many disenfranchised victims of the election process.

A legally registered voter would have no problem presenting proper identification to insure the purity of the ballot. In the era of identity theft a request for a photo ID is a common occurrence, and voting should not be an exception. Please support Senate Bill 362.

Thank you.

June Rentmeester
Private Citizen
!806 Marquette Dr.
Richardson, Texas 75081

| Dallas County Signature Verification Chairman | 1988 |
| Dallas County Ballot Board Judge | 1989 – 2007 |
| Early Voting Judge | 2007 – 2008 |
| Precinct Chairman | 1978 - |

**Jamie Mathis**

| | |
|---|---|
| **From:** | Jessica Edwards [jessica@scotjfrost.com] |
| **Sent:** | Monday, March 09, 2009 10:46 PM |
| **To:** | tad@tdtexas.com |
| **Subject:** | Senate Bill 362 |

My name is Jessica Edwards. I have been honored to have the ability to vote in elections for over 20 years. When I go to catch a plane I do not plan on being given access without proof of who I am – drivers license or ID. When I went for an annual physical last month, I was required to show my photo ID to accompany my insurance card as proof of who I am. HIPAA laws require that I show my drivers license as proof of who I am if I ask to obtain my own medical records. I can think of so many examples of where I am required to show my photo ID to accomplish things. I have to show it to use my credit card and write checks. Why would I find it offensive to have to show ID to have the ability to vote for something as important as the leaders of our country??!! Writing a check when I can't find my driver's license is a problem and I am sure that if I wanted to vote illegally it would be equally as problematic if I had to show ID. In January my Mother was mugged and 2 young black males were able to cash an elderly white woman's personal checks. I question the person who cashed the checks without questioning and I equally question the person who thinks it is wrong to ask for someone to prove they are who they say they are before they vote. I do it each election without hesitation! What are their motives??

Thank you for your consideration of my comments. I do hope that the validity of my comments will be considered. Kindest regards,


Jessica L. Edwards

*Jessica L. Edwards*
Practice Manager
**Scot J. Frost, M.D., P.A.**
Diplomate of the American Board of Orthopaedic Surgery
18220 Tomball Pkwy, #330
Houston TX 77070
Phone – (281) 955-0055
Fax – (281) 955-7146
*May the blessing that you receive today,*
*be the blessing you need the most......*

TX_00003488
JA_004392

TX_00003488

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58369190 | Olaleye | Oladado | O |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 35445451 | Prokop | Andrew | Thomas |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58377573 | Samuels | Yolanda | Yvette |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 56411911 | Stehr | Patricia | West |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 3583861 | Stewart | Naomi | Helander |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58381815 | Tran | Nancy | Dung |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Ballot Board Decision Incorrect | BB Accepted - Should have Rejected | 56529530 | Cooper | James | Anthony |
| Ballot Board Decision Incorrect | BB Accepted - Should have Rejected | 58186354 | Mata | Adela | Sadaya |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58387135 | Brown | Porshia | Lenease |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 29684834 | Franklin | Della | Pierce |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 57590002 | Johnson | Monique | Rochlle |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58385410 | Ligon | Ernest | Tyronee |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58381880 | Minder | Paul | Versey |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58379934 | Nguyen | Michael | |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383217 | Bennett | Mark | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58382490 | Berkman | Jeremy | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383860 | Douglas | Garry | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 38059416 | Fellat | Sarah | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384090 | Grimble | Willie | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 37669082 | Hernandez | Hilda | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383365 | Hernandez | Maria | |

TX_00003491

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380866 | Hinojosa | Roell | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 56809973 | Jackson | Thomas | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381542 | John | Oommen | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58378902 | Keves | Thomas | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58382797 | Malloy | Larry | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58339912 | Mccloud | Darlene | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58370891 | Nghe | Lan | |

