| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 23976655 | ELDER | CHARITA | LASHUN |
| Registered in HD149. Moved outside of Harris County | | 52899952 | ELIAS | NAGISAT | OLAMIDE |
| Registered in HD149. Moved outside of Harris County | | 35667716 | ELIAS | RASHEED | |
| Registered in HD149. Moved outside of Harris County | | 38776696 | FARIAS | STACY | ANN |
| Registered in HD149. Moved outside of Harris County | | 50621226 | FAROOQ | ANEELA | N |
| Registered in HD149. Moved outside of Harris County | | 30217814 | FERGUSON | ALTON | |
| Registered in HD149. Moved outside of Harris County | | 36245850 | FERGUSON | SHENICE | ANNE |
| Registered in HD149. Moved outside of Harris County | | 30089783 | FERNANDEZ | ALAIN | |
| Registered in HD149. Moved outside of Harris County | | 52391133 | FISHER | JACKSON | MARK |
| Registered in HD149. Moved outside of Harris County | | 42138149 | FISHER | PATRICIA | RAMAR |
| Registered in HD149. Moved outside of Harris County | | 30432116 | FONTENOT | GREGORY | BERNARD |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 19727692 | FONTENOT | ROCHQUEL | C |
| Registered in HD149. Moved outside of Harris County | | 35971498 | GALINDO | MARTHA | L |
| Registered in HD149. Moved outside of Harris County | | 56791338 | GARCIA | RUBIDIA | BLANCA |
| Registered in HD149. Moved outside of Harris County | | 51175560 | GASPER-BOWLES | LESHEQUA | |
| Registered in HD149. Moved outside of Harris County | | 50266170 | GOMEZ | JAVIER | A |
| Registered in HD149. Moved outside of Harris County | | 42057893 | GONZALES | NATHAN | GARZA |
| Registered in HD149. Moved outside of Harris County | | 31996013 | GONZALEZ | PATRICK | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 40388480 | HANDY | JAMES | ARTHUR |
| Registered in HD149. Moved outside of Harris County | | 28476836 | HARRISON | SHANNON | DENISE |
| Registered in HD149. Moved outside of Harris County | | 57357543 | HERMAN | AUDRA | CAROLINA |

TX_00003503

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 41593815 | Herrera | Harold | |
| Registered in HD149. Moved outside of Harris County | | 40042087 | HOANG | QUYNH | DUNG |
| Registered in HD149. Moved outside of Harris County | | | HUSER | SHEA | BESS |
| Registered in HD149. Moved outside of Harris County | | 52317740 | JACKSON | ROBERT | J |
| Registered in HD149. Moved outside of Harris County | | 36298669 | JONES | RHIANNON | RENEE |
| Registered in HD149. Moved outside of Harris County | | 33200049 | JORDAN | YOLANDA | DAWN |
| Registered in HD149. Moved outside of Harris County | | 37312584 | KAMPF | MATTHEW | FRANKLIN |
| Registered in HD149. Moved outside of Harris County | | 52371531 | KASSA | GENNET | B |
| Registered in HD149. Moved outside of Harris County | | 31605876 | KELLEY | RAY | BERNARD |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 27943588 | KIRSHY | JOHN | W |
| Registered in HD149. Moved outside of Harris County | | 32562001 | KNOX | JEFFREY | |
| Registered in HD149. Moved outside of Harris County | | 41747155 | KNOX | PATTI | D. |
| Registered in HD149. Moved outside of Harris County | | 58382813 | Le | Ariel | |
| Registered in HD149. Moved outside of Harris County | | 50188127 | LEAL | ANGEL | M |
| Registered in HD149. Moved outside of Harris County | | 50654797 | LEASSEAR | DEBRA | DENISE |
| Registered in HD149. Moved outside of Harris County | | 52674223 | LOBRE | WENDY | DEES |
| Registered in HD149. Moved outside of Harris County | | 50196765 | LONG | MICHAEL | KAILER |
| Registered in HD149. Moved outside of Harris County | | 50577212 | LOVINGS | LAKEISHA | MARIE |
| Registered in HD149. Moved outside of Harris County | | 31476450 | LUCILLE | FREDDIE | |
| Registered in HD149. Moved outside of Harris County | | 50419076 | MARQUEZ | CANDICE | LEE |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 55631683 | MAURICE | CEDRIC | KARL |
| Registered in HD149. Moved outside of Harris County | | 16236861 | MCGARVEY | JOHN | HOMER |
| Registered in HD149. Moved outside of Harris County | | 52947900 | MCKENZIE | CRAIG | NEAL |
| Registered in HD149. Moved outside of Harris County | | 41687278 | MCLEAN | JENNY | KAREN |
| Registered in HD149. Moved outside of Harris County | | 37716511 | MCLEMORE | LADON | CURTIS |
| Registered in HD149. Moved outside of Harris County | | 41653619 | MURPHY | NICTIA | LYNN |
| Registered in HD149. Moved outside of Harris County | | 32436198 | NGUYEN | KIMLAN | |
| Registered in HD149. Moved outside of Harris County | | 28607232 | ORANGE-LUCILLE | ROSALYN | L |
| Registered in HD149. Moved outside of Harris County | | 38253233 | ORCUTT | BRANDAN | DAVID |
| Registered in HD149. Moved outside of Harris County | | 41160557 | ORCUTT (Olsovsky) | LARISSA | ANNE |
| Registered in HD149. Moved outside of Harris County | | 36315604 | ORTIZ | JESUS | |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 35000132 | OUTLAND | RICHARD | BERNARD |
| Registered in HD149. Moved outside of Harris County | | 27615459 | PABIJAN | DAVID | JOHN |
| Registered in HD149. Moved outside of Harris County | | 39779889 | PARVEEN | ARSHAD | |
| Registered in HD149. Moved outside of Harris County | | | PATILLO | WILLIAM | OTIS |
| Registered in HD149. Moved outside of Harris County | | 39195797 | PATRICK-ALLISON | DWANA | LYNN |
| Registered in HD149. Moved outside of Harris County | | 40733578 | PAYNE | LAMONT | |
| Registered in HD149. Moved outside of Harris County | | 37562972 | PEARSE | CLARA | O |
| Registered in HD149. Moved outside of Harris County | | 39978044 | PHAN | DENISE | THI |
| Registered in HD149. Moved outside of Harris County | | 52655412 | PHILLIPS | REUBEN | J |
| Registered in HD149. Moved outside of Harris County | | | POST | DANIEL | PATRICK |

TX_00003507

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 41260787 | PRIOR | MELISSA | RODKEY |
| Registered in HD149. Moved outside of Harris County | | 29747615 | PUCCIARELLO | TONI | RENEE |
| Registered in HD149. Moved outside of Harris County | | 35217207 | PUCIO | ROBERT | BUENAVENTE |
| Registered in HD149. Moved outside of Harris County | | 50715515 | PUGH | ALLEGRA | P |
| Registered in HD149. Moved outside of Harris County | | 19815315 | PUIG | ALICE | MARIE |
| Registered in HD149. Moved outside of Harris County | | 56120629 | RAMIREZ | FRANGELICA | NMI |
| Registered in HD149. Moved outside of Harris County | | 51043172 | RAMIREZ | JOHNNY | EUGENE |
| Registered in HD149. Moved outside of Harris County | | 35813104 | REID | ELETHISA | PRATT |
| Registered in HD149. Moved outside of Harris County | | 34200691 | ROBINSON | CHARNETT | |
| Registered in HD149. Moved outside of Harris County | | 55820971 | ROBINSON | KENNETH | PAUL |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 15017650 | RUSSELL | WENDY | RENEE |
| Registered in HD149. Moved outside of Harris County | | 34123091 | SAMUELS | NIKKI | ALAINA |
| Registered in HD149. Moved outside of Harris County | | 50087733 | SCOTT | BRIAN | KEITH |
| Registered in HD149. Moved outside of Harris County | | 41665613 | SEALES-HAWTHORNE | VANESSA | ELENA |
| Registered in HD149. Moved outside of Harris County | | 50421809 | SEPULBEDA (Gomez) | ELIANA | |
| Registered in HD149. Moved outside of Harris County | | 36227932 | SHARP | CYNTHIA | RENTERIA |
| Registered in HD149. Moved outside of Harris County | | 37769973 | SHARP | SHAWN | DARRON |
| Registered in HD149. Moved outside of Harris County | | 31123821 | SOKOYA | BABATUNDE | O |
| Registered in HD149. Moved outside of Harris County | | 35649474 | SOOMRO | HUSSAIN | H |
| Registered in HD149. Moved outside of Harris County | | 23314099 | STAATS | ALEDIGNA | M |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Registered in HD149. Moved outside of Harris County | | 31738727 | STAATS | MICHAEL | RODNEY |
| Registered in HD149. Moved outside of Harris County | | 52928140 | STEWART | JENNIFER | JANE |
| Registered in HD149. Moved outside of Harris County | | 34110965 | STOKES | JEANETTE | A (ANDERSO |
| Registered in HD149. Moved outside of Harris County | | 36628964 | TAYLOR-BOOKER | CAROLYN | DENISE |
| Registered in HD149. Moved outside of Harris County | | 52731346 | TERRY | SHERRY | LYNN |
| Registered in HD149. Moved outside of Harris County | | 26696955 | THOMAS | KENNETH | O |
| Registered in HD149. Moved outside of Harris County | | 28777746 | THOMPSON | KENNETH | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 40048159 | TU | JENNIE | YEN |
| Registered in HD149. Moved outside of Harris County | | 41755166 | URELL | JACQUELINE | MARIE |
| Registered in HD149. Moved outside of Harris County | | 35993641 | URZUA | NANCY | GARZA |
| Registered in HD149. Moved outside of Harris County | | 55716856 | VIGELIS | PHAIK | LEO |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 34039586 | VORRICE | BRIDGET | PRUSHETTE |
| Registered in HD149. Moved outside of Harris County | | 41069691 | WALLACE | KRISTIN | NICOLE |
| Registered in HD149. Moved outside of Harris County | | 33152539 | WAPPLER | BEVERLY | FRIEND |
| Registered in HD149. Moved outside of Harris County | | 56259245 | WARNER | NITOSHA | RAYNETTE |
| Registered in HD149. Moved outside of Harris County | | 40507477 | WILLIAMS, Jr. | LACY | KIRT |
| Registered in HD149. Moved outside of Harris County | | 35925262 | WILLIS | JOSEPH | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 51752376 | WOKA | EMEKA | T |
| Registered in HD149. Moved outside of Harris County | | 35863935 | WOLF | DIGNA | DELAROSA |
| Registered in HD149. Moved outside of Harris County | | 32076390 | WU | MARIA | CHIU |
| Registered in HD149. Moved outside of Harris County | | 40220410 | WYATT | KAPREA | L. |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 50579549 | YANCY | MYRTLE | ANN |
| Registered in HD149. Moved outside of Harris County | | 36115251 | YASSINE | ALI | |
| Registered in HD149. Moved outside of Harris County | | 39558432 | YATES | JIMMIE | HARRISON |
| Registered in HD149. Moved outside of Harris County | | 41603259 | YUSUFF | FOLASHADE | A. |
| Registered in HD149. Moved outside of Harris County | | 50568492 | ZULUAGA | ALBA | CECILIA |
| Registered inside HD149. Voted in wrong precinct. Did not move. | | 57608127 | Holder | Tedia | Tilda |
| Registered inside HD149. Voted in wrong precinct. Did not move. | | 55453260 | Salazar | Roxana | Margarita |
| Registered outside HD149. Moved into HD149. | | 57812950 | Cohens | Mingon | Suezzette |
| Registered outside HD149. Moved into HD149. | | 32494668 | Ewing | James | Michael |
| Registered outside HD149. Moved into HD149. | | 27313402 | Ezemba | Victor | Chima |

TX_00003512

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered outside HD149. Moved into HD149. | | 29123015 | Fisher | Charles | Lee |
| Registered outside HD149. Moved into HD149. | | 39625728 | Hunter | Natisha | Michelle |
| Registered outside HD149. Moved into HD149. | | 51471969 | Jenkins | David | Hollis |
| Registered outside HD149. Moved into HD149. | | 39699624 | Okeze | Helen | Chinyere |
| Registered outside HD149. Moved into HD149. | | 39849351 | Okeze | Ignatius | Onuoha |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered outside HD149. Moved into HD149. | | 41929829 | Oriahi | Emmanuel | Nkonye |
| Registered outside HD149. Moved into HD149. | | 58384280 | Rachal | Karen | |
| Registered outside HD149. Moved into HD149. | | 37646510 | Swayzer | Sharone | Evett |
| Registered outside HD149. Moved into HD149. | | 29414547 | Zaheer | Isra | Shamsi |
| Registered outside HD149. Voted inside HD149. Did not move. | | 58385824 | Gray | Robert | Harold |
| Registered outside HD149. Voted inside HD149. Did not move. | | 51349496 | Ihekweazu | Ikenna | Kelechi |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered outside HD149. Voted inside HD149. Did not move. | | 39776679 | Nwanko | Christiana | O. |
| Registered outside HD149. Voted inside HD149. Did not move. | | | Okongwu | Nonyem | |
| Registered outside HD149. Voted inside HD149. Did not move. | | 34878348 | Okoro | Patrick | I |
| Registered outside HD149. Voted inside HD149. Did not move. | | 55945174 | Outlaw | L.C. | |
| Registered outside HD149. Voted inside HD149. Did not move. | | 26726091 | Parffrey | Bryon | Arthur |
| Voted Twice | Voted Twice by Mail | 12080057 & 40437964 | Aguirre | Maria | Peralta & Teresa |
| Voted Twice | Voted Twice by Mail | 11425006 | Odom | Bobbe / Bobt | Stierwalt / Joe |
| Voted Twice | Voted Twice by Mail | 34967984 & 26638593 | Vu | Loan | H & Thi |
| Voted Twice | Voted Twice on Election Day | 35114933 | Haverkamp | David | Scott |
| Voted Twice | Voted Twice on Election Day | 37654332 | Hoang | Augustine | |
| Voted Twice | Voted Twice on Election Day | 19566132 | Jolly | Thomas | Glen |
| Voted Twice | Voted Twice on Election Day | 55786438 | Look | Karla | Maria |

TX_00003515

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Voted Twice | Voted Twice on Election Day | 40927923 & 57171977 | Medina/Medrano | Betty/Karen | Casiano/Vanessa |
| Voted Twice | Voted Twice on Election Day | 39309513 | Sanghani | Suhas | K |
| Voted Twice | Voted Twice on Election Day | 37572591 & 16011934 | Smith (Sr) | Sylvester | |
| Voted Twice | Voted Twice: by Mail and on Election Day | 32934549 | McDade | Zona | Self |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 52947470 | Chung | Chen-Hua | |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 37513074 | Dom | Adrian | Demetrius |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 20853909 | Gonzalez | Jorge | Luis |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 17297219 | Mercado | Efren | Cruz |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 41314444 & 41368531 | Nguyen | Tan & Tien | Thanh |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 41778812 | Rothwell | William | Paul |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 50343359 | Runnels | Harold | James |
| Voter History File Issue | Invalid Voter is ON Voter History File | 40944688 | Adodo | George | Aisedon |
| Voter History File Issue | Invalid Voter is ON Voter History File | 19325893 | Galilee | Veronica | Gail |
| Voter History File Issue | Invalid Voter is ON Voter History File | 52019741 | Garcia | Daniel | |
| Voter History File Issue | Invalid Voter is ON Voter History File | 40216897 | Graham | Katherine | Haule |
| Voter History File Issue | Valid Voter not on Voter History File | 57947467 | Hubbard | Dominique | Shadel |
| Voter History File Issue | Valid Voter not on Voter History File | 58347907 | Washington | Brandon | Kerwin |
| + 68 Cert #'s (Exhibit 4) work incomplete | | | | | |

TX_00003517

**Written Testimony of Robert G ("Grant") Lannon**

I am a Vietnam combat veteran. I was a Forward Air Controller in 1967-68 flying light airplanes at low altitudes above the battlefield to direct fighter bombers to their targets below. One of the reasons I went to Vietnam was to protect the principles of this representative republic which depends on the right of every citizen to vote. Was it more "inconvenient" to go to Vietnam that it is for someone to verify registration information when it is time to vote? My Texas comrades-in-arms are stationed around the world, risking their lives to protect us from current enemies who would destroy this country. However, they are being demeaned even now when their ballot is canceled out by someone who should not be voting because they are not who they say they are. SB 362 ATTEMPTS to ensure that the right to vote is reserved only for those who are eligible to vote. There are many problems with this bill but I feel it is better than nothing. Please respect me and others who are proud to be "inconvenienced" as defenders of freedom. Pass SB 362 and require voters to verify information they provide on their voter registration by presenting some kind of acceptable identification.

TX_00003518

```
1-1   By:  Fraser, Estes, Nelson, Nichols              S.B. No. 362
1-2        (In the Senate - Filed December 15, 2008; February 17, 2009,
1-3   read first time and referred to Committee of the Whole Senate;
1-4   March 11, 2009, reported favorably by the following vote: Yeas 20,
1-5   Nays 12; March 11, 2009, sent to printer.)

1-6                        A BILL TO BE ENTITLED
1-7                             AN ACT

1-8   relating to requiring a voter to present proof of identification.
1-9        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
1-10       SECTION 1.  Subchapter A, Chapter 15, Election Code, is
1-11  amended by adding Section 15.005 to read as follows:
1-12       Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.
1-13  (a)  The voter registrar of each county shall provide notice of the
1-14  identification requirements for voting prescribed by Chapter 63 and
1-15  a detailed description of those requirements with each voter
1-16  registration certificate issued under Section 13.142 or renewal
1-17  registration certificate issued under Section 14.001.
1-18       (b)  The secretary of state shall prescribe the wording of
1-19  the notice to be included on the certificate under this section.
1-20       SECTION 2.  Subchapter A, Chapter 31, Election Code, is
1-21  amended by adding Section 31.012 to read as follows:
1-22       Sec. 31.012.  VOTER IDENTIFICATION EDUCATION. The secretary
1-23  of state and the voter registrar of each county that maintains a
1-24  website shall provide notice of the identification requirements for
1-25  voting prescribed by Chapter 63 on each entity's respective
1-26  website.  The secretary of state shall prescribe the wording of the
1-27  notice to be included on the websites.
1-28       SECTION 3.  Section 32.111, Election Code, is amended by
1-29  adding Subsection (c) to read as follows:
1-30       (c)  The training standards adopted under Subsection (a)
1-31  must include provisions on the acceptance and handling of the
1-32  identification presented by a voter to an election officer under
1-33  Section 63.001.
1-34       SECTION 4.  Subsection (a), Section 32.114, Election Code,
1-35  is amended to read as follows:
1-36       (a)  The county clerk shall provide one or more sessions of
1-37  training using the standardized training program and materials
1-38  developed and provided by the secretary of state under Section
1-39  32.111 for the election judges and clerks appointed to serve in
1-40  elections ordered by the governor or a county authority.  Each
1-41  election judge shall complete the training program.  Each election
1-42  clerk shall complete the part of the training program relating to
1-43  the acceptance and handling of the identification presented by a
1-44  voter to an election officer under Section 63.001.
1-45       SECTION 5.  Chapter 62, Election Code, is amended by adding
1-46  Section 62.016 to read as follows:
1-47       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
1-48  POLLING PLACES.  The presiding judge shall post in a prominent place
1-49  on the outside of each polling location a list of the acceptable
1-50  forms of photographic and nonphotographic identification.  The
1-51  notice and list must be printed using a font that is at least
1-52  24-point.
1-53       SECTION 6.  Section 63.001, Election Code, is amended by
1-54  amending Subsections (b), (c), (d), and (f) and adding Subsection
1-55  (g) to read as follows:
1-56       (b)  On offering to vote, a voter must present to an election
1-57  officer at the polling place the voter's voter registration
1-58  certificate and either:
1-59            (1)  one form of identification listed in Section
1-60  63.0101(a); or
1-61            (2)  two different forms of identification listed in
1-62  Section 63.0101(b) [to an election officer at the polling place].
1-63       (c)  On presentation of the documentation required by
1-64  Subsection (b) [a registration certificate], an election officer
```

1

S.B. No. 362

2-1  shall determine whether the voter's name on the registration
2-2  certificate is on the list of registered voters for the precinct.
2-3       (d)  If the voter's name is on the precinct list of
2-4  registered voters <u>and the voter's identity can be verified from the</u>
2-5  <u>documentation presented under Subsection (b)</u>, the voter shall be
2-6  accepted for voting.
2-7       (f)  After determining whether to accept a voter, an election
2-8  officer shall return the voter's <u>documentation</u> [registration
2-9  certificate] to the voter.
2-10      <u>(g)  If the requirements for identification prescribed by</u>
2-11 <u>Subsection (b) are not met, the voter may be accepted for</u>
2-12 <u>provisional voting only under Section 63.011.  An election officer</u>
2-13 <u>shall inform a voter who is not accepted for voting under this</u>
2-14 <u>section of the voter's right to cast a provisional ballot under</u>
2-15 <u>Section 63.011.</u>
2-16      SECTION 7.  Subsection (a), Section 63.006, Election Code,
2-17 is amended to read as follows:
2-18      (a)  A voter who, when offering to vote, presents a voter
2-19 registration certificate indicating that the voter is currently
2-20 registered in the precinct in which the voter is offering to vote,
2-21 but whose name is not on the precinct list of registered voters,
2-22 shall be accepted for voting <u>if the voter's identity can be verified</u>
2-23 <u>from the documentation presented under Section 63.001(b)</u>.
2-24      SECTION 8.  Subsection (a), Section 63.007, Election Code,
2-25 is amended to read as follows:
2-26      (a)  A voter who, when offering to vote, presents a voter
2-27 registration certificate indicating that the voter is currently
2-28 registered in a different precinct from the one in which the voter
2-29 is offering to vote, and whose name is not on the precinct list of
2-30 registered voters, shall be accepted for voting if <u>the voter's</u>
2-31 <u>identity can be verified from the documentation presented under</u>
2-32 <u>Section 63.001(b) and</u> the voter executes an affidavit stating that
2-33 the voter:
2-34           (1)  is a resident of the precinct in which the voter is
2-35 offering to vote or is otherwise entitled by law to vote in that
2-36 precinct;
2-37           (2)  was a resident of the precinct in which the voter
2-38 is offering to vote at the time that information on the voter's
2-39 residence address was last provided to the voter registrar;
2-40           (3)  did not deliberately provide false information to
2-41 secure registration in a precinct in which the voter does not
2-42 reside; and
2-43           (4)  is voting only once in the election.
2-44      SECTION 9.  Subsection (a), Section 63.008, Election Code,
2-45 is amended to read as follows:
2-46      (a)  A voter who does not present a voter registration
2-47 certificate when offering to vote, but whose name is on the list of
2-48 registered voters for the precinct in which the voter is offering to
2-49 vote, shall be accepted for voting if the voter executes an
2-50 affidavit stating that the voter does not have the voter's voter
2-51 registration certificate in the voter's possession at the polling
2-52 place at the time of offering to vote and the <u>voter's identity can</u>
2-53 <u>be verified from the identification presented under Section</u>
2-54 <u>63.001(b)</u> [voter presents proof of identification in a form
2-55 described by Section 63.0101].
2-56      SECTION 10.  Section 63.0101, Election Code, is amended to
2-57 read as follows:
2-58      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
2-59 <u>(a)</u>  The following documentation is <u>an</u> acceptable <u>form</u> [as proof]
2-60 of <u>photo</u> identification under this chapter:
2-61           (1)  a driver's license or personal identification card
2-62 issued to the person by the Department of Public Safety <u>that has not</u>
2-63 <u>expired or that expired no earlier than two years before the date of</u>
2-64 <u>presentation</u> [or a similar document issued to the person by an
2-65 agency of another state, regardless of whether the license or card
2-66 has expired];
2-67           (2)  a <u>United States military identification card that</u>
2-68 <u>contains the person's photograph</u> [form of identification
2-69 containing the person's photograph that establishes the person's

2

S.B. No. 362

3-1   identity~~]~~;
3-2          (3)   a [~~birth certificate or other document confirming~~
3-3   ~~birth that is admissible in a court of law and establishes the~~
3-4   ~~person's identity~~;
3-5          [~~(4)~~]   United States citizenship <u>certificate</u> [~~papers~~]
3-6   issued to the person <u>that contains the person's photograph</u>;
3-7          <u>(4)</u> [~~(5)~~]   a   United   States   passport   issued   to   the
3-8   person;
3-9          <u>(5)   a license to carry a concealed handgun issued to</u>
3-10  <u>the person by the Department of Public Safety; or</u>
3-11         (6)   [~~official mail addressed to the person by name~~
3-12  ~~from a governmental entity;~~
3-13         [~~(7)~~]   a   <u>valid identification card that contains the</u>
3-14  <u>person's photograph and is issued by:</u>
3-15         <u>(A)   an agency or institution of the federal</u>
3-16  <u>government; or</u>
3-17         <u>(B)   an   agency,   institution,   or   political</u>
3-18  <u>subdivision of this state.</u>
3-19         <u>(b)   The following documentation is acceptable as proof of</u>
3-20  <u>identification under this chapter:</u>
3-21         <u>(1)   a copy of a current utility bill, bank statement,</u>
3-22  <u>government check, paycheck, or other government document that shows</u>
3-23  <u>the name and address of the voter;</u>
3-24         <u>(2)   official mail addressed to the person by name from</u>
3-25  <u>a governmental entity;</u>
3-26         <u>(3)   a certified copy of a birth certificate or other</u>
3-27  <u>document confirming birth that is admissible in a court of law and</u>
3-28  <u>establishes the person's identity;</u>
3-29         <u>(4)   United States citizenship papers issued to the</u>
3-30  <u>person;</u>
3-31         <u>(5)   an original or certified copy of the person's</u>
3-32  <u>marriage license or divorce decree;</u>
3-33         <u>(6)   court records of the person's adoption, name</u>
3-34  <u>change, or sex change;</u>
3-35         <u>(7)   an identification card issued to the person by a</u>
3-36  <u>governmental entity of this state or the United States for the</u>
3-37  <u>purpose of obtaining public benefits, including veteran's</u>
3-38  <u>benefits, Medicaid, or Medicare;</u>
3-39         <u>(8)   a temporary driving permit issued to the person by</u>
3-40  <u>the Department of Public Safety;</u>
3-41         <u>(9)   a pilot's license issued to the person by the</u>
3-42  <u>Federal Aviation Administration or another authorized agency of the</u>
3-43  <u>United States;</u>
3-44         <u>(10)   a library card that contains the person's name</u>
3-45  <u>issued to the person by a public library located in this state; or</u>
3-46         <u>(11)   a hunting or fishing license issued to a person by</u>
3-47  <u>the Parks and Wildlife Department</u> [~~or~~
3-48         [~~(8)   any other form of identification prescribed by~~
3-49  ~~the secretary of state~~].
3-50         SECTION 11.   Subsection (a), Section 63.011, Election Code,
3-51  is amended to read as follows:
3-52         (a)   A person to whom Section <u>63.001(g),</u> 63.008(b)<u>,</u> or
3-53  63.009(a) applies may cast a provisional ballot if the person
3-54  executes an affidavit stating that the person:
3-55         (1)   is a registered voter in the precinct in which the
3-56  person seeks to vote; and
3-57         (2)   is eligible to vote in the election.
3-58         SECTION 12.   Section 521.422, Transportation Code, is
3-59  amended by amending Subsection (a) and adding Subsection (d) to
3-60  read as follows:
3-61         (a)   <u>Except as provided by Subsection (d), the</u> [~~The~~] fee for
3-62  a personal identification certificate is:
3-63         (1)   $15 for a person under 60 years of age;
3-64         (2)   $5 for a person 60 years of age or older; and
3-65         (3)   $20 for a person subject to the registration
3-66  requirements under Chapter 62, Code of Criminal Procedure.
3-67         <u>(d)   The department may not collect a fee for a personal</u>
3-68  <u>identification certificate issued to a person who states that the</u>
3-69  <u>person is obtaining the personal identification certificate for the</u>

3

S.B. No. 362

4-1   sole purpose of satisfying Section 63.001(b)(1), Election Code,
4-2   and:
4-3            (1)  who is a registered voter in this state and
4-4   presents a valid voter registration certificate; or
4-5            (2)  who is eligible for registration under Section
4-6   13.001, Election Code, and submits a registration application to
4-7   the department.
4-8        SECTION 13.  As soon as practicable after the effective date
4-9   of this Act:
4-10            (1)  the secretary of state shall adopt the training
4-11   standards and develop the training materials required to implement
4-12   the change in law made by this Act to Section 32.111, Election Code;
4-13   and
4-14            (2)  the county clerk of each county shall provide a
4-15   session of training under Section 32.114, Election Code, using the
4-16   standards adopted and materials developed to implement the change
4-17   in law made by this Act to Section 32.111, Election Code.
4-18        SECTION 14.  (a)  Except as provided by Subsection (b) of
4-19   this section, this Act takes effect January 1, 2010.
4-20        (b)  The changes in law made by Sections 1, 2, 3, 4, and 13 of
4-21   this Act take effect September 1, 2009.

4-22                            * * * * *

4

**BILL ANALYSIS**

S.B. 362
By: Fraser
Elections
Committee Report (Unamended)

## BACKGROUND AND PURPOSE

Under current law, to vote a regular ballot a voter is required only to present a voter registration certificate to an election officer.  Although this requirement attempts to ensure that only registered voters receive a regular ballot on election day, it leaves a potential loophole for fraud. Individuals are not required to show proof of identification to register to vote, making it possible for an unscrupulous individual to submit several falsified voter registration applications and receive the voter registration certificates issued as a result of those applications. The current process provides no statutory standards for verifying the identity of individuals at the polling place when they present a voter registration certificate.

S.B. 362 modifies provisions requiring a voter to present proof of identification when offering to vote.

## RULEMAKING AUTHORITY

It is the committee's opinion that this bill does not expressly grant any additional rulemaking authority to a state officer, department, agency, or institution.

## ANALYSIS

S.B. 362 amends the Election Code to require the voter registrar of each county to provide notice of the identification requirements for voting prescribed by provisions relating to the acceptance of a voter for voting and a detailed description of those requirements with each voter registration certificate or renewal registration certificate issued.  The bill requires the secretary of state to prescribe the wording of the notice to be provided on the certificate. The bill makes these provisions effective September 1, 2009.

S.B. 362 requires the secretary of state and the voter registrar of each county that maintains a website to provide notice of the identification requirements for voting on each entity's respective website and requires the secretary of state to prescribe the wording of that notice. The bill requires the secretary of state, in cooperation with the appropriate nonprofit organizations as determined by the secretary of state and with each party whose nominee for governor in the most recent gubernatorial general election received 20 percent or more of the total number of votes received by all candidates for governor in the election, to establish a statewide effort to educate voters regarding the identification requirements for voting.  The bill authorizes the secretary of state to use any available funds, including federal funds, to implement these provisions. The bill makes these provisions effective September 1, 2009.

S.B. 362 requires the training standards for election judges adopted by the secretary of state to include provisions on the acceptance and handling of the identification presented by a voter to an election officer in accordance with the regular procedure for accepting a voter and requires each election clerk to complete that part of the training program. The bill makes these provisions effective September 1, 2009.

81R 21732                                                                                           9.132.552

TX_00003623
JA_004427

TX_00003623

S.B. 362 requires the presiding judge of an election precinct to post notice with a list of the acceptable forms of photographic and nonphotographic identification in a prominent place on the outside of each polling location and requires that information to be printed using a font that is at least 24-point.

S.B. 362 requires a voter, on offering to vote, to present to an election officer at the polling place either one acceptable form of photographic identification or two acceptable forms of nonphotographic identification, rather than only the voter's voter registration certificate, and makes conforming changes.  The bill makes conforming changes to provisions relating to a voter's statement of residence, a voter with the correct certificate who is not on the precinct list of registered voters, a voter with the incorrect certificate who is not on the precinct list of registered voters, and the regular procedures for accepting voters.

S.B. 362 specifies that the following documentation is an acceptable form of photographic identification for voting:

- a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) that has not expired or that expired no earlier than two years before the date of presentation;
- a United States military identification card that contains the person's photograph;
- a United States citizenship certificate issued to the person that contains the person's photograph;
- a United States passport issued to the person;
- a license to carry a concealed handgun issued to the person by the DPS; or
- a valid identification card that contains the person's photograph and is issued by an agency or institution of the federal government or of an agency, institution, or political subdivision of Texas.

S.B. 362 adds the following documentation as acceptable nonphotographic proof of identification for voting:

- the voter's voter registration certificate;
- an original or certified copy of the person's marriage license or divorce decree;
- court records of the person's adoption, name change, or sex change;
- an identification card issued to the person by a governmental entity of Texas or the United States for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;
- a temporary driving permit issued to the person by DPS;
- a pilot's license issued to the person by the Federal Aviation Administration or another authorized agency of the United States;
- a library card that contains the person's name issued to the person by a public library located in this state; or
- a hunting or fishing license issued to a person by the Parks and Wildlife Department.

S.B. 362 amends the provision designating a copy of a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity as a form of nonphotographic proof of identification to specify that such a document is required to be certified.

81R 21732                                                                                                      9.132.552

2

S.B. 362 removes the following documentation as acceptable proof of identification for voting:

- a document similar to a driver's license or personal identification card issued to the person by an agency of another state, regardless of whether the license or card has expired;
- a non-specified form of identification containing the person's photograph that establishes the person's identity; and
- any other form of identification prescribed by the secretary of state.

S.B. 362 authorizes a voter, if the identification requirements are not met, to be accepted for provisional voting only under the provisions relating to the execution of an affidavit to cast a provisional ballot. The bill requires an election officer to inform a voter that is not accepted for voting because of failing to present the required identification of the voter's right to cast a provisional ballot under those provisions.

S.B. 362 amends the Transportation Code to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the sole purpose of satisfying requirements for a photographic identification for voting, who is a registered voter in Texas and presents a valid voter registration certificate or who is eligible for voter registration and submits a voter registration application to the department.

S.B. 362 requires the secretary of state, as soon as practicable after September 1, 2009, to adopt the training standards and develop the training materials required to implement the bill's provisions relating to training.   The bill requires the county clerk of each county, as soon as practicable after September 1, 2009, to provide a session of training using the standards adopted and materials developed by the secretary of state. The bill makes these provisions effective September 1, 2009.

S.B. 362 repeals the following sections of the Election Code:

- Section 63.008, relating to a voter without a voter registration certificate who is on the precinct list of registered voters
- Section 63.009, relating to a voter without a voter registration certificate who is not on the precinct list of registered voters

**EFFECTIVE DATE**

Except as otherwise provided, January 1, 2010.

81R 21732                                                                                              9.132.552

3

## Committee of the Whole Exhibits on S.B. 362

Exhibit 1A          Senator Van de Putte 3/3/09 memo to Senator Duncan
                    re ground rules for Committee of the Whole Public hearing.

Exhibit 1B          Senator Duncan 3/5/09 Memo to Senator Van de Putte
                    re response to concerns about ground rules for the Committee of the
                    Whole Senate.

Exhibit 2           Letter to Texas Attorney General Greg Abbott
                    re: hearing on SB 362, signed by 11 Senators.

Exhibit 3           Senate Notice of Public Hearing on SB 362 for 3/10/09.

Exhibit 4           Texas Senate Agenda, 3/10/09.

Exhibit 5A          3/10/09 Tag Form signed by Senator Royce West, et. al.

Exhibit 5B          3/10/09 Tag Form signed by Senator Mario Gallegos.

Exhibit 6           Roll Call #2 - Senator Gallegos' Appeal of Ruling of Chair on Senator
                    West's Point of Order.

Exhibit 7           Institute of Public Policy Publication entitled "The Effects of Photographic
                    Identification of Voter Turnout in Indiana: A County-Level Analysis" by
                    Jeffrey Milyo, Report 10-2007, Revised December 2007.

Exhibit 8           AU News publication entitled "Much-Hyped Turnout Records Fails to
                    Materialize - Convenience Voting Fails to Boost Balloting."

Exhibit 9           Symposium paper entitled "The Empirical Effects of Voter ID Laws:
                    Present or Absent?" by Jason D. Wycoff, Michael W. Wagner, and David
                    C. Wilson.

Exhibit 10          9/10/07 Report of Heritage Center for Data Analysis entitled "New
                    Analysis Shows Voter Identification Laws Do Not Reduce Turnout" by
                    David B. Muhlhausen and Keri Weber Sikich.

Exhibit 11          *New York Times* article - September 23, 2005, "Voting Reform is in the
                    Cards," by Jimmy Carter and James Baker III.

Exhibit 12          Harvey Kronberg's Quorum Report, April 23, 2007 entitled "Royal
                    Masset: The Voter ID Bill Will Kill My Mother's Right to Vote."

1

| | |
|---|---|
| Exhibit 13 | 2/3/08 article entitled "A Clearer Picture on Voter ID" by Jimmy Carter and James A. Baker III. |
| Exhibit 14 | Testimony of Hans A. von Spakovsky, March 10, 2009, re S.B. 362. |
| Exhibit 15A | 6/11/07 Letter to Senate Committee on Rules and Administration re Hans von Spakovsky nomination. |
| Exhibit 15B | 6/12/2007 article entitled "Obama Raises Concerns Over FEC Nominee's Record of Partisanship." |
| Exhibit 15C | 10/3/07 Letter to the United States Senate from Public Citizen. |
| Exhibit 16 | Institute of Public Policy Publication entitled "The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis" by Jeffrey Milyo, Report 10 -2007, Revised December 2007. |
| Exhibit 17 | Testimony of Tova Andrea Wang, Vice President, Research Common Cause, March 10, 2009, re S.B. 362. |
| Exhibit 18 | Report of the Commission on Federal Election Reform entitled "Building Confidence in U.S. Elections," September 2005. |
| Exhibit 19 | Fifteen letters to the Honorable Dianne Feinstein, chair, and the Honorable Robert F. Bennett, ranking minority member, US Senate Committee on Rules and Administration: |

1. 6/29/07 letter from Hans A. von Spakovsky
2. 3/22/07 letter from various members of Congress
3. 3/13/07 letter from William H. Jordan
4. 2/08/07 letter from Gary J. Smith
5. 2/26/07 letter from P.K. Brunelli
6. 3/01/07 letter from J.A. Borras
7. 2/21/07 letter from Trey Grayson
8. 2/20/07 letter from Beverly B. Kaufman
9. 2/19/07 letter from Todd Rokita
10. 2/16/07 letter from Frank B. Strickland
11. 2/14/07 letter from Tom Lowe
12. 2/13/07 letter from T. Rogers Wade
13. 2/14/06 letter from Johnny Isakson
14. 2/09/07 letter from Wesley R. Kliner, Jr.
15. 3/13/07 letter from Ray Martinez III.

2

| | |
|---|---|
| Exhibit 20 | Brennan Center for Justice letter dated October 3, 2007 by Executive Director Michael Waldman, with attachments. |
| Exhibit 21 | Prepared Remarks of Dr. Toby Moore, Research Triangle,  regarding *"Evidence of the impact of voter ID requirements, and the prospects of US DOJ preclearance"* March 10, 2009. |
| Exhibit 22 | Harris County map submitted by Senator Gallegos. |
| Exhibit 23 | Testimony of Frank B. Strickland, re S.B. 362, March 10, 2009. |
| Exhibit 24 | Testimony of Adam Skaggs, Counsel, Democracy Program, Brennan Center for Justice at NYU School of Law, regarding *The Myth of Voter Impersonation Fraud at the Polls*, March 10, 2009. |
| Exhibit 25 | Written testimony of Robert A. Simms, Georgia Deputy Secretary of Senate, presented to the United States Senate Committee on Rules and Administration, submitted by Wes Tailor. |
| Exhibit 26 | Testimony of J. Gerald Hebert, re S.B. 362, March 10, 2009. |
| Exhibit 27 | Letter from Rene Guerra, Criminal District Attorney of Hidalgo County submitted by Senator Lucio. |
| Exhibit 28 | 3/4/09 Letter from Todd Rokita, Indiana Secretary of State, to Senator Troy Fraser, re S.B. 362. |
| Exhibit 29 | Testimony of Chandler Davidson, Tsanoff Professor of Public Affairs Emeritus, Rice University,  regarding "The Historical Context of Senate Bill 362," March 10, 2009. |
| Exhibit 30 | 3/06 Printout from Texas AG Website titled "Helping Stamp Out Voter Fraud in Texas" by Greg Abbott, Attorney General of Texas, submitted by Senator Shapleigh. |
| Exhibit 31 | Dashwood Case documents submitted by Ed Johnson, Harris County Tax Assessor-Collector and Voter Registrar's Office. |
| Exhibit 32 | Records from specific Harris County voting documents, submitted by Ed Johnson. |

3

Exhibit 33          Harris County Deceased Voting History, miscellaneous registration applications, submitted by Ed Johnson.

Exhibit 34          Texas Voter Registration Application form submitted by Senator Huffman.

Exhibit 35          Testimony of Daniel B. Kohrman, Senior Attorney, AARP Foundation, re S.B. 362, March 10, 2009.

Exhibit 36          Photographs of Voter Education, Anderson County Workshop, 2008

Exhibit 37          Testimony of Gary L. Bledsoe, President Texas NAACP, re S.B. 362, March 10, 2009.

Exhibit 38          Number of Voters who have registered since 2006 without a driver's license number submitted by Senator Watson.

Exhibit 39          The Special Investigations Unit Role and Investigative Efforts and Funding submitted by Senator Huffman.

Exhibit 40          Slip opinion, U.S. Supreme Court, Crawford v. Marion County Election Board, October Term, 2007.

Exhibit 41          U.S. Supreme Court, Crawford v. Marion County Election Board, on Writ of Certiorari to U.S. Court of Appeals for the Seventh Circuit, Brief of Texas, Alabama, Colorado, Florida, Hawaii, Michigan, Nebraska, Puerto Rico and South Dakota, as Amici Curial Supporting Respondents.

Exhibit 42          Written testimony of Claire Oxley Gluck from Boerne, in Kendall County re S.B. 362.

Exhibit 43          Written testimony of Hazel Cotton of Texarkana, TX, re S.B. 362.

Exhibit 44          Written testimony of Kathy Hicks of Texarkana, TX, re S.B. 362.

Exhibit 45          Written testimony of Donald Giles of Texarkana, TX, re S.B. 362.

Exhibit 46          Written testimony of Anita Privett, League of Women Voters of Texas, re S.B. 362.

Exhibit 47          Written testimony of Rosa Rosales, League of United Latin American Citizens, National President, re S.B. 362.

4

| | |
|---|---|
| Exhibit 48 | Written testimony of Dustin Rynders, Advocacy Incorporated, re S.B. 362. |
| Exhibit 49 | Written testimony of Marsha Correira, re S.B. 362. |
| Exhibit 50 | Written testimony of Rachel A. Hernandez, re S.B. 362. |
| Exhibit 51 | 10/17/08 Press release by Nelda Wells Spears, Voter Registrar Travis County entitled "40,000 Voter Registration Applications Processed in Time for Early Voting." |
| Exhibit 52 | Testimony of Lydia Camarillo, SVREP Vice President, re S.B. 362. |
| Exhibit 53 | Testimony of Luis Figueroa, Mexican American Legal Defense and Education Fund, (MALDEF), re S.B. 362. |
| Exhibit 54 | Written testimony of Sylvia Mendoza, re S.B. 362. |
| Exhibit 55 | Testimony of Dr. Rod Fluker, Sr., Executive Director for the Texas Association of Black Personnel in Higher Education, re S.B. 362. |

TX_00002656
JA_004434

TX_00002656



# The Senate of The State of Texas

## Senator Leticia Van de Putte, R. Ph.
### District 26

Date:        March 3, 2009
To:          Chairman Duncan
From:        Leticia Van de Putte
Subject:     Ground Rules, Committee-of-the-Whole Public Hearing

Thank you for being open to discussing our serious concerns regarding this legislation, and the process by which it will be considered. The Senate Democrats have remaining concerns regarding the process moving forward:

1. We would request more time to prepare for the Committee-of-the-Whole hearing. In fact, we have at least one expert witness who because of a scheduling conflict will not be able to attend on March 10. Further, we renew our protest that the Texas Senate has no business taking voter identification legislation prior to addressing issues of broad importance to Texans.

2. We would request additional slots for invited testimony. What has been discussed is "3 or 4" from each side. We would request at least 8 from each side. Before asking Texas voters to go to considerable additional bureaucratic burden to exercise a fundamental right, the Texas Senate should be absolutely clear that there is an identifiable and measurable problem in need of a legislative solution, the perils involved with the legislative reactions currently proposed, and detailed analysis on the effects on minority voters protected under the Voting Rights Act. These crucial issues could be more completely addressed with expanded panels of expert witnesses.

3. We request that the Senate provide qualified legal representation to the Democrats, much as might happen during a debate over redistricting legislation in which myriad Constitutional issues are present.

4. We request that a stenographer be provided to record all proceedings of the Committee-of-the-Whole testimony and deliberations, and the subsequent deliberations of the Texas Senate on this legislation. The necessary pre-clearance requirements with the U.S. Department of Justice, and the likelihood of litigation resulting from this legislation makes this request prudent.

5. We request that the Texas Attorney General make himself available as a resource witness during the deliberations of the Committee-of-the-Whole. Many claims of "voter fraud" have been made in the course of the public debate in this and previous legislative

700 N. St. Mary's St., Suite 1725
San Antonio, Texas 78205
210-733-6604
210-733-6605 Fax

*Ex 1 A*
TX_00001878

E-MAIL: leticia.vandeputte@senate.state.tx.us
Committees: Veteran Affairs and Military Installations, *Chair*
Business & Commerce • Education • State Affairs

P.O. Box 12068
Austin, Texas 78711
512-463-0126
Fax 512-463-2114
1-888-279-0648
Dial 711 For Relay Calls

TX_00001676

sessions.  Since the Attorney General's office has spent considerable tax dollars investigating the extent of this problem, his testimony is relevant to deliberations on this legislation.

Thank you in advance for addressing these concerns. As always, please feel free to call me at any time to discuss these or any other concerns.

TX_00001677

RECEIVED MAR 0 6 2009



COMMITTEES:
STATE AFFAIRS, CHAIR
FINANCE
HIGHER EDUCATION
JURISPRUDENCE
NATURAL RESOURCES

## ROBERT DUNCAN
### STATE SENATOR
### DISTRICT 28

March 5, 2009

To:        Senator Leticia Van de Putte
From:      Senator Robert Duncan
CC:        Senator Troy Fraser
Subject:   Response to Concerns about Ground Rules, Committee of the Whole Senate

I am writing in response to your memo of March 3, 2009, concerning the process for discussing voter identification legislation in the Senate. I want to assure you that I am sensitive to those concerns and intend for consideration of this legislation to be an open process. To that end, my responses to the issues raised are as follows:

    1.    I am not inclined to support further delay in consideration of voter identification legislation. As you know, it is impossible to choose a date and time that is convenient for everyone. Scheduling conflicts are present for all interested parties. All Senators were notified in a letter from Sen. Fraser on February 26, 2009, of his intention to debate Senate Bill 362 on March 10, 2009, and a public notice was posted on March 4, 2009. More than a week's notice of a hearing is much more than the Senate usually provides, even on many of our most important pieces of legislation. Although we will begin with invited testimony, any other invited witness who is unavailable at that time may testify out of order, at your request, before the conclusion of public testimony or they may submit written testimony or comments.

The security and accuracy of Texas' elections is certainly an issue of broad importance to Texas. Such issues have been the subject of interim studies by the Senate State Affairs Committee during each of the past two interims. Additionally, that committee heard extensive testimony last session on a substantially similar voter identification bill. The Texas Senate also spent nearly an entire day on the Senate floor at the beginning of this session discussing the importance of this issue.

    2.    It would be helpful to reach a consensus on the procedure for hearing from a panel of invited witnesses as soon as possible and I look forward to continuing our discussions to that effect.

    3.    I am not aware of any precedent for the Senate providing party caucus counsel. Of course, any caucus in the Senate is entitled to retain independent counsel of its choice at its own expense. Therefore, I cannot recommend that the Senate fund separate party caucus counsel.

Ex 1 B

LUBBOCK DISTRICT OFFICE:
1500 BROADWAY
SUITE 902
LUBBOCK, TEXAS 79401
(806) 762-1122
1-800-546-9928
FAX (806) 749-2828

CHILDRESS DISTRICT OFFICE:
119 AVENUE B NW
CHILDRESS, TEXAS 79201
(940) 937-0909
(888) 887-7027
FAX (940) 937-6994
DIAL 711 FOR RELAY CALLS

CAPITOL OFFICE:
ROOM 3E.10
P.O. BOX 12068
AUSTIN, TEXAS 78711
(512) 463-0128
(800) 322-9538
FAX (512) 463-2424

SAN ANGELO DISTRICT OFFICE:
36 WEST BEAUREGARD
SUITE 510
SAN ANGELO, TEXAS 76903
(915) 481-0028
1-800-558-9928
FAX (915) 655-2541

TX_00001678
JA_004437

4.      The Secretary of the Senate's Office is looking into the possibility of having a court reporting service transcribe the Committee of the Whole's proceedings.  More details on this will be provided at a later date.

5.      Given the fact that the Office of the Attorney General will represent the state of Texas in litigation, if any, arising out of this legislation, it would be inappropriate to present the Attorney General as a witness in the legislative debate.  To the extent there are procedural or technical questions relating to elections in Texas, the Office of the Secretary of State may be invited as a resource.

Thank you for keeping an open dialogue on this important issue.  I look forward to further discussing the process by which the Senate will be going about its business on March 10th. Please feel free to contact me or my office at any time.



The Hon. Greg Abbott
Texas Attorney General
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

Dear General Abbott:

Tomorrow, March 10, 2009, the Committee of the Whole of the Texas State Senate will hold a hearing on Senate Bill 362 which would require Texas voters to present photo identification in order to cast a ballot.

This is a highly controversial and divisive issue.  We have grave concerns that it will create barriers to voting that rise to the level of disenfranchisement of many thousands, if not millions, of Texas voters.  Should such a law be enacted, the Attorney General would have significant responsibility to both enforce the statute and to protect against its abuse.

In light of this, we call on you to appear before the Senate Committee of the Whole tomorrow to give your views and state your intentions regarding enforcement of any Photo Voter ID requirement and to take questions from Senators on this important matter.  The hearing will take place in the Senate Chamber beginning at 10 am.

As Attorney General, you have taken an extremely active role in your duty to enforce voting laws throughout the state.  In March of 2006, you announced a significant effort to stamp out the "epidemic of voter fraud" in Texas.  In that same release you directed your "Special Investigations Unit (SIU) to work with police departments, sheriff's offices, and district and county attorneys to successfully identify, investigate and prosecute various types of voter fraud offenses" and funded the effort with a "$1.5 million grant from the Governor's office."

Three years and thousands of taxpayer dollars spent, it would be instructive for the Senate and public to hear the results of your efforts.

We apologize for the short notice on this request for testimony.  However, in reading your Amicus Curiae brief in *Crawford v. Marion County Election Board* that was



TX_00001680
JA_004439

prepared at the expense of Texas taxpayers, it seems you have considered at great length a similar piece of legislation that was enacted in Indiana.

We trust that you will convey your respect for the Texas Senate and your responsibilities as Attorney General by attending the hearing tomorrow.

Sincerely:

** REVISION **
## SENATE
### NOTICE OF PUBLIC HEARING

RECEIVED
SECRETARY OF SENATE

9  MAR -9  P6 :22

COMMITTEE:    Committee of the Whole Senate

TIME & DATE:  10:00 AM **
              Tuesday, March 10, 2009

PLACE:        Senate Chamber

** PLEASE NOTE THAT THE SENATE WILL CONVENE AT 10:00 AM

---

Upon adoption of the appropriate motion, the Senate will resolve into the Committee of the Whole Senate to consider the following:

SB 362        Fraser | et al.
Relating to requiring a voter to present proof of identification.

The Committee will hear invited and public testimony on SB 362.
**The Committee will begin with invited testimony.  It is anticipated that public testimony will not begin until 1:00 p.m.**

Interested parties may appear and provide written or oral testimony by submitting a witness affirmation card. Persons wishing to submit written testimony must provide 40 copies with their witness affirmation card.

Witness affirmation cards will be available at 8:00 a.m. on the day of the hearing at the Witness Registration Desk located in front of the Senate Chamber on the 2nd Floor of the Capitol.

Witnesses and the public are invited to observe the proceedings of the Committee from the Senate Gallery on the 3rd Floor.  Witnesses who have registered to testify will have their names called by the Chair at least 5 minutes before they are scheduled to appear.  As names are called, witnesses should check in at the Witness Registration Desk for admission into the Senate Chamber for their testimony.

For any questions regarding the hearing, please contact Patsy Spaw (512) 463-0100.

---

1

TX_00071682
JA_004441

**THE SENATE CONVENES AT 10:00 A.M. TODAY**

**THE HOUSE CONVENES AT 10:00 A.M. TODAY**



# TEXAS SENATE AGENDA

## DAVID DEWHURST, PRESIDENT
## ROBERT DUNCAN, PRESIDENT PRO TEMPORE

*Tuesday, March 10, 2009*

**NOTICE OF INTENT**
**SENATE COMMITTEE HEARINGS**
**REGULAR ORDER OF BUSINESS**
**SENATE FLOOR ACTION**

**Linda Tubbs, Calendar Clerk      463-0060                    Room 2E.23**

*Exhibit 4*

TX_00001683
JA_004442

TX_00001683

# MORNING CALL

(1) Reports from select committees;
(2) Senate bills and resolutions and House bills and resolutions on first reading and referral to committee;
(3) Introduction and consideration of memorial and congratulatory resolutions;
(4) Messages and executive communications;
(5) Motions to print on minority reports;
(6) Other motions not provided for herein.

# VOTE REQUIREMENTS

**SENATE QUESTION**
**RULE** **VOTE**

| | | |
|---|---|---|
| 5.02 | Quorum | 2/3 Membership (21) |
| 5.11 | Special Order | 2/3 Present |
| 5.14 (c) | Suspend Intent Calendar Rule | 4/5 Present |
| 6.10 | Reconsider | Majority Present |
| 10.02 | Final Passage, Constitutional Amendment | 2/3 Membership (21) |
| 6.20 | Vetoed House Bill | 2/3 Membership (21) |
| 6.20 | Vetoed Senate Bill | 2/3 Present |
| 7.19 | Adopt Amendment at Third Reading | 2/3 Present |
| 5.13 | Postpone or Change Order of Business | 2/3 Present |
| 22.01 | Rescind or Amend Senate Rule | Majority Membership (16) |
| 22.01 | Suspend Senate Rule unless otherwise specified | 2/3 Present |
| 16.06 (3) | Confirm Gubernatorial Appointments | 2/3 Present |
| 7.18 | Suspend Three Day Rule | 4/5 Present |
| 15.02 | Hold Executive Session | Majority Membership (16) |
| 6.09 | Previous Question | 5 Seconds & Majority Present |
| 7.13 | Consider Bill during first 60 days | 4/5 Membership (25) |
| 7.07 (b) | Introduce Bill after first 60 days | 4/5 Membership (25) |
| 6.08 | Re-referral | 2/3 Present |
| 6.08 | Commit | Majority Membership (16) |
| 11.17 | File Minority Report | 2/3 Present |

**Members Present &**

| Voting | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Majority | 16 | 16 | 15 | 15 | 14 | 14 | 13 | 13 | 12 | 12 | 11 |
| 2/3rds | 21 | 20 | 20 | 19 | 18 | 18 | 17 | 16 | 16 | 15 | 14 |
| 4/5th | 25 | 24 | 24 | 23 | 22 | 21 | 20 | 20 | 19 | 18 | 17 |

# Contents

NOTICE OF INTENT ................................................................................1

SENATE COMMITTEE HEARINGS ........................................................2

    Finance ................................................................................................2

    Committee of the Whole Senate...........................................................2

    Transportation & Homeland Security .................................................3

    Finance ................................................................................................4

    Higher Education .................................................................................5

    Intergovernmental Relations ...............................................................5

    Subcommittee on Flooding & Evacuations...........................................5

    Nominations..........................................................................................5

    Subcommittee on Base Realignment and Closure ...............................6

    Veteran Affairs & Military Installations .............................................6

    Finance ................................................................................................6

    Health & Human Services....................................................................7

    Natural Resources................................................................................8

REGULAR ORDER OF BUSINESS .......................................................11

SENATE FLOOR ACTION ....................................................................20

## <u>NOTICE OF INTENT</u>

**Tuesday**
**March 10, 2009**

**SB 175**                    **Shapiro**
Relating to limitations on the automatic admission of undergraduate students to general academic teaching institutions.
*Committee report printed and distributed 01:48 PM, 03/09/09*

**SB 202 (CS) (LC)**          **Shapleigh/ et al.**
Relating to provisional licensing of physicians to practice in underserved areas.
*Committee report printed and distributed 01:43 PM, 03/02/09*

(CS)   COMMITTEE SUBSTITUTE
(LC)   RECOMMENDED FOR LOCAL CALENDAR

1

# SENATE COMMITTEE HEARINGS

## Tuesday
## March 10, 2009

**Finance**                    **8:00 AM**                    **E1.036**

To consider the following pending business:

**SB 1**                        **Ogden**

General Appropriations Bill.

The Committee intends to take up and consider recommendations from the workgroups on the agencies for the following Article, and any other pending business:

Article V (Public Safety and Criminal Justice)

**Committee of the Whole**

**Senate**                    **9:00 AM ***                    **Senate Chamber**

** 9:00 a.m. upon resolution of the Senate into Committee of the Whole
Upon adoption of the appropriate motion, the Senate will resolve into the Committee of the Whole Senate to consider the following:

**SB 362**                    **Fraser/ Estes/ et al.**

Relating to requiring a voter to present proof of identification.
The Committee will hear invited and public testimony on SB 362.

Interested parties may appear and provide written or oral testimony by submitting a witness affirmation card.  Persons wishing to submit written testimony must provide 40 copies with their witness affirmation card.

2

Witness affirmation cards will be available at 8:00 a.m. on the day of the hearing at the Witness Registration Desk located in front of the Senate Chamber on the 2nd Floor of the Capitol.

Witnesses and the public are invited to observe the proceedings of the Committee from the Senate Gallery on the 3rd Floor.  Witnesses who have registered to testify will have their names called by the Chair at least 5 minutes before they are scheduled to appear.  As names are called, witnesses should check in at the Witness Registration Desk for admission into the Senate Chamber for their testimony.

For any questions regarding the hearing, please contact Patsy Spaw (512) 463-0100.

**Wednesday
March 11, 2009**

**Transportation &
Homeland Security**           7:30 AM                    E1.016

Please note the start time.  If the Senate is in active session or Committee of the Whole after 10 P.M. Tuesday, March 10, this hearing will be canceled.  Otherwise, the Committee will meet to take up the following bills for consideration as new business:

**SB 129**                   **Ellis**

Relating to the maximum speed limit for a neighborhood electric vehicle being operated on a street or highway.

**SB 161**                   **Ellis**

Relating to specialty license plates supporting the Safe Routes to School Program.

3

**SB 375**                    **Carona**
Relating to the release of motor vehicle accident report information.

**SB 488**                    **Ellis/ Carona/ et al.**
Relating to the operation of a motor vehicle in the vicinity of a vulnerable road user; providing penalties.

**SB 617**                    **Shapleigh**
Relating to requiring a retail seller of motor vehicle tires to render certain tires unusable; providing a civil penalty.

**SB 626**                    **Carona**
Relating to the creation, organization, governance, duties, and functions of the Texas Department of Vehicles; providing a penalty.

**SB 652**                    **Zaffirini**
Relating to the maintenance of emergency contact and medical information databases by the Texas Department of Public Safety.
Those wishing to give public testimony should limit oral remarks to 2 minutes. If submitting written testimony, please submit 15 copies, with your name on each copy, to the Committee Staff prior to the hearing.

At the Chairman's discretion, the Committee may also consider any pending business.

---

**Finance**                    **8:00 AM**                    **E1.036**
To consider the following pending business:

**SB 1**                    **Ogden**
General Appropriations Bill.

The Committee will take up and consider any pending items.

4

| Higher Education | 8:00 AM | E1.012 |
|---|---|---|

Regrettably, the Senate Higher Education Committee cannot meet due to the meeting of the Committee of the Whole to address Voter Identification legislation.

| Intergovernmental Relations | 9:30 AM | E1.028 |
|---|---|---|

**SB 361**          **Patrick, Dan/ et al.**

Relating to the requirement that water and sewer service providers ensure operations during an extended power outage.

**SB 690**          **Wentworth**

Relating to the requirements for a petition proposing an amendment to the charter of a home-rule municipality.

**SB 764**          **Watson/ Hinojosa**

Relating to the right of certain municipalities to maintain local control over wages, hours, and other terms and conditions of employment.

| Subcommittee on Flooding & Evacuations | 10:30 AM | E1.028 |
|---|---|---|

Regrettably, the Subcommittee on Flooding and Evacuations cannot meet this week due to the meeting of the Committee of the Whole to address Voter Identification legislation.

| | 1:00 PM or 30 minutes | |
|---|---|---|
| **Nominations** | **upon adjournment** | **Senate Chamber** |

The committee will not meet today.

5

TX_00001690

| | | |
|---|---|---|
| **Subcommittee on Base** | | **Betty King Cmte.** |
| **Realignment and Closure** | **1:30 PM** | **Rm.** |

The Senate Subcommittee on Base Realignment and Closure will not meet this week due to the Committee of the Whole meeting to address voter suppression legislation.

| | | |
|---|---|---|
| **Veteran Affairs &** | **1:30 PM or upon** | **Betty King Cmte.** |
| **Military Installations** | **adjournment** | **Rm.** |

The Senate Committee on Veteran Affairs & Military Installations cannot meet this week due to the Committee of the Whole meeting to address Voter Identification legislation.

## Thursday
## March 12, 2009

| | | |
|---|---|---|
| **Finance** | **8:00 AM** | **E1.036** |

To consider the following pending business:

**SB 1**             **Ogden**

General Appropriations Bill.

The Committee will take up and consider any pending items.

6

| Health & Human Services | 10:00 AM or upon adjournment of Senate | Senate Chamber |
|---|---|---|

Public testimony will be limited to 3 minutes.
If submitting written testimony, please provide 20 copies with your name on each.

**SB 73**                    **Nelson**
Relating to the establishment of an adult stem cell research program.

**SB 87**                    **Nelson**
Relating to adverse licensing, listing, or registration decisions by certain health and human services agencies.

**SB 187**                    **Deuell**
Relating to a Medicaid buy-in program for certain children with disabilities.

**SB 277**                    **Nelson**
Relating to the Department of Family and Protective Services, including protective services and investigations of alleged abuse, neglect, or exploitation for certain adults who are elderly or disabled; providing a criminal penalty.

**SB 345**                    **Nelson**
Relating to screening health care personnel of home and community support services agencies for tuberculosis.

**SB 479**                    **Carona**
Relating to requiring the Department of State Health Services to implement a provider choice system.

**SB 484**                    **Deuell**
Relating to the practice of psychological associates.

7

**SB 492**                    **Nelson**
Relating to the prohibition on certification of sex offenders as emergency medical services personnel.

**SB 527**                    **Nelson**
Relating to certain mammography systems that fail certification standards.

**SB 584**                    **Van de Putte**
Relating to notification to a patient of a mental health facility or resident of a residential care facility of the exemption of certain trusts from liability to pay for support.

**SB 703**                    **Nelson**
Relating to the provision of a certified copy of a birth certificate for certain minors receiving services from the Department of Family and Protective Services.

**SB 705**                    **Nelson**
Relating to the Medicaid consolidated waiver program and other Medicaid long-term care waiver programs.
The committee may take up pending business.

| | **1:00 PM or upon** | |
|---|---|---|
| **Natural Resources** | **adjournment** | **E1.012** |

**SB 184**                    **Watson**
Relating to "no regrets" greenhouse gas emission reduction strategies.

**SB 267**                    **Hinojosa/ et al.**
Relating to design, construction, and renovation standards for state buildings and facilities.

**SB 380**                    **Van de Putte**
Relating to a loan program to encourage the use of cleaner hydrogen fuel; providing for the issuance of bonds.

8

TX_00001693

**SB 417**                    **Carona**
Relating to the purchase of a retired firearm from the Parks and Wildlife Department by a game warden.

**SB 540**                    **Estes/ et al.**
Relating to notice of an application for a permit to dispose of oil and gas waste in a disposal well.

**SB 598**                    **Van de Putte**
Relating to a pilot revolving loan program for retrofitting public school buildings with photovoltaic solar panels and associated energy efficiency improvements.

**SB 608**                    **Watson**
Relating to the creation of the Texas Center for Sustainable Business.

**SB 637**                    **Hegar**
Relating to the creation of the Wharton County Drainage District.

**SB 656**                    **Fraser**
Relating to notice of an application for a permit to dispose of oil and gas waste in a commercial disposal well; creating an offense.

**SB 663**                    **Averitt**
Relating to the dissolution of the Tablerock Groundwater Conservation District.

**SB 715**                    **Shapiro**
Relating to the North Texas Municipal Water District.

**SB 724**                    **Hegar**
Relating to the qualification of supervisors of a fresh water supply district.

9

TX_00001694

**SB 799**　　　　　　　**Williams**
Relating to the powers and duties of the Plum Creek Fresh Water Supply District No. 1; providing authority to impose a tax and issue bonds; granting the power of eminent domain.

**SB 800**　　　　　　　**Williams**
Relating to a Texas Commission on Environmental Quality water quality protection area pilot program applicable to portions of the San Jacinto River; providing penalties.

10

TX_00001695

# REGULAR ORDER OF BUSINESS

## SENATE BILLS
### (Calendar Order)

## SENATE JOINT RESOLUTIONS
### (Second Reading)

**SJR 19**                    **Williams**
Proposing a constitutional amendment relating to appropriations for the preservation and perpetuation of certain items of historical value; allowing the legislature and state agencies to accept on behalf of the state gifts of items of historical value and contributions to purchase such items.

## SENATE BILLS
### (Second Reading)

**SB 621**                    **Williams**
Relating to the creation, purpose, implementation, and funding of the County Park Beautification and Improvement Program.

**SB 407 (CS) (LC)**        **Shapiro**
Relating to the appointment of magistrates to hear truancy cases in certain counties.

**SB 279 (CS) (LC)**        **Nelson**
Relating to a prohibition against certain court orders in a suit affecting the parent-child relationship during a parent's military deployment.

**SB 445 (CS)**              **Wentworth**
Relating to juror questions and juror note-taking during civil trials.

11

**SB 446 (CS) (LC)**          **Wentworth**
Relating to the use of certain court costs in a criminal case for municipal programs enhancing public safety and security.

**SB 481 (LC)**          **Carona**
Relating to safety regulations for certain contract carriers.

**SB 316 (LC)**          **Wentworth**
Relating to the establishment of railroad quiet zones outside the boundaries of certain municipalities.

**SB 334 (LC)**          **Carona**
Relating to the repeal of the authority of the Texas Department of Transportation to regulate air carriers.

**SB 348 (LC)**          **Carona**
Relating to the Texas Transportation Commission's authority to establish advisory committees.

**SB 376 (LC)**          **Carona**
Relating to the powers and duties of the Texas Department of Transportation related to county traffic officers.

**SB 405 (LC)**          **Shapiro**
Relating to compensation for the use of the public transportation system of a regional transportation authority.

**SB 434 (CS)**          **Wentworth**
Relating to the establishment and operation of a motor-bus-only lane pilot program in certain counties.

**SB 158**          **Ellis**
Relating to a notification requirement if a nurse is not assigned to a public school campus.

12

**SB 33 (CS)**        **Zaffirini**
Relating to school district requirements regarding parental notification and documentation in connection with disciplinary alternative education programs.

**SB 86 (LC)**        **Nelson/ et al.**
Relating to the eligibility of certain aliens for a license to practice medicine in this state.

**SB 287 (LC)**        **Nelson**
Relating to the use of electronic prescribing data transmission systems under the state Medicaid program.

**SB 289 (LC)**        **Nelson**
Relating to ensuring that health information technology used in the medical assistance and child health plan programs conforms to certain standards.

**SB 292 (LC)**        **Nelson**
Relating to the requirement that licensed physicians provide emergency contact information to the Texas Medical Board.

**SB 525 (LC)**        **Nelson/ et al.**
Relating to certain qualified alien physicians practicing medicine in this state.

**SB 202 (CS) (LC)**        **Shapleigh/ et al.**
Relating to provisional licensing of physicians to practice in underserved areas.

**SB 286 (CS) (LC)**        **Nelson**
Relating to a health passport for Medicaid recipients.

**SB 288 (CS) (LC)**        **Nelson**
Relating to the review of a Medicaid recipient's electronic medication history by a provider of Medicaid acute care services.

13

**SB 291 (CS) (LC)**  **Nelson**
Relating to hepatitis B vaccination for students enrolled in certain health-related courses of study at an institution of higher education.

**SB 343 (CS) (LC)**  **Nelson/ et al.**
Relating to the creation of an advisory committee to study the retail availability of healthy foods in certain underserved areas of this state.

**SB 395 (CS) (LC)**  **Lucio**
Relating to creation of the Early Childhood Health and Nutrition Interagency Council.

**SB 643 (CS)**  **Nelson/ et al.**
Relating to the protection and care of individuals with mental retardation who reside in a state developmental center or the ICF-MR component of the Rio Grande State Center.

**SB 34 (LC)**  **Zaffirini**
Relating to the civil liability of an employer or former employer of a mental health services provider who engages in sexual exploitation of a patient or former patient.

**SB 401 (CS)**  **Seliger**
Relating to eligibility for the small and mid-sized district adjustment under the public school finance system.

**SB 65 (LC)**  **Zaffirini**
Relating to leave for junior college district or university system employees who are physically assaulted while on duty.

**SB 175**  **Shapiro**
Relating to limitations on the automatic admission of undergraduate students to general academic teaching institutions.

14

TX_00001699

**SB 504 (LC)**          **Ogden**
Relating to the use of land on the main campus of Texas A&M University in College Station.

**SB 52 (LC)**          **Zaffirini**
Relating to the penalties for the illegal use of a parking space or area designated specifically for persons with disabilities.

**SB 293 (CS) (LC)**          **Carona**
Relating to the pledge of certain revenue of a regional transportation authority to the payment of bonds.

**SB 328 (LC)**          **Carona**
Relating to the civil and criminal consequences of operating a motor vehicle or a watercraft while intoxicated or under the influence of alcohol.

**SB 333 (LC)**          **Carona**
Relating to the retention by a county or municipality of certain court costs for maintaining and supporting a certified breath alcohol testing program.

**SB 374 (CS) (LC)**          **Carona**
Relating to the power of a county to enforce compliance with speed limits by an automated traffic control system.

**SB 521 (CS) (LC)**          **Averitt**
Relating to the Texas Department of Transportation's memorial sign program.

**SB 581 (LC)**          **Wentworth**
Relating to intermunicipal commuter rail districts.

**SB 589 (LC)**          **Carona**
Relating to certain requirements for sunscreening devices that are placed on or attached to a motor vehicle; providing a penalty.

**SB 32 (LC)**          **Zaffirini**
Relating to the detention and transportation of a person with a mental illness.

15

**SB 72 (CS) (LC)**          **Nelson**
Relating to training and other human resources functions of health and human services agencies.

**SB 71 (CS) (LC)**          **Nelson**
Relating to the limitation on paid leave for state employees at health and human services agencies pending a criminal history background check.

**SB 81 (CS) (LC)**          **Nelson**
Relating to certain providers of subsidized child care.

**SB 188 (CS)**          **Deuell/ Van de Putte**
Relating to disease control programs to reduce the risk of certain communicable diseases.

**SB 284 (CS) (LC)**          **Nelson**
Relating to human body and anatomical specimen donation.

**SB 347 (CS) (LC)**          **Nelson**
Relating to the receipt and release of immunization information by the immunization registry in connection with a disaster.

**SB 662 (LC)**          **Lucio/ Hinojosa/ Nelson/**
          **Ogden/ Seliger/ et al.**
Relating to the establishment and use of a mausoleum beneath certain religious buildings.

**SB 229 (LC)**          **West**
Relating to the procurement methods authorized for public projects by certain local governments.

**SB 234 (LC)**          **West**
Relating to real property subject to restrictive covenants.

16

**SB 235 (LC)**                    **West**
Relating to prohibiting a restrictive covenant granting a right of first refusal to a property owners' association in certain circumstances.

**SB 236 (LC)**                    **West**
Relating to the regulation of solar energy devices by a property owners' association.

**SB 239 (LC)**                    **West**
Relating to notice requirements in certain enforcement actions initiated by property owners' associations.

**SB 397 (LC)**                    **Carona**
Relating to methods of payment for reimbursement of jury service expenses.

**SB 461 (LC)**                    **Gallegos**
Relating to eligibility to take the entrance examination for a beginning position in the fire department.

**SB 524 (LC)**                    **Duncan**
Relating to the grounds for removal of a member of the board of directors of the Lynn County Hospital District.

**SB 530 (LC)**                    **Patrick, Dan**
Relating to the disposition of cash in possession of a deceased pauper.

**SB 623 (LC)**                    **West/ Deuell/ et al.**
Relating to the hours worked during a week by fire fighters in certain municipalities.

**SB 497 (CS) (LC)**              **Wentworth**
Relating to compensation paid to certain judges and justices.

**SB 683 (LC)**                    **Wentworth**
Relating to the recusal or disqualification of a statutory probate court judge and subsequent assignment of another judge.

17

**SB 633 (LC)**              **Seliger**
Relating to the number of counties or municipalities necessary to establish a regional drug court program.

**SB 625 (LC)**              **Wentworth**
Relating to the representation of indigent defendants in criminal cases.

**SB 517 (LC)**              **Harris**
Relating to the application of the child support guidelines in a suit affecting the parent-child relationship.

**SB 477 (LC)**              **Wentworth**
Relating to eligibility for assignment as a visiting judge.

**SB 420 (LC)**              **Carona**
Relating to the performance evaluation criteria for judges employed by a municipality.

**SB 271 (LC)**              **Harris**
Relating to the appointment of a successor guardian for certain wards adjudicated as totally incapacitated.

**SB 189**                   **Shapleigh/ et al.**
Relating to the extension of consumer credit to certain members of the Texas National Guard and armed forces of the United States and their dependents; providing a penalty.

**SB 90 (CS)**               **Van de Putte/ Shapleigh/**
                             **Uresti/ Wentworth**
Relating to adoption of the Interstate Compact on Educational Opportunity for Military Children.

**SB 44 (CS) (LC)**          **Zaffirini**
Relating to the participation of undergraduate students in funding awarded under the advanced research program.

18

**SB 93 (CS)**          **Van de Putte/ et al.**

Relating to the residency requirements for tuition and fee exemptions for certain military personnel and their dependents.

(CS)   COMMITTEE SUBSTITUTE
(LC)   RECOMMENDED FOR LOCAL CALENDAR

19

TX_00001704

# SENATE FLOOR ACTION

## Monday
## March 9, 2009

**The Senate suspended the necessary rules to consider and finally pass:**

**SB 643 (CS)**              **Nelson/ et al.**
Relating to the protection and care of individuals with mental retardation who reside in a state developmental center or the ICF-MR component of the Rio Grande State Center.
**10 Floor Amendments**

**The Senate adopted the following resolutions:**

**SR 383**              **Shapiro**
Commending the McKinney Boyd High School Honors Band.

**SR 391**              **Shapiro**
Recognizing the Texas Coalition for Quality Arts Education.

**HCR 46**              **Craddick**              **SP: Seliger**
Honoring the Commemorative Air Force, based in Midland, for its inspiring educational programs and for its crucial efforts to preserve the military aviation history of the United States.

**Committee referral on the following:**

**SB 3**              **Shapiro**
Relating to public school accountability, curriculum, and promotion requirements.
**Education**

20

**SB 11**                     **Carona**
Relating to the investigation, prosecution, and punishment for certain gang-related and other offenses and to the civil consequences of engaging in certain activities of a criminal street gang; providing penalties.
**Transportation & Homeland Security**

**SB 851**                    **Patrick, Dan**
Relating to the reallocation of local sales and use taxes.
**Finance**

**SB 852**                    **Patrick, Dan**
Relating to the collection and allocation of local sales and use taxes.
**Finance**

**SB 853**                    **Patrick, Dan**
Relating to authorizing injunctive relief during proceedings to cancel or suspend certain alcoholic beverage permits and licenses.
**Business & Commerce**

**SB 854**                    **Patrick, Dan**
Relating to the operation and regulation of massage establishments; imposing penalties.
**Criminal Justice**

**SB 855**                    **Carona**
Relating to local options regarding transportation and mobility improvement projects in certain counties.
**Transportation & Homeland Security**

**SB 856**                    **Hinojosa**
Relating to the expiration of certain parts of the Texas Economic Development Act.
**Economic Development**

21

TX_00001706

**SB 857**                    **West**
Relating to the purchasing and contracting practices of junior college districts; providing criminal penalties.
**Higher Education**

**SB 858**                    **Seliger**
Relating to offering the classroom portion of a driver education course through an alternative method of instruction.
**Transportation & Homeland Security**

**SB 859**                    **Seliger**
Relating to initial claims under the unemployment compensation system.
**Economic Development**

**SB 860**                    **Hegar**
Relating to the creation of the Fort Bend-Waller Counties Municipal Utility District No. 2; providing authority to impose a tax and issue bonds; granting a limited power of eminent domain.
**Intergovernmental Relations**

**SB 861**                    **Wentworth**
Relating to the exchange of information among certain governmental entities concerning at-risk youth.
**Jurisprudence**

**SB 862**                    **Eltife**
Relating to practices and professions regulated by the Texas Real Estate Commission.
**Business & Commerce**

**SB 863**                    **Harris**
Relating to adoption of certain information technology.
**State Affairs**

22

**SB 864**          **Harris**
Relating to the qualifications and duties of a parenting coordinator in a suit affecting the parent-child relationship.
**Jurisprudence**

**SB 865**          **Harris**
Relating to child support enforcement.
**Jurisprudence**

**SB 866**          **Harris**
Relating to the rights and liabilities of the parties in a suit for dissolution of a marriage and certain post-dissolution proceedings.
**Jurisprudence**

**SB 867**          **Lucio**
Relating to summer nutrition programs provided for by school districts.
**Education**

**SB 868**          **Lucio**
Relating to free breakfast for certain public school students.
**Education**

**SB 869**          **Lucio**
Relating to free breakfast for certain public school students.
**Education**

**SB 870**          **Lucio**
Relating to the duties of the interagency obesity council and the Department of Agriculture relating to health, wellness, and prevention of obesity.
**Health & Human Services**

**SB 871**          **Lucio**
Relating to health risk assessments of state employees.
**State Affairs**

23

TX_00001708

**SB 872**                          **Lucio**

Relating to the purchase of continued health insurance coverage by an eligible survivor of certain public servants killed in the line of duty.

**State Affairs**

**SB 873**                          **Harris/ Hegar/ Williams**

Relating to a requirement that certain appraisal districts provide for electronic filing of and electronic communications regarding a protest of appraised value by the owner of a residence homestead.

**Finance**

**SB 874**                          **Shapleigh**

Relating to the exemption of certain counties from the drainage charge imposed by a municipal drainage utility system.

**Intergovernmental Relations**

**SB 875**                          **Shapleigh**

Relating to consideration of students' preferred class times in establishing course schedules at public institutions of higher education.

**Higher Education**

**SB 876**                          **Averitt**

Relating to the performance of annual soil tests for certain concentrated animal feeding operations by the Texas Commission on Environmental Quality.

**Natural Resources**

**SB 877**                          **Ellis/ et al.**

Relating to the provision of HIV and AIDS tests and to health benefit plan coverage of HIV and AIDS tests.

**Health & Human Services**

**SB 878**                          **Davis, Wendy**

Relating to use of the money from the Texas enterprise fund to promote renewable energy technology.

**Economic Development**

TX_00001709
JA_004468

TX_00001709

**SB 879**  **Averitt/ et al.**
Relating to premium discounts for certain participants in the Texas Health Insurance Risk Pool and to related tax credits for health benefit plan issuers.
**State Affairs**

**SB 880**  **Hegar**
Relating to the creation of the Fort Bend County Municipal Utility District No. 200; providing authority to impose a tax and issue bonds; granting a limited power of eminent domain.
**Intergovernmental Relations**

**SB 881**  **Eltife**
Relating to a specialty insurance agent license for certain vendors of portable electronic devices.
**Business & Commerce**

**SB 882**  **Carona**
Relating to the powers and duties of a regional tollway authority, including the establishment of an administrative adjudication hearing procedure; creating an offense.
**Transportation & Homeland Security**

**SB 883**  **Carona**
Relating to the use of the state highway fund to participate in the costs associated with a toll facility of a public or private entity.
**Transportation & Homeland Security**

**SB 884**  **Harris**
Relating to compensation of certain persons by a domestic insurance company.
**Business & Commerce**

**SB 885**  **Harris**
Relating to a franchise tax credit for certain research and development activities.
**Economic Development**

25

**SB 886**            **Nelson**
Relating to the waiver of sovereign immunity for claims based on retaliation against a nurse for engaging in protected patient advocacy activities.
**State Affairs**

**SB 887**            **Nelson**
Relating to the licensing and regulation of dentists, dental hygienists, dental assistants, and dental laboratories; providing penalties.
**Health & Human Services**

**SB 888**            **Nelson**
Relating to establishing a pill splitting program to reduce health plan costs for certain public employees.
**State Affairs**

**SB 889**            **Nelson**
Relating to a deduction under the franchise tax for physicians who administer vaccines.
**Finance**

**SB 890**            **Nelson**
Relating to physical activity requirements for students in public schools.
**Education**

**SB 891**            **Nelson**
Relating to the public school physical education curriculum.
**Education**

**SB 892**            **Nelson**
Relating to inclusion in a public school campus improvement plan of an evaluation of the campus coordinated health program.
**Education**

26

TX_00001711

**SB 893**                    **Nelson**
Relating to the authority of a county to regulate and inspect day-care centers and group day-care homes; providing a criminal penalty.
**Health & Human Services**

**SB 894**                    **Nelson/ et al.**
Relating to municipal investment of public funds received from the management and development of mineral rights.
**Intergovernmental Relations**

**SB 895**                    **Nelson**
Relating to the Cancer Prevention and Research Institute of Texas.
**Health & Human Services**

**SB 896**                    **Shapleigh**
Relating to the repeal of the driver responsibility program.
**Transportation & Homeland Security**

**SB 897**                    **Shapleigh**
Relating to certain reporting requirements in connection with the transportation of hazardous materials by a railroad company.
**Transportation & Homeland Security**

**SB 898**                    **Shapleigh**
Relating to the purposes and designation of a municipal transportation reinvestment zone.
**Transportation & Homeland Security**

**SB 899**                    **Deuell**
Relating to hospital district participation in state travel service contracts.
**Government Organization**

**SB 900**                    **Deuell/ et al.**
Relating to the collection and use of certain information by health benefit plan issuers; providing administrative penalties.
**State Affairs**

27

TX_00001712

**SB 901**                    **Deuell/ et al.**
Relating to regulation of health benefit plans.
**State Affairs**

**SB 902**                    **Davis, Wendy**
Relating to restrictions on the release into the air of natural gas and associated vapors from a gas well.
**Natural Resources**

**SB 903**                    **Hegar**
Relating to the designation of a person to act as the agent of a property owner in a property tax matter.
**Finance**

**SB 904**                    **Williams**
Relating to prescriptions issued for certain controlled substances.
**Health & Human Services**

**SB 905**                    **Davis, Wendy**
Relating to the date on which eligibility for benefits begins under certain programs for governmental employees and retirees.
**State Affairs**

**SB 906**                    **Williams**
Relating to dates on which certain independent school districts may hold an election of trustees.
**Education**

**SB 907**                    **Williams**
Relating to the purchase of a United States flag or Texas flag by a governmental entity.
**Administration**

28

**SB 908**                    **Williams**
Relating to the crediting and charging of investment gains and losses on the assets held in trust by the Texas Municipal Retirement System and providing a guaranteed minimum credit to employee accounts.
**State Affairs**

**SB 909**                    **Williams**
Relating to designating the first week of October as Monarch Butterfly Week.
**Administration**

**SB 910**                    **Lucio**
Relating to free breakfast for certain public school students.
**Education**

**SB 911**                    **Williams**
Relating to the licensing and regulation of pain management clinics.
**Health & Human Services**

**SB 912**                    **Williams**
Relating to the diversion of a controlled substance by certain persons who have access to the substance by virtue of the person's profession or employment; providing penalties.
**Criminal Justice**

**SB 913**                    **Williams**
Relating to the authority of the Lower Neches Valley Authority to acquire, own, operate, maintain, and improve the Devers Canal System, its water rights, and associated property.
**Natural Resources**

**SB 914**                    **Williams**
Relating to the powers and duties of the Liberty Lakes Fresh Water Supply District No. 1; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
**Natural Resources**

TX_00001714
JA_004473

TX_00001714

**SB 915**                    **Ellis/ Duncan**
Relating to a qualified privilege of a journalist not to testify.
**Jurisprudence**

**SB 916**                    **Harris**
Relating to exempting certain judicial officers from certain requirements for obtaining or renewing a concealed handgun license and to the authority of certain judicial officers to carry certain weapons.
**Criminal Justice**

**SB 917**                    **Harris**
Relating to the definition of charitable trust for purposes of court jurisdiction.
**Jurisprudence**

**SB 918**                    **Harris**
Relating to attorney general participation in proceedings involving charitable trusts.
**Jurisprudence**

**SB 919**                    **Harris**
Relating to an administrative fee for defendants required by a court to perform community service in lieu of serving a term of confinement in county jail.
**Criminal Justice**

**SB 920**                    **Harris**
Relating to the right to an expunction of records and files relating to a person's arrest.
**Criminal Justice**

**SB 921**                    **Fraser**
Relating to access by the members of electric cooperatives to meetings of the boards of directors and certain information of the electric cooperatives.
**Business & Commerce**

30

**SB 922**                    **Harris**
Relating to the powers and duties of certain magistrates.
**Jurisprudence**

**SB 923**                    **Harris**
Relating to notice of proposed increases in fees charged by the Parks and
Wildlife Department for certain permits.
**Natural Resources**

**SB 924**                    **Huffman**
Relating to the issuance of Save Our Beaches specialty license plates.
**Transportation & Homeland Security**

**SB 925**                    **Huffman**
Relating to the creation of a court record preservation fund; imposing a fee.
**Criminal Justice**

**SB 926**                    **Huffman**
Relating to the imposition of a civil penalty against the owner of an
authorized emergency vehicle for a violation recorded by a photographic
traffic signal enforcement system.
**Transportation & Homeland Security**

**SB 927**                    **Huffman**
Relating to tampering with a direct recording electronic voting machine.
**State Affairs**

**SB 928**                    **Patrick, Dan/ Carona/**
                             **Eltife/ Nelson/ Nichols/**
                             **et al.**
Relating to the limitation on the rate of growth of appropriations.
**Finance**

31

**SB 929**                    **Huffman**
Relating to the powers and duties of the Sienna Plantation Municipal Utility District No. 4; providing authority to impose a tax and issue bonds.
**Intergovernmental Relations**

**SB 930**                    **Huffman**
Relating to the powers and duties of the Sienna Plantation Municipal Utility District No. 5; providing authority to impose a tax and issue bonds.
**Intergovernmental Relations**

**SB 931**                    **Huffman**
Relating to the powers and duties of the Sienna Plantation Municipal Utility District No. 6; providing authority to impose a tax and issue bonds.
**Intergovernmental Relations**

**SB 932**                    **Huffman**
Relating to the powers and duties of the Sienna Plantation Municipal Utility District No. 7; providing authority to impose a tax and issue bonds.
**Intergovernmental Relations**

**SB 933**                    **Ellis**
Relating to compensation to persons wrongfully imprisoned.
**State Affairs**

**SB 934**                    **Lucio**
Relating to funding the housing trust fund.
**Intergovernmental Relations**

**SB 935**                    **Seliger**
Relating to authorizing a judge of a municipal court to conduct a marriage ceremony.
**Jurisprudence**

**SB 936**                    **Carona**
Relating to the appointment of a communications coordination group.
**Transportation & Homeland Security**

32

**SB 937**                    **Carona**
Relating to the prosecution of and punishment for certain criminal offenses involving a combination or a criminal street gang.
**Criminal Justice**

**SB 938**                    **Carona**
Relating to a central database containing information about certain violent offenders who are members of a criminal street gang.
**Criminal Justice**

**SB 939**                    **Watson**
Relating to the capability of the Public Education Information Management System (PEIMS) to provide information regarding public school students placed in foster care.
**Education**

**SB 940**                    **Wentworth**
Relating to the regulation of the public practice of geoscience.
**Natural Resources**

**SB 941**                    **Wentworth**
Relating to contracts by governmental entities for professional services relating to geoscience.
**Natural Resources**

**SB 942**                    **Wentworth**
Relating to local option methods for financing transportation projects and services.
**Transportation & Homeland Security**

**SB 943**                    **Zaffirini**
Relating to a pilot project to establish a comprehensive single point of entry for long-term services and supports provided to the aged and physically disabled individuals.
**Health & Human Services**

33

**SB 944**                     **Zaffirini/ et al.**
Relating to a grant program to provide children at risk of hunger or obesity with increased access to nutritious foods.
**Health & Human Services**

**SB 945**                     **Zaffirini**
Relating to unemployment compensation benefits.
**Economic Development**

**SB 946**                     **Deuell**
Relating to the Medicaid Drug Utilization Review Program and prescription drug use under the Medicaid program.
**Health & Human Services**

**SB 947**                     **Duncan**
Relating to the exemption from ad valorem taxation of certain tangible personal property stored temporarily at a location in this state.
**Finance**

**SB 948**                     **Estes**
Relating to the definition of an agricultural business for the purposes of the Texas Agricultural Finance Authority.
**Agriculture & Rural Affairs**

**SB 949**                     **Estes**
Relating to the ad valorem tax situs of certain portable drilling rigs and associated equipment.
**Finance**

**SB 950**                     **West**
Relating to a fee imposed on real estate transactions to fund the housing trust fund.
**Intergovernmental Relations**

34

**SB 951**                 **Shapleigh**
Relating to the appraisal for ad valorem tax purposes of historic property.
**Finance**

**SB 952**                 **Shapleigh**
Relating to erecting an off-premise sign adjacent to and visible from certain roads that follow the route of El Camino Real de Tierra Adentro.
**International Relations & Trade**

**SB 953**                 **Shapleigh**
Relating to contracting issues of state agencies.
**Finance**

**SB 954**                 **Shapiro**
Relating to uniform financial aid award notification for students and prospective students of public institutions of higher education.
**Higher Education**

**SB 955**                 **Shapiro**
Relating to the state virtual school network.
**Education**

**SB 957**                 **Watson**
Relating to the ability of a county, public hospital, or hospital district to purchase or arrange for the purchase of certain health coverage or benefits for eligible residents.
**State Affairs**

**SB 958**                 **Hegar**
Relating to an exemption from the sales and use tax for machinery and equipment used in an agricultural aircraft operation.
**Finance**

35

**SB 959**              **Duncan**
Relating to the authority of certain counties to impose a hotel occupancy tax for the maintenance and operation of a coliseum in the county.
**Intergovernmental Relations**

**SB 960**              **Ellis/ Lucio**
Relating to eligibility of certain job trainees for extended unemployment compensation benefits.
**Economic Development**

**SB 961**              **Ellis/ et al.**
Relating to the sale of certain annuities.
**State Affairs**

**SB 962**              **Ellis**
Relating to a business's electronic transmission of the sensitive personal information of its customers.
**Business & Commerce**

**SB 963**              **Ellis**
Relating to rates for long-term care insurance premiums.
**State Affairs**

**SB 964**              **Ellis**
Relating to requirements for insurers and insurance agents that sell Medicare-related products.
**State Affairs**

**SB 965**              **Ellis/ et al.**
Relating to certain education requirements for insurance agents who sell annuities.
**State Affairs**

36

**SB 966**                    **Ellis**
Relating to the repeal of state sales tax and franchise tax refunds for certain ad valorem tax payers.
**Finance**

**SB 967**                    **Hegar**
Relating to the disclosure by the developer of the subdivision of planned highway projects that will go through or be adjacent to a subdivision.
**Transportation & Homeland Security**

**SB 968**                    **West**
Relating to interactive water features and fountains.
**Intergovernmental Relations**

**SB 969**                    **Seliger**
Relating to a length exemption for a vehicle or combination of vehicles used to transport a combine used in farm custom harvesting operations.
**Agriculture & Rural Affairs**

**SB 970**                    **Seliger**
Relating to the qualifications required of the executive director of the Texas Department of Transportation.
**Transportation & Homeland Security**

**SB 971**                    **Seliger**
Relating to an interlocal contract for a relief highway route around certain municipalities.
**Transportation & Homeland Security**

**SB 972**                    **Averitt**
Relating to small and large employer health group cooperatives.
**State Affairs**

37

**SB 973**                    **Duncan**
Relating to creating a recognition day to celebrate the history and heritage of Texas bison.
**Government Organization**

**SB 974**                    **Carona**
Relating to records of certain frivolous complaints maintained by the Texas Board of Professional Land Surveying.
**Business & Commerce**

**SB 975**                    **Ellis**
Relating to a loan program to encourage the use of renewable energy technology and the making of energy efficiency improvements; providing for the issuance of bonds.
**Finance**

**SB 976**                    **Ellis**
Relating to distribution of sexual barrier protection devices to inmates and state jail defendants confined in facilities operated by or under contract with the Texas Department of Criminal Justice.
**Criminal Justice**

**SB 977**                    **Ellis**
Relating to the reporting of information regarding debt incurred for necessary medical treatment.
**Business & Commerce**

**SB 978**                    **West**
Relating to the creation and financing of public improvement districts.
**Intergovernmental Relations**

**SB 979**                    **Lucio**
Relating to foreclosure sales of residential real property; providing a penalty.
**Business & Commerce**

TX_00001723
JA_004482

TX_00001723

**SB 980**                    **Lucio**
Relating to reporting of certain information regarding foreclosure sales of residential real property.
**Business & Commerce**

**SB 981**                    **Van de Putte**
Relating to a requirement that school districts notify employees regarding entitlement to leave time in circumstances involving assault.
**Education**

**SB 982**                    **Van de Putte/ Eltife/**
                             **West/ et al.**
Relating to public school finance.
**Education**

**SB 983**                    **Davis, Wendy**
Relating to providing certain documents and training to children in the conservatorship of the state.
**Health & Human Services**

**SB 984**                    **Davis, Wendy**
Relating to the jurisdiction of a court to conduct placement review hearings for a child in the managing conservatorship of the state after the child's 18th birthday.
**Health & Human Services**

**SB 985**                    **Davis, Wendy**
Relating to the lodging expenses of certain state emergency services personnel.
**Transportation & Homeland Security**

**SB 986**                    **Davis, Wendy**
Relating to unlawful employment practices regarding discrimination in payment of compensation.
**Business & Commerce**

39

**SB 987**                    **Shapiro**
Relating to the age at which transition planning begins for a public school student receiving special education services.
**Education**

**SB 988**                    **Ellis**
Relating to the development of a climate adaptation plan by certain entities.
**Natural Resources**

**SB 989**                    **Lucio**
Relating to the municipal hotel occupancy tax imposed in certain municipalities.
**Intergovernmental Relations**

**SB 990**                    **Lucio/ Zaffirini**
Relating to the establishment of the rural housing land assemblage program.
**International Relations & Trade**

**SB 991**                    **Lucio**
Relating to the allocation of housing tax credits to developments in rural areas under the low income housing tax credit program.
**Intergovernmental Relations**

**SB 992**                    **Duncan**
Relating to the jurisdiction and administration of, and procedures relating to, certain courts in this state, including procedures for appeals.
**Jurisprudence**

**SB 993**                    **Duncan**
Relating to ranking of physicians by health benefit plans.
**State Affairs**

40

**SB 994**                    **Hegar**
Relating to the creation of the Fort Bend County Municipal Utility District No. 192; providing authority to impose a tax and issue bonds; granting a limited power of eminent domain.
**Intergovernmental Relations**

**SB 995**                    **Averitt**
Relating to imposition of the motor vehicle sales tax on motor vehicles transferred as the result of a gift.
**Finance**

**SB 996**                    **Averitt**
Relating to imposition of the motor vehicle sales tax on leased motor vehicles.
**Finance**

**SB 997**                    **Duncan**
Relating to the administration of and exemptions from the gas production tax.
**Finance**

**SB 998**                    **Gallegos**
Relating to the seizure of the circuit board of a gambling device or equipment, altered gambling equipment, or gambling paraphernalia.
**Criminal Justice**

**SB 999**                    **Gallegos**
Relating to the regulation of certain licensing agents; providing penalties.
**Business & Commerce**

**SB 1000**                   **Gallegos**
Relating to the practice of nursing; providing civil penalties.
**Health & Human Services**

(CS)   COMMITTEE SUBSTITUTE

41

# SENATE COMMITTEES 81ST LEGISLATURE (Regular)

**ADMINISTRATION** - Williams, Chair; Uresti, Vice-Chair; Ogden, Shapiro, Wentworth, Whitmire, Zaffirini

**AGRICULTURE & RURAL AFFAIRS** - Estes, Chair; Uresti, Vice-Chair; Hegar, Hinojosa, Jackson

**BUSINESS & COMMERCE** - Fraser, Chair; Harris, Vice-Chair, Averitt, Eltife, Estes, Jackson, Lucio, Van de Putte, Watson

**CRIMINAL JUSTICE** - Whitmire, Chair; Seliger, Vice-Chair; Carona, Ellis, Hegar, Hinojosa, Patrick

**ECONOMIC DEVELOPMENT** - Harris, Chair; Eltife, Vice-Chair; Deuell, Watson, Zaffirini

**EDUCATION** - Shapiro, Chair; Patrick, Vice-Chair; Averitt, Davis, Gallegos, Ogden, Van de Putte, West, Williams

**FINANCE** - Ogden, Chair; Hinojosa, Vice-Chair; Averitt, Deuell, Duncan, Eltife, Harris, Lucio, Nelson, Seliger, Shapiro, West, Whitmire, Williams, Zaffirini

**GOVERNMENT ORGANIZATION** - Ellis, Chair; Hegar, Vice-Chair; Huffman, Lucio, Nelson, Ogden, Whitmire

**HEALTH & HUMAN SERVICES** - Nelson, Chair; Deuell, Vice-Chair; Huffman, Nichols, Patrick, Shapleigh, Uresti, West, Zaffirini

**HIGHER EDUCATION** - Zaffirini, Chair; Patrick, Vice-Chair; Averitt, Duncan, West

**INTERGOVERNMENTAL RELATIONS** - West, Chair; Nichols, Vice-Chair; Gallegos, Patrick, Wentworth
   **SUBCOMMITTEE ON FLOODING & EVACUATIONS** - Gallegos, Chair; Nichols, Patrick

**INTERNATIONAL RELATIONS & TRADE** - Lucio, Chair; Seliger, Vice-Chair; Davis, Estes, Fraser, Gallegos, Williams

**JURISPRUDENCE** - Wentworth, Chair; Gallegos, Vice-Chair; Carona, Duncan, Harris, Hinojosa, Watson

**NATURAL RESOURCES** - Averitt, Chair; Estes, Vice-Chair; Deuell, Duncan, Eltife, Fraser, Hegar, Hinojosa, Jackson, Seliger, Uresti

**NOMINATIONS** - Jackson, Chair; Eltife, Vice-Chair; Hegar, Nelson, Nichols, Shapleigh, Watson

**STATE AFFAIRS** - Duncan, Chair; Deuell, Vice-Chair; Carona, Ellis, Fraser, Harris, Jackson, Lucio, Van de Putte

**TRANSPORTATION & HOMELAND SECURITY** - Carona, Chair; Watson, Vice-Chair; Davis, Ellis, Huffman, Nichols, Shapiro, Shapleigh, Wentworth

**VETERAN AFFAIRS & MILITARY INSTALLATIONS** - Van de Putte, Chair; Shapleigh, Vice-Chair; Davis, Estes, Huffman
   **SUBCOMMITTEE ON BASE REALIGNMENT & CLOSURE** - Shapleigh, Chair; Estes, Huffman

TX_00001727

# <u>NOTICE OF ASSISTANCE AT PUBLIC MEETINGS</u>

Persons with disabilities who plan to attend public meetings in the Senate and who may need auxiliary aids or services such as interpreters for persons who are deaf or hearing impaired, readers, large print or Braille, are requested to contact Scott Caffey, Senate Committee Coordinator, at 463-0070 or TDD 475-3758 seventy-two (72) hours prior to the meeting so that appropriate arrangements can be made.

*The Texas Senate does not discriminate on the basis of race, color, national origin, sex, age or disability in employment or the provision of services.*

# SENATE COMMITTEE SCHEDULE

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY |
|---|---|---|---|---|
| 8:00 AM | | | **Transportation & Homeland Security** *E1.016* **Higher Education** *E1.012* | **State Affairs** *Senate Chamber* |
| 8:30 AM | ***Finance** *E1.036* | **Education** *E1.028* | | **Education** *E1.028* |
| 9:00 AM | | **Health & Human Services** *Senate Chamber* **Business & Commerce** *Betty King Cmte. Rm.* | | **Health & Human Services** *E1.016* **Business & Commerce** *Betty King Cmte. Rm.* |
| 9:30 AM | | | **Intergovernmental Relations** *E1.028* *****Subcommittee on Flooding & Evacuations** | |
| 10:00 AM | **State Affairs** *Senate Chamber* | | | |
| 11:00 AM or upon adj. | | | | **Finance** *E1.036* |
| 1:00 PM or upon adj. | | Natural Resources *E1.012* | Nominations *Senate Chamber* | Natural Resources *E1.012* |
| 1:30 PM or upon adj. | **International Relations and Trade** *E1.016* **Government Organization** *Betty King Cmte. Rm* **Economic Development** *E1.028* | **Criminal Justice** *E1.016* | **Jurisprudence** *E1.012* **Veteran Affairs and Military Installations** *Betty King Cmte. Rm.* ****Subcommittee on Base Realignment and Closure** *Betty King Cmte. Rm.* | |
| 3:00 PM or upon adj. | **Agriculture & Rural Affairs** *E1.012* | | | |

* Administration will meet at the discretion of the Chair.
** These committees will continue meeting in the afternoon as necessary.
*** Regular bill hearing only.  Thursday will serve as a back up for bill hearings, if necessary.
**** Subcommittee on Base Realignment and Closure will meet after the Veteran Affairs and Military Installation Committee.
***** Subcommittee on Flooding and Evacuations will meet after the Intergovernmental Relations Committee.

# TAG FORM

RECEIVED
SECRETARY OF SENATE

9 MAR 10 A10:31

3-10-09    Austin, Texas
_____
Date

To the Chairman of the Committee on _of the whole_ :

Pursuant to Senate Rule 11.20, I hereby request 48 hours advance notice in writing of the time and place of the hearing on S.B. No. _362_.

By _Wst Eli Shepleigh_

Wendy W Davis    Chestt Whit

Give the original of this form to Calendar Clerk for placement on the bill, give one copy to the Secretary of the Senate's office, and one copy
to the Chairman of the committee to which the bill was referred.

E + 5 A

# TAG FORM

RECEIVED
SECRETARY OF SENATE

**9  MAR 10   A10 :31**

_____03-10-09_____        Austin, Texas
                Date

To the Chairman of the Committee on ___State Affairs - Committee of the whole___

Pursuant to Senate Rule 11.19, I hereby request 48 hours advance notice in writing of the time and place of the hearing on _S_ B. No. _3 6 2_

_[signature]_

Give the original of this form to Calendar Clerk for placement on the bill, give one copy to the Secretary of the Senate's office, and one copy to the Chairman of the committee to which the bill was referred.

Ex SB

Gallegos Motion

Exhibit 6

COMMITTEE OF THE WHOLE SENATE

ROLL CALL NO. 2

_____NO. _____

QUESTION: _____

Appeal Ruling
of Chair on
West's POO

SENATE
EIGHTY-FIRST LEGISLATURE
REGULAR SESSION

DAVID DEWHURST
Lieutenant Governor

PATSY SPAW
Secretary

DATE 3-10 2009

| | Yeas | Nays | Present | Absent |
|---|---|---|---|---|
| AVERITT | ✓ | | | |
| CARONA | ✓ | | | |
| DAVIS | | ✓ | | |
| DEUELL | ✓ | | | |
| DUNCAN | | | ✓ | |
| ELLIS | | ✓ | | |
| ELTIFE | ✓ | | | |
| ESTES | ✓ | | | |
| FRASER | ✓ | | | |
| GALLEGOS | | ✓ | | |
| HARRIS | ✓ | | | |
| HEGAR | ✓ | | | |
| HINOJOSA | | ✓ | | |
| HUFFMAN | ✓ | | | |
| JACKSON | ✓ | | | |
| LUCIO | | ✓ | | |
| NELSON | ✓ | | | |
| NICHOLS | ✓ | | | |
| OGDEN | ✓ | | | |
| PATRICK | ✓ | | | |
| SELIGER | ✓ | | | |
| SHAPIRO | ✓ | ✓ | | |
| SHAPLEIGH | | ✓ | | |
| URESTI | | ✓ | | |
| VAN DE PUTTE | | ✓ | | |
| WATSON | | ✓ | | |
| WENTWORTH | ✓ | | | |
| WEST | | ✓ | | |
| WHITMIRE | | ✓ | | |
| WILLIAMS | ✓ | | | |
| ZAFFIRINI | | ✓ | | |
| MR. PRESIDENT | ✓ | | | |
| TOTAL | 19 | 12 | 1 | |

# The Effects of Photographic Indentification on Voter Turnout in Indiana: A County-Level Analysis

Jeffrey Milyo

Report 10–2007
Revised December 2007

*A publication from:*
*Institute of Public Policy*
*University of Missouri*
*137 Middlebush Hall*
*Columbia, MO 65211*



Report 10–2007

## Abstract:

I examine the change in voter turnout across Indiana counties before and after the implementation of photo ID requirements. Overall, statewide turnout increased by about two percentage points after photo ID; further, there is no consistent evidence that counties that have higher percentages of minority, poor, elderly or less-educated population suffer any reduction in voter turnout relative to other counties. In fact, the estimated effect of photo ID on turnout is positive for counties with a greater percentage of minorities or families in poverty. The only consistent and frequently statistically significant impact of photo ID in Indiana is to increase voter turnout in counties with a greater percentage of Democrats relative to other counties. These findings run counter to some recent and prominent concerns that have been raised about voter identification reforms; however, these results are consistent with both existing theory on voter behavior and the most recent and reliable empirical evidence on the effects of voter identification requirements on turnout.

Institute of Public Policy

# The Effects of Photographic Indentification on Voter Turnout in Indiana: A County-Level Analysis

Jeffrey Milyo

## 1. Introduction

This study evaluates the effects of photographic voter identification requirements implemented in Indiana prior to the 2006 general election. Previous studies have examined the effects of voter identification laws more generally, but none of these separately analyzes the effects of so-called "mandatory photo ID" (hereafter simply, "photo ID") on turnout in Indiana.[1] Nevertheless, the existing scholarly literature on voter identification does strongly suggests that photo ID requirements are likely to have only a negligible impact on overall voter turnout; further, previous studies indicate that photo ID is unlikely to reduce the relative participation of minorities (e.g., Alvarez et al. 2007 and Mycoff et al. 2007). Given that these lessons from social science research run counter to the conventional wisdom, at least that espoused in some quarters,[2] I first review the most recent and relevant literature on the effects of voter identification on turnout, then present the findings from my empirical analysis of turnout in Indiana.

The change in voter turnout from the 2002 to 2006 general elections provides a nearly ideal natural experiment for estimating the effects of photo ID on voter turnout across the 92 counties in Indiana. Both years were midterm election years and in neither year was there a major contested statewide race (i.e., for governor or U.S. Senate); however, 2006 was the first general election year in which Indiana's photo ID law was actually implemented. I exploit this natural experiment to identify the effects of photo ID on turnout in counties with a greater percentage of minority, poor, elderly, or less educated populations.

I examine a variety of models of voter turnout and control for the influence of several other factors that may influence turnout. Overall, voter turnout

in Indiana increased about two percentage points from 2002 to 2006; however, in counties with greater percentages of minority or poor voters, turnout increased by even more, although this increase is not statistically significant. For counties with greater percentages of elderly or less educated voters, results are more mixed, but not consistently significant or negative. The only consistent and frequently significant effect of voter ID that I find is a positive effect on turnout in counties with a greater percentage of Democrat-leaning voters.

## 2. Voter ID and Turnout: Lessons from the Social Science Literature

The public debate over photo identification requirements for voters has been marked by oft-repeated concerns about the possible dramatic and detrimental effects of state voter identification requirements on voter turnout. The political rhetoric has become so super-heated that recent attempts to reform voter identification laws have been met with explicit accusations of racism on the part of reformers, dire warnings of a coming "disenfranchisement," and assertions that such reforms, though popular across party lines, are a "thinly veiled" attempt to prevent Democrats from voting.

In contrast, political theory suggests that the effects of voter identification laws on voter turnout are ambiguous. Such reforms increase the effort required to vote for some persons without proper identification (at least one time, anyway). Of course, some of these persons may be eligible voters and others will be ineligible voters. However, voter identification reforms may also instill greater confidence in the electoral process among eligible voters, making them more willing to participate in elections. Consequently, the actual impact of voter identification on turnout is an

TX_00001735

empirical question; and even if turnout decreases with voter identification laws, it is by no means apparent that it is eligible voters that are being affected.

Until very recently, there were no systematic statistical studies of the effects of photo ID requirements for voting, although it is has long been understood that many other countries both require such identification and experience higher rates of turnout than in the U.S. Studies of voter turnout across countries have instead focused on voter registration, the frequency of elections, non-compulsory voting, and single-member districts (as opposed to proportional representation) as reasons that turnout in the U.S. is low relative to other developed democracies (Powell 1986 and Blaise 2006). The fact that such cross country studies do not even entertain the possibility that photo ID requirements reduce turnout is itself informative about the long-standing opinion of the political science profession regarding the relative unimportance of such laws for turnout.

In contrast, numerous studies analyze the effects of voting institutions other than voter identification on turnout. In general, these studies find at best very modest effects of post-registration laws such as time off work for voting, opening polls early or keeping polls open late, mailing sample ballots, etc. (Primo, et al. 2007). This is because voter registration is a relatively high hurdle compared to these post-registration requirements; adding or removing some marginal costs of voting beyond registration has virtually no observable effect on turnout. Applying these lessons to voter identification, it is highly unlikely that anyone sufficiently motivated to register to vote, inform themselves about the current election issues, and transport themselves to a polling place will then be deterred by the incremental requirement of presenting proper identification at the polls.

In fact, there is an even more fundamental reason to expect that the impact voter identification requirements on turnout are likely to be negligible. This is because very few eligible voters lack official identification and presumably even fewer (if any) lack the capacity to produce sufficient identification should they have a need and inclination to do so.[3] Finally, the ability to cast a provisional ballot reduces further the potential for a legitimate voter to be disenfranchised, even when that person lacks proper identification.

On this point, Ansolabehere (2007) notes that in a recent national survey with 36,500 respondents, only 23 persons self-reported that they were not permitted to cast a regular ballot at the polls in 2006 because of identification problems. Further, it is not clear how many of these 23 persons cast a provisional ballot, although it appears that most did;[4] nor is it ascertainable from the survey whether any of these persons were actually eligible to vote, or whether they were honestly reporting problems at the polls.[5] It is nonetheless apparent that recent claims of a coming "disenfranchisement" are nothing more than irresponsible and ignorant exaggerations (e.g., Schulz 2007).

On the other hand, the widespread popularity of voter identification requirements suggests that the general public is indeed concerned about vote dilution from ineligible votes.[6] Lott (2006) has argued that confidence in the fairness of elections translates directly into higher voter turnout; such an effect, if it existed, might also reasonably be expected to be most pronounced for groups that tend to have less trust in the efficacy American democracy (e.g., racial and ethnic minorities, the poor and the less educated).

In fact, scholars of American politics generally agree that voter turnout is determined largely by idiosyncratic factors, such as an individual's intrinsic value of voting (i.e., does the individual feel a duty to vote) as opposed to political institutions (Matsusaka and Palda 1999; Mycoff et al., 2007).[7] For this reason, factors that influence trust and confidence in the integrity of the electoral process are generally thought to be important determinants of an individual's decision to vote (Putnam 2000).[8] For all these reasons, it is theoretically plausible that photo identification requirements actually increase voter turnout. Consequently, there exists a long-standing political science literature that does not support recent assertions that photo ID requirements have dramatic and detrimental effects on turnout.

### Recent empirical studies of state voter identification laws

In the wake of recent legislation implementing voter identification reforms in the states, a flurry of new empirical studies have appeared that more directly address the question of how state voter identification laws impact voter turnout. Unfortunately, the two



studies that have received the most coverage in the press (Eagleton 2006 and Vercellotti and Anderson 2006; hereafter, the "Rutgers studies") are fatally flawed on several counts.[9] For example, several authors note that these studies examine only a single cross-section of turnout data from 2004, so cannot properly estimate the treatment effect of state voter identification laws; nor can these studies properly estimate the effects of mandatory photo ID requirements (Alvarez, et al 2007, Mycoff, et al 2007 and Muhlhausen and Sikich 2007). Further, the Rutgers studies miscode several state identification laws (Mycoff, et al. 2007 and Muhlhausen and Sikich 2007). Finally, the findings reported in the Rutgers studies are not robust to reasonable changes in their statistical model (Alvarez, et al. 2007 and Muhlhausen and Sikich 2007).

The flawed Rutgers studies are also the only systematic studies of voter identification for which the authors conclude that ID laws have strong or consistently negative consequences for voter turnout overall, and especially for minorities. However, even ignoring the methodological problems with the Rutgers studies, the authors do an additional disservice to the public debate by mischaracterizing their own findings. For example, taken at face value, the results presented in the Rutgers studies imply that the most strict forms of voter identification laws examined in their data (voluntary photo ID) are associated with higher voter turnout among Black, Hispanic and Asian minorities than are the next most strict category of identification laws that they examine (non-photo ID). Further, the Rutgers studies also find that voluntary photo ID requirements yield no difference in overall turnout compared to non-photo ID requirements. The authors of the Rutgers studies fail to note any of these findings; this is a serious error that leads them to make conclusions that are not supported by their own evidence.

In contrast to the Rutgers studies, more recent studies stand out for both their methodological rigor and the fact that they examine voter turnout through the 2006 general elections (Alvarez, et al. 2007 and Mycoff, et al 2007). However, both of these studies are work in progress, so results must be interpreted with care.

Mycoff et al. (2007) examine the effects of voter identification laws on state level voter turnout, as well as individual-level self-reported voter turnout from the National Election Studies (a large national survey that is conducted each election year). The authors examine turnout from 2000 to 2006 using a random-effects model; they find that voter ID laws are not significantly related to turnout in either the aggregate state data or the individual level data. The individual-level analysis in Mycoff et al. is a particularly valuable innovation, since it allows the researchers to more confidently discuss the impacts of voter identification on minorities, the poor, the elderly, etc. However, the original analysis in Mycoff et al. does not examine these differential effects, nor do the authors separately investigate the effects of photo ID apart from other voter identification requirements.

More recently, however, Mycoff et al. have analyzed the effects of mandatory photo ID on individual level turnout after controlling for state fixed effects. In this most recent analysis, Mycoff et al. cannot reject the null hypothesis that the within state effects of photo ID on overall turnout are zero; likewise, the null of zero effect cannot be rejected for turnout across race, ethnicity, income or age categories.[10] Overall, Mycoff et al. (2007) find that idiosyncratic factors, such as an individual's interest in politics, are far more important determinants of turnout than are institutional factors like voter identification.

The most recently available study of the effects of voter identification on voter turnout is by Alvarez, et al. (2007); these authors also examine the effects of voter identification on both state-level turnout and individual level turnout (from the Current Population Survey). Alvarez et al. control for state fixed effects in their analysis, but they fail to control for the presence and competitiveness of statewide races in the different states and years in their study. This unfortunate oversight should be corrected in future iterations of the study, but for now this shortcoming undermines the usefulness of the authors' findings. Ignoring this methodological problem, Alvarez et al. (2007) report that voter ID laws are associated with higher (albeit not significant) voter turnout in the analysis of state-level turnout from 2000-2006. The individual-level analysis suggests that voter identification requirements have a modest negative impact on overall turnout, no differential impacts by race or ethnicity and a slightly more negative impact on elderly or poor voters.

TX_00001737

The results reported in Alvarez et al. (2007) also suggest that there is no significant change in voter turnout for any population subgroup when comparing the effects of mandatory photo ID laws to voluntary photo ID, although the authors do not conduct a formal test of this hypothesis. However, it is unclear at this point how sensitive the estimates reported by Alvarez et al. will be to the inclusion of controls for the presence and competitiveness of statewide races. Consequently, the recent and on-going study by Mycoff et al. (2007) remains the most reliable and thorough systematic evaluation of the effects of photo ID laws on voter turnout to date.

In this review, I have demonstrated that both theory and the best evidence to date strongly suggest that the effects of photo ID on overall turnout are likely to be very modest (and may even be positive). Further, the best analyses of the differential impact of photo ID indicate no deleterious effects on minorities, the poor, or the elderly. In the next section, I demonstrate that these conclusions are borne out in the county-level election returns for Indiana.

## 3. Data and Methods

The subsequent empirical analysis examines the effects of photographic identification requirements on county-level turnout in Indiana. I analyze the change in voter turnout in the general midterm elections of 2002 and 2006; these elections offer a nearly ideal natural experiment for identifying the effects of photo ID on turnout. This is because there were no other major changes in Indiana election laws during this time period, so the impact of photo ID will not be confounded with other changes in state election administration. Further, because some demographic groups tend to have higher turnout in presidential election years, it is appropriate to compare turnout in the two most recent midterm elections. Finally, these two midterm elections are also relatively comparable since there were no major contested statewide races in either year.[11] Even so, I also check the whether the resulting estimates are sensitive to the inclusion of additional midterm and\ or presidential election years; to preview: they are not.

I measure voter turnout as the percent of voting age population (VAP) in each election year; VAP is estimated by the U.S. Census as of July 1st of the election year.[12] This measure is commonly employed in studies of voter turnout in aggregate data, since voter registration data is not of a consistent quality across time or jurisdiction. However, voting age population estimates including non-citizens and other persons that are not eligible to vote. While this is more problematic for studies of turnout in states with larger populations of ineligible voters, it is less likely to be a concern in a state like Indiana. Further, to the extent that the number of non-citizens is growing over time, and is disproportionately of Hispanic ethnicity, this has the effect of understating overall turnout in 2006, especially in areas with higher Hispanic populations.

For this reason, I also measure voter turnout as the percentage of the estimated number of citizens of voting age (CVAP) in each year. However, reliable estimates of CVAP at the county-level are not readily available, so I generated my own estimate based upon U.S. Census counts of non-citizens in 2000. In order to estimate CVAP by county in each year, I first calculate the ratio of citizens of voting age population to all the total voting age population for each county in 2000 from Census data. I then multiply the estimated VAP for each county and year by this ratio. However, the question of whether voter turnout should be measured as a percentage of VAP or CVAP is not surprisingly a non-issue in the present context; the correlation between the two measures is better than 98% for the time periods examined in this study.

In order to measure the overall effect of photo ID on voter turnout across the 92 Indiana counties, I estimate an ordinary least squares regression controlling for county-fixed effects and year effects. The county fixed-effects account for factors such as demographic differences across counties, while the year effects account for the different composition of state races in each election year. However, there has only been one general election in Indiana post-photo ID, so it is not possible to separately identify the overall effects of photo-ID on voter turnout absent additional assumptions. For this reason, the present analysis focuses on the effects of photo ID on different groups of eligible voters.

I evaluate claims about the relative effects of voter ID on racial and ethnic minorities, the poor, the elderly, persons without a high school diploma and Democrats by estimating the effects of photo ID on

TX_00001738
JA_004497

TX_00001738

turnout in counties with greater percentages of those groups as a percent county population. However, these demographic variables do not vary over time, since they are taken from the 2000 U.S. Census. This means that it is not possible to control for county-fixed effects when estimating the effects of photo ID on these particular demographic groups. For this reason, I account for differences in the demographic composition of counties by including control variables for per capita income and the percent of county population by several categories, including: age, education, ethnicity, female labor force participation, military status, non-citizens, party, poverty, race, and rural status (see Appendix). I also check the sensitivity of results when this list of control variables is pared down to just age, education, ethnicity, income and race.

Despite the plethora of county-level control variables described above, it is possible that there remain some unobserved county-level phenomena that may bias the estimated effects of photo ID on turnout in some unknown way. For this reason, I also examine the effects of photo ID on the within-county change in voter turnout since the most recent general election (i.e., the change in voter turnout from 2004 to 2006 compared to the change from 2000 to 2002). This alternative model effectively purges voter turnout of the county-specific factors mentioned above and so provides an important check on the estimates obtained form the basic model. Finally, because repeated observations at the county-level over time are not necessarily independent observations, I also control for clustering of standard errors by county in every regression model.

While most authors examine the effects of voter identification on voter turnout, some (e.g., Alvarez et al. 2007) look at the effects on the natural logarithm of voter turnout (i.e. "log turnout"); for this reason, I use both of these measures in my analysis. Therefore, in the next section I present estimates for four basic statistical models, where the dependent variable is i) turnout, ii) log turnout, iii) change in turnout, and iv) change in log turnout. I also discuss the sensitivity of these results to different measures of turnout, time periods or sets of control variables; for the most part, the key findings are quite robust to these alternative specifications.

## 4. Results

Voter turnout as a percentage of VAP in Indiana was about 2 percentage points higher in 2006 compared to 2002. This increase in turnout was fairly uniform across all counties; the mean within-in county change in turnout was +1.76% (p<.001). However, it is not possible to discern how much of this increase in turnout is attributable solely to the effects of photo ID; this is because there was also an uncompetitive Senate race in 2006. For example, the presence of a U.S. Senate election in 2006 might have led to an increase in turnout above what it would have been otherwise. On the other hand, the fact that there was no Democrat candidate in the 2006 Senate race might have led to lower turnout than otherwise. In fact, my examination of historical Senate election data does indeed suggest that state voter turnout tends to be lower when there is an uncompetitive Senate election at the top of the state ticket, all else constant. Assuming that this phenomenon occurred in 2006 in Indiana, then the photo ID likely led to an even greater increase in voter turnout than the 2% observed in the raw data.

Even so, I prefer to err on the side of caution in this report, so I focus only on the differential impact of photo ID across Indiana counties. In contrast to the situation for overall turnout in 2006, there is no a priori reason to believe that the uncompetitive 2006 Senate election influenced voter turnout in some counties more than others. Consequently, the effects of photo ID on turnout across counties with differing populations of minority, poor, low education, elderly voters, or Democrat voters can be identified and estimated in the available election data.

In Table 1A, I report the estimated effects of photo ID on both turnout and the change in turnout for counties with higher proportions of minority population. The table is divided into two panels; one for each model. For example, the results in the top panel of the table under column one indicate that photo ID increased voter turnout in counties with higher percentage of black population, albeit this estimate is not statistically significant (t=1.23). However, the estimated magnitude of this effect is quite large; for each percentage point increase in black population in a county, voter turnout increases by 0.1 percentage points. Looking to the bottom panel of Table 1A under the same column, the estimated effect

TX_00001739

*The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis*    Report 10-2007

of photo ID on the change in turnout for counties with a higher percentage of Black population is also positive, nearly identical in magnitude, although again not statistically distinguishable from zero (t=0.59).

Moving to column two of Table 1A, the estimated effect of photo ID on voter turnout (top panel) for counties with larger Hispanic populations is negative, but much smaller in magnitude than that for Black population and also statistically insignificant. However, the impact of voter ID on the change in voter turnout for counties with greater Hispanic population is positive (even more so than for Black population), but once again not significantly different from zero (bottom panel).

In column three, I report the estimated effects of photo ID for both the Black and Hispanic variables; this model exhibits a similar pattern as when the variables are estimated separately. In all but one case the estimated effect of photo ID on turnout is positive for counties with more Black or Hispanic population. However, in no case are these variables individually or jointly significant.

The final column of Table 1A reports the effects of photo ID on turnout in counties with higher total minority population (non-white and\or Hispanic). The estimates are identical for both turnout and the change in turnout models. For each one percentage point increase in minority population, county turnout increases by 0.7 percentage points after the implementation of photo ID. Again, these effects are imprecisely estimated, so the null hypothesis of a zero differential effect of voter ID on turnout in counties with higher minority populations cannot be rejected.

My analysis of the effects of photo ID on turnout by race and ethnicity continues with an examination of the impact on both the log of turnout and the change in the log of turnout. The results of this estimation are reported in Table 1B; however, because this is a non-linear model, the coefficients do not have a similarly straightforward interpretation as before. For example, the point estimate of .003 for %Black in the top panel under column one of Table 1B has the following interpretation: for each percentage point increase in Black population in a county, voter turnout increases by .003 times voter turnout in 2002. For example, given a county-wide voter turnout rate of 30% in 2002, the implementation of photo ID is associated with a .09 percentage point increase in 2006

turnout for each percentage point of black population (or a nearly identical effect as was observed in Table 1A).

Given the complexity of interpreting the estimates in Table 1B, and the fact that none of these estimates are significantly different from zero (either individually, or in the case of column three, jointly), I will only note that the pattern of qualitative results obtained in the log models of turnout is very similar to that seen in Table 1A. In fact, the only substantive difference is that the effect of photo ID on Hispanic population is uniformly more positive.

To this point, there is no evidence that photo ID requirements in Indiana reduced voter turnout, either overall, or in counties with relatively larger racial or ethnic minority populations. Re-estimating these models for the three most recent midterm elections (1998, 2002 and 2006) yields a similar pattern of results, with one exception: the effect of photo ID on counties with more Hispanic population is consistently positive. Similarly, including presidential election years, along with additional controls for the differing turnout tendencies in midterm versus presidential election years, likewise produces nearly identical results. Finally, substituting citizen voting age population (CVAP) for VAP in any of the models discussed above has the effect of making the estimated effects of photo ID on Hispanic population positive, but otherwise yields no appreciable difference.

The analysis above is repeated for other demographic groups in Tables 2A and 2B. Specifically, I examine the effects of photo ID on turnout in counties with higher percentages of families below the poverty line (%Poverty), persons with less than a high school degree (%No High School) education, and persons over 65 years of age (%Elderly). These demographic variables are never statistically significant in the turnout models shown in panel one of Table 2A. although both the percent of county population in poverty or elderly approach statistical significance (p<.15). The effect of photo ID on turnout in counties with more poor families is positive, while the effect on turnout in counties with more elderly population is negative. However, these effects are largely attenuated for the change in turnout, and especially so for the percentage elderly (bottom panel of Table 2B). The effect of photo ID on turnout in counties with relatively fewer high school graduates exhibits a similar

TX_00001740
JA_004499

TX_00001740

pattern; it is negative and insignificant in panel one, but closer to zero and less precisely estimated in panel two. Further, these three demographic variables are jointly insignificant in both models. Finally, all of the race, ethnicity and demographic variables examined to this point are also not jointly significant when they are all simultaneously included in these turnout models.

As was the case for the race and ethnicity variables, the same general pattern of qualitative effects are observed in the log turnout and change in log turnout models (Table 2B); in addition, the demographic variables (poverty, no high school and elderly) are not jointly significant, nor is the combination of these demographic variables with the race and ethnicity variables examined in Table 1A and 1B. Re-estimating these four models for additional years, and\or substituting CVAP for VAP likewise yields no major changes, although the estimated effects of photo ID on counties with more elderly or low-education population become more positive and less precisely estimated.

The final variable examined is the extent of Democrat voting preferences in a county; this is measured using a common proxy in the political science literature, the county vote percentage for the Democrat presidential candidate in 2004 (John Kerry). The results for this variable are found in column four of Tables 2A and 2B. In all but one case, the effect of voter ID on turnout in highly Democrat-leaning counties is statistically significant or marginally so (p<.10 or better). In every case examined in Tables 2A and 2B, photo ID is associated with higher turnout in counties with a greater share of Democrat leaning voters. The magnitude of this estimated effect is about 0.1 percentage points higher voter turnout in 2006 per percentage point increase in John Kerry's 2004 vote percentage in the county. [This result holds up even when the model is estimated using additional election years or citizen voting age population, as above.]

I have also estimated all of the models described above with a more sparse set of control variables, only including controls for age, education, ethnicity, income, and race. However, the choice of these control variables does not yield any notable changes in the pattern of results discussed here.

As a final sensitivity check, all of the models above have been estimated without the adjustment for clustering of observations at the county level. This does not affect the estimated coefficients in these models but in general will affect the standard errors of the estimates. The effect of the cluster-adjustment to standard errors is to make some of the key estimates described above more precise; without the cluster-adjustment, none of the coefficients on percent elderly or percent poor remain even marginally statistically significant (i.e., p>.10 in every case). The only coefficient estimates that remain statistically significant without the cluster-adjustment are those for the percent Democrat in the county.

## 5. Discussion

Given the context of the existing research on voter turnout, my findings for Indiana are completely unsurprising. Despite the attention-grabbing and often strident claims that voter identification is the modern version of the poll tax and the like, nothing could be further from the truth. Existing theory and evidence from decades of social science research do not support the contention that photo ID requirements are likely to have a large and detrimental impact on turnout; nor does the previous empirical evidence find any significant impact of photo identification on racial or ethnic minorities. Further, the best previous evidence to date also finds no significant impact of photo ID on the poor or the elderly.

In this study, I exploit the existence of a natural experiment on the impact of photo ID: the change in turnout between the 2002 and 2006 midterm elections in Indiana. My analysis is novel not only for its focus on the effects of photo ID in Indiana, but because I subject my findings to a battery of sensitivity checks. This is also the first study to analyze the differential impact of photo ID requirements on turnout among more Democrat-leaning voters.

The findings that emerge from my analysis are that photo ID is associated with: i) an overall county-level turnout increase of almost two percentage points, ii) an insignificant increase in relative turnout for counties with a greater percentage of minority and poor population, iii) no consistent or significant impact on relative turnout in counties with a greater percentage of less educated or elderly voters, and iv) a significant relative increase in turnout for counties with a higher percentage of Democrat voters.

TX_00001741
JA_004500

TX_00001741

1 The term "mandatory" is a misnomer, since voters without proper photo ID are still allowed to cast a provisional ballot at the polls.

2 For example, see the recent brief for certiorari submitted to the U.S. Supreme Court by the Indiana Democratic Party and Marion County Democratic Central Committee (Indian Democratic Party, et al. v. Todd Rokita, et. al.).

3 Hood and Bullock (2007) argue that about 5% of registered voter names in Georgia do not have a valid driver's license or state identification card;  however, the authors make no attempt to investigate how many of the registered voter names are actually attached to eligible voters.  This is a rather egregious error, since it is well known that voter registration lists overstate, sometimes quite dramatically, the number of valid eligible voters due to duplicate, erroneous, out-dated and even fraudulent registrations. For example, in Indiana, the number of registered voters exceeds the number of voters that report being registered by more than 40% (Schulz 2007).

4 Ansolabehere (2007) does not explicitly report how many of the 23 persons with voter identification issues cast provisional ballots, although it would appear to be nearly all of them, since elsewhere he writes: "an almost immeasurably small number of people who tried to vote were excluded because of identification requirements or questions with their qualifications;" also, Ansolabehere notes that only three persons did not vote because of any problems with their voter registration.

5 Given the bitter partisan debate over voter identification, it would not be surprising if a handful of respondents chose to exaggerate their experience at the polls; in light of this, it is quite amazing that so few respondents self-report problems voting.

6 Ansolabehere (2007) reports that large majorities support voter identification reforms, including 70% of Blacks, 78% of Hispanics and 67% of all Democrats; in fact, persons who were asked to show identification when voting in 2006 were even more supportive of voter identification requirements than other respondents.

7 Also, see Primo and Milyo 2006a,b on the effects of political institutions on citizen trust and voter turnout.

8 For example, influential evidence on the importance of the intrinsic value of voting comes from field experiments in which those individuals that receive reminders about their civic duty to vote are more likely to do so (Gerber and Green 2000).  Further evidence comes from Ansolabehere, et al (1999); they argue that negative campaign advertising reduces voter turnout primarily because of its detrimental effect on public trust in the political process.

9 In fact, the two studies are nearly identical, as Vercellotti and Anderson were part of the research team that produced the Eagleton (2006) report.

10 Personal communication with Jason Mycoff (November 9, 2007).

11 There was not a gubernatorial or U.S. Senate election in Indiana in 2002.  In 2006, there was a U.S. Senate race in which Richard Luger, a Republican, was not opposed by a Democrat; Lugar defeated his closest opponent, a Libertarian candidate, by 87.3% to 12.6% of the total vote.

12 All data employed in this study were provided by Polidata (www.Polidata.org).

## REFERENCES

Alvarez, Michael, Delia Bailey, Jonathan Katz 2007.  "The Effect of Voter Identification Laws on Turnout," Working Paper #57 in the Caltech/MIT Voting technology Project (California Institute of Technology: Pasadena, CA).

Ansolabehere, Stephen 2007.  "Access Versus Integrity in Voter Identification Requirements," Working Paper #58 in the Caltech/MIT Voting Technology Project (California Institute of Technology:  Pasadena, CA).

Ansolabehere, Stephen D., Shanto Iyengar, and Adam Simon 1999.  "Replicating Experiments Using Aggregate and Survey Data: The Case of Negative Advertising and Turnout" American Political Science Review, 93: 901-909.

Blais, Andre (2006).  "What Affects Voter Turnout?" Annual Review of Political Science, 9: 111-125.



TX_00001742
JA_004501

TX_00001742

*The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis*          Report 10-2007

Eagleton Institute 2006. "Report to the U. S. Election Assistance Commission: Best Practices to Improve Voter Identification Requirements," Eagleton Institute of Politics (Rutgers University: New Brunswick, NJ).

Gerber, Alan and Donald Green 2000. "The Effect of a Non-Partisan Get-Out-the-Vote Drive: An Experimental Study of Leafletting," Journal of Politics, 62(3): 846-857.Hood, M.V. and Charles Bullock 2007. "Worth a thousand Words?: An Analysis of Georgia's Voter Identification Statute," working paper (University of Georgia: Athens, GA).

Lott, John R. 2006. "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud have on Voter Participation Rates" working paper (University of Maryland: College Park, MD).

Matsusaka, John and Filip Palda 1999. "Voter Turnout: How Much Can We Explain?" Public Choice 98: 431-446

Muhlhausen, David B. and Keri Weber Sikich 2007. "New Analysis Shows Voter Identification Laws Do Not Reduce Turnout." (Heritage Foundation: Washington, D.C.).

Mycoff, Jason, Michael W. Wagner and David C. Wilson 2007. "Do Voter Identification Laws Affect Voter Turnout?" working paper (University of Delaware: Newark, DE).

Powell, G. Bingham, Jr. (1986). "American Voter Turnout in Comparative Perspective." American Political Science Review 80: 17-44.

Primo, David, Matthew L. Jacobsmeier and Jeffrey Milyo 2007. "Estimating the Effects of State Policies and Institutions with Mixed Level Data," State Politics and Policy Quarterly, 7(4): 447-461.

Primo, David and Jeffrey Milyo 2006a. "Campaign Finance Laws and Political Efficacy: Evidence from the States," Election Law Journal, 5(1): 23-39.

Primo, David and Jeffrey Milyo 2006b. "The Effects of State Campaign Finance Laws on Voter Turnout," working paper (University of Missouri: Columbia, MO).

Putnam, Robert 2000. Bowling Alone: The Collapse and Revival of American Community. (Simon and Schuster: New York).

Schulz, David 2007. "Less than Fundamental: The Myth of Voter Fraud and the Coming of the Second Great Disenfranchisement," working paper (Hamline University: St Paul, MN).

Vercelli, Timothy and David Anderson 2006. "Protecting the Franchise, or Restricting It? The Effects of Voter Identification Requirements on Turnout," working paper (Rutgers university: New Brunswick, NJ).



TX_00001743
JA_004502

TX_00001743

## Table 1A: Effects of Photo ID by Race and Ethnicity
## (County Turnout in 2002 and 2006)

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| *Panel One: % Voting Age Pop. (%VAP)* | | | | |
| %Black*PhotoID | 0.10 | | 0.12 | |
|  | (1.23) | | (1.44) | |
| %Hispanic*PhotoID | | -0.03 | -0.15 | |
|  | | (0.21) | (0.97) | |
| %Minority*PhotoID | | | | 0.07 |
|  | | | | (1.27) |
| | | | | |
| *Panel Two: Change in % Voting Age Pop.* | | | | |
| %Black*PhotoID | 0.09 | | 0.08 | |
|  | (0.59) | | (0.45) | |
| %Hispanic*PhotoID | | 0.13 | 0.06 | |
|  | | (0.83) | (0.28) | |
| %Minority*PhotoID | | | | 0.07 |
|  | | | | (0.72) |

**NOTES:** Absolute values of t-statistics in parentheses (adjusted for clustering by counties). The estimated effects of photo ID interacted with percent Black and Hispanic are also not jointly significant in either panel above. All models include controls for year and characteristics of county population, including: age, education, ethnicity, female labor force participation, income per capita, military status, non-citizens, party, poverty, race, and rural status.

TX_00001744
JA_004503

TX_00001744

## Table 1B: Effects of Photo ID by Race and Ethnicity
### (Natural Logarithm of County Turnout in 2002 and 2006)

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| *Panel One: Log of % Voting Age Pop. (%VAP)* |  |  |  |  |
| %Black*PhotoID | .003 |  | .004 |  |
|  | (1.42) |  | (1.50) |  |
| %Hispanic*PhotoID |  | .000 | -.003 |  |
|  |  | (0.08) | (0.82) |  |
| %Minority*PhotoID |  |  |  | .002 |
|  |  |  |  | (1.55) |
|  |  |  |  |  |
| *Panel Two: Change in Log of % Voting Age Pop.* |  |  |  |  |
| %Black*PhotoID | .002 |  | .002 |  |
|  | (0.67) |  | (0.58) |  |
| %Hispanic*PhotoID |  | .002 | -.000 |  |
|  |  | (0.55) | (0.00) |  |
| %Minority*PhotoID |  |  |  | .002 |
|  |  |  |  | (0.82) |

**NOTES:** Absolute values of t-statistics in parentheses (adjusted for clustering by counties). The estimated effects of photo ID interacted with percent Black and Hispanic are also not jointly significant in either panel above. All models include controls for year and characteristics of county population, including: age, education, ethnicity, female labor force participation, income per capita, military status, non-citizens, party, poverty, race, and rural status.

TX_00001745
JA_004504

TX_00001745

### Table 2A: Effects of Photo ID by Poverty, Education, Age, and Party (County Turnout in 2002 and 2006)

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| *Panel One: % Voting Age Pop. (%VAP)* | | | | |
| %Poverty*PhotoID | 0.29 | | | |
|  | (1.67) | | | |
| %NoHighSchool*PhotoID | | -0.08 | | |
|  | | (1.25) | | |
| %Elderly*PhotoID | | | -0.36 | |
|  | | | (1.89) | |
| %Democrat*PhotoID | | | | 0.10 |
|  | | | | (2.22) |
| *Panel Two: Change in % Voting Age Pop.* | | | | |
| %Poverty*PhotoID | 0.17 | | | |
|  | (0.98) | | | |
| %NoHighSchool*PhotoID | | -0.01 | | |
|  | | (0.11) | | |
| %Elderly*PhotoID | | | -0.08 | |
|  | | | (0.41) | |
| %Democrat*PhotoID | | | | 0.11 |
|  | | | | (1.59) |

NOTES: Absolute values of t-statistics in parentheses (adjusted for clustering by counties). The estimated effects of photo ID interacted with percent poverty, no high school degree and elderly are also not jointly significant in either panel above. All models include controls for year and characteristics of county population, including: age, education, ethnicity, female labor force participation, income per capita, military status, non-citizens, party, poverty, race, and rural status.

TX_00001746
JA_004505

TX_00001746

**Table 2B: Effects of Photo ID by Poverty, Education, Age, and Party**
**(Naural Logarithm of County Turnout in 2002 and 2006)**

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| *Panel One: Log of % Voting Age Pop. (%VAP)* | | | | |
| %Poverty*PhotoID | .007 | | | |
|  | (1.56) | | | |
| %NoHighSchool*PhotoID | | -.003 | | |
|  | | (1.60) | | |
| %Elderly*PhotoID | | | -.011 | |
|  | | | (2.08) | |
| %Democrat*PhotoID | | | | .003 |
|  | | | | (2.28) |
| *Panel Two: Change in Log of % Voting Age Pop.* | | | | |
| %Poverty*PhotoID | .004 | | | |
|  | (0.88) | | | |
| %NoHighSchool*PhotoID | | -.001 | | |
|  | | (1.05) | | |
| %Elderly*PhotoID | | | -.005 | |
|  | | | (0.99) | |
| %Democrat*PhotoID | | | | .003 |
|  | | | | (1.87) |

NOTES: Absolute values of t-statistics in parentheses (adjusted for clustering by counties). The estimated effects of photo ID interacted with percent poverty, no high school degree and elderly are also not jointly significant in either panel above. All models include controls for year and characteristics of county population, including: age, education, ethnicity, female labor force participation, income per capita, military status, noncitizens, party, poverty, race, and rural status.

TX_00001747
JA_004506

TX_00001747

**APPENDIX :**

The following county-level census variables are included
as controls in the statistical analysis:

Percent non-Hispanic Black
Percent Hispanic
Percent non-white and\or Hispanic

Natural logarithm of per-capita income
Percent of families in poverty

Percent without a high school degree (omitted category)
Percent with at most a high school degree
Percent with some college education
Percent with college degree
Percent with post-graduate education

Percent age less than 5 years (omitted category)
Percent age between 5 and 17 years
Percent age between 19 and 24 years
Percent age between 25 and 44 years
Percent age between 45 and 64 years
Percent age 65 or more

Percent voting for John Kerry in 2004 (of those casting
votes in 2004)

Percent active military
Percent female labor force participation
Percent non-citizens
Percent retired military
Percent rural

Jeffrey Milyo is a professor in the Truman School of
Public Affairs and the department of economics at the
University of Missouri; he is also the Hanna Family
Scholar in the Center for Applied Economics at the
University of Kansas School of Business and a Senior
Fellow at the Cato Institute in Washington, D.C.
Comments are welcome; please contact the author at:
milyoj@missouri.edu.

**Suggested Citation**

Milyo, Jeffrey. (2007). "The Effects of Photographic Indentification
on Voter Turnout in Indiana: A County-Level Analysis." Report
10-2007.   Retrieved [Month Day, Year], from University of
Missouri Columbia, Institute of Public Policy Web site:  http://
www.truman.missouri.edu/ipp/products

Institute of Public Policy
137 Middlebush
University of Missouri
Columbia, MO 65211
http://www.truman.missouri.edu/ipp



Institute of Public Policy

TX_00001748
JA_004507

TX_00001748



# NEWS

Published by Media Relations • 202-885-5950 • www.american.edu/media • aumedia@american.edu

American University, 4400 Massachusetts Avenue, NW, Washington, DC 20016-8135

## Much-hyped Turnout Record Fails to Materialize
## Convenience Voting Fails to Boost Balloting

Contact: Curtis Gans, 202-885-6295, 703-304-1283, 540-822-5292, gans@american.edu, csnag@eols.com
Jon Hussey, AU Media Relations, 202-885-5935 or hussey@american.edu

WASHINGTON, D.C. (November 6, 2008)—Despite lofty predictions by some academics, pundits, and practitioners that voter turnout would reach levels not seen since the turn of the last century, the percentage of eligible citizens casting ballots in the 2008 presidential election stayed at virtually the same relatively high level as it reached in the polarized election of 2004.

According to a report and turnout projection released today by American University's Center for the Study of the American Electorate (CSAE) and based, in part, on nearly final but unofficial vote tabulations as compiled by the Associated Press as of 7 p.m. Wednesday, November 5, the percentage of Americans who cast ballots for president in this year's presidential election will reach between 126.5 million and 128.5 million when all votes have been counted by early next month.

If this prediction proves accurate, turnout would be at either exactly the same level as in 2004 or, at most, one percentage point higher (or between 60.7 percent and 61.7 percent). If the rate of voting exceeds 61.0 percent of eligibles, turnout will have been the highest since 1964. This projection is based on the 121.5 million tabulated votes compiled by the Associated Press plus some estimate—partially based on experience with post-election vote counting in previous elections and partially based on factors specific to this election, most notably the spread of balloting prior to Election Day—on how many ballots are still to be counted.

A downturn in the number and percentage of Republican voters going to the polls seemed to be the primary explanation for the lower than predicted turnout. The percentage of eligible citizens voting Republican declined to 28.7 percent down 1.3 percentage points from 2004. Democratic turnout increased by 2.6 percentage points from 28.7 percent of eligibles to 31.3 percent. It was the seventh straight increase in the Democratic share of the eligible vote since the party's share dropped to 22.7 percent of eligibles in 1980.

Of the 47 states and the District of Columbia included in this report, turnout was up in only 22 states and D.C. (Because of the extensive uncounted no excuse absentee balloting in Alaska and California and all-mail voting in Oregon and most of the state of Washington, those states are not included in this report.)

"Many people were fooled (including this student of politics although less so than many others) by this year's increase in registration (more than 10 million added to the rolls), citizens' willingness to

TX_00001749

stand for hours even in inclement weather to vote early, the likely rise in youth and African American voting, and the extensive grassroots organizing network of the Obama campaign into believing that turnout would be substantially higher than in 2004," said Curtis Gans, CSAE's director. "But we failed to realize that the registration increase was driven by Democratic and independent registration and that the long lines at the polls were mostly populated by Democrats."

Gans attributed the GOP downturn to three factors: 1) John McCain's efforts to unite the differing factions in the Republican Party by the nomination of Governor Sarah Palin as vice-presidential nominee was a singular failure. By election time many culturally conservative Republicans still did not see him as one of their own and stayed home, while moderate Republicans saw the nomination of Palin reckless and worried about McCain's steadiness. 2) As events moved towards Election Day, there was a growing perception of a Democratic landslide, discouraging GOP voters. 3) The 2008 election was a mirror image of the 2004 election. In the 2004 election, the enthusiasm level was on the Republican side. By Election Day, Democratic voters were not motivated by their candidate but rather by opposition to President Bush, while Republican voters had a much greater liking for their standard bearer. In 2008 and according to polls from several sources, by at least 20 percentage points, Obama enjoyed stronger allegiance than McCain. Even the best get-out-the-vote activities tend to be as successful as the affirmative emotional context in which they are working. In 2004, that context favored the GOP. In 2008, it favored the Democrats.

"In the end, this election was driven by deep economic concerns and the prevailing emotional climate," Gans said. "While there probably has not been, since 1932, the confluence of factors that underlay this election—90 percent of the American people seeing the nation on the wrong track, 75 percent disapproving of the president's performance, more than 80 percent perceiving a recession and feeling that things will get worse, and the reality of growing economic distress—on one level this election was typical. When economic conditions go bad, the party in the White House gets blamed and they lose."

TX_00001750

## Convenience Voting Didn't Help

During the past several years, and in the belief that turnout would be enhanced, many states have moved to various forms of what has been called convenience voting. The most extreme form is the all-mail balloting in Oregon, and more recently, in most of the state of Washington. Other forms include no-excuse absentee voting (whereby citizens can get absentee ballots without stating a reason and cast them for a period in advance of the election), early voting (whereby at certain polling places established by election officials in convenient locations, citizens can, in person, cast ballots for a specified period before an election) and Election Day registration (where a citizen can both register and vote on Election Day).

The evidence from the 2008 election is that if the mission of these electoral devices is turnout enhancement, the mission has been a failure.

Of the 14 states which had the largest turnout increases in 2008, only six had implemented one form or another of convenience voting. Of the 13 states which had the largest turnout decreases, all but one had one form or another of convenience voting. (See chart 3.)

"It has always been abundantly clear that, after four decades of making it easier to vote and having turnout decline (among most groups) except for elections driven by fear and anger," Gans said, "the central issue governing turnout is not procedure but motivation. These new procedures, except for Election Day registration for some states, don't help turnout and pose some discrete dangers for American democracy."

## Some Statistical Highlights:

Of the states included in this report, Democratic turnout increased in all but seven states, led by Indiana (up 8.32 percentage points), North Carolina (8.3), Hawaii (6.4), Delaware (6.1), Georgia (6.1), North Dakota (6.0), Nevada (5.9), Montana (5.4), New Mexico (.1), and Virginia (5.0)—all except Hawaii, new areas of potential Democratic strength. Republican turnout increased in only eight of 47 states and the District of Columbia included in this report.

The greatest increase in overall turnout was in North Carolina, where turnout increased by 9.4 percentage points to a record high. Georgia also had a record high turnout, increasing by 6.7 percentage points, as did South Carolina with a 6.0 percentage point increase. Others setting new records included Alabama, Virginia, Mississippi, and the District of Columbia.

As usual the highest turnout was recorded in Minnesota (75.9 percent of eligible), followed by Wisconsin (70.9), Iowa (68.9) Missouri (67.4), Michigan (66.7), South Dakota (66.7), and North Carolina (66.3).

**Commentary (Two Shorts for Longer Future Analysis):**

**1. The opportunity for long-term realignment:** The Democratic victory was not only large in margin and sweeping in scope, it also was a continuation of their gains in share of the eligible vote, which began after the 1980 election and many of their largest gains in 2008 came in states where the Democrats had not previously had a foothold—in the post-Voting Rights Act south and in the mountain west and southwest. While this election did not in itself realign American politics after 28-years of Republican dominance, it presented the opportunity for such a realignment to take place. But that realignment can only occur if President-elect Obama is a successful president. If he restores political trust, economic stability, international respect, and broad citizen approval, the Democrats could be in power everywhere for a very long time. But that is a tall order which may not be, given the severity of current conditions, an accomplishable task. However, the GOP would be wise not to play politics in the manner they utilized during the Clinton Administration—a manner that was largely obstructionist and nay-saying.  If they pursue that strategy in the face of Obama's call to cooperation in dealing with crisis, the GOP could be in the political wilderness for a very, very, long time.

**2. Convenience Voting:** This election showed what many previous elections have shown—that the types of innovations adopted in the past several years—particularly early voting, no-excuse absentee voting and mail voting—do not enhance and may hurt turnout. They pose other dangers— the most significant is the danger that something may occur on the last few days of the electoral season, such as, the present context, the capture of Osama Bin Laden, a domestic terrorist act, or an elderly candidate having a heart attack—after 35 million citizens have cast an irrevocable vote. With the exception of those who physically can't get to the polls or those who for business reasons can't be at the polls on a given election day, the nation would be safer if everyone voted on the same day. Mail voting and no-excuse absentee voting also offer the greatest opportunity for voting fraud and intimidation of any aspect of the electoral system. This is because these forms of voting provide for the elimination by any individual of their right to a secret ballot and thus, their vote could be (and has been on a few occasions) bought, or someone delivering an open ballot filled out the "wrong" way could discard it, or one could be pressured at ballot signing parties among one's peers, pressure easy to resist behind a voting curtain, not so easy to resist at the home of a friend. It is why the United States adopted the Australian (secret) ballot in the first place around the turn of the last century.

But in a larger sense, convenience voting is addressing a real problem with the wrong solutions. The participation problem is, at heart, not procedural but motivational. In a variety of ways, events, politics, leadership, education, communications, and values have damped the religion of civic engagement and responsibility. We will not get that back by treating would-be voters as spoiled children. We need to demand more of our citizenry rather than less. The Democrats liked convenience voting this time because it benefitted them. The Republicans liked it in 2004 because it benefitted them. But democracy was not benefitted. These devices are extremely popular, but popularity is not the same as wisdom and in this case, it is antithetical. It's time to consider rolling them back.





# SUMMARY CHARTS

**1. Turnout Trend:** The number and percentage of eligible citizens who voted for President in elections since 1924. The 2008 figure is an estimate:

| YEAR | Citizens Eligible | Vote | Percent of Eligible Voted | Pct. Pt. Dif. |
|------|------------------|------|--------------------------|---------------|
| 2008 | 208,323,000 | 127,500,000 (est.)** | 61.2 | 0.6 |
| 2004 | 201,780,000 | 122,265,430 | 60.6 | 6.4 |
| 2000 | 194,327,000 | 105,399,313 | 54.2 | 2.8 |
| 1996 | 187,437,000 | 96,277,872 | 51.4 | -6.9 |
| 1992 | 179,048,000 | 104,428,377 | 58.3 | 5.0 |
| 1988 | 171,855,000 | 91,594,805 | 53.3 | -2.6 |
| 1984 | 165,727,000 | 92,659,600 | 55.9 | 1.2 |
| 1980 | 158,111,000 | 86,515,221 | 54.7 | -0.3 |
| 1976 | 148,419,000 | 81,555,889 | 55.0 | -2.1 |
| 1972 | 136,228,000 | 77,718,554 | 57.1 | -3.9 |
| 1968 | 119,955,000 | 73,211,875 | 61.0 | -1.0 |
| 1964 | 113,979,000 | 70,645,592 | 64.0* | -3.0 |
| 1960 | 106,188,000 | 68,838,219 | 67.0* | 5.8 |
| 1956 | 101,295,000 | 62,026,908 | 61.2 | -2.5 |
| 1952 | 96,607,000 | 61,550,918 | 63.7 | 10.5 |
| 1948 | 91,689,000 | 48,793,826 | 53.2 | -2.2 |
| 1944 | 86,607,000 | 47,976,670 | 55.4 | -6.8 |
| 1940 | 80,248,000 | 49,900,418 | 62.2 | 1.3 |
| 1936 | 75,013,000 | 45,654,763 | 60.9 | 3.5 |
| 1932 | 69,295,000 | 39,758,759 | 57.4 | 0.5 |
| 1928 | 64,715,000 | 36,805,951 | 56.9 | 8.6 |
| 1924 | 60,334,466 | 29,095,023 | 48.2 | |

\* Figure adjusted upwards to compensate for the African-Americans considered as part of those eligible but denied the vote throughout the south. Similar adjustments in lesser amounts should be made for all the years preceding the Voting Rights Act of 1965, but will await CSAE's final election report in January. Actual figures, without adjustment are 62 percent for 1964 and 64.9 for 1960.

\*\* CSAE's estimated 2008 general election turnout is within a range between 126,500,000 and 128,500,500 or between 60.7 percent of eligibles and 61.7 percent.

TX_00001754

**2. Partisan Turnout Trend:** Percentage of eligible citizens who voted for the presidential candidate of each major party. The vote percentage in 2008 is based on near final but unofficial counted returns. Percentages for previous years are based on final and official results:

| Year | Democratic | Republican | Other |
|------|-----------|-----------|-------|
| 2008 | 31.3 | 28.7 | 0.8 |
| 2004 | 28.5 | 30.0 | 0.5 |
| 2000 | 26.3 | 26.0 | 2.0 |
| 1996 | 25.3 | 21.0 | 5.2 |
| 1992 | 25.0 | 21.8 | 11.4 |
| 1988 | 24.2 | 28.3 | 0.5 |
| 1984 | 22.7 | 32.9 | 0.4 |
| 1980 | 22.4 | 27.8 | 4.5 |
| 1976 | 27.6 | 26.5 | 1.1 |
| 1972 | 21.2 | 34.4 | 1.0 |
| 1968 | 26.5 | 26.9 | 8.6 |
| 1964 | 38.6 | 24.2 | 0.2 |
| 1960 | 32.3 | 32.2 | 0.6 |

**3. Convenience Voting and Turnout**

| State | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2008 - 2004 Pt Diff | 2008 - 2004 % Diff | Early Voting | No Excuse Absentee | EDR |
|---|---|---|---|---|---|---|---|---|---|
| NC | 6,423,000 | 4,256,702 | 66.27 | 56.83 | 9.45 | 16.63 | X | X | |
| GA | 6,302,000 | 3,862,027 | 61.28 | 54.72 | 6.56 | 11.98 | | X | |
| SC | 3,224,000 | 1,876,073 | 58.19 | 52.15 | 6.04 | 11.58 | | | |
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.34 | 5.27 | 9.36 | | | |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.74 | 4.96 | 9.06 | | | |
| NV | 1,642,000 | 965,120 | 58.78 | 55.31 | 3.47 | 6.28 | X | X | |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.62 | 2.77 | 4.29 | | | |
| MS | 2,151,000 | 1,212,506 | 56.37 | 54.10 | 2.27 | 4.20 | | | |
| DC | 371,000 | 226,573 | 61.07 | 58.66 | 2.41 | 4.12 | | | |
| TN | 4,512,000 | 2,614,005 | 57.93 | 55.67 | 2.26 | 4.06 | X | | |
| VA | 5,560,000 | 3,460,712 | 62.24 | 59.91 | 2.34 | 3.90 | | | |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.23 | 1.82 | 3.48 | X | | |
| MA | 4,625,000 | 3,047,312 | 65.89 | 63.77 | 2.12 | 3.32 | | X | |
| DE | 630,000 | 403,631 | 64.07 | 62.22 | 1.85 | 2.97 | | | |
| ID | 1,024,000 | 651,714 | 63.64 | 61.88 | 1.76 | 2.85 | | X | X |
| NM | 1,346,000 | 798,986 | 59.36 | 58.35 | 1.01 | 1.73 | X | X | |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.08 | 0.59 | 0.89 | | | |
| MT | 731,000 | 472,014 | 64.57 | 64.07 | 0.50 | 0.78 | | X | |
| IL | 8,540,000 | 5,339,577 | 62.52 | 62.31 | 0.21 | 0.34 | | | |
| ND | 485,000 | 315,987 | 65.15 | 65.04 | 0.11 | 0.18 | X | X | |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.26 | 0.03 | 0.05 | | X | |
| KY | 3,147,000 | 1,828,097 | 58.09 | 58.21 | -0.12 | -0.21 | | | |
| PA | 9,450,000 | 5,830,312 | 61.70 | 61.88 | -0.18 | -0.29 | | | |
| FL | 12,923,000 | 8,072,686 | 62.47 | 62.77 | -0.30 | -0.48 | X | X | |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.35 | -0.28 | -0.53 | | | |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.28 | -0.41 | -0.60 | X | X | X |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.41 | -0.52 | -0.84 | | X | |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.28 | -0.62 | -1.04 | | | |
| MN | 3,824,000 | 2,901,017 | 75.86 | 76.75 | -0.89 | -1.16 | | | X |
| OK | 2,561,000 | 1,461,931 | 57.08 | 57.90 | -0.82 | -1.41 | | X | |
| WY | 388,000 | 246,329 | 63.49 | 64.74 | -1.25 | -1.94 | | X | X |
| NE | 1,243,000 | 767,057 | 61.71 | 63.11 | -1.40 | -2.22 | | X | |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.02 | -1.76 | -2.75 | | | |
| RI | 790,000 | 434,411 | 54.99 | 56.70 | -1.71 | -3.01 | | | |
| SD | 573,000 | 381,876 | 66.65 | 69.08 | -2.43 | -3.52 | | X | |
| WI | 4,183,000 | 2,965,159 | 70.89 | 73.82 | -2.94 | -3.98 | | X | X |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.30 | -2.75 | -4.02 | X | X | |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.83 | -3.42 | -5.81 | | | |
| HI | 918,000 | 415,995 | 45.32 | 48.48 | -3.16 | -6.52 | | X | |
| VT | 495,000 | 302,337 | 61.08 | 65.47 | -4.40 | -6.71 | | X | |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.04 | -4.14 | -6.79 | | X | |
| NH | 1,016,000 | 662,456 | 65.20 | 70.01 | -4.80 | -6.86 | | | X |
| WV | 1,428,000 | 707,702 | 49.56 | 53.40 | -3.84 | -7.20 | X | | |
| OH | 8,562,000 | 5,227,180 | 61.05 | 66.54 | -5.49 | -8.25 | | X | |
| UT | 1,578,000 | 883,658 | 56.00 | 61.41 | -5.41 | -8.81 | | X | |
| ME | 1,048,000 | 674,670 | 64.38 | 73.34 | -8.96 | -12.22 | | X | X |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 52.96 | -7.13 | -13.47 | X | X | |

Eleven states conduct early voting.  Twenty five conduct no-excuse absentee voting.  Seven states conduct Election day registration.  Twelve states have a combination of methods.

**4. Other Candidate Vote:** Votes for, percentage share of eligible vote, and party affiliations of presidential candidates other than the major party candidates:

| Candidate | Party | Total Vote | Percentage |
|---|---|---|---|
| Ralph Nader | Ecology, Unaffiliated, Independent, Natural Law, None, Peace | 658,393 | 0.32% |
| Bob Barr | Libertarian, Independent | 489,661 | 0.24% |
| Chuck Baldwin | Alaska Independence, Constitution, Independent American, Independent Green, Independent, Nebraska Independent, Reform, US Taxpayers | 175,048 | 0.08% |
| Cynthia McKinney | Green, Independent, Mountain, Pacific Green, Unaffiliated | 143,160 | 0.07% |
| Alan Keyes | America's Independent | 35,105 | 0.02% |
| Ron Paul | Libertarian, Constitution | 19,583 | 0.01% |
| Gloria La Riva | Independent, Socialism and Liberation, New American Independent | 7,558 | 0.00% |
| Roger Calero | Socialist Workers, Independent | 7,184 | 0.00% |
| Brian Moore | Independent, Liberty Union, Socialist | 6,392 | 0.00% |
| None of these candidates | | 6,251 | 0.00% |
| Richard Duncan | Independent | 3,677 | 0.00% |
| James Harris | Socialist Workers | 2,417 | 0.00% |
| Charles Jay | Boston Tea, Independent | 2,310 | 0.00% |
| John Joseph Polachek | New | 1,223 | 0.00% |
| Jeffrey Wamboldt | Independent | 770 | 0.00% |
| Frank McEnulty | New American Independent | 742 | 0.00% |
| Thomas Stevens | Objectivist | 685 | 0.00% |
| Gene Amondson | Prohibition | 631 | 0.00% |
| Jeffrey Boss | Independent | 603 | 0.00% |
| George Phillies | Libertarian | 470 | 0.00% |
| Ted Weill | Reform | 470 | 0.00% |
| Jonathan Allen | HeartQuake '08 | 278 | 0.00% |
| Bradford Lyttle | Pacifist | 97 | 0.00% |

5.

Total Turnout as a Percentage of VAP - Burnham  2008 vs 2004
Ranked By Percent Point Difference
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | —— 2008 - 2004 —— Point Diff / | % Diff |
|----|----------|--------------|------------------|------------------|-------------------------------|--------|
| NC | 6,423,000 | 4,256,702 | 66.27 | 57.21 | 9.06 / | 15.84 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 55.10 | 6.18 / | 11.22 |
| SC | 3,224,000 | 1,876,073 | 58.19 | 52.49 | 5.70 / | 10.86 |
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.47 | 5.14 / | 9.10 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.88 | 4.81 / | 8.76 |
| DC | 371,000 | 226,573 | 61.07 | 58.21 | 2.86 / | 4.91 |
| NV | 1,642,000 | 965,120 | 58.78 | 56.09 | 2.69 / | 4.80 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.88 | 2.51 / | 3.87 |
| MS | 2,151,000 | 1,212,508 | 56.37 | 54.28 | 2.09 / | 3.85 |
| TN | 4,512,000 | 2,614,005 | 57.93 | 55.94 | 1.99 / | 3.56 |
| MA | 4,625,000 | 3,047,312 | 65.89 | 63.90 | 1.99 / | 3.11 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 60.30 | 1.94 / | 3.22 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.61 | 1.44 / | 2.74 |
| DE | 630,000 | 403,631 | 64.07 | 62.74 | 1.33 / | 2.12 |
| ID | 1,024,000 | 651,714 | 63.64 | 62.53 | 1.11 / | 1.78 |
| NM | 1,346,000 | 798,966 | 59.36 | 58.71 | 0.65 / | 1.11 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.33 | 0.34 / | 0.51 |
| IL | 8,540,000 | 5,339,577 | 62.52 | 62.35 | 0.17 / | 0.27 |
| ND | 485,000 | 315,967 | 65.15 | 65.04 | 0.11 / | 0.17 |
| MT | 731,000 | 472,014 | 64.57 | 64.53 | 0.04 / | 0.06 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.38 | -0.09 / | -0.15 |
| KY | 3,147,000 | 1,828,097 | 58.09 | 58.40 | -0.31 / | -0.53 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 62.02 | -0.32 / | -0.52 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.54 | -0.46 / | -0.88 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.41 | -0.54 / | -0.78 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.58 | -0.69 / | -1.10 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.48 | -0.82 / | -1.38 |
| OK | 2,561,000 | 1,481,931 | 57.08 | 58.02 | -0.94 / | -1.62 |
| FL | 12,923,000 | 8,072,686 | 62.47 | 63.44 | -0.97 / | -1.53 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 77.21 | -1.35 / | -1.75 |
| NE | 1,243,000 | 767,057 | 61.71 | 63.22 | -1.51 / | -2.39 |
| WY | 388,000 | 246,329 | 63.49 | 65.09 | -1.60 / | -2.46 |
| RI | 790,000 | 434,411 | 54.99 | 56.92 | -1.93 / | -3.39 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.23 | -1.97 / | -3.07 |
| SD | 573,000 | 381,876 | 66.65 | 69.32 | -2.67 / | -3.85 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.61 | -3.06 / | -4.46 |
| WI | 4,183,000 | 2,965,159 | 70.89 | 74.19 | -3.30 / | -4.45 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.86 | -3.45 / | -5.86 |
| HI | 918,000 | 415,995 | 45.32 | 48.81 | -3.49 / | -7.15 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.48 | -3.92 / | -7.33 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.45 | -4.55 / | -7.40 |
| VT | 495,000 | 302,337 | 61.08 | 65.89 | -4.81 / | -7.30 |
| NH | 1,016,000 | 662,456 | 65.20 | 70.59 | -5.39 / | -7.64 |
| OH | 8,562,000 | 5,227,180 | 61.05 | 66.67 | -5.62 / | -8.43 |
| UT | 1,578,000 | 883,658 | 56.00 | 61.82 | -5.82 / | -9.41 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 53.67 | -7.84 / | -14.61 |
| ME | 1,048,000 | 674,670 | 64.38 | 73.85 | -9.47 / | -12.82 |

TX_00001758
JA_004517

For years also, Dr. Walter Dean Burnham, professor emeritus at the University of Texas at Austin, has been producing a denominator of age-eligible citizens (age-eligible population minus age-eligible noncitizens, interpolated by state and nation from and between decennial censuses). After some study of this matter, CSAE has come to believe that this denominator is the best for determining turnout, subject to the caveat below. It has come to this belief because of two factors:

1. **Available data**: One does not determine turnout simply for any given year but also as an historical comparison with previous years. Data for several of the issues involving the inadequacy of the age-eligible population (VAP) figures are either simply not available, not available in a timely manner, not available over a given period of history, or not allocatable to the states. Data on convicted and incarcerated felons are only available for a fairly recent time period. State laws on whether convicted felons and ex-felons can vote are changing and have changed over time. There is no accurate set of figures on those deemed mentally incompetent. The number of American citizens residing abroad is ascertainable but the number of age-eligible has to be estimated and there are no figures that allow the allocation of these citizens by state. Naturalization figures come in too late, often a year or two after the election year, to be usable in any current population accounting. And while any given Census undercount can be allocated by state, one can only estimate how much of that undercount is of citizens as opposed to noncitizens.

2. **The balance of the figures**: In studying this statistical problem, CSAE has found that the most important issue is that of noncitizens. If one wants to have a relatively accurate picture of turnout, one must eliminate the noncitizens from the age-eligible population. On the other hand, the other adjustments to the denominator would not substantially differ from the denominator of citizen age-eligible population. In pursuing its inquiry into this topic, CSAE found that the factors which would lower the denominator—felons, ex-felons, and people deemed mentally incompetent who can't vote—are roughly equal to two of the factors which would increase the denominator—citizens living in other countries and naturalization who could vote. If one added a ballpark figure for the number of citizens in the undercount who could vote, the factors in those years of an undercount, other than noncitizens, which would increase the denominator exceeds those that would reduce it.

The one caveat in adopting the Burnham methodology lock, stock, and barrel is that Burnham interpolates from census to census. These censuses are accurate as of April 1 of each decennial year for all of the past 50 years. (In prior years, census results captured the population as of varying months.) In order to have more accurate figures for November, CSAE has, using the same methodology, projected citizen population to November. Thus, CSAE used for reports on primaries the April figure for age-eligible citizen population but is using the November figure for this report and any others relating to the general election.

TX_00001759

# METHODOLOGY

Since the decennial census population figures are accurate as of April 1 in each census year, the VAP Burnham dataset calculates the difference in the required census figures between a base census year and the same figures as reported in the following census. To estimate the voting age population for the years between the censuses, the difference between them is simply multiplied by the number of months that have passed beyond April 1 of the base year and then added to the base year figure. For example, to arrive at the April 1, 1992, voting age population, the difference between the April 1, 1990, census population and the April 1, 2000, census population is multiplied by 24/120ths (for the 24 out of 120 months between the census counts) and added to the April 1, 1990, figure.

The process for arriving at the CSAE November eligible figures is the same, except that the data are projected forward to November instead of April. To accomplish this, the multiplier is simply changed to the number of months that have passed since April of the base census year. For instance, to calculate the November 1996 voting age population, the difference between April 1, 1990, and April 1, 2000, is multiplied by 79/120ths and added to the April 1, 1990, count. The same interpolation process is applied to the decennial census counts of noncitizens of voting age in each state. Once estimates of the total voting age population and the non-citizen voting age population for each state have been calculated, the noncitizen figure is simply subtracted from the total to arrive at the appropriate figure.

Since the last decennial census occurred in 2000, it is necessary to project the figures forward to arrive at the voting age population for 2002 and 2004. To accomplish this, the difference between the 1990 and 2000 decennial censuses is used to establish a rate of growth. This rate of growth is then used to project forward based on the number of months passed since April 1990 out of the 120 months between the censuses. For instance, to obtain the voting age population for April 2004, the difference between April 1, 1990, and April 1, 2000, is multiplied by 168/120 and added to the April 1, 1990, total.

**3. The votes** that are counted in this report for the 2008 general election are unofficial results from the several states that are compiled and distributed by the Associated Press as of 7 p.m. Wednesday, November 5, 2008. The comparisons in the charts are with the final, official, and certified votes for previous presidential elections (or more precisely the accurate and verified percentage of eligible citizens who voted—since raw vote comparisons are usually meaningless as the population grows each year). These comparisons are not without problems. By the evening after Election Day, the figures that have been counted and are available from the Western states of Alaska, California, Oregon, and Washington may be no more than 60 percent of the votes cast in these states and thus comparisons with previous years tend to yield—until the votes are fully counted sometimes as many as three weeks later—invalid comparisons. Because of this, these four states have been left off all charts in this report. Another problem is, of course, that the 2008 vote counts in this report are frozen in time but not in reality. A state on the bottom of a chart indicating that state had the largest or one of the largest declines in voting when compared to 2004 may still have sufficient votes yet to be counted that will move it up the charts. By and large, however, the further down on a chart of comparison a state is the less the likelihood that it can change from a decrease in turnout to an increase. Similarly, rankings can change as more votes are counted.

TX_00001760

Two other items are worth mentioning. In most presidential elections, the voters tend to cast their votes for the top of the ticket, the presidential candidates. But often, in one state or another, heated competition or dissatisfaction with the standard bearer can lead citizens to cast more votes for major downticket offices. CSAE has provided a chart of total ballots cast in each state which can be compared to the presidential vote. In 2008, only one race—Senator Lindsey Graham's successful re-election bid in South Carolina—drew more votes (13,000) than the presidential contest.

CSAE's final vote estimate is more tentative this year than most years. Usually through experience CSAE was able to have a good idea of the number of ballots still to be counted when this preliminary report was issued and make a reliable prediction of ultimate turnout. This year, its prediction is considerably more tentative since many more states adopted early voting and easy absentee voting. There are some states, such as Nevada, which have completed processing their absentee votes before this report is issued. Some have processed early votes but not absentees. Until there's some experience one can't be certain that one has a handle on how many votes are still to be counted after Wednesday. Thus, CSAE, this year, chose to predict within a range rather than aim for a number. There were 121,500,000 votes counted as of this writing. CSAE feels reasonably confident that there are no less than five million and no more than seven million votes still to be counted.  CSAE reserves the right to have egg on its face.

**4. Acknowledgments:** Primary research for this report was done by Matthew Mulling, CSAE research associate, who, along with former research associate Mark P. Harvey, is responsible for creating the denominator database for the analysis of November turnout. Organizing the analysis for this report was made profoundly easier by a custom database program developed by Samuel Schreiber, CSAE research associate emeritus. CSAE would also like to express its profound gratitude to Dr. Walter Dean Burnham, professor emeritus at the University of Texas at Austin, for sharing his database, helping to devise CSAE's new November denominator for the analysis of registration and turnout, and for his continuing help to CSAE's work. The committee is also grateful to all the state election officials for graciously yielding their registration and voting figures after an unconscionable amount of hounding by CSAE's staff.

Most of all for this particular report CSAE would like to thank Brian Scanlon, Tracy Lewis, Donna Cassata and Alexandra Gassner for their help in arranging access to the figures AP diligently supplies every election year.

**5. Culpability:** The analysis contained in this report has been done by Curtis Gans, CSAE's director, who is solely responsible for any and all errors contained within.

Republican Turnout as a Percentage of VAP - Citizen 2008 vs 2004
Ranked By Percent Point Difference
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2008 - 2004 Point Diff / | % Diff |
|---|---|---|---|---|---|---|
| AR | 2,065,000 | 632,140 | 30.61 | 28.43 | 2.18 / | 7.67 |
| AL | 3,394,000 | 1,263,741 | 37.23 | 35.19 | 2.04 / | 5.80 |
| TN | 4,512,000 | 1,487,564 | 32.97 | 31.62 | 1.35 / | 4.27 |
| SC | 3,224,000 | 1,008,727 | 31.29 | 30.24 | 1.05 / | 3.47 |
| NC | 6,423,000 | 2,108,381 | 32.83 | 31.83 | 1.00 / | 3.14 |
| LA | 3,338,000 | 1,147,603 | 34.38 | 33.62 | 0.76 / | 2.26 |
| MA | 4,625,000 | 1,104,086 | 23.87 | 23.51 | 0.36 / | 1.53 |
| GA | 6,302,000 | 2,022,409 | 32.09 | 31.76 | 0.33 / | 1.04 |
| MS | 2,151,000 | 684,475 | 31.82 | 31.93 | -0.11 / | -0.34 |
| OK | 2,561,000 | 959,645 | 37.47 | 37.97 | -0.50 / | -1.32 |
| MO | 4,328,000 | 1,442,613 | 33.33 | 34.44 | -1.11 / | -3.22 |
| KY | 3,147,000 | 1,050,599 | 33.38 | 34.67 | -1.29 / | -3.72 |
| DC | 371,000 | 14,821 | 3.99 | 5.48 | -1.49 / | -27.19 |
| TX | 14,886,000 | 4,467,748 | 30.01 | 31.90 | -1.89 / | -5.92 |
| WV | 1,428,000 | 394,278 | 27.61 | 29.93 | -2.32 / | -7.75 |
| FL | 12,923,000 | 3,908,736 | 30.25 | 32.70 | -2.45 / | -7.49 |
| PA | 9,450,000 | 2,584,119 | 27.35 | 29.98 | -2.63 / | -8.77 |
| RI | 790,000 | 152,197 | 19.27 | 21.93 | -2.66 / | -12.13 |
| VA | 5,560,000 | 1,637,337 | 29.45 | 32.16 | -2.71 / | -8.43 |
| NJ | 5,904,000 | 1,540,907 | 26.10 | 28.86 | -2.76 / | -9.56 |
| NV | 1,642,000 | 411,988 | 25.09 | 27.91 | -2.82 / | -10.10 |
| KS | 1,968,000 | 685,414 | 34.83 | 37.98 | -3.15 / | -8.29 |
| ID | 1,024,000 | 400,989 | 39.16 | 42.32 | -3.16 / | -7.47 |
| WY | 388,000 | 160,639 | 41.40 | 44.58 | -3.18 / | -7.13 |
| MN | 3,824,000 | 1,275,653 | 33.36 | 36.55 | -3.19 / | -8.73 |
| NY | 12,653,000 | 2,573,386 | 20.34 | 23.58 | -3.24 / | -13.74 |
| IN | 4,586,000 | 1,341,101 | 29.24 | 32.81 | -3.57 / | -10.88 |
| IA | 2,201,000 | 677,508 | 30.78 | 34.57 | -3.79 / | -10.96 |
| CT | 2,518,000 | 606,268 | 24.08 | 28.14 | -4.06 / | -14.43 |
| NM | 1,346,000 | 334,298 | 24.84 | 29.08 | -4.24 / | -14.58 |
| MI | 7,490,000 | 2,044,405 | 27.30 | 31.60 | -4.30 / | -13.61 |
| DE | 630,000 | 151,667 | 24.07 | 28.47 | -4.40 / | -15.45 |
| AZ | 4,117,000 | 1,012,878 | 24.60 | 29.06 | -4.46 / | -15.35 |
| IL | 8,540,000 | 1,975,801 | 23.14 | 27.72 | -4.58 / | -16.52 |
| MD | 4,064,000 | 873,320 | 21.49 | 26.23 | -4.74 / | -18.07 |
| OH | 8,562,000 | 2,469,544 | 28.84 | 33.81 | -4.97 / | -14.70 |
| NH | 1,016,000 | 295,193 | 29.05 | 34.22 | -5.17 / | -15.11 |
| CO | 3,219,000 | 966,957 | 30.04 | 35.32 | -5.28 / | -14.95 |
| MT | 731,000 | 236,513 | 32.35 | 37.85 | -5.50 / | -14.53 |
| SD | 573,000 | 203,002 | 35.43 | 41.39 | -5.96 / | -14.40 |
| VT | 495,000 | 95,422 | 19.28 | 25.40 | -6.12 / | -24.09 |
| ND | 485,000 | 168,523 | 34.75 | 40.88 | -6.13 / | -15.00 |
| NE | 1,243,000 | 439,421 | 35.35 | 41.59 | -6.24 / | -15.00 |
| WI | 4,183,000 | 1,258,181 | 30.08 | 36.40 | -6.32 / | -17.36 |
| ME | 1,048,000 | 271,876 | 25.94 | 32.69 | -6.75 / | -20.65 |
| UT | 1,578,000 | 555,497 | 35.20 | 43.93 | -8.73 / | -19.87 |
| HI | 918,000 | 110,848 | 12.07 | 21.94 | -9.87 / | -44.99 |

Total Turnout as a Percentage of  VAP - Citizen  2008 vs 2004 - 1988
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.34 | 5.27 | 50.74 | 10.87 | 48.34 | 13.27 | 55.73 | 5.88 | 47.26 | 14.35 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 52.96 | -7.13 | 44.57 | 1.26 | 45.10 | 0.73 | 54.49 | -8.66 | 48.42 | -2.59 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.35 | -0.27 | 47.05 | 5.03 | 47.14 | 4.94 | 53.74 | -1.66 | 48.75 | 3.33 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.30 | -2.75 | 57.91 | 7.64 | 54.13 | 11.42 | 62.64 | 2.91 | 57.69 | 7.86 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.02 | -1.76 | 60.61 | 1.65 | 57.83 | 4.43 | 66.90 | -4.64 | 60.44 | 1.82 |
| DE | 630,000 | 403,631 | 64.07 | 62.22 | 1.85 | 57.36 | 6.71 | 49.83 | 14.24 | 56.81 | 7.26 | 51.95 | 12.12 |
| DC | 371,000 | 226,573 | 61.07 | 58.66 | 2.41 | 49.48 | 11.59 | 43.70 | 17.37 | 51.49 | 9.58 | 42.39 | 18.68 |
| FL | 12,923,000 | 8,072,686 | 62.47 | 62.77 | -0.30 | 53.22 | 9.25 | 50.57 | 11.90 | 55.09 | 7.38 | 48.71 | 13.76 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 54.72 | 6.56 | 45.41 | 15.87 | 43.01 | 18.27 | 47.58 | 13.70 | 40.24 | 21.04 |
| HI | 918,000 | 415,995 | 45.32 | 48.48 | -3.16 | 43.44 | 1.88 | 44.08 | 1.24 | 47.74 | -2.42 | 47.96 | -2.64 |
| ID | 1,024,000 | 651,714 | 63.64 | 61.88 | 1.76 | 55.74 | 7.90 | 59.67 | 3.97 | 66.14 | -2.50 | 60.68 | 2.96 |
| IL | 8,540,000 | 5,339,517 | 62.52 | 62.31 | 0.21 | 56.50 | 6.02 | 52.14 | 10.38 | 62.32 | 0.20 | 57.06 | 5.46 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.74 | 4.95 | 49.75 | 9.94 | 49.76 | 9.93 | 55.89 | 3.80 | 54.09 | 5.60 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.28 | -0.41 | 61.27 | 7.60 | 58.51 | 10.36 | 65.73 | 3.14 | 59.96 | 8.91 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.26 | 0.03 | 56.25 | 5.04 | 57.60 | 3.69 | 63.87 | -2.58 | 56.14 | 5.15 |
| KY | 3,147,000 | 1,828,097 | 58.09 | 58.21 | -0.12 | 51.25 | 6.84 | 47.74 | 10.35 | 53.76 | 4.33 | 49.22 | 8.87 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.28 | -0.62 | 55.06 | 3.60 | 57.23 | 1.43 | 59.61 | -0.95 | 55.59 | 3.07 |
| ME | 1,048,000 | 674,670 | 64.38 | 73.34 | -8.96 | 67.55 | -3.17 | 64.32 | 0.06 | 74.10 | -9.72 | 62.86 | 1.52 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.04 | -4.14 | 54.36 | 2.54 | 49.18 | 7.72 | 56.55 | 0.35 | 50.89 | 6.01 |
| MA | 4,625,000 | 3,047,312 | 65.89 | 63.77 | 2.12 | 60.35 | 5.54 | 57.51 | 8.38 | 62.87 | 3.02 | 60.72 | 5.17 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.08 | 0.59 | 59.35 | 7.32 | 55.20 | 11.47 | 63.02 | 3.65 | 55.29 | 11.38 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 76.75 | -0.89 | 69.18 | 6.68 | 64.68 | 11.18 | 72.65 | 3.21 | 67.53 | 8.33 |
| MS | 2,151,000 | 1,212,506 | 56.37 | 54.10 | 2.27 | 48.36 | 8.01 | 45.28 | 11.09 | 52.59 | 3.78 | 51.90 | 4.47 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.62 | 2.77 | 57.42 | 9.97 | 54.10 | 13.29 | 62.30 | 5.09 | 56.22 | 11.17 |
| MT | 731,000 | 472,014 | 64.57 | 64.07 | 0.50 | 61.25 | 3.32 | 64.14 | 0.43 | 69.36 | -4.79 | 64.38 | 0.19 |
| NE | 1,243,000 | 767,057 | 61.71 | 63.11 | -1.40 | 57.09 | 4.62 | 56.78 | 4.93 | 63.95 | -2.24 | 58.38 | 3.33 |
| NV | 1,642,000 | 965,120 | 58.78 | 55.31 | 3.47 | 45.48 | 13.30 | 39.75 | 19.03 | 53.02 | 5.76 | 43.70 | 15.08 |
| NH | 1,016,000 | 662,456 | 65.20 | 70.01 | -4.81 | 62.54 | 2.66 | 57.18 | 8.02 | 64.58 | 0.62 | 57.61 | 7.59 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.41 | -0.52 | 56.32 | 5.57 | 54.93 | 6.96 | 60.43 | 1.46 | 57.06 | 4.83 |
| NM | 1,346,000 | 798,986 | 59.36 | 58.35 | 1.01 | 48.35 | 11.01 | 47.73 | 11.63 | 53.17 | 6.19 | 52.23 | 7.13 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.83 | -3.42 | 54.69 | 0.72 | 50.74 | 4.67 | 55.84 | -0.43 | 52.66 | 2.75 |
| NC | 6,423,000 | 4,256,702 | 66.27 | 56.83 | 9.44 | 49.66 | 16.61 | 45.40 | 20.87 | 50.73 | 15.54 | 44.26 | 22.01 |
| ND | 485,000 | 315,987 | 65.15 | 65.04 | 0.11 | 60.56 | 4.59 | 56.68 | 8.47 | 66.55 | -1.40 | 64.76 | 0.39 |
| OH | 8,562,000 | 5,227,180 | 61.05 | 66.54 | -5.49 | 56.40 | 4.65 | 55.29 | 5.76 | 61.51 | -0.46 | 55.69 | 5.36 |
| OK | 2,561,000 | 1,461,931 | 57.08 | 57.90 | -0.82 | 49.55 | 7.53 | 49.86 | 7.22 | 59.88 | -2.80 | 52.00 | 5.08 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 61.88 | -0.18 | 53.60 | 8.10 | 49.60 | 12.10 | 55.15 | 6.55 | 51.00 | 10.70 |
| RI | 790,000 | 434,411 | 54.99 | 56.70 | -1.71 | 54.58 | 0.41 | 52.60 | 2.39 | 61.61 | -6.62 | 56.04 | -1.05 |
| SC | 3,224,000 | 1,876,073 | 58.19 | 52.15 | 6.04 | 46.71 | 11.48 | 40.99 | 17.20 | 45.74 | 12.45 | 39.85 | 18.34 |
| SD | 573,000 | 381,876 | 66.65 | 69.08 | -2.43 | 57.82 | 8.83 | 61.21 | 5.44 | 66.58 | 0.07 | 63.62 | 3.03 |
| TN | 4,512,000 | 2,614,005 | 57.93 | 55.67 | 2.26 | 49.15 | 8.78 | 47.14 | 10.79 | 52.77 | 5.16 | 45.86 | 12.07 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.23 | 1.82 | 47.80 | 6.25 | 44.36 | 9.69 | 52.44 | 1.61 | 49.47 | 4.58 |
| UT | 1,578,000 | 883,658 | 56.00 | 61.41 | -5.41 | 53.71 | 2.29 | 50.85 | 5.15 | 65.03 | -9.03 | 62.45 | -6.45 |
| VT | 495,000 | 302,337 | 61.08 | 65.47 | -4.39 | 64.54 | -3.46 | 58.74 | 2.34 | 68.81 | -7.73 | 60.38 | 0.70 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 59.91 | 2.33 | 53.86 | 8.38 | 49.52 | 12.72 | 55.16 | 7.08 | 49.91 | 12.33 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.40 | -3.84 | 46.29 | 3.27 | 46.09 | 3.47 | 50.42 | -0.86 | 48.36 | 1.20 |
| WI | 4,183,000 | 2,965,159 | 70.89 | 73.82 | -2.93 | 66.31 | 4.58 | 57.98 | 12.91 | 69.75 | 1.14 | 62.46 | 8.43 |
| WY | 388,000 | 246,329 | 63.49 | 64.74 | -1.25 | 60.32 | 3.17 | 61.32 | 2.17 | 61.72 | 1.77 | 55.87 | 7.62 |
| Overall: | | | | | | | | | | | | | |
| | 178,424,000 | 108,347,512 | 60.72 | 60.54 | 0.19 | 53.90 | 6.82 | 51.05 | 9.68 | 57.88 | 2.84 | 52.88 | 7.85 |

Total Turnout as a Percentage of  VAP - Citizen  2008 vs 1984 - 1968
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 1984 % VAP Voted | 1984 +/-08-84 Points | 1980 % VAP Voted | 1980 +/-08-80 Points | 1976 % VAP Voted | 1976 +/-08-76 Points | 1972 % VAP Voted | 1972 +/-08-72 Points | 1968 % VAP Voted | 1968 +/-08-68 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 2,091,143 | 61.61 | 50.89 | 10.72 | 49.12 | 12.49 | 46.35 | 15.26 | 43.44 | 18.17 | 52.87 | 8.74 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 46.91 | -1.08 | 45.95 | -0.12 | 45.99 | -0.16 | 49.17 | -3.34 | 50.10 | -4.27 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 53.28 | -1.20 | 51.89 | 0.19 | 51.34 | 0.74 | 48.75 | 3.33 | 54.15 | -2.07 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 56.25 | 9.30 | 57.55 | 8.00 | 59.13 | 6.42 | 62.18 | 3.37 | 65.05 | 0.50 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 63.81 | -1.55 | 63.63 | -1.37 | 65.35 | -3.09 | 69.35 | -7.09 | 69.67 | -7.41 |
| DE | 630,000 | 403,631 | 64.07 | 55.71 | 8.36 | 55.38 | 8.69 | 59.25 | 4.82 | 64.88 | -0.81 | 69.15 | -5.08 |
| DC | 371,000 | 226,573 | 61.07 | 45.54 | 15.53 | 37.13 | 23.94 | 34.60 | 26.47 | 32.36 | 28.71 | 36.06 | 25.01 |
| FL | 12,923,000 | 8,072,686 | 62.47 | 51.91 | 10.56 | 51.91 | 10.56 | 51.15 | 11.32 | 51.49 | 10.98 | 53.34 | 9.13 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 42.32 | 18.96 | 41.67 | 19.61 | 41.86 | 19.42 | 37.69 | 23.59 | 44.09 | 17.19 |
| HI | 918,000 | 415,995 | 45.32 | 48.53 | -3.21 | 47.69 | -2.37 | 50.93 | -5.61 | 54.82 | -9.50 | 57.20 | -11.88 |
| ID | 1,024,000 | 651,714 | 63.64 | 62.77 | 0.87 | 69.32 | -5.68 | 60.58 | 3.06 | 64.00 | -0.36 | 72.43 | -8.79 |
| IL | 8,540,000 | 5,339,577 | 62.52 | 60.79 | 1.73 | 60.50 | 2.02 | 61.98 | 0.54 | 64.76 | -2.24 | 69.59 | -7.07 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 56.72 | 2.97 | 58.23 | 1.46 | 60.47 | -0.78 | 61.79 | -2.10 | 70.46 | -10.77 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 64.22 | 4.65 | 63.66 | 5.21 | 64.09 | 4.78 | 64.83 | 4.04 | 69.07 | -0.20 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 58.77 | 2.52 | 57.60 | 3.69 | 58.80 | 2.49 | 59.64 | 1.65 | 64.13 | -2.84 |
| KY | 3,147,000 | 1,828,097 | 58.09 | 51.95 | 6.14 | 50.30 | 7.79 | 48.37 | 9.72 | 48.52 | 9.57 | 51.21 | 6.88 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.02 | -0.36 | 54.39 | 4.27 | 48.32 | 10.34 | 44.35 | 14.31 | 54.95 | 3.71 |
| ME | 1,048,000 | 674,670 | 64.38 | 65.46 | -1.08 | 65.62 | -1.24 | 65.30 | -0.92 | 62.34 | 2.04 | 66.60 | -2.22 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 52.34 | 4.56 | 51.37 | 5.53 | 51.11 | 5.79 | 52.07 | 4.83 | 54.99 | 1.91 |
| MA | 4,625,000 | 3,047,312 | 65.89 | 60.53 | 5.36 | 61.63 | 4.26 | 64.46 | 1.43 | 65.15 | 0.74 | 67.90 | -2.01 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 58.23 | 8.44 | 61.10 | 5.57 | 59.90 | 6.77 | 61.17 | 5.50 | 65.84 | 0.83 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 69.32 | 6.54 | 71.08 | 4.78 | 71.72 | 4.14 | 69.50 | 6.36 | 73.03 | 2.83 |
| MS | 2,151,000 | 1,212,506 | 56.37 | 53.69 | 2.68 | 52.41 | 3.96 | 48.39 | 7.98 | 44.86 | 11.51 | 53.26 | 3.11 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 58.29 | 9.10 | 59.30 | 8.09 | 57.63 | 9.76 | 58.05 | 9.34 | 63.67 | 3.72 |
| MT | 731,000 | 472,014 | 64.57 | 68.52 | -3.95 | 65.93 | -1.36 | 63.83 | 0.74 | 68.30 | -3.73 | 68.43 | -3.86 |
| NE | 1,243,000 | 767,057 | 61.71 | 57.96 | 3.75 | 57.48 | 4.23 | 56.95 | 4.76 | 57.57 | 4.14 | 60.59 | 1.12 |
| NV | 1,642,000 | 965,120 | 58.78 | 40.89 | 17.89 | 42.89 | 15.89 | 42.06 | 16.72 | 49.66 | 9.12 | 56.28 | 2.50 |
| NH | 1,016,000 | 662,456 | 65.20 | 53.42 | 11.78 | 58.18 | 7.02 | 57.27 | 7.93 | 65.25 | -0.05 | 69.46 | -4.26 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 60.74 | 1.15 | 57.97 | 3.92 | 60.89 | 1.00 | 63.45 | -1.56 | 66.50 | -4.61 |
| NM | 1,346,000 | 798,986 | 59.36 | 54.60 | 4.76 | 52.23 | 7.13 | 53.64 | 5.72 | 58.70 | 0.66 | 60.17 | -0.81 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 55.88 | -0.47 | 51.60 | 3.81 | 54.68 | 0.73 | 60.31 | -4.90 | 60.13 | -4.72 |
| NC | 6,423,000 | 4,256,702 | 66.27 | 47.71 | 18.56 | 43.78 | 22.49 | 42.97 | 23.30 | 43.38 | 22.89 | 54.37 | 11.90 |
| ND | 485,000 | 315,987 | 65.15 | 67.46 | -2.31 | 65.84 | -0.69 | 68.16 | -3.01 | 69.26 | -4.11 | 69.83 | -4.68 |
| OH | 8,562,000 | 5,227,180 | 61.05 | 58.68 | 2.37 | 56.08 | 4.97 | 55.83 | 5.22 | 58.44 | 2.61 | 63.40 | -2.35 |
| OK | 2,561,000 | 1,461,931 | 57.08 | 56.87 | 0.21 | 53.43 | 3.65 | 54.48 | 2.60 | 56.96 | 0.12 | 60.77 | -3.69 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 55.14 | 6.56 | 52.72 | 8.98 | 55.12 | 6.58 | 57.20 | 4.50 | 65.14 | -3.44 |
| RI | 790,000 | 434,411 | 54.99 | 58.47 | -3.48 | 61.46 | -6.47 | 62.30 | -7.31 | 64.97 | -9.98 | 66.61 | -11.62 |
| SC | 3,224,000 | 1,876,073 | 58.19 | 41.32 | 16.87 | 40.90 | 17.29 | 40.33 | 17.86 | 38.62 | 19.57 | 46.67 | 11.52 |
| SD | 573,000 | 381,876 | 66.65 | 65.14 | 1.51 | 67.85 | -1.20 | 64.94 | 1.71 | 70.35 | -3.70 | 72.87 | -6.22 |
| TN | 4,512,000 | 2,614,005 | 57.93 | 49.71 | 8.22 | 49.09 | 8.84 | 48.39 | 9.54 | 43.87 | 14.06 | 53.70 | 4.23 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.11 | 1.94 | 47.27 | 6.78 | 46.76 | 7.29 | 45.76 | 8.29 | 48.46 | 5.59 |
| UT | 1,578,000 | 883,658 | 56.00 | 64.25 | -8.25 | 66.25 | -10.25 | 66.57 | -10.57 | 69.85 | -13.85 | 76.97 | -20.97 |
| VT | 495,000 | 302,337 | 61.08 | 60.92 | 0.16 | 58.76 | 2.32 | 56.22 | 4.86 | 62.73 | -1.65 | 63.54 | -2.46 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 51.80 | 10.44 | 48.58 | 13.66 | 47.82 | 14.42 | 45.56 | 16.68 | 50.44 | 11.80 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.90 | -4.34 | 53.42 | -3.86 | 57.33 | -7.77 | 63.11 | -13.55 | 70.42 | -20.86 |
| WI | 4,183,000 | 2,965,159 | 70.89 | 64.54 | 6.35 | 68.35 | 2.54 | 66.82 | 4.07 | 63.52 | 7.37 | 66.52 | 4.37 |
| WY | 388,000 | 246,329 | 63.49 | 59.42 | 4.07 | 55.22 | 8.27 | 55.05 | 8.44 | 62.21 | 1.28 | 65.57 | -2.08 |

Overall:

| | 178,424,000 | 108,347,512 | 60.72 | 55.65 | 5.07 | 54.47 | 6.25 | 54.89 | 5.84 | 56.14 | 4.59 | 60.78 | -0.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Turnout as a Percentage of VAP - Citizen  2008 vs 2004 - 1988**
**President - General Races**

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|----|----------|-------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.34 | 5.27 | 50.74 | 10.87 | 48.34 | 13.27 | 55.73 | 5.88 | 47.26 | 14.35 |
| AK | 476,000 | 221,678 | 46.57 | 69.01 | -22.44 | 67.19 | -20.62 | 59.66 | -13.09 | 68.03 | -21.46 | 57.18 | -10.61 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 52.96 | -7.13 | 44.57 | 1.26 | 45.10 | 0.73 | 54.49 | -8.66 | 48.42 | -2.59 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.35 | -0.27 | 47.05 | 5.03 | 47.14 | 4.94 | 53.74 | -1.66 | 48.75 | 3.33 |
| CA | 22,319,000 | 10,104,792 | 45.27 | 58.29 | -13.02 | 54.41 | -9.14 | 51.49 | -6.22 | 59.59 | -14.32 | 55.58 | -10.31 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.30 | -2.75 | 57.91 | 7.64 | 54.13 | 11.42 | 62.64 | 2.91 | 57.69 | 7.86 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.02 | -1.76 | 60.61 | 1.65 | 57.83 | 4.43 | 66.90 | -4.64 | 60.44 | 1.82 |
| DE | 630,000 | 403,631 | 64.07 | 62.22 | 1.85 | 57.36 | 6.71 | 49.83 | 14.24 | 56.81 | 7.26 | 51.95 | 12.12 |
| DC | 371,000 | 226,573 | 61.07 | 58.66 | 2.41 | 49.48 | 11.59 | 43.70 | 17.37 | 51.49 | 9.58 | 42.39 | 18.68 |
| FL | 12,923,000 | 8,056,877 | 62.35 | 62.77 | -0.42 | 53.22 | 9.13 | 50.57 | 11.78 | 55.09 | 7.26 | 48.71 | 13.64 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 54.72 | 6.56 | 45.41 | 15.87 | 43.01 | 18.27 | 47.58 | 13.70 | 40.24 | 21.04 |
| HI | 918,000 | 415,995 | 45.32 | 48.48 | -3.16 | 43.44 | 1.88 | 44.08 | 1.24 | 47.74 | -2.42 | 47.96 | -2.64 |
| ID | 1,024,000 | 653,313 | 63.80 | 61.88 | 1.92 | 55.74 | 8.06 | 59.67 | 4.13 | 66.14 | -2.34 | 60.68 | 3.12 |
| IL | 8,540,000 | 5,339,577 | 62.52 | 62.31 | 0.21 | 56.50 | 6.02 | 52.14 | 10.38 | 62.32 | 0.20 | 57.06 | 5.46 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.74 | 4.95 | 49.75 | 9.94 | 49.76 | 9.93 | 55.89 | 3.80 | 54.09 | 5.60 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.28 | -0.41 | 61.27 | 7.60 | 58.51 | 10.36 | 65.73 | 3.14 | 59.96 | 8.91 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.26 | 0.03 | 56.25 | 5.04 | 57.60 | 3.69 | 63.87 | -2.58 | 56.14 | 5.15 |
| KY | 3,147,000 | 1,828,097 | 58.09 | 58.21 | -0.12 | 51.25 | 6.84 | 47.74 | 10.35 | 53.76 | 4.33 | 49.22 | 8.87 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.28 | -0.62 | 55.06 | 3.60 | 57.23 | 1.43 | 59.61 | -0.95 | 55.59 | 3.07 |
| ME | 1,048,000 | 674,670 | 64.38 | 73.34 | -8.96 | 67.55 | -3.17 | 64.32 | 0.06 | 74.10 | -9.72 | 62.86 | 1.52 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.04 | -4.14 | 54.36 | 2.54 | 49.18 | 7.72 | 56.55 | 0.35 | 50.89 | 6.01 |
| MA | 4,625,000 | 3,043,312 | 65.80 | 63.77 | 2.03 | 60.35 | 5.45 | 57.51 | 8.29 | 62.87 | 2.93 | 60.72 | 5.08 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.08 | 0.59 | 59.35 | 7.32 | 55.20 | 11.47 | 63.02 | 3.65 | 55.29 | 11.38 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 76.75 | -0.89 | 69.18 | 6.68 | 64.68 | 11.18 | 72.65 | 3.21 | 67.53 | 8.33 |
| MS | 2,151,000 | 1,212,506 | 56.37 | 54.10 | 2.27 | 48.36 | 8.01 | 45.28 | 11.09 | 52.59 | 3.78 | 51.90 | 4.47 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.62 | 2.77 | 57.42 | 9.97 | 54.10 | 13.29 | 62.30 | 5.09 | 56.22 | 11.17 |
| MT | 731,000 | 472,014 | 64.57 | 64.07 | 0.50 | 61.25 | 3.32 | 64.14 | 0.43 | 69.36 | -4.79 | 64.38 | 0.19 |
| NE | 1,243,000 | 767,057 | 61.71 | 63.11 | -1.40 | 57.09 | 4.62 | 56.78 | 4.93 | 63.95 | -2.24 | 58.38 | 3.33 |
| NV | 1,642,000 | 965,120 | 58.78 | 55.31 | 3.47 | 45.48 | 13.30 | 39.75 | 19.03 | 53.02 | 5.76 | 43.70 | 15.08 |
| NH | 1,016,000 | 652,470 | 64.22 | 70.01 | -5.79 | 62.54 | 1.68 | 57.18 | 7.04 | 64.58 | -0.36 | 57.61 | 6.61 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.41 | -0.52 | 56.32 | 5.57 | 54.93 | 6.96 | 60.43 | 1.46 | 57.06 | 4.83 |
| NM | 1,346,000 | 795,414 | 59.09 | 58.35 | 0.74 | 48.35 | 10.74 | 47.73 | 11.36 | 53.17 | 5.92 | 52.23 | 6.86 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.83 | -3.42 | 54.69 | 0.72 | 50.74 | 4.67 | 55.84 | -0.43 | 52.66 | 2.75 |
| NC | 6,423,000 | 4,243,959 | 66.07 | 56.83 | 9.24 | 49.66 | 16.41 | 45.40 | 20.67 | 50.73 | 15.34 | 44.26 | 21.81 |
| ND | 485,000 | 315,987 | 65.15 | 65.04 | 0.11 | 60.56 | 4.59 | 56.68 | 8.47 | 66.55 | -1.40 | 64.76 | 0.39 |
| OH | 8,562,000 | 5,212,344 | 60.88 | 66.54 | -5.66 | 56.40 | 4.48 | 55.29 | 5.59 | 61.51 | -0.63 | 55.69 | 5.19 |
| OK | 2,561,000 | 1,461,931 | 57.08 | 57.90 | -0.82 | 49.55 | 7.53 | 49.86 | 7.22 | 59.88 | -2.80 | 52.00 | 5.08 |
| OR | 2,615,000 | 1,253,793 | 47.95 | 72.66 | -24.71 | 63.18 | -15.23 | 59.98 | -12.03 | 68.73 | -20.78 | 59.58 | -11.63 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 61.88 | -0.18 | 53.60 | 8.10 | 49.60 | 12.10 | 55.15 | 6.55 | 51.00 | 10.70 |
| RI | 790,000 | 434,411 | 54.99 | 56.70 | -1.71 | 54.58 | 0.41 | 52.60 | 2.39 | 61.61 | -6.62 | 56.04 | -1.05 |
| SC | 3,224,000 | 1,876,073 | 58.19 | 52.15 | 6.04 | 46.71 | 11.48 | 40.99 | 17.20 | 45.74 | 12.45 | 39.85 | 18.34 |
| SD | 573,000 | 381,872 | 66.64 | 69.08 | -2.44 | 57.82 | 8.82 | 61.21 | 5.43 | 66.58 | 0.06 | 63.62 | 3.02 |
| TN | 4,512,000 | 2,614,005 | 57.93 | 55.67 | 2.26 | 49.15 | 8.78 | 47.14 | 10.79 | 52.77 | 5.16 | 45.86 | 12.07 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.23 | 1.82 | 47.80 | 6.25 | 44.36 | 9.69 | 52.44 | 1.61 | 49.47 | 4.58 |
| UT | 1,578,000 | 883,658 | 56.00 | 61.41 | -5.41 | 53.71 | 2.29 | 50.85 | 5.15 | 65.03 | -9.03 | 62.45 | -6.45 |
| VT | 495,000 | 302,337 | 61.08 | 65.47 | -4.39 | 64.54 | -3.46 | 58.74 | 2.34 | 68.81 | -7.73 | 60.38 | 0.70 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 59.91 | 2.33 | 53.86 | 8.38 | 49.52 | 12.72 | 55.16 | 7.08 | 49.91 | 12.33 |
| WA | 4,489,000 | 1,679,170 | 37.41 | 66.29 | -28.88 | 60.46 | -23.05 | 58.01 | -20.60 | 63.61 | -26.20 | 55.51 | -18.10 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.40 | -3.84 | 46.29 | 3.27 | 46.09 | 3.47 | 50.42 | -0.86 | 48.36 | 1.20 |
| WI | 4,183,000 | 2,921,490 | 69.84 | 73.82 | -3.98 | 66.31 | 3.53 | 57.98 | 11.86 | 69.75 | 0.09 | 62.46 | 7.38 |
| WY | 388,000 | 246,329 | 63.49 | 64.74 | -1.25 | 60.32 | 3.17 | 61.32 | 2.17 | 61.72 | 1.77 | 55.87 | 7.62 |
| Overall: | | | | | | | | | | | | | |
|  | 208,323,000 | 121,503,925 | 58.32 | 60.59 | -2.27 | 54.24 | 4.09 | 51.37 | 6.96 | 58.32 | 0.00 | 53.30 | 5.03 |

Ranked Order - 2008
Total President - General Turnout as a Percentage of VAP - Citizen

| | 2008 VAP | 2008 Turnout | 2008 % VAP Voted |
|---|---|---|---|
| 1) MN | 3,824,000 | 2,901,017 | 75.86% |
| 2) WI | 4,183,000 | 2,965,159 | 70.89% |
| 3) IA | 2,201,000 | 1,515,815 | 68.87% |
| 4) MO | 4,328,000 | 2,916,663 | 67.39% |
| 5) MI | 7,490,000 | 4,993,499 | 66.67% |
| 6) SD | 573,000 | 381,876 | 66.65% |
| 7) NC | 6,423,000 | 4,256,702 | 66.27% |
| 8) MA | 4,625,000 | 3,047,312 | 65.89% |
| 9) CO | 3,219,000 | 2,110,209 | 65.55% |
| 10) NH | 1,016,000 | 662,456 | 65.20% |
| 11) ND | 485,000 | 315,987 | 65.15% |
| 12) MT | 731,000 | 472,014 | 64.57% |
| 13) ME | 1,048,000 | 674,670 | 64.38% |
| 14) DE | 630,000 | 403,631 | 64.07% |
| 15) ID | 1,024,000 | 651,714 | 63.64% |
| 16) WY | 388,000 | 246,329 | 63.49% |
| 17) IL | 8,540,000 | 5,339,577 | 62.52% |
| 18) FL | 12,923,000 | 8,072,686 | 62.47% |
| 19) CT | 2,518,000 | 1,567,752 | 62.26% |
| 20) VA | 5,560,000 | 3,460,712 | 62.24% |
| 21) NJ | 5,904,000 | 3,653,773 | 61.89% |
| 22) NE | 1,243,000 | 767,057 | 61.71% |
| 23) PA | 9,450,000 | 5,830,312 | 61.70% |
| 24) AL | 3,394,000 | 2,091,143 | 61.61% |
| 25) KS | 1,968,000 | 1,206,127 | 61.29% |
| 26) GA | 6,302,000 | 3,862,027 | 61.28% |
| 27) VT | 495,000 | 302,337 | 61.08% |
| 28) DC | 371,000 | 226,573 | 61.07% |
| 29) OH | 8,562,000 | 5,227,180 | 61.05% |
| 30) IN | 4,586,000 | 2,737,551 | 59.69% |
| 31) NM | 1,346,000 | 798,986 | 59.36% |
| 32) NV | 1,642,000 | 965,120 | 58.78% |
| 33) LA | 3,338,000 | 1,958,059 | 58.66% |
| 34) SC | 3,224,000 | 1,876,073 | 58.19% |
| 35) KY | 3,147,000 | 1,828,097 | 58.09% |
| 36) TN | 4,512,000 | 2,614,005 | 57.93% |
| 37) OK | 2,561,000 | 1,461,931 | 57.08% |
| 38) MD | 4,064,000 | 2,312,316 | 56.90% |
| 39) MS | 2,151,000 | 1,212,506 | 56.37% |
| 40) UT | 1,578,000 | 883,658 | 56.00% |
| 41) NY | 12,653,000 | 7,011,244 | 55.41% |
| 42) RI | 790,000 | 434,411 | 54.99% |
| 43) TX | 14,886,000 | 8,045,310 | 54.05% |
| 44) AR | 2,065,000 | 1,075,428 | 52.08% |
| 45) WV | 1,428,000 | 707,702 | 49.56% |
| 46) AZ | 4,117,000 | 1,886,811 | 45.83% |
| 47) HI | 918,000 | 415,995 | 45.32% |

Total Turnout as a Percentage of VAP - Burnham 2008 vs 2004
Ranked By Percent Point Difference
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | -2008 - 2004- Point Diff / | % Diff |
|----|----------|--------------|------------------|------------------|------------------|--------|
| NC | 6,423,000 | 4,256,702 | 66.27 | 57.21 | 9.06 / | 15.84 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 55.10 | 6.18 / | 11.22 |
| SC | 3,224,000 | 1,876,073 | 58.19 | 52.49 | 5.70 / | 10.86 |
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.47 | 5.14 / | 9.10 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.88 | 4.81 / | 8.76 |
| DC | 371,000 | 226,573 | 61.07 | 58.21 | 2.86 / | 4.91 |
| NV | 1,642,000 | 965,120 | 58.78 | 56.09 | 2.69 / | 4.80 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.88 | 2.51 / | 3.87 |
| MS | 2,151,000 | 1,212,506 | 56.37 | 54.28 | 2.09 / | 3.85 |
| TN | 4,512,000 | 2,614,005 | 57.93 | 55.94 | 1.99 / | 3.56 |
| MA | 4,625,000 | 3,047,312 | 65.89 | 63.90 | 1.99 / | 3.11 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 60.30 | 1.94 / | 3.22 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.61 | 1.44 / | 2.74 |
| DE | 630,000 | 403,631 | 64.07 | 62.74 | 1.33 / | 2.12 |
| ID | 1,024,000 | 651,714 | 63.64 | 62.53 | 1.11 / | 1.78 |
| NM | 1,346,000 | 798,986 | 59.36 | 58.71 | 0.65 / | 1.11 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.33 | 0.34 / | 0.51 |
| IL | 8,540,000 | 5,339,577 | 62.52 | 62.35 | 0.17 / | 0.27 |
| ND | 485,000 | 315,987 | 65.15 | 65.04 | 0.11 / | 0.17 |
| MT | 731,000 | 472,014 | 64.57 | 64.53 | 0.04 / | 0.06 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.38 | -0.09 / | -0.15 |
| KY | 3,147,000 | 1,828,091 | 58.09 | 58.40 | -0.31 / | -0.53 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 62.02 | -0.32 / | -0.52 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.54 | -0.46 / | -0.88 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.41 | -0.54 / | -0.78 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.58 | -0.69 / | -1.10 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.48 | -0.82 / | -1.38 |
| OK | 2,561,000 | 1,461,931 | 57.08 | 58.02 | -0.94 / | -1.62 |
| FL | 12,923,000 | 8,072,686 | 62.47 | 63.44 | -0.97 / | -1.53 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 77.21 | -1.35 / | -1.75 |
| NE | 1,243,000 | 767,057 | 61.71 | 63.22 | -1.51 / | -2.39 |
| WY | 388,000 | 246,329 | 63.49 | 65.09 | -1.60 / | -2.46 |
| RI | 790,000 | 434,411 | 54.99 | 56.92 | -1.93 / | -3.39 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.23 | -1.97 / | -3.07 |
| SD | 573,000 | 381,876 | 66.65 | 69.32 | -2.67 / | -3.85 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.61 | -3.06 / | -4.46 |
| WI | 4,183,000 | 2,965,159 | 70.89 | 74.19 | -3.30 / | -4.45 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.86 | -3.45 / | -5.86 |
| HI | 918,000 | 415,995 | 45.32 | 48.81 | -3.49 / | -7.15 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.48 | -3.92 / | -7.33 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.45 | -4.55 / | -7.40 |
| VT | 495,000 | 302,337 | 61.08 | 65.89 | -4.81 / | -7.30 |
| NH | 1,016,000 | 662,456 | 65.20 | 70.59 | -5.39 / | -7.64 |
| OH | 8,562,000 | 5,227,180 | 61.05 | 66.67 | -5.62 / | -8.43 |
| UT | 1,578,000 | 883,658 | 56.00 | 61.82 | -5.82 / | -9.41 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 53.67 | -7.84 / | -14.61 |
| ME | 1,048,000 | 674,670 | 64.38 | 73.85 | -9.47 / | -12.82 |

Democratic Turnout as a Percentage of VAP - Citizen  2008 vs 2004 - 1988
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | +/-08-04 Points | 2000 % VAP Voted | +/-08-00 Points | 1996 % VAP Voted | +/-08-96 Points | 1992 % VAP Voted | +/-08-92 Points | 1988 % VAP Voted | +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 811,510 | 23.91 | 20.76 | 3.15 | 21.09 | 2.82 | 20.86 | 3.05 | 22.78 | 1.13 | 18.84 | 5.07 |
| AZ | 4,117,000 | 851,589 | 20.68 | 23.51 | -2.83 | 19.94 | 0.74 | 20.98 | -0.30 | 19.90 | 0.78 | 18.76 | 1.92 |
| AR | 2,065,000 | 417,314 | 20.21 | 23.32 | -3.11 | 21.58 | -1.37 | 25.33 | -5.12 | 28.59 | -8.38 | 20.57 | -0.36 |
| CO | 3,219,000 | 1,109,328 | 34.46 | 32.13 | 2.33 | 24.55 | 9.91 | 24.05 | 10.41 | 25.14 | 9.32 | 26.12 | 8.34 |
| CT | 2,518,000 | 943,819 | 37.48 | 34.77 | 2.71 | 33.89 | 3.59 | 30.55 | 6.93 | 28.24 | 9.24 | 28.33 | 9.15 |
| DE | 630,000 | 247,386 | 39.27 | 33.19 | 6.08 | 31.54 | 7.73 | 25.80 | 13.47 | 24.72 | 14.55 | 22.59 | 16.68 |
| DC | 371,000 | 210,403 | 56.71 | 52.31 | 4.40 | 42.14 | 14.57 | 37.23 | 19.48 | 43.58 | 13.13 | 35.03 | 21.68 |
| FL | 12,923,000 | 4,103,638 | 31.75 | 29.56 | 2.19 | 25.99 | 5.76 | 24.29 | 7.46 | 21.49 | 10.26 | 18.76 | 12.99 |
| GA | 6,302,000 | 1,811,198 | 28.74 | 22.66 | 6.08 | 19.52 | 9.22 | 19.72 | 9.02 | 20.68 | 8.06 | 15.89 | 12.85 |
| HI | 918,000 | 298,621 | 32.53 | 26.18 | 6.35 | 24.24 | 8.29 | 25.09 | 7.44 | 22.96 | 9.57 | 26.03 | 6.50 |
| ID | 1,024,000 | 235,219 | 22.97 | 18.73 | 4.24 | 15.40 | 7.57 | 20.08 | 2.89 | 18.79 | 4.18 | 21.85 | 1.12 |
| IL | 8,540,000 | 3,293,340 | 38.56 | 34.16 | 4.40 | 30.85 | 7.71 | 28.32 | 10.24 | 30.28 | 8.28 | 27.73 | 10.83 |
| IN | 4,586,000 | 1,367,264 | 29.81 | 21.49 | 8.32 | 20.40 | 9.41 | 20.68 | 9.13 | 20.56 | 9.25 | 21.47 | 8.34 |
| IA | 2,201,000 | 818,240 | 37.18 | 34.11 | 3.07 | 29.74 | 7.44 | 29.41 | 7.77 | 28.45 | 8.73 | 32.81 | 4.37 |
| KS | 1,968,000 | 499,863 | 25.40 | 22.43 | 2.97 | 20.95 | 4.45 | 20.79 | 4.61 | 21.55 | 3.85 | 23.89 | 1.51 |
| KY | 3,147,000 | 751,515 | 23.88 | 23.10 | 0.78 | 21.20 | 2.68 | 21.88 | 2.00 | 23.95 | -0.07 | 21.60 | 2.28 |
| LA | 3,338,000 | 780,981 | 23.40 | 25.02 | -1.62 | 24.71 | -1.31 | 29.77 | -6.37 | 27.17 | -3.77 | 24.50 | -1.10 |
| ME | 1,048,000 | 390,147 | 37.23 | 39.29 | -2.06 | 33.16 | 4.07 | 33.20 | 4.03 | 28.73 | 8.50 | 27.58 | 9.65 |
| MD | 4,064,000 | 1,409,150 | 34.67 | 34.17 | 0.50 | 30.73 | 3.94 | 26.68 | 7.99 | 28.16 | 6.51 | 24.53 | 10.14 |
| MA | 4,625,000 | 1,890,183 | 40.87 | 39.59 | 1.28 | 36.09 | 4.78 | 35.35 | 5.52 | 29.89 | 10.98 | 32.32 | 8.55 |
| MI | 7,490,000 | 2,867,680 | 38.29 | 33.85 | 4.44 | 30.44 | 7.85 | 28.54 | 9.75 | 27.59 | 10.70 | 25.25 | 13.04 |
| MN | 3,824,000 | 1,573,246 | 41.14 | 39.21 | 1.93 | 33.14 | 8.00 | 33.05 | 8.09 | 31.59 | 9.55 | 35.73 | 5.41 |
| MS | 2,151,000 | 517,899 | 24.08 | 21.73 | 2.35 | 19.68 | 4.40 | 19.96 | 4.12 | 21.44 | 2.64 | 20.27 | 3.81 |
| MO | 4,328,000 | 1,436,745 | 33.20 | 29.79 | 3.41 | 27.03 | 6.17 | 25.72 | 7.48 | 27.45 | 5.75 | 26.90 | 6.30 |
| MT | 731,000 | 220,401 | 30.15 | 24.71 | 5.44 | 20.44 | 9.71 | 26.44 | 3.71 | 26.10 | 4.05 | 29.74 | 0.41 |
| NE | 1,243,000 | 315,913 | 25.42 | 20.63 | 4.79 | 18.98 | 6.44 | 19.85 | 5.57 | 18.80 | 6.62 | 22.88 | 2.54 |
| NV | 1,642,000 | 531,884 | 32.39 | 26.48 | 5.91 | 20.91 | 11.48 | 17.46 | 14.93 | 19.81 | 12.58 | 16.57 | 15.82 |
| NH | 1,016,000 | 361,638 | 35.59 | 35.18 | 0.41 | 29.27 | 6.32 | 28.20 | 7.39 | 25.09 | 10.50 | 20.91 | 14.68 |
| NJ | 5,904,000 | 2,073,934 | 35.13 | 33.03 | 2.10 | 31.61 | 3.52 | 29.51 | 5.62 | 25.95 | 9.18 | 24.31 | 10.82 |
| NM | 1,346,000 | 454,291 | 33.75 | 28.62 | 5.13 | 23.17 | 10.58 | 23.48 | 10.27 | 24.40 | 9.35 | 24.50 | 9.25 |
| NY | 12,653,000 | 4,357,360 | 34.44 | 34.34 | 0.10 | 32.93 | 1.51 | 30.18 | 4.26 | 27.77 | 6.67 | 27.19 | 7.25 |
| NC | 6,423,000 | 2,122,977 | 33.05 | 24.77 | 8.28 | 21.45 | 11.60 | 19.99 | 13.06 | 21.64 | 11.41 | 18.46 | 14.59 |
| ND | 485,000 | 141,113 | 29.10 | 23.09 | 6.01 | 20.02 | 9.08 | 22.75 | 6.35 | 21.42 | 7.68 | 27.83 | 1.27 |
| OH | 8,562,000 | 2,673,958 | 31.23 | 32.41 | -1.18 | 26.19 | 5.04 | 26.19 | 5.04 | 24.72 | 6.51 | 24.58 | 6.65 |
| OK | 2,561,000 | 502,286 | 19.61 | 19.94 | -0.33 | 19.04 | 0.57 | 20.17 | -0.56 | 20.37 | -0.76 | 21.47 | -1.86 |
| PA | 9,450,000 | 3,184,807 | 33.70 | 31.53 | 2.17 | 27.12 | 6.58 | 24.39 | 9.31 | 24.89 | 8.81 | 24.68 | 9.02 |
| RI | 790,000 | 275,028 | 34.81 | 33.69 | 1.12 | 33.31 | 1.50 | 31.41 | 3.40 | 28.98 | 5.83 | 31.18 | 3.63 |
| SC | 3,224,000 | 842,441 | 26.13 | 21.33 | 4.80 | 19.11 | 7.02 | 18.02 | 8.11 | 18.24 | 7.89 | 14.98 | 11.15 |
| SD | 573,000 | 170,877 | 29.82 | 26.56 | 3.26 | 21.72 | 8.10 | 26.34 | 3.48 | 24.73 | 5.09 | 29.59 | 0.23 |
| TN | 4,512,000 | 1,093,213 | 24.23 | 23.67 | 0.56 | 23.24 | 0.99 | 22.63 | 1.60 | 24.85 | -0.62 | 19.05 | 5.18 |
| TX | 14,886,000 | 3,521,164 | 23.65 | 19.96 | 3.69 | 18.16 | 5.49 | 19.44 | 4.21 | 19.44 | 4.21 | 21.44 | 2.21 |
| UT | 1,578,000 | 301,771 | 19.12 | 15.96 | 3.16 | 14.15 | 4.97 | 16.93 | 2.19 | 16.03 | 3.09 | 20.01 | -0.89 |
| VT | 495,000 | 201,999 | 40.81 | 38.59 | 2.22 | 32.68 | 8.13 | 31.34 | 9.47 | 31.73 | 9.08 | 28.73 | 12.08 |
| VA | 5,560,000 | 1,792,502 | 32.24 | 27.25 | 4.99 | 23.93 | 8.31 | 22.36 | 9.88 | 22.39 | 9.85 | 19.58 | 12.66 |
| WV | 1,428,000 | 301,438 | 21.11 | 23.08 | -1.97 | 21.11 | 0.00 | 23.74 | -2.63 | 24.41 | -3.30 | 25.24 | -4.13 |
| WI | 4,183,000 | 1,670,258 | 39.93 | 36.68 | 3.25 | 31.72 | 8.21 | 28.30 | 11.63 | 28.69 | 11.24 | 32.11 | 7.82 |
| WY | 388,000 | 80,496 | 20.75 | 18.82 | 1.93 | 16.71 | 4.04 | 22.59 | -1.84 | 20.97 | -0.22 | 21.24 | -0.49 |
| Overall: | 178,424,000 | 55,828,027 | 31.29 | 28.71 | 2.58 | 25.77 | 5.52 | 25.05 | 6.24 | 24.70 | 6.59 | 23.92 | 7.37 |

Democratic Turnout as a Percentage of VAP - Citizen  2008 vs 1984 - 1968
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 1984 % VAP Voted | 1984 +/-08-84 Points | 1980 % VAP Voted | 1980 +/-08-80 Points | 1976 % VAP Voted | 1976 +/-08-76 Points | 1972 % VAP Voted | 1972 +/-08-72 Points | 1968 % VAP Voted | 1968 +/-08-68 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 811,510 | 23.91 | 19.48 | 4.43 | 23.31 | 0.60 | 25.83 | -1.92 | 11.09 | 12.82 | 9.90 | 14.01 |
| AZ | 4,117,000 | 851,589 | 20.68 | 15.27 | 5.41 | 12.98 | 7.70 | 18.30 | 2.38 | 15.67 | 5.01 | 17.54 | 3.14 |
| AR | 2,065,000 | 417,314 | 20.21 | 20.40 | -0.19 | 24.66 | -4.45 | 33.35 | -13.14 | 14.96 | 5.25 | 16.44 | 3.77 |
| CO | 3,219,000 | 1,109,328 | 34.46 | 19.76 | 14.70 | 17.88 | 16.58 | 25.17 | 9.29 | 21.51 | 12.95 | 26.88 | 7.58 |
| CT | 2,518,000 | 943,819 | 37.48 | 24.78 | 12.70 | 24.51 | 12.97 | 30.65 | 6.83 | 27.83 | 9.65 | 34.47 | 3.01 |
| DE | 630,000 | 247,386 | 39.27 | 22.24 | 17.03 | 24.82 | 14.45 | 30.80 | 8.47 | 25.42 | 13.85 | 28.77 | 10.50 |
| DC | 371,000 | 210,403 | 56.71 | 38.88 | 17.83 | 27.78 | 28.93 | 28.24 | 28.47 | 25.27 | 31.44 | 29.51 | 27.20 |
| FL | 12,923,000 | 4,103,638 | 31.75 | 17.99 | 13.76 | 19.99 | 11.76 | 26.56 | 5.19 | 14.31 | 17.44 | 16.50 | 15.25 |
| GA | 6,302,000 | 1,811,198 | 28.74 | 16.84 | 11.90 | 23.24 | 5.50 | 27.94 | 0.80 | 9.29 | 19.45 | 11.79 | 16.95 |
| HI | 918,000 | 298,621 | 32.53 | 21.27 | 11.26 | 21.36 | 11.17 | 25.76 | 6.77 | 20.57 | 11.96 | 34.22 | -1.69 |
| ID | 1,024,000 | 235,219 | 22.97 | 16.57 | 6.40 | 17.46 | 5.51 | 22.28 | 0.69 | 16.67 | 6.30 | 22.21 | 0.76 |
| IL | 8,540,000 | 3,293,340 | 38.56 | 26.32 | 12.24 | 25.24 | 13.32 | 29.83 | 8.73 | 26.24 | 12.32 | 30.72 | 7.84 |
| IN | 4,586,000 | 1,367,264 | 29.81 | 21.37 | 8.44 | 21.93 | 7.88 | 27.63 | 2.18 | 20.60 | 9.21 | 26.76 | 3.05 |
| IA | 2,201,000 | 818,240 | 37.18 | 29.47 | 7.71 | 24.57 | 12.61 | 31.06 | 6.12 | 26.24 | 10.94 | 28.19 | 8.99 |
| KS | 1,968,000 | 499,863 | 25.40 | 19.16 | 6.24 | 19.17 | 6.23 | 26.42 | -1.02 | 17.60 | 7.80 | 22.26 | 3.14 |
| KY | 3,147,000 | 751,515 | 23.88 | 20.47 | 3.41 | 23.95 | -0.07 | 25.52 | -1.64 | 16.87 | 7.01 | 19.28 | 4.60 |
| LA | 3,338,000 | 780,981 | 23.40 | 22.53 | 0.87 | 24.88 | -1.48 | 24.99 | -1.59 | 12.57 | 10.83 | 15.50 | 7.90 |
| ME | 1,048,000 | 390,147 | 37.23 | 25.39 | 11.84 | 27.73 | 9.50 | 31.39 | 5.84 | 24.00 | 13.23 | 36.83 | 0.40 |
| MD | 4,064,000 | 1,409,150 | 34.67 | 24.61 | 10.06 | 24.21 | 10.46 | 26.97 | 7.70 | 19.45 | 15.22 | 23.97 | 10.70 |
| MA | 4,625,000 | 1,890,183 | 40.87 | 29.32 | 11.55 | 25.73 | 15.14 | 36.17 | 4.70 | 35.31 | 5.56 | 42.78 | -1.91 |
| MI | 7,490,000 | 2,867,680 | 38.29 | 23.43 | 14.86 | 25.97 | 12.32 | 27.81 | 10.48 | 25.58 | 12.71 | 31.72 | 6.57 |
| MN | 3,824,000 | 1,573,246 | 41.14 | 34.47 | 6.67 | 33.05 | 8.09 | 39.37 | 1.77 | 32.02 | 9.12 | 39.44 | 1.70 |
| MS | 2,151,000 | 517,899 | 24.08 | 20.09 | 3.99 | 25.21 | -1.13 | 23.98 | 0.10 | 8.80 | 15.28 | 12.26 | 11.82 |
| MO | 4,328,000 | 1,436,745 | 33.20 | 23.30 | 9.90 | 26.30 | 6.90 | 29.45 | 3.75 | 21.81 | 11.39 | 27.85 | 5.35 |
| MT | 731,000 | 220,401 | 30.15 | 26.16 | 3.99 | 21.38 | 8.77 | 28.98 | 1.17 | 25.85 | 4.30 | 28.46 | 1.69 |
| NE | 1,243,000 | 315,913 | 25.42 | 16.70 | 8.72 | 14.96 | 10.46 | 21.90 | 3.52 | 16.98 | 8.44 | 19.28 | 6.14 |
| NV | 1,642,000 | 531,884 | 32.39 | 13.07 | 19.32 | 11.53 | 20.86 | 19.27 | 13.12 | 18.04 | 14.35 | 22.12 | 10.27 |
| NH | 1,016,000 | 361,638 | 35.59 | 16.53 | 19.06 | 16.49 | 19.10 | 24.90 | 10.69 | 22.74 | 12.85 | 30.51 | 5.08 |
| NJ | 5,904,000 | 2,073,934 | 35.13 | 23.81 | 11.32 | 22.35 | 12.78 | 29.18 | 5.95 | 23.33 | 11.80 | 29.24 | 5.89 |
| NM | 1,346,000 | 454,291 | 33.75 | 21.42 | 12.33 | 19.18 | 14.57 | 25.79 | 7.96 | 21.44 | 12.31 | 23.91 | 9.84 |
| NY | 12,653,000 | 4,357,360 | 34.44 | 25.61 | 8.83 | 22.70 | 11.74 | 28.37 | 6.07 | 24.84 | 9.60 | 29.91 | 4.53 |
| NC | 6,423,000 | 2,122,977 | 33.05 | 18.08 | 14.97 | 20.66 | 12.39 | 23.74 | 9.31 | 12.53 | 20.52 | 15.89 | 17.16 |
| ND | 485,000 | 141,113 | 29.10 | 22.80 | 6.30 | 17.29 | 11.81 | 31.21 | -2.11 | 24.79 | 4.31 | 26.70 | 2.40 |
| OH | 8,562,000 | 2,673,958 | 31.23 | 23.48 | 7.75 | 22.94 | 8.29 | 27.31 | 3.92 | 22.25 | 8.98 | 27.23 | 4.00 |
| OK | 2,561,000 | 502,286 | 19.61 | 17.44 | 2.17 | 18.68 | 0.93 | 26.56 | -6.95 | 13.67 | 5.94 | 19.44 | 0.17 |
| PA | 9,450,000 | 3,184,807 | 33.70 | 25.36 | 8.34 | 22.39 | 11.31 | 27.78 | 5.92 | 22.38 | 11.32 | 31.00 | 2.70 |
| RI | 790,000 | 275,028 | 34.81 | 28.08 | 6.73 | 29.30 | 5.51 | 34.49 | 0.32 | 30.41 | 4.40 | 42.65 | -7.84 |
| SC | 3,224,000 | 842,441 | 26.13 | 14.70 | 11.43 | 19.69 | 6.44 | 22.65 | 3.48 | 10.71 | 15.42 | 13.82 | 12.31 |
| SD | 573,000 | 170,877 | 29.82 | 23.79 | 6.03 | 21.50 | 8.32 | 31.76 | -1.94 | 32.02 | -2.20 | 30.58 | -0.76 |
| TN | 4,512,000 | 1,093,213 | 24.23 | 20.67 | 3.56 | 23.76 | 0.47 | 27.07 | -2.84 | 13.05 | 11.18 | 15.11 | 9.12 |
| TX | 14,886,000 | 3,521,164 | 23.65 | 18.82 | 4.83 | 19.58 | 4.07 | 23.91 | -0.26 | 15.22 | 8.43 | 19.94 | 3.71 |
| UT | 1,578,000 | 301,771 | 19.12 | 15.85 | 3.27 | 13.63 | 5.49 | 22.40 | -3.28 | 18.44 | 0.68 | 28.54 | -9.42 |
| VT | 495,000 | 201,999 | 40.81 | 24.86 | 15.95 | 22.58 | 18.23 | 24.24 | 16.57 | 22.88 | 17.93 | 27.66 | 13.15 |
| VA | 5,560,000 | 1,792,502 | 32.24 | 19.21 | 13.03 | 19.58 | 12.66 | 22.93 | 9.31 | 13.72 | 18.52 | 16.39 | 15.85 |
| WV | 1,428,000 | 301,438 | 21.11 | 24.04 | -2.93 | 26.61 | -5.50 | 33.28 | -12.17 | 22.97 | -1.86 | 34.93 | -13.82 |
| WI | 4,183,000 | 1,670,258 | 39.93 | 29.06 | 10.87 | 29.51 | 10.42 | 33.03 | 6.90 | 27.77 | 12.16 | 29.45 | 10.48 |
| WY | 388,000 | 80,496 | 20.75 | 16.78 | 3.97 | 15.45 | 5.30 | 21.92 | -1.17 | 18.96 | 1.79 | 23.29 | -2.54 |
| Overall: | 178,424,000 | 55,828,027 | 31.29 | 22.48 | 8.81 | 22.75 | 8.54 | 27.71 | 3.58 | 20.74 | 10.55 | 25.76 | 5.53 |

TX_00001769

TX_00001769

Ranked Order - 2008
Democratic President - General Turnout as a Percentage of VAP - Citizen

| | 2008 VAP | 2008 Turnout | 2008 % VAP Voted |
|---|---|---|---|
| 1) DC | 371,000 | 210,403 | 56.71% |
| 2) MN | 3,824,000 | 1,573,246 | 41.14% |
| 3) MA | 4,625,000 | 1,890,183 | 40.87% |
| 4) VT | 495,000 | 201,999 | 40.81% |
| 5) WI | 4,183,000 | 1,670,258 | 39.93% |
| 6) DE | 630,000 | 247,386 | 39.27% |
| 7) IL | 8,540,000 | 3,293,340 | 38.56% |
| 8) MI | 7,490,000 | 2,867,680 | 38.29% |
| 9) CT | 2,518,000 | 943,819 | 37.48% |
| 10) ME | 1,048,000 | 390,147 | 37.23% |
| 11) IA | 2,201,000 | 818,240 | 37.18% |
| 12) NH | 1,016,000 | 361,638 | 35.59% |
| 13) NJ | 5,904,000 | 2,073,934 | 35.13% |
| 14) RI | 790,000 | 275,028 | 34.81% |
| 15) MD | 4,064,000 | 1,409,150 | 34.67% |
| 16) CO | 3,219,000 | 1,109,328 | 34.46% |
| 17) NY | 12,653,000 | 4,357,360 | 34.44% |
| 18) NM | 1,346,000 | 454,291 | 33.75% |
| 19) PA | 9,450,000 | 3,184,807 | 33.70% |
| 20) MO | 4,328,000 | 1,436,745 | 33.20% |
| 21) NC | 6,423,000 | 2,122,977 | 33.05% |
| 22) HI | 918,000 | 298,621 | 32.53% |
| 23) NV | 1,642,000 | 531,884 | 32.39% |
| 24) VA | 5,560,000 | 1,792,502 | 32.24% |
| 25) FL | 12,923,000 | 4,103,638 | 31.75% |
| 26) OH | 8,562,000 | 2,673,958 | 31.23% |
| 27) MT | 731,000 | 220,401 | 30.15% |
| 28) SD | 573,000 | 170,877 | 29.82% |
| 29) IN | 4,586,000 | 1,367,264 | 29.81% |
| 30) ND | 485,000 | 141,113 | 29.10% |
| 31) GA | 6,302,000 | 1,811,198 | 28.74% |
| 32) SC | 3,224,000 | 842,441 | 26.13% |
| 33) NE | 1,243,000 | 315,913 | 25.42% |
| 34) KS | 1,968,000 | 499,863 | 25.40% |
| 35) TN | 4,512,000 | 1,093,213 | 24.23% |
| 36) MS | 2,151,000 | 517,899 | 24.08% |
| 37) AL | 3,394,000 | 811,510 | 23.91% |
| 38) KY | 3,147,000 | 751,515 | 23.88% |
| 39) TX | 14,886,000 | 3,521,164 | 23.65% |
| 40) LA | 3,338,000 | 780,981 | 23.40% |
| 41) ID | 1,024,000 | 235,219 | 22.97% |
| 42) WV | 1,428,000 | 301,438 | 21.11% |
| 43) WY | 388,000 | 80,496 | 20.75% |
| 44) AZ | 4,117,000 | 851,589 | 20.68% |
| 45) AR | 2,065,000 | 417,314 | 20.21% |
| 46) OK | 2,561,000 | 502,286 | 19.61% |
| 47) UT | 1,578,000 | 301,771 | 19.12% |

Republican Turnout as a Percentage of  VAP - Citizen  2008 vs 2004 - 1988
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 1,263,741 | 37.23 | 35.19 | 2.04 | 28.66 | 8.57 | 24.23 | 13.00 | 26.55 | 10.68 | 27.96 | 9.27 |
| AZ | 4,117,000 | 1,012,878 | 24.60 | 29.06 | -4.46 | 22.74 | 1.86 | 19.98 | 4.62 | 20.96 | 3.64 | 29.03 | -4.43 |
| AR | 2,065,000 | 632,140 | 30.61 | 28.43 | 2.18 | 24.14 | 6.47 | 17.35 | 13.26 | 19.07 | 11.54 | 27.48 | 3.13 |
| CO | 3,219,000 | 966,957 | 30.04 | 35.32 | -5.28 | 29.39 | 0.65 | 24.79 | 5.25 | 22.47 | 7.57 | 30.61 | -0.57 |
| CT | 2,518,000 | 606,268 | 24.08 | 28.14 | -4.06 | 23.30 | 0.78 | 20.06 | 4.02 | 23.94 | 0.14 | 31.42 | -7.34 |
| DE | 630,000 | 151,667 | 24.07 | 28.47 | -4.40 | 24.04 | 0.03 | 18.21 | 5.86 | 20.06 | 4.01 | 29.03 | -4.96 |
| DC | 371,000 | 14,821 | 3.99 | 5.48 | -1.49 | 4.43 | -0.44 | 4.08 | -0.09 | 4.68 | -0.69 | 6.06 | -2.07 |
| FL | 12,923,000 | 3,908,736 | 30.25 | 32.70 | -2.45 | 26.00 | 4.25 | 21.40 | 8.85 | 22.53 | 7.72 | 29.65 | 0.60 |
| GA | 6,302,000 | 2,022,409 | 32.09 | 31.76 | 0.33 | 24.83 | 7.26 | 20.22 | 11.87 | 20.40 | 11.69 | 24.05 | 8.04 |
| HI | 918,000 | 110,848 | 12.07 | 21.94 | -9.87 | 16.27 | -4.20 | 13.95 | -1.88 | 17.52 | -5.45 | 21.46 | -9.39 |
| ID | 1,024,000 | 400,989 | 39.16 | 42.32 | -3.16 | 37.44 | 1.72 | 31.14 | 8.02 | 27.80 | 11.36 | 37.67 | 1.49 |
| IL | 8,540,000 | 1,975,801 | 23.14 | 27.72 | -4.58 | 24.06 | -0.92 | 19.19 | 3.95 | 21.40 | 1.74 | 28.92 | -5.78 |
| IN | 4,586,000 | 1,341,101 | 29.24 | 32.81 | -3.57 | 28.18 | 1.06 | 23.46 | 5.78 | 23.98 | 5.26 | 32.37 | -3.13 |
| IA | 2,201,000 | 677,508 | 30.78 | 34.57 | -3.79 | 29.55 | 1.23 | 23.36 | 7.42 | 24.50 | 6.28 | 26.68 | 4.10 |
| KS | 1,968,000 | 685,414 | 34.83 | 37.98 | -3.15 | 32.65 | 2.18 | 31.27 | 3.56 | 24.83 | 10.00 | 31.32 | 3.51 |
| KY | 3,147,000 | 1,050,599 | 33.38 | 34.67 | -1.29 | 28.96 | 4.42 | 21.43 | 11.95 | 22.22 | 11.16 | 27.33 | 6.05 |
| LA | 3,338,000 | 1,147,603 | 34.38 | 33.62 | 0.76 | 28.93 | 5.45 | 22.86 | 11.52 | 24.42 | 9.96 | 30.17 | 4.21 |
| ME | 1,048,000 | 271,876 | 25.94 | 32.69 | -6.75 | 29.70 | -3.76 | 19.79 | 6.15 | 22.52 | 3.42 | 34.78 | -8.84 |
| MD | 4,064,000 | 873,320 | 21.49 | 26.23 | -4.74 | 21.86 | -0.37 | 18.82 | 2.67 | 20.15 | 1.34 | 26.01 | -4.52 |
| MA | 4,625,000 | 1,104,086 | 23.87 | 23.51 | 0.36 | 19.61 | 4.26 | 16.15 | 7.72 | 18.25 | 5.62 | 27.55 | -3.68 |
| MI | 7,490,000 | 2,044,405 | 27.30 | 31.60 | -4.30 | 27.39 | -0.09 | 21.25 | 6.05 | 22.92 | 4.38 | 29.62 | -2.32 |
| MN | 3,824,000 | 1,275,653 | 33.36 | 36.55 | -3.19 | 31.48 | 1.88 | 22.61 | 10.75 | 23.14 | 10.22 | 30.99 | 2.37 |
| MS | 2,151,000 | 684,475 | 31.82 | 31.93 | -0.11 | 27.86 | 3.96 | 22.28 | 9.54 | 26.13 | 5.69 | 31.08 | 0.74 |
| MO | 4,328,000 | 1,442,613 | 33.33 | 34.44 | -1.11 | 28.95 | 4.38 | 22.31 | 11.02 | 21.13 | 12.20 | 29.13 | 4.20 |
| MT | 731,000 | 236,513 | 32.35 | 37.85 | -5.50 | 35.79 | -3.44 | 28.29 | 4.06 | 24.36 | 7.99 | 33.52 | -1.17 |
| NE | 1,243,000 | 439,421 | 35.35 | 41.59 | -6.24 | 35.53 | -0.18 | 30.47 | 4.88 | 29.79 | 5.56 | 35.12 | 0.23 |
| NV | 1,642,000 | 411,988 | 25.09 | 27.91 | -2.82 | 22.52 | 2.57 | 17.06 | 8.03 | 18.41 | 6.68 | 25.72 | -0.63 |
| NH | 1,016,000 | 295,193 | 29.05 | 34.22 | -5.17 | 30.06 | -1.01 | 22.51 | 6.54 | 24.31 | 4.74 | 35.96 | -6.91 |
| NJ | 5,904,000 | 1,540,907 | 26.10 | 28.86 | -2.76 | 22.69 | 3.41 | 19.70 | 6.40 | 24.52 | 1.58 | 32.09 | -5.99 |
| NM | 1,346,000 | 334,298 | 24.84 | 29.08 | -4.24 | 23.14 | 1.70 | 19.98 | 4.86 | 19.85 | 4.99 | 27.09 | -2.25 |
| NY | 12,653,000 | 2,573,386 | 20.34 | 23.58 | -3.24 | 19.27 | 1.07 | 15.53 | 4.81 | 18.92 | 1.42 | 25.03 | -4.69 |
| NC | 6,423,000 | 2,108,381 | 32.83 | 31.83 | 1.00 | 27.83 | 5.00 | 22.12 | 10.71 | 22.04 | 10.79 | 25.66 | 7.17 |
| ND | 485,000 | 168,523 | 34.75 | 40.88 | -6.13 | 36.73 | -1.98 | 26.61 | 8.14 | 29.43 | 5.32 | 36.29 | -1.54 |
| OH | 8,562,000 | 2,469,544 | 28.84 | 33.81 | -4.97 | 28.19 | 0.65 | 22.68 | 6.16 | 23.59 | 5.25 | 30.63 | -1.79 |
| OK | 2,561,000 | 959,645 | 37.47 | 37.97 | -0.50 | 29.88 | 7.59 | 24.06 | 13.41 | 25.54 | 11.93 | 30.12 | 7.35 |
| PA | 9,450,000 | 2,584,119 | 27.35 | 29.98 | -2.63 | 24.89 | 2.46 | 19.83 | 7.52 | 19.92 | 7.43 | 25.86 | 1.49 |
| RI | 790,000 | 152,197 | 19.27 | 21.93 | -2.66 | 17.43 | 1.84 | 14.11 | 5.16 | 17.88 | 1.39 | 24.62 | -5.35 |
| SC | 3,224,000 | 1,008,727 | 31.29 | 30.24 | 1.05 | 26.55 | 4.74 | 20.41 | 10.88 | 21.97 | 9.32 | 24.51 | 6.78 |
| SD | 573,000 | 203,002 | 35.43 | 41.39 | -5.96 | 34.86 | 0.57 | 28.46 | 6.97 | 27.07 | 8.36 | 33.62 | 1.81 |
| TN | 4,512,000 | 1,487,564 | 32.97 | 31.62 | 1.35 | 25.14 | 7.83 | 21.49 | 11.48 | 22.39 | 10.58 | 26.55 | 6.42 |
| TX | 14,886,000 | 4,467,748 | 30.01 | 31.90 | -1.89 | 28.35 | 1.66 | 21.63 | 8.38 | 21.27 | 8.74 | 27.68 | 2.33 |
| UT | 1,578,000 | 555,497 | 35.20 | 43.93 | -8.73 | 35.90 | -0.70 | 27.65 | 7.55 | 28.20 | 7.00 | 41.36 | -6.16 |
| VT | 495,000 | 95,422 | 19.28 | 25.40 | -6.12 | 26.27 | -6.99 | 18.26 | 1.02 | 20.93 | -1.65 | 30.85 | -11.57 |
| VA | 5,560,000 | 1,637,337 | 29.45 | 32.16 | -2.71 | 28.26 | 1.19 | 23.33 | 6.12 | 24.80 | 4.65 | 29.81 | -0.36 |
| WV | 1,428,000 | 394,278 | 27.61 | 29.93 | -2.32 | 24.03 | 3.58 | 16.94 | 10.67 | 17.84 | 9.77 | 22.95 | 4.66 |
| WI | 4,183,000 | 1,258,181 | 30.08 | 36.40 | -6.32 | 31.57 | -1.49 | 22.31 | 7.77 | 25.65 | 4.43 | 29.85 | 0.23 |
| WY | 388,000 | 160,639 | 41.40 | 44.58 | -3.18 | 40.87 | 0.53 | 30.55 | 10.85 | 24.41 | 16.99 | 33.82 | 7.58 |

Overall:

| | 178,424,000 | 51,208,418 | 28.70 | 31.27 | -2.57 | 26.25 | 2.45 | 20.99 | 7.71 | 22.15 | 6.55 | 28.48 | 0.22 |

Republican Turnout as a Percentage of  VAP - Citizen  2008 vs 1984 - 1968
President - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 1984 % VAP Voted | +/-08-84 Points | 1980 % VAP Voted | +/-08-80 Points | 1976 % VAP Voted | +/-08-76 Points | 1972 % VAP Voted | +/-08-72 Points | 1968 % VAP Voted | +/-08-68 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 1,263,741 | 37.23 | 30.81 | 6.42 | 23.95 | 13.28 | 19.75 | 17.48 | 31.46 | 5.77 | 7.40 | 29.83 |
| AZ | 4,117,000 | 1,012,878 | 24.60 | 31.16 | -6.56 | 27.85 | -3.25 | 25.92 | -1.32 | 31.79 | -7.19 | 27.44 | -2.84 |
| AR | 2,065,000 | 632,140 | 30.61 | 32.22 | -1.61 | 24.98 | 5.63 | 17.92 | 12.69 | 33.57 | -2.96 | 16.66 | 13.95 |
| CO | 3,219,000 | 966,957 | 30.04 | 35.68 | -5.64 | 31.69 | -1.65 | 31.95 | -1.91 | 38.93 | -8.89 | 32.83 | -2.79 |
| CT | 2,518,000 | 606,268 | 24.08 | 38.75 | -14.67 | 30.64 | -6.56 | 34.02 | -9.94 | 40.62 | -16.54 | 30.88 | -6.80 |
| DE | 630,000 | 151,667 | 24.07 | 33.30 | -9.23 | 26.12 | -2.05 | 27.60 | -3.53 | 38.67 | -14.60 | 31.20 | -7.13 |
| DC | 371,000 | 14,821 | 3.99 | 6.25 | -2.26 | 4.99 | -1.00 | 5.71 | -1.72 | 6.98 | -2.99 | 6.56 | -2.57 |
| FL | 12,923,000 | 3,908,736 | 30.25 | 33.90 | -3.65 | 28.82 | 1.43 | 23.86 | 6.39 | 37.03 | -6.78 | 21.62 | 8.63 |
| GA | 6,302,000 | 2,022,409 | 32.09 | 25.46 | 6.63 | 17.07 | 15.02 | 13.80 | 18.29 | 28.28 | 3.81 | 13.40 | 18.69 |
| HI | 918,000 | 110,848 | 12.07 | 26.74 | -14.67 | 20.46 | -8.39 | 24.48 | -12.41 | 34.25 | -22.18 | 22.14 | -10.07 |
| ID | 1,024,000 | 400,989 | 39.16 | 45.42 | -6.26 | 46.07 | -6.91 | 35.94 | 3.22 | 41.11 | -1.95 | 41.14 | -1.98 |
| IL | 8,540,000 | 1,975,801 | 23.14 | 34.15 | -11.01 | 30.04 | -6.90 | 31.06 | -7.92 | 38.23 | -15.09 | 32.76 | -9.62 |
| IN | 4,586,000 | 1,341,101 | 29.24 | 34.98 | -5.74 | 32.61 | -3.37 | 32.24 | -3.00 | 40.85 | -11.61 | 35.43 | -6.19 |
| IA | 2,201,000 | 677,508 | 30.78 | 34.21 | -3.43 | 32.66 | -1.88 | 31.71 | -0.93 | 37.35 | -6.57 | 36.61 | -5.83 |
| KS | 1,968,000 | 685,414 | 34.83 | 38.95 | -4.12 | 33.32 | 1.51 | 30.86 | 3.97 | 40.35 | -5.52 | 35.17 | -0.34 |
| KY | 3,147,000 | 1,050,599 | 33.38 | 31.17 | 2.21 | 24.68 | 8.70 | 22.04 | 11.34 | 30.75 | 2.63 | 22.43 | 10.95 |
| LA | 3,338,000 | 1,147,603 | 34.38 | 35.87 | -1.49 | 27.85 | 6.53 | 22.20 | 12.18 | 28.97 | 5.41 | 12.90 | 21.48 |
| ME | 1,048,000 | 271,876 | 25.94 | 39.82 | -13.88 | 29.93 | -3.99 | 31.94 | -6.00 | 38.33 | -12.39 | 28.69 | -2.75 |
| MD | 4,064,000 | 873,320 | 21.49 | 27.48 | -5.99 | 22.69 | -1.20 | 23.88 | -2.39 | 31.90 | -10.41 | 23.06 | -1.57 |
| MA | 4,625,000 | 1,104,086 | 23.87 | 31.01 | -7.14 | 25.82 | -1.95 | 26.07 | -2.20 | 29.47 | -5.60 | 22.33 | 1.54 |
| MI | 7,490,000 | 2,044,405 | 27.30 | 34.49 | -7.19 | 29.93 | -2.63 | 31.04 | -3.74 | 34.39 | -7.09 | 27.29 | 0.01 |
| MN | 3,824,000 | 1,275,653 | 33.36 | 34.34 | -0.98 | 30.25 | 3.11 | 30.14 | 3.22 | 35.84 | -2.48 | 30.28 | 3.08 |
| MS | 2,151,000 | 684,475 | 31.82 | 33.22 | -1.40 | 25.90 | 5.92 | 23.07 | 8.75 | 35.08 | -3.26 | 7.20 | 24.62 |
| MO | 4,328,000 | 1,442,613 | 33.33 | 34.99 | -1.66 | 30.34 | 2.99 | 27.36 | 5.97 | 36.09 | -2.76 | 28.57 | 4.76 |
| MT | 731,000 | 236,513 | 32.35 | 41.43 | -9.08 | 37.47 | -5.12 | 33.73 | -1.38 | 39.56 | -7.21 | 34.62 | -2.27 |
| NE | 1,243,000 | 439,421 | 35.35 | 40.89 | -5.54 | 37.66 | -2.31 | 33.71 | 1.64 | 40.59 | -5.24 | 36.25 | -0.90 |
| NV | 1,642,000 | 411,988 | 25.09 | 26.93 | -1.84 | 26.82 | -1.73 | 21.10 | 3.99 | 31.63 | -6.54 | 26.71 | -1.62 |
| NH | 1,016,000 | 295,193 | 29.05 | 36.68 | -7.63 | 33.59 | -4.54 | 31.35 | -2.30 | 41.74 | -12.69 | 36.19 | -7.14 |
| NJ | 5,904,000 | 1,540,907 | 26.10 | 36.50 | -10.40 | 30.13 | -4.03 | 30.49 | -4.39 | 39.07 | -12.97 | 30.65 | -4.55 |
| NM | 1,346,000 | 334,298 | 24.84 | 32.60 | -7.76 | 28.66 | -3.82 | 27.11 | -2.27 | 35.81 | -10.97 | 31.19 | -6.35 |
| NY | 12,653,000 | 2,573,386 | 20.34 | 30.08 | -9.74 | 24.08 | -3.74 | 25.95 | -5.61 | 35.29 | -14.95 | 26.63 | -6.29 |
| NC | 6,423,000 | 2,108,381 | 32.83 | 29.53 | 3.30 | 21.59 | 11.24 | 18.99 | 13.84 | 30.13 | 2.70 | 21.48 | 11.35 |
| ND | 485,000 | 168,523 | 34.75 | 43.74 | -8.99 | 42.29 | -7.54 | 35.20 | -0.45 | 42.99 | -8.24 | 39.06 | -4.31 |
| OH | 8,562,000 | 2,469,544 | 28.84 | 34.45 | -5.61 | 28.89 | -0.05 | 27.16 | 1.68 | 34.85 | -6.01 | 28.67 | 0.17 |
| OK | 2,561,000 | 959,645 | 37.47 | 39.02 | -1.55 | 32.32 | 5.15 | 27.22 | 10.25 | 41.98 | -4.51 | 28.98 | 8.49 |
| PA | 9,450,000 | 2,584,119 | 27.35 | 29.41 | -2.06 | 26.14 | 1.21 | 26.31 | 1.04 | 33.81 | -6.46 | 28.67 | -1.32 |
| RI | 790,000 | 152,197 | 19.27 | 30.21 | -10.94 | 22.86 | -3.59 | 27.46 | -8.19 | 34.43 | -15.16 | 21.17 | -1.90 |
| SC | 3,224,000 | 1,008,727 | 31.29 | 26.26 | 5.03 | 20.21 | 11.08 | 17.39 | 13.90 | 27.34 | 3.95 | 17.78 | 13.51 |
| SD | 573,000 | 203,002 | 35.43 | 41.04 | -5.61 | 41.06 | -5.63 | 32.72 | 2.71 | 38.10 | -2.67 | 38.82 | -3.39 |
| TN | 4,512,000 | 1,487,564 | 32.97 | 28.75 | 4.22 | 23.91 | 9.06 | 20.78 | 12.19 | 29.70 | 3.27 | 20.33 | 12.64 |
| TX | 14,886,000 | 4,467,748 | 30.01 | 33.15 | -3.14 | 26.13 | 3.88 | 22.43 | 7.58 | 30.30 | -0.29 | 19.32 | 10.69 |
| UT | 1,578,000 | 555,497 | 35.20 | 47.87 | -12.67 | 48.21 | -13.01 | 41.56 | -6.36 | 47.25 | -12.05 | 43.48 | -8.28 |
| VT | 495,000 | 95,422 | 19.28 | 35.29 | -16.01 | 26.07 | -6.79 | 30.56 | -11.28 | 39.31 | -20.03 | 33.52 | -14.24 |
| VA | 5,560,000 | 1,637,337 | 29.45 | 32.27 | -2.82 | 25.76 | 3.69 | 23.57 | 5.88 | 30.91 | -1.46 | 21.87 | 7.58 |
| WV | 1,428,000 | 394,278 | 27.61 | 29.71 | -2.10 | 24.20 | 3.41 | 24.03 | 3.58 | 40.15 | -12.54 | 28.72 | -1.11 |
| WI | 4,183,000 | 1,258,181 | 30.08 | 34.97 | -4.89 | 32.74 | -2.66 | 31.91 | -1.83 | 33.92 | -3.84 | 31.85 | -1.77 |
| WY | 388,000 | 160,639 | 41.40 | 41.90 | -0.50 | 34.59 | 6.81 | 32.65 | 8.75 | 42.93 | -1.53 | 36.56 | 4.84 |
| Overall: | | | | | | | | | | | | | |
| | 178,424,000 | 51,208,418 | 28.70 | 32.84 | -4.14 | 27.55 | 1.15 | 26.23 | 2.47 | 34.58 | -5.88 | 26.01 | 2.69 |

Ranked Order - 2008
Republican President - General Turnout as a Percentage of VAP - Citizen

| | 2008 VAP | 2008 Turnout | 2008 % VAP Voted |
|---|---|---|---|
| 1) WY | 388,000 | 160,639 | 41.40% |
| 2) ID | 1,024,000 | 400,989 | 39.16% |
| 3) OK | 2,561,000 | 959,645 | 37.47% |
| 4) AL | 3,394,000 | 1,263,741 | 37.23% |
| 5) SD | 573,000 | 203,002 | 35.43% |
| 6) NE | 1,243,000 | 439,421 | 35.35% |
| 7) UT | 1,578,000 | 555,497 | 35.20% |
| 8) KS | 1,968,000 | 685,414 | 34.83% |
| 9) ND | 485,000 | 168,523 | 34.75% |
| 10) LA | 3,338,000 | 1,147,603 | 34.38% |
| 11) KY | 3,147,000 | 1,050,599 | 33.38% |
| 12) MN | 3,824,000 | 1,275,653 | 33.36% |
| 13) MO | 4,328,000 | 1,442,613 | 33.33% |
| 14) TN | 4,512,000 | 1,487,564 | 32.97% |
| 15) NC | 6,423,000 | 2,108,381 | 32.83% |
| 16) MT | 731,000 | 236,513 | 32.35% |
| 17) GA | 6,302,000 | 2,022,409 | 32.09% |
| 18) MS | 2,151,000 | 684,475 | 31.82% |
| 19) SC | 3,224,000 | 1,008,727 | 31.29% |
| 20) IA | 2,201,000 | 677,508 | 30.78% |
| 21) AR | 2,065,000 | 632,140 | 30.61% |
| 22) FL | 12,923,000 | 3,908,736 | 30.25% |
| 23) WI | 4,183,000 | 1,258,181 | 30.08% |
| 24) CO | 3,219,000 | 966,957 | 30.04% |
| 25) TX | 14,886,000 | 4,467,748 | 30.01% |
| 26) VA | 5,560,000 | 1,637,337 | 29.45% |
| 27) IN | 4,586,000 | 1,341,101 | 29.24% |
| 28) NH | 1,016,000 | 295,193 | 29.05% |
| 29) OH | 8,562,000 | 2,469,544 | 28.84% |
| 30) WV | 1,428,000 | 394,278 | 27.61% |
| 31) PA | 9,450,000 | 2,584,119 | 27.35% |
| 32) MI | 7,490,000 | 2,044,405 | 27.30% |
| 33) NJ | 5,904,000 | 1,540,907 | 26.10% |
| 34) ME | 1,048,000 | 271,876 | 25.94% |
| 35) NV | 1,642,000 | 411,988 | 25.09% |
| 36) NM | 1,346,000 | 334,298 | 24.84% |
| 37) AZ | 4,117,000 | 1,012,878 | 24.60% |
| 38) CT | 2,518,000 | 606,268 | 24.08% |
| 39) DE | 630,000 | 151,667 | 24.07% |
| 40) MA | 4,625,000 | 1,104,086 | 23.87% |
| 41) IL | 8,540,000 | 1,975,801 | 23.14% |
| 42) MD | 4,064,000 | 873,320 | 21.49% |
| 43) NY | 12,653,000 | 2,573,386 | 20.34% |
| 44) VT | 495,000 | 95,422 | 19.28% |
| 45) RI | 790,000 | 152,197 | 19.27% |
| 46) HI | 918,000 | 110,848 | 12.07% |
| 47) DC | 371,000 | 14,821 | 3.99% |

Total Turnout as a Percentage of VAP - Citizen 2008 vs 2004 - 1988
U.S. Senate - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 2,052,834 | 60.48 | 55.01 | 5.47 | — | — | 47.24 | 13.24 | 52.09 | 8.39 | — | — |
| AR | 2,065,000 | 1,005,302 | 48.68 | 51.53 | -2.85 | — | — | 45.11 | 3.57 | 52.01 | -3.33 | — | — |
| CO | 3,219,000 | 2,051,705 | 63.74 | 67.59 | -3.85 | — | — | 52.66 | 11.08 | 61.97 | 1.77 | — | — |
| DE | 630,000 | 398,068 | 63.19 | — | — | 57.27 | 5.92 | 50.66 | 12.53 | — | — | 50.62 | 12.57 |
| GA | 6,302,000 | 3,695,408 | 58.64 | 53.43 | 5.21 | 42.47 | 16.17 | 42.27 | 16.37 | 46.16 | 12.48 | — | — |
| ID | 1,024,000 | 641,784 | 62.67 | 52.11 | 10.56 | — | — | 60.34 | 2.33 | 65.64 | -2.97 | — | — |
| IL | 8,540,000 | 4,500,638 | 52.70 | 60.75 | -8.05 | — | — | 51.41 | 1.29 | 60.96 | -8.26 | — | — |
| IA | 2,201,000 | 1,486,720 | 67.55 | 68.01 | -0.46 | — | — | 58.04 | 9.51 | 62.71 | 4.84 | — | — |
| KS | 1,968,000 | 1,183,030 | 60.11 | 58.23 | 1.88 | — | — | 57.09 | 3.02 | 62.17 | -2.06 | — | — |
| KY | 3,147,000 | 1,798,844 | 57.16 | 55.90 | 1.26 | — | — | 44.93 | 12.23 | 47.92 | 9.24 | — | — |
| LA | 3,338,000 | 1,894,072 | 56.74 | 56.38 | 0.36 | — | — | 54.54 | 2.20 | 28.07 | 28.67 | — | — |
| ME | 1,048,000 | 667,220 | 63.67 | — | — | 65.79 | -2.12 | 64.41 | -0.74 | — | — | 63.12 | 0.55 |
| MA | 4,625,000 | 2,975,540 | 64.34 | — | — | 58.04 | 6.30 | 57.49 | 6.85 | — | — | 60.11 | 4.23 |
| MI | 7,490,000 | 4,843,549 | 64.67 | — | — | 58.44 | 6.23 | 53.97 | 10.70 | — | — | 52.83 | 11.84 |
| MN | 3,824,000 | 2,883,015 | 75.39 | — | — | 68.64 | 6.75 | 64.40 | 10.99 | — | — | 67.44 | 7.95 |
| MS | 2,151,000 | 1,168,813 | 54.34 | — | — | 48.35 | 5.99 | 44.51 | 9.83 | — | — | 52.74 | 1.60 |
| MT | 731,000 | 460,210 | 62.96 | — | — | 61.34 | 1.62 | 64.17 | -1.21 | — | — | 64.31 | -1.35 |
| NE | 1,243,000 | 761,840 | 61.29 | — | — | 56.70 | 4.59 | 56.73 | 4.56 | — | — | 58.95 | 2.34 |
| NH | 1,016,000 | 648,661 | 63.84 | 67.98 | -4.14 | — | — | 56.43 | 7.41 | 62.24 | 1.60 | — | — |
| NJ | 5,904,000 | 3,283,568 | 55.62 | — | — | 53.29 | 2.33 | 51.51 | 4.11 | — | — | 55.00 | 0.62 |
| NM | 1,346,000 | 791,975 | 58.84 | — | — | 47.62 | 11.22 | 47.37 | 11.47 | — | — | 50.96 | 7.88 |
| NC | 6,423,000 | 4,224,124 | 65.77 | 56.36 | 9.41 | — | — | 46.13 | 19.64 | 50.07 | 15.70 | — | — |
| OK | 2,561,000 | 1,346,267 | 52.57 | 57.23 | -4.66 | — | — | 48.89 | 3.68 | 55.75 | -3.18 | — | — |
| RI | 790,000 | 402,450 | 50.94 | — | — | 52.25 | -1.31 | 48.97 | 1.97 | — | — | 55.12 | -4.18 |
| SC | 3,224,000 | 1,824,942 | 56.60 | 51.49 | 5.11 | — | — | 41.33 | 15.27 | 44.90 | 11.70 | — | — |
| SD | 573,000 | 380,575 | 66.42 | 69.61 | -3.19 | — | — | 61.34 | 5.08 | 66.24 | 0.18 | — | — |
| TN | 4,512,000 | 2,411,955 | 53.46 | — | — | 45.66 | 7.80 | 44.27 | 9.19 | — | — | 43.92 | 9.54 |
| TX | 14,886,000 | 7,895,258 | 53.04 | — | — | 46.83 | 6.21 | 43.70 | 9.34 | — | — | 48.52 | 4.52 |
| VA | 5,560,000 | 3,407,338 | 61.28 | — | — | 53.45 | 7.83 | 48.25 | 13.03 | — | — | 47.12 | 14.16 |
| WV | 1,428,000 | 696,871 | 48.80 | — | — | 43.11 | 5.69 | 43.13 | 5.67 | — | — | 46.97 | 1.83 |
| WY | 388,000 | 242,963 | 62.62 | — | — | 59.02 | 3.60 | 61.18 | 1.44 | — | — | 57.27 | 5.35 |

Overall:

| | 105,551,000 | 62,025,539 | 58.76 | 57.82 | 0.95 | 52.02 | 6.74 | 49.78 | 8.99 | 52.77 | 5.99 | 52.81 | 5.95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Democratic Turnout as a Percentage of VAP - Citizen  2008 vs 2004 - 1988
U.S. Senate - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 750,518 | 22.11 | 17.80 | 4.31 | — | — | 21.48 | 0.63 | 33.76 | -11.65 | — | — |
| AR | 2,065,000 | 798,614 | 38.67 | 28.76 | 9.91 | — | — | 21.33 | 17.34 | 31.30 | 7.37 | — | — |
| CO | 3,219,000 | 1,065,232 | 33.09 | 34.68 | -1.59 | — | — | 24.28 | 8.81 | 32.08 | 1.01 | — | — |
| DE | 630,000 | 257,484 | 40.87 | — | — | 31.80 | 9.07 | 30.42 | 10.45 | — | — | 19.21 | 21.66 |
| GA | 6,302,000 | 1,727,626 | 27.41 | 21.36 | 6.05 | 24.72 | 2.69 | 20.65 | 6.76 | 22.72 | 4.69 | — | — |
| ID | 1,024,000 | 219,092 | 21.40 | 0.43 | 20.97 | — | — | 24.08 | -2.68 | 28.54 | -7.14 | — | — |
| IL | 8,540,000 | 2,843,991 | 33.30 | 42.50 | -9.20 | — | — | 28.83 | 4.47 | 32.47 | 0.83 | — | — |
| IA | 2,201,000 | 930,514 | 42.28 | 18.96 | 23.32 | — | — | 30.07 | 12.21 | 17.06 | 25.22 | — | — |
| KS | 1,968,000 | 429,691 | 21.83 | 16.01 | 5.82 | — | — | 24.74 | -2.91 | 19.29 | 2.54 | — | — |
| KY | 3,147,000 | 846,221 | 26.89 | 27.58 | -0.69 | — | — | 19.25 | 7.64 | 30.14 | -3.25 | — | — |
| LA | 3,338,000 | 986,411 | 29.55 | 26.77 | 2.78 | — | — | 27.36 | 2.19 | 22.04 | 7.51 | — | — |
| ME | 1,048,000 | 258,761 | 24.69 | — | — | 20.43 | 4.26 | 28.26 | -3.57 | — | — | 51.26 | -26.57 |
| MA | 4,625,000 | 1,958,404 | 42.34 | — | — | 42.19 | 0.15 | 30.01 | 12.33 | — | — | 39.05 | 3.29 |
| MI | 7,490,000 | 3,033,550 | 40.50 | — | — | 28.92 | 11.58 | 31.49 | 9.01 | — | — | 31.90 | 8.60 |
| MN | 3,824,000 | 1,211,167 | 31.67 | — | — | 33.52 | -1.85 | 32.40 | -0.73 | — | — | 27.59 | 4.08 |
| MS | 2,151,000 | 522,419 | 24.29 | — | — | 15.28 | 9.01 | 12.19 | 12.10 | — | — | 24.31 | -0.02 |
| MT | 731,000 | 334,732 | 45.79 | — | — | 28.98 | 16.81 | 31.80 | 13.99 | — | — | 30.95 | 14.84 |
| NE | 1,243,000 | 304,383 | 24.49 | — | — | 28.92 | -4.43 | 23.63 | 0.86 | — | — | 33.43 | -8.94 |
| NH | 1,016,000 | 337,201 | 33.19 | 22.89 | 10.30 | — | — | 26.05 | 7.14 | 28.21 | 4.98 | — | — |
| NJ | 5,904,000 | 1,823,715 | 30.89 | — | — | 26.71 | 4.18 | 27.14 | 3.75 | — | — | 29.45 | 1.44 |
| NM | 1,346,000 | 485,036 | 36.04 | — | — | 29.38 | 6.66 | 14.11 | 21.93 | — | — | 32.26 | 3.78 |
| NC | 6,423,000 | 2,225,027 | 34.64 | 26.50 | 8.14 | — | — | 21.18 | 13.46 | 23.19 | 11.45 | — | — |
| OK | 2,561,000 | 527,528 | 20.60 | 23.61 | -3.01 | — | — | 19.59 | 1.01 | 21.29 | -0.69 | — | — |
| RI | 790,000 | 295,614 | 37.42 | — | — | 21.50 | 15.92 | 31.09 | 6.33 | — | — | 25.03 | 12.39 |
| SC | 3,224,000 | 773,940 | 24.01 | 22.71 | 1.30 | — | — | 18.18 | 5.83 | 22.48 | 1.53 | — | — |
| SD | 573,000 | 237,816 | 41.50 | 34.40 | 7.10 | — | — | 31.48 | 10.02 | 42.99 | -1.49 | — | — |
| TN | 4,512,000 | 762,779 | 16.91 | — | — | 14.71 | 2.20 | 16.30 | 0.61 | — | — | 28.59 | -11.68 |
| TX | 14,886,000 | 3,383,890 | 22.73 | — | — | 15.15 | 7.58 | 19.20 | 3.53 | — | — | 28.71 | -5.98 |
| VA | 5,560,000 | 2,189,516 | 39.38 | — | — | 25.48 | 13.90 | 22.87 | 16.51 | — | — | 33.57 | 5.81 |
| WV | 1,428,000 | 444,107 | 31.10 | — | — | 33.52 | -2.42 | 33.06 | -1.96 | — | — | 30.42 | 0.68 |
| WY | 388,000 | 58,749 | 15.14 | — | — | 13.01 | 2.13 | 25.83 | -10.69 | — | — | 28.42 | -13.28 |
| Overall: | | | | | | | | | | | | | |
| | 105,551,000 | 32,023,728 | 30.34 | 27.12 | 3.22 | 24.44 | 5.90 | 24.08 | 6.26 | 26.74 | 3.60 | 30.95 | -0.61 |

Republican Turnout as a Percentage of VAP - Citizen  2008 vs 2004 - 1988
U.S. Senate - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | 2004 +/-08-04 Points | 2000 % VAP Voted | 2000 +/-08-00 Points | 1996 % VAP Voted | 1996 +/-08-96 Points | 1992 % VAP Voted | 1992 +/-08-92 Points | 1988 % VAP Voted | 1988 +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 1,302,316 | 38.37 | 37.16 | 1.21 | — | — | 24.78 | 13.59 | 17.23 | 21.14 | — | — |
| CO | 3,219,000 | 890,188 | 27.65 | 31.45 | -3.80 | — | — | 26.88 | 0.77 | 26.46 | 1.19 | — | — |
| DE | 630,000 | 140,584 | 22.31 | — | — | 25.02 | -2.71 | 19.32 | 2.99 | — | — | 31.42 | -9.11 |
| GA | 6,302,000 | 1,841,454 | 29.22 | 30.93 | -1.71 | 16.10 | 13.12 | 20.09 | 9.13 | 22.00 | 7.22 | — | — |
| ID | 1,024,000 | 369,900 | 36.12 | 51.69 | -15.57 | — | — | 34.41 | 1.71 | 37.10 | -0.98 | — | — |
| IL | 8,540,000 | 1,476,083 | 17.28 | 16.43 | 0.85 | — | — | 20.91 | -3.63 | 26.25 | -8.97 | — | — |
| IA | 2,201,000 | 556,206 | 25.27 | 47.73 | -22.46 | — | — | 27.11 | -1.84 | 43.66 | -18.39 | — | — |
| KS | 1,968,000 | 712,396 | 36.20 | 40.27 | -4.07 | — | — | 30.78 | 5.42 | 38.98 | -2.78 | — | — |
| KY | 3,147,000 | 952,623 | 30.27 | 28.31 | 1.96 | — | — | 24.92 | 5.35 | 17.16 | 13.11 | — | — |
| LA | 3,338,000 | 866,624 | 25.96 | 28.77 | -2.81 | — | — | 27.18 | -1.22 | 3.54 | 22.42 | — | — |
| ME | 1,048,000 | 408,459 | 38.98 | — | — | 45.36 | -6.38 | 31.68 | 7.30 | — | — | 11.86 | 27.12 |
| MA | 4,625,000 | 922,409 | 19.94 | — | — | 7.46 | 12.48 | 25.70 | -5.76 | — | — | 20.39 | -0.45 |
| MI | 7,490,000 | 1,639,165 | 21.88 | — | — | 27.97 | -6.09 | 21.52 | 0.36 | — | — | 20.32 | 1.56 |
| MN | 3,824,000 | 1,211,644 | 31.69 | — | — | 29.72 | 1.97 | 26.59 | 5.10 | — | — | 37.88 | -6.19 |
| MS | 2,151,000 | 646,394 | 30.05 | — | — | 31.86 | -1.81 | 31.62 | -1.57 | — | — | 28.43 | 1.62 |
| MT | 731,000 | 125,478 | 17.17 | — | — | 31.01 | -13.84 | 28.68 | -11.51 | — | — | 33.35 | -16.18 |
| NE | 1,243,000 | 439,281 | 35.34 | — | — | 27.68 | 7.66 | 31.85 | 3.49 | — | — | 24.56 | 10.78 |
| NH | 1,016,000 | 291,434 | 28.68 | 45.03 | -16.35 | — | — | 27.76 | 0.92 | 29.96 | -1.28 | — | — |
| NJ | 5,904,000 | 1,394,761 | 23.62 | — | — | 25.10 | -1.48 | 21.93 | 1.69 | — | — | 24.85 | -1.23 |
| NM | 1,346,000 | 306,939 | 22.80 | — | — | 18.22 | 4.58 | 30.66 | -7.86 | — | — | 18.70 | 4.10 |
| NC | 6,423,000 | 1,867,217 | 29.07 | 29.08 | -0.01 | — | — | 24.28 | 4.79 | 25.21 | 3.86 | — | — |
| OK | 2,561,000 | 763,063 | 29.80 | 30.20 | -0.40 | — | — | 27.71 | 2.09 | 32.64 | -2.84 | — | — |
| RI | 790,000 | 106,836 | 13.52 | — | — | 29.72 | -16.20 | 17.17 | -3.65 | — | — | 30.09 | -16.57 |
| SC | 3,224,000 | 1,051,002 | 32.60 | 27.63 | 4.97 | — | — | 22.06 | 10.54 | 21.08 | 11.52 | — | — |
| SD | 573,000 | 142,759 | 24.91 | 35.20 | -10.29 | — | — | 29.86 | -4.95 | 21.53 | 3.38 | — | — |
| TN | 4,512,000 | 1,571,627 | 34.83 | — | — | 29.72 | 5.11 | 27.17 | 7.66 | — | — | 15.16 | 19.67 |
| TX | 14,886,000 | 4,326,639 | 29.07 | — | — | 30.45 | -1.38 | 23.93 | 5.14 | — | — | 19.41 | 9.66 |
| VA | 5,560,000 | 1,176,351 | 21.16 | — | — | 27.93 | -6.77 | 25.32 | -4.16 | — | — | 13.52 | 7.64 |
| WV | 1,428,000 | 252,764 | 17.70 | — | — | 8.69 | 9.01 | 10.07 | 7.63 | — | — | 16.55 | 1.15 |
| WY | 388,000 | 184,214 | 47.48 | — | — | 43.54 | 3.94 | 33.08 | 14.40 | — | — | 28.84 | 18.64 |
| Overall: | | | | | | | | | | | | | |
| | 103,486,000 | 27,936,820 | 27.00 | 29.88 | -2.88 | 25.63 | 1.36 | 24.43 | 2.56 | 24.33 | 2.67 | 21.37 | 5.63 |

Total Turnout as a Percentage of  VAP - Citizen  2008 vs 2004 - 1988
Governor - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | +/-08-04 Points | 2000 % VAP Voted | +/-08-00 Points | 1996 % VAP Voted | +/-08-96 Points | 1992 % VAP Voted | +/-08-92 Points | 1988 % VAP Voted | +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DE | 630,000 | 395,199 | 62.73 | 60.53 | 2.20 | 56.67 | 6.06 | 49.84 | 12.89 | 54.32 | 8.41 | 49.89 | 12.84 |
| IN | 4,586,000 | 2,693,606 | 58.74 | 54.30 | 4.44 | 49.29 | 9.45 | 49.16 | 9.58 | 54.03 | 4.71 | 53.40 | 5.34 |
| MO | 4,328,000 | 2,869,707 | 66.31 | 64.34 | 1.97 | 57.10 | 9.21 | 53.71 | 12.60 | 61.06 | 5.25 | 56.01 | 10.30 |
| MT | 731,000 | 464,774 | 63.58 | 63.46 | 0.12 | 61.13 | 2.45 | 63.81 | -0.23 | 68.89 | -5.31 | 64.62 | -1.04 |
| NH | 1,016,000 | 639,407 | 62.93 | 68.34 | -5.41 | 62.02 | 0.91 | 56.93 | 6.00 | 61.97 | 0.96 | 56.44 | 6.49 |
| NC | 6,423,000 | 4,216,998 | 65.65 | 56.59 | 9.06 | 50.19 | 15.46 | 46.30 | 19.35 | 50.40 | 15.25 | 45.21 | 20.44 |
| ND | 485,000 | 315,062 | 64.96 | 64.42 | 0.54 | 60.80 | 4.16 | 56.23 | 8.73 | 65.84 | -0.88 | 65.16 | -0.20 |
| UT | 1,578,000 | 877,960 | 55.64 | 60.88 | -5.24 | 53.09 | 2.55 | 51.33 | 4.31 | 66.66 | -11.02 | 62.66 | -7.02 |
| VT | 495,000 | 294,958 | 59.59 | 64.84 | -5.25 | 64.36 | -4.77 | 57.87 | 1.72 | 67.87 | -8.28 | 60.27 | -0.68 |
| WV | 1,428,000 | 700,401 | 49.05 | 51.89 | -2.84 | 46.29 | 2.76 | 45.51 | 3.54 | 48.46 | 0.59 | 48.08 | 0.97 |
| Overall: | | | | | | | | | | | | | |
| | 21,700,000 | 13,468,072 | 62.06 | 58.90 | 3.17 | 52.97 | 9.10 | 50.38 | 11.69 | 56.31 | 5.75 | 52.71 | 9.35 |

TX_00001777
JA_004536

TX_00001777

Democratic Turnout as a Percentage of  VAP - Citizen  2008 vs 2004 - 1988
Governor - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | +/-08-04 Points | 2000 % VAP Voted | +/-08-00 Points | 1996 % VAP Voted | +/-08-96 Points | 1992 % VAP Voted | +/-08-92 Points | 1988 % VAP Voted | +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DE | 630,000 | 266,858 | 42.36 | 30.79 | 11.57 | 33.57 | 8.79 | 34.61 | 7.75 | 35.17 | 7.19 | 14.60 | 27.76 |
| IN | 4,586,000 | 1,078,448 | 23.52 | 24.70 | -1.18 | 27.88 | -4.36 | 25.33 | -1.81 | 33.50 | -9.98 | 28.40 | -4.88 |
| MO | 4,328,000 | 1,675,270 | 38.71 | 30.79 | 7.92 | 28.05 | 10.66 | 30.70 | 8.01 | 35.83 | 2.88 | 19.47 | 19.24 |
| MT | 731,000 | 303,415 | 41.51 | 32.01 | 9.50 | 28.78 | 12.73 | 13.29 | 28.22 | 33.52 | 7.99 | 29.81 | 11.70 |
| NH | 1,016,000 | 447,589 | 44.05 | 34.70 | 9.35 | 30.22 | 13.83 | 32.55 | 11.50 | 24.76 | 19.29 | 22.04 | 22.01 |
| NC | 6,423,000 | 2,117,745 | 32.97 | 31.47 | 1.50 | 26.11 | 6.86 | 25.92 | 7.05 | 26.57 | 6.40 | 19.86 | 13.11 |
| ND | 485,000 | 74,144 | 15.29 | 17.65 | -2.36 | 27.34 | -12.05 | 19.01 | -3.72 | 26.75 | -11.46 | 39.02 | -23.73 |
| UT | 1,578,000 | 172,646 | 10.94 | 25.17 | -14.23 | 22.44 | -11.50 | 11.96 | -1.02 | 15.49 | -4.55 | 24.07 | -13.13 |
| VT | 495,000 | 62,256 | 12.58 | 24.60 | -12.02 | 32.47 | -19.89 | 40.81 | -28.23 | 50.72 | -38.14 | 33.36 | -20.78 |
| WV | 1,428,000 | 488,837 | 34.23 | 32.93 | 1.30 | 23.20 | 11.03 | 20.85 | 13.38 | 27.16 | 7.07 | 28.31 | 5.92 |
| Overall: | | | | | | | | | | | | | |
| | 21,700,000 | 6,687,208 | 30.82 | 29.21 | 1.61 | 27.08 | 3.74 | 25.77 | 5.05 | 30.34 | 0.48 | 23.69 | 7.12 |

Republican Turnout as a Percentage of VAP - Citizen  2008 vs 2004 - 1988
Governor - General Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | +/-08-04 Points | 2000 % VAP Voted | +/-08-00 Points | 1996 % VAP Voted | +/-08-96 Points | 1992 % VAP Voted | +/-08-92 Points | 1988 % VAP Voted | +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DE | 630,000 | 126,660 | 20.10 | 27.71 | -7.61 | 22.52 | -2.42 | 15.19 | 4.91 | 17.79 | 2.31 | 35.29 | -15.19 |
| IN | 4,586,000 | 1,557,965 | 33.97 | 28.90 | 5.07 | 20.54 | 13.43 | 23.00 | 10.97 | 19.94 | 14.03 | 25.00 | 8.97 |
| MO | 4,328,000 | 1,133,779 | 26.20 | 32.70 | -6.50 | 27.53 | -1.33 | 21.72 | 4.48 | 25.23 | 0.97 | 35.97 | -9.77 |
| MT | 731,000 | 151,941 | 20.79 | 29.21 | -8.42 | 31.17 | -10.38 | 50.51 | -29.72 | 35.37 | -14.58 | 33.56 | -12.77 |
| NH | 1,016,000 | 176,739 | 17.40 | 33.64 | -16.24 | 27.14 | -9.74 | 22.49 | -5.09 | 34.71 | -17.31 | 34.11 | -16.71 |
| NC | 6,423,000 | 1,978,084 | 30.80 | 24.27 | 6.53 | 23.22 | 7.58 | 19.80 | 11.00 | 21.79 | 9.01 | 25.35 | 5.45 |
| ND | 485,000 | 234,527 | 48.36 | 45.90 | 2.46 | 33.46 | 14.90 | 37.22 | 11.14 | 38.10 | 10.26 | 26.14 | 22.22 |
| UT | 1,578,000 | 682,409 | 43.25 | 35.15 | 8.10 | 29.61 | 13.64 | 38.48 | 4.77 | 28.12 | 15.13 | 25.14 | 18.11 |
| VT | 495,000 | 161,423 | 32.61 | 38.06 | -5.45 | 24.42 | 8.19 | 12.99 | 19.62 | 15.64 | 16.97 | 26.10 | 6.51 |
| WV | 1,428,000 | 180,353 | 12.63 | 17.68 | -5.05 | 21.85 | -9.22 | 23.50 | -10.87 | 17.73 | -5.10 | 19.78 | -7.15 |
| Overall: | | | | | | | | | | | | | |
| | 21,700,000 | 6,383,880 | 29.42 | 28.79 | 0.63 | 24.55 | 4.87 | 23.67 | 5.75 | 23.36 | 6.05 | 28.04 | 1.38 |

Total Highest Statewide Turnout as a Percentage of  VAP - Citizen  2008 vs 2004 - 1988
General Election Races

| ST | 2008 VAP | 2008 Turnout | 2008 % VAP Voted | 2004 % VAP Voted | +/-08-04 Points | 2000 % VAP Voted | +/-08-00 Points | 1996 % VAP Voted | +/-08-96 Points | 1992 % VAP Voted | +/-08-92 Points | 1988 % VAP Voted | +/-08-88 Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 3,394,000 | 2,091,143 | 61.61 | 56.34 | 5.27 | 50.74 | 10.87 | 48.34 | 13.27 | 55.73 | 5.88 | 47.26 | 14.35 |
| AR | 2,065,000 | 1,075,428 | 52.08 | 52.35 | -0.27 | 47.05 | 5.03 | 47.14 | 4.94 | 53.74 | -1.66 | 48.75 | 3.33 |
| AZ | 4,117,000 | 1,886,811 | 45.83 | 52.96 | -7.13 | 44.57 | 1.26 | 45.10 | 0.73 | 54.49 | -8.66 | 48.42 | -2.59 |
| CO | 3,219,000 | 2,110,209 | 65.55 | 68.30 | -2.75 | 57.91 | 7.64 | 54.13 | 11.42 | 62.64 | 2.91 | 57.69 | 7.86 |
| CT | 2,518,000 | 1,567,752 | 62.26 | 64.02 | -1.76 | 60.61 | 1.65 | 57.83 | 4.43 | 66.90 | -4.64 | 60.44 | 1.82 |
| DC | 371,000 | 226,573 | 61.07 | 58.66 | 2.41 | 49.48 | 11.59 | 43.70 | 17.37 | 51.49 | 9.58 | 42.39 | 18.68 |
| DE | 630,000 | 403,631 | 64.07 | 62.22 | 1.85 | 57.36 | 6.71 | 50.66 | 13.41 | 56.81 | 7.26 | 51.95 | 12.12 |
| FL | 12,923,000 | 8,072,686 | 62.47 | 62.77 | -0.30 | 53.22 | 9.25 | 50.57 | 11.90 | 55.09 | 7.38 | 48.71 | 13.76 |
| GA | 6,302,000 | 3,862,027 | 61.28 | 54.72 | 6.56 | 45.41 | 15.87 | 43.01 | 18.27 | 47.58 | 13.70 | 40.24 | 21.04 |
| HI | 918,000 | 415,995 | 45.32 | 48.48 | -3.16 | 43.44 | 1.88 | 44.08 | 1.24 | 47.74 | -2.42 | 47.96 | -2.64 |
| IA | 2,201,000 | 1,515,815 | 68.87 | 69.28 | -0.41 | 61.27 | 7.60 | 58.51 | 10.36 | 65.73 | 3.14 | 59.96 | 8.91 |
| ID | 1,024,000 | 651,714 | 63.64 | 61.88 | 1.76 | 55.74 | 7.90 | 60.34 | 3.30 | 66.14 | -2.50 | 60.68 | 2.96 |
| IL | 8,540,000 | 5,339,577 | 62.52 | 62.31 | 0.21 | 56.50 | 6.02 | 52.14 | 10.38 | 62.32 | 0.20 | 57.06 | 5.46 |
| IN | 4,586,000 | 2,737,551 | 59.69 | 54.74 | 4.95 | 49.75 | 9.94 | 49.76 | 9.93 | 55.89 | 3.80 | 54.09 | 5.60 |
| KS | 1,968,000 | 1,206,127 | 61.29 | 61.26 | 0.03 | 56.25 | 5.04 | 57.60 | 3.69 | 63.87 | -2.58 | 56.14 | 5.15 |
| KY | 3,147,000 | 1,828,097 | 58.09 | 58.21 | -0.12 | 51.25 | 6.84 | 47.74 | 10.35 | 53.76 | 4.33 | 49.22 | 8.87 |
| LA | 3,338,000 | 1,958,059 | 58.66 | 59.28 | -0.62 | 55.06 | 3.60 | 57.23 | 1.43 | 59.61 | -0.95 | 55.59 | 3.07 |
| MA | 4,625,000 | 3,047,312 | 65.89 | 63.77 | 2.12 | 60.35 | 5.54 | 57.51 | 8.38 | 62.87 | 3.02 | 60.72 | 5.17 |
| MD | 4,064,000 | 2,312,316 | 56.90 | 61.04 | -4.14 | 54.36 | 2.54 | 49.18 | 7.72 | 56.55 | 0.35 | 50.89 | 6.01 |
| ME | 1,048,000 | 674,670 | 64.38 | 73.34 | -8.96 | 67.55 | -3.17 | 64.41 | -0.03 | 74.10 | -9.72 | 63.12 | 1.26 |
| MI | 7,490,000 | 4,993,499 | 66.67 | 66.08 | 0.59 | 59.35 | 7.32 | 55.20 | 11.47 | 63.02 | 3.65 | 55.29 | 11.38 |
| MN | 3,824,000 | 2,901,017 | 75.86 | 76.75 | -0.89 | 69.18 | 6.68 | 64.68 | 11.18 | 72.65 | 3.21 | 67.53 | 8.33 |
| MO | 4,328,000 | 2,916,663 | 67.39 | 64.62 | 2.77 | 57.46 | 9.93 | 54.10 | 13.29 | 62.30 | 5.09 | 56.22 | 11.17 |
| MS | 2,151,000 | 1,212,506 | 56.37 | 54.10 | 2.27 | 48.36 | 8.01 | 45.80 | 10.57 | 52.59 | 3.78 | 52.74 | 3.63 |
| MT | 731,000 | 472,014 | 64.57 | 64.07 | 0.50 | 61.34 | 3.23 | 64.17 | 0.40 | 69.36 | -4.79 | 64.62 | -0.05 |
| NC | 6,423,000 | 4,256,702 | 66.27 | 56.83 | 9.44 | 50.19 | 16.08 | 46.30 | 19.97 | 50.73 | 15.54 | 45.21 | 21.06 |
| ND | 485,000 | 315,987 | 65.15 | 65.04 | 0.11 | 60.80 | 4.35 | 56.68 | 8.47 | 66.55 | -1.40 | 65.36 | -0.21 |
| NE | 1,243,000 | 767,057 | 61.71 | 63.11 | -1.40 | 57.09 | 4.62 | 56.78 | 4.93 | 63.95 | -2.24 | 58.95 | 2.76 |
| NH | 1,016,000 | 662,456 | 65.20 | 70.01 | -4.81 | 62.54 | 2.66 | 57.18 | 8.02 | 64.58 | 0.62 | 57.61 | 7.59 |
| NJ | 5,904,000 | 3,653,773 | 61.89 | 62.41 | -0.52 | 56.32 | 5.57 | 54.93 | 6.96 | 60.43 | 1.46 | 57.06 | 4.83 |
| NM | 1,346,000 | 798,986 | 59.36 | 58.35 | 1.01 | 48.35 | 11.01 | 47.73 | 11.63 | 53.17 | 6.19 | 52.23 | 7.13 |
| NV | 1,642,000 | 965,120 | 58.78 | 55.31 | 3.47 | 45.48 | 13.30 | 39.75 | 19.03 | 53.02 | 5.76 | 43.70 | 15.08 |
| NY | 12,653,000 | 7,011,244 | 55.41 | 58.83 | -3.42 | 54.69 | 0.72 | 50.74 | 4.67 | 55.84 | -0.43 | 52.66 | 2.75 |
| OH | 8,562,000 | 5,227,180 | 61.05 | 66.54 | -5.49 | 56.40 | 4.65 | 55.29 | 5.76 | 61.51 | -0.46 | 55.69 | 5.36 |
| OK | 2,561,000 | 1,461,931 | 57.08 | 57.90 | -0.82 | 49.55 | 7.53 | 49.86 | 7.22 | 59.88 | -2.80 | 52.00 | 5.08 |
| PA | 9,450,000 | 5,830,312 | 61.70 | 61.88 | -0.18 | 53.60 | 8.10 | 49.60 | 12.10 | 55.15 | 6.55 | 51.00 | 10.70 |
| RI | 790,000 | 434,411 | 54.99 | 56.70 | -1.71 | 54.58 | 0.41 | 52.60 | 2.39 | 61.61 | -6.62 | 56.04 | -1.05 |
| SC | 3,224,000 | 1,889,399 | 58.60 | 52.15 | 6.45 | 46.71 | 11.89 | 41.33 | 17.27 | 45.74 | 12.86 | 40.07 | 18.53 |
| SD | 573,000 | 381,876 | 66.65 | 69.61 | -2.96 | 57.82 | 8.83 | 61.34 | 5.31 | 66.58 | 0.07 | 63.62 | 3.03 |
| TN | 4,512,000 | 8,106,823 | 179.67 | 55.67 | 124.00 | 49.15 | 130.52 | 47.14 | 132.53 | 52.77 | 126.90 | 45.86 | 133.81 |
| TX | 14,886,000 | 8,045,310 | 54.05 | 52.23 | 1.82 | 47.80 | 6.25 | 44.36 | 9.69 | 52.44 | 1.61 | 49.47 | 4.58 |
| UT | 1,578,000 | 883,658 | 56.00 | 61.41 | -5.41 | 53.71 | 2.29 | 51.33 | 4.67 | 66.66 | -10.66 | 62.66 | -6.66 |
| VA | 5,560,000 | 3,460,712 | 62.24 | 59.91 | 2.33 | 53.86 | 8.38 | 49.52 | 12.72 | 55.16 | 7.08 | 49.91 | 12.33 |
| VT | 495,000 | 302,337 | 61.08 | 65.47 | -4.39 | 64.54 | -3.46 | 58.74 | 2.34 | 68.81 | -7.73 | 60.38 | 0.70 |
| WI | 4,183,000 | 2,965,159 | 70.89 | 73.82 | -2.93 | 66.31 | 4.58 | 57.98 | 12.91 | 69.75 | 1.14 | 62.46 | 8.43 |
| WV | 1,428,000 | 707,702 | 49.56 | 53.40 | -3.84 | 46.29 | 3.27 | 46.09 | 3.47 | 50.42 | -0.86 | 48.36 | 1.20 |
| WY | 388,000 | 246,329 | 63.49 | 64.74 | -1.25 | 60.32 | 3.17 | 61.32 | 2.17 | 61.72 | 1.77 | 57.27 | 6.22 |
| Overall: | | | | | | | | | | | | | |
| | 178,424,000 | 113,853,656 | 63.81 | 60.54 | 3.27 | 53.92 | 9.89 | 51.10 | 12.71 | 57.89 | 5.92 | 52.94 | 10.87 |

SYMPOSIUM

# The Empirical Effects of Voter-ID Laws: Present or Absent?

**Jason D. Mycoff,** *University of Delaware*
**Michael W. Wagner,** *University of Nebraska*
**David C. Wilson,** *University of Delaware*

The effect of voter-identification (voter-ID) laws on turnout is a hot-button issue in contemporary American politics. In April of 2008, the U.S. Supreme Court affirmed Indiana's voter-ID law, the nation's most rigorous, which requires voters to arrive at the polls with a state-issued photo ID containing an expiration date (*Crawford v. Marion County* 2008). In a famous incident highlighting how Hoosiers were dealing with their state's voter-ID law, representative Julia Carson (D-IN) was initially blocked from voting during Indiana's 2006 primary election for failing to comply with Indiana's voter-identification standard. Carson identified herself with her congressional ID card; since that card did not include an expiration date and therefore did not meet Indiana's voter-identification law, she was turned away at the polls before later being allowed to vote (Goldstein 2006). The rising wave of public, political, and legal debate crested two years later in the wake of the Supreme Court ruling and during the Indiana primaries, with reports of a dozen nuns being denied ballots at the polls due to their lack of appropriate identification (Urbina 2008).

While political science research regarding the impact of voter-ID laws on turnout is scarce, a growing community of scholars is examining whether voter-ID requirements affect behavior. Though reservations regarding the fairness of these laws persist, we address the question of whether strict voter-identification requirements have (already) systematically affected voter turnout at the aggregate or individual levels. The early evidence paints an incomplete picture, consisting of some qualified claims that states with stricter voter-identification laws negatively, albeit marginally, affect turnout (Alvarez, Bailey, and Katz 2007; Eagleton Institute of Politics and Moritz College of Law 2006; Vercellotti and Anderson 2006), while other reports find that these effects are too small to be of practical concern (Ansolabehere 2007; Muhlhausen and Sikich 2007). Variations in the populations under investigation, the time periods examined, the statistical methods employed, and the specifications of the various models perhaps explain these inconsistencies. But, research is also limited by theoretical shortcomings about why voter-ID laws should impact turnout.

In this article, we argue that voter-ID laws should have little to no effect on aggregate or individual-level turnout, particularly after considering political motivations for voting. This is not to claim that voter-ID laws will not have an impact on future voting nor are we arguing no one is impacted by voter-ID laws, rather we suggest that these laws have *not* had a significant impact on voting thus far. Moreover, given the get-out-the-vote initiatives and grassroots programs designed to increase civic engagement and inform voters, we expect that members of the electorate who are interested in voting are more likely to do so regardless of the state laws requiring various forms of identification.

While there are many examples of anecdotal evidence in the debate over disenfranchisement and voter-identification laws, like the one with which we open this article,[1] we chose to put the question of the impact of voter-ID laws to an empirical test.[2] Using multiple data sources, we explored whether strict voter-identification laws affect voter turnout at both the aggregate (state) and individual level. We find that voter-identification laws do not affect voter turnout, and as a result we fail to reject the null hypothesis of no effects. In the sections below we review our reasoning, data, and findings, and provide discussion and conclusions regarding the impact of voter-ID laws on turnout.

## VOTER IDENTIFICATION AND TURNOUT

We argue that socio-demographic and political motivational factors are far more determinative of voting than the imposition of identification laws.[3] On the one hand, education remains a crucial factor that drives turnout (Wolfinger and Rosenstone 1980)[4] and perhaps more importantly, political interest (Brady, Verba, and Schlozman 1995) is a strong and consistent force behind the decision to vote. Indeed, this supports earlier claims from *The American Voter*, where Campbell et al. wrote that "the stronger the individual's psychological involvement [in political matters] the more likely he is to participate in politics by voting" (1960, 102). On the other hand, the personal cost of voting is a potentially important part of the decision calculus as well (Downs 1957). Recent voter-ID laws potentially increase this cost in at least two ways. First, voters who fail to supply the necessary identification may be turned away without voting. Second, there are sometimes monetary and preparation costs associated with voter-ID laws that voters must incur. These costs may be relatively low or high depending on a voter's level of sophistication, work flexibility, or income.

Yet, voters who are interested in politics should be able to overcome the potential institutional barrier of strict voter-identification requirements while citizens who are

doi:10.1017/S1049096509090301

TX_00001781
JA_004540

TX_00001781

uninterested in politics should be less likely to vote regardless of the nature of a state's voter-identification law. Moreover, many individuals who plan to participate in elections have already overcome any potential costs by having obtained government-issued identification, as well as other less stringent forms of ID. Thus, we hypothesize that voters with higher levels of interest in politics are more likely to vote, and are less affected by voter-identification laws.

From a theoretical standpoint, the voters most likely to be negatively affected by voter-identification laws are those who are interested in voting, but do not know and or have the proper identification. This population may include groups such as first-time voters, those not wanting to interact with government, or those whose IDs have recently expired. For now, we are less concerned about the average member of the electorate not having a single form of government-issued identification. The data on voting-age citizens by demographic characteristics with or without photo identification is quite limited; however, recent data collected on six states (see Barreto, Nuño, and Sanchez 2009 for an estimate of Indiana) show that while 15% of the voting-age population lacks the necessary identification to vote, 20% of minorities are lacking. However, not all the states examined (e.g., Wisconsin, California, Washington, or New Mexico) require government-issued photo ID, and these data cannot sufficiently say whether such an estimate has any relation to voting behavior, although there is the implication.

States requiring a photo ID to vote, including Indiana, have made special efforts to publicize the need for proper ID and encourage citizens to secure identification. For example, the State of Indiana spent $1.25 million on an outreach program to inform voters of the change in identification requirements, and its secretary of state's office estimates that it increased its outreach efforts by 50% during the 2008 primary election season (Indiana Secretary of State 2008). In addition to outreach efforts, Indiana's identification law was written to make acquiring a state-issued identification relatively painless. First, Public Law 109-2005 requires that the Indiana Bureau of Motor Vehicles (BMV) issue any voting eligible citizen a free voter-ID card, which is valid for six years, upon request. Aside from monetary costs, time costs—in Indiana at least—also appear to be relatively low. The BMV estimates that the average visit time to one of the 146 statewide BMV offices is eight minutes, with the longest average visit time in the state at 14 minutes (Indiana BMV 2008a). Between January 1, 2007, and May 6, 2008, the BMV issued 257,100 free identification cards (Indiana BMV 2008b).[5] Therefore, the biggest impediment to acquiring identification is a trip to the BMV; a trip that is likely to be a bit further than the distance travelled to a polling place, but made only once every six years.[6]

The lead Supreme Court opinion in *Crawford* concurred with Indiana's position that requiring photo identification was minimally burdensome (*Crawford* v. *Marion County* 2008). In two dissenting opinions, Justices Souter and Breyer were less sanguine about the ease of availability of appropriate ID for the poor, the disabled, and the elderly. So while average visit times to the Indiana BMV are quite low, certain voters (first time voters, minorities, seniors, etc.) may face more individual scrutiny than others and face longer visit times. This may account for the disparity between the systematic state data on average visit time and anecdotal evidence of individual voters who faced difficulty in securing a free voter-identification card. Presently, there is extremely limited data regarding this claim.

In fact, efforts at making registration and voting easier have increased registration and turnout *only among those groups most likely to register and vote before the new measures were implemented* (Berinsky 2005) while occasionally providing a modest increase in the number of voters casting a ballot (Gronke, Galanes-Rosenbaum, and Miller 2007). According to Berinsky, "Individuals who utilize easy voting procedures tend to be more politically engaged and interested than those who do not take advantage of the opportunity" (2005, 482). Thus, we argue that voters who are interested enough to register and turn out to vote would also understand and secure the necessary form of identification needed to cast a ballot. We expect the individual motivation to participate in politics to not only minimize the empirical effects of voter-ID laws, but also to trump them when considered together.

## DATA AND METHODS

We tested our hypothesis using both aggregate and individual-level data. We collected aggregate data across four federal elections from 2000 to 2006. At the individual level, we examined data from the 2006 Cooperative Congressional Election Study (CCES).[7] Our main theoretical variables of interest are voter turnout and strictness of voter-identification laws. Aggregate turnout is the percentage of the voting-age population that actually voted in the 2000 through 2006 elections, and individual turnout is a self-reported measure (1 = voted, 0 = did not vote) captured during the 2006 CCES interviews. Strictness of voter-identification laws is measured using a six-point Guttman scale called ID Requirement, and we also consider a dummy variable indicating whether a state requires a photo ID or not (1 = photo ID required, 0 = not).[8]

Our analysis proceeds in two stages. First, we examined the bivariate relationships among turnout and state-ID law using analysis of variance (ANOVA) techniques. Second, we provided hierarchical regression model results for the turnout—state-ID-law relationship, controlling for other factors. In our aggregate data multivariate analysis, we examined a baseline model using only demographics and time (Model 1), then added the voter-identification law variables to the model (Model 2), before finally adding political variables to the model (Model 3). This allows us to reveal the effects of each variable of interest after controlling for other factors; thus, variables entered later are only allowed to account for variance unexplained by factors entered earlier. We used this same approach for our individual-level analysis using the 2006 CCES.

### VOTER-ID LAW AND TURNOUT

**Bivariate Results**

Table 1 reports the distribution of states' identification requirements along with turnout at both the aggregate and individual level. The distribution of voting-ID requirements reveals

TX_00001782
JA_004541

TX_00001782

*Table 1*
## Mean Turnout by Identification Requirement, 2000–2006

| | IDENTIFICATION REQUIREMENT | 2000 | | 2002 | | 2004 | | 2006 | |
|---|---|---|---|---|---|---|---|---|---|
| | | *M* | *N* | *M* | *N* | *M* | *N* | *M* | *N* |
| Aggregate Turnout | State Name | 68.9% | 10 | 48.6% | 11 | 70.5% | 10 | 45.5% | 10 |
| | Sign Name | 66.1% | 19 | 47.2% | 19 | 70.3% | 16 | 42.8% | 13 |
| | Match Signature | 66.1% | 8 | 40.6% | 8 | 71.7% | 7 | 44.0% | 6 |
| | ID with Name | 66.0% | 10 | 46.8% | 10 | 70.9% | 15 | 44.2% | 17 |
| | Photo ID | 57.7% | 1 | 44.2% | 1 | 70.1% | 2 | 37.7% | 3 |
| | Photo ID + | — | 0 | — | 0 | — | 0 | 36.6% | 1 |
| | Total* | 66.5% | 48 | 46.3% | 49 | 70.7% | 50 | 43.1% | 50 |
| Individual Turnout (CCES) | State Name | — | — | — | — | — | — | 63% | 3905 |
| | Sign Name | — | — | — | — | — | — | 66% | 9521 |
| | Match Signature | — | — | — | — | — | — | 71% | 5623 |
| | ID with Name | — | — | — | — | — | — | 67% | 12780 |
| | Photo ID | — | — | — | — | — | — | 63% | 3598 |
| | Photo ID + | — | — | — | — | — | — | 57% | 975 |
| | Total | — | — | — | — | — | — | 66% | 36402 |

*Note.* ANOVA F-tests comparing aggregate mean turnout across identification requirement categories reveal no significant mean differences within years, however turnout in 2000 and 2004 were significantly higher than turnout in 2002 and 2006 (see ANOVA results in the text). *Source:* Aggregate data gathered by the authors and 2006 Cooperative Congressional Election Survey (CCES).

* North Dakota and Wisconsin are omitted in 2000 and Wisconsin is omitted in 2002 because the turnout data was not available for the states. In each of the three cases, however, state law required the standard of stating one's name to cast a regular ballot.

considerable variation across the states. In the 2000, 2002, and 2004 elections the majority of states required less demanding standards of stating or signing one's name in order to cast a regular ballot; yet, by 2006, we found the slight majority of states at the top end of the scale requiring items such as a photo identification and a signature.

A two-way random effects analysis of variance (ANOVA) comparing mean turnout across election year, voter identification laws, and the interaction between the two reveals only the year variable reaching statistical significance ($F[3,5,545] = 140.1$, $p < 0.01$). Post-hoc Bonferonni adjusted *t*-tests indicate lower turnout in the midterm election years (2002 and 2006), and higher turnout in presidential election years (2000 and 2004). Both the voter-identification requirement variable ($F[5,29] = 2.35$, n.s.), and the interaction of year and voter-identification requirement ($F[12,161] = 0.46$, n.s.) were non-significant predictors of state-level turnout. Using the same random effects model, we also found no statistically significant relationship when treating our Guttman scale measure of identification stringency as an ordinal covariate ($\beta = -0.81$, $SE = 0.46$, n.s.). Thus, controlling for the election year, state voter-identification laws produced no statistically significant effects on aggregate state-level turnout. This simple analysis suggests that from 2000 to 2006, state-level aggregate turnout and voter-ID requirements *were* unrelated.

Examining CCES data in Table 1, self-reported turnout appears to be lowest at the most stringent ID requirement; however, we examined the pattern across all stringency levels.

We estimated the relationship between voter-ID laws and turnout using multi-level logistic regression (1 = voted, 0 = did not vote) with state as the cluster variable (i.e., the random factor), and voter-ID law as the predictor. When the voter-ID law variable is treated as ordinal ($\beta = 0.01$, $SE = 0.04$, n.s.) the results show a non-significant positive relationship, and when it is treated as photo ID required or not ($\beta = -0.33$, $SE = 0.18$, n.s.) the result is a negative coefficient, but it is not statistically significant. In both cases, states with strict voter-ID requirements did not significantly reduce the probability of individual-level turnout.

### Multivariate Results

Having shown state voting-requirement laws have no significant effect on state-level turnout, we turn to more rigorous analyses to illustrate the factors that should matter. To save space in the symposium, we do not report the large table containing the results of a random effects general linear model with maximum likelihood estimation clustering on state explaining turnout in four elections, 2000 through 2006.[9] Our analysis begins by accounting for demographic variables and time. These variables have been shown to be consistent predictors of turnout in the voting behavior literature. *Population* measures the size of each state's voting age population as measured by the Census.[10] *Percent black* and *percent Hispanic* measure the percentage of each state's citizens who are black and Hispanic, respectively. We also control for states in the *South* and interact *South* and *percent Black* to control for differences

in southern states percentages of black voters. *Percent college* is a variable indicating the percentage of college graduates in each state and *percent urban* indicates the percentage of citizens living in urban areas. This basic model does a good job of explaining aggregate turnout with statewide turnout as the dependent variable. The results of the base model are consistent with the expectations established in the turnout literature with the variables accounting for race, education, and the South reaching statistical significance. The dummy variables for election year indicate that as expected, turnout was statistically higher in presidential election years (2000 and 2004). In our second and third models we added two different measures of identification requirements, the Guttman scale variable *ID Requirement* and a dummy variable *Photo ID* respectively.[11] Neither *ID Requirement* nor *Photo ID* reached statistical significance.

In the final two iterations of the aggregate model we included legal and political control variables. First we controlled for three legal factors: voter-ID requirements (*ID requirement*), the number of days between each state's voter-registration deadline and Election Day (*days*), and a dichotomous variable indicating whether a state's election laws changed with respect to voter ID since the previous election (*requirement change*).[12] If voter-ID laws depress turnout, they would be most likely to do so during the first election following a change in the requirements. We controlled for election-specific characteristics that could affect turnout. *Senate race* and *gubernatorial race* are dichotomous variables indicating whether there was a Senate or gubernatorial race in a state during an election year. *Spending* measures the total amount of spending in 2004 dollars by federal candidates in each year as reported by candidates to the Federal Election Commission.[13] We also controlled for *social issues* through a variable that indicates the number of social issues (abortion, same sex marriage, or stem cell research) that were on the ballot in a state during each election.[14] Among these variables only the number of social issues on the ballot (in both models) and federal campaign spending (in the photo-ID model) were statistically significant. The aggregate turnout results reveal no significant relationship between aggregate turnout and voter-ID laws, but many statistically significant relationships among political and demographic factors.

At the individual level there is a similar story. Our self-reported turnout analyses contain socio-demographics (e.g., sex, race, age, region, and socioeconomic status), political affiliation (i.e., party identification), and a 3-point ordinal measure of political interest (1 = not interested to 3 = very much interested). By controlling for political interest we tested an alternative hypothesis to the theoretical effects of voter-ID laws proffered by Alvarez, Bailey, and Katz (2007) and Vercellotti and Anderson (2006). Even if voter-ID laws do have pronounced empirical effects, once political interest is taken into account, the laws should not matter at all because once the motivation to participate is held constant there is little theoretical reason to believe voter-ID laws would dampen one's desire to vote. Similar to our aggregate analysis, we estimated five models; the first examining demographic factors, the next two examining the effects of voter-ID law, and the fourth and fifth examining the effects of voter-ID law and a photo-ID requirement controlling for political interest.

Table 2 reports the results of mixed-model logistic regression analyses using states as a random factor variable, and shows that voter-identification laws—stringency and photo-ID required or not—have no statistically significant effects on self-reported turnout. However, political interest has both strong and significant effects. All five models essentially show statistically significant effects of basic demographic variables, but they also show how factors such as race and age can play an important role in voting behavior. Neither voter-ID-law stringency (Model 2) nor photo-ID requirement (Model 3) produced statistically significant effects at the threshold 95% confidence level, nor did they contribute to the explanatory power of the regression model (as indicated by the change in $-2LL$ model fit values), especially when political-interest levels are considered. Of the 10 variables in each of the last two models, political interest has the strongest and most stable effects suggesting that political motivations trump ID requirements.

DISCUSSION AND CONCLUSION

We are highly sensitive to those who are improperly and unjustifiably denied their right to vote; however, there is limited available data on the incidence of actual exclusion from voting due to the lack of proper identification. This is not to say that actually requiring a more strict form of identification is not on its face discriminatory; it is, and the laws deserve to be scrutinized. But, our question is whether these laws have significantly reduced turnout. Based on our analysis, they have not.

In the CCES, respondents answered questions about whether they were asked to show identification and if they were prevented from voting because of a problem with identification. Ansolabehere (2007) used this data to demonstrate that exclusions from voting are exceptionally rare. Twenty-two respondents out of the 36,421 person sample said voter-ID requirements prevented them from voting. Ansolabehere reports no more than 0.2% of potential voters claimed to have been excluded from voting due to ID requirements, and with no clear demographic pattern among them, there is very little empirical basis to raise the alarm over the implementation of identification requirements.[15] As Ansolabehere explains, "one would need a survey more than 10 times as large as this one to begin to gauge who was excluded and why. It is just that rare of a phenomenon" (2007, 8). Indeed, when non-voters in the Current Population Surveys (CPS) from 2000 to 2006 were asked why they did not vote, a lack of interest in politics was given as a reason twice as often as registration problems (which include a variety of issues, many of which are unrelated to having a photo ID at the polls on Election Day). Indeed, according to the CPS, even in states where photo IDs are required, 11.7% of non-voters claim that a lack of interest kept them home in 2006 while 6.3% cited general registration problems. General registration problems could include voters turned away due to a lack of identification but also includes voters who had moved without reregistering, felons, and a litany of other special cases. More telling was that one-third of 2006

*Table 2*

## Multi-level Model for Binary Outcomes Regression Coefficients Predicting Individual-Level Turnout

| | MODEL 1 $B(SE)$ | MODEL 2 $B(SE)$ | MODEL 3 $B(SE)$ | MODEL 4 $B(SE)$ | MODEL 5 $B(SE)$ |
|---|---|---|---|---|---|
| Intercept | −1.4 (.08)** | −1.4 (.14)** | −1.4 (.08)** | −2.9 (.17)** | −2.8 (.11)** |
| Age (years) | .02 (.00)** | .02 (.00)** | .02 (.00)** | .02 (.00)** | .02 (.00)** |
| Sex (Male = 1) | .21 (.03)** | .21 (.03)** | .21 (.03)** | .08 (.03)* | .08 (.03)** |
| Other Race | −.72 (.04)** | −.72 (.04)** | −.72 (.04)** | −.65 (.05)** | −.65 (.05)** |
| Black | −.82 (.05)** | −.83 (.05)** | −.82 (.05)** | −.69 (.06)** | −.69 (.06)** |
| Education | .30 (.01)** | .30 (.02)** | .30 (.01)** | .25 (.01)** | .25 (.01)** |
| Household Income | .04 (.00)** | .03 (.00)** | .04 (.00)** | .02 (.00)** | .02 (.00)** |
| Democrat | .13 (.03)** | .13 (.03)** | .13 (.03)** | .15 (.04)** | .15 (.04)** |
| Republican | .10 (.03)** | .10 (.03)** | .10 (.03)** | .15 (.04)** | .15 (.04)** |
| State ID Law Scale (Stringency) | | .02 (.04) | | .02 (.05) | |
| State ID Law—Photo ID required | | | −.29 (.18) | | −.27 (.23) |
| Political Interest | | | | .76 (.03)** | .76 (.03)** |
| Initial −2LL | −17239.4 | −17230.4 | −17230.4 | −11526.7 | −11526.6 |
| Final −2LL | −17207.7 | −17192.1 | −17190.9 | −11496.5 | −11495.9 |
| Wald $x^2$ | 1992.4** | 1994.2** | 1996.4** | 2315.6** | 2316.4** |

*Note.* Analyses are based on unweighted sample CCES data; 2006 Analytic N level 1 = 22,006.

Analytic N level 2 = 49.

* $p \le .05$. ** $p \le .01$.

*Source:* 2006 Cooperative Congressional Election Survey (CCES).

CPS respondents from Indiana said they did not vote because they were "too busy," which can arguably be interpreted to mean they were less interested in midterm voting; after all they did respond to the CPS.

At every level of analysis, and with multiple forms of data, we have consistently demonstrated that voter-identification laws appear to be a much smaller piece to the voting behavior puzzle than are factors such as the kinds of issues on a state ballot, the competitiveness of campaigns, the institutional structures of a particular election, socioeconomic factors, and individual-level motivational factors such as interest in politics. This is not to say that the rules of voting are unimportant or that there is no potential for disenfranchisement; rather our findings suggest that voter-ID laws have had no systematic effect on turnout thus far, and that some rules (voter-ID laws) do not affect turnout as much as others (same-day registration in Minnesota, a state with historically high turnout).

While voter-ID laws appear to have little to no main effects on turnout (see Alvarez, Bailey, and Katz 2007), our central argument is that other individual-level motivations such as interest in politics (Berinsky 2005), types of elections (Gronke, Galenas-Rosenbaum, and Miller 2007), and social issues (Tolbert, Grummel, and Smith 2001) would mediate any impacts related to ID rules. While strict ID requirements have the potential to burden some members of the electorate, our analyses suggest that these numbers are small. What's more, actions taken by state governments, interest groups, and political par-

ties are likely strong enough to induce those who are interested in voting, but have no more strict form of ID, to take action to ensure their voice is heard. This form of political resilience is the type we expect, and have seen from racial minorities, women, and other oppressed groups in America's history.

Until there is systematic, empirical evidence of discrimination in the *administration* or *availability* of required forms of identification, there is little reason to suspect voter-identification laws will significantly affect turnout. Thus, we fail to reject the null hypothesis that voter-ID laws do not significantly affect turnout. While all state-level voting laws should be heavily scrutinized as efforts to stop voter disenfranchisement are paramount, it is time we give some credit to the electorate and as Berinsky (2005) suggests, spend more time searching for ways to increase citizens' interest in politics. ∎

## NOTES

1. Barreto, Nuño, and Sanchez (2009) report that educated, upper-income whites in Indiana are more likely to have a valid ID, suggesting that Indiana's voter-ID law disenfranchises legal voters; however, their analysis does not attempt to explain voter turnout in Indiana and therefore does not ask respondents about interest in voting or about voting. One can however reasonably conclude that those without identification will be less likely to vote.

2. Reconciling anecdotal evidence of voter disenfranchisement with more systematic analysis is a difficult task. To do so we would need reliable,

TX_00001785
JA_004544

TX_00001785

large-scale exit polling data with a special emphasis on including those who were turned away at the polls.

3.  Little work has been done with respect to voter-*identification* laws, but scholars have debated the significance of voter-*registration* laws on turnout for decades. Turnout varies significantly across different socio-demographic groups (Wolfinger and Rosenstone 1980; Rosenstone and Hansen 1993). Wolfinger and Rosenstone (1980) suggest that in states with restrictive registration laws those with lower levels of education vote less than those who have higher education levels. Nagler (1991) finds that restrictive voter-registration laws have no effect on turnout.

4.  Brady, Verba, and Schlozman (1995) argue that education's effect on voting is "funneled through political interest" (283).

5.  There is no available data with respect to whether the 257,000 (5.4% of the voting-age population in Indiana) people who secured a free photo ID were registered voters who voted in previous elections (when a photo ID was not required) but would have been prevented from voting under the new law. Without a public-opinion survey oversampling those who have acquired a free photo ID, we cannot know the impact of the secretary of state's efforts to help interested voters acquire the appropriate ID to be able to cast a ballot.

6.  In addition, the voter-identification law had exceptions for senior citizens born outside of a hospital with no birth certificate issued, the indigent, those with religious objections to being photographed, and those living in state-licensed facilities that also serve as a polling place.

7.  The CCES was conducted by Polimetrix in the week after the 2006 election. We used the CCES because of its large sample size ($n = 36,421$), and the inclusion of political variables that we believe will help explain turnout.

8.  We coded state voter-identification laws based on our reading of state election law and in consultation with state secretaries of state. At the low end of the scale, a 1 represents the least strict standard of a voter stating his or her name to establish identity. A 2 increases in strictness to signing one's name. A 3 is coded as matching one's signature to a signature on file at the polling location. A 4 represents a requirement that a voter present a form of identification that does not include a picture. A 5 is coded as a standard that requires a photo identification. The final level, a 6 includes the strictest requirement of presenting a valid, state-issued photo identification with an expiration date—a standard met only in Indiana. We add the sixth category because the requirements in Indiana are more burdensome than other state's photo-identification requirements. For further elaboration see Mycoff, Wagner, and Wilson (2007).

9.  For those interested in examining the table, containing the results of the five models described in these pages, contact the authors at mycoff@udel.edu. The analysis includes 197 observations as turnout data was not available for North Dakota in 2000 or for Wisconsin in 2000 and 2002.

10.  We also estimated the model with registered voters instead of population size; the results were equivalent.

11.  The *Photo ID* variable adds levels five and six on our scale together yielding all states that required a photo id.

12.  We collected the number of days between the registration deadline and Election Day from state laws. The *change in election law* variable is a dichotomous indicator based on our *identification requirement* variable.

13.  We collected financial data from www.fec.gov.

14.  We collected ballot initiative data using information from the National Conference of State Legislatures (http://www.ncsl.org/index.htm#).

15.  If, for example, photo identification was the standard nationwide, and we extrapolated from the survey data, then 0.2% of the 125 million who voted in 2004 would equate to approximately 250,000 voters nationwide, or about 5,000 voters per state.

## REFERENCES

Alvarez, R. Michael, Delia Bailey, and Jonathan N. Katz. 2007. "The Effect of Voter Identification Laws on Turnout." Paper presented at the annual meeting of the American Political Science Association, Chicago, IL.

Ansolabehere, Stephen. 2007. "Access versus Integrity in Voter Identification Requirements." Paper presented at the New York University Law School's Election Law Symposium for the Annual Survey of American Law.

Barreto, Matt, Stephen Nuño, and Gabriel Sanchez. 2009. "The Disproportionate Impact of Voter-ID Requirements on the Electorate—New Evidence from Indiana." *PS: Political Science and Politics* 42 (January): 111–16.

Berinsky, Adam J. 2005. "The Perverse Consequences of Electoral Reform in the United States." *American Politics Research* 33 (4): 471–91.

Brady, Henry E., Sidney Verba, and Kay Lehman Schlozman. 1995. "Beyond SES: A Resource Model of Political Participation." *American Political Science Review* 89: 271–94.

Campbell, Angus, Philip E. Converse, Warren E. Miller, and Donald E. Stokes. 1960. *The American Voter.* Chicago: University of Chicago Press.

*Crawford v. Marion County Board of Elections.* 2008. 553 U.S.

Downs, Anthony. 1957. *An Economic Theory of Democracy.* New York: Harper Collins.

Eagleton Institute of Politics and The Moritz College of Law. 2006. "Report to the U.S. Election Assistance Commission on Best Practices to Improve Voter Identification Requirements Pursuant to the HELP AMERICA VOTE ACT OF 2002 Public Law107-252." Rutgers University and The Ohio State University.

Goldstein, Amy. 2006. "Democrats Predict Voter ID Problems; Laws May Create Election Day Turmoil." *Washington Post*, November 3, A01.

Gronke, Paul, Eva Galanes-Rosenbaum, and Peter Miller. 2007. "Early Voting and Turnout." *PS: Political Science and Politics* 40 (October): 639–45.

Indiana Bureau of Motor Vehicles. 2008a. "Check Average Visit Times." www.in.gov/bmv/3319.htm

———. 2008b. "Voter Services." www.in.gov/bmv/3210.htm.

Indiana Secretary of State. 2008. "U.S. Supreme Court Upholds Indiana's Voter ID Law." New release, April 28. www.in.gov/sos/press/2008/042808.html.

Muhlhausen, David B., and Keri Weber Sikich. 2007. "New Analysis Shows Voter Identification Laws do not Reduce Turnout." *The Heritage Center for Data Analysis.* www.heritage.org/Research/LegalIssues/upload/cda_07-04.pdf.

Mycoff, Jason D., Michael W. Wagner, and David C. Wilson. 2007. "The Effect of Voter Identification Laws on Turnout." Paper presented at the annual meeting of the American Political Science Association, Chicago, IL.

Nagler, Jonathan. 1991. "The Effect of Registration Laws and Education on U.S. Voter Turnout." *American Political Science Review* 85: 393–405.

Rosenstone, Steven J., and J.M. Hansen. 1993. *Mobilization, Participation, and Democracy in America.* New York: MacMillian.

Tolbert, Caroline J., John A. Grummel, and Daniel A. Smith. 2001. "The Effects of Ballot Initiatives on Voter Turnout in the American States." *American Politics Research* 29: 625–48.

Urbina, Ian. 2008. "Voter ID Battle Shifts to Proof of Citizenship." *The New York Times*, May 12, A01.

Vercellotti, Timothy, and David Anderson. 2006. "Protecting the Franchise, or Restricting it? The Effects of Voter Identification Requirements on Turnout." Paper presented at the annual meeting of the American Political Science Association, Philadelphia, PA.

Wolfinger, Raymond E., and Steven J. Rosenstone. 1980. *Who Votes?* New Haven, CT: Yale University Press.

TX_00001786
JA_004545

TX_00001786

# A Report

# of The Heritage Center

# for Data Analysis

### New Analysis Shows
### Voter Identification Laws
### Do Not Reduce Turnout

David B. Muhlhausen, Ph.D.,
and Keri Weber Sikich

CDA07-04            September 10, 2007



**The Heritage Foundation**
LEADERSHIP FOR AMERICA

214 Massachusetts Avenue, NE • Washington, D.C. 20002 • (202) 546-4400 • heritage.org

NOTE: Nothing written here is to be construed as necessarily reflecting the views of The Heritage Foundation or as an attempt to aid or hinder the passage of any bill before Congress.

# NEW ANALYSIS SHOWS VOTER IDENTIFICATION LAWS DO NOT REDUCE TURNOUT

## DAVID B. MUHLHAUSEN, PH.D., AND KERI WEBER SIKICH

### OVERVIEW

The 2000 presidential election sparked a firestorm of debate relating to election reform in the United States. Since then, academics, the media, and elected officials have proffered opinions and implemented policies related to this important political issue. Topics that have been addressed in recent years range from modernizing voting machines and updating voter registration rolls to implementing stricter identification requirements for voting.

In 2002, Congress passed the Help America Vote Act (HAVA).[1] HAVA affects only federal elections and, among other things, requires that the states provide for provisional voting; create a computerized, centralized list of registered voters; and ensure that new voters who register by mail present identification before being allowed to vote in person. HAVA established the Election Assistance Commission (EAC) to serve as "a national clearinghouse and resource for information and review of procedures with respect to the administration of federal elections."[2] Additionally, many state legislatures have enacted their own election reform legislation.[3]

Of the many election reforms currently being considered, one that has incited some of the most cantankerous debate is that of voter identification at the polls. For many, the idea of requiring voters to present identification in order to vote is anathema, tantamount to the poll taxes that were once used to prevent African–Americans from voting.[4] They contend that requiring identification at the polls will lead to lower voter turnout, especially among the poor, certain minorities, and the elderly. For others, such as the Protect Arizona Now organization that lobbied in favor of identification requirements for Arizona voters, the problem of voter fraud makes voter identification requirements a common-sense solution.[5] The standard argument goes that if a person has to show identification to board a plane or cash a check, why shouldn't he have to do the same in order to vote? Additionally, the proponents of stricter voter identification requirements argue that such a policy would bolster the public's faith in the legitimacy of elections and lead to greater voter turnout, not less.

Both sides raise valid concerns. However, even a cursory glance at the literature on voter identification requirements shows that there is a dearth of

---

1.  Public Law 107-252.

2.  Election Assistance Commission, "About the EAC," at *www.eac.gov/about.asp?format=none* (June 28, 2007).

3.  For a review of recent state legislative activity on voter identification laws, see National Council of State Legislatures, "Requirements for Voter Identification," February 1, 2007, at *www.ncsl.org/programs/legismgt/elect/taskfc/voteridreq.htm* (July 23, 2007).

4.  John Fund, *Stealing Elections: How Voter Fraud Threatens Our Democracy* (San Francisco: Encounter Books, 2004), p. 137.

5.  Protect Arizona Now, "Background Information," at *www.pan2004.com/background.htm* (July 24, 2007).

empirical research on this issue. While there have been a few studies to address the effect of voter identification requirements using election data,[6] more research is needed in order to appropriately assess the legitimacy of either side's claims.

In response to this debate, the EAC awarded a grant to Rutgers University's Eagleton Institute of Politics and the Moritz College of Law at Ohio State University to study voter identification requirement laws. The resulting study, *Report to the U.S. Election Assistance Commission on Best Practices to Improve Voter Identification Requirements Pursuant to the Help America Vote Act of 2002,*[7] included a statistical analysis of the effect of voter identification requirements on voter turnout during the 2004 election by Professor Timothy Vercellotti of the Eagleton Institute.[8] A new version of the analysis with Timothy Vercellotti and David Anderson as authors was presented to the 2006 American Political Science Association conference.[9] Hereinafter, this study will be referred to as the "Eagleton Institute study."

The Eagleton Institute study found that more stringent voter identification requirements appeared to reduce voter turnout in 2004.[10] In the media, their study has been cited as demonstrating that the strengthening of voter identification requirements to reduce fraud has the side effect of suppressing minority voter turnout.[11]

This Center for Data Analysis report attempts to replicate the part of the Eagleton Institute study that used the publicly available November 2004 Current Population Survey (CPS).[12] This analysis was done because several aspects of the Eagleton Institute study cast doubt on the validity of its findings:

- The Eagleton Institute used one-tailed hypothesis tests instead of the more commonly accepted two-tailed tests. The one-tailed test allows researchers to double their chances of finding statistically significant results.

- The 2004 voter identification laws of certain states were misclassified. For example, Arizona and Illinois were incorrectly classified as requiring voters to provide identification and state their name for authentication, respectively. However, in 2004 Arizona only required voters at polling stations to sign their name for authentication, while Illinois required poll workers to match the signatures of voters.

- Some of the variables used to predict the decision to vote were used inappropriately. For example, the Eagleton Institute study used the November 2004 CPS family income variable, which is an ordinal variable of unequal income ranges, as an interval-ratio variable. Using categorical variables as interval-ratio variables can lead to estimation problems.

After addressing these issues, our reanalysis finds that some of the original findings of the Eagleton Institute study are unfounded. Controlling for factors that influence voter turnout, voter identification laws largely do not have the negative impact on voter turnout that the Eagleton Institute suggests. When statistically significant and negative relation-

6.  Timothy Vercellotti and David Anderson, "Protecting the Franchise, or Restricting It? The Effects of Voter Identification Requirements on Turnout," American Political Science Association conference paper, Philadelphia, Pa., August 31–September 3, 2006, and John R. Lott, Jr., "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud Have on Voter Participation Rates," Department of Economics, SUNY Binghamton, August 18, 2006.

7.  *Report to the U.S. Election Assistance Commission on Best Practices to Improve Voter Identification Requirements Pursuant to the Help America Vote Act of 2002,* Eagleton Institute of Politics, Rutgers, The State University of New Jersey, and Moritz College of Law, Ohio State university, June 28, 2006.

8.  Timothy Vercellotti, "Appendix C: Analysis of Effects of Voter ID Requirements on Turnout," in *Report to the U.S. Election Assistance Commission on Best Practices to Improve Voter Identification Requirements Pursuant to the Help America Vote Act of 2002.*

9.  Vercellotti and Anderson, "Protecting the Franchise, or Restricting It?"

10. *Ibid.*

11. Christopher Drew, "Lower Voter Turnout Is Seen in State that Require ID," *The New York Times,* February 21, 2007, p. A16; Richard Wolf, "Study: Stricter Voting ID Rules Hurt '04 Turnout," *USA Today,* February 19, 2007, p. A5; Matthew Murray, "EAC Blasted Again for Burying Study," *Roll Call,* April 9, 2007; Tom Baxter and Jim Galloway, "Wonk Alert: Study Says the Heavier the Voter ID Requirements, the Lower the Turnout," *Atlanta Journal-Constitution,* February 21, 2007, Metro News.

12. Current Population Survey, November 2004: Voting and Registration Supplement, machine-readable data file, conducted by the Bureau of the Census for the Bureau of Labor Statistics, 2005.

TX_00001789

ships are found, the effects are so small that the findings offer little policy significance. For example, our analysis indicates that:

- White survey respondents in photo identification states are 0.002 percent less likely to report voting than white respondents from states that only required voters to state their name.

- African–American respondents in non-photo identification states are 0.012 percent less likely to report voting than African–American respondents from states that only required voters to state their name.

In other cases, no effect was found.

- In general, respondents in photo identification and non-photo identification states are *just as likely* to report voting compared to respondents from states that only required voters to state their name.

- African–American respondents in photo identification states are *just as likely* to report voting compared to African–American respondents from states that only required voters to state their name.

- Hispanic respondents in photo identification states are *just as likely* to report voting compared to Hispanic respondents from states that only required voters to state their name.

## BACKGROUND

When discussing voting behavior, it is important to consider the factors that influence whether an individual votes or not. According to the "Calculus of Voting" model, an individual will vote when the rewards from voting are positive and will abstain when they are not. The equation for the Calculus of Voting model is as follows:

$$R = PB - C + D.$$

The rewards (R) from voting are determined by multiplying the benefits (B) an individual receives when his preferred candidate wins over a less preferred candidate by the probability (P) that his vote will make a difference plus the benefits one receives from voting as an act of fulfilling one's duty or civic obligation (D) minus the costs of voting (C).[13] This is the standard, rational model of voting and will be used to inform the following discussion of voter identification requirements and their effect on voter turnout.

The voter identification issue is often framed as being torn between the opposing aims of "access and integrity."[14] By this we mean that it is commonly perceived that while voter identification laws may be effective at preventing ineligible individuals from voting (integrity), they may have an adverse effect on the ability of every eligible voter to vote (access). There have been only a few empirical studies on the impact of voter identification requirements,[15] but this does not translate into a lack of opinions on this topic.

Advocates for more stringent voter identification laws contend that this reform is vital to prevent voter fraud.[16] As more and more elections are won by slim margins, proponents of identification requirements argue that the chances are greater that voter fraud could affect election outcomes.[17] The potential for a small number of voters to have a significant impact on the outcome of an election became all too evident in the 2000 presidential election. Given that George W. Bush was declared the winner in Florida (and the next President) by a margin of 537 votes, it follows that even a small number of fraudulent votes (537+1) would matter a great deal.[18] In 2004, there were allegations of voter fraud in the Washington gubernatorial election in which Christine Gregoire won by a margin of 129

---

13. William Riker and Peter Ordeshook, "A Theory of the Calculus of Voting," *The American Political Science Review*, Vol. 62, No. 1 (March, 1968), pp. 25–42.

14. Spencer Overton, "Voter Identification," *Michigan Law Review*, Vol. 105, No. 631 (February 2007), p. 636.

15. Lott, "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud Have on Voter Participation Rates," and Vercellotti and Anderson, "Protecting the Franchise, or Restricting It?"

16. Protect Arizona Now, "Background Information."

17. Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, September 2005, p. 18, at *www.american.edu/iacfer/report/full_report.pdf* (July 24, 2007). Additionally, John Fund writes that "Election fraud…can be found in every part of the United States, although it is probably spreading because of the ever-so-tight divisions that have polarized the country and created so many close elections lately." Fund, *Stealing Elections*, p. 5.

18. M.V. Hood III and Charles S. Bullock, "Worth a Thousand Words? An Analysis of Georgia's Voter Identification Statute," April 2007, p.1, at *http://electionlawblog.org/archives/GA%20Voter%20ID%20(Bullock%20&%20Hood).pdf* (July 24, 2007).

votes.[19] Certainly the potential of voter fraud is a matter of concern.

Broadly defined, voter fraud is "the intentional corruption of the electoral process by voters."[20] While voter fraud manifests itself in different forms, examples include individuals who vote but are ineligible (such as non-citizens and felons), individuals who vote multiple times in various precincts, and individuals who vote using someone else's name. Because of the lack of research and the difficulty of collecting data on voter fraud, the extent to which these kinds of voter fraud occur is unknown. Additionally, for similar reasons, we are unaware of the extent to which voter identification laws would curb the type of voter fraud they are intended to prevent.

However, there are some examples of recorded voter fraud. The Department of Justice asserts that since the inception of the Attorney General's Ballot Access and Voting Integrity Initiative in 2002, 120 people have been charged with election fraud, of which 86 have been convicted.[21] Additionally, the *Milwaukee Journal Sentinel* reports that prosecutors in Milwaukee filed charges against 14 individuals for voter fraud in the 2004 election.[22] Of the 14, 10 were felons accused of voting and four were accused of double voting. Prosecutors obtained five convictions. For proponents of strict voter identification requirements, the knowledge that any voter fraud

occurs is sufficient to argue that more needs to be done to curb this problem.[23]

The most prevalent critique of the voter fraud argument is that "voter-fraud anecdotes are often misleading, incomplete, and unrepresentative."[24] Proponents of this view contend that upon closer examination of claims of voter fraud, such charges turn out to be either nonexistent or infrequent. For instance, the Brennan Center for Justice at the New York University School of Law found that in 2004, voter fraud occurred 0.0009 percent of the time in the gubernatorial election in Washington and 0.00004 percent of the time in Ohio. They report that these percentages are akin to the likelihood of an American's being killed by lightning.[25]

Opponents of voter identification requirements also argue that the few instances of voter fraud that may be prevented by identification laws do not outweigh the thousands of legitimate voters who would be disenfranchised because they lacked the necessary identification.[26] These critics argue that identification laws will have a negative impact on the ability of certain minorities, the elderly, the disabled, and the poor to vote.[27] It is presumed, and some studies have found, that people from these groups are less likely to possess drivers' licenses or other government-issued identification.[28] It is also assumed that many from these groups would be unable or unwilling acquire the necessary docu-

19.  Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, p. 4.

20.  Lorraine Minnite, "The Politics of Voter Fraud," Project Vote, p. 6, at *http://projectvote.org/fileadmin/ProjectVote/Publications/Politics_of_Voter_Fraud_Final.pdf* (July 24, 2007).

21.  U.S. Department of Justice, "Fact Sheet: Protecting Voting Rights and Prosecuting Voter Fraud," press release, October 31, 2006, at *www.usdoj.gov/opa/pr/2006/November/06_crt_738.html* (July 23, 2007).

22.  Bill Glauber, "Her first vote put her in prison; Woman is one of five from city convicted of voter fraud," *Milwaukee Journal Sentinel*, May 21, 2007, p. A1.

23.  Overton, "Voter Identification," p. 648.

24.  *Ibid.*, p. 644.

25.  Brennan Center for Justice at NYU School of Law, "The Truth About 'Voter Fraud,'" September 2006, p. 1, at *www.brennancenter.org/ dynamic/subpages/download_file_38347.pdf* (July 24, 2007).

26.  Brennan Center for Justice at NYU School of Law and Spencer Overton, "Response to the Report of the 2005 Commission on Federal Election Reform," September 19, 2005, p. 2, at *www.carterbakerdissent.com/final_carterbaker_rebuttal092005.pdf* (July 24, 2007).

27.  *Ibid.*, p. 3.

28.  See John Pawasarat, "The Driver License Status of the Voting Age Population in Wisconsin," June 2005, at *www.uwm.edu/Dept/ETI/barriers/DriversLicense.pdf* (July 24, 2007); Hood and Bullock, "Worth a Thousand Words?"; and Brennan Center for Justice at NYU School of Law, "Citizens Without Proof: A Survey of Americans' Possession of Documentary Proof of Citizenship and Photo Identification," November 2006, at *www.federalelectionreform.com/pdf/Citizens%20Without%20Proof.pdf* (July 25, 2007).

mentation. Critics of strict identification laws further argue that the costs (in both time and money) of obtaining such documentation would be a deterrent to voting and would likely result in lower voter turnout among poor voters and those who do not have easy access to government offices.[29] It is for this reason that "ID requirements are compared to modern poll taxes."[30]

While it is difficult to accurately assess the number of eligible voters who would be rendered unable to vote because they lack proper identification, some studies have attempted to estimate such figures by looking at the percentage of the population who do not have driver's licenses. For instance, a Wisconsin study found that when considering the entire state, 80 percent of men and 81 percent of women had valid driver's licenses. In contrast, only 45 percent of African–American men and 51 percent of African–American women had valid driver's licenses. The percentages for Latinos were also lower (54 percent for men and 41 percent for women).[31] Similarly, a Georgia study found that among registered voters, non-whites, women, and the elderly were less likely to have government-issued photo identification (either a driver's license or state identification).[32]

Although these figures shed light on the types of people who are less likely to have driver's licenses, it is unadvisable to focus on this statistic alone. First, the data still cannot tell us whether those individuals without driver's licenses have some other form of identification, such as an employee ID, student ID, social security card, or any other form of identification currently accepted in many states. Second, it cannot tell us about future behavior. Do voters in photo identification states who lack the necessary identification obtain the required identification (such as a driver's license) when the state law is changed? Take for instance the previous study conducted in Wisconsin, which currently does not require identification before voting (except for those requirements set forth in HAVA for new voters). Although approximately half of African-Americans in the state are currently without driver's licenses, we do not know if those individuals will get driver's licenses or state IDs if Wisconsin were to require voters to show identification before voting.

For these reasons, proponents of voter identification requirements are convinced that requiring identification at the polls would not be an excessive burden to voters. As previously mentioned, identification is required for many things that are considerably less important than voting (flying in a plane, buying alcohol, etc.). As "voting is equally important," if not more important, the argument goes that it makes sense for someone to be required to show identification in order to cast a ballot.[33] Additionally, Senior Research Scientist John Lott at the University of Maryland Foundation points out that as "almost 100 countries require photo identifications to vote," the United States would be hardly alone in requiring voters to show some form of identification at the polls.[34]

Those who oppose voter identification at the polls argue that other reforms are better suited to preventing voter fraud. For instance, critics of voter identification point to absentee ballots as "the Achilles heel of election security" because voters are often not required to show identification at all.[35] Yet absentee ballots have been largely left out of the voter identification requirement debate. This apparent discrepancy has been used by opponents of voter identification laws as evidence that supporters of such legislation are not interested in real voter fraud reform.[36] Rather, critics argue that voter identification supporters are using such laws

---

29. Task Force on the Federal Election System, John Mark Hansen, "Chapter 6: Verification of Identity," July 2001, p. 4, at *www.tcf.org/Publications/ ElectionReform/NCFER/hansen_chap6_verification.pdf* (July 24, 2007).

30. Timothy Ryan, "Voter ID Laws Need Measured Implementation," AEI–Brookings *Election Reform Project Newsletter*, April 17, 2007, at *www.reformelections.org/commentary.asp?opedid=1555* (July 24, 2007).

31. Pawasarat, "The Driver License Status of the Voting Age Population in Wisconsin," p. 3.

32. Hood and Bullock, "Worth a Thousand Words?" p. 14.

33. Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, p. 18.

34. Lott, "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud Have on Voter Participation Rates," p. 2.

35. Ryan, "Voter ID Laws Need Measured Implementation."

36. Editorial, "Voter Suppression in Missouri," *The New York Times*, August 10, 2006, p. 22, and Lott, "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud Have on Voter Participation Rates," p. 6.

THE HERITAGE CENTER FOR DATA ANALYSIS

as an attempt to suppress voter turnout by increasing the costs of voting (the "C" from the Calculus of Voting model).[37]

Another argument proffered by supporters of voter identification requirements is that such laws are necessary to maintain the public's faith in the integrity of elections. The Commission on Federal Election Reform (Carter–Baker Commission) at American University asserts that "the electoral system cannot inspire public confidence if no safeguards exist to deter or detect fraud or to confirm the identity of voters."[38] This argument, "the ensuring integrity hypothesis," contends that public faith in the honesty of elections actually "encourages additional voter participation."[39] Proponents argue that voter identification laws will bolster the public's faith in the outcome of elections. This will increase, not decrease, turnout because voters will feel a greater pride in voting (increasing the "D" or duty component of voting).

Voter identification laws are exceptionally popular among the general public. In a survey of some 36,000 voters, Professors Stephen Ansolabehere and Elting R. Morison of the Massachusetts Institute of Technology found that 77 percent of respondents supported voter identification requirements.[40] For the most part, the majority of respondents supported such laws regardless of race, location (Northeast, Midwest, etc.), and political ideology. While those who identified themselves as conservatives had the highest percentage of agreement with identification requirements (at 95 percent), even those who identified themselves as "very liberal" had 50 percent agreement with voter identification laws.[41] Regarding race, more than 70 percent of whites,

African-Americans, and Hispanics supported voter identification laws.[42] Additionally, Ansolabehere found only 23 instances out of 36,000 where an individual reported being unable to vote because he lacked the necessary identification.[43]

These survey data are supported by actual voter behavior. In 2004, when Arizonans voted on Proposition 200, which would require voter identification at the polls as evidence of citizenship, it passed with 56 percent of the vote.[44]

Ultimately, it is not the intent of this paper to debate the merits of either side's arguments. Rather, we want to present the major arguments on either side of this issue as background to our analysis. However, the paper does intend to examine more closely one of the claims of this debate: that stricter voter identification requirements depress voter turnout. In order to do that, it is necessary to discuss the different voter identification requirements across the 50 states and the District of Columbia.

Voter identification requirements, if any, differ by state, so there is great variability in the way voters from different parts of the country are required to verify their identity before casting a ballot. Some states rely on the honor system where voters merely have to give their names to the election official.[45] Other states only require a signature,[46] with some states going a step further and actually matching the signature to a previously signed document.[47] States with more stringent requirements ask that voters provide identification[48] or photo identification.[49]

The Eagleton Institute study identified two categories of identification requirements (maximum

---

37.  Editorial, "Voter Suppression in Missouri."

38.  Commission on Federal Election Reform, *Building Confidence in U.S. Elections*, p. 18.

39.  Lott, "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud Have on Voter Participation Rates," p. 4.

40.  Stephen Ansolabehere and Elting R. Morison, "Access Versus Integrity in Voter Identification Requirements," Department of Political Science, Massachusetts Institute of Technology, February 2007, at *http://web.mit.edu/polisci/portl/cces/material/NYU_Identification1.pdf* (July 24, 2007).

41.  *Ibid.*, p. 4.

42.  *Ibid.*, p. 5.

43.  *Ibid.*, p. 7.

44.  Election returns obtained from Arizona Secretary of State's Web site at *www.azsos.gov/election/2004/General/Canvass2004General.pdf*.

45.  As of 2004, such states included Maine, New Hampshire, and Rhode Island, among others.

46.  For instance, California, the District of Columbia, and Michigan were all "sign name" states in 2004.

47.  Nevada, Oregon, and Pennsylvania were all "signature match" states in 2004.