07/09/2007

# T.E.A.M. INFORMATION



07/09/2007                    T.E.A.M. INFORMATION



7/13/2007

# DPS INFORMATION



**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo

**To:** Chuck Lowery, Investigator

**From:** George Hammerlein

**CC:** Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German

**Date:** July 13, 2007

**Re:** Additional 7 - Voter Registration Applications for 2519 Dashwood #24, Houston, TX

---

We have received 7 additional Voter Registration Applications (for a total of 92), which contain the residence address of 2519 Dashwood #25, Houston TX 77024. These 7 also bear the following similarities:

- Applications are in the same handwriting

- No date of birth

- No identification information

- All 7 came to us from the Secretary of State / None have an El Paso, TX postmark

- None have the alternate mailing address of:  PO Box 2365, Houston, TX 77023

These applications have been mailed a rejected notice.

We have attached two spreadsheets containing the names of the individuals who have submitted applications:

1. Contains the seven (7) additional names of individuals who have submitted an application along with a copy of the application received, and
2. A spreadsheet containing all 92 names of individuals who have submitted an application (the additional 7 are identified by an * in the far right column).

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

6/10/2007
5:23 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
7 Additional Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| SOS 06/06/2007 1 | Williams, Alan | None | 6142098 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672194 | * |
| SOS 06/06/2007 2 | Williams, Alice | None | 61425096 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672238 | * |
| SOS 06/06/2007 3 | Williams, Aliceia | None | 61542114 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672185 | * |
| SOS 06/06/2007 4 | Williams, Lenny | None | 61542155 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672247 | * |
| SOS 06/06/2007 5 | Williams, Mary | None | 61425336 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672229 | * |
| SOS 06/06/2007 6 | Williams, Pamela | None | 61542122 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672201 | * |
| SOS 06/06/2007 7 | Williams, Regina | None | 61542148 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672210 | * |

d Type: VOTER    Record ID: 61542098    Imaging Dept. ID: 237672194

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Presented by the Office of the Secretary of State

**For Official Use Only**

Hovis 12

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

237672194

- You must not be actually confined in a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | ALAN | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr Apt 24 Houston TX

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.

SAMe                                                                 77024

| Date of Birth: month, day, year | Gender (Optional) ☑Male ☐Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

HARRIS – Houston

X  Alan Williams                    04 26 07
                                         Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

rd Type: VOTER    Record ID: 61542114    Imaging Dept. ID: 237672185

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State    1T.04 BPM1 1-04

For Official Use Only

*Harr 17*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672185

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.



| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| *Williams* | *Alicia* | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
*2579 Dashwood Dr. Apt. 24 Houston, TX.*

Mailing Address: Street Address, City, State and ZIP. If mail cannot be delivered to your residence address.
*(SAME)*    *77024*

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and is a crime under state and federal law.

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

X *Alicia Williams*    *04 2007*
Date

City and County of Former Residence In Texas
*HARRIS — Houston*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002165

I Type: VOTER   Record ID: 61542122   Imaging Dept. ID: 237672201

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State   17.04 BPM1.1 04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683). TDD: 1-800-735-2989.

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672201

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☑ Yes ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Pamela | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston TX

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
Same   77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
HARRIS - HOUSTON

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

04 24   Date

X Pamela Williams
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

ord Type: VOTER    Record ID: 61542148    Imaging Dept. ID: 237672210

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM11.04

*For Official Use Only*

Harris D

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☑ Yes  ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes  ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☑ Yes  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
237672210

felony; or if you ~~~~~~
completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Regina | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr. Apt. 24 Houston TX. 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.

Same

| Date of Birth: month, day, year | Gender (Optional) ☐ Male  ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)  If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felony I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code
(Optional)

X Regina Williams    10/26/07  Date

City and County of Former Residence In Texas

HARRIS - Houston

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

d Type: VOTER    Record ID: 61425336    Imaging Dept. ID: 237672229

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.



237672229

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR 17.04 E. p65

For Official Use Only

*Harris 17*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen?    ☑Yes ☐No

Will you be 18 years of age on or before election day?    ☑Yes ☐No

Are you interested in serving as an election worker?    ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Mary | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
*3519 Dashwood Dr. Apt 24 Houston*

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
*Same    TX. 77020*

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number.

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

X *Mary Williams*    *04/10/07* Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

TX_00002168

d Type: VOTER    Record ID: 61425096    Imaging Dept. ID: 237672238

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.


237672238

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR.17.04E.p65

For Official Use Only

Har-15/90

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Alice | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same                                                    TX 77034

**Date of Birth:** month, day, year        **Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Alice Williams_    4/5/07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002169

d Type: VOTER    Record ID: 61542155    Imaging Dept. ID: 237672247

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17-04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

For Official Use Only

*Harris 28 D*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

```
[barcode]
237672247
```

- You must not be ~~~~ ~~~~ ~~~~ ~~~~
felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New  ☐ Change  ☐ Replacement

re you a United States Citizen?  ☑ Yes  ☐ No

Will you be 18 years of age on or efore election day?  ☑ Yes  ☐ No

f you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☑ Yes  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Lenny | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2319 Dashwood Dr. Apt 24, Houston, TX

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address:  77024
(SAME)

Date of Birth: month, day, year

Gender (Optional)  ☑ Male  ☐ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

Date  07.26.07

X *Lenny Williams*

City and County of Former Residence In Texas
HARRIS - Houston

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

6/1(0/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Hall, Clara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310559 |
| EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236306615 |
| EL PASO POSTMARK 02/28/2007 | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308090 |
| EL PASO POSTMARK 02/28/2007 | Hall, Gavin | none | 61314714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 |
| EL PASO POSTMARK 02/28/2007 | Hall, Gavin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 |
| EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297805 |
| EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308599 |
| EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | | 236580339 |
| EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308633 |
| EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 4/06/07 | | 236308642 |
| EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297574 |
| EL PASO POSTMARK | Johnson, Jevon Mark | 09/ /19 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 03/15/07 | | 236308508 |
| EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297542 |
| SOS 04/02/2007 | Williams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ 8X 04/12/2007 + 04/06/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236858420 |
| SOS 06/06/2007 | Williams, Alan | None | 61542098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | YES | NONE | 237672194 * |
| 16 SOS 06/06/2007 | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686038 |
| 17 SOS 06/06/2007 | Williams, Alice | None | 61425096 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672238 * |

