

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004335619 MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

rd Type: VOTER   Record ID: 61322962   Imaging Dept. ID: 236297583

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- Y
  m
  y
- Y
  felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

236297583

---

Prescribed by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

- Check one ☑ New ☐ Change ☐ Replacement
- Are you a United States Citizen? ☑ Yes ☐ No
- you 18 years of age on or re election day? ☑ Yes ☐ No
- u checked 'no' in response to either of these ques s, do not complete this form.
- e you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | LaVerne | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston TX.

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24, Houston TX.

Date of Birth: month, day, year

Gender (Optional) ☐ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment, including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

03.01.07
Date

X LaVerne Williams
Signature of Applicant or Agent and Relationship to Applicant

Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 MAR. 2007 PM 2 T

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
*Houston*, TX 77001
(77253)

---

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002268

ord Type: VOTER   Record ID: of 3 TX_20   Imaging Dept ID: 236308571

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

* You must register to vote in the county in which you reside.
* You must be a citizen of the United States.

### Complete These Questions Before Proceeding

Check one □ New □ Change □ Replacement

Are you a United States Citizen?  □ Yes □ No

If you be 18 years of age on or before election day?  □ Yes □ No

ou checked "no" in response to either of these ques-s, do not complete this form.

ve you ever voted in this county ...r a federal office?  ☑ Yes □ No

236308571

...pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

* Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | LTSA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr. Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.

2519 Dashwood Dr. Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) □ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ **Check if you do not have a social security, driver's license, or personal identification number**

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**

EL Paso

I affirm that I
* am a resident of this county;
* have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
* have not been declared mentally incompetent by final judgment of a court of law.

X _LaTosa Chand Johnson_   02 28 07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free:
*Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston ____, TX 770_____ (ZIP CODE)

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002270

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | |
|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No<br>you 18 years old on or before election day? ☑ Yes ☐ No<br>u checked "No" in response to either of these questions, do not complete form.<br>se see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only _6137623-0_<br><br>_Horris   780_ |

| (Circle one)<br>Mr. Mrs. Miss Ms. | Last Name<br>_Williams_ | First Name<br>_Micheal_ | Middle Name(s) | (Circle one)<br>Jr Sr II III IV |
|---|---|---|---|---|

| Home Address<br>_2579 Dashwood Dr._ | Apt. or Lot #<br>_24_ | City/Town<br>_Houston_ | State<br>_Texas_ | Zip Code<br>_77054_ |
|---|---|---|---|---|
| Address Where You Get Your Mail If Different From Above | | City/Town | State | Zip Code |

| Date of Birth<br>_11 / 10 / 76_<br>Month  Day  Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|
| Choice of Party<br>(See item 7 in the instructions for your State)<br>_Democrat_ | | 8 | Race or Ethnic Group<br>(see item 8 in the instructions for your State)<br>_Black_ | |

I have reviewed my state's instructions and I swear/affirm that:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**236524980**

_Micheal Williams_
Please sign full name (or put mark) ➤

Date: _03 / 13 / 2007_
Month   Day   Year

you are registering to vote for the first time: please refer to the application instructions for information on submitting opies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr.<br>Mrs.<br>Miss<br>Ms. | Last Name | First Name | Middle Name(s) | (Circle one)<br>Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

| C | | |
|---|---|---|
| Example | Route #2 | • Grocery Store |
| | | Woodchuck Road |
| Public School • | | X |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Revised 10/29/2003



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05[0]
02 1M
0004335619 MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

d Type: VOTER    Record ID: 0155 7887    Imaging Dept. ID: 236498429

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications
- You must register to vote in the county in which you reside
- Yo... ... ...zen of the United States
- Y... ...
- Y...
- Yo... ...
  felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

236498429

## Complete These Questions Before Proceeding
Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen?    ☐ Yes ☐ No

...you be 18 years of age on or ...r election day?    ☐ Yes ☐ No

...f checked "no" in response to either of these ques... ...do not complete this form.

...e you ever voted in this county for a federal office?    ☐ Yes ☒ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Paul | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Drive, Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr., Houston, Tx 77024

| Date of Birth: month, day, year | Gender: (Optional) ☒ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

5-28-07
Date

X _____
**Signature of Applicant or Agent and Relationship to Applicant** ...t ...e ...f Signed by Witness and Date.

Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY) 7300 N Shepherd                    (ZIP CODE)
Houston        TX Texas 77091

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Required

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002274

Type: VOTER     Record ID: 61309688     Imaging Dept. ID: 236692931

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State     VR.1106E p65
For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications
- You must register to vote in the county in which you reside.

**236692931**

- You must not be finally convicted of a felony, or if you are a felon you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement
Are you a United States Citizen? ☑Yes ☐ No
Will you be 18 years of age on or before election day? ☑Yes ☐ No

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Phyllis | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.   2579 Dashwood DR Apt 24 Houston, TX 77

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Phyllis Williams*     Date 03.3007

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free  *Si necesita asistencia*
*llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston* , TX  770

77253

— *Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

rd Type: VOTER    Record ID: 61309688    Imaging Dept. ID: 236306083

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- Y
  n
  y
- Y  236306083
  felony, or if you are a felony, you
  completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

you be 18 years of age on or re election day? ☑ Yes ☐ No

u checked "no" in response to either of these ques... do not complete this form.

e you ever voted in this county ... a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name: Williams | First Name: Phyllis | Middle Name (if any): | Former Name: |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Houston, Texas 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address  2519 Dashwood Dr. Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**  El Paso

X Jaden Chanel Johnson    Date 02.28.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002277

For Assistance call
Office of the Secretary of State
Toll Free,
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                          (ZIP CODE)

_Houston_ , TX _77 024_

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002278

# Voter Registration Application
Before completing this form, review the General, Application, and State specific instructions.

you a citizen of the United States of America? ☑ Yes ☐ No

ll you be 18 years old on or before election day? ☑ Yes ☐ No

ou checked "No" in response to either of these questions, do not complete form.

ase see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only. 0137500.0
78 items

| (Circle one) Mr. Mrs. Miss Ms. | Last Name WILLIAMS | First Name SHANTECE | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

Home Address 2519 Dashwood Dr   Apt. or Lot # 724   City/Town Houston   State Texas   Zip Code 77024

Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

Date of Birth 03/03/82   Month  Day  Year | 5

Telephone Number (optional) | 6 ID Number - (See item 6 in the instructions for your state)

Choice of Party (see item 7 in the instructions for your State) Democrat | 8 Race or Ethnic Group (see item 8 in the instructions for your State) Black

I have reviewed my state's instructions and I swear/affirm that:

236525131

Shaniese Williams
Please sign full name (or put mark) ✗

Date: 03/13/2007
Month  Day  Year

f you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

C

Example | Route #2 | ● Grocery Store | Woodchuck Road | Public School ● | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

JA_005038

Revised 10/29/2003



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

PARCEL POST

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE

$ 04.05ᴰ
02 1s
MAR 23 2007
0000015419
MAILED FROM ZIP CODE 78701

MAR 23 2007 AM 10:57

77253
-3527668304

TX_00002280
JA_005039

TX_00002280

d Type: VOTER    Record ID: 61515412    Imaging Dept. ID: 236308553

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States
- ...
- ...felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☒ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☒ Yes ☐ No

...you be 18 years of age on or
re election day?   ☐ Yes ☐ No

...u checked "no" in response to either of these ques-
s, do not complete this form.

...ve you ever voted in this county
...or a federal office?   ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

236308553

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Shelia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr. Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP; If mail cannot be delivered to your residence address:
2579 Dashwood Dr. Houston, TX 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☒ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license; or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Shelia Chanel Johnson_   02/28/07   Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007  PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston        ,TX 77__ __        (ZIP CODE)

*Fold on line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these numbers, then you must indicate ...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005041

Case 2:13-cv-00193   Document 725-35   Filed on 11/17/14 in TXSD   Page 18 of 103

d Type: VOTER    Record ID: 61315396    Imaging Dept. ID: 236308624

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it

Prescribed by the Office of the Secretary of State    1 Prel. RPM-1 List

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308624

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☑ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Shelita | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Tx. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, Tx. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

| Telephone Number, Include Area Code (Optional) | |
|---|---|

Date 02-28-07

**City and County of Former Residence In Texas**
El Paso

X _Shelita Chanel Johnson_

**Signature** of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(868.9)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
_Houston_ ,TX 7 ▓▓▓

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of identification, ...
by checking ...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del ... io de Estado al 1-800-252-8683 para ... guir una version en Español

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

This space for office use only. *0137532-5*

*78 Harris*

| (Circle one) | Last Name | First Name | Middle Name(s) | (Circle one) |
|---|---|---|---|---|
| Mr. Mrs. Miss Ms. | WILLIAMS | Shelita | | Jr Sr II III IV |

**are you a citizen of the United States of America?** ☑ Yes ☐ No
**will you be 18 years old on or before election day?** ☐ Yes ☐ No
(If you checked "No" in response to either of these questions, do not complete form.)
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

Home Address: **2519 Dashwood Dr.** Apt. or Lot #: **24** City/Town: **Houston** State: **Texas** Zip Code: **77034**

Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

Date of Birth: **4 / 15 / 86** Month Day Year — **5** Telephone Number (optional) — **6** ID Number - (See item 6 in the instructions for your state)

Choice of Party (see item 7 in the instructions for your State): **Democrat**

**8** Race or Ethnic Group (see item 8 in the instructions for your State): **Black**

I have reviewed my state's instructions and I swear/affirm that:
- 
- 

*barcode* 236525186

Please sign full name (or put mark) ➤ *Shelita Williams*

Date: **03 / 13 / 2007** Month Day Year

citizen deported from or refused entry to the United States.

