**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

MS. Janice Shelun
16826 Heath
Houston, TX 77016

4a. Article Number
7000 0600 0024 3394 4558

4b. Service Type
☒ Registered       ☐ Insured
☐ Certified        ☐ COD
☐ Express Mail     ☒ Return Receipt for
                      Merchandise

7. Date of Delivery
1-9-2000

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990        ☆ U.S. GPO: 1991-287-066        DOMESTIC RETURN RECEIPT

COPY

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Rosalind Dawett
2401 Hutton
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6118

4b. Service Type
☐ Registered      ☐ Insured
☒ Certified       ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)
—10·24·00

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Laura Francis
4202 Liberty Rd
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6170

4b. Service Type
☐ Registered      ☐ Insured
☒ Certified       ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Terry Freeman
4202 Liberty Rd.
Houston, TX 77026

4a. Article Number
7000 0600 0024 3395 2126

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified  ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990  ✭U.S. GPO: 1991—287-066  **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Tomitria Gaston
4206 New Orleans
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 6163

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified  ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990  ✭U.S. GPO: 1991—287-066  **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Adrienne Hall
5422 San Juan
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 6057

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
*Adrienne Hall*

6. Signature (Agent)
*Adrienne Heigs*

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990   *U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Mr. Charles Harris
5030 Teton
Houston, TX 77030

4a. Article Number
7000 0600 0024 3394 6095

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
10-30-00

5. Signature (Addressee)
*Charles Nicol*

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990   *U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Rosa Hernandez
2110 Pannell
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6101

4b. Service Type
☐ Registered        ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise

7. Date of Delivery
10 27 00

5. Signature (Addressee)
*Rosa Maria Hernandez*

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990     ☆ U.S. GPO: 1991—287-066     **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Jennifer Irving
3503 Love
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6323

4b. Service Type
☐ Registered        ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)
*Jennifer Irving*

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990     ☆ U.S. GPO: 1991—287-066     **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Maria Joya
3210 Kashmere
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6231

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
10-25-00

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)
_Eugenia Joya_

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Stacey Lewis
3108 Memel
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6279

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Shanna Marshall
3907 Ranch
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 5739

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Virginia Melendez
3719 Lila
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6248

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
Virginia Melendez

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

**COPY**

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write ''Return Receipt Requested'' on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Maria Negrette
3802 Lee
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6149

4b. Service Type
☐ Registered          ☐ Insured
☒ Certified           ☐ COD
☐ Express Mail        ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-0

5. Signature (Addressee)
Martha Negrete

6. Signature (Agent)
MARTHA NEGRETE

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990   ✭U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write ''Return Receipt Requested'' on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Barbara Oneil
6826 Heath
Houston, TX 77016

4a. Article Number
7000 0600 0024 3394 5708

4b. Service Type
☐ Registered          ☐ Insured
☒ Certified           ☐ COD
☐ Express Mail        ☒ Return Receipt for Merchandise

7. Date of Delivery   OCT 24 2000

5. Signature (Addressee)
Barbara Oneil

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990   ✭U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Stephanie Alexander
5014 Salina
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6330

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10/28/2000

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Shameka Allen
3022 Bringhurst
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6004

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Regina Mathis
5300 Coke # 33
Houston, TX 77020

4a. Article Number
7000 0600 0024 3395 2140

4b. Service Type
☐ Registered     ☐ Insured
☒ Certified      ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
10/25/00

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form 3811, November 1990    U.S. GPO: 1991—287.066    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Andrette McKelvey
6826 Heath
Houston, TX 77016

4a. Article Number
7000 0600 0024 3394 6088

4b. Service Type
☐ Registered     ☐ Insured
☒ Certified      ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
OCT 2 4 2000

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form 3811, November 1990    U.S. GPO: 1991—287.066    **DOMESTIC RETURN RECEIPT**





**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Erika Palmer
4415 Hirsch
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 5791

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10/24/00

5. Signature (Addressee)
[signature]

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 ☆ U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Sirena Williams
4210 Sharon
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 5807

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10/24/00

5. Signature (Addressee)
[signature]

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 ☆ U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Chanerial Sneed
4302 Sayers
Houston, TX 77026

4a. Article Number
7000 0600 0024 3314 5746

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
X Chanerral Sneed

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form 3811, November 1990   ☆U.S. GPO: 1991—287-066   DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Deitra Williams
6400 Hirsch
Houston, TX 77026

4a. Article Number
7000 0600 0024 3314 5160

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form 3811, November 1990   ☆U.S. GPO: 1991—287-066   DOMESTIC RETURN RECEIPT

TX_00002380

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ms. Tessia Zenon
2706 Staples
Houston, TX 77026

4a. Article Number

7000 0600 0024 2294 6255

4b. Service Type
☐ Registered        ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990      U.S. GPO: 1991-287-066      DOMESTIC RETURN RECEIPT

| | Certificate | Last Name | First Name | DOD | Year Voted | Additional Voting Year |
|---|---|---|---|---|---|---|
| colspan Harris County Deceased Voting History | | | | | | |

| | Certificate | Last Name | First Name | DOD | Year Voted | Additional Voting Year |
|---|---|---|---|---|---|---|
| 1 | 00304006 | Arnold | James | 5/13/1993 | 3/8/1994 | |
| 2 | 02651602 | Blesener | Ambrose | 6/6/1996 | 3/10/1998 | 11/7/2000 |
| 3 | 02651602 | Bourdon | Maxine | 7/15/1991 | 11/8/1994 | |
| 4 | 03093879 | Burden | Edda | 8/26/1998 | 11/3/1998 | |
| 5 | 27680636 | Campbell | E S | 9/27/1993 | 11/5/1996 | |
| 6 | 03211703 | Coleman | Ledorse | 5/8/1995 | 11/3/1998 | |
| 7 | 00888792 | Doe | Lula | Jan 1993 | 11/3/1998 | |
| 8 | 10102986 | Furlong | Tomas | Aug 1983 | 11/5/1996 | |
| 9 | 12278172 | Guidry | John | 5/22/1994 | 4/9/1996 | 3/10/1998 |
| 10 | 09244013 | Henry | Edmond | 10/19/1994 | 11/5/1996 | |
| 11 | 03470978 | Holzwarth | Karl | 3/31/1996 | 11/3/1998 | |
| 12 | 09111295 | Kapelka | Joyce | 1/9/1998 | 11/3/1998 | |
| 13 | 01312024 | Hitching | T D | 6/29/1996 | 11/5/1996 | |
| 14 | 01658962 | Longmire | Sylvester | 11/15/1996 | 11/3/1998 | |
| 15 | 10205037 | McLean | Willis | 5/24/1995 | 3/10/1998 | |
| 16 | 01154038 | Mims | Frank | 1/26/1993 | 11/5/1996 | |
| 17 | 01688720 | Monroe | Robert | 5/31/1998 | 11/3/1998 | |
| 18 | 24852279 | Navarro | Edward | 8/15/1996 | 11/5/1996 | |
| 19 | 04538682 | Rogers | L C | 10/15/1987 | 11/4/1997 | |
| 20 | 11193695 | Rowe | John | 9/19/1990 | 11/3/1998 | |
| 21 | 37677119 | Sklar | Mendel | 1/5/1998 | 11/3/1998 | |
| 22 | 20990974 | Smith | Stella | 4/9/1997 | 3/14/2000 | |
| 23 | 26841015 | Spell | Billy | 10/20/1991 | 11/5/1996 | |
| 24 | 00746719 | Vanderlyn | J R | May 1983 | 11/5/1996 | |

TX_00002382
JA_005141



Exhibit 33

**Votec Election Management System**

Mine   Window

NEW   ADD   SAVE   EXIT   View   Prov Blts   Cancel   NVRA Dup   Polling Place   Reg Hist   View Vot Hist

Scan   Exit   Notices   Districts

| NVRA Source | Date Submitted | Status | Reason | Precinct | Sub | CERT # |
|---|---|---|---|---|---|---|
| | | CD | DEC | 0476 | -- | 304006 |

File Number          ctupdate          ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| ARNOLD | JAMES | P | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 10830 | | | SAGEWIND | DR | | | |

City HO   Zip 77089   Muni HOUSTON   Post Office HOUSTON   Address Exception CAN

**Voting History for ARNOLD**                                          ✕

|  | | Former County | Former Resid |
|---|---|---|---|

SSN4

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 0384 | 03/08/1994 | P  D | PRIMARY ELECTION |

Birth Place

Signed? Y

Privacy          More

SN   PW Interest   ID Rcvd

10/17/1999 12:00 AM

OK

Have you ever sustained any accidental bodily injury requiring medical attention?   ☐ Yes   ☐ No

If so, what type? _____

Has any member of your family ever sustained any accidenta

If so, what type? _____

ARNOLD  JAMES  P
--0030400-6--                    ☐X           ☐ N

### Make Name / Address Changes below

**HC05461812**

SEP 2 9 1990

0030400-10

James P. Arnold is deceased as of Mar 13, 1993

Business phone no. _____

Home phone no. _____  00304008

Your voter cert. no. _____

Your Texas drivers license or I.D. no. ___

Your religious preference (optional) ___

Your social security no. (optional) __

ARNOLD, JAMES P
10830 SAGEWIND DR
HOUSTON, TX 77089-3821

**SIGNATURE**

---

### APPLICATION FOR VOTER REGISTRATION CERTIFICATE

HARRIS COUNTY, TEXAS          016358                    0030400-6

068173       | AGE | 33 | SEX: | X MALE | ARNOLD  JAMES  P

☐ CHECK HERE IF SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF
AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS
RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND
CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS
APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT
THE GIVING OF FALSE INFORMATION TO PROCURE THE
REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS

|  | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
|---|---|---|---|
|  | 10830 SAGEWIND DR | 076 | 1 |
|  | HOUSTON | (IF KNOWN) |  |

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| SHOW DATE OF ARRIVAL |  |  |  |
| IF IN TEXAS LESS THAN 1 YEAR |  |  |  |
| IF IN COUNTY LESS THAN 6 MOS |  |  |  |
| IF IN CITY LESS THAN 6 MOS |  |  |  |

VOTER'S NAME  (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE)

* IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY
DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME
AND ADDRESS OR PARENT OR GUARDIAN

ARNOLD  JAMES  P
10830 SAGEWIND DR
HOUSTON          Tx

CORRECTIONS

NAME  X  X  X  X  X  X  X  X  X  X  X  X   ADDRESS  X  X  X  X  X  X  X  X  X  X  X  X  X  XX
                                                    STREET          CITY          ZIP CODE

➡  SIGNATURE OF VOTER / AGENT *
(CIRCLE ONE WHERE APPLICABLE)

* HUSBAND     WIFE     FATHER     MOTHER     SON  OR  DAUGHTER  ONLY

TELEPHONE NUMBER
(IF KNOWN)

## TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>ARNOLD, JAMES P | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>Sep 17 1938 | Date of Death<br>May 13 1993 |

*The detail view of this record will be recorded as one 'Detail look-up'*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53228543&...   5/2/2007

**Votec Election Management System**  User

Mine    Window

**Voter U**

| NEW | ADD | SAVE | EXIT EXIT | Scan View | Prov Blts | Cancel | NVRA Dup | Notices | Districts | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Polling Place | Reg Hist | View Vot Hist |

NVRA Source

| Date Submitted | Status | Reason | Precinct | Sub | CERT # |
|---|---|---|---|---|---|
| CD | DEC | 0064 | | 2651602 |

File Number    c1update    ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| BLESENER | AMBROSE | JOSEPH | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 904 | | | WOODING | | | | |

CityHO    Zip 77011    Muni HOUSTON    Post Office HOUSTON    Address Exception CAN

Mail Address
P O BOX 9164

Gender M  DOB 09/21/1912  Former County    Former Resid

**Voting History for BLESENE**    ×

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 1100 | 11/07/2000 | E | 2000 GENERAL ELECTION |
| 0398 | 03/10/1998 | E D | PRIMARY ELECTION |
| 0394 | 03/08/1994 | P D | PRIMARY ELECTION |

SSN4

Birth Place

Signed? Y

Privacy    More

PW Interest    ID Rcvd

07/20/2001 12:00 AM

```
:76720                 APPLICATION FOR VOTER REGISTRATION CERTIFICATE        0265160-2
                              HARRIS COUNTY, TEXAS    D48483    BLESENER AMBROSE J
         376720          AGE  59    SEX:  X  MALE              DATE
CHECK HERE IF SERVICEMAN OR STUDENT
```

| RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF... | | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
|---|---|---|---|---|
| | | 904 WOODING ST | 064 | |
| | | HOUSTON | | |

| | MONTH | DAY | YEAR | VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE) | CORRECTIONS |
|---|---|---|---|---|---|
| OW DATE OF ARRIVAL | | | | BLESENER AMBROSE J | |
| IF IN TEXAS LESS THAN 1 YEAR | | | | P O BOX 9164 | |
| IF IN COUNTY LESS THAN 6 MOS | | | | HOUSTON TX | |
| IF IN CITY LESS THAN 6 MOS | | | | | |
| UNDER 21, SHOW DATE OF BIRTH | | | | | |

```
X  X  X  X  X  X  X  X  X  X  X  X  X  X   X   X  X  X  X  X  X  X  X
                         ADDRESS    STREET          CITY         ZIP CODE

       Ambrose J. Blesener                    TELEPHONE NUMBER
         SIGNATURE OF VOTER/AGENT
HUSBAND    WIFE   FATHER   MOTHER   SON or DAUGHTER   ONLY
            (CIRCLE ONE WHERE APPLICABLE)
```

## TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

**JUN 1 4 1993**

OVER 65 PERMANENT EXEMPTION FROM JURY SERVICE

TEXAS DRIVER'S LIC. # _____    VOTER CERT. # 0265160-2

D.P.S. IDENTIFICATION # _____    CODE  2    DATE 5-17-93

NAME  BLESENER          AMBROSE       JOSEPH
        LAST             FIRST         MIDDLE

ADDRESS  904  Wooding    Houston  77011      CNCN 61493

DATE OF BIRTH  9-21-1912

PLACE OF BIRTH  NORTHFIELD, MINNESOTA

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF
TEXAS, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A
PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

SIGNATURE  Ambrose J. Blesener          DATE _____

Name on record  Blesener Ambrose J    Dep. KSThofer

TX_00002387
JA_005146

TX_00002387

# PublicData.com

➡**Texas Driver Detail**

| | | |
|---|---|---|
| *Name* <br> BLESENER, AMBROSE JOSEPH | | *License number* <br> ( |
| *Address* <br> 904 WOODING ST | *DOB* <br> Sep 21 1912 | *Class* <br> I |
| *City/Zip* <br> HOUSTON 77011 | *Gender* <br> Male | *Race* <br> White |
| *Height* <br> 510 | *Weight* <br> 200 | *Eye color* <br> Blue | *Hair* <br> Gray |
| *Last transaction date* <br> Nov 25 1999 | *Last transaction* <br> Delete record | |
| *Above information as provided by state - below is our annotations* | | |
| *Address (click to find others)* <br> 904 Wooding St | *City/State/Zip (click to find others)* <br> Houston , TX 77011-2604 | |

http://.../Detail?db=txdl&rec=4466053&dlnumber=HARRIS006&dlstate=CORP&id=1104493   5/10/01

# PublicData.com

➡ SSA Death Master File Detail

| Name | Social Security Number |
|------|------------------------|
| BLESENER,AMBROSE | |
| Last Known Zip Code | Date of Birth | Date of Death |
| 77261 | Sep 21 1912 | Jun 6 1996 |

0 265/602

http://w.../Detail?db=ssadmf&rec=47534351&dlnumber=006991732&dlstate=TX&id=894976   5/10/01

Object Name: pc_fileno

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

| R.C.DOCKET .SUB. | .APPLICANT'S | .ATTORNEY OF RECORD | .NATURE | .DATE OPEND. |
|---|---|---|---|---|
| C.T.NUMBER.DKT.STYLE OF PROBATE | .NAME AND ADDRESS | .AND ADDRESS | .OF PROC .MM DD YYYY.FILM CODE | |
| 3  284210  001  BLESENER AMBROSE J*O* | BLESENER RITA A | SCHULTZ MARJORIE S | PW-LT  07-18-1996  642792226 | |
| 904 WOODING ST | HOUSTON TX 77011 | 3220 LOUISIANA #201 | HOUSTON TX 77006 | |

Total lines retrieved = 2 Lines displayed = 2

Back to Inquiry        Main Menu



Voter Update [c1update 03.06]

NEW | ADD | SAVE | EXIT | Scan | View | Prev Bits | Cancel | NVRA Dup | Polling Place | Notices | Districts | Reg Hist | View Vot Hist

NVRA Source: [redacted]
Date Submitted | Status / Reason: CD DEC | Precinct: 0148 | Sub | CERT #: 3093879
File Number | c1update | ID Compliant Y

Last: BOURDON | First: MAXINE | Middle: M MRS | Former | Suffix

Residence Address
Street #: 2226 | Fract | Dir | Name: MACARTHUR | Type | Dir | Unit Type | Unit #
City HO | Zip 77030 | Muni HOUSTON | Post Office HOUSTON | Address Exception | CANP

Mail Address
City | State
Zip | Clear Mail Addr

Gender F | DOB 12/05/1910 | Former County | Further Assist
SSN | SSN4
DL# | Birth Place
Citizen Y | Signed Y
Jury | Language | Privacy | More

Registration 01/31/1976 | Eligible 03/01/1976
Transfer | Effective 10/17/2000

No TDL/ID | No SSN | PW Interest | ID Rcvd

Comments | Election Role | Updated by 000 | 10/17/2000 12:00 AM

county clerk says
last voted
11/8/1994

TX_00002391
JA_005150



0309387-9

215705208

134834

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS

054869

BOURDON MAXINE M MRS

0309387-9

134834

AGE 61 SEX: MALE ☐ FEMALE ☒ DATE 11-7-7_ 1977

☐ CHECK HERE IF SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER,* A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

| RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
|---|---|---|
| 2226 MACARTHUR<br>HOUSTON | 148<br>(IF KNOWN) | |

| EXCEPTIONS | MONTH | DAY | YEAR |
|---|---|---|---|
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENTS OR GUARDIAN.

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE.)

BOURDON MAXINE M MRS
2226 MACARTHUR
HOUSTON TX

CORRECTIONS

ZIP 77025

NAME X X X X X X X X X X X X ADDRESS X X X X X X X X X X X X X X
STREET CITY ZIP CODE 77025

TELEPHONE NUMBER

Mrs Maxine M. Bourdon

SIGNATURE OF VOTER/AGENT*
(CIRCLE ONE WHERE APPLICABLE) WIFE HUSBAND FATHER MOTHER SON OR DAUGHTER ONLY

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

TX_00002392



040822 040822

**APPLICATION FOR RENEWAL OF VOTER REGISTRATION**
**HARRIS COUNTY, TEXAS**

CERTIFICATE NO. A366688

AGE 64 | SEX [ ] MALE [X] FEMALE

DATE Jan 4, 1975 (JAN 8 1975)

FOR VOTING YEAR BEGINNING MARCH 1, 1975, AND SUCCEEDING THREE YEARS

**STATEMENT:**

I CERTIFY THAT I AM A CITIZEN OF THE UNITED STATES AND AM STILL A QUALIFIED ELECTOR OF HARRIS COUNTY, TEXAS. BY RETURNING THIS SIGNED STATEMENT TO THE REGISTRAR, I WILL BE REGISTERED FOR THE THREE (3) SUCCEEDING VOTING YEARS BEGINNING MARCH 1, 1975.

I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

RESIDENT ADDRESS–DO NOT USE P.O. BOX: 2226 MACARTHUR HOUSTON

PRECINCT NO.: 148

VOTERS NAME; MAILING ADDRESS: BOURDON MAXINE M MRS 2226 MACARTHUR HOUSTON TX 77025

CORRECTIONS

SOCIAL SECURITY NUMBER | TELEPHONE NUMBER

Maxine M. Bourdon
SIGNATURE OF VOTER/AGENT
HUSBAND WIFE, FATHER, MOTHER, SON OR DAUGHTER

JANUARY 29

THIS STATEMENT MUST BE RETURNED TO THE VOTER REGISTRAR BY MARCH 1, 1975 FOR CONTINUOUS REGISTRATION

SEE OTHER SIDE

215705191

0309387-9

0309387-9    215705182

OVER 65
PERMANENT EXEMPTION   DEC 31 1979
FROM JURY SERVICE

CERT #

CODE __Y__   DATE 12-17-79

NAME _Bourgeois_ _Mrs. Maurice_ _M_
        Last        First      Middle

ADDRESS _2626 MacArthur_ _Houston_ _Texas_ _77030_
          Street          City    State    Zip

In accordance with Article 2137a, Revised Civil Statutes of
Texas, I affirm that I am over 65 years of age and desire a
permanent exemption from jury service on that ground.

_Mrs Maurice M Bourdeau_
Signature

Date signed
10-27-79

0309387-9     21570547?

I hereby confirm that BOURDON MAXINE M MRS is:

☐ Deceased.

☑ Not deceased and the information is inaccurate.

Signature *Bertha K Bourna*

My relationship to BOURDON MAXINE M MRS is: *daughter*

Date *8-24-00*

0309387-9

Please complete this form and return to:

Paul Bettencourt
Tax Assessor-Collector
P. O. Box 3527
Houston, TX 77253-3527

Re: Voter Registration Notice

215705173

030 9387-9

0309387-9

Last Voted

11/8/94

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>BOURDON,MAXINE M | Social Security Number | Verify/Proof<br>none found | Last Known ZIP Code<br>77030 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>none found | Date of Birth<br>Dec 5 1910 | Date of Death<br>Jul 15 1991 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

TX_00002396
JA_005155

TX_00002396

2768063-6          215840240

**VOTER REGISTRATION APPLICATION (SOLICITUD PARA REGISTRO DE VOTANTE)** W1782   76-8063-6

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.

| Last Name (Apellido) | First Name (NOT HUSBAND'S) (Nombre de Pila (NO DEL ESPOSO) | Middle Name (if any) (Segundo Nombre si alguno) | Maiden Name (Apellido de Soltera) 319 |
|---|---|---|---|
| BURDEN | EDDA | ROSE | MEDLHAMMER |

| Sex (Sexo) | Date of Birth (Fecha de Nacimiento) month, day, year | Place of Birth (Lugar de Nacimiento) city or county / state or foreign country | County (Condado) | Address of Former Residence |
|---|---|---|---|---|
| F | 12-28-43 | COPP-HOLHEIM GERMANY | | |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP.
4323 BROOKFIELD Houston, TX 77045

Mailing Address, City, State and ZIP

Precinct Number

The applicant is a citizen of the United States and a resident of this county...

X Edda Burden

Signature of Applicant or Agent or Printed Name if Signed by Witness

Court of Naturalization if Applicable    OCT 29 1990

FOR AGENT (PARA AGENTE)

FOR WITNESS (PARA TESTIGO)

TX_00002398
JA_005157

TX_00002398

2768063-6          215840231

**VOTER REGISTRATION APPLICATION** *(SOLICITUD PARA REGISTRO DE VOTANTE)*

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.
*(POR FAVOR COMPLETE LA SIGUIENTE INFORMACION. ESCRIBA EN LETRA DE MOLDE CON TINTA O ESCRIBA A MAQUINA)*

| For Office Use | PCT | CSII | EDR |
|---|---|---|---|

| Last Name *(Apellido)* | First Name (NOT HUSBAND'S) *(Nombre de Pila) (NO DEL ESPOSO)* | Middle Name (If any) *(Segundo Nombre) (si tiene)* | Maiden Name *(Apellido de Soltera)* |
|---|---|---|---|
| BURDEN | EDDIA | ROSE | Medlhammer |

| Sex *(Sexo)* | Date of Birth *(Fecha de Nacimiento)* month, day, year *(el mes, el día, el año)* | Place of Birth *(Lugar de Nacimiento)* city or county *(ciudad o condado)* / state or foreign country *(estado o país extranjero)* | County and Address of Former Residence *(Condado y dirección de tu residencia previa)* |
|---|---|---|---|
| F | 12 28 43 | 6000-Uda Germany | 7943 Kuchen Z.Birnerstr.3 |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe location of residence. (Do not include P.O. Box or Rural Rt.) *(Dirección de Residencia Permanente: Calle y Número de Departamento, Ciudad, Estado, y Zona Postal; si es imposible, describa la localidad de su residencia. No incluya su caja postal o ruta rural.)*

4323 Brookfield Houston Tx 77045

Social Security Number *(Número de Seguro Social)*

Mailing Address, City, State and ZIP: If mail cannot be delivered to your permanent residence address. *(Dirección Postal, Ciudad, Estado y Zona Postal) (si es imposible entregar correspondencia a su dirección permanente)*

Precinct Number (if known) *(Número de Precinto) (si se sabe)*          9-11-90

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code. I understand that the giving of false information to procure the registration of a voter is a misdemeanor. *(El suplicante es ciudadano de los Estados Unidos y es residente de este condado. El suplicante no ha sido probado culpable finalmente de un crimen, o, si es criminal, está elegible para registrarse para votar bajo las condiciones de la Sección 13.001(a)(4) del Código de Elecciones de Texas. Yo entiendo que es un delito menor dar información falsa con motivo de conseguir el registrarse un votante.)*

X Edda Burden

Signature of Applicant or Agent or Printed Name of Applicant If Signed by Witness *(Firma del Suplicante o Agente, o Nombre del Suplicante En Letra de Molde Si Fue Firmado Por un Testigo.)*

| Court of Naturalization, If Applicable *(Corte de Naturalización, Si es Aplicable)* | OCT 10 1990 |
|---|---|

FOR AGENT *(PARA AGENTE)* Application may be made by a relative who must be a qualified voter of this county, or have submitted an application which must otherwise be eligible to vote; or, be the applicant's husband, wife, father, mother, son or daughter. *(La solicitud puede estar elegible por un agente que haya presentado una solicitud para registrarse y que sea un votante capacitado de este condado o deberá ser el esposo, esposa, padre, madre, hijo o hija del suplicante.)*

Relationship *(Parentesco)*

# Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

Date Mailed: August 22, 2000

*Rec'd*
*8/23/00*
*K.B.*

BURDEN EDDA MEDLHAMMER
4323 BROOKFIELD DR
HOUSTON TX 77045-6207

## VOTER REGISTRATION NOTICE

The addressee's name, Social Security number, and date of birth matched exactly with that of a record in the Social Security Death Index database. This indicates that the registered voter named in this notice is deceased.

