---

## APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 30**

Agriculture and Livestock - **HB 681**, **HB 1908**, **HB 1918**

Business and Industry - **HB 257**, **HB 1209**, **HB 1382**, **HB 1819**

Corrections - **HB 609**, **HB 1688**, **HB 1711**

Criminal Jurisprudence - **HB 348**, **HB 493**, **HB 528**, **HB 549**, **HB 825**, **HB 958**, **HB 1282**, **HB 1372**, **HB 1506**, **HB 1644**, **HB 2058**

Culture, Recreation, and Tourism - **HB 1786**, **HB 2242**

Higher Education - **HB 602**, **HB 962**

Human Services - **HB 802**

Insurance - **HB 1290**, **HB 1759**, **HB 2064**, **HB 2449**, **HB 2752**, **HR 798**

Land and Resource Management - **HB 1213**, **HB 1445**, **HB 2387**, **HB 2906**, **HB 3202**

Licensing and Administrative Procedures - **HB 357**, **HB 358**, **HB 1084**, **HB 1406**, **HB 1484**, **HB 1505**, **HB 1974**, **HB 2104**, **HB 2238**, **HB 2310**, **HB 2509**, **HB 2594**, **HB 2763**, **HB 3113**

Natural Resources - **HB 2374**, **HB 2666**

Public Education - **HB 200**, **HB 2263**

Public Health - **HB 19**, **HB 594**, **HB 887**, **HB 1232**, **HB 1363**, **HB 1404**, **HB 1409**, **HB 1678**, **HB 1740**, **HB 1785**, **HB 1990**, **HB 2030**, **HB 2055**, **HB 2196**, **HB 2330**, **HB 2382**, **HB 2383**, **HCR 88**

Transportation - **HB 575**, **HB 1810**

**HOUSE OF REPRESENTATIVES**

**NOTICE OF PUBLIC HEARING**


COMMITTEE:     Elections

TIME & DATE:   upon final adjourn./recess
               Monday, April 06, 2009

PLACE:         E2.028

CHAIR:         Rep. Todd Smith

---

SB 362      Fraser | et al.
Relating to requiring a voter to present proof of
identification.


Testimony before the committee will be limited to invited
witnesses.

---

**The House Committee on Elections**
81st Legislature
April 6, 2009
Upon final adjournment/recess
E2.028

## CORRECTED MINUTES

On May 7, 2009, the House Committee on Elections authorized the correction of the minutes for the meeting of the House Committee on Elections held on April 6, 2009. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on April 1, 2009, the House Committee on Elections met in a public hearing and was called to order by the chair, Representative Smith, Todd, at 1:30 p.m.

The roll was answered as follows:

Present:          Representatives Smith, Todd; Pena; Allen; Anchia; Bohac; Bonnen; Brown, Betty; Heflin (8).

Absent:          Representative Harper-Brown (1).

A quorum was present.

(Representative Harper-Brown now present.)

(Representative Pena in chair.)

## <u>SB 362</u>

The chair laid out SB 362.

The chair recognized Representative Smith, Todd to explain the measure.

(Representative Smith, Todd back in chair.)

Testimony taken/registration recorded.   (See attached witness list.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

(Representative Pena in chair.)

The chair recognized Representative Smith, Todd to close on the measure.

The bill was left pending without objection.

(Representative Smith, Todd back in chair.)

At 1:18 a.m. on April 7, 2009, on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.


_____
Rep. Smith, Todd, Chair


_____
Steven Schar, Clerk

1

THE HOUSE COMMITTEE ON ELECTIONS


81ST LEGISLATURE

APRIL 6, 2009



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031029

2

1                 CHAIRMAN TODD SMITH:  The House Committee

2       on Elections is now called to order.

3                 Will the clerk please call the roll.

4                 THE CLERK:  Representative Smith?

5                 REPRESENTATIVE SMITH:  Here.

6                 THE CLERK:  Representative Pena?

7                 REPRESENTATIVE PENA:  Here.

8                 THE CLERK:  Representative Allen?

9                 REPRESENTATIVE ALLEN:  Here.

10                THE CLERK:  Representative Bohac?

11                REPRESENTATIVE BOHAC:  Here.

12                THE CLERK:  Representative Bonner?

13                (No Response.)

14                THE CLERK:  Representative Harper-Brown?

15                (No Response.)

16                THE CLERK:  Representative Helfin?

17                (No Response.)

18                THE CLERK:  Representative Veasey?

19                REPRESENTATIVE VEASEY:  Here.

20                CHAIRMAN TODD SMITH:  Quorum being

21       present, welcome, everybody here today that has come

22       to hear a discussion on an issue that has been of

23       great concern for our state and other states, as well.

24                I want to especially welcome 13

25       individuals who have agreed to come tonight and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031030

3

1    provide their testimony and expertise from varying

2    perspectives on the issue of Enhanced Voter

3    Identification.  Many of you have come from quite a

4    long way.  We appreciate you taking the time to be

5    with us.

6            We're going to lay out the Senate Bill

7    here in a moment, and at that point I'm going to hand

8    the gavel to Vice-Chairman Pena for purposes of laying

9    that piece of legislation out.

10           But before I do that, I'd like to make an

11   opening statement, and for purposes primarily of the

12   experts that are here with us, I want to give you some

13   sense of the kind of questions that I'm interested in

14   you answering.

15           So that to the extent that you have

16   expertise in answering any of the questions that I

17   have, you might be inclined to focus on those

18   questions.  But I also want to give any other member

19   of the committee an opportunity to make an opening

20   comment before we go to the witnesses.

21           It's my intent, we're starting at about

22   1:30.  And just so that everybody understands how we

23   are we're going to proceed, once we lay the bill out

24   and begin recognizing expert witnesses, it is my

25   intent, we have witnesses representing both



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005673

TX_00031031

4

1    perspectives.  Not that there are only two

2    perspectives, but certainly a diverse group of

3    witnesses to provide us with every conceivable

4    perspective on this issue.

5                And it is my intent, as much as possible,

6    to recognize witnesses that are for, followed by

7    witnesses that are against, followed by witnesses that

8    are for, followed by witnesses that are against until

9    we accommodate all of the experts who are with us

10   today.

11               Otherwise we wouldn't limit the length of

12   testimony, but because we're going to be doing this

13   again with the members of the public tomorrow, and

14   because that has the potential to last well into the

15   night.  We have a number a variety of ages on our

16   committee, and I don't want to kill anybody.

17               So I am determined that we get out of here

18   tonight by midnight so that people can have a

19   reasonable amount of sleep before we accommodate the

20   public tomorrow and take their testimony until they

21   run out of steam.

22               UNIDENTIFIED SPEAKER:  Do we have to go

23   till midnight?

24               CHAIRMAN TODD SMITH:  No.  We don't have

25   to go till midnight, and I'm about to tell you how I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005674

5

1       plan to accommodate the witnesses.

2                   It's my intent and there will be a little

3       device over there, Steven.  We've got a device, and

4       what this is going to do, I'm going to allow every

5       witness to give a ten-minute, uninterrupted comment so

6       that you can say whatever you wish to the committee

7       and whatever is on your mind and be uninterrupted in

8       doing so.

9                   I believe that is set to go off so that

10      you have a 1 and 1/2-minute warning.  When you see a

11      yellow light, that means you've got a minute and a

12      half before the ten minutes are up.  And at the end of

13      the ten minutes, Steven is going to let me know that

14      the ten minutes are up because I can't see the light.

15                  At which point we will begin a period of

16      up to 30 minutes' of questions on the part of the

17      panel.  And then, obviously, this is, unusual, members

18      in that we're not usually limited in the amount of

19      time that we have to ask the questions that are on our

20      mind.

21                  And in light of the fact that today we're

22      operating in a different manner, I would just ask that

23      all of you be respectful that there are nine members

24      on the committee, and I presume everybody will not

25      have an opportunity in asking a question or two.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005675

6

1              I'm going to do my best in recognizing,

2      members to make sure questions from both sides of the

3      political aisle are given equal opportunity.  That is

4      generally, how we will proceed.

5                   Yes, Representative Anchia.

6                   REPRESENTATIVE ANCHIA:  I have a couple of

7      questions, Mr. Chairman.

8                   Have you given some thought to the order

9      that we're going to take witness in?  Is it going to

10     be, namely, people who have flights?  Is that going to

11     be the procedure?

12                  CHAIRMAN TODD SMITH:  Again, anybody who

13     has flight arrangements that are peculiar or require

14     us to put you toward the front of the agenda, please

15     make my staff aware of them and we will do our best to

16     accommodate that within the constraints of wanting to

17     put witnesses both for and against this piece of

18     legislation.

19              I'll be glad to accommodate those

20     witnesses who have time deadlines within the

21     constraints of recognizing both sides both early in

22     testimony and as we proceed through the evening.  I

23     think there's even on the most, what is received to be

24     the most decisive of issues, I think there are more

25     surprisingly enough that unites us in principal than



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031034

7

1    divides us.

2              I think I can speak with certainty that

3    every member of this committee agrees that we should

4    do all that we reasonably can do to prevent all types

5    of voter fraud.  I think everybody on this committee

6    believes that we should do all we that we can do to

7    insure that any legal voter may vote.

8              I think everybody on this committee agrees

9    that it is equally unacceptable when a legal vote does

10   not count.  Whether that vote occurs due to an

11   unreasonable barrier to voting or due to an offsetting

12   fraudulent vote.

13             And what we're looking for here tonight

14   from the experts that have been asked to testify for

15   ideas on how we might enhance the security of our

16   elections while simultaneously expanding access to the

17   polls.

18             There are a number of questions that I

19   specifically am interested in hearing from the expert

20   witnesses on, and again my co-panelists may have other

21   questions they would like to emphasize for you to

22   address, as well.

23             No. One on my list is the extent of the

24   evidence of voter impersonation in Texas or

25   nationally.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005677

TX_00031035

8

1            No. Two:  Is such evidence the tip of the
2      fraud iceberg or is it the entire iceberg?
3            Three:  If most voter fraud occurs through
4      absentee ballots, what could or should be done about
5      that?
6            Four:  Any reliable evidence that the
7      Texas Senate version, and I'm going to lay that out in
8      a minute and take a moment to read so that all of our
9      witnesses are familiar to the extent that you're not,
10     and all our panelists and my colleagues are familiar
11     with the details of that legislation.
12           But I'm interested in any reliable
13     evidence that the Texas Senate version of Voter ID
14     would either enhance or suppress voter turnouts.
15           Five:  To what extent would you expect the
16     Texas Senate version, again, of Voter ID to defer
17     voter fraud.
18           Six:  What is the best way to handle
19     provisional ballots cast due to an inadequate ID?  How
20     might we best ensure that a legal voter who casts a
21     provisional ballot will have their vote counted?
22           Seven:  And this will be a fairly narrow
23     group of people, I presume, that would be able to
24     address this, but I'm interested in how many voters
25     can I register per million dollars spent?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031036

9

1          Those are the seven questions that I mark

2     out that I am particularly interested in hearing from

3     you about.  And at this time I will recognize anyone

4     on the panel who wishes to be recognized for purposes

5     of making any opening comments.

6          At this time the chair shows

7     representative Linda Harper-Brown to be present, and I

8     recognize Representative Anchia to make opening

9     comments.

10          REPRESENTATIVE ANCHIA:  Thank you,

11     Mr. Chairman and members of the committee and members

12     of the public and the expert witnesses that are here

13     today.  We appreciate everyone's participation in this

14     very important set of hearings.

15          We're going to be meeting today with

16     expert testimony and then tomorrow we will have the

17     public experts join us for additional hearings.

18          And I want to say it is my view that this

19     is an important exercise and an important part of

20     democracy.  And I want to thank you everyone,

21     especially those who came in from out of town who are

22     not from Texas and are willing to come here to help

23     inform us as we develop our public policy.

24          The focus of this hearing today will be

25     the Fraser Bill, the bill that was passed on a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005679

TX_00031037

Hearing                                                        April 6, 2009

10

1     partisan basis out of the Senate and is coming out of

2     the House.

3                And it is interesting to note that it is a

4     Voter Identification bill that seeks to remedy the

5     alleged problem or type of voter fraud in Texas that

6     would be voter impersonation.

7                I've been on this committee for three

8     sessions now.  In 2005 we took testimony on this.  In

9     2006 we studied it during the interim.  2007, during

10    my second session I was on the committee.  2008, we

11    studied it during the interim.  And now we're going to

12    take testimony in 2009.

13               And to date, even with an ongoing

14    investigation into voter fraud, generally, by the

15    Attorney General of the State of Texas, we have found

16    no documented cases of in-person, at the polls, voter

17    impersonation.

18               So I ask frequently:  What is this bill

19    about?  And some might argue it is to deal with

20    potential for fraud.  But I also note that what we

21    have seen in the studies that we've undertaken is that

22    the fraud that does exist on behalf of voters have

23    been on mail-in ballots, which are wholly exempted

24    from the bills that we heard in 2005, 2007 and now

25    that we're hearing in 2009.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031038

11

 1          And what I really would like this

 2    committee to focus on and have members of the public

 3    think about is the big beast in the room, ad that is

 4    the low participation rates in Texas.  Texas is

 5    consistently in the lowest quintile of participation

 6    in the country.  This has not changed.

 7          During the last few election cycles it is

 8    clear that we have structural impediments to voting in

 9    this state because people are not participating.  Even

10    with the very highly contested Presidential Election

11    during the last election cycle, it was barely over

12    half of our registered voters statewide that

13    participated in the election.

14          And I don't think that's good for Texas.

15    I don't think it's good for our democracy.  And if the

16    members of the committee want to engage on that issue,

17    what are we doing wrong now?  How can we increase

18    security in the system, but at the same time in the

19    spirit of Carter-Ford and then later Carter-Baker,

20    have additional access to the franchise so that we are

21    no longer last or next-to-last or near last in the

22    country in terms of voter participation.

23          And if the members of the committee and

24    members of the public and members of the expert

25    witness want to work on this, then I think we can have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031039

12

```
 1      a very big discussion.

 2                 But that's the big beast in the room:  Is

 3      Texas satisfied with the lack of participation in the

 4      state and being either last or near last in voter

 5      participation and turn-out year after year after year

 6      and election cycle after election cycle after election

 7      cycle?

 8                 So members of the committee, I offer to

 9      you my skills or lack thereof as a legislator in

10      trying to come up with a system that increases access

11      to the franchise, and at the same time, provides

12      greater security.

13                 Because I worry that the outcome of the

14      Fraser Bill, if passed by the House, who have negative

15      effects on access to that franchise and would

16      disenfranchise hundreds of thousands of Texans, and I

17      think that's a bad result.

18                 So I look forward to working with all of

19      you in achieving a good result.

20                 And may I say to the audience and to the

21      members of the media that I'm extremely appreciative

22      of the Chairman's approach to these hearings.  He has

23      been certainly a good listener and a gentleman as part

24      of this process, and I thank you, and I appreciate

25      your being inclusive as part of this process.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005682

TX_00031040

13

1             I've had for two sessions and had voter

2    suppression bills crammed down our throat, and I think

3    if we are willing to be bipartisan, I think we can get

4    something done that all Texans can be proud of.

5             CHAIRMAN TODD SMITH:  Thank you,

6    Representative Anchia.

7                    Representative Brown.

8             REPRESENTATIVE BROWN:  It won't take me

9    long, Mr. Chairman.

10             I just want to also welcome those who have

11    come here to help us by providing their expert

12    testimony on both sides of the issue.

13             And rather than taking your time, I will

14    not argue my case at this point.  I think we will have

15    plenty of time to do that later.

16             I just want to quote the Senator who

17    passed this in the Senate.  I think that he summed it

18    up so beautifully when he said, what we're here about,

19    we want to make it easy to vote but hard to cheat and

20    that's all we're trying to do.  Very easy to vote but

21    hard to cheat.  Thank you.

22             CHAIRMAN TODD SMITH:  Any other member who

23    wishes to make any opening comments before we lay out

24    this bill and begin expert testimony?

25             Sure.  Representative Veasey.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005683

TX_00031041

14

1           REPRESENTATIVE VEASEY:  Mr. Chairman,

2     thank you very much for letting me sit in.  I'm not on

3     the committee but this is an issue that is near and

4     dear to me.

5           I think it's sad that just not too long

6     ago Dr. King and the civil rights marchers of the

7     1960s and before that gave their lives, marched,

8     threatened and had barriers put in front of them.  And

9     it seems to me that this is what this bill is really

10    all about.

11          I think my good friend from Dallas,

12    Representative Anchia, pointed out so eloquently, that

13    ever since the beginning of our freshman year we've

14    been debating this bill.  Not once has there been any

15    shred of voter impersonation that has been brought

16    before the House.  Not once.

17          And I've had a member, a very conservative

18    member, come up to me on the House Floor, and say,

19    "Mark, this is not going to hurt you.  Why are you

20    concerned about this?  This is only going to hurt

21    white democrats."

22          And I understand the point of the bill,

23    that you can shave enough of the minority vote, the

24    black and brown vote, because this is a racial issue.

25          Make no mistake about it.  Don't go home



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

15

1    tonight thinking that this is a about voter

2    impersonation or it's about Voter ID.  It's about

3    skimming enough minorities, people that have a hard

4    time beeping able to access documents.  People that

5    have a hard time being able to exercise their right to

6    vote.  People that don't have access to

7    transportation, like many of us are blessed to have.

8            This is about skimming enough votes so

9    some people can't get elected.  And we've had members

10   in this body that were elected or narrowly defeated by

11   just a few votes.  We have members that are here

12   today.  And it is inherently unfair.

13           I mean, I've looked at this bill.  I mean,

14   I go into everything with an open mind.  But I have

15   seen nothing after the three years, after three

16   sessions that we've been working on this, no one's

17   presented anything to show that there's voter

18   impersonation going on at polls.

19           And so I think with that, I understand

20   that people feel passionate about this on both sides

21   of the issue.  But I think in order to be honest with

22   yourself and sleep at night, that you have to say and

23   ask yourself the question:  Is this right, despite the

24   fact that no one has proved that anybody is doing

25   anything wrong?  Is it right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005685

16

1            Can you live with your conscious knowing

2     that not just -- and I know Representative Anchia did

3     a good job of just saying that it's Texans that would

4     be disenfranchised, but a lot of the Texans, let's be

5     honest, are going to be black and brown and poor

6     folks.

7            Can you really sleep with yourself at

8     night knowing that if this bill passed, that most of

9     the people that would be denied the right to vote are

10    going to be black, brown and poor?

11           Can you live with yourself knowing that

12    most of the people that would be denied the right to

13    vote are the same people, and they look like the same

14    people 30, 40 years ago, with Dr. King that were

15    denied the right to vote?

16           It's, basically, the same group of people

17    that have barriers put in front of them but it's just

18    a different time and a different generation.

19           And one of the things that I do like about

20    the conservative movement is that they say we should

21    never pass bills and that we should never pass laws or

22    make government interfere in people's lives when

23    there's no need for a law.

24           That you should only pass laws when there

25    are just these overwhelming instances to where



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

17

 1    government needs to take action to get involved in

 2    people's lives.

 3              And so now you have conservatives that are

 4    pushing this bill, that are looking forward to this

 5    bill, and nothing has been presented to them to show

 6    that government should add this extra barrier, should

 7    put this extra burden on here for minorities to be

 8    able to vote.

 9              We're just doing it just because we want

10    to see what's going to happen and see if enough votes

11    can be skimmed in order to make it a difference in a

12    tight race.

13              And to the person that said to me:  This

14    is not going to hurt you because you're in a safe,

15    black district -- well, guess what?  Maybe like

16    Barrack Obama, maybe I'll want to do something else

17    one day.  Maybe I'll want to run in a district to

18    where it will be a close race and I can't rely just on

19    all black votes.

20              Maybe the handful of black voters in our

21    districts that will be denied the right to vote, even

22    though I'm still going to win.

23              But that person that moves from apartment

24    to apartment, that moves from their grandparents'

25    house to a different apartment -- maybe those handful



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005687

TX_00031045

18

1    of people in our district, even though I'm still going

2    to win -- I think it's still incumbent or me to look

3    out for their interests.

4              And that's why I'm up here today.  And,

5    Mr. Chairman, I thank you for allowing me to sit in on

6    the committee.

7              CHAIRMAN TODD SMITH:  Thank you,

8    Representative Veasey.

9              Anybody else here that wishes to make any

10   opening comments?

11             I think we've heard in these opening

12   comments people's sincere concerns about the concept

13   and notion on the one hand of voter fraud, and on the

14   other hand about voter suppression.

15             I think they're all sincere concerns, and

16   what this hearing, I hope, is going to be about is to

17   lay out before the entire committee so that there is a

18   deep understanding on everybody's part about the

19   extent to which the evidence supports those concerns.

20             I want to know everything there is to know

21   about the state of the evidence that would suggest

22   that a change in policy in the State of Texas from

23   requiring everyone to have some form of

24   identification, either a photo ID or non-photo ID, to

25   a policy that simply says:  If you do not have a photo



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005688

TX_00031046

```
 1          ID, instead of providing one form of photo ID, you

 2          provide two forms of photo ID.

 3                    I'm very interested in hearing what the

 4          actual evidence is that that change would have a

 5          material impact on any legal voter's ability to vote.

 6                    And we are also interested in looking

 7          fully and completely at the evidence of fraud and at

 8          the extent to which it occurs and what we can do about

 9          it.

10                    We are going to focus on both of those

11          goals.  And it's my intent not to make any

12          presumptions at all about what the evidence will show

13          us but to listen to the best experts in the field and

14          then make reasonable and rational conclusions based

15          upon that evidence at the end of the day.

16                    Representative Anchia.

17                    REPRESENTATIVE ANCHIA:  Just a question,

18          Mr. Chairman:  How are we going to handle resource

19          witnesses?  Which ones have we invited and which ones

20          are available to testify?  For example:  Attorney

21          General?  Secretary of State?  DPS?

22                    CHAIRMAN TODD SMITH:  I think they're all

23          here, and it was my expectation that you would want to

24          hear from all of them.

25                    And so, roughly, I don't know that I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031047

20

```
 1    calculated for the length of the opening statements,
 2    but it was my intent to roughly finish the expert
 3    testimony around 11:00.  Recognizing that things don't
 4    always go like you want them to.
 5              I figured that by the time we heard from
 6    the resource witnesses, that we would be able to get
 7    out of hear by midnight.
 8              REPRESENTATIVE ANCHIA:  Would it be
 9    appropriate, just as to the state of the law, to have
10    them come up just intermittently and briefly to answer
11    a specific question that we might not be clear on?
12              CHAIRMAN TODD SMITH:  Absolutely.  My
13    preference would be if you would, that that occur
14    outside or just after the 40 minutes.  Just make note
15    of your questions of those witnesses.
16              And before we bring the next witness up,
17    we will have the opportunity to bring the resource
18    witnesses up.
19              REPRESENTATIVE ANCHIA:  Thank you,
20    Mr. Chairman.
21              CHAIRMAN TODD SMITH:  Okay.  All right.
22              At this time, the chair will hand the
23    gavel to vice chair Pena.
24              VICE-CHAIRMAN PENA:  The chair now lays
25    out SB 362 by Fraser, and calls on representative
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005690

21

1      Smith to explain the bill.

2              CHAIRMAN TODD SMITH:  Okay.  I want to

3      take a few minutes, members and testifiers, to explain

4      this bill in case there's anyone out there, either

5      here or there, that has not had the opportunity to

6      fully understand.

7              This is not the Indiana law.  I know we've

8      got people here from Indiana, but we're interested in

9      hearing from everybody, again, about the difference

10     between this bill and our current law, and what the

11     evidence would suggest the impact of that would be,

12     both on the side of the deterring fraud and on the

13     side of discouraging any legal voter.

14              Senate Bill 362.  Senate Bill amends the

15     Election Code to require the voter registrar of each

16     county to provide notice of the voting requirements

17     for voting prescribed by provisions relating to the

18     acceptance of a voter for voting and a detailed

19     description of those requirements with each Voter

20     Registration Certificate or Renewal Registration

21     Certificate issued.

22              The bill requires the Secretary of States

23     to prescribe the wording of the notice to be provided

24     on the certificate.  The bill makes these provisions

25     effective September 1, 2009.  So anybody who registers



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005691

22

1    to vote or renews their registration would receive by

2    mail this information notifying them of the changes in

3    the law.

4              Senate Bill 362 requires the Secretary of

5    State and the Voter Registrar of each county that

6    maintains a website to provide notice of the

7    certification requirements for voting on each entity's

8    respective website and requires the Secretary of State

9    to prescribe the wording of that notice.

10             The bill requires the Secretary of State,

11   in cooperation with the voter reporting organizations

12   as determined by the Secretary of State and with each

13   party who's nominated for governor or in most recent

14   general election receive 20 percent or more in the

15   total number of votes, which would be Republicans and

16   Democrats received by all candidates on Governor on

17   elections to establish a statewide effort and educate

18   voters regarding the identification requirements for

19   voting.

20             The bill also authorizes the Secretary of

21   State to use any available funds, including federal

22   funds, to implement these provisions.  The bill makes

23   these provisions effective September 1, 2009.

24             Senate Bill 362 requires the training

25   standards for election judges adopted by the Secretary



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005692

TX_00031050

23

1       of State to include provisions on the acceptance and

2       handling of the identification presented by a voter to

3       an election officer in accordance with the regular

4       procedure of accepting a voter and requires each

5       election clerk to complete that part of the training

6       program.   The bill makes these provisions effective

7       September 1, 2009.

8                  Senate Bill 362 requires the presiding

9       judge of an election precinct to post notice with a

10      list of the acceptable forms of photographic and

11      non-photographic identification in a prominent place

12      on the outside of each polling location, and requires

13      that information to be printed using a font that is,

14      at least, 24 points.

15                 Senate Bill 362 requires a voter on

16      offering to vote to present to an election officer at

17      the polling place either one acceptable form of photo

18      identification or two acceptable forms of

19      non-photographic identification, rather than the

20      voter's Voter Registration Certificates.

21                 It includes, just to be clear -- the Voter

22      Registration Certificates is one of the two forms of

23      forms that is acceptable.   So most people vote already

24      with photo identification.   The minority of people

25      currently who simply lay down a Voter Registration



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005693

1    Card.

2           The only change in this bill from current

3    law is that those people, in addition to laying the

4    Voter Registration Card on the table, would also have

5    to supplement back that Voter Registration Card, back

6    that up with an additional document on the list of

7    non-photo identification that is available, such as an

8    envelope from a governmental agency.

9           Any of those items, if not all of them,

10   are already on the list of non-photographic

11   identification that is acceptable at the polls.

12          The bill makes conforming changes to

13   provisions relating to a voter's statement of

14   residence.  A voter with the correct certificate who

15   is not on the precinct list of registered voters, a

16   voter who is not on the certificate who is on not the

17   precinct list of registered voters and the regular

18   procedures for accepting voters.

19          Senate Bill 362 specifies that the

20   following documentation is an acceptable form of

21   photographic identification for voting:  A driver's

22   license or personal identification card issued to the

23   person by the Department of Public Safety that is not

24   expired or that expired no earlier than two years

25   before the date of presentation.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

25

1             The United States Military Identification

2    Card that contains the person's photograph.

3             A United States Citizenship Certificate

4    issued to the person that contains the person's

5    photograph.

6             A United States Passport issued to the

7    person.

8             A License to Carry a Concealed Handgun

9    issued to the person by the DPS or a valid

10   identification card that contains the person's

11   photograph and is issued by an agency or institution

12   of the federal government or of an agency, institution

13   or political subdivision of Texas, such as -- well,

14   that may be on the next paragraph.

15             Any identification card with a photograph.

16   Senate Bill 362 adds the following documentation as

17   acceptable non-photographic proof of identification

18   for voting:

19             One, the voter's Registration Certificate.

20             Next, an original or certified copy of the

21   person's marriage license or Divorce Decree.

22             Next, court records of the person's

23   adoption, name change or sex change.

24             Next, identification card issued to the

25   person by governmental entity of Texas or the United



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139



ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031053

26

1       States for the purpose of obtaining public benefits,

2       including veterans' benefits, Medicaid or Medicare.

3               Next, a Temporary Driving Permit issued to

4       the person by DPS.

5               Next, a pilot's license issued to the

6       person by the Federal Aviation Administration or

7       another authorized agency of the United States.

8               Next, a library card that contains the

9       person's name, issued to the person by a public

10      library located in the state.

11              Or next, a hunting or a fishing license

12      issued to the person by the Parks & Wildlife

13      Department.

14              Senate Bill 362 removes the following

15      documentation as acceptable proof of identification

16      for voting:  A document similar to a driver's license

17      or personal identification card issued to the person

18      by an agency of another state, regardless of whether

19      the license or card has expired.

20              A non-specified form of identification

21      containing the person's photograph that establishes

22      the person's identity or any other form of

23      identification prescribed by the Secretary of State.

24              Senate Bill 362 authorizes a voter, if the

25      identification requirements are not met, to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031054

1    accepted for provisional voting, only under the

2    provisions relating to the acceptance of an Affidavit

3    to cast a provisional ballot.

4            The bill requires an election officer to

5    inform a voter that is not accepted for voting because

6    of failing to present the required identification of

7    the voter's right to cast the provisional ballot under

8    those provisions.

9            Senate Bill 362 amends the Transportation

10   Code prohibit DPS from collecting a fee for a person's

11   identification certificate issued to a person who

12   states that the person is obtaining the personal

13   identification certificate for the sole purpose of

14   satisfying requirements for a photographic

15   identification for voting who is a registered voter in

16   Texas and presents a valid, Voter Registration

17   Certificate or who is eligible for voter registration

18   and submits a Voter Registration Application to the

19   department.

20           So the way I read that, you go to your DPS

21   officer, present your Voter Registration Certificate,

22   you get a free photo identification.

23           So the question is:  The difficulty in

24   accessing the DPS facilities that are currently in

25   place across the state.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031055

                                                                    28

1               Senate Bill 362 requires the Secretary of

2      State, as soon as practicable on or after September 1,

3      2009, to adopt the training standards and develop the

4      training materials required to implement the bill's

5      provisions related to training.

6               The bill requires the County Clerk of each

7      county, as soon as practical on or after September 1,

8      2009, to provide a session of training using the

9      standards adopted and materials developed by the

10     Secretary of State.

11              Members, do we have any questions for

12     this?

13              Representative Anchia.

14              REPRESENTATIVE ANCHIA:  Yes, Mr. Chairman,

15     who's the House sponsor of this bill?

16              CHAIRMAN TODD SMITH:  I presume I will be,

17     but that decision has not been made yet.

18              Representative Anchia?

19              REPRESENTATIVE ANCHIA:  If we have

20     questions about the specific provisions in the bill,

21     who should we direct those questions to?

22              CHAIRMAN TODD SMITH:  Since we don't have

23     a House sponsor and we don't have the author here --

24              REPRESENTATIVE ANCHIA:  I have a lot of

25     questions on the mechanics of the bill, and I'm just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005698

