Hearing                                                        April 6, 2009

204

1        normally have taken a side in any of the races that

2        are on the ballot, we don't let them become part of

3        the Canvassing Board.

4                    So we have a very clean Canvassing Board.

5                    We take a look at this and we compare the

6        signature on the provisional ballot envelope that they

7        filled out at the polls to the signature that they

8        have on their Voter Registration status that we have

9        at the office and they're scanned in.

10                   And if the scan at the office is a little

11       fuzzy for some reason, because the quality of the

12       scanner, the day in 1984 when it was scanned in, then

13       we go back when.

14                   And we have the paper record because we

15       still have everybody's paper Voter Registration.  We

16       look at that and we compare the signatures.

17                   And if they match, the voter doesn't have

18       to do anything.  And we let the voter know whether or

19       not it was a match or it wasn't a match.

20                   The voter leaves the voting both this

21       little receipt.  It says call our office.  Here's the

22       process we go through.

23                   It's a system that gives our voters a

24       sense of confidence that everything is going to be

25       fine have that there's a system in place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005874

TX_00031232

205

1          And so this process for folks that don't
2    have their driver's license, for instance, and might I
3    add, that of our voters, we used -- more than
4    95 percent of our voters used uses a driver's license
5    when they go to the polls because that's, you know,
6    one of the required forms of ID.
7          Everybody has a driver's license or a
8    Florida ID, if not, then there's other forms of ID
9    that they can use, as well.
10         But with more than 95 percent of our folks
11   using a driver's license, we also find that it's for
12   the poll workers easier to train.  Because 95 percent
13   of your customers -- and I say to our poll workers --
14   explain that running an election, running a voting
15   precinct is a lot like running a restaurant.
16         Our whole goal is to see them, feed them,
17   get them out, so the next person can get in there, go
18   to the voting booth, get out of the parking spot so
19   another voter can get into that very same parking lot
20   spot.
21         If our poll workers are looking at the
22   very same form of ID, 95 percent of the time, it's a
23   driver's license, they know exactly where are to look
24   for the signature have they know exactly where to look
25   for the expiration date.  They know exactly where to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005875

TX_00031233

206

1      look for the photo of the voter.  So they can see.

2      Okay, it's easy, it's quick, it's simple.  It's almost

3      route by that point.

4              But, again, if the voter forgets their ID

5      on election day, which happens, it happens a lot, if a

6      voter forgets their ID on election day, they simply

7      fill out this, they don't have to call our office.

8      They can if they choose to.

9              They can then come into our office on the

10     next day and say, by the way, here's a photo copy of

11     my driver's license.  I'm sorry.  I didn't have it,

12     and the Canvassing Board makes the decision.  And the

13     Canvassing Board, interesting about this, a Canvassing

14     Board makes the decision at a public meeting that's

15     open to the public.

16             And you all are all elected officials, you

17     know this.  Every single time there's an elected

18     official election, at least, 50 percent of the

19     candidates lose.  Those 50 percent that lose usually

20     don't want to always blame their own campaign.

21             So we'll have folks come into our can

22     advancing boards meetings where these determinations

23     are made.  In fact, the determination being made at a

24     Canvassing Board meeting at the eligibility of this

25     voter is seen by more folks that have a vested



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005876

TX_00031234

207

1    interest in the process of losing candidates.

2              It would be made if it were just done at

3    the polls where a poll worker says, no, I don't think

4    so.  Go home.  You can't vote.

5              So it's a great process.  It's fail safe.

6    It makes our candidates feel better.  It makes our

7    voters feel a whole lot better, and it's a more secure

8    process, I believe.

9              And I'll go ahead and shut my trap.

10             CHAIRMAN TODD SMITH:  Okay.  I want to

11   just nail some things down and be as clear as we can.

12             Florida currently requires a photo ID to

13   vote if you don't, you do this particular ballot?

14             MICHAEL ERTEL:  Exactly.

15             CHAIRMAN TODD SMITH:  Okay.  In other

16   words, it's a more onerous or more progressive, if you

17   heard the testimony of the earlier gentleman, form of

18   identification than what is proposed by the Texas

19   Senate in that they can allow either a photo or two

20   non photos?

21             MICHAEL ERTEL:  I read the Senate Bill at

22   length.  And there are more options for different

23   various styles, like, you know, concealed weapons

24   permit, things like that that we do not have in

25   Florida.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005877

TX_00031235

208

```
 1              After this legislative session, I believe
 2      we'll be down to like five forms of ID.
 3              CHAIRMAN TODD SMITH:  You can't cast a
 4      non-provisional ballot in Florida unless you have a
 5      photo ID?
 6              MICHAEL ERTEL:  You got it.
 7              CHAIRMAN TODD SMITH:  Okay.  In Texas?
 8      Provisional would allow you to cast a regular ballot
 9      without a photo ID in Texas; is that correct?
10              MICHAEL ERTEL:  Yes, as I read your bill
11      and if it goes through, then yes.  The Senate Bill,
12      pardon me.  That's right.
13              CHAIRMAN TODD SMITH:  Okay.  Do you know,
14      since you have had a requirement that the voters have
15      a photo identification, how many provisional ballots
16      have been cast statewide as a percentage of total
17      ballots casts?  Do you have any information?
18              MICHAEL ERTEL:  Well, I can tell you about
19      our county.  In our counties this past year, we had
20      during the presidential elections, where we -- we have
21      400,000 folks in our county.  We have 264,000
22      registered voters.
23              CHAIRMAN TODD SMITH:  264?
24              MICHAEL ERTEL:  Well, 264,366, well, give
25      or take one.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031236

209

1          CHAIRMAN TODD SMITH:  Okay.

2          MICHAEL ERTEL:  So that many.  And we had

3     well over 200,000 folks actually go to the polls.  We

4     had a 798 percent turn-out in Seminole County.

5          Of that, we had 244 folks that came -- I'm

6     sorry, 740 folks came to the polls and had to fill out

7     a provisional ballot.

8          CHAIRMAN TODD SMITH:  Because they didn't

9     have the proper identification?

10         MICHAEL ERTEL:  Not only because they

11    didn't have the proper identification.  For a myriad

12    of reasons.  Most of the reasons, more than 500 of

13    those folks that didn't have it were because they

14    weren't registered voters.

15         This past election was an election --

16         CHAIRMAN TODD SMITH:  Well, you don't have

17    any availability to know how many of that 740 people

18    were cast canning a ballot because they didn't have

19    the proper identification?

20         MICHAEL ERTEL:  14.

21         CHAIRMAN TODD SMITH:  14 okay.

22         MICHAEL ERTEL:  But most of them were,

23    again, because this is an election where there's a

24    high turn-out because the number of folks that are

25    that are going to turn-out.  Not only registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031237

210

1     numbers went up, of course the percentage of voters,
2     also, remained around the same.
3                    CHAIRMAN TODD SMITH:  14 out of 200,000
4     voters?
5                    MICHAEL ERTEL:  Yep.
6                    CHAIRMAN TODD SMITH:  And at that point in
7     time those ballots go to the signature board or what
8     you call the Canvassing Board?
9                    MICHAEL ERTEL:  The Canvassing Board.
10    Correct.
11                   CHAIRMAN TODD SMITH:  Do you know how many
12    of those 14 ballots were counted because of the way
13    you compared signatures?
14                   MICHAEL ERTEL:  I'm sorry.  It was 14 --
15    pardon me if I misspoke.  It was 14 that were not
16    counted because of the way we compare signatures.
17                   There were a total of -- well, because we
18    only -- if we count them we don't have the number on
19    how many of those that we ended up counting.  But most
20    of them we ended up counting, I think was 224, I
21    think.
22                   CHAIRMAN TODD SMITH:  Okay.  14 does not
23    count because there was no match of a signature.
24                   MICHAEL ERTEL:  The signatures did not
25    match.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031238

211

1          CHAIRMAN TODD SMITH:  You don't know of

2     the 740 how many were because they did not have the

3     proper identification?

4          MICHAEL ERTEL:  I think -- actually, I do

5     the numbers here.  Hold on one second.

6          We had 740 total provisional ballots and

7     of those 227 counted.

8          Of the ones that did not count, 475 of

9     them was because they were not registered in the state

10    of Florida.

11         Three of them not registered within the

12    correct jurisdiction, and 16 of them, because they

13    were showing up at the wrong precinct to vote and they

14    voted where they worked instead of where they lived.

15         And then we had the 14 that were rejected

16    for the purpose of the provisional ballot not

17    mentioned not because of the signature that they had.

18         CHAIRMAN TODD SMITH:  My question is:  How

19    many people that cast provisional ballots that were

20    counted?

21         MICHAEL ERTEL:  227.

22         CHAIRMAN TODD SMITH:  Because their

23    signature matched?

24         MICHAEL ERTEL:  Right.  227 for almost all

25    the reasons that we would be, was for lack of taking



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005881

212

1      your ID to the polls.

2              CHAIRMAN TODD SMITH:  Okay.  We're still

3      not -- I'm not getting.  What I want to do, if you

4      can, is take all the provisional ballots and segregate

5      all the portion that relates to people not having the

6      proper identification, only, whether they counted or

7      not.  What number is that?

8              MICHAEL ERTEL:  Only because they don't

9      have the proper ID, I can't break that down.  We do a

10     report to the EAC and so I've got the numbers here

11     that we break down.

12              227 of them counted.  A vast, vast, vast

13     majority of those were because they did not have a

14     proper ID at the polls.

15              And the reason we can say this with

16     certainty is because it was a general election that

17     I'm talking about.

18              In a primary election there will be folks

19     that go to the polls who are perfectly registered

20     voters.  Registered as a member of -- they're an

21     independent party or no party affiliation.  They want

22     to vote for a primary candidate of their choice.  So

23     they fill out a provisional ballot --

24              CHAIRMAN TODD SMITH:  So when you say the

25     vast majority of that 227 that counted was because



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005882

213

1     they did not have the proper ID --

2                MICHAEL ERTEL:  Right.

3                CHAIRMAN TODD SMITH:  Can you give me your

4     best judgment of that 227 you --

5                MICHAEL ERTEL:  I would say well over 85.

6                CHAIRMAN TODD SMITH:  85 percent?

7                MICHAEL ERTEL:  Yes.  More than

8     85 percent.  And I feel very confident with that.

9                CHAIRMAN TODD SMITH:  Okay.  So if you say

10    85 percent of 227, of that number, 14 didn't count,

11    unlike what we saw in Indiana?  A very tiny proportion

12    of the number of votes casts versus the number in

13    Indiana where many of them did not count in order to

14    handle provisional ballots?  Is that fair?

15               MICHAEL ERTEL:  We're very proud of the

16    way we do it in Florida.

17               CHAIRMAN TODD SMITH:  And do you think

18    that what's happening in your county is representative

19    of what happens in counties across the state or does

20    that vary dramatically by county?

21               MICHAEL ERTEL:  It does not vary

22    dramatically by county.

23               Now, there will be and this is one of the

24    elements of the provisional ballot thing, is that

25    establishing the poll worker into who receives the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031241

214

1     provisional ballot is varying from every single

2     precinct, from precinct to precinct to precinct.

3                   CHAIRMAN TODD SMITH:  Okay.  In terms of

4     the just the --

5                   MICHAEL ERTEL:  And that's the beauty of

6     the fail safe, in that we received the provisional

7     ballots and we can make -- even if they a voter should

8     not have received a provisional ballot for a

9     particular reason, we're able to then make a more

10    measured decision back at office instead of having our

11    poll workers make a snap decision at the polls.

12                  CHAIRMAN TODD SMITH:  Is there any

13    controversy in the state of Florida, either from the

14    right or from the left, if the concern from

15    conservative voters that because you simply have to

16    have a signature match and all these votes are counted

17    automatically, that people that are not legally

18    entitled to vote are being able to vote?

19                  And is there a concern on the left that,

20    you know, this is still somehow a disenfranchising

21    legal voters?  Any controversy in Florida about the

22    signature?  The way you handle the signature?

23                  MICHAEL ERTEL:  No.  And I'll tell you,

24    for the State Association of Supervisors, I'm the

25    media guy.  I distribute all the media articles that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031242

215

1    are out there about elections.  I do a little Monday

2    morning thing.

3              And I haven't seen any.  And so I'm an

4    avid reader of the process.

5              CHAIRMAN TODD SMITH:  And we've got 14

6    people in your county out of the 200,000 that voted.

7    Those are the only ones that can even be argued are

8    potentially legal voters that are not being allowed to

9    vote; is that correct?

10             MICHAEL ERTEL:  And it's a lot like the

11   absentee process where if a voter's signature changes

12   from the time that they've initially registered to

13   vote to the time that this ends up in front of us, if

14   that voter's signature changes -- I've been registered

15   to vote since 1988.  I'm 39.  So my signatures changed

16   quite a bit, you know, especially from 18 to 39.

17             So if the signature is that vary and that

18   wildly different, that could be the cause of it.

19             And that's what we communicate in almost

20   everything we do throughout an election year, and, in

21   fact, it's in our state turn-out study, that at a

22   minimum every general election year, we put an ad in

23   the newspapers, saying, update your signature.  Call

24   the Elections Office.  Update your signature.

25             CHAIRMAN TODD SMITH:  Now, my



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031243

216

1    understanding of the standard that you use is that it

2    doesn't require the signatures to match.  A majority

3    of the Canvassing Board has to conclude that it's not

4    likely the same signature that was on the

5    registration; is that correct?

6                MICHAEL ERTEL:  Correct.

7                CHAIRMAN TODD SMITH:  So they can take

8    into consideration the age of the person and the

9    difference in the point in time at which they signed

10   the original ballot?  It doesn't require a match, does

11   it?  They've got to conclude that it's likely not the

12   same person?

13               MICHAEL ERTEL:  Right.  Correct.

14               Now, I won't let my Canvassing Board of

15   which I'm not a member take inspect to account the age

16   because I think that that is giving one person an

17   additional heads-up that, you know, an additional, you

18   know, push that other folks would not be able to get.

19               So we don't take into account age.  We

20   simply look at the signature.  Does this signature

21   match?

22               It doesn't have to be a perfect match.  I

23   don't have to write Michael Christopher Ertel on Ertel

24   on my Voter Registration Application back in '88 and

25   then now have -- where my signatures just pure chicken



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031244

217

1     scratch.

2               As long as the "M" matches, for instance,

3     or the "E" matches.  We look for things that say, this

4     is the same person.  They're signature may have

5     declined over the last several years, but it's

6     obviously the same person.

7               CHAIRMAN TODD SMITH:  Okay.

8               Representative Heflin.

9               REPRESENTATIVE HEFLIN:  Okay.  On the

10    provisional ballots, once you started the process, how

11    do you go about educating the public on the

12    availability of the provisional ballots?

13              MICHAEL ERTEL:  Our provisional ballot if

14    there's a voter that has an issue at the polls, it's

15    one of our education on-site things.

16              If there's a voter that has an issue at

17    the polls, we take the voter off to the side.  We have

18    one of our poll workers.  He's especially trained

19    solely for the purpose of issue voters.

20              By issue voters, I mean voters who have

21    forgotten ID.  Voters who walked into the wrong

22    precinct.  And we can look them up on the database and

23    say actually you go vote over there.  So we educate

24    them on that.

25              REPRESENTATIVE HEFLIN:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031245

218

1                    MICHAEL ERTEL:  So even if they walk into

2         our polling location without any knowledge of the

3         elections process because they haven't read the paper,

4         they haven't checked the myriad of mail we've given

5         them, we've helped them on-site.

6                    And the provisional ballot envelope that

7         we give them has all the information that they need on

8         it, including, so they don't have to read it all

9         on-site, a little take away so they can go home and

10        say.  Okay, here's the number.  Each ballot envelope

11        has the serial number on it.

12                    So it's something that I, as a former

13        communicator, will think about over-communicating

14        beforehand on-site and afterwards.

15                    REPRESENTATIVE HEFLIN:  And how much

16        training do you give your poll workers?  How much time

17        do you allow for each --

18                    MICHAEL ERTEL:  Our poll workers -- it

19        depends on the job that they have.

20                    REPRESENTATIVE HEFLIN:  Okay.

21                    MICHAEL ERTEL:  The most poll workers that

22        you see when you go into the polls on election day are

23        what we in Seminole County call our inspectors.

24                    REPRESENTATIVE HEFLIN:  Okay.

25                    MICHAEL ERTEL:  They're the ones that will



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005888

TX_00031246

219

1    walk up, you fill out the information in the book, and

2    they find your name in the book and they help you out

3    that way.

4              We give them 3 hours of training.  Per

5    election.  So for instance, in this past election

6    cycle, we had a presidential preference primary, and

7    then the general.

8              They were trained for every single

9    election.

10             REPRESENTATIVE HEFLIN:  3 hours?

11             MICHAEL ERTEL:  Very repetitive.  Very

12   redundant training to make it fun.

13             REPRESENTATIVE HEFLIN:  Now, I represent a

14   rural district.  My district is actually larger than

15   nine states.  So can you imagine.  I have a lot of

16   older citizens.  Everybody knows everybody.

17             Do you have a provision where if the poll

18   worker signs a Personal Knowledge Affidavit of yes,

19   this is Mrs. Jones and yeah, she forgot her -- is that

20   an ID provision that would work?

21             MICHAEL ERTEL:  You know, personal

22   opinion, and I think that you can't have that kind of

23   thing happening.  You can't say, and we train our poll

24   workers on this.

25             If your husband comes into the station and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005889

TX_00031247

220

1        does not have his ID on him, you know --

2                    REPRESENTATIVE HEFLIN:  It could be a

3        problem?

4                    MICHAEL ERTEL:  Exactly.

5                    REPRESENTATIVE HEFLIN:  Okay.

6                    MICHAEL ERTEL:  So you can't -- because

7        then the person behind him in line who also doesn't

8        have an ID saying, "Okay, I saw that she let him vote

9        but she's not letting me vote because she claims" --

10                    REPRESENTATIVE HEFLIN:  Yeah.

11                    MICHAEL ERTEL:  But, I mean, if there's

12        consistency throughout, there's competence throughout.

13                    REPRESENTATIVE HEFLIN:  Now, versus the

14        person comes into vote and they're Voter Registration

15        says Linda Sally Jones.  That's her name.  But their

16        driver's license or their identification says Linda

17        Jones Smith or Linda Smith Jones because they got

18        married or whatever.

19                    Is that a problem?  Are you a stickler?

20        Does everything have to be correct?

21                    JUSTIN LEAVITT:  No.  A voter's lack of

22        ability to update their driver's license name does not

23        disenfranchise them from voting in Florida.  What we

24        check on the identification card is we check the photo

25        and we check the signature.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005890

Hearing                                                    April 6, 2009

                                                                    221

1                    REPRESENTATIVE HEFLIN:  Okay.

2                    MICHAEL ERTEL:  It's a photo and signature

3       ID.

4                    REPRESENTATIVE HEFLIN:  Okay.  Now,

5       earlier the Chairman was asking you questions about

6       Florida having a Voter ID.  You were, kind of,

7       hesitant.  Were you hesitant -- do you call it a Voter

8       ID or do you have -- what do you call it?

9                    MICHAEL ERTEL:  Well, each county does it

10      differently.  In our county we call it a Voter

11      Information Card and I actually do keep mine on me

12      because I'm an elections guy, of course.

13                   REPRESENTATIVE HEFLIN:  Oh, it's in your

14      wallet?

15                   MICHAEL ERTEL:  Yeah, it's in my wallet.

16      It's an Information Card.  It's not necessarily to

17      vote.  It's simply an Information Card that says

18      here's where your polling location is.  Here's who

19      your representatives are.  Here's how to get ahold of

20      the Elections Office.

21                   REPRESENTATIVE HEFLIN:  But all they need

22      to vote is their driver's license or some acceptable

23      form of ID?

24                   MICHAEL ERTEL:  Right.  Driver's license.

25      We also take a combination of various IDs.  If you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005891

222

```
1     have, for instance, a credit card with a photo on it,

2     or a student ID with their signature on it, we can

3     combine those two, mix up and make --

4               REPRESENTATIVE HEFLIN:  Okay.  So you can

5     combine a non-photo ID with like a water bill with a

6     photo ID with the same address?

7               MICHAEL ERTEL:  Not a water bill.  An

8     actual ID of some form.

9               REPRESENTATIVE HEFLIN:  An official ID of

10    some form?

11              MICHAEL ERTEL:  Exactly.

12              REPRESENTATIVE HEFLIN:  Are they

13    governmental entities or --

14              MICHAEL ERTEL:  Not only governmental

15    entities.  It's narrowing.  It's military ID.  It's

16    credit card.  Student ID.  Things like that.

17              REPRESENTATIVE HEFLIN:  Thank you very

18    much.

19              MICHAEL ERTEL:  Thank you.

20              CHAIRMAN TODD SMITH:  Okay.

21              Members, any other questions?

22              REPRESENTATIVE BROWN:  I do.

23              CHAIRMAN TODD SMITH:  Okay.

24    Representative Brown.

25              REPRESENTATIVE BROWN:  Florida is, kind
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031250

223

```
1        of, known as a place where a lot of people go to
2        retire.  Does your population show a significantly
3        more older people?
4                  MICHAEL ERTEL:  Well, each area is
5        different.  Seminole County --
6                  REPRESENTATIVE BROWN:  Statewide?
7                  MICHAEL ERTEL:  Statewide, we're older
8        than most states, yeah.
9                  REPRESENTATIVE BROWN:  So if your
10       requirements for voting were going to affect your
11       population, you would be able to see it pretty
12       quickly, wouldn't you?  Just because you have a lot of
13       older people?
14                 MICHAEL ERTEL:  Yeah.  Yes.  We'd be able
15       to see if a process that we were doing was creating a
16       burden on our voters because they call us, as you well
17       know, as an elected official, they call us and they
18       tell us.
19                 REPRESENTATIVE BROWN:  I'm sure.
20                 Do you allow those in nursing homes to
21       vote from their nursing homes and not go through this
22       process?
23                 MICHAEL ERTEL:  We do.  We have a process
24       where we go into the nursing homes ahead of time and
25       we give them the opportunity to do -- it's really more
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031251

224

1        of an absentee-ballot process that we then supervise

2        on-site at the nursing homes.

3                    REPRESENTATIVE BROWN:  And do they have to

4        also present photo ID?

5                    JUSTIN LEAVITT:  It's an

6        absentee-balloting process.

7                    REPRESENTATIVE BROWN:  Very good.

8                    When did you go to this system?  What

9        year?

10                   MICHAEL ERTEL:  The provisional ballot --

11       this has been in place since I got here, and I got

12       here in February of 2005.  It was put in place, as you

13       heard earlier, as part of the HAVA Requirements.  So

14       it's a system that since we've had it, has worked

15       tremendously.

16                   REPRESENTATIVE BROWN:  But HAVA didn't

17       prescribe all, exactly how this was to be, did they?

18       I mean, you did have to pay --

19                   MICHAEL ERTEL:  Yeah, each state is a

20       little different.  Each county is a little different.

21                   REPRESENTATIVE BROWN:  So this is not

22       statewide?  This is your county?

23                   MICHAEL ERTEL:  No.  This is statewide.

24                   REPRESENTATIVE BROWN:  Okay.

25                   MICHAEL ERTEL:  The forms are statewide.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031252

225

1    The voters have a certain number of days to come in

2    and if they want to, provide us additional evidence.

3    But they don't have to.

4              And so it's a much more, on the voters

5    sense, it's a much more passive activity.  If they

6    truly are that person and they know that their

7    signature probably hasn't changed a whole lot, all

8    they're simply doing is taking a little longer are to

9    vote because they have to fill out the thing to make

10   sure that we can verify that they are eligible to cast

11   that ballot in that precinct.

12             REPRESENTATIVE BROWN:  Do you have any

13   figures about the cost to implement that system?

14             MICHAEL ERTEL:  I know this is in your

15   body that approves the budget -- it's not that much.

16   But no matter what it is, the security of the

17   election, it's worth it, it's worth the extra time to

18   train the poll workers.  It's worth the extra little

19   bit of money.

20             It's really just printing.  It's printing

21   these envelopes.  Our Canvassing Board, it takes us --

22   it's one of the longest things we do is going through,

23   the things that takes the longest amount of time.

24             But if we're going to wine whine about

25   taking longer time, we shouldn't be in the election.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005895

226

1              REPRESENTATIVE BROWN:  And how many days

2      do you have?

3              JUSTIN LEAVITT:  To verify those?

4              MICHAEL ERTEL:  Well, the voter has until

5      two days after the election to come in and give us

6      additional information.  Again, because they don't

7      have to, to do that.

8              We have very, very, very few voters that

9      actually do come back and present us with the

10     additional information.

11             REPRESENTATIVE BROWN:  But you're an

12     elected official.  How long do they have to get those

13     all?  To go through them and verify?

14             MICHAEL ERTEL:  We do it within two days.

15             REPRESENTATIVE BROWN:  Two days?

16             MICHAEL ERTEL:  Yeah.

17             REPRESENTATIVE BROWN:  I'm impressed.

18             MICHAEL ERTEL:  Well, like you're having

19     tonight.  It just takes late nights but it's one of

20     those, kind of, important things.

21             REPRESENTATIVE BROWN:  Thank you.

22             JUSTIN LEAVITT:  Thank you.

23             CHAIRMAN TODD SMITH:  Any other questions?

24             Yes.  Representative Heflin.

25             REPRESENTATIVE HEFLIN:  On your Voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005896

227

```
 1       Registration process, like for your at your senior
 2       citizens centers -- do you all go out there and
 3       actually go on-site to help those senior citizens?
 4               MICHAEL ERTEL:  We do.  Well, we go
 5       everywhere.  I mean, I tell our voter outreach staff,
 6       if it's more than 50 people there, we'd better be
 7       there.
 8               REPRESENTATIVE HEFLIN:  Good.
 9               MICHAEL ERTEL:  At an event or at
10       anything.
11               REPRESENTATIVE HEFLIN:  You wanna move to
12       Texas?
13               MICHAEL ERTEL:  What's that?
14               REPRESENTATIVE HEFLIN:  You wanna move to
15       Texas?
16               MICHAEL ERTEL:  I love Florida.
17               So, you know, we just try go out and go
18       everywhere.  To schools.  To events.  To everything.
19               REPRESENTATIVE HEFLIN:  Okay.  Now, you've
20       read the bill that's before the committee today?
21               MICHAEL ERTEL:  Yeah.
22               REPRESENTATIVE HEFLIN:  Is there anything
23       in this bill at all that addresses the provisional
24       ballot issue?
25               MICHAEL ERTEL:  You've discussed
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005897

TX_00031255

228

```
1     provisional ballots.  Hold on.  Let me find out the
2     exact point on it where it talks about it.
3                   It talks about it in line -- in --
4     everyone's got different kind of copies, but in my
5     page it's Section 66 --
6                   REPRESENTATIVE HEFLIN:  What page?
7                   MICHAEL ERTEL:  Well, on my page -- it's 3
8     and it goes down to Line 26, that the requirements for
9     identification at subsection are not met the voter may
10    be accepted for provisional ballot voting under
11    Section 63 dot 01, shall inform the voter who has not
12    accepted to voting under this section of the voter's
13    right to cast a provisional ballot.
14                  REPRESENTATIVE HEFLIN:  Now having read
15    that, I like your position, so you think it would be
16    good to change this bill to the way you're doing it?
17                  MICHAEL ERTEL:  I think that's your
18    decision to make.  I think there's laws and there's
19    rules which implement the laws.
20                  REPRESENTATIVE HEFLIN:  Yeah.
21                  MICHAEL ERTEL:  And you can put every
22    element of a rule into a law if you'd like or you can
23    let that come under the rules process.
24                  REPRESENTATIVE HEFLIN:  Thank you very
25    much for your testimony.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031256

229

```
 1              MICHAEL ERTEL:  Thank you.
 2              CHAIRMAN TODD SMITH:  Okay.  Members, any
 3    other questions for this witness?  Anybody?
 4              MICHAEL ERTEL:  I've given everyone a copy
 5    of one of these so you all can have them.
 6              CHAIRMAN TODD SMITH:  Okay.  Good.  Thank
 7    you very much.
 8              MICHAEL ERTEL:  Including a sample ballot.
 9              CHAIRMAN TODD SMITH:  Do you have any
10    other material that you have that, sort of, generally
11    describes in summary manner how you handle the Florida
12    provisional ballots?  I would be interested in --
13              MICHAEL ERTEL:  I have a copy of it and I
14    didn't make 15 copies of it.  But I do have a copy of
15    the relevant law and I can pass it out.  Okay.  The
16    copy of the law describing the process that we go
17    through, as well as the canvassing of it.
18              CHAIRMAN TODD SMITH:  All right.  Thank
19    you.
20              MICHAEL ERTEL:  Great.
21              CHAIRMAN TODD SMITH:  Representative
22    Anchia.
23              REPRESENTATIVE ANCHIA:  Yes, just very
24    quickly before you go.
25              MICHAEL ERTEL:  You're like Columbo.  Just
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

230

```
1       one more thing.

2                 REPRESENTATIVE ANCHIA:  Just one more

3       thing.  I hadn't had a chance to ask you a question

4       yet.

5                 MICHAEL ERTEL:  All right.

6                 REPRESENTATIVE ANCHIA:  I've been engaged

7       on procedure.

8                 MICHAEL ERTEL:  I was actually hoping I

9       would be able to get away without you asking one of

10      your questions.

11                REPRESENTATIVE ANCHIA:  No.  Honestly.

12                MICHAEL ERTEL:  I'm waiting for it,

13      though.

14                REPRESENTATIVE ANCHIA:  In terms of -- and

15      this, I think, was asked and you may have answered it.

16      I just want to make sure we get it on the record and I

17      understand it.

18                When you instituted the photo ID standard,

19      what parallel procedures did you put in place to

20      increase access to the franchise?

21                MICHAEL ERTEL:  Ask it again.

22                REPRESENTATIVE ANCHIA:  Carter-Baker talks

23      about increasing security at the same time increasing

24      ballot access, right?

25                MICHAEL ERTEL:  Okay.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031258

231

1             REPRESENTATIVE ANCHIA:  What did Florida

2     do in those parallel tracts or did you just do it

3     piecemeal by putting in photo ID?

4             MICHAEL ERTEL:  We've had photo ID since

5     I've been there:  Is I can't really --

6             REPRESENTATIVE ANCHIA:  How long is that?

7             MICHAEL ERTEL:  February of '05.

8             REPRESENTATIVE ANCHIA:  Okay.

9             MICHAEL ERTEL:  So I can't really attest

10    to the implementation process they did.  But since --

11    and if it were before -- if it were far, far before

12    2000, since 2000 we've had so many changes in the

13    process.

14            REPRESENTATIVE ANCHIA:  Right.

15            MICHAEL ERTEL:  Because there's so many

16    changes because we were under a microscope.

17            REPRESENTATIVE ANCHIA:  HAVA?

18            MICHAEL ERTEL:  HAVA.  Florida.

19            And so we've had a large turnover in the

20    election official community, as well, since 2000.

21            REPRESENTATIVE ANCHIA:  Okay.  How much

22    did the move to photo ID cost the state?  And I'm

23    going to talk about three buckets of money.

24            The first with one is access to ID.  What

25    did you all do and how much did you spend in order to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031259

232

1       get people access to the ID?

2                   Poll-worker training in the second bucket

3       of money.

4                   And then third:  Did you have a

5       corresponding change on mail-in ballots?  You are a no

6       excuse mail-in ballot state, correct?

7                   JUSTIN LEAVITT:  Correct.

8                   MICHAEL ERTEL:  Correct.  Correct.  In

9       fact, we encourage absentee voting.

10                  JUSTIN LEAVITT:  Okay.

11                  MICHAEL ERTEL:  I can't talk about the

12      implementation budget because I was not there during

13      the implementation so I don't want to talk outside

14      that.

15                  But within the training, because more than

16      95 percent of our voters use a driver's license,

17      within the training, it actually makes our training

18      expendientially easier.

19                  We don't have to train, here's how to look

20      for all these various forms of ID.  We train here's

21      where to look on the driver's license for the photo.

22      Here's where to look for the signature.  So as our

23      training -- you know, 95 percent of our voters come in

24      with the same form of ID.  The form that our poll

25      workers are very familiar with.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031260

233

1            And as I mentioned it becomes rogue for

2    our poll workers.  They're able to come in.  They know

3    exactly where to look.  It processes the voters

4    quicker, more likely, pardon me.

5            And so it in training, it's yes to train

6    our poll workers.  In practice, our poll workers get

7    it quicker, and in the implementation at the polls,

8    our voters go through the process much quicker

9    because they're not pulling out the same statement and

10   stuff like that.

11           REPRESENTATIVE ANCHIA:  There are only

12   five forms that you allow and the changes go through

13   this legislative session that you anticipate it?

14           MICHAEL ERTEL:  I think we're going to be

15   down to like five.

16           REPRESENTATIVE ANCHIA:  Right.

17           MICHAEL ERTEL:  And as a caveat to that,

18   if you have no driver's license or Florida ID or

19   passport or any of that stuff, that's why we have the

20   provisional ballot process so that voters without ID,

21   voters who would.

22           It's burdensome for them to, as Dr. Alan

23   was mentioning, to take the drive down to the Driver's

24   License Bureau or take a walk down to the Driver's

25   License Bureau until you get your license or to get an


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005903

TX_00031261

234

1    ID card of some sort -- even if you don't have an ID,

2    you can vote.

3                 You vote provisional and that's how we

4    verify you.  And it's a much more deliberate process

5    and allows our voters to -- it allows us to determine

6    the eligibility of the voters and we can take our time

7    on it and do it right.

8                 REPRESENTATIVE ANCHIA:  Can you speak to

9    the policy decision of expanding absentee voting to

10   no-excuse and whether there was any thought to mail-in

11   ballot fraud during the expansion of absentee.

12               MICHAEL ERTEL:  I can't speak for

13   legislature and what caused them to do what they did.

14   I can speak to the implementation of it and how we

15   make sure that the fraud is kept to a minimum.

16               REPRESENTATIVE ANCHIA:  And how did you do

17   that?

18               MICHAEL ERTEL:  If people know that

19   there's a stick, they're not going to do it.

20               REPRESENTATIVE ANCHIA:  What is a stick?

21   It's an enforcement stick?

22               MICHAEL ERTEL:  You got it.  You got it.

23               So if they know that I'm going to get --

24   you know, there is a consequence, then they're less

25   likely to do it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031262

235

1           And you know, I told one person because we

2      had folks, as we all know within the absentee fraud

3      stuff, you can cast that ballot, but it will be the

4      last one for awhile because we're going to catch you.

5           I'm a former military guy and we catch

6      them and we make sure that they know that it's not

7      something that is acceptable.  Expert Anchia, I know

8      Miami had elections that were overturned long ago

9      because of mail-in ballot fraud.

10          What are some of the safeguards that you

11     have in your mail-in ballot system other than the

12     stick that you have over here, saying, hey, penalty,

13     big penalty?  Look out, we're going to catch you.

14          Are there systematic safeguards you have

15     in place?

16          MICHAEL ERTEL:  There are.  Each county

17     has our own security procedures on how we ensure that

18     absentee-ballots aren't going in a fraudulent way.

19          One thing that we do, and I can tell you

20     that we do have a list that I ask of our folks.  And

21     every single household that has requested more than

22     four absentee-ballots, I track.

23          So that I can say, Okay, wait a minute.

24     How big is this House?  How many absentee-ballots have

25     been requested?  If there's 27 absentee-ballots



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031263

236

1    requested from a one-bedroom apartment, something's

2    been benchmarked.  So we check that.

3                And so we look up front to make sure that

4    if we see anything that may occur, then we go ahead

5    and just, sort of, do a little looksey to make sure.

6    It's like watching a drunk guy walk out of the bar.

7    Do you let him turn on the car and enforce it or do

8    you say you probably shouldn't be driving tonight?

9                REPRESENTATIVE ANCHIA:  Okay.  Thank you.

10               MICHAEL ERTEL:  Okay.

11               CHAIRMAN TODD SMITH:  Any other questions?

12   I have a few questions unless someone else has

13   questions.  Anybody else have questions?  Anybody?

14               Do you have access -- I assume if you have

15   identified there were 14 votes in your counsel it I

16   that were not counted because of the photo ID

17   requirements, can you get me information in writing

18   after this hearing if possible to get me those numbers

19   on a statewide basis?

20               And my question is:  In your county --

21               MICHAEL ERTEL:  Statewide we had 394.

22               CHAIRMAN TODD SMITH:  Okay.  And I assume

23   -- those -- 394 were the votes that were be counted

24   because of the photo identification requirements.

25               MICHAEL ERTEL:  They did not have the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                        April 6, 2009

237

1        identification and the signatures to match.

2                    CHAIRMAN TODD SMITH:  And that's how many

3        votes were cast statewide?  Do you have that?

4                    MICHAEL ERTEL:  Oh, my goodness.

5                    CHAIRMAN TODD SMITH:  Do you have that?

6                    JUSTIN LEAVITT:  Item, yeah, I do have

7        that number.  Hold on one second.

8                    I know we had 38 plus, 3.8 million, plus

9        -- roughly 2 million -- so that many.

10                    CHAIRMAN TODD SMITH:  Say that again.

11                    MICHAEL ERTEL:  3,893,184 were cast on

12        election day.  2,661,672 were cast at early voting

13        sites.

14                    And 1,947,080 were cast via absentee.

15                    CHAIRMAN TODD SMITH:  So somewhere around

16        8 million votes and 394.

17                    MICHAEL ERTEL:  Uh-huh.

18                    CHAIRMAN TODD SMITH:  And the population

19        of Florida is 10 million and the population of Texas

20        is 23, 24 million.

21                    MICHAEL ERTEL:  Actually, we have

22        10.4 million registered voters for this past election.

23        So our registration rate is not as high, of course, as

24        our population rate.

25                    CHAIRMAN TODD SMITH:  And I have an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005907

TX_00031265

Hearing                                                April 6, 2009

238

1    indication here that in about 2003, and that's when

2    the Mandatory Photo Identification Requirement was put

3    into place; is that correct?

4                MICHAEL ERTEL:  Okay.

5                CHAIRMAN TODD SMITH:  And it indicates

6    that the Senate, which at the time was 14 Democrats

7    and 25 Republicans voted 38 to 0 on that bill.

8                And that the House of Representatives,

9    which was 39 Democrats and 81 Republicans voted 111,

10   to 2 on that bill to mandate photo identification

11   requirements.

12               Do you recall that?

13               MICHAEL ERTEL:  I mean, if you're reading

14   it and you know it's true, then it is, I'm sure.

15               CHAIRMAN TODD SMITH:  Okay.  All right.

16               Any other questions, members, of this

17   particular witness?

18               REPRESENTATIVE VEASEY:  I have one

19   question.

20               CHAIRMAN TODD SMITH:  Okay.

21               REPRESENTATIVE VEASEY:  Do you have any

22   demographic information on who the voters are?

23               MICHAEL ERTEL:  Is the question:  Is one

24   person more likely to forget their ID than another

25   person?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031266

239

1                REPRESENTATIVE VEASEY:  According to

2        your --

3                MICHAEL ERTEL:  The form itself that folks

4        fill out, it's a self-identifying form.

5                On the form there is no demographic

6        information asked for the specific purpose that the

7        decision to count the provisional ballot should not be

8        based on the demographics of the voter.  It should be

9        based upon the eligibility of the voter to vote in

10       that precinct on that day.

11               REPRESENTATIVE HEFLIN:  Mr. Chairman, he

12       said he was going to provide copies of the procedure,

13       the provisional ballots.

14               Can you ask him, since I don't want to use

15       his time on the clock, but can you do the same on

16       mail-in ballots, the procedures you follow for that?

17               MICHAEL ERTEL:  Absolutely.

18               REPRESENTATIVE VEASEY:  And so, obviously,

19       you said you don't keep any sort of racial

20       demographics on this.  Are any ZIP codes or anything

21       or anything, things like --

22               MICHAEL ERTEL:  We do have certain ZIP

23       codes at the precinct.  The precinct is much smaller

24       than the zip codes have we only have 126 precincts.

25               The precincts in historic areas where



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031267

240

1       there's older folks because we've got one area that

2       has a couple of senior citizen areas do not vary in

3       the number of provisional ballots.

4               REPRESENTATIVE VEASEY:  Do you have more

5       than a couple in Florida?

6               MICHAEL ERTEL:  Not in my county.  We

7       don't have that many.  We're, kind of, inland.  It's

8       not that great of county for seniors to retire to when

9       they can go on the beach.

10              But there's no variance between -- there's

11      no big difference between, you know, our precinct that

12      has one specific definite.  Demographic versus a

13      precinct that has a another specific demographic.

14              CHAIRMAN TODD SMITH:  Any other questions,

15      members?

16              Representative Anchia.

17              REPRESENTATIVE ANCHIA:  One last question.

18              CHAIRMAN TODD SMITH:  Okay.

19              REPRESENTATIVE ANCHIA:  Do we have time?

20              CHAIRMAN TODD SMITH:  You do.  The clock

21      says 26 minutes then we can have the discussion.

22              MICHAEL ERTEL:  Hopefully I don't take

23      13 minutes to answer your question.

24              REPRESENTATIVE ANCHIA:  Great.  Great.

25              I know that this doesn't have any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005910

241

1        identifier based on or you cannot glean demographic

2        information from this, whether or not they are racial.

3                    Have you gone back and studied that

4        universe of voters that have had to vote a provisional

5        ballot because they didn't have the requisite ID and

6        done a retrospective study of that group to determine

7        how many are African Americans?  How many are

8        Hispanic?  How many are seniors?  How many are women?

9                    MICHAEL ERTEL:  We don't see a spike in

10       one group or another.

11                   REPRESENTATIVE ANCHIA:  But you have

12       started it?

13                   MICHAEL ERTEL:  Well, we do know that

14       antidotally.

15                   What we don't do is after an election try

16       to determine -- we do determine the voter turn-out

17       among certain communities.  Overall voter turn-out.

18                   We can look back at ones that counted.

19       Just remember the ones that counted are voters who we

20       have a file on.

21                   A lot of times the ones that don't count

22       is because they're not a registered voter.  And the

23       information they put down here does not have that

24       information on it.  So it doesn't have the demographic

25       information on it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031269

242

1              REPRESENTATIVE ANCHIA:  But you have done

2    a study of the voters that counted?

3              MICHAEL ERTEL:  Yes, it's easy to do of

4    the ones that counted.  And again, there's no it's all

5    one group or it's all one group.  Everybody forgets

6    their ID occasionally.  And it's -- forgetting your ID

7    is not something that has anything to do with you are

8    age or your race or your gender or anything or your

9    political affiliation.

10             REPRESENTATIVE ANCHIA:  Okay.  Thanks.

11             CHAIRMAN TODD SMITH:  Since this law was

12   implemented in 2003, is there a number of people that

13   are not bringing an ID to the polls and therefore

14   casting a provisional ballot shrinking over time?

15             MICHAEL ERTEL:  It depends on an election.

16   If you have an election with a lot of passive

17   voters -- and by passive voters, I mean, folks that

18   aren't -- that don't show up to the polls a whole lot,

19   they're less used to the process and so they may not

20   know that they have to have an ID.

21             So like at this last election we had --

22   there were a lot of voters that were voting for the

23   first time or the first time in a while.  And so

24   because of that, they may not have known that they had

25   to have their ID with them.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031270

243

1              So first the number would be higher for a

2     general election in a presidential year where there's

3     a lot of expert site on both sides of the aisle.

4              CHAIRMAN TODD SMITH:  And so that's the

5     election, that election where there were more people

6     showing up because of the higher turn-out that

7     resulted in the 394 voters statewide?

8              MICHAEL ERTEL:  Yeah.  It would be a

9     higher turn-out numbers-wise.  We had more voters turn

10    out during this election than any other election.

11             Percentage wise, it's about the same, of

12    course.

13             CHAIRMAN TODD SMITH:  Okay.

14             Any other questions, member?

15             REPRESENTATIVE ALLEN:  One more question.

16             CHAIRMAN TODD SMITH:  Dr. Allen.

17             REPRESENTATIVE ALLEN:  You have ensured

18    the health provisional ballot.

19             MICHAEL ERTEL:  The provision envelope?

20             REPRESENTATIVE ALLEN:  Yes.

21             MICHAEL ERTEL:  We can make some changes,

22    but a lot of it has to do with, you know, what we have

23    to place on there because of what state law mandates.

24             REPRESENTATIVE ALLEN:  I was --

25             MICHAEL ERTEL:  Do you have suggestions?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

244

1          REPRESENTATIVE ALLEN:  No.  I was just

2     looking at, just above the voter's signature there is

3     there is the stick.

4          MICHAEL ERTEL:  And that's mandated by

5     Florida law to have the information within this box.

6     It's verbatim.

7          REPRESENTATIVE ALLEN:  Okay.  But right

8     above the signature, I guess, you have a reason for

9     putting it there.

10          MICHAEL ERTEL:  Right.  And mostly for a

11     variety of reasons because we want the voter to know

12     that right before they sign it.  Now, there's

13     information below that that they have to fill out.

14          But if they don't fill out all that

15     information, that's, you know, it won't disqualify

16     their vote from being counted if they don't fully fill

17     out this envelope.

18          We can glean enough information from what

19     they've provided us to make an intelligent decision

20     that they're eligible to vote that day in that

21     precinct with that ballot style, then we'll go through

22     and do it.

23          The No. One thing they absolutely need,

24     though, is the signature of the voter on here though.

25     And that's why I believe when the legislature wrote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

245

```
 1        this language, they probably did it right below there.
 2                    REPRESENTATIVE ALLEN:  Okay.  Thank you.
 3                    CHAIRMAN TODD SMITH:  Thank you,
 4        Mr. Ertel.  I appreciate you taking the time to come.
 5                    MICHAEL ERTEL:  Thank you very much
 6        Chairman.
 7                    CHAIRMAN TODD SMITH:  And visit with us.
 8                    JUSTIN LEAVITT:  Thank you.
 9                    CHAIRMAN TODD SMITH:  Thank you.
10                    At this time, the chair calls D
11        Charleston, a Walker County Justice of the Peace from
12        Waller, who's here to testify against Senate Bill 362.
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005915

TX_00031273

246

```
 1      STATE OF TEXAS:

 2

 3      COUNTY OF HARRIS:

 4

 5              I, Kateri A. Flot-Davis, Certified

 6      Shorthand Reporter in and for the State of Texas,

 7      hereby certify  that the foregoing transcript is done

 8      to the best of my ability and reflects proceedings

 9      heard on video recording.

10              I further certify that I am neither

11      counsel for, related to, nor employed by any of the

12      parties or attorneys in the action in which this

13      proceeding was taken, and further that I am not

14      financially or otherwise interested in the outcome of

15      the action.

16              Certified to by me this ___ of _____

17      ,_____.

18

19

20

21      Kateri A. Flot-Davis

        Texas CSR No. 8462

22      Expiration Date: 12-31-13

23

24

25
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                      April 6, 2009

| A | | | | |
|---|---|---|---|---|
| **abhor** | 138:19 | 48:11 | 94:2 161:10 | **ADA** |
| 96:20 | 155:10 | 184:10 | 161:19 | 194:22 |
| **ability** | 157:17,22 | 221:22 | **accusations** | **add** |
| 19:5 124:8 | 162:1,5,24 | 235:7 | 129:20 | 17:6 194:19 |
| 203:7 | 224:1 | **acceptance** | **accuse** | 205:3 |
| 220:22 | **absentee-...** | 21:18 23:1 | 178:7 | **added** |
| 246:8 | 135:2 224:6 | 27:2 | **accused** | 110:17 |
| **able** | **absentee-...** | **accepted** | 124:13 129:2 | **adding** |
| 8:23 15:4,5 | 100:19 101:6 | 27:1,5 | 177:21 | 42:12 48:14 |
| 17:8 20:6 | 101:13,17 | 191:10 | **achieving** | 114:5 |
| 35:13 38:19 | 121:1,12 | 228:10,12 | 12:19 | **addition** |
| 41:5 44:12 | 148:1 | **accepting** | **Acorn** | 24:3 124:21 |
| 44:14 56:13 | 154:21 | 23:4 24:18 | 129:21 130:3 | 181:1 |
| 68:21 74:12 | 155:7 156:7 | **access** | 130:10,15 | **additional** |
| 89:25 90:3 | 157:5,8,9 | 7:16 11:20 | 130:18 | 9:17 11:20 |
| 90:10 91:16 | 235:18,22 | 12:10,15 | **Acorn's** | 24:6 34:3 |
| 116:1 | 235:24,25 | 15:4,6 | 130:7 | 34:15,17 |
| 150:18 | **absolute** | 60:16 61:4 | **acreage** | 35:2,9 36:6 |
| 154:25 | 45:21 134:20 | 74:1 95:11 | 70:3 | 42:13 43:5 |
| 158:4 166:8 | **absolutely** | 132:21 | **act** | 43:6 65:14 |
| 179:13 | 20:12 67:17 | 195:20 | 48:1,8,10 | 75:2 80:5 |
| 186:14 | 67:21 93:7 | 230:20,24 | 51:16,18 | 160:7 173:1 |
| 191:11 | 93:22 | 231:24 | 62:20 80:20 | 181:3 190:4 |
| 193:16 | 147:16 | 232:1 | 146:7 155:8 | 191:13 |
| 214:9,18 | 153:3,11 | 236:14 | 157:10,13 | 200:6 |
| 216:18 | 169:6 | **accessibi...** | 157:14 | 216:17,17 |
| 223:11,14 | 180:19 | 48:4,9,15 | 165:15 | 225:2 226:6 |
| 230:9 233:2 | 184:4 | 49:18 54:20 | 166:9 | 226:10 |
| **Abraham** | 239:17 | 67:11 | **action** | **address** |
| 47:15,19 | 244:23 | **accessible** | 17:1 153:21 | 7:22 8:24 |
| **absence** | **absorb** | 48:12 60:18 | 246:12,15 | 29:1 43:19 |
| 161:14,16 | 33:8 | **accessing** | **active** | 43:25 44:24 |
| **absentee** | **academic** | 27:24 | 124:22 | 53:8 55:1 |
| 8:4 69:20 | 49:3 71:22 | **accommodate** | 126:16 | 74:12 75:13 |
| 70:10 157:7 | 85:17 | 4:9,19 5:1 | 127:9,11 | 75:20,24 |
| 215:11 | **academically** | 6:16,19 | **actively** | 77:7 106:23 |
| 232:9 234:9 | 70:16 | 41:14 | 51:1 | 113:14 |
| 234:11 | **accept** | **accommodated** | **activity** | 134:12 |
| 235:2 | 55:10,11 | 151:5 | 225:5 | 135:20 |
| 237:14 | 111:25 | **accommoda...** | **actors** | 145:7 147:9 |
| **absentee-...** | 173:16,18 | 150:23 | 51:14 149:11 | 151:21 |
| 71:12,19 | 183:3,4 | **account** | **acts** | 162:3,11 |
| 76:3,4,16 | **acceptable** | 216:15,19 | 52:12 131:3 | 222:6 |
| 76:20,22 | 23:10,17,18 | **accrues** | **actual** | **addressed** |
| 134:11,13 | 23:23 24:11 | 50:1 | 19:4 222:8 | 97:1,7 135:2 |
| 134:14 | 24:20 25:17 | **accuracy** | **ad** | 135:3 |
| 135:5,20 | 26:15 32:9 | 112:14 | 11:3 215:22 | **addresses** |
| | 35:19,21,22 | **accurate** | | 44:14 103:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031275

Hearing                                                          April 6, 2009

| | | | | |
|---|---|---|---|---|
| 118:11 | adversely | 171:3 | 161:9,12,18 | allegedly |
| 227:23 | 88:4 | 175:11 | 162:24 | 68:20 73:20 |
| addressing | advertised | 241:7 | 172:15,22 | 97:24 103:9 |
| 75:22 77:7 | 136:11 | afternoon | 174:14,17 | Allen |
| 93:17 118:5 | advertiser | 95:20 200:12 | 175:9 | 2:8,9 30:23 |
| adds | 63:18 | AG | 177:24 | 31:1,2,6,11 |
| 25:16 | advertising | 102:17 | 178:19 | 31:17,21,24 |
| adequate | 62:11,16,25 | age | 179:3 180:3 | 32:3,10,14 |
| 73:3 110:14 | 63:1 65:14 | 33:19 37:25 | 180:6,25 | 32:18,24 |
| 118:11 | advise | 132:25 | 181:4,8,10 | 33:2 38:4 |
| adjusting | 136:25 | 140:15,16 | 182:7 | 38:10,14,24 |
| 72:4 | advocacy | 216:8,15,19 | agreed | 39:21 40:7 |
| administe... | 145:15 | 242:8 | 2:25 61:19 | 96:5 117:18 |
| 184:20 | advocate | agency | 179:25 | 117:18,19 |
| 194:25 | 145:21 | 24:8 25:11 | 196:20,21 | 118:14 |
| administe... | 176:25 | 25:12 26:7 | 196:23 | 243:15,16 |
| 48:23 | 178:7 | 26:18 | agreeing | 243:17,20 |
| Administr... | advocates | agenda | 170:18 | 243:24 |
| 26:6 164:24 | 98:10 | 6:14 98:11 | agreement | 244:1,7 |
| administr... | affect | ages | 175:5 196:13 | 245:2 |
| 201:20 | 88:5 107:5 | 4:15 | 196:25 | Allen's |
| admit | 223:10 | aggressive | 197:8,10,17 | 43:19 |
| 55:3 161:1 | Affidavit | 98:10 | agrees | allotment |
| admitted | 27:2 71:13 | ago | 7:3,8 | 143:10 |
| 140:9 | 76:23 | 14:6 16:14 | ahead | allotted |
| admonition | 102:13 | 43:20 67:7 | 153:2 188:7 | 91:19 |
| 68:8 | 103:24 | 176:7 | 195:11 | allow |
| adopt | 190:19 | 177:25 | 207:9 | 5:4 65:23 |
| 28:3 | 191:2,10,16 | 235:8 | 223:24 | 184:13 |
| adopted | 192:16 | agree | 236:4 | 185:7 |
| 22:25 28:9 | 193:6 | 35:11 40:5 | ahold | 190:21,23 |
| adoption | 219:18 | 60:24 77:11 | 221:19 | 197:5 |
| 25:23 | Affidavits | 81:17 87:10 | airplane | 207:19 |
| ads | 190:25 | 88:2 95:13 | 125:16 | 208:8 |
| 62:9 | affiliated | 100:12 | airport | 218:17 |
| advance | 110:19 | 113:22 | 150:11 151:8 | 223:20 |
| 123:9,14 | affiliation | 116:6 | aisle | 233:12 |
| 131:6 134:7 | 212:21 242:9 | 117:10 | 6:3 243:3 | allowed |
| 196:14 | afford | 133:11 | Al | 33:17 197:4 |
| advanced | 118:9 | 134:12 | 158:25 | 215:8 |
| 41:6 | aforement... | 135:24 | Alan | allowing |
| advancing | 46:17 | 144:17 | 38:2 233:22 | 18:5 95:21 |
| 206:22 | afraid | 152:20 | allegations | allows |
| advent | 179:4 180:17 | 153:1,5 | 84:8,10 | 57:2 66:13 |
| 127:7 | African | 154:7,9 | 147:2 154:4 | 66:21 185:1 |
| adverse | 169:1 170:7 | 157:4 | 164:7 180:2 | 234:5,5 |
| 182:9 | 170:8,10,19 | 159:16,23 | alleged | altered |
| | | 160:7,10,12 | 10:5 97:6 | 99:18 112:10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005918

TX_00031276

alternative
181:1 183:11
alternatives
87:25
Ambassador
125:1 184:16
amend
171:12
amendment
34:24
amendments
48:6
amends
21:14 27:9
America
48:10 62:17
 77:4 133:9
 142:5 155:8
 157:10,13
 157:14
 165:15
 166:9
American
90:6 125:19
 126:6
 140:13
 141:15
 169:2 170:7
 170:8,10,19
 175:11
Americans
148:11 171:3
 241:7
America's
137:24
amount
4:19 5:18
 107:12
 154:14
 173:2,3,10
 188:15
 225:23
amounts
148:1
Amtrak
125:17
analysis
84:18 145:25

145:25
146:7
Anchia
6:5,6 9:8,10
 13:6 14:12
 16:2 19:16
 19:17 20:8
 20:19 28:13
 28:14,18,19
 28:24 29:10
 29:23 30:13
 30:19 36:14
 40:11,13,14
 40:18,25
 41:3,9,16
 41:22 42:2
 42:8,25
 43:12 48:20
 60:1,2,5
 62:15,21,24
 63:6,17
 64:3,21,25
 65:3,6,9,12
 66:1,9,18
 66:23 67:2
 67:6,13,18
 67:24 68:4
 68:14,17
 69:22,25
 70:12 71:3
 71:7,10,24
 72:6,12,16
 72:18,21,24
 73:7,18
 74:2,5,11
 74:23,25
 88:10,13,17
 88:23 89:1
 89:7,11,14
 89:16,20
 90:15,21,25
 91:3,9,20
 92:1,5,11
 92:16 93:5
 93:8 102:18
 103:11,17
 104:2,6
 136:1,2,7

136:12,15
136:17,23
137:2,7,13
137:20,22
138:2,7,10
138:14
139:2,5,8
139:12,19
139:21,25
140:3,8,12
140:15,18
140:20,22
140:25
141:2,4,7
141:11,13
142:13,16
142:20,24
143:2
150:14
163:6,7,23
166:13,22
167:9 172:6
172:10
187:6
192:23,24
193:16
194:4,8
195:14,24
196:8,19
197:7,14
198:1,5,9
198:23
199:5,11
229:22,23
230:2,6,11
230:14,22
231:1,6,8
231:14,17
231:21
233:11,16
234:8,16,20
235:7 236:9
240:16,17
240:19,24
241:11
242:1,10
Andre
105:4

Andrew
124:25 126:3
143:20
151:1
184:16
ands
145:21
anecdotal
59:3 120:10
120:19
anger
151:13
anniversary
47:15
answer
20:10 29:4,7
29:8,20
30:16 46:5
47:6,12
106:1
123:10
153:9,19
158:16
185:22
191:18
197:2
199:19
200:6
240:23
answered
47:11 196:10
198:11,16
230:15
answering
3:14,16
anticipate
233:13
anticipates
35:7
antidotally
73:6 241:14
anybody
4:16 6:12
 15:24 18:9
 21:25 41:13
 42:21 72:1
 75:6 117:12
 138:17

191:14
196:3 198:6
201:17
229:3
236:13,13
anymore
81:22 124:15
136:6
anyway
80:5
apartment
17:23,24,25
236:1
apologize
123:5,9,14
131:6 143:5
145:1
apparently
113:22 197:1
Appeals
56:16
appear
113:7
appearance
129:15,15
appeared
55:20 99:18
137:22
appellate
73:25
apples
42:10,10,22
42:23 49:4
49:4 86:6,6
87:5,6
application
27:18 71:13
76:14 98:3
110:22
115:7,16
116:1,11
202:4
216:24
applications
71:14 76:22
76:24 99:1
114:23
applied

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

Hearing                                                April 6, 2009

250

| | | | | |
|---|---|---|---|---|
| 198:23 | 170:16 | 169:13 | 116:16 | 28:23 122:13 |
| **applies** | **argued** | 178:18 | **assuming** | 123:1 |
| 93:1 | 215:7 | 187:15,17 | 190:25 | **authored** |
| **apply** | **arguing** | 187:19 | **assumption** | 53:24,25 |
| 91:12 134:14 | 91:5 170:17 | 188:11 | 191:1 | **authorities** |
| 174:7 | **argument** | 199:3 | **Atlanta** | 114:25 |
| 181:23 | 54:9 120:25 | 230:15 | 105:6 125:1 | **authority** |
| **applying** | 121:3,4 | 239:6 | 156:15 | 117:5 |
| 138:17 157:9 | 122:3 | **asking** | **attached** | **authorized** |
| **appointed** | 151:22 | 5:25 74:23 | 134:6 | 26:7 |
| 89:12 | 173:16,18 | 89:2 151:23 | **attack** | **authorizes** |
| **appointment** | 179:22 | 153:24 | 147:14 | 22:20 26:24 |
| 56:16 | **arguments** | 169:22 | **attempt** | **authors** |
| **appointments** | 54:7 81:2 | 221:5 230:9 | 97:21 108:25 | 87:22 |
| 56:17 | 82:1 172:9 | **asks** | 130:1 166:5 | **automatic...** |
| **appreciate** | 174:21 | 152:10,12 | **attend** | 166:7 176:20 |
| 3:4 9:13 | 179:19 | **aspects** | 30:14 125:14 | 182:3,19 |
| 12:24 43:13 | **Arizona** | 29:8 | **attention** | 214:17 |
| 94:12 | 142:7 160:14 | **aspiring** | 151:25 171:8 | **availability** |
| 122:11 | 160:15 | 55:19 | **attest** | 209:17 |
| 131:24 | 169:16 | **asserted** | 231:9 | 217:12 |
| 143:7 154:1 | **arose** | 122:6 | **attorney** | **available** |
| 167:14,18 | 42:3 | **assessment** | 10:15 19:20 | 19:20 22:21 |
| 185:25 | **arrangements** | 84:17 | 102:25 | 24:7 29:7 |
| 187:23 | 6:13 | **Assessor** | 104:14,17 | 34:4 84:16 |
| 200:1 245:4 | **arrive** | 96:7 97:17 | 104:25 | 122:16 |
| **appreciative** | 185:1 | 108:17,22 | 105:12 | 144:23,24 |
| 12:21 | **arrives** | 110:20 | 119:19 | 191:13 |
| **approach** | 191:15 | 111:21 | 126:17 | **average** |
| 12:22 141:16 | **article** | **assessors** | 129:7,19 | 132:25 |
| **appropriate** | 124:4 137:14 | 97:11 | 130:5 | 171:24 |
| 20:9 55:20 | 137:18 | **Assessor's** | 133:13,15 | **Aviation** |
| **approves** | 138:2 | 98:8 99:16 | 133:17 | 26:6 |
| 225:15 | **articles** | 110:7 | **attorneys** | **avid** |
| **APRIL** | 137:19 | **assistance** | 119:12 | 215:4 |
| 1:6 | 201:13 | 187:8 | 129:18,25 | **avoid** |
| **area** | 214:25 | **assisted** | 246:12 | 157:16 193:1 |
| 104:10 | **articulated** | 80:8 | **attribute** | 193:8 |
| 154:25 | 139:14 | **associated** | 171:5 | **aware** |
| 223:4 240:1 | **asked** | 35:1 42:20 | **audience** | 6:15 53:10 |
| **areas** | 7:14 49:2 | **Association** | 12:20 42:22 | 101:7 108:6 |
| 124:9 239:25 | 50:22 | 214:24 | 95:1 164:1 | 142:13,21 |
| 240:2 | 102:15 | **assume** | **Auditor** | 142:22,24 |
| **argue** | 103:25 | 80:20 81:1 | 166:14 | 160:18 |
| 10:19 13:14 | 104:1 130:7 | 185:16 | **Austin** | 163:21 |
| 51:16 52:16 | 150:14 | 186:22 | 98:8 113:20 | 164:7 |
| 53:19,20 | 152:2 | 236:14,22 | 133:8 | 169:16 |
| 70:16 85:10 | 153:15,18 | **assumed** | **author** | 170:5 176:8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031278

Hearing                                                      April 6, 2009

251

176:15,21
177:9,16,17
awful
125:19
126:13
133:6
awhile
176:7 235:4

**B**
baby
77:6
back
24:5,5 36:4
45:4 46:3
47:22 57:3
64:3 66:7
72:10 77:22
98:12 113:7
118:25
120:12
136:19
141:13
145:19
148:23
156:24
157:1 160:5
166:19
176:6,16
177:9
184:14
190:17,18
193:17
194:16,19
195:25
202:3
203:12
204:13
214:10
216:24
226:9 241:3
241:18
background
108:13
backup
150:13
bad
12:17 56:14

69:19 90:15
92:17,18
172:7
Baker
95:6,8
143:15,16
Baker-Carter
105:13
balance
49:17 54:19
54:22
199:22
ballot
8:21 27:3,7
32:1 47:19
47:22 56:2
58:17 60:16
68:23 74:9
74:16 75:21
75:25 77:16
78:1 90:4
99:14,24,25
111:18,22
111:25
112:12
127:7
129:11
134:15
141:1
162:14
165:1 166:6
166:8 182:6
193:7 202:1
202:15
203:8,14,15
203:16,22
204:2,6
207:13
208:4,8
209:7,18
211:16
212:23
213:24
214:1,8
216:10
217:13
218:6,10
224:10

225:11
227:24
228:10,13
229:8
230:24
232:6
233:20
234:11
235:3,9,11
239:7 241:5
242:14
243:18
244:21
ballots
8:4,19 10:23
35:9 55:16
55:23 57:20
57:21,21
58:5,6,13
59:3,11,12
59:15,17
68:24 69:5
69:7,13
72:1 73:2
75:13 77:18
77:22 78:6
99:9,11,15
99:17 105:1
111:1,6,13
111:16,20
111:23
112:6,13
113:5,24
114:21
134:9
148:11
151:14,17
166:21
181:9,12,16
181:17
182:1,15,24
183:3,6
188:23,25
201:23
203:14
208:15,17
210:7,12
211:6,19

212:4
213:14
214:7
217:10,12
228:1
229:12
232:5
239:13,16
240:3
bank
44:22
banking
95:25
bar
236:6
barely
11:11 149:20
Barrack
17:16
barrier
7:11 17:6
131:3
barriers
14:8 16:17
99:23
based
19:14 50:13
79:1 85:5
131:9
139:12
170:1 179:9
180:8 186:3
191:8 239:8
239:9 241:1
basically
16:16
basis
10:1 145:21
180:23
236:19
beach
240:9
Bear
119:24
beast
11:3 12:2
beautifully
13:18

beauty
214:5
bed
36:16
beeping
15:4
beg
115:4
began
98:18
beginning
14:13 68:12
81:24
198:22
behalf
10:22 126:12
144:11
believe
5:9 29:13,17
29:21 30:11
31:9 42:1,4
42:5 44:15
46:14,24
48:17 49:16
49:19,25
50:15 67:9
67:14 84:13
86:3,4 87:9
88:23,25
90:8 94:2
95:11
102:12
104:19
109:15,18
109:21
111:3 113:4
113:9
121:10
124:23
132:19,20
132:23
141:18
145:24
146:12
147:8,20
152:8,9,11
152:12,23
152:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031279

Hearing                                              April 6, 2009

252

| | | | | |
|---|---|---|---|---|
| 153:12 | 111:21 112:6 | 28:15,20,25 | 16:21 40:23 | 111:18,22 |
| 155:6,20 | **better** | 29:9 30:6 | 41:11 42:5 | 111:25 |
| 158:24 | 67:15 113:5 | 33:18 36:1 | **bill's** | 112:3,12 |
| 161:4 | 118:2 120:6 | 39:3,23 | 28:4 | 125:17 |
| 163:22 | 159:8 | 40:15,15,16 | **biography** | 136:3,8 |
| 165:23 | 161:20 | 40:19,19,19 | 47:3 | 195:13 |
| 167:9 178:6 | 162:2 | 40:20,24 | **bipartisan** | 203:20,22 |
| 178:11,12 | 167:25 | 41:17,18,20 | 13:3 60:6 | 204:3,4 |
| 178:13,15 | 180:13 | 41:20,22 | 61:16 | 206:12,13 |
| 180:12 | 182:18 | 42:1,1,4,16 | **birthday** | 206:14,24 |
| 182:13,16 | 183:11 | 43:5,14,21 | 47:16 | 210:7,8,9 |
| 189:7,8,10 | 207:6,7 | 44:11,12,13 | **bit** | 216:3,14 |
| 189:14 | 227:6 | 44:14,22 | 60:20 65:18 | 225:21 |
| 190:15 | **Betty** | 45:15 47:8 | 65:19 68:15 | **boards** |
| 192:1,4,7 | 41:25 | 57:3 61:11 | 75:20 89:23 | 206:22 |
| 195:5,15 | **Bexar** | 65:13,16,23 | 108:22 | **body** |
| 207:8 208:1 | 119:18 | 66:12 69:8 | 120:17,24 | 15:10 51:15 |
| 244:25 | **beyond** | 70:14,15,23 | 130:3 | 148:23 |
| **believed** | 91:19 139:18 | 72:6 75:12 | 157:14 | 154:20 |
| 151:1 | 188:15 | 75:14,19,24 | 184:19 | 225:15 |
| **believes** | 189:4 | 93:18 95:17 | 201:10,22 | **Bohac** |
| 7:6 125:4 | **big** | 98:22 99:7 | 215:16 | 2:10,11 |
| **believing** | 11:3 12:1,2 | 111:12 | 225:19 | 43:17,18 |
| 48:17 95:12 | 56:1 64:25 | 113:1,2 | **black** | 44:3 80:16 |
| 107:8,9 | 109:16 | 114:2 | 14:24 16:5 | 80:17 81:1 |
| **benchmarked** | 111:16 | 117:23 | 16:10 17:15 | 81:5,8 96:5 |
| 236:2 | 191:1 | 118:2 | 17:19,20 | 183:14,17 |
| **benefit** | 235:13,24 | 122:20 | 79:11 99:12 | 183:24 |
| 145:25 | 240:11 | 138:23,23 | 168:19 | 184:5,8 |
| **benefits** | **bigger** | 138:24 | 201:20 | 185:16,25 |
| 26:1,2 146:4 | 109:25 | 139:3,4,7 | **blame** | 186:21 |
| 146:13,19 | **bill** | 139:16,18 | 206:20 | 187:22 |
| **benefitted** | 3:6,23 9:25 | 144:5 | **blank** | 191:15 |
| 200:3 | 9:25 10:4 | 180:11 | 176:16 | **Bonnen** |
| **best** | 10:18 12:14 | 188:20,24 | **blessed** | 40:19 167:16 |
| 6:1,15 8:18 | 13:24 14:9 | 189:3,3,10 | 15:7 | 167:17,21 |
| 8:20 19:13 | 14:14,22 | 194:5,9 | **Blockbuster** | 167:25 |
| 29:1,4 | 15:13 16:8 | 195:5 | 137:7,9 | 169:9,21 |
| 47:23 62:7 | 17:4,5 21:1 | 200:16 | **blocked** | 170:12,17 |
| 96:8 145:24 | 21:4,10,14 | 207:21 | 142:7 | 171:1,10,22 |
| 213:4 246:8 | 21:14,22,24 | 208:10,11 | **blog** | 172:3 173:4 |
| **bet** | 22:4,10,20 | 222:5,7 | 164:11 | 173:8 174:2 |
| 50:22 | 22:22,24 | 227:20,23 | **blow** | 174:13,16 |
| **betcha** | 23:6,8,15 | 228:16 | 61:17 | 175:7,9 |
| 128:13 | 24:2,12,19 | 238:7,10 | **blue** | 183:15 |
| **Betencort** | 25:16 26:14 | 245:12 | 63:8,11 | **Bonner** |
| 97:18 | 26:24 27:4 | **bills** | **board** | 2:12 |
| **Betencort's** | 27:9 28:1,6 | 10:24 13:2 | 99:15,19 | **bonus** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031280

175:23
**book**
31:4 122:14
122:15
127:25
128:2
137:15
148:20
156:24
157:2 219:1
219:2
**books**
47:22 148:24
**booth**
202:2 205:18
**boss**
148:2
**bottom**
32:19 44:18
128:25
**bounds**
122:5
**box**
99:24 129:11
244:5
**boxes**
69:24 70:25
71:4,8,9
76:2 176:16
**break**
148:3 212:9
212:11
**bred**
96:20
**Brennan**
83:6 84:22
86:22 87:8
88:18,19,24
144:3,11
145:10,14
147:1
152:18
153:4
159:18
**bribing**
138:20
**brief**
56:12 102:25

104:14
118:19
123:15
**briefly**
20:10 43:19
**briefs**
73:20
**bring**
20:16,17
51:21 64:19
144:25
**bringing**
242:13
**broad**
158:8 177:7
183:3 184:3
**broader**
61:2
**broken**
113:20,22
**Brooklyn**
126:18 148:4
**brought**
14:15 54:7
92:8 103:9
110:18
119:5
139:15
145:6
201:25
**brown**
13:7,8 14:24
16:5,10
34:22 36:13
36:19 37:5
39:6 40:19
41:20,22
44:2,5 75:9
75:10,15,18
76:5 77:1,2
77:11 91:24
93:11,12,15
94:3,6 95:3
104:22
114:19,20
115:4,6,15
115:24
116:3,5,9

116:18,21
116:24
117:4,10
176:3,4
177:1,5,8
177:19
178:9,18,25
222:22,24
222:25
223:6,9,19
224:3,7,16
224:21,24
225:12
226:1,11,15
226:17,21
**bubble**
50:3,4
**bucket**
232:2
**buckets**
231:23
**budget**
62:16 225:15
232:12
**build**
201:2
**builder**
57:11 67:9
**building**
77:10 125:14
**built**
118:8
**bulk**
99:17 112:6
**bumper**
48:14
**bunch**
63:13 136:18
171:19
**burden**
17:7 34:3
54:24 56:4
56:5 151:10
173:1,7
181:3
223:16
**burdened**
53:6

**burdening**
114:6
**burdensome**
36:11 87:12
233:22
**Bureau**
66:15 233:24
233:25
**bureaucracy**
99:25
**bureaucratic**
99:23
**bureaus**
138:16
**Burnham**
133:7
**buses**
62:11
**business**
111:17
**butterfly**
97:2
**buy**
147:23

---

**C**
**caging**
97:2
**calculated**
20:1
**calculations**
199:16
**California**
78:25 79:4
167:24
**call**
2:3 66:16
79:11
107:22
120:4 144:2
151:25
204:21
206:7 210:8
215:23
218:23
221:7,8,10
223:16,17

**called**
2:2 48:10
128:2
**calling**
118:13
**calls**
20:25 58:10
122:12
200:10
245:10
**camp**
178:8
**campaign**
96:13 206:20
**campaigned**
63:15
**campaigns**
74:18
**cancelled**
142:1,10
**candidate**
96:8 108:16
172:13
212:22
**candidates**
22:16 64:17
206:19
207:1,6
**canning**
209:18
**canvassing**
203:20,22
204:3,4
206:12,13
206:13,24
210:8,9
216:3,14
225:21
229:17
**capacity**
145:13
**car**
236:7
**card**
24:1,4,5,22
25:2,10,15
25:24 26:8
26:17,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031281

Hearing                                                        April 6, 2009

254

```
36:4 43:22        50:7,9            235:3 237:3       145:10,14        193:5
43:23,25          53:19 54:15       237:11,12         152:18           194:14,15
44:21 98:2        54:24 56:11       237:14            153:4            194:20
102:15            69:9 97:10        casted            168:14           Certificates
104:1             102:12            58:6              centers          23:20,22
105:10            124:1             casting           65:24 78:7,8     certifica...
109:6             133:19            35:8 58:17        79:23 227:2      22:7
116:12            148:19,22         242:14            Center's         certified
160:7             164:11            casts             147:1            25:20 246:16
176:10            176:23            8:20 104:25       century          246:16
183:21            177:18            106:25            48:4 65:22       certify
185:17            178:17            208:17            100:4            246:7,10
186:24            cases             213:12            150:21           chads
191:22            10:16 68:18       catch             certain          97:2
202:6             89:24 92:8        80:22 123:6       119:6 120:20     chair
220:24            97:19             235:4,5,13        156:23           9:6 20:22,23
221:11,16         103:18            catches           180:21           20:24 38:5
221:17            105:2 106:5       155:10            198:19           45:11 48:5
222:1,16          108:6 124:2       category          225:1            63:3 75:1
234:1             129:10            34:6,8            239:22           118:19
cards             130:21,23         Catholic          241:17           122:12
103:7             131:4             92:22,23          certainly        135:12
care              142:14,21         cause             4:2 12:23        144:2,14
66:6 113:15       142:25            114:3 175:20      41:14 49:13      151:16
careers           148:10            182:13,15         55:4 122:10      188:10
96:1              154:16            185:13            129:23           200:10
careful           167:11,11         215:18            178:7            245:10
145:24 163:8      cash              caused            181:22           chaired
carried           39:25 125:15      53:11 85:11       189:15           68:22 99:14
186:12,19         132:4             144:18            192:4,7,9        111:18
carry             cast              170:8             194:24           chairman
25:8 124:11       8:19 27:3,7       175:20            certainty        2:1,20 4:24
127:15            32:1 55:16        186:15            7:2 212:16       6:7,12 9:11
Carter            57:20,22          234:13            certificate      13:5,9,22
95:6,7            58:5,13           caution           21:20,21,24      14:1 18:5,7
Carter-Baker      59:15 73:2        183:10            24:14,16         19:18,22
11:19 50:18       99:9 111:2        cautioned         25:3,19          20:12,20,21
60:22,23          111:13            182:11            27:11,13,17      21:2 28:14
61:1,6 64:4       121:19            caveat            27:21 30:5       28:16,22
94:18             126:23            233:17            32:9 39:15       29:3,11,21
105:17            134:8 166:8       celebrate         39:16,20         30:12,20,21
106:21            166:21            47:15 179:11      82:13            30:25 31:5
107:2             182:6 208:3       Center            137:10           31:8,12,19
230:22            208:8,16          83:6 84:22        158:8            31:22,25
Carter-Ford       209:18            87:8 88:18        183:23,25        32:6,11,16
11:19             211:19            88:19,24          184:10,13        32:22,25
case              225:10            129:24            184:25           33:3,9
13:14 21:4        228:13            144:3,11         185:4,5,7        34:19 37:1
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031282

Hearing                                                          April 6, 2009

| | | | | |
|---|---|---|---|---|
| 37:6 38:3,9 | 105:18 | 192:22 | 103:15 | 113:17 |
| 38:12,22 | 106:2,10,15 | 193:25 | 117:16 | **cheat** |
| 39:2,12 | 106:20 | 195:22 | 137:15 | 13:19,21 |
| 40:4,9,11 | 107:17,19 | 196:12,23 | 230:3 | 51:7 69:17 |
| 40:12,14,17 | 107:23 | 197:11,16 | **chances** | **cheated** |
| 40:21 41:1 | 108:3 114:9 | 198:2,7,8 | 149:7 | 51:7 |
| 41:7,12,21 | 114:11,17 | 198:17 | **change** | **cheating** |
| 41:24 42:7 | 117:12 | 199:7,15 | 18:22 19:4 | 57:8 66:24 |
| 42:10,24 | 118:15,21 | 200:1,8,13 | 24:2 25:23 | 67:3,10 |
| 43:12,16,18 | 119:5,25 | 200:15,22 | 25:23 88:4 | 96:21 |
| 44:6,8,15 | 120:11,22 | 201:6,11 | 160:1,4 | **check** |
| 44:21 45:1 | 122:11,18 | 207:10,15 | 176:9 | 39:25 44:23 |
| 45:6,16,17 | 122:24 | 208:3,7,13 | 179:20 | 98:3 125:15 |
| 45:18 46:7 | 123:4,17 | 208:23 | 228:16 | 132:5 |
| 46:13,19 | 131:7,13,18 | 209:1,8,16 | 232:5 | 220:24,24 |
| 47:7 52:24 | 131:21 | 209:21 | **changed** | 220:25 |
| 54:21 55:10 | 135:25 | 210:3,6,11 | 11:6 96:1 | 236:2 |
| 55:13 56:18 | 143:6,9,11 | 210:22 | 103:5 | **checked** |
| 57:12,15,19 | 143:22 | 211:1,18,22 | 123:23 | 70:25 111:24 |
| 57:25 58:2 | 144:7,8 | 212:2,24 | 124:19 | 195:7 218:4 |
| 58:11,18,23 | 145:7 | 213:3,6,9 | 182:23 | **checks** |
| 59:4,9,23 | 152:20 | 213:17 | 215:15 | 125:18 |
| 59:25 72:14 | 153:1,25 | 214:3,12 | 225:7 | **Chicago** |
| 72:15,19,23 | 154:13,19 | 215:5,25 | **changes** | 123:25 |
| 74:22 75:4 | 154:23 | 216:7 217:7 | 22:2 24:12 | 124:10 |
| 76:12,25 | 155:18,22 | 221:5 | 30:4 31:10 | **chicken** |
| 77:13 80:15 | 155:25 | 222:20,23 | 35:24 48:7 | 216:25 |
| 82:11,15,20 | 156:3 157:3 | 226:23 | 54:11 | **children** |
| 82:24 83:5 | 157:25 | 229:2,6,9 | 215:11,14 | 95:24 |
| 83:14,20 | 158:10,15 | 229:18,21 | 231:12,16 | **choice** |
| 84:5,24 | 158:22 | 236:11,22 | 233:12 | 212:22 |
| 85:5,9 86:2 | 159:1,9,11 | 237:2,5,10 | 243:21 | **choices** |
| 86:7,13,19 | 159:16,23 | 237:15,18 | **character...** | 189:23 |
| 87:9 88:8 | 160:17,20 | 237:25 | 88:18 89:3 | **choose** |
| 88:10,11,16 | 160:22 | 238:5,15,20 | **charge** | 36:2 193:13 |
| 89:3 91:14 | 161:6,14,22 | 239:11 | 33:23,25 | 206:8 |
| 91:21,22 | 162:19,22 | 240:14,18 | 79:21 | **chosen** |
| 92:2,4 | 163:3,9 | 240:20 | 129:23,25 | 56:3 |
| 93:10,13 | 167:15,20 | 242:11 | **charges** | **Christopher** |
| 94:11,15 | 169:13 | 243:4,13,16 | 51:21,25 | 216:23 |
| 95:5,9 | 171:15 | 245:3,6,7,9 | 81:22 | **Chronicle** |
| 100:8,11,17 | 175:5 176:2 | **Chairman's** | 124:14 | 98:25 111:19 |
| 100:24 | 176:5 | 12:22 | 130:25 | **Chuck** |
| 101:4,8,12 | 179:15 | **challenge** | **charity** | 40:24 |
| 101:15,21 | 180:7,25 | 172:6 | 132:15 | **cigarettes** |
| 102:2,7 | 181:7 | **challenging** | **Charleston** | 138:21 |
| 103:13,20 | 183:13 | 170:4 | 245:11 | **cited** |
| 104:4,8,19 | 187:24 | **chance** | **chasing** | |
| 104:24 | 188:5,13 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                April 6, 2009

177:25
citizen
96:17 98:3,5
117:7,7
125:24
140:13
150:10
151:6
189:13
240:2
citizens
97:12 98:6
119:20
135:15,16
150:9,21
153:15,18
153:23
159:13
175:2
180:21
219:16
227:2,3
Citizenship
25:3
City
105:3
civil
14:6 124:22
141:20,25
clad
97:19
claim
201:17 202:8
claimed
142:23
claims
97:11 98:10
164:15,16
220:9
clarifica...
43:15 94:20
164:5
clarified
95:1
clarify
94:17
class
125:9

classes
96:3,20
clause
140:5
clean
204:4
clear
11:8 20:11
23:21 31:13
33:5 40:5,6
40:10 41:17
55:2 122:19
143:19
147:16
179:16
193:10
197:21
198:22
207:11
clearly
129:25
143:17
171:12
173:14
175:13
clerical
97:15 147:22
clerk
2:3,4,6,8,10
2:12,14,16
2:18 23:5
28:6 73:24
73:25 117:2
Clerk's
55:18
Clinton
63:14
clock
45:9 52:25
239:15
240:20
close
17:18 93:17
107:5
124:10
closer
107:11
129:13

154:2
coached
62:18
coalition
79:16
code
21:15 27:10
39:18 52:13
54:1
codes
239:20,23,24
coercion
157:8
cohesive
61:22
colleague
127:21
colleagues
8:10 45:22
131:14
180:13
collect
39:14 51:12
collected
58:7
collecting
27:10
Collector
97:17
college
64:16,18
78:19,19,22
78:24 96:2
color
81:18
Columbia
67:19
Columbo
229:25
combat
56:13 178:13
combination
221:25
combine
222:3,5
come
2:21,25 3:3

9:22 12:10
13:11 14:18
20:10 36:25
45:24 49:22
57:3 61:24
63:13 75:23
77:16 78:24
83:24 85:12
94:13 113:7
120:2 128:7
153:8 173:3
184:14
203:11
206:9,21
225:1 226:5
226:9
228:23
232:23
233:2 245:4
comes
37:20 61:9
82:3 85:11
132:18
141:19
202:1
219:25
220:14
comfortably
131:9
coming
10:1 74:20
98:8 114:16
117:20
143:7
151:20
166:11
comment
3:20 5:5
30:16 53:8
69:16 82:12
172:7
175:24,25
comments
9:5,9 13:23
18:10,12
43:20 94:20
167:18
172:4

commission
50:18 73:7
94:19
105:13,17
106:21
107:2,7
143:15,17
commissioned
73:16
Commissioner
203:23
commissio...
203:25
commit
97:20 147:25
148:6
committed
127:20,23
128:4
142:18
committee
1:3 2:1 3:19
4:16 5:6,24
7:3,5,8
9:11 10:7
10:10 11:2
11:16,23
12:8 14:3
18:6,17
37:14,20
41:4,5,10
47:4 50:21
50:22 54:8
61:15 72:17
72:20 75:5
84:16 95:2
95:14 97:16
98:13
107:15
117:13
118:16
123:12
135:12
144:15,25
154:25
164:1 178:8
182:5
183:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031284

183:18
188:14
198:3 200:3
200:7,20
201:19
227:20
committee's
97:23 122:17
committing
127:17
common
60:10,13
128:12
159:18
communicate
123:11
215:19
communica...
62:7
communicator
218:13
communities
241:17
community
58:14 87:24
117:22
231:20
companies
137:12
companion
70:14,23
75:12,19
compare
86:6 87:11
204:5,16
210:16
compared
58:16 159:19
171:23,25
210:13
compares
49:3
comparing
86:23 158:17
159:1,3
179:1,20
comparison
87:3 158:19

158:21
159:4 180:8
comparisons
54:3
competence
186:25
220:12
competent
140:19,21
complete
23:5 176:11
completely
19:7 128:17
173:17
complex
190:3 195:1
complexities
190:4
compliance
165:25
complicated
136:4
comprehen...
61:25 132:19
132:21
comprehen...
139:22 140:2
computers
78:8
concealed
25:8 207:23
concede
172:5,16
conceivable
4:3
concept
18:12
concern
2:23 34:10
44:1 56:8
151:18,19
214:14,19
concerned
14:20 39:21
96:21 98:7
98:14 117:7
135:12

153:20
186:16,17
191:12
194:8 195:1
concerns
18:12,15,19
41:15
135:21
concerted
110:9
conclude
216:3,11
concluded
87:17
conclusion
53:12 87:11
95:13
conclusions
19:14
conclusive
64:12 153:9
condition
94:24 182:22
confidants
125:2
confidence
50:11,15
57:10 66:22
67:9 77:9
97:4,5
112:14,15
151:24
187:3
204:24
confident
152:4,14
187:11,12
187:13,18
213:8
confirm
167:12
confirmation
42:16
confirmed
97:25 103:19
conforming
24:12
confuse

147:22
confusion
151:12
Congressi...
126:23
129:24
Congressw...
126:15
connection
111:9
conscious
16:1
consequence
234:24
consequences
182:9
conservative
14:17 16:20
63:10 89:17
89:19
214:15
conservat...
17:3
consider
34:5 41:11
45:23 47:5
89:17,18
99:21
166:25
171:12
considerate
120:18
considera...
216:8
considering
146:14
consistency
183:7 220:12
consistent
61:5 64:5
167:7
consistently
11:5
consists
203:23
conspiracy
126:20

127:12
constituents
51:6
Constitution
48:6 156:15
constitut...
37:13,17
181:22
constraint
197:23
198:18
constraints
6:16,21
construction
146:2,3
containing
26:21
contains
25:2,4,10
26:8
contention
67:14
contested
11:10 172:2
context
60:22 61:3
80:22
contingent
170:4
continue
62:5,6
contrary
135:1
contrast
180:9
control
157:24
controver...
124:17,24
controversy
134:6 169:20
214:13,21
controverted
92:13,17
convened
111:22
convenient



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005927

Hearing                                                    April 6, 2009

82:16
**convent**
92:6
**converse**
173:18
**convicted**
130:14
**convince**
52:10
**cooperation**
22:11 190:9
**copies**
122:16
144:25
228:4
229:14
239:12
**copy**
25:20 137:16
201:25
203:14
206:10
229:4,13,14
229:16
**correct**
24:14 31:21
33:1 40:17
40:20 41:20
41:21,23,24
86:21 87:4
108:10,11
109:7
116:13
119:5 136:9
136:21
138:17
144:1,13,14
153:11
154:8,10,17
154:18,22
160:19,20
160:21
170:12
172:3
188:24
200:16
208:9
210:10

211:12
215:9 216:5
216:6,13
220:20
232:6,7,8,8
238:3
**correction**
112:10
**correctly**
43:10 83:9
102:18
109:6 191:1
**correctness**
130:25
**correlation**
67:21 152:8
187:16
**correspon...**
232:5
**corruption**
68:25
**cost**
33:7,8 34:14
35:10 61:7
64:22
145:24
184:20
189:12,15
189:16
190:2
225:13
231:22
**costed**
60:21
**costs**
34:23 35:1,3
43:6 80:3,6
146:5,12,14
146:16
190:5
**couched**
62:18
**Council**
102:21
**counsel**
145:10
236:15
246:11

**count**
7:10 32:2
43:11 59:20
181:10,10
182:3,19,24
183:9,12
199:18
210:18,23
211:8
213:10,13
239:7
241:21
**counted**
8:21 55:23
59:11,17
111:24
112:13
183:7,8
210:12,16
211:7,20
212:6,12,25
214:16
236:16,23
241:18,19
242:2,4
244:16
**counties**
43:6 99:4
119:13
165:19
195:15,19
208:19
213:19
**counting**
56:7 99:15
111:15,19
182:1
210:19,20
**country**
11:6,22 46:2
47:13,17
50:8 120:14
132:16,17
168:19
187:9
**counts**
50:23 112:4
**county**

21:16 22:5
28:6,7
34:23,23
35:3,7
52:14 54:25
55:1,15,18
55:24,25
56:19 57:8
58:8 66:7
70:4 71:6
73:19 81:15
81:20 90:2
95:17,23
96:4,6
97:11,13,18
97:22 98:2
98:18 99:2
99:5,11,12
99:22
102:20
103:3,4
104:23
106:19
108:5,17,22
110:19
111:2
119:18,24
124:13
141:8
151:17
154:11,12
165:23
195:8
200:14
203:23,25
208:19,21
209:4
213:18,20
213:22
215:6
218:23
221:9,10
223:5
224:20,22
235:16
236:20
240:6,8
245:11
246:3

**couple**
6:6 40:23
60:8 67:6
80:18 88:14
117:3 131:5
140:7
175:22
194:5,9
240:2,5
**course**
70:22 80:5
167:2 210:1
221:12
237:23
243:12
**court**
25:22 53:1,2
53:10,11,20
54:13,16,22
55:14 56:14
56:16 73:20
90:19 91:12
93:18,23
125:14
142:5,7
181:14
191:6,7
193:6
**cover**
195:19
**co-panelists**
7:20
**co-worker**
186:13
**crafted**
54:13
**crammed**
13:2
**creases**
84:11
**create**
43:5 46:14
125:11,11
126:11
128:17
150:2
182:16
**created**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031286

41:4
creates
149:24
153:23
creating
175:14
223:15
credible
180:1
credit
222:1,16
crime
49:21 51:11
52:7,11,18
102:4
127:14
134:5
criminal
51:21
cross-ref...
165:3
Crow
131:1
crows
85:11
cry
103:7 149:7
CSR
246:21
cure
77:19
cured
77:22
curious
29:15 30:7
69:2 168:3
current
21:10 24:2
36:10 44:18
44:22 160:1
172:23
184:22
185:8 190:8
currently
23:25 27:24
31:13,14
155:19,23
156:4 158:7

165:9
179:21
184:18
207:12
customers
205:13
cut
74:24 123:7
196:2
198:13
cycle
11:11 12:6,6
12:7 151:15
169:3
170:21
219:6
cycles
11:7 175:22
cynicism
96:20

D

D
245:10
Dallas
14:11 65:4
81:13 124:4
164:12
Danberg
135:11
dangerous
171:16
data
58:6 66:15
77:25
120:10
175:23
187:20
database
66:15 166:15
166:16
217:22
date
10:13 24:25
180:18
205:25
246:22
day

17:17 19:15
53:18 58:10
64:20 65:25
66:6 73:12
98:24 99:18
103:6 112:7
113:7 141:3
148:8
174:10
177:14
191:8 194:2
202:18
204:12
206:5,6,10
218:22
237:12
239:10
244:20
days
55:18 56:22
56:23 57:2
74:19 77:18
99:19 112:3
115:2,2,5,8
115:17,20
115:23,25
116:3 182:3
202:19
225:1 226:1
226:5,14,15
dead
51:15 97:12
102:21,24
105:15
106:24
121:19,21
126:12
128:16
148:23
156:5,11,16
156:23
163:8,13,15
164:7,8,13
165:1,7,14
165:17
166:2,19
deadline
110:18

deadlines
6:20
deal
10:19 47:3
69:12,15
134:20
155:3 164:7
dealing
41:1
Dean
133:7
dear
14:4
deaths
105:8
debate
61:10 121:7
144:18
debating
14:14 72:11
Debra
135:11
debunked
147:5
decade
149:16
decades
170:6
deceased
156:23
163:17
165:5
166:16,24
167:4
decided
185:10 187:6
decision
28:17 56:15
94:4 142:6
142:7
202:21
206:12,14
214:10,11
228:18
234:9 239:7
244:19
decisions
191:8

decisive
6:24
declare
182:22
declined
217:5
decreased
159:21
Decree
25:21
deemed
34:21 73:2
183:1
197:15
deep
18:18
defeated
15:10
defendant
53:21
defendants
54:4
defer
8:16 38:2
deference
68:6
definite
240:12
definitely
118:4
degree
53:8 159:25
165:11
173:17,17
192:19,21
Delaware
83:21,22
delayed
99:16 111:20
deleted
142:10
deliberate
234:4
deliberat...
50:19
deliverables
30:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031287

Hearing                                                        April 6, 2009

260

delivered
99:17
demand
49:23
democracy
9:20 11:15
 123:3
 132:12
 133:11
 137:14,23
 139:15
 145:16
democratic
96:6,18
 126:15
 130:5,6
 131:14
 135:19
democrats
14:21 22:16
 81:9 238:6
 238:9
demographic
238:22 239:5
 240:12,13
 241:1,24
demographics
239:8,20
demonstrated
121:15
denied
16:9,12,15
 17:21 98:21
 110:21
deny
82:4
denying
147:15
department
24:23 26:13
 27:19 39:13
 42:19 79:20
 130:17
 164:23
 182:20
departments
165:23
depending

52:13 62:2
 189:21
 192:8
depends
218:19
 242:15
depositions
110:6
depressed
83:8
deputized
72:1
deputy
52:11
descending
181:13
described
43:7 192:3
describes
229:11
describing
229:16
description
21:19
deserves
52:8
designed
146:22
despite
15:23 54:21
detail
152:24
 153:13
 160:24
detailed
21:18
details
8:11 160:13
detected
127:4 128:20
deter
51:2
determina...
206:23
determina...
206:22
determine

112:12
 161:11
 234:5 241:6
 241:16,16
determined
4:17 22:12
 29:25 83:7
determines
182:5
deterred
49:14
deterring
21:12 67:21
develop
9:23 28:3
 79:16
developed
28:9
device
5:3,3
Diane
95:15,22
 104:18,21
 105:21,24
 107:17,21
 108:1,8,11
 108:14,16
 108:21
 109:3,7,11
 109:17,23
 110:3 111:3
 111:8
 112:22
 113:13
 114:1,5,14
 115:2,5,9
 115:19
 116:2,4,7
 116:13,19
 116:23
 117:2,6
 118:4 119:9
 119:15
 122:10
die
167:1,2
died
105:4 121:17

165:21
differ
180:18
difference
17:11 21:9
 87:20
 107:13
 182:7 216:9
 240:11
different
5:22 16:18
 16:18 17:25
 29:12,16
 35:13 36:10
 42:17 60:25
 83:1 104:16
 104:20
 116:14
 119:11
 128:14,19
 149:2
 170:21,22
 174:9,25
 187:15
 207:22
 215:18
 223:5
 224:20,20
 228:4
differently
221:10
difficult
112:5 151:9
 165:10
 186:10
 190:7
difficulty
27:23
diluted
51:7 141:25
dime
98:9
dire
113:15
direct
28:21
directly
47:12 61:10

99:7 111:11
Dirty
128:2
disabilities
70:7
disabled
69:13
disadvantage
170:1
disagree
60:14 84:17
 84:19 86:1
 132:2,11
 173:25
disagreed
61:20
disagreement
155:1
disagreem...
60:9
disbelief
53:16
disburse
51:14
disbursed
80:20
discourage
136:25
discouraging
21:13
discover
147:12
discredit
140:11
discrimin...
131:1
discuss
41:10 46:1
discussed
41:17 172:10
 174:5
 227:25
discussing
99:21
discussion
2:22 12:1
 122:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031288

```
197:25                distinction          189:23              228:11              78:25 79:7
240:21                181:18               documentary         double              138:16
discussions           distingui...         158:9 177:4         105:2               164:21
50:13                 45:22                documenta...        doubt               176:13
disenfran...          distribute           24:20 25:16         107:9 147:19        185:14
12:16 91:6            199:21                26:15 33:11         downside            202:5,12
190:21                214:25                103:14,21          198:12              205:2,4,7
192:2                 distributed           144:24              downsize            205:11,23
220:23                196:5 199:2          183:4               110:10              206:11
disenfran...          199:3                184:14              downtown            220:16,22
16:4 54:5             district             documented          56:5 59:18          221:22,24
61:23 73:20          17:15,17             10:16 142:25         182:2               232:16,21
82:2,8 90:2          18:1 53:2            documents            dozens              233:18,23
90:16 93:3           53:10,11             15:4 31:14           105:2               233:24
140:4                73:24                 42:13 147:1          DPS                 driving
141:15,16            102:13                165:8 184:3         19:21 25:9          26:3 172:18
disenfran...          118:6,6,25           184:24              26:4 27:10          236:8
50:24 51:5           119:12,18            Doe                 27:20,24            drop
54:14                126:17                78:9,10             33:6,7,21          66:5
141:18,24            129:8                 doing               33:25 34:3          dropped
142:3,9              133:14,16            4:12 5:8             38:5,7,7           109:11
disenfran...          133:18               11:17 15:24         43:22 66:17         110:11
141:23               219:14,14            17:9 35:17          79:19 165:4         155:7
191:19               districts            68:10 113:2         Dr                  drops
193:1,9              17:21                 117:23              14:6 16:14          172:23
214:20               disturbing           118:1,1             38:2 43:19          drunk
dishonest            153:20                123:9               117:18              236:6
70:16                diverse               130:10              233:22              dually
disingenuous         4:2                   155:19,23          243:16              90:6,10 91:3
51:17                diversions           156:7               draft               due
displeasure          81:13                 179:21              54:13               7:10,11 8:19
43:2                 divided               182:4 189:4         dramatic            97:14 98:13
dispropor...          81:10 107:7          190:13              84:11               110:22
169:18               divides               201:15             dramatically        114:9
Dispropor...          7:1                   223:15              213:20,22          Dunham
150:9                Divorce               225:8               draw                40:23
disputed             25:21                 228:16              174:9               duty
107:11               DMV                   dollars             drive               119:21
disqualify           79:25                 8:25 170:20         63:9 149:24
244:15               doctor                172:18              157:21            ─────────────
disrespec...          53:15                 174:6               171:9                   E
198:6                document              dong                172:13            ─────────────
dissects             24:6 26:16           38:21               233:23             E
54:1                 31:20 36:5           donor               driven             217:3
dissenting           44:23 53:24          97:14               172:17             EAC
54:24 55:14          82:4,9               door                driver's           212:10
56:1,15              147:2 160:7          143:13              24:21 26:16         earlier
181:24               162:9 165:8          dot                 43:23 62:13        24:24 41:18
                                                                                 54:19 60:16
                                                                                 64:6 84:20
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
86:12 101:8          108:14               207:19           159:15              208:20
101:22               191:24               214:13           168:17,25           215:1,24
111:10               217:15             elderly            169:25              218:3
115:23             educational           88:6 125:25       170:2 171:6         221:12,20
143:16               79:6                150:9             172:12,14           235:8
144:13             effect               elected            174:5 179:5       election-...
156:14               83:1,16 84:1        15:9,10           179:7,9             96:9
172:7                152:7,22            51:22,23          182:13            electronic
189:18               159:17              52:5 89:11        183:1,2             78:12 97:3
201:11,24            168:24              89:13             200:17            element
207:17               169:17              133:19            201:3               228:22
221:5                180:16,24           138:4,8           203:21            elements
224:13             effected              206:16,17         205:14              213:24
early                153:9               223:17            206:5,6,18       elevate
6:21 64:8          effective             226:12            209:15,15           125:8
91:16 98:25          21:25 22:23       electing            209:23            eligibility
99:4 144:20          23:6 115:1          47:18             212:16,18          203:7 206:24
237:12               115:8 116:1       election            215:20,22          234:6 239:9
earned               169:25              11:7,10,11        218:22            eligible
120:15             effects               11:13 12:6        219:5,5,9          27:17 90:11
easier               12:15 85:1          12:6,6           225:17,25           90:23 92:7
100:5 150:24         153:5               21:15 22:14       226:5               96:17 98:17
162:25               169:14              22:25 23:3        231:20              150:5,7
205:12             effort                23:5,9,16         237:12,22           151:6
232:18               22:17 110:9         27:4 39:18        241:15              166:12
easily               126:4               47:24 50:4        242:15,16          175:2
34:4 127:3           132:24              52:13 56:23       242:21              179:10
128:13             efforts               58:10 64:20       243:2,5,5          180:21
easy                 130:13              65:25 71:18       243:10,10          191:12
13:19,20           eight                 73:12,12        elections            192:12
101:23               47:25 92:22         74:19 76:19       1:3 2:2 7:16        225:10
102:3                97:23               93:25 97:1        22:17 48:24         244:20
130:21,22            131:10              100:4 103:6       49:5,9            eliminate
150:24             either                107:5             54:18 55:24         43:4
157:17               8:14 12:4           109:22            57:16 63:4        eliminated
206:2 242:3          18:24 21:4          111:23            77:6 81:7           44:16
Economic             23:17 54:8          116:22            90:20 96:12      Elizabeth
168:15               84:14               124:2             96:15 98:14         126:15
editorial            101:17              125:10            99:20 107:4      Elizme
94:22 95:9           129:4               126:5             107:11,15          105:4
educate              147:21              129:12,13         117:1,8          eloquently
22:17 217:23         158:7 160:2         129:16,22         121:7 123:2         14:12
educating            161:18              130:1,19         126:24            elses's
217:11               175:3               137:24           132:18              128:15
education            179:19,22           138:3            152:5             eluded
34:12 63:2           179:23              139:18           200:14,20           60:16
64:9,13              180:2               146:5 149:5      201:5             embarrassed
79:9 95:16           191:12              151:11,15        203:24              202:23
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031290

Hearing                                              April 6, 2009

263

emphasize
7:21 35:16
  145:23
empirical
152:1
employed
246:11
employee
110:23
employees
110:6,11
employing
130:10
en
157:22
enacting
100:2
encourage
96:16 175:17
  232:9
ended
210:19,20
ends
215:13
energy
165:11
enforce
236:7
enforcement
138:11
  149:10
  234:21
engage
11:16
engaged
83:13 230:6
English
194:18
enhance
7:15 8:14
  121:6 132:7
  132:8
  179:24
  191:24
Enhanced
3:2
enhancement

113:2
enhances
86:3 198:10
enhancing
113:11
enjoyed
183:17
ensure
8:20 235:17
ensured
243:17
enter
110:18
  125:13
entire
8:2 18:17
  70:4,5
  132:7 139:4
  139:6
entirely
149:2 164:3
  166:2
  184:22
entities
222:13,15
entitled
137:14
  214:18
entity
25:25 151:2
entity's
22:7
envelope
24:8 162:3,6
  162:8
  203:17
  204:6 218:6
  218:10
  243:19
  244:17
envelopes
202:1 225:21
equal
6:3 196:15
equality
118:11
equally

7:9 50:23
  196:5
  198:23
equanimity
152:7
equipped
149:11
era
141:20
Erline
81:14 124:6
error
97:15 147:22
Ertel
200:11,12,13
  200:17,23
  201:7
  207:14,21
  208:6,10,18
  208:24
  209:2,10,20
  209:22
  210:5,9,14
  210:24
  211:4,21,24
  212:8 213:2
  213:5,7,15
  213:21
  214:5,23
  215:10
  216:6,13,23
  216:23
  217:13
  218:1,18,21
  218:25
  219:11,21
  220:4,6,11
  221:2,9,15
  221:24
  222:7,11,14
  222:19
  223:4,7,14
  223:23
  224:10,19
  224:23,25
  225:14
  226:4,14,16
  226:18

227:4,9,13
  227:16,21
  227:25
  228:7,17,21
  229:1,4,8
  229:13,20
  229:25
  230:5,8,12
  230:21,25
  231:4,7,9
  231:15,18
  232:8,11
  233:14,17
  234:12,18
  234:22
  235:16
  236:10,21
  236:25
  237:4,11,17
  237:21
  238:4,13,23
  239:3,17,22
  240:6,22
  241:9,13
  242:3,15
  243:8,19,21
  243:25
  244:4,10
  245:4,5
especially
2:24 9:21
  47:13 52:14
  69:15
  179:19
  215:16
  217:18
essentially
67:13 191:5
establish
22:17 37:22
  54:23
established
145:20
establishes
26:21
establishing
213:25
ethics

96:3,19
evening
6:22
evenly
199:2,3,21
event
73:17 227:9
events
227:18
eventually
137:20
everybody
2:21 3:22
  5:24 7:5,8
  21:9 63:5
  66:14 95:1
  95:14
  118:15
  185:17,20
  186:11,12
  186:13,19
  186:19,20
  186:20,23
  191:15
  198:3
  202:17
  205:7
  219:16,16
  242:5
everybody's
18:18 204:15
everyone's
9:13 72:25
  117:9 228:4
evidence
7:24 8:1,6
  8:13 18:19
  18:21 19:4
  19:7,12,15
  21:11 49:23
  49:25 50:16
  51:9,13,16
  52:19 53:3
  53:11 56:11
  69:9 79:3
  84:12,14,15
  85:23 88:2
  100:16,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031291

```
100:25                46:21 80:9        expansion         explain            78:4
101:5,20                80:10,13        143:23            21:1,3 55:12       extremely
102:6,9               exception...        234:11          85:15              12:21 149:11
104:11                149:23            expansive         160:23             ex-felons
105:11                exceptions        189:22            195:2              105:15
107:3 108:2           57:4 82:23        expect            205:14             eye
108:2                 excited           8:15 47:10        explained          99:12
120:19                64:16              49:10 55:3       52:20              eyes
121:2 126:8           excludes          100:6            explaining          54:9
127:17                90:24             149:16            173:9 176:7        eyewitnesses
134:16,16             excuse            170:9            explanation         148:17,18
145:19                82:7,7           expectation       30:3
152:2 154:5            139:20          19:23            Expo                ┌──── F ────┐
154:15,20             232:6            expected          79:11              fabulously
157:4                 excuses          35:4 49:13       express             179:18,22
159:24                69:24             154:3            171:15             face
161:2 180:1           executive        expendien...      181:20             70:20 158:5
180:15,23             111:17            232:18          expressed           facets
187:2,4               138:25           expense          143:14             194:9
225:2                 139:10,13        183:9 184:20     expressing          facilities
evidentiary           exempted         experience       122:1              27:24 80:8
120:9                 10:23             46:6 53:22      extending           facing
exact                 exemption         123:21          47:8               109:19
90:14 228:2           41:18 71:7,9      124:3 130:3     extensive           fact
exactly               exercise          131:9           107:3 154:19       5:21 15:24
115:20 128:6          9:19 15:5         154:12          157:4               34:7 37:15
187:21                151:7            experienced      162:13,16           37:23 47:5
205:23,24             exist             51:10           195:3               47:20 49:14
205:25                10:22 120:6      expert           extent              56:6,10
207:14                142:2             3:24 7:19       3:15 7:23           70:9 85:6
220:4                 153:22            9:12,16         8:9,15              88:21,22
222:11                154:16            11:24 13:11     18:19 19:8         91:7 93:17
224:17                existence         13:24 20:2      34:20 36:9         98:5 100:12
233:3                 132:13            37:2 110:5      40:4 43:3          101:9
exaggerated           147:13            235:7 243:3     56:4 82:25         121:14
97:14                 existing         expertise        83:3 84:25         122:1 124:9
example               33:7 36:11        3:1,16          100:15             126:7
19:20 30:1            exists            experts          103:16             131:14
61:9 64:15            35:25 50:1        3:12 4:9        106:4 161:9        135:14,16
78:25 80:11           97:8,10           7:14 9:17       161:11             136:21
97:16                 126:9             19:13 98:9      172:16             143:25
121:22                147:15           expiration       196:6,15           147:12
133:6 137:8           192:21            205:25          199:20             149:4
150:1                 expand            246:22          extra               154:14
178:17                95:11            expired          17:6,7 34:18       166:22
examples              expanding        24:24,24         199:19             179:10
127:19                7:16 61:5         26:19 92:8      225:17,18          181:25
exception             234:9             92:12          extreme             182:25
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031292

Hearing                                                     April 6, 2009

186:6
190:19
196:17
206:23
215:21
232:9
**factor**
84:10 127:8
174:18
**factors**
174:9
**facts**
144:20
145:19,22
147:6
**factual**
145:23
169:22
**fail**
202:16 207:5
214:6
**failing**
27:6 178:5
**failure**
178:2,19
**fair**
79:10 94:1
96:12 163:4
172:4,16
173:22,22
175:24
188:13
190:12
196:4
213:14
**fairly**
8:22 29:24
63:10
118:11
165:10
166:3
**fake**
106:10
165:12
**familiar**
8:9,10 67:22
82:25 83:4
83:4 84:2,3

86:17
103:16
106:4
108:19
116:24
119:6,7,13
168:11
181:11
232:25
**fan**
61:16
**far**
65:14,16
84:1 119:10
125:21
139:18
146:14
148:12
149:21,25
154:2
165:24
173:2 180:9
181:20
189:2
231:11,11
**fashion**
61:16
**fast**
139:24
**faulty**
99:16 111:20
**favor**
45:14 94:19
122:20
127:15
**favorable**
127:16
**favorite**
132:15
**FBI**
130:8
**featured**
170:2
**February**
67:19 224:12
231:7
**federal**
22:21 25:12

26:6 48:7
78:22
125:14
129:16
136:24
149:9
150:20
155:5
176:23
177:3
**fee**
27:10 39:14
**feed**
205:16
**feedback**
77:3
**feel**
15:20 68:12
77:5 82:1
152:4,13
187:10,11
187:12,13
187:20,21
187:21
207:6,7
213:8
**feels**
41:13
**fellow**
46:23 96:4
**fellowship**
60:6,7
**felons**
105:17
106:22
167:5
**felony**
71:19 76:20
128:6
**felt**
187:18
**fewer**
91:23 125:22
**fictional**
185:23 186:1
186:4
**fictitious**
126:11,25

128:17
**field**
19:13 81:25
**figure**
36:20 65:13
72:4 73:9
143:24
158:23
182:10
**figured**
20:5
**figures**
225:13
**file**
51:25,25
52:2 55:22
78:13
193:17
202:10
241:20
**filed**
56:12 72:7
129:22
**files**
130:23
**fill**
69:24 71:13
76:2 176:12
203:13,16
203:19
206:7 209:6
212:23
219:1 225:9
239:4
244:13,14
244:16
**filled**
204:7
**final**
29:10 99:18
112:7
186:22
**Finally**
61:7
**financial**
50:2
**financially**
246:14

**find**
29:5 39:4
54:15 68:21
100:15
120:5
147:12
148:16,24
149:12
161:1,5
175:2 179:8
181:21
205:11
219:2 228:1
**finding**
93:21 166:1
166:19
**findings**
83:24
**fine**
81:19 198:14
204:25
**finish**
20:2 64:6
75:6 92:1
199:12,13
**first**
51:10 56:9
56:21 59:8
61:9 63:4
69:18 74:19
98:24 102:6
121:9 123:5
132:10
141:14
170:5
231:24
242:23,23
243:1
**fiscal**
29:11,12,13
29:14,25
30:7,9 33:6
34:2,22
**fiscally**
52:9
**fishing**
26:11
**five**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                          April 6, 2009

| | | | | |
|---|---|---|---|---|
| 8:15 33:18 | 227:16 | 26:14 | **former** | 83:15 |
| 36:25 49:9 | 229:11 | **follow-up** | 97:17 108:16 | **four** |
| 64:19 90:7 | 231:1,18 | 164:13 | 125:1,1 | 8:6 49:8 |
| 125:21 | 233:18 | 166:20 | 218:12 | 81:6 124:3 |
| 146:6 | 237:19 | **font** | 235:5 | 235:22 |
| 187:15 | 240:5 244:5 | 23:13 194:16 | **forms** | **fourth** |
| 208:2 | **Florida's** | 194:17,20 | 19:2 23:10 | 65:10 |
| 233:12,15 | 182:13,22 | 194:21 | 23:18,22,23 | **four-year** |
| **five-percent** | **Flot-Davis** | **forced** | 32:7,21 | 123:21 |
| 36:20 | 246:5,21 | 73:1 141:21 | 35:13 62:10 | **frame** |
| **fix** | **fluid** | **forecasting** | 112:8 | 60:22 |
| 109:14 | 112:10 | 78:1 | 141:19 | **framed** |
| 113:20,21 | **focus** | **foregoing** | 150:22 | 199:17 |
| 148:7 | 3:17 9:24 | 246:7 | 160:6,16 | **franchise** |
| **fixed** | 11:2 19:10 | **Foretto** | 185:8 205:6 | 11:20 12:11 |
| 138:22 | 145:15,18 | 158:25 | 205:8 208:2 | 12:15 61:4 |
| **fixes** | 146:18 | **forget** | 224:25 | 61:5 82:5 |
| 146:15 | **focused** | 202:2 238:24 | 232:20 | 230:20 |
| **flag** | 162:20 | **forgets** | 233:12 | **frankly** |
| 78:11 | **focusing** | 206:4,6 | **formula** | 84:7 |
| **flagged** | 85:2 | 242:5 | 118:10 | **Fraser** |
| 166:7 | **folks** | **forgetting** | **Fort** | 9:25 12:14 |
| **flawed** | 16:6 62:7 | 242:6 | 65:4 | 20:25 40:16 |
| 152:9 | 68:20 84:21 | **forgive** | **fortune** | 40:20 41:17 |
| **flight** | 90:1 91:7 | 84:7 | 60:7 | 41:18,20 |
| 6:13 123:6 | 118:25 | **forgot** | **forward** | 42:16 43:14 |
| 131:8 | 120:20 | 56:24 202:24 | 12:18 17:4 | 65:13 69:8 |
| **flights** | 193:1 205:1 | 219:19 | 65:15 | 138:23 |
| 6:10 91:16 | 205:10 | **forgotten** | **forwarding** | **fraud** |
| **flip** | 206:21,25 | 217:21 | 33:7 | 7:5 8:2,3,17 |
| 89:2 | 208:21 | **form** | **fought** | 10:5,14,20 |
| **Floor** | 209:3,5,6 | 18:23 19:1 | 141:19 | 10:22 18:13 |
| 14:18 40:22 | 209:13,24 | 23:17 24:20 | **foul** | 19:7 21:12 |
| **Florida** | 212:18 | 26:20,22 | 149:7 | 50:16 52:9 |
| 181:11,15,19 | 216:18 | 32:5,9,12 | **found** | 68:23,24 |
| 181:21 | 235:2,20 | 55:2,5 | 10:15 53:2 | 69:6 77:4 |
| 182:21,23 | 239:3 240:1 | 76:15 | 54:13,16 | 84:23 96:15 |
| 200:20,24 | 242:17 | 146:21 | 60:10,13 | 96:21,23 |
| 201:5 202:4 | **follow** | 155:15 | 64:1 86:10 | 97:6,22 |
| 205:8 | 92:25 93:4 | 160:7 177:4 | 97:24 | 100:12,18 |
| 207:12,25 | 164:10,13 | 177:11 | 103:21 | 100:20,25 |
| 208:4 | 191:11 | 202:13 | 110:5 | 101:5,10,16 |
| 211:10 | 239:16 | 205:22 | 119:20,23 | 101:24 |
| 213:16 | **followed** | 207:17 | 164:8 | 102:9,19 |
| 214:13,21 | 4:6,7,8 | 221:23 | 166:15 | 103:2 |
| 220:23 | 68:24 | 222:8,10 | 167:8 | 106:17 |
| 221:6 | **following** | 232:24,24 | 187:16 | 107:3,8,12 |
| 222:25 | 24:20 25:16 | 239:3,4,5 | **Foundation** | 107:22 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 119:23 | 167:10 | 134:2,21,24 | 3:8 20:23 | 84:25 91:18 |
| 121:1,2,5 | **frequently** | 136:4,10,13 | **gender** | 92:24 |
| 121:11,22 | 10:18 | 136:16,22 | 242:8 | 166:10 |
| 122:14 | **freshman** | 136:24 | **general** | 196:9 212:3 |
| 123:2 124:1 | 14:13 | 137:6,11,19 | 10:15 19:21 | **ghetto** |
| 124:2,14 | **Friday** | 137:25 | 22:14 37:6 | 126:3 |
| 126:8,11,20 | 49:1 | 138:6,9,13 | 37:24 41:2 | **give** |
| 126:20,22 | **friend** | 138:25 | 59:15 | 3:12,18 5:5 |
| 127:3,8,18 | 14:11 48:20 | 139:4,6,10 | 102:25 | 54:25 56:22 |
| 127:21,24 | **friendly** | 139:17,20 | 104:14 | 59:15 68:6 |
| 128:5 | 174:22 | 139:23 | 129:19 | 74:1 75:8 |
| 134:11,13 | **front** | 140:1,6,9 | 130:6 | 93:20 |
| 135:13,17 | 6:14 14:8 | 140:14,17 | 212:16 | 106:11 |
| 138:15 | 16:17 64:7 | 140:20,24 | 215:22 | 128:5,14,19 |
| 142:12 | 69:8 71:18 | 141:2,6,9 | 219:7 243:2 | 131:10,13 |
| 146:24 | 76:19 | 141:12,18 | **generally** | 140:5 |
| 147:2,7,8 | 144:18 | 142:15,17 | 6:4 10:14 | 155:11 |
| 147:15,17 | 151:7 | 142:22 | 229:10 | 188:17 |
| 147:22,25 | 183:18 | 143:1,3,4,6 | **General's** | 191:17 |
| 148:6,15 | 193:5 | 143:8,12 | 105:12 | 196:2 |
| 149:8,14,22 | 197:10 | 147:18 | **generation** | 208:24 |
| 152:9,11,12 | 202:22 | 148:4,14 | 16:18 132:24 | 213:3 218:7 |
| 154:5,15,20 | 203:18 | 150:14 | 133:3 | 218:16 |
| 155:1,10 | 215:13 | 188:7 | **gentleman** | 219:4 |
| 156:21 | 236:3 | **fundamental** | 12:23 196:25 | 223:25 |
| 157:17,24 | **front-loaded** | 145:15 | 207:17 | 226:5 |
| 161:8 186:9 | 63:4 | **funding** | **gentlemen** | **given** |
| 187:11,13 | **full** | 109:24 118:5 | 86:16 | 6:3,8 33:24 |
| 187:14 | 96:16 100:15 | 118:10,12 | **genuinely** | 69:19 |
| 190:22,24 | 139:17 | **funds** | 54:5 | 102:15 |
| 234:11,15 | 143:10 | 22:21,22 | **Georgia** | 105:11 |
| 235:2,9 | 197:3 | 62:18 | 57:2 156:14 | 131:14 |
| **fraudulent** | 198:20 | 175:16 | 164:17 | 199:9 218:4 |
| 7:12 188:25 | **fully** | **furnish** | 168:12,16 | 229:4 |
| 235:18 | 19:7 21:6 | 193:21 | 169:23,25 | **gives** |
| **fraudulently** | 244:16 | **further** | 170:1,4,11 | 54:2 204:23 |
| 126:23 | **fun** | 246:10,13 | 171:4 | **giving** |
| **free** | 219:12 | **future** | 173:10,11 | 103:15,22 |
| 27:22 33:23 | **Fund** | 49:11 | 173:16 | 216:16 |
| 33:25 34:21 | 122:12,16,21 | **fuzzy** | 174:3,11,18 | **glad** |
| 38:8 39:3,5 | 123:1,1,5 | 204:11 | 174:23 | 6:19 29:22 |
| 39:7 79:21 | 123:19 | | 178:17 | 176:22 |
| 87:25 96:12 | 131:12,16 | ───── **G** ───── | 179:5 | 199:21 |
| 96:15 117:8 | 131:20,23 | **Gary** | **Georgians** | **glean** |
| 122:16 | 131:25 | 81:15 124:6 | 168:15 | 241:1 244:18 |
| 160:5 | 132:10 | **gauging** | 179:10 | **Glen** |
| **frequency** | 133:15,20 | 169:25 | **getting** | 127:21,25 |
| 149:15 | 133:23 | **gavel** | 46:22 60:7 | **go** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                              April 6, 2009

| | | | |
|---|---|---|---|
| 3:20 4:22 | goal | 145:2 152:9 | 165:11 |
| 4:25 5:9 | 117:11 178:3 | 157:21,23 | 169:10 |
| 14:25 15:14 | 181:8 | 159:6 | 185:4 |
| 20:4 27:20 | 199:12 | 166:19 | 201:12,13 |
| 36:16 38:11 | 205:16 | 171:14 | 203:9 207:5 |
| 39:24,25 | goals | 173:16 | 229:20 |
| 47:9 49:11 | 19:11 | 174:22 | 240:8,24,24 |
| 52:12 68:20 | goes | 175:22,24 | greater |
| 70:1 71:2 | 48:18,18 | 178:3 | 12:12 163:12 |
| 71:16 72:10 | 59:18 62:2 | 180:23 | 187:1 |
| 74:12 76:17 | 122:5 | 182:2 | greatly |
| 78:20 79:10 | 128:25 | 184:12 | 97:14 |
| 79:10,22 | 178:20 | 188:15,16 | Greetings |
| 80:1,5 | 194:1 | 188:16 | 45:20 |
| 86:20 91:18 | 208:11 | 190:5 191:7 | grew |
| 93:18 125:6 | 228:8 | 194:2,3,13 | 47:14 |
| 129:2,10 | going | 195:25 | grocery |
| 139:18 | 3:6,7,23 | 196:17 | 66:5 |
| 145:19 | 4:12 5:4,4 | 197:4,5,18 | ground |
| 148:23 | 5:13 6:1,9 | 197:23 | 60:11,13 |
| 153:2,2 | 6:9,10 8:7 | 198:13 | 68:2 80:12 |
| 170:10 | 9:15 10:11 | 201:17 | grounded |
| 176:6 | 14:19,20 | 203:2 | 145:24 186:6 |
| 181:14,18 | 15:18 16:5 | 204:24 | group |
| 181:20 | 16:10 17:10 | 209:25 | 4:2 8:23 |
| 182:2 189:4 | 17:14,22 | 223:10 | 16:16 63:24 |
| 189:10 | 18:1,16 | 225:22,24 | 73:21 |
| 190:5 | 19:10,18 | 231:23 | 129:21 |
| 193:17 | 34:14,15,16 | 233:14 | 182:4 241:6 |
| 194:20 | 34:17 35:12 | 234:19,23 | 241:10 |
| 202:11 | 36:16,17 | 235:4,13,18 | 242:5,5 |
| 203:13 | 37:2,21 | 239:12 | groups |
| 204:13,22 | 41:5 42:5 | Gonzales | 135:15 |
| 205:5,17 | 52:14 53:17 | 129:20 | guardrail |
| 207:4,9 | 56:4 61:13 | good | 67:11 |
| 209:3 210:7 | 61:14,21 | 11:14,15 | guardrails |
| 212:19 | 63:9 67:15 | 12:19,23 | 93:24 |
| 217:11,23 | 70:1 74:24 | 14:11 16:3 | guess |
| 218:9,22 | 91:1,16,22 | 39:12 47:3 | 17:15 88:19 |
| 223:1,21,24 | 91:25 95:16 | 48:20 60:3 | 143:23 |
| 224:8 | 113:11,21 | 60:7 62:8 | 162:8,10 |
| 226:13 | 119:21 | 75:23 76:11 | 173:23,25 |
| 227:2,3,4 | 122:6 128:7 | 79:2 93:6 | 244:8 |
| 227:17,17 | 129:1,4 | 93:14 95:20 | guidelines |
| 229:16,24 | 131:1 132:4 | 131:19 | 130:18 |
| 233:8,12 | 132:4 | 141:14 | guilty |
| 236:4 240:9 | 141:13 | 150:1 | 85:22 |
| 244:21 | 143:24 | 166:11 | Gutierrez |

(columns continued)

189:24
191:5,6,9
200:12
201:3 224:7
227:8
228:16
229:6
goodness
237:4
gotta
36:1 143:24
149:6
174:11,12
203:6
gotten
77:2
government
16:22 17:1,6
25:12 34:13
34:21 44:22
44:23 66:15
100:7
129:16
136:24
150:20
151:3
155:14
governmental
24:8 25:25
222:13,14
governments
36:12
government's
34:14
governor
22:13,16
Governor's
105:14
grand
126:19 127:6
127:11
grandparents
17:24
grant
161:16
great
2:23 45:23
146:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005938

TX_00031296

119:11,17
**guy**
68:2 78:14
157:2
214:25
221:12
235:5 236:6
**guys**
72:2 133:18
201:18,20

_____ **H** _____
**half**
5:12 11:12
64:23
**hand**
3:7 18:13,14
20:22 70:16
75:7 114:17
161:16
**handed**
103:25
191:22
**handful**
17:20,25
148:9
154:16
**Handgun**
25:8
**handing**
137:16
**handle**
8:18 19:18
181:15,17
196:4
213:14
214:22
229:11
**handled**
34:4
**handles**
72:1 181:11
**handling**
23:2
**hands**
82:13 125:12
136:18
163:4

**handy**
150:8
**hang**
174:17,19
**hanging**
97:2
**happen**
17:10 51:8
52:15 67:4
128:13
178:15
185:6
190:14
**happened**
68:13 99:22
116:10
130:8 148:9
149:14
**happening**
163:11 164:2
213:18
219:23
**happens**
51:13 80:19
100:16
149:12
206:5,5
213:19
**happy**
47:11 52:22
123:10,11
144:24
145:7 179:9
188:9,11
196:8 200:6
**harangue**
74:19
**hard**
13:19,21
15:3,5
49:24 51:12
120:15
148:15
161:1,2,3,4
161:5,6
163:14,16
185:22
**harder**

69:16 91:10
96:23
157:20,24
**harding**
111:17 112:4
112:13
**harming**
52:10
**Harper-Brown**
2:14 9:7
**Harris**
95:17,23
96:4,6
97:11,13,18
97:22 98:18
99:1,12
103:3
104:22
106:19
108:5,17,22
111:2
154:11,12
246:3
**hash**
175:23
**hat**
174:17,19
201:19
**HAVA**
163:19
165:19
166:15
194:23
224:13,16
231:17,18
**head**
53:16
**heads-up**
216:17
**health**
165:23
243:18
**hear**
2:22 19:24
20:7 37:2
42:5,18
91:16,22
122:2 135:5

135:6
143:13
176:22
196:14
**heard**
10:24 18:11
20:5 38:17
81:2 121:9
135:4
151:22
207:17
224:13
246:9
**hearing**
7:19 9:2,24
10:25 18:16
19:3 21:9
30:15 63:19
103:14
125:15
146:8 196:4
196:14
198:23
236:18
**hearings**
9:14,17
12:22 54:6
129:24
198:14
**Heck**
193:19
**hectic**
151:15
**Heflin**
33:4,5 34:10
35:11 40:19
77:14,15,21
78:2,5,18
79:5,12,18
79:22 80:2
80:14
105:18,22
105:25
106:7,13,18
108:4,5,9
108:12,15
108:18,24
109:4,8,12

109:20
110:2,25
111:4
112:20,23
113:19
114:4,8,12
114:15
131:22,23
132:1
133:12,17
133:22,25
134:18,22
135:24
188:1,2,19
188:22
189:2,9
190:6,15
191:17
192:13
217:8,9,25
218:15,20
218:24
219:10,13
220:2,5,10
220:13
221:1,4,13
221:21
222:4,9,12
222:17
226:24,25
227:8,11,14
227:19,22
228:6,14,20
228:24
239:11
**Helfin**
2:16
**help**
9:22 13:11
37:3 48:10
57:19 62:17
79:23 125:6
155:8
157:10,13
157:13
161:24
165:15
166:9

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

TX_00031297

Hearing                                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 184:15,17 | 237:7 | 85:14 | 8:13,16,19 | 137:4 |
| 190:12 | **Holestein** | **hour** | 15:2 18:24 | 141:17 |
| 200:21,24 | 126:16 | 131:8 | 18:24 19:1 | 142:8 |
| 219:2 227:3 | **home** | **hours** | 19:1,2 | 143:17,20 |
| **helped** | 14:25 36:23 | 219:4,10 | 36:21 38:6 | 143:23,25 |
| 47:20 124:9 | 81:15 98:12 | **house** | 38:20 40:3 | 146:21 |
| 124:15 | 102:25 | 1:3 2:1 10:2 | 43:22,23,24 | 148:6 |
| 218:5 | 118:6,25 | 12:14 14:16 | 46:20 48:13 | 149:22 |
| **helpful** | 125:24 | 14:18 17:25 | 48:16 49:2 | 150:1,7,8 |
| 75:5 163:24 | 186:14 | 28:15,23 | 49:5,5,12 | 150:12,12 |
| **Helping** | 191:14 | 40:22 43:4 | 50:10,19 | 150:13,22 |
| 79:7 | 202:24 | 235:24 | 51:8 53:25 | 150:25 |
| **helps** | 207:4 218:9 | 238:8 | 55:2 56:24 | 151:11,13 |
| 133:3 173:13 | **homeless** | **housed** | 59:5,7,21 | 151:23 |
| **Heritage** | 138:20 | 88:20 89:7 | 60:14,24 | 152:3,4,10 |
| 83:15 | **homes** | **household** | 61:10 63:11 | 152:13 |
| **hesitant** | 79:23 147:25 | 235:21 | 63:20,22 | 153:5,19 |
| 221:7,7 | 223:20,21 | **Houston** | 64:1,20 | 158:7,9 |
| **hey** | 223:24 | 98:25 102:23 | 66:20,24 | 160:16,16 |
| 68:11 165:7 | 224:2 | 111:18 | 67:3 69:3 | 168:6,24 |
| 235:12 | **honest** | **huge** | 69:16 70:13 | 169:8,14,15 |
| **high** | 15:21 16:5 | 77:9 99:12 | 70:15,17 | 169:19,20 |
| 96:1 173:20 | 51:5 | 191:20 | 71:22 73:3 | 171:12,18 |
| 209:24 | **honestly** | **Humble** | 75:24 76:8 | 171:25 |
| 237:23 | 113:13 | 95:23 118:6 | 76:8 77:7 | 173:14 |
| **higher** | 114:10 | **hundreds** | 77:17 78:3 | 175:4 178:2 |
| 52:4 118:12 | 230:11 | 12:16 103:4 | 78:19,22 | 178:4 |
| 170:19,20 | **honor** | 112:8 | 79:1,19 | 180:22 |
| 243:1,6,9 | 45:21 46:3 | 148:10 | 81:6,21 | 184:1,6,7 |
| **highest-g...** | 94:14 | **hunt** | 82:16 83:25 | 184:18 |
| 49:20 | 132:17 | 149:8 | 92:8 94:19 | 185:3,8,12 |
| **highly** | **hook** | **hunting** | 94:24 96:22 | 185:15 |
| 11:10 | 149:17 | 26:11 | 97:7,19,20 | 186:11 |
| **hired** | **hoops** | **hurt** | 98:11,22 | 187:17 |
| 133:22 | 182:2 | 14:19,20 | 99:7,10 | 192:25 |
| **hiring** | **hope** | 17:14 124:7 | 109:19 | 193:2,11,20 |
| 35:9 130:16 | 18:16 80:24 | **husband** | 111:11,14 | 193:21 |
| **Hispanic** | 106:2 | 95:23 219:25 | 113:1,7 | 202:2,13,22 |
| 241:8 | **hopefully** | **hypothesis** | 114:2 | 202:23 |
| **historic** | 47:10 106:3 | 49:16 | 117:23 | 203:5 205:6 |
| 239:25 | 240:22 | **hypothetical** | 118:2 | 205:8,8,22 |
| **history** | **hoping** | 185:23 | 119:24 | 206:4,6 |
| 46:1 55:23 | 230:8 | | 122:23 | 207:12 |
| **hold** | **Hopson** | **I** | 124:7 125:5 | 208:2,5,9 |
| 56:23 68:1 | 40:24 | **iceberg** | 125:9,12,18 | 212:1,9,14 |
| 175:25 | **horn** | 8:2,2 121:5 | 125:19 | 213:1 |
| 211:5 228:1 | 61:17 | **ID** | 126:3 132:3 | 217:21 |
| | **hot** | | 134:1 135:4 | 219:20 |
| | | | 136:3,9 | 220:1,8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031298

Hearing                                                          April 6, 2009

271

221:3,6,8
221:23
222:2,5,6,8
222:9,15,16
224:4
230:18
231:3,4,22
231:24
232:1,20,24
233:18,20
234:1,1
236:16
238:24
241:5 242:6
242:6,13,20
242:25
**idea**
62:8,16
158:6
178:24
203:1
**ideas**
7:15
**identific...**
3:3 10:4
18:24 22:18
23:2,11,18
23:19,24
24:7,11,21
24:22 25:1
25:10,15,17
25:24 26:15
26:17,20,23
26:25 27:6
27:11,13,15
27:22 31:15
31:16,23
32:8 33:17
33:22,24
35:19 36:3
36:6 37:10
37:16 39:14
39:16 55:5
57:23 58:14
87:2,15,16
87:21,23,25
88:1 122:23
125:6,21,23

126:1
155:16,16
158:18,18
160:2
177:12
184:17
189:12,15
190:17,18
207:18
208:15
209:9,11,19
211:3 212:6
220:16,24
228:9
236:24
237:1 238:2
238:10
**identified**
89:22 146:9
236:15
**identifier**
241:1
**identify**
33:14 35:13
37:3 95:18
102:4,19,20
155:18
162:25
**identifying**
107:16
**identity**
26:22 42:14
42:16 49:20
50:1,5
56:25 127:4
130:14
132:14
163:18
184:4
191:12
**IDs**
79:24 169:15
177:23
221:25
**ignorance**
138:10
**ignore**
47:7

**illegal**
119:21
138:19
**illustrates**
95:10
**image**
124:15
**imaginary**
105:10
**imagine**
219:15
**immigrants**
119:22
120:14
**impact**
19:5 21:11
34:13,22
36:12 85:24
99:25 168:5
168:5
169:18
173:12
174:18,20
**impediments**
11:8
**impenetrable**
50:4
**impersonate**
103:9
**impersona...**
126:24
**impersona...**
7:24 10:6,17
14:15 15:2
15:18 51:12
68:18,21
69:10 80:21
97:6,10
98:16
100:19
101:18
102:11
108:7
109:13,16
126:9,11
127:17,21
127:24
128:5

142:11,14
142:19
146:24
147:7
154:17
161:2
163:12
187:14
189:5,7
190:8
**implement**
22:22 28:4
34:18 186:4
192:5
225:13
228:19
**implement...**
231:10
232:12,13
233:7
234:14
**implemented**
60:15 76:10
155:9
157:11,13
163:20,21
186:18
190:25
193:15
242:12
**important**
9:14,19,19
73:9 95:11
95:13 98:1
118:13,25
119:5
120:13
123:21
125:4 134:7
134:25
144:19
175:2 193:1
226:20
**impose**
146:17
**imposed**
138:15
**imposes**

146:14
**impossible**
166:2
**impressed**
226:17
**impression**
58:12 163:25
**improper**
188:25
**improprie...**
129:12
**impropriety**
129:15
**improve**
126:5 132:20
132:21
189:5
**improvement**
179:8,9
184:15
**inadequate**
8:19
**inaudible**
138:4
**incident**
201:4
**incidents**
145:6
**inclined**
3:17
**include**
23:1 34:23
36:3 70:12
124:11
125:10
**includes**
23:21 81:15
122:22
**including**
22:21 26:2
130:12
145:4
148:13,14
148:20
155:21
158:3,4,4,6
174:9 198:7
218:8 229:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

inclusive
12:25
income
169:18
inconclusive
180:5,19
inconsistent
110:4
increase
11:17 42:12
  60:15 61:3
  62:16
  151:23
  168:18
  170:15
  171:16
  175:10,13
  178:1 179:2
  179:2
  230:20
increased
49:14 159:21
  168:16,20
  169:2 171:3
  190:2
increases
12:10 82:5
  85:3 151:10
increasing
230:23,23
incumbent
18:2
independence
46:1
independent
133:10
  212:21
Indiana
21:7,8 45:12
  45:14,21
  46:6,18
  47:6,14,18
  48:13,23
  49:9 51:10
  51:11,20
  52:6 53:4
  56:3 57:18
  63:7,10,25

64:9,16,25
65:17,23
66:12 68:1
68:2,13,15
69:2,12,13
69:20 71:20
72:2,9 73:1
78:21 79:11
79:19 81:16
82:18 85:6
86:11 89:24
93:18 113:8
123:22,22
123:24
124:6,7,17
135:1 157:7
158:17
159:17
181:19
213:11,13
Indiana's
49:4 52:12
  53:24 54:1
  63:15
indicate
86:19 88:3
  102:18
  160:9
indicated
44:16 90:19
  101:9
indicates
53:2 54:24
  55:13,19
  83:16 238:5
indicating
102:14
indication
102:10,23
  238:1
indicted
127:13
  130:18
indictment
104:7
indictments
129:21
individual

53:4 103:23
  149:2
  170:14
  183:21
individually
189:23
individuals
2:25
industria...
132:12
  133:11
industry
95:25 150:20
ineligible
192:6
inept
190:9
infamous
124:1
inference
42:3
inflated
98:10
influence
130:1
inform
9:23 27:5
  228:11
information
22:2 23:13
  35:2 69:19
  85:19
  107:14
  112:8,11
  120:20
  155:11,14
  162:7
  164:22
  165:2
  176:10,17
  177:10
  203:19
  208:17
  218:7 219:1
  221:11,16
  221:17
  226:6,10
  236:17

238:22
239:6 241:2
241:23,24
241:25
244:5,13,15
244:18
inherently
15:12
initially
215:12
inland
240:7
input
74:12
inquire
73:21
inside
62:11 121:16
insider
190:12
insiders
148:3
inspect
84:11 216:15
inspectors
218:23
instance
80:20 119:18
  121:18
  152:16
  167:10
  205:2 217:2
  219:5 222:1
instances
16:25 32:1
  69:6 107:16
  119:20
  121:15
instant
51:13
instill
50:11
instilling
50:15
instituted
230:18
institution

25:11,12
institutions
51:3
instructions
110:14
insufficient
176:17
  177:10
insure
7:7 120:2
  181:8
insures
202:16
integrity
48:15 49:18
  54:20 67:12
  98:14 99:20
  122:22
  125:10,11
  126:5
  132:20
intelligent
244:19
intend
33:23
intending
37:22 103:8
intensity
170:18
intent
3:21,25 4:5
  5:2 19:11
  20:2 37:6
  198:25
intention
171:8
interest
54:17 90:20
  93:24 207:1
interested
3:13 7:19
  8:12,24 9:2
  19:3,6 21:8
  70:11
  229:12
  246:14
interesting
10:3 168:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031300

Hearing                                                  April 6, 2009

273

```
168:22              invent             85:17              139:14              136:24
169:1 171:1        47:20              isolation          145:16              137:6,11,19
206:13             investigate        139:22             item                137:25
interesti...       58:8               issue              185:19 237:6        138:6,9,13
73:23              investigated       2:22 3:2 4:4       items               138:25
interests          119:12,19         11:16 13:12        24:9 156:10         139:4,6,10
18:3 96:12         123:25            14:3,24            I.D                  139:17,20
interfere          186:7             15:21 41:2         32:21 38:8          139:23
16:22              investiga...      42:8 49:23         38:18 39:7          140:1,6,9
interim            10:14 102:17      54:8 60:10         40:2 125:11         140:14,17
10:9,11            104:3             64:1 73:13         177:4               140:20,24
42:19 97:23        126:16            75:22,25                              141:2,6,9
107:15             127:6,10          90:9,9,12                             141:12,18
intermitt...       156:18            99:13              ___J___            142:15,17
20:10              164:17            100:14                                 142:22
Internet           investiga...      109:13,16         jail                143:1,4,8
78:11 195:20       119:8,9           112:25             191:22             join
interpret...       investment        117:5             James              9:17
176:23             170:2             118:25            95:6 104:17         Jones
interpret...       invite            119:12,19         104:25             219:19
176:24             30:13             120:13,25         January            220:15,17
interrupt          invited           124:18,24         67:19 83:24        220:17
105:19             19:19             134:20            107:15             Journal
112:21             inviting          135:22            Jim                127:22 138:1
interview          144:15            144:17,21        111:17 131:1        156:15
57:6 68:20         invoke            149:9 155:5       Jimmie             judge
141:4,7            143:20            168:3             95:7               23:9 53:11
interviewed        involved          179:17            Jimmy              56:15
124:25 127:9       17:1 53:9         197:2 199:9       95:5               203:23
127:10,20          96:10             199:10            job                judges
127:23             126:24            217:14,16        16:3 98:12          22:25 127:16
128:4,9            129:14,19         217:19,20        190:13             judgment
129:7              involving          227:24            201:12,13         213:4
135:13             126:20            issued            218:19             jump
140:6 141:6        in-person         21:21 24:22       Joelette           182:12
142:17             10:16 69:3,4      25:4,6,9,11       168:14             jurisdiction
intimidate         102:19            25:24 26:3        John               46:2 211:12
192:9              121:2,5           26:5,9,12         78:9,10            jurisdict...
intimidated        134:17            26:17 27:11       122:12,16          52:13
141:22             135:3 158:3       98:1 105:10       122:21            juror
intimidation       iron              109:5             123:1,1,5         110:22
96:16              97:18             126:19            123:19            jury
introduced         ISD               162:9             131:12,16         119:21
46:12 48:5         118:7             issues            131:20,25         126:19
53:3 190:4         isolate           6:24 43:22        132:10            127:6,11
inundated          86:5              114:9 119:6       133:15,20         justice
174:6              isolated          119:24            133:23            130:17 144:3
                                     120:9 122:3       134:2,21,24        144:12
                                                       136:4,10,13
                                                       136:16,22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005943

TX_00031301

Hearing                                              April 6, 2009

274

145:10,16
182:21
245:11
**justices**
181:24
**Justin**
144:2,10,10
145:9 153:3
154:9,18,22
155:4,20,23
156:10
157:6
158:24
159:12,22
160:19,21
161:3,13,19
163:22
164:3 167:7
167:23
169:6,24
170:24
171:5,14
172:2,20
173:6,24
174:8,25
177:2,6,16
179:4 180:4
180:12
183:15,16
183:22
184:2,7
188:7,9,19
188:21
189:1,6,14
190:11,23
192:4,15
193:10,24
194:7,24
199:25
200:5
220:21
224:5 226:3
226:22
232:7,10
237:6 245:8

**K**
**Kansas**

105:3
**Kateri**
246:5,21
**keep**
100:3,3
145:2
166:19
186:5
192:11
221:11
239:19
**keeping**
117:8
**keeps**
202:17,20
**kept**
234:15
**key**
62:1 79:15
127:8
**KHOUTV**
110:20
**kids**
66:6 78:19
**kill**
4:16
**killed**
148:11
**kind**
3:13 50:24
50:25 51:4
51:18 63:4
70:8 75:6
78:14,17
81:8 87:22
88:5 91:11
97:6 101:1
112:15
119:24
129:6,10
147:2,17
154:2,5,6
159:20,24
160:8
172:16
175:17
180:1
185:15

193:5
219:22
221:6
222:25
226:20
228:4 240:7
**King**
14:6 16:14
125:3
**knew**
169:14
**know**
5:13 16:2
18:20,20
19:25 21:7
29:19 33:13
35:16 37:14
41:7,8
50:25 56:13
56:20 57:7
57:12,19
58:21 59:6
59:20 60:8
60:14 62:12
62:14 63:19
65:21 67:25
68:3 73:4,5
73:23 74:14
77:3,23
80:2 81:12
81:23 83:7
83:12 84:5
84:7 85:9
85:10,13,14
85:16 88:7
88:17,21,22
89:8 90:1,3
90:13 91:6
92:14,21,22
96:5 102:1
104:8
107:20
109:9
110:25
111:5,5
113:17
115:20
116:8,10

117:24,24
121:20,22
121:23
122:6
123:18
130:3
136:10,14
137:6 139:9
149:3 150:7
150:15
154:11
156:8,8
158:12
159:7
160:13
161:20
163:10
164:10
165:5 166:1
171:15,19
171:20,22
171:24
172:4,11
178:23
179:12,25
180:13
186:10
190:1 191:2
195:16
197:13
200:25
201:6,9
204:18
205:5,23,24
205:25
206:17
207:23
208:13
209:17
210:11
211:1
214:20
215:16
216:17,18
219:21
220:1
223:17
225:6,14
227:17

232:23
233:2
234:18,23
234:24
235:1,2,6,7
237:8
238:14
240:11,25
241:13
242:20
243:22
244:11,15
**knowing**
16:1,8,11
128:21
**knowledge**
97:9 104:7
105:20
106:18,19
108:10
111:1,6
114:13
133:2 218:2
219:18
**known**
223:1 242:24
**knows**
78:14 121:18
219:16

**L**
**labels**
89:21
**lack**
12:3,9 97:2
125:20,23
211:25
220:21
**Lackadais...**
138:11
**lady**
105:19
**laid**
106:3 188:14
**language**
39:13 44:19
245:1
**large**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031302

Hearing                                                                    April 6, 2009

```
51:2 148:1          144:12              34:11,20            159:22              199:17
164:2               145:11              lead                160:12,19           214:14,19
231:19              148:3               99:8 111:12         160:21              leg
largely             149:10              leader              161:3,13,19         201:17
172:17              155:5,17            46:2                162:15,20           legal
larger              160:1,4             leaders             163:2,22            7:7,9 8:20
62:19 219:14        167:12              45:22 46:23         164:3               19:5 21:13
largest             168:24              47:19               166:18              37:25 56:7
99:22               169:25              leadership          167:7,23            119:20
Larry               171:18,21           61:14,15            169:6,11,24         145:15
127:25              176:23              96:3,19             170:16,24           191:8
laser-like          177:3,18            135:19,20           171:5,14            214:21
64:14               179:13,14           leading             172:2,20            215:8
lastly              179:20              130:13 179:6        173:6,24            legally
128:22              181:21              League              174:8,15,25         214:17
late                184:23              62:5                175:8,19            legislation
31:19 75:20         185:5 190:8         learn               176:1,22            3:9 6:18
114:21,23           191:7 195:1         52:12 96:8          177:2,6,16          8:11 31:13
226:19              195:12              learned             178:6,10,22         32:7 33:12
latest              228:22              130:9               179:4 180:4         37:20 40:5
166:14              229:15,16           leave               180:12              48:10 53:5
Lavaca              242:11              42:22 61:21         181:5               55:3,5,17
102:22              243:23              80:12,24            182:11              57:13 61:13
law                 244:5               82:11               183:16,22           83:2 85:1
16:23 20:9          laws                118:20              184:2,7,12          87:3 96:22
21:7,10             16:21,24            123:8               185:22              146:13,16
22:3 24:3           83:25 148:7         131:15,17           186:5 187:2         146:20
30:4 31:23          152:3,4             131:19              187:23              179:23
40:8 44:18          169:19              134:15              188:7,9,21          181:16
46:21 47:8          182:23              143:5 145:3         189:1,6,14          182:10
53:17 54:2          228:18,19           159:6               190:11,23           195:10
54:6,13             lawyers             163:14              192:4,15            legislative
57:1 61:19          47:3 53:14          169:24              193:10,24           208:1 233:13
61:20 63:12         lay                 176:15              194:7,24            legislator
87:20,22            3:6,23 8:7          177:6               199:25              12:9 110:8
88:4,19,20          13:23 18:17         leaves              200:5,9             legislature
89:8 92:25          23:25               204:20              220:21              1:5 124:19
93:1,4              157:23              Leavitt             224:5 226:3         135:18
98:23 99:23         laying              144:3,6,10          226:22              234:13
99:24               3:8 24:3            144:11              232:7,10            244:25
100:15              layoffs             145:9 153:3         237:6 245:8         legitimate
123:22              118:7               154:9,18,22         led                 35:14 56:8
124:7,17            layout              155:4,20,23         48:7                122:4
133:16              160:4 197:10        156:1,10            leeway              length
135:4               lays                157:6 158:1         188:17              4:11 20:1
138:11,15           20:24               158:13,20           left                119:20
140:11              LBB                 158:24              72:16,19            146:16
142:8 144:4         29:15,20,22         159:3,10,12         163:25              207:22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031303

Hearing                                                          April 6, 2009

276

lessen
181:3
letter
176:19 177:9
  177:12
letting
14:2 220:9
let's
16:4 31:13
  39:4 69:11
  100:3
  163:14,16
  163:18,19
  186:22
  202:12
level
58:7 73:25
  96:2 126:9
  170:6
  172:23
leveled
131:2
levels
81:25
liberal
83:12 87:10
  88:19 89:4
  89:6,17
  181:23
library
26:8,10
license
24:22 25:8
  25:21 26:5
  26:11,16,19
  43:23 62:13
  78:25
  138:16
  164:21
  176:13
  185:14
  202:5,13
  205:2,4,7
  205:11,23
  206:11
  220:16,22
  221:22,24
  232:16,21

233:18,24
  233:25,25
licenses
138:17
lied
76:16
life
125:19
lifelong
99:14 111:16
life's
50:2
lift
147:21
light
5:11,14,21
  69:16
  143:24
lightning
148:11
limit
4:11 120:9
  196:22
  198:15
limitation
153:6
limitations
152:21
limited
5:18 146:18
Lincoln
47:19
Lincoln's
47:16
Linda
9:7 220:15
  220:16,17
line
43:6 73:12
  73:15
  150:11
  151:8 203:3
  220:7 228:3
  228:8
lines
62:6
list

7:23 23:10
  24:6,10,15
  24:17 31:14
  31:15,17
  32:8 35:18
  35:24 36:2
  44:16 86:25
  99:3 129:1
  165:20
  166:23
  167:1,5
  177:7
  189:25
  235:20
listed
82:20 107:1
  107:2
listen
19:13 120:12
listener
12:23
listening
29:6 201:1
lists
35:23,25
  155:14
  165:20,21
  165:22
literacy
141:21
literally
86:24
little
5:2 60:20
  65:18,19
  68:15,18
  84:7,9
  89:23
  120:17,24
  126:8 128:3
  130:3 154:4
  160:24
  184:19
  201:9,22
  204:10,21
  215:1 218:9
  224:20,20
  225:8,18

236:5
live
16:1,11 48:3
  49:8 60:18
  65:19,22
  95:22
  150:24
  152:2,3
  167:21,23
  167:24
lived
211:14
lives
14:7 16:22
  17:2
living
80:8
loaded
64:7
loathe
129:10
local
30:2 33:25
  34:13,14,21
  36:12 85:15
  130:12
  138:4,7
  171:6,7,8
located
26:10 124:10
location
23:12 218:2
  221:18
locations
60:18 99:4
  104:16
log
192:21
logical
113:25 169:4
  169:7
long
3:4 13:9
  14:5 93:23
  114:24
  118:22
  126:13,19
  139:10

141:19
165:18
194:1,1,3
196:9,9
197:2 201:2
217:2
226:12
231:6 235:8
longer
11:21 166:5
  166:6,12
  225:8,25
longest
225:22,23
longstanding
148:4
look
12:18 16:13
  18:2 44:17
  81:13 147:5
  148:24
  168:8,9,10
  173:19
  174:11,12
  203:12
  204:5,16
  205:23,24
  206:1
  216:20
  217:3,22
  232:19,21
  232:22
  233:3
  235:13
  236:3
  241:18
looked
15:13 52:1,3
  85:16 87:8
  157:1
  194:16,16
  195:17
looking
7:13 17:4
  19:6 44:10
  47:2 71:25
  84:6 149:14
  152:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031304

Hearing                                                        April 6, 2009

```
 156:4 161:9        227:16            235:9,11        March            material
 205:21            loved             239:16          102:24           19:5 84:8
 244:2             201:1            main             marched           90:6,8
looks              low               176:12          14:7             179:23
 52:21             11:4 48:22       mainstream       marchers          182:8
looksey            73:6              126:6           14:6             229:10
 236:5             lower            maintaining      margin           materials
lose               169:18            157:18          107:12            28:4,9
 32:19 48:19       lowest           maintains        marginal        matter
 113:24            11:5 134:2        22:6            179:19 181:3      37:23 121:14
 206:19,19         134:20           major            marginally       122:3 129:2
losing             Lucy-goosy        99:5 129:20      162:25           187:4
 207:1             86:23            146:3 149:9      Marion            201:16
lost               Luther            155:2           54:25 55:1        225:16
 54:15 97:4,5      125:2            majority          55:15,24        matters
lot                                  33:10 37:8       57:8 73:19       50:14
 16:4 28:24    ────── M ──────       56:17 182:5      90:2 141:8      Mayor
 38:15 53:13      M                  212:13,25        151:17           125:1
 54:6 69:9         217:2             216:2           mark             ma'am
 77:2,3,25        machine           making            9:1 14:19        38:9
 85:13             78:16             9:5 50:13       marked           McCain
 109:25,25        machines          54:9 60:18       77:17            170:3
 120:6 121:2       78:16 97:3        64:12 117:8     marriage         McGeehan
 121:4,11         Magazine          123:14           25:21            199:19
 125:19            83:21            151:9 170:4      married          mean
 133:7 153:7      magic             172:18           220:18           15:13,13
 153:7             49:12 63:22      173:9,25        Martin            29:19 37:19
 165:13,16        magnitude         185:18           125:2            52:17,18
 174:4             107:7           man              Mary's            63:9 84:23
 189:21,22        mail              47:14 102:20      92:6            87:6 161:15
 205:15,19         22:2 36:22      mandate          match             161:17
 206:5 207:7       76:4 218:4       238:10           155:13,15        168:9 169:4
 215:10           mailed           mandated          165:6           179:5
 219:15            64:17            244:4            204:17,19        183:23
 223:1,12         mailing          mandates          204:19          184:1 186:3
 225:7             68:24 69:5       243:23          210:23,25        189:6
 241:21            195:4           mandatory        214:16           217:20
 242:16,18        mail-in           32:12 238:2     216:2,10,21      220:11
 242:22            10:23 68:23     manner           216:22           224:18
 243:3,22          69:7,13          5:22 29:24      237:1            227:5
lots               70:10,13,19     41:2 59:18       matched          238:13
 85:15 149:13      72:1 75:13       229:11           55:22 164:22    242:17
 149:13,13         75:20,22,24     manual           211:23          meaning
 164:15            127:7,7          110:15          matches          112:18
Louisiana          188:23,25       map              217:2,3         meaningful
 129:8             232:5,6          159:20          matching         85:24
love               234:10          mapped           97:15 156:20    means
 63:14 137:16                       112:9                            5:11 50:23
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031305

```
   51:22,24          14:18 37:14       156:24            218:1,18,21       231:16
   52:19 149:6       102:21            158:10            218:25            middle
151:11,14           178:8             184:16            219:11,21          77:4 96:1
158:8               203:21            189:17            220:4,6,11         125:9
178:11              212:20            192:16            221:2,9,15        midnight
181:2               216:15            195:5             221:24             4:18,23,25
191:16              243:14            201:11,24         222:7,11,14        20:7 36:16
199:4              members            203:10            222:19            199:13,14
meant               4:13 5:17,23      211:17            223:4,7,14        mildly
39:1 80:25          6:2 9:11,11       233:1             223:23            162:15
99:2                11:2,16,23       mentioning         224:10,19         miles
measure             11:24,24          104:13            224:23,25         68:1,5,5
66:20 67:11         12:8,21           233:23            225:14            military
measured            15:9,11          met                226:4,14,16       25:1 222:15
201:14              21:3 28:11        26:25 228:9       226:18            235:5
214:10              36:15 54:8       method             227:4,9,13       Millial
measures            54:20 59:25       145:18            227:16,21         49:6
48:9,15             60:6 74:23        202:15,16         227:25           million
71:21,22,23         75:5 82:21        202:16            228:7,17,21       8:25 29:14
76:9 100:3          91:15 95:2       methodology        229:1,4,8        29:18 30:9
139:18              108:3             29:15 30:10       229:13,20         34:12 62:23
mechanics           112:12          methods            229:25            64:7 65:2
28:25 163:18        114:18            127:2             230:5,8,12       167:1 237:8
163:19              117:14          metrics             230:21,25        237:9,16,19
mechanism           123:12            161:20            231:4,7,9        237:20,22
56:3                144:15          Miami               231:15,18       millions
media               160:24            157:12 235:8      232:8,11         148:10
12:21 42:21         164:1           Michael             233:14,17       Milwaukee
163:25              197:20,22         104:12,15         234:12,18        105:16
214:25,25           198:3,19          200:10,12         234:22           106:22
Medicaid            200:2             200:13,17         235:16           mind
26:2                222:21            200:23            236:10,21         5:7,20 15:14
medical             229:2             201:7             236:25           61:9 88:15
53:15               238:16            207:14,21         237:4,11,17      107:24
Medicare            240:15            208:6,10,18       237:21           119:25
26:2               mention            208:24            238:4,13,23      120:11
medium              147:19            209:2,10,20       239:3,17,22      124:20
186:24              152:19,23         209:22            240:6,22         172:10
meeting             158:6             210:5,9,14        241:9,13        minds
9:15 206:14        mentioned          210:24            242:3,15         123:22
206:24              53:13 63:3        211:4,21,24       243:8,19,21     mine
meetings            66:23 70:25       212:8 213:2       243:25           53:15 66:13
206:22              75:11 79:15       213:5,7,15        244:4,10         81:20
mega                123:20            213:21            245:5            124:13
66:1,3              145:9             214:5,23         Michigan          221:11
member              147:18,18         215:10            79:1,3          minimizing
3:18 7:3            148:4             216:6,13,23       193:15           182:9
13:22 14:17         156:14,22         217:13           microscope       minimum
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                April 6, 2009

215:22
234:15
**minor**
107:9
**minorities**
15:3 17:7
**minority**
14:23 23:24
37:11,12,18
37:25 78:4
88:5 150:9
160:10
**minuscule**
58:15
**minute**
5:11 8:8
235:23
**minutes**
5:12,13,14
5:16 20:14
21:3 47:10
67:7 72:16
72:19
114:11,12
131:5,11
150:17
187:24
188:4 194:1
195:25
196:1,20,24
197:12,18
197:19,20
199:18
203:3
240:21,23
**misconstrued**
94:21
**miserable**
178:2,19
**miserably**
178:5
**Mississippi**
172:1
**Missouri**
49:7 83:19
86:9
**misspoke**
210:15

**mistake**
14:25 110:23
149:1
**mistaken**
178:16
**misunders...**
101:22
197:17
**MIT**
67:19
**mix**
222:3
**mixed**
58:3
**mobile**
79:25
**moderate**
35:10
**modern**
150:25
**mom**
53:18
**moment**
3:7 8:8
43:20
185:17
**Monday**
215:1
**money**
35:12 62:9
65:13 171:7
172:13
173:10
174:4
225:19
231:23
232:3
**monthly**
167:12
**months**
116:15
**mood**
48:21
**moot**
70:21
**morning**
124:4 164:12

215:2
**mother**
102:21
**mothers**
53:14
**motivated**
149:12
**Motor**
66:16 79:20
165:4
**mouthful**
48:3
**move**
45:2 74:23
91:17
112:24
192:25
193:11
227:11,14
231:22
**movement**
16:20 124:23
**moves**
17:23,24
**movie**
132:4 137:4
137:8
**moving**
42:14
**Moylo**
86:10
**multiple**
107:4
**myriad**
209:11 218:4
**M-o-y-l-o**
86:10

___

**N**

**nail**
207:11
**name**
25:23 26:9
44:24 46:8
87:13 95:18
95:22
106:23,24

113:1
122:18,24
128:15
132:11
143:20
144:9,10
162:18
165:1,2,9
219:2
220:15,22
**names**
74:1,8 98:17
126:25
128:6,8,10
141:10
165:14,17
**narrow**
8:22 80:10
**narrowing**
222:15
**narrowly**
15:10 54:12
**nation**
52:6
**national**
137:23 149:9
171:2,23
187:7,8
**nationally**
7:25 175:11
**nationwide**
169:2
**nature**
171:6
**near**
11:21 12:4
14:3 102:25
110:18
156:12
**nearing**
71:18 76:19
**Nebraska**
83:23
**necessarily**
76:8 133:1
135:9
181:16
221:16

**necessary**
153:6 193:12
**need**
16:23 30:11
31:4 32:21
36:4,17
39:25 40:1
48:3 70:17
97:1 109:14
111:24
118:5,16
120:9
122:22
123:17
131:7 132:7
132:19,21
132:23
135:23
143:19
153:7
191:23
196:9 218:7
221:21
244:23
**needed**
34:18
**needing**
76:16
**needs**
17:1 40:10
52:8 189:8
**negative**
12:14 174:18
174:20
192:2
**neglected**
93:16
**negotiable**
146:19
**neighborhood**
58:21 83:20
**neighboring**
171:25
**neighbors**
79:13
**neither**
246:10
**nervous**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005949

TX_00031307

Hearing                                                          April 6, 2009

                                                                          280

112:18
neural
165:14
neutral
200:16,18
Nevada
130:5,15
never
16:21,21
  80:11 82:12
  125:25
  198:15,17
nevertheless
56:6
new
29:11,14
  30:6 33:6
  35:8 54:9
  63:13,25
  64:1,16,18
  84:3 89:8
  111:12
  112:10
  132:24
  133:2 144:3
  164:25
  166:10
  167:21,24
  168:1
  195:10
newer
63:5
newly
99:3
news
124:4 127:22
  164:12
newspapers
105:6 215:23
next-to-last
11:21
night
4:15 15:22
  16:8 30:15
  49:1 50:20
  118:22
  196:17,18
  197:6

198:21
nights
226:19
night's
196:16
  198:20
nine
5:23 57:17
  81:7 219:15
Nixon
126:17
nominated
22:13
nominee
96:6
non
73:16 97:12
  160:16
  207:20
non-citizens
97:19,20,24
  102:22
  109:1,5
non-commi...
117:14
non-issue
58:10
non-partisan
110:5 145:12
  145:13
non-photo
18:24 24:7
  82:23 160:3
  160:6
  169:15
  181:1 222:5
non-photo...
23:11,19
  24:10 25:17
  31:16 32:8
  35:19 36:6
non-provi...
208:4
non-speci...
26:20
non-tradi...
62:10

normally
204:1
northern
129:8 133:14
  133:16,18
notable
147:10
notably
147:13
note
10:3,20
  20:14 29:12
  29:12,13,14
  29:25 30:7
  30:9,14
  33:6 34:2
  50:17
  124:21
  192:15
notes
128:10
notice
21:16,23
  22:6,9 23:9
  29:11
  194:11,12
  194:13,19
  195:6
notification
116:8
notify
115:9
notifying
22:2
notion
18:13 122:21
  154:20
notorious
156:16
  164:11
November
105:14
  111:19
  172:12
no-excuse
69:4,20
  234:10
no-fault

76:1
no-identi...
159:19
number
4:15 7:18
  22:15 36:25
  37:2,7
  42:13 57:20
  58:12 59:14
  73:6,9
  85:14 90:14
  107:16
  110:11
  148:6
  153:20
  164:22
  166:25
  167:6
  176:13,14
  185:1 199:2
  199:16
  209:24
  210:18
  212:7
  213:10,12
  213:12
  218:10,11
  225:1 237:7
  240:3
  242:12
  243:1
numbers
94:4 98:20
  156:12
  168:9,13,21
  170:14
  172:7
  173:10
  195:17
  210:1 211:5
  212:10
  236:18
numbers-wise
243:9
numerous
97:12
nun
93:1

nuns
92:5 93:3
  140:4,7,9
  141:6
nursing
36:23 79:23
  125:24
  147:24
  223:20,21
  223:24
  224:2
NYU
88:19,20
  144:12
  145:10
N.D
143:14

                O

oath
76:15 97:17
Obama
17:16 63:15
  170:3
observer
50:21
obtaining
26:1 27:12
  39:16,17
obvious
129:1 134:3
  163:14
obviously
5:17 33:9
  108:1 119:4
  156:3
  168:21
  217:6
  239:18
occasionally
242:6
occasions
182:12
occur
20:13 35:5
  50:5 52:18
  107:4,25
  129:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031308

Hearing                                                          April 6, 2009

281

```
147:23              138:5,8             109:8,12            240:18              opening
161:15,17           official            110:2               242:10              3:11,19 9:5
161:21              43:22 68:25         112:20,22           243:13              9:8 13:23
236:4               200:18              114:4,15            244:7 245:2         18:10,11
occurred            201:5               115:24              old                 20:1 167:18
81:21 103:3         203:15              116:2,18            41:19 48:25         operate
105:2               206:18              136:23              110:21              73:11
occurring           222:9               137:13,13           166:11              operated
121:8               223:17              139:8,25            194:15              126:21
occurs              226:12              140:8               older               198:18
7:10 8:3            231:20              141:11              71:5 219:16         operates
19:8 35:6           officials           143:2               223:3,7,13         132:17
51:5,16             151:11              153:25              240:1               operating
100:18              206:16              155:22,25           once                5:22
107:10              offsetting          157:25              3:23 14:14          opinion
121:1,11            7:11                158:10              14:16 49:17         50:12 53:1
161:11              Oftentimes          159:9,11,16         98:4 134:8          54:24 55:14
October             113:19              160:17,22           217:10              55:15 102:3
98:24               oh                  161:6               onerous             121:14,25
offer               176:11              162:19,22           55:4,5              142:4
12:8                221:13              163:3,23            207:16              181:13,22
offering            237:4               174:15              ones                219:22
23:16 68:8          okay                176:7 177:5         19:19,19            opinions
office              20:21 21:2          177:8 181:7         33:20 51:20         56:1 122:4
38:7,16             30:19 31:7          185:21              56:12 61:4          opportunity
53:25 55:18         32:3,10,14          188:18              153:17              3:19 5:25
79:15 97:12         37:5,5 38:3         193:20              188:2 211:8         6:3 20:17
98:8 99:17          40:25 41:9          206:2               215:7               21:5 30:16
108:19              42:7 44:20          207:10,15           218:25              55:1 91:21
110:7,10            44:25 45:1          208:7,13            241:18,19           103:23
112:1,6,9           45:4 46:16          209:1,21            241:21              106:4,11
113:23              58:11,18            210:22              242:4               125:10
114:7               59:23 62:24         212:2 213:9         one's               136:8 151:6
115:25              67:24 68:14         214:3 217:7         15:16 156:15        202:17
117:3               69:22 71:10         217:9,25            one-bedroom         223:25
162:14              72:12 74:5          218:10,20           236:1               opposed
167:13              78:7,18             218:24              ongoing             124:18
203:12              79:5 84:5           220:5,8             10:13               191:25
204:9,10,21         86:2,13             221:1,4             on-site             opposite
206:7,9             88:8 89:20          222:4,20,23         217:15 218:5        67:20
214:10              92:4,11             224:24              218:9,14            opposition
215:24              93:8 101:15         227:19              224:2 227:3         131:10
221:20              101:21              229:2,6,15          open                oppositional
officer             102:2,7             230:25              15:14 62:6          154:3
23:3,16 27:4        104:21              231:8,21            70:5,6 74:3         option
27:21               107:23              232:10              74:6,17             191:2
offices             108:3,9,15         235:23              118:8               options
114:22 130:8        108:18              236:9,10,22         206:15              207:22
                                        238:4,15,20
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031309

Hearing                                                        April 6, 2009

282

order
2:2 6:8
 15:21 17:11
 31:20 36:25
 39:7 59:19
 127:15
 146:10,21
 153:8
 165:12
 184:3
 188:13
 193:2
 213:13
 231:25
ordered
126:17
organizat...
22:11
original
25:20 195:25
 216:10
ought
46:24 68:12
 113:2
 133:25
 174:23
ourself
120:9
outcome
12:13 29:17
 107:5
 246:14
outlined
76:10
outreach
61:25 64:9
 64:13,14
 79:10 227:5
outside
20:14 23:12
 62:11 69:7
 121:16
 122:5 162:7
 203:19
 232:13
outweigh
146:4,13
overall

168:16
 241:17
overburdened
114:6
overdue
93:23
overturned
235:8
overwhelming
16:25 33:10
 37:8
overzealous
74:18
over-comm...
218:13
over-reli...
183:10

P

pack
195:3
page
44:18 53:1
 107:14
 146:2
 179:17
 228:5,6,7
pan
164:17
panel
5:17 9:4
 197:21
panelists
8:10
paper
81:14 82:20
 97:3 148:20
 161:23
 162:2,12,13
 162:15,16
 162:23
 191:13
 192:19
 204:14,15
 218:3
papers
70:11
paragraph

25:14
parallel
230:19 231:2
parameters
54:18 90:20
 91:13 93:25
pardon
115:4 208:12
 210:15
 233:4
parents
120:14
parking
205:18,19
Parks
26:12
part
5:16 9:19
 12:23,25
 18:18 23:5
 37:24 56:15
 62:18 66:7
 134:15
 135:18,23
 153:3,5
 160:13
 190:14
 194:25
 204:2
 224:13
partially
83:13
participate
63:25 67:16
participated
11:13 173:2
participa...
11:9
participa...
9:13 11:4,5
 11:22 12:3
 12:5 96:16
 132:9
 172:24
 191:25,25
particular
43:2 56:19
 60:10 66:7

80:23 83:2
 85:18 102:4
 102:19
 146:20
 152:25
 154:12
 159:14
 169:14,19
 174:10
 199:1
 207:13
 214:9
 238:17
particularly
9:2 146:6
parties
246:12
partisan
10:1 52:3
 56:16,17
 99:13 129:2
 130:1
partisanly
51:23
partisanship
96:14
partnership
79:14
parts
47:17 49:21
party
22:13 52:1,3
 89:14 148:2
 212:21,21
pass
16:21,21,24
 65:23 80:14
 99:22 166:3
 229:15
passed
9:25 12:14
 13:17 16:8
 57:13 61:11
 70:24 75:14
 75:16
passing
53:23 195:10
passionate

15:20
passive
225:5 242:16
 242:17
passport
25:6 78:22
 92:12
 233:19
passports
92:9,10
Paul
97:17
pause
140:5
pay
34:15,16,17
 224:18
paycheck
44:23
payers
45:13
Peace
245:11
peculiar
6:13
Pena
2:6,7 3:8
 20:23,24
 45:6
penalties
76:17
penalty
71:1,15
 235:12,13
people
4:18 6:10
 8:23 11:9
 15:3,4,6,9
 15:20 16:9
 16:12,13,14
 16:16 18:1
 21:8 23:23
 23:24 24:3
 30:14 33:20
 34:7 35:4
 35:13,21
 36:22 37:9
 37:11 38:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031310

38:15 41:19
45:20 46:1
46:14 48:16
48:17,23
49:19 57:22
58:13 60:19
67:2,9,14
68:20 72:16
73:10,19,22
74:19 75:8
77:3,22
79:7,24
80:11 81:10
82:7 89:24
90:9 91:23
94:2 96:20
97:12 98:20
100:3 105:7
105:11
110:12
115:12,15
116:15
121:16
123:25
124:16,18
124:22
125:5,12,20
126:6,11,13
127:9,10,17
127:20,23
128:4,7,9
128:11
130:12
132:13
133:3,3
136:13
138:20
141:8,15,20
142:10,17
142:22
146:24
147:20,23
149:14
150:6
152:13
156:5,6,12
156:17
157:8,21,22
158:3 160:3

163:8,13
164:7,8,14
165:13,14
165:16,17
165:21
166:2,4,10
166:11,19
166:23
167:1,1,4
177:3
178:12
179:13
184:17,23
187:17,19
187:21
191:1 192:6
192:12
193:1,9,22
195:7,20
196:16
197:12
199:19
209:17
211:19
212:5
214:17
215:6 223:1
223:3,13
227:6 232:1
234:18
242:12
243:5
people's
16:22 17:2
18:12 74:21
122:4 124:7
142:10
percent
22:14 33:18
36:25 49:10
50:7 83:8
86:11,15,16
87:18 96:11
125:21
158:11,23
167:3
168:16,20
168:23,24

168:25
169:3 171:3
171:4,17
175:12
205:4,10,12
205:22
206:18,19
209:4 213:6
213:8,10
232:16,23
percentage
33:15,20
34:5 37:23
38:1 59:12
59:16
125:20
170:14
208:16
210:1
243:11
percentages
58:20
perfect
216:22
perfectly
147:16
192:12
212:19
peril
137:15,24
139:15
period
5:15 114:24
151:15
197:3
198:19
perjury
71:1,16
76:18
permit
26:3 207:24
permitted
155:17
person
17:13,23
24:23 25:4
25:7,9,25
26:4,6,9,12

26:17 27:11
27:12 29:1
29:4 38:20
39:15,15
46:17 50:7
54:5 70:7
78:22 97:25
102:24
121:21
126:2
128:17,18
145:5
148:25
156:22
163:17
165:1,2
182:6 183:4
190:19
193:3,4,18
193:20
205:17
216:8,12,16
217:4,6
220:7,14
225:6 235:1
238:24,25
personal
24:22 26:17
27:12 39:14
39:16 53:22
114:13
219:18,21
personally
50:15 81:19
127:20,23
130:24
142:18
persons
121:19 165:7
166:16
person's
25:2,4,10,21
25:22 26:9
26:21,22
27:10
162:18
165:9 184:9
perspective

4:4 172:22
perspectives
3:2 4:1,2
petitioner's
53:3
phantom
98:15
phenomenon
149:23
phone
73:14
phones
149:16
photo
18:24,25
19:1,2
23:17,24
27:22 36:21
46:20 48:13
48:15 49:5
49:12 50:10
50:19 51:8
53:25 55:2
56:24 60:24
61:10 63:11
63:22 64:1
64:20 66:20
66:24 67:3
69:3,3,16
70:13,15,17
70:21,21,22
71:21 75:24
76:8,8 77:7
78:3 82:18
82:19 87:2
87:16 88:1
92:8 97:7
109:19
122:23
125:5,12
134:1 137:4
142:8 150:8
150:12
151:23
152:3,4
153:5 160:3
160:4,5,16
160:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                April 6, 2009

284

```
164:17              piecemeal          94:9              149:24           15:18 24:11
169:15,19           140:1 141:16       plenty            234:9            35:20 50:13
169:20                231:3            13:15             political        50:19 57:23
177:23              pile               plus              6:3 25:13        70:5,5
178:2,4             134:9              162:6 237:8       83:21 128:1      86:24 104:1
184:6,18            pill                237:8            130:25           110:21
185:11              49:12 63:22        point             133:9 134:6     115:14,21
192:25              pilot's            3:7 5:15          168:14          126:21,24
193:11              26:5                13:14 14:22      242:9           132:14,22
206:1,10            place               32:19 36:16     politically      132:25
207:12,19           23:11,17            39:12 40:7      81:18 82:6       133:4
208:5,9,15            27:25 34:25       57:10 63:23     politics          146:10,21
220:24               36:5 59:8         63:24 64:2      96:13            146:25
221:2 222:1          77:4 99:23        64:6,11,12      poll             148:21
222:6 224:4          102:16            65:2 66:4       47:21 63:2       149:19
230:18              112:18             74:13 77:5        68:25 70:17    151:9,12
231:3,4,22          164:22,23          77:7 93:19        78:12 87:14   155:17
232:21              178:24             115:10           113:6           157:19,21
236:16,24           179:14             126:7 137:3      132:24          158:1
238:2,10            186:18             158:23           141:21          161:23
photograph          190:8             170:13,22        148:20,24       162:16
25:2,5,11,15        204:25            171:11           151:10          163:1 165:9
26:21               223:1             173:9,23,25      156:24          166:7 177:4
183:20              224:11,12         174:7 180:3      157:1 162:4     192:6,11
184:9               230:19            184:21           189:21          202:11,12
185:18              235:15            193:20,21        190:9,10        203:2 204:7
186:23              238:3             194:17,21        192:21          205:5 207:3
photographic        243:23            199:8 206:3      193:3           209:3,6
23:10 24:21         places            210:6 216:9      202:18,20       212:1,14,19
  27:14 31:15       188:23            228:2            203:18          214:11
33:11,16,22         placing           pointed           205:12,13      217:14,17
33:24 35:18         89:21             14:12 64:14      205:21          218:22
36:3 37:9           plan               136:17,20       207:3           233:7
37:16               5:1 61:22         171:2            213:25          242:13,18
photos              plane             points           214:11          poll-worker
207:20              136:3,9,21        23:14 81:24      217:18          42:9 232:2
phrase              150:19            168:17           218:16,18       poor
182:12              playing           poles            218:21          16:5,10 88:5
picking             81:25             127:5            219:17,23       126:2 160:9
172:5               please            police           225:18          popping
picture             2:3 6:14          40:1             232:24          73:14
38:12,14            30:14 46:9        policies         233:2,6,6       popular
193:19              47:5 95:18        145:21           polling          152:18
piece               98:15 99:21       policy           23:12,17        population
3:9 6:17            144:8              9:23 18:22       34:25 218:2     33:19 34:5
31:12 38:20         pleased            18:25 92:18     221:18          65:1 175:12
48:10 62:25         50:17              145:14,24       polls           223:2,11
63:1 79:1           pleasure           146:5           7:17 10:16      237:18,19
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031312

Hearing                                                 April 6, 2009

285

237:24
Port
102:22
portion
212:5
pose
46:5
position
38:16 100:18
100:20
117:25
121:10
154:15
228:15
positive
126:4 181:6
possess
39:9
possibility
188:24
possible
4:5 96:9
149:4
157:18
158:25
164:18
167:5
236:18
possibly
139:24 145:3
147:9 148:7
186:7
post
23:9 34:24
postcard
64:17
posting
35:2
post-HAVA
163:11 164:2
164:6
potential
4:14 10:20
35:1 105:2
190:22,24
potentially
215:8
poverty

125:8
practicable
28:2
practical
28:7
practice
126:10
195:13
233:6
practices
110:4
praise
181:15
preceding
201:13
precinct
23:9 24:15
24:17 47:20
55:20 65:24
78:9 80:8
80:12
205:15
211:13
214:2,2,2,2
217:22
225:11
239:10,23
239:23
240:11,13
244:21
precincts
66:2,4 78:10
239:24,25
preference
20:13 219:6
premier
133:9
premiere
128:1
premise
174:1,2
prepared
79:8
prescribe
21:23 22:9
224:17
prescribed
21:17 26:23

present
2:21 9:7
23:16 27:6
27:21 37:8
39:19 53:9
99:10
111:14
185:12,19
224:4 226:9
presentation
24:25
presented
15:17 17:5
23:2 33:21
59:7 105:12
120:19
177:12
186:20
presentment
42:14
presents
27:16
President
170:3
presidential
11:10 170:5
172:12
174:4,6
208:20
219:6 243:2
presiding
23:8
press
104:9
pressing
109:18
177:22
pressure
147:24
presume
5:24 8:23
28:16 29:3
35:20 46:23
156:6
presumption
36:8
presumptions
19:12

pretending
146:24
149:18
pretty
79:2 163:13
200:18
223:11
prevent
7:4 149:22
156:9
prevented
141:22
preventing
134:7
previous
120:8,8
primarily
3:11 121:1
162:4
primary
63:15 102:24
175:5
212:18,22
219:6
principal
6:25 96:2
print
195:3
printed
23:13
printing
34:24 225:20
225:20
prior
103:1,14,21
130:19
priorities
109:18,21,25
priority
129:1 131:4
134:3,20
149:10
prison
130:12
privacy
74:21
private

110:18 117:7
149:11
150:19
151:2
privileges
132:5
proactively
195:7
probability
188:24
probably
62:12 64:10
64:23,24
73:16 80:11
81:17 90:18
122:6
128:12
174:8
175:16,21
225:7 236:8
245:1
problem
10:5 46:15
90:8 98:16
99:6 100:12
100:21
101:17
111:16
113:18
114:6
134:12
146:22,23
153:22,23
155:2
175:14
178:14,22
189:7
195:21
220:3,19
problematic
74:7
problems
96:25 97:15
98:22 99:6
109:18
111:8,10
120:5
137:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031313

Hearing                                        April 6, 2009

286

138:3,13
146:15
149:25
150:2 179:5
182:14
185:13
194:23
**procedure**
6:11 23:4
136:5 230:7
239:12
**procedures**
24:18 31:10
230:19
235:17
239:16
**proceed**
3:23 6:4,22
**proceeding**
75:23 246:13
**proceedings**
53:10 246:8
**process**
12:24,25
48:5,11,16
48:17 49:18
49:19 50:4
50:11 51:3
70:10 91:13
93:25
108:19,20
112:5
113:11,25
116:25
132:7
150:14
173:3
191:24
198:10
201:10,14
201:23
203:8,9
204:22
205:1 207:1
207:5,8
215:4,11
217:10
218:3

223:15,22
223:23
224:1,6
227:1
228:23
229:16
231:10,13
233:8,20
234:4
242:19
**processed**
99:2
**processes**
233:3
**produce**
49:24 54:4
87:15
189:12,15
**produced**
51:17 93:6
**professional**
58:4
**professor**
83:23 95:16
96:3 108:14
**professors**
83:22
**program**
23:6 130:11
192:5
**progresses**
106:6
**progressive**
55:9 87:1,10
87:16
145:11
207:16
**Progresso**
102:12
103:19
**prohibit**
27:10
**project**
146:2,3
**prominent**
23:11
**promise**
118:19

120:12
**promoting**
66:12
**proof**
25:17 26:15
121:4,14
130:20
132:13
**proper**
57:22 58:14
77:17 209:9
209:11,19
211:3 212:6
212:9,14
213:1
**proportion**
213:11
**proportions**
56:7
**proposal**
146:12
199:17
**proposed**
96:22 99:7
111:11
179:21
207:18
**proposing**
146:8 180:10
180:15
189:10
**prosecute**
101:23 102:4
109:1
133:19
147:11
161:4,7
162:25
**prosecuted**
52:19 100:14
107:18,22
107:24
108:6
119:16
121:18,23
134:1
**prosecution**
97:22 109:10

161:10,15
161:17
**prosecutions**
84:21 102:1
130:20
149:17
**prosecutor**
52:10 71:1
71:16 76:17
130:23
**prosecutors**
51:20 52:5
128:22,24
129:9
**protect**
74:15 114:1
132:7
**protected**
117:9
**protective**
74:20
**proud**
13:4 213:15
**prove**
56:25 161:2
**proved**
15:24 49:17
**proven**
97:13
**provide**
3:1 4:3 19:2
21:16 22:6
28:8 30:3
34:12 87:21
87:23 225:2
239:12
**provided**
21:23 30:11
36:23 55:21
79:19 110:7
151:4 155:5
160:5
244:19
**provides**
12:11 146:19
166:9
180:22
**providing**

13:11 19:1
181:1
**provision**
30:6 39:5,10
43:2 111:13
193:23
194:11
219:17,20
243:19
**provisional**
8:19,21 27:1
27:3,7 32:1
35:9 55:16
55:17 56:2
57:20,21,21
58:6,13,17
59:2,11,12
59:15,18
73:2 77:16
77:18 78:1
78:6 99:9
99:11,15
111:1,15,20
111:23
113:5,23
114:3 141:1
151:14,17
181:9,12,16
181:17
182:1,15,24
183:3,6
201:23,25
202:15
203:8 204:6
208:8,15
209:7 211:6
211:16,19
212:4,23
213:14,24
214:1,6,8
217:10,12
217:13
218:6
224:10
227:23
228:1,10,13
229:12
233:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005956

Hearing                                                                    April 6, 2009

287

234:3 239:7
239:13
240:3 241:4
242:14
243:18
**provisionals**
182:19
**provisions**
21:17,24
22:22,23
23:1,6
24:13 27:2
27:8 28:5
28:20 30:1
35:8
**public**
4:13,20 9:12
9:17,23
11:2,24
24:23 26:1
26:9 42:19
50:12 62:9
74:14 92:18
109:24
118:5
145:14
164:23
194:12
206:14,15
217:11
**publicly**
43:1
**published**
144:23
**pull**
134:9
**pulled**
194:15
**pulling**
233:9
**punished**
52:8
**purchase**
146:3
**purchasing**
62:9
**pure**
216:25

**purpose**
26:1 27:13
39:17 50:10
70:21
211:16
217:19
239:6
**purposes**
3:8,11 9:4
33:23 34:8
39:4,8 40:3
43:24 46:10
**pursuant**
59:17
**push**
216:18
**pushing**
17:4
**put**
6:14,17 14:8
16:17 17:7
49:17 58:19
61:19 65:15
70:23 73:25
76:15 82:12
87:2,16
90:14 173:1
173:7 176:8
183:20
184:9
186:17
203:16,17
215:22
224:12
228:21
230:19
238:2
241:23
**putting**
54:18 90:20
93:24 185:3
185:11,18
195:18
231:3 244:9

---
                Q
---
**qualified**
37:2 191:21

**quality**
204:11
**question**
5:25 15:23
19:17 20:11
27:23 30:24
31:2 36:20
38:5,11
40:15 42:3
50:22 59:13
72:9 80:19
82:24 85:2
88:14 91:2
91:25 92:2
92:3 93:13
96:25
115:11
117:13,15
122:7
131:19
132:8
133:13
141:14
151:16
159:6
183:19
186:1,22
187:15
195:20
211:18
230:3
236:20
238:19,23
240:17,23
243:15
**questioning**
72:13
**questions**
3:13,16,18
5:16,19 6:2
6:7 7:18,21
9:1 20:15
28:11,20,21
28:25 29:2
29:8,20
30:17,22
44:6 45:2
46:5 47:6

47:11 52:22
56:2 59:25
60:12 72:17
72:20 74:24
75:2,7
80:18 94:17
106:1,12
117:17
119:2,3
123:7,10,13
131:6,14
135:25
145:4
160:25
168:2
185:23
188:11
194:5,23,23
194:25
196:10,11
196:22,24
197:3,12,14
198:4,11,16
199:2,20,21
200:6 221:5
222:21
226:23
229:3
230:10
236:11,12
236:13,13
238:16
240:14
243:14
**question's**
198:6
**quick**
82:24 92:4
93:20
112:21
183:19
188:1,2
206:2
**quicker**
233:4,7,8
**quickly**
65:20 71:4
77:16 102:8

133:13
156:10
166:3
182:12
192:16
223:12
229:24
**quintile**
11:5
**quit**
98:15
**quite**
3:3 96:11
108:22
143:21
157:14
189:22
197:21
215:16
**Quorum**
2:20
**quote**
13:16 81:14
81:20 94:23
107:6
110:23
112:15
124:12
129:10
168:12
**quotes**
124:5
**quote/unq...**
82:23
**quoting**
103:12

---
                R
---
**race**
17:12,18
66:7 105:14
171:7,9
242:8
**races**
85:15 204:1
**racial**
14:24 239:19
241:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031315

Hearing                                                    April 6, 2009

288

| | | | | |
|---|---|---|---|---|
| racist | 8:8 27:20 | 89:2 98:14 | recall | recording |
| 82:7 | 67:18 104:9 | 99:21 | 129:18 | 246:9 |
| radically | 135:2 | 143:21 | 137:21,25 | records |
| 29:16 | 137:15 | 148:22 | 238:12 | 25:22 74:3,6 |
| radio | 138:24,25 | 153:8,8 | recalls | 148:21 |
| 62:9 | 139:1,2,6 | 156:10 | 150:1 | 149:1 |
| Rafael | 139:10 | 161:10 | receipt | 164:24 |
| 62:8 | 188:20 | 171:9 177:1 | 204:21 | reduction |
| raid | 194:5 | 178:2,5 | receive | 87:18 |
| 130:8 | 207:21 | 180:23 | 22:1,14 | redundant |
| rail | 208:10 | 183:25 | received | 219:12 |
| 48:14 | 218:3,8 | 201:18 | 6:23 22:16 | Reed |
| raise | 227:20 | 223:25 | 114:21,23 | 119:19 |
| 56:2 75:6 | 228:14 | 225:20 | 214:6,8 | referees |
| 114:17 | reader | 231:5,9 | receives | 201:21 |
| raised | 215:4 | real-life | 213:25 | reference |
| 95:24 136:18 | reading | 89:24 | receiving | 38:5 54:2 |
| ran | 120:24 | reason | 114:25 | 144:13 |
| 108:18 | 139:13 | 34:2 58:5 | recognize | referenced |
| 113:23 | 201:12 | 59:6 76:4 | 4:6 9:3,8 | 50:18 86:12 |
| 117:3 | 238:13 | 76:15 78:4 | 150:20 | referred |
| range | ready | 78:6 82:4 | recognized | 60:23 114:21 |
| 139:17 183:3 | 46:22 116:16 | 84:13 96:13 | 9:4 130:25 | reflects |
| 184:3,24 | real | 121:6 | recognizes | 246:8 |
| Raphael | 71:4 77:15 | 127:11 | 45:11 | reform |
| 48:20 92:22 | 78:8 82:4 | 134:7 174:3 | recognizing | 47:24 93:23 |
| rare | 90:19 98:20 | 176:11 | 3:24 6:1,21 | 132:21 |
| 97:8 147:11 | 98:20 | 177:22 | 20:3 | reforms |
| 147:13,20 | 105:11 | 204:11 | recollection | 70:9 132:20 |
| 149:23 | 112:21 | 212:15 | 73:3 | refuse |
| rate | 133:13 | 214:9 244:8 | recommend | 181:20 |
| 155:6 159:13 | 143:23,25 | reasonable | 118:1 143:22 | regard |
| 163:11,12 | 144:20 | 4:19 19:14 | 193:11 | 51:9 52:4 |
| 179:6 | 147:6 | 50:6 54:17 | recommend... | 82:6 85:19 |
| 237:23,24 | 149:25 | 158:2 | 145:20 | 101:12,17 |
| rates | 150:2,5 | reasonably | recommend... | 101:18 |
| 11:4 183:8 | 163:7 | 7:4 158:2 | 61:1 112:2 | 121:12 |
| 186:8 | 177:15 | reasoning | record | 154:17,21 |
| rational | 186:6 | 84:12 | 50:17 74:14 | 157:5 161:8 |
| 19:14 | realistic | reasons | 92:17 95:19 | 162:1,23 |
| reach | 113:9 | 49:24 51:25 | 101:2,20 | 181:8,25 |
| 53:12 62:7 | realizes | 52:20 58:16 | 120:23 | regarding |
| reached | 81:23 | 70:8 78:1 | 122:19 | 22:18 35:8 |
| 73:18 | really | 129:1 134:4 | 143:12 | regardless |
| reaching | 11:1 14:9 | 164:16 | 156:19 | 26:18 |
| 61:22 | 16:7 64:13 | 209:12,12 | 175:19 | region |
| read | 82:12 84:13 | 211:25 | 204:14 | 124:10 |
| | 85:16,18,22 | 244:11 | 230:16 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031316

register
8:25 31:4,9
90:24 91:7
91:10
138:17
155:11
164:20
165:2
176:20
202:9
registered
11:12 24:15
24:17 27:15
39:18 65:7
90:6,11
91:4 99:3
102:22
103:4 127:1
166:5 167:2
177:11
180:20
202:7
208:22
209:14
211:9,11
212:19,20
215:12,14
237:22
241:22
registering
165:14
registers
21:25 30:4
90:22
registrant
64:18
registrar
21:15 22:5
30:3 96:10
108:23
Registrar's
112:1,9,14
130:11
registration
21:20,20
22:1 23:20
23:22,25
24:4,5

25:19 27:16
27:17,18,21
30:5 31:4,7
31:10 32:4
32:9,20
36:4 39:19
44:21 66:13
79:7 82:13
86:25 91:6
94:23 98:2
99:1,6
102:15
103:7,25
105:10
109:5
110:10
111:11
114:22,22
115:7,16
116:11
127:7
130:13
137:9 158:8
160:6
165:20
176:10
183:22,25
184:10,13
184:25
185:3,4,6
186:24
187:13
193:4
194:14,15
204:8,15
209:25
216:5,24
220:14
227:1
237:23
regular
23:3 24:17
80:4 90:4
166:8 193:7
208:8
reiterate
72:13 120:1
128:23

reject
111:25
rejected
110:22
116:20
211:15
relate
99:6 111:11
related
28:5 42:9
67:21 76:8
246:11
relates
212:5
relating
21:17 24:13
27:2 122:14
relatively
81:11 181:6
189:19
relay
37:23
release
130:11
released
94:21
relevance
50:14
relevant
61:10 196:11
229:15
reliable
8:6,12
153:15
180:22
rely
17:18 84:22
120:20
relying
183:2
remained
210:2
remaining
110:16
remarks
123:15 145:2
remedy

10:4
remember
45:8 80:9
137:17,21
197:24
241:19
reminded
45:25 64:18
removed
43:3
removes
26:14
rendered
117:21
Renewal
21:20
renews
22:1 30:5
rent
125:13 132:4
137:4,8,11
rented
49:1,1
repeatedly
156:20
repetitive
219:11
replace
132:25
replaced
110:12
replicated
112:16
reply
56:11
report
84:2 94:21
95:10 97:23
105:12
107:15
126:20
137:25
147:12
166:14
212:10
reported
98:25 123:24

reporter
127:22
156:22
246:6
reporting
22:11
reports
84:6 144:24
147:3,4,21
148:15
149:17,21
164:6
represent
46:9 95:19
117:18
144:9
219:13
represent...
2:4,5,6,7,8
2:9,10,11
2:12,14,16
2:18,19 6:5
6:6 9:7,8
9:10 13:6,7
13:8,25
14:1,12
16:2 18:8
19:16,17
20:8,19,25
28:13,14,18
28:19,24
29:10,23
30:13,19,23
30:25 31:2
31:6,11,17
31:21,24
32:3,10,14
32:18,24
33:2,3,5
34:10,22
35:11,15
36:13,14,19
37:5 38:4
38:10,14,24
39:6,21
40:7,11,12
40:14,18,25
41:3,9,16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031317

Hearing                                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 41:22 42:2 | 104:2,6,22 | 142:20,24 | 223:6,9,19 | 238:9 |
| 42:8,25 | 105:18,22 | 143:2,11 | 224:3,7,16 | **reputation** |
| 43:12,16,18 | 105:25 | 150:14 | 224:21,24 | 124:11 201:3 |
| 44:2,3,5,7 | 106:7,13,18 | 163:4,7,23 | 225:12 | **request** |
| 44:8,10,17 | 108:4,5,9 | 166:13,22 | 226:1,11,15 | 47:7 74:3,6 |
| 44:20,25 | 108:12,15 | 167:9,15,17 | 226:17,21 | 76:3 110:8 |
| 45:13 60:1 | 108:18,24 | 167:21,25 | 226:24,25 | 176:9 |
| 60:2,5 | 109:4,8,12 | 169:9,21 | 227:8,11,14 | **requested** |
| 62:15,21,24 | 109:20 | 170:12,17 | 227:19,22 | 110:16 |
| 63:6,17 | 110:2,25 | 171:1,10,22 | 228:6,14,20 | 235:21,25 |
| 64:3,21,25 | 111:4 | 172:3,6,10 | 228:24 | 236:1 |
| 65:3,6,9,12 | 112:20,23 | 173:4,8 | 229:21,23 | **requests** |
| 66:1,9,18 | 113:19 | 174:2,13,16 | 230:2,6,11 | 172:19 |
| 66:23 67:2 | 114:4,8,12 | 175:7,9 | 230:14,22 | **require** |
| 67:6,13,18 | 114:15,19 | 176:2,4 | 231:1,6,8 | 6:13 21:15 |
| 67:24 68:4 | 114:20 | 177:1,5,8 | 231:14,17 | 30:2,2 35:9 |
| 68:14,17 | 115:4,6,15 | 177:19 | 231:21 | 70:22 |
| 69:22,25 | 115:24 | 178:9,18,25 | 233:11,16 | 132:12 |
| 70:12 71:3 | 116:3,5,9 | 183:13,15 | 234:8,16,20 | 160:2 184:2 |
| 71:7,10,24 | 116:18,21 | 183:17,24 | 236:9 | 184:12 |
| 72:6,12,15 | 116:24 | 184:5,8 | 238:18,21 | 185:11 |
| 72:18,21,24 | 117:4,10,19 | 185:16,25 | 239:1,11,18 | 216:2,10 |
| 73:7,18 | 118:14,17 | 186:21 | 240:4,16,17 | **required** |
| 74:2,5,11 | 118:18,24 | 187:6,22 | 240:19,24 | 27:6 28:4 |
| 74:22,25 | 119:11,17 | 188:2,19,22 | 241:11 | 33:11,17 |
| 75:9,10,15 | 122:25 | 189:2,9 | 242:1,10 | 82:3 99:10 |
| 75:18 76:5 | 131:21,23 | 190:6,15 | 243:15,17 | 111:14 |
| 77:1,2,11 | 132:1 | 191:15,17 | 243:20,24 | 127:4 |
| 77:13,15,21 | 133:12,17 | 192:13,22 | 244:1,7 | 155:11 |
| 78:2,5,18 | 133:22,25 | 192:24 | 245:2 | 182:21 |
| 79:5,12,18 | 134:18,22 | 193:16 | **represent...** | 186:11 |
| 79:22 80:2 | 135:24 | 194:4,8 | 221:19 238:8 | 205:6 |
| 80:14,15,17 | 136:1,2,7 | 195:14,24 | **represented** | **requirement** |
| 81:1,5,8 | 136:12,15 | 196:8,19 | 137:3 190:20 | 53:25 59:22 |
| 88:10,13,17 | 136:17,23 | 197:7,14 | **representing** | 60:25 87:17 |
| 88:23 89:1 | 137:2,7,13 | 198:1,5,9 | 3:25 83:9 | 88:1 97:7 |
| 89:7,11,14 | 137:20,22 | 199:5,11 | 104:9,10 | 122:23 |
| 89:16,20 | 138:2,7,10 | 213:18 | 122:13 | 158:19 |
| 90:15,21,25 | 138:14 | 217:8,9,25 | **republic** | 192:25 |
| 91:3,9,20 | 139:2,5,8 | 218:15,20 | 48:19 | 193:12 |
| 91:24 92:1 | 139:12,19 | 218:24 | **Republican** | 195:6 |
| 92:5,11,16 | 139:21,25 | 219:10,13 | 89:15 96:18 | 208:14 |
| 93:5,8,10 | 140:3,8,12 | 220:2,5,10 | 99:14 | 238:2 |
| 93:12,15 | 140:15,18 | 220:13 | 111:17 | **requirements** |
| 94:3,6,15 | 140:20,22 | 221:1,4,13 | 119:18 | 21:16,19 |
| 95:3,19 | 140:25 | 221:21 | 135:19 | 22:7,18 |
| 96:4,5 | 141:2,4,7 | 222:4,9,12 | **Republicans** | 26:25 27:14 |
| 102:18 | 141:11,13 | 222:17,22 | 22:15 238:7 | 53:7 65:15 |
| 103:11,17 | 142:13,16 | 222:24,25 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005960

Hearing                                                April 6, 2009

79:6 99:8
111:12
223:10
224:13
228:8
236:17,24
238:11
**requires**
21:22 22:4,8
22:10,24
23:4,8,12
23:15 27:4
28:1,6 57:3
78:21 82:18
87:21 146:7
155:8 158:7
165:9,19
177:3
184:23,24
207:12
**requiring**
18:23 71:25
138:16
146:20
185:14,15
**requisite**
241:5
**research**
112:15
117:25
145:15,23
147:8,14
149:3
**researched**
108:21,23
**residence**
24:14
**resident**
53:4
**residents**
79:3
**resource**
19:18 20:6
20:17 29:22
199:20
**resources**
73:15 118:3
170:2

**respect**
52:6 98:13
114:9
146:11
151:18
169:21
173:11
**respectful**
5:23 72:25
197:24
198:2,10
**respectfully**
105:19
132:11
145:17
173:15
174:10
**respective**
22:8
**respectively**
167:18
**respond**
103:15
106:11
145:5
**responded**
152:6
**response**
2:13,15,17
35:7 56:19
57:5
**responsib...**
96:10
**responsib...**
151:3
**rest**
188:16 194:2
**restaurant**
205:15
**restricted**
146:21
**restrictions**
146:8
**restrictive**
99:8 100:2
148:6 150:1
151:11
**result**

12:17,19
53:5 54:12
55:16 56:6
84:11 90:16
92:18,20
93:6 94:1
141:14
**resulted**
54:13 126:22
243:7
**resulting**
35:10
**results**
56:23 168:10
169:22
**retain**
66:22
**retire**
223:2 240:8
**retired**
111:17
**retrospec...**
241:6
**returns**
165:7
**revenues**
34:4
**review**
41:5 137:23
**reviewed**
103:14,21
166:16,23
**revisit**
188:10
**Richard**
126:17
**rid**
65:24 72:9
**right**
15:5,23,25
16:9,12,15
17:21 20:21
27:7 32:24
33:2 37:13
37:17,19,21
42:25 43:8
48:1 50:20
52:24 53:6

63:6,8 66:9
66:25 67:4
68:19 69:14
75:21 77:20
78:2 80:22
82:5 83:16
83:18 85:8
88:16 90:21
90:25 92:13
92:19 93:15
94:6 98:21
100:6,8
106:20
109:3,13
117:9
118:13
120:16
122:8 123:4
131:16,18
132:6
133:18
134:15
137:2,5,10
138:18
143:18
144:1 145:5
151:1,4,7
151:15
160:10
161:18,22
164:4
171:10
173:2 175:7
177:5,8
180:3,12,14
180:19
184:1,4
189:24
193:23
194:17
195:22
197:15
200:17
208:12
211:24
213:2
214:14
216:13
221:24

228:13
229:18
230:5,24
231:14
233:16
234:7
238:15
244:7,10,12
245:1
**rights**
14:6 46:25
48:8 124:22
132:5
141:20,25
146:7
**ring**
149:20
**ringing**
149:16
**risk**
50:1 92:24
**road**
52:4 116:17
133:8
**Rodel**
60:6
**Rogers**
81:14 124:6
**rogue**
233:1
**Rokita**
45:12,16,19
46:7,11,16
46:16,20
53:13 55:8
55:12 56:9
56:21 57:14
57:17,24
58:1,4,16
58:19 59:2
59:5,21,24
60:4 61:8
62:17,23
63:1,7,21
64:6,23
65:2,5,8,11
65:21 66:3
66:10,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031319

| | | | | |
|---|---|---|---|---|
| 67:1,5,8,17 | Roman | **S** | 58:12,24,25 | scanner |
| 67:23,25 | 92:22 | Sabato | 63:19 77:3 | 204:12 |
| 68:11,16 | roof | 128:1 | 85:10,20 | scared |
| 69:18,23 | 170:10 | sacred | 90:18 94:22 | 192:8 |
| 70:1,14 | room | 132:6 | 115:17 | scenarios |
| 71:5,9,11 | 11:3 12:2 | sacrificed | 119:21 | 138:22 |
| 72:3,8,22 | 51:1 61:19 | 134:14 | 130:18 | 175:25 |
| 73:5,11,23 | 61:19,22 | sad | 134:18,21 | 191:18 |
| 74:4,6,13 | 62:6 136:13 | 14:5 | 134:24,25 | schedule |
| 75:14,17 | 136:19 | sadly | 135:1,7 | 188:8 199:6 |
| 76:1,6,14 | 177:14 | 147:22 | 147:15 | 199:12,13 |
| 77:9,20,24 | rooster | safe | 174:3,21 | scheme |
| 78:3,12,14 | 85:10,11 | 17:14 202:16 | 176:12,17 | 127:11 148:4 |
| 78:21 79:9 | root | 207:5 214:6 | 180:23 | Scherr |
| 79:14,21,25 | 145:20 | safeguard | 190:19 | 104:17,25 |
| 80:4,24 | roughly | 164:19 185:9 | 191:15 | school |
| 81:4,7,12 | 19:25 20:2 | 185:9 | 200:19 | 53:17 66:6 |
| 82:14,18 | 237:9 | 193:14 | 215:23 | 88:20,20 |
| 83:3,11,18 | route | safeguards | 220:8 | 89:8 92:23 |
| 84:3,19 | 182:8,8 | 158:2 235:10 | 235:12 | 96:1 109:24 |
| 85:3,8 86:1 | 206:3 | 235:14 | says | 118:5,10,11 |
| 86:4,9,17 | rude | Safety | 18:25 34:12 | 144:4,12 |
| 87:5 88:7,9 | 123:7 | 24:23 42:19 | 39:10,13 | 145:10 |
| 88:22,25 | ruin | 164:23 | 48:21 83:6 | schools |
| 89:5,9,13 | 201:4 | sale | 86:14 91:24 | 118:8 227:18 |
| 89:15,18 | rule | 70:19 | 124:6 | Science |
| 90:13,17,22 | 41:4 92:23 | Sally | 133:10 | 83:21 |
| 91:1,5,11 | 112:3 | 220:15 | 185:6 | scientist |
| 92:10,14,19 | 182:23 | sample | 187:20 | 128:1 |
| 93:7,22 | 186:18 | 229:8 | 191:22 | scientists |
| 94:5,9,14 | 195:25 | satisfied | 194:13 | 133:9 |
| 95:7 119:1 | 228:22 | 12:3 | 201:17 | scratch |
| 123:20 | ruler | satisfying | 204:21 | 217:1 |
| 124:12 | 92:24 | 27:14 | 207:3 | screen |
| 128:23 | rules | saving | 220:15,16 | 165:20 |
| 129:5 | 40:22 45:8 | 193:22 | 221:17 | 166:11 |
| 148:13 | 138:15 | saw | 240:21 | screening |
| role | 150:3 | 73:14 130:8 | SB | 150:15 |
| 71:15 76:24 | 228:19,23 | 168:15 | 20:25 | scrubbed |
| 201:19 | run | 191:20 | scale | 166:15 167:5 |
| roles | 4:21 17:17 | 193:18 | 164:2 | scrutinized |
| 166:3 | 102:8 | 194:11 | scan | 97:14 |
| roll | running | 213:11 | 150:18 | seal |
| 2:3 | 117:25 | 220:8 | 204:10 | 203:18 |
| rolls | 205:14,14 | saying | scandal | search |
| 98:18 164:8 | 205:15 | 16:3 31:3 | 129:19 | 113:18 |
| 165:18 | rural | 33:6 36:1,2 | scanned | second |
| 166:6 | 219:14 | | 204:9,12 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031320

Hearing                                                    April 6, 2009

```
10:10 42:8        187:20            186:9 187:3    send             218:11
172:25            207:7             187:5 189:1    115:6 132:14     serious
176:18,19         securing          192:10         176:9,16,16      37:15 100:14
211:5 232:2       77:6              206:25         176:18             189:16
237:7             security          215:3          191:14           seriously
secondary         7:15 11:18        segment        sends            37:19,21
136:8 150:15      12:12 66:20       87:24          112:1              48:24,25
Secondly          95:12 121:6       segregate      senior           serve
51:19 173:6       157:18            212:4          69:13 79:23      201:1
seconds           164:21,24         self-expl...   125:24           services
52:22             165:22            29:24          135:15,16        117:21
second-hi...      176:13            self-iden...   150:10           session
168:18            202:6             145:11         227:1,3          10:10 28:8
secrecy           225:16            self-iden...   240:2            75:12,20,24
74:15 203:17      230:23            239:4          seniors          208:1
secret            235:17            sell           240:8 241:8      233:13
134:9,15          see               122:14        sensation        sessions
secretary         5:10,14           Seminole       147:21          10:8 13:1
19:21 21:22       17:10,10          200:14 209:4   sense              15:16 68:19
22:4,8,10         29:5,7 32:4       218:23         3:13 37:24       set
22:12,20,25       39:4 44:11        223:5          59:16 71:23      5:9 9:14
26:23 28:1        47:3 60:3         Senate         72:5 75:8          132:19
28:10 30:2        62:12 63:14       3:6 8:7,13     81:9,11            144:19
34:11 45:12       65:22 66:11       8:16 10:1      85:20 103:8        158:2,2
46:7,17           68:3,24           13:17 21:14    139:14           seven
60:3,5            73:13 75:19       21:14 22:4     168:13           8:22 9:1
66:11 72:21       75:22 81:14       22:24 23:8     204:24            99:18 112:3
75:11 80:17       101:19            23:15 24:19    225:5             114:11,12
89:21 93:9        112:17            25:16 26:14    sensible          115:2,5,8
94:12 95:7        114:2             26:24 27:9     185:9             115:17,20
123:20            136:18            28:1 29:13     sensibly          188:3
124:12            151:20            29:13 30:7     185:5            seven-day
128:23            152:21            32:7 35:25     sent             116:7
129:5 130:6       158:4             39:3 40:16     115:13,16,22     sex
148:13            168:13            43:9 45:15     116:11           25:23
155:13            203:12            95:17          177:9            share
167:13            205:16            122:20         186:14           168:19
177:13            206:1             144:5          sentence          192:10
Secrets           218:22            179:21         48:2 127:16      shave
128:3             223:11,15         180:11         sentences        14:23
section           236:4 241:9       200:16         152:25          shaving
39:17 43:21       seeks             207:19,21      separate         129:16
44:1,3            10:4              208:11         52:5             shirking
66:12 146:6       seen              238:6          September        123:8
194:12            10:21 15:15       245:12         21:25 22:23      shook
228:5,11,12       47:24,25          Senator        23:7 28:2,7      53:16
secure            68:18,19          13:16 81:14    137:17,23        short
100:5 183:2       118:7,7           124:6 170:3    serial           123:7 145:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                    April 6, 2009

294

short
123:7 145:2
shortage
138:11
Shorthand
246:6
show
15:17 17:5
19:12 31:6
31:8 38:7
38:10,11,16
38:19 70:17
70:18 86:24
101:3
132:13
146:25
163:11
169:17
173:13
177:3 184:3
184:23,24
223:2
242:18
showed
31:3 38:19
64:11
186:13
showing
158:3 211:13
243:6
shown
32:13 152:15
156:20
shows
9:6 44:24
166:20
187:3
shred
14:15
shrinking
242:14
shut
207:9
shutting
150:3,5
side
21:12,13
54:8 83:12

120:25
121:3 196:1
196:2 197:2
199:9,10
204:1
217:17
sides
6:2,21 13:12
15:20 85:22
91:18 122:3
172:5,16
179:19,22
196:6
198:24
199:3 243:3
sightings
149:21
sign
76:23 191:16
191:21
195:12
244:12
signage
34:17 192:11
signages
192:2
signal
43:13
signaled
43:1
signature
55:21,21
148:20
162:5,11
192:20
193:17
202:10
204:6,7
205:24
210:7,23
211:17,23
214:16,22
214:22
215:11,14
215:17,23
215:24
216:4,20,20
217:4

220:25
221:2 222:2
225:7
232:22
244:2,8,24
signatures
47:21 156:25
157:2
204:16
210:13,16
210:24
215:15
216:2,25
237:1
signed
103:24
148:25
190:18
202:10
216:9
significance
187:8
significant
34:25 35:4
35:10 42:12
124:5,20
148:5
162:23
170:20
172:13
175:16
179:2
significa...
42:17 171:23
171:24
178:21
181:2 223:2
signing
158:4
signs
34:24 219:18
similar
26:16 36:9
49:5 192:20
simple
206:2
simply
18:25 23:25

34:9 35:5
35:23 37:18
37:23 64:17
87:22
150:22
173:9
174:21
179:12
203:13
206:6
214:15
216:20
221:17
225:8
Simpson
127:21,25
simultane...
7:16
sincere
18:12,15
sincerely
178:13
single
53:3 54:23
84:10 97:10
133:5,5
139:1
148:19
185:15
206:17
214:1 219:8
235:21
sir
44:7 45:19
57:17 78:16
108:8,21
142:20
183:16
192:24
sit
14:2 18:5
120:12
site
54:2 243:3
sited
156:13
sites
54:1 56:1

237:13
siting
106:21
situation
116:14 140:4
168:12
177:25
situations
157:6
six
8:18 65:2
182:4
194:17
size
52:13 65:3
194:16,20
skeptical
84:7,10
skills
12:9
skimmed
17:11
skimming
15:3,8
sky
81:18
sleep
4:19 15:22
16:7 50:20
196:16
198:20
sleeve
203:17
slew
48:8
slippery
74:18 82:22
slope
74:18 82:22
sloppy
147:21
slow
99:16
small
34:5 35:24
37:11,25
78:6 87:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031322

```
107:12                 85:5,9 86:2          169:13              snap                 soon
163:13                 86:7,13,19           171:15              202:21               28:2,7 45:10
195:3                  86:24 87:9           175:6 176:2         214:11               sorry
smaller                88:8,11,16           179:15              social               72:18 143:9
35:7 239:23            91:14,22             180:7,25            50:3 164:21            159:4
smith                  92:4 93:10           181:7               164:24                206:11
2:1,4,5,20            93:13 94:11           183:13              165:22                209:6
 4:24 6:12            95:5,9                187:24              176:13                210:14
 13:5,22             100:8,11,17            188:5,13            202:6                sort
 18:7 19:22          100:24                192:22              society              30:10 87:21
 20:12,21            101:4,8,12            193:25              86:23 126:6            88:4 146:22
 21:1,2              101:15,21             195:22               150:25                146:23
 28:16,22            102:2,7               196:12,23           soft                  147:8 148:6
 29:3,21             103:13,20             197:11,16           133:10                148:15
 30:12,21,25         104:4,8,19            198:2,8,17          sole                  153:19
 31:5,8,12           104:24                199:7,15            27:13 39:17           175:4
 31:19,22,25         106:2,10,15           200:1,8,15          185:19                179:18
 32:6,11,16          106:20                200:22             solely                186:11
 32:22,25            107:19,23             201:6               217:19                189:17
 33:3,9              108:3                 207:10,15          solution              191:4
 34:19 35:15         114:11,17             208:3,7,13          113:18                229:10
 37:1,6 38:3         117:12                208:23             solutions            234:1 236:5
 38:9,12,22          118:15,21             209:1,8,16          120:5                 239:19
 39:2,12             120:22                209:21             solve                sorts
 40:4,9,12           122:11,18             210:3,6,11          98:15 150:2          153:6 182:14
 40:17,21            122:24                210:22              153:22              sound
 41:1,7,12           123:4,17              211:1,18,22         189:4                169:4,7
 41:21,24            131:7,13,18           212:2,24           solved               sounds
 42:7,24             131:21                213:3,6,9           139:15                169:6
 43:16 44:6          135:25                213:17             solves               Southbend
 44:8,15,21          143:6,9,22            214:3,12            149:25                92:6
 45:1,18             144:8 153:1           215:5,25           solving              Spanish
 46:7,13,19          153:25                216:7 217:7         189:8                194:18
 52:24 54:21         154:13,19             220:17,17          somebody             speak
 55:10,13            154:23                222:20,23          43:9 127:13           7:2 41:25
 56:18 57:12         155:18,22             226:23              149:18                163:24
 57:15,19,25         155:25                229:2,6,9          152:10,12            234:8,12,14
 58:2,11,18          156:3 157:3           229:18,21          162:17              SPEAKER
 58:23 59:4          157:25                236:11,22          190:13                4:22
 59:9,23,25          158:10,15             237:2,5,10         202:21,25           speaking
 72:14,15,19         158:22                237:15,18         someone's            45:10 175:11
 72:23 74:22         159:1,9,11            237:25            29:7                  special
 75:4 76:12          159:16,23             238:5,15,20       something's           42:20 76:4
 76:25 77:13         160:17,20             240:14,18         236:1                 77:18 147:7
 80:15 82:11         160:22                240:20            somewhat              151:25
 82:15,24            161:6,14,22           242:11             123:15,15           specialists
 83:5,14,20          162:19,22             243:4,13,16        174:22                130:16
 84:5,24             163:3                 245:3,7,9                               specific
                     167:15,20
```

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139



Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
20:11 28:20          springboard          241:12              171:25              166:1 167:8
56:19                66:20                starting            175:13              168:8
158:16               square               3:21 110:10         177:13              173:19
168:10               69:6 165:6           146:1               178:1               174:5
169:22               St                   state               179:20              175:15
171:6 239:6          92:6                 2:23 10:15          187:5               178:3,20
240:12,13            staff                11:9 12:4           189:22              179:1,20
specifically         6:15 29:4            18:21,22            190:7               182:25
7:19 129:9           34:18 35:10          19:21 20:9          193:15,21           183:1 191:4
142:15               110:17               22:5,8,10           195:15              192:10
170:22               111:21               22:12,21            202:5,6             219:15
specifies            134:3 227:5          23:1 26:10          211:9               223:8
24:19                staff's              26:18,23            213:19              statewide
spectacular          54:2                 27:25 28:2          214:13,24           11:12 22:17
179:6                stair                28:10 30:2          215:21              59:11,15
spectrum             113:10               34:11 45:12         224:19              77:25 78:13
83:13                stamp                45:13,20,23         231:22              118:12
speculating          162:3,6,10           45:24 46:17         232:6               168:19
85:22                stand                46:24 48:8          243:23              208:16
spend                76:9 135:16          51:21 53:10         246:1,6             223:6,7
62:22 63:18          174:22               57:18 58:7          stated              224:22,23
64:13                standard             60:15 61:3          103:20              224:25
120:17               42:14,15,18          63:8,10,15          statement           236:19,21
132:23               69:3 70:13           65:10 66:12         3:11 24:13          237:3 243:7
152:17               159:18               69:21 71:25         44:22 93:20         state's
171:7                216:1                72:5 76:1           94:16               46:25 99:22
172:13               230:18               79:10 81:3          169:10              127:16
231:25               standards            87:19 90:14         181:21              142:8
spending             22:25 28:3,9         90:17,22,24         190:10              167:13
134:19               100:4                100:21,25           233:9               stating
172:17               standing             104:10,13          statements          46:8 103:18
spent                202:21               104:20              20:1                103:24
8:25 64:10           standpoint           121:16,16          states              station
87:7 170:21          45:8 85:17           124:5               2:23 21:22          33:21,25
173:11               stark                126:23              25:1,3,6            219:25
174:4                180:9                130:6               26:1,7              statistic...
175:16               Starr                135:13,15           27:12 39:15         152:8
spike                102:20               143:12              39:19 44:18         statistics
241:9                start                144:9 152:5         48:6 49:21          167:11
spirit               48:3,14              155:13,19           53:19 54:17         status
11:19 45:25          52:22,25             155:20              55:6 56:1,3         109:9 204:8
154:1                76:11 146:3          158:18              91:12 93:24         statutory
sponsor              150:3,5              159:5,5,19          138:16              48:7
28:15,23             180:10               162:9               142:5               stay
spot                 200:19               165:19              143:17              118:22
125:18               started              166:14              152:3,3             198:20
151:17               46:8 110:14          168:18              164:19              stead
205:18,20            217:10               170:4                165:24              126:12
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031324

Hearing                                April 6, 2009

Stealing
123:2
steam
4:21
step
77:10 113:10
  113:11,25
  132:9
  172:23
  181:6
steps
77:6
Steven
5:3,13
stick
196:13
  234:19,20
  234:21
  235:12
  244:3
stickler
220:19
sticky
155:4
stigma
124:11
stimey
173:14
stipulate
104:3
stole
149:18
stolen
103:7
stop
40:1 48:17
  96:22
  191:25
  195:24
stopped
78:15 127:3
stops
66:24
store
66:5
stories
104:9

straightf...
189:20
straits
113:15
strap
138:4
strategies
60:15,21
  64:4
strategy
62:19
Street
127:22 138:1
stretch
143:21
strict
57:1 69:3
strictly
145:12
strike
181:18
strikingly
147:11
stripes
201:21
struck
148:11
structural
11:8
structure
47:21 65:25
  169:15
struggle
141:19
student
222:2,16
students
78:24
studied
10:9,11 49:4
  68:19 241:3
studies
10:21 83:1
  84:15 85:21
  86:22
  120:21
  152:20

153:7
159:12
163:10
168:4,5,15
169:17
180:5,7,13
180:20
186:8 190:1
study
49:3,6 67:19
  67:22,25
  73:8,9
  83:15,19
  86:5,14,15
  86:16 87:8
  88:3 152:1
  152:1,14
  153:4
  156:14
  158:11,12
  158:25
  159:4,4,18
  159:20,25
  160:8
  168:10
  178:23
  187:5,7,8
  215:21
  241:6 242:2
stuff
102:8 106:3
  120:24
  233:10,19
  235:3
stunt
140:10
style
244:21
styles
207:23
subcommittee
68:22
subdivision
25:13
subject
87:25 94:13
  154:24
submit

75:3 155:15
  160:15
  164:21
  165:7
submits
27:18
submitted
73:21 160:14
submitting
164:25
subsection
228:9
substantial
42:13 154:14
  189:12
  193:14
substanti...
155:7
substanti...
148:10
  154:16
  159:25
substanti...
85:23
substitutes
41:4,6
subtracted
36:24
successful
57:18 81:11
  178:12
successfully
126:21 127:1
sue
62:5
sued
62:4
suggest
18:21 21:11
  83:25 85:23
  160:1
  170:21
  174:23
  196:3,11
suggesting
170:24
suggestion

30:12 37:8
suggestions
75:21 154:24
  155:2
  243:25
suggests
84:12
suit
56:12
sum
172:13
Summaries
139:1,11,13
summarize
76:13
summary
229:11
summed
13:17
sun
85:11,12
super
78:7
superseded
74:9
supervise
224:1
supervisor
200:13
  203:24
supervisors
203:21
  214:24
supplement
24:5
support
139:17,19,21
  143:18
  154:20
  180:2
supported
120:10
  143:14
supporting
143:20 178:4
supports
18:19 126:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031325

Hearing                                                April 6, 2009

supposed
62:20
suppress
8:14 160:9
 171:12
 177:21,23
 178:11
 179:24
suppression
13:2 18:14
 84:9
Supreme
53:1,20
 54:16,22
 55:14 90:19
 91:12 93:18
 93:22 142:5
 181:14
sure
6:2 13:25
 39:22 40:9
 42:9 43:13
 51:8 57:2
 58:23 63:19
 68:16 74:14
 75:4 83:11
 89:10 92:15
 94:25
 103:18
 112:22
 113:24
 115:10
 117:8
 121:20
 146:4 151:3
 156:11
 159:10
 165:25
 195:7,11
 196:5 199:1
 200:22
 223:19
 225:10
 230:16
 234:15
 235:6 236:3
 236:5
 238:14

surprise
41:14
surprised
154:4 166:14
 166:18
surprising
166:25 168:1
surprisingly
6:25
survey
153:16,17
 175:2
Susan
119:19
suspect
51:20
suspended
40:22
swear
191:6 192:17
 193:2,6,22
swearing
158:3
swing
149:5
sworn
110:6
system
11:18 12:10
 51:8 57:9
 67:3,10,15
 68:15 69:4
 86:23 87:12
 97:1,4
 100:4
 132:18
 133:10
 151:24
 155:9
 156:20
 157:22,23
 160:15
 182:13,19
 182:20
 184:22
 185:23,24
 186:1,4,16
 186:25

187:3
189:19,20
190:3 191:4
193:15
204:23,25
224:8,14
225:13
235:11
systematic
83:25 235:14
systems
138:3 148:3
 183:2

_____

        T
table
24:4 36:5
 48:21
tact
144:19
tactics
130:7 131:1
take
4:20 6:9 8:8
 10:12 13:8
 17:1 21:3
 35:12 37:19
 37:21 41:11
 45:4 47:10
 48:24,25
 52:4,11
 71:21,22
 113:13,15
 114:24
 117:16
 121:10
 132:9
 141:21,21
 144:19
 153:21
 172:23
 181:2 184:9
 190:8
 193:19
 197:5 204:5
 208:25
 212:4 216:7
 216:15,19

217:17
218:9
221:25
233:23,24
234:6
240:22
taken
38:13,15
 199:8 204:1
 246:13
takes
37:15 77:4
 81:25
 109:19
 165:11
 183:9
 200:25
 201:2,3
 225:21,23
 226:19
talk
43:14 60:20
 61:2 65:18
 68:15
 100:11
 105:16
 152:16
 163:8,13,16
 163:18,19
 194:22
 201:9,22
 231:23
 232:11,13
talked
60:17 65:18
 138:3,4,14
 138:19,20
 146:15
talking
33:13 37:24
 42:10 50:14
 51:18 54:19
 80:21,23
 87:19
 115:12
 116:14
 158:12
 168:23

170:13
175:4 186:7
186:8
192:20
197:21
212:17
talks
105:13 228:2
 228:3
 230:22
tall
113:10
tank
89:4
tank's
87:11
target
190:21,24
taught
92:24 96:19
tax
45:13 96:6
 97:11,17
 98:7 99:16
 108:17,22
 110:6,20
 111:20
 114:7
taxpayer
66:22 98:7
taxpayers
50:8 98:9
 100:6
teach
96:1
teacher
118:7
teaches
133:7
Teaching
96:3
teams
130:13
technical
29:8
technology
47:23 66:10
 133:2

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

TX_00031326

Hearing                                                April 6, 2009

telephone
123:11
tell
4:25 38:1
46:23 58:25
59:10,14
65:14,16
71:3 86:21
108:13
123:17
130:23
133:20,23
162:12,17
165:24
208:18
214:23
223:18
227:5
235:19
telling
177:10
temporary
26:3 110:17
110:23
ten
5:12,13,14
47:10 55:18
56:22,23
59:2 72:16
72:19 77:18
128:14,19
182:3
196:20
197:12,19
ten-minute
5:5 197:9
terms
11:22 29:24
36:11 39:4
39:5 41:25
56:4 69:10
84:14,15,15
159:17
161:1 182:9
199:16
214:3
230:14
terrible

52:12
test
195:10
testified
135:6 177:15
188:7
testifiers
21:3
testify
7:14 19:20
45:14 95:16
95:21
103:23
144:4,16
146:11
153:12
182:17
199:23
200:16
245:12
testifying
98:9 105:22
106:8
108:13
117:5,6
122:19,21
186:1
testimony
3:1 4:12,20
6:22 9:16
10:8,12
13:12,24
20:3 33:14
37:3 42:18
45:8 47:9
57:5 60:17
66:24 68:5
68:7,9
72:13 73:4
73:25 76:10
101:9,16,22
103:1,11,22
106:5,16
108:25
122:5
144:22
145:3 154:2
154:3

167:14,19
183:18
186:3,6
189:18
192:14
197:19
199:1 200:2
200:3
207:17
228:25
tests
141:21,21
Texans
12:16 13:4
16:3,4
33:10,15,16
96:23 99:24
Texas
7:24 8:7,13
8:16 9:22
10:5,15
11:4,4,14
12:3 18:22
25:13,25
27:16 43:22
46:1,24
47:8 60:2
65:10 68:5
68:17 69:6
80:18 87:20
95:23 96:6
99:5 103:1
105:9
108:20
109:15
119:8 133:8
142:14,15
142:19
146:6
153:21
155:9,17,21
158:7 160:1
163:20
164:11,19
164:24
165:8,25
167:12
172:7

173:19
174:20
176:21
177:18
180:10,15
184:21,22
185:5,9
190:7
192:16
195:19
207:18
208:7,9
227:12,15
237:19
246:1,6,21
thank
9:10,20
12:24 13:5
13:21 14:2
18:5,7
20:19 30:19
30:20 43:14
43:15 44:2
44:5,25
45:5,16,19
46:19 52:23
60:4 61:8
72:24 74:25
75:10 76:25
77:11,15
88:8,9 93:8
94:8,9,11
94:14 95:20
100:8,10
114:15
117:20,21
118:14,18
120:3 122:8
122:8
131:25
143:2,4,6,7
143:8 144:6
144:8 154:1
167:14,17
167:20
176:1,4
178:9
183:16

187:22
192:13
199:24,25
200:3,5,8,8
222:17,19
226:21,22
228:24
229:1,6,18
236:9 245:2
245:3,5,8,9
Thanks
114:16
242:10
theft
49:20 50:1,5
130:14
theory
91:11
thereof
12:9
they'd
193:6
thing
38:17 70:19
74:17 93:16
96:22
113:22
121:20
157:12
168:22
169:1
172:25
176:12
177:20
180:8 201:4
213:24
215:2
219:23
225:9 230:1
230:3
235:19
244:25
things
16:19 20:3
39:11 47:6
51:22 61:3
62:1 64:19
66:19,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031327

| | | | | |
|---|---|---|---|---|
| 71:24 76:7 | 89:6,9 90:5 | 196:21 | 211:11 | 121:9,23 |
| 80:1 82:19 | 90:14,17 | 197:7,21 | 231:23 | 122:9,12 |
| 84:20 | 93:5,16 | 198:5,10,11 | **threshold** | 126:14 |
| 104:12 | 95:14 | 198:22 | 90:5,7 | 132:23 |
| 110:3 | 100:13,14 | 199:11,13 | **throat** | 134:19 |
| 113:20 | 100:17,22 | 200:2,18 | 13:2 | 135:8 |
| 120:1 | 100:24 | 201:11 | **throwing** | 143:10 |
| 123:20 | 101:4,16,23 | 207:3 | 37:7 | 144:2 |
| 125:19 | 102:5,9 | 210:20,21 | **thrown** | 146:19 |
| 130:9 134:3 | 108:24 | 211:4 | 92:25 110:13 | 148:23 |
| 151:9,21 | 110:24 | 213:17 | 124:2 134:8 | 149:9,11 |
| 152:22 | 111:9 113:1 | 216:16 | **ticket** | 151:21 |
| 169:11 | 113:17 | 218:13 | 170:9 | 152:17 |
| 171:11 | 116:5 118:4 | 219:22 | **tied** | 153:8 162:8 |
| 172:21 | 118:12 | 228:15,17 | 29:18 78:13 | 165:18 |
| 195:9 | 120:7 | 228:18 | **tight** | 170:5 |
| 207:11,24 | 121:21 | 230:15 | 17:12 | 172:11 |
| 217:3,15 | 123:19 | 233:14 | **till** | 176:18,19 |
| 222:16 | 124:4,20 | **thinking** | 4:23,25 | 183:9 |
| 225:22,23 | 125:20,21 | 15:1 42:22 | **time** | 188:15 |
| 226:20 | 131:7 132:6 | 109:24 | 3:4 5:19 | 190:17 |
| 239:21 | 135:9,9,23 | **third** | 6:20 9:3,6 | 191:23 |
| **think** | 141:14 | 76:21 90:18 | 11:18 12:11 | 194:3 |
| 6:23,24 7:2 | 144:1,18 | 232:4 | 13:13,15 | 195:11 |
| 7:5,8 11:3 | 145:16 | **third-party** | 15:4,5 | 196:2,16,21 |
| 11:14,15,25 | 153:14 | 71:12 76:21 | 16:18 20:5 | 197:6 |
| 12:17 13:2 | 161:19,20 | **thought** | 20:22 30:4 | 198:15,19 |
| 13:3,14,17 | 169:9 172:4 | 6:8 38:17 | 35:6,12 | 199:1,8,19 |
| 14:5,11 | 172:15 | 61:23,24 | 45:7,8,11 | 199:22 |
| 15:19,21 | 173:11,13 | 72:3 89:21 | 45:24 49:8 | 200:10 |
| 18:2,11,15 | 174:13,16 | 101:8,10 | 49:10,11 | 201:2 |
| 19:22 29:1 | 175:1,10,19 | 116:16 | 54:6 55:6 | 205:22 |
| 29:23 34:19 | 175:24 | 159:18 | 56:25 57:3 | 206:17 |
| 39:2 40:8,9 | 177:20 | 173:21 | 63:25 64:9 | 210:7 |
| 42:2,11,24 | 179:8,15,16 | 197:11 | 64:16 67:12 | 215:12,13 |
| 43:4,8,25 | 180:4,14 | 234:10 | 68:22 70:4 | 216:9 |
| 50:6,7,9 | 181:5 | **thousands** | 70:5 72:25 | 218:16 |
| 51:1 52:5 | 184:22 | 12:16 98:17 | 74:10 78:8 | 223:24 |
| 56:14 60:9 | 185:8,13 | 126:22 | 87:25 90:18 | 225:17,23 |
| 60:16,24 | 188:3,5 | **threatened** | 91:19 94:13 | 225:25 |
| 61:13,14 | 189:16 | 14:8 | 95:12 106:8 | 230:23 |
| 62:1 63:8 | 190:6,11,12 | **Threatens** | 106:9,14 | 234:6 238:6 |
| 66:16 68:9 | 190:23 | 123:2 | 109:19 | 239:15 |
| 73:8 76:9 | 191:18 | **three** | 113:14 | 240:19 |
| 81:12,18 | 192:25 | 8:3 10:7 | 114:24 | 242:14,23 |
| 82:1,22 | 193:8,12,13 | 15:15,15 | 115:3,21 | 242:23 |
| 83:4,7 85:3 | 194:17 | 29:17 30:8 | 118:3 120:3 | 245:4,10 |
| 87:11 89:4 | 195:14,16 | 68:19 95:24 | 120:18 | **times** |
| | 196:3,10,20 | | | |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



**ESQUIRE**
DEPOSITION SOLUTIONS

Hearing                                                    April 6, 2009

301

| | | | | |
|---|---|---|---|---|
| 104:15 | 2:1,20 4:24 | 67:23,25 | 102:2,7 | 198:2,8,17 |
| 105:1 | 6:12 13:5 | 68:11,16 | 103:13,20 | 199:7,15 |
| 106:23 | 13:22 18:7 | 69:18,23 | 104:4,8,19 | 200:1,8,15 |
| 117:3 149:6 | 19:22 20:12 | 70:1,14 | 104:24 | 200:22 |
| 186:12 | 20:21 21:2 | 71:5,9,11 | 106:2,10,15 | 201:6 |
| 188:6 | 28:16,22 | 72:3,8,15 | 106:20 | 207:10,15 |
| 241:21 | 29:3,21 | 72:19,23 | 107:19,23 | 208:3,7,13 |
| **tiny** | 30:12,21,25 | 73:5,11,23 | 108:3 | 208:23 |
| 148:9 213:11 | 31:5,8,12 | 74:4,6,13 | 114:11,17 | 209:1,8,16 |
| **tip** | 31:19,22,25 | 74:22 75:4 | 117:12 | 209:21 |
| 8:1 121:5 | 32:6,11,16 | 75:14,17 | 118:15,21 | 210:3,6,11 |
| **titled** | 32:22,25 | 76:1,6,12 | 120:22 | 210:22 |
| 53:24 | 33:3,9 | 76:14,25 | 122:11,18 | 211:1,18,22 |
| **today** | 34:19 35:15 | 77:9,13,20 | 122:24 | 212:2,24 |
| 2:21 4:10 | 37:1,6 38:3 | 77:24 78:3 | 123:4,17 | 213:3,6,9 |
| 5:21 9:13 | 38:9,12,22 | 78:12,14,21 | 131:7,13,18 | 213:17 |
| 9:15,24 | 39:2,12 | 79:9,14,21 | 131:21 | 214:3,12 |
| 15:12 18:4 | 40:4,9,12 | 79:25 80:4 | 135:25 | 215:5,25 |
| 33:14 40:16 | 40:17,21 | 80:15,24 | 143:6,9,22 | 216:7 217:7 |
| 43:14 63:11 | 41:1,7,12 | 81:4,7,12 | 144:8 153:1 | 222:20,23 |
| 69:8 81:10 | 41:21,24 | 82:11,14,15 | 153:25 | 226:23 |
| 93:16 95:21 | 42:7,24 | 82:18,24 | 154:13,19 | 229:2,6,9 |
| 96:13 99:21 | 43:16 44:6 | 83:3,5,11 | 154:23 | 229:18,21 |
| 100:1 | 44:8,15,21 | 83:14,18,20 | 155:18,22 | 236:11,22 |
| 103:22 | 45:1,11,16 | 84:3,5,19 | 155:25 | 237:2,5,10 |
| 108:13 | 45:18,19 | 84:24 85:3 | 156:3 157:3 | 237:15,18 |
| 109:14 | 46:7,11,13 | 85:5,8,9 | 157:25 | 237:25 |
| 112:24 | 46:16,16,19 | 86:1,2,4,7 | 158:10,15 | 238:5,15,20 |
| 117:20 | 46:20 52:24 | 86:9,13,17 | 158:22 | 240:14,18 |
| 118:2 | 53:13 54:21 | 86:19,24 | 159:1,9,11 | 240:20 |
| 120:18 | 55:8,10,12 | 87:5,9 88:7 | 159:16,23 | 242:11 |
| 122:2,9 | 55:13 56:9 | 88:8,9,11 | 160:17,20 | 243:4,13,16 |
| 124:5 | 56:18,21 | 88:16,17,22 | 160:22 | 245:3,7,9 |
| 131:24 | 57:12,14,15 | 88:25 89:5 | 161:6,14,22 | **told** |
| 134:19 | 57:17,19,24 | 89:9,13,15 | 162:19,22 | 53:16 63:21 |
| 138:23 | 57:25 58:1 | 89:18 90:13 | 163:3 | 68:11 97:17 |
| 145:1,17 | 58:2,4,11 | 90:17,22 | 167:15,20 | 110:20 |
| 146:8 | 58:16,18,19 | 91:1,5,11 | 176:2 | 111:18 |
| 167:19 | 58:23 59:2 | 91:14,22 | 179:15 | 129:9 |
| 184:23 | 59:4,5,9,21 | 92:4,10,14 | 180:7,25 | 130:24 |
| 185:5 | 59:23,24,25 | 92:19 93:7 | 181:7 | 142:18 |
| 187:21 | 60:4 61:8 | 93:10,13,22 | 183:13 | 153:23 |
| 188:20 | 62:17,23 | 94:5,9,11 | 187:24 | 202:25 |
| 189:4,11 | 63:1,7,21 | 94:14 95:5 | 188:5,13 | 203:4 235:1 |
| 192:17 | 64:6,23 | 95:7,9 | 192:22 | **tomorrow** |
| 199:23 | 65:2,5,8,11 | 100:8,11,17 | 193:25 | 4:13,20 9:16 |
| 227:20 | 65:21 66:3 | 100:24 | 195:22 | 30:15 33:1 |
| **Todd** | 66:10,19 | 101:4,8,12 | 196:12,23 | 34:20 40:18 |
| | 67:1,5,8,17 | 101:15,21 | 197:11,16 | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005971

TX_00031329

Hearing                                    April 6, 2009

302

```
 42:6 196:17          35:12 125:17      102:5              true                196:5,12
 198:21               132:24            104:18,21          51:19 52:6          198:18
tone                  205:12            105:21,24          54:4 84:14          201:18
202:1                 219:23            107:17,21          136:2 146:5         turn
tonight               225:18            108:1,8,11         147:4,5             115:17
 2:25 4:18            232:19,20         108:14,16          150:25              128:10,10
 7:13 15:1            233:5             108:21             151:1               203:15
 37:3 226:19         trained           109:3,7,11         152:15              236:7 243:9
 236:8                35:5,21 43:9      109:17,23          162:12             turned
top                   114:7             110:3 111:3        172:20              92:7 115:14
170:9                 138:12            111:8              175:25              115:21
topic                 217:18            112:22             238:14              127:16
152:25                219:8             113:13            truly                147:4
total                training          114:1,5,14         46:3 225:6         turning
22:15 57:21           22:24 23:5        114:20            truncated           71:12 76:22
 85:21                28:3,4,5,8        115:2,5,9          123:16             turnouts
 208:16               34:16 35:2        115:19            try                 8:14
 210:17               35:5,6 36:8       116:2,4,7         47:7 66:8          turnover
 211:6                36:9,10,11        116:13,19          70:18 74:2         231:19
totality              42:9,12,20        116:23            78:15 84:22        turn-out
85:21                 42:23 63:2        117:2,6,20         113:21             12:5 48:18
town                  65:15             118:4 119:3        131:12             48:18,22
9:21                  109:22            119:4,9,15         132:24             49:4,9,13
trace                 110:1,14,24       122:10             145:20             49:14 63:9
149:4                 189:17            145:7 188:3        155:13             63:18,20
track                 190:2             188:11             161:10             83:2,8 84:1
235:22                218:16           Trautman's         186:5              85:1,4,6,16
tracts                219:4,12          154:4              200:18,21          85:24 86:3
231:2                 232:2,15,17      travel              227:17             86:11 87:18
trade                 232:17,23         125:15             241:15             88:5 147:5
145:18                233:5            Travis             trying              152:20,21
trader               transaction       29:6               12:10 13:20        153:5,9
129:5                 50:2             treated             29:1 32:4          159:14,21
traders              transcript        111:7              32:18 65:12        159:21
52:2                  46:15 246:7      treatment          65:23 69:11        164:16
tradition...         transferred       111:5 113:4        72:4 74:19         168:11,16
146:9                 110:12            113:5,23          75:23 89:1         168:18
trail                transport...     tremendously        97:19 98:15        170:1,8,10
97:3 134:16           15:7 27:9         224:15            106:10             171:9,17
 134:17              trap              trial               112:24             173:10
 148:20               207:9            56:10 104:5        123:6              174:9 175:1
 161:23              Trautman         tricky              140:10             175:17,18
 162:2,13,13          95:15,20,22      80:22 191:3        144:20             175:20,21
 162:15,16            100:10,13       tried               163:4              178:1,4,20
 162:23               100:22           73:24 75:13        173:23             178:23
 191:13               101:2,7,11       141:9 198:9        177:21,23          179:6,24
 192:19               101:14,19       trouble             178:13             180:5 209:4
train                 101:25           36:18              192:5,11           209:24,25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031330

Hearing                                        April 6, 2009

303

```
215:21                162:7                 155:9,17              26:7 48:6            upset
241:16,17             types                 161:24                49:21 53:19         130:7 135:14
243:6,9               7:4                   173:4,8,24            55:6 142:5          up-to-date
turn-outs             typewriter            192:17               unites               133:1
180:18                162:7                 196:19                6:25                urban
TV                    typically             230:17               universal            126:2
62:9                  68:24                 understan...          94:23 143:18        urge
twice                                       18:18 32:6           universally          195:9,13
102:20 142:2              U                 32:17,23              197:8               use
two                                         33:15 34:1           universe             22:21 33:23
4:1 5:25 8:1          UFO                    39:7,11              193:22 241:4         38:18,21,22
13:1 19:2             149:21                 55:7 83:5           University            38:24,25
23:18,22             Uh-huh                  83:17 86:22          49:6 83:19          39:10 40:3
24:24 32:7           66:18 237:17           113:10                83:21,22,23        44:12,14
32:12,15,16          ultimate               115:25                86:9 89:8          66:10 78:19
32:21 35:23          111:5                   161:25                128:2 133:8        91:12 118:2
35:25 50:24          ultimately             216:1                 144:4              125:10
51:22,25             59:17 111:7           understands           Unknown             128:7 148:2
55:17 56:17          UN                     3:22                  57:25              174:22,23
57:2,16              125:1                  understood           unmistakable        201:23
59:5,6               unable                 77:19 197:8          152:6               205:9 216:1
76:19 78:9           53:4 90:7              197:9                unnecessa...         232:16
83:22 86:11           118:8 119:2          undertaken            192:8               239:14
86:14,15             unacceptable           10:21                unnecessary         uses
104:15,16            7:9 56:6              undocumented          173:1,7             205:4
104:25               unanimous              102:14                181:6              usual
106:22               142:6                  103:24              unpractical          115:3
119:20               unaware                unduly                52:16              usually
122:7 130:2          72:14                  53:6                 unquestio...        5:18 43:22
141:6,19             uncontested            uneducated            182:18              195:9
151:21               56:11                  160:10               unquote             206:19
152:25               uncovered              unfair                110:23             utility
156:10               110:4 127:13           15:12 131:3           112:19             44:12,14,22
158:22               undermine              190:10               unreasonable        U.S
160:6,16             68:9                   unfortuna...          7:11 52:17         107:3 129:7
169:11,15            understand             98:21 119:2           54:23 56:5         129:18,24
171:11               14:22 15:19            147:25                56:22              133:15
172:21                21:6 32:2             149:24               unusual
191:18                43:10 56:10          UNIDENTIFIED          5:17                    V
202:18                58:24 59:9            4:22                 unwilling
207:19                83:14                 unimpressed           79:17              vacated
222:3 226:5           104:24                179:18,22            update              142:6
226:14,15             109:6                 uninterru...          167:10             vain
type                  115:10                5:5,7                 215:23,24          46:4 53:23
10:5 180:21           124:16                unique                220:22             valid
187:17                130:17,19             51:11 91:21          upheld              25:9 27:16
198:15                151:2,2               United                93:19              39:19 54:17
typed                 154:13                25:1,3,6,25                              57:7 59:21
                                                                                    184:22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

validate
147:3 186:14
validly
151:5
valley
105:9
value
96:18
variable
85:18
variables
85:14,15
86:5 153:7
variance
240:10
variety
4:15 244:11
various
207:23
221:25
232:20
vary
34:23 213:20
213:21
215:17
240:2
varying
3:1 82:25
214:1
vast
212:12,12,12
212:25
Veasey
2:18,19
13:25 14:1
18:8 44:7,9
44:10,17,20
44:25 94:15
143:11
238:18,21
239:1,18
240:4
Vehicles
66:16 79:20
165:4
vendetta
129:6
verbatim

244:6
verifiable
97:3
verified
177:14
verify
35:14 203:6
225:10
226:3,13
234:4
vermont
87:12
version
8:7,13,16
43:4,9 87:2
versus
56:3 64:14
159:17
170:23
213:12
220:13
240:12
vested
206:25
veterans
26:2
vice
20:23
Vice-Chair
144:14
Vice-Chai...
3:8 20:24
Vice-Chai...
102:13
victim
148:18
victimized
135:17
video
49:1,1
125:13
137:11
246:9
view
9:18 124:17
131:2
viewed

129:4
views
126:4
vigorously
145:12
violated
141:25
violent
52:7,9,11
134:5
Virginia
128:2
visions
81:13
visit
136:6 245:7
visited
135:22 168:4
visual
42:15
volley
201:2
volunteers
138:12
vote
7:7,9,10,12
8:21 13:19
13:20 14:23
14:24 15:6
16:9,13,15
17:8,21
19:5 22:1
23:16,23
31:11,20
36:22,23
37:13,17
39:18 43:11
48:10 50:23
53:4,6
60:17 61:12
62:2,18,19
62:20 65:22
65:24 66:5
66:5 76:4
78:9,15
79:2 82:5
87:1,14
89:25 90:4

90:7,10
91:8 92:7
96:12,17,24
97:2 98:21
102:16
104:1
110:21
112:4 116:1
116:16
117:9
120:16
121:19
124:8
126:12,12
128:15,16
128:16,17
134:8
140:16,19
140:21,23
140:25
141:3,25
146:10,21
149:18
151:4 155:8
155:11
157:7,10,13
157:14,20
162:17
163:16
164:20
165:15
166:5,9
168:20
169:2 171:2
171:13
172:18
173:14,20
177:21,23
178:11
179:13
182:3,5,6
185:7,19
186:14,20
191:9,20,21
191:23
193:3,3,6
193:22
202:9,14,17
203:1,5,6,7

207:4,13
211:13
212:22
214:18,18
215:9,13,15
217:23
220:8,9,14
221:17,22
223:21
225:9 234:2
234:3 239:9
241:4
244:16,20
voted
39:24 97:13
97:20,25,25
98:4 102:20
102:21,24
103:5
104:15
105:4,7,15
106:22,23
109:2
124:18
156:17,23
164:9,14
166:17,20
167:6
211:14
215:6 238:7
238:9
voter
3:2 7:5,7,24
8:3,13,14
8:16,17,20
10:4,5,6,14
10:16 11:22
12:4 13:1
14:15 15:1
15:2,17
18:13,14
21:13,15,18
21:19 22:5
22:11 23:2
23:4,15,20
23:21,25
24:4,5,14
24:16 26:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
27:5,15,16          122:23              217:14,16           204:23              7:11 11:8
27:17,18,21         123:2,25            217:17              205:3,4             21:16,17,18
30:3,5 31:4         124:1,7,14          220:14              207:7               22:7,19
31:7 32:4,9         126:8,10,16         221:6,7,10          208:14,22           24:21 25:18
32:20 36:4          126:20              226:4,25            209:14              26:16 27:1
39:19 44:24         127:8               227:5 228:9         210:1,4             27:5,15
48:18,18,22         130:13              228:11              212:20              33:19,24
49:4,12             132:8,20            239:8,9             214:15,21           34:9 38:6
51:12 52:9          135:4,12,17         241:16,17           215:8               38:18,23,25
54:23 57:1          135:21              241:22              217:19,20           39:8 48:1,3
59:18 60:14         137:9               244:11,24           217:20,21           51:3 53:25
63:20 66:13         138:10,15           voters              223:16              55:24 59:8
66:22 68:18         141:16              8:24 10:22          225:1,4             60:18 69:20
68:20 69:10         142:11,12           11:12 17:20         226:8               78:7,16,17
74:8 78:13          142:14,18           22:18 24:15         232:16,23           79:4 80:12
79:6 80:21          143:17,20           24:17,18            233:3,8,20          82:15 84:11
81:6,21             154:5,15            37:25 45:13         233:21              94:24 98:18
82:13 83:2          160:6 161:2         48:7,11             234:5,6             98:25 99:4
83:7,25             161:8               50:8 51:6           237:22              100:3,5
84:1 86:11          163:12              55:17,20,22         238:22              105:2 107:4
86:25 88:5          164:25              57:7 62:5           241:4,19            108:20
94:19 96:10         168:5 169:8         63:13,25            242:2,17,17         121:17
96:22 97:6          170:18,19           64:2,8,16           242:22              126:25
97:10,19,20         171:12,18           65:7 69:4           243:7,9             132:6
97:22 98:11         171:25              73:1 84:9           voter's             134:17
98:15,18,22         173:14              90:23 98:17         19:5 23:20          135:3
99:1,3,6,7          175:10              99:3,9              24:13 25:19         141:22
100:12,18           176:10              103:4,9             27:7 215:11         142:1,2,11
100:20,25           182:4               105:10              215:14              146:7 151:4
101:5,10,16         183:21,22           106:25              220:21              156:5,12
101:23              183:24              111:13              228:12              157:19
102:9,15            184:1,7,9           113:12,25           244:2               163:8,13
103:2,25           184:13,23           114:2               votes               165:15,17
105:9               185:12,17           126:24              15:8,11             172:7
106:16              187:3 189:5         127:4               17:10,19            179:10
107:7,22            189:7 190:8         141:23              22:15 51:6          202:1
108:7 109:5         190:16              146:9               56:7 78:10          204:20
109:13,16           191:24,25           147:24              78:13               205:14,18
111:10,11           193:4               150:4,5,7           106:25              220:23
112:1,8             194:14,15           152:2,6,13          114:3               223:10
113:1,2             202:1,7             152:22              126:22              228:10,12
114:2,22            203:11              160:10              142:10              232:9 234:9
115:6,16            204:8,15,17         167:2 173:1         147:23              237:12
116:11              204:18,20           180:20              213:12              242:22
117:23              205:19              181:3               214:16              voting-age
118:2               206:1,4,6           190:21              236:15,23           33:16 37:9
119:23,24           206:25              192:17              237:3,16            _____
121:11,22           214:7               195:2               voting              _____
122:14,22           216:24                                                            W
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
wait               94:25 102:7      119:1            153:10           welcome
 175:22            103:17           140:21           155:5 156:1      2:21,24
  235:23           114:1            141:3            156:7,19          13:10 45:15
waited             118:22           143:12,12        157:16           60:2 80:18
150:16 203:3       120:1,5,17       168:2            161:10           183:15
waiting            120:20           197:13           165:4 176:8     well-reas...
115:13             122:15           201:9,22         179:23          60:9
 116:15            123:5           wanting           180:2           went
 230:12            128:22          6:16              181:11,14       47:6 49:9,10
walk               132:8 133:5     wants             181:15,17        56:11 63:20
87:13 218:1        133:6           122:17 173:7      181:18           70:15 85:6
 219:1             134:12           200:23           187:21           86:11,14,15
 233:24            136:5,8         ward              188:14           92:22 96:22
 236:6             139:23          192:6             196:4            114:10
walked             140:2           warning           201:12           116:19
217:21             144:14          5:10 41:6         203:7            127:12
Walker             147:16          Washington        206:10           143:13
245:11             149:5           105:14 129:8      210:12,16        150:13,17
Wall               151:21,25       wasn't            213:16           152:2
127:22 138:1       152:16,17       49:12 99:12       214:22           156:24
Waller             152:19           121:21           219:3            157:1
245:12             158:15           173:20           228:16           168:24
wallet             160:23,24        174:6            235:18           170:14
221:14,15          163:7,25         175:14          ways              171:4,19,23
Walter             168:12           197:2           128:14,19,21      171:24
133:7              172:21,22        204:19           155:10           174:3
wanna              172:25          Watchdog          166:10           191:20
227:11,14          173:3           164:11            187:16           194:14
want               188:10          watched          192:5,9          210:1
2:24 3:12,18       193:11          108:19           weapons          weren't
 4:16 9:18         194:22          watching         207:23           56:13 70:11
 9:20 11:16        197:20          236:6            weather          93:3 98:17
 11:25 13:10       200:19          water            85:14 174:10      119:6
 13:16,19          206:20          222:5,7          website          209:14
 17:9,16,17        207:10          way              22:6,8           we'll
 18:20 19:23       212:3,21        3:4 8:18          195:18          32:25 37:25
 20:4 21:2         225:2            27:20 39:3      websites          40:8 56:23
 29:25 35:16       230:16           53:21 54:12     35:3 195:6,8      185:7
 36:15 38:24       232:13           82:10 85:24      195:16           206:21
 39:22 41:16       239:14           88:3,4 90:3     weeds             208:2
 41:25 42:9        244:11           103:19          49:23            244:21
 42:21 43:13      wanted            114:2 123:7     weekly           we're
 49:22,25         38:4,21           128:20          167:11           3:6,21,23
 54:25 58:19       43:19 53:15      130:9 134:9     weeks             4:12 5:18
 58:22 60:12       62:13 94:17      135:11          29:17 30:8        5:21 6:9
 63:18 72:25       94:19            142:4 146:9      120:23           7:13 9:15
 74:15 89:23       112:13           150:11          weight            10:11,25
 93:4 94:16        117:19           151:10          68:2             13:18,20
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031334

Hearing                                          April 6, 2009

| | | | | |
|---|---|---|---|---|
| 17:9 21:8 | 15:16 18:11 | **win** | 182:16 | 102:14 190:9 |
| 33:13 35:23 | 21:7 51:9 | 17:22 18:2 | 188:16 | 190:10 |
| 35:24 36:2 | 54:9 57:17 | **wine** | 193:5,18 | 207:3 |
| 36:16,17 | 68:17 72:16 | 225:24 | 196:6,15 | 213:25 |
| 37:2 42:5 | 77:2 79:9 | **wise** | 199:16,22 | 219:18 |
| 42:10 51:18 | 86:14 91:15 | 243:11 | **woman** | **workers** |
| 61:21 69:11 | 124:3 | **wish** | 81:19 98:4 | 63:3 69:1 |
| 71:25 72:10 | 144:23 | 5:6 33:22 | 102:21,24 | 109:22 |
| 77:5 87:19 | 147:4,14 | 45:14 75:7 | 151:7 | 110:13,16 |
| 89:20 91:16 | 149:3 | 75:8 93:17 | **women** | 110:17 |
| 91:22 | 153:15,15 | 145:4,8 | 62:5 241:8 | 112:18 |
| 109:19 | 153:18 | **wishes** | **wonder** | 132:25 |
| 112:23 | 156:5,20 | 9:4 13:23 | 64:12 | 151:10 |
| 113:11,17 | 158:21 | 18:9 117:13 | **wonderful** | 189:21 |
| 113:21 | 166:25 | 200:7 | 81:19 | 202:18,20 |
| 117:11 | 172:12 | **witness** | **wondering** | 203:18 |
| 134:19 | 186:6 | 5:5 6:9 | 69:5 | 205:12,13 |
| 143:24 | 198:15,17 | 11:25 20:16 | **wording** | 205:21 |
| 147:15 | 203:14 | 29:22 47:5 | 21:23 22:9 | 214:11 |
| 153:16,20 | 215:5 218:4 | 75:6 95:15 | **words** | 217:18 |
| 154:23 | 218:5 | 105:25 | 42:15 85:13 | 218:16,18 |
| 170:13 | 224:14 | 106:16 | 130:15 | 218:21 |
| 173:16 | 231:4,12,19 | 117:13 | 207:16 | 219:24 |
| 175:24 | 240:1 | 120:8 121:9 | **work** | 225:18 |
| 177:21,22 | **whatsoever** | 152:23 | 11:25 30:18 | 232:25 |
| 178:19 | 83:16 149:15 | 193:25 | 65:20 70:5 | 233:2,6,6 |
| 179:16 | 187:16 | 194:2 196:1 | 78:23 99:16 | **working** |
| 180:10 | **whichever** | 196:21,25 | 99:19 | 12:18 15:16 |
| 187:24 | 33:20 | 197:1,19 | 103:25 | 95:25 100:1 |
| 189:4,10 | **whine** | 199:8,10,18 | 111:20 | **works** |
| 191:7 194:3 | 225:24 | 199:20 | 117:1 | 34:1 |
| 195:22,25 | **white** | 229:3 | 130:11 | **world** |
| 196:9,17 | 14:21 112:9 | 238:17 | 195:10 | 49:22 132:16 |
| 197:5,18,23 | 112:17 | **witnesses** | 202:18 | 132:17 |
| 199:12,13 | 201:21 | 3:20,24,25 | 219:20 | **worry** |
| 201:18,20 | **wholly** | 4:3,6,7,7,8 | **workability** | 12:13 53:18 |
| 201:21 | 10:23 69:7 | 5:1 6:17,20 | 194:10 | 183:6,7,8 |
| 203:21 | **widespread** | 7:20 8:9 | **workable** | 184:19 |
| 212:2 | 107:8 | 9:12 19:19 | 195:12 | 190:3,4 |
| 213:15 | **Wildlife** | 20:6,15,18 | **worked** | **worse** |
| 214:9 223:7 | 26:12 | 36:17 45:3 | 51:1 61:18 | 51:24 98:22 |
| 225:24 | **wildly** | 57:6 91:15 | 110:6 | **worth** |
| 233:14 | 215:18 | 103:1,22 | 116:22 | 43:1 65:4 |
| 235:4,13 | **willing** | 106:11 | 117:2 | 225:17,17 |
| 240:7 | 9:22 13:3 | 120:2,7,8 | 120:15 | 225:18 |
| **we've** | 79:17 | 147:19 | 211:14 | **worthy** |
| 5:3 10:21 | 129:14 | 153:12 | 224:14 | 117:11 |
| 14:13 15:9 | 131:15 | 159:7 | **worker** | **wouldn't** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005977

TX_00031335

Hearing                                                     April 6, 2009

308

| | | | | |
|---|---|---|---|---|
| 4:11 62:13 | 143:14 | 168:1 | **09** | 137:19 |
| 102:1 132:1 | **yeah** | **young** | 107:15 | **126** |
| 146:2 | 41:12 42:2 | 96:20 124:25 | | 239:24 |
| 166:18 | 42:24 65:21 | 126:4 | **1** | **13** |
| 174:7 | 71:9 78:12 | 143:20 | **1** | 2:24 110:11 |
| 177:24 | 79:21 80:1 | 151:1 | 5:10 21:25 | 137:17,23 |
| 178:7 179:4 | 184:2 | 184:16,16 | 22:23 23:7 | 166:25 |
| 186:15,15 | 219:19 | | 28:2,7 | 169:3 171:3 |
| 223:12 | 220:10 | **Z** | **1,000** | 175:12 |
| **wreaks** | 221:15 | **Z** | 68:1 | 240:23 |
| 81:9 | 223:8,14 | 153:19 | **1,947,080** | **13,000** |
| **write** | 224:19 | **zealous** | 237:14 | 99:1 |
| 137:19 138:1 | 226:16 | 82:7 | **1.2** | **14** |
| 216:23 | 227:21 | **zero** | 64:7 | 126:22 |
| **writing** | 228:20 | 166:15,20 | **1/2-minute** | 127:12 |
| 75:3 123:11 | 237:6 243:8 | 167:6 | 5:10 | 209:20,21 |
| 200:6 | **year** | **zip** | **1:30** | 210:3,12,14 |
| 236:17 | 12:5,5,5 | 239:20,22,24 | 3:22 | 210:15,22 |
| **written** | 14:13 47:13 | **Zorr** | **10** | 211:15 |
| 30:3 39:3,5 | 47:14 67:20 | 104:12,15 | 58:20,25 | 213:10 |
| 47:21 | 83:24 87:7 | | 237:19 | 215:5 |
| 144:22 | 97:16 98:19 | **$** | **10.4** | 236:15 |
| 145:3 | 137:19 | **$1.2** | 237:22 | 238:6 |
| **wrong** | 149:20 | 62:23 | **100** | **15** |
| 11:17 15:25 | 167:2 | **$100,000** | 58:20,25 | 109:1,4 |
| 32:25 50:25 | 202:18,19 | 64:24 | 106:22 | 150:17 |
| 109:14 | 208:19 | **$2** | **11** | 229:14 |
| 116:4 | 215:20,22 | 29:14,18 | 141:5 169:2 | **15.005** |
| 141:23 | 224:9 243:2 | 30:9 34:12 | 171:3 | 194:12 |
| 162:1 | **years** | **$200,000** | 175:12 | **16** |
| 211:13 | 15:15 16:14 | 64:10 | **11,000** | 35:13 211:12 |
| 217:21 | 24:24 41:19 | **$7,500** | 111:3,4 | **18** |
| **wrote** | 47:25 60:8 | 132:14 | 113:24 | 215:16 |
| 70:24 94:22 | 63:11 71:5 | | **11-percent** | **18-year** |
| 127:25 | 81:6 92:23 | **0** | 179:1 | 48:25 110:21 |
| 137:14 | 97:23 98:8 | **0** | **11:00** | **19** |
| 244:25 | 124:3 | 29:14 30:8 | 20:3 | 52:22 |
| | 126:22 | 238:7 | **111** | **1950s** |
| **X** | 127:12 | **01** | 238:9 | 92:10 |
| **X** | 130:2 217:5 | 228:11 | **12** | **1960s** |
| 153:18 | **yellow** | **04** | 43:21 44:1,4 | 14:7 124:23 |
| **x-ray** | 5:11 | 167:3 | 92:5 140:4 | **1965** |
| 150:18 | **Yep** | **05** | **12th** | 48:1,8 |
| | 210:5 | 231:7 | 111:19 | **1970s** |
| **Y** | **York** | **08** | **12-31-13** | 148:2 |
| **Y** | 89:8 144:4 | 102:24 | 246:22 | **1980** |
| 153:18 | 167:22,24 | 168:25 | **120** | 105:6 |
| **Yang** | **Yorker** | | | **1984** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031336

204:12
**1988**
215:15
**1989**
126:19
**1990s**
31:19
**1997**
105:4 157:12

---
**2**
**2**
58:21 237:9
238:10
**2,000**
111:23
**2,661,672**
237:12
**2.6**
158:11
**2.9**
83:8 87:18
158:11
**20**
22:14 58:21
98:24 174:8
**200**
105:17
106:22
**200th**
47:15
**200,000**
209:3 210:3
215:6
**2000**
105:1,5,7
156:16
201:7
231:12,12
231:20
**2002**
105:1 155:7
155:8 157:9
**2003**
238:1 242:12
**2004**
105:14

137:17,23
168:17,20
**2005**
10:8,24
57:14
124:19
201:8
224:12
**2006**
10:9 104:15
110:10
129:19
142:8
**2007**
10:9,24
**2008**
10:10 96:7
98:24
111:15
168:21
170:2
**2009**
1:6 10:12,25
21:25 22:23
23:7 28:3,8
**21**
47:15
**21st**
48:4 65:22
100:4
150:21
**22**
97:20,24
**224**
210:20
**227**
211:7,21,24
212:12,25
213:4,10
**23**
166:23
237:20
**23,000**
167:4
**24**
23:14 237:20
**244**
209:5

**25**
168:20,23,24
238:7
**25,000**
166:24
**250**
195:15
**26**
55:22 228:8
240:21
**264**
208:23
**264,000**
208:21
**264,366**
208:24
**27**
235:25

---
**3**
**3**
53:1 94:5,7
194:20
219:4,10
228:7
**3,893,184**
237:11
**3.8**
237:8
**30**
5:16 16:14
115:25
116:3
168:25
171:4 174:9
196:1,24
197:20
203:3
**30-percent**
175:13 178:1
**315**
97:19
**32**
55:22
**33**
55:20
**34**

54:25 55:15
55:19 73:19
90:1 141:8
**35**
171:17
187:24
**36**
57:8 99:4
**362**
20:25 21:14
22:4,24
23:8,15
24:19 25:16
26:14,24
27:9 28:1
45:15 95:17
122:20
144:5
200:16
245:12
**38**
237:8 238:7
**381**
97:18
**39**
194:1 215:15
215:16
238:9
**394**
236:21,23
237:16
243:7

---
**4**
**4**
194:20
**4,500**
106:25
**4.5**
65:8
**4.89**
65:8
**4:50**
131:8
**40**
16:14 20:14
110:11
115:23

**171**:17
196:25
197:18
199:18
**400,000**
208:21
**41**
195:25
**45**
63:11 171:17
**475**
211:8
**49,000**
166:23

---
**5**
**5,000**
105:7
**5,400**
156:16
**5:07**
113:6
**50**
96:11 171:17
206:18,19
227:6
**500**
209:12

---
**6**
**6**
1:6 44:18
94:5,6
**6.7**
168:16
**63**
228:11
**63.1-B**
39:17
**65**
70:3 71:5
**66**
228:5

---
**7**
**7**
47:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**70**
36:24 41:19
  132:25
**740**
209:6,17
  211:2,6
**798**
209:4

---
**8**

**8**
 237:16
**80**
 50:7
**80-percent**
 50:12
**800**
 73:12
**81**
 195:15 238:9
**81ST**
 1:5
**8462**
 246:21
**85**
 213:5,6,8,10
**87**
 60:25
**88**
 216:24

---
**9**

**95**
205:4,10,12
  205:22
  232:16,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031338

247

Job No. 330579

VOLUME 2

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

April 6, 2009

Transcribed:  April 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031339

248

1           CHAIRMAN SMITH:  At this time, the chair

2      calls Dewayne Charleston, a Walker County Justice of Peace

3      who is here to testify against Senate Bill 362.

4           SPEAKER:  Mr. Chairman, before we begin I

5      just want to clarify procedure with the committee.  I'm

6      looking at the memorandum that was sent to committee

7      members on April 3rd regarding the committee hearings on

8      April 6th and 7th.  We just had an exchange before the

9      prior witness related to time limits -- Mr. Leavitt,

10     specifically -- and in the one, two, three, fourth

11     paragraph on the memo it says, "As indicated on the post,

12     testimony at Monday's hearing will be limited to invited

13     guests.  A witness list is attached.  These witnesses will

14     be allowed to provide an opening presentation of up to 10

15     minutes and then stand before the committee to answer

16     questions.

17          When I read that, I didn't see anything

18     related to 30 minutes of total question time.  It's my

19     understanding that you took the total number of witnesses

20     and divided that time by the time that we started and the

21     hours available before midnight and came to the conclusion

22     it would be 30 minutes, but I just wanted to point out for

23     the record that there was nothing in the memorandum that

24     said that there would be 30 minutes.

25          So, when you question my understanding of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031340

249

1    the deal, there's some ambiguity as to whether or not 30

2    minutes was the standard or not the standard.  It's been

3    past practice on the committee with Chairman Burman that

4    we were able to ask questions -- all of our questions, and

5    I don't -- I don't believe that any member of the

6    committee has asked a question to date, and I think it's

7    important for the Democratic process and also to make the

8    record, to the extent the Frazier bill goes to the justice

9    Department, that we be able to ask our questions.

10                CHAIRMAN SMITH:  To respond to that, the

11   memorandum that was circulated expressed my intent as to

12   how we would handle this hearing.  I think it expressed it

13   as clearly as a memorandum could before we knew what time

14   the hearing would start because of the fact that we did

15   not have the ability to anticipate what time we would

16   leave the House floor.  What the memorandum clearly says

17   is that it is my intention to conclude Monday's hearing no

18   later than midnight.  No later than midnight.  The reason

19   for my intention to do that was because -- for the

20   convenience of the public and their ability to testify on

21   this question, we have separated the invited testimony

22   from the public testimony and have no way of knowing but

23   reasonably anticipate in light of the significant interest

24   on this particular issue that we could go well into the

25   night listening to public testimony tomorrow night.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031341

250

1        And so, for the health of the members on

2   the committee as well as for the convenience of these

3   expert witnesses who have gone to the trouble in some

4   instances of traveling from many other parts of the

5   country, it was my intent to -- to take the time when we

6   started, divide it by the number of witnesses, and

7   distribute that time fairly among the members in terms of

8   their ability to ask questions.

9        I will note that the witness list is 13,

10  seven of which were provided by my friends on the

11  Democratic side of the aisle, six of which were provided

12  by my friends on the Republican side of the aisle.  So, my

13  proposal would result in us being here until midnight and

14  would result in 40 more minutes' of testimony from expert

15  witnesses on the Democratic side of this issue than the

16  Republican side of this issue.  If -- if anybody believes

17  that that is somehow unfair against those people who are

18  in opposition to Senate Bill 362, then, you know, I

19  suppose that that is a matter of opinion and everybody has

20  one, but I -- I certainly, you know, am open for

21  discussion on the committee to the extent that there are

22  any of my members -- I'm one of the younger members on the

23  committee.  I think I can stay up all night two nights in

24  a row, although it's been a long time since I've tried.

25        If it is the desire of the committee to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005984

TX_00031342

251

1   take the eight remaining witnesses that we have left and

2   the six hours and 15 minutes that we have left and allow

3   members to ask as many questions as they wish for whatever

4   purpose they wish and to ask of these expert witnesses to

5   stay until we are done along with the members of the

6   committee, then I am certainly open to a discussion along

7   those lines.

8            I do think that the proposal to take the

9   seven witnesses that were provided by the Democrats and

10  the six witnesses that were provided by my Republican

11  friends and divide the time up to midnight equally a fair

12  one.  More than fair.  If for whatever reason that's --

13           SPEAKER:  Just two comments, Mr. Chairman.

14  It was expected that the Republicans would have seven

15  witnesses, as well, and one of them dropped out.

16           CHAIRMAN SMITH:  But we took that time and

17  divided it equally among the witnesses rather than half

18  the time for the Democrats and half the time for the

19  Republicans.

20           SPEAKER:  Let me finish just really

21  quickly.  I would just like to finish.  The inequity in

22  number of witnesses from Democrats and Republicans is

23  not -- is clearly not the fault of Democrats.  We were

24  asked to provide seven.  We provided seven.  We thought

25  you were going to provide seven.  You provided six.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031343

252

```
 1      That's clearly not our fault.

 2                  The other assumption I think is worth

 3      exploring is that very few of the witnesses have actually

 4      used up all their time.  I think one or two.

 5                  CHAIRMAN SMITH:  I think there is one

 6      witness that didn't use all his time because he was late

 7      for a flight, and I believe I'm correct in saying there

 8      was only one witness who didn't use up all their time

 9      because of a lack of questions, and that was Ms. --

10                  SPEAKER:  Did the last witness use all

11      their time?

12                  CHAIRMAN SMITH:  Yes, she did.

13                  SPEAKER:  He did?

14                  CHAIRMAN SMITH:  He did, more than.

15                  SPEAKER:  One quick comment, Mr. Chairman.

16                  CHAIRMAN SMITH:  So, you-all let me know.

17      I'm here, and I'm trying to be fair to the witnesses and

18      to the House and members of the committee.  If the

19      consensus says that we wish to proceed and let each of

20      these witnesses --

21                  SPEAKER:  I just want to comment that

22      Ms. Brown and I have sat on several committees together

23      and spent many late nights up here and I would guarantee

24      we've been back here early the next morning before some of

25      these young whipper snappers.  We defer to the age
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

253

1      questions.

2                  CHAIRMAN SMITH:  So, do we have a forum?

3      At this time --

4                  SPEAKER:  Mr. Chairman, I would say -- I

5      have something I wanted to put into the record, a

6      deposition here from Ken George.  Mr. George is a former

7      chairman of the Republican party in Dallas County, and I

8      wanted to give a copy of this one deposition to the

9      committee so it becomes a part of the official record just

10     in case this deal comes under Justice Department review.

11                 In this particular deposition, Mr. George

12     is unable to identify any voter fraud in Dallas County,

13     even though he did send a letter at the time to the Dallas

14     County DA asking the DA to investigate voter fraud when

15     Tony (inaudible) was running against Harry Miller back in

16     2006 and -- and, you know, just like many of the witnesses

17     that are here today, that report by Mr. George has not

18     produced any voter fraud even though he said initially

19     that there was.

20                 CHAIRMAN SMITH:  Thank you.  And now

21     it's -- I believe I can welcome and I will go ahead and

22     begin the clock and we'll kind of be loosey-goosey about

23     this to the extent that we can until someone complains

24     about the hour.

25                 Mr. Dewayne Charleston, would you please



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031345

254

1        state your name and who you represent?

2                    DEWAYNE CHARLESTON:  Yes.  My name is

3        Dewayne Charleston.  I'm a justice of the peace from

4        Waller County.

5                    CHAIRMAN SMITH:  And you're here to testify

6        against Senate Bill 362?

7                    DEWAYNE CHARLESTON:  Yes, I am.

8                    CHAIRMAN SMITH:  Please proceed.

9                    DEWAYNE CHARLESTON:  Dewayne Charleston,

10       Waller County.  I'm a justice of the peace, and I come to

11       oppose this particular bill.  I want to thank you for the

12       opportunity to provide testimony about voting rights in

13       Texas and how they relate to the voter ID bill that you

14       may be now considering.  Prior to the 2008 election and

15       for the past 20 years I've been deeply involved in trying

16       to end rationally discriminatory voting practices in

17       Waller County, Texas.

18                    I met with officials from the United States

19       Department of Justice and from the Texas Attorney

20       General's office and I had been given the assurances based

21       on detailed information that Prairieview students were

22       being subjected to racially discriminatory voting

23       practices, and I got those assurances that action would be

24       taken.  And each time I contacted the Texas Attorney

25       General's office I was told that they were still looking



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005988

255

1       into it, that there were ongoing investigations.

2                       During the 2008 election, especially during

3       the spring primary, students at historically black

4       (inaudible) campus once again encountered significant

5       barriers to becoming registered voters and, again, the

6       Texas Attorney General did very little to help.

7                       I then contacted the Campaign Legal Center

8       in Washington, D.C. which agreed to and provided legal

9       counsel to another student at the historically black

10      university who believed that their voter registration

11      application was being rejected for racially discriminatory

12      reasons.

13                      Upon investigation, the Campaign Legal

14      Center concluded that the actions of Waller County

15      officials violated the Voting Rights Act of 1965.  There

16      had been many previous complaints about the unnecessary

17      obstacles to voter registration being placed on the

18      Prairieview students.  It would widely known that the

19      Department of Justice had been investigating these

20      problems for the last few years.  They provided the

21      departmental attorneys with updated information on the

22      continuing problems, including the significant hurdles

23      erected in violation of the Voting Rights Act by Waller

24      County officials who were attempting to keep Prairieview

25      students from exercising their right to vote.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031347

256

1              In the fall of 2008, the United States

2       Department of Justice signed a lawsuit against Waller

3       County for violations of the Voting Rights Act.  The

4       violations concerned various aspects of Waller County's

5       racially discriminatory voter registration process.

6              Specifically, the Justice Department

7       identified several new voter registration procedures that

8       had been implemented by Waller County election officials

9       in violation of Section 5 of the Voting Rights Act, which

10      is known as pre-clearance requirements.

11             These changes in voter registration

12      procedures included numerous barriers that Waller County

13      officials had erected and which were aimed at Prairieview

14      students, particularly those students who had volunteered

15      to serve as deputy voting registrars.  These barriers

16      included refusing to accept voter registration

17      applications submitted by voluntary deputy registrars that

18      the registrars have (inaudible), requiring the voluntary

19      deputy registrars to notify each such applicant of the

20      rejection and imposing limitations on the number of voter

21      registration applications -- documents that voluntary

22      deputy registrars could obtain in facilitating voter

23      registration drives.

24             The Department of Justice also alleged that

25      Waller County election officials violated federal law



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031348

257

1        because in processing voter registration applications

2        county officials rejected applications of Prairieview

3        students for arbitrary reasons that were not authorized by

4        state law, such as failure to include difficult and other

5        hyper-technical reasons.

6                On October 17th, 2008, a consent judgment

7        and decree was agreed upon by the United States Department

8        of Justice and Waller County officials and approved by the

9        federal court.  The agreement provided for far-ranging

10       relief for African-American students at Prairieview.

11       Under the settlement agreement, Waller County officials

12       admitted that it had made several changes in its voter

13       registration procedures in violation of the Voting Rights

14       Act.  The county also admitted that its rejection of

15       Prairieview's voter registration applications that were

16       inconsistent with Texas law.  Under the consent judgment,

17       Waller County agreed to review previously-rejected

18       applications within seven days of the settlement

19       agreement, and county officials were required to notify

20       Prairieview students in sufficient time so that they could

21       cast ballots on election day 2008.

22               Also as part of the settlement, election

23       officials in Waller County agreed to develop by

24       December 1st, 2008, a training program for volunteer

25       deputy registrars, including appropriate written materials



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031349

258

1    for purposes of improving the training registrars.

2                    The consent judgment also required -- put

3    Waller County officials to coordinate with Prairieview

4    officials to hold twice annual events on the Prairieview

5    campus at which students can become voluntary deputy voter

6    registrars and receive training (inaudible).

7                    As the Waller County case clearly

8    illustrates, problems in voter registration procedures are

9    not a thing of the past.  We can all do what we can to

10   eradicate impediments to registration and voting starting

11   with a clear and acceptable voter registration process.

12                   What is most troubling to me is the fact

13   that here we have the State of Texas considering the

14   enactment of a law that requires a photo voter ID in order

15   to vote and why, to solve a problem of in-person voter

16   fraud even though such examples of such voter

17   impersonalization fraud are either nonexistent or nearly

18   so.

19                   We have a real and actual voting

20   discrimination problem as we did in Waller County, the

21   Texas attorney general barely lifted a finger to help us.

22   As it appears to me, the proposed voter ID bill is but an

23   initiative to identify class of voters who my be further

24   disenfranchised by real or perceived additional on-site

25   voting requirements, and a few of these requirements -- at



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031350

259

1    least from the perspective of those who seek to

2    discriminate against legitimate voters -- is that the

3    voters who are intimidated by photo ID measures are often

4    deterred from even attempting to vote and are subsequently

5    difficult to identify.  Hence the question:  Who is

6    denied?

7              It is interesting that since the U.S.

8    supreme Court affirmed the right of Prairieview students

9    to vote in Waller County in 1979 there has been a constant

10   erosion of that right.  We need the committee members and

11   those House members who are concerned about voting fraud

12   to join those House members like Representative Al Edwards

13   who marched the 7.2 miles in the rain because they truly

14   cared about protecting the integrity of elections in

15   Texas.

16             Fraudulent elections do have consequences.

17   You should know that the Justice Department sued Waller

18   County in 2008 and Waller County admitted that they had in

19   fact violated the civil rights of students at Prairieview,

20   that a $49.3 million bond construction was passed by the

21   voters in a local school district that includes

22   Prairieview.

23             In that election, that fraudulent election

24   by local government officials, they disenfranchised

25   thousands of Prairieview students.  The bond cast by a few



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031351

260

1       hundred votes and state officials who were now concerned

2       about tainted elections stood silent.  $49.3 million and

3       state officials stood silent though local officials now

4       admit -- those same local officials now admit after the

5       election was over that the election was fraudulent and not

6       pre-cleared.  This small school district, which is Waller

7       Independent School District, relied on the voter

8       registration practices of Waller County who admitted that

9       they had in fact disenfranchised Prairieview students.

10             The bond construction measure passed.  The

11      one that passed has pitted a white town against a black

12      town.  It pitted a white town versus a black town, and of

13      the $49.3 million that passed through this fraudulent

14      election, 49.1 went to the white town and $230,000 went to

15      the black town.  And House Bill 1, which I guess was

16      passed a couple years, ago allowed that white town -- that

17      white school board to part in a joint election with the

18      one municipality to the full use of a second municipality.

19             So, you can guess why the one white town,

20      Waller, got $49.1 million in educational construction and

21      we got the 230,000 in Prairieview.  They built a

22      17-million-dollar football stadium that they called

23      educational construction, and we got air conditioning in

24      our gymnasium for the first time -- for the first time in

25      54 years.  It was the election and we marched and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031352

261

1      protested, and I just can't imagine that right now we have

2      such a strong movement in state -- by state officials to

3      make sure that we don't have tainted elections and now we

4      pay the bills for this football stadium, the

5      17 million-dollar football stadium and all the Waller

6      County officials had to do was apologize and say that we

7      were wrong and yet state officials just stay absolutely

8      silent.  Tainted elections, disenfranchised students.  And

9      even if all the students came with all of the 11 or 12

10     pieces of non-photographic identification, most of them,

11     their driver's licenses would say Houston and Dallas.

12     Most of their deals would be going to their parents.  We

13     don't even have rural delivery in Prairieview, Texas.  And

14     so, they only have P.O. boxes for the most part.

15              So, you could go down the list and ask how

16     does this affect Prairieview students, and I will tell you

17     that it is a softball that you-all are attempting to throw

18     at Waller County officials.  They use this softball to

19     make it easy to cheat, to make it easy to cheat more of

20     these students out of the ballot box.  You-all are

21     throwing or proposing to throw a softball to Waller County

22     officials.  (Inaudible) more of these students out of the

23     ballot box.  Thank you.

24         Q.   (By Representative Bonnen) Let me begin --

25     because I'm a little confused with some of your testimony.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031353

262

1          Let me begin by referring to March 11 of 2009, earlier

2     this last month.  Senator Ellis had Mr. Bledsoe -- I

3     imagine you know Mr. Bledsoe -- Mr. Bledsoe said, "Well,

4     you know, we have had a number of problems and Attorney

5     General Abbott, you know he assisted the folks in

6     Prairieview when a situation arose where you had a number

7     of people wrongfully purged from the rolls who could not

8     vote in the city election.  And he also had, I think,

9     about a thousand ballots.  I mean voter registration

10    applications that were just sat on that no one -- just sat

11    on so the folks were not able to vote in the particular

12    election and they were found in the county office and they

13    were --- the attorney general had them filed -- the

14    attorney general had to file them," said by Mr. Bledsoe.

15              Is that -- was Mr. Bled inaccurate?

16         A.  I don't know the conversation that he has had.

17         Q.  It's a public record that he had testified for

18    Ellis before the state Senate on November 11th of 2009.

19         A.  I can tell you that over a thousand voter

20    registration cards were never processed and to this day

21    those cards were never processed in Waller County.  It was

22    those thousand cards that allowed that

23    $49.3 million-dollar bond election pass.  And Greg -- I'm

24    going to ask you a question.  Greg Abbott, he did hold up

25    the federal lawsuit that we had temporarily for two or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031354

263

1    three days.  That's why you'll notice that I did say he

2    barely lifted a finger.

3        Q.  Well, let's discuss that.  I have an attorney

4    general's opinion from February 4th of 2004.  I'm from

5    the South of Houston, so I see a lot of this in meetings

6    discussing some of these issues, and I find it interesting

7    that you say barely lifted a finger and the state

8    government hadn't done anything.  You're pretty serious

9    about those comments, but eventually this attorney general

10   is the one who wrote the opinion saying that those

11   students who were being denied previously by your county

12   officials the right to vote there.  It was General Abbott

13   who wrote the opinion in response to Senator Ellis'

14   question that they could vote there.  That's pretty

15   significant.

16            REPRESENTATIVE BONNEN:  Well, if you look

17   at the opinion, maybe you may think so.  But in '04, he

18   wrote the opinion.  In '06 the registration office in

19   Waller County said, "Okay.  Just fine."

20       Q.  I'm trying to clarify your comments between maybe

21   issues with local officials in Waller County and your

22   claim that the state and the attorney general have done

23   nothing.

24       A.  Right.  And I'm going to respond to it.  In '04

25   he wrote the opinion that those students were entitled to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031355

264

1    unfettered access and they were entitled to vote.  In '06

2    county officials just flat-out refused to process the

3    cards.  We found out that they were seeking criminal

4    charges in '06.  Now, he already an opinion saying this is

5    an illegal process or thought it was an illegal process.

6    That was in '06.  Not a single person lost their job, was

7    punished, and he assured me that he was going to pass a

8    bill that would provide criminal penalties for election

9    administrators who refused to process cards.  That was two

10   years ago.  I don't see that there's been any legislation

11   presented --

12        Q.  Now, didn't the Waller County DA apologize and

13   resign at that point?

14        A.  The Waller County DA did apologize.

15        Q.  Didn't he step down?

16        A.  Not because of that.  Not because of that.

17        Q.  Why did he step down?

18        A.  He claimed it was because of health issues.

19        Q.  Oh, okay.  So, when football coaches resign after

20   bad seasons, it's because they are tired of coaching

21   there?

22                   REPRESENTATIVE BONNEN:  The one thing that

23   I will say is that after he stepped down, a thousand

24   students were still disenfranchised.  So, apparently

25   whatever took place at the state and at the local level,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005998

TX_00031356

265

1    it did nothing to eradicate that impediment.

2        Q.  What got the Department of Justice involved?  Was

3    it the referral from the attorney general's office?

4        A.  New first contacted the justice department and

5    had been dealing with the Justice Department many months

6    before Greg Abbott got involved.  In fact, Greg Abbott got

7    involved when I was walking to Austin to protest the fact

8    that he refused to prosecute anybody for withholding those

9    ballots.  I remember that.

10       Q.  You had to march on off, then, and sit out in

11   front of the attorney general's office until he had a

12   meeting, correct?

13       A.  That's not exactly what I said.

14       Q.  What did you say?

15       A.  I said when I called and he refused to meet with

16   me --

17       Q.  Did you actually make a phone call and they

18   refused to meet with you?

19       A.  He refused to meet with me until I was 10 miles

20   on the other side of Prairieview and he got a phone call.

21       Q.  So, you called his scheduling office and they

22   refused to meet with you?

23       A.  As I recall, they did.

24       Q.  As you recall?

25       A.  Let me say this.  When I was 10 miles on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031357

266

1     road, he called and then --

2         Q.  Did you make a phone call prior to setting out on

3     the road?

4         A.  I made many phone calls.

5         Q.  And asked for a specific meeting?

6         A.  Many phone calls.

7         Q.  But did you ask for a specific meeting with the

8     attorney general?

9         A.  I said, "I want to speak with Greg Abbott."

10        Q.  Did you ask for a specific meeting with the

11    attorney general?  My understanding is that as soon as you

12    set out on the road and said that you were going there to

13    demand your meeting, you had a meeting within a day.

14        A.  Same day.

15        Q.  Even better.  So, prior to that did you call to

16    specifically ask for a meeting with the attorney general?

17        A.  Oh, absolutely.

18        Q.  And you had been told that?

19        A.  Absolutely.

20        Q.  Okay.  That's interesting.  You talked about the

21    bonds.  Were there monitors in the election, bond election

22    from the State of Texas, Secretary of State's office?

23        A.  In the 2007?

24        Q.  Correct.

25        A.  I believe so, but the students were registered.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031358

267

```
 1        They had never processed the cards.

 2            Q.  I understand that, but were there not state

 3        monitors there to watch that election?

 4            A.  I believe there were.

 5            Q.  And did that come from the office of attorney

 6        general, the state, Secretary of State's office?

 7            A.  I can't say for sure.  Yeah, that's where that

 8        probably come from.

 9            Q.  The state -- Secretary of State's office?  I

10        guess I'm concerned with your claims that the state has

11        done nothing.  The interesting thing is that you talked

12        about Department Of Justice.  That's who has

13        responsibility over these voting rights claims.

14            A.  Well, the Department of Justice claimed that they

15        had already pre-cleared House Bill 1 and because they had

16        already pre-cleared House Bill 1, Waller ISD did not need

17        pre-clearance.

18            Q.  So, then, the Department of Justice decided that

19        they were in --

20            A.  The Department of Justice hadn't been -- they had

21        (inaudible.)

22            Q.  Right.  I'm trying to understand.

23            A.  They weren't on paper.

24            Q.  Sure.  I'm not saying they were.  What I'm simply

25        saying is that that's who has that authority, correct?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031359

268

 1   You're blaming the attorney general for authority he

 2   doesn't have, but did he not refer that case to the

 3   Department of Justice?

 4        A.  We have been in contact with the Department of

 5   Justice 15, 20 years regarding these issues.  I can't --

 6        Q.  Did the Department of Justice take up an actual

 7   case and go into an investigation, though?

 8        A.  I can't say -- I can't say for sure.  I can't say

 9   for sure that it was on Attorney General Greg Abbott's

10   recommendation or --

11        Q.  Did it happen around the same time, though?

12        A.  They were already investigating.  They were being

13   prodded and pushed forward by him. I'm not sure, but that

14   was alleged.

15        Q.  What did the Department of Justice find?  I want

16   to be clear about that.  The Department of Justice, what

17   was their findings?

18        A.  With respect to those thousand students?

19        Q.  Uh-huh.

20        A.  That's when the (inaudible) that was part of the

21   investigation that led to the consent decree, and that was

22   they had changed many processes and he held many elections

23   over the last 25 years that have not been pre-cleared.

24        Q.  I understand, but did they find wrongdoing,

25   though?  Did they find Voting Act law violation?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031360

269

1          A.  There was a consent decree in which waller County

2     admitted that they had, in fact --

3          Q.  Waller County admitted that?

4          A.  Right.

5          Q.  Okay.  My understanding, though, is that there

6     was not any criminal conduct alleged.  Is that true?

7          A.  That's pretty much why they jumped at it.  In

8     fact, on the very same day the Justice Department --

9          Q.  Well, I have the degree here.  My understanding,

10    though, is that there wasn't any criminal --

11         A.  Let me say this.  When the Justice Department

12    issued that consent decree on the same day, when they

13    issued the log on the same degree that decree had already

14    been agreed to.  So, I don't know the details of what

15    happened back behind, but we do know that students were

16    disenfranchised and an election was tainted because of

17    Jackson County.

18         Q.  I guess the other thing in regards to what the

19    attorney general's office did or did not do for you, in my

20    records I have that the attorney general's office actually

21    held up that election for -- for bonds.  The attorney

22    general's office actually held the sale of bonds for I

23    believe four months because there was a question on the

24    election; is that correct?

25         A.  No, the election was initially -- the validation



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031361

270

1    of the bond was held up initially by the Justice

2    Department before we even knew that they had got

3    pre-clearance.  Sometime two months after the election,

4    the Justice Department realized that the local officials

5    didn't even have the election pre-cleared.

6        Q.  You're the one who held it up?  I'm not talking

7    about the election.  I'm talking about the selling of the

8    bonds.

9        A.  The bond election should not be valid -- the bond

10   could not be validated until the judge -- until the

11   election had been pre-cleared.  That was held up initially

12   by the Justice Department.

13       Q.  Did they reject the claim at that point?

14       A.  No.  That's interesting.  I'm glad you asked.

15   There was a guy name John Tanner who made an agreement

16   with the local officials -- and this was after a meeting

17   he had with Attorney General Greg Abbott.  John Tanner

18   made an agreement with the local officials, and this was

19   after a meeting that he -- I know that you read it.  He

20   said, "We want to go ahead and retroactively pre-clear the

21   49.3-million-dollar bond election as long as Waller

22   Independent School District agreed that in the future they

23   will have joint elections with the City of Prairieview."

24              So, Waller called a special board meeting

25   at 8:00 o'clock in the morning in August after the meeting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031362

271

1    between Greg Abbott and Justice Department and they agreed

2    that they will have joint elections with the City of

3    Prairieview.  They signed this resolution, they sent it

4    overnight to D.C.  On Monday morning, people in the

5    Justice Department get it and they agree to pre-clear or

6    retroactively pre-clear the election based on this

7    resolution, okay?  So then they released the money at that

8    particular time and Greg Abbott had an opportunity -- but

9    they released the money at that particular time.

10                  Then fast forward to 2008.  When they fast

11   forward to 2008 and we're in federal court and we're stuck

12   in federal court, we're asking for Mr. Abbott's office to

13   intercede and help us --

14        Q.  Explain to me how they would intercede in federal

15   court.  They don't have jurisdiction in that court.

16        A.  No.  I suspect that maybe they could get

17   involved.  I'm not an attorney, but I suspect they could

18   get involved and say, "Well, hold up.  There was an

19   agreement" --

20        Q.  I've just discussed several situations where they

21   have involved themselves where they have the authority as

22   the attorney general of the State of Texas.

23        A.  All I'm saying, we were in federal court.  Waller

24   ISD then, once the money was released -- a week after the

25   money was released and made available, then they went back



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031363

1    and said, "Well, we see that House Bill 1 allows us to

2    only go with one city," they go back to saying, well,

3    we're no longer going to have joint elections with the

4    City of Prairieview.  At some point the attorney general's

5    office could have gotten involved and said, "Hey, you guys

6    had an agreement."

7         Q.  Well, I'm confused.  I thought a few seconds ago

8    you were telling me the attorney general's office -- was

9    involved.

10        A.  They were involved, but everybody who was

11   involved was not involved to help you.  They were

12   involved.

13        Q.  What I don't understand, you're going back and

14   forth through whether they were or were not involved.

15        A.  No, no.  I told you from the very beginning, they

16   did little to help us.  Does that not imply that they

17   were, in fact, involved?

18        Q.  I'm amazed that you said they did little to help

19   you when they wrote an opinion of holding the right of

20   those students to vote in Prairieview, something that the

21   local officials were flatly denying.  They held off on the

22   sale of the bonds.  They were declined -- declined the

23   improvement through the bonds, and another thing is that

24   the scheduling office has no record of your request to

25   meet with the attorney general.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031364

273

        A.  I'm not in charge of their office.

        Q.  I didn't ask you whether you were in charge of
the office.  You're sitting here under oath and telling me
that you made a request to the scheduling office of the
attorney general?

        A.  I called the attorney general's office.  Now, if
I need to clarify myself, I don't know if I was speaking
to the scheduling office or not.  I know that their
response was once I was on the road was, "Okay.  He will
meet with you now."

        Q.  Well, I want to be clear, though.  I think it's
pretty important when you made a request to meet with the
attorney general.

        A.  Right.

        Q.  When did you make that request?  After you made a
press statement saying you were marching on Austin, or did
you make a phone call --

        A.  No, I didn't.  I made phone calls.  Monday
morning at, like, 8:05 in the morning.  I was waiting for
them to come into the office.  If fact, I can be more
specific about it because I told my wife that morning,
"I'm going to call the attorney general's office and if he
doesn't agree to meet with me, I'll just walk down there.
I'll just stay there until he meets with me."

        Q.  So, what you're -- so, let me piece this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031365

274

1    together.  What you're basically telling me is you woke up

2    Monday morning and decided you wanted to meet with the

3    attorney general and made a phone call at 8:05 -- and did

4    you get somebody or no?

5         A.  In the context of it, that was when I made a

6    decision that I would walk.  But for months before I had

7    been in contact with the attorney's general office about

8    the issue.

9         Q.  Had you requested a face-to-face meeting with the

10   attorney general over that time?

11        A.  I'm not so sure that I had.

12        Q.  That's your answer.

13             REPRESENTATIVE BONNEN:  Thank you.  I rest.

14        Q.  (By Alma Allen) Mr. Charleston, I feel your

15   passion, and I feel you're very passionate about this

16   issue and take it very, very seriously.

17             Did Congresswoman Sheila Jackson Lee assist

18   you in connecting you with the Justice Department in

19   question, do you think?

20        A.  Absolutely.  She made a request of the -- I think

21   it was in the general to get involved in the Waller ISD

22   case, and she was a witness from the very beginning.  In

23   fact, it was in 2004 when she initially wrote the attorney

24   general and requested an investigation, and she's the one

25   who really got the Justice Department involved from --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031366

275

1    certainly from 2004 on forward.

2        Q.  So, you had help not only from your local or your

3    Houston reps, but you had help from (inaudible)?

4        A.  Twice he marched with us, in 2004 and also in

5    2008.  2008.

6        Q.  And how long had this been going on with

7    discriminated of the students at Prairieview A&M?

8        A.  The initial began with a guy named Chuck Ballard.

9    In 1972, Chuck Ballard was a white student enrolled --

10   (inaudible) in the first lawsuit and Craig Washington was

11   one of his attorneys.  He filed that and for seven

12   years -- he fought it all the way to the U.S. Supreme

13   Court.  The Supreme Court affirmed it in 1979 and Chuck

14   Ballard (inaudible) and everybody knows the story of Chuck

15   Ballard and that it's been going on for better than 35

16   years.

17       Q.  Do you know the bill (inaudible) to spend

18   millions, millions of dollars to implement voter ID.

19               Based on your prior happenings at

20   Prairieview, based on records, do you personally have the

21   confidence that the state would invest in necessary

22   resources to educate voters and train election workers in

23   the 254 counties and over 8,000 precincts to provide

24   adequate access to require IP documents if necessary to

25   make such a law not disenfranchise voters?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031367

276

1        A.  Well, one of the problems that Waller County
2   constantly told us as they sought to eliminate the --
3   spring (inaudible) they sought to eliminate all early
4   polling sites.  In a county that's 525 square miles, they
5   were going to have only one early polling site, and they
6   said they could not afford a 3,000-dollar voting machine.
7   And so, they had to begin to consolidate.  The money was
8   so tight.  Another time they talked about the reason that
9   they couldn't use the hundreds of thousands of the
10  (inaudible) was because we had a new freshman class in and
11  they did not have the labor necessary to process these
12  cards.  And most recently they said they did not have the
13  labor to staff all the polling sites.
14              So, you start creating more and more
15  confusion, more and more requirements even if -- I think
16  that Waller County, being a small county with a minimal
17  budget they are going to be more empowered to say that
18  they cannot afford to do these things unfunded mandate.
19       Q.  That's what you think if this bill is
20  implemented?
21       A.  Absolutely.  I think it's a step in the wrong
22  direction, certainly for Waller County.  We went from
23  having 600 students in the campus precinct vote in the
24  November general election to 3200 that voted in 2008,
25  three weeks after the Justice Department got involved.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031368

277

1    But I think this is definitely the wrong direction because

2    we made some tremendous headway in working with the county

3    administration, county elections office and to now throw

4    that says, okay, bring a bill or bring something from a

5    government agency when they know locally that Prairieview

6    is the only city in the whole county that does not have a

7    mail delivery to their homes, and it's the most popular

8    city in the county.  So, students get very little, if

9    anything, mailed to them at a Prairieview address and they

10   can present 10 forms of ID with their names on it and all

11   of it would lead to the preponderance of the evidence that

12   they are not residents of Waller County because everything

13   would say -- have their parents' address.  That's the

14   different piece of evidence that I've seen only.

15            REPRESENTATIVE BONNEN:  Thank you.

16       Q.  (By Chairman Smith)  Let me just say that I

17   completely understand why you might be very sensitive to a

18   very suspicious -- any changes of any kind in voting laws

19   because of the fact that there is a history in this

20   country of things occurring that are unacceptable and that

21   resulted in the passage of the Voting Rights Act, which

22   was a piece of legislation that was needed, unfortunately,

23   and as a result of that legislation, anything that this

24   state does -- and those, you know -- you know, anything

25   that this state does has got to be pre-cleared by either



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031369

278

1    the federal courts or by what would now be the Obama

2    Justice Department.

3                Are you -- do you -- do you have a reason

4    to be concerned about that pre-clearance process that you

5    might not get a fair shake in terms of being protected

6    against any inappropriate practices as a result of this

7    legislation having to be reviewed by and approved by

8    either the Obama Justice Department or our federal court

9    system in Washington, D.C.?

10        A.   Well, obviously I have a degree of confidence in

11   the Justice Department now that they would pre-clear it,

12   but we're not going to just roll over because we have a

13   new administrative in.  When we filed a lawsuit, we found

14   out that Waller independent School District -- the State

15   of Texas got Waller into this pre-clearance requirement in

16   the early Seventies.  It was Waller County that involved

17   Texas.  Texas wasn't initially a part of it.  It was

18   because of Waller County.  And so, Waller County -- the

19   whole State of Texas got in in part due to Waller County

20   and after they brought them in in 1976, Waller County

21   refused to have -- for 17 years even ask for pre-clearance

22   and nobody questioned them.  For 17 years they passed

23   bonds and built schools and built them all in Harris

24   County, built them all in Waller and didn't even ask.

25                So, we are -- like you said, I appreciate



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006012

TX_00031370

279

1    your acknowledgement and understanding that we are all

2    suspects because all of our tax dollars and all of our

3    infrastructure dollars went other places.  And then we get

4    mad and we decide to stand up, we still lose the issue

5    because of House Bill 1 that says that nobody -- because

6    of House Bill 1 that says that you only have to choose one

7    state to have joint elections with and the Justice

8    Department says their hands are tied.  Nobody in the state

9    legislation -- they don't want to get involved, but they

10   had joint elections with one city and we're not going to

11   have it with Prairieview and we lost out.

12        Q.  I understand why some people might have been

13   concerned or suspicious arguably from your perspective of

14   the political appointees in the Bush Justice Department.

15   There was some questions there.  But now, given the fact

16   that the choice is between the Obama Justice Department

17   and the Washington, D.C. Court of Appeals -- I'm not

18   saying that if you disagree with legislation because of

19   that protection you should just vote yes, but do you -- do

20   you -- are you not comforted that that process will

21   protect any legitimate consequence upon voting rights?

22        A.  When we as a group of individuals -- Mayor mare

23   Jackson, his children, when we file a lawsuit, we filed a

24   lawsuit, had two court -- two individual attorneys that

25   took our cases.  Waller Independent School District spent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031371

280

1    better than $1.3 million with Vinson & Elkins to fight us

2    all of the way in order to deal with that.

3              We went all the way to putting every --

4    every court, every level in the State of Texas, went

5    before seven Republican judges, and to this day have never

6    had an opportunity to present our case in court.

7              So, on the one hand we feel confident with

8    the Justice Department, but the other question is how much

9    is it going to cost us?  Right now I have a hundred

10   thousand dollars over my head in judgments in attorneys'

11   fees and I'm okay with that, but how much is it going to

12   cost us to get to the Justice Department?  How much is it

13   going to cost us, and who can afford to continue filing

14   federal lawsuits if you know that you can't even get

15   justice at the local level because of politics and things

16   like that.  You have legislation that -- regarding

17   pre-cleared, and no one corrected it.

18             So, I mean, we're rightfully, I believe,

19   skeptical and don't know that we can ever make it all the

20   way to the Justice Department without some major damage.

21   Q.   Justin Leavitt with the Brennan Center for

22   Justice at the New York University School of Law agreed

23   that there's not any study of any kind that would -- at

24   least he's not aware of any -- that would suggest that the

25   change we're talking about in Texas where there is a small



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006014

281

1    change in the current identification requirements would in

2    any way suppress any kind of voter turnout.

3              Are you aware of any studies that he was

4    not aware of that would suggest that this small change --

5    not Vermont versus Indiana, but the little change that the

6    Senate is proposing here in Texas would, in fact, suppress

7    any voter turnout?

8        A.  I think with respect to Waller County, it would.

9    Because, for one, they are already struggling right now

10   with just getting 5,000 students registered to vote

11   because of the residency requirements and the other

12   rulings.  They are already struggling right now.  If they

13   are struggling right now -- and Greg Abbott made a ruling

14   in 2005 -- the Supreme Court made a ruling in '79, it has

15   gotten progressively worse and it has.  If you pass

16   another law that imposes even slight changes, that

17   suggests to me that it's certainly not going to get any

18   better.

19       Q.  Would the concern that you have apply to any

20   college student at any college regardless of their race

21   and economic background?

22       A.  I think it's a very real concern for every

23   college student.  I went to William & Mary, and they were

24   having the same problem with William & Mary -- and I think

25   it's Williamsburg -- and that was a virtually all-white



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031373

282

1    campus and they were having the very same problems.  It

2    probably is certainly hurtful to college students.  But

3    when you go into a small county like Waller County, it

4    becomes much more exaggerated against predominantly

5    African Americans that represent 25 percent of the voting

6    base.

7                CHAIRMAN SMITH:  Okay.  Representative

8    Bonnen?

9         Q.  (By Representative Bonnen)  I appreciate what you

10   just said there.  I don't know if you meant it or not, but

11   you made the comment about some general -- making the

12   decision in 2004.  One of the things I wanted to ask you

13   is you said the comment about the general since '76.

14   Roughly.  Right?  Did you say that?

15        A.  -- opinion in '04.  I didn't say that.

16        Q.  Well, you said when the general agreed that those

17   students should be allowed to vote.

18        A.  I made the comment that in '04 he made a ruling

19   and the Supreme Court affirmed the decision in '79 and it

20   had gotten progressively worse.  That's what I said.

21        Q.  Because of his ruling?

22        A.  No.  I said --

23        Q.  Due to your local politics.  Right?  Not because

24   of the attorney general's ruling.

25        A.  What it suggests to me is that if he made a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

283

1    ruling in '04, the very next election when he saw

2    something going wrong, then there should be been some

3    teeth behind that decision and they do have some law

4    enforcement authority.

5         Q.  Well, they do and you have to find criminal

6    action to have -- for them to have that authority, and my

7    understanding is the Department of Justice themselves

8    found no criminal wrongdoing.

9         A.  Well, in 2006 the attorney general -- in 2006 the

10   attorney general's office sat down two or three lawsuit

11   enforcement officials.  They were investigating for

12   criminal charges, and the last I heard -- this is '09 --

13   it's still an ongoing criminal investigation.

14        Q.  The Department of Justice, in their consent

15   decree, say there was not criminal activities.  I don't

16   recall reading that at all.

17        A.  Okay.

18        Q.  Another thing I wanted to ask you:  You're

19   saying, though, that the problem does stem back to 1972.

20   You said that earlier.

21             Are you familiar with who the attorney

22   general for the State of Texas has been since 1972 moving

23   forward?  You're laying a lot of this on one attorney

24   general, but we've had multiple attorney generals since

25   then.  You realize that one of them was Mark White?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006017

284

1      A.  Correct.

2      Q.  He became the governor of Texas.  Did he do

3  anything?

4      A.  I'm not sure.

5      Q.  You know, prior to Mark White was John Hill, a

6  highly-regarded, recognized statewide Democratic official

7  and Jim Maddox, a good man who passed away last year.  He

8  was the attorney general from '82 to '90.

9              Was he involved?

10     A.  I'm not here to say that it's a Republican versus

11  Democrat thing.  I believe in Waller County it's a racial

12  issue.

13     Q.  I'm not certain, though, because you keep saying

14  this specific attorney general, General Abbott, who in my

15  view -- maybe I'm totally wrong in this -- is within the

16  limits of his authority in the law has tried to be

17  beneficial.  I mean, I'm baffled, quite candidly.  I

18  respect maybe the challenge on a local level.  I respect

19  the other challenge there.  I'm baffled that you would

20  blame the attorney general -- if I'm putting words in your

21  mouth, stop me -- for making a ruling that those students

22  should be allowed to vote in Prairieview only made it

23  worse and that that's bad.  I mean, that's amazing to me.

24  I would think that that's a local problem but that the man

25  on the state level made a great ruling and a very positive



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031376

285

 1      ruling for you.

 2           A.  I'm not so -- I'm not saying that his ruling is

 3      what made it bad.  I'm saying he barely lifted a finger.

 4           Q.  That's a stunning comment to me.

 5           A.  If you went and looked at that gym at 54 years

 6      old -- if you went and saw the gym and you say, "Well, how

 7      can attorney general sit back when the county says we

 8      violated their civil rights?"

 9           Q.  Who deals with that is the Department of Justice.

10           A.  -- ongoing criminal investigation.

11               CHAIRMAN SMITH:  At this point, gentlemen,

12      I'm just going to indicate on the record that the time

13      allotted for questions has expired and my general

14      impression was the extent to which we go beyond this will

15      be the extent to which we go past midnight, but I will

16      allow questions of Mr. Raymond after Mr. Bonnen if that's

17      what people desire.

18           Q.  (By Representative Bonnen) Let me just, again,

19      back up, to Mr. Bledsoe, who I believe is a significant

20      leader in the NAACP said that all General Abbott.  I mean,

21      I'm just -- I think there may be some confusion about what

22      his powers are and what the abilities that his office

23      provides him, but we've probably exhausted it at this

24      point.

25               CHAIRMAN SMITH:  Any other members of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006019

TX_00031377

1      committee before I go to non-committee members?  I'm going

2      to exercise my discretion to allow a few questions of

3      non-committee members.  Representative Raymond, we're not

4      going to announce when the time is up and ask the members

5      to -- it is up and ask the members to please, please --

6      I'm not going to prevent additional questions, but I am

7      going to ask people to take into consideration the fact

8      that we're going to be here very late if after we get to

9      that point they don't take that into consideration.

10     Representative Raymond?

11        Q.  (By Representative Raymond) I won't be very long,

12     Mr. Chairman.  With all respect to my friend, Mr. Bonnen,

13     my point of view is a little different.

14              Mr. Abbott -- I've sat here in many

15     meetings with Mr. Abbott and seen him do everything he

16     could to suppress and violate the voting rights of the

17     minorities in the state before when we dealt with

18     redistricting.  So, I've seen it up close and personal.

19     And as far as, you know, saying he was your friend and

20     trying to help you, you know, when something cuts off five

21     fingers here and leaves -- cuts off three and leaves you

22     two, well, they're being a friend to the two fingers if

23     you cut off the other eight first.  I think that's what

24     we've got with Mr. Abbott.  By the way, Mr. Hill was a

25     Republican a lot longer than he was a Democrat.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

287

1              Are you familiar with -- excuse me?  In any

2       event, Judge, are you familiar with -- you've heard a

3       little bit probably about the Indiana case?

4           A.  Yes.

5           Q.  Well, did you know that the federal appellate

6       judge who upheld the Indiana photo ID law said -- this

7       contradicts a little bit whatever you expert cited, Mr.

8       Chairman -- and I quote, "No doubt most people who don't

9       have photo IDs are low on the economic ladder and, thus,

10      if they do vote are more likely to vote for Democratic

11      than Republican candidates.  Thus, the new law injures the

12      Democratic party by compelling the party to devote

13      resources to getting to the polls those of its supporters

14      who would otherwise be discouraged by the new law of

15      bothering to vote."

16              Do you know if the federal judge -- I mean,

17      that's pretty interesting to me that a federal judge would

18      put that in writing in terms of who this law hurts.

19              Are you aware that the AARP, the League of

20      Women Voters, common Cause, NAACP, Lulac and others have

21      testified in opposition to voter ID?

22          A.  A little bit familiar.

23          Q.  You're familiar that they opposed it?  Do you

24      think all these groups are opposing it because they are --

25      and then that the people who were pushing for this because



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006021

TX_00031379

288

1    they want help minorities and folks on the lower end of
2    the economic scale?
3          A.   I believe they do.
4          Q.   You think they want to help them?
5          A.   Yes, I do.
6          Q.   You think they are going to help them with this?
7          A.   No, I'm talking about those who are opposing this
8    bill, particularly those who are helping minority groups
9    and people on lower income.
10         Q.   So, if they are opposing it, do you think maybe
11   they are doing it because they are convinced as this
12   federal judge from up North --
13         A.   Absolutely.
14         Q.   -- was convinced that it would affect minorities,
15   lower income?
16         A.   Absolutely.
17         Q.   All right.  Let me just ask you because it's very
18   frustrating for me and the chairman is my friend and we've
19   worked on things together and I appreciate him giving me a
20   chance as a non-member of this committee to ask a couple
21   of questions, but I told the chairman the other day that
22   believe it or not my two grandmothers, they didn't have
23   photo IDs.  When I told him, he was surprised to know
24   that, I guess, my two grandmothers wouldn't have photo ID.
25   They are both Hispanic, they both live out in a rural



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031380

289

1    community, and that was a fact.  And the fact is there are

2    a lot of folks in Laredo, which is not a rural community

3    that I represent now, a lot of people in the rural

4    community that I used to represent -- I represented seven

5    rural counties, 25 little towns, that would be adversely

6    affected by this kind of law.

7            So, I, you know -- and I want to -- I'm

8    listening to Mr. Bonnen going on about -- I guess he wants

9    you to say that Mr. Abbott is our champion of minorities,

10   but, you know, with all respect, it's hard -- it's hard

11   for us to ever accept that because we know better in the

12   actions that he has taken in the past.

13           You know, what do you think is going on?

14   What is your perspective about why they are pushing this

15   voter ID bill so hard?

16   A.   I'm just a lay person, but my thing is I know in

17   Waller County that any time they are throwing a softball

18   like this, they are going to use it and they're going to

19   choke -- choke the students at Prairieview.  And I suspect

20   that it happens in rural counties even more so, people who

21   don't have the means and wherewithal to get media

22   attention and other things.  But they are going to

23   election workers who come in very temporary, volunteer

24   workers or 7-dollar an hour workers to come in and

25   actually determine that this -- this bill that came to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031381

290

1    this particular address, which really means nothing, and

2    give them the discretion.  And the more discretion that is

3    given to these poll workers, the more partisan it's going

4    to be.

5        Q.  So, you think that maybe -- and I've mentioned

6    this to the chairman, but maybe they can put into this

7    bill that if there were provisions that said if you are an

8    election judge and you prevent somebody from voting, you

9    know, it ought to be a felony.  Let's protect the voter

10   because voters get turned -- I'll tell you what.  What we

11   have seen is that voters get turned away a lot more and

12   the law is broken in that way a lot more than somebody

13   going in impersonating you or me or Mr. Bonnen or the

14   chairman and trying to say, "Oh, I'm James Bonnen and I

15   want to vote here."  You know, that's -- what we have seen

16   is that doesn't happen, but what does happen is --

17   everywhere -- is that you have election judges that turn

18   people away.

19            Do you think it would be a good idea if

20   they were so committed to making this a better system that

21   they would put something in there that says if you turn

22   somebody away and we prove that, it's a felony?

23       A.  Absolutely.  When we filed the affidavit and

24   complaint for criminal charges -- seeking criminal charges

25   against Waller County officials, the county commissioner's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006024

TX_00031382

1        court went into closed session, abolished the elections

2        office rather than fire the three young ladies who were

3        working in the elections office.  Those people were -- the

4        office was abolished, they got severance pay, and all we

5        know is that they went into closed session and something

6        occurred so bad regarding those 1,000 voter registration

7        applications that they saw fit to abolish the elections

8        office.  And you combine that with the county saying, "We

9        admit that we disenfranchised students" with three people

10       who were let go of their jobs and will all the resources

11       of Texas Attorney General, they couldn't find a single

12       criminal offense?

13            Q.  What's going to happen if this passes and Waller

14       County and the other 253 counties -- I just want to get

15       your opinion based on your experience -- you can go to

16       vote and they look at your ID and say, "No, that looks --

17       you don't look like this picture and you can't vote"?

18       What does this bill do to that judge that said, "No, you

19       can't vote because you don't look like that picture"?

20            A.  Right.  It gives them the discretion to -- one,

21       it proves his case -- I can only speak to that.  It gives

22       them the discretion to say, "Get over in this line, vote

23       provisional, and then you back this line up.  And, of

24       course, Prairieview students and college students don't

25       have the right to miss class.  They can't go back to the



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006025

TX_00031383

292

1       teacher and say, "Well, I was voting," like an employee

2       can do and going back to his employer saying, "I was

3       voting."  They can call it a five or six hour wait like

4       they typically try to do, cause a five- or six-hour wait.

5           Q.  I'm sure that won't discourage voters.

6           A.  It will discourage voters, and we have a problem

7       because we know that hundreds of students turn away when

8       they know they have to go to a job, they've got to catch a

9       ride with somebody to go to a job, they have to go back to

10      class, they have to go eat because they're on a meal plan

11      that they've already paid.

12              So, when we see them all going away, then

13      people come back and say, "Well, who was disenfranchised

14      because of the long lines and the fact they only had one

15      voting machine and they didn't have the resources?"  Well,

16      we can't really prove it because all we saw was them

17      walking away.  I believe that the purpose of this bill

18      will be to discourage those people from staying at the

19      polls and even going to the polls to begin with.

20          Q.  The last thing I want to ask you about, you told

21      Mr. Bonnen -- you were talking about -- who was it that

22      resigned because -- for health reasons or whatever?

23          A.  Oliver Kingsley.

24          Q.  And who was -- remind me of who --

25          A.  He was the criminal district attorney in 2004 who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006026

TX_00031384

293

1    threatened criminal prosecution for attempting to register

2    and vote in Waller County.

3        Q.  Okay.  So, the penalty was you just deny it, and

4    it'll be okay.  We'll let you walk away.  That's the

5    system that's set up now.

6        A.  No criminal charges ever in Waller County.

7        Q.  But he resigned and walked away.  So, he's okay.

8    Do you know what it reminds me of?  It reminds me of when

9    Haliburton was first found out that they were cheating for

10   millions of dollars, charging for gasoline that they

11   weren't selling and President Bush had a press conference

12   and said, "Let me tell you something.  If I find out this

13   is true, they're going to have to give every bit of that

14   money back."  I'm thinking, "Man, it it's one of my guys

15   from south Texas" -- you know, you go steal a thousand

16   dollars from the federal government, you're going to

17   prison.  It's a different standard.

18       A.  That's right.

19       Q.  I appreciate you being here, and I want to ask

20   you -- you may not want to stick around much longer

21   because, with all respect, I've heard him ask you about a

22   hundred times -- he wants you to think Greg Abbott is

23   great and it's like he's trying to twist you up and I

24   expect him to say (inaudible) how much bubbles are in it?

25           REPRESENTATIVE BONNEN:  With all due



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031385

294

1        respect, I'm simply trying to get some facts on the

2        record.  I know that bothers you at times.

3                    REPRESENTATIVE RAYMOND:  What you're trying

4        to do is you're trying to defend something (inaudible.

5              (Simultaneous conversation)

6                    REPRESENTATIVE BONNEN:  Mr. Raymond, I'm

7        simply quoting from Mr. Bledsoe on March 11 of 2009 --

8                    REPRESENTATIVE RAYMOND:  -- out of context.

9                    REPRESENTATIVE BONNEN:  We'll let you

10       know -- all Frank Attorney General Abbott.  That's what I

11       was reading, Mr. Raymond.

12                    REPRESENTATIVE RAYMOND:  Thank you for

13       cutting off eight fingers and leaving three.

14                    REPRESENTATIVE BONNEN:  We're actually

15       having a pretty civil discussion.

16                    REPRESENTATIVE RAYMOND:  Let me tell you

17       where I get worked up.  This is a systematic effort to try

18       to disenfranchise blacks and browns and people who are

19       poor.  If this was an effort to disenfranchise, you know,

20       white folks that weren't poor and that tended to vote

21       Republican, you'd be raising hell, too.

22                    REPRESENTATIVE BONNEN:  I've seen the

23       numbers from the State of Indiana and the State of

24       Georgia.

25                    CHAIRMAN SMITH:  Let me interrupt,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006028

295

1       gentlemen, please.  Please, please.  The --

2                       SPEAKER:  Mr. Chairman, I wanted to ask him

3       a couple questions.

4                       CHAIRMAN SMITH:  Okay.  First of all, I

5       would just like to make a quick and civilized comment, if

6       possible.  Not that these weren't civilized, but I want to

7       maintain decorum -- the proper decorum at this hearing if

8       we possibly can on both sides.

9                       The -- I want to emphasize that I agree,

10      first of all, with your concerns about the Senate bill in

11      terms of part-time workers making decisions about whether

12      you look enough like your picture to be able to cast a

13      vote, okay?  I agree with that.

14                      I want to emphasize, however, that the

15      photo identification requirements that are currently in

16      law do not change at all in this legislation.  So, to the

17      extent that your granddaddy didn't have a photo ID,

18      there's no change in current law with regard to photo

19      identification in this legislation.  All that's being

20      changed is the provisions regarding non-photo

21      identification to require two forms rather than one.

22                      You currently have the right to vote with a

23      photo identification, and then this law you'll still have

24      the right to vote with a photo identification.  The only

25      change is with regard to non-photo identification.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031387

296

1      insofar as Chief Justice Stephen -- I don't know if that's

2      where the quote that Representative Raymond was referring

3      to came from, but he is one of the more liberal of

4      justices on the Supreme Court who wrote the majority

5      opinion.

6                  SPEAKER:  Mr. Chairman, just so you'll

7      know, it was a federal judge from Indiana who upheld the

8      opinion.

9                  CHAIRMAN SMITH:  District court or Court of

10     Appeals?

11                 SPEAKER:  Court of appeals.  But it was a

12     judge that upheld the opinion.

13                 CHAIRMAN SMITH:  Justice Stephens who wrote

14     the majority opinion on the Supreme Court indicated in his

15     words on Page 15 that the inconvenience -- he was talking

16     about Indiana, which requires a photo ID, not Texas, which

17     the Senate bill would not.

18                 He said, relating to the bill that did

19     require a photo ID, "The inconvenience of making a trip to

20     the Bureau of Motor Vehicles, gathering the required

21     documents, and posing for a photograph surely does not

22     qualify as a substantial burden on the right to vote or

23     even represent a significant increase over the usual

24     burdens of voting."

25                 If that is one of the liberal justice's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006030

TX_00031388

1    opinions with regard to the Indiana law which does require

2    a photo identification, I presume that that opinion is

3    even more so with regard to a Texas law that simply alters

4    the requirements for casting a non- -- for providing

5    non-photo identification.

6                  That's all the Senate bill would do.  And

7    so, a lot of the rhetoric and so forth about a law that is

8    not even before us is really academic.

9                  Yes, representative?

10                 SPEAKER:  While we're on Abbott, I wanted

11   to ask you a couple questions.

12       Q.  (By Speaker) What type of -- because there were

13   allegations that there was students there, there were

14   citizens there, African-American citizens that were denied

15   their suffrage, denied their right to vote.

16                 What sort of evidence or what sort of

17   refunds and resources did the state attorney general's

18   office to come into Waller County to help that situation?

19       A.  One, they gave us no resources.  In fact, even

20   with the information I had to FedEx them I had to pay for

21   it out of my pocket and they were trying to investigate --

22   they sent on two or three different occasions criminal

23   investigators down.  I constantly made suggestions that if

24   you-all will just come set up in the MSC, the student

25   center, you could come set up and then you could just pull



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

298

1    people over and say, "Were you denied the right to vote?

2    Were you turned away?"  I told them that they could run an

3    ad in the newspaper and ask the question "Were you turned

4    away?" because it's very difficult to find seven or 800

5    students who were denied the right to vote.

6              They didn't advertise.  They didn't set up

7    any tables.  They didn't do any phone calls, to my

8    knowledge.  Maybe they did from the offices, but I don't

9    know.  We had copies of all of the applications that were

10   turned in.  And so, they had the ability to -- to vote for

11   all those applications.  We turned over seven or 800

12   applications in that were never processed.  And for five

13   months later not processed until the day that I was

14   walking with copies of these applications that would

15   appear in the Houston Chronicle and then the very next day

16   county officials admitted that they, in fact, did have

17   those applications.

18             In fact, when I asked the attorney's

19   general's office where were the applications found, they

20   were found in the district attorney's office.  They were

21   found in the district attorney's office and still no

22   prosecution, no nothing.

23   Q.  So, you had numerous African-American students --

24   predominantly African-American students because

25   Prairieview is a campus that is predominantly black?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031390

299

1       A.  Right.

2       Q.  So, you had allegations from a wide -- a large

3   number of people that attended school at Prairieview

4   University that lived in Waller County.

5           Now, are you aware that over the last

6   several years that the attorney general was investigating

7   people for mail and ballot fraud?  Are you aware that most

8   of those allegations of mail and ballot fraud was usually

9   just, you know, from what we can see, like one person

10  making an allegation at times?  Are you aware that most of

11  the people, with the exception of one -- everybody that

12  was accused of it and everybody that was investigated was

13  minority, either black or brown?

14      A.  Absolutely.  In fact, the representative here was

15  asking me about that.  I didn't know about what was going

16  on in Fort Worth and the federal case that took place in

17  March until I got a call from the AG's office asking if I

18  could do Greg Abbott a favor, and that favor was they

19  wanted me to provide testimony on -- about what Greg

20  Abbott had done for the students at Prairieview.

21          And it was then that I got involved and was

22  able to go and say, "Hold up.  I didn't know all of that

23  was going on.  Now I see what I was being used for,"

24  because they wanted me to provide some character testimony

25  at a case up in Marshall when I didn't know what was going



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031391

300

1      on and I refused to provide that testimony.  And so, now,

2      as I said, I understand how I was trying to be played.  I

3      understand that now.

4           Q.  How were you being played?  I'm confused.

5           A.  Because they thought that because of their

6      holding up a bond temporarily, they thought because of

7      their intervening and sending a couple of investigators

8      out that I would be beholden to them and provide testimony

9      about what a great job he had done for us.

10          Q.  What authority did the attorney general's office

11     beyond sending investigators?

12          A.  I don't know.  I'm not --

13          Q.  Did the Department of Justice, who has the

14     significant amount of authority and dollars and ability to

15     investigate this, did they file or find any criminal

16     actions?

17          A.  There were no criminal --

18          Q.  And in my county -- let me just clarify, too,

19     that in my county that no one found any criminal

20     allegations.  These were just allegations that were made

21     by one person.  Let me finish my line of questions, and

22     I'll be more than happy to let you jump back in.  But

23     these were allegations that were made and they were

24     investigated -- investigators were sent out, people were

25     questioned because I know that these folks in my district



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006034

TX_00031392

301

1    felt like they were violated.  They felt like that -- I

2    know one lady who is still not (inaudible) the day because

3    it was such a traumatic experience for her that, you know,

4    they were never the same after this and they felt like

5    their -- their reputation in the community had been

6    tarnished.

7              So, I'm asking you in Waller County did the

8    attorney general go after the citizens that were

9    discriminated against and make those other folks on the

10   other side of town feel like they made folks on my side of

11   town?

12        A.  I'm glad you asked the question.  The first level

13   of criminal complaints of AG's office -- the AG's office

14   came around, they sealed the offices -- they assured me

15   the office was sealed -- and put tape on the door.  They

16   sealed the office.  And then five months later, even

17   though they had come in and got copies of everything and

18   said that they couldn't find anything -- five months after

19   they sealed the office and investigated, the copies were

20   found in the very building that had been sealed by the

21   attorney general's office and those girls had already

22   resigned and everything was -- nobody faced any criminal

23   charges and there didn't seem to be any real criminal

24   prosecution or effort to prosecute those who later

25   admitted they had, in fact, disenfranchised those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031393

302

1    students.

2         Q.  Now, let me ask you a question --

3              CHAIRMAN SMITH:  I'm going to give you a

4    chance.  I just want to make sure you understand that we

5    have seven witnesses left and two of them are with the

6    NAACP.  One of them is with AARP.  These people are going

7    to be very late if we don't try to -- we're 20 minutes

8    over.  I'll take that into consideration.

9         Q.  (By Speaker) I promise I only have one more

10   question because I think this is important because you

11   understand and the students that you have worked with

12   understand -- we're not talking about something that

13   happened in 1950 or '60 something that today people are so

14   dismissive of.

15        A.  That's right.

16        Q.  The students that you represent know what it's

17   like to be discriminated today.

18        A.  Absolutely.

19        Q.  So, out of everything that you heard -- and I'm

20   talking about people that are for this legislation, people

21   that are for voter ID bill.

22              Have you heard anything in any of the

23   testimony or any of the comments that have been made by

24   anyone that would indicate to you that these folks are as

25   concerned about the voting rights of African-Americans or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006036

TX_00031394

303

1    black students as they are concerned about the integrity

2    of the ballot box?

3         A.  Absolutely not, and that's one reason I'm here

4    because I can't imagine that so many people are concerned

5    about tainted elections.  Tainted elections that knew

6    anything about what was going on in Waller County -- and

7    it didn't just happen in Waller County.  But if you can

8    see where $49.1 million went to a white town and $230,000

9    went to a black town to air condition a gymnasium that we

10   had been trying to get air conditioning for 54 years, and

11   that was a tainted election.  Everything that we alleged

12   proved true.  We couldn't get any criminal prosecution,

13   but everything we alleged came true.  But now we're left

14   paying a tab to put infrastructure in somebody else's

15   playground.  We haven't got the support but for

16   African-American legislation -- not even our own

17   legislation, but African-American legislatures were the

18   only ones who had come to our defense.  And this tainted

19   election -- a tainted election, the very county that drug

20   the State of Texas into this pre-clearance requirement,

21   the very county, the whole county that made Texas spend

22   millions of dollars in pre-clearance is still running

23   rolls and we haven't got anybody concerned about tainted

24   elections to come to our defense but for the legislative

25   black population.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031395

304

1          CHAIRMAN SMITH:  Any other questions,

2    members?  Thank you, Mr. Charleston.  Appreciate you being

3    here today.

4                    (David Mulhausen)

5          CHAIRMAN SMITH:  At this time, the chair

6    calls David Mulhausen, who is the senior policy analyst

7    with the Heritage Foundation and, for the record, I will

8    identify you as being a fairly conservative (inaudible).

9    I want to be an equal opportunity accuser in terms of

10   ideological bent.

11         You're here to testify in favor of Senate

12   Bill 362; is that correct?

13         MR. MULHAUSEN:  Yes, it is.

14         CHAIRMAN SMITH:  Please state your name

15   again and who you represent.

16         MR. MULHAUSEN:  My name is David Mulhausen.

17   I am a senior policy analyst in the Center for (inaudible)

18   the Heritage Foundation.  I thank Chairman Smith and the

19   rest of the committee for the opportunity to testify

20   today.  The views expressed in this testimony are my own

21   and should not be construed as representing any official

22   position of the Heritage Foundation.

23         Last year, the United States Supreme

24   Court's Crawford versus Marion decision ruled that on its

25   face Indiana's photo ID law did not pose an



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006038

TX_00031396

305

1      unconstitutional burden on voters.  Associate Justice John

2      Paul Stephens concluded that a state may put into effect

3      even-handed restrictions to protect the integrity and the

4      reliability of the electoral process itself.

5                  For those without a government-issued photo

6      ID, Justice Stephens noted that the Indiana Bureau of

7      Motor Vehicles provided free photo identification cards.

8      For those that need to obtain the free photo ID, Justice

9      Stephens commented that the inconvenience of making a trip

10     to the Indiana Bureau of Motor Vehicles, gathering the

11     required documents, and posing for a photograph certainly

12     do not qualify as a substantial burden on the right to

13     vote or even represent a significant increase over the

14     usual hassles of voting.

15                  In Texas many voters are already required

16     to present photo identification at the polls.  The Help

17     America Vote Act passed by United States Congress in 2002

18     requires all first-time voters who register to vote by

19     mail provide a valid photo identification or other

20     documentation at the polls.

21                  For those voting without identification,

22     the Help the America Vote Act requires the states to set

23     provisional balance.

24                  I would say that there are several social

25     science studies that indicate voter ID laws do not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031397

306

1      disenfranchise voters.  The Heritage Foundation office

2      study I co-author with my colleague analyzed the effect of

3      photo identification laws on voter turnout during the 2004

4      election.

5              Our study found that these laws do not have

6      a negative impact as previously suggested.  Once

7      statistically significant and negative relationships are

8      found, the effects are so small that there's little policy

9      significance.  For example, Foundation -- the Heritage

10     Foundation office found that white surveyed respondents in

11     photo ID states are two one-thousandths of a percent less

12     likely to report voting than white respondents of states

13     that only require voters to state their name.

14              African-American respondents in non-photo

15     ID states are one one-hundredth of a percent less likely

16     to report voting than African-American respondents from

17     states that only require voters to state their name.  In

18     other cases, no effect was found.

19              In general, respondents of all races in

20     photo ID states and non-photo ID states are just as likely

21     to report voting compared to respondents in states that

22     only require voters to state their name.  African-American

23     respondents in photo ID states are just as likely to

24     report voting similar to respondents in states that only

25     require voters to state their name.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031398

307

1           The findings of the Heritage analysis

2     suggests that voter ID laws, such as requiring photo

3     identification have virtually no suppressive effect on

4     voter turnout.

5           Additional research strongly suggests that

6     photo ID laws do not suppress voter turnout.  Using

7     Indiana County level data from 2002 to 2006, Professor

8     Jeffrey Miller at the University of Missouri performed a

9     rigorous analysis of the impact of Indiana's photo ID law.

10    Professor Miller analyzed the changes in voter turnout in

11    Indiana counties before and after implementation of the

12    state's photo ID law.  Overall, the statewide turnout

13    increased by 2 percentage points.  The law had no effect

14    on turnaround in counties with higher concentrations of

15    minorities, poor, hourly, or less educated.  Furthermore,

16    turnout increased in counties with greater percentage of

17    Democrats than other counties.

18          A 2009 study by Professor Jason Mikoff of

19    the University of Delaware and his colleagues used

20    state-level individual data to analyze national voter

21    turnout in four elections from 2000, 2006.  This study is

22    rigorous because they examined the effect of photo ID laws

23    on voter turnout over four elections.  Their study

24    controls for the political interests such as

25    self-importing enthusiasm from participating in a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031399