TX_00003492

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|-------------|--------|-----------|------------|-------------|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 50915578 | Perez | Evelyn | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384074 | Rogers | Tuleshia | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384314 | Smith | Robin | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381096 | Taharah | Berthilde | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380981 | Taharah | Tariq | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58369125 | Tarafder | Debjani | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381286 | Thompson | Kurston | |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380817 | Walwyn | Ellone | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381146 | Williams | Ronnette | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58378837 | Arnold | Canbyce | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58382920 | Brantford | Yolanda | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58323243 | Diaz | Rosa | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58383951 | Gamez | Michelle | |
| Not a U.S. Citizen | | 52819786 | Eilert-Olsen | Henning | |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58367608 | Adkisson | Colin | Andrew |
| Not Registered to Vote on Election Day | | 57844870 | Ayoob | Farah | Zeb Maqsood |
| Not Registered to Vote on Election Day | | 57955452 | Blythe | Judith | Ann |
| Not Registered to Vote on Election Day | | 22038061 | Brown | Kelvin | Jerome |
| Not Registered to Vote on Election Day | | 56635683 | Bui | Kim-Phuong | Vu |
| Not Registered to Vote on Election Day | | 57961732 | Byas-Calvert | Destiny | Nicole |
| Not Registered to Vote on Election Day | | 58383787 | Chapman | Ashley | Kress |
| Not Registered to Vote on Election Day | | 58279332 | Cook | Carolyn | Markey |
| Not Registered to Vote on Election Day | | 58383902 | Crews | Wade | Barnell |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58383951 | Gamez | Michelle | Larie |
| Not Registered to Vote on Election Day | | 37345436 | Guillermo | Monroy | |
| Not Registered to Vote on Election Day | | 51454834 | Hintolay | Ahmed | |
| Not Registered to Vote on Election Day | | 58382805 | Islam | Shafi | M |
| Not Registered to Vote on Election Day | | 58378027 | Jack | Schelly | Lewis |
| Not Registered to Vote on Election Day | | 58383605 | Johnson | Elery | Jean |
| Not Registered to Vote on Election Day | | 57854770 | Leach | Michael | Travis |
| Not Registered to Vote on Election Day | | 58381161 | Lipsey | Ricky | Terrell |
| Not Registered to Vote on Election Day | | 58001827 | Odika | McPeter | Nnamdi |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58085325 | Paulus | Diana | Teresa |
| Not Registered to Vote on Election Day | | 57945479 | Perich | Masako | |
| Not Registered to Vote on Election Day | | 58267022 | Portillo | Jaime | |
| Not Registered to Vote on Election Day | | | Pugh | Michael | |
| Not Registered to Vote on Election Day | | 58384348 | Sanchez | Amanda | Melissa |
| Not Registered to Vote on Election Day | | 56598725 | Schlorholtz | Michael | W. |
| Not Registered to Vote on Election Day | | 38403838 | Shafik | Ezzet | Lewis |
| Not Registered to Vote on Election Day | | 55313217 | Siddiqi | Fatimah | |
| Not Registered to Vote on Election Day | | 58378944 | Williams | Dave | Charles |
| Not Registered to Vote on Election Day | | 58384405 | Woodlock | Clair | |
| Not signed by voter | | 40273047 | Alvarez | Jose | Aurelio |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Not signed by voter | | 51937803 | Augustine | Ellen | Hu |
| Not signed by voter | | 57432502 | Guillory | Monica | Leight |
| Not signed by voter | | 35290568 | Ibe | Leticia | |
| Not signed by voter | | 56441025 | Ivanhoe | Sagastume | |
| Not signed by voter | | 56813900 | Malani | Pankaj | K |
| Not signed by voter | | 57350860 | Nichols | Susan | Marita |
| Not signed by voter | | 56226913 | Oha, Jr. | Anthony | U |
| Not signed by voter | | 50400779 | Pierce | Ramona | Summerlin |
| Registered in HD149. Moved outside of Harris County | | 40431488 | (Woods) HUBBARD | PAULA | KAYE |
| Registered in HD149. Moved outside of Harris County | | 32069726 | AKUCHIE | HENRY | ANAYO |
| Registered in HD149. Moved outside of Harris County | | 39567185 | ALDACO | CONSUELO | |
| Registered in HD149. Moved outside of Harris County | | 38551347 | ALI | AKBAR | Q |
| Registered in HD149. Moved outside of Harris County | | 40224370 | AMOKOMOWO | MOJISOLA | OLORUNLAYO |
| Registered in HD149. Moved outside of Harris County | | 30693972 | ANDERSON | CLAUDINA | T |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 35482629 | ANDERSON | SCOTT | ERVIN |
| Registered in HD149. Moved outside of Harris County | | 37310067 | ARGUETA | RAUL | ANTONIO |
| Registered in HD149. Moved outside of Harris County | | 38609004 | ATCHISON | MICHAEL | B |
| Registered in HD149. Moved outside of Harris County | | 50285519 | AUSTIN | ANNIETESS | V |
| Registered in HD149. Moved outside of Harris County | | 51361392 | AUSTIN | NEIL | GABRIEL |
| Registered in HD149. Moved outside of Harris County | | 32190563 | BAILEY | ALPHEUS | FITZGERALD |
| Registered in HD149. Moved outside of Harris County | | 52221967 | BALBA | BERT | MENDOZA |
| Registered in HD149. Moved outside of Harris County | | 18599571 | BALBALOZA | MARIA | CARLOTA |
| Registered in HD149. Moved outside of Harris County | | 52283603 | BARRON | ADA | C |
| Registered in HD149. Moved outside of Harris County | | 42053504 | BENOIT | DAVID | R |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 40959926 | BROWN | DARCEY | N |
| Registered in HD149. Moved outside of Harris County | | | BURCH | RALPH | BARRY |
| Registered in HD149. Moved outside of Harris County | | | BUTT | JAMSMINE | ANNETTE |
| Registered in HD149. Moved outside of Harris County | | | BUTT | KEVIN | L |
| Registered in HD149. Moved outside of Harris County | | 18202580 | CARVAJAL | NUBIA | ANDREA |
| Registered in HD149. Moved outside of Harris County | | 57889941 | CHANEY | DEMETRIUS | A |
| Registered in HD149. Moved outside of Harris County | | 50332998 | CHANEY | THERESA | ANN |
| Registered in HD149. Moved outside of Harris County | | | CHOU | DORIS | CHENG-SHU |
| Registered in HD149. Moved outside of Harris County | | | CHRISTMAN | KYLE | ARTHUR |
| Registered in HD149. Moved outside of Harris County | | 37047008 | CLARK | TIFFANY | LYNN |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 28031938 | COLEMAN | DEBRA | HAMILTON |
| Registered in HD149. Moved outside of Harris County | | 40687014 | CONNOR | JAMES | THEODORE |
| Registered in HD149. Moved outside of Harris County | | | CORTS | FRANK | EDWARD |
| Registered in HD149. Moved outside of Harris County | | 40828378 | CUBILLAS | PACIENTE | M |
| Registered in HD149. Moved outside of Harris County | | 38087110 | DANG | KEVIN | H |
| Registered in HD149. Moved outside of Harris County | | 35288042 | DAVIS | DEONA | MONIQUE |
| Registered in HD149. Moved outside of Harris County | | 41608928 | DAY | COLLIN | GLENN |
| Registered in HD149. Moved outside of Harris County | | 39953484 | DENNIS | TIFFANY | JACKSON |
| Registered in HD149. Moved outside of Harris County | | 33035270 | DUNN | THOMAS | REUBEN |
| Registered in HD149. Moved outside of Harris County | | 33978693 | EAGLETON | MYIA | CHRISTINE |