TX_00002171
JA_004930

6/10/2007 5:28 PM

**Applicants requesting registration at same address**
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| SOS 06/06/2007 | Williams, Alicia | None | 61542114 | 2519 Dashwood #24 | Houston, TX 77027 | YES | NONE: | 237672185 * |
| EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236774399 |
| SOS | Williams, Angela | none | 61426419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686118 |
| SOS | Williams, Anthony | none | 61430041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611966 |
| SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686001 |
| 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 04/11/07 | | 236692842 |
| SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686010 |
| SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686029 |
| 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 04/11/07 | | 236692904 |
| 03/28/2007 FROM SOS | Williams, Carmella | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + ADRU 3/22/2007 | | 236524971 |
| 03/28/2007 FROM SOS | Williams, Carmelia | none | 61230044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/2007 | | 236237618 |
| 03/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1/207 | | 236524999 |
| 04/15/1985 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236525195 |
| SOS | Williams, Chrishawn | | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686006 |
| SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958146 |
| SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1/207 | | 236525159 |
| 35 03/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 + 04/1/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 |
| 35 EL PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308526 |

TX_00002172

JA_004931

6/1/u/2007
5.28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER

(* Additional 7 Applications)

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | EL PASO POSTMARK | Williams, Daryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310540 |
| | EL PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308580 |
| | EL PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308535 |
| | EL PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308492 |
| | 03/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525202 |
| | EL PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308517 |
| | 04/07/2007 FROM SOS | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 04/26/2007 | | 236586510 |
| | SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | | 236760386 |
| | SOS | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236306937 |
| | EL PASO POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/2/07 | | 236298010 |
| | EL PASO POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308465 |
| | EL PASO POSTMARK | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 0407/07 | | 236760894 |
| | SOS | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04x7/07 | | 236685985 |
| | SOS | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686074 |
| | SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686109 |
| | EL PASO POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310522 |
| | EL PASO POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308544 |
| 53 | SOS | Williams, Larry | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | |
| 54 | FROM SOS | Williams, Laverne | | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236524748 |

TX_00002173

JA_004932

TX_00002173

6/10/2007
5:28 PM

Applicants requesting registration in serial number
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Laverne | none | 61329662 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/12/07 | NONE | 236297583 * |
| SOS 06/06/2007 | Williams, Lenny | None | 61542155 | 2519 Dashwood Dr #24 | Houston, TX 77024 | YES | NONE | 237672247 * |
| SOS | Williams, Linda | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236761697 |
| EL PASO POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236730571 |
| SOS 06/06/2007 | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686083 |
| SOS 06/06/2007 | Williams, Mary | None | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | YES | NONE | 237672229 * |
| SOS 04/02/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236685457 |
| 03/28/2007 FROM SOS | Williams, Michael | 11/10/1976 | 61378232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524980 |
| SOS 06/06/2007 | Williams, Pamela | None | 61542122 | 2519 Dashwood Dr #24 | Houston, TX 77024 | YES | NONE | 236611733 |
| EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/2007 | | 236498429 |
| EL PASO POSTMARK | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/19/07 | | 236652931 + |
| SOS | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236306083 |
| SOS 06/06/2007 | Williams, Regina | None | 61542148 | 2519 Dashwood Dr #24 | Houston, TX 77024 | YES | NONE | 237672210 |
| SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685994 |
| SOS 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586351 |
| EL PASO POSTMARK 06/06/2007 | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686092 |
| 70 SOS | | | | | | | | |
| 71 03/28/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525131 * |

TX_00002174

JA_004933

TX_00002174

6/16/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Shelia | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77027 | REJ ADRU 03/15/07 | | 236308563 |
| EL PASO POSTMARK | Williams, Shelia | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/17/07 | | 236688047 |
| SOS | Williams, Sheila Denise | none | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | | 236528290 |
| 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1985 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525186 |
| 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1986 | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 308624 |
| 03/28/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236525140 |
| EL PASO POSTMARK | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/12/07 | | 236297397 |
| MAIL | Williams, Tamara | none | 61322226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297681 |
| SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/1/07 | PO BOX 2365, HOUSTON, TX 77023 | 236588448 |
| 03/28/2007 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/1/07 | PO BOX 2365, HOUSTON, TX 77023 | 236588439 |
| MAIL | Williams, Toni | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | | 236297413 |
| SOS | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236584659 |
| SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611957 |
| SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 231178308 |
| SOS | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308697 |
| 03/ /198? FROM SOS | Williams, Valery | 03/ /198? | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236598650 |
| 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236524739 |
| SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686056 |
| EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308928 |

TK_00002175

JA_004934

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
( * Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236306795 |
| SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236772006 |

TX_00002176
JA_004935

TX_00002176

**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo

**To:**     Chuck Lowery, Investigator

**From:**   George Hammerlein

**CC:**     Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German

**Date:**   May 9, 2007

**Re:**     Additional 10  - Voter Registration Applications for 2519 Dashwood #24, Houston, TX

---

We have identified 10 additional Voter Registration Applications, which contain the residence address of 2519 Dashwood #25, Houston, TX 77024.  These 9 also bear the following similarities:

> ➢  Applications are in the same handwriting

> ➢  Signature is by someone other than the applicant or no signature at all

> ➢  Most have no date of birth

> ➢  No identification information

> ➢  Most of them have an El Paso, TX postmark

> ➢  Four (4) applications have an alternate mailing address of:  PO Box 2365, Houston, TX 77023

These applications have been rejected notices were mailed, and were returned as undeliverable by the United States Postal Service.

A spreadsheet containing the 9 additional names of the individuals along with a copy of the applications are attached for your review.