**If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.**

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| | Last Name | First Name | Middle Name(s) | (Circle one) |
|---|---|---|---|---|
| **A** Mr. Mrs. Miss Ms. | | | | Jr Sr II III IV |

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|
| **B** | | | | | |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example | Route #2 | Grocery Store | Woodchuck Road | Public School ● | X

**D** If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

## Mail this application to the address provided for your State.

Revised 10/29/2003

TX_00002285



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004335619 MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

TX_00002286

d Type: VOTER    Record ID: 6138 ...   Imaging Dept. ID: 236528290

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

## Qualifications

- You must register to vote in the county in which you reside

||||||||||| (barcode)

236528290

- You must not be finally ... felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

... if you do not ... this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

heck one ☐ New ☐ Change ☐ Replacement
re you a United States Citizen? ☑ Yes ☐ No
ill you be 18 years of age on or efore election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Shelita | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt. 24, Houston TX. 77024

**Date of Birth:** month, day, year
07-15-85

**Gender** (Optional)
☐ Male ☑ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Shelita Williams_    Date 3-21-07

**Signature of Applicant or Agent and Relationship to Applicant** or ...

TX_00002287



e VOTER Register D130 01 5803 v

Call your local Voter Registrar or
Office of the Secretary of State EL PASO DE PASO
Toll Free: Si necesita asistencia
llame gratis al: 21 MAO 2003 PM 1 4
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
*Houston* .TX *77024*  (ZIP CODE)

II..,II...III....l.l.l..III...l

*Fold on line and seal before mailing*

---

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes a current and valid ID; a copy of a current utility bill; bank statement; government check, paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002288

# Voter Registration Application
Before completing this form, review the General, Application, and State specific instructions.

e you a citizen of the United States of America? ☒ Yes ☐ No
ill you be 18 years old on or before election day? ☒ Yes ☐ No
you checked "No" in response to either of these questions, do not complete form.
ease see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only: 0137508 S

Harris 78

| (Circle one) | Last Name | First Name | | Middle Name(s) | | (Circle one) |
|---|---|---|---|---|---|---|
| Mr. **Mrs.** Miss Ms. | Williams | Shirley | | | | Jr Sr II III IV |

| Home Address | Apt. or Lot # | City/Town | State | Zip Code |
|---|---|---|---|---|
| 2519 Dashwood Dr | 24 | Houston | Texas | 77024 |

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|
| | | | |

| Date of Birth | | | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|---|
| 07 / 12 / 09 | | | | | | |
| Month Day Year | | | | | | |

**Choice of Party** (See item 7 in the instructions for your State)
Democratic

**8** Race or Ethnic Group (see item 8 in the instructions for your State)
Black

9

236525140

...rm that:

...ny
...d false
...S.
citizen) deported from or refused entry to the United States.

Shirley Williams
Please sign full name (or put mark) ⬐

Date: 03 / 13 / 2007
Month   Day   Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| | | Last Name | First Name | Middle Name(s) | (Circle one) |
|---|---|---|---|---|---|
| **A** | Mr. Mrs. Miss Ms. | | | | Jr Sr II III IV |

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|
| **B** | | | | | |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●          X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

TX_00002389

Revised 10/20/2006



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

PARCEL POST

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.050
MAR 23 2007
MAILED FROM ZIP CODE 78701

MAR 23 2007 AM 10:57

TX_00002290
JA_005049

TX_00002290

d Type: VOTER    Record ID: 61323234    Imaging Dept. ID: 236297397

# Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

[barcode]

236297397

felony, or if a
completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☒ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☐ Yes  ☐ No

you be 18 years of age on or
re election day?  ☐ Yes  ☐ No

at checked "no" in response to either of these ques
do not complete this form.

e you ever voted in this county
a federal office?  ☐ Yes  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

**Last Name** Williams  **First Name** Shirley  **Middle Name (if any)**  **Former Name**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address. 2519 Dashwood Dr. Apt 24, Houston, TX. 77024

**Date of Birth:** month, day, year  **Gender (Optional)** ☐ Male ☒ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.    03.04.07

X *Shirley Williams*    (Date)

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

For Assistance Call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al
1-800-252-VOTE (8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

Houston .TX 7~~~~~
(77253)

(ZIP CODE)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, ... ... ... four digits of your social secu- ... ... ... do not have either of these ... ... ... numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

d Type: VOTER    Record ID: 61323226    Imaging Dept. ID: 236297681

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Presented by the Office of the Secretary of State

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

236297681

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

**Complete These Questions Before Proceeding**

Check one ☑ New ☐ Change ☐ Replacement

you a United States Citizen?    ☐ Yes ☐ No

I you be 18 years of age on or re election day?    ☐ Yes ☐ No

ou checked 'no' in response to either of these ques-s, do not complete this form.

have you ever voted in this county for a federal office?    ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing.*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Tamara | Apt 24 | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77036

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr Apt 24 Houston, TX

**Date of Birth:** month, day, year

**Gender** (Optional)  ☐ Male  ☑ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Tamara Williams_    03.01.07

**Signature of Applicant or Agent and Relationship to Applicant** or Printed Name of Applicant If Signed by Witness and Date.

TX_00002293

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston*, TX 7~~7~~

772~~~~

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002294

Type: VOTER    Record ID: 61389557    Imaging Dept. ID: 236588439

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
236588439

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State    VR17.66E.p65

For Official Use Only

17    Harris

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☒ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Terry | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr Apt 24, Houston TX 77054

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

P.O. Box 2365 Houston, TX. 77023

Date of Birth: month, day, year    Gender (Optional) ☒ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☒ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☒ Check if you do not have a Social Security Number

Telephone Number, Include Area Code    (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I·
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X  Terry W. Williams    Date 03.21.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Type: VOTER    Record ID: 61322889    Imaging Dept. ID: 236297413

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States
- You must be at least 17 years and 10 ...

236297413

... completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one: ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county in a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | TONI | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24 Houston

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
EL PASO

X _Toni Williams_    3.10.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002296

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
Houston TX                      77253

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

Type: VOTER     Record ID: 61314175     Imaging Dept. ID: 236308697

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside

236308697

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

If you be 18 years of age on or before election day?   ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Tyrone | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Texas, 77024

Mailing Address: Address, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr., Houston Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☒ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code
(Optional)

02.28.07

City and County of Former Residence in Texas
El Paso

X J'adore Chanel Johnson

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)

_Houston_____ TX _77___4_

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002299

Type: VOTER    Record ID: 61389078    Imaging Dept. ID: 236598650

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

||||||| barcode |||||||
236598650

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote you do not need to complete this form. If you have moved you must complete this form to update your address. If you would need this form please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one  ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☐ Yes  ☐ No

Will you be 18 years of age on or before election day?  ☐ Yes  ☐ No

Are you interested in serving as an election worker?  ☐ Yes  ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Valery | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
P. O. Box 2365 Houston TX. 77023

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
2319 Dashwood Dr. Apt. 24 Houston TX

Date of Birth: month, day, year  3 - - 03
Gender (Optional)  ☐ Male  ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Valery Williams    03.21.07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

APR 02 2007 P 10:27

_____ . TX _____

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application.  Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002301

# Voter Registration Application
Before completing this form, review the General, Application, and State specific instructions.

| | |
|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. 6376224 |
| l you be 18 years old on or before election day? ☐ Yes ☐ No | 78 Harris |
| ou checked "No" in response to either of these questions, do not complete form. | |
| ase see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

| (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name Vesta | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| Date of Birth 04/15/85 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|

| Choice of Party (see item 7 in the instructions for your State) Democrat | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

I have reviewed my state's instructions and I swear/affirm that:

236524739

y false

citizen) deported from or refused entry to the United States.

*Vesta Williams*

Please sign full name (or put mark) ➤

Date: 03 / 13 / 2007
Month    Day    Year

f you are registering to vote for the first time: please refer to the application instructions for information on submitting
copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | • Write in the names of the crossroads (or streets) nearest to where you live. • Draw an X to show where you live. • Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example — Route #2 — • Grocery Store — Woodchuck Road — Public School • — X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004335619 MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 10:57

PARCEL POST

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

<div style="text-align:center">

**NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES**

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

</div>

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                      (ZIP CODE)

_____ . TX _____

*Fold on line and seal before mailing*

## General Information

- Your voter registration will become effective 30
  days after it is received or on your 18th birthday,
  whichever is later.

- If you move to another county, you must
  re-register in the county of your new residence.

- If you decline to register to vote, the fact that
  you have declined to register will remain
  confidential and will be used only for registra-
  tion purposes. If you do register to vote, the
  identity of the office (if applicable) at which you
  submitted a voter registration application will
  remain confidential and will be used only for voter
  registration purposes.

- You must provide your Texas driver's license or
  personal identification number. If you do not
  have a driver's license or personal identification
  number, then give the last four digits of your
  social security number or if you do not have any
  of these identification numbers, then you must

indicate by checking the appropriate box on the
application side.

## Identification Requirement 

If you do not have a Texas driver's license or a
social security number, you will be required to
present identification when you vote in person or
enclose a copy of such identification with your
ballot if you vote by mail. Instead, you may en-
close a copy of one of the following with this
voter registration application. Identification
includes: a current and valid ID; a copy of a cur-
rent utility bill; bank statement; government
check; paycheck; or other government document
that shows your name and address.

Este formulario está disponible en Español.
Favor de llamar sin cargo a la oficina del
Secretario de Estado al 1-800-252-8683 para
conseguir una version en Español.