Please respond by providing the information requested below. Please include your signature and your relationship to the voter in the space provided below. Upon the receipt of your response, we will update the record. **This notice will not affect your Social Security benefits.**

**WARNING:** This voter registration is subject to cancellation if an appropriate reply is not provided to the voter registrar by the 60th day after the date this notice is mailed (Texas Election Code Sec. 16.033 (c)).

If you have any questions, or if this information is inaccurate, please call our office at **(713) 224-1809** as soon as possible. Our Web site at **[www.tax.co.harris.tx.us]** contains an updated Harris County Voter Registration database for your reference.

Thank you for your assistance.

Paul Bettencourt                                    Marty Morrison
Voter Registrar, Harris County, Texas               Director of Voter Registration

I hereby confirm that BURDEN EDDA MEDLHAMMER is:            *97080013.15*

☒ Deceased.   *aug 2-3, 1998.*

☐ Not deceased and the information is inaccurate.

Signature *Hazel E. Burden*                Date *8/23/00*

My relationship to BURDEN EDDA MEDLHAMMER is: *former mother-in-law*

Please complete this form and return to:   **Paul Bettencourt**
                                            **Tax Assessor-Collector**
                                            **P. O. Box 3527**
                                            **Houston, TX 77253-3527**

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>BURDEN,EDDA R | Social Security Number | Verify/Proof<br>Death certificate<br>observed | Last Known ZIP<br>Code<br>77045 |
|---|---|---|---|
| Lump Sum Payment ZIP<br>Code | State/Country of<br>Residence<br><br>none found | Date of Birth<br>Dec 28 1943 | Date of Death<br>Aug 26 1998 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=52462413&...   5/2/2007

TX_00002401



Votec Election Management System
Mine Window
Voter Update
NEW ADD SAVE EXIT Scan View Prov Blts Cancel NVRA Dup Notices Polling Place Districts Reg Hist View Vot Hist
NVRA Source Date Submitted Status / Reason Precinct Sub CERT #
CD DEC 0686 -- 3211703
File Number c1update ID Compliant Y
Last First Middle Former Suffix
CAMPBELL E S
Residence Address
Street # Fract Dir Name Type Dir Unit Type Unit #
8114 CADAWAC RD
City HO Zip 77074 Muni HOUSTON Post Office HOUSTON Address Exception CAN
Mail Address
Gender M DOB 10/03/1919 Former County
Voting History for CAMPBELL E
SSN4
Birth Place
Election Date Voting Codes Election Description
1196 11/05/1996 E GENERAL ELECTION
Signed? Y
Privacy More
PW Interest ID Rcvd
07/20/2001 12:00 AM

TX_00002402

JA_005161

296286

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS

0321170-3

☐ CHECK HERE IF SERVICEMAN OR DEPENDENT    296286    08465    AGE 52    SEX: ☒ MALE    CAMPBELL E S MR

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS

RESIDENT ADDRESS
6931 HODUD
HOUSTON

VOTING PRECINCT 2.2.4 - 297    CONTROL NO.

VOTER'S NAME
CAMPBELL E S MR
6931 HODUD
HOUSTON    TX 77036
8114 CADAWAC

CORRECTIONS
8114 Cadawac
77036
Houston, Texas

SIGNATURE OF VOTER / AGENT
E. S. Campbell

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

OVER 65
PERMANENT EXEMPTION    CERT # 0321170-3
FROM JURY SERVICE    SEP 10 1990    CODE 2    DATE 9-4-90
NAME CAMPBELL    EDWIN    S.
     Last    First    Middle
ADDRESS 8114 CADAWAC DR Houston Tx 77071
DATE OF BIRTH 10-3-19
PLACE OF BIRTH PEARSOLL, TEXAS

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF TEXAS, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.
Signed E S Campbell    9-7-90
Name on record Campbell E.S. MR.    Date signed    Dep.

PublicData.Com [ SSA Death Master File Detail ]                                    Page 1 of 1

# PublicData.com

➡ SSA Death Master File Detail

| Name CAMPBELL,EDWIN | Social Security Number |
|---|---|
| Last Known Zip Code | Date of Birth Oct 3 1919 | Date of Death Sep 27 1991 |

03211703

Object Name: pc_fileno

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

| R.C.DOCKET:SUB. | .APPLICANT'S | .ATTORNEY OF RECORD | .NATURE .DATE OPEND. |
|---|---|---|---|
| C.T.NUMBER.DKT:STYLE OF PROBATE | .NAME AND ADDRESS | .AND ADDRESS | .OF PROC. .MM DD YYYY.FILM CODE |
| 2 250982 001 CAMPBELL EDWIN S*D* | CAMPBELL MAEBELLE S | THOMPSON JAMES D | PW-LT 04-03-1992 673253860 |
| 8114 CADAWAC | HOUSTON TX 77074 | 10405 TOWN & CTRY WAY   HOUSTON TX 77024 | |

Total lines retrieved = 2 Lines displayed = 2

Back to Inquiry    Main Menu

http://www.cclerk.hcix.net/coolice/default.asp?/Category=ProbateCourt&Service=pc_fileno

5/2/2007

Votec Election Management System - [use...]

Mine    Window

Voter Update

| NEW | ADD | SAVE | EXIT | Scan View | Prov Blts | Cancel | NVRA Dup | Notices | Districts | | |
|-----|-----|------|------|-----------|-----------|--------|----------|---------|-----------|-|-|
| | | | | | | | | Polling Place | Reg Hist | View Vot Hist | |

| NVRA Source | Date Submitted | Status | Reason | Precinct | Sub | CERT # |
|-------------|----------------|--------|--------|----------|-----|--------|
| | | CD | DEC | 0210 | E | 888792 |

File Number                    c1update                    ID Compliant Y

| Last | First | Middle | Former | Suffix |
|------|-------|--------|--------|--------|
| COLEMAN | LEDORSE | | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|----------|-------|-----|------|------|-----|-----------|--------|
| 2422 | | | ROSEWOOD | | | | |

| CityHO | Zip 77004 | Muni HOUSTON | Post Office HOUSTON | Address Exception CAN |
|--------|-----------|--------------|---------------------|----------------------|

Mail Address

Gender M  DOB 01/28/1908       Former County        Former Resid

SSN4

Birth Place

Signed? Y

Privacy                                      More

Voting History for COLEMAN, LEDO...

| Election | Date | Voting Codes | Election Description |
|----------|------|--------------|---------------------|
| 1198 | 11/03/1998 | | GENERAL ELECTION |

PW Interest        ID Rcvd

12/27/2000 12:00 AM

TX_00002406
JA_005165

TX_00002406

199603

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS   109026   COLEMAN LEDORSE   00888979-2

☐ CHECK HERE IF SERVICEMAN OR STUDENT    187603    | AGE | 64 | SEX: | X | MALE | | | COLEMAN LEDORSE | | | 17 |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT IN GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY

| | RESIDENT ADDRESS | | VOTING PRECINCT | CONTROL NO. |
|---|---|---|---|---|
| | 2422 ROSEWOOD | | 210 | |
| | HOUSTON | | (IF KNOWN) | |

EXCEPTIONS

| | MONTH | DAY | YEAR |
|---|---|---|---|
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS) (IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE)

COLEMAN LEDORSE
2422 ROSEWOOD
HOUSTON        TX 77004

CORRECTIONS

* IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN.*

NAME  X X X X X X X X X X X   ADDRESS X X X X X X X X X X X XX
STREET        CITY      ZIP CODE

➤ *Edorse Coleman*        *2422 Rosewood Houston TX*
SIGNATURE OF VOTER / AGENT        TELEPHONE NUMBER
(CIRCLE ONE WHERE APPLICABLE)
* HUSBAND  WIFE  FATHER  MOTHER  SON OR DAUGHTER  ONLY

**TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN**

Re:        COLEMAN LEDORSE        COLEMAN LEDORSE
Certificate #        00888792 1        --0000879-2--        DX

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☑ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Signature/*Firma* *Betty Walker Richardson*        Date/*Fecha* 1/3/2000

Relationship/*Parentesco*        JAN 04 2000

PublicData.Com [ SSA Death Master File Detail ]

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>COLEMAN,LEDORSE | Social Security Number | Verify/Proof<br>none found | Last Known ZIP Code<br>77004 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>none found | Date of Birth<br>Jan 28 1908 | Date of Death<br>May 8 1995 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53877616&...   5/2/2007

Object Name: pc_fileno

Page 1 of 1

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
### *Probate Court Inquiry System*

| R.C.DOCKET.SUB | APPLICANT'S | ATTORNEY OF RECORD | NATURE | DATE OPEND |
|---|---|---|---|---|
| C.T.NUMBER.DKT.STYLE OF PROBATE | NAME AND ADDRESS | AND ADDRESS | OF PROC. | MM DD YYYY FILM CODE |
| 2 274946 001 COLEMAN LEDORSE*D* | WALKER BETTY J | PROCTOR MAMIE MOORE | PW-NPC | 05-12-1995 630783476 |
| 6315 CENTRAL CITY BLVD | GALVESTON TX 77551 | 24 GREENWAY PLAZA 1822 HOUSTON TX 77046 | | |

Total lines retrieved = 2 Lines displayed = 2

Back to Inquiry    Main Menu

http://www.cclerk.hctx.net/cconline/default.asp?Category=ProbateCourt&Service=pc_fileno

5/2/2007

Votec Election Management System - user is REDD

Mine    Window

Voter Update - C1update 03-08

| NEW | ADD | SAVE | EXIT/EXIT | Scan/View | Prev Bts | Cancel | NVRA Dup | Notices / Polling Place | Districts / Reg Hist | View Vot Hist |

NVRA Source                    Date Submitted    Status / Reason    Precinct    Sub    CERT #
                                                 CD   DEC          0122        --     10102986
                               File Number                        c1update            ID Compliant Y

| Last | First | Middle | Former | Suffix |
| DOE | LULA | WELLS | | |

Residence Address
Street #   Fract   Dir   Name        Type   Dir   Unit Type   Unit #
151                      HOHLDALE

CityHO      Zip 77022    Muni HOUSTON    Post Office HOUSTON    Address Exception CAN

Mail Address

                                                 Gender F   DOB 03/12/1911   Former County    Former Resid

**Voting History for DOE, LULA WELL**                    SSN4

                                                          Birth Place
           Voting
Election   Date      Codes   Election Description          Signed? Y
1133       11/03/1998   E-07   GENERAL ELECTION            Privacy                    More

                                                           PW Interest    ID Rcvd

                                                           07/20/2001 12:00 AM

VOTER REGISTRATION

1010298-6

Mail or deliver to Tax Assessor-Collector of ct
every blank. **Effective on 30th day after delivery.

DOE LULA WELLS

TYPE OR PRINT IN INK

(for Official use only)          Election Pct. #

1.2.2

**VOTER REGISTRATION**

If naturalized,

Last name
**DOE**

Social
Security
No.

*SEX
(MF) E

If you
register
in name
other
Texas
County

Name of County

Last Residence Address or County

Here name (single not your husband's first name)
**LULA**
Middle name
**Margis**
Maiden name of married woman
**WELLS**
PERMANENT RESIDENCE ADDRESS

Birth
Date

Month   Day   Year
3    12   11

Phone #

City
or County

City          Zip

Street & apt # (no P.O. Box)
**151 Hohldale**
**Houston**          Zip
**77022**
MAILING ADDRESS IF DIFFERENT FROM ABOVE

Church
Place

**Augusta**

**Ga.**
or Foreign Country

I certify that the applicant is 18 years of age or
over, is a citizen of the United States, has met
all legal requirements, and holds legal resi-
dence in this county. I understand that the giv-
ing of false information to procure the regis-
tration of a voter is a felony.

SIGNATURE OF VOTER/AGENT

Street or P. O. Box

*Lula M. Doe*

City

Agent must be a registered voter and must be
(only if role one applicable)

State          Zip

The disclosure of social security number is voluntary only, is selected by
authority of Section 45b, Texas Election Code, and will be used only by
election officials to maintain the accuracy and integrity of the registration
records.

Husband Wife Mother Father Son Daughter

**VOTER REGISTRATION APPLICATION**
(SOLICITED PARA REGISTRO DE VOTANTE)

OFFICIAL USE ONLY
(PARA USO OFICIAL SOLAMENTE)

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.
(FOR FAVOR COMPLETE LA INFORMACION DEBAJO. EN LETRA DE MOLDE POR TINTA O ESCRIBA A MAQUINA)

LAST NAME (APELLIDO)

FIRST NAME (Not Nickname)
(NOMBRE, NO EL SOBRENOMBRE)

MIDDLE NAME (SEGUNDO NOMBRE)

MAIDEN NAME (APELLIDO DE SOLTERA)

**Doe**          **Lula**          **MARGIS**          **WELLS**

AGE
(EDAD)

DATE OF BIRTH
(FECHA DE NACIMIENTO)

PLACE OF BIRTH (STATE OR MACHINERY)

IF YOU ARE A NATURALIZED CITIZEN, INDICATE THE COURT OF NATURALIZATION OR ITS LOCATION:
(SI ES CIUDADANO NATURALIZADO INDIQUE LA CORTE DE NATURALIZACION Y SU LOCALIZACION)

MONTH
(MES)

DAY
(DIA)

YEAR
(AÑO)

CITY OR COUNTY
(CIUDAD O CONDADO)

STATE OR FOREIGN COUNTRY
(ESTADO O PAIS EXTRANJERO)

PERMANENT RESIDENCE ADDRESS: STREET ADDRESS AND APARTMENT NUMBER. IF NONE, DESCRIBE LOCATION OF RESIDENCE.
(DIRECCION DE RESIDENCIA PERMANENTE: No incluya el numero de departamento y su casa, deta dar una descripcion de la colonia)

IF MAIL CANNOT BE DELIVERED TO PERMANENT
RESIDENCE ADDRESS, PROVIDE MAILING ADDRESS:
(SI EL CORREO NO SE PUEDE ENTREGAR A SU
DIRECCION DE RESIDENCIA PERMANENTE, DE
SU DIRECCION POSTAL PARA ENTREGA)

**151 Hohldale**

CITY, STATE, AND ZIP:
(CIUDAD, ESTADO Y ZONA POSTAL)

**Houston TEXAS - 77022**

*UMG 15·11·81*

IF YOU ARE REGISTERED IN ANOTHER TEXAS COUNTY, COMPLETE THE FOLLOWING:
(SI ESTA REGISTRADO EN OTRO CONDADO DE TEXAS COMPLETE LO SIGUIENTE)
COUNTY OF FORMER RESIDENCE/RESIDENCE ADDRESS AS SHOWN ON CERTIFICATE IN THAT COUNTY:

IF YOU HAVE RECEIVED AND NOW DO NOT RECEIVE A NEW CERTIFICATE, COMPLETE THE FOLLOWING:
(SI ESTABA REGISTRADO PERO NO RECIBIO UN NUEVO CERTIFICADO COMPLETE LO SIGUIENTE)
COUNTY OF PREVIOUS REGISTRATION/RESIDENCE ADDRESS AS SHOWN ON PREVIOUS CERTIFICATE:

SOCIAL SECURITY NUMBER

TELEPHONE NUMBER (OPTIONAL)
(TELEFONO OPCIONAL)

CURRENT PRECINCT NUMBER (IF KNOWN)
(NUMERO DEL PRESINTO ACTUAL, SI ES CONOCIDO)

THE PROVISION OF A CITIZEN OF THE UNITED STATES AND A RESIDENT OF THIS COUNTY. I CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT. I UNDERSTAND THAT THE GIVING OF FALSE
INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

SIGNATURE

*Lula Margis Doe*

FOR AGENT:
(PARA AGENTE:)

FOR VOTER:
(PARA VOTANTE:)

SIGNATURE OF APPLICANT OR AGENT:
(FIRMA DE SOLICITANTE O AGENTE)

# PublicData.com

➡ SSA Death Master File Detail

| Name | Social Security Number |
| --- | --- |
| DOE,LULA | |

| Last Known Zip Code | Date of Birth | Date of Death |
| --- | --- | --- |
| 77022 | Mar 12 1911 | Jan 0 1993 |

10102986

http://w.../Detail?db=ssadmf&rec=4881226&dlnumber=006991732&dlstate=TX&id=894976    5/10/01

TX_00002412
JA_005171

TX_00002412

Object Name: pc_fileno

Page 1 of 1

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
### Probate Court Inquiry System

| R.C. DOCKET. SUB. C.T. NUMBER. DKT. | STYLE OF PROBATE | APPLICANT'S NAME AND ADDRESS | ATTORNEY OF RECORD AND ADDRESS | NATURE OF PROC. | DATE OPEND. MM DD YYYY. FILM CODE |
|---|---|---|---|---|---|
| 3  256990  001 | DOE LULA MARGIS*D* | PORTER CAROL J 4504 OLD YALE HOUSTON TX 77018 | HARTSFIELD HAROLDEEN 55 WAUGH DR #400 HOUSTON TX 77007 | PW-LT | 01-21-1993  68134167! |
| 3  256990  401 | DOE LULA MARGIS*D* | ARNOLD NORVELLA DOE STATE OF TN | WASHINGTON GEORGE JR HOUSTON TX 77288 | C-WILL | 02-23-1993  68236045< |
| 3  256990 | DOE LULA MARGIS*D* | PORTER CAROL J STATE OF TN | WASHINGTON GEORGE JR HOUSTON TX 77288 | C-WILL | 02-23-1993  68236045< |
| 3  256990  401 | ARNOLD NORVELLA DOE*P* | PORTER CAROL J 1808 WHEELER AVE STATE OF TN 1808 WHEELER AVE | HOUSTON TX 77288 | C-WILL | 02-23-1993  68236045< |

Total lines retrieved = 6 Lines displayed = 6

| Back to Inquiry | | Main Menu |

TX_00002413
JA_005172

TX_00002413

**Votec Election Management System**

Mine    Window

**Voter Update**

| NEW | ADD | SAVE | EXIT | Scan View | Prov Blts | Cancel | NVRA Dup | Polling Place | Reg Hist | View Vot Hist |

Notices    Districts

| NVRA Source | Date Submitted | Status | Reason | Precinct | Sub | CERT # |
| | | CD | DEC | 0185 | -- | 12278172 |

File Number                    ctupdate              ID Compliant Y

| Last | First | Middle | Former | Suffix |
| FURLONG | TOMAS | SALVADOR | | |

**Residence Address**

| Street# | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
| 1010 | | | RAINY RIVER | DR | | | |

City HO    Zip 77088    Muni HOUSTON    Post Office HOUSTON    Address Exception CAN

**Voting History for FURLONG TO...**                    1932   Former County    Former Resid

SSN4

| Election | Date | Voting Codes | Election Description |
| 1103 | 11/05/1996 | E | GENERAL ELECTION |

Birth Place PUEBLA MM

Signed? Y

Privacy                    More

PW Interest    ID Rcvd

10/13/1999 12:00 AM

OK

Re: **FURLONG TOMAS SALVADOR**
Certificate # 1ZZ7817Z 1

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☑ Deceased/*Fallecido* o n 8 - 2 8 - 8 3

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Margarita B. Furlong        DaTe of Birth - 6-23-32
Signature/*Firma*

Wife                        Aug. 26-99
Relationship/*Parentesco*        Date/*Fecha*

# PublicData.com

➡*SSA Death Master File Detail*

| Name<br>FURLONG,TOMAS | Social Security Number | Verify/Proof<br>none found | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code<br>78250 | State/Country of Residence<br>none found | Date of Birth<br>Jun 23 1932 | Date of Death<br>Aug 1983 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=54027783&...   5/2/2007



VOTER REGISTRATION APPLICATION

2448248-5

| Landry | John | Ashton | — | 311 |

M 21613 Harris Texas        SEP 22 1985 -- OCT 22 1985

4415 Botany Ln

Houston Texas 77047

X _John F M_



```
  2448246J
EVIOUS TRANSACTION COMPL        GUIDRY JOHN ASHTON
                                --2448246-5--         DX
 STAT/FLAG < A _ >             EFDT < 01-01-98 >      UPDT 000 000 2 033198

               SEX < M >      BRDT < 02-06-1963 >       CITY/CNTY  C ST
                                                      BRPL < HARRIS____ 2 TX >
       DLNO < 0-00000000 >     COFM < 5/22/94  >
                                       DIED
 ME < GUIDRY_JOHN_ASHTON_____ 2 >       PCT < 0271 >   OPEN < D_ >

DR < 04415 _ BOTANY_LN_____ _____ > MADR1 < _____ >
                                       MADR2 < _____ >
TY < HOUSTON_____ RZIP 77047-0000 >  MCZP < _____ 00000-0000 >
 . . . . . . . . . . . . . . 8/24/99 . . . . . . . . . . . .
US/REP 025  KEN_BENTSEN__(D)__/_ Spoke To Mother _____
ST/SEN 013  RODNEY_ELLIS__(D)__      8/5/99 _____
ST/REP 131  RON_WILSON__(D)___  (  Per Tone Gibson _____
 COMM   1   EL_FRANCO_LEE__(D)_____
JP/C   07   A_B_CHAMBERS_JP--BETTY_BROCK_BELL,_ALEXANDER_GREEN_____
ST/BE  04   ALMA_A._ALLEN__(D)_____ WTR  _____
SCH   001   HOUSTON_ISD_____ RFPD _____
CLG   048   HOUSTON_COMMUNITY_CLGE____ SPEC _____
CITY
```
TX_00002419
JA_005178

TX_00002419

PublicData.Com [ SSA Death Master File Detail ]                                                     Page 1 of 1

# PublicData.com

➡ **SSA Death Master File Detail**

| Name | Social Security Number |
|---|---|
| GUIDRY,JOHN | |

| Last Known Zip Code | Date of Birth | Date of Death |
|---|---|---|
| 77031 | Feb 6 1963 | May 22 1994 |

Votec Election Management System
Mine Window
Voter Update
NEW ADD SAVE EXIT Scan View Prov Blts Cancel Notices Polling Place Districts Reg Hist View Vot Hist
NVRA Source
Date Submitted
Status / Reason
CD DEC
Precinct
0151
Sub
CERT #
9244013
File Number
ID Compliant Y
Last
HENRY
First
EDMOND
Middle
Former
Suffix
Residence Address
Street # Fract Dir Name Type Dir Unit Type Unit #
4914
EARLINE
City HO
Zip 77016
Muni HOUSTON
Post Office HOUSTON
Address Exception CAN
Voting History for HENRY, EDMOND
Election Date Voting Codes Election Description
11/05/1996 E GENERAL ELECTION
OK
/1957
Former County
SSN4
Birth Place HOUSTON TX
Signed? Y
Privacy
More
PW Interest
ID Rcvd
08/23/1999 12:00 AM

PREVIOUS TRANSACTION COMPLE... ISSUE HENRY EDMOND

STAT/FLAG < _ _ > __ EFDT < --0924401-3-- DK 0 010198

SNO RDT < 03-12-1957 > CITY/CNTY C ST
BRPL < HOUSTON___ 1 TX
FM Died 10/19/94 >

NAME < HENRY_EDMOND__________ 2 > 0931 PCT < 0151 > OPEN <

ADR < 04914 _ EARLINE__________ ______ > MADR1 <
MADR2 <
CTY < HOUSTON________ RZIP 77016-0000 > MCZP < 00000-00

US/REP 018 SHEILA_JACKSON_LEE__(D) Spoke to Mother
ST/SEN 006 MARIO_GALLEGOS___(D) G. Gibson 8/13/99 1:15 pm
ST/REP 141 SENFRONIA_THOMPSON__(D)
COMM 1 EL FRANCO LEE _(D)

---

for Official use only) | Election Pct # 151 | EG41 VOTER REGISTRATION APPL. Mail or deliver to Tax Assessor-Collector of county every blank. "Effective on 30th day after delivery to V. | 0924401-3 HENRY EDMOND

TYPE OR PRINT IN INK

Henry — Last name

First name (do not use husband's first name) Edmond

Middle name

Maiden surname if married woman

PERMANENT RESIDENCE ADDRESS 4914 Earline

Street & apt # (not P.O. Box)

City Houston Texas Zip 77016

MAILING ADDRESS IF DIFFERENT FROM ABOVE

Street or P. O. Box

City

State Zip

Social Security No

SEX M

If naturalized, court of iss

Birth Date Month 3 Day 12 Year 57 Phon

Birth Place City Houston State Texas or Foreign Country

Address in County

Zip

I certify that the applicant is 18 years of age or over, is a citizen of the United States, has met all legal requirements, and holds legal residence in this county. I understand that the giving of false information to procure the registration of a voter is a felony.