```
 1        trying to think who's the best person to address those
 2        questions to?
 3                    CHAIRMAN TODD SMITH:  I presume I'm the
 4        best person to answer those and maybe our staff can
 5        see if they can find someone.
 6                    Travis, are you listening?
 7                    See if someone's available to answer any
 8        questions that I can't answer on the technical aspects
 9        of the bill.
10                    REPRESENTATIVE ANCHIA:  And final,
11        Mr. Chairman, I did notice that there is a new fiscal
12        note that is different than the fiscal note that is in
13        the Senate.  I believe the fiscal note in the Senate
14        was 0.  The new fiscal note is $2 million.
15                    I'm curious as to the methodology of LBB.
16        How they came up with such a radically different
17        outcome three weeks later and what they believe the
18        $2 million is tied to.
19                    I mean, I don't know.  Will we have
20        someone from LBB here to answer those questions?
21                    CHAIRMAN TODD SMITH:  I don't believe we
22        have a resource witness from LBB but I'll be glad to.
23                    REPRESENTATIVE ANCHIA:  I think it's
24        fairly self-explanatory in terms of the manner in
25        which they determined that there want a fiscal note.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005699

TX_00031057

30

1                    For example, one of the provisions to

2         require the Secretary of State or require the local

3         voter registrar provide a written explanation in the

4         changes of the law every time someone registers or

5         renews their Voter Registration Certificate.

6                    Is that a new provision to the bill?  I'm

7         curious as to why in the Senate that the fiscal note

8         was 0, and then just three weeks later we have a

9         $2 million fiscal note.

10                    What methodology was used?  What sort of

11         deliverables they believe they need to be provided?

12                    CHAIRMAN TODD SMITH:  My suggestion on

13         that, Representative Anchia, is that we invite --

14         please make a note of this -- those people to attend

15         our hearing tomorrow night so they would have an

16         opportunity to make a comment and to answer my

17         questions you might have.

18                    Does that work?

19                    REPRESENTATIVE ANCHIA:  Okay.  Thank you.

20         Thank you, Mr. Chairman.

21                    CHAIRMAN TODD SMITH:  Are there any other

22         questions?

23                    REPRESENTATIVE ALLEN:  Yes, I have one

24         question.

25                    CHAIRMAN TODD SMITH:  Representative



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

31

1      Allen.

2                    REPRESENTATIVE ALLEN:  Yes.  One question.

3                    Are you saying to me if I showed up to

4      register, I need my Voter Registration Book?

5                    CHAIRMAN TODD SMITH:  No.

6                    REPRESENTATIVE ALLEN:  If I show up with

7      just my Voter Registration, I'm okay?

8                    CHAIRMAN TODD SMITH:  If you show up to

9      register, you said?  I don't believe there's any

10     changes in the registration procedures.

11                   REPRESENTATIVE ALLEN:  To vote?

12                   CHAIRMAN TODD SMITH:  Yes.  In this piece

13     of legislation, currently, let's make it clear as that

14     can be:  Currently there is a list of documents,

15     photographic identification and a list of

16     non-photographic identification.

17                   REPRESENTATIVE ALLEN:  I got that list.  I

18     got that.

19                   CHAIRMAN TODD SMITH:  Since the late 1990s

20     you have to have a document in order to vote.

21                   REPRESENTATIVE ALLEN:  Correct.

22                   CHAIRMAN TODD SMITH:  You have to have the

23     identification.  That is already the law.

24                   REPRESENTATIVE ALLEN:  I got that already.

25                   CHAIRMAN TODD SMITH:  If you don't, you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031059

1        cast a provisional ballot, which in most instances,

2        does not count, I understand.

3                    REPRESENTATIVE ALLEN:  Okay.  What I'm

4        trying to see is I must have my Voter Registration

5        Form?

6                    CHAIRMAN TODD SMITH:  My understanding of

7        the Senate legislation is you have to have two forms

8        of non-photographic identification on the list.  A

9        Voter Registration Certificate is one acceptable form.

10                   REPRESENTATIVE ALLEN:  Okay.

11                   CHAIRMAN TODD SMITH:  It is not a

12       mandatory form.  It is not one of the two that must be

13       shown.

14                   REPRESENTATIVE ALLEN:  Okay.  So I can

15       have two others?

16                   CHAIRMAN TODD SMITH:  You can have two

17       others.  That's my understanding.

18                   REPRESENTATIVE ALLEN:  I'm just trying to

19       get it to the point -- to the bottom of -- if I lose

20       my Voter Registration and that's with that, and I

21       still just need two other forms of I.D.?

22                   CHAIRMAN TODD SMITH:  That's my

23       understanding.

24                   REPRESENTATIVE ALLEN:  All right.

25                   CHAIRMAN TODD SMITH:  If I'm wrong, we'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031060

33

```
 1     correct that tomorrow.
 2                   REPRESENTATIVE ALLEN:  All right.
 3                   CHAIRMAN TODD SMITH:  Representative
 4     Heflin.
 5                   REPRESENTATIVE HEFLIN:  Just so I'm clear:
 6     The new fiscal note here is saying the DPS is
 7     forwarding the existing cost of using -- that the DPS
 8     would absorb that cost?
 9                   CHAIRMAN TODD SMITH:  Yes.  Obviously, the
10     overwhelming majority of Texans already have the
11     photographic documentation that is required of this
12     legislation.
13                   We're talking about, you know, the
14     testimony today to identify this.  But my
15     understanding is that the percentage of Texans, the
16     voting-age Texans who do not have the photographic
17     identification that is not required but allowed under
18     this bill is something less than five percent of
19     voting age population.
20                   That percentage of people, whichever ones
21     of them presented themselves at a DPS station and
22     said, I wish to have a photographic identification
23     free of charge that I intend to use for purposes of
24     voting, would be given a photographic identification
25     free of charge at their local DPS station.  That's my
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031061

34

1    understanding of how that works.

2            The reason that there is not a fiscal note

3    there is because it is an additional burden on DPS and

4    could easily be handled within available revenues when

5    you consider what a small percentage of the population

6    would be in that category.

7            And the fact that some of the people that

8    are in that category might be using it for purposes

9    other than simply voting.

10           REPRESENTATIVE HEFLIN:  So a concern I

11   have is that LBB has said the Secretary of State is to

12   provide $2 million for this education.  It also says

13   that local government impact, but it doesn't say how

14   much that's going to cost local government's.

15           Who's going to pay for all this additional

16   training and who's going to pay for all this

17   additional signage?  And who's going to pay for all

18   the extra staff needed to implement this?

19           CHAIRMAN TODD SMITH:  Well, I think we

20   will have LBB here tomorrow, and to the extent that

21   they have deemed -- it is free for local government.

22           REPRESENTATIVE BROWN:  Fiscal impact would

23   vary from county to county.  Costs would include the

24   amendment both for printing signs to post at each

25   polling place, which would not be significant.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031062

35

1          Other potential costs would be associated

2     with additional training and posting information to

3     the county websites.  Again, those costs are not

4     expected to be significant.  People are already

5     trained.  This is simply training that would occur at

6     the same time training already occurs.

7          One smaller county response anticipates

8     that the new provisions regarding casting and

9     provisional ballots would require hiring additional

10    staff, resulting in a moderate to significant cost.

11          REPRESENTATIVE HEFLIN:  But you agree that

12    it's going to take more time and money to train these

13    people to be able to identify 16 different forms to

14    verify that they're legitimate?

15          REPRESENTATIVE TODD SMITH:  Well, you

16    know, I just want to emphasize again that they're

17    already doing that.

18          We already have a list of photographic and

19    non-photographic identification that is acceptable at

20    the polls.  You have to do that now.  I presume these

21    people are already trained on what is acceptable and

22    what is not acceptable.

23          We're simply taking these two lists --

24    there are some small changes on the list, but we're

25    taking the two lists that already exists or the Senate



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031063

36

1      Bill does and instead of saying you've gotta have one

2      off of the other, we're saying if you choose this list

3      that does not include photographic identification,

4      then you need to back up your Voter Registration Card

5      or whatever document you place on the table with an

6      additional non-photographic identification ever so

7      much.

8              So my presumption is that the training or

9      the extent of the training would be very similar and

10     will be different than current training but should be

11     no more burdensome than existing training in terms of

12     the impact on local governments.

13             Representative Brown and then

14     Representative Anchia.

15             And let me just say, members that want to

16     go to bed at midnight, that at some point we're going

17     to need to get to the witnesses but we're going to be

18     in trouble.

19             REPRESENTATIVE BROWN:  Let me say one

20     question:  You used the five-percent figure for those

21     who do not have photo ID.

22             How do the people who vote by mail, those

23     who vote from a nursing home that is provided in here,

24     the 70 and so on -- have those been subtracted in

25     order to come up with the five percent number?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005706

TX_00031064

37

1                    CHAIRMAN TODD SMITH:  That's why I
2        qualified that number with we're going to hear expert
3        testimony tonight that will help us identify what that
4        is.
5                    REPRESENTATIVE BROWN:  Okay.  Okay.
6                    CHAIRMAN TODD SMITH:  My general intent
7        with throwing that number out there was just to
8        present the suggestion that the overwhelming majority
9        of voting-age people already have photographic
10       identification.
11                    There is a small minority of people who do
12       not.  They are the minority that have the
13       constitutional right to vote.
14                    And I know every member on this committee
15       takes very serious the fact that even those who do not
16       have photographic identification, do have a
17       constitutional right to vote.
18                    And simply because they're a minority,
19       does not mean that we don't take that right seriously
20       and any legislation that comes out of this committee
21       is going to take that right seriously.
22                    And so I was not intending to establish as
23       a matter of fact the percentage, but to simply relay a
24       general sense on my part that you're talking about a
25       small minority of legal age voters.  We'll let these



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005707

38

1       people tell us what percentage.

2                    I'll defer to Dr. Alan.

3                    CHAIRMAN TODD SMITH:  Okay.

4                    REPRESENTATIVE ALLEN:  I wanted to ask a

5       question about the DPS reference you made, chair.

6                    You said you could get your voting ID at

7       the DPS.  You said just show up at the DPS office and

8       you could get your I.D. free.

9                    CHAIRMAN TODD SMITH:  Yes, ma'am.

10                   REPRESENTATIVE ALLEN:  Show up is a

11      question I have.  Show up.  I've got to go there.

12                   CHAIRMAN TODD SMITH:  To get a picture

13      taken.

14                   REPRESENTATIVE ALLEN:  To get a picture

15      taken and there are a lot of people who would not be

16      in a position to show up at the office.

17                   The other thing I thought I heard you say

18      was that you could only use this I.D. for voting.

19                   So if I showed up, if I was able to show

20      up and I had this piece of ID in my person and I

21      wanted to use it for something else, I'd be dong what?

22                   CHAIRMAN TODD SMITH:  No.  You can't use

23      it for voting.

24                   REPRESENTATIVE ALLEN:  No.  I want to use

25      it for something else.  I can only use it for voting?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005708

39

1      Is that what you meant?

2                CHAIRMAN TODD SMITH:  Well, I think that's

3      the way the Senate Bill is written.  That it is free

4      for purposes -- let's see if we can find that in terms

5      of the free provision, in terms of how it's written.

6                REPRESENTATIVE BROWN:  It's my

7      understanding, that in order to get the free I.D., it

8      has to be for the purposes of voting.

9                However, after you possess that, there's

10     no provision that says you can't use it for other

11     things.  That's my understanding.

12                CHAIRMAN TODD SMITH:  That's a good point.

13     And what the language says is, "The department may not

14     collect the fee for a Personal Identification

15     Certificate for the person who states that the person

16     is obtaining the Personal Identification Certificate

17     for the sole purpose of obtaining Section 63.1-B of

18     the Election Code.  And who is registered to vote in

19     states and present a valid Voter Registration

20     Certificate."

21                REPRESENTATIVE ALLEN:  But I'm concerned

22     that after I get it, I want to make sure that this is

23     not in the bill.

24                That after I get it, I voted.  Now, I go

25     and maybe I need to go and cash a check or do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005709

TX_00031067

40

```
 1        something else or the police stop me and I need some

 2        I.D.

 3                    I cannot use that for ID purposes?

 4                    CHAIRMAN TODD SMITH:  To the extent that

 5        that's not clear in the legislation, I would agree

 6        that we should make it clear.

 7                    REPRESENTATIVE ALLEN:  At some point, I

 8        think we'll have another law.

 9                    CHAIRMAN TODD SMITH:  Sure.  I think that

10        needs to be clear.

11                    REPRESENTATIVE ANCHIA:  Mr. Chairman.

12                    CHAIRMAN TODD SMITH:  Representative

13        Anchia.

14                    REPRESENTATIVE ANCHIA:  Mr. Chairman, just

15        one more question about the bill:  The bill that is

16        before us today is the Fraser Senate Bill.

17                    CHAIRMAN TODD SMITH:  That's correct.

18                    REPRESENTATIVE ANCHIA:  Tomorrow, we will

19        have the Brown Bill, the Heflin Bill, the Bonnen Bill

20        and the Fraser Bill, correct?

21                    CHAIRMAN TODD SMITH:  And we also

22        suspended the rules on the House Floor so that we

23        would have a couple of Dunham Bills and we would also

24        have a Chuck Hopson Bill.

25                    REPRESENTATIVE ANCHIA:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005710

TX_00031068

41

1          CHAIRMAN TODD SMITH:  We will be dealing

2     in some manner with this general issue?

3          REPRESENTATIVE ANCHIA:  Do any of them

4     have committee substitutes?  Because we created a rule

5     that we were going to be able to review committee

6     substitutes with some advanced warning.

7          CHAIRMAN TODD SMITH:  You know, I don't

8     know.

9          REPRESENTATIVE ANCHIA:  Okay.  But is that

10    something that we should discuss as a committee before

11    we take up and consider those bills?

12         CHAIRMAN TODD SMITH:  Yeah.  We could do

13    that.  If anybody feels like any of that is a

14    surprise, then we can certainly accommodate those

15    concerns.

16         REPRESENTATIVE ANCHIA:  So I just want to

17    be clear:  That the Fraser Bill that was discussed

18    earlier, that the Fraser Bill has an exemption for

19    people that are 70 years old and that is not the

20    Fraser Bill, that is the Brown Bill, correct?

21         CHAIRMAN TODD SMITH:  That's correct.

22         REPRESENTATIVE ANCHIA:  And the Brown Bill

23    is not before us, correct?

24         CHAIRMAN TODD SMITH:  That's correct.  I

25    don't want to speak for Betty in terms of what is in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005711

TX_00031069

42

1      her bill, but I believe that is in her bill.

2                    REPRESENTATIVE ANCHIA:  I think, yeah.

3      The question arose, and the inference was made that it

4      was in this bill.  And I don't believe that.  I

5      believe it is in one of the bills we're going to hear

6      tomorrow.

7                    CHAIRMAN TODD SMITH:  Okay.

8                    REPRESENTATIVE ANCHIA:  The second issue

9      related to poll-worker training.  I want to make sure

10     we're talking apples to apples, Mr. Chairman.

11                   You said you didn't think there would be

12     any significant increase in training.  We are adding a

13     substantial, additional number of documents, and we

14     are moving from a presentment standard to an identity

15     standard.  In other words, there has to be a visual

16     confirmation of identity under the Fraser Bill.

17                   So that is a significantly different

18     standard.  And we did hear testimony from the

19     Department of Public Safety during the interim that

20     there is a special training associated with that.

21                   So I don't want anybody in the media or

22     the audience to leave thinking this is an apples to

23     apples training.

24                   CHAIRMAN TODD SMITH:  Yeah.  I think

25     you're right about that, Representative Anchia.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005712

43

 1        for whatever it's worth, I publicly signaled my

 2        displeasure with that particular provision.

 3                And to the extent that it is removed in

 4        the House version would eliminate any -- I think it

 5        would create a bill where the additional -- the

 6        additional costs of the counties is more in line with

 7        what I've just described.

 8                But I think you're right, that in the

 9        Senate version, somebody would have to be trained on,

10        as I understand it correctly, when you like yourself,

11        for your vote to count.

12                REPRESENTATIVE ANCHIA:  Mr. Chairman, I

13        appreciate your signal, and I just want to make sure

14        we talk about the Fraser Bill today.  So thank you.

15        Thank you for that clarification.

16                CHAIRMAN TODD SMITH:  Representative

17        Bohac.

18                REPRESENTATIVE BOHAC:  Mr. Chairman, I

19        just wanted to just briefly address Dr. Allen's

20        comments a moment ago.

21                It's in Section 12 of the bill, and the

22        DPS usually issues an official ID card or Texas

23        driver's license.  And this would be an ID card that

24        could be used for any other purposes for which an ID

25        card could be used for.  So I think that would address



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005713

TX_00031071

44

 1      your concern and it's in Section 12.

 2                  REPRESENTATIVE BROWN:  Thank you.

 3                  REPRESENTATIVE BOHAC:  And it's in Section

 4      12.

 5                  REPRESENTATIVE BROWN:  Thank you.

 6                  CHAIRMAN TODD SMITH:  Any other questions?

 7                  REPRESENTATIVE VEASEY:  Yes, sir.

 8                  CHAIRMAN TODD SMITH:  Representative

 9      Veasey.

10                  REPRESENTATIVE VEASEY:  Just looking

11      through the bill, I didn't see anything in there about

12      being able to use your utility bill.

13                  Is there somewhere in the bill that

14      addresses being able to use your utility bill?

15                  CHAIRMAN TODD SMITH:  I don't believe it

16      indicated that that was eliminated from the list.

17                  Yes, Representative Veasey, if you look at

18      the bottom of Page 6, it's current law and it states

19      it in this language.

20                  REPRESENTATIVE VEASEY:  Okay.

21                  CHAIRMAN TODD SMITH:  "Registration card,

22      current utility bill, bank statement.  Government

23      check, paycheck or other government document that

24      shows the name and address of the voter."

25                  REPRESENTATIVE VEASEY:  Okay.  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031072

Hearing                                            April 6, 2009

45

1              CHAIRMAN TODD SMITH:  Okay.

2              Any other questions before we move on to

3    witnesses?

4              Okay.  Can I take it back?

5              Thank you.

6              Chairman Pena.

7              At this time, we will begin with our

8    testimony.  Remember the rules from a time standpoint.

9    You'll have the clock down here, which will begin as

10   soon as you begin speaking.

11             At this time the chair recognizes Todd

12   Rokita, the Secretary of State of Indiana.

13   Representative and voters and tax payers in the state

14   of Indiana who wish to testify in favor for or against

15   Senate Bill 362, welcome.

16             TODD ROKITA:  Thank you, Mr. Chairman.

17             Mr. Chairman, may I begin?

18             CHAIRMAN TODD SMITH:  You may.

19             TODD ROKITA:  Thank you, sir.

20             Greetings from the people of the state of

21   Indiana.  It's an absolute honor to be before

22   colleagues and distinguished leaders of what many of

23   us consider a very great state.

24             Every time I come into the state, which I

25   can't say is often enough, I'm reminded of the spirit



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005715

TX_00031073

46

1    of the people of Texas.  Its history of independence

2    and what a leader for the country this jurisdiction

3    is.  So it is truly an honor to be back.

4              In that vain, I'd like to discuss and

5    answer the questions that you pose.

6              The experience in Indiana --

7              CHAIRMAN TODD SMITH:  Secretary Rokita,

8    you may have started without stating your name and who

9    you represent.  Would you please just do that for

10   these purposes.

11             TODD ROKITA:  You just did when you

12   introduced me.

13             CHAIRMAN TODD SMITH:  There are some

14   people who believe if you don't do it, it may create a

15   problem with the transcript.

16             TODD ROKITA:  Okay.  I'm Todd Rokita of

17   the aforementioned person.  I'm the Secretary of State

18   of Indiana.

19             CHAIRMAN TODD SMITH:  Thank you.

20             TODD ROKITA:  And we do have a Photo ID

21   law without exception.

22             But I am not here, as I was getting ready

23   to say at all, to presume to tell you fellow leaders

24   what ought to be in the state of Texas.  We believe

25   too much in state's rights like you do to do something



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031074

Hearing                                                    April 6, 2009

47

1    like that.

2              I am here, and in looking at your

3    biography, see that we have a good deal of lawyers on

4    the committee, as am I.

5              Please consider me a fact witness.  So I'm

6    to answer questions about how things went in Indiana.

7    Not to ignore, Mr. Chairman, your request to try to

8    extending what is Texas law and what this bill does.

9              As I go through my testimony, which I

10   don't expect to take all of ten minutes, hopefully

11   some of yours questions will be answered and I'm happy

12   to answer them directly afterwards.

13             This year the country and especially

14   Indiana, because we grew the man from the year 7 to

15   21, we celebrate the 200th anniversary of Abraham

16   Lincoln's birthday.

17             Yet in many parts of the country, and

18   until recently in Indiana, we were electing our

19   leaders as if Abraham Lincoln was still on the ballot.

20   In fact, he's the one that helped invent the precinct

21   structure, and we used signatures on written poll

22   books back then we used on the ballot because that was

23   the best technology we had.

24             We have seen more election reform in the

25   last eight years or so than we have seen since the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005717

48

1    Voting Right Act of 1965.

2              And we that sentence, I just said a

3    mouthful.  We need to start voting how we live in the

4    21st century.  And with all the accessibility that we

5    have introduced into the process, Mr. Chair, since the

6    amendments to the United States Constitution, up to

7    the federal statutory changes that led to the Voters'

8    Rights Act in 1965, to the whole slew of state

9    accessibility measures and now most recently another

10   piece of legislation called the Help America Vote Act,

11   makes voters and the process more and more acceptable

12   accessible.

13             What photo ID in Indiana said if you don't

14   start adding another bumper rail to all that

15   accessibility with measures of integrity like photo

16   ID, then you won't have a process that people will

17   believe.  If people stop believing in the process,

18   voter turn-out goes down.  When voter turn-out goes

19   down, we lose the republic.

20             So when my good friend Raphael Anchia

21   says, what is the mood on the table here?  Why is the

22   voter turn-out so low?

23             In Indiana we say people administering the

24   elections don't take it seriously enough.  They don't

25   even take it as seriously as the 18-year old who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031076

49

1      rented a video, rented me a video last Friday night

2      when he asked for my ID.

3                  In the one academic study that compares

4      apples to apples that studied Indiana's voter turn-out

5      before photo ID and after ID with similar elections,

6      it was the Millial Study from the University of

7      Missouri.

8                  At that time there were only four or live

9      elections we had in Indiana.  Turn-out went up five

10     percent.  It went up around that time and I expect it

11     will go up some time into the future.

12                 So photo ID wasn't the magic pill to voter

13     turn-out, nor was it expected to be, but it certainly

14     hasn't deterred turn-out and, in fact, has increased

15     it.

16                 Again, we believe because the hypothesis

17     was proved that once you put a balance into the

18     process, accessibility and integrity, you get a

19     process that people believe in.

20                 Identity theft is the highest-growing

21     crime in the United States and in many parts of the

22     world.  Yet those that want to come down into the

23     weeds on this issue and demand evidence -- and I'll

24     get to the reasons why it's very hard to produce

25     evidence -- want to have you believe that while



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031077

50

1        identity theft exists and the risk of it accrues, in

2        every transaction we have in our life's -- financial,

3        social, whatever -- that somehow there's a bubble, an

4        impenetrable bubble around our election process where

5        no identity theft can occur.

6                And I just don't think and any reasonable

7        person doesn't think that can be the case.  80 percent

8        of voters and taxpayers across this country don't

9        think it can be the case.

10               And again, if the purpose of photo ID is

11       to instill confidence in the process, again, then that

12       80-percent public opinion, well, we shouldn't be

13       making our discussions based off of polls, that has

14       relevance.  That matters when you're talking about

15       instilling confidence, whether you personally believe

16       there's evidence of fraud or not.

17               I'm pleased to note for the record that

18       the Carter-Baker Commission that was referenced here

19       in your deliberations for photo ID at the polls.