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

5/9/2007
4:30 PM

Applicants requesting a rop...
2519 Dashwood Dr #24
Houston, TX 77027
10 Additional Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 |
| 2 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 |
| 3 | SOS 04/02/2007 | Williams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | rej stx 04/12/2007 + 04/05/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588420 |
| 4 | SOS 04/02/2007 | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 + 04/19/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 |
| 5 | EL PASO POSTMARK 04/07/2007 | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236588510 |
| 6 | SOS 04/02/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | | 236588457 |
| 7 | EL PASO POSTMARK 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236586351 |
| 8 | SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588448 |
| 9 | EL PASO POSTMARK 04/07/2007 | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586459 |
| 10 | SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 237178308 |
| | | | | | | | | | |
| | | | | | | | | | |

TX_00002178

JA_004937

TX_00002178

5/9/2007
4:31 PM

2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Hall, Ciara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 3/15/07 | | 236310559 |
| EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308615 * |
| EL PASO POSTMARK | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308090 |
| EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 * |
| EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 |
| EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/22/07 | | 236297805 |
| EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 * STX 3/15/07 | | 236308599 |
| EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308633 |
| EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | | 236580339 |
| EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 * STX 4/06/07 | | 236308642 |
| EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/22/07 | | 236297574 |
| EL PASO POSTMARK | Johnson, Jevon Mark | 09/ /19 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 * STX 03/15/07 | | 236308508 |
| EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/22/07 | | 236297342 |
| SOS 04/22/2007 | Williams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | rej stx 04/12/2007 * 04/06/2007 | PO BOX 2365, HOUSTON, TX 77023 | 2365584420 * |
| SOS | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686038 |
| EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236774399 |
| SOS | Williams, Angela | none | 61425419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686118 |
| SOS | Williams, Anthony | none | 61433041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611966 |

5/9/2007
4:31 PM

2519 Dashwood Dr #24
Houston, TX 77027
*Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| 9 SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686001 |
| 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692842 |
| 1 SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686010 |
| 2 SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686029 |
| 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692904 |
| 4 El Paso POSTMARK | Williams, Carmelia | none | 61323044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 ADRU 3/22/07 | | 236297618 |
| 5 03/28/2007 FROM SOS | Williams, Carmelia | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 4/12/07 | | 236524971 |
| 6 03/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 4/12/07 | | 236524999 |
| 7 03/28/2007 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 4/12/07 | | 236525195 |
| 28 | Williams, Chrishawn | none | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686065 |
| 29 SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958146 |
| 30 03/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 4/12/07 | | 236525159 |
| 31 SOS 04/02/2007 | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 04/19/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 |
| 32 El PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308526 |
| 33 El PASO POSTMARK | Williams, Darryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310540 |
| 34 El PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308580 |
| 35 El PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 STX 3/15/07 | | 236308535 |
| 36 El PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308492 |
| 37 El PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308517 |

5/9/2007
4:31 PM

Applicants requesting registration . . .
2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| 03/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/12/07 | | 236525202 |
| EL PASO POSTMARK 04/07/2007 | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586510 * |
| SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | | 236760386 |
| 1 POSTMARK | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308937 |
| EL PASO 2 POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/22/07 | | 236298010 |
| EL PASO 3 POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308465 |
| 4 | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/07/07 | | 236760894 |
| 5 | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685985 |
| 16 | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686074 |
| 17 SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686109 |
| EL PASO 48 POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310522 |
| EL PASO 49 POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308544 |
| 50 SOS | Williams, Larry | none | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958137 |
| EL PASO 51 POSTMARK | Williams, Laverne | none | 61322962 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/2/07 | | 236297583 |
| 03/28/2007 52 FROM SOS | Williams, Laverne | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/12/07 | | 236524748 |
| 53 SOS | Williams, Linda | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236761697 |
| EL PASO 54 POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308571 |
| 55 SOS | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686083 |
| 56 SOS 04/22/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588457 * |

TX_00002181
JA_004940

TX_00002182
JA_004941

TX_00002182

5/9/2007
4:31 PM

Applicants requesting registration ...
2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| 03/28/2007 FROM SOS 7 | Williams, Micheal | 11/10/1976 | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/11/07 | | 236524980 |
| 8 EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/07 | | 236498429 |
| 9 SOS | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611733 |
| 0 EL PASO POSTMARK | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236692931 * 236306083 |
| 1 SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685994 |
| 12 EL PASO POSTMARK 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586351 |
| 13 SOS | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686092 |
| 3 0/24/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/11/07 | | 236525131 |
| EL PASO POSTMARK 00 0 83 004494 | Williams, Sheila | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308553 |
| 56 SOS | Williams, Sheila Denise | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686047 |
| 67 EL PASO POSTMARK | Williams, Shelia | none | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 308624 |
| 68 FROM SOS | Williams, Shelia | 4/15/1986 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/11/07 | | 236525186 |
| 69 EL PASO POSTMARK 03/28/2007 | Williams, Shelia | 4/15/1985 | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | | 236528290 |
| 70 MAIL | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/22/07 | | 236297397 |
| 71 03/26/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 * 4/11/07 | | 236525140 |
| 72 EL PASO POSTMARK | Williams, Tamara | none | 61323226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 * ADRU 3/22/07 | | 236297681 |
| 73 SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | PO BOX 2365, HOUSTON, TX 77023 | 236588448 * |
| 74 EL PASO POSTMARK 03/28/2007 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236588439 |
| 75 MAIL | Williams, Toni | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | | 236297413 |

TX_00002813

5/9/2007
4:31 PM

Applicant Report
2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK 04/07/2007 | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586459 |
| SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611957 |
| SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 237178308 |
| EL PASO POSTMARK | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308697 |
| 03/28/2007 FROM SOS | Williams, Valery | 03/ /198 | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/207 | PO BOX 2365, HOUSTON, TX 77023 | 236598650 |
| 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 - 4/12/207 | | 236524739 |
| SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686056 |
| EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308928 |
| EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308795 |
| SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236772006 |

TX_00002184

d Type: VOTER    Record ID: 61376190    Imaging Dept. ID: 236588420

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

• You must register to vote in the county in which you reside.

• You must be a citizen of the United States.