TX_00002304
JA_005063

TX_00002304

d Type: VOTER   Record ID: 61314159   Imaging Dept. ID: 236308928

Please complete sections by printing legibly. If you
have any questions about how to fill out this applica-
tion, please call the Secretary of State's Office toll
free at 1-800-252-VOTE(8683), TDD 1-800-735-
2989. www.sos.state.tx.us

Este formulario para inscribirse para votar también
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States
- Y
  o
  y
- Y
  fe...
  completed all of your punishment, including
  any term of incarceration, parole, supervi-
  sion, period of probation, or you must have
  received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

you be 18 years of age on or
re election day?   ☐ Yes ☐ No

u checked 'no' in response to either of these ques-
do not complete this form.

e you ever voted in this county?   ☐ Yes ☐ No
a federal office?

If you answered "no" to this question, be sure to see special
instructions regarding identification requirements on the re-
verse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|-----------|-----------|----------------------|-------------|
| Williams | Wayne | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Tx. 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4
digits of your Social Security Number

☑ Check if you do not have a social security, driver's
license, or personal identification number

Telephone Number, Include Area Code
(Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
- have not been declared mentally incompetent by final
  judgment of a court of law.   02-28-07
                                   Date

X _____
Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007  PM 1 1

POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

Houston _____ , TX 770__

Fold on line and seal before mailing.

| General Information | Identification Requirement |
|---|---|
| • Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. | If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other govern- |
| • If you move to another county, you must re-register in the county of your new residence. | ment document that shows your name and address.  If you do not enclose a copy of |
| • If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registra- tion purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes. | identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. |
| • You must provide your driver's license or personal identification number.  If you do not have ... personal identification ... | Este formulario está disponible en Español. ... su cargo a la oficina del ... ado al 1-800-252-8683 para |
| ... rity number... ... identification numbers, then you must indicate by checking the box on the application side. | conseguir una version en Español. |

d Type: VOTER     Record ID: 61314456     Imaging Dept. ID: 236308795

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

**236308795**

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one: ☐ New  ☐ Change  ☑ Replacement

- Are you a United States Citizen?  ☐ Yes  ☐ No
- Will you be 18 years of age on or before election day?  ☐ Yes  ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

- Have you ever voted in this county for a federal office?  ☐ Yes  ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing.*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Wesley | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood DR, Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood DR, Houston, TX 77024

**Date of Birth:** month, day, year

**Gender** (Optional): ☑ Male  ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02.28.07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
26 FEB 2002 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston_____ TX 77___  (ZIP CODE)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or p...
  then give the last four digits of y....
  city number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

E... for ... ... ...ponible en Español. ... ... de ... ... sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002308

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of ~~age by election day.~~

236611733

~~sion, period of probation, or you must have~~ received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR 17.06 E. p65

**For Official Use Only**

Homis 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

~~If you checked "no" in response to either of these questions, do not complete this form~~

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

**COPY**

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Peter | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr. Apt 34, Houston

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same     TX. 770

| Date of Birth: month, day, year | Gender (Optional) ☑Male ☐Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code.
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Peter Williams    4/13/

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
· 1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                        (ZIP CODE)

_____ , TX _____

---

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side. 

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

236611966

received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State            VR17.06E.p65

For Official Use Only

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Anthony | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr. Apt. 24 Houston

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Same                TX 77083

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Anthony Williams          11/04/130

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date**

COPY

TX_00002311

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
**Toll Free:** *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

_____ , TX _____

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002312

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not nee plete this form. If you have moved, you must cor form to update your address. If you do not need please pass it on to someone who could use it.

Presented by the Office of the Secretary of State                    VR 1

**For Official Use Only**

Este formulario para inscribirse para votar está disponible en Español. Para consegui sion en Español favor de llamar sin carg 252-8683 a la oficina del Secretario de Es

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?        ☑ Yes

Will you be 18 years of age on or before election day?        ☑ Yes

Are you interested in serving as an election worker?        ☑ Yes

- Continue below to complete application.

236611957

received a pardon.

| Last Name | First Name | Middle Name (If any) | Former Nan |
|---|---|---|---|
| Williams | Troy | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do no P.O. Box or Rural Rt.)   2519 Dashwood Dr Apt 24 Hou

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to yo address.   7706

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

I understand that giving false information to pr voter registration is perjury, and a crime under federal law. Conviction of this crime may resu imprisonment up to 180 days, a fine up to $2,00

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or I have completed all of my punishment incl term of incarceration, parole, supervision, p probation, or I have been pardoned; and
- have not been declared mentally incompete judgment of a court of law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

X  *Troy Williams*   04

Signature of Applicant or Agent and Relationship to or Printed Name of Applicant if Signed by Witness

COPY

ord Type: VOTER Record ID: 01422200 Imaging Dept. ID: 236760386

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683). TDD 1-800-735-2989. www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prepared by the Office of the Secretary of State          VR17.06E.p65

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

- 
- 

236760386

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

eck one ☐ New ☐ Change ☐ Replacement

: you a United States Citizen? ☑ Yes ☐ No

ll you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Edward | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Houston, TX 77081

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X  Edward Williams                    03.30.07
                                              Date
**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002314

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

_Houston_ , TX _77024_

6803140706

_Fold on line and seal before mailing_

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

_[Spanish text]_ ... llame al 1-800-252-8683 para conseguir una version en Español.

ord Type: VOTER Record ID: 01422226 Imaging Dept ID: 236760894

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who can use it.

Prescribed by the Office of the Secretary of State          VR17 06E p65

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236760894

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

eck one ☒ New ☐ Change ☐ Replacement

e you a United States Citizen? ☒ Yes ☐ No

ll you be 18 years of age on or lore election day? ☒ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Gerald | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2379 Dashwood Dr Apt 24 Houston TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Same

| Date of Birth: month, day, year | Gender (Optional) ☒ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code**
(Optional)

X Gerald Williams   Date 4.06.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002316

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

07 APR 2007 PM 3 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

*Houston* ,TX

(ZIP CODE)

772 53

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

## s Voter Registration Application

complete sections by printing legibly. If you
ny questions about how to fill out this applica-
please call your local voter registrar or the
tary of State's Office toll free at
-252-VOTE(8683), TDD 1-800-735-2989,
sos.state.tx.us.

### ifications

u must register to vote in the county in



236761697

ou must not be finally convicted of a
elony, or if you are a felon, you must have
ompleted all of your punishment, including
ny term of incarceration, parole, supervi-
ion, period of probation, or you must have
eceived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

*Harris 17*

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replace ment

 are you a United States Citizen?   ☑ Yes ☐ No

Will you be 18 years of age on or
before election day?   ☑ Yes ☐ No

If you checked "no" in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker?   ☑ Yes ☐ No

• Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Linda | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
PO Box or Rural Rt.)   2519 Dashwood Dr. Apt 34, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or PO Box, City, State and ZIP Code. If mail cannot be delivered to your residence
dress.   2519 Dashwood Dr. Apt 34, Houston, Tx. 77024

**ate of Birth:** month, day, year

**Gender** (Optional)   ☐ Male ☑ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or
Personal Identification Number**

If no TX Driver's License or Personal Identification,
give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social
Security Number**

**Telephone Number. Include Area Code**
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.

X *Linda Williams*   *4-30-07*   Date

**Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.**

# COPY

. TX_00002318
JA_005077

TX_00002318

## Voter Registration Application

:omplete sections by printing legibly.  If you
y questions about how to fill out this applica-
ease call your local voter registrar or the
ary of State's Office toll free at
252-VOTE(8683), TDD 1-800-735-2989,
os.state.tx.us.

### ifications

must register to vote in the county in
ch you reside.



236686109

ony, or if you are a felon, you must have
mpleted all of your punishment, including
y term of incarceration, parole, supervi-
on, period of probation, or you must have
ceived a pardon.

If you are already registered to vote, you do not need to com-
plete this form.  If you have moved, you must complete this
form to update your address.  If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Harris D

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions fore Proceeding

:ck one ☑New  ☐Change  ☐Replacement

: you a United States Citizen?      ☑Yes  ☐No

l you be 18 years of age on or
ore election day?                  ☑Yes  ☐No

**If you checked "no" in response to either of the above do not complete this form.**

Are you interested in serving as
an election worker?                ☑Yes  ☐No

● Continue below to complete application.

| Name | First Name | Middle Name (If any) | Former Name |
|------|-----------|---------------------|-------------|
| Williams | Judy | | |

dence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include ox or Rural Rt.)
2519 Dashwood Dr. Houston, TX. 77024

lling Address: Street Address and Apartment Number, or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
ess.
2519 Dashwood Dr. Apt 24 Houston TX. 77080

e of Birth: month, day, year

Gender (Optional)   ☐Male  ☑Female

. Driver's License No. or Personal I.D. No.
ued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or
Personal Identification Number

Lo TX Driver's License or Personal Identification,
ve last 4 digits of your Social Security Number

3 Check if you do not have a Social
Security Number

elephone Number, Include Area Code
                          (Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law.  Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
● am a resident of this county;
● have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
● have not been declared mentally incompetent by final
  judgment of a court of law.

X Judy Williams          Date 4.04.07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



## oter Registration Application

nplete sections by printing legibly. If you
questions about how to fill out this applica-
se call your local voter registrar or the
y of State's Office toll free at
2-VOTE(8683), TDD 1-800-735-2989,
.state.tx.us.

**cations**

ust register to vote in the county in
you reside.