SIGNATURE OF VOTER/AGENT
x Edmond Henry

Agent must be a registered voter and must be only (Circle one applicable)

Husband-Wife-Mother-Father-Son-Daughter

The disclosure of social security number is voluntary only, is solicited by authority of Section 45b, Texas Election Code, and will be used only by election officials to maintain the accuracy and integrity of the registration records.

---

VOTER REGISTRATION APPLICATION/CHANGE FORM (Art. 5.13a V.T.E.) (APLICACION PARA REGISTRO DE VOTANTE/FORMA PARA HACER CAMBIO)

151 R 0924401-3
HENRY EDMOND

LAST NAME (APELLIDO) (#2): HENRY
FIRST NAME (NOT HUSBAND'S) (#3) (NOMBRE-NO EL DEL ESPOSO): Edmond
(SEGUNDO NOMBRE) 2
PCT (11) / EDR (12)

MAIDEN NAME (04) (APELLIDO DE SOLTERA)

BIRTHDATE (06) (FECHA DE NACIMIENTO) Month 3 Day 12 Year 57

BIRTH PLACE (CIUDAD DE NACIMIENTO) Houston HARRIS 2 TEXAS SEX (09) M

PERMANENT RESIDENCE ADDRESS (13): 4914 Earline — CITY (CIUDAD) (14): HOUSTON — ZIP (15): 77016

MAILING ADDRESS IF DIFFERENT — CITY/STATE — ZIP

PHONE NUMBER (OPTIONAL) (TELEFONO-OPCIONAL)

IF YOU ARE A NATURALIZED CITIZEN, INDICATE COURT OR ITS LOCATION

TO CHANGE REGISTRATION FORM (PARA CAMBIAR FORMA DE REGISTRO)

CERTIFICATE NUMBER (NUMERO DEL CERTIFICADO)

NAME AS IT APPEARS ON CERTIFICATE

TODAY'S DATE (FECHA DE HOY) — INITIALS (INICIALES)

IF YOU ARE NOW REGISTERED IN ANOTHER TEXAS COUNTY OR WERE REGISTERED AND FAILED TO RECEIVE NEW CERTIFICATE, INDICATE
COUNTY (CONDADO) — FORMER ADDRESS (DIRECCION PREVIA)

I CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT, THE APPLICANT IS A CITIZEN OF THE UNITED STATES, HAS MET ALL LEGAL REQUIREMENTS AND HOLDS LEGAL RESIDENCE IN THIS COUNTY. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

X Edmond Henry
SIGNATURE OF VOTER (FIRMA DEL VOTANTE)

FOR FURTHER ASSISTANCE CONTACT YOUR COUNTY TAX ASSESSOR-COLLECTOR

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>HENRY,EDMOND | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code<br>77016 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>Mar 12 1957 | Date of Death<br>Oct 19 1994 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53094312&...   5/2/2007



Re:
Certificate #

HOLZWARTH KARL HENRY
03470878 1

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☑ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Signature/*Firma* Elizabeth Holzwarth   Date/*Fecha* 10-27-99

Relationship/*Parentesco* Spouse

BORN - DATE March 22, 1909

FEB 2 4 1993

OVER 65 PERMANENT EXEMPTION FROM JURY SERVICE

TEXAS DRIVER'S LIC. # ▓▓▓▓▓   CERT # 034-7097-8

TEXAS IDENTIFICATION # ▓▓▓▓   CODE  2  DATE 1/22/93

NAME Holzwarth   KARL   Henry  1K264.93
        LAST        FIRST        MIDDLE

ADDRESS 2615 Louetta Rd. Spring, TX  77388

DATE OF BIRTH 3/22/09   Spring, Texas

PLACE OF BIRTH Spring, Texas

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF
TEXAS, I AFFRIM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A
PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

SIGNATURE Karl Holzwarth   DATE Feb. 21, 1993

Name on record Holzwarth, Karl   Dep. Thomas Ayers

DC-1-25-93-383

| 410077 | APPLICATION FOR VOTER REGISTRATION CERTIFICATE<br>HARRIS COUNTY, TEXAS   266159 | 0347097-8 |

410077   AGE 63  SEX: X MALE ☐   HOLZWARTH KARL

☐ CHECK HERE # SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR ... CITIZEN OF THE UNITED STATES, AND HAS RESIDED ... TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THE  SPRING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS

RESIDENT ADDRESS 12-30-71   VOTING PRECINCT 112   CONTROL NO.

| | MONTH | DAY | YEAR |
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| * IF UNDER 21 SHOW DATE OF BIRTH | | | |

# IF UNDER 21 YEARS OLD, NEVER MARRIED AND AUTHORITY TO REGISTER: I HAVE NOT BEEN REMOVED BY A COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN.

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS)

HOLZWARTH KARL
RT 3 BOX 275
SPRING Tx

CORRECTIONS
new address
2615 Louetta
Spring Texas
77373

X X X X X  NAME  X X X X X  ADDRESS  X X X X X X X X X X

Karl Holzwarth
SIGNATURE OF VOTER/AGENT

TELEPHONE NUMBER (IF KNOWN)

TX 00002423

JA_005184

PublicData.Com [ SSA Death Master File Detail ]                    Page 1 of 1

# PublicData.com

➡ SSA Death Master File Detail

| Name HOLZWARTH,KARL | | Social Security Number |
|---|---|---|
| Last Known Zip Code 77388 | Date of Birth Mar 22 1909 | Date of Death Mar 31 1996 |

TX_00002426

Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

| R.C.DOCKET.SUB. | APPLICANT'S | ATTORNEY OF RECORD | NATURE | DATE OPEND. |
| C.T.NUMBER.DKT STYLE OF PROBATE | NAME AND ADDRESS | AND ADDRESS | OF PROC. | MM DD YYYY.FILM CODE. |
| = = | | | = = = | |
| 1 1 282017 001 HOLZWARTH KARL HENRY*D* | HOLZWARTH ELIZABETH M | HAVLICK MILTON E JR | PW-LT | 04-12-1996 640613718 |
| 2615 OLD LOUETTA LOOP | 14015 PARK DR #101 | | | |
| SPRING TX 77388 | | TOMBALL TX 77375 | | |

Total lines retrieved = 2 Lines displayed = 2

Back to Inquiry    Main Menu

http://www.cclerk.hctx.net/coolice/default.asp?Category=ProbateCourt&Service=pc_name

1/11/2008

TX_00002427
JA_005186

TX_00002427



Votec Election Management System - user is SEALEMASON@vems
Voter Update [c1update 03.06]
NEW
ADD
SAVE
EXIT
Scan
View
Prov Blts
Cancel
NVRA Dup
Notices
Polling Place
Districts
Reg Hist
View Vot His
NVRA Source
Date Submitted
Status / Reason
CD
DEC
Precinct
0438
Sub
CERT #
9111295
File Number
c1update
ID Compliant Y
Last
KAPELKA
First
JOYCE
Middle
LAYOW
Former
Suffix
Residence Address
Street #
14318
Fract
Dir
Name
BROADGREEN
Type
DR
Dir
Unit Type
Unit #
City HO
Zip 77079
Muni HOUSTON
Post Office HOUSTON
Address Exception
CAN
Voting History for KAPELKA, JOYCE LAYOW [v_hist 03.06]
Election
Date
Voting Codes
Election Description
1196 11/05/1996 E GENERAL ELECTION
1196 11/05/1996 E GENERAL ELECTION
0496 04/09/1996 E R RUNOFF ELECTION
0394 03/08/1994 P R PRIMARY ELECTION
OK
1946
Former County
Former Res
SSN4
Birth Place SYRACUSE NY
Signed? Y
Privacy
PW Interest
ID Rcvd
10/17/2000

Record Type: VOTER Record ID: 9111295 Imaging Dept. ID: 236217278

Prescribed by the Secretary of State 000064.94

# VOTER REGISTRATION APPLICATION
(SOLICITUD DE INSCRIPCION DE VOTANTE)

For Official Use Only — PCT — Cert. Num — COR

| Last Name (Apellido usual) | First Name (NOT HUSBAND'S) (Su nombre de pila) (Si es mujer: no el del esposo) | Middle Name (If any) (Segundo Nombre) (si tiene) | Former Name (Nombre anterior) |
|---|---|---|---|
| KapelKA | Joyce | M. | LAYOW |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include PO Box or Rural Rt.) (Domicilio: Calle y número, número de apartamento, Ciudad, Estado, y Zona Postal. A falta de estos datos, describa la localidad de su residencia.) (No incluya su apartado postal ni su ruta rural.)

14318 Broadgreen Houston Texas 77079

Mailing Address, City, State and ZIP: If mail cannot be delivered to your residence address. (Dirección postal, Ciudad, Estado y código postal) (Si es imposible que entreguen correspondencia a domicilio.)

Gender (Optional) (Sexo) (Facultativo) ☐ Male (Hombre) ☑ Female (Mujer)

Date of Birth: month, day, year (fecha de Nacimiento) (el mes, el día, el año): 9-20-46

City and County of Former Residence (Condado y dirección de su residencia anterior)

Social Security No. (Número de Seguro Social) (Facultativo)

TX Driver's License No. or Personal I.D. No. issued by TX Dept. of Public Safety (Número de su licencia tejana de manejar o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Tejas)

Telephone No. (Número telefónico) (Facultativo)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. (Entiendo que el hecho de proporcionar datos falsos a fin obtener inscripción en el registro de votantes, constituye el delito de perjurio o declaración falsa y es una infracción sancionable por ley federal y estatal.)

I affirm that I (Declaro que soy)

- am a United States citizen; (ciudadano/a de los Estados Unidos)
- am a resident of this county; (residente del condado)
- have not been finally convicted of a felony or if a felon I am eligible for registration under section 13.001, Election Code; and (que no he sido condenado/a en definitiva por un delito penal, o en caso de tal condena, que estoy habilitado/a para inscribirme, a tenor de lo dispuesto por la sección 13.001 del Código Electoral)
- have not been declared mentally incompetent by final judgment of a court of law. (no se me ha declarado mentalmente incapacitado por orden judicial.)

AUG 21 1995 — SEP 20 1995

X Joyce M. Kapelka 8.17.95

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date. (Firma del/de la solicitante o de su apoderado/a. Si la firma es de un(a) testigo, escriba el nombre del/de la solicitante en letras de molde. Indicar la fecha.) Date (fecha)

Doc ID: 5735541 Page: 2 of 7.

Record Type: VOTER    Record ID: 9111295    Imaging Dept. ID: 236217278



CARL S. SMITH  VOTER REGISTRAR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS 77001

438    C    0911129-5
KAPELKA JOYCE LAYOW

POSTMASTER: DO NOT FORWARD-RETURN POSTAGE GUARANTEED

Name and mailing address / Nombre y dirección al correo

MAY 21 1980

JUN 20 1980

KAPELKA JOYCE LAYOW
14318 Broadgreen
Houston, Texas 77079

VOTER REGISTRATION CERTIFICATE
CERTIFICADO DE REGISTRO ELECTORAL

| CERTIFICATE NUMBER | VALID FROM | PRECINCT | SEX |
|---|---|---|---|
| 0911129-5 | 3- 1-80 | 661 | F |

Doc ID: 5735541    Page: 4 of 7

Record Type: VOTER Record ID: 9111295 Imaging Dept. ID: 236217278

**VOTER REGISTRATION APPLICATION** MAY 10 [illegible]

Certificate Number (for Official use only) 0911129-5

(for Official use only)

Election Pct. # 401

Mail or deliver to Tax Assessor-Collector of [illegible] every blank. "Effective on 30th day after deliv[ery]

6/9/76 TYPE OR PRINT. KAPELKA JOYCE LAYOW

| | | |
|---|---|---|
| Last name: KAPELKA | Social Security No. [redacted] SEX (M/F) F | If naturalized, court or its location |
| First name (do not use husband's first name): JOYCE | Birth Date: Month 4, Day [illegible], Year 46 — Phone # | If now registered in another Texas County: Name of County; Last Residence Address in County; City; Zip |
| Middle name: MARIE | Birth Place: City SYRACUSE or County; State New York or Foreign Country | I certify that the applicant is 18 years of age or over, is a citizen of the United States, has met all legal requirements, and holds legal residence in this county. I understand that the giving of false information to procure the registration of a voter is a felony. |
| Maiden surname if married woman: LAGOW | | SIGNATURE OF VOTER/AGENT x Joyce M. Kapelka |
| PERMANENT RESIDENCE ADDRESS — Street & apt # (not P.O. Box): [illegible] WICKERSHAM | | Agent must be a registered voter and must be only (Circle one applicable) Husband-Wife-Mother-Father-Son-Daughter |
| City: HOUSTON TEXAS Zip 77[illegible] | | |
| MAILING ADDRESS IF DIFFERENT FROM ABOVE — Street or P. O. Box; City; State; Zip | The disclosure of social security number is voluntary only, is solicited by authority of Section 45b, Texas Election Code, and will be used only by election officials to maintain the accuracy and integrity of the registration records. | |

Record Type: VOTER    Record ID: 9111295    Imaging Dept. ID: 236217278

# Paul Bettencourt
*Harris County Tax Assessor-Collector and Voter Registrar*

Date Mailed: August 22, 2000

KAPELKA JOYCE LAYOW
14318 BROADGREEN DR
HOUSTON TX 77079-6605

## VOTER REGISTRATION NOTICE

The addressee's name, Social Security number, and date of birth matched exactly with that of a record in the Social Security Death Index database. This indicates that the registered voter named in this notice is deceased.

Please respond by providing the information requested below. Please include your signature and your relationship to the voter in the space provided below. Upon the receipt of your response, we will update the record. This notice will not affect your Social Security benefits.

**WARNING:** This voter registration is subject to cancellation if an appropriate reply is not provided to the voter registrar by the 60th day after the date this notice is mailed (Texas Election Code Sec. 16.033 (c)).

If you have any questions, or if this information is inaccurate, please call our office at **(713) 224-1919** as soon as possible. Our Web site at [www.tax.co.harris.tx.us] contains an updated Harris County Voter Registration database for your reference.

Thank you for your assistance.

Paul Bettencourt                          Marty Morrison
Voter Registrar, Harris County, Texas     Director of Voter Registration

I hereby confirm that KAPELKA JOYCE LAYOW is: ☑ Deceased.

☐ Not deceased and the information is inaccurate.

Signature _____    Date 08/23/

My relationship to KAPELKA JOYCE LAYOW is: _____

Please complete this form and return to:    Paul Bettencourt
                                            Tax Assessor-Collector
                                            P. O. Box 3527
                                            Houston, TX 77253-3527

236217278

Doc ID: 5735541   Page: 1 of 7.

PublicData.Com [ SSA Death Master File Detail ]

# PUBLICDATA.com

➡️*SSA Death Master File Detail*

| Name KAPELKA,JOYCE M | Social Security Number | Verify/Proof Death certificate observed | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence none found | Date of Birth Sep 20 1946 | Date of Death Jan 9 1998 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=11520433&... 5/2/2007

TX_00002433
JA_005192

TX_00002433

Votec Election Management System - user is REDDITTE

Mine Window

Voter Update [c1update 03.06]

NEW | ADD | SAVE | EXIT | Scan | View | Prov Blts | Cancel | NVRA Dup | Notices | Polling Place | Districts | Reg Hist | View Vot Hist

NVRA Source [redacted] Date Submitted Status / Reason CD DEC Precinct 0173 Sub CERT # 1312024

File Number c1update ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| KITCHING | T | D | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 9255 | | | THEYSEN | DR | | | |

City HO Zip 77080 Muni HOUSTON Post Office HOUSTON Address Exception CAN

Mail Address

Gender M DOB 06/05/1911 Former County Former Resid

Voting History for KITCHING, T D [v_hist 02.0]

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|

SSN4

Birth Place VALLEY MIL TX

Signed? Y

Privacy More

PW Interest ID Rcvd

10/13/1999 12:00 AM

FEB - 1 1993

OVER 65 PERMANENT EXEMPTION FROM JURY SERVICE

TEXAS DRIVER'S LIC. # _____ CERT # 0131202-4

TEXAS IDENTIFICATION # _____ CODE 2 DATE 1/15/93

NAME _____

| LAST | FIRST | MIDDLE |

ADDRESS 9255 Theysen Dr. Hou, TX 77080

DATE OF BIRTH 6-5-1911

PLACE OF BIRTH Valley Mills, Texas

IN ACCORDANCE WITH ARTICLE 6137a, REVISED CIVIL STATUTES OF
TEXAS, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A
PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

SIGNATURE T.D. Kitching DATE Jan - 27-1993

Name on record Kitching, T.D. Dep. T.A.

DEC 17 1979

CARL S. SMITH VOTER REGISTRAR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS 77001

370        C        0131202-4
KITCHING T D

POSTMASTER: DO NOT FORWARD. RETURN POSTAGE GUARANTEED

Name and mailing address (Nombre y dirección de correo)

0131202-4

300256   APPLICATION FOR VOTER REGISTRATION CERTIFICATE
         HARRIS COUNTY, TEXAS        316219        KITCHING T D

| | AGE | 59 | SEX | X MALE | | | VOTING PRECINCT | CONTROL NO |

RESIDENT ADDRESS

7816 AMELIA
HOUSTON                                      299

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS)      CORRECTIONS

KITCHING T D
7816 AMELIA
HOUSTON          TX

T. D. Kitching
SIGNATURE OF VOTER/AGENT

TO COMPLETE APPLIC... ... ...ER SIDE MUST BE FILLED IN

Re:        KITCHING T D
Certificate #    0131Z024 1

X-

Confirmation is hereby given that the person named above is:
Se da aquí confirmacion que la antedicha persona nombrada a:

X  Deceased/Fallecido

☐  Not deceased and the information is incorrect (No a fallecido y la información esta incorrecto)

Signature/Firma  Pauline D Kitching  Date/Fecha  Aug. 23. 1999

Relationship/Parentesco  Wife.

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>KITCHING,TOM D | Social Security Number | Verify/Proof<br>Report verified with a family<br>member | Last Known ZIP<br>Code<br>77080 |
|---|---|---|---|
| Lump Sum Payment ZIP<br>Code | State/Country of<br>Residence<br>Unknown | Date of Birth<br>Jun 5 1911 | Date of Death<br>Jun 29 1996 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=51685015&...   5/2/2007



Votec Election Management System - user is REDDITTE@VE...

Mine Window

Voter Update [clupdate 03.06]

NEW ADD SAVE EXIT Scan View Prov Bits Cancel NVRA Dup Notices Polling Place Districts Reg Hist View Vot Hist

NVRA Source [redacted] Date Submitted Status / Reason CD DEC Precinct 0912 Sub CERT # 1658962

File Number clupdate ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| LONGMIRE | SYLVESTER | H | | |

Residence Address
Street# 211 Fract Dir E Name ROSELANE Type Dir Unit Type Unit#
City HO... Zip 77076 Muni HOUSTON Post Office HOUSTON Address Exception CAN

Mail Address

Gender M DOB 07/01/1923 Former County Former Resid

SSN4

Voting History for LONGMIRE, SYLVESTER

Voting History for LONGMIRE, SYLVESTER H [v_hist 03.06] NG OK

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 1192 | 11/03/1992 | | GENERAL ELECTION |

Signed? Y

Privacy More

PW Interest ID Rcvd

10/13/1999 12:00 AM

MAY 2 1 1993

65 PERMANENT EXEMPTION FROM JURY SERVICE

DRIVER'S LIC. # ___ VOTER CERT. # *0165896 2*

IDENTIFICATION # ___ CODE _2_ DATE _5·18·93_

*LONGMIRE* *SYLVESTER* *H*

SS _211_ LAST *Roselane* FIRST *E* MIDDLE *Houston Tx 77076*

OF BIRTH _7-1-23_ *0815 2443*

OF BIRTH *Sterling, OKLA*

CORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF
, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A
NENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

TURE *S.H. Longmire* DATE _5-21-93_

on record *Longmire S.H.* Dep. *Rudy Montez*

---

| 326712 | APPLICATION FOR VOTER REGISTRATION·CERTIFICATE | | 016589 |
| --- | --- | --- | --- |
| | HARRIS COUNTY, TEXAS 347460 | | |

☐ CHECK HERE IF SERVICE ___

| AGE | 48 | SEX: | X | MALE | ' | LONGMIRE S H |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

EXCEPTIONS:

| | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL |
| --- | --- | --- | --- |
| | 211 E ROSE LANE HOUSTON | 321 (IF KNOWN) | |

| | MONTH | DAY | YEAR |
| --- | --- | --- | --- |
| # IN TEXAS LESS THAN 1 YEAR | | | |
| # IN COUNTY LESS THAN 6 MOS. | | | |
| # IN CITY LESS THAN 6 MOS. | | | |
| * IF UNDER 21 YEARS OLD, SHOW DATE OF BIRTH | | | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO PERMANENT ADDRESS ABOVE.)

CORRECTIONS

LONGHIRE S H
211 E ROSE LANE
HOUSTON        TX 77022

* IF UNDER 21 YEARS OLD, WHEN MARRIED, AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN.

NAME X X X X X X X X X X X  ADDRESS X X X X X X X X X X X
STREET

➡ *S.H. Longmire*
SIGNATURE OF VOTER / AGENT *
* HUSBAND  WIFE  FATHER  MOTHER  SON OR DAUGHTER  ON
(CIRCLE ONE WHERE APPLICABLE)

TO COMPLETE APPLICATION ___ LLED IN

---

| 119826 | 119826 | APPLICATION FOR RENEWAL OF VOTER REGISTRATION | CERTIFICATE NO. A193960 |
| --- | --- | --- | --- |
| | | HARRIS COUNTY, TEXAS | |

| AGE | 51 | SEX | X | MALE | ☐ FEMALE | DATE | JAN 20 1975 |

FOR VOTING YEAR BEGINNING MARCH 1, 1975, AND SUCCEEDING THREE YEARS

STATEMENT:

I CERTIFY THAT I AM A CITIZEN OF THE UNITED STATES AND AM STILL A QUALIFIED ELECTOR OF HARRIS CON NTY, TEXAS.
BY RETURN-NG THIS SIGNED STATEMENT TO THE REGISTRAR, I WILL BE REGISTERED FOR THE THREE (3) SUCCEEDING VOTING YEARS BEGINNING MARCH 1, 1975.

I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

| RESIDENT ADDRESS-DO NOT GIVE P.O. BOX | PRECINCT NO. |
| --- | --- |
| 211 E ROSE LANE HOUSTON | 321 |

VOTERS NAME: MAILING ADDRESS

CORRECTIONS

LONGHIRE S H
211 E ROSE LANE
HOUSTON TX 77022

SIGNATURE OF VOTER/AGENT
HUSBAND WIFE, FATHER, MOTHER, SON OR DAUGHTER    JANUARY 29

*S.H. Longmire*

THIS STATEMENT MUST BE RETURNED TO THE VOTER REGISTRAR BY MARCH 1, 1975 FOR CONTINUOUS REGISTRATION
SEE OTHER SIDE

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>LONGMIRE,SYLVESTER<br>H | Social Security<br>Number | Verify/Proof<br>Report verified with a<br>family member | Last Known ZIP<br>Code<br>77076 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of<br>Residence<br>Unknown | Date of Birth<br>Jul 1 1923 | Date of Death<br>Nov 15 1996 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53921010&... 5/2/2007

# Office of Beverly B. Kaufman, County Clerk, Harris County, Texas

## Probate Court Inquiry System

```
R. C. DOCKET. SUB.           : APPLICANT'S           : ATTORNEY OF  RECORD    : NATURE     : DATE OPEND.
C. T. NUMBER. DKT.STYLE. OF  PROBATE.     : NAME AND ADDRESS      : AND ADDRESS             : OF PROC.   : MM  DD YYYY. FILM CODE.
```

```
1  2  287128  001  LONGMIRE, SYLVESTER H D'     LONGMIRE JANE CORNELIA    CAGLE CACTUS J        PW-LT    12-09-1996  646751620
                   211 E ROSE LN               HOUSTON TX 77076          616 FM 1960 WEST #340          HOUSTON TX 77090
```

Total lines retrieved = 2 Lines displayed = 2

| Back to Inquiry | | Main Menu |

1/11/2008

TX_00002440
JA_005199

TX_00002440



Votec Election Management System - user is REDDITTE@VEMS
Mine Window
Voter Update [clupdate 03.06]
NEW ADD SAVE EXIT Scan View Prov Bits Cancel NVRA Dup Notices Polling Place Districts Reg Hist View Vot Hist
NVRA Source [redacted]
Date Submitted Status / Reason CD DEC Precinct 0076 Sub CERT # 10205037
File Number clupdate ID Compliant Y
Last MCLEAN First WILLIS Middle H Former Suffix
Residence Address Street # Fract Dir Name Type Dir Unit Type Unit #
11631 KIRKHOLLOW DR
City HO Zip 77089 Muni HOUSTON Post Office HOUSTON Address Exception CAN
Mail Address
Gender M DOB 06/06/1921 Former County Former Resid
Voting History for MCLEAN, WILLIS H [v_hist ...
Election Date Voting Codes Election Description
SSN
Birth Place ARGENTINA XX
Signed? Y
Privacy
PW Interest ID Rcvd
08/24/1999 12:00 AM

MCLEAN WILLIS H
1020503-7

Re: MCLEAN WILLIS H
Certificate # 10205037 1

X-

Confirmation is hereby given that the person named above is:
*Se da aquí confirmación que la antedicha persona nombrado a:*

☒ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la información esta incorrecto)*

Signature/*Firma* [signature]      Date/*Fecha* 8-31-99

Relationship/*Parentesco* Widow

```
DV 102050371
PREVIOUS TRANSACTION COMPLETE.  ENTER NEXT COMMAND.         DELETED RECORD
                                 ISSUE  11 01 76
> STAT/FLAG < D X > 00           EFDT < 08-03-99 >     UPDT 675 293 2 082499

SSNO <         >  SEX < M >      BRDT < 06-06-1921 >          TRACKING # C ST
                                                        < ARGENTINA 1 XX >
      DLNO <                     COFM < _____ >

NAME < MCLEAN_WILLIS_H_____  2 >       ____  PCT < 0076 >  OPEN <      >

RADR < 11631 _ KIRKHOLLOW_DR_____ ____ > MADR1 < _____ >
                                         MADR2 < _____ >
RCTY < HOUSTON_____ RZIP 77089-0000 >  MC2P < _____ 00000-0000 >
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
      US/REP 022  TOM_DELAY__ (R) _____
      ST/SEN 011  MIKE_JACKSON____ (R) _____
      ST/REP 146  AL_EDWARDS___(D) _____
      COMM     1  EL_FRANCO_LEE_ (D) _____
      JP/C    02  GARY_FREEMAN__ JP--JO_ANN_DELGADO,_GEORGE_RISNER_
      ST/BE   07  DAVID_BRADLEY__ (R) ____  WTR _____
      SCH     021 PASADENA_ISD_____  RFPD _____
      CLG     047 SAN_JACINTO_CLGE_DISTRICT SPEC 966 #966 _____
      CITY        _____  OTHR _____<_>
```

PublicData.Com [ SSA Death Master File Detail ]                                      Page 1 of 1

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>MCLEAN, WILLIS H | Social Security Number | Verify/Proof<br>none found | Last Known ZIP Code<br>77089 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>none found | Date of Birth<br>Jun 6 1921 | Date of Death<br>May 24 1995 |

*The detail view of this record will be recorded as one 'Detail look-up'.*



TX_00002444

Record Type: VOTER     Record ID: 1154038     Imaging Dept. ID: 007155428

| Return Address:<br>713-224-1919<br>CARL S. SMITH, VOTER REGISTRAR<br>HARRIS COUNTY<br>P.O. BOX 3527<br>HOUSTON, TEXAS 77253-3527 | Secretary of State's Office<br>Elections Division<br>1-800-252-VOTE | 0115403-8 | PRESORTED<br>FIRST CLASS MAIL<br>U S POSTAGE PAID<br>HOUSTON, TEXAS<br>PERMIT NO. 9496 |

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
HARRIS COUNTY (Condado)

| Cert.No. (Núm. de Cert.) | Sex (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 0115403-8 | M | 01-01-98 |

| Date of Birth (Fecha de nacimiento) | Prec.No.(Pct. Núm.) | date (hasta) |
|---|---|---|
| 30-11-22 | 0271 | 12-31-99 |

Residence and Permanent Residence Address (Nombre y dirección residencial permanente)

MIMS FRANK JR
3914 MADDEN LN
HOU...