20               Is this right?  Can I sleep at night?

21       Someone on your committee or an observer with the

22       committee asked that question.  You bet I can because

23       this means that every vote counts equally.

24               There are two kind of disenfranchisement.

25       There's the kind that we all know to be wrong, and I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005720

51

1    think everyone here in this room has actively worked

2    to deter.  And by and large, it it's out of our

3    institutions and our process of voting.

4            But there's another kind of

5    disenfranchisement that occurs when those honest

6    voters, those votes of you, me and our constituents

7    are cheated, are diluted by those who would cheat the

8    system.  And photo ID makes sure that can't happen.

9            With regard to evidence, what we've

10   experienced in Indiana is that first of all -- and

11   this shouldn't be unique to Indiana -- the crime of

12   voter impersonation is one that's very hard to collect

13   evidence on.  It happens in an instant and then the

14   actors disburse.

15           It's not like you have a dead body after

16   the act occurs.  So to argue that there's no evidence,

17   we haven't produced any, is to be disingenuous to the

18   kind of act that we're talking about.

19           Secondly--  and this may only be true in

20   Indiana, I suspect -- our prosecutors, the only ones

21   who can bring criminal charges in the state are

22   elected.  And for me that means two things, and that's

23   partisanly elected.

24           At its worse.  It means that they won't

25   file charges for one of two reasons.  If they file



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005721

TX_00031079

Hearing                                                    April 6, 2009

52

1    against someone in their own party, they're looked at

2    as traders.  If they file against someone in the other

3    party, they're looked at as partisan.

4              The higher road to take with regard to

5    separate elected prosecutors, and I think that's also

6    true with respect to Indiana and across the nation, is

7    that there is very violent crime out there that

8    deserves and needs to be punished.

9              Voter fraud is not violent fiscally.  It's

10   harming.  But to convince a prosecutor that they

11   should take a deputy off the violent crime or other

12   terrible acts to go learn Indiana's or whatever

13   jurisdiction's Election Code -- depending on the size

14   of the county, especially -- is just not going to

15   happen.

16             It's unpractical, and they would argue

17   sometimes it's unreasonable.  That does not mean the

18   crime didn't occur.  That does not mean there is no

19   evidence.  That just means it hasn't been prosecuted

20   for one or more of reasons to which I just explained.

21             With that, it looks like I have

22   19 seconds.  I'm happy to start taking your questions.

23   Thank you very much for having me.

24             CHAIRMAN TODD SMITH:  All right.  Let me

25   start your clock here.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005722

53

1            The Supreme Court opinion on Page 3

2       indicates that "the District Court found that the

3       petitioner's had not introduced evidence of a single

4       individual Indiana resident who'll be unable to vote

5       as a result of the legislation or who will have his or

6       her right to vote unduly burdened by its

7       requirements."

8                 Can you address to any degree that comment

9       and were you present at all?  Were you involved in the

10      District Court proceedings and aware of the state of

11      the evidence that caused that District Court judge to

12      reach that conclusion?

13                TODD ROKITA:  Yes.  I mentioned that a lot

14      of us are lawyers and we may have had mothers like

15      mine who wanted us to be a medical doctor, who had

16      shook her head in disbelief when I told her I was

17      going to law school.

18                I said, "Don't worry, mom.  Maybe one day

19      I'll get to argue a case before the United States

20      Supreme Court."  Well, I didn't get to argue it, but I

21      was a defendant all the way up.

22                So I do have some very personal experience

23      with it.  And in that vain, I'm passing out to you a

24      document that I've authored and titled "Indiana's

25      Photo ID Voting Requirement."  My office authored it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031081

54

1      Actually, it has code sites.  It dissects Indiana's

2      law for your staff's reference and gives you the site

3      so you can make comparisons.

4              It is true, the defendants did not produce

5      one person who was genuinely disenfranchised by this

6      law.  We took a lot of time.  We had hearings just

7      like this.  None of the arguments brought by any of

8      your committee members on either side of the issue are

9      making a new argument in my eyes.  We've been through

10     this before.

11             And because of that we made some changes

12     along the way, and the result was a very narrowly

13     draft crafted law that has resulted as the court found

14     in that one disenfranchisement.  And that's not to say

15     if they did find one that the case would be lost.

16             But the Supreme Court found was that there

17     was a very valid and reasonable interest in the states

18     putting parameters on their elections.  What I was

19     talking about earlier, to balance all that

20     accessibility with members of integrity.

21             CHAIRMAN TODD SMITH:  Now, despite that

22     balance by the Supreme Court that there was not a

23     single voter who could establish an unreasonable

24     burden, the dissenting opinion in the case indicates

25     that 34 in Marion County -- and I want to give you an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005724

TX_00031082

55

1     opportunity to address this -- in Marion County -- and

2     let me just be clear:  Your form of Photo ID

3     Legislation is, and I don't expect you to it admit

4     that it's onerous -- but it's certainly the most

5     onerous form of identification legislation in the

6     United States at this time?

7                   Is that your understanding?

8                   TODD ROKITA:  No.  It's the most

9     progressive.

10                  CHAIRMAN TODD SMITH:  I'll accept that.

11    I'll accept that.

12                  TODD ROKITA:  And I'll explain.

13                  CHAIRMAN TODD SMITH:  Well, it indicates

14    that in the dissenting opinion, in the Supreme Court

15    opinion, that in Marion County there were 34

16    provisional ballots that were cast as a result of

17    legislation, but that only two provisional voters made

18    to the County Clerk's Office within ten days.

19                  It indicates that all 34 of these aspiring

20    voters appeared at the appropriate precinct.  That 33

21    of them provided a signature and every signature

22    matched the one on file.  And that 26 of the 32 voters

23    who's ballots were not counted in the history of

24    voting in Marion County elections.

25                  Now, that's one county that for the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031083

56

1     dissenting opinions sites in the big states.  And it

2     does raise questions about the provisional ballot

3     mechanism chosen in Indiana versus other states in

4     terms of the extent to which that burden of going

5     downtown has, perhaps, is not an unreasonable burden

6     but may, in fact, nevertheless, result in unacceptable

7     proportions of otherwise, legal votes not counting.

8              Why is that not a legitimate concern?

9              TODD ROKITA:  Well, first of all, you'd

10    have to understand:  There was no fact trial on this

11    case, and that evidence went in uncontested in a reply

12    brief by the ones who filed suit.

13             So we weren't able to, you know, combat

14    that in court, and I think that was -- it was a bad

15    decision on the part of the dissenting judge, a

16    partisan appointment, Court of Appeals or not.  Just

17    like the two in majority were.  Partisan appointments.

18             CHAIRMAN TODD SMITH:  Do you have a

19    specific response to that particular county or you

20    just don't know?

21             TODD ROKITA:  No.  First of all, I would

22    say that it's not unreasonable, and we give ten days,

23    we'll hold up the election results for ten days, if

24    they forgot their photo ID, didn't even have one at

25    the time, to prove their identity, which is -- when



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005726

TX_00031084

57

1      you say a strict voter law.

2              Georgia allows two days.  I'm not sure

3      whether this bill requires a time to come back or not.

4      We also have exceptions to that.

5              And the testimony would be in response to

6      that, well, if until you interview those witnesses,

7      you don't know if they were ever valid voters of

8      Marion County.  Those 36 could have all been cheating

9      the system.

10             The point being:  It's a confidence

11     builder.

12             CHAIRMAN TODD SMITH:  Do you know -- this

13     legislation was passed when?

14             TODD ROKITA:  2005.

15             CHAIRMAN TODD SMITH:  And so we have had

16     what?  Two elections since then?

17             TODD ROKITA:  No, sir.  We've had nine in

18     the state of Indiana.  All successful.

19             CHAIRMAN TODD SMITH:  Can you help me know

20     the number of provisional ballots that have been cast?

21     Not total provisional ballots, but provisional ballots

22     cast because people do not have the proper

23     identification at the polls?

24             TODD ROKITA:  No.

25             CHAIRMAN TODD SMITH:  Unknown?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005727

TX_00031085

58

1            TODD ROKITA:  There's none.

2            CHAIRMAN TODD SMITH:  Because they're

3      mixed in together?

4            TODD ROKITA:  No.  All the professional

5      ballots -- you have to have the reason why they cast

6      provisional ballots, but that data is not casted and

7      collected at the state level.  You'd have to

8      investigate in every county.

9            But we do all around and ask and we do get

10     many calls on election day.  It's a non-issue.

11           CHAIRMAN TODD SMITH:  Okay.  When you say

12     that, you're saying that your impression is the number

13     of provisional ballots that are cast because people in

14     the community do not have the proper identification is

15     minuscule --

16           TODD ROKITA:  Compared to all the reasons

17     for casting a provisional ballot.

18           CHAIRMAN TODD SMITH:  Okay.

19           TODD ROKITA:  I don't want to put

20     percentages out there, but if you had 10 or 100, it

21     would be, you know, in the neighborhood of 2 or 20 but

22     I don't want to --

23           CHAIRMAN TODD SMITH:  I'm not sure I

24     understand what you're saying.

25           You're saying if you had 10 or 100.  Tell



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005728

59

1      me --

2                   TODD ROKITA:  If you had ten provisional

3      ballots, and, again, it's just anecdotal.

4                   CHAIRMAN TODD SMITH:  Yes.

5                   TODD ROKITA:  Maybe two would be for an ID

6      reason.  But then we don't know if those two actually

7      came and presented an ID or if they shouldn't have

8      been voting in the first place.

9                   CHAIRMAN TODD SMITH:  I understand.

10                   So you just can't tell me how many

11     statewide provisional ballots are counted or the

12     percentage of those provisional ballots -- well, I

13     didn't ask that question.

14                   You can't tell me the number of

15     provisional ballots cast statewide, give me a general

16     sense of how many there are, or the percentage of

17     those ballots that are ultimately counted pursuant to

18     the manner in which a provisional voter goes downtown

19     and does whatever he has to do in order for it to

20     count?  You don't know that?

21                   TODD ROKITA:  Without a valid ID

22     requirement.

23                   CHAIRMAN TODD SMITH:  Okay.

24                   TODD ROKITA:  No.

25                   CHAIRMAN TODD SMITH:  Questions, members?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031087

60

1          Yes, Representative Anchia.

2          REPRESENTATIVE ANCHIA:  Welcome to Texas,

3     Mr. Secretary.  It's good to see you.

4          TODD ROKITA:  Thank you.

5          REPRESENTATIVE ANCHIA:  The Secretary and

6     I are members of the Rodel Fellowship, a bipartisan

7     fellowship, so we have had the good fortune of getting

8     to know each other over the last couple of years and

9     have had, I think, well-reasoned disagreements on this

10    particular issue.  But we also found some common

11    ground.

12          I want to begin the questions with maybe

13    the common ground that you and I have found.  Because

14    I know while we disagree on voter ID, you have

15    implemented strategies in your state to increase

16    ballot access.  And I think you eluded to that earlier

17    in your testimony where you talked about vote where

18    you live and making voting locations more accessible

19    to people.

20          And can you talk to me a little bit about

21    those strategies and how much they costed.  And let me

22    frame that in the context of Carter-Baker.

23          Both you and I referred to Carter-Baker,

24    but I think you and I would agree that the Photo ID

25    requirement is just one of 87 different



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031088

61

1      recommendations made by Carter-Baker.

2               So if you could talk about in a broader

3      context, things that you did in your state to increase

4      access to the franchise and which ones of those would

5      be consistent with expanding the franchise under

6      Carter-Baker.

7               Finally, how much do they cost.

8               TODD ROKITA:   Thank you.

9               The first example that comes to mind

10     that's directly relevant to the photo ID debate that

11     we had and the bill that was actually passed had to do

12     with how we came together after the vote.

13              And I think no legislation is going to do

14     that for you.  I think it's going to be leadership

15     here.  Our leadership on this committee and have that

16     fan out in a bipartisan fashion; which I did and I'm

17     not here to blow my own horn.

18              But what worked for us is that those of us

19     that agreed with the law I put in a room the same room

20     with those who disagreed with the law.

21              And I said, "We're not going to leave this

22     room until we have a cohesive plan for reaching out to

23     those that some thought would be disenfranchised and

24     some thought would not be and come together with a

25     comprehensive outreach.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031089

62

1          And I think that's one of the key things,
2     depending on how the vote goes here, that you all can
3     do together.
4          So those who have sued me and still
5     continue to sue me, like the League of Women Voters,
6     were there that room and we continue open lines of
7     communication, and here's how to best reach folks.
8          And a good idea, though, Rafael, not just
9     public, TV and radio ads, but purchasing some money
10    behind it.  But also non-traditional forms of
11    advertising, like inside and outside of buses, for
12    those that, you know, would see it that probably
13    wouldn't have a driver's license.  We wanted them to
14    know --
15               REPRESENTATIVE ANCHIA:  I like the
16    advertising idea.  How much did your budget increase?
17               TODD ROKITA:  We used the Help America
18    Vote funds, and so we coached it couched it as part of
19    a larger Get out the Vote strategy that we were
20    supposed to do in Get Out the Vote Act.
21               REPRESENTATIVE ANCHIA:  How much did you
22    spend in that?
23               TODD ROKITA:  $1.2 million.
24               REPRESENTATIVE ANCHIA:  Okay.  That was
25    for the advertising piece?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005732

TX_00031090

63

1          TODD ROKITA:  For the advertising piece

2     and some was for training and education of the poll

3     workers that the chair mentioned.  That was for the

4     first elections and we kind of front-loaded it because

5     this was newer for everybody.

6          REPRESENTATIVE ANCHIA:  Right.

7          TODD ROKITA:  But I will say in Indiana,

8     which is a blue state right now, for those who think

9     that this is going to drive down turn-out, I mean,

10    Indiana is a fairly conservative state.  It hasn't

11    been blue in 45 years.  It is today with the Photo ID

12    law.

13          We had a whole bunch of new voters come in

14    and I love to see it and that's because Mrs. Clinton

15    and Mr. Obama campaigned in Indiana's primary state,

16    as well.

17          REPRESENTATIVE ANCHIA:  How much did they

18    spend on advertiser turn-out?  I just want to make

19    sure I'm not hearing what I know you're not saying is

20    that turn-out went up because of Voter ID.

21          TODD ROKITA:  No.  No.  No.  I told you

22    before that photo ID is not a magic pill to make --

23    that's not the point.

24          My point is that we had a whole group of

25    new voters participate in Indiana this time and no one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005733

TX_00031091

1    found the photo ID to be an issue with all these new

2    voters.  That's the point.

3                    REPRESENTATIVE ANCHIA:  Back to the

4    strategies you used -- what makes Carter-Baker

5    consistent?

6                    TODD ROKITA:  To finish the earlier point,

7    we front loaded the 1.2 million.

8                    So even though we had all the early voters

9    in Indiana this time, for education and outreach, we

10   probably only spent $200,000 or so.

11                   And that showed me the point:  It's not a

12   conclusive point but it's making me wonder how much

13   you really have to spend on education and outreach

14   versus very laser-like pointed outreach.

15                   Like, for example, because we had so many

16   new college voters in Indiana this time excited over

17   the candidates, we simply mailed a postcard to every

18   new registrant, college or otherwise, and reminded

19   them:  Here's the five things you have to bring on

20   election day and one of those is a photo ID.

21                   REPRESENTATIVE ANCHIA:  How much did that

22   cost?

23                   TODD ROKITA:  That was probably half of

24   the -- that was probably $100,000, maybe.

25                   REPRESENTATIVE ANCHIA:  How big is Indiana



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

65

1      population?

2                TODD ROKITA:  Six point some million.

3                REPRESENTATIVE ANCHIA:  So about the size

4      of Dallas, Fort Worth?

5                TODD ROKITA:  Yes.

6                REPRESENTATIVE ANCHIA:  How many

7      registered voters?

8                TODD ROKITA:  Just over 4.5, 4.89.

9                REPRESENTATIVE ANCHIA:  So less than a

10     fourth of the State of Texas?

11               TODD ROKITA:  Yes.

12               REPRESENTATIVE ANCHIA:  I'm just trying to

13     figure out:  There's no money in the Fraser Bill, as

14     far as I can tell or no additional advertising

15     requirements.  Nothing to put forward for training as

16     far as I can tell from the bill, nothing what you all

17     did in Indiana.

18               You talked a little bit about where.  Talk

19     to us a little bit about where you live and where you

20     work, very quickly.

21               TODD ROKITA:  Yeah.  You know, we have to

22     vote how we live in the 21st century.  So you also see

23     Indiana trying to pass a bill that would allow for

24     vote centers, where it gets rid of the precinct

25     structure on election day.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

66

1                    REPRESENTATIVE ANCHIA:  Are these mega

2       precincts?

3                    TODD ROKITA:  Well, they're mega

4       precincts, but it's more to the point that you can

5       vote in a grocery store or you can vote as you drop

6       your kids off at day care.  At school.  You don't have

7       to race back to any particular part of the county to

8       try to --

9                    REPRESENTATIVE ANCHIA:  Right.

10                   TODD ROKITA:  And you can use technology

11      to do that now.  And you see me, the Secretary of

12      State, promoting a bill of this section in Indiana

13      that allows for on mine voter registration for not

14      everybody, but for some of us that may have already

15      have our data in a government database like the Bureau

16      of Motor Vehicles.  I think that's maybe what you call

17      DPS.

18                   REPRESENTATIVE ANCHIA:  Uh-huh.

19                   TODD ROKITA:  To do things like that, but

20      photo ID is the springboard, that security measure,

21      that allows you to do some of these other things and

22      retain the confidence of the taxpayer and the voter.

23                   REPRESENTATIVE ANCHIA:  You mentioned in

24      your testimony that photo ID stops the cheating,

25      right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005736

67

1               TODD ROKITA:  Say what now?

2               REPRESENTATIVE ANCHIA:  You said people

3       who are cheating the system -- photo ID makes it so

4       that that doesn't happen; is that right?

5               TODD ROKITA:  Where did I say this?

6               REPRESENTATIVE ANCHIA:  Just a couple

7       minutes ago.

8               TODD ROKITA:  No.  What I said:  It's a

9       confidence builder.  So whether you believe people are

10      cheating the system or not, what it is is that other

11      guardrail.  Again, all that accessibility is a measure

12      of integrity over time.

13              REPRESENTATIVE ANCHIA:  So, essentially,

14      it is your contention that when people believe that

15      the system is better, then, they're going to

16      participate more?

17              TODD ROKITA:  Absolutely.

18              REPRESENTATIVE ANCHIA:  I just read a

19      study from MIT in Columbia from January or February of

20      last year, that said just the opposite.  That there's

21      absolutely no correlation related to deterring.

22              Are you familiar with the study?

23              TODD ROKITA:  No.

24              REPRESENTATIVE ANCHIA:  Okay.

25              TODD ROKITA:  And you know, a study that's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031095

68

1    1,000 miles away or so from Indiana doesn't hold

2    weight with me.  I'm the guy on the ground in Indiana.

3    I know what I see.

4              REPRESENTATIVE ANCHIA:  So with your

5    testimony in Texas, when you're miles and miles away

6    -- how much deference should we give to your

7    testimony?

8              I'm just offering it up as an admonition,

9    because I think you might undermine your own testimony

10   by doing that.

11             TODD ROKITA:  Hey, I told you at the very

12   beginning, I'm not here to say what I feel ought to be

13   here.  I'm here to say what happened in Indiana.

14             REPRESENTATIVE ANCHIA:  Okay.  Can you

15   talk a little bit about the system in Indiana.

16             TODD ROKITA:  Sure.

17             REPRESENTATIVE ANCHIA:  In Texas, we've

18   seen little to no cases of voter impersonation.  All

19   right.  I've studied this for three sessions.  Seen

20   people to go interview folks who allegedly did voter

21   impersonation.  We haven't been able to find that.

22             At the same time, I chaired a subcommittee

23   that there is mail-in ballot fraud.  Like when you do

24   see fraud, it's typically in mailing ballots, followed

25   maybe thereafter by official corruption by poll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005738

TX_00031096

69

1    workers or something like that.

2                I'm curious that in Indiana, you have a

3    strict photo ID standard on in-person photo or

4    in-person voters, but you have no a no-excuse system

5    for mailing ballots.  And I'm wondering how that might

6    square with Texas where we do have instances of fraud

7    with mail-in ballots that are wholly outside of the

8    Fraser Bill that we have in front of us today, but the

9    case where we don't have a lot of that evidence in

10   terms of voter impersonation.

11               We're trying to -- let's say, how did you

12   deal with that in Indiana?  You don't even have to be

13   a senior or disabled in Indiana to do mail-in ballots,

14   right?

15               So how do you deal with, especially in

16   light of your comment that with photo ID, it's harder

17   to cheat?

18               TODD ROKITA:  Well, first, I'd say you've

19   been given bad information.

20               Indiana is not a no-excuse absentee voting

21   state.

22               REPRESENTATIVE ANCHIA:  Okay.

23               TODD ROKITA:  You have to have the

24   excuses, boxes that you fill out.

25               REPRESENTATIVE ANCHIA:  What are those?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005739

TX_00031097

70

1          TODD ROKITA:  I'm going to have to go

2     through them again.

3               You have to be over the acreage of 65.

4     You have to be out of the county the entire time the

5     polls are open or at work the entire time the polls

6     are open.

7               It could be a person with disabilities.

8     Those kind of reasons.

9               And we, in fact, did have reforms to

10    mail-in absentee process as well, it's just that the

11    papers weren't interested in that.

12              REPRESENTATIVE ANCHIA:  Did you include a

13    photo ID standard for mail-in?

14              TODD ROKITA:  We had a companion bill that

15    went with the Photo ID Bill.  But it would be

16    academically dishonest for us to argue on one hand you

17    need a photo ID so that when you show up to the poll,

18    you can show that you are who you say you are and try

19    to do the sale thing with mail-in.

20              Because if you don't have a face with a

21    photo, the purpose of the photo is moot now.

22              So of course, we didn't require a photo be

23    put in there but we had a companion bill that no one

24    wrote about.  And that got passed that now made when

25    you checked those boxes that I just mentioned, under



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031098

71

1      penalty of perjury, so now a prosecutor has something

2      to go on.

3                    REPRESENTATIVE ANCHIA:  Can you tell me

4      real quickly what those boxes are.

5                    TODD ROKITA:  The 65 years or older.  The

6      out of county.

7                    REPRESENTATIVE ANCHIA:  So the exemption

8      boxes?

9                    TODD ROKITA:  The exemption boxes, yeah.

10                   REPRESENTATIVE ANCHIA:  Okay.

11                   TODD ROKITA:  And then if you're a

12     third-party and you're turning in absentee-ballot

13     application you have to fill in the Affidavit as to

14     who you are, where you got these applications, what

15     your role in all of this is under the penalty of

16     perjury again, so the prosecutor has something to go

17     on.

18                   And then we made election nearing in front

19     of someone with an absentee-ballot a felony, which it

20     hadn't been in Indiana.

21                   So we did take measures, again, not photo

22     ID measures because they don't take make academic

23     sense, but we did make measures.

24                   REPRESENTATIVE ANCHIA:  One of the things

25     we're looking at in the state is also requiring that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031099