• You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

236588420

received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR.17.06 E.p45

For Official Use Only

17 Harris

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen?    ☐Yes ☐No

Will you be 18 years of age on or before election day?    ☐Yes ☐No

Are you interested in serving as an election worker?    ☐Yes ☐No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Chaka | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2579 Dashwood Dr. Apt 24 Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

P. O. Box 2365, Houston, TX. 77023

**Date of Birth:** month, day, year | **Gender** (Optional) ☐Male ☐Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I -
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X Chaka Williams    Date 03-21-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Type: VOTER   Record ID: 61376232   Imaging Dept. ID: 236588457

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

236588457

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p65

**For Official Use Only**

17 Harris

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen?    ☐Yes ☐No

Will you be 18 years of age on or before election day?    ☑Yes ☐No

Are you interested in serving as an election worker?    ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Micheah | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
P. O. Box 2365, Houston, TX. 77023

Date of Birth: month, day, year

Gender (Optional)  ☑Male ☐Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Micheal Williams    3/21/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

APR 02 2007 AM10:27

TX_00002187

Type: VOTER   Record ID: 61375119   Imaging Dept. ID: 236588411

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

236588411

sion, period or probation, or you must have received a pardon.

---

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State        VR 17.06E.p65

**For Official Use Only**

17   Harris

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

---

**Last Name** Williams  **First Name** Cynthia  **Middle Name (if any)**  **Former Name**



**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr. Apt 24, Houston, Tx. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
P.O. Box 2365 Houston TX. 77023

**Date of Birth:** month, day, year  **Gender** (Optional)
☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Cynthia Williams_  Date 3-21-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

rd Type: VOTER    Record ID: 61474722    Imaging Dept ID: 236588448

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.



236588448

~~bles, pardon or probation, or you must have~~ received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR.17.062.p45

For Official Use Only

17 ½ ~5

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la ver-sion en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Terri | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
8519 Dashwood Dr. Apt. 24 Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
P.O. Box 2365 Houston, TX. 77023

**Date of Birth:** month, day, year
8

**Gender** (Optional)
☐ Male ☑ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Terri Williams_    Date 3-24-07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

JA_004948

TX_00002189

ord Type: VOTER Record ID: 2371441 Imaging Rept ID: 10600001

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Presented by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

[barcode] 236308483

- or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

- you a United States Citizen? ☑ Yes ☐ No
- ll you be 18 years of age on or ore election day? ☑ Yes ☐ No

ou checked 'no' in response to either of these ques-is, do not complete this form.

ave you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name HALL | First Name GARVIN | Middle Name (If any) | Former Name |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law. 02.28.07 Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 6

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

_Houston_ , TX _770_ (ZIP CODE)

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002191

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236586351

- felony, or if you are a ~~felon you~~ must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Samuel | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24 Houst

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
77054 X

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☐ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Samuel Williams    Date 5.30.07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston .TX 77____ (ZIP CODE)
7725_
77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

ord Type: VOTER    Record ID: 61421467    Imaging Dept. ID: 236586459

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State                  VR 17 00E (4/3)

For Official Use Only

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☐ Yes ☐ No

Are you interested in serving as an election worker?  ☑ Yes ☐ No

236586459

...sion, period of probation, or you must have received a pardon.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Tony | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same

**Date of Birth:** month, day, year

**Gender** (Optional)
☑ Male  ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Tony Williams_   Date 4/26/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002194

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 790

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

07 APR 2002

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
_Houston_ , TX _77253_

77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002195

ord Type: VOTER   Record ID: 04125312   Source Dept: 87   236586510

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989. www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

236586510

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Dwight | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code; if none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt. 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code; If mail cannot be delivered to your residence address.  Same

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Dwight Williams_    Date 04 06 07

**Signature** of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002196

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

07 APR 2007 PM 2 ?

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                          (ZIP CODE)

*Houston* ,TX *77054*

**77253**

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir la versión ~~~.

TX_00002197

Record Type: VOTER    Record ID: 61433033    Imaging Dept. ID: 237178308

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

You must register to vote in the county in which you reside.

You must be a citizen of the United States.

You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

...sion, period of probation, or you have received a pardon.



237178308

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State                VR 17.062.p65

For Official Use Only

Hovr 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☑ Yes ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes ☐ No

Are you interested in serving as an election worker?   ☐ Yes ☐ No

● Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Troy | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 21 Houston TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same 77054

Date of Birth: month, day, year

Gender (Optional) ☐ Male ☑ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number.

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number.

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code

(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
● am a resident of this county;
● have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
● have not been declared mentally incompetent by final judgment of a court of law.

X *Troy Williams*    04/18/07   Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002198

**Paul Bettencourt**
**Tax Assessor-Collector**

# Memo

**To:** Chuck Lowery, Investigator

**From:** George Hammerlein

**CC:**

**Date:** May 4, 2007

**Re:** Possible fraudulent Voter Registration Applications fro 2519 Dashwood #24, Houston, TX

---

Acknowledgement of receipt of the 75 Possible fraudulent Voter Registration Applications for 2519 Dashwood #24, Houston, TX spreadsheet and copies of applications.

Received By *Sandra Neue* -5th floor
1201 Franklin

Date *5/4/07*

TX_00002199
JA_004958

TX_00002199

**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo



| | |
|---|---|
| **To:** | Chuck Lowery, Investigator |
| **From:** | George Hammerlein |
| **CC:** | Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German |
| **Date:** | May 4, 2007 |
| **Re:** | Possible fraudulent Voter Registration Applications for 2519 Dashwood #24, Houston, TX |

---

We are in receipt of 75 Voter Registration Applications, which appear to be fraudulently submitted, and are forwarding them to your office for review.   These applications all contain the residence address of 2519 Dashwood #25, Houston, TX 77024, which is a non-existent address. In addition to the address, these applications also have the following similarities:

> Applications are in the same handwriting

> Signature is by someone other than the applicant or no signature at all

> Most have no date of birth

> No identification information

> Most of them have an El Paso, TX postmark

> Two applications have an alternate mailing address of:   PO Box 2365, Houston, TX 77023

These applications have been rejected, notices were mailed, and were returned as undeliverable by the United States Postal Service.

A spreadsheet containing the names of the individuals along with a copy of the applications are attached for your review.