236686092

ny, or if you are a felon, you must have
pleted all of your punishment, including
term of incarceration, parole, supervi-
, period of probation, or you must have
ived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State       VR17.06E.p65

**For Official Use Only**

*Harris 17*

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions fore Proceeding

ck one ☐ New ☐ Change ☐ Replacement

you a United States Citizen?   ☑ Yes ☐ No

l you be 18 years of age on or
re election day?   ☑ Yes ☐ No

ar you checked 'no' in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker?   ☐ Yes ☐ No

● Continue below to complete application.

---

| lame | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| H Iams | Shaka | | |

ence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include
_____
519 Dashwood Dr. Apt 24, Houston, Tx 77024

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence
519 Dashwood Dr. Apt 24, Houston, Tx 77024

of Birth: month, day, year

| Gender (Optional) |
|---|
| ☐ Male ☑ Female |

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety)

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
● am a resident of this county;
● have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
● have not been declared mentally incompetent by final
judgment of a court of law.

X *Shaka Williams*   Date *4.04.07*

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

TX_00002320

TX_00002320

## oter Registration Application

plete sections by printing legibly. If you
uestions about how to fill out this applica-
e call your local voter registrar or the
of State's Office toll free at
2-VOTE(8683), TDD 1-800-735-2989,
state.tx.us.

**ations**

ust register to vote in the county in
you reside.

ust be a citizen of the United States



36686083

, or if you are a felon, you must have
leted all of your punishment, including
erm of incarceration, parole, supervi-
period of probation, or you must have
ved a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State        VR13.06E.p65

**For Official Use Only**

Harris 179

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sión en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

heck one ☑New ☐Change ☐Replacement

re you a United States Citizen? ☐Yes ☑No

ill you be 18 years of age on or
fore election day? ☑Yes ☐No

f you checked "no" in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker? ☑Yes ☐No

• Continue below to complete application.

| me | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| rams | Mary | | |

ace Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

f Address: Street Address and Apartment Number, or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

f Birth: month, day, year | Gender (Optional)
☐Male ☑Female

river's License No. or Personal I.D. No.
by the Department of Public Safety)

heck if you do not have a TX Driver's License, or
ersonal Identification Number

TX Driver's License or Personal Identification,
last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

phone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
judgment of a court of law.

X Mary Williams   04.04.07
Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

# COPY

## oter Registration Application

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR 17.06E.p65

**For Official Use Only**

*Harris* 17

nplete sections by printing legibly. If you questions about how to fill out this applica- se call your local voter registrar or the r of State's Office toll free at 2-VOTE(8683), TDD 1-800-735-2989, .state.tx.us.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### ations

ust register to vote in the county in vou reside.

6686074

must not be finally convicted of a y; or if you are a felon, you must have leted all of your punishment, including erm of incarceration, parole, supervi- period of probation, or you must have ved a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? ☐ Yes ☐ No

• Continue below to complete application.

| me | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|

/Iams Juanita

re Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include Rural R)

519 Dashwood Dr. Apt 24 Houston TX 77024

g Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence.

519 Dashwood Dr. Apt 24, Houston, TX 77024

f Birth: month, day, year

| Gender (Optional) |
|---|
| ☐ Male ☒ Female |

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

river's License No. or Personal I.D. No.
by the Department of Public Safety)

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

heck if you do not have a TX Driver's License or rsonal Identification Number

TX Driver's License or Personal Identification, ast 4 digits of your Social Security Number

heck if you do not have a Social ecurity Number

X *Juanita Williams*          *04.04.07*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

hone Number, Include Area Code
(Optional)



COPY

## Voter Registration Application

omplete sections by printing legibly. If you
 questions about how to fill out this applica-
ase call your local voter registrar or the
ry of State's Office toll free at
52-VOTE(8683), TDD 1-800-735-2989,
s.state.tx.us.

### ications

 must register to vote in the county in
h you reside.



236686065

 ny, or if you are a felon, you must have
 pleted all of your punishment, including
 term of incarceration, parole, supervi-
 , period of probation, or you must have
 eived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Horris 178

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

heck one ☑ New ☐ Change ☐ Replacement

re you a United State Citizen?            ☑ Yes ☐ No

ill you be 18 years of age on or
 :fore election day?                       ☑ Yes ☐ No

**If you checked "no" in response to either of the above do
not complete this form.**

Are you interested in serving as
an election worker?                        ☑ Yes ☐ No

• Continue below to complete application.

| lame | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Illams | Chrishawn | | |

ence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include

519 Dashwood Dr. Apt 24, Houston, Tx. 77024

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence

519 Dashwood Dr. Apt 24 Houston, TX. 77024

of Birth: month, day, year

Gender (Optional)
☐ Male ☑ Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
: last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
                              (Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.

X  Chrishawn Williams      04/04/07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

## Voter Registration Application

...nplete sections by printing legibly. If you
...questions about how to fill out this applica-
...se call your local voter registrar or the
...y of State's Office toll free at
...2-VOTE(8683), TDD 1-800-735-2989,
...state.tx.us.

### ...cations

...must register to vote in the county in
...you reside.

...must be a citizen of the United States.



236686056

...y if you are a felon, you must have
...pleted all of your punishment, including
...erm of incarceration, parole, supervi-
...period of probation, or you must have
...ived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone else who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Hrr.517

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

...ck one ☑New ☐Change ☐Replacement

...you a United States Citizen?   ☑Yes ☐No

...you be 18 years of age on or
...re election day?   ☑Yes ☐No

...you checked 'no' in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker?   ☑Yes ☐No

● Continue below to complete application.

| ...me | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| ...lliams | Wanda | | |

...ace Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
...x Box #)
2519 Dashwood Dr. Apt A, Houston, Tx. 77024

...g Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
2519 Dashwood Dr. Apt. A, Houston, Tx. 77024

...f Birth: month, day, year | Gender (Optional)   ☐Male ☑Female

...iver's License No. or Personal I.D. No.
...by the Department of Public Safety)

...heck if you do not have a TX Driver's License or
...ersonal Identification Number

...TX Driver's License or Personal Identification,
...last 4 digits of your Social Security Number

...heck if you do not have a Social
...ecurity Number

...hone Number, Include Area Code
                              (Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
● am a resident of this county;
● have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
● have not been declared mentally incompetent by final
  judgment of a court of law.

X Wanda Williams          Date 11-4-07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

## Voter Registration Application

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

omplete sections by printing legibly. If you
y questions about how to fill out this applica-
ease call your local voter registrar or the
ary of State's Office toll free at
252-VOTE(8683), TDD 1-800-735-2989,
os.state.tx.us.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Harris  23  17

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

## fications

must register to vote in the county in
ch you reside.

## Complete These Questions
## re Proceeding

□ New □ Change □ Replacement

| | Yes | No |
|---|---|---|
| a United States Citizen? | ☑ Yes | □No |
| u be 18 years of age on or election day? | ☑ Yes | □ No |

If you checked "no" in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker?          ☑ Yes  □No

• Continue below to complete application.

u must not be finally convicted of a
ony, or if you are a felon, you must have
mpleted all of your punishment, including
y term of incarceration, parole, supervi-
on, period of probation, or you must have
ceived a pardon.

236686047

| Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| illiams | Shelia Denise | | |

idence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
Box or Rural RT.)
3519 Dashwood Dr. Apt. 24  Houston, TX. 77024

iling Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code; if mail cannot be delivered to your residence
3519 Dashwood Dr. Apt 24, Houston, TX. 77024

te of Birth: month, day, year

Gender (Optional)
□ Male  ☑ Female

Driver's License No. or Personal I.D. No.
ued by the Department of Public Safety)

□ Check if you do not have a TX Driver's License, or
Personal Identification Number

no TX Driver's License or Personal Identification,
ive last 4 digits of your Social Security Number

□ Check if you do not have a Social
Security Number

elephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.

X Shelia Denise Williams          Date 04.07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

COPY

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.



236686010

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State                    VR17.06E p65

**For Official Use Only**

*Horris 12*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

*(If you checked "no" in response to either of the above, do not complete this form.)*

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

---

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Benard | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 34

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Houston, TX. 77036

**Date of Birth:** month, day, year
1-14-80

**Gender** (Optional) ☑Male ☐Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☐Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Benard Williams*     Date *3.30.07*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

COPY

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.



236686001

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR1106E.p65

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☒New ☐Change ☐Replacement

Are you a United States Citizen? ☒Yes ☐No

Will you be 18 years of age on or before election day? ☒Yes ☐No

If you checked "no" in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? ☒Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Arthur | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Houston, TX. 77024

**Date of Birth:** month, day, year
7-14-80

**Gender** (Optional)
☒ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☐ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Arthur Williams          3-30-27 Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

TX_00002327
JA_005086

TX_00002327

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

236685994

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State       VR17.06E.p64

**For Official Use Only** |
Hon 15 1)

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑Yes ☐ No

Will you be 18 years of age on or before election day? ☑Yes ☐ No

If you checked 'no' in response to either of the above do not complete this form.

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Ronald | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, Tx. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| 3-10-83 | ☑Male ☐ Female |

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Ronald Williams         3-30-07
                                          Date
**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

# COPY

TX_00002328

TX_00002328

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.

||||||||||| (barcode)
236685985

- You must be a United States, felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17 06E pA3

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?   ☑ Yes  ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes  ☐ No

If you checked "no" in response to either of the above, do not complete this form.

Are you interested in serving as an election worker?   ☑ Yes  ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | James | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| 3 - 10 - 83 | ☑ Male  ☐ Female |

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _James Williams_                    _5-13-07_
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

COPY

mplete sections by printing legibly. If you
questions about how to fill out this applica-
se call your local voter registrar or the
y of State's Office toll free at
52-VOTE(8683), TDD 1-800-735-2989,
s.state.tx.us.

this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State                VR17.06E.p65

**For Official Use Only**

Harris 17

**cations**

must register to vote in the county in
you reside.