007155428

**DO NOT CUT --FOLD ON DOTTED LINE**
Favor de no cortar - Doble su certificado en la línea indicada

| 0271 | 012 | 131 | 1 | 07 |

RETURN SERVICE REQUESTED

✿✿✿✿✿✿✿✿AUTOCR✿✿C-005
MIMS FRANK JR

039 1197 28 12/23/97

CT
-1117

Doc ID: 730944   Page: 1 of 1.

Record Type: VOTER    Record ID: 1154038    Imaging Dept. ID: 236217269

APPLICATION FOR VOTER REGISTRATION CERTIFICATE
HARRIS COUNTY, TEXAS

| | | AGE | 49 | SEX: | MALE | MIMS FRANK JR | | 0115403-8 |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION; HAS LISTED BELOW, IF UNMARRIED AND UNDER THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS:

RESIDENT ADDRESS 11-36-11

3914 MADDEN
HOUSTON

VOTING PRECINCT  271

CONTROL NO.

VOTER'S NAME

MIMS FRANK JR
3914 MADDEN
HOUSTON          TX 77047

CORRECTIONS

SIGNATURE OF VOTER/AGENT
HUSBAND  WIFE  FATHER  MOTHER  SON OR DAUGHTER  ONLY
(CIRCLE ONE WHERE APPLICABLE)

TELEPHONE NUMBER

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

Doc ID: 5735943    Page: 6 of 7.

Record Type: VOTER     Record ID: 1154038     Imaging Dept. ID: 236217269

**VOTER REGISTRATION APPLICATION**
(SOLICITUD para REGISTRO DE VOTANTE)
(please fill out completely)
PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE

MIMS  FRANK  JR

10  1  27   Houston   Texas

3014 Madden Lane
Houston, Texas  77011

MIMS FRANK JR.

DEC  2 1980

Doc ID: 3735943   Page: 4 of 7.

Record Type: VOTER   Record ID: 1154038   Imaging Dept. ID: 236217269



MIMS FRANK JR
--0115403-0--                    DX

*CANCELLATION OF VOTER REGISTRATION*

CODE  __D/X__   DATE  __3-14-00__

NAME  MIMS            FRANK              JR.
      Last Name       First Name         Middle Name

REASON  __DECEASED - Per precinct Judge - precinct #0271 .  Found while working the March 14, 2000 Republican Primary Election.  See Attached.__

*Earline Bowens*                          AUG 2 4 2000
                                              EB
DEPUTY

Doc ID: 5735943   Page: 1 of 7.

Record Type: VOTER Record ID: 1154038 Imaging Dept. ID: 236217269

DEMOCRATIC PARTY PRIMARY ELECTION - MARCH 14, 2000

HARRIS COUNTY, TEXAS

0271

COPY

| Date of Birth | Voter Assistant | No. | Certificate No. | | Full Name (Last, First, Middle) and Complete Residence Address | | Signature | |
|---|---|---|---|---|---|---|---|---|
| 12-69 | | 1 | 25593252 | | MCWASHINGTON CRAIG V 4223 BOTANY LN | HO 77047 | | 1 |
| 00-00 | | 2 | 06582456 | | MCWASHINGTON WILLIE 4223 BOTANY LN | HO 77047 | | 2 |
| 10-47 | | 3 | 07760475 | | MERCY SAMUEL LEE 4314 TAVENOR LN | HO 77047 | | 3 |
| 12-43 | | 4 | 33164738 | | MERRICK HATTIE HOLLOWAY 13011 LONG GATE DR | HO 77047 | [signature] | 4 |
| -57 | | 5 | 07735142 | | MILLER BRUCE E 4226 TAVENOR LN | HO 77047 | | 5 |
| 0-59 | | 6 | 16297731 | | MILLER GREGORY BERNARD 4226 TAVENOR LN | HO 77047 | | 6 |
| 0-83 | | 7 | 10031029 | | MILLER LUCILLE 4226 TAVENOR LN | HO 77047 | | 7 |
| -56 | | 8 | 33316377 | | MILLER RILA BENSON 4307 HOUCHEN | HO 77047 | [signature] | 8 |
| -39 | | 9 | 35318919 | | MILLER TINY JR 4307 HOUCHEN | HO 77047 | [signature] | 9 |
| -00 | | 10 | 00032669 | | MILO LORETTA RENEE 4207 MADDEN LN | HO 77047 | | 10 |
| 00 | | 11 | 00032672 | | MILO OTIS WAYNE 4207 MADDEN LN | HO 77047 | | 11 |
| 00 | | 12 | 01154020 | S | MIMS CORA LEE MRS 3914 MADDEN LN | HO 77047 | | 12 |
| | | 13 | 36617117 | S | MIMS FRANK 3914 MADDEN LN | HO 77047 | | 13 |
| | Deceased Kem 3/… | 14 | 01154038 | S | MIMS FRANK JR 3914 MADDEN LN | HO 77047 | | 14 |
| 00 | | 15 | 06707137 | | MIMS JANET 11102 SAFEGUARD | HO 77047 | | 15 |
| | | 16 | 21044607 | | MINNIFIELD JAMES JR 11711 DUANE | HO 77047 | | 16 |
| | | 17 | 01154053 | | MINNIFIELD RAE E MRS 11711 DUANE | HO 77047 | | 17 |
| | Deceased Kem 3/13/… | 18 | 01154061 | | MINTER CLIFTON 3902 MADDEN LN | HO 77047 | | 18 |
| | | 19 | 01597995 | | MINTER MELVYN F MRS 3902 MADDEN LN | HO 77047 | | 19 |
| | | 20 | 30772693 | | MINTER PAUL L 3902 MADDEN LN | HO 77047 | | 20 |

DO NOT WRITE ABOVE THIS LINE

(BLANK LINES AND PAGES SUPPLIED) DO NOT WRITE BELOW THIS LINE

Doc ID: 5735943 Page: 2 of 7.

Record Type: VOTER    Record ID: 1154038    Imaging Dept. ID: 236217269

**IMPORTANT** ☞

# POLL LIST

COPY

DEMOCRATIC PARTY PRIMARY ELECTION
HARRIS COUNTY, TEXAS
MARCH 14, 2000

AT _Christian & Co. Austin_ , ELECTION PRECINCT NO. _0271_ , IN HARRIS COUNTY, TEXAS

OFFICERS OF ELECTION SHALL BE SWORN

*Clerk of Officers of Election*

"I swear or affirm that I will not in any manner request or seek to persuade or induce any voter to vote for or against any candidate or measure to be voted on, and that I will faithfully perform my duty as officer of the election and guard the purity of the election."

_Bessie M. Swindle_                    _Mary C. Berry_
Signature of Presiding Judge              Signature of Presiding Clerk

_Pearl S. Johnson_
Signature of Election Clerk

_Loren H. Berry_
Signature of Election Clerk

This above oath taken in the manner required, this the 14th day of March, 2000.

_Bessie M. Swindle_

Doc ID: 5735945    Page: 3 of 7.

PublicData.Com [ SSA Death Master File Detail ]

Page 1 of 1

# PublicData.com

➡ *SSA Death Master File Detail*

| Name MIMS,FRANK | Social Security Number | Verify/Proof none found | Last Known ZIP Code 77047 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence none found | Date of Birth Oct 11 1922 | Date of Death Jan 26 1993 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=54121950&...   5/2/2007

Votec Election Management System

Mine Window

Voter Update

NEW | ADD | SAVE | EXIT | Scan / View | Prov Blts | Cancel | NVRA Dup | Notices / Polling Place | Districts / Reg Hist | View Vot Hist

| NVRA Source | Date Submitted | Status | Reason | Precinct | Sub | CERT # |
|---|---|---|---|---|---|---|
| | | CD | DEC | 0291 | -- | 1688720 |

File Number    c1update    ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| MONROE | ROBERT | C | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 5935 | | W | BELLFORT | | | | |

City HO    Zip 77035    Muni HOUSTON    Post Office HOUSTON    Address Exception CAN

Mail Address

Gender M    DOB 06/22/1931    Former County    Former Resid

Voting History for MONROE, ROBERT

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 1198 | 11/03/1998 | E | GENERAL ELECTION |
| 1196 | 11/05/1996 | E | GENERAL ELECTION |
| 0396 | 03/12/1996 | E R | PRIMARY ELECTION |

SSN4

Birth Place

Signed? Y

Privacy    More

SN    PW Interest    ID Rcvd

10/13/1999 12:00 AM

TX_00002452

JA_005211

Re:
Certificate #

MONROE ROBERT C
01688720 1

X-

Confirmation is hereby given that the person named above is:

*Se da aquí confirmación que la antedicha persona nombrado a:*

☒ Deceased/*Fallecido*   5-31-98

☐ Not deceased and the information is incorrect (*No a fallecido y la informacion esta incorrecto*)

Signature/*Firma*   Janie G Monroe   Date/*Fecha*   8-18-99

Relationship/*Parentesco*

Wife

---

345668

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS

0168872-0 ()

| | 345668 | AGE | 40 | SEX: | X | MAL | MONROE ROBERT C | DATE | 1971 |

☐ CHECK HERE IF SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS:

| | MONTH | DAY | YEAR |
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

* IF LINE 8-21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENTS OR GUARDIAN

| RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
| 5935 w BELLFORT  HOUSTON | 022 | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE.)

MONROE ROBERT C
5935 W BELLFORT
HOUSTON TX 77035

CORRECTIONS

NAME X X X X X X X X X X X
ADDRESS X X X X X X X X X X X XX
           STREET        CITY        ZIP CODE

➤ **SIGNATURE OF VOTER / AGENT** *
Robert C Monroe

* HUSBAND  WIFE  FATHER  MOTHER  SON OR DAUGHTER  ONLY
(CIRCLE ONE WHERE APPLICABLE)

TELEPHONE NUMBER

**TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN**

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>MONROE,ROBERT C | Social Security<br>Number | Verify/Proof<br>Report verified with a family<br>member | Last Known ZIP<br>Code<br>77035 |
|---|---|---|---|
| Lump Sum Payment ZIP<br>Code | State/Country of<br>Residence<br>Unknown | Date of Birth<br>Jun 22 1931 | Date of Death<br>May 31 1998 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53197348&... 5/2/2007



Votec Election Management System - user is REDDITTE@VEMS

Mine Window

Voter Update - [c1update 03.06]

NEW | ADD | SAVE | EXIT | Scan View | Prov Blts | Cancel | NVRA Dup | Notices Polling Place | Districts Reg Hist | View Vot Hist

NVRA Source [redacted] Date Submitted Status CD Reason DEC Precinct 0777 Sub CERT # 24852279

File Number c1update ID Compliant Y

Last NAVARRO First EDWARD Middle MEZA Former Suffix

Residence Address Street # 721 Fract Dir Name RICHEY Type Dir Unit Type Unit # 6

City PAr Zip 77506 Muni PASADENA Post Office PASADENA Address Exception CANact

Mail Address P O BOX 4065 Gender F DOB 03/10/1922 Former County Former Resid

Voting History for NAVARRO, EDWARD MEZA

Election Date Voting Codes Election Description

1196 11/05/1996 GENERAL ELECTION

SSN Birth Place Signed? Y Privacy More

PW Interest ID Rcvd

10/13/1999 12:00 AM

Re:
Certificate #

NAVARRO EDWARD MEZA
2485227R 1

X-

Confirmation is hereby given that the person named above is:
*Se da aquí confirmación que la antedicha persona nombrada o a:*

☒ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la información esta incorrecta)*

Signature/*Firma*

Relationship/*Parentesco*    WIFE

Date/*Fecha*   08·26·99

JUN    VOTER REGISTRATION APPLICATION *(SOLICITUD PARA REGISTRO DE VOTANTE)*
        (Secs. 13.002, 13.122, V.
JUL 1986    JUL - 6 1986
For Official Use Only    EDR    2485227-9
Application Number

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.
*(POR FAVOR COMPLETE LA SIGUIENTE INFORMACION, ESCRIBA EN LETRA DE MOLDE CON TINTA O ESCRIBA A MAQUINA.)*

| Last Name *(Apellido)* | First Name (NOT HUSBANDS) *(Nombre de Pila) (NO DEL ESPOSO)* | Middle Name (if any) *(Segundo Nombre (si tiene)* | Maiden Name *(Apellido de Soltera)* |
|---|---|---|---|
| NAVARRO | Edward | MEZA | |

| Sex *(Sexo)* | Date of Birth *(Fecha de Nacimiento)* month, day, year *(el mes, el día, el año)* | Court of Naturalization *(Corte de Naturalización)* | Telephone Number (Optional) *(Número de Teléfono) (No obligatorio)* |
|---|---|---|---|
| F | MARCH 10·1922 | HOUSTON COURT | |

Permanent Residence Address: Street Address and Apartment Number. If none, describe location of residence. (Do not include, P.O. Box, or Rural Rt.)*(Dirección de Residencia Permanente: Calle y Número de Departamento. Si no tiene, describa la localidad de su residencia. No incluya su caja postal o ruta rural.)*
721 So. RICHEY #6 PAS. TX. 77506

| City, State, and ZIP: *(Ciudad, Estado, y Zona Postal)* | Social Security Number (Optional) *(Número de Seguro Social) (no obligatorio)* |
|---|---|
| Mailing Address: If mail cannot be delivered to your permanent residence address. *(Dirección Postal (si es imposible entregar correspondencia a su dirección residencial permanente.)* P.O. BOX 4065 | |

City, State, and ZIP: *(Ciudad, Estado, y Zona Postal)*
Pasadena, TX 77306

| County and Address of Former Residence *(Condado y Dirección de Su Residencia Previa)* | Current Precinct Number (if known) *(Número de Precinto Actual (si lo sabe)* |
|---|---|
| 3225S·HALSTED CHICAGO IL. COOK COUNTY | |

The applicant is a citizen of the United States and a resident of this county. Applicant has not been determined mentally incompetent by a final judgment of a court. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code. I affirm that the information provided is correct. I understand that the giving of false information to procure the registration of a voter is a felony. *(El suplicante es ciudadano de los Estados Unidos y es residente de este condado. Ninguna corte ha juzgado por sentencia definitiva que el suplicante tiene una incapacidad mental. El suplicante no ha sido probado culpable finalmente de un crimen, o, si es criminal, está elegible para registrarse para votar bajo las condiciones de la Sección 13.001(a)(4) del Código de Elecciones de Texas. Yo afirmo que la información provista está correcta. Yo entiendo que as un crimen dar información falsa con motivo de conseguir el registro de un votante.)*

x  Edward M. Navarro

Signature of Applicant or Agent or Printed Name of Applicant if Signed by Witness *(Firma del Suplicante o Agente, o Nombre del Suplicante En Letra de Molde Si Fue Firmado Por Un Testigo)*     Relationship of Agent *(Parentesco del Agente)*

I, the witness for this person do affirm that I signed the document in the presence of the person who is unable to sign his/her name. *(Yo, el testigo para esta persona, certifico que yo firmé el documento ante la persona que no puede firmar su nombre.)*

Signature of Witness *(Firma del Testigo)*     Printed Name of Witness *(Nombre del Testigo En Letra de Molde)*

PublicData.Com [ SSA Death Master File Detail ]

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>NAVARRO,EDUARDO<br>M | Social Security<br>Number | Verify/Proof<br>Report verified with a<br>family member | Last Known ZIP<br>Code<br>77502 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of<br>Residence<br>Unknown | Date of Birth<br>Mar 10 1922 | Date of Death<br>Aug 15 1996 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=36909112&...  5/2/2007

| | | | |
|---|---|---|---|
| Date **txTupdate 03.06** | | Notices | Districts |
| rPEV | ADD | SAVE EXIT | View | Prov Blts | Cancel | Polling Place | Reg Hist | View Vot Hist |

NVRA Source    Date Submitted   Status / Reason   Precinct   Sub   CERT #
CD   DEC   0109   ...   4538682
File Number   ctupdate   ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| ROGERS | L | C | | |

Residence Address
Street #   Fract   Dir   Name   Type   Dir   Unit Type   Unit =
7505   CHARLIE
CityHO   Zip 77088   Mum HOUSTON   Post Office HOUSTON   Address Exception   CAN

Mail Address
Gender M  DOB   Former County
SSN4   SSN4
DL#   Birth Place
City   State
Zip   -   Clear Mail Addr   Citizen? Y   Signed? Y
Jury   Language   Privacy   More

Registration 01/31/1976   Eligible 03/01/1976
Transfer   Effective 09/05/2000   No TDL/ID   No SSN   PW Interest   ID Rcvd

Comments   ☐ Election Role   Updated by 304   09/12/2000 12:00 AM

Agency or Source of registration for statistical purposes

County clerk says
last voting History
11/4/1997

0453868-2          232963745

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS   48895                    ROGERS L C          0453868-2

☐ CHECK HERE IF SERVICEMAN OR STUDENT    102698    AGE 48    SEX: X MALE

| RESIDENCE: I CERTIFY THAT THE APPLICANT IS 21 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY. EXCEPTIONS | | | | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
|---|---|---|---|---|---|---|

RESIDENT ADDRESS: 7505 CHARLIE  HOUSTON     VOTING PRECINCT 109 (IF KNOWN)     CONTROL NO. I

| SHOW DATE OF ARRIVAL | MONTH | DAY | YEAR |
|---|---|---|---|
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE)

* IF UNDER 21, SHOW DATE OF BIRTH

ROGERS L C
7505 CHARLIE
HOUSTON        TX 77018

CORRECTIONS

IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN
NAME X X X X X X X X X    ADDRESS X X X X X X X X X X X X X X

SIGNATURE OF VOTER / AGENT
NAME  L C Rogers   ADDRESS 7505 Charlie   CITY Houston   ZIP CODE 7705
STREET                              TELEPHONE NUMBER (IF PHONED)

* HUSBAND   WIFE   FATHER   MOTHER   SON OR DAUGHTER   ONLY
(CIRCLE ONE WHERE APPLICABLE)

**TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN**

FORMER REGISTRATION:
IF REGISTERED IN ANOTHER TEXAS COUNTY
DURING THE PRECEDING THREE YEARS

SOCIAL SECURITY NUMBER [redacted]

NAME OF COUNTY Harris

RESIDENCE ADDRESS 7505 [illegible] St.
STREET OR ROUTE NO.

Houston 77088
CITY ZIP CODE

MAIL OR DELIVER APPLICATION PROMPTLY TO COUNTY TAX ASSESSOR COLLECTOR OF YOUR HOME COUNTY. APPLICATION MUST BE RECEIVED BY THE REGISTRAR YOU WISH TO VOTE.

INSTRUCTIONS

232963745

Check information on front carefully.

Make any changes in name, address or other information on the front side of this form. Please print.

CARL S. [illegible]
TAX OFFICE
301 SAN JACINT[illegible]
HOUSTON, TEXA[illegible]

0453868-2

[illegible]ertifi- [illegible] for a [illegible] sign the Affidavit on the bottom left of the front side and that a Certificate is returned to you.

BEFORE REMAILING be sure you have checked the correctness of the information and have signed the application. YOUR APPLICATION CANNOT BE PROCESSED UNLESS PROPERLY SIGNED.

232963745 0453868-2

0453868-2          232963756

CORRECTION CARD

Last Name _____ROGERS_____   Pct. # _109_                Certificate # _0453868-2_

First Name _____L._____   Sex _M_   Telephone _____          7-5-85
        (do not use husband's first name)                                                am

Middle Name _____C._____   Birthdate _____   Birthplace _____

Permanent Residence Address _____1505 Charlie_____          Houston  77088
                        (Street & Apt. # (not P. O. Box)          (City)    (Zip Code)

Mailing address if different _____

By: _____Cynthia Minton_____                    Social Security # _____
        Deputy

Date: _____07-02-15_____          ad'd SS#. Found while checking
S.O.S. error report 8-2885 MD.              doubles list for Pct.109.
                10-2385                                modify only

TX_00002461

0453868-2        233431747

**Paul Bettencourt**
Harris County Voter Registrar
713-224-1919
P O Box 3527
Houston, Texas 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

NON-PROFIT ORG
U.S. Postage
**PAID**
Houston, TX
Permit No. 9496

0453868-2

RETURN SERVICE REQUESTED

| Cert. No. (Núm de Cert.) | Gender (Sexo) | Valid from (Válido desde) | | T.X. REP. (Repres Est E U) | STATE SEN. (Sen Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Prec.) | |
|---|---|---|---|---|---|---|---|---|
| 0453868-2 | M | 01-01-00 | | 018 | 015 | 139 | 1 | 01 |

| Date of Birth (Fecha de Nacimiento) | Prec. No (Pct Num.) | thru (hasta) |
|---|---|---|
| 00-00-00 | 0109 | 12-31-01 |

Name and Mailing Address (Nombre y dirección de correo)

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

ROGERS L C
7505 CHARLIE
HOUSTON TX 77088

X *Deceased 1987*

**********AUTO**5-DIGIT 77088
ROGERS L C
7505 CHARLIE ST
HOUSTON TX  77088-7603

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante debe firmar este tarjeta personalmente al punto de recibirla, si puede.)

R00561633

SEP 05 2000

0453868-2    232963736

04538682

232963736

0453868-2          233434165

I hereby confirm that ROGERS L C is:

☒ Deceased.

☐ Not deceased and the information is inaccurate.

Signature _____ Date _____

My relationship to ROGERS L C is: _Wife_

Please complete this form and return to:    **Paul Bettencourt**
**Tax Assessor-Collector**
**P. O. Box 3527**
**Houston, TX 77253-3527**

9/14/00

11/4/97 – last voted
per C.C. office

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>ROGERS,L | Social Security Number | Verify/Proof<br>Report verified with a family member | Last Known ZIP Code<br>77088 |
|---|---|---|---|
| Lump Sum Payment ZIP Code<br>77088 | State/Country of Residence<br>Unknown | Date of Birth<br>Sep 11 1923 | Date of Death<br>Oct 15 1987 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53198014&...   5/2/2007

**Votec Election Management System**

Mine Window

**Voter Update**

NEW | ADD | SAVE | EXIT | Scan View | Prov Bits | Cancel | NVRA Dup | Notices Polling Place | Districts Reg Hist | View Vot Hist

NVRA Source [redacted] | Date Submitted | Status CD | Reason DEC | Precinct 0100 | Sub | CERT # 11193695

File Number | c1update | ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| ROWE | JOHN | THOMAS | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 505 | | | BRIARWOOD | DR | | | |

City BA | Zip 77520 | Muni BAYTOWN | Post Office BAYTOWN | Address Exception CAN

Mail Address

Gender M | DOB 05/13/1959 | Former County | Former Resid

**Voting History for ROWE, JOHN**

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 1198 | 11/03/1998 | E | GENERAL ELECTION |

SSN4

Birth Place BAYTOWN TX

Signed? Y

Privacy | More

PW Interest | ID Rcvd

10/13/1999 12:00 AM

TX_00002466

Re:
Certificate #

ROWE JOHN THOMAS III
11183685 1

·X-

Confirmation is hereby given that the person named above is:

Se da aqui confirmacion que la antedicha persona nombrado a:

☒ Deceased/Fallecido   Sept. 19, 1990

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Signature/Firma   John T Rowe Jr.   Date/Fecha   8-30-99

Relationship/Parentesco   Father

---

| Official use only | | VOTER REGISTRATION APPLICA* | | | 1119369-5 |
|---|---|---|---|---|---|
| PCT (11) | EDR (12) | (Art. 5.13a) | | ROWE JOHN THOMAS | |
| 101 | | | | | |

If you are a new registrant or if you have changed your county of residence, complete all of the information below:

**To CHANGE registration information:**

If you are registered to vote and need to change any information on your certificate, complete the following and show only the changed information to the left.

| Last Name (02) | First Name (03) | Middle Name (04) |
|---|---|---|
| Rowe | John | Thomas |

Maiden Name (04)

BAYTOWN, HARRIS, TEXAS   M

505 BRIARWOOD   DR   BAYTOWN   77520

Certificate Number:

Last Name as it appears on certificate:

Today's Date:

Return your current registration certificate for correction, or if your certificate has been lost or destroyed, initial the box below.