72

```
 1     anybody who handles mail-in ballots become deputized.
 2     Have you guys gone there in Indiana?
 3               TODD ROKITA:  We thought about it, and
 4     still by adjusting and it trying to figure out if that
 5     would make sense in the state.
 6               REPRESENTATIVE ANCHIA:  It's one bill that
 7     I filed.
 8               TODD ROKITA:  And it's actually, something
 9     Indiana had and got rid of.  And so the question is:
10     Do you go back to that or not and that's what we're
11     debating?
12               REPRESENTATIVE ANCHIA:  Okay.  And just to
13     reiterate your testimony on the questioning from
14     Chairman Smith:  You're unaware --
15               CHAIRMAN TODD SMITH:  Representative
16     Anchia, we've got ten minutes left for people to ask
17     questions on the committee.
18               REPRESENTATIVE ANCHIA:  I'm sorry?
19               CHAIRMAN TODD SMITH:  Ten minutes left for
20     questions on the committee:
21               REPRESENTATIVE ANCHIA:  For secretary
22     Rokita?
23               CHAIRMAN TODD SMITH:  Yes.
24               REPRESENTATIVE ANCHIA:  Thank you.  And I
25     want to be respectful of everyone's time.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031100

73

1          How many voters in Indiana were forced to

2     cast provisional ballots because they were not deemed

3     to have adequate ID?  Our recollection is it's your

4     testimony you don't know.

5          TODD ROKITA:  I don't know, and

6     antidotally, it's a very low number.

7          REPRESENTATIVE ANCHIA:  Did you commission

8     a study of that?  Did you think that that was

9     important, maybe, to study that number and figure out

10    how many people?

11         TODD ROKITA:  No.  Because we operate an

12    800 election line on and around election day and we

13    just didn't see it being an issue.

14         So if we saw it popping up on the phone

15    line and through other resources, we would have

16    probably commissioned one with you it was just a non

17    event.

18         REPRESENTATIVE ANCHIA:  Have you reached

19    out to the 34 people in Marion County who were

20    allegedly disenfranchised in the court briefs that

21    were submitted?  Did you inquire of that group of

22    people?

23         TODD ROKITA:  You know, interestingly we

24    tried to, but the district clerk who was the same

25    clerk who put in that testimony at the appellate level



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78704
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031101

74

1       would not give us access to the names.

2                       REPRESENTATIVE ANCHIA:  And did you try an

3       Open Records Request?

4                       TODD ROKITA:  No.

5                       REPRESENTATIVE ANCHIA:  Okay.

6                       TODD ROKITA:  An Open Records Request

7       might be problematic because you might get -- you

8       might get the names, but the voter still has

9       superseded the ballot.  So it's not like we could have

10      gone at the time.

11                      REPRESENTATIVE ANCHIA:  But if you had

12      input into the address, you might be able to go --

13                      TODD ROKITA:  But the point being, I don't

14      know that that's public record.  I'm not sure that it

15      is because you want to protect the secrecy of the

16      ballot.

17                      Me, it's one thing, but you open a

18      slippery slope up to overzealous campaigns in that

19      first days after election trying to harangue people

20      into coming in and we are very protective of the

21      people's privacy.

22                      CHAIRMAN TODD SMITH:  Representative

23      Anchia, I've got to move to other members asking

24      questions.  I'm going to have to cut it off.

25                      REPRESENTATIVE ANCHIA:  Thank you,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031102

                                                              75

1    Mr. Chair.

2              If I have additional questions, can I

3    submit those in writing?

4              CHAIRMAN TODD SMITH:  Sure.  And it might

5    be helpful, members of the committee, whenever we

6    finish a witness, if anybody would, kind of, raise

7    their hand if you wish to ask questions, that would

8    give me some sense of how many people wish to.

9              Representative Brown.

10             REPRESENTATIVE BROWN:  Thank you.

11             Mr. Secretary, you mentioned that you had

12   a companion bill.  So this was in the same session you

13   tried to address the mail-in ballots, as well?

14             TODD ROKITA:  Yes, and that bill passed.

15             REPRESENTATIVE BROWN:  Both of them

16   passed?

17             TODD ROKITA:  Yes.

18             REPRESENTATIVE BROWN:  But you don't have

19   such you see we don't have such a companion bill.

20   It's a bit late in our session to address the mail-in

21   ballot.  So, right now, do you have any suggestions

22   for us addressing mail-in issue or do you see us

23   proceeding in just trying to come out with a good

24   Photo ID Bill at this session and address the mail-in

25   ballot issue later?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031103

76

1          TODD ROKITA:  Are you a no-fault state or

2    do you have the boxes, as well, that you fill out when

3    you make an absentee-ballot request?  Do you have a

4    special reason to vote absentee-ballot by mail?

5          REPRESENTATIVE BROWN:  Yes.

6          TODD ROKITA:  Yes, I would do the same

7    things that we did, if you can.  But it's not

8    necessarily related to photo ID.  Photo ID doesn't

9    stand on its own, but I think those measures that we

10   implemented that I already outlined in my testimony

11   would be a good start.

12         CHAIRMAN TODD SMITH:  You can you

13   summarize those again.  What are they?

14         TODD ROKITA:  That the application, the

15   whole form, is under oath.  The whole reason you put

16   down for needing an absentee-ballot.  So if you lied

17   there, at least, a prosecutor can go after penalties

18   of perjury.

19         No. Two, that election nearing in front of

20   someone with an absentee-ballot is a felony.

21         And the third one, if you're a third-party

22   turning in an absentee-ballot applications you, too,

23   have to sign an Affidavit as to who you are, what your

24   role is, how you came upon these applications.

25         CHAIRMAN TODD SMITH:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005746

TX_00031104

Hearing                                                     April 6, 2009

                                                                        77

1                          Representative Brown.

2                          REPRESENTATIVE BROWN:  We've gotten a lot

3           of feedback from people saying well, you know, a lot

4           of the fraud takes place in middle America and so on.

5                          But I feel like at this point we're taking

6           a very baby steps in securing our elections just by

7           addressing the photo ID at this point we can address

8           the other later.

9                          TODD ROKITA:  It's a huge confidence

10          building step.

11                         REPRESENTATIVE BROWN:  I agree thank you

12          very much, much.

13                         CHAIRMAN TODD SMITH:  Representative

14          Heflin.

15                         REPRESENTATIVE HEFLIN:  Thank you.  Real

16          quickly:  On your provisional ballot -- when they come

17          in and they don't have the proper ID, that it's marked

18          special provisional ballots, and they have ten days to

19          cure -- is that what I understood you to say.

20                         TODD ROKITA:  That's right.

21                         REPRESENTATIVE HEFLIN:  And how many

22          people came back and actually cured their ballots?  Do

23          you know?

24                         TODD ROKITA:  Again, we don't have

25          statewide data on that, but there were a lot of other



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005747

TX_00031105

78

1          reasons forecasting our provisional ballot.

2                        REPRESENTATIVE HEFLIN:  Right.

3                        TODD ROKITA:  But not having a photo ID is

4          an extreme minority reason.

5                        REPRESENTATIVE HEFLIN:  So that was a

6          small reason for provisional ballots?

7                        Okay.  And the super centers -- the voting

8          centers -- are they all real time computers so if they

9          vote, John Doe in your one precinct and you're two

10         precincts over, and John Doe votes again -- does that

11         flag --

12                       TODD ROKITA:  Yeah.  The electronic poll

13         votes are tied into our statewide voter file.  So when

14         Todd Rokita, because of the kind of guy I am, knows

15         when I try to vote again I'll get stopped.

16                       But the machine, sir, the voting machines,

17         are not, this is not Internet voting of any kind.

18                       REPRESENTATIVE HEFLIN:  Okay.  And also,

19         do college kids get to use their college ID or do they

20         have to go --

21                       TODD ROKITA:  No.  Indiana requires or

22         federal ID, if a college person had a passport, that

23         would work.

24                       But some of our college students have come

25         in with California driver's license, for example, or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

79

1     Michigan or wherever.  And based on that piece of ID,

2     we do not let them vote because that's pretty good

3     evidence that they're residents of Michigan or

4     California and should be voting there.

5          REPRESENTATIVE HEFLIN:  Okay.  Now, as to

6     the educational requirements:  Did you have Voter

7     Registration driver's?  Helping people get them

8     prepared?

9          TODD ROKITA:  We've got education

10    outreach.  We go to the State Fair.  We go to what we

11    call Indiana Black Expo.

12         REPRESENTATIVE HEFLIN:  You took it to the

13    neighbors?

14         TODD ROKITA:  It was a partnership, I

15    mentioned.  That's key.  One office can't get out like

16    that.  You have got to develop a coalition of the

17    willing and unwilling.

18         REPRESENTATIVE HEFLIN:  And as to your

19    Indiana ID -- did the DPS -- is that provided by your

20    Department of Motor Vehicles?

21         TODD ROKITA:  Yeah.  It's free of charge.

22         REPRESENTATIVE HEFLIN:  And do they go

23    like to nursing homes and senior centers and help

24    those people get those IDs.

25         TODD ROKITA:  We have a mobile DMV that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005749

80

1    does go out.  Yeah, they do do those things, actually.

2                    REPRESENTATIVE HEFLIN:  And do you know

3    how much that costs?

4                    TODD ROKITA:  No.  It's in their regular

5    course.  They go out anyway.  So there's no additional

6    costs.

7                    I would also say that if one of the

8    assisted living facilities is a precinct, that is an

9    exception.  Because that is, again, remember I said,

10   it's narrow.  So it's an exception there that said

11   well, this is an example of people who probably never

12   leave the ground and even for voting, it's a precinct

13   so they're an exception.

14                    REPRESENTATIVE HEFLIN:  I pass.

15                    CHAIRMAN TODD SMITH:  Representative

16   Bohac.

17                    REPRESENTATIVE BOHAC:  Mr. Secretary,

18   welcome to Texas.  I had a couple of questions for

19   you.  One of them is it's a question it happens in an

20   instance and the act is disbursed.  I assume you were

21   talking about voter impersonation and that's why it's

22   so tricky at the catch.  Is that the right context in

23   which you were talking about that particular --

24                    TODD ROKITA:  Yes.  I hope I didn't leave

25   another one.  But that's what was I meant.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031108

1                    REPRESENTATIVE BOHAC:  I assume that most

2          of the arguments here, you actually heard in your

3          state.

4                    TODD ROKITA:  Yes.

5                    REPRESENTATIVE BOHAC:  And now that you

6          all are into four years of Voter ID.

7                    TODD ROKITA:  And nine elections.

8                    REPRESENTATIVE BOHAC:  What's the kind of

9          the sense of both the wreaks and Democrats?  Where are

10         you all today?  Are people very divided over it or is

11         there a sense that it's been relatively successful?

12                   TODD ROKITA:  You know, I think that

13         there's some diversions visions, but I look at Dallas

14         paper and I see a quote from Senator Erline Rogers.

15         She's from my home county, which includes Gary,

16         Indiana.

17                    Now, she and I probably couldn't agree

18         politically on what color the sky is.  I think she's a

19         wonderful woman and we get along personally fine.

20                    Her quote is, for a county such as mine

21         and that is always occurred of Voter ID, no one can

22         make those charges anymore.

23                    And I don't know if she realizes this or

24         not, but that was one of my points in the beginning.

25         It levels the playing field.  It takes away the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005751

TX_00031109

82

1    arguments that I think so many feel about being

2    disenfranchised.

3              Well, if everyone comes with the required

4    document, there is no real reason to deny them the

5    right to vote.  So it actually increases the franchise

6    in that regard.  No one can make up the politically

7    zealous excuse or even racist excuse to my people from

8    disenfranchised.

9              They have the document.  Get out of their

10   way.

11             CHAIRMAN TODD SMITH:  Well, I'll leave

12   this as just a comment:  I can really never put my

13   hands on my Voter Registration Certificate.

14             TODD ROKITA:  No one can.

15             CHAIRMAN TODD SMITH:  So to me, voting

16   with an ID is actually more convenient because I

17   always have that with me.  So --

18             TODD ROKITA:  Indiana requires a photo,

19   and if nothing else but a photo and the other things I

20   listed here in this paper for you, Mr. Chairman, and

21   the members will do.

22             I think you're on a slippery slope to have

23   these non-photo, quote/unquote, exceptions.

24             CHAIRMAN TODD SMITH:  Quick question:  To

25   what extent are you familiar with the varying



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005752

TX_00031110

83

 1      different studies that are out there on the effect of

 2      your particular legislation on voter turn-out?

 3                  TODD ROKITA:  To what extent am I

 4      familiar?  I think I'm familiar with all of them.

 5                  CHAIRMAN TODD SMITH:  My understanding is

 6      that there's one from the Brennan Center that says,

 7      you know, they think they have determined that voter

 8      turn-out was depressed by 2.9 percent.

 9                  Am I representing that correctly?

10      Something in that neighborhood?

11                  TODD ROKITA:  I'm not sure what they said.

12      I know they're on the very liberal side of the

13      spectrum engaged in this partially.

14                  CHAIRMAN TODD SMITH:  I understand.

15                  And there's a Heritage Foundation study

16      which indicates no effect whatsoever, right?  Is that

17      your understanding?

18                  TODD ROKITA:  Right.  And there's the

19      University of Missouri study.

20                  CHAIRMAN TODD SMITH:  And there's from the

21      Political Science Magazine, University of Delaware,

22      two professors from the University of Delaware, one

23      professor from the University of Nebraska that has

24      just come out in January of this year, which findings

25      suggest that Voter ID laws have had no systematic



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

84

1    effect on voter turn-out thus far.

2                    Are you familiar with that report?

3                    TODD ROKITA:  I was familiar with the new

4    one.

5                    CHAIRMAN TODD SMITH:  Okay.  You know.

6                    And in looking at all these reports, you

7    know, forgive me if -- my a little skeptical, frankly,

8    about the allegations that there is any material

9    suppression of voters, but I am also a little

10   skeptical about the allegations of this single factor

11   is a result of the dramatic inspect creases in voting.

12                   My reasoning of the evidence suggests to

13   me that there really isn't any reason to believe that

14   either of those is true in terms of evidence and in

15   terms of studies and in terms of the evidence that is

16   available to this committee.

17                   Would you disagree with that assessment or

18   analysis?

19                   TODD ROKITA:  I would disagree with it

20   because of the things I said earlier.  Just because

21   there aren't prosecutions, which is like folks like

22   the Brennan Center and others try to rely on, doesn't

23   mean that the fraud isn't there.

24                   CHAIRMAN TODD SMITH:  No.  No.

25                   What I'm getting at is the extent to which



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031112

85

1     this legislation effects turn-out.  That's the

2     question I'm focusing on.

3               TODD ROKITA:  I think it increases

4     turn-out.

5               CHAIRMAN TODD SMITH:  And that's based on

6     the fact that in Indiana, your turn-out went up rather

7     than down?

8               TODD ROKITA:  Right.

9               CHAIRMAN TODD SMITH:  You know, I could

10    argue that that's like saying, you know the rooster

11    crows, the sun comes up, therefore the rooster caused

12    the sun to come up.

13               You know, in other words, there are a lot

14    of variables you know, the weather, the number of hot

15    local races.  Lots of variables that could explain,

16    you know, what turn-out.  And unless you really looked

17    at it from an academic standpoint and isolated that

18    particular variable, you really don't have much

19    information in that regard.

20               And what I'm saying is:  My sense of the

21    total of the totality of the studies is that both

22    sides are guilty of really speculating without any

23    substantiating evidence to suggest that this has any

24    meaningful impact on turn-out at all, one way or the

25    other.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

86

```
1                TODD ROKITA:  I disagree.
2                CHAIRMAN TODD SMITH:  Okay.  What you
3       believe is that it actually enhances turn-out?
4                TODD ROKITA:  Well, what I believe is that
5       one study out there did isolate all variables and
6       compare apples to apples.
7                CHAIRMAN TODD SMITH:  And which one is
8       that?
9                TODD ROKITA:  University of Missouri, the
10      Moylo, M-o-y-l-o, and the that's the one that found
11      voter turn-out in Indiana went up two percent that we
12      referenced earlier.
13               CHAIRMAN TODD SMITH:  Okay.  And so what
14      we've got, then is one study that says it went up two
15      percent.  One study that said it went down two
16      percent.  And a recent study by these gentlemen --
17               TODD ROKITA:  I'm not as familiar with
18      that one.
19               CHAIRMAN TODD SMITH:  That indicate that
20      it didn't go up at all.
21               But, again, tell me if I'm correct:  My
22      understanding of the studies is that isn't the Brennan
23      society comparing a Lucy-goosy system, where you
24      literally show up at the polls, say, I'm Todd smith.
25               If you're on the voter registration list,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005756

TX_00031114

87

1    they let you vote to the most progressive, as you

2    would put it version of photo identification

3    legislation in this comparison that's being made; is

4    that correct?

5              TODD ROKITA:  When I say it's not apples

6    to apples, that is what I mean.

7              I spent now -- it's been a year or so

8    since I looked at the Brennan Center study.

9              CHAIRMAN TODD SMITH:  I believe that's

10   what we would all agree is a progressive or liberal

11   think tank's conclusion is that you compare the least

12   burdensome system out there, that is vermont.

13              Where you walk in, say your name.  And if

14   you're on the poll, they let you vote.  You don't have

15   to produce any identification.  To the most

16   progressive as you put it photo identification

17   requirement.  And they concluded that there was a

18   2.9 percent reduction in turn-out.

19              What we're talking about here in the State

20   of Texas is the difference between a law which already

21   requires you to provide some sort of identification

22   and a law which simply authors the kind of

23   identification that you have to provide for a very

24   small segment of the community that does not at this

25   time, subject to free identification alternatives have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005757

TX_00031115

88

1    a photo identification requirement.

2              You agree that there is not any evidence

3    or any study that would indicate in any way that that

4    sort of a change in the law would in any way adversely

5    affect any kind of voter turn-out, minority, poor,

6    elderly or otherwise?

7              TODD ROKITA:  I don't know of one.

8              CHAIRMAN TODD SMITH:  Okay.  Thank you.

9              TODD ROKITA:  Thank you.

10             REPRESENTATIVE ANCHIA:  Mr. Chairman.

11             CHAIRMAN TODD SMITH:  Yes.  I'd like to

12   let --

13             REPRESENTATIVE ANCHIA:  I'd just like to

14   ask one question.  I'd just like a couple, if you

15   don't mind.

16             CHAIRMAN TODD SMITH:  All right.

17             REPRESENTATIVE ANCHIA:  I know, Todd,

18   there's been a characterization of the Brennan Center

19   as liberal and, I guess, the Brennan Center is NYU Law

20   School and is housed at the NYU Law School.  Do you

21   know that for a fact?

22             TODD ROKITA:  Do you know that for a fact?

23             REPRESENTATIVE ANCHIA:  I believe it's the

24   Brennan Center --

25             TODD ROKITA:  Then I believe you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005758

89

1             REPRESENTATIVE ANCHIA:  I'm not trying to

2      be flip.  I'm really asking you:  There's a

3      characterization by both the Chairman and by you that

4      this is a liberal think tank.

5             TODD ROKITA:  So let me just say yes.  I

6      do think it's liberal.

7             REPRESENTATIVE ANCHIA:  Is it housed at

8      New York University Law School?  Do you know that?

9             TODD ROKITA:  I think it is but I'm not

10     sure.

11            REPRESENTATIVE ANCHIA:  Are you elected or

12     appointed?

13            TODD ROKITA:  Elected.

14            REPRESENTATIVE ANCHIA:  In what party?

15            TODD ROKITA:  Republican.

16            REPRESENTATIVE ANCHIA:  And do you

17     consider yourself conservative or liberal?

18            TODD ROKITA:  I consider myself

19     conservative.

20            REPRESENTATIVE ANCHIA:  Okay.  Since we're

21     placing labels, I thought I'd like the secretary

22     himself identified.

23            I want to ask you a little bit about some

24     real-life cases in Indiana where people may not have

25     been able to vote.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005759

1              You said you didn't know if the 34 folks

2        from Marion County were disenfranchised.  You didn't

3        know one way or the other if they had been able to

4        vote a regular ballot.

5              Is there a threshold where we think it's

6        material if one American who's dually registered is

7        unable to vote?  Is there a threshold?  Is it five

8        when you believe it's material or a problem, that it's

9        not an issue?  When does it become an issue?  People

10       not being able to vote when they are otherwise dually

11       registered and eligible?  When does it become an

12       issue?

13              TODD ROKITA:  Well, I don't know if you

14       can put an exact number to it.  I think the state --

15              REPRESENTATIVE ANCHIA:  One, is that a bad

16       result if one is disenfranchised?

17              TODD ROKITA:  Well, I think the state,

18       again, this is probably the third time I'm saying it,

19       as the Supreme Court indicated have a very real

20       interest in putting parameters on their elections.

21              REPRESENTATIVE ANCHIA:  Right.

22              TODD ROKITA:  So this state registers

23       voters.  So if someone is otherwise eligible but just

24       didn't register, the state excludes them.

25              REPRESENTATIVE ANCHIA:  That's right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00031118

1              TODD ROKITA:  So if you're going to ask a

2      question like that.  --

3              REPRESENTATIVE ANCHIA:  If you're dually

4      registered --

5              TODD ROKITA:  Then you must be arguing

6      that, you know, registration can disenfranchise some

7      folks, and, in fact, it does.  If you can't register,

8      then you can't vote.

9              REPRESENTATIVE ANCHIA:  Well, it makes it

10     harder to register.

11             TODD ROKITA:  It's a kind of theory as the

12     Supreme Court has said, states can use to apply these

13     parameters to the process.

14             CHAIRMAN TODD SMITH:  Let me just say,

15     members, that we've got several witnesses that are on

16     early flights and we're not going to be able to hear

17     from them unless we move this along.

18             And I'm getting from both sides to go

19     beyond the allotted time.  And if we do that.

20             REPRESENTATIVE ANCHIA:  This is such a

21     unique opportunity, though, Mr. Chairman.

22             CHAIRMAN TODD SMITH:  We're going to hear

23     from fewer people.

24             Representative Brown says she has one

25     question.  I'm going to let her ask it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005761

92

1          REPRESENTATIVE ANCHIA:  Can I finish my

2     last question, Mr. Chairman?  I just have one more

3     question.

4          CHAIRMAN TODD SMITH:  Okay.  Be quick.

5          REPRESENTATIVE ANCHIA:  There were 12 nuns

6     at the St. Mary's convent in Southbend who were

7     eligible to vote but were turned away because they had

8     expired photo ID in many cases.  They brought their

9     passports.

10          TODD ROKITA:  Passports from the 1950s.

11          REPRESENTATIVE ANCHIA:  Okay.  They were

12     expired.  But otherwise it was their passport.  That's

13     not controverted, right?

14          TODD ROKITA:  I don't know if it was.  I'm

15     sure it was.

16          REPRESENTATIVE ANCHIA:  It doesn't seem

17     like it's controverted in the record.  Is that a bad

18     result?  Is that say bad public policy?

19          TODD ROKITA:  No.  That was the right

20     result.

21          And I can say this, and I know you're

22     Roman Catholic.  I know that Raphael.  I went to eight

23     years' of Catholic School.  And if there's one rule

24     that I was taught, even at the risk of getting a ruler

25     thrown down on me is that you follow the law.  That



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005762

TX_00031120

1          the law applies to everyone, whether you're a nun or

2          not.

3                    Those nuns weren't disenfranchised.  They

4          just didn't want to follow the law.

5                    REPRESENTATIVE ANCHIA:  And you think that

6          produced a good result?

7                    TODD ROKITA:  Absolutely.

8                    REPRESENTATIVE ANCHIA:  Okay.  Thank you,

9          Mr. Secretary.

10                    CHAIRMAN TODD SMITH:  Representative

11         Brown.

12                    REPRESENTATIVE BROWN:  There is one.

13                    CHAIRMAN TODD SMITH:  One question.  Make

14         it a good one.

15                    REPRESENTATIVE BROWN:  All right.  There's

16         one thing that I think has been neglected today, and I

17         wish you would close with just addressing the fact

18         that the Indiana bill did go before the Supreme Court

19         and was upheld at that point.

20                    Can you just give a quick statement about

21         that and the finding.

22                    TODD ROKITA:  Absolutely.  The Supreme

23         Court said this was a long overdue reform and that the

24         states had an interest in putting guardrails and

25         parameters around the process of their election so



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031121

```
1      that they can could have a result that is fair,
2      accurate and that people could believe in.
3                    REPRESENTATIVE BROWN:  And that was about
4      what numbers on that decision?
5                    TODD ROKITA:  6 to 3.
6                    REPRESENTATIVE BROWN:  That's right.  6 to
7      3.
8                    Thank you so much.
9                    TODD ROKITA:  Thank you.  It's a pleasure
10     to be here.
11                   CHAIRMAN TODD SMITH:  Thank you,
12     Secretary.  We do very much appreciate the you taking
13     the time to come down and subject yourself to this.
14                   TODD ROKITA:  It's my honor.  Thank you.
15                   REPRESENTATIVE VEASEY:  Mr. Chairman, I
16     did want to make one statement.  I didn't have any
17     questions but I wanted to clarify.
18                   You had said that the Carter-Baker
19     Commission was in favor of Voter ID.  They wanted to
20     make a clarification on some of the comments that
21     would be misconstrued after the report was released.
22                   And so they wrote an editorial saying,
23     quote, until we have universal registration, we cannot
24     make having such an ID a condition of voting.
25                   So I did want to make sure that that was
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031122

95

1    clarified for everybody in the audience and the

2    members of the committee.

3                    REPRESENTATIVE BROWN:  And that came from

4    who?

5                    CHAIRMAN TODD SMITH:  It came from Jimmy

6    Carter and James Baker.

7                    TODD ROKITA:  Jimmie Carter and Secretary

8    Baker.

9                    CHAIRMAN TODD SMITH:  It's an editorial

10   and it illustrates what's in the report, which is that

11   they believe it's important to expand access and

12   security at the same time.  They believing both are

13   important.  That's the conclusion and I agree with

14   them.  I think everybody on the committee does.

15                   The next witness is Diane Trautman, who is

16   a professor of education and is going to testify

17   against Senate Bill 362.  She's from Harris County.

18                   Please identify yourself, your name and

19   who you Representative on represent on the record.

20                   MS. TRAUTMAN:  Good afternoon.  And thank

21   you for allowing me to testify today.

22                   My name is Diane Trautman.  I live in

23   Humble, Harris County, Texas, where my husband and I

24   have raised three children.

25                   After working in the banking industry I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005765

TX_00031123

96

1      changed careers to teach at the middle and high school

2      level, became a principal and then a college

3      professor.  Teaching classes in leadership and ethics.

4              As my fellow Harris County Representative

5      Allen and Representative Bohac know, I was the

6      democratic nominee for Harris County, Texas Tax

7      Assessor in 2008.

8              As a candidate I did my best to learn as

9      much as possible about the election-related

10     responsibilities involved in being a voter registrar.

11     And although I didn't quite get 50 percent of the

12     vote, my interests in free and fair elections is the

13     reason I'm here today.  Not campaign politics or

14     partisanship.

15             Elections must be free from fraud and

16     intimidation.  As we encourage full participation by

17     every citizen who is eligible to vote, that should not

18     be a Democratic or a Republican value.

19             Having taught ethics and leadership

20     classes to young people, I abhor the cynicism bred by

21     fraud and cheating.  But I am concerned that a

22     proposed Voter ID legislation went do a thing to stop

23     fraud and it could make it harder for many Texans to

24     vote.

25             The question:  We have problems in our



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005766

TX_00031124

97

1    election system that need to be addressed.  After

2    butterfly, hanging chads, vote caging and the lack of

3    a verifiable paper trail for electronic machines, many

4    have lost confidence in our system.

5              But no one has lost confidence because of

6    voter impersonation.  The only kind of alleged fraud

7    that would be addressed by a photo ID requirement.

8    Because it is so rare that it hardly exists.

9              To my knowledge, there has not been a

10   single case of voter impersonation that exists in

11   Harris County.  And claims made by our tax assessors

12   office that numerous dead people and non citizens have

13   actually voted in Harris County, have proven when

14   scrutinized to be greatly exaggerated, due to donor

15   matching problems and clerical error.

16             For example, last year this committee was

17   told under oath by former Tax Assessor Collector Paul

18   Betencort that in Harris County there were 381 iron

19   clad cases of Voter ID, 315 non-citizens trying to

20   commit Voter ID, and 22 non-citizens who had voted.

21             However, there has only been one attempt

22   at voter fraud prosecution in Harris County in the

23   last eight years.  And this committee's interim report

24   found that of the 22 non-citizens who had allegedly

25   voted, one person could be confirmed as having voted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031125

98

1    but, and this is important, only after he was issued a

2    registration card by the county even though he did not

3    check he was a citizen on his application.

4            Another woman voted once before she became

5    a citizen.  Many of the others were, in fact,

6    citizens.

7            As a taxpayer I am concerned that our Tax

8    Assessor's Office had been coming to Austin for years

9    on the taxpayers' dime, testifying as experts with

10   inflated claims as aggressive advocates with this

11   Voter ID agenda, when they couldn't even do their own

12   job back home.

13           With all due respect, if this committee is

14   really concerned about the integrity of elections,

15   please quit trying to solve a phantom voter

16   impersonation problem and do something about the

17   thousands of eligible voters whose names weren't on

18   the voter rolls in Harris County when voting began

19   last year.

20           Those are real numbers, of real people

21   being denied the right to vote.  Unfortunately, these

22   problems will be even worse if a Voter ID bill becomes

23   law.

24           On October 20, 2008, the first day of

25   early voting, the Houston Chronicle reported that more



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005768

TX_00031126

99

1    than 13,000 Voter Registration applications in Harris

2    County had not yet been processed, which meant these

3    newly registered voters were not on the voter list at

4    the counties 36 early voting locations.

5            No other major Texas County had that

6    problem.  These Voter Registration problems relate

7    directly to the proposed Voter ID bill because these

8    more restrictive requirements will lead to more

9    provisional ballots being cast by voters who do not

10   present required ID.

11           The county of provisional ballots was also

12   a huge black eye for Harris County and it wasn't a

13   partisan issue.

14           A lifelong Republican chaired the ballot

15   board, and he said the counting of provisional ballots

16   was delayed by slow, faulty work by the Tax Assessor's

17   Office, who delivered the bulk of the ballots, some of

18   which appeared altered on the final day of the seven

19   days the board had to do its work.

20           If the integrity of elections is what we

21   are really discussing today, please consider what just

22   happened in our state's largest county before you pass

23   a law that would place more bureaucratic barriers

24   between Texans and the ballot box and how that law

25   would impact a ballot for bureaucracy that isn't even



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031127

                                                              100

1    working today.

2            Instead of enacting are restrictive

3    measures that keep people from voting, let's keep our

4    election system up to 21st century standards to make

5    voting both easier and more secure.

6            Taxpayers have a right to expect, at

7    least, that much from our government.

8            CHAIRMAN TODD SMITH:  All right.  Thank

9    you very much.

10           MS. TRAUTMAN:  Thank you.

11           CHAIRMAN TODD SMITH:  You talk about the

12   fact that -- you agree that voter fraud is a problem.

13           MS. TRAUTMAN:  I think that it is a

14   serious issue, and I think it should be prosecuted to

15   the full extent of the law, if we could just find some

16   evidence where it happens.

17           CHAIRMAN TODD SMITH:  No.  I think your

18   position is that voter fraud occurs more with

19   absentee-ballots than it does impersonation.

20           But is it your position that voter fraud

21   is not even a problem in our state?

22           MS. TRAUTMAN:  I don't think there's any

23   evidence for it.

24           CHAIRMAN TODD SMITH:  You don't think

25   there's any evidence of voter fraud in our state of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005770

Hearing                                                    April 6, 2009

101

1      any kind?

2              MS. TRAUTMAN:  No, I don't.  The record

3      does not show that.

4              CHAIRMAN TODD SMITH:  You don't think that

5      there's evidence that even voter fraud is on

6      absentee-ballots?

7              MS. TRAUTMAN:  I'm not aware of any have.

8              CHAIRMAN TODD SMITH:  I thought earlier in

9      your testimony you had indicated that, in fact, that's

10     where you thought the voter fraud was --

11             MS. TRAUTMAN:  No.

12             CHAIRMAN TODD SMITH:  With regard to

13     absentee-ballots --

14             MS. TRAUTMAN:  No.  Not at all.

15             CHAIRMAN TODD SMITH:  Okay.  So your

16     testimony is you don't think we have a voter fraud

17     problem either with regard to absentee-ballots or with

18     regard to impersonation?

19             MS. TRAUTMAN:  No.  I don't see any

20     evidence in the record.

21             CHAIRMAN TODD SMITH:  Okay.  I

22     misunderstood your earlier testimony.

23             Do you think it's easy to prosecute voter

24     fraud?

25             MS. TRAUTMAN:  Well, there haven't been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005771

TX_00031129

102

1   any prosecutions so we wouldn't know.

2               CHAIRMAN TODD SMITH:  Okay.  So you don't

3   have any opinion on whether or not it is easy to

4   identify and prosecute that particular crime?

5               MS. TRAUTMAN:  I think we have to have

6   evidence first.

7               CHAIRMAN TODD SMITH:  Okay.  I just want

8   to quickly run through some stuff since you don't

9   think there's any evidence of voter fraud at all.

10              We have an indication, and again, some of

11  this is impersonation, some of it is not.

12              Progresso case -- I believe, that's in the

13  Vice-Chairman's district, where there is an Affidavit

14  from an undocumented worker indicating that someone

15  had given him the Voter Registration card and asked

16  him to vote in their place.

17              We have an AG investigation, which

18  Representative Anchia may correctly indicate that did

19  not identify any particular in-person fraud, but which

20  did identify a man who voted twice in Starr County.  A

21  woman who voted for a dead mother.  A Council Member

22  in Port Lavaca who registered non-citizens.

23              We have indication that in Houston in

24  March of '08 primary, a dead woman voted in person

25  near her home.  We have an Attorney General brief



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031130

103

1        where there was prior testimony of witnesses in Texas

2        about voter fraud.

3                    We have in Harris County, one occurred in

4        your county, who registered hundreds of voters,

5        changed their addresses and then voted for them on

6        election day.

7                    We have stolen registration cards.  A cry

8        that only makes sense if one is intending to

9        impersonate voters allegedly by those who brought that

10       up.

11                   REPRESENTATIVE ANCHIA:  We have testimony

12       to all that that you're quoting now?

13                   CHAIRMAN TODD SMITH:  This is from the

14       documentation that I reviewed prior to the hearing.

15       I'm giving her the chance to respond to that to any

16       extent that she's familiar with it.

17                   REPRESENTATIVE ANCHIA:  I just want to

18       make sure that you're not stating that the cases out

19       of Progresso are confirmed in any way.

20                   CHAIRMAN TODD SMITH:  I stated what I

21       found in the documentation that I reviewed prior to

22       the testimony today in giving all the witnesses an

23       opportunity to testify on it that an individual has

24       signed an Affidavit stating that he is an undocumented

25       work they're was asked, handed a Voter Registration



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031131

104