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK | Hall, Ciara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 2 | EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 3 | EL PASO POSTMARK | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 03/22/07 | |
| 4 | EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 5 | EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | |
| 6 | EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | |
| 7 | EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 8 | EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 4/06/07 | |
| 9 | EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 10 | EL PASO POSTMARK | Johnson, Jevon Mark | 09/ /1976 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 03/15/07 | |
| 11 | EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 12 | SOS | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 13 | EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 14 | SOS | Williams, Angela | none | 61425419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 15 | SOS | Williams, Anthony | none | 61433041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 16 | SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 17 | 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | |
| 18 | SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 19 | SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 20 | 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | |
| 21 | 02/28/2007 FROM SOS | Williams, Carmela | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1 2007 | |
| 22 | EL PASO POSTMARK | Williams, Carmella | none | 61323044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 23 | 02/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1 2007 | |
| 24 | 02/28/2007 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1 2007 | |
| 25 | SOS | Williams, Chrishawn | none | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 26 | SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 27 | 02/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1 2007 | |
| 28 | EL PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 29 | EL PASO POSTMARK | Williams, Darryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 30 | EL PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 31 | EL PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | |
| 32 | EL PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 33 | 02/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/1 2007 | |
| 34 | EL PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 35 | SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | |
| 36 | EL PASO POSTMARK | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 37 | EL PASO POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/22/07 | |
| 38 | EL PASO POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |

2

TX_00002202
JA_004961
TX_00002202

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 39 | SOS | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/07/07 | |
| 40 | SOS | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 41 | SOS | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 42 | SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 43 | EL PASO POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 44 | EL PASO POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 45 | SOS | Williams, Larry | none | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 46 | 03/28/2007 FROM SOS | Williams, Laverne | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 47 | EL PASO POSTMARK | Williams, Laverne . | none | 61322962 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 48 | EL PASO POSTMARK | Williams, Linda . | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 49 | EL PASO POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 50 | SOS | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 51 | 03/28/2007 FROM SOS | Williams, Micheal | 11/10/1976 | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 52 | EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/07 | |
| 53 | SOS | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 54 | EL PASO POSTMARK | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 55 | SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 56 | SOS | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 57 | 03/28/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |

TX_00002203
JA_004962

TX_00002203

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C.S.Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|
| 58 EL PASO POSTMARK | Williams, Sheila | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 59 SOS | Williams, Sheila Denise | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 60 EL PASO POSTMARK | Williams, Shelita | 4/15/1985 | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | |
| 61 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1986 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + ADRU 03/15/07 | |
| 62 EL PASO POSTMARK | Williams, Shelita | none | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 63 03/28/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 64 MAIL | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 65 EL PASO POSTMARK | Williams, Tamara | none | 61323226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 66 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 |
| 67 MAIL | Williams, Torii | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | |
| 68 SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 69 EL PASO POSTMARK | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 70 03/28/2007 FROM SOS | Williams, Valery | 03/ | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 |
| 71 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 72 SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 73 EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 74 EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 75 SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |

TX_00002204

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out the application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236310559

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

Este formulario para inscribirse para votar también esta disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | CIARA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr Houston, TX, 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr, Houston, TX, 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law. 02-28-07

X _____ Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                      (ZIP CODE)
*Houston*         ,TX *77024*

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683) TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236308615

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | GARRAD | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood DR, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood DR, Houston, Texas 77024

**Date of Birth:** month, day, year

**Gender** (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02807
Date

X _____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www sos state tx us

EL PASO TX 799

26 FEB 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston* , TX 77___

Fold on dotted line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

d Type: VOTER   Record ID: 01314415   Imaging Dept. ID: 236308090

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308090

- pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

- Check one ☐ New ☐ Change ☑ Replacement
- Are you a United States Citizen? ☑ Yes ☐ No
- Will you be 18 years of age on or before election day? ☑ Yes ☐ No

you checked "no" in response to either of these questions, do not complete this form.

- have you ever voted in this county or a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | GARRETT | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.): 2519 Dashwood Dr, Houston, Texas 77024

Mailing Address: Address, City, State and ZIP; if mail cannot be delivered to your residence address: 2519 Dashwood Dr, Houston, Texas 77024

Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law. 02.28.07

Date

X _____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002209

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

26 FEB 2007  PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

*Houston* .TX  770

(ZIP CODE)

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del S~cretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_004969

TX_00002210

d Type: VOTER    Record ID: 6152299o   Imaging Dept. ID: 236297805

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside

236297805

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

e you a United States Citizen? ☐ Yes ☑ No

If you be 18 years of age on or ore election day? ☐ Yes ☑ No

ou checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| HALL | Jamelina | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Apt 24, Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

Date 03.01.07

X Jamelina Hall

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

For Assistance call
Office of the Secretary of State
Toll Free:
*Si necesita asistencia
llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79...

02 MAR 2007 PM 2 ?

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
*Houston*   TX

77253

*Fold on line and seal before mailing*

| General Information | Identification Requirement |
|---|---|
| • Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. | If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. |
| • If you move to another county, you must re-register in the county of your new residence. | |
| • If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes. | |
| • You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side. | **Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.** |

TX_00002212

Type: VOTER    Record ID: 61314480    Imaging Dept. ID: 236308599

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

|||||||||||| 236308599

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change ☐ Replacement

Are you a United States Citizen?  ☐ Yes ☐ No

Will you be 18 years of age on or before election day?  ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Hall | Mayela | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Texas 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence
address: 2519 Dashwood Dr., Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional)  ☐ Male  ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence in Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Jadore, Chanel Johnson_    Date 02-28-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004972

Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007  PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ ,TX 770__ (ZIP CODE)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have identification ...
  by checking ...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del** ado al 1-800-252-8683 para

rd Type: VOTER Record ID: 61393864 Imaging Dept. ID: 236580339

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote and do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800 252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

<br>

||||||||||||||||||||||

**236580339**

... you ..... , you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

ck one ☑ New ☐ Change ☐ Replacement

you a United States Citizen? ☑ Yes ☐ No

l you be 18 years of age on or re election day? ☑ Yes ☐ No

ou checked "no" in response to either of the above do not complete this form.

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Hall | Melina | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code; If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt. 24, Houston TX. 77024

**Date of Birth:** month, day, year
04 -- 15 -- 76

**Gender** (Optional)
☐ Male  ☑ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Melina Hall     03.31.07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

31 MAR 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
_Houston_ .TX _77024_

Fold on line and seal before mailing

### General Informa"

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002216

ord Type: VOTER    Record ID: 61315388    Imaging Dept. ID: 236308633

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

[barcode]

236308633

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | METINA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address. 2519 Deshwood Dr. / Houston, Texas 77024

**Date of Birth:** month, day, year

**Gender (Optional)** ☐ Male ☐ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

Date 02.28.07

X _Jadore Chanel Johnson_

**City and County of Former Residence In Texas** EL Paso

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002217

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston*  .TX  7▮▮▮▮

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

... ... ... .... ... ... ñol.
... ... ... Cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Españ...