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

**Complete These Questions
Before Proceeding**

236686038

ck one ☑New ☐Change ☐Replacement

you a United States Citizen? ☑Yes ☐No

you 18 years of age on or
re election day? ☑Yes ☐No

ay, or if you are a felon, you must have
pleted all of your punishment, including
term of incarceration, parole, supervi-
, period of probation, or you must have
ived a pardon.

If you checked "no" in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker? ☑Yes ☐No

• Continue below to complete application.

| ame | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Illians | Alice | | |

ence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
or Rural Rt.)     2519 Dashwood Dr. Apt. 24 Houston, TX

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence
2519 Dashwood Dr. Apt. 24 Houston, TX

of Birth: month, day, year

Gender (Optional)
☐Male ☑Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety)

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
e last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.                      4.08.07

X Alice Williams        (Date)

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

• You must register to vote in the county in which you reside.

• You must be a citizen of the United States.



236686029

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State        VR17.06E p65

For Official Use Only

1/8 "15   17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

Will you be 18 years of age on or before election day?   ☐ Yes ☐ No

If you checked no in response to either of the above, do not complete this form.

Are you interested in serving as an election worker?   ☐ Yes ☐ No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Calvert | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt. 24 Houston, TX.

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address:  77024

Date of Birth: month, day, year  4-15-85

Gender (Optional)  ☑ Male  ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code                    (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X Calvert Williams                    03.30.07
                                        Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

## COPY

TX_00002331
TX_00002331

## Voter Registration Application

omplete sections by printing legibly. If you
y questions about how to fill out this applica-
ease call your local voter registrar or the
...y of State's Office toll free at
252-VOTE(8683), TDD 1-800-735-2989,
os.state.tx.us.

### ifications

must register to vote in the county in
ch you reside.

u must be a citizen of the United States



236686118

lony, or if you are a felon, you must have
mpleted all of your punishment, including
ly term of incarceration, parole, supervi-
on, period of probation, or you must have
ceived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR 17.06E. p.65

**For Official Use Only**

*Harris 17*

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sión en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

| | Yes | No |
|---|---|---|
| ...hem are: ☑ New ☐ Change ☐ Replacement | | |
| re you a United States Citizen? | ☑ Yes | ☐ No |
| Will you be 18 years of age on or before election day? | ☑ Yes | ☐ No |

If you checked 'no' in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker?   ☑ Yes  ☐ No

• Continue below to complete application.

---

| Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| *illiams* | *Angela* | *A* | |

idence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include Box or Rural Rt.)
*2519 Dashwood Dr. Apt. 24, Houston TX. 77024*

iling Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence ess.
*2519 Dashwood Dr. Apt. 24 Houston, Tx. 77024*

te of Birth: month, day, year

Gender (Optional)
☐ Male  ☑ Female

X Driver's License No. or Personal I.D. No.
sued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or
Personal Identification Number

f no TX Driver's License or Personal Identification,
ive last 4 digits of your Social Security Number

☐ Check if you do not have a Social
Security Number

telephone Number, include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
judgment of a court of law.

X *Angela Williams*                    *12 04 07*
                                          Date
Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



TX_00002332
JA_005091

Type. VOTER   Record ID: 61439709   Imaging Dept. ID: 236774399

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State   VR17 06E p65

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

**Complete These Questions Before Proceeding**

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

||||||||| 236774399

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Alicia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24. Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address. (SAME) 77024

**Date of Birth:** month, day, year     **Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Alicia Williams_     04/16/07   Date

**Signature** of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

c: VOTER Record ID: 61439709 Imaging Dept. ID: 136774399

For Assistance:
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

16 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

*Houston* , TX *77024*           (ZIP CODE)

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002334

Type: VOTER    Record ID: 61440137    Imaging Dept. ID: 236958146

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in



236958146

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

| Prescribed by the Office of the Secretary of State | VR.17.86E.p65 |
| --- | --- |
| For Official Use Only | |
| Hou.r 17 | |

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☒New ☐Change ☐Replacement

Are you a United States Citizen?   ☒Yes ☐No

Will you be 18 years of age on or before election day?   ☐Yes ☐No

Are you interested in serving as an election worker?   ☒Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
| --- | --- | --- | --- |
| Williams | Cindy | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwm Dr. Apt 24 Houston, TX

Mailing Address: Street Address and Apartment Number and P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same                                    77024

| Date of Birth: month, day, year | Gender (Optional) ☐Male ☒Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. |
| --- | --- | --- |

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☒Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☒Check if you do not have a Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation; or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

X _Cindy Williams_                 Date 04/16/01

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

PRESORTED
FIRST CLASS

THE HONORABLE PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS 77253-3527



UNITED STATES POSTAGE
02 1A
0004340375
MAILED FROM ZIPCODE 18101
$ 00.308
APR 24 2007
PITNEY BOWES

NO POSTAGE
... ED
...ARY
...ATES

*Fold on line and seal before mailing*

General Information

• Your voter registration...
... days after it is received.
• If you move to anot...
... re-register in the coun...
whichever is later.
• If you decline to regis...
you have declined t...
confidential and will b...
tion purposes. If you...
identity of the office (if...
submitted a voter regi...
remain confidential and...
registration purposes.
• You must provide your...
personal identification...
have a driver's license o...
number, then give the...
social security number...
of these identification:

For Assistance
Call your local Voter Registrar or
Office of the Secretary of S
Toll Free. Si necesita asiste
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

POSTAC...

REG
COUN...
(CITY...

TX_00002336

pe: VOTER  Record ID: 61440137  Imaging Dept. ID:

JA_005095

TX_00002336

Type: VOTER    Record ID: 61440111    Imaging Dept. ID: 236958137

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.


236958137

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR 17.04E.p43

For Official Use Only

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?    ☑ Yes ☐ No

Will you be 18 years of age on or before election day?    ☑ Yes ☐ No

Are you interested in serving as an election worker?    ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Larry | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
SAME    77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Larry Williams    04.16.07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.    Date

:: VOTER Record ID: 61440111 Imaging Dept. ID: 236958137

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free; *Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS RE**
FIRST CLASS MAIL PERMIT

POSTAGE WILL BE PAID BY AD

REGISTRAR OF VOTE
COUNTY COURTHOUSE
(CITY)

$ 00.

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

*Fold on line and*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of you social security number or if you do not have an of these identification numbers, then you mus

ppropriate box on the

**ment**

driver's license or a
u will be required to
you vote in person or
ntification with your
Instead, you may en-
following with this
tion. Identification
d ID; a copy of a cur-
tement; government
government document
address.

ponible en Español.
rgo a la oficina del
1-800-252-8683 para
Español.

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas 78711-2060

THE STATE OF TEXAS

Type: VOTER    Record ID: 61440095    Imaging Dept. ID: 236772006

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State.    VR17.06E.p65

| For Official Use Only |
| Harris 17 |

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

||||||| (barcode)
236772006

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
| Williams | Willie | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
8519 Dashwood DR. Apt 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP Code. If mail cannot be delivered to your residence address.
Same    77084

**Date of Birth:** month, day, year

**Gender (Optional)** ☑Male ☐Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Willie Williams_    Date 04/16/07

**Telephone Number, Include Area Code** (Optional)

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

PRESORTED
FIRST CLASS

General Information

• Your voter registration will ... days after it is received or o ... whichever is later.

• If you move to another ... re-register in the county of ...

• If you decline to register ... you have declined to ...

• You must provide your ... personal identification n ... number, then give the l ... have a driver's license or ... of these identification nu ...

THE HONORABLE PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS 77253-3527

REGIST ...
COUNTY ...
(cm)

POSTAGE W ...

$ 00.30⁸
000634015   APR 24 200...
02 1A
MAILED FROM ZIP CODE 1870...

BUS
FIRST CLA...
UNITED ST...

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llama gratis al:
1-800-252-VOTE(8663)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Fold on line and seal before mailing

**ORDER DEFERRING ADJUDICATION OF GUILT**

CAUSE NO. _863323_

| THE STATE OF TEXAS | IN THE _183rd_ DISTRICT COURT |
| VS. | |
| _Janice Denise Shelvin_ | COUNTY CRIMINAL COURT |
| (Name of Defendant) | AT LAW NO. _____ |
| AKA _N/A_ | OF HARRIS COUNTY, TEXAS |

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

| Date of Order: _9-13-01_ | Date of Offense: _4-6-00_ |

Attorney for State: _Nicole Deborde_

Attorney for Defendant: _Chip Lewis_ ☐ Defendant Waived Counsel

Offense: ~~3~~ _purportedly acting as agent_

☐ A MISDEMEANOR, CLASS: A   B   C   ☒ A FELONY, DEGREE: SJ  (3rd)  2nd  1st

Terms of Plea Bargain (In Detail): ~~(illegible)~~

_3 yrs. DAOJ / $500 fine / 200 hrs. C.S / LOA_

---

**(Circle appropriate selection – N/A = not available or not applicable)**

| Plea to Enhancement Paragraph(s): | 1st Paragraph True | Not True (N/A) | 2nd Paragraph True | Not True (N/A) | Charging Instrument: | Complaint | Indictment | Information |

| Findings on Enhancement(s): | 1st Paragraph True | Not True (N/A) | 2nd Paragraph True | Not True (N/A) | Plea: (Guilty) | Nolo Contendere |

**Affirmative Findings:**

Deadly Weapon: Yes | No (N/A)   Family Violence: Yes | No (N/A)   Victim Selected by Bias/Prejudice: Yes | No (N/A)   Victim Younger Than 17 years: Yes | No (N/A)   Controlled Substance Used to Commit Crime: Yes | No (N/A)

ADJUDICATION OF GUILT DEFERRED

DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR: _3_ DAYS / MONTHS (YEARS)

DEFENDANT ASSESSED A FINE IN THE AMOUNT OF $ _500.00_

☐ SEE SPECIAL INSTRUCTIONS, incorporated herein by reference

| Time Credited: _N/A_ | days toward incarceration _N/A_ | days toward fine and costs _N/A_ | days toward incarceration, fine and costs _N/A_ | COURT COSTS $ _197.25_ |

**(Mark appropriate selections below, if applicable)**

☐ Name changed from _N/A_

☐ Judgment Addendum incorporated herein by reference.