*The disclosure of social security no. is voluntary only, is solicited by authority of Section 48b, Texas Election Code, and will be used only by election officials to maintain the accuracy and integrity of the registration records.

x  John Rowe

*(Your registration may be by agent, but agent must be a registered voter and must be either: (circle one) Husband · Wife · Mother · Father · Son · Daughter

11-10-77

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>ROWE,JOHN T | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code<br>77521 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>May 13 1959 | Date of Death<br>Sep 19 1990 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=52383623&... 5/2/2007

Votec Election Management System - user is REDDITTE@VEMS
Mine Window
Voter Update [c1update 03.06]
NEW ADD SAVE EXIT Scan View Prov Blts Cancel NVRA Dup Notices Polling Place Districts Reg Hist View Vot Hist
NVRA Source
Date Submitted Status / Reason CD DEC
Precinct 0291
Sub
CERT# 37677119
File Number
c1update
ID Compliant Y
Last SKLAR
First MENDEL
Middle
Former
Suffix
Residence Address
Street # 5926
Fract
Dir
Name SPELLMAN
Type RD
Dir
Unit Type
Unit #
City HO
Zip 77096
Muni HOUSTON
Post Office HOUSTON
Address Exception
CAN
Mail Address
Gender M
DOB 06/30/1919
Former County
Former Resid
Voting History for SKLAR, MENDEL [v_hist 03.
Election
Date
Voting Codes
Election Description
1193 11/03/1993 GENERAL ELECTION
SSN4
Birth Place CITIZEN
Signed? Y
Privacy
More
PW Interest
ID Rcvd
10/17/2000 12:00 AM

Record Type: VOTER    Record ID: 37677119    Imaging Dept. ID: 236217250

**Paul Bettencourt**
*Harris County Tax Assessor-Collector and Voter Registrar*

Date Mailed: August 22, 2000

SKLAR MENDEL
5926 SPELLMAN RD
HOUSTON TX 77096-5841

## VOTER REGISTRATION NOTICE

The addressee's name, Social Security number, and date of birth matched exactly with that of a record in the Social Security Death Index database. This indicates that the registered voter named in this notice is deceased.

Please respond by providing the information requested below. Please include your signature and your relationship to the voter in the space provided below. Upon the receipt of your response, we will update the record. This notice will not affect your Social Security benefits.

**WARNING:** This voter registration is subject to cancellation if an appropriate reply is not provided to the voter registrar by the 60th day after the date this notice is mailed (Texas Election Code Sec. 16.033 (c)).

If you have any questions, or if this information is inaccurate, please call our office at **(713) 224-1919** as soon as possible. Our Web site at [www.tax.co.harris.tx.us] contains an updated Harris County Voter Registration database for your reference.

Thank you for your assistance.

Paul Bettencourt                           Marty Morrison
Voter Registrar, Harris County, Texas       Director of Voter Registration

I hereby confirm that SKLAR MENDEL is:   374-7111-9

☑ Deceased.                                "X"

☐ Not deceased and the information is inaccurate.

Signature *Sandra Rae Sklar*          Date 8/31/2000

My relationship to SKLAR MENDEL is:
*Wife.*

Please complete this form and return to:     **Paul Bettencourt**
                                             **Tax Assessor-Collector**
                                             **P. O. Box 3527**
                                             **Houston, TX 77253-3527**

236217250

Doc ID: 5735945   Page: 1 of 1.

Record Type: VOTER    Record ID: 3767119    Imaging Dept. ID: 236217241

**VOTER REGISTRATIO**
(SOLICITUD DE INSCRIPC

3767711-9

| Last Name | First Name |  |
|---|---|---|
| SRCAR | MENDEL | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. Do not include P.O. Box or Rural Rt.

6926 SPELLMAN RD, HOUSTON, TX 770960000-

**Mailing Address**, City, State and ZIP; If mail cannot be delivered to your residence address.

**Gender** (Optional)
☐ Male ☐ Female

**Date of Birth:** month, day, year
06.30.1979

**City, County, and State of Former Residence**

**Social Security No.** (Optional)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX Dept. of Public Safety) (Optional)

**Check appropriate box: I am a United States Citizen** ☐ Yes ☐ No

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**Telephone Number** (Optional)

I affirm that I:
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I am eligible for registration under section 13.001, Election Code; and

JUN 18 1997      JUL 18 1997

CLEAR LAKE - DPS      06 18 1997

X _Demenald Sklar_

Doc ID: 5755946   Page: 1 of 2.

PublicData.Com [ SSA Death Master File Detail ]

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>SKLAR,MENDEL | Social Security Number | Verify/Proof<br>Report verified with a family member | Last Known ZIP Code<br>77096 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>Unknown | Date of Birth<br>Jun 30 1919 | Date of Death<br>Jan 5 1998 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=48661234&...   5/2/2007



Votec Election Management System - user is SEALEMASON@vems
Voter Update [c1update 03.06]
NEW ADD SAVE EXIT Scan View Prov Bits Cancel NVRA Dup Notices Polling Place District Reg Hist View Vot Hist
NVRA Source [redacted]
Date Submitted
Status / Reason CD DEC
Precinct 0340
Sub
CERT # 20990974
File Number
c1update
ID Compliant Y
Last SMITH
First STELLA
Middle PRUDE
Former
Suffix
Residence Address
Street # 2050
Fract
Dir
Name LITTLE CEDAR
Type DR
Dir
Unit Type
Unit #
City HU
Zip 77339
Muni HUMBLE
Post Office HUMBLE
Address Exception CAN
Voting History for SMITH, STELLA PRUDE [v_hist 03.06]
Election Date Voting Codes Election Description
0300 03/14/2006 P D PRIMARY ELECTION
0394 03/08/1994 P D PRIMARY ELECTION
OK
920
Former County
SSN4
Birth Place
Signed? Y
Privacy
PW Interest
ID Rcvd
03/05/2001 12:00

Record Type: VOTER    Record ID: 20990974    Imaging Dept. ID: 220156774

FEB - 7 2001

I hereby confirm that SMITH STELLA PRUDE is:

20990474

☑ Deceased.

☐ Not deceased and the information is inaccurate.

Signature _____Ceail French_____    Date __02/04/01__

My relationship to SMITH STELLA PRUDE is: _daughter_

Pleas

```
|||||||||||||||||||||||||||||||||||||||
      220156774
```

Bettencourt
Assessor-Collector
. Box 3527
.ston, TX 77253-3527

Doc ID: 3177405    Page: 1 of 1.

Record Type: VOTER Record ID: 20990974 Imaging Dept. ID: 220156783

VOTER REGISTRATION APPLICATION

109409-4

NEW

LAST NAME: Smith
FIRST NAME: Stella
MIDDLE NAME: P
MAIDEN NAME: Prude

SEX: F
DATE OF BIRTH: 11-5-80
PLACE OF BIRTH: 12920 Urspados, Tex

RESIDENCE ADDRESS: 2050 Little Cedar Wy, Kingwood, Tex 77339

DEC 4 1980

X Stella Smith

Doc ID: 3128618 Page: 1 of 1.

TX_00002475
JA_005234

TX_00002475

PublicData.Com [ SSA Death Master File Detail ]

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>SMITH,STELLA | Social Security Number | Verify/Proof<br>Report verified with a family member | Last Known ZIP Code<br>77339 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>Unknown | Date of Birth<br>Jul 29 1920 | Date of Death<br>Apr 9 1997 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=52037114&...   5/2/2007

Votec Election Management System - user : RED
Mine   Window

| NEW | ADD | SAVE | EXIT | Scan View | Prov Bls | Cancel | NVRA Sup | Notices | Districts | |
|-----|-----|------|------|-----------|----------|--------|----------|---------|-----------|--|
| | | | | | | | | Polling Place | Reg Hist | View Vot Hist |

**NVRA Source**   Date Submitted   Status / Reason   Precinct   Sub   CERT #
CD   DEC   0026   E-   26841015

File Number   ctupdate   ID Compliant Y

| Last | First | Middle | Former | Suffix |
|------|-------|--------|--------|--------|
| SPELL | BILLY | COLE | | |

**Residence Address**
Street #   Fract   Dir   Name   Type   Dir   Unit Type   Unit #
4440   CLAY

CityHO   Zip 77023   Muni HOUSTON   Post Office HOUSTON   Address Exception   CAN

**Mail Address**

Gender M   DOB 02/01/1928   Former County   Former Resid

SSN

Birth Place SHIRO TX

Signed? Y

Privacy   More

PW Interest   ID Rcvd

08/24/1999 12:00 AM

**Voting History for SPELL, BILLY COLE**

| Election | Date | Voting Codes | Election Description |
|----------|------|--------------|---------------------|
| 1196 | 11/05/1996 | E | GENERAL ELECTION |

Re: SPELL BILLY COLE
Certificate # 26841015 1

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☒ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Signature/*Firma* Rosalie Spell Date/*Fecha* 8-24-99

Relationship/*Parentesco* Wife

DV 26841015
PREVIOUS TRANSACTION COMPI SPELL BILLY COLE
~~2684101-5~~

> STAT/FLAG < A _ > DX UPDT 000 255 1 090789

SSNO BRDT < 02-01-1928 > CITY/CNTY C ST
BRPL < SHIRO 1 TX

COFM < GRIMES >

NAME < SPELL_BILLY_COLE 2 > 10/20/91 DIED PCT < 0026 > OPEN <

RADR < 04440 _ CLAY > MADR1 < >
MADR2 < >

RCTY < HOUSTON RZIP 77028-0000 > MCZP < 00000-0000
8/24/99

US/REP 029 GENE_GREEN__(D) Spoke to Niece
ST/SEN 006 MARIO_GALLEGOS__(D) 8/3/99
ST/REP 145 RICK_NORIEGA_(D) Per June Gibson.
COMM 2 JIM_FONTENO__(D)
JP/C 06 VICTOR_TREVINO_JP--RICHARD_VARA,_ARMANDO_RODRIGUEZ
731-467-4939

Ed Johnson To: voters Date: 7/4/1999 Time: 8:38:52 AM Page 3 of 3

/04/99 death to call Page 2

| rt | name | bddt | Dec | Phone |
|---|---|---|---|---|
| ~~719345~~ | ~~SESSION ANTOINETTE BROWN~~ | ~~05231946~~ | ~~6/30/92~~✓ | |
| ~~841015~~ | ~~SPELL BILLY COLE~~ | ~~02011928~~ | ~~10/20/91~~✓ | |
| 856278 | FLANAGAN JEANETTE LOVE | 03311930 | 4/30/96 | |
| 680636 | BURDEN EDDA MEDLHAMMER | 12281943 | 8/26/98 | |
| 723013 | HARRIS EDWARD | 09111964 | 12/15/81 | |
| 795276 | GAFFNEY CARROLL COX | 05291922 | 12/30/92 | |
| 680945 | WEAVER MARY GREEN Husband | 06071919 | 5/30/90 | |
| 004434 | ZITTEL ROBERT JAMES | 09131921 | 8/17/97 | |

VOTER REGISTRATION APPLICATI
PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYP 2684101-5

| Last Name *(Apellido)* | First Name (NOT HUSBAN *(Nombre de Pila) (NO DEL ESPOSO)* | *(Segundo Nombre) (si tiene)* | *(Apellido de Soltera)* |
|---|---|---|---|
| SPELL | BILLY | COLE | |

| Sex *(Sexo)* | Date of Birth *(Fecha de Nacimiento)* month, day, year *(el mes, el dia, el año)* | Place of Birth *(Lugar de Nacimiento)* city or county *(ciudad o condado)* | state or foreign country *(estado o pais extranjero)* | County and Address of Former Residence *(Condado y dirección de su residencia previa)* |
|---|---|---|---|---|
| M | 2-1-28 | SHIRO | TX | GRIMES |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe location of residence. (Do not include P.O. Box or Rural Rt.) *(Dirección de Residencia Permanente. Calle y Número de Departamento, Ciudad, Estado, y Zona Postal. Si no tiene, describa la localidad de su residencia. No incluya su caja postal o ruta rural.)*
4440 CLAY HOUSTON TX

Mailing Address, City, State and ZIP: If mail cannot be delivered to your permanent residence address. *(Dirección Postal, Ciudad, Estado y Zona Postal) (si es imposible entregar correspondencia a su dirección permanente)*
77028

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony ... is eligible for registration under Section 13.001(a)(4) of the Texas Election Code. I understand that the giving of false information to procure the registration of a voter is a misdemeanor. *(El suplicante es ciudadano de los Estados Unidos y es residente de este condado. El suplicante no ha sido probado culpable finalmente de un crimen, o, si es criminal, está elegible para registrarse para votar bajo las condiciones de la Sección 13.001(a)(4) del Código de Elecciones de Texas. Yo entiendo que es un delito ... información falsa con motivo de conseguir el registro de un votante.)*

Court of Naturalization (If Applicable) *(Corte de Naturalización) (Si Aplicable)* SEP - 6 1989 - - OCT - 6 1989

x Billy C. Spell

Signature of Applicant or Agent or Printed Name of Appli-

TX_00002478
PAR005237

# PUBLICDATA.com

➡*SSA Death Master File Detail*

| Name SPELL,BILLY C | Social Security Number | Verify/Proof none found | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence none found | Date of Birth Feb 1 1928 | Date of Death Oct 20 1991 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=54718706&...   5/2/2007

TX_00002479
JA_005238

TX_00002479

Votec Election Management System - user is SEALEMASON@vems
Mine Window
Voter Update [clupdate 03.06]
NEW ADD SAVE EXIT Scan View Prov Blts Cancel NVRA Dup Notices Polling Place Districts Reqlists View Vot Hi
NVRA Source
[redacted]
Date Submitted
Status / Reason
CD DEC
Precinct
0175
Sub
CERT #
746719
File Number
clupdate
ID Compliant Y
Last
VANDERLYN
First
J
Middle
R
Former
Suffix
Residence Address
Street # Fract Dir Name Type Dir Unit Type Unit
4039 MERRICK
City HO Zip 77025 Muni HOUSTON Post Office HOUSTON
Address Exception
CAN
Voting History for VANDERLYN, J R [v_hist 03.06]
Election Date Voting Codes Election Description
1196 11/05/1996 E GENERAL ELECTION
OK
1916
Former County
Former Re
SSN
Birth Place
Signed? Y
Privacy
PW Interest
ID Rcvd
10/13/1999 12:00

APPLICATION FOR VOTER REGISTRATION CERTIFICATE.
HARRIS COUNTY, TEXAS    585565                    VANDERLYN  J R          C074671-9

| | 169192 | AGE 55 | SEX X MALE | | | | |

RESIDENT ADDRESS                    VOTING PRECINCT    CONTROL NO.

4039 HERRICK
HOUSTON                             175

VOTER'S NAME                                        CORRECTIONS

4039 HERRICK
HOUSTON            Tx

ADDRESS

Re:        VANDERLYN  J R .
Certificate #    00746719 1

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☑ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect *(No a fallecido y la informacion esta incorrecto)*

Signature/*Firma*  Mrs. J R. Vander Lyn        Date/*Fecha*  Aug. 18, 1998

Relationship/*Parentesco*

PublicData.Com [ SSA Death Master File Detail ]                                    Page 1 of 1

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>VANDERLYN,JOHN | Social Security Number | Verify/Proof<br>none found | Last Known ZIP Code<br>77025 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br>Texas | Date of Birth<br>May 11 1916 | Date of Death<br>May 1983 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53172402&...   5/2/2007

TX_00002482

Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

```
P.C. DOCKET SUB. .STYLE OF PROBATE    .APPLICANT'S        .ATTORNEY OF RECORD   .NATURE  .DATE OPEND.
C.T NUMBER DKT.                        .NAME AND ADDRESS    .AND ADDRESS          .OF PROC .MM DD YYYY .FILM CODE.
1 2 185822 001 VANDERLYN JOHN R*D*     VANDERLYN DAISYNELLE  CARL LEE & FISHER    PRO W   05-27-1983  648832003
               4039 MERRICK            HOUSTON TX            1500 AUSTIN
                                                             HOUSTON TX 77252
```

Back to Inquiry | Main Menu

http://www.cclerk.hctx.net/coolice/default.asp?Category=ProbateCourt&Service=pc_name

Total lines retrieved = 2 Lines displayed = 2

1/1/2008

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State          VR17.08E.I2

**For Official Use Only**

Please complete sections by printing **LEGIBLY**. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### 1  These Questions Must Be Completed Before Proceeding

Check one ☐ New Application   ☐ Change of Address and/or Name   ☐ Request for a Replacement Card

Are you a United States Citizen? ...................................................................................... ☐ Yes   ☐ No

Will you be 18 years of age on or before election day? .......................................... ☐ Yes   ☐ No

If you checked "no" in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? ................................................. ☐ Yes   ☐ No

### 2

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| | | | |

### 3

**Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

**City**

**State**

**Zip Code**

### 4

**Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

**City**

**State**

**Zip Code**

### 5  Date of Birth: (mm/dd/yyyy)

### 6  Gender (Optional)
☐ Male  ☐ Female

### 7  Telephone Number (Optional) Include Area Code
(     )

### 8  Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

xxx-xx-

☐ Check if you do not have a Texas Driver's License, or Texas Personal Identification No.

☐ Check if you do not have a Social Security Number

### 9

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county and U.S. Citizen;
- have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**X**

_____/_____/_____
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Exhibit 34

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE



**REGISTRAR OF VOTERS**
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

_____ , TX _____

---

*Fold on line and seal before mailing*

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.
- You must provide your Texas driver's license or personal identification number. Only when you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must indicate by checking the appropriate box on the application side.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**



Exhibit 35

**Testimony before**
**Texas State Senate**
**Committee of the Whole**
**on Behalf of AARP-Texas**
**Given By**
**Daniel B. Kohrman,**
**Senior Attorney, AARP Foundation**
**March 10, 2009**

Good morning Senators, Chairman Duncan, Lt. Governor Dewhurst. My name is Daniel

Kohrman. I am a Senior Attorney with the AARP Foundation. The Foundation is the

charitable arm of AARP. I am a full-time legal advocate for AARP and AARP members,

and older persons generally. Among my responsibilities is representing the cause of

access to the ballot for older voters.


By way of background, I am one of the lawyers for voters – including older voters – in

litigation regarding state "photo ID" laws in Georgia and Arizona. Likewise, I have filed

briefs for AARP in several other cases concerning state "photo ID" laws. These include

*Crawford v. Marion County Election Board*, in which the U.S. Supreme Court considered

Indiana's "photo ID" law. They also include "photo ID" cases in Missouri and Michigan,

where the highest courts in both those states considered laws enacted there. At AARP I

have also defended federal and state campaign finance reform laws. And lest you get the

impression I am showing an interest in Texas for the first time today, I twice recently

1

filed briefs in Texas cases – including one voting case – that went up to the U.S Court of Appeals for the Fifth Circuit.  Before AARP I worked for a big law firm, a civil rights organization and the U.S Department of Justice.

As you know, AARP members vote in very large numbers and are very proud of their active participation in the political process at all levels – state, local and federal.  I work out of AARP headquarters in Washington, DC, but today I am appearing on behalf of AARP of Texas, one of AARP's 53 state offices across the United States.  Given the intense partisanship that has developed around the issue of photo ID, I want to emphasize that AARP is a nonprofit, *nonpartisan* organization dedicated to addressing the needs and interests of Americans aged 50 and older.  AARP has no interest in the partisan aspects of the photo ID issue.  What we do care about is representing the interests of older Americans.  With more than forty million members nationwide, and roughly 2.4 million members here in Texas, AARP is the largest membership organization – in the U.S. and in Texas – advocating on behalf of older persons and older voters.

I appreciate the opportunity to speak with you today about AARP's perspective on of voter participation and voting fraud, and in particular, on the merits of the proposed Texas "photo ID" bill.

At the outset, I want to identify AARP's overall perspective on voting issues. Above all, AARP views the right to vote as the most basic right in our democratic system of

2

government. Everything else flows from that principle. In particular, our view is that politicians should tread carefully in the field of voting rights. Voting rights should not be casually restricted. That said, we understand that historically, and under our Constitution, the states are the principal source of laws and regulations in the area of voting. To be sure, federal authorities have stepped in from time to time to ensure fair procedures are followed, and the federal courts and the U.S. Department of Justice retain ongoing authority in these areas. Further, Congress has made clear in recent years – witness the Help American Vote Act (HAVA) and the National Voter Registration Act (NVRA), as well as actions of the federal Election Assistance Commission – that there are national minimum standards that all states must follow. But in our federal system, states have the primary obligation to make sure that elections are fair and reflect the will of the people. But we do not conclude from this that states should feel free to take whatever action is expedient. Where there is a need for action to protect the rights of voters, states have a duty to act there is a duty to let the people express their will. But absent such a need, states have a duty not to rush in, if doing so will impede the rights of voters. As it is said of doctors, so it is true in the field of voting and elections: "first, do no harm!"

AARP policy is clear. Whether at the federal level, the state level, or the local level, AARP encourages steps to engage all eligible voters in the electoral process. AARP, because of its mission and membership, is particularly concerned with facilitating voting for the 50+ population. To this end, AARP has partnered with numerous organizations over the years, including the League of Women's voters and "Rock the Vote" to

3

encourage eligible voters, of all ages, to participate in the electoral process. AARP has

for decades advocated for fair and simple procedures that help to encourage a high level

of voter participation among older Americans.

Chapter 13 of AARP's 2008 Policy Book states:

> In order to ensure that more Americans participate in the electoral
> process, people's confidence needs to be restored by an election
> system that is fair, accurate, accessible and secure. …
> Consistent with the constitutional right to vote and democratic
> principles, governments should aim to expand the franchise and
> enhance access to the ballot for those capable of voting. …

In particular, AARP policy declares that states should adopt        voter registration

procedures that are "fair, simple and readily accessible."  Furthermore, and perhaps most

relevant here, AARP takes the position that states should adopt "procedures to detect and

prevent voter fraud that do not permit arbitrary and discriminatory reviews, ID

challenges, and misuse of provisional ballots in ways that discourage voter registration

and turnout or show partisan bias."  We believe photo ID laws such as the laws adopted

in Georgia, Indiana, Arizona, and a few other states, as well as the proposal now before

you, raise precisely these concerns:

- the danger of "arbitrary and discriminatory reviews";

- the danger of 'arbitrary and discriminatory … ID challenges"; and

- "the misuse of" – by virtue of excessive reliance on – "provisional
  ballots in ways that discourage voter turnout."

I am no expert in Texas politics, so I am reluctant to comment on the proposed bill's

4

potential to provoke partisan bickering; however, that outcome seems evident from a cursory review of press coverage in the last week. If these reports are correct, that is a shame, because voters – certainly older voters – tell AARP they want the two parties to work together to solve problems like healthcare and retirement security. They do not want elected officials spending time in partisan fights for political advantage.

The last time AARP testified on the "photo ID" issue, in 2006, Amanda Fredericksen, AARP-Texas Director of Advocacy, told the House Committee on Elections:

> In spite of [AARP's] efforts, voter turnout in Texas remains alarmingly low. In 2006, the last Gubernatorial election in Texas, only one in three registered voters cast [a] vote. In 2004, the last presidential election, just over half of all registered voters in Texas cast their [ballot]. These figures are even lower if you include the population that is eligible to vote but isn't registered. Given the low turnout rates in Texas and across the US, AARP would like to see lawmakers do more to encourage participation in the election process. Older individuals vote in disproportionately high numbers, (More than one half of the voters in the November 2006 election were over the age of 50.) … AARP believes fair and simple procedures help to maintain this high level of participation … .

The AARP Foundation has participated in litigation challenging state photo ID laws in five states because we believe such laws discourage rather than encourage electoral participation by older voters. Photo ID requirements pose variety of arbitrary barriers for senior voters, many of whom have voted consistently for decades. ID requirements are simple to meet for some, even many voters, but not for many other voters, especially older ones.

5

This past Sunday, the Rio Grande Guardian reported that:

- one in five (20% of) senior women do not have a driver's license (according to the US Census Bureau);

- 18% of Americans over age 65 lack a driver's license (according to the Brennan Center for Justice in New York City); and

- 37% of Texans over age 80 do not have a driver's license (according to the Texas Conservative Coalition Research Institute).