```
 1      card and was asked to vote for someone at the polls.
 2                  REPRESENTATIVE ANCHIA:  And you'll
 3      stipulate that that's still under investigation?
 4                  CHAIRMAN TODD SMITH:  There's not been a
 5      trial.
 6                  REPRESENTATIVE ANCHIA:  Nor has there been
 7      an indictment to my knowledge.
 8                  CHAIRMAN TODD SMITH:  You know I'm
 9      representing what I have read in the press stories
10      from that area, representing the state of the
11      evidence.  And I'm not done yet.
12                  Michael Zorr -- all the things I'm
13      mentioning until I state otherwise, are from the
14      Attorney General brief.
15                  Michael Zorr voted two times in 2006 in
16      two different locations.
17                  James Scherr, an attorney.
18                  DIANE TRAUTMAN:  Who is that?
19                  CHAIRMAN TODD SMITH:  That one, I believe,
20      was in a different state.
21                  DIANE TRAUTMAN:  Okay.
22                  REPRESENTATIVE BROWN:  She's from Harris
23      County.
24                  CHAIRMAN TODD SMITH:  I understand.
25                  James Scherr, an attorney casts two
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031132

105

```
 1     ballots several times in 2000, and 2002.  One of the
 2     potential dozens of double voting cases that occurred
 3     in Kansas City.
 4               Andre Elizme, died in 1997 and voted in
 5     2000.
 6               The Atlanta newspapers said between 1980
 7     and 2000, more than 5,000 people voted after their
 8     deaths.
 9               In the valley in Texas, a voter
10     registration card was issued to imaginary voters and
11     given to real people.  Those are the evidence that's
12     presented in the Attorney General's report.
13               The Baker-Carter Commission talks about
14     the November of 2004, the Washington Governor's Race,
15     ex-felons and the dead voted.
16               They talk about it in Milwaukee, there
17     were, this is the Carter-Baker Commission, 200 felons.
18               REPRESENTATIVE HEFLIN:  Mr. Chairman, I'd
19     like to respectfully interrupt again:  Is this lady --
20     does she have knowledge of all this?
21               DIANE TRAUTMAN:  I do not.
22               REPRESENTATIVE HEFLIN:  Is she testifying
23     to all this?
24               DIANE TRAUTMAN:  I do not.
25               REPRESENTATIVE HEFLIN:  Is there a witness
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031133

106

1     that could answer these questions?

2                CHAIRMAN TODD SMITH:  I hope so.  If I

3     laid this stuff out there, hopefully they will have

4     the opportunity, to extent that they're familiar with

5     any of these cases, to do so, as the testimony

6     progresses.

7                REPRESENTATIVE HEFLIN:  So I have to ask:

8     Are you testifying on your time or are you taking up

9     her time?

10               CHAIRMAN TODD SMITH:  Well, I'm trying to

11    give all these witnesses an opportunity to respond to

12    these questions.

13               REPRESENTATIVE HEFLIN:  I would ask that

14    her time be --

15               CHAIRMAN TODD SMITH:  There has been

16    testimony from this witness that there is no voter

17    fraud.

18               REPRESENTATIVE HEFLIN:  In her knowledge.

19    Her knowledge of Harris County.

20               CHAIRMAN TODD SMITH:  All right.  Well I'm

21    siting from the Carter-Baker Commission.

22               IN Milwaukee, 200 felons.  100 voted two

23    times.  Others used fake name or address or voted in

24    the name of the dead.

25               4,500 more votes were casts than voters



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031134

107

1    listed.

2              The Carter-Baker Commission listed that

3    there's no evidence of extensive fraud in U.S.

4    elections or of multiple voting, but both occur and it

5    could affect the outcome of a close election.

6              While this is a quote, while the

7    commission is divided on the magnitude of the voter

8    fraud, with some believing it is widespread and others

9    believing it is minor, there is no doubt that it

10   occurs.

11             In closer disputed elections and there are

12   many, a small amount of fraud could make the margin of

13   difference.

14             I've got another page of information from

15   the January of '09 Elections Committee Interim Report

16   identifying a number of instances.

17             DIANE TRAUTMAN:  Mr. Chairman, I ask:

18   Have any of these been prosecuted?

19             CHAIRMAN TODD SMITH:  Well, there's, you

20   know --

21             DIANE TRAUTMAN:  Because that's what I

22   would call voter fraud, if it's been prosecuted.

23             CHAIRMAN TODD SMITH:  Okay.  So if it

24   hasn't been prosecuted, then in your mind it didn't

25   occur?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031135

1              DIANE TRAUTMAN:  Obviously there is no

2    evidence or there's not enough evidence.

3              CHAIRMAN TODD SMITH:  Okay.  Members.

4              Representative Heflin.

5              REPRESENTATIVE HEFLIN:  In Harris County,

6    are you aware of any cases that have been prosecuted

7    for voter impersonation?

8              DIANE TRAUTMAN:  No, sir, I'm not.

9              REPRESENTATIVE HEFLIN:  Okay.  And that's

10   where you have knowledge of; is that correct?

11             DIANE TRAUTMAN:  That's correct.

12             REPRESENTATIVE HEFLIN:  Now, you're here

13   today testifying -- tell me again your background.

14             DIANE TRAUTMAN:  Professor of education.

15             REPRESENTATIVE HEFLIN:  Okay.

16             DIANE TRAUTMAN:  And former candidate for

17   Harris County Tax Assessor.

18             REPRESENTATIVE HEFLIN:  Okay.  So you ran

19   for office?  You watched the process?  You're familiar

20   with the voting process in Texas?

21             DIANE TRAUTMAN:  Yes, sir, we researched

22   quite a bit with the Harris County Tax Assessor.  We

23   also researched the registrar.

24             REPRESENTATIVE HEFLIN:  Now, I think in

25   your testimony you said there was one attempt to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

 1    prosecute and that was out of 15 non-citizens that

 2    actually voted?

 3              DIANE TRAUTMAN:  Right.

 4              REPRESENTATIVE HEFLIN:  And those 15

 5    non-citizens were actually issued a Voter Registration

 6    card.  Did I understand that correctly?

 7              DIANE TRAUTMAN:  That's correct.

 8              REPRESENTATIVE HEFLIN:  Okay.  But there's

 9    only -- and do you know the status of that

10    prosecution?

11              DIANE TRAUTMAN:  It was dropped.

12              REPRESENTATIVE HEFLIN:  Okay.  So as to

13    the issue of voter impersonation, whether it's right

14    or wrong or whether that's what we need to fix today,

15    I would ask you:  Do you believe that in Texas, that

16    we have a big issue with voter impersonation?

17              DIANE TRAUTMAN:  I do not.  I do, however,

18    believe we have more pressing problems with priorities

19    that we're facing that photo ID takes the time of --

20              REPRESENTATIVE HEFLIN:  Now, would you

21    believe that one of the priorities might be more

22    training for election workers?

23              DIANE TRAUTMAN:  Well, actually, I was

24    thinking about public school funding, actually was one

25    of the bigger priorities.  But yes, we do a lot, a lot



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

110

1     more training.

2                    REPRESENTATIVE HEFLIN:  Okay.

3                    DIANE TRAUTMAN:  Actually, of the things

4     that were uncovered in the inconsistent practices that

5     were found by a non-partisan expert, according to

6     sworn depositions of employees who worked in the Tax

7     Assessor's Office, which have been provided to, at

8     least, one legislator upon request.

9                    No. One, there was a concerted effort to

10    downsize the registration office, starting in 2006,

11    and the number of employees dropped from 40 to 13 as

12    people who transferred out were not replaced.

13                   Workers were just thrown in when they

14    started without adequate training, instructions or a

15    manual.

16                   The remaining workers are requested more

17    staff, but none were added until temporary workers

18    were brought in near the deadline from private enter

19    its not affiliated with the county.

20                   The Tax Assessor himself told KHOUTV that

21    an 18-year old who was denied to vote at the polls on

22    this juror, her application was rejected due to a

23    quote, mistake by a temporary employee, unquote.

24                   So yes, I do think more training.

25                   REPRESENTATIVE HEFLIN:  Now, do you know



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005780

111

1     or have knowledge of how many provisional ballots were

2     cast in Harris County?

3                    DIANE TRAUTMAN:  I believe it was 11,000.

4                    REPRESENTATIVE HEFLIN:  11,000.  And do

5     you know the ultimate treatment -- do you know or do

6     you have knowledge of how those ballots were

7     ultimately treated?

8                    DIANE TRAUTMAN:  One of the problems, I

9     think, is the connection.

10                    And as I said earlier, problems with Voter

11    Registration relate directly to the proposed Voter ID

12    bill because these new requirements will lead to more

13    provision ballots being cast by voters who do not

14    present required ID.

15                    In 2008 the counting of provisional

16    ballots was a big problem according to lifelong

17    Republican, Jim Harding, a retired business executive

18    who chaired the ballot board and who told the Houston

19    Chronicle on November 12th that the counting of

20    provisional ballots was delayed by faulty work by Tax

21    Assessor Betencort's staff.

22                    The Ballot Board convened after the

23    election in there are 2,000 provisional ballots that

24    need to be checked before each is being counted but

25    the board can only accept or reject the ballot after



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005781

TX_00031139

1      the voter Registrar's Office sends over

2      recommendations.

3                  The board had only seven days to rule on

4      whether a vote counts or not, but harding said the

5      process was made even more difficult because he didn't

6      get the bulk of the ballots from Betencort's office

7      until the final day.

8                  On hundreds of voter forms information has

9      been mapped by the Registrar's Office with white

10     correction fluid and then altered with new

11     information.

12                 As Ballot Board members determine whether

13     ballots should be counted, Harding said they wanted to

14     have confidence in the accuracy of the Registrar's

15     research.  But quote, that kind of confidence is not

16     replicated here.

17                 And then when they see this white out all

18     over the place, they get nervous, meaning his workers,

19     unquote.  He said.

20                 REPRESENTATIVE HEFLIN:  Okay.  Let me

21     interrupt you real quick.

22                 DIANE TRAUTMAN:  Okay.  Sure.

23                 REPRESENTATIVE HEFLIN:  Because we're

24     trying to move on here today.

25                 As to -- and I don't like the issue, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

113

1    don't like the name of a Voter ID bill.  I think we

2    ought to be doing a voter enhancement bill, if

3    anything.

4              Do you believe that if we had treatment,

5    better treatment of provisional ballots, whereas

6    someone gets to a poll at 5:07, they don't have their

7    ID, they can come back the next day or so and appear,

8    like they do in Indiana?

9              Do you believe that that's a realistic

10   step in this understanding?  This is a tall stair

11   we're going up one step in the process of enhancing

12   voters?

13             DIANE TRAUTMAN:  Honestly, if we can take

14   that much time to address it, then it must not be

15   something that is in dire straits that we take care

16   of.

17             So I think, again, you know, we're chasing

18   a solution in search of a problem.

19             REPRESENTATIVE HEFLIN:  Oftentimes here in

20   Austin, we fix many things that are not broken.

21             But if we're going to try to fix this

22   thing that's apparently not broken, would you agree,

23   and you ran for office, that treatment of provisional

24   ballots, whereas to make sure we don't lose 11,000

25   voters, would be a logical step in our process?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031141

114

1           DIANE TRAUTMAN:  We want to protect the

2    voters, but a Voter ID bill, the way that I see it,

3    would cause more provisional votes.

4           REPRESENTATIVE HEFLIN:  Okay.

5           DIANE TRAUTMAN:  Thereby adding to the

6    problem of the burdening an already overburdened and

7    under trained Tax Office.

8           REPRESENTATIVE HEFLIN:  And as with all

9    due respect to Mr. Chairman:  Those issues that he

10   went on and on about, honestly.

11          CHAIRMAN TODD SMITH:  Seven minutes.

12          REPRESENTATIVE HEFLIN:  Seven minutes, you

13   have no personal knowledge to those, do you?

14          DIANE TRAUTMAN:  I do not.

15          REPRESENTATIVE HEFLIN:  Okay.  Thank you

16   very much.  Thanks for coming down.

17          CHAIRMAN TODD SMITH:  Raise your hand,

18   members.

19          Representative Brown.

20          REPRESENTATIVE BROWN:  Ms. Trautman, you

21   referred to those ballots being received so late in

22   offices or the registration -- voter registration

23   applications being received too late.

24          How long a period of time does it take?

25   Do the authorities have after receiving those to get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031142

1      them to make them effective?

2                    DIANE TRAUTMAN:  Seven days.  Seven days

3      is the usual time.

4                    REPRESENTATIVE BROWN:  I beg your pardon?

5                    DIANE TRAUTMAN:  Seven days.

6                    REPRESENTATIVE BROWN:  You send in a Voter

7      Registration Application and they have to have it

8      effective in seven days?

9                    DIANE TRAUTMAN:  They have to notify you

10     -- well, at that point, I'm not sure I understand your

11     question.

12                   Are you talking about the people who had

13     already sent them in and they were waiting and they

14     got turned away at the polls?

15                   REPRESENTATIVE BROWN:  Yes.  People who

16     had sent in a Voter Registration Application.  And

17     you're saying they have to have seven days to turn

18     that around?

19                   DIANE TRAUTMAN:  Well, yes, they have to

20     let them know in seven days, exactly.  After that

21     time, when they were turned away at the polls and they

22     had them -- many of them had sent them in, as many as

23     40 days earlier.

24                   REPRESENTATIVE BROWN:  Okay.  It's my

25     understanding the office has 30 days to make that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031143

116

1    application effective for them to be able to vote.

2                    DIANE TRAUTMAN:  Okay.

3                    REPRESENTATIVE BROWN:  30 days.

4                    DIANE TRAUTMAN:  I may be wrong on that.

5                    REPRESENTATIVE BROWN:  I think everyone

6    here would have to agree with me.

7                    DIANE TRAUTMAN:  But there's a seven-day

8    notification I know that they have to do.

9                    REPRESENTATIVE BROWN:  Any would be after

10   -- I don't know, something else happened.  But when

11   you sent in an application for a Voter Registration

12   card --

13                   DIANE TRAUTMAN:  That is correct.  But I'm

14   talking -- this is a different situation.

15                   These people had been waiting months, and

16   assumed they were ready to vote, they thought they

17   were on the road.

18                   REPRESENTATIVE BROWN:  Okay.

19                   DIANE TRAUTMAN:  And they went there and

20   they were not:  They were rejected.

21                   REPRESENTATIVE BROWN:  Have you ever

22   worked an election?

23                   DIANE TRAUTMAN:  Yes.

24                   REPRESENTATIVE BROWN:  So you are familiar

25   with the process.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031144

117

1              How many elections did you work?

2              DIANE TRAUTMAN:  I worked as a clerk a

3       couple of times before I ran for office.

4              REPRESENTATIVE BROWN:  And you're

5       testifying as an authority on the issue?

6              DIANE TRAUTMAN:  No.  I'm testifying as a

7       citizen, a private citizen very concerned about

8       keeping our elections free and making sure that

9       everyone's right to vote is protected.

10             REPRESENTATIVE BROWN:  I agree with that.

11      That's a worthy goal.  We're all here to do that.

12             CHAIRMAN TODD SMITH:  Anybody else on the

13      committee who wishes to ask this witness a question

14      before I let one of our non-committee members ask a

15      question?

16             Take your chance now if you have any

17      questions.

18             Represent Allen.  Dr. Allen.

19             REPRESENTATIVE ALLEN:  I just wanted to

20      say to Ms. Trautman, thank you for coming today and

21      thank you for all the services you've rendered to our

22      community.

23             And if we were not doing a Voter ID bill,

24      and I know that you would know after you did all of

25      your research for running for your position, what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005787

TX_00031145

118

1    would you recommend we be doing rather than doing a

2    Voter ID bill today?  What would be a better use of

3    our time and resources?

4              DIANE TRAUTMAN:  I definitely think we

5    need to be addressing public school funding.

6              In my district, my home district, Humble

7    ISD we have seen teacher layoffs.  We have seen

8    schools unable to open, that have been built because

9    we can't afford it.

10             We must have a school funding formula that

11   fairly addresses the adequate and equality of school

12   funding statewide.  I think there's no higher or more

13   important calling right now.

14             REPRESENTATIVE ALLEN:  Thank you.

15             CHAIRMAN TODD SMITH:  Does everybody on

16   the committee have what they need?

17             Representative Gutierrez.

18             REPRESENTATIVE GUTIERREZ:  Thank you,

19   Mr. Chair.  I'll make this brief and I promise I'll

20   leave after this.

21             CHAIRMAN TODD SMITH:  You don't have to do

22   that.  You can stay with us all night long if you want

23   to.

24             REPRESENTATIVE GUTIERREZ:  This is an

25   important issue to folks in my district back home.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005788

119

1              And I wanted to ask Mr. Rokita some

2    questions but unfortunately was unable to.

3              So I'll ask Ms. Trautman some questions.

4              Ms. Trautman, what you do is obviously

5    very important, correct?  And the chairman brought up

6    certain issues that you weren't familiar.

7              Were you familiar with any of the

8    investigations in Texas, at all?

9              DIANE TRAUTMAN:  The investigations, as

10   far as --

11             REPRESENTATIVE GUTIERREZ:  Different

12   district attorneys also investigated this issue in

13   their own counties.  Are you familiar with any of them

14   at all?

15             DIANE TRAUTMAN:  Again, unless it was

16   prosecuted, no.

17             REPRESENTATIVE GUTIERREZ:  Well, for

18   instance in Bexar County, our Republican District

19   Attorney, Susan Reed, investigated this issue at

20   length, and only found two instances of legal citizens

21   going to jury duty and saying they were illegal

22   immigrants.

23             So indeed, she had found no voter fraud of

24   any kind or Voter ID issues in Bear County.

25             So with that in mind, Mr. Chairman, I just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031147

120

1     want to reiterate some of the things that have been

2     said and insure that when we have witnesses come up

3     and I thank you for your time in what you said.

4              Because, indeed, this is what you call it

5     -- we don't want to find solutions to problems that

6     don't exist and you said it a lot better than that.

7              I think that when we do have witnesses

8     like the previous witnesses, like the previous witness

9     we need to limit ourself to evidentiary issues and not

10    anecdotal data that cannot be supported.

11             So with that in mind, Mr. Chairman, I'll

12    do as I said and promise to just sit back and listen.

13             This is an important issue to me because

14    my parents were immigrants to this country and they

15    worked very hard to get here and they earned their

16    right to vote.

17             So I did want to spend a little bit of

18    time with you today and ask you to be considerate of

19    the evidence that's presented and not anecdotal

20    information or folks that want to rely on certain

21    studies but not others.

22             CHAIRMAN TODD SMITH:  And let me just say

23    for the record that in the last few weeks I've been

24    reading a little bit of this stuff.

25             And on one side of the issue, the argument



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031148

1       is that fraud occurs primarily with absentee-ballots

2       and there's not a lot of evidence of in-person fraud.

3                   And on the other side of the argument is

4       the argument that while there's not a lot of proof of

5       in-person fraud, that it may be the tip of the iceberg

6       and therefore, there is reason to enhance the security

7       of our elections.  That's the debate that's been

8       occurring.

9                   It's the first time I've heard a witness

10      actually take the position that they don't believe

11      there is a lot of voter fraud that occurs even with

12      regard to absentee-ballots.

13                  And let me just say that when we have

14      proof, it's not a matter of opinion, it's a fact, that

15      we have many instances that have been demonstrated of

16      inside the state and outside the state of people

17      voting after they've died, and in almost every

18      instance, they are not prosecuted because nobody knows

19      who cast that dead persons vote.

20                  The only thing we know for sure is that it

21      wasn't the dead person.  And so I think that that is

22      an example of how you can know there is voter fraud

23      and know at the same time that it was not prosecuted

24      because you can't do it.

25                  And so that's not an opinion I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031149

122

1    expressing.  That's a fact.

2              And I am here today to hear from both

3    sides of the argument on issues that are a matter of

4    legitimate discussion about people's opinions.  But

5    when the testimony goes outside the bounds of what we

6    know, then I'm probably going to ask an asserted

7    question or two.

8              All right.  Thank you.  Thank you very

9    much for taking time to be with us today.

10             DIANE TRAUTMAN:  Certainly.

11             CHAIRMAN TODD SMITH:  We appreciate it.

12             At this time the chair calls John Fund,

13   who is representing himself and is the author of a

14   book relating to voter fraud, and I'll let you sell

15   your book if you want to.

16             JOHN FUND:  Free copies are available to

17   anyone on the committee's who wants one.

18             CHAIRMAN TODD SMITH:  Your name and just

19   to make it clear on the record:  You're testifying in

20   favor of Senate Bill 362.

21             JOHN FUND:  I'm testifying on the notion

22   of the need for more voter integrity, which includes

23   photo ID or other voter identification requirement.

24             CHAIRMAN TODD SMITH:  Your name and who

25   you Representative.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031150

123

1            JOHN FUND:  John Fund.  I'm the author of

2     "Stealing Elections How Voter Fraud Threatens Our

3     Democracy."

4            CHAIRMAN TODD SMITH:  All right.

5            JOHN FUND:  I want to apologize, first,

6     because I have a flight to catch and I'm not trying to

7     be rude or in any way cut short your questions, nor am

8     I shirking them.  But I will have to leave.  And I

9     apologize in advance for doing so.

10            I would be happy to answer questions in

11     writing.  I would be happy to communicate by telephone

12     with any of the committee members, should they have

13     questions.

14            So I apologize in advance for making my

15     remarks somewhat brief and they will be somewhat

16     truncated.

17            CHAIRMAN TODD SMITH:  Tell us what we need

18     to know.

19            JOHN FUND:  Well, I think one of the

20     things that Secretary Rokita mentioned is very

21     important, which is we now have a four-year experience

22     with Indiana law in Indiana and some minds have been

23     changed.

24            I have reported from Indiana.  I have been

25     one of the people who investigated the Chicago voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005793

124

1    fraud case, which is one of the more infamous voter

2    fraud cases in which an election was thrown out.  And

3    we've now had four years of experience.

4              I think the Dallas Morning News article

5    today is very significant because it quotes State

6    Senator Erline Rogers of Gary, Indiana, who says that

7    the Voter ID law in Indiana has not hurt people's

8    ability to vote.

9              In fact, she said that it's helped areas

10   such as her region located close enough to Chicago to

11   carry a stigma to include the reputation.

12             And the quote that Secretary Rokita gave

13   you is for a county such as mine, it is always accused

14   that voter fraud.  No one can make those charges

15   anymore.  It has helped our image.

16             So I understand that there are people who

17   still view the Indiana law as controversial but there

18   are people who opposed it when they voted on the issue

19   in the legislature in 2005 who have changed their

20   mind.  And I think that's significant.

21             In addition I would note that there are

22   also people who were very active in the civil rights

23   movement in the 1960s, who do not believe this is a

24   very controversial issue.

25             I have interviewed Andrew Young who's a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031152

Hearing                                                April 6, 2009

125

1    former Mayor of Atlanta and the former UN Ambassador

2    and who was one of the confidants of Martin Luther

3    King.

4                 And he believes that yes, it is important

5    that people do not have photo ID or other

6    identification.  That's why we should go help them get

7    it.

8                 How can you elevate yourself from poverty

9    to the middle class if you don't have ID?  We should

10   use this opportunity to include our election integrity

11   to create, to actually get I.D., create integrity to

12   actually get photo ID in the hands of more people.

13                You cannot rent a video.  You cannot enter

14   a federal building.  You cannot attend a court

15   hearing.  You cannot cash a check.  You cannot travel

16   on an airplane.

17                You cannot even board an Amtrak train

18   because they have spot checks of ID.  You cannot do an

19   awful lot of things in American life without an ID.  I

20   don't think that the percentage of people who lack

21   identification is five percent.  I think it's far

22   fewer.

23                But for those who do lack identification,

24   whether they're a senior citizen in a nursing home,

25   whether they're some who's elderly and has never had



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031153

126

1      identification.

2              Whether they're a poor person in an urban

3      ghetto, we should get them ID.  That's why Andrew

4      Young supports it.  He views it as a positive effort

5      to not only improve election integrity, but to also

6      mainstream people into American society.

7              Now, a point has been made about the fact

8      that there's very little evidence that voter fraud or

9      of the impersonation level exists.

10             Well, yes and no.  If you practice voter

11     impersonation fraud or you create fictitious people

12     and vote on their stead or you vote on behalf of dead

13     people, you can get away with it for an awful long

14     time.

15             Democratic Congresswoman Elizabeth

16     Holestein, was very active in the voter investigation

17     of Richard Nixon ordered the District Attorney in

18     Brooklyn.

19             In 1989 her Grand Jury issued a long

20     report on the voter fraud conspiracy involving fraud

21     at the polls, which has operated successfully for

22     14 years.  That fraud resulted in thousands of votes

23     being cast fraudulently in state Congressional

24     elections, and involved impersonating voters at polls,

25     voting under fictitious names that have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031154

1     successfully registered without, and there's other

2     methods.

3              This fraud could have easily been stopped

4     or detected if it required voters' identity at the

5     poles.

6              According to the grand jury investigation,

7     the advent of mail-in ballot, mail-in registration was

8     also a key factor in the voter fraud.

9              I interviewed people who are active in

10    that investigation.  I interviewed people who were

11    active in the Grand Jury.  The only reason that scheme

12    and conspiracy, which went on for 14 years, was

13    uncovered is because somebody was indicted for another

14    crime.

15             And in order to carry favor and get a more

16    favorable sentence from the judges, turned state's

17    evidence on the people committing the impersonation

18    fraud.

19             Now, the other examples, I have

20    interviewed people who personally committed

21    impersonation fraud.  My colleague Glen Simpson, who

22    is a news reporter for Wall Street Journal has

23    interviewed people who personally committed

24    impersonation fraud.

25             Glen Simpson wrote a book with Larry



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

128

1      Sabato, who is the premiere political scientist at the

2      University of Virginia.  The book is called "Dirty

3      Little Secrets."

4                  They interviewed people who committed

5      impersonation fraud.  Now, why can't I give you their

6      names?  Well, it's a felony.  It's not exactly that

7      you're going to get people to come out and use their

8      names.

9                  I've interviewed those people.  I will

10     turn over my notes.  I just can't turn over the names

11     of those people.

12                 Is it common?  Probably not.  Does it

13     happen?  You betcha.  And it is easily done.  I can

14     give you ten different ways.

15                 You can vote in someone elses's name.  You

16     can vote for someone who's dead or you can vote and

17     create a completely fictitious person and vote for

18     that person.

19                 I can give you about ten different ways to

20     do it with almost no way of being detected.  And with

21     almost no ways of knowing that it was done.

22                 Now, lastly about prosecutors:  I want to

23     reiterate what Secretary Rokita said about

24     prosecutors.

25                 This goes at the very bottom of their



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

129

1    priority list for very obvious reasons.  You are going

2    to be accused of being partisan no matter who you go

3    after.

4              You're either going to be viewed, as

5    Secretary Rokita said, as a trader or someone who is

6    on some kind of vendetta.

7              I interviewed the U.S. attorney for the

8    northern district of Louisiana, Mr. Washington, who

9    told me, very specifically, that prosecutors are very

10   loathe to go into these kind of cases because quote,

11   we can't do much of anything about ballot box

12   improprieties until the election is over, and.

13             And the closer we get to the election, the

14   less willing we are to get involved because of just

15   the appearance of impropriety, just the appearance of

16   the federal government somehow shaving this election

17   not to occur.

18             If you'll recall the U.S. Attorneys'

19   scandal in 2006 that involved Attorney General

20   Gonzales, one of the major accusations against him was

21   that indictments against the group Acorn had been

22   filed just before the election.

23             And the charge was, and it was certainly

24   at the Center of Congressional Hearings of the U.S.

25   Attorneys, the charge was that this was a clearly



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005799

TX_00031157

1    partisan attempt to influence the election.

2              Well, we now have two more years' of

3    experience with Acorn, and we now know a little bit

4    more about what they were about.

5              In Nevada it was a Democratic Attorney

6    General and a Democratic Secretary of State that

7    became so upset by Acorn's tactics that they asked the

8    FBI to raid their offices and you saw what happened.

9              One of the things we learned by the way

10   that what Acorn was doing was that it was employing

11   many of their Registrar's from a work release program

12   at the local prison, including several of the people

13   leading their teams for the Voter Registration efforts

14   have been convicted of identity theft.

15             In other words, Acorn, in Nevada, at

16   least, was hiring specialists.

17             Now, I can understand Justice Department

18   guidelines saying that Acorn should not be indicted

19   just prior to an election.  What I can't understand is

20   that that is then used as proof that the prosecutions

21   of these cases are very easy.

22             They are not very easy.  And I will just

23   tell you if any prosecutor ever files these cases,

24   they have personally told me, many of them, they

25   recognized in their political correctness that charges



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

131

1    of discrimination and Jim Crow tactics are going to be

2    leveled against them.  And they would view it as

3    unfair, but it also acts as a barrier against everyone

4    in those cases or, at least, makes it a priority.

5                I only have a couple of minutes for

6    questions and I apologize in advance.

7                CHAIRMAN TODD SMITH:  I think if you need

8    an hour before your 4:50 flight, you can make it,

9    based on my experience, comfortably.

10               Can you give the opposition here eight

11   minutes or is that too much?

12               JOHN FUND:  I will try.

13               CHAIRMAN TODD SMITH:  I will give the

14   questions to my Democratic colleagues, given the fact

15   that you're willing to leave.

16               JOHN FUND:  That's all right.  If I have

17   to leave --

18               CHAIRMAN TODD SMITH:  That's all right.

19   If they ask a good question, just get up and leave.

20               JOHN FUND:  No.  No.  No, I don't do that.

21               CHAIRMAN TODD SMITH:  Representative

22   Heflin.

23               REPRESENTATIVE HEFLIN:  Mr. Fund, I

24   appreciate you being here today.

25               JOHN FUND:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005801

TX_00031159

132

1              REPRESENTATIVE HEFLIN:  I wouldn't

2    disagree with you.

3              You said you have to have ID if you're

4    going to rent a movie.  If you're going to cash a

5    check.  Those are privileges.  Those are not rights.

6              I think that voting is a sacred right that

7    we need to protect and enhance in this entire process.

8    So I want to ask you this question:  To enhance voter

9    participation, what's your No. One step you will take?

10             JOHN FUND:  First of all, let me

11   respectfully disagree with you because if you can name

12   an industrialized democracy that does not require

13   people to show proof of their existence and their

14   identity at the polls, I will send $7,500 to your

15   favorite charity.

16             We are the only country in the world, the

17   only country in the world, that operates on the honor

18   system when it comes to elections.

19             I believe we need a comprehensive set of

20   reforms to improve voter integrity.  I also believe we

21   need a comprehensive reform to improve access to the

22   polls.

23             I also believe we need to spend more time

24   and effort to try to train a new generation of poll

25   workers to replace the average age of 70 at the polls,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031160

133