TX_00002218

**Texas Voter Registration Application**

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

236308642

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | MORENA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
EL PASO

X _____ Date 02.28.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004978

TX_00002219

Office of the Secretary of State EL PASO TX 7~
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

26 FEB 2007 PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)

Houston_____ TX 77024

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not ha...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address; If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del

Type: VOTER    Record ID: 815b5e8ab7c3fb21    Imaging Dept. ID: 236297574

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236297574

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one  ☑ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☐ Yes  ☐ No

If you be 18 years of age on or before election day?  ☑ Yes  ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☐ Yes  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

Fold on line and seal before mailing

---

**Last Name** HALL   **First Name** RAVEN   **Middle Name** (if any)   **Former Name**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24 Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address. 2519 Dashwood Dr. Apt 24 Houston, TX. 77024

**Date of Birth:** month, day, year   **Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas** EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.      03.01.07 Date

X Raven Hall

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 MAR 2007 PM 2 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ .TX 7700_

(77253)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or _____ identification number. If you do not ____ driver's license or personal identification, ____ give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_004981

TX_00002222

rd Type: VOTER    Record ID: 61314498    Imaging Dept. ID: 236308508

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- _____ of the United States

236308508

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒ New  ☐ Change  ☐ Replacement

_e you a United States Citizen?  ☐ YES  ☐ No

If you be 18 years of age on or _ore election day?  ☒ Yes  ☐ No

_you checked 'no' in response to either of these ques_ns, do not complete this form.

_ave you ever voted in this county for a federal office?  ☐ YES  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Johnson | Jevon | Mark | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr., Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

**Date of Birth:** month, day, year
9 - -76

**Gender** (Optional)
☒ Male  ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) **If none, give last 4 digits of your Social Security Number**

☒ **Check if you do not have a social security, driver's license, or personal identification number**

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Signature Chind Johnson_    02 28 07   Date

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79__

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                           (ZIP CODE)
Houston          TX  7_

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these numbers, then you must indicate the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002224

d Type: VOTER   Record ID: 815b2913   Imaging Dept. ID: 236297342

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236297342

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☒ Yes ☐ No

Will you be 18 years of age on or before election day? ☒ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☒ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Johnson | Machelle | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, Tx

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Apt 24 Houston, Tx. 77020

**Date of Birth:** month, day, year

**Gender** (Optional) ☐ Male ☒ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.   03/01/07   Date

X Machelle Johnson

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004984

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

07 MAR 2007 PM 2 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)

_Houston_____ TX _____

77253

*Fold on line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_004985

TX_00002226

d Type: VOTER    Record ID: 61405460    Imaging Dept. ID: 236692842

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State                VR11/03 E. p45

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236692842

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Ashley | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX.

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
77024

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| 07-12-79 | ☐ Male ☑ Female |

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Ashley Williams_    Date 3.30.09

Signature of Applicant or Agent and Relationship to Applicant

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al,
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
US APR 2007 PM 1 2

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ .TX  77___

(ZIP CODE)

77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a dri... ...number... ...social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este ... ...rio está disponible en Español. ... ...e ... mar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002228

d Type: VOTER   Record ID: 61405486   Imaging Dept. ID: 236692904

**Texas Voter Registration Application**

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

...to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State   VR17 06E pg4

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236692904

- You must not be finally convicted of a felony, or if you are a felon, must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

**Complete These Questions Before Proceeding**

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Calvin | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Houston, TX 77024

**Date of Birth:** month, day, year
4-15-85

**Gender (Optional)**
☑Male ☐Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I-
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Calvin Williams    3.30.07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free. *Si necesita asistencia*
*llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

*Houston* , TX *77___*

*77255*

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

d Type: VOTER     Record ID: 61323044     Imaging Dept. ID: 236297618

Please complete sections by printing legibly. If you
have any questions about how to fill out this application,
please call the Secretary of State's Office toll
free at 1-800-252-VOTE(8683), TDD 1-800-735-
2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it.

**For Official Use Only**

Este formulario para inscribirse para votar también
está disponible en Español. Para conseguir la ver-
sión en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in
  which you reside.
- You must be a citizen of the United States

236297618

felony, or if you are a felon, you must have
completed all of your punishment, including
any term of incarceration, parole, supervi-
sion, period of probation, or you must have
received a pardon.

### Complete These Questions Before Proceeding

- Check one ☐ New ☐ Change ☐ Replacement
- Are you a United States Citizen? ☐ Yes ☐ No
- Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

- Have you ever voted in this county for a federal officer? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special
instructions regarding identification requirements on the re-
verse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Carmelia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, TX. 77034

**Mailing Address:** Street Address and Apartment Number, or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24 Houston, TX, 77034

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4
digits of your Social Security Number

☑ Check if you do not have a social security, driver's
license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
- have not been declared mentally incompetent by final
  judgment of a court of law.

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**
El Paso

X _Carmelia Williams_     03.01.07 Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

TX_00002231

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE (8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ TX (ZIP CODE)

(77253)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

## Voter Registration Application
Before completing this form, review the General, Application, and State specific instructions.

| | |
|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. 6137542-4 |
| you be 18 years old on or before election day? ☑ Yes ☐ No | Home 78 |
| u checked "No" in response to either of these questions, do not complete form. | |
| se see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

| (Circle one) Mr. Mrs. Miss Ms. | Last Name WILLIAMS | First Name Carmelia | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood DR | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|

| Date of Birth 07/12/79 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state.) |
|---|---|---|---|---|

| Choice of Party (See item 7 in the instructions for your State) Democratic | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

I have reviewed my state's instructions and I swear/affirm that:

236524971

Signature: Carmelia Williams
Please sign full name (or put mark)

Date: 08/13/2007 Month Day Year

f you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

---

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live. ■ Draw an X to show where you live. ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