☐ It is ORDERED by the Court, that any weapon(s) seized in this case is/are hereby forfeited.

☐ In accordance with Section 12.44(b), Penal Laws of Texas, the Court authorizes the prosecuting attorney to prosecute this cause as a Class A misdemeanor.

S:\FormsLib\Crim\Cms\Combined Deferred Adjudication   1 of 2   07/10/01



This cause being called for trial in Harris County, Texas, unless otherwise referenced, the State appeared by her District Attorney as named above and the Defendant, named above appeared in person with Counsel as named above, or the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above in writing in open court, and both parties announced ready for trial. The Defendant elected to proceed under Art. 42.12, 5(a) C.C.P., and in open court, jury having been waived, the Defendant pleaded as indicated above.

Thereupon, the Defendant was admonished by the Court of the consequences of the said plea, and the Defendant persisted in entering said plea, and it plainly appearing to the Court that the Defendant was mentally competent to stand trial and that the Defendant was uninfluenced by any consideration of fear, or persuasion or delusive hope of pardon prompting the Defendant plead as indicated above; the said plea was accepted by the Court. The Defendant having in open court, in writing, waived the appearance, confrontation, and cross-examination of witnesses, consented to the stipulation of evidence and to the introduction of testimony by affidavits, written statements of witnesses, and any other documentary evidence; and such waiver and consent having been approved by the Court in writing and filed in the papers of the cause, the said plea of the Defendant was received and entered of record.

The trial proceeded before the Court, and after the evidence was submitted and the argument of counsel thereon, the Court found that such evidence substantiates the Defendant's guilt in this cause, and further found that the best interests of society and of the Defendant would be served by deferring proceedings without entering an adjudication of guilt and placing the Defendant on Community Supervision in this cause.

IT IS ORDERED AND ADJUDGED that in accordance with Art. 42.12, 5(a) C.C.P.; no judgment shall be entered in this cause and the Defendant is hereby placed on Community Supervision in this cause for a period as indicated above, from the date of this order, pending the Defendant's abiding by and not violating the terms and conditions of the Defendant's Community Supervision. Further, the court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of Art. 42.12, 9 C.C.P..

Signed and entered on _____ *Sept. 13ᵉᵈ, 2001* _____

_____ Joan Huffman _____
JUDGE PRESIDING

Community Supervision
Expires on: _____ 09-12-2004 _____

Notice of Appeal: _____

Mandate Received: _____

After Mandate Received, Sentence to Begin Date is: _____

Received on _____ at _____ AM | PM.
Sheriff, Harris County, Texas

By: _____ Deputy

Entered _____
Verified _____
LCBT _____
LCBU _____

SPECIAL INSTRUCTION OR NOTES: _____

_____
_____
_____
_____
_____

Defendant's

TX_00002342

## CONDITIONS OF COMMUNITY SUPERVISION

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 183rd DISTRICT COURT OF |
| VS. | HARRIS COUNTY, TEXAS |
| JANICE DENISE SHELVIN | CAUSE NUMBER 863323 |

On this the 13TH day of SEPTEMBER, 2001, you are granted 3 years community supervision for the felony offense of PURPORTS TO ACT AS A VOTER AGENT in accordance with section 5 of Article 42.12, Texas Code of Criminal Procedure, in the 183rd District Court of Harris County, Texas, by the Honorable JOAN HUFFMAN, Judge Presiding.   It is the order of this Court that you abide by the following Conditions of Community Supervision:

(1)   Commit no offense against the laws of this or any other State or of the United States.

(2)   Avoid injurious or vicious habits.   You are forbidden to use, possess, or consume any controlled substance, dangerous drug, marijuana, alcohol or prescription drug not specifically prescribed to you by lawful prescription. You are forbidden to use, consume, or possess alcoholic beverages.

(3)   Avoid persons or places of disreputable or harmful character, specifically:   _____.

(4)   Report immediately in person, to the Community Supervision Officer for the 183rd District Court on the 13TH day of SEPTEMBER, 2001 and continue to report to the Community Supervision Officer on the 13TH of each month thereafter or as directed by the Community Supervision Officer for the remainder of the supervision term unless so ordered differently by the Court.   APPOINTMENTS WILL NOT BE RESCHEDULED UNLESS APPROVED BY THE COURT THROUGH THE COMMUNITY SUPERVISION OFFICER

(5)   Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(6)   Abide by the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCS&CD).   Refrain from disorderly conduct, abusive language or disturbing the peace while present at any HCCS&CD office or facility.

(7)   Work faithfully at suitable employment and present written verification of employment (including all attempts to secure employment) to your Community Supervision Officer on each reporting date.   You must notify HCCS&CD within 48 hours of any change in your employment status.

(8)   Remain within a specified place, to wit: Harris County, Texas, or ____.   You may not travel outside of Harris County, Texas, or ____ unless you receive prior written permission from the Court through your Community Supervision Officer.   You must notify HCCS&CD within 48 hours of any change of residence.

(9)   Support your dependents as required by law.   Provide your Community Supervision Officer with a certified copy of all Court orders requiring payment of child support.

(10)   Submit to RANDOM urine specimen analysis by authorized personnel of HCCS&CD, including any department having courtesy supervision jurisdiction.   Provide proof of any medication legally prescribed to you prior to submitting a specimen.

(11)   Participate in the HCCS&CD Community Service Restitution Program (CSRP).   You shall perform a total of 200 hours, at the rate of 15 hours per MONTH beginning OCTOBER 13, 2001.

Page 1 Conditions of Community Supervision
Revised: September 13, 2001

## CONDITIONS OF COMMUNITY SUPERVISION

FOR:  JANICE DENISE SHELVIN                                 CAUSE NUMBER: 863323

(12)    Pay the following fees through HCCS&CD as specified herein.  All payments MUST be in the form of a money order or cashier's check.  Personal checks will not be accepted.

    12.1    Pay a **Supervision Fee** at the rate of $40.00 per month for the duration of your community supervision beginning OCTOBER 13, 2001 to HCCS&CD.

    12.2    Pay a **Fine** of $500.00 and **Court Costs** of $197.25 at the rate of $25.00 per month beginning OCTOBER 13, 2001 to Harris County through HCCS&CD.  You are given credit for 0 days.

    12.3    Pay **Laboratory Fees** of $5.00 per month for the duration of your community supervision beginning OCTOBER 13, 2001 to HCCS&CD.

    12.4    Pay a $10.00 fee for an **Offender Identification Card** by OCTOBER 13, 2001 to HCCS&CD.

    12.15   Pay $50.00 to the **Crime Victims Compensation Fund** at the rate of $50.00 beginning OCTOBER 13, 2001 through HCCS&CD.

(13)    Report in person to HCCS&CD by OCTOBER 13, 2001 for the purpose of creating and obtaining your **Offender Identification Card**.  You are to carry this identification card on your person at all times.

(14)    Submit to an **alcohol/drug evaluation through the Treatment Alternative to Incarceration Program (TAIP)** by NOVEMBER 13, 2001, and at anytime thereafter as directed by your Community Supervision Officer.  Attend treatment and aftercare as recommended.  Comply with all program rules, regulations and guidelines until successfully discharged or released by further order of the Court.  On each reporting date, submit written verification of your enrollment, attendance and/or successful completion of the program to your Community Supervision Officer, to be retained in HCCS&CD's file.

(15)    Participate in the HCCS&CD **Maximum Supervision Program** any time that you are assessed by HCCS&CD to require maximum supervision.  Comply with all program rules, regulations and guidelines until successfully discharged or released by further order of the Court.

(16)    Submit to an evaluation of your **educational skill level** by NOVEMBER 13, 2001.  If it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this State, you shall participate in the HCCS&CD program that teaches functionally illiterate persons to read.

(17)    You are not to lie or make false statements to any employee of HCCS&CD beginning SEPTEMBER 13, 2001.

(18)    You will not use, ingest, or consume any substance that will alter or adulterate any urinalysis results.

(19)    No mail-in reporting permitted except with the permission of the Court.

(20)    Do not enter into any agreement to work or act as a peace officer, law enforcement official or security guard of any law enforcement agency without the permission of the Court.

Page 2 Conditions of Community Supervision
Revised:  September 13, 2001

## CONDITIONS OF COMMUNITY SUPERVISION

FOR: <u>JANICE DENISE SHELVIN</u>                    CAUSE NUMBER: <u>863323</u>

I understand that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may alter or modify said conditions during the period of Community Supervision. I further understand that failure to abide by these Conditions of Community Supervision may result in the revocation of Community Supervision or an adjudication of guilt.