Moreover, AARP conducted a survey in connection with the Indiana photo ID case that revealed 3% of those eligible over age 65 (or roughly 23,000 registered voters) had neither a driver's license nor a state-issued ID card (the ID needed to vote under state law); the share of registered voters age 75+ without either form of ID was double that: 6%.


In other states, the potentially disruptive impact of photo ID laws on electoral participation by registered voters likewise has been estimated to be quite large. In Georgia, AARP estimated, based on driver's license data from the Department of Motor Vehicles and voter registration data from the Secretary of State, that approximately 100,000 registered voters age 65 and over lack a driver's license. In Missouri, the Secretary of State in August 2006 "estimated that approximately 240,000 registered voters may not have the required photo ID and that the Department of Revenue's estimate

6

of the same was approximately 169, 215 individuals." *See Weinschenk v. State*, 203

S.W.3d 201 (Mo. 2006)


Perhaps the hardest thing to understand about photo ID laws is why public officials

would embrace measures posing a disproportionate share of difficulties for older voters,

who are those most reliable electoral participants.   AARP's brief to the Supreme Court in

the Indiana photo ID case explained:

> Older Americans consistently demonstrate a strong commitment to the
> electoral process by exercising their right to vote more frequently than
> other age groups. In the 2004 presidential election, citizens 55 and
> older reported voting at a rate of 71.8%, as compared with a rate of
> 63.8% among all Americans. As the number of older Americans rises,
> and the life expectancy of the U.S. population increases, the influence
> of older voters on the electoral process has the potential to increase as
> well. This segment of the population is expected to grow rapidly
> during the coming years, as children born during the "baby boom"
> reach age 65 and beyond. By 2030, there will be 71.5 million potential
> older voters in the United States — nearly twice the number from
> 2005. *Id.* As a result, older voters likely will comprise a larger
> percentage of the electorate and play an increasingly important role in
> American electoral politics.

In the Georgia voter ID case, the district court twice enjoined implementation of strict

photo ID requirements because State officials had failed to take steps to reduce risks of

disenfranchising older voters, among others, who may not have had adequate time to

learn about and respond to new photo ID requirements.   In 2006 the court concluded:

> The evidence in the record demonstrates that many voters who lack
> an acceptable Photo ID for in-person voting are elderly, infirm, or
> poor, and lack reliable transportation to a county registrar's office.
> For those voters, requiring them to obtain a Voter ID card in the

7

> short period of time before the July 18, 2006, primary elections and the corresponding primary run-off elections is unduly burdensome.
>
> … for those citizens, the character and magnitude of their injury-the loss of their right to vote-is undeniably demoralizing and extreme, as those citizens are likely to have no other realistic or effective means of protecting their rights.

*See Common Cause/Georgia League of Women Voters of Georgia, Inc. v. Billups*, 439 F.Supp.2d 1294 (N.D.Ga. 2006).

In the Missouri voter ID case, the State Supreme Court accepted the "[voter-]Plaintiffs['] claim that for many … including the poor, elderly and disabled, … hurdles to obtaining the proper photo ID are not insignificant."  In particular, the court recounted a series of anecdotes reflecting difficulties of the sort many older voters may confront.  These include Ms. Weinschenk, who has cerebral palsy and was born out of state, and for whom "obtaining a proper photo ID is a substantial burden because of her disability," because she has difficulty securing records, such as a birth certificate, and moreover, whose "disability prevents her from making a consistent signature mark, [so that] her signature will not match the signature on her voter registration record. Thus, any provisional ballot she casts will not be counted."  For many older disabled persons, the burdens associated with overcoming the access and mobility challenges that confront all voters who need photo identification to vote are likely to be nothing short of insuperable. The personal stories also included: "Ms. Amanda Mullaney [who] was born in Kentucky, and [whose] current name does not match the name on her birth certificate because her parents were not married at the time of her birth. Thus, to obtain the proper photo ID needed to vote,

8

she will have to provide proof of her name change by means of either a certified court order or a certified amended birth certificate"; and "Ms. Maudie Mae Hughes [who]was born in Mississippi, [and whom] the state has repeatedly informed … that it does not have any record of her birth, thereby compounding her difficulties in obtaining the photo ID necessary to vote in Missouri." (Because of historical lack of access to health care, prior to the 1960s, many minority Americans in their 60s, 70s, and 80s are substantially more likely to have been born outside a hospital.)

In 2006 Ms. Fredricksen described the circumstances of Theresa Clemente and Valerie Williams, set forth in AARP's amicus brief in the Indiana photo ID case. I urge you to go back and re-read her testimony. In short, Ms. Clemente, an 80-year-old who sought a state-issued ID card so that she could vote, only succeeded – as many of her vintage very well might not – only by paying multiple fees, navigating a maze of public record laws, and making multiple trips to various public offices. Ms. Williams, a 61-year old social security recipient, was barred from voting in the lobby of her retirement home, as she has done in at least the last two elections, by poll workers whom she had known for years, because the forms of ID she had always used no longer were valid under the new voter ID law. These sorts of impediments to the franchise, for clearly eligible voters dedicated to exercising their constitutional rights, are insulting, cruel and unnecessary. And as Ms. Fredricksen told you several years ago, these are not isolated cases. If anything close remotely resembling eighteen percent of American citizens age 65 and above do not have current government-issued photo ID, many millions of seniors, and many millions more

9

between the ages of 50 and 65, including perhaps hundreds of thousands in Texas alone, will be forced to jump through hoops for no discernible purpose. You have heard ample testimony to the effect that there is little or no evidence of in-person voter fraud, and I need not repeat this point, except to say there is even less evidence that older persons are suspected of fraudulently impersonating eligible voters at the polls. But in light of the absence of proof of fraud, especially among older voters, and further, given the high participation rates of voting among older persons, as well as the high incidence of difficulties obtaining ID documents among older persons, such as those with disabilities, any photo ID law that fails to include extensive provisions to accommodate voters with greater difficulties complying, including older voters, should be rejected out of hand as unfair and unduly burdensome.

Before I close, I want to make some specific observations about the proposed Texas photo ID bill.

My initial comment is that the bill does remarkably little to combat vote fraud – in its many forms and flavors – for a bill that purports to be focused on combating that supposed problem. Even if we agree to disagree about the existence of in-person voting fraud – which to us seems as improbable as it is unreported – because of the high risks of getting caught and the low return for each individual act of impersonation – we should be able to agree that there are many forms of alleged vote fraud of which the Texas photo ID

10

TX_00002495

bill aims at addressing only one.  The question arises, given the huge political fight this

has set off, is the benefit in reducing fraud worth the effort?  If not, why bother?

The best that can be said for the pending photo ID bill is that it is not as bad as the laws

on the books in a few other states:  Indiana, Georgia and Arizona.

I want to put off for a moment a discussion of a few problems I see with the overall

approach of the proposed bill.  Before that I want to suggest some practical shortcomings.

**First, the proposed law does very little to educate the public about major changes in**

**voting requirements**.

The proposal relies almost exclusively on the individual voter registration process, in

section 1, to notify voters of new photo ID requirements.  Section two provides some

additional notice via websites of the Secretary of State and counties.  I understand less

than a third of Texas counties maintain websites.  The major problem here is that the bill

does nothing by way of affirmative public education; it is entirely passive and relies on

voters either to visit a state or county website with a notice of the new law or obtain

notice upon registering to vote or renewing an existing registration.  Yet in section 14 the

bill requires the new requirements to take effect within a matter of months.  AARP is

concerned that older voters are especially likely not to benefit from notice limited to

information provided with registration or re-registration, as voters who have gone the

longest without major changes in the registration process are least likely to be alerted by

11

TX_00002496

changes announced in their semi-annual registration packet.  This is especially the case as the bill makes no specific provision how, and how prominently, notice is to be given to voters in this manner.

**Second, the lack of public education or public outreach plans or funding poses a barrier to the timeline for implementation contemplated in the current proposal.**

The State should be doing its utmost to avoid situations whereby voters show up to vote without the appropriate ID.  Yet that will happen without very substantial public education and outreach.  And older voters, who are generally used to the current system, are disproportionally likely to be tripped up by the new rules.  In the Georgia case, the State's failure to adopt and implement a robust public education and outreach program caused the photo ID law to be enjoined twice.  That seems a danger with this bill in its current form.  A related flaw is the lack of any provision for funds for public education and outreach.  If the State plans to notify voters about new photo ID rules when they register to vote, which takes place on a two-year cycle, it would seem unfair to implement new rules in early 2010, and indeed, prior to a time at least two years after the law's effective date.  Substantially more than two years would seem appropriate if the proponents are serious about giving voters a reasonable chance to comply prior to the next election after they are personally notified of the new rules.  Another related defect appears to be the lack of plans or funding for public outreach.  For instance, there are no provisions in the bill (e.g., in section 13) specifying which and how many offices will issue new photo ID documents; nor is any provision made for special efforts to address the needs of populations with limited mobility, such as older persons with disabilities,

12

including those residing in assisted living facilities or nursing homes.  In the Georgia

voter ID case, state officials were enjoined from implementing a new photo ID law until

the could show outreach efforts (e.g., vehicles visiting areas underserved by DMV offices

to issue new photo ID documents).

**Third, heavy reliance of new photo ID rules via the internet is likely to adversely**

**affect older, low-income and minority voters and voters with disabilities.**

Although older persons generally, especially those in the workforce, are rapidly

becoming tech savvy, many older voters – including high percentages of those not now in

the workforce, of those with fixed and low incomes, of those with disabilities, and those

residing in low income areas of the state, or in assisted living arrangements or nursing

homes – are not likely to benefit from web-based notice of new photo ID rules.

Moreover, if web-based notice nevertheless continues to be a priority under the bill,

provision should be made to fund creation or improvement of websites for those counties

without them or without effective or user-friendly sites.  In addition, the bill lacks

specific directions to the state and counties to give us assurance that web-based notice

would be done effectively and data would be conveyed in a sufficiently prominent

manner.

**Fourth, the bill lacks clarity in regard to training of persons most likely to interact**

**with voters in implementing new photo ID rules.**

Section 3 of the bill calls for additional training related to "acceptance and handling" of

ID "presented by a voter to an election officer," but according to the Senate Research

Center Bill Analysis only refers to training of election judges.  Section 4 of the bill

13

TX_00002498

expands training to election clerks.  But neither provision nor any other provision of the bill appears to apply to training of poll workers themselves.  If this is the intent, this appears to AARP to be a major defect, as these personnel would appear to be the ones most likely to interact with voters in implementing new photo ID rules.  Moreover, the bill contains no provision for funds to train poll workers or election clerks.

**Fifth, the bill lacks clarity in regard to the timeline for training activities.**

Section 13 provides for implementation of training activities regarding new photo ID rules "as soon as practicable."  These four words recall an earlier four-word phrase – "with all deliberate speed," from the Supreme Court's 1955 implementation decision in *Brown v. Board of Education* – that came to be synonymous with "no time soon."

Finally, in regard to the substantive approach to voter eligibility reflected in the bill, I have the following additional observations and concerns:

**Sixth, it is unclear why the bill precludes persons with a history of voting in a precinct to vote there without a registration certificate without meeting new ID rules.**

Sections 6 and 9 of the bill together hurt longtime voters – many of them likely to be older voters – whose names appears on the voter rolls at a polling station, but who fail to produce a registration certificate upon appearing to vote; under current law, they can sign an affidavit and vote a regular ballot.  Under the bill, they only may vote a provisional ballot unless they also can produce new ID.   This seems unnecessary, unlikely to deter or prevent any fraud, and yet likely to impede voting by long-time, legitimate voters.

14

Similarly, sections 6 and 7 of the bill together hurt the voting chances of persons with a registration certificate but whose names are "not on the precinct list of registered voters"; under current law, it appears they "shall be accepted for voting," however, under the bill, unless they have new qualifying ID they only can vote a provisional ballot.

**Seventh, the effectiveness of the bill's free photo ID provision is questionable.**

Section 12 of the bill forbids the Department of Public Safety from charging any person for a new photo ID "who states that the[y are] obtaining the personal identification for the sole purpose of satisfying [the new voting ID requirement]." AARP is concerned that the bill makes no provision for funding of "free" ID and that as a result, in current dire fiscal conditions, officials responsible for implementing the rule may have a disincentive to do so properly. For older voters on fixed incomes, the fees associated with obtaining government-issued identification are anything but trivial.

Once again, thank you for the opportunity to comment on the proposed photo ID bill.

15

# Voter Education, Anderson County Workshop, 2008









# Texas State Conference of NAACP Branches

1107 E. 11th St., Ste. A, Austin, TX 78702
Telephone: 512-322-9547 Fax: 512-322-0757

## STATEMENT OF GARY L. BLEDSOE, PRESIDENT TEXAS NAACP TO THE
## SENATE COMMITTEE OF THE WHOLE

### *March 10, 2009*

Good morning.  My name is Gary Bledsoe and I am the President of the Texas NAACP.  The NAACP is our Nation's oldest, largest and most widely-recognized grassroots civil rights organization in the United States.  The NAACP has had units in Texas since 1915.  We are a multi-racial organization, originally formed in 1909 by 6 whites and 2 blacks.  We currently have more than 2,200 membership units with members in every state across the country and we have nearly 200 in Texas alone.

I would like to begin by thanking and commending this committee for holding this hearing.  However, I hope that the pundits are wrong who have said recently that the testimony you hear today will be of no consequence.  The NAACP is a non-partisan group and we try and work with members of both major political parties and others as well to advance our mission of eliminating inappropriate color distinctions in this county and advancing the interests and opportunities for racial and ethnic minorities.

In Texas there has been a sordid history of permitting African-Americans to vote.  Back in the 1920's the NAACP fought racist laws of the Democratic Party that did not permit meaningful participation of persons of African-descent in the Democratic Party process.  However instead of yielding to court decisions outside the State the authorities herein simply went about their segregation in different ways.  Ultimately the United States Supreme Court had to invalidate the racist system of voting in the Democratic Party.  And I can say that even though on paper we have had the opportunity to participate in elections across our State and have made significant gains, I am sad to report that racist acts seeking to suppress the African-American vote in our State continue.  Many great Texans like Frank Robinson of Palestine in 1974 have died or suffered greatly because of the belief that African-Americans should be able to participate in the political process.  And in recent years we have had hate crimes in Wharton to suppress minority turnout, use of police, newspapers and mailboxes in Tarrant County to intimidate Black voters, refusal to follow the law in Fort Bend County to permit African-American voters to vote and not accepting challenged ballots, purging people from voting rolls with no legitimate reason and in violation of the law while not processing voter registration applications in Waller County (we want to thank Attorney General Abbott for helping to right that particular situation), too few



# Texas State Conference of NAACP Branches

1107 E. 11th St., Ste. A, Austin, TX 78702
Telephone: 512-322-9547 Fax: 512-322-0757

ballots being issued in Dallas County on several different occasions for minority precincts, selection of inconvenient early voting cites for racial minorities or the refusal to permit voters to cast challenged ballots, the late publication of polling place changes, unexplained purges from voter rolls—and it goes on and on. We have held hearings in Dallas, Fort Worth, Houston and Texarkana and gotten individuals from many other locales to come forth. And then there is the strike force that we have that receives calls on election day and we can say that problems still persist and notably we have seen problems with both major parties but much more so one party compared to the other. The specific provisions in SB362 will cause more time for voters to remain in line, create longer lines and dissuade individuals from voting because problems like ensuring the proper numbers of ballots, etc. have not been cured. Besides that many persons do not have voter id cards and they do not have the kinds of documents that have been proposed for potential proof if a photo id is not available. What happens if a student in Waller County has a driver's license from Harris County and a Waller County voter registration card? With the continued history of that county and the State's refusal to get them in line with the law of the land, I would expect that many students would be disenfranchised. And it goes on and on and on. We have held many hearings around our state and done a number of voter intimidation strike force operations where we have identified that a problem still exists and we must remain vigilant in our attempts to ensure African-Americans in Texas are permitted to vote. This requirement is intimidating and will discourage many from voting who are racial and ethnic minorities.

Throughout our history, countless Americans have fought and died to protect the right of people across the globe to cast a free and unfettered ballot and to have that vote counted. We owe it to these men and women and their families to ensure that the right to vote is protected here at home. Ironically, this problem is not being addressed by the Legislature but another matter is that does not rise to the level of a serious problem from what we believe—voter fraud. To begin with I will say that we take this position based on the merits of the position and partisan matters are of no consequence to us. Back in 2003 when an unnecessary Voter Fraud law was proposed by Democrat Steve Wolens, we were vigorous in opposition to his bill. And today we feel the same way about this initiative. The Wolens bill, which became law, ended up presenting the exact kind of problem that we expected that it would become. Today if you go and vote and you are not registered to vote then you can already be prosecuted? And how many people will use someone's voter ID card to vote knowing that the other person may vote as well? It seems like there are internal fail-safes in the structure of the law that would mitigate against voter fraud.



# Texas State Conference of NAACP Branches

1107 E. 11th St., Ste. A, Austin, TX 78702
Telephone: 512-322-9547 Fax: 512-322-0757

The NAACP has been in existence for 100 years, and since our inception we have fought for equal voting rights for all Americans. Sadly, our struggle is not yet complete as there is still voter suppression throughout the United States.

We are aware that Georgia had its voter id law cleared by the Department of Justice, however, it is clear to us that the previous Department of Justice unlike any other from previous administrations was intent on denying minorities the protections in voting rights and in other areas that were envisioned by the bi-partisan group that passed the Voting Rights Act in 1965. There was always a certain understanding that individuals had in regards to the role of the Department of Justice in protecting the interests of racial and ethnic minorities but this last Civil Rights Division ran out career employees and put people in positions of authority and influence and even regular attorney positions who were hostile to minority voting rights. As a result I would expect a more serious review of what Texas may submit. The United States Supreme Court has upheld the Indiana voting law but we must note that because of the uniqueness of Texas, its voting rights history, its history with language and racial minorities and the scope of the Voting Rights Act's application here that different questions will be raised. In this case what would happen is that the Department of Justice will have to make a review and if they decide against the State then the matter will go to the United States Supreme Court for review ultimately with the Department of Justice against the State of Texas.

We think a serious inquiry should be made to see if there is a problem in Texas. So far the evidence, like Royal Masset has been quoted as saying (Masset is a former Field Director for the Republican Party who is my old law school classmate) **is quite conclusive that there is just not the problem**. If there is a problem then a bi-partisan group should be asked to come up with what is the most narrowly tailored law to address the problem so that minority voting rights are not compromised

5. Number of voters who have registered since 2006 without a driver's license number.

Committee members asked for the number of voters who registered since January 1, 2006 without a driver's license.  The agency queried its statewide file, which reflects the following data:

| | |
|---|---|
| Number of voters who registered with a TDL: | 2,419,188 |
| Number of voters who registered with a SSN: | 253,282 |
| Number of voters who registered with both: | 872,425 |
| Number of voters who registered without either: | 37,490 |

In addition, agency staff queried the entire statewide file, which reflects the following breakdowns concerning identification numbers for all voters:

| | |
|---|---|
| Number of voters with a TDL: | 5,601,219 |
| Number of voters with a SSN: | 2,352,829 |
| Number of voters with both: | 4,102,204 |
| Number of voters with neither number: | 809,041 |

Exhibit 38

## THE FACTS: THE SPECIAL INVESTIGATIONS UNIT

Beginning in May, 2006, it was erroneously reported that the $1.4 million in federal funds were spent on election fraud enforcement. Those reports are false.

### Background: The SIU's Role and Investigative Efforts

In 2003, the OAG launched a Special Investigations Unit ("SIU"). Initially, that unit was funded by a Justice Department grant that is administered by the Governor's Office. However, contrary to those false reports, the SIU handles many types of cases, not just election fraud.

Among the cases handled by the SIU are:

- **El Dorado / YFZ Ranch** (three SIU investigators are currently assigned full-time to that case)
- **Texas Youth Commission**, including a case where a TYC officer was indicted for drug possesion (SIU investigators handled more than 840 abuse allegations)
- **Hurricane-related rapid response** efforts, including serving subpoenas on potential price gougers (note: SIU was not involved with Operation Safe Shelter)
- **Market manipulation and penny stock** fraud case that was jointly pursued with the Securities & Exchange Commission
- **ERCOT** case
- **Cyber Crimes** and **Fugitive Unit** assistance for combined arrests of over 100 cyber predators and child pornographers and more than 1,000 fugitives.
- **Identity Theft**
- **Public Corruption**, including the Bastrop County cases and the Potter County Sheriff case.
- **Money Laundering**, including investigations into the bulk transportation of drug currency; money couriers; and, money services businesses.
- **Election Fraud**

### SIU Funding

The initial $1.9 million DOJ grant was renewed for approximately $2.0 million. To date, $3.1 million in grant funding has been allocated to the SIU to pay for investigations into the above mentioned cases.[1]  In addition to the SIU's grant funding, it also receives funding from the OAG's criminal justice budget.

To date, the OAG has resolved 22 election fraud prosecutions at a cost of $600,000. An additional eight election fraud indictments are pending. Approximately $100,000 has been spent on those eight cases. Of $700,000 spent on Election Code investigations, approximately $93,000 came from DOJ grants. DOJ grants are no longer used to fund the Special Investigations Unit. It is now funded with $1.5 million in general revenue each year.[2]

---

[1] The difference between the $3.9 million in allocated grant funding and the $3.1 million that has been spent reflects $800,000 in grant money that lapsed and was recaptured by the Governor's Office. The process is not a block grant, but rather a reward system wherein the Governor's Office pays expenses accrued by the grantee agency. So that $800k reflects dollars for which expenses were not incurred.
[2] CID's annual budget is $4.4 million. Of that $1.5 million is annually allocated to the SIU.

JA_005265

Exhibit 39

(Slip Opinion)          OCTOBER TERM, 2007                    1

Syllabus

NOTE: Where it is feasible, a syllabus (headnote) will be released, as is being done in connection with this case, at the time the opinion is issued. The syllabus constitutes no part of the opinion of the Court but has been prepared by the Reporter of Decisions for the convenience of the reader. See *United States* v. *Detroit Timber & Lumber Co.,* 200 U. S. 321, 337.

# SUPREME COURT OF THE UNITED STATES

Syllabus

## CRAWFORD ET AL. *v.* MARION COUNTY ELECTION BOARD ET AL.

### CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

No. 07–21.  Argued January 9, 2008—Decided April 28, 2008*

After Indiana enacted an election law (SEA 483) requiring citizens voting in person to present government-issued photo identification, petitioners filed separate suits challenging the law's constitutionality. Following discovery, the District Court granted respondents summary judgment, finding the evidence in the record insufficient to support a facial attack on the statute's validity.  In affirming, the Seventh Circuit declined to judge the law by the strict standard set for poll taxes in *Harper* v. *Virginia Bd. of Elections*, 383 U. S. 663, finding the burden on voters offset by the benefit of reducing the risk of fraud.

*Held:* The judgment is affirmed.

472 F. 3d 949, affirmed.

   JUSTICE STEVENS, joined by THE CHIEF JUSTICE and JUSTICE KENNEDY, concluded that the evidence in the record does not support a facial attack on SEA 483's validity. Pp. 5–20.

   (a) Under *Harper,* even rational restrictions on the right to vote are invidious if they are unrelated to voter qualifications.  However, "even handed restrictions" protecting the "integrity and reliability of the electoral process itself" satisfy *Harper*'s standard. *Anderson* v. *Celebrezze,* 460 U. S. 780, 788, n. 9.  A state law's burden on a political party, an individual voter, or a discrete class of voters must be justified by relevant and legitimate state interests "sufficiently weighty to justify the limitation." *Norman* v. *Reed,* 502 U. S. 279,

─────────────

   *Together with No. 07–25, *Indiana Democratic Party et al.* v. *Rokita, Secretary of State of Indiana, et al.,* also on certiorari to the same court.

*Exhibit 40*

2        CRAWFORD *v.* MARION COUNTY ELECTION BD.

Syllabus

288–289. Pp. 5–7.

(b) Each of Indiana's asserted interests is unquestionably relevant to its interest in protecting the integrity and reliability of the electoral process.  The first is the interest in deterring and detecting voter fraud.  Indiana has a valid interest in participating in a nationwide effort to improve and modernize election procedures criticized as antiquated and inefficient.  Indiana also claims a particular interest in preventing voter fraud in response to the problem of voter registration rolls with a large number of names of persons who are either deceased or no longer live in Indiana.  While the record contains no evidence that the fraud SEA 483 addresses—in-person voter impersonation at polling places—has actually occurred in Indiana, such fraud has occurred in other parts of the country, and Indiana's own experience with voter fraud in a 2003 mayoral primary demonstrates a real risk that voter fraud could affect a close election's outcome.  There is no question about the legitimacy or importance of a State's interest in counting only eligible voters' votes.  Finally, Indiana's interest in protecting public confidence in elections, while closely related to its interest in preventing voter fraud, has independent significance, because such confidence encourages citizen participation in the democratic process. Pp. 7–13.

(c) The relevant burdens here are those imposed on eligible voters who lack photo identification cards that comply with SEA 483.  Because Indiana's cards are free, the inconvenience of going to the Bureau of Motor Vehicles, gathering required documents, and posing for a photograph does not qualify as a substantial burden on most voters' right to vote, or represent a significant increase over the usual burdens of voting.  The severity of the somewhat heavier burden that may be placed on a limited number of persons—*e.g.,* elderly persons born out-of-state, who may have difficulty obtaining a birth certificate—is mitigated by the fact that eligible voters without photo identification may cast provisional ballots that will be counted if they execute the required affidavit at the circuit court clerk's office.  Even assuming that the burden may not be justified as to a few voters, that conclusion is by no means sufficient to establish petitioners' right to the relief they seek. Pp. 13–16.