```
 1    who don't necessarily have the most up-to-date
 2    knowledge of technology and, therefore, we have a new
 3    generation of people that helps these people with the
 4    polls.
 5              So I don't want to single out a single
 6    example.  I just want to say we have to do an awful
 7    lot because Walter Dean Burnham, who teaches just down
 8    the road here at the University of Texas at Austin, is
 9    one of the premier political scientists in America,
10    that says we have the soft independent system in any
11    industrialized democracy.  And I agree with that.
12              REPRESENTATIVE HEFLIN:  Let me ask you
13    this question real quickly:  If the attorney for the
14    Northern District --
15              JOHN FUND:  The U.S. Attorney for the
16    Northern District of law.
17              REPRESENTATIVE HEFLIN:  The attorney for
18    the northern district, that's right, if those guys
19    won't prosecute a case, they're not elected.
20              JOHN FUND:  That should tell you
21    something.
22              REPRESENTATIVE HEFLIN:  They're hired.
23              JOHN FUND:  That should tell you
24    something.
25              REPRESENTATIVE HEFLIN:  That ought to be
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005803

1        prosecuted or they should be photo ID.

2                    JOHN FUND:  No.  This is the lowest

3        priority on their staff of things to do, for obvious

4        reasons.

5                    It's not a violent crime.  There's also

6        political controversy attached to this.  That's the

7        reason why preventing this in advance is so important.

8                    Once you have the vote cast and thrown in

9        a pile of secret ballots, there is no way you can pull

10       it out.

11                   At least, with absentee-ballot fraud,

12       which I do agree is a problem and I do want to address

13       that, at least, with absentee-ballot fraud, when you

14       apply for absentee-ballot, when you have sacrificed,

15       in part, your right to a secret ballot, you leave an

16       evidence trail.  There is much less of an evidence

17       trail with in-person voting.  Much less.

18                   REPRESENTATIVE HEFLIN:  So you're saying

19       that we're spending our time here today on the

20       absolute lowest priority issue that we can deal with?

21                   JOHN FUND:  No.  I am not saying that.

22                   REPRESENTATIVE HEFLIN:  That's what you

23       just said.

24                   JOHN FUND:  I am not saying that.  I am

25       saying that those both are important.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031162

135

1              I'm also saying that Indiana, contrary to

2     what you have read, addressed absentee-balloting and

3     addressed in-person voting.

4              You heard about the Voter ID law.  You did

5     not hear about the absentee-ballot.  Perhaps you will

6     not hear about it until he's testified.

7              I'm saying you could do both.  You should

8     do both.  Do you have to do them at the same time?  I

9     don't necessarily think so but I think you should do

10    both.

11             By the way, Debra Danberg, who used to

12    chair this committee, was very concerned about voter

13    fraud in this state.  I interviewed her.

14             In fact, she was very upset because there

15    were senior citizens' groups in this state who did not

16    stand up for the fact that there were senior citizens

17    being victimized by voter fraud.

18             And I do have the legislature, in part,

19    under Democratic leadership and under Republican

20    leadership, did address some of those absentee-ballot

21    voter concerns.

22             You already have visited the issue, in

23    part.  I think you need to do more.

24             REPRESENTATIVE HEFLIN:  Yes.  I agree.

25             CHAIRMAN TODD SMITH:  Any questions?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031163

136

1                      Representative Anchia.

2                      REPRESENTATIVE ANCHIA:  Isn't it true that

3        you can board a plane without ID?

4                      JOHN FUND:  Yes.  It's a very complicated

5        procedure and I have done it, and I would not want to

6        visit it anymore.

7                      REPRESENTATIVE ANCHIA:  But there's a

8        secondary opportunity for those who want to board a

9        plane without an ID, correct?

10                     JOHN FUND:  Well, do you know how well

11       advertised that is?

12                     REPRESENTATIVE ANCHIA:  Well --

13                     JOHN FUND:  Ask the people in this room if

14       they know about that.

15                     REPRESENTATIVE ANCHIA:  But --

16                     JOHN FUND:  Ask them.

17                     REPRESENTATIVE ANCHIA:  But you pointed

18       out -- I see a bunch of hands that are raised in the

19       back of the room.

20                     But you pointed out that you couldn't get

21       on a plane but, in fact, you can, correct?

22                     JOHN FUND:  Yes, you can.

23                     REPRESENTATIVE ANCHIA:  Okay.

24                     JOHN FUND:  But the federal government

25       does not advise you of it at all.  They discourage



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031164

1      that.

2                  REPRESENTATIVE ANCHIA:  Right, but the

3      point is you represented that you couldn't, but you

4      can.  And you can rent a movie without a photo ID,

5      right?

6                  JOHN FUND:  I don't know that.

7                  REPRESENTATIVE ANCHIA:  At Blockbuster,

8      for example, you can do it?  You can rent a movie at

9      Blockbuster with just your Voter Registration

10     Certificate, right?

11                 JOHN FUND:  You cannot rent a video at

12     many companies.

13                 REPRESENTATIVE ANCHIA:  Okay.  Okay.  Let

14     me ask you:  You wrote an article entitled democracy

15     in peril.  I haven't had a chance to read your book.

16     I'd love a copy if you're handing them out.

17                 September 13, 2004, -- do you remember

18     that article?

19                 JOHN FUND:  I write 120 articles a year.

20                 REPRESENTATIVE ANCHIA:  I will eventually

21     remember it as you recall it.

22                 REPRESENTATIVE ANCHIA:  It appeared in the

23     National Review.  September 13, 2004, "Democracy in

24     Peril.  America's Election Problems."

25                 JOHN FUND:  I don't recall that report.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031165

138

1          write for the Wall Street Journal.

2                    REPRESENTATIVE ANCHIA:  In the article you

3          talked about problems in our election systems and you

4          talked about strap (inaudible) from any local elected

5          offices.

6                    JOHN FUND:  Yes.

7                    REPRESENTATIVE ANCHIA:  From the local and

8          elected offices.

9                    JOHN FUND:  Yes.

10                   REPRESENTATIVE ANCHIA:  Voter ignorance.

11         Lackadaisical law enforcement and a shortage of

12         trained volunteers.

13                   JOHN FUND:  Those are all problems.

14                   REPRESENTATIVE ANCHIA:  You talked about

15         the voter law and that it imposed fraud from the rules

16         on states requiring driver's license bureaus to

17         register anybody applying for licenses, correct; is

18         that right? .

19                   You talked about illegal absentee-ballot.

20         You talked about bribing homeless people with

21         cigarettes.

22                   Which of those scenarios would be fixed

23         under the Fraser Bill?  The bill before us today?

24         Have you read the bill?

25                   JOHN FUND:  I read several Executive



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031166

                                                                139

1       Summaries.  Have I read every single --

2                   REPRESENTATIVE ANCHIA:  Have you read the

3       bill.

4                   JOHN FUND:  The entire bill?

5                   REPRESENTATIVE ANCHIA:  Yes.

6                   JOHN FUND:  No, I have not read the entire

7       bill.

8                   REPRESENTATIVE ANCHIA:  Okay.  But do you

9       know --

10                  JOHN FUND:  I have read long Executive

11      Summaries, though.

12                  REPRESENTATIVE ANCHIA:  Based on your

13      reading of the Executive Summaries, do you have a

14      sense that any of the issues that I articulated that

15      you brought up in Democracy in Peril would be solved

16      by that bill?

17                  JOHN FUND:  I support a full range of

18      election measures that go far beyond this bill.

19                  REPRESENTATIVE ANCHIA:  Do you support --

20                  JOHN FUND:  Excuse me?

21                  REPRESENTATIVE ANCHIA:  Do you support

22      them in isolation or comprehensively?

23                  JOHN FUND:  Both.  I want to get there as

24      fast as we possibly can.

25                  REPRESENTATIVE ANCHIA:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031167

140

1            JOHN FUND:  Whether it's piecemeal or

2      comprehensively, I want to get there.

3            REPRESENTATIVE ANCHIA:  And if it's a

4      situation like 12 nuns being disenfranchised -- that

5      doesn't give you clause for pause.

6            JOHN FUND:  Well, I actually interviewed a

7      couple of those nuns.

8            REPRESENTATIVE ANCHIA:  Okay.

9            JOHN FUND:  And one of those nuns admitted

10     to me that it was a stunt that they were trying to

11     discredit the law.

12            REPRESENTATIVE ANCHIA:  Was she an

13     American citizen?

14            JOHN FUND:  Yes.

15            REPRESENTATIVE ANCHIA:  Was she of age?

16     Was she of age to vote?

17            JOHN FUND:  But what --

18            REPRESENTATIVE ANCHIA:  But was she

19     otherwise competent to vote?

20            JOHN FUND:  Representative Anchia, she

21     wanted not to vote.

22            REPRESENTATIVE ANCHIA:  Was she competent

23     to vote?

24            JOHN FUND:  Yes.  But she --

25            REPRESENTATIVE ANCHIA:  Did she vote a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031168

141

1    provisional ballot?

2              JOHN FUND:  Yes.  Representative Anchia,

3    she wanted not to vote that day.

4              REPRESENTATIVE ANCHIA:  Did you interview

5    the other 11?

6              JOHN FUND:  I interviewed two of the nuns.

7              REPRESENTATIVE ANCHIA:  Did you interview

8    any of the 34 people in Marion County.

9              JOHN FUND:  I tried to.  I couldn't get

10   the names.

11             REPRESENTATIVE ANCHIA:  Okay.

12             JOHN FUND:  Because --

13             REPRESENTATIVE ANCHIA:  Going back to my

14   first question:  Do you think it's a good result if

15   people like that are disenfranchised?  If any American

16   is disenfranchised by a piecemeal approach to Voter

17   ID?

18             JOHN FUND:  I believe disenfranchisement

19   comes in two forms:  One, we fought a long struggle in

20   the civil rights era so that people would not be

21   forced to take poll tests, or take literacy tests or

22   be otherwise intimidated or prevented from voting.

23   That is disenfranchising the voters and that is wrong.

24             It is also disenfranchisement if your

25   civil rights are violated because your vote is diluted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031169

1    or cancelled out by someone who shouldn't be voting,

2    who's voting twice or doesn't even exist.  That is

3    also disenfranchisement.

4                And by the way, that is not my opinion.

5    The Supreme Court of the United States of America gave

6    a unanimous decision in which they vacated the

7    decision of an Arizona court which blocked that

8    state's photo ID law in 2006.

9                It said it is disenfranchisement if

10   people's votes are cancelled out or deleted by people

11   who are voting and shouldn't voter impersonation or

12   voter fraud.

13                REPRESENTATIVE ANCHIA:  Are you aware of

14   any voter impersonation cases in Texas?

15                JOHN FUND:  Specifically in Texas?

16                REPRESENTATIVE ANCHIA:  Yes.

17                JOHN FUND:  I have not interviewed people

18   who personally told me they committed voter

19   impersonation in Texas.

20                REPRESENTATIVE ANCHIA:  But, sir, are you

21   aware of any cases?

22                JOHN FUND:  I'm aware people who have

23   claimed such --

24                REPRESENTATIVE ANCHIA:  Are you aware of

25   any documented cases?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005812

TX_00031170

143

1                    JOHN FUND:  No.

2                    REPRESENTATIVE ANCHIA:  Okay.  Thank you,

3        Mr. Fund.

4                    JOHN FUND:  Thank you.

5                    I have to leave and I apologize.

6                    CHAIRMAN TODD SMITH:  Thank you, Mr. Fund

7        and thank you for coming and we appreciate it.

8                    JOHN FUND:  Thank you.

9                    CHAIRMAN TODD SMITH:  And I'm sorry you

10       didn't get the full allotment of time.

11                   REPRESENTATIVE VEASEY:  Mr. Chairman, we

12       wanted to state on the record and we wanted Mr. Fund

13       to hear this before he went out the door, that

14       Mr. N.D. Yang had expressed that he supported the

15       Baker Commission.

16                   And like I said earlier, the Baker

17       Commission clearly states that you cannot do Voter ID

18       right now until you have universal support.

19                   So we need to be clear because for him to

20       invoke the name of Andrew Young supporting Voter ID is

21       really quite a stretch there.

22                   CHAIRMAN TODD SMITH:  He does recommend it

23       along with, I guess, the expansion of real ID, and so

24       we gotta figure out what we're going to do in light of

25       the fact that we don't have real ID.  But that's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005813

TX_00031171

144

1    right.  I think that's correct.

2            At this time, the chair will call Justin

3    Leavitt from the Brennan Center for Justice at New

4    York University School of Law to testify against

5    Senate Bill 362.

6            MR. LEAVITT:  Thank you, very much,

7    Chairman.

8            CHAIRMAN TODD SMITH:  Thank you.  Please

9    state your name and who you represent.

10           JUSTIN LEAVITT:  My name is Justin

11   Leavitt.  I'm here on behalf of the Brennan Center for

12   Justice at NYU School of Law.

13           The reference was correct earlier and I

14   want to correct you, Mr. Chair, Mr. Vice-Chair,

15   members of the committee, very much for inviting me

16   here to testify.

17           I agree both that you have an issue that's

18   caused much debate here in front of you.  And I think

19   it's very important to take the tact that you set out

20   so early of trying to get at the real facts behind

21   what's at issue here.

22           I have written testimony that I've made

23   available to you all.  We've also published

24   documentation, reports I'm happy to make available.  I

25   didn't bring enough copies for the committee here



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031172

145

1      today.  And for that I apologize.

2              I'm going to keep my remarks as short as I

3      possibly can and leave you with written testimony.

4      And any questions that you wish to ask, including, I

5      may be the right person to respond to some of the

6      incidents that you brought up before with

7      Ms. Trautman, chairman.  So I'm happy to address any

8      of those as you wish.

9              As you mentioned, I'm Justin Leavitt.  I'm

10     counsel at Brennan Center for Justice at NYU School of

11     Law.  We are self-identified as progressive, but we

12     are vigorously non-partisan and I am strictly here in

13     a non-partisan capacity.

14             The Brennan Center does public policy and

15     research and legal advocacy.  We focus on fundamental

16     issues of democracy and justice and we think

17     respectfully that you have one before you here today.

18             Our method, our trade is to focus on

19     evidence and to go back to the facts that have been

20     established and try and root all of our recommendation

21     ands all the policies we advocate and the basis of

22     those facts.

23             We emphasize the factual research because

24     we believe the best policy is grounded in careful cost

25     analysis benefit analysis.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

146

1           And just like you would in starting on a

2      construction project and make a page you wouldn't

3      start a construction project or make a major purchase

4      until you were sure that the benefits outweigh the

5      costs, the same is true in election policy.

6           And particularly for Texas, Section five

7      of the voting rights act requires such an analysis.

8      This hearing today is about proposing restrictions on

9      the way voters can and have traditionally identified

10     themselves at the polls in order to vote.

11          And with respect I'm here to testify

12     against the proposal because I believe the costs do

13     outweigh the benefits, that this legislation you all

14     are considering imposes far more costs than the

15     problems it fixes others will talked to at great

16     length about some of the costs that this legislation

17     may impose.

18          I'd like to focus, if he can in a limited

19     time on the negotiable benefits it provides.

20          In particular, legislation requiring a

21     restricted form of ID in order to vote at the polls

22     gets in only one sort of problem.  It's only designed

23     to get at one sort of problem.  And that is

24     impersonation fraud.  People pretending to be someone

25     else when they show up at the polls.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031174

147

1              We have documents at the Brennan Center's

2        document allegations of all kind of fraud.  Some of

3        them are reports that we validate, they actually

4        turned out to be true.  Many reports that we've

5        debunked that turn-out not to be true when you look at

6        the real facts.

7              Impersonation fraud is special in our

8        research.  It's the only sort of fraud that I believe

9        you could possibly address.

10             And what's most notable about it is how

11       strikingly rare it is.  Not just to prosecute, but to

12       find, to discover, to report the fact that its

13       existence at all is to notably rare.

14             Now, some attack this research that we've

15       done saying that we're denying that fraud exists.  And

16       I want to be perfectly, absolutely clear:  That there

17       are some kind of fraud out there.

18             You've mentioned some.  Mr. Fund mentioned

19       some.  Other witnesses will, no doubt, mention others.

20       It's more rare than people believe because many

21       reports are either sensation lift or sloppy.  That

22       confuse fraud with clerical error.  But sadly it does

23       occur.  People still do buy votes.

24             They still do pressure voters in nursing

25       homes.  They still do commit fraud and unfortunately



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031175

148

1    large amounts of it using absentee-ballots.

2              They did in the 1970s, use party boss

3    systems to break the law using insiders.  The

4    longstanding Brooklyn scheme that Mr. Fund mentioned.

5              What they don't do in any significant

6    number is commit the sort of fraud that restrictive ID

7    laws, like the one before you that could possibly fix.

8              At the end of the day, yes, it has

9    happened.  There have been a tiny handful of

10   substantiated cases out of hundreds of millions of

11   ballots.  Americans are struck and killed by lightning

12   far more often.

13             Now, some, including Secretary Rokita and

14   including Mr. Fund, has said there are only a few of

15   these reports because this sort of fraud is hard to

16   find.

17             But even without eyewitnesses and there

18   are often eyewitnesses, there will often be a victim.

19   And there will always, in every single case, be a

20   paper trail, including poll book signature and other

21   records at the polls.

22             That is to say in this case, there really

23   is a dead body every time because you can go back and

24   look at the poll books to find out if someone else has

25   signed in for that person and whether it was a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005818

TX_00031176

149

1      mistake, someone above or below in the records, or it

2      was an entirely different individual.

3                  We've done that research and so we know

4      it's possible to trace after the fact.

5                  And if you want to swing an election,

6      you've gotta do this many times, which means many

7      chances for someone to cry foul.

8                  The hunt for this fraud has been on and

9      the major national issue at the same time that federal

10     law enforcement made it a priority and the at the same

11     time that private actors are equipped and extremely

12     motivated to find it when it happens.

13                 There were lots and lots and lots of

14     people looking.  And so if this fraud happened with

15     any frequency whatsoever, over most of the last

16     decade, you'd expect the phones to have been ringing

17     off the hook.  Not prosecutions.  Just reports

18     somebody stole my vote by pretending to be me at the

19     polls.

20                 Instead it was barely a ring.  Every year

21     there are far more reports of UFO sightings than of

22     fraud that an ID could prevent.

23                 This exceptionally rare phenomenon has

24     been used to drive policy that unfortunately creates

25     far more real problems than it solves.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

150

1      restrictive ID recalls are one good example.  They

2      don't solve real problems but they do create them.

3                  When you start shutting down the rules

4      that voters can say that they are who they say they

5      are:  You start shutting out eligible voters.  Real

6      people.

7                  Most eligible voters we know have ID and

8      have it handy, even photo ID.  But many do not.

9      Disproportionately elderly and minority citizens.

10                 I was behind one such senior citizen in

11     line at the airport on the way out here.  She did not

12     have ID.  She didn't have photo ID and she didn't have

13     other backup ID.  And she went through the very same

14     process that Representative Anchia asked Mr. Fund

15     about.  The secondary screening it took.  I know

16     because I waited for her.

17                 It took 15 minutes.  She went through.

18     She had the x-ray scan.  She got through and was able

19     to get onto the plane.  And that's because private

20     industry and the federal government all recognize that

21     there are some citizens out there in the 21st century

22     who simply don't have some forms of ID and they make

23     accommodations for that.

24                 It is not easy.  It's much easier to live

25     in modern society if you have an ID, that's true and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005820

TX_00031178

151

1    Andrew Young believed that's true.  And that's right.

2    But we understand private entity understand and the

3    government has responsibility to make sure that when a

4    vote -- when a right is provided for each, as voting

5    is, that everyone can be validly accommodated have

6    that every eligible citizen will have that opportunity

7    to exercise that right, just like the woman in front

8    of me in line at the airport.

9              Making things more difficult at the polls,

10   by the way, also increases the burden on poll workers

11   and on election officials.  More restrictive ID means

12   more confusion at the polls.  And for those who don't

13   have ID with them, more anger.

14             It also means more provisional ballots,

15   right in the most hectic period of the election cycle.

16             And your question, Mr. Chair, about

17   provisional ballots in Marion County is it's spot on

18   in that respect.  It is a concern and should be a

19   concern.

20             I see that I'm coming down to the end of

21   my time have I want to address two things if I can.

22             One is the argument, and we heard it

23   before, that asking for photo ID will increase

24   confidence in the system.

25             And I want to call special attention to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031179

152

1      the study have the only study to do, empirical

2      evidence, they went out and asked voters who live in

3      states with photo ID laws and live in states without

4      photo ID laws, do you feel more confident in the

5      elections in your state.