PARCEL POST

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
02 1A
0004355119
MAILED FROM ZIP CODE 78701
$ 04.05°
MAR 23 2001

MAR 23 2007

TX_00002234
JA_004993

TX_00002234

# Voter Registration Application
### Before completing this form, review the General, Application, and State specific instructions.

| | |
|---|---|
| re you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. *6137619-0* |
| ill you be 18 years old on or before election day? ☑ Yes ☐ No | *Harris 78* |
| you checked "No" in response to either of these questions, do not complete form. lease see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

| (Circle one) Mr. Mrs. **Miss** Ms. | Last Name *Williams* | First Name *Chaka* A | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address *2519 Dashwood Dr.* | Apt. or Lot # *24* | City/Town *Houston* | State *Texas* | Zip Code *77034* |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| 4 | Date of Birth *03/03/82* 5 Month Day Year | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|

| 7 | Choice of Party (see item 7 in the instructions for your State) *Democratic* | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) *Black* |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that: • I • I • S • T k • in citizen, deported from or refused entry to the United States. | |
|---|---|---|

236524999

*Chaka Williams*

Please sign full name (or put mark) ▲

Date: *03 / 13 / 2007*
Month   Day   Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | • Write in the names of the crossroads (or streets) nearest to where you live. • Draw an X to show where you live. • Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example

Route #2

• Grocery Store

Woodchuck Road

Public School ●                    X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Revised 10/29/2003



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN TEXAS 78711-2060

R E C E I P T

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.050
02 1A
0004355519     MAR 23 2007
MAILED FROM ZIP CODE 78701

MAR 28 2007 #10:57

TX_00002236

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

6137533-3

| | | This space for office use only. |
|---|---|---|

*Harris 78*

Are you a citizen of the United States of America?  ☑ Yes   ☐ No

Will be 18 years old on or before election day?  ☑ Yes   ☐ No

If you checked "No" in response to either of these questions, do not complete form.
Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. **Mrs** Miss Ms. | Last Name *Williams* | First Name *Chrishawn* | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

**2** Home Address *2519 Dashwood Dr.*  Apt. or Lot # *24*  City/Town *Houston*  State *TEXAS*  Zip Code *77024*

**3** Address Where You Get Your Mail If Different From Above   City/Town   State   Zip Code

**4** Date of Birth *04/15/86*  Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See Item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State) *Democrat*

**8** Race or Ethnic Group (see item 8 in the instructions for your State) *Black*

**9** I have reviewed my state's instructions and I swear/affirm that:

236525195

*Chrishawn Williams*
Please sign full name (or put mark) ▲

Date: *03/13/2007*  Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live; and write the name of the landmark.

**C**

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●   X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Revised 10/29/2003

Case 2:13-cv-00193   Document 722-31   Filed in TXSD on 11/17/14   Page 80 of 107



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

PARCEL POST

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
00063 15613
MAR 23 2007
MAILED FROM ZIP CODE 78701

APR 26 2007 AM 10:57

TX_00002238
JA_004997

TX_00002238

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

6137511-9

| | This space for office use only |
|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No | 78 Harris |
| you be 18 years old on or before election day? ☑ Yes ☐ No | |

If you checked "No" in response to either of these questions, do not complete form.
ase see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. **Miss** Ms. | Last Name WILLIAMS | First Name Cynthia | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr. | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| Date of Birth Month / Day / Year | 5 Telephone Number (optional) | 6 ID Number – (See item 6 in the instructions for your state) |
|---|---|---|

| Choice of Party (See item 7 in the instructions for your State) Democrat | 8 Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|

I hav...

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

236525159

Cynthia Williams

Please sign full name (or put mark) ⟋

Date: 03/13/2007
Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ▪ Write in the names of the crossroads (or streets) nearest to where you live. ▪ Draw an X to show where you live. ▪ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ● X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

**Mail this application to the address provided for your State.**

Revised 10/29/2003



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004335619
$ 04.05⁰
MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

rd Type: VOTER   Record ID: 61315404   Imaging Dept. ID: 236308526

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States.

236308526

pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☑ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

If you be 18 years of age on or ore election day?  ☑ Yes ☐ No

ou checked 'no' in response to either of these quests, do not complete this form.

ve you ever voted in this county a federal office?  ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Darlene | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX 77024

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx 77024

Date of Birth: month, day, year

Gender (Optional)  ☐ Male  ☑ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgement of a court of law.

X _Isadore Chml Johnson_   02 28 07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Date

TX_00002241

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 12

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston* , TX 7▓▓▓▓▓

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002242

Case 2:13-cv-00193 Document 725-34 Filed on 11/17/14 in TXSD Page 85 of 107

Record Type: VOTER    Record ID: 61309738    Imaging Dept. ID: 236310540

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989. www.sos.state.tx.us.

**Qualifications**
- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236310540

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

**Complete These Questions Before Proceeding**

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Darryl | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr., Houston, TX. 7702 4

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr., Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code
(Optional)

City and County of Former Residence In Texas
El Paso

X _____
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Date 022807

vpe: VOTER   Record ID: 61380338   Imaging Dept. ID: 24310400

Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                        (ZIP CODE)
_Houston_____ TX _77~~~_

_77253_

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005003

TX_00002244

rd Type: VOTER    Record ID: 815b443    Imaging Dept. ID: 236308580

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236308580

completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | David | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include PO Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX 77024

| Date of Birth: month, day, year | Gender (Optional) ☒ Male ☐ Female |
|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence in Texas
El Pas

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felony I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _____
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Date 6-28-07



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8663)
www.sos.state.tx.us

El PASO TX 79~

26 FEB 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston ,TX 770~
(ZIP CODE)

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digit~ ~f ~ ~ ~cial ~ecu-rity ~~~~~ ~ ~ ~ ~ ~ ~ ~ by checking ~ ~ ~ the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del ~ ~ ~ ~ ~ ~ ~ ~ al 1-800-252-8683 para ~ ~ Español.

JA_005005

1 Type: VOTER   Record ID: 615141772   Imaging Dept ID: 236308535

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo a 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308535

... or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Dawn | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX 77024

Date of Birth: month, day, year

Gender (Optional)  ☐ Male  ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgement of a court of law.