Signed this <u>13TH</u> day of <u>SEPTEMBER</u> A.D. <u>2001</u>

Community Supervision expires the <u>12TH</u> day of <u>SEPTEMBER</u> A.D. <u>2004</u>

JANICE DENISE SHELVIN, DEFENDANT

JOAN HUFFMAN, PRESIDING JUDGE

GLENN LOETHEN, COURT LIAISON OFFICER

<u>SEPTEMBER 13, 2001</u>
DATE

SPN: <u>01500181</u>

PLEA: <u>GUILTY</u>



Defendant's Right Thumbprint

Page 3 Conditions of Community Supervision
Revised: September 13, 2001



CAUSE NO. <u>863323</u>

THE STATE OF TEXAS                            IN THE <u>183RD</u>  DISTRICT COURT

VS.                                           OF

JANICE DENISE SHELVIN                         HARRIS COUNTY, TEXAS

<u>1ST</u> ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION

On this the ___<u>5TH</u>___ day of __<u>December</u>_____ 2001, the Court finds
that the Order placing the Defendant on community supervision in Cause No. <u>863323</u>, should
be, and the same is hereby amended by changing condition(s) of community supervision in said
Order as follows, to wit;

**ADD:**

(00)    Write a **letter of apology** to the complainant, <u>PAUL BETTENCOURT</u> and submit it to your
        Community Supervision Officer in a stamped unsealed envelope for review by the Court and
        mailing to the complainant by <u>DECEMBER 13, 2001</u> The letter of apology will be submitted to the
        Court for review through your Community Supervision Officer prior to HCCS&CD mailing the
        letter to the complainant.

All other terms and conditions of community supervision shall remain in full force and effect as
heretofore ordered.

Signed this ___<u>5TH</u>___ day of __<u>December</u>_____ 2001.

_____
JOAN HUFFMAN

I acknowledge receipt of a copy of the conditions of my supervision as modified and further
acknowledge that a Harris County Community Supervision Officer has explained said
modification.

Dated: ___**DEC – 5 2001**___

_____
JANICE DENISE SHELVIN, DEFENDANT

_____
COMMUNITY SUPERVISION OFFICER

_____
RIGHT THUMBPRINT

<u>1ST</u> ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION
Revised 10/11/01
<u>JANICE DENISE SHELVIN</u>
CAUSE No. <u>863323</u>

- 1 -



CauseNo. 086332301010

## THE STATE OF TEXAS

**v.**

JANICE DENI SHELVIN , DEFENDANT



**183**    **District Court**

**Harris County, Texas**

### ORDER AFFECTING COMMUNITY SUPERVISION

After considering the community supervision officer's recommendation and other evidence, the presiding judge FINDS that the Defendant ☒ has ☐ has not satisfactorily fulfilled the conditions of supervision imposed by the court under The Texas Code of Criminal Procedure and / or Chapter 481 of the Texas Health and Safety Code:

<u>**MOTION DENIED**</u>

☐ The defendant has not satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

☐ Accordingly, the Court ORDERS defendant's motion to modify community supervision denied.

<u>**MOTION GRANTED**</u>

**Full Term**

☒ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

**Early Termination**

☐ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for two (2) years or for more than one-third (1/3) of the time to which defendant was sentenced to community supervision.

**Deferred Adjudication**

☐ The best interests of the defendant and society will be served by the early termination of defendant's supervision period.   The Court has not proceeded to an adjudication of guilt during the period of supervision.

**Conditional Discharge**   ☐ ☐ _____

**Other Comments**   ☐ ☐ _____

Accordingly, the Court ORDERS defendant's community supervision terminated. The Court further ORDERS, ADJUDGES AND DECREES that

☒ The defendant is discharged according to law.

Date signed:  9/20/04

Judge Presiding, _____ **183** _____ District Court

Harris County, Texas



TX_00002347
JA_005106

TX_00002347

CAUSE NO. 863323

THE STATE OF TEXAS         IN THE 183RD DISTRICT COURT

VS.                              OF

JANICE DENISE SHELVIN       HARRIS COUNTY, TEXAS

### 1ST ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION

On this the _____5TH_____ day of _December_____ 2001, the Court finds that the Order placing the Defendant on community supervision in Cause No. 863323, should be, and the same is hereby amended by changing condition(s) of community supervision in said Order as follows, to wit;

**ADD:**

(00)     Write a **letter of apology** to the complainant, PAUL BETTENCOURT and submit it to your Community Supervision Officer in a stamped unsealed envelope for review by the Court and mailing to the complainant by DECEMBER 13, 2001 The letter of apology will be submitted to the Court for review through your Community Supervision Officer prior to HCCS&CD mailing the letter to the complainant.

All other terms and conditions of community supervision shall remain in full force and effect as heretofore ordered.

Signed this _5TH_____ day of _December_____ 2001.

_____
JOAN HUFFMAN

I acknowledge receipt of a copy of the conditions of my supervision as modified and further acknowledge that a Harris County Community Supervision Officer has explained said modification.

Dated:   **DEC - 5 2001**

_____
JANICE DENISE SHELVIN, DEFENDANT

_____
COMMUNITY SUPERVISION OFFICER

_____
**RIGHT THUMBPRINT**

1ST ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION
Revised 10/11/01
JANICE DENISE SHELVIN
CAUSE No. 863323

- 1 -



CauseNo. 086332301010

# THE STATE OF TEXAS

### v.

### JANICE DENI SHELVIN , DEFENDANT

**183** **District Court**

**Harris County, Texas**

### ORDER AFFECTING COMMUNITY SUPERVISION

After considering the community supervision officer's recommendation and other evidence, the presiding judge FINDS that the Defendant ☒ has ☐ has not satisfactorily fulfilled the conditions of supervision imposed by the court under The Texas Code of Criminal Procedure and / or Chapter 481 of the Texas Health and Safety Code:

**MOTION DENIED**
☐ The defendant has not satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

☐ Accordingly, the Court ORDERS defendant's motion to modify community supervision denied.

**MOTION GRANTED**

**Full Term**
☒ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

**Early Termination**
☐ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for two (2) years or for more than one-third (1/3) of the time to which defendant was sentenced to community supervision.

**Deferred Adjudication**
☐ The best interests of the defendant and society will be served by the early termination of defendant's supervision period. The Court has not proceeded to an adjudication of guilt during the period of supervision.

**Conditional Discharge** ☐ ☐ _____

**Other Comments** ☐ ☐ _____

Accordingly, the Court ORDERS defendant's community supervision terminated.

The Court further ORDERS, ADJUDGES AND DECREES that

☒ The defendant is discharged according to law.

Date signed: 9|20|04



Judge Presiding,   **183**   District Court
Harris County, Texas

Created by CGerman                                                          1

Tuesday, October 10, 2000

Volunteer Deputy:  Doraine Slaughter # 3347

Lillie Wright (Mail desk Team Leader) came to me with some voter registration
applications that were being submitted by Doraine Slaughter, Volunteer Deputy # 3347.
Some of the applications dated as far back as March of this year.  Lillie questioned
whether or not we could accept these applications since they were so old.

I advised Lillie that we would probably still take them, but we should consult with Marty
to be certain on how to handle them.

Lillie and I went to Marty with this situation and Marty wanted to speak directly with Ms.
Slaughter.

Ms. Slaughter (and someone else who was with her) came into Marty's office and Marty
began conversing with Ms. Slaughter:

*Marty*:  Why were you so late in submitting these applications to us?

*Ms. Slaughter*:  Not all of these are mine; I was just turning these in for someone else.

*Marty*:  Who?

*Ms. Slaughter*:  They were having a drive at TSU.

*Marty*:  Do you know this person's name?

*Ms. Slaughter*:  Yes, but I can't think of it right now.  There was a drive over at TSU and
there was paperwork and coping to be done with them…and I'm just bringing them in.

*Chris:*  You copied them…why would you need to copy them?  You need to be careful
about copying applications.  Some of this information, the registrar is not allowed to
copy…and since you are a volunteer deputy for this office, you need to be careful when
copying applications.

*Marty:*  It's ok to copy the report sheets for your records…we even tell you to keep
copies of them when we deputize you.

*Marty:*  Whose deputy number is this on the cards?

*Ms. Slaughter*:  Oh, that is my number.

*Marty:*  If you did not take the cards, why did you put your number on them…why didn't
the deputy that took them put their number on them…and why are they on your report
sheet?

Created by CGerman                                                          2

*Ms. Slaughter*:  I didn't have another sheet, so I just put them all on mine.

*Marty*:  Ok, we will have to process them, but next time, you must submit them to this office within 5 days.  That's per Secretary of State.

*Ms. Slaughter*:  All right.

*Marty*:  Do you know the name of this other volunteer deputy?

*Ms. Slaughter*:  Yes, but I can't think of it off hand.  I have it written down at home.

*Marty*:  Will you call me back with that person's name?

*Ms. Slaughter*:  Yes.

*Marty*:  I really need that other person's name.  So we can contact them and let them know not to hold applications this long.

*Ms. Slaughter*:  I'll call you tomorrow.


Marty thanked Ms. Slaughter and she departed.



COPY



## Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

November 3, 2000

Ms. Janice Shelvin
Volunteer Deputy Number Z-1841
6826 Heath
Houston, TX 77016

Dear Ms. Shelvin:

Your performance does not conform to your duties as defined by the Texas Election Code, Section 13.042. That section of the Election Code requires a volunteer deputy registrar to deliver in person all completed applications to the registrar not later than 5 p.m. of the fifth day after the date the application is submitted to the volunteer deputy registrar.

Your Volunteer Deputy Number, Z-1841, appears on several Voter Registration Applications currently under challenge. Furthermore, under the terms of Texas Election Code, Section 13.043 you failed to deliver completed Voter Registration Applications in a proper and timely manner. An offense under Section 13.043 is a Class C misdemeanor.

Therefore, your appointment as a volunteer deputy registrar is hereby terminated under the terms of Texas Election Code, Section 13.036 (b).