(d) Petitioners bear a heavy burden of persuasion in seeking to invalidate SEA 483 in all its applications.  This Court's reasoning in *Washington State Grange* v. *Washington State Republican Party,* 552 U. S. ___, applies with added force here.  Petitioners argue that Indiana's interests do not justify the burden imposed on voters who cannot afford or obtain a birth certificate and who must make a second trip to the circuit court clerk's office, but it is not possible to quantify, based on the evidence in the record, either that burden's magnitude

TX_00002508

Syllabus

or the portion of the burden that is fully justified. A facial challenge must fail where the statute has a "'plainly legitimate sweep.'" *Id.*, at ___. When considering SEA 483's broad application to all Indiana voters, it "imposes only a limited burden on voters' rights." *Burdick* v. *Takushi*, 504 U. S. 428, 439. The "precise interests" advanced by Indiana are therefore sufficient to defeat petitioners' facial challenge. *Id.*, at 434. Pp. 16–20.

(e) Valid neutral justifications for a nondiscriminatory law, such as SEA 483, should not be disregarded simply because partisan interests may have provided one motivation for the votes of individual legislators. P. 20.

JUSTICE SCALIA, joined by JUSTICE THOMAS and JUSTICE ALITO, was of the view that petitioners' premise that the voter-identification law might have imposed a special burden on some voters is irrelevant. The law should be upheld because its overall burden is minimal and justified. A law respecting the right to vote should be evaluated under the approach in *Burdick* v. *Takushi*, 504 U. S. 428, which calls for application of a deferential, "important regulatory interests" standard for nonsevere, nondiscriminatory restrictions, reserving strict scrutiny for laws that severely restrict the right to vote, *id.*, at 433–434. The different ways in which Indiana's law affects different voters are no more than different impacts of the single burden that the law uniformly imposes on all voters: To vote in person, everyone must have and present a photo identification that can be obtained for free. This is a generally applicable, nondiscriminatory voting regulation. The law's universally applicable requirements are eminently reasonable because the burden of acquiring, possessing, and showing a free photo identification is not a significant increase over the usual voting burdens, and the State's stated interests are sufficient to sustain that minimal burden. Pp. 1–6.

STEVENS, J., announced the judgment of the Court and delivered an opinion, in which ROBERTS, C. J., and KENNEDY, J., joined. SCALIA, J., filed an opinion concurring in the judgment, in which THOMAS and ALITO, JJ., joined. SOUTER, J., filed a dissenting opinion, in which GINSBURG, J., joined. BREYER, J., filed a dissenting opinion.

Cite as: 553 U. S. ____ (2008)          1

Opinion of STEVENS, J.

NOTICE: This opinion is subject to formal revision before publication in the
preliminary print of the United States Reports. Readers are requested to
notify the Reporter of Decisions, Supreme Court of the United States, Wash-
ington, D. C. 20543, of any typographical or other formal errors, in order
that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

Nos. 07–21 and 07–25

WILLIAM CRAWFORD, ET AL., PETITIONERS
07–21                        *v.*
MARION COUNTY ELECTION BOARD ET AL.

INDIANA DEMOCRATIC PARTY, ET AL., PETITIONERS
07–25                        *v.*
TODD ROKITA, INDIANA SECRETARY OF STATE,
ET AL.

ON WRITS OF CERTIORARI TO THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

[April 28, 2008]

JUSTICE STEVENS announced the judgment of the Court
and delivered an opinion in which THE CHIEF JUSTICE and
JUSTICE KENNEDY join.

At issue in these cases is the constitutionality of an
Indiana statute requiring citizens voting in person on
election day, or casting a ballot in person at the office of
the circuit court clerk prior to election day, to present
photo identification issued by the government.

Referred to as either the "Voter ID Law" or "SEA 483,"[1]
the statute applies to in-person voting at both primary and
general elections.  The requirement does not apply to
absentee ballots submitted by mail, and the statute con-
tains an exception for persons living and voting in a state-

---

[1] Senate Enrolled Act No. 483, 2005 Ind. Acts p. 2005.

2      CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

licensed facility such as a nursing home.  Ind. Code Ann.
§3–11–8–25.1(e) (West Supp. 2007).  A voter who is indi-
gent or has a religious objection to being photographed
may cast a provisional ballot that will be counted only if
she executes an appropriate affidavit before the circuit
court clerk within 10 days following the election.  §§3–
11.7–5–1, 3–11.7–5–2.5(c) (West 2006).[2]  A voter who has
photo identification but is unable to present that identifi-
cation on election day may file a provisional ballot that
will be counted if she brings her photo identification to the
circuit county clerk's office within 10 days.  §3–11.7–5–
2.5(b).  No photo identification is required in order to
register to vote,[3] and the State offers free photo identifica-
tion to qualified voters able to establish their residence
and identity. §9–24–16–10(b) (West Supp. 2007).[4]
   Promptly after the enactment of SEA 483 in 2005, the
Indiana Democratic Party and the Marion County Democ-
ratic Central Committee (Democrats) filed suit in the
Federal District Court for the Southern District of Indiana
against the state officials responsible for its enforcement,
seeking a judgment declaring the Voter ID Law invalid

---

   [2]The affidavit must state that (1) the person executing the affidavit is
the same individual who cast the provisional ballot on election day; and
(2) the affiant is indigent and unable to obtain proof of identification
without paying a fee or has a religious objection to being photographed.
Ind. Code Ann. §3–11–7.5–2.5(c) (West 2006).  If the election board
determines that the challenge to the affiant was based solely on a
failure to present photo identification, the "county election board shall
. . . find that the voter's provisional ballot is valid." §3–11–7.5–2.5(d).
   [3]Voters registering to vote for the first time in Indiana must abide by
the requirements of the Help America Vote Act of 2002 (HAVA), 116
Stat. 1666, described *infra*, at 8–9.
   [4]Indiana previously imposed a fee on all residents seeking a state-
issued photo identification.  At the same time that the Indiana Legisla-
ture enacted SEA 483, it also directed the Bureau of Motor Vehicles
(BMV) to remove all fees for state-issued photo identification for indi-
viduals without a driver's license who are at least 18 years old.  See
2005 Ind. Acts p. 2017, §18.

Opinion of STEVENS, J.

and enjoining its enforcement. A second suit seeking the
same relief was brought on behalf of two elected officials
and several nonprofit organizations representing groups of
elderly, disabled, poor, and minority voters.[5]  The cases
were consolidated, and the State of Indiana intervened to
defend the validity of the statute.

The complaints in the consolidated cases allege that the
new law substantially burdens the right to vote in viola-
tion of the Fourteenth Amendment; that it is neither a
necessary nor appropriate method of avoiding election
fraud; and that it will arbitrarily disfranchise qualified
voters who do not possess the required identification and
will place an unjustified burden on those who cannot
readily obtain such identification. Second Amended Com-
plaint in No. 1: 05–CV–0634–SEB–VSS (SD Ind.), pp. 6–9
(hereinafter Second Amended Complaint).

After discovery, District Judge Barker prepared a com-
prehensive 70-page opinion explaining her decision to
grant defendants' motion for summary judgment.   458
F. Supp. 2d 775 (SD Ind. 2006).  She found that petition-
ers had "not introduced evidence of a single, individual
Indiana resident who will be unable to vote as a result of
SEA 483 or who will have his or her right to vote unduly
burdened by its requirements." *Id.*, at 783. She rejected
"as utterly incredible and unreliable" an expert's report
that up to 989,000 registered voters in Indiana did not
possess either a driver's license or other acceptable photo
identification. *Id.*, at 803. She estimated that as of 2005,
when the statute was enacted, around 43,000 Indiana

---

[5] Specifically, the plaintiffs were William Crawford, Joseph Simpson,
Concerned Clergy of Indianapolis, Indianapolis Resource Center for
Independent Living, Indiana Coalition on Housing and Homeless
Issues, Indianapolis Branch of the National Association for the Ad-
vancement of Colored People, and United Senior Action of Indiana.
Complaint in No. 49012050 4PL01 6207 (Super. Ct. Marion Cty., Ind.,
Apr. 28, 2005), p. 2.

Opinion of STEVENS, J.

residents lacked a state-issued driver's license or identifi-
cation card. *Id.,* at 807.[6]

A divided panel of the Court of Appeals affirmed. 472
F. 3d 949 (CA7 2007). The majority first held that the
Democrats had standing to bring a facial challenge to the
constitutionality of SEA 483. Next, noting the absence of
any plaintiffs who claimed that the law would deter them
from voting, the Court of Appeals inferred that "the moti-
vation for the suit is simply that the law may require the
Democratic Party and the other organizational plaintiffs
to work harder to get every last one of their supporters to
the polls." *Id.,* at 952. It rejected the argument that the
law should be judged by the same strict standard applica-
ble to a poll tax because the burden on voters was offset by
the benefit of reducing the risk of fraud. The dissenting
judge, viewing the justification for the law as "hollow"—
more precisely as "a not-too-thinly-veiled attempt to dis-
courage election-day turnout by certain folks believed to
skew Democratic"—would have applied a stricter stan-
dard, something he described as "close to 'strict scrutiny
light.'" *Id.,* at 954, 956 (opinion of Evans, J.). In his view,
the "law imposes an undue burden on a recognizable
segment of potential eligible voters" and therefore violates
their rights under the First and Fourteenth Amendments
to the Constitution. *Id.,* at 956–957.

Four judges voted to grant a petition for rehearing en
banc. 484 F. 3d 437 (CA7 2007) (Wood, J., dissenting from
denial of rehearing en banc). Because we agreed with
their assessment of the importance of these cases, we

---

[6]She added: "In other words, an estimated 99% of Indiana's voting
age population already possesses the necessary photo identification to
vote under the requirements of SEA 483." 458 F. Supp. 2d, at 807.
Given the availability of free photo identification and greater public
awareness of the new statutory requirement, presumably that percent-
age has increased since SEA 483 was enacted and will continue to
increase in the future.

Opinion of STEVENS, J.

granted certiorari. 551 U. S. ___ (2007). We are, however, persuaded that the District Court and the Court of Appeals correctly concluded that the evidence in the record is not sufficient to support a facial attack on the validity of the entire statute, and thus affirm.[7]

I

In *Harper* v. *Virginia Bd. of Elections,* 383 U. S. 663 (1966), the Court held that Virginia could not condition the right to vote in a state election on the payment of a poll tax of $1.50. We rejected the dissenters' argument that the interest in promoting civic responsibility by weeding out those voters who did not care enough about public affairs to pay a small sum for the privilege of voting provided a rational basis for the tax. See *id.,* at 685 (opinion of Harlan, J.). Applying a stricter standard, we concluded that a State "violates the Equal Protection Clause of the Fourteenth Amendment whenever it makes the affluence of the voter or payment of any fee an electoral standard." *Id.,* at 666 (opinion of the Court). We used the term "invidiously discriminate" to describe conduct prohibited under that standard, noting that we had previously held that while a State may obviously impose "reasonable residence restrictions on the availability of the ballot," it "may not deny the opportunity to vote to a bona fide resident merely because he is a member of the armed services." *Id.,* at 666–667 (citing *Carrington* v. *Rash,* 380 U. S. 89, 96 (1965)). Although the State's justification for the tax was rational, it was invidious because it was irrelevant to the voter's qualifications.

Thus, under the standard applied in *Harper,* even rational restrictions on the right to vote are invidious if they

---

[7] We also agree with the unanimous view of those judges that the Democrats have standing to challenge the validity of SEA 483 and that there is no need to decide whether the other petitioners also have standing.

6      CRAWFORD *v.* MARION COUNTY ELECTION BD.

are unrelated to voter qualifications.  In *Anderson* v. *Celebrezze,* 460 U. S. 780 (1983), however, we confirmed the general rule that "evenhanded restrictions that protect the integrity and reliability of the electoral process itself" are not invidious and satisfy the standard set forth in *Harper.* 460 U. S., at 788, n. 9.  Rather than applying any "litmus test" that would neatly separate valid from invalid restrictions, we concluded that a court must identify and evaluate the interests put forward by the State as justifications for the burden imposed by its rule, and then make the "hard judgment" that our adversary system demands.

In later election cases we have followed *Anderson*'s balancing approach.  Thus, in *Norman* v. *Reed,* 502 U. S. 279, 288–289 (1992), after identifying the burden Illinois imposed on a political party's access to the ballot, we "called for the demonstration of a corresponding interest sufficiently weighty to justify the limitation," and concluded that the "severe restriction" was not justified by a narrowly drawn state interest of compelling importance. Later, in *Burdick* v. *Takushi,* 504 U. S. 428 (1992), we applied *Anderson*'s standard for "'reasonable, nondiscriminatory restrictions,'" 504 U. S., at 434, and upheld Hawaii's prohibition on write-in voting despite the fact that it prevented a significant number of "voters from participating in Hawaii elections in a meaningful manner." *Id.,* at 443 (KENNEDY, J., dissenting).  We reaffirmed *Anderson*'s requirement that a court evaluating a constitutional challenge to an election regulation weigh the asserted injury to the right to vote against the "'precise interests put forward by the State as justifications for the burden imposed by its rule.'"  504 U. S., at 434 (quoting *Anderson,* 460 U. S., at 789).[8]

───────

[8]Contrary to JUSTICE SCALIA's suggestion, see *post,* at 2 (opinion concurring in judgment), our approach remains faithful to *Anderson* and *Burdick.*  The *Burdick* opinion was explicit in its endorsement and

Opinion of STEVENS, J.

In neither *Norman* nor *Burdick* did we identify any litmus test for measuring the severity of a burden that a state law imposes on a political party, an individual voter, or a discrete class of voters. However slight that burden may appear, as *Harper* demonstrates, it must be justified by relevant and legitimate state interests "sufficiently weighty to justify the limitation." *Norman,* 502 U. S., at 288–289. We therefore begin our analysis of the constitutionality of Indiana's statute by focusing on those interests.

## II

The State has identified several state interests that arguably justify the burdens that SEA 483 imposes on voters and potential voters. While petitioners argue that the statute was actually motivated by partisan concerns and dispute both the significance of the State's interests and the magnitude of any real threat to those interests, they do not question the legitimacy of the interests the State has identified. Each is unquestionably relevant to the State's interest in protecting the integrity and reliability of the electoral process.

The first is the interest in deterring and detecting voter fraud. The State has a valid interest in participating in a nationwide effort to improve and modernize election procedures that have been criticized as antiquated and inefficient.[9] The State also argues that it has a particular

---

adherence to *Anderson,* see 504 U. S., at 434, and repeatedly cited *Anderson,* see 504 U. S., at 436, n. 5, 440, n. 9, 441. To be sure, *Burdick* rejected the argument that strict scrutiny applies to all laws imposing a burden on the right to vote; but in its place, the Court applied the "'flexible standard'" set forth in *Anderson.* *Burdick* surely did not create a novel "deferential 'important regulatory interests' standard." See *post,* at 1–2.

[9] See National Commission on Federal Election Reform, To Assure Pride and Confidence in the Electoral Process 18 (2002) (with Honorary Co-chairs former Presidents Gerald Ford and Jimmy Carter).

8     CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

interest in preventing voter fraud in response to a problem that is in part the product of its own maladministration—namely, that Indiana's voter registration rolls include a large number of names of persons who are either deceased or no longer live in Indiana. Finally, the State relies on its interest in safeguarding voter confidence. Each of these interests merits separate comment.

*Election Modernization*

Two recently enacted federal statutes have made it necessary for States to reexamine their election procedures. Both contain provisions consistent with a State's choice to use government-issued photo identification as a relevant source of information concerning a citizen's eligibility to vote.

In the National Voter Registration Act of 1993 (NVRA), 107 Stat. 77, 42 U. S. C. §1973gg *et seq.,* Congress established procedures that would both increase the number of registered voters and protect the integrity of the electoral process. §1973gg. The statute requires state motor vehicle driver's license applications to serve as voter registration applications. §1973gg–3. While that requirement has increased the number of registered voters, the statute also contains a provision restricting States' ability to remove names from the lists of registered voters. §1973gg–6(a)(3). These protections have been partly responsible for inflated lists of registered voters. For example, evidence credited by Judge Barker estimated that as of 2004 Indiana's voter rolls were inflated by as much as 41.4%, see 458 F. Supp. 2d, at 793, and data collected by the Election Assistance Committee in 2004 indicated that 19 of 92 Indiana counties had registration totals exceeding 100% of the 2004 voting-age population, Dept. of Justice Complaint in *United States* v. *Indiana,* No. 1:06–cv–1000–RLY–TAB (SD Ind., June 27, 2006), p. 4, App. 313.

In HAVA, Congress required every State to create and

Opinion of STEVENS, J.

maintain a computerized statewide list of all registered
voters. 42 U. S. C. §15483(a) (2000 ed., Supp. V). HAVA
also requires the States to verify voter information con-
tained in a voter registration application and specifies
either an "applicant's driver's license number" or "the last
4 digits of the applicant's social security number" as
acceptable verifications. §15483(a)(5)(A)(i). If an indi-
vidual has neither number, the State is required to
assign the applicant a voter identification number.
§15483(a)(5)(A)(ii).

HAVA also imposes new identification requirements for
individuals registering to vote for the first time who sub-
mit their applications by mail. If the voter is casting his
ballot in person, he must present local election officials
with written identification, which may be either "a current
and valid photo identification" or another form of docu-
mentation such as a bank statement or paycheck.
§15483(b)(2)(A). If the voter is voting by mail, he must
include a copy of the identification with his ballot. A voter
may also include a copy of the documentation with his
application or provide his driver's license number or Social
Security number for verification. §15483(b)(3). Finally, in
a provision entitled "Fail-safe voting," HAVA authorizes
the casting of provisional ballots by challenged voters.
§15483(b)(2)(B).

Of course, neither HAVA nor NVRA required Indiana to
enact SEA 483, but they do indicate that Congress be-
lieves that photo identification is one effective method of
establishing a voter's qualification to vote and that the
integrity of elections is enhanced through improved tech-
nology. That conclusion is also supported by a report
issued shortly after the enactment of SEA 483 by the
Commission on Federal Election Reform chaired by former
President Jimmy Carter and former Secretary of State
James A. Baker III, which is a part of the record in these
cases. In the introduction to their discussion of voter

Opinion of STEVENS, J.

identification, they made these pertinent comments:

> "A good registration list will ensure that citizens are
> only registered in one place, but election officials still
> need to make sure that the person arriving at a poll-
> ing site is the same one that is named on the registra-
> tion list.  In the old days and in small towns where
> everyone knows each other, voters did not need to
> identify themselves.  But in the United States, where
> 40 million people move each year, and in urban areas
> where some people do not even know the people living
> in their own apartment building let alone their pre-
> cinct, some form of identification is needed.
>
> "There is no evidence of extensive fraud in U. S.
> elections or of multiple voting, but both occur, and it
> could affect the outcome of a close election.  The elec-
> toral system cannot inspire public confidence if no
> safeguards exist to deter or detect fraud or to confirm
> the identity of voters.  Photo identification cards cur-
> rently are needed to board a plane, enter federal
> buildings, and cash a check.  Voting is equally impor-
> tant."  Commission on Federal Election Reform, Re-
> port, Building Confidence in U. S. Elections §2.5
> (Sept. 2005), App. 136–137 (Carter-Baker Report)
> (footnote omitted).[10]

---

[10] The historical perceptions of the Carter-Baker Report can largely
be confirmed.  The average precinct size in the United States has
increased in the last century, suggesting that it is less likely that poll
workers will be personally acquainted with voters.  For example, at
the time Joseph Harris wrote his groundbreaking 1934 report
on election administration, Indiana restricted the number of voters
in each precinct to 250.  J. Harris, Election Administration in
the United States 208 (Brookings Institution 1934).  An Elec-
tion Commission report indicates that Indiana's average number
of registered voters per polling place is currently 1,014.  Election
Assistance Commission, Final Report of the 2004 Election Day
Survey, ch. 13 (Sept. 2005) (Table 13) (hereinafter Final Report)

Opinion of STEVENS, J.

*Voter Fraud*

The only kind of voter fraud that SEA 483 addresses is in-person voter impersonation at polling places. The record contains no evidence of any such fraud actually occurring in Indiana at any time in its history. Moreover, petitioners argue that provisions of the Indiana Criminal Code punishing such conduct as a felony provide adequate protection against the risk that such conduct will occur in the future. It remains true, however, that flagrant examples of such fraud in other parts of the country have been documented throughout this Nation's history by respected historians and journalists,[11] that occasional examples have surfaced in recent years,[12] and that Indiana's own experi-

---

(prepared by Election Data Services, Inc.), online at http://www.eac.gov/clearinghouse/clearinghouse/2004-election-day-survey (all Internet materials as visited Apr. 16, 2008, and available in Clerk of Court's case file). In 1930, the major cities that Harris surveyed had an average number of voters per precinct that ranged from 247 to 617. Election Administration in the United States, at 214. While States vary today, most have averages exceeding 1,000, with at least eight States exceeding 2,000 registered voters per polling place. Final Report, ch. 13 (Table 13).

[11] Infamous examples abound in the New York City elections of the late nineteenth century, conducted under the influence of the Tammany Hall political machine. "Big Tim" Sullivan, a New York state senator, and—briefly—a United States Congressman, insisted that his "repeaters" (individuals paid to vote multiple times) have whiskers:

"'When you've voted 'em with their whiskers on you take 'em to a barber and scrape off the chin-fringe. Then you vote 'em again with side lilacs and a moustache. Then to a barber again, off comes the sides and you vote 'em a third time with the moustache. If that ain't enough and the box can stand a few more ballots clean off the moustache and vote 'em plain face. That makes every one of 'em good for four votes.'" M. Werner, Tammany Hall 439 (1928).

[12] Judge Barker cited record evidence containing examples from California, Washington, Maryland, Wisconsin, Georgia, Illinois, Pennsylvania, Missouri, Miami, and St. Louis. The Brief of *Amici Curiae* Brennan Center for Justice et al. in Support of Petitioners addresses

12      CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

ence with fraudulent voting in the 2003 Democratic pri-
mary for East Chicago Mayor[13]—though perpetrated using
absentee ballots and not in-person fraud—demonstrate
that not only is the risk of voter fraud real but that it
could affect the outcome of a close election.

There is no question about the legitimacy or importance
of the State's interest in counting only the votes of eligible
voters. Moreover, the interest in orderly administration
and accurate recordkeeping provides a sufficient justifica-
tion for carefully identifying all voters participating in the
election process. While the most effective method of pre-
venting election fraud may well be debatable, the propri-
ety of doing so is perfectly clear.

In its brief, the State argues that the inflation of its
voter rolls provides further support for its enactment of
SEA 483. The record contains a November 5, 2000, news-
paper article asserting that as a result of NVRA and

———————

each of these examples of fraud. While the brief indicates that the
record evidence of in-person fraud was overstated because much of the
fraud was actually absentee ballot fraud or voter registration fraud,
there remain scattered instances of in-person voter fraud. For example,
after a hotly contested gubernatorial election in 2004, Washington
conducted an investigation of voter fraud and uncovered 19 "ghost
voters." *Borders* v. *King Cty.,* No. 05–2–00027–3 (Super. Ct. Chelan
Cty., Wash., June 6, 2005) (verbatim report of unpublished oral deci-
sion), 4 Election L. J. 418, 423 (2005). After a partial investigation of
the ghost voting, one voter was confirmed to have committed in-person
voting fraud. Le & Nicolosi, Dead Voted in Governor's Race, Seattle
Post-Intelligencer, Jan. 7, 2005, p. A1.

[13] See *Pabey* v. *Pastrick,* 816 N. E. 2d 1138, 1151 (Ind. 2006) (holding
that a special election was required because one candidate engaged in
"a deliberate series of actions . . . making it impossible to determine the
candidate who received the highest number of legal votes cast in the
election"). According to the uncontested factual findings of the trial
court, one of the candidates paid supporters to stand near polling places
and encourage voters—especially those who were poor, infirm, or spoke
little English—to vote absentee. The supporters asked the voters to
contact them when they received their ballots; the supporters then
"assisted" the voter in filling out the ballot.

Opinion of STEVENS, J.

"sloppy record keeping," Indiana's lists of registered voters included the names of thousands of persons who had either moved, died, or were not eligible to vote because they had been convicted of felonies.[14] The conclusion that Indiana has an unusually inflated list of registered voters is supported by the entry of a consent decree in litigation brought by the Federal Government alleging violations of NVRA. Consent Decree and Order in *United States* v. *Indiana*, No. 1:06–cv–1000–RLY–TAB (SD Ind., June 27, 2006), App. 299–307. Even though Indiana's own negligence may have contributed to the serious inflation of its registration lists when SEA 483 was enacted, the fact of inflated voter rolls does provide a neutral and nondiscriminatory reason supporting the State's decision to require photo identification.

*Safeguarding Voter Confidence*

Finally, the State contends that it has an interest in protecting public confidence "in the integrity and legitimacy of representative government." Brief for State Respondents, No. 07-25, p. 53. While that interest is closely related to the State's interest in preventing voter fraud, public confidence in the integrity of the electoral process has independent significance, because it encourages citizen participation in the democratic process. As the Carter-Baker Report observed, the "electoral system cannot inspire public confidence if no safeguards exist to deter or detect fraud or to confirm the identity of voters." *Supra*, at 10.

III

States employ different methods of identifying eligible voters at the polls. Some merely check off the names of registered voters who identify themselves; others require

---

[14]Theobald, Bogus Names Jam Indiana's Voter List, Indianapolis Star, Nov. 5, 2000, App. 145.