6                    And the voters responded with unmistakable

7      equanimity.  It did not have an effect.  There was no

8      statistically correlation.  If you believe they're

9      flawed, you're going to believe they're fraud whether

10     somebody asks you for an ID or not.

11                   And if you don't believe there's fraud you

12     don't believe there's fraud, whether somebody asks you

13     for an ID.  When people say it makes the voters feel

14     more confident, a study has been done and that's been

15     shown not to be true.

16                   The other instance that I want to talk

17     about and I didn't want to spend all my time on it,

18     but because the Brennan Center got so popular even

19     before I got up here, I did want to mention that I

20     actually agree with you chairman on turn-out studies

21     and the limitations on looking at turn-out to see how

22     these things effect voters.

23                   I believe another witness will mention

24     this in much more detail.  I believe it's up to you.

25     Two more sentences on this particular topic.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031180

153

1          CHAIRMAN TODD SMITH:  If you agree with

2     me.  Go, go ahead.

3          JUSTIN LEAVITT:  Absolutely.  It is part

4     of why the Brennan Center has not done a study on how

5     photo ID effects turn-out, in part, because we agree

6     there are many limitation necessary these sorts of

7     studies.  You need a lot of variables over a lot of

8     time in order to really come up with a really

9     conclusive answer is on how turn-out is effected in

10    one way or the other.

11         That's absolutely correct, and there will

12    be other witnesses who, I believe, will testify to

13    that in much more detail.

14         What we have done is something we think

15    more reliable is we've asked the citizens.  We've done

16    a survey.  And there are others, we're not the only

17    ones who have done the survey.

18         We've asked citizens, do you have X, Y and

19    Z sort of ID.  And the answer was, most do but a

20    disturbing number don't.  And we're very concerned

21    that anyone, Texas or otherwise, would take action to

22    solve a problem that doesn't exist, but that actually

23    creates a problem for all of those citizens who told

24    us, we don't have what you're asking us to get.

25         CHAIRMAN TODD SMITH:  Okay.  Let me just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031181

154

```
 1     say, thank you, I appreciate the spirit of your
 2     testimony.  That's far closer to being the kind of
 3     oppositional testimony that I expected and I was a
 4     little surprised by Ms. Trautman's allegations that
 5     there is no evidence of any kind of voter fraud of any
 6     kind.
 7              You do not agree with her on that; is that
 8     correct?
 9              JUSTIN LEAVITT:  I do not agree with her
10     on that.  That is correct.
11              I don't know about Harris County in
12     particular.  I have no experience in Harris County.
13              CHAIRMAN TODD SMITH:  I understand that
14     the but the fact is that there is substantial amount
15     of evidence of voter fraud, but your position is that
16     only a handful of substantiated cases exist with
17     regard to impersonation; is that correct?
18              JUSTIN LEAVITT:  That's correct.
19              CHAIRMAN TODD SMITH:  There's an extensive
20     body of evidence to support the notion of fraud with
21     regard to absentee-ballots?
22              JUSTIN LEAVITT:  That's correct.
23              CHAIRMAN TODD SMITH:  And so while we're
24     on that subject:  Do you have any suggestions on how
25     this committee might be able to get at the area of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031182

155

1    fraud where there is no disagreement that is out there

2    and is a major problem?  Any suggestions on what we do

3    to deal with that?

4              JUSTIN LEAVITT:  It is a very sticky

5    issue.  Federal law actually provided one way to get

6    at that and I believe that the rate of

7    absentee-ballots has dropped substantially since 2002.

8              The Help America Vote Act of 2002 requires

9    and Texas, I understand has implemented, a system that

10   in some ways catches absentee-ballot fraud.  When you

11   register to vote you're required to give information

12   over.

13             The Secretary of State will try to match

14   that information up to other government lists.  If you

15   don't match, then you have to submit some form of

16   identification of the same identification that is now

17   permitted at the polls understand Texas law.

18             CHAIRMAN TODD SMITH:  Did you identify a

19   state that's currently doing that?

20             JUSTIN LEAVITT:  I believe every state,

21   including Texas --

22             CHAIRMAN TODD SMITH:  Okay.

23             JUSTIN LEAVITT:  -- is currently doing

24   that.

25             CHAIRMAN TODD SMITH:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

156

1              MR. LEAVITT:  And so another way to get at

2      --

3              CHAIRMAN TODD SMITH:  I'm obviously

4      looking for something that we do not currently do

5      because we've got dead people voting.

6              Even if you presume that all those people

7      are doing it by way of absentee-ballots, which I don't

8      know that we can, but even if you did that, you know,

9      you how can we prevent that?

10             JUSTIN LEAVITT:  Two items really quickly.

11             One, I'm not sure that you do have dead

12     people voting in anywhere near the numbers that are

13     often sited.

14             You mentioned earlier a Georgia study in

15     the Atlanta Journal Constitution.  That one's

16     notorious.  It came out in 2000 and said 5,400 dead

17     people voted.

18             They actually did an investigation have

19     the way they came up with that which were a record

20     matching system that we've shown repeatedly to be

21     fraud.

22             We mentioned one person that the reporter

23     was dead certain had voted while deceased.  And they

24     went back and -- that's why I mentioned the poll book

25     signatures.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031184

157

1        They went back and they looked at the poll

2    book signatures and it's not the same guy.

3        CHAIRMAN TODD SMITH:  So what is the

4    evidence that you agree is out there that is extensive

5    with regard to absentee-ballots?

6        JUSTIN LEAVITT:  You have situations like

7    in Indiana, where there was some absentee vote,

8    coercion of absentee-ballots, where there was people

9    applying for absentee-ballots.  That was before 2002.

10   That was before the Help America Vote Act was

11   implemented.

12        In Miami, the same thing in 1997, before

13   the Help America Vote Act was implemented.  The Help

14   America Vote Act was actually done quite a bit to get

15   at that.

16        But the other way you can avoid more

17   absentee-ballot fraud is to make it as easy as

18   possible while still maintaining the security of

19   voting at the polls.

20        That is the harder you make it to vote at

21   the polls, the more people you're going to get drive

22   en to the absentee-ballot system.  And the more people

23   you're going to lay out there into the system where

24   it's much harder to actually control against fraud.

25        CHAIRMAN TODD SMITH:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005827

TX_00031185

158

1              MR. LEAVITT:  At the polls you actually

2     have a reasonably set reasonable set of safeguards,

3     including people showing up in-person and swearing,

4     including signing in, including your being able to see

5     their face.

6              Including the idea that as you mention the

7     ID that Texas currently requires, either a

8     registration certificate or one of the broad means of

9     documentary ID.

10             CHAIRMAN TODD SMITH:  Okay.  You mentioned

11     the study that you did do, and it's 2.6, 2.9 percent.

12     You know the study what I'm talking about?

13             MR. LEAVITT:  There are several.  The one

14     that we did --

15             CHAIRMAN TODD SMITH:  I just want to get

16     your specific answer.

17             Was that from comparing in Indiana that

18     has no state identification that has no identification

19     requirement?  What's what was the comparison?

20             MR. LEAVITT:  We have not done a

21     comparison.  What we've done is we have --

22             CHAIRMAN TODD SMITH:  What is that two

23     point something percent figure?  What was that?

24             JUSTIN LEAVITT:  I believe that was a

25     study done by -- it's possible it was Al Foretto



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031186

159

1          CHAIRMAN TODD SMITH:  It was comparing

2     what to what?

3          MR. LEAVITT:  It was comparing -- I'm

4     sorry.  That study are was not a comparison study

5     state to state.

6          I'm going to leave that question, if I

7     may, for one of the other witnesses who will know this

8     better.

9          CHAIRMAN TODD SMITH:  Okay.

10          MR. LEAVITT:  I am not sure.

11          CHAIRMAN TODD SMITH:  Okay.

12          JUSTIN LEAVITT:  We have done studies of

13     the rate at which citizens have or don't have this,

14     not the turn-out before or after a particular

15     election.

16          CHAIRMAN TODD SMITH:  Okay.  You agree

17     with me that in terms of the effect of Indiana versus

18     some common standard, I thought that the Brennan study

19     compared it to a no-identification state.  That their

20     study was, kind of, all over the map.  Some say it

21     increased turn-out.  Some say it decreased turn-out.

22          JUSTIN LEAVITT:  Yes.

23          CHAIRMAN TODD SMITH:  But you agree with

24     me that there isn't any evidence of any kind, nothing,

25     no study, nothing substantiated to any degree that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031187

160

```
 1      would suggest that a change from current law in Texas

 2      where we already require identification, either one

 3      photo or one non-photo -- when those people just

 4      layout a photo to change in the law where you didn't

 5      have the photo which was provided free or you back it

 6      up with two forms of non-photo, a Voter Registration

 7      card or some form of additional document, you agree

 8      with me that there's not any study of any kind that

 9      will indicate that that would suppress poor,

10      uneducated and minority voters?  Right?  You agree

11      with me?

12                  MR. LEAVITT:  I can't agree with you, in

13      part, because I don't know all of the details of what

14      was submitted in Arizona.

15                  Arizona has a system where you submit one

16      photo ID or two forms of non photo ID.

17                  CHAIRMAN TODD SMITH:  Okay.  You're not

18      aware of any?

19                  JUSTIN LEAVITT:  Correct.

20                  CHAIRMAN TODD SMITH:  Is that correct?

21                  JUSTIN LEAVITT:  That's correct.

22                  CHAIRMAN TODD SMITH:  Okay.

23                  I want you to just explain to me in a

24      little more detail and then I want other members to

25      ask questions.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031188

1          You admit that it's hard to find in terms

2     of hard to prove evidence of voter impersonation?

3          JUSTIN LEAVITT:  It won't be hard.  It

4     will be hard to prosecute but I don't believe it will

5     be hard to find.

6          CHAIRMAN TODD SMITH:  Okay.  Hard to

7     prosecute.

8          And with regard to voter fraud -- you

9     agree with me that looking at the extent of

10    prosecution is really not the most accurate way to try

11    to determine the extent to which it occurs in you

12    agree with that, don't you?

13         JUSTIN LEAVITT:  Yes.

14         CHAIRMAN TODD SMITH:  Now, the absence of

15    prosecution does not mean that it does not occur?  But

16    on the other hand, I will grant you that the absence

17    of prosecution doesn't mean that it does occur,

18    either?  You agree with that, right?

19         JUSTIN LEAVITT:  I think that's accurate.

20    I think there are better metrics, that I know whether

21    it does or does not occur.

22         CHAIRMAN TODD SMITH:  All right.  And when

23    you say there's always a paper trail at the polls,

24    help me understand that.

25         Because my understanding is that and I may



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005831

1    be wrong, that with regard to absentee-ballot, you've

2    got a much better paper trail because you have an

3    envelope.  You have an address.  You have a stamp.

4              Whereas at the poll, you primarily have a

5    signature, whereas on the absentee-ballot, you have

6    that, plus you have the envelope and a stamp and the

7    typewriter that typed the information on the outside

8    of the envelope, well, I guess most of the time that

9    is a state issued document.

10             So I guess you have a stamp and you have a

11   signature and you have an address.

12             Tell me why -- is it true that that paper

13   trail is more extensive than the paper trail at the

14   ballot office?

15             MR. LEAVITT:  That paper trail is mildly

16   more extensive, but the paper trail at the polls is

17   more than enough to tell you did somebody vote in that

18   person's name are or not.

19             CHAIRMAN TODD SMITH:  Okay.

20             MR. LEAVITT:  And that's what we focused

21   on.

22             CHAIRMAN TODD SMITH:  Okay.  So because

23   there is a more significant paper trail with regard to

24   absentee-ballot, you would agree that it is, at least,

25   marginally easier to identify and prosecute than it is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031190

163

1      at the polls?

2                  MR. LEAVITT:  Yes.

3                  CHAIRMAN TODD SMITH:  Okay.

4      Representative -- hands up.  I'm trying to be fair

5      here.

6                  Anchia.

7                  REPRESENTATIVE ANCHIA:  I want to be real

8      careful when we talk about dead people voting,

9      Mr. Chairman.

10                 I don't know that there are any studies

11     post-HAVA that show that that's happening at any rate

12     greater than the rate of voter impersonation, which is

13     pretty small can you talk about why dead people voting

14     is hard.  And let's leave the obvious because they're

15     dead out.

16                 But let's talk about why it's hard to vote

17     for a person when he may be deceased using their

18     identity.  Let's talk about the mechanics of that and

19     then let's talk about the mechanics of HAVA and how

20     it's implemented in Texas.

21                 Are you aware of how its implemented here?

22                 JUSTIN LEAVITT:  I believe so.

23                 REPRESENTATIVE ANCHIA:  Okay.  And if you

24     can speak to that, that would be helpful.  Because I

25     don't want the impression to be left with the media or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031191

164

1      the audience or the members of the committee that this

2      is happening on a large scale post-HAVA.

3                  JUSTIN LEAVITT:  No.  That's entirely

4      right.

5                  And one clarification, if I may:  That the

6      reports that have been done post-HAVA, of which I'm

7      aware, deal with allegations that dead people have

8      been found on the rolls or that dead people have

9      voted.

10                  And when there's been follow up, I know

11      there's a notorious case, the Texas Watchdog blog and

12      then the Dallas Morning News, that when there's been

13      follow up, the follow-up have actually been that dead

14      people have not voted.

15                  That is, there are lots of claims, but the

16      claims actually turn-out, for the same reasons as in

17      Georgia, not to pan out on photo investigation.

18                  So you'd ask:  How is it possible or how

19      does Texas and other states safeguard against this?

20                  When you register to vote, you have to

21      submit your driver's license or Social Security

22      number, and that information is matched up from place

23      to place with Department of Public Safety here in

24      Texas and with Social Security Administration records.

25                  So if I'm a new voter and I am submitting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005834

1      a ballot in the name of a dead person, then I have to
2      register in the name of that person.  The information
3      has to be cross-referenced.
4              And by the way, Motor Vehicles and DPS
5      would most likely know if I'm deceased.  If that
6      doesn't square up, if that doesn't match or if it
7      returns, hey, this persons dead, then I have to submit
8      a document, just like the documents that Texas
9      currently requires at the polls in that person's name.
10             And that's, actually, fairly difficult,
11     or, at least, it takes a great degree of energy in
12     order to fake.
13             And so there aren't a lot of people
14     registering in the names of neural dead people and
15     voting since the Help America Vote Act.
16             There also aren't a lot of people who are
17     voting in the names of people who have been dead on
18     the rolls for a long time.
19             HAVA also requires counties and the state
20     to screen their registration lists against the list of
21     people who have recently died.  They get those lists
22     from Social Security.  They get those lists from, I
23     believe, county departments of health.
24             And as far as I can tell, many states have
25     I'm not sure how Texas' compliance with this has been,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005835