X _Jadore Chinell Johnson_   02 28 07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Date

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

_Houston_____ TX 7_____ (ZIP CODE)

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identific... then give the last ... rity number. I ... identificatio... ... ...dicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

...rmulario está disponible en Español. ...vor d. llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

d Type: VOTER    Record ID: 61314581    Imaging Dept. ID: 236308492

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236308492

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Are you 18 years of age on or before election day? ☑ Yes ☐ No

If checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Donald | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr, Houston, TX 77024

Date of Birth: month, day, year

Gender (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X
Signature of Applicant or Agent and Relationship to Applicant

Office of the Sec...
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79...

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
Houston_____ TX  770

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four... ...curity number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

... ... ...ble en Español.
Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002250

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | | |
|---|---|---|
| Are you a citizen of the United States of America? | ☑ Yes | ☐ No |
| Will you be 18 years old on or before election day? | ☑ Yes | ☐ No |

If you checked "No" in response to either of these questions, do not complete form.
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only. 6137539-0
78 Harris

**1** (Circle one) Mr. Mrs. Miss Ms. — Last Name *Williams* — First Name *DONNA* — Middle Name(s) — (Circle one) Jr Sr II III IV

**2** Home Address *2579 Dashwood DR* — Apt. or Lot # *24* — City/Town *Houston* — State *Texas* — Zip Code *77084*

**3** Address Where You Get Your Mail If Different From Above — City/Town — State — Zip Code

**4** Date of Birth *04 / 15 / 86* Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (See item 7 in the instructions for your State) *Democrat*

**8** Race or Ethnic Group (see item 8 in the instructions for your State) *Black*

**9** *(barcode)* 236525202
... of my ... ed false ... .S.
citizen) deported from or refused entry to the United States.

Signature: *Donna Williams*
Please sign full name (or put mark) ➤

Date: *03 / 13 / 2007* Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

**A** Mr. Mrs. Miss Ms. — Last Name — First Name — Middle Name(s) — (Circle one) Jr Sr II III IV

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** Street (or route or box number) — Apt. or Lot # — City/Town/County — State — Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ⬆

Example | Route #2 | ● Grocery Store | Woodchuck Road | Public School ● | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004335619 MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 29 2007 AM 10:57

PARCEL POST

rd Type: VOTER    Record ID: 61315438    Imaging Dept. ID: 236308517

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications
- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236308517

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|-----------|-----------|---------------------|-------------|
| Williams | Donna | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, Texas 77024

**Date of Birth:** month, day, year        **Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Isadore Chanel Johnson_        02-28-07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002253

Office of the Secretary of State
Toll Free:
*Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

El PASO, TX 79

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston*    , TX 7

Fold on doted line and seal before mailing

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989. www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**236308937**

felony, or if you are a felon, you
completed all of your punishment, including
any term of incarceration, parole, supervision, period of probation, or you must have
received a pardon.

this form. Please pass it on to someone who could use it.

Presented by the Office of the Secretary of State   *(VR-RPAP) 3-06*

*For Official Use Only*

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

If you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county or for a federal office? ☐ Yes ☐ No

If you answered "no" to the question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| WILLIAMS | ERIC | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, TX 77024

**Date of Birth:** month, day, year    **Gender** (Optional)
☑ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X _____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              /ZIP CODE)

_Houston_ , TX _7700_

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002256

rd Type: VOTER    Record ID: 61322137    Imaging Dept. ID: 236298010

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

236298010

pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | ERICA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, TX. 77024

**Date of Birth:** month, day, year

**Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number. Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Jadon Chime Johnson_    02 28 07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002257

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

26 FEB 2007  PM 1 ~

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
_Houston_   . TX   _77009_

Fold on dotted line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

ord Type: VOTER    Record ID: 61514599    Imaging Dept. ID: 236308485

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly  If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

- You must be a citizen of the United States

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

- Are you a United States Citizen?    ☐ Yes ☐ No

- Will you be 18 years of age on or before election day?    ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

- Have you ever voted in this county for a federal office?    ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

236308465

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Erin | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

Date of Birth: month, day, year

Gender (Optional)  ☐ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)  If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Jadore Chanel Johnson_    02.08.07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002259

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

20 FEB 2007  PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_____ TX  77___ (ZIP CODE)

Fold on dotted line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID: a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

JA_005019

TX_00002260

rd Type: VOTER   Record ID: 01409704   Imaging Dept ID: 236310522

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236310522

- or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

- Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen?   ☒ Yes ☐ No

If you be 18 years of age on or before election day?   ☒ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☒ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Kenneth | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☒ Male ☐ Female |
|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number.

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02.28.07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

pe: VOTER  Record ID: 61309704  Imaging Dept ID: 3463863a

For Assistance Call
Office of the Secretary of State
Toll Free.
*Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston*   TX  77089

77253

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- **If you move to another county, you must** re-register in the county of your new residence.

- **If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.**

- **You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.**

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002262

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308544

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Kevin | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Tx. 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, TX. 77024

Date of Birth: month, day, year

Gender (Optional): ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number.

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

ype: VOTER   Record ID: 6164393   Imaging Dept ID: 3463984-1

For Assistance Call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79

26 FEB 2007   PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston* ,TX *77024*

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.**

TX_00002264

# Voter Registration Application
Before completing this form, review the General, Application, and State specific instructions.

_This space for office use only._ 037624-0

78 Harris

you a citizen of the United States of America? ☑ Yes ☐ No
you be 18 years old on or before election day? ☑ Yes ☐ No
u checked "No" in response to either of these questions, do not complete form.
se see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name LaVerne | Middle Name(s) | (Circle one) Jr Sr II III IV |

Home Address 2519 Dashwood Dr.    Apt. or Lot # 24    City/Town Houston    State Texas    Zip Code 77024

Address Where You Get Your Mail If Different From Above    City/Town    State    Zip Code

| Date of Birth 07/12/79 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |

| Choice of Party (see item 7 in the instructions for your State) Democratic | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black | |

... state's instructions and I swear/affirm that:

236524748

_Laverne Williams_
Please sign full name (or put mark) ↗

Date: 03/13/2007
Month Day Year

citizen deported from ... States.

ny
d false
S.

you are registering to vote for the first time: please refer to the application instructions for information on submitting
opies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

C

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●    X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

Revised 10/29/2003