You must stop all activity as a volunteer deputy registrar immediately and return your certificate of appointment, registration applications, and any other volunteer deputy forms/supplies in your possession to my office no later than the second day after the date you receive this termination notice. From this day forward, any voter registration application received from you will be rejected by my office.

Should you have any questions concerning the matters presented in this letter, please contact Marty Morrison, Director of Voter Registration, at (713) 368-2323.

Sincerely,

Paul Bettencourt
Tax Assessor-Collector and Voter Registrar
Harris County, Texas

PB:kil



# Paul Bettencourt

*Harris County Tax Assessor - Collector*
*www.tax.co.harris.tx.us*

December 14, 2000

Mr. Jim Britt
Lieutenant Investigator
1201 Franklin, Suite 600
Houston, TX 77002

Subject:     **Correction To My Letter Dated 12/08/00**
Reference:   Voter Registration Investigation

Dear Mr. Britt:

Please find copies of the following attached information made available to District
Attorney office for the subject investigation:

    1)    Volunteer Deputy Registrar termination letters for Ms. Slaughter and
        Ms. Shelvin with a U.S. Post Office *return receipts for both.*

    2)    Hearing Notice of Challenge Application minutes for Ms. Sneed,
        Ms. Williams, and Ms. Zenon in which all three indicated the signature
        on the latest voter registration card was not their own.

    3)    Copies of *sixty-one* U.S. Post Office certified mail receipts from Harris
        County Tax Office Voter Registration challenge letter.

    4)    *Twenty-seven* U.S. Post Office Domestic Return Receipts from
        Item 3, Harris County Tax Office mailing.

    5)    Thirty-four copies of returned certified mail envelopes from Item 3, Harris
        County Tax Office mailing.

All originals are available for your inspection at any time.   Please contact Marty
Morrison at 713-368-2323 if you have any further requirements.

Sincerely,

Paul Bettencourt
Harris County Tax Assessor-Collector

cc:     Ms. Marty Morrison, Director Voter Registration – Harris County Tax Office

Section 13.076, V.T.C.A., Election Code
1/86



## Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

### REQUEST FOR HEARING

I, *Chanerial Sneed*, do hereby request a hearing to determine my eligibility for voter registration.

*Chanerial Sneed*
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_____
Printed Name of Witness

_____
Signature of Witness

or, *Paul Bettencourt*          10/30/00
_____          7:15 pm
Residence Address of Witness    Title of Witness if an Election Official

Statement: *2nd Revisions card not her signature. First card still valid*

Instruction:
If the person required to sign this document cannot sign his/her name because of physical disability or illiteracy, he/she must affix his/her mark to the document or paper and a witness must attest the mark. If the person cannot make his/her mark, the witness must state that fact on the document or paper.

Instruction to Applicant:
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the 10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

Section 13.036, V.T.C.A., Election Code
1/86



# Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

## REQUEST FOR HEARING

I, _Tessia Zenon_ , do hereby request a hearing to determine my eligibility
for voter registration.

_Tessia Zenon_
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the
person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_Deborah Ann Bell Smith_
Printed Name of Witness

_Debrah And Bell Smith_
Signature of Witness

_5508 Marwood_ or, _Paul Bettencourt_
Residence Address of Witness          Title of Witness if an Election Official

Statement: _2nd Registration Card Not her Signature. 1st and Correct_

Instruction:
If the person required to sign this document cannot sign his/her name because of physical disability or
illiteracy, he/she must affix his/her mark to the document or paper and  a witness must attest the mark. If the
person cannot make his/her mark, the witness must state that fact on the document or paper.

Instruction to Applicant:
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of
the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail
you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the
10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

Prescribed by Secretary of State
Section 13.076, V.T.C.A., Election Code
1/86



# Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

## REQUEST FOR HEARING

I, _Leitra Jo Ann Williams_ do hereby request a hearing to determine my eligibility for voter registration.

_____
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_____
Printed Name of Witness

_____
Signature of Witness

_____          or, _____
Residence Address of Witness                   Title of Witness if an Election Official

Statement: _Do Cnd Not Ms williams nt her signature . PB_

Instruction:
If the person required to sign this document cannot sign his/her name because of physical disability or illiteracy, he/she must affix his/her mark to the document or paper and a witness must attest the mark. If the person cannot make his/her mark, the witness must state that fact on the document or paper.

Instruction to Applicant:
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the 10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

TX_00002356
TX_00002356

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Deborah Acosta
4210 Cavalcade # 4
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Stephanie Alexander
5014 Salina
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Angela Allen
6610 Wileyvale
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Shameka Allen
3022 Bringhurst
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Shameka Allen
8819 Forest Hollow
Houston, TX 77078

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Johnnie Ashworth
4218 Wipprecht
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

TX_00002357
JA_005116

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Ieicha Bedford
2324 Bringhurst
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Vanessa Brunch
6579 Beeckman
Houston, TX 77021

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Brandi Cash
9500 Dessau Rd # 1526
Austin, TX 78754

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Mamie Cussell
4210 Bertwood
Houston, TX 77016

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Rosalind Dawett
2401 Hutton
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Melissa Deason
12842 Bamboo Trail
Houston, TX 77044

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Laura Francis
4202 Liberty Rd
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Terry Freeman
4202 Liberty Rd.
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

COPY

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Maria Garcia
4013 Eddie
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Tomitria Gaston
4206 New Orleans
Houston, TX 77020

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (to be completed by mailer)
Ms. Bettye Gilford
3810 Pickfair
Houston, TX 77026

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Adrienne Hall
5422 San Juan
Houston, TX 77020

TX_00002359
JA_005118

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Charles Harris
5030 Teton
Houston, TX 77030

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Rachel Hemphill
6240 Antoine # 194
Houston, TX 77091

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Raquel Hemphill
7313 Northline
Houston, TX 77076

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ernestina Hernandez
3719 Lila
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Rosa Hernandez
2110 Pannell
Houston, TX 77026

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Latasha Howard
4000 Watonga # 1808
Houston, TX 77092

TX_00002360
JA_005119

TX_00002360

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Jennifer Irving
3503 Love
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Andera Jackson
4813 Leffingwell
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ida Jenkins
4817 Wayne
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ollie Jordan
6822 Twetenhaven
Houston, TX 77016

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Maria Joya
3210 Kashmere
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Stacey Lewis
3108 Memel
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Shanna Marshall
3907 Ranch
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Regina Mathis
5300 Coke # 33
Houston, TX 77020

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Joyce McClemore
4810 Pickfair
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Juawana McField
2822 Greggs
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Andrette McKelvey
6826 Heath
Houston, TX 77016

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Virginia Melendez
3719 Lila
Houston, TX 77026

TX_00002362
JA_005121

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Ms. Dorothy Mitchell
7818 Sandy
Houston, TX 77028

PS Form 3800, Feb...                See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Maria Negrette
3802 Lee
Houston, TX 77026

PS Form 3800, February 2000              See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Ms. Tameka Norton
7440 Touchstone
Houston, TX 77028

PS Form 3800, February 2000              See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Barbara Oneil
6826 Heath
Houston, TX 77016

PS Form 3800, February 2000              See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Ms. Erika Palmer
4415 Hirsch
Houston, TX 77026

PS Form 3800, Feb...                See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Ms. Luora Patrick
6202 Spaulding
Houston, TX 77028

PS Form 3800, February 2000              See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Arlesia Pickens
3813 Wipprecht # 3
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

7000 0600 0024 3394 9385

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Ms. Ina Rankins
4421 Noble
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | | |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Carnadia Rice
4720 Parker Rd # 3
Houston, TX 77093

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5746

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Chanerial Sneed
4302 Sayers
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Ms. Marcella Stephens
5700 Lost Forest # 1805

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 6156

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Carolyn Teechia
3803 Lila # 4

TX_00002364

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Diedra Tyrone
8800 Fondren # 208
Houston, TX 77074

PS Form 3800, February 2000          See Reverse for Instructions

---

COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Lurice Walton
550 Normandy # 2612
Houston, TX 77015

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Fannie Ward
4014 Lavender # 15
Houston, TX 77026

PS Form 3800, February          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Deitra Williams
6400 Hirsch
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Recipient's Name (Please ... to be completed by mailer)

Ms. Erica Williams
4210 Sharon
Houston, TX 77020

PS Form 3800, February          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Mr. Jerard Williams
6610 Wileyvale
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. LaDonna Williams
10030 Valley Falls
Houston, TX 77078

PS Form 3800, February 2000                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0600 0024 3394 6217

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Paul Williams
4813 Leffingwell
Houston, TX 77026

PS Form 3800, February 2000                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Ruthie Williams
3808 Buck
Houston, TX 77020

PS Form 3800, February 2000                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0600 0024 3394 5607

Ms. Sirena Williams
4210 Sharon
Houston, TX 77020

PS Form 3800, February 2000                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Samantha Wilson
4212 Gunter

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0600 0024 3394 6361

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Joycelyn Wyatt
1919 Runnels

TX_00002366
JA_008125

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0600 0024 4394 4255

Ms. Tessia Zenon
2706 Staples
Houston, TX 77026

PS Form 3800, February 2000                          See Reverse for Instructions

**COPY**

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write ''Return Receipt Requested'' on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

MS. Doraine Slaughter
3438 Tidewater Dr.
Houston, TX 77045

(VOl. Dep. # 2-3347)

4a. Article Number

7000 0600 0024 3394 4565

Service Type
☐ Registered        ☐ Insured
☐ Certified          ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise
☐ Date of Delivery

5. Signature (Addressee)

5. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**