14    CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

voters to present registration cards or other documentation before they can vote; some require voters to sign their names so their signatures can be compared with those on file; and in recent years an increasing number of States have relied primarily on photo identification.[15] A photo identification requirement imposes some burdens on voters that other methods of identification do not share. For example, a voter may lose his photo identification, may have his wallet stolen on the way to the polls, or may not resemble the photo in the identification because he recently grew a beard. Burdens of that sort arising from life's vagaries, however, are neither so serious nor so frequent as to raise any question about the constitutionality of SEA 483; the availability of the right to cast a provisional ballot provides an adequate remedy for problems of that character.

The burdens that are relevant to the issue before us are those imposed on persons who are eligible to vote but do not possess a current photo identification that complies with the requirements of SEA 483.[16] The fact that most voters already possess a valid driver's license, or some other form of acceptable identification, would not save the statute under our reasoning in *Harper,* if the State re-

_____

[15] For a survey of state practice, see Brief for Texas et al. as *Amici Curiae* 10–14, and nn. 1–23.

[16] Ind. Code Ann. §3–5–2–40.5 (West 2006) requires that the document satisfy the following:

"(1) The document shows the name of the individual to whom the document was issued, and the name conforms to the name in the individual's voter registration record.

"(2) The document shows a photograph of the individual to whom the document was issued.

"(3) The document includes an expiration date, and the document:

"(A) is not expired; or

"(B) expired after the date of the most recent general election.

"(4) The document was issued by the United States or the state of Indiana."

TX_00002523

Opinion of STEVENS, J.

quired voters to pay a tax or a fee to obtain a new photo identification. But just as other States provide free voter registration cards, the photo identification cards issued by Indiana's BMV are also free. For most voters who need them, the inconvenience of making a trip to the BMV, gathering the required documents, and posing for a photograph surely does not qualify as a substantial burden on the right to vote, or even represent a significant increase over the usual burdens of voting.[17]

Both evidence in the record and facts of which we may take judicial notice, however, indicate that a somewhat heavier burden may be placed on a limited number of persons. They include elderly persons born out-of-state, who may have difficulty obtaining a birth certificate;[18] persons who because of economic or other personal limitations may find it difficult either to secure a copy of their birth certificate or to assemble the other required documentation to obtain a state-issued identification; homeless persons; and persons with a religious objection to being photographed. If we assume, as the evidence suggests,

---

[17] To obtain a photo identification card a person must present at least one "primary" document, which can be a birth certificate, certificate of naturalization, U. S. veterans photo identification, U. S. military photo identification, or a U. S. passport. Ind. Admin. Code, tit. 140, §7–4–3 (2008). Indiana, like most States, charges a fee for obtaining a copy of one's birth certificate. This fee varies by county and is currently between $3 and $12. See Indiana State Department of Health Web page, http://www.in.gov/isdh/bdcertifs/lhdfees/toc.htm. Some States charge substantially more. Affidavit of Robert Andrew Ford, App. 12.

[18] As petitioners note, Brief for Petitioners in No. 07–21, p. 17, n. 7, and the State's "Frequently Asked Questions" Web page states, it appears that elderly persons who can attest that they were never issued a birth certificate may present other forms of identification as their primary document to the Indiana BMV, including Medicaid/Medicare cards and Social Security benefits statements. http://www.in.gov/faqs.htm; see also Ind. Admin. Code, tit. 140, §7–4–3 ("The commissioner or the commissioner's designee may accept reasonable alternate documents to satisfy the requirements of this rule").

Opinion of STEVENS, J.

that some members of these classes were registered voters
when SEA 483 was enacted, the new identification re-
quirement may have imposed a special burden on their
right to vote.

The severity of that burden is, of course, mitigated by
the fact that, if eligible, voters without photo identification
may cast provisional ballots that will ultimately be
counted. To do so, however, they must travel to the circuit
court clerk's office within 10 days to execute the required
affidavit. It is unlikely that such a requirement would
pose a constitutional problem unless it is wholly unjusti-
fied. And even assuming that the burden may not be
justified as to a few voters,[19] that conclusion is by no
means sufficient to establish petitioners' right to the relief
they seek in this litigation.

### IV

Given the fact that petitioners have advanced a broad
attack on the constitutionality of SEA 483, seeking relief
that would invalidate the statute in all its applications,
they bear a heavy burden of persuasion. Only a few weeks
ago we held that the Court of Appeals for the Ninth Cir-
cuit had failed to give appropriate weight to the magni-
tude of that burden when it sustained a preelection, facial
attack on a Washington statute regulating that State's
primary election procedures. *Washington State Grange* v.
*Washington State Republican Party*, 552 U. S. ___ (2008).
Our reasoning in that case applies with added force to the
arguments advanced by petitioners in these cases.

---

[19] Presumably most voters casting provisional ballots will be able to
obtain photo identifications before the next election. It is, however,
difficult to understand why the State should require voters with a faith-
based objection to being photographed to cast provisional ballots subject
to later verification in every election when the BMV is able to issue
these citizens special licenses that enable them to drive without any
photo identification. See Ind. Code Ann. 9–24–11–5(c) (West Supp.
2007).

Cite as: 553 U. S. ___ (2008)                17

Opinion of STEVENS, J.

Petitioners ask this Court, in effect, to perform a unique balancing analysis that looks specifically at a small number of voters who may experience a special burden under the statute and weighs their burdens against the State's broad interests in protecting election integrity. Petitioners urge us to ask whether the State's interests justify the burden imposed on voters who cannot afford or obtain a birth certificate and who must make a second trip to the circuit court clerk's office after voting. But on the basis of the evidence in the record it is not possible to quantify either the magnitude of the burden on this narrow class of voters or the portion of the burden imposed on them that is fully justified.

First, the evidence in the record does not provide us with the number of registered voters without photo identification; Judge Barker found petitioners' expert's report to be "utterly incredible and unreliable." 458 F. Supp. 2d, at 803. Much of the argument about the numbers of such voters comes from extrarecord, postjudgment studies, the accuracy of which has not been tested in the trial court.

Further, the deposition evidence presented in the District Court does not provide any concrete evidence of the burden imposed on voters who currently lack photo identification. The record includes depositions of two case managers at a day shelter for homeless persons and the depositions of members of the plaintiff organizations, none of whom expressed a personal inability to vote under SEA 483. A deposition from a named plaintiff describes the difficulty the elderly woman had in obtaining an identification card, although her testimony indicated that she intended to return to the BMV since she had recently obtained her birth certificate and that she was able to pay the birth certificate fee. App. 94.

Judge Barker's opinion makes reference to six other elderly named plaintiffs who do not have photo identifications, but several of these individuals have birth certifi-

18          CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

cates or were born in Indiana and have not indicated how difficult it would be for them to obtain a birth certificate. 458 F. Supp. 2d, at 797–799. One elderly named plaintiff stated that she had attempted to obtain a birth certificate from Tennessee, but had not been successful, and another testified that he did not know how to obtain a birth certificate from North Carolina. The elderly in Indiana, however, may have an easier time obtaining a photo identification card than the nonelderly, see n. 17, *supra,* and although it may not be a completely acceptable alternative, the elderly in Indiana are able to vote absentee without presenting photo identification.

The record says virtually nothing about the difficulties faced by either indigent voters or voters with religious objections to being photographed. While one elderly man stated that he did not have the money to pay for a birth certificate, when asked if he did not have the money or did not wish to spend it, he replied, "both." App. 211–212. From this limited evidence we do not know the magnitude of the impact SEA 483 will have on indigent voters in Indiana. The record does contain the affidavit of one homeless woman who has a copy of her birth certificate, but was denied a photo identification card because she did not have an address. *Id.,* at 67. But that single affidavit gives no indication of how common the problem is.

In sum, on the basis of the record that has been made in this litigation, we cannot conclude that the statute imposes "excessively burdensome requirements" on any class of voters. See *Storer* v. *Brown,* 415 U. S. 724, 738 (1974).[20]

---

[20] Three comments on JUSTICE SOUTER's speculation about the nontrivial burdens that SEA 483 may impose on "tens of thousands" of Indiana citizens, *post,* at 1 (dissenting opinion), are appropriate. First, the fact that the District Judge estimated that when the statute was passed in 2005, 43,000 citizens did not have photo identification, see 458 F. Supp. 2d 775, 807 (SD Ind. 2006), tells us nothing about the number of free photo identification cards issued since then. Second, the

Opinion of Stevens, J.

A facial challenge must fail where the statute has a "'plainly legitimate sweep.'" *Washington State Grange*, 552 U. S., at \_\_\_ (quoting *Washington* v. *Glucksberg*, 521 U. S. 702, 739–740, and n. 7 (1997) (Stevens, J., concurring in judgments)). When we consider only the statute's broad application to all Indiana voters we conclude that it "imposes only a limited burden on voters' rights." *Burdick*, 504 U. S., at 439. The "'precise interests'" advanced by the State are therefore sufficient to defeat petitioners' facial challenge to SEA 483. *Id.*, at 434.

Finally we note that petitioners have not demonstrated that the proper remedy—even assuming an unjustified burden on some voters—would be to invalidate the entire statute. When evaluating a neutral, nondiscriminatory regulation of voting procedure, "[w]e must keep in mind that "'[a] ruling of unconstitutionality frustrates the intent of the elected representatives of the people.'" *Ayotte* v. *Planned Parenthood of Northern New Eng.*, 546 U. S.

---

fact that public transportation is not available in some Indiana counties tells us nothing about how often elderly and indigent citizens have an opportunity to obtain a photo identification at the BMV, either during a routine outing with family or friends or during a special visit to the BMV arranged by a civic or political group such as the League of Women Voters or a political party. Further, nothing in the record establishes the distribution of voters who lack photo identification. To the extent that the evidence sheds any light on that issue, it suggests that such voters reside primarily in metropolitan areas, which are served by public transportation in Indiana (the majority of the plaintiffs reside in Indianapolis and several of the organizational plaintiffs are Indianapolis organizations). Third, the indigent, elderly, or disabled need not "journey all the way to their county seat each time they wish to exercise the franchise," *post*, at 29, if they obtain a free photo identification card from the BMV. While it is true that obtaining a birth certificate carries with it a financial cost, the record does not provide even a rough estimate of how many indigent voters lack copies of their birth certificates. Supposition based on extensive Internet research is not an adequate substitute for admissible evidence subject to cross-examination in constitutional adjudication.

20      CRAWFORD *v.* MARION COUNTY ELECTION BD.

Opinion of STEVENS, J.

320, 329 (2006) (quoting *Regan* v. *Time, Inc.*, 468 U. S. 641, 652 (1984) (plurality opinion))" *Washington State Grange*, 552 U. S., at ___ (slip op., at 8).

V

In their briefs, petitioners stress the fact that all of the Republicans in the General Assembly voted in favor of SEA 483 and the Democrats were unanimous in opposing it.[21]  In her opinion rejecting petitioners' facial challenge, Judge Barker noted that the litigation was the result of a partisan dispute that had "spilled out of the state house into the courts." 458 F. Supp. 2d, at 783. It is fair to infer that partisan considerations may have played a significant role in the decision to enact SEA 483. If such considerations had provided the only justification for a photo identification requirement, we may also assume that SEA 483 would suffer the same fate as the poll tax at issue in *Harper.*

But if a nondiscriminatory law is supported by valid neutral justifications, those justifications should not be disregarded simply because partisan interests may have provided one motivation for the votes of individual legislators.  The state interests identified as justifications for SEA 483 are both neutral and sufficiently strong to require us to reject petitioners' facial attack on the statute. The application of the statute to the vast majority of Indiana voters is amply justified by the valid interest in protecting "the integrity and reliability of the electoral process." *Anderson,* 460 U. S., at 788, n. 9.

---

[21] Brief for Petitioners in No. 07–25, pp. 6–9. Fifty-two Republican House members voted for the bill, 45 Democrats voted against, and 3 Democrats were excused from voting.  3 Journal of the House of Representatives of Indiana, Roll Call 259 (Mar. 21, 2005).  In the Senate, 33 Republican Senators voted in favor and 17 Democratic Senators voted against.  3 Journal of the Senate of Indiana, Roll Call 417 (Apr. 12, 2005).

Cite as:  553 U. S. ____ (2008)                        21

Opinion of STEVENS, J.

The judgment of the Court of Appeals is affirmed.

*It is so ordered.*

Cite as: 553 U. S. ____ (2008)          1

SCALIA, J., concurring in judgment

# SUPREME COURT OF THE UNITED STATES

---

Nos. 07–21 and 07–25

---

WILLIAM CRAWFORD, ET AL., PETITIONERS
07–21                    *v.*
MARION COUNTY ELECTION BOARD ET AL.

INDIANA DEMOCRATIC PARTY, ET AL., PETITIONERS
07–25                    *v.*
TODD ROKITA, INDIANA SECRETARY OF STATE,
ET AL.

ON WRITS OF CERTIORARI TO THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

[April 28, 2008]

JUSTICE SCALIA, with whom JUSTICE THOMAS and JUS-TICE ALITO join, concurring in the judgment.

The lead opinion assumes petitioners' premise that the voter-identification law "may have imposed a special burden on" some voters, *ante*, at 16, but holds that peti-tioners have not assembled evidence to show that the special burden is severe enough to warrant strict scrutiny, *ante*, at 18–19. That is true enough, but for the sake of clarity and finality (as well as adherence to precedent), I prefer to decide these cases on the grounds that petition-ers' premise is irrelevant and that the burden at issue is minimal and justified.

To evaluate a law respecting the right to vote—whether it governs voter qualifications, candidate selection, or the voting process—we use the approach set out in *Burdick* v. *Takushi*, 504 U. S. 428 (1992). This calls for application of a deferential "important regulatory interests" standard for nonsevere, nondiscriminatory restrictions, reserving strict

2      CRAWFORD *v.* MARION COUNTY ELECTION BD.

scrutiny for laws that severely restrict the right to vote. *Id.,* at 433–434 (internal quotation marks omitted). The lead opinion resists the import of *Burdick* by characterizing it as simply adopting "the balancing approach" of *Anderson* v. *Celebrezze,* 460 U. S. 780 (1983) (majority opinion of STEVENS, J.). See *ante,* at 6; see also *ante,* at 6–7, n. 8. Although *Burdick* liberally quoted *Anderson, Burdick* forged *Anderson's* amorphous "flexible standard" into something resembling an administrable rule. See *Burdick, supra,* at 434. Since *Burdick,* we have repeatedly reaffirmed the primacy of its two-track approach. See *Timmons* v. *Twin Cities Area New Party,* 520 U. S. 351, 358 (1997); *Clingman* v. *Beaver,* 544 U. S. 581, 586–587 (2005). "[S]trict scrutiny is appropriate only if the burden is severe." *Id.,* at 592. Thus, the first step is to decide whether a challenged law severely burdens the right to vote. Ordinary and widespread burdens, such as those requiring "nominal effort" of everyone, are not severe. See *id.,* at 591, 593–597. Burdens are severe if they go beyond the merely inconvenient. See *Storer* v. *Brown,* 415 U. S. 724, 728–729 (1974) (characterizing the law in *Williams* v. *Rhodes,* 393 U. S. 23 (1968), as "severe" because it was "so burdensome" as to be "'virtually impossible'" to satisfy).

Of course, we have to identify a burden before we can weigh it. The Indiana law affects different voters differently, *ante,* at 14–16, but what petitioners view as the law's several light and heavy burdens are no more than the different *impacts* of the single burden that the law uniformly imposes on all voters. To vote in person in Indiana, *everyone* must have and present a photo identification that can be obtained for free. The State draws no classifications, let alone discriminatory ones, except to establish *optional* absentee and provisional balloting for certain poor, elderly, and institutionalized voters and for religious objectors. Nor are voters who already have photo identifications exempted from the burden, since those

Cite as: 553 U. S. ___ (2008)                    3

voters must maintain the accuracy of the information displayed on the identifications, renew them before they expire, and replace them if they are lost.

The Indiana photo-identification law is a generally applicable, nondiscriminatory voting regulation, and our precedents refute the view that individual impacts are relevant to determining the severity of the burden it imposes. In the course of concluding that the Hawaii laws at issue in *Burdick* "impose[d] only a limited burden on voters' rights to make free choices and to associate politically through the vote," 504 U. S., at 439, we considered the laws and their reasonably foreseeable effect on *voters generally.* See *id.,* at 436–437. We did not discuss whether the laws had a severe effect on Mr. Burdick's own right to vote, given his particular circumstances. That was essentially the approach of the *Burdick* dissenters, who would have applied strict scrutiny to the laws because of their effect on "some voters." See *id.,* at 446 (KENNEDY, J., dissenting); see also *id.,* at 448 ("The majority's analysis ignores the inevitable and significant burden a write-in ban imposes upon *some individual voters* . . . ." (emphasis added)). Subsequent cases have followed *Burdick's* generalized review of nondiscriminatory election laws. See, *e.g., Timmons, supra,* at 361–362; *Clingman, supra,* at 590–591, 592–593. Indeed, *Clingman's* holding that burdens are not severe if they are ordinary and widespread would be rendered meaningless if a single plaintiff could claim a severe burden.

Not all of our decisions predating *Burdick* addressed whether a challenged voting regulation severely burdened the right to vote, but when we began to grapple with the magnitude of burdens, we did so categorically and did not consider the peculiar circumstances of individual voters or candidates. See, *e.g., Jenness* v. *Fortson,* 403 U. S. 431, 438–441 (1971). Thus, in *Rosario* v. *Rockefeller,* 410 U. S. 752 (1973), we did not link the State's interest in inhibit-

TX_00002533

4      CRAWFORD *v.* MARION COUNTY ELECTION BD.

ing party raiding with the petitioners' own circumstances. See *id.,* at 760–762. And in *Storer* v. *Brown, supra,* we observed that the severity of the burden of a regulation should be measured according to its "nature, extent, and *likely impact.*" *Id.,* at 738 (emphasis added). We therefore instructed the District Court to decide on remand whether "a *reasonably diligent* independent candidate [could] be expected to satisfy the signature requirements, or will it be only rarely that the unaffiliated candidate will succeed in getting on the ballot?" *Id.,* at 742 (emphasis added). Notably, we did not suggest that the District Court should consider whether one of the petitioners would actually find it more difficult than a reasonably diligent candidate to obtain the required signatures. What mattered was the general assessment of the burden.

Insofar as our election-regulation cases rest upon the requirements of the Fourteenth Amendment, see *Anderson, supra,* at 786, n. 7, weighing the burden of a nondiscriminatory voting law upon each voter and concomitantly requiring exceptions for vulnerable voters would effectively turn back decades of equal-protection jurisprudence. A voter complaining about such a law's effect on him has no valid equal-protection claim because, without proof of discriminatory intent, a generally applicable law with disparate impact is not unconstitutional. See, *e.g., Washington* v. *Davis,* 426 U. S. 229, 248 (1976). The Fourteenth Amendment does not regard neutral laws as invidious ones, *even when their burdens purportedly fall disproportionately on a protected class. A fortiori* it does not do so when, as here, the classes complaining of disparate impact are not even protected.* See *Harris* v. *McRae,* 448 U. S.

_____

*A number of our early right-to-vote decisions, purporting to rely upon the Equal Protection Clause, strictly scrutinized nondiscriminatory voting laws requiring the payment of fees. See, *e.g., Harper* v. *Virginia Bd. of Elections,* 383 U. S. 663, 670 (1966) (poll tax); *Bullock* v. *Carter,* 405 U. S. 134, 145 (1972) (ballot-access fee); *Lubin* v. *Panish,*

SCALIA, J., concurring in judgment

297, 323, and n. 26 (1980) (poverty); *Cleburne* v. *Cleburne Living Center, Inc.*, 473 U. S. 432, 442 (1985) (disability); *Gregory* v. *Ashcroft*, 501 U. S. 452, 473 (1991) (age); cf. *Employment Div., Dept. of Human Resources of Ore.* v. *Smith*, 494 U. S. 872, 878–879 (1990) (First Amendment does not require exceptions for religious objectors to neutral rules of general applicability).

Even if I thought that *stare decisis* did not foreclose adopting an individual-focused approach, I would reject it as an original matter. This is an area where the dos and don'ts need to be known in advance of the election, and voter-by-voter examination of the burdens of voting regulations would prove especially disruptive. A case-by-case approach naturally encourages constant litigation. Very few new election regulations improve everyone's lot, so the potential allegations of severe burden are endless. A State reducing the number of polling places would be open to the complaint it has violated the rights of disabled voters who live near the closed stations. Indeed, it may even be the case that some laws already on the books are especially burdensome for some voters, and one can predict lawsuits demanding that a State adopt voting over the Internet or expand absentee balloting.

That sort of detailed judicial supervision of the election process would flout the Constitution's express commitment of the task to the States. See Art. I, §4. It is for state legislatures to weigh the costs and benefits of possible changes to their election codes, and their judgment must prevail unless it imposes a severe and unjustified overall burden upon the right to vote, or is intended to

---

415 U. S. 709, 716–719 (1974) (ballot-access fee). To the extent those decisions continue to stand for a principle that *Burdick* v. *Takushi*, 504 U. S. 428 (1992), does not already encompass, it suffices to note that we have never held that legislatures must calibrate *all* election laws, even those totally unrelated to money, for their impacts on poor voters or must otherwise accommodate wealth disparities.

6      CRAWFORD *v.* MARION COUNTY ELECTION BD.

Scalia, J., concurring in judgment

disadvantage a particular class.  Judicial review of their handiwork must apply an objective, uniform standard that will enable them to determine, *ex ante*, whether the burden they impose is too severe.

The lead opinion's record-based resolution of these cases, which neither rejects nor embraces the rule of our precedents, provides no certainty, and will embolden litigants who surmise that our precedents have been abandoned.  There is no good reason to prefer that course.

\*     \*     \*

The universally applicable requirements of Indiana's voter-identification law are eminently reasonable.  The burden of acquiring, possessing, and showing a free photo identification is simply not severe, because it does not "even represent a significant increase over the usual burdens of voting." *Ante*, at 15.  And the State's interests, *ante*, at 7–13, are sufficient to sustain that minimal burden.  That should end the matter.  That the State accommodates some voters by permitting (not requiring) the casting of absentee or provisional ballots, is an indulgence—not a constitutional imperative that falls short of what is required.

TX_00002536

Cite as: 553 U. S. ____ (2008)                    1

SOUTER, J., dissenting

# SUPREME COURT OF THE UNITED STATES

Nos. 07–21 and 07–25

WILLIAM CRAWFORD, ET AL., PETITIONERS
07–21                    *v.*
MARION COUNTY ELECTION BOARD ET AL.

INDIANA DEMOCRATIC PARTY, ET AL., PETITIONERS
07–25                    *v.*
TODD ROKITA, INDIANA SECRETARY OF STATE,
ET AL.

ON WRITS OF CERTIORARI TO THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

[April 28, 2008]

JUSTICE SOUTER, with whom JUSTICE GINSBURG joins,
dissenting.

Indiana's "Voter ID Law"[1] threatens to impose nontrivial burdens on the voting right of tens of thousands of the State's citizens, see *ante*, at 14–15 (lead opinion), and a significant percentage of those individuals are likely to be deterred from voting, see *ante*, at 15–16. The statute is unconstitutional under the balancing standard of *Burdick* v. *Takushi*, 504 U. S. 428 (1992): a State may not burden the right to vote merely by invoking abstract interests, be they legitimate, see *ante*, at 7–13, or even compelling, but must make a particular, factual showing that threats to its interests outweigh the particular impediments it has imposed. The State has made no such justification here, and as to some aspects of its law, it has hardly even tried. I therefore respectfully dissent from the Court's judgment

---

[1] Senate Enrolled Act No. 483, 2005 Ind. Acts p. 2005.

2     CRAWFORD v. MARION COUNTY ELECTION BD.

SOUTER, J., dissenting

sustaining the statute.[2]

## I

Voting-rights cases raise two competing interests, the one side being the fundamental right to vote. See *Burdick, supra,* at 433 ("It is beyond cavil that 'voting is of the most fundamental significance under our constitutional structure'" (quoting *Illinois Bd. of Elections* v. *Socialist Workers Party,* 440 U. S. 173, 184 (1979)); see also *Purcell* v. *Gonzalez,* 549 U. S. 1, 3–4 (2006) *(per curiam); Dunn* v. *Blumstein,* 405 U. S. 330, 336 (1972); *Reynolds* v. *Sims,* 377 U. S. 533, 561–562 (1964); *Yick Wo* v. *Hopkins,* 118 U. S. 356, 370 (1886). The Judiciary is obliged to train a skeptical eye on any qualification of that right. See *Reynolds, supra,* at 562 ("Especially since the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized").

As against the unfettered right, however, lies the "[c]ommon sense, as well as constitutional law . . . that government must play an active role in structuring elections; 'as a practical matter, there must be a substantial regulation of elections if they are to be fair and honest and if some sort of order, rather than chaos, is to accompany the democratic processes.'" *Burdick, supra,* at 433 (quoting *Storer* v. *Brown,* 415 U. S. 724, 730 (1974)); see also *Burdick, supra,* at 433 ("Election laws will invariably impose some burden upon individual voters").

Given the legitimacy of interests on both sides, we have avoided pre-set levels of scrutiny in favor of a sliding-scale balancing analysis: the scrutiny varies with the effect of the regulation at issue. And whatever the claim, the

---

[2] I agree with the lead opinion that the petitioners in No. 07–25 have standing and that we therefore need not determine whether the remaining petitioners also have standing. See *ante,* at 5, n. 7.