TX_00031193

Hearing                                                April 6, 2009

166

```
 1      I just don't know but many states are finding it
 2      entirely impossible to get dead people off of the
 3      roles fairly quickly after they actually pass on.
 4              And so for those people, as well, if they
 5      attempt to vote, they're no longer registered.
 6      They're no longer on the rolls and that ballot is
 7      automatically flagged or at the polls they won't be
 8      able to cast a regular ballot.
 9              So the Help America Vote Act provides in
10      each of these ways have.  New people getting on and
11      old people coming off.  A good screen for those who
12      are no longer eligible.
13              REPRESENTATIVE ANCHIA:  Would you be
14      surprised if the latest State Auditor Report that
15      scrubbed the HAVA database found that there were zero
16      persons reviewed from that database who were deceased
17      who had voted?
18              MR. LEAVITT:  I wouldn't be surprised at
19      all.  We keep going back and finding where dead people
20      had voted and the follow-up shows that zero have
21      actually cast ballots.
22              REPRESENTATIVE ANCHIA:  In fact, there
23      were 49,000 people reviewed from the list to about 23,
24      25,000 of them were deceased, which is not a
25      surprising number when you consider we've got 13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031194

1      million people on the list and people do die during

2      the course of the year.  Registered voters do die at

3      .04 percent.

4                  So about 23,000 people who are deceased

5      and possible felons were scrubbed from the list.

6                  And the number who have voted were zero.

7                  JUSTIN LEAVITT:  That's consistent with

8      what they found in other states.

9                  REPRESENTATIVE ANCHIA:  And I believe the

10     instance or the frequency with which we update

11     statistics are, in some cases, weekly and other cases

12     monthly under the law here in Texas.  I'll confirm

13     that with the Secretary of State's office, but we

14     appreciate your testimony.  Thank you.

15                 CHAIRMAN TODD SMITH:  Representative

16     Bonnen.

17                 REPRESENTATIVE BONNEN:  Thank you.  I

18     appreciate your comments very respectively in opening

19     testimony of today.

20                 CHAIRMAN TODD SMITH:  Thank you.

21                 REPRESENTATIVE BONNEN:  Do you live in New

22     York?

23                 JUSTIN LEAVITT:  I don't actually live in

24     New York.  I live in California now.

25                 REPRESENTATIVE BONNEN:  Even better.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031195

Hearing                                                    April 6, 2009

168

1    That's very surprising for a New Yorker.

2              I wanted to ask you some questions about,

3    again, it's an issue that I've been very curious about

4    and you visited about how there are no studies and the

5    impact the studies would have the impact that a Voter

6    ID would.

7              And what's interesting to me about that is

8    that we do have states we can look at where we can

9    just look at the numbers.  I mean, we don't have to do

10   a specific study.  We just look at results.

11             Are you familiar with the turn-out

12   situation in Georgia?  And I want to quote some

13   numbers to you here and see if they make sense to you.

14             This is the Joelette Center on Political

15   and Economic Studies.  With that Georgians saw that

16   the overall turn-out in Georgia increased 6.7 percent

17   points from the 2004 election.  It was the

18   second-highest increase in turn-out of any state in

19   the country in that the black share of the statewide

20   vote increased from 25 percent in 2004, and this is

21   obviously 2008 numbers.

22             The interesting thing about that is that

23   they're talking about 25 percent.  And that is, when

24   the ID law was in effect, if went up 25 percent.  To

25   -- up to 30 percent in the '08 election.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031196

Hearing                                                    April 6, 2009

169

1           The interesting thing is that the African

2       American vote nationwide increased from 11 to

3       13 percent in that cycle.

4           So, I mean, does that sound logical to

5       you?

6           JUSTIN LEAVITT:  It absolutely sounds

7       logical, but its sound like it has nothing to do with

8       Voter ID.

9           REPRESENTATIVE BONNEN:  I think that's a

10      great statement.

11          MR. LEAVITT:  Let me say two things if I

12      can.

13          One, just -- Chairman Smith asked me

14      whether I knew about the effects of particular ID

15      structure one photo ID or two non-photo IDs, and

16      that's where I'm just not aware in Arizona.

17          There are studies that show in effect a

18      disproportionate impact on those with lower income.

19          Photo ID laws, in particular, those are

20      photo ID because that's been the controversy.

21          REPRESENTATIVE BONNEN:  I respect that.

22      But I'm asking you about specific, factual results

23      from Georgia.

24          JUSTIN LEAVITT:  And leave, and the

25      Georgia election, this is why gauging an effective law



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031197

1    based on turn-out is a disadvantage.  The Georgia

2    election in 2008 featured an investment of resources

3    by both President Obama and by Senator McCain,

4    challenging Georgia and making it a contingent state

5    for the first time, as I'm aware, on the presidential

6    level in decades.

7                 We also had -- for the African American

8    turn-out, they also had an African American caused at

9    the very top of the ticket.  I would expect for the

10   African American turn-out to go through the roof in

11   Georgia.

12                 REPRESENTATIVE BONNEN:  Correct.  Let me

13   point out, though, we're not talking about how many

14   individual numbers it went up.  It's about percentage

15   increase, isn't it?

16                 MR. LEAVITT:  And I would argue with you.

17                 REPRESENTATIVE BONNEN:  I'm not arguing

18   with you.  I am agreeing with you.  Voter intensity

19   should have been higher.  African American voter

20   should have been higher.  Significant dollars would

21   have been spent on a different cycle, but to suggest

22   that they were specifically different at one point

23   versus another.

24                 JUSTIN LEAVITT:  And I'm not suggesting

25   that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031198

171

1          REPRESENTATIVE BONNEN:  It is interesting.

2     That's why I pointed out that the national vote

3     increased for African Americans 11 to 13 percent,

4     whereas in Georgia it went up 30 percent.

5          JUSTIN LEAVITT:  And I attribute that to

6     the very specific local nature of the election.

7          The more money you spend in a local race

8     and the more intention attention you have on a local

9     race -- that can really drive turn-out.

10          REPRESENTATIVE BONNEN:  Right.  Let me

11     make this point, then, with two things I'd ask you to

12     consider:  Clearly Voter ID did not suppress or amend

13     the vote?

14          JUSTIN LEAVITT:  I'm going to make the

15     same express as Chairman Smith:  We don't yet know,

16     this is why it's dangerous, whether the increase in

17     turn-out would have been 35, 40, 45, 50 percent had it

18     not been for the Voter ID law.

19          That is, we know it went up a bunch.  We

20     don't know how much more it would have gone up had

21     there been no law.

22          REPRESENTATIVE BONNEN:  Well, we know it

23     went up significantly compared to the national

24     average.  We know that it went up significantly

25     compared to a neighboring state with no Voter ID such



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031199

172

1     as Mississippi.

2             JUSTIN LEAVITT:  Which was not contested.

3             REPRESENTATIVE BONNEN:  Correct.  But we

4     also then know by your comments, I think it's fair to

5     not concede on both sides, that -- and I'm not picking

6     a challenge here -- but Representative Anchia made the

7     comment earlier about how Texas has bad voting numbers

8     and this and that.

9             But the arguments you made were what came

10    to my mind was when Representative Anchia discussed,

11    that is, that I don't know the last time that we had a

12    November election that we've had a presidential

13    candidate spend any significant sum of money to drive

14    the election.

15            So I think you would agree with me it's,

16    kind of, fair to concede to some extent on both sides

17    that it is largely driven by who's spending the

18    dollars?  Who's driving the vote?  Who's making those

19    requests?

20            JUSTIN LEAVITT:  That's true, but I would

21    say two things:  One, you don't want to do anything.

22    I agree this is my perspective.  You don't want to

23    take a step that drops your current level of

24    participation.

25            And the second thing is:  You don't want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031200

173

1    to put any additional unnecessary burden on voters who

2    haven't participated thus far with the amount right

3    amount that want to come into the process.

4                 REPRESENTATIVE BONNEN:  And I understand

5    that.

6                 JUSTIN LEAVITT:  Secondly that nobody here

7    wants to put that unnecessary burden on.

8                 REPRESENTATIVE BONNEN:  I understand that.

9    I'm simply making a point that you're explaining the

10   Georgia turn-out numbers by the amount of money being

11   spent in Georgia.  And I respect that.  And I think

12   that has an impact.

13                 But I do think it also helps show that

14   Voter ID clearly did not stimey that vote.

15                 But I also would respectfully say that

16   then if we're going to accept that argument in Georgia

17   to some degree, not completely, but to some degree, do

18   we have to accept are the converse to that argument

19   when you look at other states, such as Texas and what

20   have you and say, well, but the vote wasn't as high as

21   we would have thought?

22                 Again, if it's fair to you, it's fair to

23   me, I guess is the point I'm trying to make.

24                 JUSTIN LEAVITT:  And I understand the

25   point you're making.  I guess I just disagree with the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    premise.

2             REPRESENTATIVE BONNEN:  The premise,

3    you're saying the reason it went up in Georgia is

4    because they spent a lot of money on the presidential

5    election, but then when we discussed in other states

6    that wasn't inundated with presidential dollars at

7    that point you wouldn't apply there?

8             JUSTIN LEAVITT:  There are probably 20 to

9    30 different factors that draw a turn-out, including

10   the weather on a particular day.  And respectfully

11   you've gotta look at them.  And in Georgia, you've

12   gotta look at them.

13            REPRESENTATIVE BONNEN:  Well, I think we

14   do agree.

15            MR. LEAVITT:  Okay.

16            REPRESENTATIVE BONNEN:  I think we do

17   agree that you can't hang your hat on that being the

18   factor for it not having a negative impact in Georgia,

19   just as I can't hang my hat on it being a having a

20   negative impact or not in Texas.

21            What I'm simply saying, the arguments are

22   somewhat a friendly stand off.  If you're going to use

23   it in Georgia, I suggest you ought to use it

24   elsewhere?

25            JUSTIN LEAVITT:  They do have a different



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005844

1    turn-out somewhere, but that's why we think it's so

2    important to survey eligible citizens to find out

3    who's out there who either does or does not have the

4    sort of ID you're talking about.

5              This is my primary agreement with Chairman

6    Smith.

7              REPRESENTATIVE BONNEN:  Right.

8              MR. LEAVITT:  Yes.

9              REPRESENTATIVE BONNEN:  And I agree with

10   you.  I think when you have a voter increase from,

11   Nationally speaking, with the African American

12   population from 11 to 13 percent, and then you have a

13   state that has a 30-percent increase, clearly there

14   wasn't something creating a problem.

15             Because there are other states that

16   probably had significant funds being spent to

17   encourage turn-out that didn't even have that kind of

18   a turn-out?

19             MR. LEAVITT:  I think the record on what

20   caused the turn-out and what did not cause the

21   turn-out and where it might have been is probably

22   going to have to wait for another couple of cycles

23   until we get another data on how to hash out -- bonus

24   I think that's a fair comment to make if we're going

25   to hold that comment true in all scenarios.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

176

1           MR. LEAVITT:  Thank you.

2           CHAIRMAN TODD SMITH:  Representative

3    Brown.

4           REPRESENTATIVE BROWN:  Thank you,

5    Mr. Chairman.

6           I'd like to go back to something that you

7    were explaining awhile ago about when you -- okay.

8           Let me put it this way:  Are you aware

9    that when you send in a request for a change to a

10   Voter Registration card and your information is not

11   complete, for one reason for another -- oh, well, the

12   main thing is you were saying that you fill in your

13   Social Security number and your driver's license

14   number.

15          Are you aware that if you leave both those

16   boxes blank and send it in, they will send it back to

17   you saying that it's insufficient information?  If you

18   did it a second time, they will send you another

19   letter.  If you did it a second time, they

20   automatically register you?

21          Are you aware of that in Texas?

22          MR. LEAVITT:  I'm glad to hear that's the

23   case.  That's one interpretation of federal law and

24   that is one of the interpretations that we actually

25   advocate for.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005846

TX_00031204

1              REPRESENTATIVE BROWN:  Really?

2              JUSTIN LEAVITT:  However, for those

3      people, federal law requires that you have to show

4      some form of documentary I.D. at the polls.

5              REPRESENTATIVE BROWN:  Okay.  All right.

6              JUSTIN LEAVITT:  From leave.  From the

7      broad list --

8              REPRESENTATIVE BROWN:  Okay.  All right.

9      Are you aware in that that's a letter that's sent back

10     telling you that you have insufficient information and

11     you cannot be registered, that that is used as a form

12     of identification?  That letter can be presented?

13              The Secretary of State is here in the

14     room, and she verified this the other day when she

15     testified before us.  So to me, that is the real.

16              JUSTIN LEAVITT:  I'm not aware of how

17     often that's done at all.  I was not aware that that

18     was the case under Texas law.

19              REPRESENTATIVE BROWN:  Yes, it is.

20              One other thing.  I just think that --

21     we're accused so much of trying to suppress the vote,

22     That that's the only reason that we're pressing for

23     photo IDs and trying to suppress the vote.

24              But wouldn't you agree with me that in the

25     situation that was just cited a while ago, it was a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031205

178

1    30-percent increase in turn-out, in a state that has

2    photo ID, that we are really a miserable failure if

3    that's our goal, going into these states and

4    supporting photo ID, if the turn-out is that much,

5    that we are really failing miserably?

6              MR. LEAVITT:  I do believe that some who

7    advocate this, and I certainly wouldn't accuse any

8    member of this committee of being in that camp.

9              REPRESENTATIVE BROWN:  Thank you.

10             MR. LEAVITT:  But there are some who do

11   believe that this is a means to suppress the vote,

12   however successful, and I believe that more people

13   sincerely believe that they are trying to combat a

14   problem that's out there.

15             It's just that I happen to believe that

16   they're mistaken.

17             In the Georgia case, for example --

18             REPRESENTATIVE BROWN:  I asked you:  Do

19   you agree with me that we're a miserable failure in

20   such states when the turn-out goes up that

21   significantly?

22             MR. LEAVITT:  The problem with the

23   turn-out study is you don't know how much more it

24   would have gone up if that idea hadn't been in place.

25             REPRESENTATIVE BROWN:  But when you're



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

179

1    comparing it to other states with an 11-percent

2    increase, it was such a significant increase.  It was

3    still and you still won't agree with me?

4              JUSTIN LEAVITT:  I'm afraid I wouldn't.  I

5    mean, Georgia had many problems before this election.

6    Their turn-out rate was not that spectacular leading

7    up to this election.

8              To find an improvement, I think we can all

9    be happy about the improvement, based on this election

10   and the fact that more eligible Georgians are voting.

11   I celebrate that.

12             I just simply don't know how many more

13   people would have been able to vote if that law or any

14   other law hadn't been in place.

15             CHAIRMAN TODD SMITH:  And I think I've

16   already made it clear that I think we're on the same

17   page on that issue.

18             I am sort of fabulously unimpressed with

19   either sides' arguments, especially that this marginal

20   change in our states law, in our state, comparing what

21   we currently do to what the Senate has proposed doing.

22   I am fabulously unimpressed with either sides argument

23   that this legislation would in any material way either

24   enhance or suppress turn-out.

25             And you know, we have agreed that there's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031207

180

1     not any evidence of any kind that is credible in any

2     way that would support either of those allegations at

3     this point, right?  You would agree with that?

4                 JUSTIN LEAVITT:  I would think the

5     turn-out studies have been inconclusive and that I

6     would agree.

7                 CHAIRMAN TODD SMITH:  And those studies

8     have all been based on a comparison between one thing

9     and another, that is far more stark in its contrast

10    than what we're proposing here in Texas, if we start

11    with the Senate Bill.

12                JUSTIN LEAVITT:  I believe that's right.

13    Colleagues know their studies better than I.

14                I don't think it's right to say that

15    there's no evidence that what Texas is proposing would

16    have an effect, though.

17                And that's where I'm afraid will have to

18    differ.  The turn-outs to these have been to date,

19    that's right.  They have been absolutely inconclusive.

20                The studies of both registered voters and

21    eligible citizens who do or don't have a certain type

22    of ID over -- that provides for me a more reliable

23    basis of evidence of saying who is this really going

24    to effect.

25                CHAIRMAN TODD SMITH:  And you agree that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031208

1     by providing a non-photo alternative, in addition to

2     what other means we can take would significantly

3     lessen any marginal additional burden on some voters?

4     You agree with that?

5              MR. LEAVITT:  I do.  I think it's an

6     unnecessary but relatively positive step.

7              CHAIRMAN TODD SMITH:  Okay.  And you

8     agree, also, if the goal is to insure with regard to

9     these provisional ballots, that is, many of them that

10    should count, do count, do you agree and are you

11    familiar with the way that Florida handles those

12    provisional ballots?

13             And I get this from the descending opinion

14    in the Supreme Court, where they go out of their way

15    to praise Florida in the way that they handle the

16    provisional ballots, not necessarily the legislation,

17    but the way that they handle the provisional ballots,

18    they go out of their way to strike a distinction

19    between Florida and Indiana.

20             And they refuse to go so far as to express

21    the statement that they would find the law in Florida

22    constitutional.  But in my opinion, they certainly

23    apply that they might very well, even the most liberal

24    dissenting justices.

25             Because of the fact with regard to those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031209

182

1    provisional ballots, instead of them not counting,

2    unless you go through hoops by going downtown within

3    ten days of the vote, they count automatically without

4    the voter doing anything else, unless a group of six

5    committee determines by a majority vote that this is

6    not the vote of the person who cast of the ballot?

7              Do you agree with me that the difference

8    between one route and the other route is material in

9    terms of minimizing any adverse consequences that you

10   figure in this legislation?

11             MR. LEAVITT:  I have been cautioned on

12   many occasions not to jump to quickly to phrase

13   Florida's election system and I believe with cause.

14             That said, there are all sorts of problems

15   that provisional ballots themselves cause.  And

16   create.  And I believe you'll have other witnesses to

17   testify about that as well.

18             It is unquestionably better to have a

19   system in which provisionals automatically count than

20   a system in which they don't.  And the Department of

21   Justice actually required that of Florida.  That was

22   condition under which they would declare Florida's

23   rule when Florida changed its laws, was that those

24   provisional ballots had to count.

25             There are still other states, in fact,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031210

183

1    many other states, that have their election deemed

2    their election systems secure without relying on

3    provisional ballots that accept a broad range of

4    documentation and then accept that that person is who

5    they say they are.

6              Provisional ballots -- I worry about the

7    consistency with which they're counted.  I worry about

8    the rates with which they're counted.  I worry about

9    the time and expense that it takes to count them.

10             And so I would caution about over-reliance

11   on them.  That said, it's better than the alternative

12   where they don't count at all.

13             CHAIRMAN TODD SMITH:  Representative

14   Bohac.

15             REPRESENTATIVE BONNEN:  Justin, welcome.

16             JUSTIN LEAVITT:  Thank you very much, sir.

17             REPRESENTATIVE BOHAC:  I've enjoyed your

18   testimony before in front of this committee.  I have

19   just a quick question for you.

20             What if we could put the photograph of the

21   individual on the voter card?

22             JUSTIN LEAVITT:  On the Voter Registration

23   Certificate you mean?

24             REPRESENTATIVE BOHAC:  On the Voter

25   Registration Certificate.  Because we really do have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031211

1     Voter ID now.  I mean, we do, right?

2               JUSTIN LEAVITT:  Yeah, you require one of

3     the broad range of documents in order to show your

4     identity.  That's absolutely right.

5               REPRESENTATIVE BOHAC:  But we just don't

6     have photo ID now?

7               JUSTIN LEAVITT:  But we do have Voter ID.

8               REPRESENTATIVE BOHAC:  What if we could

9     take the person's photograph and put it on the Voter

10    Registration Certificate?  Would that be acceptable to

11    you?

12              MR. LEAVITT:  If you're going to require

13    that Voter Registration Certificate and didn't allow

14    other documentation, I'd have to come back and say,

15    no, that, too, would be an improvement.  It would help

16    as Andrew Young, as Ambassador Young mentioned, it

17    would help other people get identification when they

18    don't currently have photo ID.

19              I would worry a little bit there, too,

20    about the cost and expense and administerability.

21              But the point that you make about Texas'

22    current system, I think, is entirely valid.  Texas has

23    a voter law today that requires people to show one of

24    a range of documents, and it requires you to show your

25    registration certificate if you have it, and if you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

185

1    don't, it allows you to arrive with any number of

2    others.

3              Putting an ID on a Registration

4    Certificate is great if you've got that Registration

5    Certificate on you.  But Texas law very sensibly today

6    says if you don't happen to have your Registration

7    Certificate on you, we'll allow you to vote with one

8    of these other forms of ID.  And I think that current

9    safeguard is a sensible safeguard that Texas has

10   decided on.

11             So putting a photo on -- if you require

12   that that be the only ID that the voter can present,

13   then I would think that would cause problems, just

14   like requiring just a driver's license, just like

15   requiring just any single kind of ID.

16             REPRESENTATIVE BOHAC:  What if we assume

17   for a moment that everybody did have a voter card.

18   Would putting the photograph on that and making that

19   the sole item that you could present to vote and

20   everybody has one and they always have it on them --

21   would that be okay?

22             MR. LEAVITT:  It's hard to answer

23   questions about a fictional system or a hypothetical

24   system.

25             REPRESENTATIVE BOHAC:  I appreciate the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031213

186

1    question.  You're testifying on a fictional system

2    now.

3              I mean, the whole testimony is based on a

4    fictional system that we may or may not implement.

5              MR. LEAVITT:  Which is why I try to keep

6    my testimony as grounded in real fact that we've

7    investigated as I possibly can.  Talking about the

8    studies that have been done.  Talking about the rates

9    of fraud that we have seen.

10             It's very difficult to say, you know.  If

11   everybody had the sort of ID that were required and

12   everybody carried it were them at all times and

13   everybody showed it to a co-worker and nobody were

14   sent home without being able to vote as a validate

15   caused, then I wouldn't be here because I wouldn't be

16   concerned about that system.

17             But I'd be very concerned that if you put

18   a rule like that in place, it would not be implemented

19   such that everybody had and everybody carried and

20   everybody presented and everybody got to vote.

21             REPRESENTATIVE BOHAC:  If they could --

22   and this is my final question to you, let's assume

23   that everybody had one and there was a photograph on

24   the registration card, that that was the medium we

25   used -- would that make competence in the system



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031214

1      greater or less than or the same?

2              MR. LEAVITT:  The only evidence that I had

3      seen about voter confidence in the system shows that

4      it would not matter.  The only evidence that I have

5      seen is the study the very same state that

6      Representative Anchia decided.

7              It was a national study.  It was done with

8      significance assistance.  It was a national study and

9      it was done all over the country.

10             And it said, how do you feel?  How

11     confident do you feel that there's been no fraud?  How

12     confident do you feel that there's been no

13     registration fraud?  How confident do you feel that

14     there is no impersonation fraud?

15             And I asked the question five different

16     ways.  And they found no correlation whatsoever

17     between the type of ID people were asked for and how

18     confident they felt.

19             So if you asked me would that make people

20     feel more secure, the only data that I have says

21     people would feel exactly the way they feel today.

22             REPRESENTATIVE BOHAC:  Thank you, Mr.

23     Leavitt.  I appreciate it.

24             CHAIRMAN TODD SMITH:  We're at 35 minutes

25     now.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

188

1            Mr. Heflin, do you have a quick one?

2            REPRESENTATIVE HEFLIN:  A few quick ones.

3            I think you gave Ms. Trautman seven

4    minutes.

5            CHAIRMAN TODD SMITH:  I think you've

6    already used it several times.

7            JUSTIN LEAVITT:  Mr. Fund testified ahead

8    of schedule.

9            JUSTIN LEAVITT:  I'm also happy,

10   Mr. Chair, if you want to revisit some of the

11   questions that you asked of Ms. Trautman, I'm happy

12   to --

13           CHAIRMAN TODD SMITH:  In order to be fair

14   to the way this committee has been laid out, and I'm

15   going much beyond the same amount of time that all the

16   rest of the witnesses are going to have, but I'm going

17   to give you some leeway.

18           Okay.

19           REPRESENTATIVE HEFLIN:  Justin, have you

20   read the bill that's before us today?

21           JUSTIN LEAVITT:  I have.

22           REPRESENTATIVE HEFLIN:  Now, as to the

23   places mail-in ballots -- is there anything in this

24   bill that would correct the possibility or probability

25   of fraudulent or improper mail-in ballots?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

189

1          JUSTIN LEAVITT:  Not that I've seen.

2          REPRESENTATIVE HEFLIN:  As far as to this

3     bill -- is there anything that in this bill that will

4     go beyond what we're doing today that would solve or

5     improve the voter impersonation?

6          JUSTIN LEAVITT:  No.  I mean, I don't

7     believe that voter impersonation could be a problem,

8     no.  I don't believe it needs solving.

9          REPRESENTATIVE HEFLIN:  So, now, do you

10    believe that if we go to the bill that we're proposing

11    that's before us today, that there will be a

12    substantial cost to produce an identification for

13    every citizen?

14          JUSTIN LEAVITT:  I believe there will

15    certainly be a cost to produce the identification.  I

16    actually think your most serious cost is most likely

17    to be in the sort of training that you had mentioned

18    in earlier testimony.

19          You have now a system that's relatively

20    straightforward, and under this system you'd be

21    depending on a lot of co poll workers across the

22    state, which is quite expansive to make a lot of

23    choices individually about whether a document was or

24    was not good enough or was or was not on the right

25    list.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031217

190

1           I don't know if studies have been done

2     about the increased cost of training or has gone to a

3     more complex system.  When I worry about other

4     additional complexities introduced, I worry that the

5     costs are going to go up.

6           REPRESENTATIVE HEFLIN:  Do you think that

7     it would be difficult in the State of Texas under our

8     current law for voter impersonation to take place with

9     that one inept poll worker?  Or cooperation from the

10    poll worker?  Would that be an unfair statement?

11          JUSTIN LEAVITT:  No.  I think that would

12    be very fair.  I think you have insider help, unless

13    you have somebody who's not doing their job, which is

14    in part why it doesn't happen.

15          REPRESENTATIVE HEFLIN:  Do you believe

16    that if we had the voter and they didn't have their

17    identification at that time or came back, even came

18    back with their identification that they signed an

19    Affidavit saying they were, in fact, the person that

20    they represented themselves to be would that

21    disenfranchise voters or would that allow us to target

22    potential fraud?

23          JUSTIN LEAVITT:  I think it would allow

24    you to actually target potential fraud and here's why:

25    Affidavits, assuming that they're implemented



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031218

191

1   correctly, which is a big assumption.  People have to

2   know that the Affidavit is actually an option and

3   that's been tricky.

4            Other states have used that sort of system

5   and has said, essentially, if it's good enough for

6   court, if it's good enough for you to swear to

7   something before a court of law and we're going to

8   make legal decisions based on that every day, then

9   it's good enough for the vote.

10           And having accepted that Affidavit and

11   having been able to follow up with it, there have been

12   concerned about either identity or eligible because

13   that's an additional paper trail that's available.

14   And it doesn't send anybody home because as

15   Representative Bohac was saying, everybody arrives

16   with the means to sign that Affidavit.

17           REPRESENTATIVE HEFLIN:  Let me give you

18   two scenarios and answer which one you think would be

19   the most disenfranchising.

20           If you went to vote and you saw a huge

21   sign that said if you vote and you're not qualified,

22   but to jail or if you were handed a card and says

23   here's what you need to do to vote next time.  An

24   education process that would enhance voter

25   participation as opposed to stop voter participation.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

192

1        Do you believe you could actually
2   disenfranchise through the negative at signages as I
3   described?
4        JUSTIN LEAVITT:  I certainly believe that
5   there are ways to implement a program of trying to
6   ward people away from the polls as ineligible, as
7   well.  Yes.  I certainly believe you will get
8   unnecessarily scared off depending how you do it.
9        There are ways to intimidate.  Certainly
10  there are many states that have seen their share of
11  those through signage at the polls, trying to keep
12  people away, even when they were perfectly eligible.
13        REPRESENTATIVE HEFLIN:  Thank you for your
14  testimony.
15        JUSTIN LEAVITT:  One other note, very
16  quickly on the Affidavit that you mentioned:  Texas
17  voters today, as I understand it, already swear that
18  they are who they say they are.
19        And so to some degree, that paper trail is
20  similar to what I'm talking about.  The signature on
21  the poll log, that already exists to some degree.
22        CHAIRMAN TODD SMITH:  Representative
23  Anchia.
24        REPRESENTATIVE ANCHIA:  Sir, if we were to
25  move to a photo ID requirement, you think it would be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031220

193

1    important to avoid disenfranchising folks that people

2    could swear that they did not have ID in order to

3    vote, but that they were the person in the poll vote

4    or they were the person on their Voter Registration

5    Certificate in front of witnesses, the same kind of

6    Affidavit that they'd swear in court and then vote a

7    regular ballot?

8              Do you think that would avoid

9    disenfranchising people?

10             JUSTIN LEAVITT:  To be very clear:  I

11   don't want to recommend that you move to a photo ID

12   requirement.  I don't think that it is necessary.

13             If you would choose to do so, I think that

14   would a very substantial safeguard.  It's the very

15   system that the state of Michigan has implemented.

16             REPRESENTATIVE ANCHIA:  And you'd be able

17   to go back and you'd have a signature on file.  You'd

18   have witnesses who saw this person.

19             Heck, you could even take a picture of the

20   person at that point and say, okay, you don't have ID.

21   The state could furnish ID at that point to that

22   universe of people who had to swear the vote saving

23   provision, right?

24             JUSTIN LEAVITT:  Yes.

25             CHAIRMAN TODD SMITH:  This witness is at



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005863

TX_00031221

194

1    39 minutes, and however long he goes is however long

2    every other witness for the rest of the day is going

3    to have.  We're going to be here a long time.

4              REPRESENTATIVE ANCHIA:  Can I ask you a

5    couple questions about the bill?  You said you read

6    it.

7              JUSTIN LEAVITT:  Yes.

8              REPRESENTATIVE ANCHIA:  I was concerned

9    about a couple of the facets of the bill and the

10   workability.

11             The only notice provision I saw was in

12   Section 15.005.  This is notice to the public.

13             It says that the notice was going to be on

14   the Voter Registration Certificate.  And I went and

15   pulled my old Voter Registration Certificate and

16   looked at the back of it and looked at the font size.

17   And I think it's about in six point font right now.

18   Everything is in English and Spanish.

19             If you were to add notice on the back of

20   the certificate, the font size might go down to 3 or 4

21   point font.

22             Do you want to talk about any ADA

23   questions or HAVA questions problems there?

24             JUSTIN LEAVITT:  There are certainly

25   administerability questions.  This is part of why I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031222

195

1    get concerned.  The more complex the law is, the more

2    you have to explain to voters, the more you have to

3    pack into very small print.  The other extensive

4    mailing.

5              I believe the bill also mentioned that

6    there would be notice of the requirement on websites

7    and I'm not sure how many people proactively checked

8    the county websites.

9              Usually there will be things that we urge

10   anyone passing new legislation to work out and test

11   ahead of time to make sure that it is actually

12   workable before you sign it into law.  And that's a

13   practice to we urge across the board.

14             REPRESENTATIVE ANCHIA:  I think there are

15   250 counties in the state, and I believe 81 is

16   websites, just out of, you know, I think those are the

17   numbers that we looked at.

18             So, putting something on a website doesn't

19   cover all the counties in Texas, and then there's the

20   question about how many people have Internet access.

21   And yet another problem.

22             CHAIRMAN TODD SMITH:  All right.  We're

23   done.

24             Representative Anchia, you can stop.

25   41 minutes.  We're going back to the original rule of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031223

196

```
 1      30 minutes each because one witness on one side was

 2      cut off and you give his time to the other side.

 3              I don't think anybody would suggest that

 4      that's a fair way to handle this hearing.  And I've

 5      been trying to make sure that it's equally distributed

 6      between witnesses on both sides.  And to the extent

 7      that we --

 8              REPRESENTATIVE ANCHIA:  I'm happy to be

 9      here as long as we need to, so long as we're getting

10      questions answered.  And I don't think you would

11      suggest that my questions are not relevant.

12              CHAIRMAN TODD SMITH:  No.  What I'm trying

13      to do is stick with the agreement that was had in

14      advance of the hearing that we would hear from all

15      these witnesses to an equal extent and be out of here

16      in time for people to get a night's sleep because of

17      the fact that we're going to be up all night tomorrow

18      night.

19              REPRESENTATIVE ANCHIA:  I understand that,

20      but I think what we agreed to was with ten minutes for

21      each witness, but I don't think we agreed to any time

22      limit on the questions.

23              CHAIRMAN TODD SMITH:  We agreed there

24      would be 30 minutes' of questions.  That was the

25      agreement.  Per witness.  And this gentleman is at 40
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031224

197

1        now.  Because apparently another witness on the other

2        side of the issue wasn't here long enough to answer

3        the full period of questions.

4                 And I've allowed it, but I'm not going to

5        allow it.  We're not going to just take them one at a

6        time and be here all night.

7                 REPRESENTATIVE ANCHIA:  I don't think that

8        was universally understood as an agreement.

9                 I understood there would be a ten-minute

10       layout of the front and that was the agreement.

11                CHAIRMAN TODD SMITH:  So you thought it

12       was ten minutes and people would ask as many questions

13       as they wanted to?  You don't know why --

14                REPRESENTATIVE ANCHIA:  As many questions

15       as you deemed.  That's right.

16                CHAIRMAN TODD SMITH:  Well, that's not the

17       agreement.  So you misunderstood it.

18                We're going to have 40 minutes of

19       testimony per witness, ten minutes to say whatever

20       they want, and 30 minutes for the members on the

21       panel.  And I think I was quite clear in talking about

22       all the members.

23                Because of that constraint, we're going to

24       have to be respectful.  You don't remember that

25       discussion?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005867

198

1                  REPRESENTATIVE ANCHIA:  Well --

2                  CHAIRMAN TODD SMITH:  Respectful of the

3       members on the committee for everybody to ask the

4       questions --

5                  REPRESENTATIVE ANCHIA:  I don't think my

6       question's have been disrespectful of anybody,

7       Mr. Chairman, including yourself.

8                  CHAIRMAN TODD SMITH:  No.

9                  REPRESENTATIVE ANCHIA:  I tried to be very

10      respectful.  I just think it enhances the process if

11      we can get our questions answered, and I don't think

12      there's any downside to it.

13                  If you're going to cut me off, that's

14      fine.  But in the past, in any of our hearings in the

15      past, we've never had this type of time limit of

16      questions being answered.

17                  CHAIRMAN TODD SMITH:  Because we've never

18      operated under the constraint of trying to get out of

19      here by a certain period of time so that these members

20      can have a full night's sleep before they stay up

21      tomorrow night.

22                  I think that was clear at the beginning of

23      the hearing, Mr. Anchia, and it's applied equally to

24      both sides.

25                  It has been my intent to get out of here



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031226

199

1      by a particular time and make sure that the testimony

2      is evenly distributed and the number of questions

3      asked by both sides is evenly distributed.

4                 That means --

5                 REPRESENTATIVE ANCHIA:  Are we behind on

6      your schedule?

7                 CHAIRMAN TODD SMITH:  Well, what we have

8      done to this point is taken some of one witness' time

9      on one side of the issue and given it to another

10     witness on the other side of the issue.

11                REPRESENTATIVE ANCHIA:  But I still think

12     we're on schedule.  If the goal is to finish by

13     midnight, I still think we're on schedule to finish by

14     midnight.

15                CHAIRMAN TODD SMITH:  Well, do your

16     calculations in terms of the number of witnesses that

17     we have left on the proposal, which I have framed

18     which is 40 minutes per witness, and the count for

19     extra time for people like Ms. McGeehan to answer any

20     questions as a resource witness, and the extent your

21     questions, I'll be glad to evenly distribute the

22     balance of time between all the witnesses that are

23     here to testify today.

24                Thank you.

25                JUSTIN LEAVITT:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                    April 6, 2009

200

1          CHAIRMAN TODD SMITH:  I do appreciate your

2     testimony, and I think all of the members of the

3     committee were benefitted by your testimony.  Thank

4     you very much.

5          JUSTIN LEAVITT:  Thank you very much.  I'm

6     also happy to answer additional questions in writing

7     if the committee wishes.

8          CHAIRMAN TODD SMITH:  Thank you.  Thank

9     you Mr. Leavitt.

10          At this time the chair calls Michael

11     Ertel.

12          MICHAEL ERTEL:  Good afternoon,

13     Mr. Chairman.  I'm Michael Ertel, supervisor of

14     elections of Seminole County.

15          CHAIRMAN TODD SMITH:  And you're here to

16     testify neutral on Senate Bill 362; is that correct?

17          MICHAEL ERTEL:  Right.  I'm an election

18     official.  I, pretty much, try to think neutral.

19          But I do want to start off by saying that

20     I'm here for the Florida Elections Committee.  I'm

21     here to try to help.

22          CHAIRMAN TODD SMITH:  Sure.

23          MICHAEL ERTEL:  And everyone always wants

24     help from Florida.

25          You know, it takes -- and I've been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031228

201

1     listening throughout this and I've loved the serve and
2     the volley -- it takes a very long time to build a
3     good reputation, and it takes just one election, one
4     incident, one thing to ruin it.
5                    I'm a Florida Elections Official.
6                    CHAIRMAN TODD SMITH:  How would you know?
7                    MICHAEL ERTEL:  I was not in 2000.  I've
8     been here since 2005.
9                    But, you know, I wanted to talk a little
10    bit about the process that you do and you had
11    mentioned it earlier, Chairman, and I think by the
12    way, that you've done a great job in reading the
13    articles preceding this.  You've done a great job
14    being very measured about the process that you're
15    doing.
16                    Because it's something that no matter what
17    anybody says, someone is going to claim that this leg
18    is trying to do this, and we're really just the guys
19    in this committee.  With this hat on.  In our role as
20    administrators, we're just the guys with the black and
21    white stripes on.  We're not the referees.
22                    So I wanted to talk a little bit about the
23    process that we use for provisional ballots.  And you
24    mentioned earlier.
25                    I brought a copy of one of our provisional



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005871

202

1       ballot envelopes.  If a voter comes tone the voting

2       booth and they forget their ID, and let me actually

3       back up.

4                   In Florida on an application, you can

5       state that you do not have a driver's license.  You

6       can state that you do not have a Social Security card.

7       And you can still become a registered voter.

8                   So you can claim that I have none of those

9       and we can still register you to vote.  We get you all

10      signed up.  We get your signature on file.

11                  So then you go to the polls.  And at the

12      polls, let's say you still don't have that driver's

13      license and you still don't have any other form of ID.

14      You can still vote.

15                  And through the provisional ballot method,

16      it's our fail safe method.  It's a method that insures

17      that everybody has an opportunity to vote.  It keeps

18      our poll workers who work, one day a year, maybe two

19      days a year.

20                  It keeps our poll workers from having to

21      make a snap decision from somebody that's standing in

22      front of them that does not have an ID.  And perhaps

23      they're embarrassed that they don't have an ID because

24      they forgot it at home.

25                  Perhaps they've been told by somebody that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005872

203

1    they can't vote because they don't have an idea and

2    they're just going to the polls.

3              They waited in line for 30 minutes and

4    they get up there and then they're told they don't

5    have an ID.  So we let them vote.  We always, always,

6    let them vote.  But we gotta verify they have the

7    ability and the eligibility to vote.  And the way we

8    do that is with our provisional ballot process, which

9    is a great process.

10             And as you'd mentioned before, it's one

11   that the voter themselves does not then have to come

12   back to our office and say, see, look, this is me,

13   this is me.  They can simply go there, they fill out

14   their ballot, we've got a copy of one of our ballots,

15   not an official, a turn- in ballot.

16             They fill out the ballot.  They put it in

17   this envelope.  In the secrecy sleeve.  They put it in

18   here.  They seal it up in front of our poll workers,

19   and they fill out some information on the outside.

20             Our canvassing board, which each of our

21   election supervisors are a member of, unless we're on

22   the ballot ourselves.  Our canvassing board, which

23   consists of a judge, a County Commissioner and the

24   Supervisor of Elections.

25             If any of the county commissioners,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005873