308

1    political process.  Political interest is considered one

2    of the best predictors of voter turnout.  As the

3    controller for motivation to participate in the electoral

4    process, Mikoff and his colleagues assert that there's

5    little reason to believe that voter ID laws would induce a

6    person's desire to vote.  Their study found that photo

7    identification laws do not effect turnout.

8              Americans in general support photo ID laws

9    for good reason.  First, there's little evidence to

10   suggest that these policies disenfranchised voters.

11   Second, voter ID laws are a common-sense policy to help

12   ensure the integrity of elections.

13             CHAIRMAN SMITH:  Let me start your clock.

14        Q.   (By Chairman Smith) You mentioned -- I want to

15   get my hands a little bit around -- I have so many

16   documents behind me, I have had trouble identifying the

17   report that I'm looking for.

18             In terms of the report studies that are out

19   there and the attempt to look at this issue and the extent

20   to which these laws have affected turnouts, it's my

21   understanding -- we've got your study, which I'm getting a

22   bottom line conclusion is concluding that there's no

23   effect on voter turnout; is that right?

24        A.   Right.

25        Q.   We've got this University of Delaware and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031400

309

1    University of Nebraska professor's study that was in

2    Political Science Magazine?

3         A.   The Mikoff study.

4         Q.   That's an indication that there's no effect?

5    That's their conclusion, correct?

6         A.   Yes.

7         Q.   And then we've got a Missouri study.  And did

8    they not, in fact, determine that they thought it had a

9    positive impact on turnout?

10        A.   Well, basically what the state found basically

11   that percentage of votes actually increased, but also

12   found that the law had no effect even though the raw

13   number suggests that voter turnout increased by 2 percent.

14        Q.   So, they found the law itself had no effect?

15        A.   Yes.

16        Q.   And so, there is a study out there on the other

17   side of this issue that indicates a 2 point

18   something percent adverse effect in turnout.

19                   What study is that?

20        A.   I'm not sure off the hand.  I know that there's

21   been a study that compares states that use very weak

22   statistical techniques that I would not consider a very

23   rigorous study.

24        Q.   What study was that?

25        A.   I believe it's a study that compared Indiana to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006043

TX_00031401

310

1      another state that had Professor Brennan's --

2          Q.  Was that the Brennan Department or --

3          A.  I can't remember offhand.

4          Q.  So, I'm trying desperately to find out in that

5      study what they were comparing, what to what?

6          A.  What they were controlling for, too.  That's very

7      important, too.

8              CHAIRMAN SMITH:  Okay.  Any questions,

9      members, of this witness?  Representative Anchia.

10         Q.  (By Representative Anchia) Mr. Mulhausen, thank

11     you for being here today.  Was your study peer reviewed?

12         A.  It actually didn't go through a journal process.

13     My study was basically a -- a response to a study that was

14     funded by the federal government that on its face used

15     questionable methods, and I just go through in my study

16     and just show that --

17         Q.  Is that the Eagleton study?

18         A.  The Eagleton study.  I just to show that

19     basically they have a lot of coding errors, mistakes in

20     classification of laws.  If you account for those errors,

21     the effect that they found disappears.

22         Q.  And the Eagleton study did conclude -- I think

23     you say this in your -- include this in your written

24     testimony.  This is Professor Timothy Versalotti found

25     that more stringent voter identification requirements



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

311

1    appear to reduce voter turnout.  That was the conclusion?

2         A.  That was the conclusion, but when you corrected

3    the further mistakes, those findings disappear.

4         Q.  And are you aware -- are you familiar with the

5    Erickson and Midnight study entitled Modeling Programs in

6    Voter ID:  Voter Turnout Debate?

7         A.  I actually haven't read that study.

8         Q.  Okay.  Well, they conclude that we should be wary

9    of claims on both sides of the controversy because of the

10   limitations of the modeling that are used, and I think

11   Mr. Leavitt alluded to that from the Brennan Center.

12            Did you hear his testimony?

13        A.  Yes.

14        Q.  And would you agree with that, that they are

15   inherent limitations to proving -- using turnout year over

16   either and in -- turnout from before the implementation of

17   voter ID and after, that it would be very difficult to

18   prove one situation or another?

19        A.  Well, I think that it wouldn't be too difficult

20   to prove.  I think the Mikoff study is probably, in my

21   opinion, the best study out there because they controlled

22   for the political motivation of the voter.

23        Q.  How did they do that?

24        A.  Basically they have a survey of voters and the

25   voters are asked how strongly you are engaged into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006045

312

1    total process -- not very likely, moderately, and very.

2         Q.  Was it statistically significant?

3         A.  Yes.  And once you control for that, you'll find

4    that some of the previous -- my own study doesn't control

5    for the motivation of the voter simply because it's based

6    on current population survey which doesn't ask the voter

7    or the respondent what their motivations are.

8         Q.  So, you did you calculate -- were your results

9    statistically significant or were your -- was your survey

10   statistically significant?

11        A.  Some of my results are statistically significant.

12        Q.  What about others?  Were all of them

13   statistically significant?

14        A.  Well, it depends -- found had statistically

15   significant finding, but after you correct it for the

16   misclassification of Arizona, the results disappear.  And

17   so, it was no longer statistically significant.  So, you

18   can get statistically significant with a bad model.

19        Q.  Are you aware of any evidence at all that voters

20   are more likely to vote because of new voter ID laws?

21        A.  I am not aware of any evidence that consistently

22   points in that direction.  What I would say is --

23        Q.  Can you cite any work that points in that

24   direction?

25        A.  Well, the Miller study of Indiana, Jeffrey



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006046

313

1      Miller, he indicates that --

2           Q.  Was that peer reviewed?

3           A.  I do not know.

4           Q.  Okay.  Have you studied any instances of -- let's

5      back up.

6                    Have you read this bill, the Frazier bill?

7           A.  I'm not expert in the bill.

8           Q.  Have you read the bill analysis, the summary to

9      the bill?

10          A.  No.  I've read the summary to the bill.

11          Q.  But you haven't read the bill itself?  And you

12     wouldn't be able to tell us, based on your Heritage Center

13     report, how it might impact voters in Texas?

14          A.  What I would suggest is probably the overwhelming

15     majority of Texans already have appropriate form of

16     identification.

17          Q.  What percentage?

18          A.  Don't know.  I would be very interested -- wish

19     somebody would actually find that out because I would bet

20     it's a very high percentage.  And second, I would say that

21     people who are engaged in the voting process are going to

22     go out and get photo ID if necessary.

23          Q.  Would it be relevant to your conclusion that

24     about 810,000 Texans who are eligible and registered

25     voters when they registered to vote did not furnish either



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006047

TX_00031405

314

1      the last four digits of their Social Security number or a

2      Texas driver's license?

3           A.  Well, I think that under this court of law

4      there's already enough outs where you can actually vote

5      without presenting a photo ID.

6           Q.  And how many -- and what are those outs?

7           A.  I believe if you have two letters from the

8      government, official letters, that they can be used and

9      there's some other -- I don't have the whole list.

10                    REPRESENTATIVE ANCHIA:  Okay.  Okay.  Thank

11     you for your time.

12          Q.  (By Chairman Smith) Just for the record, I want

13     to state I have been given a copy and it looks like it is

14     the Eagleton Institute of Politics at the State University

15     of New Jersey and the Morenz College of Law at the Ohio

16     State University that has issued this report, and I just

17     want to indicate for the record that their finding on

18     Page 28 is that "Voters and states that required photo

19     identification were 2.7 percent less likely to vote than

20     voters in states where individuals had to give their

21     names."

22                    So, that you would agree would indicate to

23     me what they were doing when they made the comparison was

24     comparing -- I think Vermont is like that, where you just

25     walk in, you give them the name, if you're on voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006048

315

1    registration, you vote -- to Indiana, which has a

2    requirement that you provide a photo ID and if you do not,

3    the only way your vote counts is if a justice approves it

4    within 10 days.

5         A.   They looked at all 50 states.  They classified

6    each state by their voting laws, and they found that --

7    again, I replicate the findings in their study.  They

8    found that, for instance, after you corrected for

9    Arizona -- in 2004, Arizona had a ballot to require a

10   photo ID.  And so, what they do is before the law was

11   actually passed and after you correct for that mistake,

12   the findings disappear so that --

13        Q.   I understand that you don't agree with the

14   conclusion.  I'm just trying to determine what this study,

15   which as far as I know is the only study that I have seen

16   that indicates that there's an adverse effect on turnout.

17   So, I'm trying to determine for the record what their

18   assertion or allegation is.

19             In reading this sentence, it sounds like to

20   me they are comparing states that require photo

21   identification to states where individuals had to give

22   their names.  So, what they are doing is comparing an

23   Indiana-like law to a Vermont-like law.  Is that correct?

24        A.   Yes.

25        Q.   And their conclusion was that even where you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031407

316

1    compare the most extreme possibilities from one end of the

2    spectrum to the other, there's a 2.7 percent reduction in

3    turnout.  Right?

4        A.  Yes.

5        Q.  Other studies have indicated no effect?

6        A.  Yes.

7        Q.  But even if this were accepted as truth, it would

8    not be any kind of an indication of the effect of a change

9    in Texas where we do not change the photo identification

10   requirement that is in place already.  It's not a

11   requirement.  It's an option -- and we simply change the

12   non-photo requirement to require if you use that form of

13   identification that you back your voter registration up

14   with some sort of additional non-photo documentation.

15   There's nothing in place that would suggest or infer that

16   that in any way is going to suppress any kind of turnout.

17              Do you agree with that?

18       A.  I agree with you totally.

19              CHAIRMAN SMITH:  Any other questions?  Dr.

20   Allen?

21       Q.  (By Alma Allen) In your study you use the term

22   "state your name."  Do you simply mean walk up and say,

23   "I'm Alma Allen," and they said okay?

24       A.  Yes.  In some states -- I voted in Maryland where

25   I said, My name is David Mulhausen," and they look in the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006050

TX_00031408

317

1    roll and they find a David Mulhausen and say, "Okay.  You

2    can vote."

3                   CHAIRMAN SMITH:  That's the way Texas was

4    until the late Nineties.

5                   ALMA ALLEN:  Great.  The late Nineties?

6    Okay.  1990?

7                   CHAIRMAN SMITH:  No, late Nineties.

8                   ALMA ALLEN:  I didn't know that.

9                   CHAIRMAN SMITH:  You may not have ever

10   tried to do that.

11                  ALMA ALLEN:  No, because I always had

12   something else.  Since 1964, I couldn't walk up.  Until

13   then, I had to do something.

14                  CHAIRMAN SMITH:  I don't know how far back

15   that goes, but my understanding is the requirement to

16   provide identification did not come into play until the

17   1990s.

18                  Any other members of the committee that

19   wish to ask some questions before I give Representative

20   Raymond the opportunity to?

21        Q.   (By Representative Raymond) First, I just want to

22   ask you, Mr. Mulhausen, looking at your testimony, at the

23   top it's a letterhead from the Heritage Foundation but

24   then, you know, the second sentence says, "The views I

25   express in this testimony are my own and should not be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031409

1    construed as representing any official position of the

2    Heritage Foundation."

3                    So, is it the Heritage Foundation's

4    position or not?

5         A.  It's my position, and basically it's standard

6    practice for Heritage Foundation where they are

7    testifying --

8         Q.  Is this the position of the Heritage Foundation

9    or not?

10        A.  This is the position of David Mulhausen.

11        Q.  Why would you use this -- it's a little

12   misleading.  Would you agree it's a little misleading?

13        A.  Well, this is actually how it's done.

14        Q.  I'm really -- I want to ask because this is a

15   well-known foundation.  And so, you know, is this the

16   position of the foundation or not?

17        A.  It is the position of David Mulhausen.

18        Q.  Okay.

19        A.  An employee of the Heritage Foundation.

20        Q.  But not the foundation?

21        A.  Not necessarily the foundation.

22        Q.  You don't believe that that's misleading?

23        A.  No.  I'm here --

24        Q.  Well, I'm sorry, but I think it is.  But

25   nonetheless, it's not the position of the Heritage



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006052

TX_00031410

319

1      Foundation.  You're based in D.C.?

2            A.  Yes, we are.

3            Q.  Flew down there?

4            A.  Yes, I did.

5            Q.  Who pays for your expenses to come down here?

6            A.  It depends.  Sometimes the Heritage Foundation,

7      sometimes not.  In this case, somebody else did.

8            Q.  You're not telling us who?

9            A.  Safe Texas.

10           Q.  Say again?

11           A.  Safe Texas.

12           Q.  Safe Texas?

13           A.  Safe Texas.

14           Q.  I'm sorry.  Who is Safe Texas?

15           A.  It's an organization concerned about photo ID

16     issues in the state.

17           Q.  Where are they based?

18           A.  I think you should ask Safe Texas.

19           Q.  Well, I'm asking you because that's who you're

20     representing.

21           A.  I'm representing myself.  I think you're making a

22     big deal out of nothing here.

23           Q.  I'm sure you're right, you think we're making a

24     big deal out of nothing.  This is a big deal for us

25     because what we feel -- a lot of us feel, and I guess



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031411

320

1    we're -- you know, you're all right or we're all wrong,
2    that every minority who is involved in trying to make sure
3    the minorities have voting rights feel like this is an
4    effort to suppress voting rights.  So, it is a big deal to
5    us.  I'll move on.
6                    The -- is it your feeling -- you came all
7    the way down here, but is it your feeling that the voting
8    system in Texas right now is not good or it needs to be
9    made better?
10        A.  Well, I think in general -- I think most states
11   should adopt --
12        Q.  I'm talking about Texas.
13        A.  I think most states, including Texas, should
14   adopt --
15        Q.  Do you feel that our election system right now is
16   being corrupted or not efficient or it allows people to
17   cheat or --
18        A.  I think there are reasonable steps to help ensure
19   the integrity of the process that could be adopted.
20        Q.  Is it your feeling that there is something wrong
21   with Texas now or not?
22        A.  I think the voting system could be improved in
23   Texas.
24        Q.  So, you think that there are problems with the
25   voting system in Texas?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031412

321

1          A.  I think a lot of states have problems.

2          Q.  I'm trying to ask you a reasonable question.

3          A.  Sure.  I'm trying to answer.

4          Q.  Well -- so, do you think that Texas has problems?

5          A.  I think Texas can improve its electoral process.

6     There are some problems in Texas.

7          Q.  And you're aware that we've had a Republican

8     governor in this state since 1994.  Right?

9          A.  Right.

10         Q.  So, from '94 to now we've had a Republican

11    governor, a Republican state senator.  From 2002 until

12    today, the majority of the state House is Republicans.

13              So, you think we have problems in our

14    voting system and we're electing all these Republicans, is

15    it your view that if we pass this it's going to be better

16    and that --

17         A.  Well, I'm -- to be honest with you, I don't

18    really care who you elect as long as you elect somebody

19    and a system that has -- that has held to certain

20    standards to make sure that it's a valid election.

21         Q.  You have a bunch of examples of where people in

22    Texas have tried to impersonate voters?

23         A.  I think there's some other people here who can

24    testify to that better who are coming after me.

25         Q.  Well, you came here, so I was trying to ascertain



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031413

322

1    what got you on the airplane.

2        A.  What got me on an airplane is that I've studied

3    the effect of voter ID laws, and that's where my expertise

4    lies.  There appears to be no effect from photo ID laws on

5    voter turnout.

6        Q.  You mentioned here the Rasmussen report on Page 2

7    of your paper.  Right?

8        A.  Uh-huh.

9        Q.  And it says that, quote, on here 57 percent of

10   Americans favor ID laws.  9 percent of white, 15 percent

11   of African Americans, and you don't mention Hispanics, but

12   is it your contention that there would be that great

13   disparity from 9 to 58 percent in terms of that there are

14   a lot more Anglos that support it as opposed to a lot more

15   African-Americans who obviously don't?

16       A.  Well, I mean, the odds --

17       Q.  Does it matter to you or not?

18       A.  Well, what matters to me is that it looks like

19   the majority of Americans in this poll support the law.

20   I'm not somebody who obsesses about racial differences or

21   ethnicity among people.  I don't spend my whole time

22   obsessed with that.  You are who you are, and I accept you

23   for that.

24       Q.  So, you wouldn't take notice of the fact that a

25   lot more African-Americans are concerned about this than



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031414

323

1    Anglo Americans?

2         A.  Well, I think the fact -- I think certain

3    segments of the population could be better educated on the

4    effect of these laws.

5         Q.  Really?

6         A.  Yeah.

7         Q.  So, you think African-Americans aren't educated

8    enough?

9         A.  Well, I read some literature of some

10   organizations and -- comparing the -- required to show

11   identification supports some form of identification to a

12   poll tax and I think that's a very unfair comparison.  It

13   doesn't hold much merit.

14        Q.  Really?

15        A.  Yes.

16        Q.  So, you've lived a life amongst the folks who --

17   and you can't imagine folks that would actually think it

18   would be cumbersome or costly or hard to go get a voter

19   ID?

20        A.  Actually, I think Justice Stephens wrote is that

21   once every six years to go get a free photo ID.

22        Q.  Justice Stephens, is he African-American?

23        A.  No, but --

24        Q.  Is he Hispanic?

25        A.  No, he's not.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031415

324

1          Q.  Answer my question, then you can -- is he

2     African-American or Hispanic?  Yes or no?

3          A.  He looks to be white American.

4          Q.  And how old is he, more or less?

5          A.  He's quite elderly.

6          Q.  And he's lived in Washington, D.C. how long?

7          A.  Since -- probably a good portion of his life.

8          Q.  Right, a good portion of his life.  And how much

9     experience do you think he has had in his life -- in the

10    last 50 years of his life of understanding our community

11    and what would be too hard or too easy?  (Inaudible) who

12    didn't have a photo ID, it would be easy for them to go

13    get it.  From his point of view and his vantage point -- I

14    don't care if he's liberal.  He's a white, rich guy

15    sitting up on the Supreme Court for the last 45 years,

16    however many years it's been, and he has no clue about

17    what's hard or what's easy for folks in the communities we

18    represent.

19         A.  I can't delve into his mind, but my perspective

20    is that I consider all human beings to have enough

21    capacity to not just -- if there's a law passed that says

22    you need to have certain forms of identification, I don't

23    think for some reason that minorities are going to be

24    unable to fill that obligation.  I just --

25              (Simultaneous conversation).



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031416

325

1          A.   I think it's a disrespectful sort of view of

2     minorities to think that they are incapable of --

3          Q.   I'm saying would it be more difficult?  Can you

4     fathom how that might be more difficult?

5          A.   How much more difficult?  How much more difficult

6     it is to go and -- go to Department of Public Safety and

7     get a free voter ID card?

8          Q.   Right, you can't.  Have you represented five

9     rural towns -- 25 rural towns in south Texas like I did?

10         A.   No.

11         Q.   You grew up in a town of 1500 with 99 percent

12    Hispanics like I did?

13         A.   No.

14         Q.   Then you can't -- you can't understand.

15              CHAIRMAN SMITH:  Any other questions?

16         Q.   (By Speaker) You mentioned something just a

17    second ago about fair and reasonable steps as it relates

18    to the photo ID voter integrity.

19              I don't remember exactly how you phrased

20    it, but do you remember making that comment?

21         A.   I was supporting Justice Stephens.

22         Q.   About the fair and reasonable steps.  Can you

23    tell me that the organization or the individual -- because

24    you said you treat everybody equally and that you believe

25    that everybody is the same and we're all created equal.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006059

TX_00031417

326

1              Can you come up (inaudible) idea on how

2     people that don't have ID and they go vote on election day

3     at 6:55 p.m. and they don't have any ID, how they are

4     likely to vote and be protected?

5         A.  Well, first of all, any voter ID law should not

6     take effect immediately.  There must be some period where

7     the voting public can be educated.  We must assume that

8     all voters will be able to easily understand their

9     obligations and take the time over the course of a year or

10    two -- or in this case, this bill, four years -- to go get

11    the appropriate identification.

12             Now, if you didn't have appropriate ID,

13    there's still alternative forms of documentation that can

14    be brought.  So, I think that any reasonable person should

15    be able to -- given enough time be able to get the

16    appropriate documentation together because at some point

17    you have to go out and register to vote.  At some point

18    you have to go find out where you're supposed to go vote,

19    and then you've got to go vote.

20        Q.  There's a large stigma of the population that's

21    already been noted by several people that may not have

22    access to that or may not carry that on them or because of

23    various, you know, ways they get around, transportation,

24    you know, may not have that readily available and they may

25    go and vote and -- which is not unusual in the district



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006060

TX_00031418

327

1    that I represent.  And, you know, by your answer you're
2    telling me that, you know, that you haven't gave as much
3    thought and consideration to reasonable measures that can
4    be taken that those people vote and that's what's missing
5    here today and everybody for this deal, that they are
6    looking at one side of the equation but they could care
7    less.  Everyone else is invisible.  Everyone else is an
8    invisible man and it doesn't matter what happens with
9    those folks.
10        A.  Appears that you're asking -- you have a
11   hypothetical person who decides at 10 minutes before the
12   polls are going to close that, "Oh, I'm going to go vote."
13   I mean, you would presume that the person would
14   have registered in advance to vote.
15            Are you assuming the person did or didn't
16   register to vote in the first place?
17        Q.  (By Alma Allen) -- that you need to go get a
18   driver's license.  How much does a driver's license cost?
19        A.  I never said you had to get a driver's license.
20        Q.  ID.
21        A.  One of the things is this bill would provide a
22   free ID and, if you don't get that free ID, there's other
23   materials that you can -- you can get to get your access
24   to vote.  So, I don't understand -- there's so many outs
25   in this bill as it's currently written that it's really



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031419

328

1    not even a photo ID law.

2        Q.   Okay.  What about senior citizens who live in a

3    house with -- they don't drive, but they live in a house

4    with their children so the light bill doesn't come to them

5    in their name?  I don't know we would get an ID for them.

6        A.   They may have a Social Security card.  They may

7    have other documentation that they can use.  I know that

8    the list of acceptable documents is not a brief list.

9        Q.   Okay.  So, if we were looking at the number of

10    people who needed to at this moment -- the law came into

11    effect at this moment, then the number of people who would

12    have to do something extra to be in a position to vote,

13    then usually I ask in meetings, "Do you have two forms of

14    ID right now and you can vote," and I find very few people

15    able to do that.  But the research shows that 25 percent

16    of blacks don't have the proper ID, 25 percent right this

17    minute, to go and vote.  Of course I'm supposing if you

18    put another hurdle out there, we would probably jump it,

19    too.  It would be a little hard.  We always have to jump

20    it.  16 percent of the Hispanics don't have an ID compared

21    to 8 percent of whites.

22           It's going to impact everybody.  So -- and

23    18 percent of senior citizens don't have an ID right now.

24    So, any money you would spend -- think about it.

25        A.   I think the Supreme Court actually sort of took



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

329

1    that up and basically said that there are reasonable

2    expectations for a voter to exercise some responsibility

3    in ensuring a fair -- an election that has integrity

4    behind it is not a poll tax.  I mean, it's -- I think

5    that's rhetoric that's stopped moving the debate forward.

6         Q.  Are you talking about the 1964 --

7         A.  No, I'm talking about the recent Supreme Court's

8    decision on photo ID laws.

9         Q.  Oh, okay.  I didn't think you were talking about

10   the poll tax.

11        A.  My understanding, poll taxes are illegal.

12        Q.  Not in the State of Texas.  We haven't done that

13   yet.  Every state has to ratify the Constitution of -- the

14   24th Amendment of the Constitution of the United States

15   which abolished poll tax.  The state of Texas has not done

16   that yet.  Neither has Mississippi, Florida, Alabama, and

17   a couple of other states.  So, we're kind of behind the

18   eight ball already.

19        A.  So, there's a poll tax in Texas right now?

20        Q.  Officially on the books.  It may come up if you

21   wanted to use it.  If it's on the books, you can use it.

22        A.  You made your point.

23             ALMA ALLEN:  Thank you.

24             CHAIRMAN SMITH:  Any other questions,

25   members?  Mr. Mulhausen, I don't hear any.  Thank you very



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006063

TX_00031421

330

1      much.

2                      MR. MULHAUSEN:  Thank you.

3                      CHAIRMAN SMITH:  Thanks for coming down.

4                      MR. MULHAUSEN:  Appreciate it.

5                      CHAIRMAN SMITH:  At this time, the chair

6      will call Jenigh Garrett, representing the NAACP Legal

7      Defense and Educational Fund to testify against Senate

8      Bill 362.

9                      SPEAKER:  Mr. Chairman, as she comes up, I

10     though you might make a clarification on the witness

11     affirmation form for the preceding witness, but he said

12     that he was not representing the Heritage Foundation that,

13     in fact, a company called Safe Texas was paying his way

14     here and that's who he's representing.

15                     Are you familiar with Safe Texas?

16                     CHAIRMAN SMITH:  Yeah.  No, I don't think

17     he said he's representing Safe Texas.  It's certainly not

18     my understanding he's representing Safe Texas.

19                     SPEAKER:  They paid him to come here.

20                     CHAIRMAN SMITH:  Transportation.

21                     SPEAKER:  Oh, that doesn't count?

22                     CHAIRMAN SMITH:  I don't think that means

23     he's representing them.

24                     SPEAKER:  Okay.

25                     CHAIRMAN SMITH:  All right.  How are you?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006064

TX_00031422

331

1    Why don't you go ahead, Ms. Garrett, and state your name

2    and who you represent on the record?

3                JENIGH GARRETT:  Jenigh Garrett.  I'm

4    assistant counsel of the NAACP Legal Defense and

5    Educational Fund.  It's my pleasure to be here.  I thought

6    it was this afternoon, but that's fine.

7                (Inaudible) has been a pioneer in the

8    efforts to secure minority voter rights in the United

9    States, particularly those of African-Americans over many

10   decades.  Part of the efforts are involved in nearly all

11   of the precedents in litigation.  Voting rights, including

12   cases abolishing white primaries, creating and/or

13   defending the first majority African-American

14   Congressional and state legislative (inaudible) in several

15   states and eliminating various black voter participation

16   in office holdings.  (Inaudible) has also worked across

17   the country and in Texas to educate voters, election

18   officials, and poll workers about the importance of

19   developing state election processes that empower voters

20   and ensure that all eligible voters have an opportunity to

21   exercise their vote though our voter education, Prepare to

22   Vote, and our work in the National Election Protection

23   Program.

24                I'm pleased to offer testimony today

25   regarding SB 362, the legislative (inaudible) current



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031423

332

1    identification procedures by requiring certain forms of

2    identification on election day, including photo

3    identification.

4            My testimony today will address how photo

5    identification laws work against the goals of achieving a

6    more inclusive democracy.  In our experience, photo

7    identification laws restrict access to the political

8    process and discourage political participation.

9            Just to begin -- our democracy requires

10   electoral processes that encourage the participation of

11   all citizens and I think it's important that this body, as

12   it was doing today, carefully evaluate the impact that a

13   voting law will have on the entire electorate and the

14   impact that the law will have on minority voters in

15   particular.

16           Unfortunately, LDM has determined that

17   photo identification requirements undermine the 14th and

18   15th Amendments to the Constitution and the Voting Rights

19   Act.  Photo identification requirements place onerous

20   burdens on racial minorities because they are marginalized

21   voters.

22           While the adoption of a photo

23   identification requirement might pose no significant

24   threat to the most mobile and affluent among the Texas

25   citizens, in the state the most marginalized population



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031424

333

1      remain at the forefront of the legislature's analysis, and

2      I take two cases to really point this out that I found.

3                  One was in a different context.  Justice

4      Marshall on the Supreme Court discussing in a different

5      context about saving money, (inaudible) that a weekly

6      savings of less than $2 -- $2 even a burden.  But no one

7      who has had close contact with the poor people can fail to

8      understand how close to the margin of survival many of

9      them are.

10                  A study found, for example, may destroy

11      whatever savings that they have accumulated and by

12      eliminating that sense of security may destroy the sense

13      to save in the future.  A pack or two of cigarettes may be

14      for them not able to purchase but a luxury indulged in

15      only rarely.  The poor almost never go to see a movie,

16      which the majority seems to believe is almost weekly

17      activity.  They have more important things to do with what

18      little money they have, like attempting to provide some

19      comfort for a gravely ill child -- and the quote goes on.

20      (Inaudible) the Missouri Supreme Court took that principle

21      and looked at it in the context of photo ID (inaudible)

22      who move beneath the poverty line, the $15 they must pay

23      in order to obtain a birth certificate and vote, that's

24      $15 that they must subtract from the meager ability to

25      feed, shelter and clothe their family.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

334

1            So, you have to look at that economic

2    burden in the context of race.  And in 2005 Hurricane

3    Katrina in its aftermath demonstrated that rising poverty

4    can distort reality from many of our nation's most

5    marginalized citizens.  Even there in the context of life

6    and death, (inaudible) were without cars.  They were

7    without ATM cards.  Many did not have a driver's license.

8    All of those instances (inaudible) remain part of our

9    democracy.

10            My testimony -- my written testimony goes

11   on to talk about depressed voter participation.  I would

12   like to go on and just talk about our on-the-ground

13   observations since 2000 and in 2008 and particularly in

14   Indiana.

15            Most recently we observed the application

16   of the Indiana photo identification requirement during the

17   2008 primary and general election.  LDF attorneys were on

18   the ground to monitor the election, to determine to the

19   extent to which African-Americans in Gary, Indianapolis

20   and surrounding communities in Lake and Marion Counties

21   were adversely impacted by the identification requirement.

22   LDF noted -- encountered difficulty casting ballots as a

23   result of Indiana's photo identification law.  LDF

24   attorneys were informed by poll workers that voters who

25   did not submit qualifying identification were not always



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006068

TX_00031426

335

1    informed of their right to cast a provisional ballot.

2    Instead, some of those voters were turned away.

3               Our observations demonstrated that

4    provisional ballots, although designed to protect voters

5    in such situations did not provide an adequate safeguard.

6    In light of the reality that provisional ballots are not

7    always immediately available and even if poll workers

8    uniformly offer provisional ballots to voters who lack

9    valid government-issued identification, the extra step

10   required to count the ballot is a trip to the county seat

11   within 10 days of the election proved excessively

12   burdensome for many of the poor voters.  For example, if a

13   voter without photo ID cast a provisional ballot in Gary,

14   they would have to travel to the county seat in Crown

15   Point in order to make sure that their ballot counted.

16   And when we went there, we learned that often these

17   ballots went uncounted.

18               I know there were questions about how many

19   were counted.  It's my understanding that at least in Lake

20   County they are segregated so they know which ones are

21   photo ID ballots and which ones are other types of

22   provisional ballots.  I'm not quite sure why the Secretary

23   of State wasn't able to get all that information and then

24   comply with the requirements to report it.

25               So, what this shows is that the provisional



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031427

336

1     ballot option does not guarantee the rights of otherwise

2     eligible voters who are simply unable to satisfy the photo

3     identification requirement at the outset.  And although

4     the Texas proposal does not require that additional trip

5     in order to make the ballot count, the exceptionally high

6     rate of rejected provisional ballots in Texas illustrates

7     that provisional ballots will not neutralize the burden of

8     photo identification requirements.

9              Based on our experiences, we really think

10    it's important for the legislature to really consider some

11    specific things about how any type of photo identification

12    law will impact voters along racial lines.  We have a few

13    examples of data that's very informative in that regard --

14    the number of facilities, the distance between facilities

15    where individuals can obtain free identification for

16    voting purposes in minority communities as compared to

17    non-minority communities, the number of minority voters

18    without acceptable photo identification, the number of

19    minority voters with driver's licenses as compared to the

20    number without, the number of minority voters who are

21    transient and/or homeless and are less likely to have

22    photo identification or photo identification that matches

23    their voter registration address, the impact of the

24    requirement that voters present two forms of non-photo

25    identification on minority student voters at Texas



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031428

337

1    universities, the impact of the requirement that voters

2    bring two forms of non-photo identification on the elderly

3    citizens in nursing homes, and the current levels of

4    rejected provisional ballots and the grounds for the

5    rejection in minority precincts in particular.

6              Voting is a fundamental right because it is

7    the basis of all other rights.  It appears that a number

8    of states, including Texas, are now considering moving to

9    adopt laws that would effectively restrict or deny access

10   to the ballot box, and I would just like to say that the

11   course -- explicitly left open the possibility of future

12   challenges that demonstrate how identification laws burden

13   the rights of voters.  Accordingly, Texas call for it as a

14   blanket endorsement of the photo identification.

15              Thank you.  I'm open for any questions that

16   you may have.

17        Q.   (By Representative Bonnen) Are they issued

18   most of the photo identification cards at the

19   universities?

20        A.   Which universities are you talking about?  In

21   Texas?

22        Q.   In Texas.  Do you know the extent to which that

23   occurs at state universities?  If I go to University of

24   Texas, do I get a photo identification?

25        A.   I do not know those specifics.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006071

TX_00031429

338

1           Q.   Prairieview University had a gentleman earlier

2      testifying about Prairieview University or any other

3      predominantly minority institutions, is there anything to

4      prevent -- to the extent that there is any college who

5      currently does not already have a photo identification for

6      their students, do you know of anything that would prevent

7      them from providing that?

8           A.   Not to my knowledge, but I would like to talk

9      about our experience on the ground in Indiana.  A

10     particular called us during the early voting period, an

11     African-American student attending a state university and

12     when she appeared to early vote, she was presenting her

13     state university ID and her driver's license and she was

14     there (inaudible), but it was her second, and she was told

15     that that was not adequate in order to vote, that she

16     would have to go and get a state ID from the Indiana DMV

17     down in Indiana and she was told by a white voter from New

18     Hampshire that all she had to do -- because the white lady

19     was explaining that she went down and she picked up her ID

20     by just turning in her New Hampshire ID.  And went she

21     went down to the DMV, she was told that she would have --

22     she could get a driver's license, but she would have to

23     disqualify her Minnesota license, re-take and pass a

24     written driver's license test, provide proof of living on

25     campus, bring her original birth certificate and Social



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006072

339

1    Security card and surrender her Minnesota license.

2              She wrote the instructions down and she

3    called her mother and asked her mother to help her get her

4    original copy of her birth certificate.  They couldn't

5    FedEx it there in enough time because the early voting

6    closed on the weekend, couldn't get the FedEx delivery in

7    enough time for her to get down to the DMV to get the ID

8    that she needed so that she could actually cast her vote

9    on that day.  The reason why the state ID wasn't counted

10   was because it didn't have an expiration date on it

11   because the state made a decision not to do that.  So,

12   there's still students definitely impacted (inaudible).

13        Q.  And I can't -- I can't -- I don't know the list

14   of documents that are acceptable in Indiana as

15   photographic documents -- I probably have some evidence

16   somewhere back here in the file -- but in the Senate bill

17   it does indicate that any valid identification card that

18   contains the person's photograph and is issued by an

19   agency, institution, or political subdivision of Texas is

20   certainly a valid ID.  Along with, of course, any such

21   document issued by an agency that's an extension of

22   federal government.

23              So, I guess that raises a question with

24   regard to private universities, and I don't know if that's

25   otherwise addressed in here or not.  But certainly with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031431

340

1    regard to public universities, it seems clear that to the

2    extent -- and I'm getting head shakes from the audience

3    that would seem to indicate that at least as I asked the

4    University of Texas, that is already done and you don't

5    know if there is any university that does not already

6    provide a photo identification for their students?

7         A.  In the State of Texas?

8         Q.  You don't know?

9         A.  I do not know about Texas specifically, no.  I do

10   believe, however, there's someone who could testify.

11        Q.  I think that's -- I think that's a legitimate

12   point to be made to the extent that the students are --

13   you know, I suppose that's already an issue with regard to

14   the identification that's already required, but, you know,

15   if there is a significant problem I would really want to

16   know specifics in terms of the absence of photo

17   identification documents that are already available in

18   those universities rather than simply presuming the

19   problem.  I would like to see some indication that it

20   can't be corrected simply by the university issuing a

21   photo identification to their students.

22        A.  Well, I think there are additional issues in the

23   Senate bill that should give you pause with that

24   consideration in mind.  Particularly, it seems as if the

25   specifics as far as whether it is simply presentation of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031432

341

1     the ID or if it's looking at the ID or the signature or

2     looking at the ID and the address and expiration date, et

3     cetera, is not addressed.  Instead, the Secretary of State

4     will give training materials (inaudible) and so that the

5     election official will look at the -- have the discretion

6     to look at the non-photo identification and then make a

7     determination.

8                   That leads to the question of the election

9     official who will be presenting the two forms of non-photo

10    identification.  And again, some things may be resolved in

11    training materials.  However, that stuff is not in the

12    bill right now and these are the types of things that we

13    see actually misapplied, particularly in minority

14    precincts.  So, if you go to the polling place and when

15    they even present, let's say, in Indiana a photo ID

16    instead of -- they take the ID and they use it for a lot

17    of different things that they should not use it for and

18    they can't vote and unfortunately it's been used as a

19    mechanism to actually stop people from voting.

20        Q.  Well, to the extent that that has occurred, I

21    presume the question is to what extent does this

22    legislation advance the likelihood of that occurring

23    because, again, this legislation doesn't change existing

24    law with regard to photo identification.  It simply

25    changes the existing law with regard to non-photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006075

TX_00031433

342

1   identification.  I can only imagine what things might

2   happen at the polls that you are concerned about, but I

3   presume that to the extent that that is possible it's

4   currently every bit as possible as it would be after this

5   legislation was passed.

6              Do you have any reason to doubt that?

7       A.  Well, I have -- I guess, respectfully, I do

8   disagree a little bit about what the law is actually doing

9   and I could be corrected, definitely.

10      Q.  Well, do you understand that current law gives

11  you the option of using a photo ID?

12      A.  It's my understanding that what is required under

13  the current law is your voter's registration certificate.

14      Q.  No.  You don't have to have a voter registration

15  certificate.  I never have a voter registration

16  certificate when I vote.

17      A.  Then I was going to go on to say and that if you

18  do not have a voter registration certificate, you can

19  provide a photo ID.  I think this law is different because

20  it creates two different classes of voters.  It creates

21  two different classes of voters.  It's saying, "Okay.

22  You're the photo ID voter.  Just go through."  And it's

23  saying, "Oh, you're the non-photo ID voter."  Now I'm

24  going to take your ID, and I'm going to -- we don't know.

25  Who knows?  I'm going to make a judgment and decision



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031434

343

1    based on what you're giving me, and I'm going to say

2    whether you can cast that vote.  I think that is my main

3    concern with this particular bill that is before us.

4        Q.  The only change is that you go through that

5    process with regard to two documents rather than one.

6        A.  It's not my understanding -- and again, I may be

7    corrected, but it's not my understanding that when you're

8    presenting your voter registration card it's subject to

9    some type of discretionary determination by the election

10   official.

11           SPEAKER:  Mr. Chairman, I think what she's

12   referring to, if I can shed some light on it, I think

13   you're missing the difference between current law which is

14   a presentment standard and the Frazier bill, which is an

15   identify standard.  And that's why it really does change

16   what current law is because the documents -- the language

17   in the Frazier bill says if your identity can be verified

18   from the proof presented, which is -- and if -- I'm just

19   offering this up for clarification purposes -- I think in

20   certainly my opinion potentially the opinion of the

21   witness, that's very subjective.

22       Q.  (By Chairman Smith) So, if the standard coming

23   out of the House was a presentment standard rather than an

24   identity standard, then that would comfort you?  In other

25   words, an objective black and white test, either have the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

344

1        document or you don't have it.  You don't have part-time

2        workers making decisions on whether or not you look enough

3        like your picture to cast a regular ballot.

4                    Does that comfort you as described?

5        A.   I'm pausing on the word "comfort."

6        Q.   You don't like using it, do you?

7        A.   No.

8                    CHAIRMAN SMITH:  Okay.  I won't make you.

9        Any other questions, members?

10                   SPEAKER:  Yes, sir.  Thank you, Chairman.

11       Q.   (By Speaker) Ms. Smith -- I am so sorry.  I

12       imagine one of the things that gives you concern -- I

13       know.  I know.  I know -- let me ask it this way.

14                   Does it give you concern that there's

15       language in the bill that says your identity must be

16       verified by the poll worker from the proof presented?

17                   Does that give you concern?

18       A.   Yes.

19       Q.   And does it give you concern because there could

20       be address match problems for denying persons?  For

21       example, on your photo ID it says you lived in your old

22       apartment, but you are on the rolls at your new place.

23                   Do you think that it gives people wiggle

24       room to deny somebody for that reason?

25       A.   I would agree with that.  I have a given concern



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031436

345

1    because different people are treated differently under

2    photo identification law.  Everyone is not treated equally

3    under photo identification law.  And whether it's the

4    address, whether it's the expiration date, whether it's

5    because as reported to us in Indiana a white voter enters

6    the polling place and they say, "Go ahead."  (Inaudible)

7    this is also reported, and the black voter and that the

8    poll worker reported it because she observed it.

9        Q.  Does it give you also concern that we had someone

10   testify about systematic disenfranchisement of African

11   Americans that continues presently in Waller County?  Does

12   that add to your concern?

13       A.  Not only -- yes, not only Waller County but that

14   discrimination persists throughout the State of Texas.

15   And I know it's uncomfortable, but it is true.

16                 SPEAKER:  Thank you.

17       Q.  (By Chairman Smith) When you talk about not

18   having the right address or not having the right name, how

19   do I alleviate the concerns without eliminating

20   identification requirements of any kind?

21       A.  I think that the real focus should be, one, on

22   making sure that the process is open to everyone equally

23   in that if there are concerns about the name and about the

24   address, about transients, homeless folks, then ID may not

25   be the right solution if this is really looking to not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006079

TX_00031437

Hearing - Volume 2                                    April 6, 2009

346

1        give additional mechanism for racial discrimination in

2        jurisdictions and elections that are racially charged.

3        This is the reality of voting, unfortunately for me, a

4        minority citizen.  It may not be your experience

5        personally, but it is the experience of many minority

6        citizens.

7             Q.  I'm going to kiddingly object as nonresponsive.

8        I don't -- if you're expressing a concern that the voters

9        might not have the right address or might not have the

10       right name -- and again, I have difficulty understanding

11       how that concern can be dramatically different in this

12       proposal than under current law, but how do I eliminate

13       that concern without eliminating identification

14       requirements of any kind?

15            A.  For me, I would say that you can have an

16       affidavit requirement where a person can sign an affidavit

17       that they are who they say they are and vote a regular

18       ballot.

19                 CHAIRMAN SMITH:  All right.  Any other

20       questions?

21            Q.  (By Speaker) -- address the issue of the poor and

22       not wanting to place any -- anything on them that would

23       cause them to not be able to survive is what I'm thinking.

24       And I start thinking about the poorest among us who

25       would -- quite a few people without a bank account.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031438

347

1    Right?  They would -- most likely in Texas they would have

2    a Lone Star card.  That's our safety net for the poor to

3    provide them a means to exist.  I understand to get a Lone

4    Star card you have to prove your identity some way.  I'm

5    not sure about the process, about how you do that, but

6    they do have to prove their identity to qualify for a Lone

7    Star card.  And if you don't have a bank account, assuming

8    you get a check of some kind, either a government check or

9    a paycheck, in order to cash it don't you have to have

10   some kind of proof of ID in order to cash a check?

11        A.  Well, based on practical experiences, there are

12   people who co-sign their checks.  I don't quite know if

13   (inaudible) might not have ID and how they cash their

14   checks.

15        Q.  So, they find someone can prove their identity

16   and they co-sign, is that what you're saying?

17        A.  I'm not quite sure how it works place to place,

18   but I know that one process that may occur for the poor

19   for cashing a check is that they may sign their name and

20   then give it to someone else -- they have a bank account

21   or something -- and they sign their name under that first

22   name and then that person cashes the check.

23        Q.  I've just been trying to figure out -- prove

24   their identity in some way, and I feel like if we managed

25   to come up with a bill that we could support and we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031439

348

1    provide free ID for people who don't have them, I think

2    we're going to be doing them a huge favor because they

3    will be able to move around in our society and do things

4    that perhaps they haven't had access to before.  It's just

5    something that's so needed for every one of our citizens.

6         A.  I can say that if, you know, the State of Texas

7    wanted to do a free ID, that's one thing.  But to link it

8    to a fundamental right, (inaudible) sort of

9    considerations.

10             So, what it does is it says -- if I were to

11   agree with this idea that if everyone had ID it would help

12   but what it does is it says, "Well, if you don't have it,

13   now you can't exercise your fundamental right," and that's

14   the problem with the photo identification, it relates to

15   all other aspects of life or saying, "Well, DPS offices

16   and they can, you know, get free ID."  But the DPS

17   offices, their locations -- thinking about whether or not

18   people would have the access to exercise a fundamental

19   right and there was a reason why, you know, the Supreme

20   Court long ago said that voting is a fundamental right

21   such that if you can't exercise the right to vote then

22   you're not only taken out of participating in the jury

23   system and other aspects, but even in the laws that you're

24   governed under.  So, it needs to be as inclusive as

25   possible.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006082

TX_00031440

349

1      Q.  I agree it should be inclusive.  I just feel like

2    it's hard to get around the voter having some kind of

3    responsibility in this situation, taking on some

4    responsibility for proving your identity as far as, you

5    know, getting to the polls, for one thing.  They managed

6    to do that.  I just -- still it's not only a privilege,

7    but you do have some responsibility in exercising it.

8    Thanks.

9            JENIGH GARRETT:  Thank, you ma'am.  I do

10   agree that (inaudible).

11            CHAIRMAN SMITH:  Representative Heflin,

12   real quick.

13     Q.  (By Representative Heflin) Ms. Garrett, I have 16

14   counties and several of my counties, the DPS is only

15   open -- one of them for three hours a week and four of

16   them for, like, four hours a week and it's hit or miss

17   which day you get.  So, it's a difficult situation.

18     Q.  (By Chairman Smith) And let me just say, you

19   know, the reason why I'm not enchanted with the Indiana

20   law is because I agree with some of the concerns that

21   you're expressing.

22            What I have trouble with is applying those

23   concerns to the Senate bill, which does not require photo

24   identification.  I'm not really interested in -- is, you

25   know, how many people you know that -- that -- we all



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006083

TX_00031441

350

1      agree -- I don't know that we've determined the precise

2      small percentage of people that do not have photo

3      identification, and I think it's just unimaginable that

4      anybody would argue -- and I don't think you have -- that

5      to provide that small group of people with a photo

6      identification would not -- aside from the election

7      process -- would be of some general benefit to their

8      ability to function in our society.  But the -- you know,

9      what I'm interested in is what is the evidence about the

10     extent to which that small group of people who do not

11     already have photo identification also do not have in

12     addition to their voter registration card one of these

13     many documents, including Medicaid and Medicare cards,

14     envelopes from a governmental entity that are, you know,

15     et cetera.  That's -- that's really what would describe

16     the burden, if any, that this legislation would place on

17     our constituents, which is dramatically different than the

18     burden that is -- that is placed on constituents that do

19     not have photo identification documents in the State of

20     Indiana.  And I haven't heard a lot of evidence -- and

21     that's because I don't imagine that it exists -- that

22     there are a large number of Texans that do not have access

23     to one of these non-photo identification documents in

24     addition to their voter registration card among the very

25     tiny proportion of our constituents that do not have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031442

351

1    already photo identification documents.

2              So, you know, appreciate the fact that I am

3    very sensitive to the policy concerns that you're raising

4    about the fact that every voter, even ones who do not have

5    a photo identification, have a right, a Constitutional

6    right to vote that is not to be deprived.  And even though

7    they are a minority, they are important and they have that

8    right and it's our job to make sure that there's nothing

9    that we do that places any unreasonable barrier in their

10   way, which is why I think the Senate adopted the version

11   of this legislation that it did.  There's some things I

12   hope we're going to be able to do on the House side to

13   make it even more sensitive to those concerns.  But, you

14   know, I just -- a lot of what we're hearing are legitimate

15   criticisms, in my opinion -- and some of my Republican

16   friends on the panel may not agree with me on that -- are

17   some legitimate criticisms of the law insofar as it

18   applies to Indiana, but it simply has no relationship or

19   bearing to what we're proposing here or what the Senate

20   has proposed here.  Representative Anchia?

21        Q.  (By Representative Anchia) Can I thank you again

22   for being here today?  Are you aware of the case of Bessie

23   Jenkins Foster from Tarrant County?

24        A.  No, sir.

25        Q.  This was recently reported in the Fort Worth Star



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006085

TX_00031443

352

1    Telegram.  She's a 98-year-old African-American woman who

2    has tried three times to get an ID and all three times

3    she's been turned away from DPS offices in Tarrant County.

4    She was asked for a birth certificate.  She brought a copy

5    because the original was destroyed in a fire at the county

6    courthouse in Walker County.  She brought her expired

7    license -- she doesn't drive anymore at 98 years old --

8    and she brought her former photo military identification,

9    Social Security card, and other documents and was turned

10   away on three separate occasions from the Department of

11   Public Safety in Tarrant County.

12               Two questions.  Does this surprise you?  Do

13   you believe this is an isolated case, and/or do you think

14   it happens regularly, especially for African-Americans?

15       A.   First, I would say that it does not surprise me.

16   This is a difficult burden for me to overcome, but

17   particularly African-Americans, given -- especially older

18   African-Americans, given the circumstances surrounding

19   their birth, often at home without birth certificates, et

20   cetera.  Also, even though African-Americans do have birth

21   certificates, they have typos on the spellings on their

22   birth certificates.  Let's say in Illinois, there was a

23   Julia Murray who was looking for her birth certificate.

24   She was about 80 something years old now, and at the time

25   she was looking for her birth certificate she spelled her



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031444

353

1      name M-U-R-R-A-Y her entire life but when she couldn't

2      find her birth certificate, finally the person who was

3      administrating the system there just happened to type it

4      in with a different spelling and found out it was

5      M-U-R-R-E-Y.

6                    In addition to that, you have circumstances

7      where African-Americans were not issued birth

8      certificates.  Again, like I said, because of the

9      hospitals and discrimination.  One problem, I think, with

10     photo ID laws is that it starts five years ago but the

11     history of our country doesn't start that close to today.

12                   CHAIRMAN SMITH:  Members of the committee,

13     are you through?

14                   SPEAKER:  I just want to make a quick

15     comment on what she was just saying.  My own family, if

16     you go past Betty Brown's neck of the woods and keep on

17     going down towards Marshall, Texas, where my dad's side of

18     the family is from before they migrated to Fort Worth, you

19     know, the people that are down there, well, I thought

20     you-all (inaudible) because of what you're saying.  Half

21     of my relatives spell their name differently, and it's

22     just -- what you're saying.  It's spelled differently

23     because a lot of those folks -- none of my folks from

24     Marshall were born in the hospital, I don't believe.  They

25     were all born in the woods.  So, that's the reality.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031445

1      That's what -- you know, I'm here to shed light on that

2      because I think it sort of gives -- some of the members of

3      the committee are like, "Well, why can't anybody do that?

4      I can do that.  Why can't they go and do it, too?"  It

5      gives them a glimpse into a different segment of society

6      that they probably haven't dealt with on a very personal

7      basis before.

8          Q.  (By Alma Allen) I have my birth certificate right

9      here.  Most people do not even recognize this as a birth

10     certificate, but my birth certificate was issued to Alma

11     Alabee Oliver.  My maiden name.  If I was to present that

12     today, I may or may not be able to vote.  My name is

13     spelled wrong, and it doesn't have Allen on here anywhere.

14     That might be a problem.  I'm just throwing that out there

15     as a problem.

16                 CHAIRMAN SMITH:  This is sort of a question

17     that is currently faced by poll workers on a regular basis

18     and somebody else would have to come up, perhaps Ms. McGee

19     in the Secretary of State's office to answer questions

20     about how they deal with that question, but there's not

21     anything in this legislation that would alter that issue,

22     change that issue in any way, or alter a standard by which

23     those decisions are made in terms of --

24                 SPEAKER:  Well, that's not true,

25     Mr. Chairman, because it's an identity requirement.  If



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031446

355

1     she provided that piece of ID along with another piece of

2     non-photo ID, you would give discretion to a poll worker

3     to say, "That's not you.  I can't verify your identity

4     from the proof presented."

5                CHAIRMAN SMITH:  How does that change the

6     current law?

7                SPEAKER:  Because it's a presentment

8     standard and not a --

9                CHAIRMAN SMITH:  You're talking about the

10    Senate bill?

11               SPEAKER:  Yes, the bill we're talking about

12    today.

13               ALMA ALLEN:  My voter registration has no

14    Oliver on it at all.  So, they would be matching this with

15    that.  I would like to say one other thing.  (Inaudible)

16    it might be a good idea when registering a voter that we

17    have voter registration with your picture on it.  Why

18    can't we have voter registration with a picture?

19               CHAIRMAN SMITH:  The challenge is that you

20    can currently register by mail.  You just have to fill out

21    the card.  I don't think you guys -- I don't think anybody

22    on this panel wants to alter the ability of a voter to

23    simply register by mail from home.  You wouldn't want to

24    do that, would you?  And -- and so, you know, that's the

25    challenge because they are not going anywhere to register.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031447

356

1    They are doing it from home.

2              ALMA ALLEN:  You could grandfather, the

3    rest of us who have been registered 99 years.  Ongoing, we

4    could start with picture ID, change the format all

5    together.

6              CHAIRMAN SMITH:  The challenge is how you

7    do that while still allowing people to register from their

8    own living room.

9              ALMA ALLEN:  Now, if they can give you an

10   ID card --

11             CHAIRMAN SMITH:  If we want to require

12   people to go to some particular location in order to

13   register to vote, then we could probably make a photograph

14   a part of that process, but I don't think you would want

15   me to do that, nor would she.

16             ALMA ALLEN:  When I got my passport, I

17   didn't go anywhere.  I got my --

18             CHAIRMAN SMITH:  Well, we could require

19   that as a part of the registration process, that you also

20   provide a photograph of yourself.

21             ALMA ALLEN:  You could go on-line, you can

22   send your picture.  Somebody calls me and asks me for a

23   resume or a picture of myself, bang.

24             CHAIRMAN SMITH:  Would you support that

25   requiring people to submit a picture of them self along



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006090

TX_00031448

357

1    with their voter registration card?

2              JENIGH GARRETT:  Even for a passport

3    photograph, you have to pay for a passport photograph.

4              ALMA ALLEN:  That's an example of how it's

5    not that difficult to get a picture to wherever you want

6    to get a picture to.

7              JENIGH GARRETT:  I think that that's

8    something that I would need to analyze further.  My

9    initial reaction is no only because -- there's federal law

10   that governs the ability to register to vote in a lot of

11   different ways.

12             CHAIRMAN SMITH:  I just want to mention

13   that Representative Anchia brought up an article in the

14   Fort Worth Star Telegram and I remember having read it

15   and -- and, again, I think that article is an excellent

16   representation of the kinds of difficulties that can be

17   created by the Indiana voter registration, voter ID law,

18   but in the article itself which is trying to get this

19   identification document, it imitates that she submitted

20   her photo military identification, her Social Security

21   card, and other documents.

22             So, embedded within the article is proof

23   that this woman has the necessary documents in her

24   possession to vote under the Texas Senate bill.

25             SPEAKER:  Except that they were expired,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031449

358

1      Mr. Chairman.

2                  CHAIRMAN SMITH:  The Social Security card

3      was expired?

4                  SPEAKER:  No, sir, but the photo ID was.

5      It said she had to present two forms of non.

6                  CHAIRMAN SMITH:  The voter registration

7      card and the Social Security card is certainly sufficient.

8                  SPEAKER:  The other point I think this

9      article makes is that you need ID to get ID.  So, if she

10     just wanted to get photo ID so she would only have to

11     present one form of ID at the polls is what this -- what

12     this bill calls for as the standard, the main standard,

13     the it would have been very difficult for her to comply

14     with that before the election.  I think that's what this

15     case illustrates.

16                 CHAIRMAN SMITH:  Right.

17                 SPEAKER:  It takes ID to get ID.

18                 CHAIRMAN SMITH:  If you want the ID that

19     lets you vote with one piece of ID, there are problems.

20     I'll grant you that in this instance apparently this woman

21     was having some difficulty getting a photo ID, but I'm

22     simply making the point which I think is important that it

23     also proves that she had the documentation that would

24     allow her to vote under the non-photo identification

25     alternative that was present from the Senate bill and will



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031450

359

1         presumably also be present in the House bill.

2                    SPEAKER:  And all she has to do is

3         hope that she has it with her when she goes to vote.

4                    CHAIRMAN SMITH:  What people do when they

5         understand what the requirements are, and that is comply

6         because of a document that are readily available in her

7         possession.  Representative Linda Harper-Brown?

8              Q.  (By Representative Harper-Brown) Thank you,

9         Mr. Chairman.  Ms. Garrett, thank you so much for being

10        here today.  I want to tell you that I have always been

11        impressed with the work the NAACP has done in trying to

12        help minorities understand the various laws and to work to

13        improve the standing of minorities in this state and in

14        the nation.  And I wanted to ask you:  When you work on

15        these issues, do you work on them in multiple states or

16        are you with the national group or do you work on election

17        laws in other states or are you just focusing or working

18        here in Texas?

19             A.  Just to clarify, I'm with the NAACP Legal Defense

20        and Education Fund the LDF.  So, we are a national

21        organization.  We work on voting right laws throughout the

22        country.

23             Q.  Okay.  Did you work on the Georgia law?

24             A.  The NAACP (inaudible) in Georgia.

25             Q.  When did it pass, or when did it go into effect?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031451

360

1        A.  I think it was 2005, but it was right around the
2   time when I started.  The litigation was ongoing when I
3   actually arrived.
4        Q.  We keep talking about Indiana.  So, you didn't
5   actually work in Georgia, then, on that issue or had just
6   started?
7        A.  I had just started so I kind of jumped in, but I
8   never physically participated in the litigation.
9        Q.  The -- I was looking back at their statistics and
10  in their statistics that are on the Secretary of State's
11  website, in 2000 67 percent of female blacks voted,
12  registered voters, and 57 percent of the males.  In 2004,
13  70 percent of the female blacks voted and 66 percent of
14  the males.  In 2008, though, after this was implemented --
15  and I notice on the NAACP had a majority had an
16  announcement.  In 2008, though, 80 percent of black
17  females voted and 71 percent of black males and that was
18  after the law was in effect and the Supreme Court ruling
19  had come down on this -- on this law.
20               And so, it looks like the numbers have
21  increased in the number of people that have voted even
22  with this ID law in place.  And what the news release says
23  here is that the president of the Georgia NAACP had said
24  that although he's not happy about it, once that the --
25  the ruling had come down from the U.S. Supreme Court on



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031452

361

1   voter ID that he would be -- that his group would get out

2   and work now to educate people on -- around the state on

3   how to understand the rules.

4               So, I just wondered if you knew, with you

5   being with the legal defense fund, but I just wondered if

6   the NAACP is going to do the same thing if this bill

7   passes here in the State of Texas.

8       A.   I would leave that to the state (inaudible)

9   testify today on that issue, but I would like to make two

10  points.

11              First, it's my understanding that -- again,

12  a clarification of what happens here in Texas -- that the

13  NAACP gives its participation percentages based on actual

14  turnout versus actually casting a ballot.  I think that's

15  a distinction that has to be considered because we heard a

16  lot today about provisional ballots, provisional ballot

17  rejection rates, provisional ballot for a variety of

18  reasons and it's unclear whether that was taken into

19  consideration with the president's statement there, but

20  it's just in case you have to clarify whether or whether

21  or not it was relying on that as (inaudible)

22  participation.  Also taking into account the particular

23  circumstances surrounding the 2008 election into

24  consideration.  And I just said at least -- although I

25  wasn't on the ground in Georgia, I was on the ground in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031453

362

1    Indiana -- the saturation not just from the state but from

2    the political parties in that particular election and that

3    an election is not just a general election, but it's a

4    school board election and it's the county clerk election.

5    I'm not sure what you-all have in Texas or not.  It goes

6    all the way down to these very, very local elections that

7    impact on a local level how people live.  So, I would want

8    to take all that into consideration.

9        Q.  Well, I believe that this was actually in May of

10   2008 when the president announced that, and I don't know

11   when they hold their other elections in Georgia, but I

12   believe from his press release talking about trying to

13   educate all the voters in the state for all elections.

14       A.  (Inaudible).

15           CHAIRMAN SMITH:  Members, we are three

16   minutes passed the 30-minute allotted time for the record.

17       Q.  (By Representative Bohac) I wanted to say,

18   Jenigh, that your testimony has been outstanding.

19       A.  Thank you.

20       Q.  I actually could listen to you all day.  You've

21   done a great job.

22       A.  Thank you.

23       Q.  I did hear something earlier that I was going to

24   try to get your take on, and it was from one of the

25   witnesses -- and this will be my only question for you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031454

363

1          One of the witnesses before referenced the
2     former Mayor of Atlanta, Andrew Young, and said that he
3     believed that photo ID could actually be used to elevate a
4     society and that a photo ID can be used as a positive
5     effort to help lift people in society.  And I wanted to
6     see your take -- that was kind of an interesting take on
7     this whole photo ID argument, and I wanted to try and get
8     your take on his opinion.
9          A.  First, I'm not sure what context -- I come from a
10    legal background, so I would probably have to look at the
11    context of that.  I think that we did talk a little bit
12    about how -- and I think Representative Brown raised the
13    issue of photo ID and what photo IDs could do for society
14    in general.  However, I connected it to the right to vote
15    is where that aspiration kind of runs afoul of the
16    Constitutional spirit.
17              CHAIRMAN SMITH:  Any other questions,
18    members?  Thank you very much, Ms. Garrett.
19              JENIGH GARRETT:  Thank you, Chairman.
20              CHAIRMAN SMITH:  At this time, the chair
21    calls Wesley Tailor.  He's the Director of Elections
22    Division, Georgia Secretary of State, testifying -- he's
23    neutral on the bill.  Again, for the record -- I apologize
24    for being redundant -- please state your name and who you
25    represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031455

364

1              WESLEY TAILOR:  Yes, sir.  I've had the

2     pleasure of listening to many people do it before.  My

3     name is Wesley Tailor, and I am the elections division

4     director for the Secretary of State of Georgia.

5              Thank you-all for allowing me to address

6     you today.  I'm basically going to just discuss Georgia's

7     experience with photo ID.  I became the elections director

8     for the State of Georgia in April of last year, thrown

9     into the fire, if you will, right before an election.  And

10    fortunately, before that I served as general counsel to

11    the Secretary of State since March of 2007.

12              So, I will be focusing my discussion on

13    Georgia's most recent experience with photo ID, although I

14    will say that Georgia has had over a decade of experience

15    with some form of voter ID, much like what Texas has now

16    and what Texas will have in the future.

17              We enacted our current photo ID legislation

18    in 2006.  Currently we you allow six forms of photo

19    identification to be used at the polls -- a driver's

20    license, which actually can be either expired or valid

21    driver's license, a U.S. passport, a government employee

22    photo ID, a valid federal or state government photo ID, a

23    military photo ID, or a travel photo ID.

24              I will tell you about the -- we've had

25    about 16 elections since the implementation of this law in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006098

TX_00031456

365

1    August of 2007.  In Georgia we like to have elections, and

2    we've had many of them.  We've cast about 9 and a half

3    million ballots with the photo ID in place and my office

4    has received no complaints that anyone has been

5    disenfranchised or turned away from the polls because they

6    lacked a photo ID, and I think that's very telling based

7    on some of the discussions that have been had previously

8    today.

9                If a voter shows up at the polls, of

10   course, without a photo ID, they may cast a provisional

11   ballot and that will be counted if that individual shows

12   back up with a photo ID within two days following an

13   election.

14               In 2006 I heard some issues -- I'm trying

15   not to just talk about what everybody has talked about

16   previously.  In 2006, the DOJ, Department of Justice, did

17   pre-clear Georgia's photo ID law, much like it did in 1997

18   when the Department of Justice under then President Bill

19   Clinton pre-cleared Georgia's voter ID law which, as I

20   said, is very similar to Texas' current voter ID law and

21   the one being discussed here today.  Of course, the U.S.

22   Supreme Court has addressed all of the Constitutional

23   arguments in last year's Indiana case.

24               Georgia has had its own experience with

25   lawsuits over voter ID and photo ID.  I will tell you from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031457

366

1      that experience I know there's been some discussion of who

2      hadn't had a photo ID or who might not have a photo ID

3      that they can use.  We have had some of the most prominent

4      lawyers in the State of Georgia bring lawsuits against the

5      state making those same arguments, and yet still we have

6      not seen one individual who can actually say that they

7      have been adversely impacted by this law or that they

8      would have an undue burden placed upon them.

9              We have -- I heard -- I'm going to address

10     a couple of the arguments very quickly.  The one that I've

11     heard is in-person voter fraud doesn't occur and it's not

12     an issue.  I will tell you that as an elections

13     administrator I take my responsibility with respect to

14     voting very seriously.  I agree with anybody who has said

15     and everybody who has said it here today that voting is

16     the fundamental right and the foundation of our country

17     and Republic, that it's the core -- and I believe all of

18     us here take that at face value, that voting is the core

19     right upon which all other rights are based.

20             So, with respect to whether somebody can

21     vote or whether somebody else's vote is cancelled out

22     because of voter fraud, those are equal in my mind as an

23     elections administrator and you must look at them equally

24     and address both to the extent that you possibly can to

25     make sure that one doesn't cancel out the other or prevent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031458

367

1     somebody who otherwise is perfectly able to vote to be

2     able to cast their legitimate vote.

3              When you say that voter fraud doesn't

4     occur, Georgia has had its unfortunate share of election

5     fraud in the past.  As you heard, the nature of in-person

6     voter fraud makes it very difficult to deter and detect,

7     which does require some proactive measures in dealing with

8     voter fraud.  We've enforced our voter laws since August

9     of 2007 following a three-day bench trial by a Jimmy

10    Carter appointee in federal district court in Georgia, and

11    one of the interesting things that Judge Murphy stated in

12    his order which allowed Georgia to implement its photo ID

13    laws in August is that in a previous order the court

14    speculated that the photo ID requirement probably was not

15    even rationally related to the asserted justification of

16    preventing voter fraud.  That speculation, however, is not

17    binding on the court and, frankly, proved to be

18    inaccurate, which I find -- having litigated cases

19    before -- fascinating to have a judge actually write that

20    in an order, that he was wrong early on.

21             Argument 2 is that an undue burden is

22    placed on numerous voters.  As I've said, after four years

23    of lawsuits we haven't seen a single individual that has

24    come forward.  And, in fact, Judge Murphy again in an

25    order wrote, "Although plaintiffs claim to know people who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006101

TX_00031459

1    claim that they lack photo ID, plaintiffs have failed to

2    identify those individuals.  The failure to identify those

3    individuals is particularly acute in light of plaintiff's

4    contention that a large number of Georgia voters lack

5    acceptable photo ID."

6                   With respect to the facts and statistics, I

7    know you've heard or talked much about that.  Looking at

8    the 2008 general election, we had a 75 percent turnout for

9    active voters.  We have about 5.8 million registered

10   voters total in the State of Georgia, and we had

11   3.9 million votes cast and that was about 700,000 more

12   votes cast in the previous largest election we ever saw in

13   the State of Georgia.

14                   The interesting part about that is that

15   Georgia allows for no excuse in-person absentee voting,

16   allows for in-person voting on election day, and it allows

17   for no excuse voting by mail.  We saw 92 percent in the

18   general election choose to cast their vote in person.  So,

19   only 8 percent -- in fact, less than 8 percent chose to

20   vote by mail.  And that was true for the runoff, as well,

21   because we did have a runoff.  We received about 80,000

22   more new voter registration applications in 2008 as

23   compared to 2004 when we did not have photo ID in place.

24   In the presidential preference primary we also saw a

25   historic turnout of more than 1 million voters than we had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006102

369

1    ever had in a presidential preference primary before and

2    that, again, with photo ID in place.

3              With respect to minority, elderly, and

4    female voters which I have heard some people bringing up

5    those are the individuals who might be most affected by

6    voter ID or a photo ID requirement, if you compare 2004 to

7    2008, Georgia saw a -- with respect to Hispanic Latino

8    voters, we saw 140 percent increase in turnout in 2008 and

9    that was just compared to a population increase of about

10   71 percent during 2008.  African-American vote increased

11   by 42 percent.  The white vote increased by about

12   8 percent, and the 65 and older increased by about

13   24 percent all, again, with photo ID requirement in place.

14             One last thing that I will point out is

15   that I heard earlier that photo ID is described to favor

16   potentially one party over another.  In Georgia, the

17   voters did cast their votes in the presidential race for

18   Senator McCain.  However, our sitting incumbent, Senator

19   Wright, was forced into a runoff in a very close race with

20   his Democratic opponent very close behind.  So, we have

21   not seen that be an issue either.  I'll be happy to

22   address --

23        Q.   (By Chairman Smith) I just want to make sure.

24   You said your program was very similar to what they

25   propose in Texas.  Do you require a photo ID?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006103

TX_00031461

370

1      A.  Yes, sir.  I was talking about our previous voter

2   ID that we've had in place since '97.

3      Q.  Currently you do require photo ID?

4      A.  We require photo ID.

5      Q.  If you don't have a photo ID, then you must cast

6   a provisional ballot?

7      A.  Yes, sir.

8      Q.  There's no alternative in your law for providing

9   non-photographic identification documents; is that

10  correct?

11     A.  That is correct.

12     Q.  Okay.  And you talked about the fact with all

13  these ballots cast there's no complaints.

14          Do you have any way to quantify on a

15  statewide level how many provisional ballots are being

16  cast and the process by which you determine whether those

17  votes count or do not count?

18     A.  Yes, sir, I can.  I can talk about the

19  presidential preference primary, and I can talk about the

20  general election, whatever you prefer.

21     Q.  Refer to both.

22     A.  Well, I can talk about both.  Let me start out

23  with the presidential preference primary.  We had about

24  7541 total provisional ballots cast.  Of those, 409 --

25     Q.  7500?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031462

371

1      A.  7500, yes, sir.  Of those, 409 were because the

2   individual lacked a photo ID.

3      Q.  Okay.

4      A.  That's about point 00019 percent of the total

5   votes cast in the presidential preference primary.

6      Q.  In the recent Obama elections?

7      A.  Yes, sir, in 2008.

8      Q.  And 7500 provisional ballots out of how many

9   total votes cast?

10     A.  We had 2.2 million.

11     Q.  What's the total population of the state?

12     A.  Over 9 million.

13     Q.  You said how many were provisional due to lack of

14  ID?

15     A.  409.

16     Q.  What was the result of those ballots?  Were any

17  of those counted?

18     A.  Yes, sir.  155 returned.

19     Q.  155 were not counted?

20     A.  No, were counted.

21     Q.  And what's the standard that you use to determine

22  which ones count?

23     A.  Well, you have to show back up with a valid ID

24  within two days following an election.

25     Q.  And then the rest were not counted because they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031463

372

1    chose not to return?

2         A.   Correct.

3         Q.   So, by requiring people to show back up, you've

4    got something approaching approximately a third of those

5    counting?

6         A.   That's right.

7         Q.   You would agree with me that as Florida does it

8    where the vote counts automatically unless sort of a board

9    determines by majority vote that the signatures are not of

10   the same person flips that so that a much greater

11   percentage of those provisional ballots will count if you

12   opted for that procedure?  You may not know.

13        A.   I don't know.  I couldn't extrapolate, but it

14   sounded like theirs did, but he didn't even have the

15   numbers for me.

16             CHAIRMAN SMITH:  Okay.  Representative --

17        A.   I'm sorry.  Did you want to know about the

18   general election, too?

19        Q.   (By Chairman Smith) Yeah, go ahead.

20        A.   In the general election we had 3.9 million total

21   votes cast.  We had 17,366 provisional ballots cast total.

22   Of those, 1181 were because the individual did not have

23   photo ID.

24        Q.   How many of those were counted?

25        A.   308.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031464

373

1          Q.  308 counted?

2          A.  Yes, sir.  And since you had asked previously,

3     the number of provisional ballots, that's about point

4     0003 percent of the total votes cast.

5          Q.  That was not counted?

6          A.  That were just provisional ballots.

7          Q.  But the number that was not counted would be

8     something smaller than that?

9          A.  Yes.

10         Q.  And the numbers you gave us earlier -- that was

11    the general election.  The numbers you gave us earlier

12    were what?

13         A.  The presidential preference primary.

14              CHAIRMAN SMITH:  Yes, Representative Bohac?

15         Q.  (By Representative Bohac) Mr. Tailor, I find your

16    testimony as equally compelling as Jenigh's.  This is

17    almost a perfect scientific experiment that you're

18    bringing before this body.  It really is.  So, thank you

19    for coming here.

20              Really three questions for you.  Number

21    one, did you just testify that 92 percent of Georgians

22    vote in person or voted in person even though you have

23    what we would consider vote laws that are pretty liberal?

24         A.  Yes.

25         Q.  92 percent voted in person?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006107

TX_00031465

374

1          A.  Yes.

2          Q.  So, a little -- so, these provisional ballot

3     numbers that you gave us that were cast are really

4     interesting in light of the sheer number of people that

5     voted in person.

6                   Here's my second question.  What do you do

7     in case of a name mismatch like we heard Dr. Allen testify

8     a moment ago that her license may say Alma misspelled, but

9     on the other hand she goes by Dr. Alma Allen.

10                  How would you-all treat that in Georgia?

11         A.  Well, we actually have change of name forms that

12    people use when they come to the poll.  So, they will

13    actually do a change of name form even when they are

14    voting.  That's one of the things that folks do quite

15    often, actually.  I will say also in this past election,

16    especially in the general election, there was a

17    significant voter registration drive, so to speak.  We

18    handed out out of our office about 2 million voter

19    registration applications, and what we found is

20    percentage-wise the new voter registration applications

21    didn't increase but we did get a lot of folks changing --

22    updating their information, changing their names, changing

23    their addresses, whatever needed to occur to update their

24    information.

25         Q.  So, in this case, would that vote count in case



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031466

375

1    of a name mismatch?

2         A.   Sure.  I mean, you could -- obviously it would be

3    whether the individual can be matched and whether the

4    individual could be verified, but most of the time I would

5    see no issue with that.

6         Q.   And then, thirdly, you said of the 12 elections

7    that you-all have been through -- that you-all have held

8    there have been no reports, not one of disenfranchisement

9    as a result of Georgia's voter ID law?

10        A.   No, sir.  If I said 12, I misspoke.  We've

11   actually had 16.  We just had one in March.

12        Q.   I would say, Mr. Tailor, there's hysteria on both

13   sides of this issue and your testimony for me has been

14   very mainstream because we looked at it more

15   scientifically and tried to remove the emotion.

16             So, I want to thank you for coming to our

17   state and testifying.  I've never heard you before, I've

18   never seen you before, and your testimony has been truly

19   compelling and thank you for that.

20        A.   Thank you.

21        Q.   (By Representative Bonnen) Just a couple quick

22   questions.  I was using some Georgia numbers earlier and

23   one of the comments or retorts -- I think it was a fair

24   one -- well, it's fair in that I think we would agree

25   there are a number of reasons why voter turnout goes up or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006109

TX_00031467

376

1    down.  But the interesting question left to ponder the

2    witness left was, yes, I know turnout was up and I know

3    the African-American population went way up in Georgia and

4    all, but had voter ID not existed, we only know how much

5    further it would've even gone up.  I'm asking you somewhat

6    to speculate, but I actually think based on the numbers

7    you may not have to.

8             Do you have any information or any fact

9    basis or anything you can share with us that would

10   indicate one direction or the other as to whether voter ID

11   had an impact on reducing the turnout not only of

12   African-Americans but of any voters in Georgia or not?

13   Other than the obvious data of the actual turnout itself.

14        A.  Right.  I'm an elections administrator.  I'm not

15   a mathematician.  I haven't studied any of that, but I

16   will just say that I don't know whether photo ID increases

17   voter turnout.  I just don't know that to be the case; but

18   the nice part in administering the law that was passed by

19   the legislature and signed into law by the governor is

20   that I haven't seen any evidence that it has been an undue

21   burden on anybody to comply.  That's the one thing I can

22   say.

23        Q.  Do the numbers make sense to you in Georgia in

24   that -- well, you know them, so I don't need to repeat to

25   you, but the significant increase in the African-American



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031468

377

1      vote in the '08 election.

2                  Is there any reason for you to speculate

3      that had voter ID not existed that it would have been an

4      even greater increase?

5          A.  Based on the numbers that have been talked about

6      today, I just don't know how.  I mean, we had -- as I say,

7      the overall voter turnout was about 75 percent of the

8      active registered voters.  So, with the numbers that I had

9      heard earlier, I haven't looked at specifically for

10     African-Americans or Hispanic Latino or anything.  But

11     just based on those, I don't know how, especially if you

12     look at historic turnout numbers.

13         Q.  Right.  What is the average historic turnout in

14     Georgia?

15         A.  It's right in that mid Seventies.

16         Q.  Is it?

17         A.  Yes, sir.  We're talking about general elections.

18                  REPRESENTATIVE BOHAC:  Right.  Thank you

19     very much.  Appreciate your time.

20                  CHAIRMAN SMITH:  Any other questions?

21     Representative Anchia?

22         Q.  (By Representative Anchia) Thank you, Mr. Tailor.

23     Thank you for being here today.  I wanted to talk to you a

24     little bit about the numbers that you gave us and have you

25     articulate.  To make it easy, let's just talk about the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006111

TX_00031469

378

```
1      general election numbers.
2          A.  Yes, sir.
3          Q.  3.9 -- and I want to make sure I wrote them down
4      correctly.  3.9 million voters in the general in Georgia?
5          A.  Right.
6          Q.  17,366 provisionals?
7          A.  Yes.
8          Q.  Of those provisionals, 1,181 were for no ID?
9          A.  Correct.
10         Q.  Of those, 308 were counted because people were
11     able to come back; is that right?
12         A.  Correct.  I don't know about "were able," but
13     they decided to come back, yes.
14         Q.  Okay.  In some cases, they may not have been able
15     during the two-day period.  Right?
16         A.  We just don't know.
17         Q.  Have you reached out to any of the people who
18     didn't have ID and didn't come back within the two-day
19     period?  Have you done anything systematic?
20         A.  Actually what we did is before the general
21     election, in getting ready for the general election and
22     every election before that when photo ID went into effect,
23     anybody who voted a provisional ballot and didn't come
24     back, we actually mailed them a letter that said, "Hey,
25     not sure why you didn't, but just so you know, photo ID is
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006112

TX_00031470

379

1    required.  Here's how you can get one," and we did an
2    active reach-out to those folks.
3        Q.  Is that a requirement that you send them that
4    letter?
5        A.  No.
6        Q.  Thank you.  After any of the elections have you
7    studied the reasons why people may not have come back?
8        A.  No, sir, we have not.
9        Q.  You send them a letter, and I think it's good to
10   inform them of the requirement and use it as an education
11   opportunity, but you haven't looked at the reasons why in
12   this case maybe 800 people -- a little more than 800
13   people didn't come back?
14       A.  Right.
15       Q.  Okay.  Okay.  Would you characterize any of those
16   800 people as disenfranchised?
17       A.  No, sir.
18       Q.  Why not?
19       A.  Well, disenfranchising -- in fact, I've heard
20   that word passed around.  That's actually to deprive the
21   rights of citizenship, especially the right to vote, and
22   none of these individuals were deprived the right to vote.
23   In fact, they were able to cast a vote on election day and
24   they had to ability to either come back or to not come
25   back.  They chose one way or the other.  And also in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031471

380

1    Georgia, don't forget, we have the absolute right to cast

2    a mail-in ballot with no photo ID requirement.  So, no,

3    these individuals were not disenfranchised.

4         Q.  But their vote was not counted.  So, you had

5    about 800 or so people whose vote was not counted because

6    they didn't return to present some form of ID?

7         A.  Yes.

8         Q.  Otherwise, they had no other infirmity than that.

9    Right?  They were citizens of the United States, they were

10   validly registered.  They had no ID.  Is that the fact

11   pattern that we're looking at there?  They didn't have the

12   requisite ID, let's say that, to be fair.

13        A.  They did not have the requisite ID.  Whether they

14   were eligible, all of the other issues, I just don't know

15   at this point in time, but I do know that was the issue.

16        Q.  Would you think that the law would disenfranchise

17   people -- if the Georgia law did not have the two-day

18   return opportunity, would you then call it

19   disenfranchisement if people were not able to come back

20   and remedy that situation?

21        A.  Well, again, it depends on --

22        Q.  In this case, 1181.  If Georgia did not have the

23   ability to come back, a two-day window, would you say that

24   those people that were disenfranchised, that 1181?

25        A.  Well, except for provisional ballots are a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006114

TX_00031472

381

1      federal requirement.  So, I don't think there's any way

2      that you couldn't allow somebody to vote provisionally in

3      a federal election.

4          Q.  But the fact that their ballots were not counted

5      as regular ballots if they did not have the opportunity to

6      return, would you consider that disenfranchisement?

7          A.  In the -- I'll have to think about that,

8      actually, because I just haven't given that hypothetical

9      consideration.

10                  Are you taking away the no excuse absentee

11     voting by mail?

12         Q.  Yes.  Let's say that's also, as well.

13         A.  I just have to think about that.

14         Q.  So, no -- so, you can't vote absentee, no excuse,

15     and you don't have the ability to come back.

16         A.  I guess I have a problem -- let me ask you this.

17     I'm trying to figure out what the idea of

18     disenfranchisement and how far you go with it because

19     voting at a precinct, if somebody can't get to the

20     precinct and can't vote absentee, that's a requirement,

21     and would that be considered disenfranchisement?

22         Q.  Certainly their vote didn't cast.  I would argue

23     that we have this inalienable right and we have -- we

24     should have the ability to cast that vote and every

25     obstacle or combination of obstacles that limits that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031473

1          increases or decreases the potential for

2          disenfranchisement.  I wouldn't say it's one thing.

3          Specifically things in combination.  And our policy

4          balance here is, you know, access to the franchise.  This

5          is articulated in Carter/Ford and Carter/Baker versus

6          potential obstacles for voting.  That's the balance.  And

7          on balance I would say the more requirements that you put

8          out there, the less opportunity an individual is going to

9          have to exercise the franchise.  In the past it was a poll

10         tax or it was white-only elections.  Those were all

11         obstacles that limited the free exercise of

12         African-Americans or literacy tests for Hispanics, for

13         example, from exercising their franchise.  I would say

14         that goes toward disenfranchising, for example.

15              A.  I will agree with you on those, absolutely.

16              Q.  So, the reason I asked you about the no excuse

17         election plus the no ability to come back -- your

18         testimony is that you're in favor of the Frazier bill,

19         correct?

20              A.  Actually, I'm really here just to testify about

21         Georgia's experience with photo ID.

22              Q.  Is it on the bill or in favor of the bill?

23              A.  It's neutral.

24              Q.  Okay.  Good.  I'm glad to hear that because the

25         Frazier bill doesn't include any opportunity to come back,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

383

1    right, and we also in Texas don't have a no excuse mail-in
2    ballot policy.  So, I mean, in that sense it is -- it
3    would be difficult because once you cast a provisional
4    under the Frazier bill there's no ability to come back and
5    remedy it is my understanding.  So, I'm glad we were able
6    to flesh that piece out.
7             Can i talk to you a little bit about how
8    you run your elections?
9        A.  Go for it.  I'm sorry.  Yes.
10       Q.  No, no.  I really appreciate the casual colloquy.
11   Among lawyers it's okay, I think.  One little, quick
12   thing.
13            You talked about the fact that we dispensed
14   with all the Constitutional arguments on voter ID.  Is
15   that accurate?
16       A.  The facial --
17       Q.  As lawyers, it's important to distinguish.  I
18   think somebody else said it today.  (Inaudible) ruled
19   Constitutional, but there is a difference between facial
20   and misapplied.  Right?
21       A.  Of course.
22       Q.  And the Supreme Court has left open the question
23   whether these photo ID laws are Constitutional as applied?
24       A.  Sure.
25       Q.  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006117

384

1          A.   I'm sorry.  And that's why it's important, at

2     least for me, that we've had 16 elections and haven't had

3     anybody come forward.  So, at least on the facial

4     challenge that's been dealt with hopefully as applied at

5     least thus far in the State of Georgia.  We've had a good

6     experience.

7          Q.   And we might differ in our interpretation of the

8     800 or so people that didn't have their provisional vote

9     counted.  It's clearly your testimony that those folks are

10    not disenfranchised.  I might take a different approach

11    and that's where we might disagree, but what I really want

12    to get at is stuff that we'd agree on.  The spirit of

13    Carter/Baker and its predecessor Carter/Ford was to,

14    again, balance the franchise with access to ID -- excuse

15    me -- security with access to the franchise?

16         A.   Yes, sir.

17         Q.   So, how much did Georgia spend to get people free

18    identification?  Do you recall the numbers on that?

19         A.   I know generally, yes, sir.  Except for on the

20    identification itself, it was -- I'm not sure exactly the

21    number on the identification itself, but on education

22    efforts I know we've spent over a million dollars.

23         Q.   Okay.  Is that per anum, or was that up front?

24         A.   No, sir.  That was a specific allocation by the

25    legislature, the Georgia legislature, to educate the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006118

385

1      population about the requirements.

2          Q.  And what about -- sorry.  Texas has 25 million

3      people.  How big is Georgia?

4          A.  A little over 9.

5          Q.  Was that just for voter education?  Did you spend

6      any other amount on poll worker training?

7          A.  Well, poll workers actually have to be trained

8      before every election in Georgia, which means they have a

9      lot of training.  Everybody can tell from the number of

10     elections.  So, that's built in.  We also have --

11         Q.  And what's that on an annual basis from general

12     revenue?

13         A.  The state doesn't spend -- that's all done at the

14     county level.

15         Q.  That's all at the county?  The state doesn't

16     subsidize the county at all?  It doesn't give them

17     elections money?  Do you know how much that is if you

18     aggregate the counties?

19         A.  I do not.  I will say, though, that on the state

20     level we did produce -- we did actually develop a photo

21     identification on-line training course that poll workers

22     had to take and were required to take in order to become

23     familiar with photo ID requirements.

24         Q.  And you also have mobile buses that travel the

25     state providing IDs; is that right?  Did you have mobile



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031477

1    ID centers?

2        A.  In theory.  I'm not sure that actually ever

3    materialized.

4        Q.  Never materialized?

5        A.  Yes, sir.

6        Q.  Because that's one of the suggestions.  It's not

7    a recommendation, but they gave -- there's a for instance

8    in Carter/Baker that says you can do these mobile units

9    and I was wondering if you-all included that in your

10   outreach to folks to get them IDs.

11       A.  We did not, no, sir.

12       Q.  Okay.  Let's see.  How much did you spend in

13   voter registration?  I'm talking three pockets of money.

14   First one was getting people IDs, the second one was to

15   train folks, and the third bucket of money would be just

16   on voter registration, getting new people registered in

17   the system.

18               How much do you spend on an annual basis

19   for that?

20       A.  Well, we spend millions on the voter registration

21   system itself.  If you're talking about the voter

22   registration system --

23       Q.  I'm talking about outreach, voter registration.

24   How much do you-all spend per anum on that?

25       A.  That would have been included in some of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031478

387

1    photo ID.  We would have been talking about get

2    registered, get your photo ID.

3         Q.  Okay.  So, you didn't aggregate the cost of

4    getting people free ID, for example, from the bucket of

5    money that is for voter education from the bucket of money

6    that is outreach to get people registered?

7         A.  I just don't know it off the top of my head.

8         Q.  Okay.  Is there a tension between no excuse

9    mail-in ballot and having a photo ID at the polls from a

10   philosophical perspective?  You talked about your

11   experience with voter fraud generally.

12              Was that experience with mail-in ballot

13   fraud?

14        A.  For the most part.

15        Q.  Okay.  For the most part?

16        A.  In my experience -- I will be honest.  As an

17   administrator, I haven't seen a whole lot of fraud yet, of

18   course.  It's been in place -- I've been here doing this

19   since photo ID went into place.

20        Q.  So, you've spent all your time with photo ID?

21        A.  Yes.

22        Q.  Most of it, based on your experience, has been in

23   mail-in ballot fraud?

24        A.  The cases I have seen have been prior to this

25   administration and to the current Secretary of State and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006121

TX_00031479

388

1    my role.  So -- but I have seen some mail-in ballot fraud.

2    Yes, sir.  In fact, we had a case that we just tried last

3    week.

4        Q.  What are some of the things that you do in your

5    mail-in ballot system to avoid fraud?  What are some of

6    the systemic controls that you have in place?

7        A.  Sure.  Actually, we did this a bit piecemeal, as

8    well.  Photo ID was passed in 2006.  It was enjoined by

9    the same federal judge that I quoted earlier twice.  So,

10   he had enjoined it until 2007 when the trial happened, but

11   in the meantime, working with the state legislature, we

12   passed a triple signature check on absentee ballots,

13   mail-in absentee ballots.  So, registrars have to actually

14   compare the signature on the voter registration

15   application to the signature on the absentee ballot

16   application to the signature on the absentee ballot

17   itself.  So, you have to actually check to make sure all

18   of those signatures --

19       Q.  Three times?

20       A.  Yes, sir.  We also made absentee ballot fraud a

21   felony.  Surprisingly enough -- you may or may not find

22   this surprising.  Prior to the current Secretary of State

23   coming into office, mail-in voter fraud was a misdemeanor.

24   In-person voter fraud was a felony.  So, voter fraud is

25   voter fraud regardless of whether it occurs by mail or in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006122

TX_00031480

389

1    person.  So, we increased that to felony status and also

2    we vigorously investigate any allegations of fraud.

3          Q.  Okay.  This is my last question.  I want to make

4    sure you're testifying on the bill, not in favor of the

5    bill as a resource witness, correct?

6          A.  Yes, sir.

7          Q.  And none of your testimony speaks to any study

8    that you've done as to the Texas system or how it might

9    impact Latinos or African-Americans in Texas, correct?

10         A.  I can only give you my experience in Georgia.

11               REPRESENTATIVE ANCHIA:  Thank you.  I

12   appreciate your testimony.

13               CHAIRMAN SMITH:  Representative Brown?

14         Q.  (By Representative Harper-Brown) I'll be very,

15   very brief.  You haven't really addressed the

16   pre-clearance required -- provides -- required by the

17   Department of Justice.

18         A.  Yes, ma'am.

19         Q.  And I think you might address the fact that Texas

20   is pretty much in the same category that Georgia is.  So,

21   rather than compare us to Indiana, it would make more

22   sense for us to compare our experience to yours in that we

23   don't have (inaudible), as well.

24               Would you like to address that, what you

25   had to do?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006123

390

1          A.  I would be happy to.  We did have to submit this.

2     Georgia is subject to Section 5 of the Voting Rights Act,

3     unfortunately, for its past practices before 1965.  So,

4     yes, we do have to pre-clear all changes in voting

5     statutes, voting laws.  We did pre-clear the current photo

6     ID law in 2006, and we submitted the normal submission --

7     the attorney general's office actually makes those

8     submissions, but -- but it was just the normal

9     information.  We've now had, I want to say, experience

10    with photo ID and we haven't seen any issues with

11    application thus far on -- to show any retrogressive

12    effect or undue burden on minorities in the state of

13    Georgia.  Like I said before, back in 1997 we passed a

14    voter ID requirement that is similar to Texas', and that

15    was passed by a Democratic legislature with a Democrat as

16    the governor of the State of Georgia and it was

17    pre-cleared by the then President Clinton's Department of

18    Justice.

19         Q.  How long was it from the time that you -- the AG

20    submitted the pre-clearance material and the time the bill

21    could actually begin?

22         A.  Well, we had the -- we also had to contend with

23    numerous lawsuits that were filed and the facial

24    challenges to the law.  And so, Judge Murphy actually

25    enjoined the law in the meantime.  So, it never went into



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006124

391

1    effect actually until August of 2007, but the

2    pre-clearance side of things didn't take any longer than

3    the normal time period, I believe, which is about 60 days

4    unless they ask for additional information, which would

5    then increase it to another 60 days after the State of

6    Texas answers the questions or sent their information.

7         Q.  So, then, after that time period is up, you're

8    kind of on probation for a while?  Or when you said that

9    "we had no problems," is there a period of time that you

10   have to prove yourself?

11        A.  No, ma'am.

12        Q.  Okay.

13        A.  They either interpose an objection at the

14   beginning, or they do not.  "They" being the Department of

15   Justice.

16             REPRESENTATIVE HARPER-BROWN:  Thank you.

17        Q.  (By Chairman Smith) Just to be clear as a

18   follow-up there, how long was it between the point in time

19   when the bill passed and the point in time the bill went

20   into effect?

21        A.  The legislature in Georgia is in January to

22   usually April, and it would have passed in 2006 and the

23   injunctions lasted until August of 2007.

24        Q.  Okay.  So, it passed from when -- do you know

25   when in 2006, somewhere --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031483

392

1          A.  April is a good --

2          Q.  April of '06 to August of '07?

3          A.  Yes.

4          Q.  Okay.  And -- and that was as a result of the

5     pre-clearance time through the Clinton Justice Departments

6     and -- is that --

7          A.  No, sir.

8          Q.  Did you not say Clinton?

9          A.  That was for '97.  This one went with Bush

10    Department of Justice.

11         Q.  That would make sense.  Were you referring to

12    something that did happen during the Clinton --

13         A.  Yes, sir.  That was the previous -- we used to

14    require 14 forms of ID starting in 1997.

15         Q.  Do you have any knowledge yourself about how that

16    time -- if you choose -- might have been -- the state can

17    choose to have us pre-cleared through the Washington, D.C.

18    Court of Appeals?

19         A.  The district court.

20         Q.  The district court?

21         A.  I believe so.

22         Q.  Okay.  Do you know if it takes longer for that

23    process, or is it presumably the same period of time?

24         A.  I would be speculating and talking on hearsay on

25    that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031484

393

1          SPEAKER:  Mr. Chair, we have a resource

2    witness that could speak to that.  Toby Moore, I think,

3    was with DOJ.

4          Q.  (By Chairman Smith) I just want to make a map

5    point here.  We've heard testimony before from the state

6    of Florida.  You're providing testimony for the State of

7    Georgia.  Both of these have card -- mandatory photo ID

8    requirements.

9               Is it fair to presume in your judgment that

10   if Georgia, instead of implementing a hard photo

11   identification requirement had implemented a requirement

12   like the one proposed in Centerville where it provides a

13   photo identification or your voter registration card and

14   one of these lists of non-photo identification documents

15   that the number of -- of provisional ballots would be less

16   with that alternative non-photo requirement available to

17   you than it would be with a hard photo requirement?

18        A.  I don't know that that's true.

19        Q.  Okay.

20        A.  I really don't.  Like I say, we've had some form

21   of voter ID requirement in place since '97, and I can't go

22   back and look at the provisional statistics from previous

23   elections because we started to collect it and require the

24   counties to actually report that to the Secretary of

25   State, but I don't know that that's correct.  I imagine,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031485

394

1    you know -- I just don't know.

2        Q.  So, you don't necessarily presume by providing

3    simply an additional alternative that is not available in

4    your law that that reduces the number of provisional

5    ballots?

6        A.  It certainly would make sense, but I --

7        Q.  You don't know?

8        A.  No, sir.

9        Q.  Okay.  What we do know is that you provided us

10   with statistics indicated that in your system 900 votes

11   didn't count with 3.9 million cast.  Under Florida, there

12   were 8.3 million cast and there were 394 that did not

13   count.  So, they had twice as many more voters and the

14   number of votes was reduced by somewhere between --

15   approximately 40 percent.  Instead of 900, it's 394

16   presumably because of the difference in the way that they

17   handle their provisional ballots in terms of how it is

18   determined whether it counts or whether it doesn't count.

19            So, if your vote total of 3.9 million had

20   been more like Florida's vote total of 8.3 million, then

21   roughly presumably if the same proportions apply, you

22   would have had about 2,000 voters not counted under a -- a

23   provisional ballot system which does not allow a similar

24   signature to make the vote automatically count, which you

25   require for the voter to do something affirmatively within



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031486

395

1          a finite period of time.  Right?

2                    SPEAKER:  Object as compound.  I'm sorry.

3          Q.   (By Chairman Smith) I would think that if your

4     voter turnout had increased to 8.3 million that the number

5     of votes not counted would have increased proportionately

6     to approximately 2,000.

7          A.   I would hate -- this is why I was hoping to stick

8     with what we had and what I saw in Georgia and what we've

9     experienced.  I would hate to speculate as to what would

10    happen.  Sure, you can do the math and extrapolate and

11    multiply it by two, but I can only tell you what we

12    experienced.

13         Q.   Okay.  I just wanted to indicate that on the

14    record that if you do that math and you extrapolate it out

15    and you assume if you double the turnout with Florida the

16    number of votes that did not count would double, then

17    roughly the difference between the number of votes that

18    are not counted in Georgia with the same turnout as

19    Florida with the same turnout drops from about 2,000 to

20    394 on 8.3 million cast because of the difference in the

21    way that they handle the provisional ballots.  I'm simply

22    trying to point out there's evidence -- there's a

23    substantial difference in the number of votes that are not

24    counted if you handle those signatures one way, which is

25    the point made in the U.S. Supreme Court and why those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031487

396

1          three more liberal justices expressed a strong preference

2          for the Florida law in terms of how they handle the

3          provisional ballot.

4              A.  Actually, we had one of those dissenting judges

5          point to Georgia's law as actually one that he could stand

6          behind, as well.

7              Q.  I don't recall the basis of that.

8              A.  It was because of how we provide for provisional

9          ballots and how we count those, as well.

10             Q.  He liked yours much better than he liked

11         Indiana's?

12             A.  Apparently.

13                     CHAIRMAN SMITH:  All right.  Okay.

14         Representative Heflin?

15             Q.  (By Representative Heflin) Just so I'm clear.

16         So, in '97 you did a voter identification law and then in

17         '05, '06 at some point in time you did a photo ID law that

18         was enacted in '07?

19             A.  Correct.

20             Q.  That's what you've been operating under for the

21         last 16 elections.  Why do you have so many elections?  I

22         just had to ask.

23             A.  I asked that, too.  I guess we just like

24         elections.

25             Q.  Okay.  And so, you've been there since '07?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031488

397

1        A.  Yes, sir.

2        Q.  Based on what you know -- this may have been

3   already asked and answered.  So, as far as instances of

4   voter -- allegations of voter fraud or voter

5   impersonation, you've basically been clear.  Is that what

6   you would say?

7        A.  As far as I know, I'm not aware of any.  I will

8   say that our enforcement side is actually done by an

9   inspector general who is also under the Secretary of

10  State, but I do the administration of the elections and

11  she does the enforcement of the election law.  So, if

12  there are cases independent that she is aware of, she may

13  be aware of something that I am not.

14       Q.  One of the provisions you did do is you raised it

15  to a felony grade offense on mail-in ballots?

16       A.  Yes, sir.

17            REPRESENTATIVE HEFLIN:  Thank you.

18            CHAIRMAN SMITH:  Just for the record, we're

19  four minutes over.  Take that into consideration, if you

20  would, Representative Bohac.

21       Q.  (By Representative Bohac) This will be very

22  quick.  Do you have early voting in person?

23       A.  Yes, sir.

24       Q.  How many days does that last?

25       A.  45.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006131

TX_00031489

398

1          Q.  45 days?

2          A.  Yes, sir.  It's actually the exact same -- and

3     this is something that we enacted last year, actually, or

4     the legislature enacted last year.  It corresponds with

5     the number of days for mail-in ballots.

6          Q.  I've been trying to get to this 92 percent

7     figure.  So, I've been trying to get around to it, and I

8     think that probably helped me understand this 92 percent

9     figure because I've just been shell shocked by that

10    figure.

11              I want to talk to you now real quick about

12    the -- what level of a felony is the ballot by mail?

13         A.  You're talking about a felony grade?  Well, in

14    Georgia we don't do felony grades for the most part.  You

15    have a specified sentence in terms of money or years, but

16    a felony is a felony.

17         Q.  Tell me what that is in Georgia, if you know.

18    How many days in jail?

19         A.  I think it's five years and $100,000, along those

20    lines.  Up to.

21         Q.  Okay.  And then finally -- and this is the last

22    portion of my question.

23              Prior to moving to voter ID, you still had

24    provisional ballots that was in effect prior to moving

25    photo ID, correct?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006132

399

1    A.  Yes.

2    Q.  How many provisional ballots as a percent of the

3    total ballots cast -- I know the hour is late.

4              What I'm trying to get at, is your

5    provisional ballots roughly the same as they were before

6    photo ID when they were just merely voter ID as opposed to

7    photo ID or do you know the answer?

8    A.  I knew from the start of your question you were

9    going to ask me that, and I don't know.  I'm sorry.  I

10   don't know what off the top of my head.  I will say that

11   most of our statistics are right up on our website, on the

12   Secretary of State's website in Georgia, but I don't know

13   that.

14   Q.  Thank you.  I've been to Peachtree City in

15   Georgia many, many times.  I love your state.  So, thank

16   you.

17             CHAIRMAN SMITH:  Representative Heflin?

18   Q.  (By Representative Heflin) One more quick

19   question.  I have to ask this.  I'll spend an extra minute

20   tonight.  So, in the last two years you've had 720 days of

21   early voting going on.  So, the last two years you've

22   basically been early voting all but 10 days?

23   A.  Well, I say 45.  It's 45 for general elections

24   and general primaries.  Special elections is a shorter

25   period of time.  But for the general elections and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006133

400

1    generally primaries, that's 45 days.

2         Q.  I like early voting.

3         A.  Our voters do, too.  I do, too.  We had more than

4    half of our votes cast early.

5              REPRESENTATIVE HEFLIN:  Thank you.

6         Q.  (By Chairman Smith) Is there any way for you to

7    describe for us the extent of the locations, the early

8    voting locations throughout the state?

9         A.  Sure.  Well, Georgia is like Texas.  We like our

10   counties.  I think we're the second most after Texas with

11   159.  All of those counties have a voter registration

12   office or an elections office.  So, each county would have

13   at least one location which would be the election office

14   or registrar's office.  In our major metropolitan

15   counties, they could have as many as seven early voting

16   centers interspersed around the county.  Many with five,

17   four, three.

18        Q.  What are the hours -- do you know what hours the

19   polls are open?

20        A.  In Georgia and I think in Texas elections are

21   administered actually by the county elections officials,

22   especially the general election.  So, they get to set

23   their hours that they are open, but they can vary from

24   normal business -- they have to be open at least normal

25   business hours of the county.  Some counties, the week



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031492

401

1    before an election or even the two weeks before will open

2    up their offices, say, 7:00 to 7:00 or 8:00 to 7:00, what

3    have you.

4            Q.  Up to the county?

5            A.  Yes, sir.

6                    CHAIRMAN SMITH:  Any other questions,

7    members?  Thank you very much.  Appreciate it.

8                    WESLEY TAILOR:  Appreciate it.

9                        (End of Volume 2.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006135

TX_00031493

                                                              402

1               REPORTER'S CERTIFICATE

2               COMMITTEE ON ELECTIONS

3                    April 6, 209

4

5        I, Shauna Foreman, Certified Shorthand Reporter

6    in and for the State of Texas, hereby certify to the

7    following:

8        That the above transcript of the meeting is a

9    true record of the testimony given to the best of my

10   ability, having been transcribed from videotape;

11        That a copy of this certificate was served on

12   all parties and/or the witness shown herein on

13   _____.

14        I further certify that pursuant to FRCP Rule

15   30(f)(1), the signature of the deponent:

16        ____was requested by the deponent or a party

17   before the completion of the deposition and that the

18   signature is to be before any notary public and returned

19   within 30 days (or _____ days, per agreement of counsel)

20   from date of receipt of the transcript.  If returned, the

21   attached Changes and Signature page contains any changes

22   and the reasons therefor;

23        _____was not requested by the deponent or a

24   party before the completion of the deposition;

25        I further certify that I am neither counsel for,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006136

TX_00031494

403

1     related to, nor employed by any parties or attorneys in the

2     action in which this testimony is taken, and further that

3     I am not financially or otherwise interested in the outcome

4     of this action.

5          Certified to by me on this the 15th day

6     of April, 2012.

7

8                              *Shauna Foreman*

9                              Shauna Foreman, CSR

                               Texas CSR 3786

10                             Expiration:  12/31/2012

                               Esquire Deposition Solutions

11                             1001 McKinney, Suite 805

                               Houston, Texas 77002

12                             Tel. (713)524-4600

                               Firm No. 03

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                      April 6, 2009

| A | | | | |
|---|---|---|---|---|
| **AARP** | 335:23 | 336:18 | 368:9 377:8 | **administered** |
| 287:19 302:6 | 346:23 | 339:14 | 379:2 | 400:21 |
| **Abbott** | 348:3 | 368:5 | **activities** | **administe...** |
| 262:5,24 | 351:12 | **accepted** | 283:15 | 376:18 |
| 263:12 | 354:12 | 316:7 | **activity** | **administr...** |
| 265:6,6 | 367:1,2 | **access** | 333:17 | 353:3 |
| 266:9 | 378:11,12 | 264:1 275:24 | **actual** | **administr...** |
| 270:17 | 378:14 | 326:22 | 258:19 268:6 | 277:3 387:25 |
| 271:1,8 | 379:23 | 327:23 | 361:13 | 397:10 |
| 281:13 | 380:19 | 332:7 337:9 | 376:13 | **administr...** |
| 284:14 | 383:5 | 348:4,18 | **acute** | 278:13 |
| 285:20 | **abolish** | 350:22 | 368:3 | **administr...** |
| 286:14,15 | 291:7 | 382:4 | **ad** | 366:13,23 |
| 286:24 | **abolished** | 384:14,15 | 298:3 | 376:14 |
| 289:9 | 291:1,4 | **account** | **add** | 387:17 |
| 293:22 | 329:15 | 310:20 | 345:12 | **administr...** |
| 294:10 | **abolishing** | 346:25 | **addition** | 264:9 |
| 297:10 | 331:12 | 347:7,20 | 350:12,24 | **admit** |
| 299:18,20 | **absence** | 361:22 | 353:6 | 260:4,4 |
| **Abbott's** | 340:16 | **accumulated** | **additional** | 291:9 |
| 268:9 271:12 | **absentee** | 333:11 | 258:24 286:6 | **admitted** |
| **abilities** | 368:15 | **accurate** | 307:5 | 257:12,14 |
| 285:22 | 381:10,14 | 383:15 | 316:14 | 259:18 |
| **ability** | 381:20 | **accused** | 336:4 | 260:8 269:2 |
| 249:15,20 | 388:12,13 | 299:12 | 340:22 | 269:3 |
| 250:8 | 388:15,16 | **accuser** | 346:1 391:4 | 298:16 |
| 298:10 | 388:20 | 304:9 | 394:3 | 301:25 |
| 300:14 | **absolute** | **achieving** | **address** | **adopt** |
| 333:24 | 380:1 | 332:5 | 277:9,13 | 320:11,14 |
| 350:8 | **absolutely** | **acknowled...** | 290:1 332:4 | 337:9 |
| 355:22 | 261:7 266:17 | 279:1 | 336:23 | **adopted** |
| 357:10 | 266:19 | **Act** | 341:2 | 320:19 |
| 379:24 | 274:20 | 255:15,23 | 344:20 | 351:10 |
| 380:23 | 276:21 | 256:3,9 | 345:4,18,24 | **adoption** |
| 381:15,24 | 288:13,16 | 257:14 | 346:9,21 | 332:22 |
| 382:17 | 290:23 | 268:25 | 364:5 366:9 | **advance** |
| 383:4 | 299:14 | 277:21 | 366:24 | 327:14 |
| 402:10 | 302:18 | 305:17,22 | 369:22 | 341:22 |
| **able** | 303:3 | 332:19 | 389:19,24 | **adverse** |
| 249:4,9 | 382:15 | 390:2 | **addressed** | 309:18 |
| 262:11 | **academic** | **action** | 339:25 341:3 | 315:16 |
| 295:12 | 297:8 | 254:23 283:6 | 365:22 | **adversely** |
| 299:22 | **accept** | 403:2,4 | 389:15 | 289:5 334:21 |
| 313:12 | 256:16 | **actions** | **addresses** | 366:7 |
| 326:8,15,15 | 289:11 | 255:14 | 374:23 | **advertise** |
| 328:15 | 322:22 | 289:12 | **adequate** | 298:6 |
| 333:14 | **acceptable** | 300:16 | 275:24 335:5 | **affect** |
|  | 258:11 328:8 | **active** | 338:15 |  |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031496

```
  261:16          aftermath       257:9,11,19     329:23          357:4 374:8
  288:14          334:3            270:15,18      354:8,13        374:9
affidavit         afternoon        271:19         355:13          alter
290:23            331:6            272:6          356:2,9,16      354:21,22
  346:16,16       AG               402:19         356:21          355:22
affirmation       390:19          AG's           357:4 374:7     alternative
330:11            age              299:17         374:9           326:13
affirmati...      252:25            301:13,13     alleviate        358:25
394:25            agency          ahead          345:19           370:8
affirmed          277:5 339:19     253:21        allocation       393:16
259:8 275:13      339:21           270:20        384:24           394:3
  282:19          aggregate        331:1 345:6   allotted         alters
affluent          385:18 387:3     372:19        285:13          297:3
332:24            ago             aimed           362:16         amazed
afford            260:16           256:13        allow           272:18
276:6,18          264:10          air            251:2 285:16    amazing
  280:13          272:7           260:23 303:9    286:2          284:23
afoul             325:17           303:10         358:24         ambiguity
363:15            348:20          airplane        364:18         249:1
African           353:10           322:1,2        381:2          Amendment
282:5 322:11      374:8           aisle           394:23        329:14
  345:10          agree            250:11,12     allowed         Amendments
African-A...      271:5 273:23    Al             248:14         332:18
257:10            295:9,13         259:12         260:16         America
  297:14          311:14          Alabama         262:22        305:17,22
  298:23,24       314:22           329:16         282:17         American
  303:16,17       315:13          Alabee          284:22        324:3
  306:14,16       316:17,18        354:11         367:12         Americans
  306:22          318:12          allegation     allowing       282:5 308:8
  323:22          344:25           299:10         356:7 364:5     322:10,11
  324:2           348:11           315:18        allows           322:19
  331:13          349:1,10,20     allegations     272:1 320:16    323:1
  338:11          350:1            297:13 299:2    368:15,16       345:11
  352:1           351:16           299:8          368:16        amount
  369:10          366:14           300:20,20     alluded         300:14 385:6
  376:3,25        372:7            300:23         311:11         analysis
African-A...      375:24           389:2 397:4   all-white       307:1,9
302:25            382:15          alleged        281:25           313:8 333:1
  322:15,25       384:12           256:24        Alma           analyst
  323:7 331:9    agreed            268:14        274:14         304:6,17
  334:19          255:8 257:7      269:6          316:21,23     analyze
  352:14,17       257:17,23        303:11,13      317:5,8,11     307:20 357:8
  352:18,20       269:14          Allen           327:17        analyzed
  353:7           270:22           274:14         329:23        306:2 307:10
  376:12          271:1            316:20,21      354:8,10      Anchia
  377:10          280:22           316:23         355:13        310:9,10
  382:12          282:16           317:5,8,11     356:2,9,16      314:10
  389:9          agreement         327:17         356:21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031497

351:20,21
357:13
377:21,22
389:11
**Andrew**
363:2
**and/or**
331:12
336:21
352:13
402:12
**Anglo**
323:1
**Anglos**
322:14
**announce**
286:4
**announced**
362:10
**announcement**
360:16
**annual**
258:4 385:11
386:18
**answer**
248:15
274:12
321:3 324:1
327:1
354:19
399:7
**answered**
397:3
**answers**
391:6
**anticipate**
249:15,23
**anum**
384:23
386:24
**anybody**
250:16 265:8
303:23
350:4 354:3
355:21
366:14
376:21
378:23

384:3
**anymore**
352:7
**apartment**
344:22
**apologize**
261:6 264:12
264:14
363:23
**apparently**
264:24
358:20
396:12
**appeals**
279:17
296:10,11
392:18
**appear**
298:15 311:1
**appeared**
338:12
**appears**
258:22 322:4
327:10
337:7
**appellate**
287:5
**applicant**
256:19
**application**
255:11
334:15
388:15,16
390:11
**applications**
256:17,21
257:1,2,15
257:18
262:10
291:7 298:9
298:11,12
298:14,17
298:19
368:22
374:19,20
**applied**
383:23 384:4
**applies**

351:18
**apply**
281:19
394:21
**applying**
349:22
**appointee**
367:10
**appointees**
279:14
**appreciate**
278:25 282:9
288:19
293:19
304:2 330:4
351:2
377:19
383:10
389:12
401:7,8
**approach**
384:10
**approaching**
372:4
**appropriate**
257:25
313:15
326:11,12
326:16
**approved**
257:8 278:7
**approves**
315:3
**approxima...**
372:4 394:15
395:6
**April**
247:10,21
248:7,8
364:8
391:22
392:1,2
402:3 403:6
**arbitrary**
257:3
**arguably**
279:13
**argue**

350:4 381:22
**argument**
363:7 367:21
**arguments**
365:23 366:5
366:10
383:14
**Arizona**
312:16 315:9
315:9
**arose**
262:6
**arrived**
360:3
**article**
357:13,15,18
357:22
358:9
**articulate**
377:25
**articulated**
382:5
**ascertain**
321:25
**aside**
350:6
**asked**
249:6 251:24
266:5
270:14
298:18
301:12
311:25
339:3 340:3
352:4 373:2
382:16
396:23
397:3
**asking**
253:14
271:12
299:15,17
301:7
319:19
327:10
376:5
**asks**
356:22

**aspects**
256:4 348:15
348:23
**aspiration**
363:15
**assert**
308:4
**asserted**
367:15
**assertion**
315:18
**assist**
274:17
**assistant**
331:4
**assisted**
262:5
**Associate**
305:1
**assume**
326:7 395:15
**assuming**
327:15 347:7
**assumption**
252:2
**assurances**
254:20,23
**assured**
264:7 301:14
**Atlanta**
363:2
**ATM**
334:7
**attached**
248:13
402:21
**attempt**
308:19
**attempting**
255:24 259:4
261:17
293:1
333:18
**attended**
299:3
**attending**
338:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031498

Hearing - Volume 2                                    April 6, 2009

attention
289:22
attorney
254:19,24
 255:6
 258:21
 262:4,13,14
 263:3,9,22
 265:3,11
 266:8,11,16
 267:5 268:1
 268:9
 269:19,20
 269:21
 270:17
 271:17,22
 272:4,8,25
 273:5,6,13
 273:22
 274:3,10,23
 282:24
 283:9,10,21
 283:23,24
 284:8,14,20
 285:7
 291:11
 292:25
 294:10
 297:17
 299:6
 300:10
 301:8,21
 390:7
attorneys
255:21
 275:11
 279:24
 280:10
 334:17,24
 403:1
attorney's
274:7 298:18
 298:20,21
audience
340:2
August
270:25 365:1
 367:8,13

391:1,23
392:2
Austin
265:7 273:16
authority
267:25 268:1
 271:21
 283:4,6
 284:16
 300:10,14
authorized
257:3
automatic...
372:8 394:24
available
248:21
 271:25
 326:24
 335:7
 340:17
 359:6
 393:16
 394:3
average
377:13
avoid
388:5
aware
280:24 281:3
 281:4
 287:19
 299:5,7,10
 311:4
 312:19,21
 321:7
 351:22
 397:7,12,13
A&M
275:7

_____
         B
back
252:24
 253:15
 269:15
 271:25
 272:2,13
 283:19

285:7,19
291:23,25
292:2,9,13
293:14
300:22
313:5
316:13
317:14
339:16
360:9
365:12
371:23
372:3
378:11,13
378:18,24
379:7,13,24
379:25
380:19,23
381:15
382:17,25
383:4
390:13
393:22
background
281:21
 363:10
bad
264:20
 284:23
 285:3 291:6
 312:18
baffled
284:17,19
balance
305:23 382:4
 382:6,7
 384:14
ball
329:18
Ballard
275:8,9,14
 275:15
ballot
261:20,23
 299:7,8
 303:2 315:9
 335:1,10,13
 335:15

336:1,5
337:10
344:3
346:18
361:14,16
361:17
365:11
370:6 374:2
378:23
380:2 383:2
387:9,12,23
388:1,5,15
388:16,20
394:23
396:3
398:12
ballots
257:21 262:9
 265:9
 334:22
 335:4,6,8
 335:17,21
 335:22
 336:6,7
 337:4
 361:16
 365:3
 370:13,15
 370:24
 371:8,16
 372:11,21
 373:3,6
 380:25
 381:4,5
 388:12,13
 393:15
 394:5,17
 395:21
 396:9
 397:15
 398:5,24
 399:2,3,5
bang
356:23
bank
346:25 347:7
 347:20
barely

258:21 263:2
 263:7 285:3
barrier
351:9
barriers
255:5 256:12
 256:15
base
282:6
based
254:20 271:6
 275:19,20
 291:15
 312:5
 313:12
 319:1,17
 336:9 343:1
 347:11
 361:13
 365:6
 366:19
 376:6 377:5
 377:11
 387:22
 397:2
basically
274:1 309:10
 309:10
 310:13,19
 311:24
 318:5 329:1
 364:6 397:5
 399:22
basis
337:7 354:7
 354:17
 376:9
 385:11
 386:18
 396:7
bearing
351:19
becoming
255:5
began
275:8
beginning
272:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031499

```
    274:22            402:9           328:4 330:8      331:15           263:16
    391:14        bet                 339:16           343:25           264:22
beholden              313:19          340:23           345:7            274:13
    300:8        better               341:12           360:16,17        277:15
beings                266:15          343:3,14,17    blacks             282:8,9
    324:20            275:15          344:15           294:18           285:16,18
believe              280:1            347:25           328:16           286:12
    249:5 252:7      281:18           349:23           360:11,13        289:8
    253:21           289:11           355:10,11      blame              290:13,14
    266:25           290:20           357:24           284:20           292:21
    267:4            320:9            358:12,25      blaming            293:25
    269:23           321:15,24        359:1 361:6      268:1            294:6,9,14
    280:18           323:3            363:23         blanket            294:22
    284:11           396:10           365:18           337:14           337:17
    285:19       Betty                382:18,22      Bled               375:21
    288:3,22         353:16           382:22,25        262:15       books
    292:17       beyond               383:4 389:4   Bledsoe             329:20,21
    308:5            285:14           389:5           262:2,3,3,14  born
    309:25           300:11           390:20           285:19           353:24,25
    314:7        big                  391:19,19        294:7        bothering
    318:22           319:22,24,24  bills             board              287:15
    325:24           320:4 385:3      261:4            260:17       bothers
    333:16       bill             binding             270:24           294:2
    340:10           248:3 249:8      367:17           362:4 372:8  bottom
    352:13           250:18       birth             body               308:22
    353:24           254:6,11,13      333:23           332:11       box
    362:9,12         258:22           338:25           373:18           261:20,23
    366:17           260:15           339:4 352:4   Bohac              303:2
    391:3            264:8            352:19,19        362:17           337:10
    392:21           267:15,16        352:20,22        373:14,15    boxes
believed             272:1            352:23,25        377:18           261:14
    255:10 363:3     275:17           353:2,7         397:20,21   Brennan
believes             276:19           354:8,9,10   bond               280:21 310:2
    250:16           277:4 279:5  bit                 259:20,25        311:11
bench                279:6 288:8      287:3,7,22       260:10       Brennan's
    367:9            289:15,25        293:13           262:23           310:1
beneath              290:7            308:15           266:21       brief
    333:22           291:18           342:4,8          270:1,9,9        328:8 389:15
beneficial           292:17           363:11           270:21      bring
    284:17           295:10           377:24           300:6            277:4,4
benefit              296:17,18        383:7 388:7  bonds              337:2
    350:7            297:6        black                266:21           338:25
bent                 302:21           255:3,9          269:21,22        366:4
    304:10           304:12           260:11,12        270:8        bringing
Bessie               313:6,6,7,8      260:15           272:22,23        369:4 373:18
    351:22           313:9,10,11      298:25           278:23      broken
best                 326:10           299:13        Bonnen             290:12
    308:2 311:21     327:21,25        303:1,9,25       261:24      brought
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

278:20
326:14
352:4,6,8
357:13
**brown**
252:22
299:13
363:12
389:13
**browns**
294:18
**Brown's**
353:16
**bubbles**
293:24
**bucket**
386:15 387:4
387:5
**budget**
276:17
**building**
301:20
**built**
260:21
278:23,23
278:24
385:10
**bunch**
321:21
**burden**
296:22 305:1
305:12
333:6 334:2
336:7
337:12
350:16,18
352:16
366:8
367:21
376:21
390:12
**burdens**
296:24
332:20
**burdensome**
335:12
**Bureau**
296:20 305:6

305:10
**Burman**
249:3
**buses**
385:24
**Bush**
279:14
293:11
392:9
**business**
400:24,25

─── C ───

**calculate**
312:8
**call**
265:17,20
266:2,15
273:17,22
274:3 292:3
299:17
330:6
337:13
380:18
**called**
260:22
265:15,21
266:1
270:24
273:6
330:13
338:10
339:3
**calls**
248:2 266:4
266:6
273:18
298:7 304:6
356:22
358:12
363:21
**Campaign**
255:7,13
**campus**
255:4 258:5
276:23
282:1
298:25

338:25
**cancel**
366:25
**cancelled**
366:21
**candidates**
287:11
**candidly**
284:17
**capacity**
324:21
**card**
325:7 328:6
339:1,17
343:8 347:2
347:4,7
350:12,24
352:9
355:21
356:10
357:1,21
358:2,7,7
393:7,13
**cards**
262:20,21,22
264:3,9
267:1
276:12
305:7 334:7
337:18
350:13
**care**
321:18
324:14
327:6
**cared**
259:14
**carefully**
332:12
**carry**
326:22
**cars**
334:6
**Carter**
367:10
**Carter/Baker**
382:5 384:13
386:8

**Carter/Ford**
382:5 384:13
**case**
253:10 258:7
268:2,7
274:22
280:6 287:3
291:21
299:16,25
319:7
326:10
351:22
352:13
358:15
361:20
365:23
374:7,25,25
376:17
379:12
380:22
388:2
**cases**
279:25
306:18
331:12
333:2
367:18
378:14
387:24
397:12
**cash**
347:9,10,13
**cashes**
347:22
**cashing**
347:19
**cast**
257:21
259:25
295:12
335:1,13
339:8 343:2
344:3 365:2
365:10
367:2
368:11,12
368:18
369:17

370:5,13,16
370:24
371:5,9
372:21,21
373:4 374:3
379:23
380:1
381:22,24
383:3
394:11,12
395:20
399:3 400:4
**casting**
297:4 334:22
361:14
**casual**
383:10
**catch**
292:8
**category**
389:20
**cause**
287:20 292:4
346:23
**center**
255:7,14
280:21
297:25
304:17
311:11
313:12
**centers**
386:1 400:16
**Centerville**
393:12
**certain**
284:13
321:19
323:2
324:22
332:1
**certainly**
250:20 251:6
275:1
276:22
281:17
282:2
305:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

330:17
339:20,25
343:20
358:7
381:22
394:6
**certificate**
333:23
338:25
339:4
342:13,15
342:16,18
352:4,23,25
353:2 354:8
354:10,10
402:1,11
**certificates**
352:19,21,22
353:8
**Certified**
402:5 403:5
**certify**
402:6,14,25
**cetera**
341:3 350:15
352:20
**chair**
248:1 304:5
330:5
363:20
393:1
**chairman**
248:1,4
249:3,10
251:13,16
252:5,12,14
252:15,16
253:2,4,7
253:20
254:5,8
277:16
282:7
285:11,25
286:12
287:8
288:18,21
290:6,14
294:25

295:2,4
296:6,9,13
302:3 304:1
304:5,14,18
308:13,14
310:8
314:12
316:19
317:3,7,9
317:14
325:15
329:24
330:3,5,9
330:16,20
330:22,25
343:11,22
344:8,10
345:17
346:19
349:11,18
353:12
354:16,25
355:5,9,19
356:6,11,18
356:24
357:12
358:1,2,6
358:16,18
359:4,9
362:15
363:17,19
363:20
369:23
372:16,19
373:14
377:20
389:13
391:17
393:4 395:3
396:13
397:18
399:17
400:6 401:6
**challenge**
284:18,19
355:19,25
356:6 384:4
**challenges**

337:12
390:24
**champion**
289:9
**chance**
288:20 302:4
**change**
280:25 281:1
281:4,5
295:16,18
295:25
316:8,9,11
341:23
343:4,15
354:22
355:5 356:4
374:11,13
**changed**
268:22
295:20
**changes**
256:11
257:12
277:18
281:16
307:10
341:25
390:4
402:21,21
**changing**
374:21,22,22
**character**
299:24
**characterize**
379:15
**charge**
273:1,2
**charged**
346:2
**charges**
264:4 283:12
290:24,24
293:6
301:23
**charging**
293:10
**Charleston**
248:2 253:25

254:2,3,7,9
254:9
274:14
304:2
**cheat**
261:19,19
320:17
**cheating**
293:9
**check**
347:8,8,10
347:19,22
388:12,17
**checks**
347:12,14
**Chief**
296:1
**child**
333:19
**children**
279:23 328:4
**choice**
279:16
**choke**
289:19,19
**choose**
279:6 368:18
392:16,17
**chose**
368:19 372:1
379:25
**Chronicle**
298:15
**Chuck**
275:8,9,13
275:14
**cigarettes**
333:13
**circulated**
249:11
**circumsta...**
352:18 353:6
361:23
**cite**
312:23
**cited**
287:7

**citizen**
346:4
**citizens**
297:14,14
301:8 328:2
328:23
332:11,25
334:5 337:3
346:6 348:5
380:9
**citizenship**
379:21
**city**
262:8 270:23
271:2 272:2
272:4 277:6
277:8
279:10
399:14
**civil**
259:19 285:8
294:15
**civilized**
295:5,6
**claim**
263:22
270:13
367:25
368:1
**claimed**
264:18
267:14
**claims**
267:10,13
311:9
**clarifica...**
330:10
343:19
361:12
**clarify**
248:5 263:20
273:7
300:18
359:19
361:20
**class**
258:23
276:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031502

```
   291:25            coding           383:4 384:3      354:3 402:2      365:4
   292:10            310:19           comes            committees       370:13
classes              colleague        253:10 330:9     252:22           completely
342:20,21            306:2            comfort          common           277:17
classific...         colleagues       333:19           287:20           completion
310:20               307:19 308:4     343:24           common-sense     402:17,24
classified           collect          344:4,5          308:11           comply
315:5                393:23           comforted        communities      335:24
clear                college          279:20           324:17           358:13
258:11               281:20,20,23     coming           334:20           359:5
   268:16            282:2            321:24 330:3     336:16,17         376:21
   273:11            291:24           343:22           community        compound
   340:1             314:15           373:19           289:1,2,4        395:2
   391:17            338:4            375:16           301:5            concentra...
   396:15         colloquy            388:23           324:10           307:14
   397:5             383:10           comment          company          concern
clearly              combination      252:15,21        330:13           281:19,22
249:13,16            381:25 382:3     282:11,13        compare          343:3
   251:23         combine            282:18           316:1 369:6       344:12,14
   252:1 258:7       291:8            285:4 295:5      388:14           344:17,19
   384:9          come                325:20           389:21,22        344:25
clerk                254:10 267:5     353:15           compared         345:9,12
362:4                267:8            commented        306:21           346:8,11,13
Clinton              273:20           305:9            309:25           concerned
365:19 392:5         289:23,24        comments         328:20           256:4 259:11
392:8,12             292:13           251:13 263:9     336:16,19        260:1
Clinton's            297:18,24        263:20           368:23           267:10
390:17               297:25           302:23           369:9            278:4
clock                301:17           375:23           compares         279:13
253:22               303:18,24        commissio...     309:21           302:25
   308:13            317:16           290:25           comparing        303:1,4,23
close                319:5 326:1      committed        310:5 314:24      319:15
286:18               328:4            290:20           315:20,22        322:25
   327:12            329:20           committee        323:10           342:2
   333:7,8           330:19           247:9 248:5      comparison       concerns
   353:11            347:25           248:6,7,15       314:23           295:10
   369:19,20         354:18           249:3,6          323:12           345:19,23
closed               360:19,25        250:2,21,23     compelling        349:20,23
291:1,5              363:9            250:25           287:12           351:3,13
   339:6             367:24           251:6            373:16           conclude
clothe               374:12           252:18           375:19           249:17
333:25               378:11,13        253:9            complains        310:22
clue                 378:18,23        259:10           253:23           311:8
324:16               379:7,13,24      286:1            complaint        concluded
coaches              379:24           288:20           290:24           255:14 305:2
264:19               380:19,23        304:19           complaints       concluding
coaching             381:15           317:18           255:16           308:22
264:20               382:17,25        353:12           301:13           conclusion
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

248:21
308:22
309:5 311:1
311:2
313:23
315:14,25
condition
303:9
conditioning
260:23
303:10
conduct
269:6
conference
293:11
confidence
275:21
278:10
confident
280:7
confused
261:25 272:7
300:4
confusion
276:15
285:21
Congress
305:17
Congressi...
331:14
Congressw...
274:17
connected
363:14
connecting
274:18
consensus
252:19
consent
257:6,16
258:2
268:21
269:1,12
283:14
consequence
279:21
consequences

259:16
conservative
304:8
consider
309:22
324:20
336:10
373:23
381:6
considera...
286:7,9
302:8 327:3
340:24
361:19,24
362:8 381:9
397:19
considera...
348:9
considered
308:1 361:15
381:21
considering
254:14
258:13
337:8
consistently
312:21
consolidate
276:7
constant
259:9
constantly
276:2 297:23
constituents
350:17,18,25
Constitution
329:13,14
332:18
Constitut...
351:5 363:16
365:22
383:14,19
383:23
construction
259:20
260:10,20
260:23
construed

304:21 318:1
contact
268:4 274:7
333:7
contacted
254:24 255:7
265:4
contains
339:18
402:21
contend
390:22
contention
322:12 368:4
context
274:5 294:8
333:3,5,21
334:2,5
363:9,11
continue
280:13
continues
345:11
continuing
255:22
contradicts
287:7
control
312:3,4
controlled
311:21
controller
308:3
controlling
310:6
controls
307:24 388:6
controversy
311:9
convenience
249:20 250:2
conversation
262:16 294:5
324:25
convinced
288:11,14
coordinate

258:3
copies
298:9,14
301:17,19
copy
253:8 314:13
339:4 352:4
402:11
core
366:17,18
correct
252:7 266:12
266:24
267:25
269:24
284:1
304:12
309:5
312:15
315:11,23
370:10,11
372:2 378:9
378:12
382:19
389:5,9
393:25
396:19
398:25
corrected
280:17 311:2
315:8
340:20
342:9 343:7
correctly
378:4
corresponds
398:4
corrupted
320:16
cost
280:9,12,13
327:18
387:3
costly
323:18
counsel
255:9 331:4
364:10

402:19,25
count
330:21
335:10
336:5
370:17,17
371:22
372:11
374:25
394:11,13
394:18,24
395:16
396:9
counted
335:15,19
339:9
365:11
371:17,19
371:20,25
372:24
373:1,5,7
378:10
380:4,5
381:4 384:9
394:22
395:5,18,24
counties
275:23 289:5
289:20
291:14
307:11,14
307:16,17
334:20
349:14,14
385:18
393:24
400:10,11
400:15,25
counting
372:5
country
250:5 277:20
331:17
353:11
359:22
366:16
counts
315:3 372:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031504

Hearing - Volume 2
April 6, 2009

394:18
**county**
248:2 253:7
253:12,14
254:4,10,17
255:14,24
256:3,8,12
256:25
257:2,8,11
257:14,17
257:19,23
258:3,7,20
259:9,18,18
260:8 261:6
261:18,21
262:12,21
263:11,19
263:21
264:2,12,14
269:1,3,17
276:1,4,16
276:16,22
277:2,3,6,8
277:12
278:16,18
278:18,19
278:20,24
281:8 282:3
282:3
284:11
285:7
289:17
290:25,25
291:8,14
293:2,6
297:18
298:16
299:4
300:18,19
301:7 303:6
303:7,19,21
303:21
307:7
335:10,14
335:20
345:11,13
351:23
352:3,5,6

352:11
362:4
385:14,15
385:16
400:12,16
400:21,25
401:4
**County's**
256:4
**couple**
260:16
288:20
295:3
297:11
300:7
329:17
366:10
375:21
**course**
291:24 326:9
328:17
337:11
339:20
365:10,21
383:21
385:21
387:18
**court**
257:9 259:8
271:11,12
271:15,15
271:23
275:13,13
278:8
279:17,24
280:4,6
281:14
282:19
291:1 296:4
296:9,9,11
296:14
314:3
324:15
328:25
333:4,20
348:20
360:18,25
365:22

367:10,13
367:17
383:22
392:18,19
392:20
395:25
**courthouse**
352:6
**courts**
278:1
**Court's**
304:24 329:7
**co-author**
306:2
**co-sign**
347:12,16
**Craig**
275:10
**Crawford**
304:24
**created**
325:25
357:17
**creates**
342:20,20
**creating**
276:14
331:12
**criminal**
264:3,8
269:6,10
283:5,8,12
283:13,15
285:10
290:24,24
291:12
292:25
293:1,6
297:22
300:15,17
300:19
301:13,22
301:23
303:12
**criticisms**
351:15,17
**Crown**
335:14

**CSR**
403:9,9
**cumbersome**
323:18
**current**
281:1 295:18
312:6
331:25
337:3
342:10,13
343:13,16
346:12
355:6
364:17
365:20
387:25
388:22
390:5
**currently**
295:15,22
327:25
338:5 342:4
354:17
355:20
364:18
370:3
**cut**
286:23
**cuts**
286:20,21
**cutting**
294:13

**D**

**DA**
253:14,14
264:12,14
**dad's**
353:17
**Dallas**
253:7,12,13
261:11
**damage**
280:20
**data**
307:7,20
336:13
376:13

**date**
249:6 339:10
341:2 345:4
402:20
**David**
304:4,6,16
316:25
317:1
318:10,17
**day**
257:21
262:20
266:13,14
269:8,12
280:5
288:21
298:13,15
301:2 326:2
332:2 339:9
349:17
362:20
368:16
379:23
403:5
**days**
257:18 263:1
315:4
335:11
365:12
371:24
391:3,5
397:24
398:1,5,18
399:20,22
400:1
402:19,19
**deal**
249:1 253:10
280:2
319:22,24
319:24
320:4 327:5
354:20
**dealing**
265:5 367:7
**deals**
261:12 285:9
**dealt**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031505

Hearing - Volume 2

April 6, 2009

414

286:17
354:6 384:4
**death**
334:6
**debate**
311:6 329:5
**decade**
364:14
**decades**
331:10
**December**
257:24
**decide**
279:4
**decided**
267:18 274:2
378:13
**decides**
327:11
**decision**
274:6 282:12
282:19
283:3
304:24
329:8
339:11
342:25
**decisions**
295:11 344:2
354:23
**declined**
272:22,22
**decorum**
295:7,7
**decreases**
382:1
**decree**
257:7 268:21
269:1,12,13
283:15
**deeply**
254:15
**defend**
294:4
**defending**
331:13
**defense**

303:18,24
330:7 331:4
359:19
361:5
**defer**
252:25
**definitely**
277:1 339:12
342:9
**degree**
269:9,13
278:10
**Delaware**
307:19
308:25
**delivery**
261:13 277:7
339:6
**delve**
324:19
**demand**
266:13
**democracy**
332:6,9
334:9
**Democrat**
284:11
286:25
390:15
**Democratic**
249:7 250:11
250:15
284:6
287:10,12
369:20
390:15
**Democrats**
251:9,18,22
251:23
307:17
**demonstrate**
337:12
**demonstrated**
334:3 335:3
**denied**
259:6 263:11
297:14,15
298:1,5

**deny**
293:3 337:9
344:24
**denying**
272:21
344:20
**department**
249:9 253:10
254:19
255:19
256:2,6,24
257:7
259:17
265:2,4,5
267:12,14
267:18,20
268:3,4,6
268:15,16
269:8,11
270:2,4,12
271:1,5
274:18,25
276:25
278:2,8,11
279:8,14,16
280:8,12,20
283:7,14
285:9
300:13
310:2 325:6
352:10
365:16,18
389:17
390:17
391:14
392:10
**departmental**
255:21
**Departments**
392:5
**depends**
312:14 319:6
380:21
**deponent**
402:15,16,23
**deposition**
253:6,8,11
402:17,24

403:10
**depressed**
334:11
**deprive**
379:20
**deprived**
351:6 379:22
**deputy**
256:15,17,19
256:22
257:25
258:5
**describe**
350:15 400:7
**described**
344:4 369:15
**designed**
335:4
**desire**
250:25
285:17
308:6
**desperately**
310:4
**destroy**
333:10,12
**destroyed**
352:5
**detailed**
254:21
**details**
269:14
**detect**
367:6
**deter**
367:6
**determina...**
341:7 343:9
**determine**
289:25 309:8
315:14,17
334:18
370:16
371:21
**determined**
332:16 350:1
394:18

**determines**
372:9
**deterred**
259:4
**develop**
257:23
385:20
**developing**
331:19
**devote**
287:12
**Dewayne**
248:2 253:25
254:2,3,7,9
254:9
**differ**
384:7
**difference**
343:13
383:19
394:16
395:17,20
395:23
**differences**
322:20
**different**
277:14
286:13
293:17
297:22
333:3,4
341:17
342:19,20
342:21
345:1
346:11
350:17
353:4 354:5
357:11
384:10
**differently**
345:1 353:21
353:22
**difficult**
257:4 259:5
298:4
311:17,19
325:3,4,5,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031506

| | | | | |
|---|---|---|---|---|
| 349:17<br>352:16<br>357:5<br>358:13<br>367:6 383:3<br>**difficulties**<br>357:16<br>**difficulty**<br>334:22<br>346:10<br>358:22<br>**digits**<br>314:1<br>**direction**<br>276:22 277:1<br>312:22,24<br>376:10<br>**director**<br>363:21 364:4<br>364:7<br>**disagree**<br>279:18 342:8<br>384:11<br>**disappear**<br>311:3 312:16<br>315:12<br>**disappears**<br>310:21<br>**discourage**<br>292:5,6,18<br>332:8<br>**discouraged**<br>287:14<br>**discretion**<br>286:2 290:2<br>290:2<br>291:20,22<br>341:5 355:2<br>**discretio...**<br>343:9<br>**discriminate**<br>259:2<br>**discrimin...**<br>275:7 301:9<br>302:17<br>**discrimin...**<br>258:20<br>345:14 | 346:1 353:9<br>**discrimin...**<br>254:16,22<br>255:11<br>256:5<br>**discuss**<br>263:3 364:6<br>**discussed**<br>271:20<br>365:21<br>**discussing**<br>263:6 333:4<br>**discussion**<br>250:21 251:6<br>294:15<br>364:12<br>366:1<br>**discussions**<br>365:7<br>**disenfran...**<br>275:25<br>294:18,19<br>306:1<br>380:16<br>**disenfran...**<br>258:24<br>259:24<br>260:9 261:8<br>264:24<br>269:16<br>291:9<br>292:13<br>301:25<br>308:10<br>365:5<br>379:16<br>380:3,24<br>384:10<br>**disenfran...**<br>345:10 375:8<br>380:19<br>381:6,18,21<br>382:2<br>**disenfran...**<br>379:19<br>382:14<br>**dismissive**<br>302:14 | **disparity**<br>322:13<br>**dispensed**<br>383:13<br>**disqualify**<br>338:23<br>**disrespec...**<br>325:1<br>**dissenting**<br>396:4<br>**distance**<br>336:14<br>**distinction**<br>361:15<br>**distinguish**<br>383:17<br>**distort**<br>334:4<br>**distribute**<br>250:7<br>**district**<br>259:21 260:6<br>260:7<br>270:22<br>278:14<br>279:25<br>292:25<br>296:9<br>298:20,21<br>300:25<br>326:25<br>367:10<br>392:19,20<br>**divide**<br>250:6 251:11<br>**divided**<br>248:20<br>251:17<br>**division**<br>363:22 364:3<br>**DMV**<br>338:16,21<br>339:7<br>**document**<br>339:21 344:1<br>357:19<br>359:6 | **documenta...**<br>305:20<br>316:14<br>326:13,16<br>328:7<br>358:23<br>**documents**<br>256:21<br>275:24<br>296:21<br>305:11<br>308:16<br>328:8<br>339:14,15<br>340:17<br>343:5,16<br>350:13,19<br>350:23<br>351:1 352:9<br>357:21,23<br>370:9<br>393:14<br>**doing**<br>288:11<br>314:23<br>315:22<br>332:12<br>342:8 348:2<br>356:1<br>387:18<br>**DOJ**<br>365:16 393:3<br>**dollars**<br>275:18 279:2<br>279:3<br>280:10<br>293:10,16<br>300:14<br>303:22<br>384:22<br>**door**<br>301:15<br>**double**<br>395:15,16<br>**doubt**<br>287:3 342:6<br>**DPS**<br>348:15,16 | 349:14<br>352:3<br>**Dr**<br>316:19 374:7<br>374:9<br>**dramatically**<br>346:11<br>350:17<br>**drive**<br>328:3 352:7<br>374:17<br>**driver's**<br>261:11 314:2<br>327:18,18<br>327:19<br>334:7<br>336:19<br>338:13,22<br>338:24<br>364:19,21<br>**drives**<br>256:23<br>**dropped**<br>251:15<br>**drops**<br>395:19<br>**drug**<br>303:19<br>**due**<br>278:19<br>282:23<br>293:25<br>371:13<br>**D.C**<br>255:8 271:4<br>278:9<br>279:17<br>319:1 324:6<br>392:17<br><br>**E**<br>**Eagleton**<br>310:17,18,22<br>314:14<br>**earlier**<br>262:1 283:20<br>338:1<br>362:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
369:15          305:2 306:2    elderly         368:12,16       399:23,24
373:10,11       306:18          324:5 337:2     368:18          399:25
375:22          307:3,13,22     369:3          370:20          400:12,20
377:9 388:9     308:7,23       elect           371:24          400:21
early           309:4,12,14     321:18,18      372:18,20       402:2
252:24 276:3    309:18         electing        373:11         electoral
276:5           310:21          321:14         374:15,16       305:4 308:3
278:16          315:16         election        377:1 378:1     321:5
338:10,12       316:5,8         254:14 255:2   378:21,21       332:10
339:5           322:3,4         256:8,25       378:22         electorate
367:20          323:4 326:6     257:21,22      379:23          332:13
397:22          328:11          259:23,23      381:3          elevate
399:21,22       359:25          260:5,5,14     382:17          363:3
400:2,4,7       360:18          260:17,25      385:8          eligible
400:15          378:22          262:8,12,23    397:11          313:24
easily          390:12          264:8          400:13,22       331:20
326:8           391:1,20        266:21,21      401:1           336:2
easy            398:24          267:3         elections        380:14
261:19,19      effectively      269:16,21      247:9 259:14   eliminate
324:11,12       337:9           269:24,25      259:16          276:2,3
324:17         effects          270:3,5,7,9    260:2 261:3     346:12
377:25          306:8           270:11,21      261:8          eliminating
eat            efficient        271:6          268:22          331:15
292:10          320:16          275:22         270:23          333:12
economic       effort           276:24         271:2 272:3     345:19
281:21 287:9    294:17,19       283:1          277:3 279:7     346:13
288:2 334:1     301:24          289:23         279:10         Elkins
educate         320:4 363:5     290:8,17       291:1,3,7       280:1
275:22         efforts          303:11,19      303:5,5,24     Ellis
331:17          331:8,10        303:19         307:21,23       262:2,18
361:2           384:22          306:4          308:12          263:13
362:13         eight            320:15         346:2 362:6    else's
384:25          251:1 286:23    321:20         362:11,13       303:14
educated        294:13          326:2 329:3    363:21          366:21
307:15 323:3    329:18          331:17,19      364:3,7,25     embedded
323:7 326:7    either           331:22         365:1           357:22
education       258:17          332:2          366:12,23      emotion
331:21          277:25          334:17,18      371:6 375:6     375:15
359:20          278:8           335:11         376:14         emphasize
379:10          299:13          341:5,8        377:17          295:9,14
384:21          311:16          343:9 350:6    379:6          employed
385:5 387:5     313:25          358:14         382:10          403:1
educational     343:25          359:16         383:8 384:2    employee
260:20,23       347:8           361:23         385:10,17       292:1 318:19
330:7 331:5     364:20          362:2,3,3,4    393:23          364:21
Edwards         369:21          362:4 364:9    396:21,21      employer
259:12          379:24          365:13         396:24          292:2
effect          391:13          367:4 368:8    397:10         empower
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031508

331:19
empowered
276:17
enacted
364:17
396:18
398:3,4
enactment
258:14
enchanted
349:19
encountered
255:4 334:22
encourage
332:10
endorsement
337:14
enforced
367:8
enforcement
283:4,11
397:8,11
engaged
311:25
313:21
enjoined
388:8,10
390:25
enrolled
275:9
ensure
308:12
320:18
331:20
ensuring
329:3
enters
345:5
enthusiasm
307:25
entire
332:13 353:1
entitled
263:25 264:1
311:5
entity
350:14

envelopes
350:14
equal
304:9 325:25
366:22
equally
251:11,17
325:24
345:2,22
366:23
373:16
equation
327:6
eradicate
258:10 265:1
erected
255:23
256:13
Erickson
311:5
erosion
259:10
errors
310:19,20
especially
255:2 352:14
352:17
374:16
377:11
379:21
400:22
Esquire
403:10
et
341:2 350:15
352:19
ethnicity
322:21
evaluate
332:12
event
287:2
events
258:4
eventually
263:9
even-handed

305:3
everybody
250:19
272:10
275:14
299:11,12
325:24,25
327:5
328:22
365:15
366:15
385:9
evidence
277:11,14
297:16
308:9
312:19,21
339:15
350:9,20
376:20
395:22
exact
398:2
exactly
265:13
325:19
384:20
exaggerated
282:4
examined
307:22
example
306:9 333:10
335:12
344:21
357:4
382:13,14
387:4
examples
258:16
321:21
336:13
excellent
357:15
exception
299:11
exception...
336:5

excessively
335:11
exchange
248:8
excuse
287:1 368:15
368:17
381:10,14
382:16
383:1
384:14
387:8
exercise
286:2 329:2
331:21
348:13,18
348:21
382:9,11
exercising
255:25 349:7
382:13
exhausted
285:23
exist
347:3
existed
376:4 377:3
existing
341:23,25
exists
350:21
expect
293:24
expectations
329:2
expected
251:14
expenses
319:5
experience
291:15 301:3
324:9 332:6
338:9 346:4
346:5 364:7
364:13,14
365:24
366:1
382:21

384:6
387:11,12
387:16,22
389:10,22
390:9
experienced
395:9,12
experiences
336:9 347:11
experiment
373:17
expert
250:3,14
251:4 287:7
313:7
expertise
322:3
expiration
339:10 341:2
345:4
403:10
expired
285:13 352:6
357:25
358:3
364:20
Explain
271:14
explaining
338:19
explicitly
337:11
exploring
252:3
express
317:25
expressed
249:11,12
304:20
396:1
expressing
346:8 349:21
extension
339:21
extent
249:6 250:21
253:23
285:14,15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
295:17              277:19              311:4               310:14              300:15
308:19              279:15              330:15              339:22              339:16
334:19              281:6 286:7         385:23              357:9             filed
337:22              289:1,1           family                364:22              262:13
338:4 340:2         292:14              333:25              367:10              275:11
340:12              297:19                353:15,18         381:1,3            278:13
341:20,21           298:16,18         far                   388:9              279:23
342:3               299:14              286:19            FedEx                 290:23
350:10              301:25              315:15              297:20 339:5        390:23
366:24              309:8               317:14              339:6             filing
400:7               322:24              340:25            feed                  280:13
extra               323:2               349:4               333:25            fill
328:12 335:9        330:13              381:18            feel                  324:24
399:19              351:2,4             384:5               274:14,15           355:20
extrapolate         367:24              390:11              280:7             finally
372:13              368:19              397:3,7             301:10              353:2 398:21
395:10,14           370:12            far-ranging           319:25,25         financially
extreme             376:8               257:9               320:3,15           403:3
316:1               379:19,23         fascinating           347:24            find
                    380:10              367:19              349:1               263:6 268:15
        F           381:4             fast                feeling               268:24,25
face                383:13              271:10,10           320:6,7,20         283:5
304:25              388:2             fathom                fees                291:11
 310:14             389:19              325:4               280:11              293:12
 366:18           facts               fault               felony               298:4
faced               294:1 368:6         251:23 252:1        290:9,22           300:15
301:22            fail                favor                 388:21,24          301:18
354:17              333:7               299:18,18           389:1              310:4 312:3
face-to-face      failed                304:11              397:15             313:19
274:9               368:1               322:10              398:12,13          317:1
facial            failure               348:2               398:14,16          326:18
383:16,19           257:4 368:2         369:15              398:16             328:14
 384:3            fair                  382:18,22         felt                  347:15
 390:23             251:11,12           389:4               301:1,1,4          353:2
facilitating        252:17           February            female                367:18
256:22              278:5               263:4               360:11,13          373:15
facilities          325:17,22        federal             female                388:21
336:14,14           329:3               256:25 257:9        369:4             finding
fact                375:23,24           262:25            females               312:15
249:14              380:12              271:11,12           360:17              314:17
 258:12             393:9               271:14,23         fight                findings
 259:19           fairly                278:1,8             280:1               268:17 307:1
 260:9 265:6        250:7 304:8         280:14            figure                311:3 315:7
 265:7 269:2      fall                  287:5,16,17         347:23              315:12
 269:8              256:1               288:12              381:17            fine
 272:17           familiar              293:16              398:7,9,10         263:19 331:6
 273:20             283:21 287:1        296:7            file                 finger
 274:23             287:2,22,23         299:16              262:14              258:21 263:2
                                                            279:23
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031510

263:7 285:3
fingers
286:21,22
294:13
finish
251:20,21
300:21
finite
395:1
fire
291:2 352:5
364:9
Firm
403:12
first
260:24,24
265:4
275:10
286:23
293:9 295:4
295:10
301:12
308:9
317:21
326:5
327:16
331:13
347:21
352:15
361:11
363:9
386:14
first-time
305:18
fit
291:7
five
286:20 292:3
292:4
298:12
301:16,18
325:8
353:10
398:19
400:16
flatly
272:21
flat-out

264:2
flesh
383:6
Flew
319:3
flight
252:7
flips
372:10
floor
249:16
Florida
329:16 372:7
393:6
394:11
395:15,19
396:2
Florida's
394:20
focus
345:21
focusing
359:17
364:12
folks
262:5,11
288:1 289:2
294:20
300:25
301:9,10
302:24
323:16,17
324:17
327:9
345:24
353:23,23
374:14,21
379:2 384:9
386:10,15
following
365:12 367:9
371:24
402:7
follow-up
391:18
football
260:22 261:4
261:5

264:19
forced
369:19
forefront
333:1
Foreman
402:5 403:9
forget
380:1
form
313:15
316:12
323:11
330:11
358:11
364:15
374:13
380:6
393:20
format
356:4
former
253:6 352:8
363:2
forms
277:10
295:21
324:22
326:13
328:13
332:1
336:24
337:2 341:9
358:5
364:18
374:11
392:14
Fort
299:16
351:25
353:18
357:14
forth
272:14 297:7
fortunately
364:10
forum
253:2

forward
268:13
271:10,11
275:1
283:23
329:5
367:24
384:3
Foster
351:23
fought
275:12
found
262:12 264:3
278:13
283:8 293:9
298:19,20
298:21
300:19
301:20
306:5,8,10
306:18
308:6
309:10,12
309:14
310:21,24
312:14
315:6,8
333:2,10
353:4
374:19
foundation
304:7,18,22
306:1,9,10
317:23
318:2,6,8
318:15,16
318:19,20
318:21
319:1,6
330:12
366:16
Foundation's
318:3
four
269:23
307:21,23
314:1

326:10
349:15,16
367:22
397:19
400:17
fourth
248:10
franchise
382:4,9,13
384:14,15
Frank
294:10
frankly
367:17
fraud
253:12,14,18
258:16,17
259:11
299:7,8
366:11,22
367:3,5,6,8
367:16
387:11,13
387:17,23
388:1,5,20
388:23,24
388:24,25
389:2 397:4
fraudulent
259:16,23
260:5,13
Frazier
249:8 313:6
343:14,17
382:18,25
383:4
FRCP
402:14
free
305:7,8
323:21
325:7
327:22,22
336:15
348:1,7,16
382:11
384:17
387:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 6, 2009

420

freshman
276:10
friend
286:12,19,22
 288:18
friends
250:10,12
 251:11
 351:16
front
265:11
 384:23
frustrating
288:18
full
260:18
function
350:8
fund
330:7 331:5
 359:20
 361:5
fundamental
337:6 348:8
 348:13,18
 348:20
 366:16
funded
310:14
furnish
313:25
further
258:23 311:3
 357:8 376:5
 402:14,25
 403:2
Furthermore
307:15
future
270:22
 333:13
 337:11
 364:16

       G
Garrett
330:6 331:1
 331:3,3

349:9,13
357:2,7
359:9
363:18,19
Gary
334:19
 335:13
gasoline
293:10
gathering
296:20
 305:10
general
255:6 258:21
 262:5,13,14
 263:9,12,22
 266:8,11,16
 267:6 268:1
 268:9
 270:17
 271:22
 272:25
 273:5,13
 274:3,7,10
 274:21,24
 276:24
 282:11,13
 282:16
 283:9,22,24
 284:8,14,14
 284:20
 285:7,13,20
 291:11
 294:10
 299:6 301:8
 306:19
 308:8
 320:10
 334:17
 350:7 362:3
 363:14
 364:10
 368:8,18
 370:20
 372:18,20
 373:11
 374:16
 377:17

378:1,4,20
378:21
385:11
397:9
399:23,24
399:25
400:22
generally
384:19
 387:11
 400:1
generals
283:24
general's
254:20,25
 263:4 265:3
 265:11
 269:19,20
 269:22
 272:4,8
 273:6,22
 282:24
 283:10
 297:17
 298:19
 300:10
 301:21
 390:7
gentleman
338:1
gentlemen
285:11 295:1
George
253:6,6,11
 253:17
Georgia
294:24
 359:23,24
 360:5,23
 361:25
 362:11
 363:22
 364:4,8,14
 365:1,24
 366:4 367:4
 367:10,12
 368:4,10,13
 368:15

369:7,16
374:10
375:22
376:3,12,23
377:14
378:4 380:1
380:17,22
384:5,17,25
385:3,8
389:10,20
390:2,13,16
391:21
393:7,10
395:8,18
398:14,17
399:12,15
400:9,20
Georgians
373:21
Georgia's
364:6,13
 365:17,19
 375:9
 382:21
 396:5
getting
281:10
 287:13
 308:21
 340:2 349:5
 358:21
 378:21
 386:14,16
 387:4
girls
301:21
give
253:8 290:2
 293:13
 302:3
 314:20,25
 315:21
 317:19
 340:23
 341:4
 344:14,17
 344:19
 345:9 346:1

347:20
355:2 356:9
385:16
389:10
given
254:20
 279:15
 290:3
 314:13
 326:15
 344:25
 352:17,18
 381:8 402:9
gives
291:20,21
 342:10
 344:12,23
 354:2,5
 361:13
giving
288:19 343:1
glad
270:14
 301:12
 382:24
 383:5
glimpse
354:5
go
249:24
 253:21
 261:15
 268:7
 270:20
 272:2,2
 282:3
 285:14,15
 286:1
 291:10,15
 291:25
 292:8,9,9
 292:10
 293:15
 299:22
 301:8
 310:12,15
 313:22
 323:18,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031512

Hearing - Volume 2                                  April 6, 2009

```
324:12              281:17              277:5               271:1,8             365:2 400:4
325:6,6             283:2               293:16              281:13              Haliburton
326:2,10,17         285:12              310:14              293:22              293:9
326:18,18           286:1,4,6,7         314:8               299:18,19           Hampshire
326:19,25           286:8 288:6         339:22              grew                338:18,20
327:12,17           289:8,13,18         347:8               325:11              hand
328:17              289:18,22           364:21,22           ground              280:7 309:20
331:1               290:3,13            governmental        334:18 338:9        374:9
333:15              291:13              350:14              361:25,25           handed
334:12              292:2,12,19         governmen...        grounds             374:18
337:23              293:13,16           305:5 335:9         337:4               handle
338:16              299:15,23           governor            group               249:12
341:14              299:25              284:2 321:8         279:22 350:5        394:17
342:17,22           302:3,6             321:11              350:10              395:21,24
343:4 345:6         303:6               376:19              359:16              396:2
353:16              313:21              390:16              361:1               hands
354:4               316:16              governs             groups              279:8 308:15
356:12,17           321:15              357:10              287:24 288:8        happen
356:21              324:23              grade               guarantee           268:11
359:25              327:12,12           397:15              252:23 336:1        290:16,16
372:19              328:22              398:13              guess               291:13
381:18              342:17,24           grades              260:15,19           303:7 342:2
383:9               342:24,25           398:14              267:10              392:12
393:21              343:1 346:7         granddaddy          269:18              395:10
goals               348:2               295:17              288:24              happened
332:5               351:12              grandfather         289:8               269:15
goes                353:17              356:2               319:25              302:13
249:8 317:15        355:25              grandmothers        339:23              353:3
333:19              361:6               288:22,24           342:7               388:10
334:10              362:23              grant               381:16              happenings
359:3 362:5         364:6 366:9         358:20              396:23              275:19
374:9               382:8 399:9         gravely             guests              happens
375:25              399:21              333:19              248:13              289:20 327:8
382:14              good                great               guy                 352:14
going               284:7 290:19        284:25              270:15 275:8        361:12
251:25              308:9 320:8         293:23              324:14              happy
261:12              324:7,8             300:9 317:5         guys                300:22
262:24              355:16              322:12              272:5 293:14        360:24
263:24              379:9               362:21              355:21              369:21
264:7               382:24              greater             gym                 390:1
266:12              384:5 392:1         307:16              285:5,6             hard
272:3,13            gotten              372:10              gymnasium           289:10,10,15
273:22              272:5 281:15        377:4               260:24 303:9        323:18
275:6,15            282:20              Greg                                    324:11,17
276:5,17            governed            262:23,24           ─────H─────         328:19
278:12              348:24              265:6,6             half                349:2
279:10              government          266:9 268:9         251:17,18           393:10,17
280:9,11,13         259:24 263:8        270:17              353:20              Harper-Brown
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031513

```
     359:7,8          hearsay           272:5 378:24      honest            293:22
     389:14           392:24            high              321:17            hundreds
     391:16           Heflin            313:20 336:5      387:16            276:9 292:7
Harris               349:11,13          higher            hope              hurdle
     278:23           396:14,15         307:14            351:12 359:3      328:18
Harry                397:17            highly-re...       hopefully         hurdles
     253:15           399:17,18         284:6             384:4             255:22
hassles               400:5            Hill               hoping            Hurricane
     305:14          held               284:5 286:24      395:7             334:2
hate                  268:22           Hispanic           hospital          hurtful
     395:7,9          269:21,22         288:25            353:24            282:2
head                  270:1,6,11        323:24            hospitals         hurts
     280:10 340:2     272:21            324:2 369:7       353:9             287:18
     387:7            321:19            377:10            hour              hyper-tec...
     399:10           375:7            Hispanics          253:24            257:5
headway              hell               322:11            289:24            hypothetical
     277:2            294:21            325:12            292:3 399:3       327:11 381:8
health               help              328:20            hourly            hysteria
     250:1 264:18     255:6 258:21      382:12            307:15            375:12
     292:22           271:13           historic           hours
hear                  272:11,16         368:25            248:21 251:2            I
     311:12           272:18            377:12,13         349:15,16        ID
     329:25           275:2,3          historically       400:18,18         254:13
     362:23           286:20            255:3,9           400:23,25         258:14,22
     382:24           288:1,4,6        history            house             259:3
heard                 297:18            277:19            247:8 249:16      275:18
     283:12 287:2     305:16,22         353:11            252:18            277:10
     293:21           308:11           hit                259:11,12         287:6,21
     302:19,22        320:18            349:16            260:15            288:24
     350:20           339:3            hold               267:15,16         289:15
     361:15           348:11            258:4 262:24      272:1 279:5       291:16
     365:14           359:12            271:18            279:6             295:17
     366:9,11         363:5             299:22            321:12            296:16,19
     367:5 368:7     helped             323:13            328:3,3           302:21
     369:4,15         398:8             362:11            343:23            304:25
     374:7           helping           holding            351:12            305:6,8,25
     375:17           288:8             272:19 300:6      359:1             306:11,15
     377:9           Heritage          holdings          Houston           306:20,20
     379:19           304:7,18,22       331:16            261:11 263:5      306:23
     393:5            306:1,9          home               275:3             307:2,6,9
hearing               307:1             352:19            298:15            307:12,22
     248:12           313:12            355:23            403:11            308:5,8,11
     249:12,14        317:23            356:1            huge               311:6,17
     249:17           318:2,3,6,8      homeless           348:2             312:20
     295:7            318:19,25         336:21           human              313:22
     351:14           319:6             345:24            324:20            314:5 315:2
hearings              330:12           homes             hundred            315:10
     248:7           Hey                277:7 337:3       260:1 280:9       319:15
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031514

Hearing - Volume 2                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 322:3,4,10 | 367:12,14 | 316:9,13 | identifying | 389:9 |
| 323:19,21 | 368:1,5,23 | 317:16 | 308:16 | impacted |
| 324:12 | 369:2,6,6 | 323:11,11 | identity | 334:21 |
| 325:7,18 | 369:13,15 | 324:22 | 343:17,24 | 339:12 |
| 326:2,3,5 | 369:25 | 326:11 | 344:15 | 366:7 |
| 326:12 | 370:2,3,4,5 | 332:1,2,3,5 | 347:4,6,15 | impediment |
| 327:20,22 | 371:2,14,23 | 332:7,17,19 | 347:24 | 265:1 |
| 327:22 | 372:23 | 332:23 | 349:4 | impediments |
| 328:1,5,14 | 375:9 376:1 | 334:16,21 | 354:25 | 258:10 |
| 328:16,20 | 376:10,16 | 334:23,25 | 355:3 | impersona... |
| 328:23 | 377:3 378:8 | 335:9 336:3 | ideological | 258:17 |
| 329:8 | 378:18,22 | 336:8,11,15 | 304:10 | impersonate |
| 333:21 | 378:25 | 336:18,22 | IDs | 321:22 |
| 335:13,21 | 380:2,6,10 | 336:22,25 | 287:9 288:23 | impersona... |
| 338:13,16 | 380:12,13 | 337:2,12,14 | 363:13 | 290:13 |
| 338:19,20 | 382:21 | 337:18,24 | 385:25 | impersona... |
| 339:7,9,20 | 383:14,23 | 338:5 | 386:10,14 | 397:5 |
| 341:1,1,2 | 384:14 | 339:17 | ill | implement |
| 341:15,16 | 385:23 | 340:6,14,17 | 333:19 | 275:18 |
| 342:11,19 | 386:1 387:1 | 340:21 | illegal | 367:12 |
| 342:22,23 | 387:2,4,9 | 341:6,10,24 | 264:5,5 | implement... |
| 342:24 | 387:19,20 | 342:1 345:2 | 329:11 | 307:11 |
| 344:21 | 388:8 390:6 | 345:3,20 | Illinois | 311:16 |
| 345:24 | 390:10,14 | 346:13 | 352:22 | 364:25 |
| 347:10,13 | 392:14 | 348:14 | illustrates | implemented |
| 348:1,7,11 | 393:7,21 | 349:24 | 258:8 336:6 | 256:8 276:20 |
| 348:16 | 396:17 | 350:3,6,11 | 358:15 | 360:14 |
| 352:2 | 398:23,25 | 350:19,23 | imagine | 393:11 |
| 353:10 | 399:6,6,7 | 351:1,5 | 261:1 262:3 | implementing |
| 355:1,2 | idea | 352:8 | 303:4 | 393:10 |
| 356:4,10 | 290:19 326:1 | 357:19,20 | 323:17 | imply |
| 357:17 | 348:11 | 358:24 | 342:1 | 272:16 |
| 358:4,9,9 | 355:16 | 364:19 | 344:12 | importance |
| 358:10,11 | 381:17 | 370:9 | 350:21 | 331:18 |
| 358:17,17 | identific... | 384:18,20 | 393:25 | important |
| 358:18,19 | 261:10 281:1 | 384:21 | imitates | 249:7 273:12 |
| 358:21 | 295:15,19 | 385:21 | 357:19 | 302:10 |
| 360:22 | 295:21,23 | 393:11,13 | immediately | 310:7 |
| 361:1 363:3 | 295:24,25 | 393:14 | 326:6 335:7 | 332:11 |
| 363:4,7,13 | 297:2,5 | 396:16 | impact | 333:17 |
| 364:7,13,15 | 305:7,16,19 | identified | 306:6 307:9 | 336:10 |
| 364:17,22 | 305:21 | 256:7 | 309:9 | 351:7 |
| 364:22,23 | 306:3 307:3 | identify | 313:13 | 358:22 |
| 364:23 | 308:7 | 253:12 | 328:22 | 383:17 |
| 365:3,6,10 | 310:25 | 258:23 | 332:12,14 | 384:1 |
| 365:12,17 | 313:16 | 259:5 304:8 | 336:12,23 | imposes |
| 365:19,20 | 314:19 | 343:15 | 337:1 362:7 | 281:16 |
| 365:25,25 | 315:21 | 368:2,2 | 376:11 | imposing |
| 366:2,2 | | | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031515

```
 256:20           361:8,21         incumbent        248:11          376:8 390:9
impressed         362:14           369:18           296:14          391:4,6
359:11            383:18           independent      316:5           informative
impression        389:23           260:7 270:22     394:10          336:13
285:14            incapable        278:14           indicates       informed
improve           325:2            279:25           309:17 313:1    334:24 335:1
321:5 359:13      include          397:12           315:16          infrastru...
improved          257:4 310:23     Indiana          indication      279:3 303:14
320:22            382:25           281:5 287:3      309:4 316:8     inherent
improvement       included         287:6            340:19          311:15
272:23            256:12,16        294:23           individual      initial
improving         386:9,25         296:7,16         279:24          275:8 357:9
258:1             includes         297:1 305:6      307:20          initially
inaccurate        259:21           305:10           325:23          253:18
262:15            including        307:7,11         365:11          269:25
367:18            255:22           309:25           366:6           270:1,11
inalienable       257:25           312:25           367:23          274:23
381:23            320:13           315:1            371:2           278:17
inappropr...      331:11           334:14,16        372:22          initiative
278:6             332:2 337:8      338:9,16,17      375:3,4         258:23
inaudible         350:13           339:14           382:8           injunctions
253:15 255:4      inclusive        341:15           individuals     391:23
256:18            332:6 348:24     345:5            279:22          injures
258:6             349:1            349:19           314:20          287:11
261:22            income           350:20           315:21          insofar
267:21            288:9,15         351:18           336:15          296:1 351:17
268:20            inconsistent     357:17           368:2,3         inspector
275:3,10,14       257:16           360:4 362:1      369:5           397:9
275:17            inconveni...     365:23           379:22          instance
276:3,10          296:15,19        389:21           380:3           315:8 358:20
293:24            305:9            Indianapolis     induce           386:7
294:4 301:2       increase         334:19           308:5           instances
304:8,17          296:23           Indiana's       indulged         250:4 313:4
324:11            305:13           304:25 307:9     333:14          334:8 397:3
326:1 331:7       369:8,9          334:23          inequity         Institute
331:14,16         374:21           396:11          251:21          314:14
331:25            376:25          Indiana-like     infer           institution
333:5,20,21       377:4 391:5      315:23          316:15          339:19
334:6,8          increased         indicate        infirmity       institutions
338:14            307:13,16        285:12          380:8           338:3
339:12            309:11,13        302:24          inform          instructions
341:4 345:6       360:21           305:25          379:10          339:2
347:13            369:10,11        314:17,22       information      integrity
348:8             369:12           339:17          254:21          259:14 303:1
349:10            389:1 395:4      340:3            255:21          305:3
353:20            395:5            376:10          297:20          308:12
355:15           increases         395:13          335:23          320:19
359:24            376:16 382:1    indicated        374:22,24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031516

325:18
329:3
intent
249:11 250:5
intention
249:17,19
intercede
271:13,14
interest
249:23 308:1
interested
313:18
349:24
350:9 403:3
interesting
259:7 263:6
266:20
267:11
270:14
287:17
363:6
367:11
368:14
374:4 376:1
interests
307:24
interpose
391:13
interpret...
384:7
interrupt
294:25
interspersed
400:16
intervening
300:7
intimidated
259:3
invest
275:21
investigate
253:14
297:21
300:15
389:2
investigated
299:12
300:24

301:19
investiga...
255:19
268:12
283:11
299:6
investiga...
255:13 268:7
268:21
274:24
283:13
285:10
investiga...
255:1
investiga...
297:23 300:7
300:11,24
invisible
327:7,8
invited
248:12
249:21
involved
254:15 265:2
265:6,7
271:17,18
271:21
272:5,9,10
272:11,11
272:12,14
272:17
274:21,25
276:25
278:16
279:9 284:9
299:21
320:2
331:10
in-person
258:15
366:11
367:5
368:15,16
388:24
IP
275:24
ISD
267:16

271:24
274:21
isolated
352:13
issue
249:24
250:15,16
274:8,16
279:4
284:12
308:19
309:17
340:13
346:21
354:21,22
360:5 361:9
363:13
366:12
369:21
375:5,13
380:15
issued
269:12,13
314:16
337:17
339:18,21
353:7
354:10
issues
263:6,21
264:18
268:5
319:16
340:22
359:15
365:14
380:14
390:10
issuing
340:20
it'll
293:4

_____
        J
_____
Jackson
269:17
274:17
279:23

jail
398:18
James
290:14
January
391:21
Jason
307:18
Jeffrey
307:8 312:25
Jenigh
330:6 331:3
331:3 349:9
357:2,7
362:18
363:19
Jenigh's
373:16
Jenkins
351:23
Jersey
314:15
Jim
284:7
Jimmy
367:9
job
247:1 264:6
292:8,9
300:9 351:8
362:21
jobs
291:10
John
270:15,17
284:5 305:1
join
259:12
joint
260:17
270:23
271:2 272:3
279:7,10
journal
310:12
judge
270:10 287:2

287:6,16,17
288:12
290:8
291:18
296:7,12
367:11,19
367:24
388:9
390:24
judges
280:5 290:17
396:4
judgment
257:6,16
258:2
342:25
393:9
judgments
280:10
Julia
352:23
jump
300:22
328:18,19
jumped
269:7 360:7
jurisdiction
271:15
jurisdict...
346:2
jury
348:22
justice
248:2 249:8
253:10
254:3,10,19
255:19
256:2,6,24
257:8
259:17
265:2,4,5
267:12,14
267:18,20
268:3,5,6
268:15,16
269:8,11
270:1,4,12
271:1,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031517

274:18,25
276:25
278:2,8,11
279:7,14,16
280:8,12,15
280:20,22
283:7,14
285:9 296:1
296:13
300:13
305:1,6,8
315:3
323:20,22
325:21
333:3
365:16,18
389:17
390:18
391:15
392:5,10
justices
296:4 396:1
justice's
296:25
justifica...
367:15
Justin
280:21

**K**

Katrina
334:3
keep
255:24
284:13
353:16
360:4
Ken
253:6
kiddingly
346:7
kind
253:22
277:18
280:23
281:2 289:6
316:8,16
329:17

345:20
346:14
347:8,10
349:2 360:7
363:6,15
391:8
kinds
357:16
Kingsley
292:23
knew
249:13 270:2
303:5 361:4
399:8
know
250:18,20
252:16
253:16
259:17
262:3,4,5
262:16
269:14,15
270:19
273:7,8
275:17
277:5,24,24
280:14,19
282:10
284:5
286:19,20
287:5,16
288:23
289:7,10,11
289:13,16
290:9,15
291:5 292:7
292:8 293:8
293:15
294:2,10,19
296:1,7
298:9 299:9
299:15,22
299:25
300:12,25
301:2,3
302:16
309:20
313:3,18

315:15
317:8,14,24
318:15
320:1
326:23,24
327:1,2
328:5,7
335:18,20
337:22,25
338:6
339:13,24
340:5,8,9
340:13,14
340:16
342:24
344:13,13
344:13
345:15
347:12,18
348:6,16,19
349:5,19,25
349:25
350:1,8,14
351:2,14
353:19
354:1
355:24
362:10
366:1
367:25
368:7
372:12,13
372:17
376:2,2,4
376:16,17
376:24
377:6,11
378:12,16
378:25
380:14,15
382:4
384:19,22
385:17
387:7
391:24
392:22
393:18,25
394:1,1,7,9
397:2,7

398:17
399:3,7,9
399:10,12
400:18
knowing
249:22
knowledge
298:8 338:8
392:15
known
255:18
256:10
knows
275:14
342:25

**L**

labor
276:11,13
lack
252:9 335:8
368:1,4
371:13
lacked
365:6 371:2
ladder
287:9
ladies
291:2
lady
301:2 338:18
Lake
334:20
335:19
language
343:16
344:15
Laredo
289:2
large
299:2 326:20
350:22
368:4
largest
368:12
lasted
391:23

late
252:6,23
286:8 302:7
317:4,5,7
399:3
Latino
369:7 377:10
Latinos
389:9
law
256:25 257:4
257:16
258:14
268:25
275:25
280:22
281:16
283:3
284:16
287:6,11,14
287:18
289:6
290:12
295:16,18
295:23
297:1,3,7
304:25
307:9,12,13
309:12,14
314:3,15
315:10,23
315:23
322:19
324:21
326:5 328:1
328:10
332:13,14
334:23
336:12
341:24,25
342:8,10,13
342:19
343:13,16
345:2,3
346:12
349:20
351:17
355:6 357:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031518

Hearing - Volume 2                                    April 6, 2009

427

357:17
359:23
360:18,19
360:22
364:25
365:17,19
365:20
366:7 370:8
375:9
376:18,19
380:16,17
390:6,24,25
394:4 396:2
396:5,16,17
397:11
laws
277:18
305:25
306:3,5
307:2,6,22
308:5,7,8
308:11,20
310:20
312:20
315:6 322:3
322:4,10
323:4 329:8
332:5,7
337:9,12
348:23
353:10
359:12,17
359:21
367:8,13
373:23
383:23
390:5
lawsuit
256:2 262:25
275:10
278:13
279:23,24
283:10
lawsuits
280:14
365:25
366:4
367:23

390:23
lawyers
366:4 383:11
383:17
lay
289:16
laying
283:23
LDF
334:17,22,23
359:20
LDM
332:16
lead
277:11
leader
285:20
leads
341:8
League
287:19
learned
335:16
leave
249:16 361:8
leaves
286:21,21
leaving
294:13
Leavitt
248:9 280:21
311:11
led
268:21
Lee
274:17
left
251:1,2
302:5
303:13
337:11
376:1,2
383:22
legal
255:7,8,13
330:6 331:4
359:19

361:5
363:10
legislation
264:10
277:22,23
278:7 279:9
279:18
280:16
295:16,19
302:20
303:16,17
341:22,23
342:5
350:16
351:11
354:21
364:17
legislative
303:24
331:14,25
legislature
336:10
376:19
384:25,25
388:11
390:15
391:21
398:4
legislatures
303:17
legislatu...
333:1
legitimate
259:2 279:21
340:11
351:14,17
367:2
letter
253:13
378:24
379:4,9
letterhead
317:23
letters
314:7,8
let's
263:3 290:9
313:4

341:15
352:22
377:25
380:12
381:12
386:12
level
264:25 280:4
280:15
284:18,25
301:12
307:7 362:7
370:15
385:14,20
398:12
levels
337:3
liberal
296:3,25
324:14
373:23
396:1
license
314:2 327:18
327:18,19
334:7
338:13,22
338:23,24
339:1 352:7
364:20,21
374:8
licenses
261:11
336:19
lies
322:4
life
323:16 324:7
324:8,9,10
334:5
348:15
353:1
lift
363:5
lifted
258:21 263:2
263:7 285:3
light

249:23 328:4
335:6
343:12
354:1 368:3
374:4
liked
396:10,10
likelihood
341:22
limitations
256:20
311:10,15
limited
248:12
382:11
limits
248:9 284:16
381:25
Linda
359:7
line
291:22,23
300:21
308:22
333:22
lines
251:7 292:14
336:12
398:20
link
348:7
list
248:13 250:9
261:15
314:9 328:8
328:8
339:13
listen
362:20
listening
249:25 289:8
364:2
lists
393:14
literacy
382:12
literature
323:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

litigated
367:18
litigation
331:11 360:2
360:8
little
255:6 261:25
272:16,18
277:8 281:5
286:13
287:3,7,22
289:5 306:8
308:5,9,15
318:11,12
328:19
333:18
342:8
363:11
374:2
377:24
379:12
383:7,11
385:4
live
288:25 328:2
328:3 362:7
lived
299:4 323:16
324:6
344:21
living
338:24 356:8
local
259:21,24
260:3,4
263:21
264:25
270:4,16,18
272:21
275:2
280:15
282:23
284:18,24
362:6,7
locally
277:5
location
356:12

400:13
locations
348:17 400:7
400:8
log
269:13
Lone
347:2,3,6
long
250:24
270:21
275:6
286:11
292:14
321:18
324:6
348:20
390:19
391:18
longer
272:3 286:25
293:20
312:17
391:2
392:22
look
263:16
291:16,17
291:19
295:12
308:19
316:25
334:1 341:5
341:6 344:2
363:10
366:23
377:12
393:22
looked
285:5 315:5
333:21
375:14
377:9
379:11
looking
248:6 254:25
308:17
317:22

327:6 328:9
341:1,2
345:25
352:23,25
360:9 368:7
380:11
looks
291:16
314:13
322:18
324:3
360:20
loosey-go...
253:22
lose
279:4
lost
264:6 279:11
lot
263:5 283:23
286:25
289:2,3
290:11,12
297:7
310:19
319:25
321:1
322:14,14
322:25
341:16
350:20
351:14
353:23
357:10
361:16
374:21
385:9
387:17
love
399:15
low
287:9
lower
288:1,9,15
Lulac
287:20
luxury
333:14

M

machine
276:6 292:15
mad
279:4
Maddox
284:7
Magazine
309:2
maiden
354:11
mail
277:7 299:7
299:8
305:19
355:20,23
368:17,20
381:11
388:25
398:12
mailed
277:9 378:24
mail-in
380:2 383:1
387:9,12,23
388:1,5,13
388:23
397:15
398:5
main
343:2 358:12
mainstream
375:14
maintain
295:7
major
280:20
400:14
majority
296:4,14
313:15
321:12
322:19
331:13
333:16
360:15
372:9

making
282:11
284:21
290:20
295:11
296:19
299:10
305:9
319:21,23
325:20
344:2
345:22
358:22
366:5
males
360:12,14,17
man
284:7,24
293:14
327:8
managed
347:24 349:5
mandate
276:18
mandatory
393:7
map
393:4
march
262:1 265:10
294:7
299:17
364:11
375:11
marched
259:13
260:25
275:4
marching
273:16
mare
279:22
margin
333:8
marginalized
332:20,25
334:5
Marion



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031520

304:24
334:20
**Mark**
283:25 284:5
**Marshall**
299:25 333:4
  353:17,24
**Mary**
281:23,24
**Maryland**
316:24
**match**
344:20
**matched**
375:3
**matches**
336:22
**matching**
355:14
**material**
390:20
**materialized**
386:3,4
**materials**
257:25
  327:23
  341:4,11
**math**
395:10,14
**mathemati...**
376:15
**matter**
250:19
  322:17
  327:8
**matters**
322:18
**Mayor**
279:22 363:2
**ma'am**
349:9 389:18
  391:11
**McCain**
369:18
**McGee**
354:18
**McKinney**

403:11
**meager**
333:24
**meal**
292:10
**mean**
262:9 280:18
  284:17,23
  285:20
  287:16
  316:22
  322:16
  327:13
  329:4 375:2
  377:6 383:2
**means**
289:21 290:1
  330:22
  347:3 385:8
**meant**
282:10
**measure**
260:10
**measures**
259:3 327:3
  367:7
**mechanism**
341:19 346:1
**media**
289:21
**Medicaid**
350:13
**Medicare**
350:13
**meet**
265:15,18,19
  265:22
  272:25
  273:10,12
  273:23
  274:2
**meeting**
265:12 266:5
  266:7,10,13
  266:13,16
  270:16,19
  270:24,25
  274:9 402:8

**meetings**
263:5 286:15
  328:13
**meets**
273:24
**member**
249:5
**members**
248:7 250:1
  250:7,22,22
  251:3,5
  252:18
  259:10,11
  259:12
  285:25
  286:1,3,4,5
  304:2 310:9
  317:18
  329:25
  344:9
  353:12
  354:2
  362:15
  363:18
  401:7
**memo**
248:11
**memorandum**
248:6,23
  249:11,13
  249:16
**mention**
322:11
  357:12
**mentioned**
290:5 308:14
  322:6
  325:16
**merely**
399:6
**merit**
323:13
**met**
254:18
**methods**
310:15
**metropolitan**
400:14

**mid**
377:15
**midnight**
248:21
  249:18,18
  250:13
  251:11
  285:15
  311:5
**migrated**
353:18
**Mikoff**
307:18 308:4
  309:3
  311:20
**miles**
259:13
  265:19,25
  276:4
**military**
352:8 357:20
  364:23
**Miller**
253:15 307:8
  307:10
  312:25
  313:1
**million**
259:20 260:2
  260:13,20
  280:1 303:8
  365:3 368:9
  368:11,25
  371:10,12
  372:20
  374:18
  378:4
  384:22
  385:2
  394:11,12
  394:19,20
  395:4,20
**millions**
275:18,18
  293:10
  303:22
  386:20
**million-d...**

261:5 262:23
**mind**
324:19
  340:24
  366:22
**minimal**
276:16
**Minnesota**
338:23 339:1
**minorities**
286:17 288:1
  288:14
  289:9
  307:15
  320:3
  324:23
  325:2
  332:20
  359:12,13
  390:12
**minority**
288:8 299:13
  320:2 331:8
  332:14
  336:16,17
  336:19,20
  336:25
  337:5 338:3
  341:13
  346:4,5
  351:7 369:3
**minute**
328:17
  399:19
**minutes**
248:15,18,22
  248:24
  249:2
  250:14
  251:2 302:7
  327:11
  362:16
  397:19
**misapplied**
341:13
  383:20
**misclassi...**
312:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
  312:16            333:5,18          337:8             328:5 331:1       357:8 358:9
misdemeanor         385:17          398:23,24          345:18,23          376:24
388:23              386:13,15       MSC                346:10            needed
misleading          387:5,5          297:24            347:19,21         277:22
318:12,12,22        398:15          Mulhausen          347:22            328:10
mismatch          monitor           304:4,6,13         353:1,21          339:8 348:5
374:7 375:1         334:18           304:16,16         354:11,12         374:23
missing           monitors          310:10            363:24           needs
327:4 343:13        266:21 267:3     316:25            364:3 374:7       320:8 348:24
Mississippi       month             317:1,22          374:11,13        negative
329:16              262:2            318:10,17         375:1             306:6,7
Missouri          months            329:25           named            neither
307:8 309:7         265:5 269:23     330:2,4           275:8             329:16
  333:20            270:3 274:6     multiple          names             402:25
misspelled          298:13          283:24             277:10          net
374:8               301:16,18       359:15             314:21           347:2
misspoke          Moore            multiply            315:22          neutral
375:10              393:2           395:11             374:22           363:23
mistake           Morenz           municipality      nation            382:23
315:11              314:15          260:18,18          359:14          neutralize
mistakes          morning          Murphy            national          336:7
310:19 311:3        252:24          367:11,24          307:20          never
mobile              270:25          390:24            331:22            262:20,21
332:24              271:4           Murray            359:16,20          267:1 280:5
  385:24,25         273:19,19       352:23           nation's           298:12
  386:8             273:21          M-U-R-R-A-Y        334:4             301:4
model               274:2          353:1             nature             327:19
312:18            mother            M-U-R-R-E-Y        367:5             333:15
modeling            339:3,3        353:5             nearly             342:15
311:5,10          motivation                          258:17            360:8
moderately          308:3 311:22   _____   331:10            375:17,18
312:1               312:5                N           Nebraska           386:4
moment            motivations      NAACP              309:1             390:25
328:10,11           312:7           285:20           necessarily       new
  374:8           Motor             287:20            318:21 394:2      256:7 265:4
Monday            296:20 305:7      302:6 330:6      necessary          276:10
271:4 273:18        305:10          331:4             275:21,24         278:13
  274:2           mouth             359:11,19          276:11           280:22
Monday's            284:21          359:24            313:22            287:11,14
248:12            move              360:15,23          357:23           312:20
  249:17            320:5 333:22     361:6,13         neck              314:15
money               348:3          name               353:16            338:17,20
271:7,9,24        movement          254:1,2          need               344:22
  271:25            261:2           270:15            259:10            368:22
  276:7           movie             304:14,16          267:16           374:20
  293:14            333:15          306:13,17          273:7 305:8      386:16
  328:24          moving            306:22,25          324:22          news
                    283:22 329:5    314:25            327:17           360:22
                                    316:22,25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

newspaper
298:3
nice
376:18
night
249:25,25
250:23
nights
250:23
252:23
Nineties
317:4,5,7
non
297:4 358:5
nonexistent
258:17
nonrespon...
346:7
non-commi...
286:1,3
non-member
288:20
non-minority
336:17
non-photo
295:20,25
297:5
306:14,20
316:12,14
336:24
337:2 341:6
341:9,25
342:23
350:23
355:2
358:24
393:14,16
non-photo...
261:10 370:9
normal
390:6,8
391:3
400:24,24
North
288:12
notary
402:18

note
250:9
noted
305:6 326:21
334:22
notice
263:1 322:24
360:15
notify
256:19
257:19
November
262:18
276:24
number
248:19 250:6
251:22
256:20
262:4,6
299:3
309:13
314:1 328:9
328:11
336:14,17
336:18,20
336:20
337:7
350:22
360:21
368:4 373:3
373:7,20
374:4
375:25
384:21
385:9
393:15
394:4,14
395:4,16,17
395:23
398:5
numbers
294:23
360:20
372:15
373:10,11
374:3
375:22
376:6,23

377:5,8,12
377:24
378:1
384:18
numerous
256:12
298:23
367:22
390:23
nursing
337:3

_____O_____

oath
273:3
Obama
278:1,8
279:16
371:6
object
346:7 395:2
objection
391:13
objective
343:25
obligation
324:24
obligations
326:9
observations
334:13 335:3
observed
334:15 345:8
obsessed
322:22
obsesses
322:20
obstacle
381:25
obstacles
255:17
381:25
382:6,11
obtain
256:22 305:8
333:23
336:15

obvious
376:13
obviously
278:10
322:15
375:2
occasions
297:22
352:10
occur
347:18
366:11
367:4
374:23
occurred
291:6 341:20
occurring
277:20
341:22
occurs
337:23
388:25
October
257:6
odds
322:16
offense
291:12
397:15
offer
331:24 335:8
offering
343:19
offhand
310:3
office
254:20,25
262:12
263:18
265:3,11,21
266:22
267:5,6,9
269:19,20
269:22
271:12
272:5,8,24
273:1,3,4,6
273:8,20,22

274:7 277:3
283:10
285:22
291:2,3,4,8
297:18
298:19,20
298:21
299:17
300:10
301:13,13
301:15,16
301:19,21
306:1,10
331:16
354:19
365:3
374:18
388:23
390:7
400:12,12
400:13,14
offices
298:8 301:14
348:15,17
352:3 401:2
official
253:9 284:6
304:21
314:8 318:1
341:5,9
343:10
Officially
329:20
officials
254:18
255:15,24
256:8,13,25
257:2,8,11
257:19,23
258:3,4
259:24
260:1,3,3,4
261:2,6,7
261:18,22
263:12,21
264:2 270:4
270:16,18
272:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
283:11              389:3              open               399:6              overcome
290:25              391:12,24          250:20 251:6       opposing           352:16
298:16              392:4,22           337:11,15          287:24 288:7       overnight
331:18              393:19             345:22             288:10             271:4
400:21              394:9              349:15             opposition         overwhelming
Oh                  395:13             383:22             250:18             313:14
264:19              396:13,25          400:19,23          287:21             o'clock
266:17              398:21             400:24             opted              270:25
290:14              old                401:1              372:12
327:12              285:6 324:4        opening            option
329:9               344:21             248:14             316:11 336:1               P
330:21              352:7,24           operating          342:11             pack
342:23              older              396:20             order              333:13
Ohio                352:17             opinion            258:14 280:2       page
314:15              369:12             250:19 263:4       333:23             296:15
okay                Oliver             263:10,13          335:15             314:18
263:19              292:23             263:17,18          336:5              322:6
264:19              354:11             263:25             338:15             402:21
266:20              355:14             264:4              347:9,10           paid
269:5 271:7         once               272:19             356:12             292:11
273:9 277:4         255:4 271:24       282:15             367:12,13          330:19
280:11              273:9 306:6        291:15             367:20,25          panel
282:7               312:3              296:5,8,12         385:22             351:16
283:17              323:21             296:14             organization       355:22
293:3,4,7           360:24             297:2              319:15             paper
295:4,13            383:3              311:21             325:23             267:23 322:7
310:8 311:8         onerous            343:20,20          359:21             paragraph
313:4               332:19             351:15             organizat...       248:11
314:10,10           ones               363:8              323:10             parents
316:23              303:18             opinions           original           261:12
317:1,6             335:20,21          297:1              338:25 339:4       277:13
318:18              351:4              opponent           352:5              part
328:2,9             371:22             369:20             ought              253:9 257:22
329:9               one-hundr...       opportunity        290:9              260:17
330:24              306:15             254:12 271:8       outcome            261:14
342:21              one-thous...       280:6 304:9        403:3              268:20
344:8               306:11             304:19             outreach           278:17,19
359:23              ongoing            317:20             386:10,23          331:10
370:12              255:1 283:13       331:20             387:6              334:8
371:3               285:10             379:11             outs               356:14,19
372:16              356:3 360:2        380:18             314:4,6            368:14
378:14              on-line            381:5 382:8        327:24             376:18
379:15,15           356:21             382:25             outset             387:14,15
382:24              385:21             oppose             336:3              398:14
383:11,25           on-site            254:11             outstanding        participate
384:23              258:24             opposed            362:18             308:3
386:12              on-the-gr...       287:23             overall            participated
387:3,8,15          334:12             322:14             307:12 377:7       360:8
                                                                             participa...
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031524

Hearing - Volume 2                                        April 6, 2009

433

```
307:25              359:25          pays              350:2,5,10      307:13,16
348:22          passage         319:5             353:19          309:11
participa...    277:21          peace             354:9 356:7     313:17,20
331:15 332:8    passed          248:2 254:3       356:12,25       350:2
332:10          259:20          254:10            359:4           372:11
334:11          260:10,11       Peachtree         360:21          percentages
361:13,22       260:13,16       399:14            361:2 362:7     361:13
particular      278:22          peer              363:5 364:2     percentag...
249:24          284:7           310:11 313:2      367:25          374:20
253:11          305:17          penalties         369:4 372:3     perfect
254:11          315:11          264:8             374:4,12        373:17
262:11          324:21          penalty           378:10,17       perfectly
271:8,9         342:5           293:3             379:7,12,13     367:1
290:1           362:16          people            379:16          performed
332:15          376:18          250:17 262:7      380:5,17,19     307:8
337:5           379:20          271:4             380:24          period
338:10          388:8,12        279:12            384:8,17        326:6 338:10
343:3           390:13,15       285:17            385:3           378:15,19
356:12          391:19,22       286:7 287:8       386:14,16       391:3,7,9
361:22          391:24          287:25            387:4,6         392:23
362:2           passes          288:9 289:3       perceived       395:1
particularly    291:13 361:7    289:20            258:24          399:25
256:14 288:8    passion         290:18            percent         persists
331:9           274:15          291:3,9           282:5 306:11    345:14
334:13          passionate      292:13,18         306:15          person
340:24          274:15          294:18            309:13,18       264:6 289:16
341:13          passport        298:1 299:3       314:19          299:9
352:17          356:16 357:2    299:7,11          316:2 322:9     300:21
368:3           357:3           300:24            322:10,10       326:14
parties         364:21          302:6,13,20       322:13          327:11,13
362:2 402:12    pattern         302:20            325:11          327:15
403:1           380:11          303:4             328:15,16       346:16
partisan        Paul            313:21            328:20,21       347:22
290:3           305:2           320:16            328:23          353:2
parts           pause           321:21,23         360:11,12       368:18
250:4           340:23          322:21            360:13,13       372:10
party           pausing         326:2,21          360:16,17       373:22,22
253:7 287:12    344:5           327:4             368:8,17,19     373:25
287:12          pay             328:10,11         368:19          374:5 389:1
369:16          261:4 291:4     328:14            369:8,10,11     397:22
402:16,24       297:20          333:7             369:12,13       personal
part-time       333:22          341:19            371:4 373:4     286:18 354:6
295:11 344:1    357:3           344:23            373:21,25       personally
pass            paycheck        345:1             377:7           275:20 346:5
262:23 264:7    347:9           346:25            394:15          persons
281:15          paying          347:12            398:6,8         344:20
321:15          303:14          348:1,18          399:2           person's
338:23          330:13          349:25            percentage      308:6 339:18
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031525

Hearing - Volume 2                                          April 6, 2009

434

| | | | | |
|---|---|---|---|---|
| perspective | 337:14,18 | 399:6,7 | 350:16 | 272:4 |
| 259:1 279:13 | 337:24 | photograph | 360:22 | 285:11,24 |
| 289:14 | 338:5 340:6 | 296:21 | 365:3 | 286:9,13 |
| 324:19 | 340:16,21 | 305:11 | 368:23 | 309:17 |
| 387:10 | 341:15,24 | 339:18 | 369:2,13 | 324:13,13 |
| philosoph... | 342:11,19 | 356:13,20 | 370:2 | 326:16,17 |
| 387:10 | 342:22 | 357:3,3 | 387:18,19 | 329:22 |
| phone | 344:21 | photographic | 388:6 | 333:2 |
| 265:17,20 | 345:2,3 | 339:15 | 393:21 | 335:15 |
| 266:2,4,6 | 348:14 | phrased | placed | 340:12 |
| 273:17,18 | 349:23 | 325:19 | 255:17 | 358:8,22 |
| 274:3 298:7 | 350:2,5,11 | physically | 350:18 | 369:14 |
| photo | 350:19 | 360:8 | 366:8 | 371:4 373:3 |
| 258:14 259:3 | 351:1,5 | picked | 367:22 | 380:15 |
| 287:6,9 | 352:8 | 338:19 | places | 391:18,19 |
| 288:23,24 | 353:10 | picture | 279:3 351:9 | 393:5 |
| 295:15,17 | 357:20 | 291:17,19 | plaintiffs | 395:22,25 |
| 295:18,23 | 358:4,10,21 | 295:12 | 367:25 368:1 | 396:5,17 |
| 295:24 | 363:3,4,7 | 344:3 | plaintiff's | points |
| 296:16,19 | 363:13,13 | 355:17,18 | 368:3 | 307:13 |
| 297:2 | 364:7,13,17 | 356:4,22,23 | plan | 312:22,23 |
| 304:25 | 364:18,22 | 356:25 | 292:10 | 361:10 |
| 305:5,7,8 | 364:22,23 | 357:5,6 | play | policies |
| 305:16,19 | 364:23 | piece | 317:16 | 308:10 |
| 306:3,11,20 | 365:3,6,10 | 273:25 | played | policy |
| 306:23 | 365:12,17 | 277:14,22 | 300:2,4 | 304:6,17 |
| 307:2,6,9 | 365:25 | 355:1,1 | playground | 306:8 |
| 307:12,22 | 366:2,2 | 358:19 | 303:15 | 308:11 |
| 308:6,8 | 367:12,14 | 383:6 | please | 351:3 382:3 |
| 313:22 | 368:1,5,23 | piecemeal | 253:25 254:8 | 383:2 |
| 314:5,18 | 369:2,6,13 | 388:7 | 286:5,5 | political |
| 315:2,10,20 | 369:15,25 | pieces | 295:1,1,1 | 279:14 |
| 316:9 | 370:3,4,5 | 261:10 | 304:14 | 307:24 |
| 319:15 | 371:2 | pioneer | 363:24 | 308:1,1 |
| 322:4 | 372:23 | 331:7 | pleased | 309:2 |
| 323:21 | 376:16 | pitted | 331:24 | 311:22 |
| 324:12 | 378:22,25 | 260:11,12 | pleasure | 332:7,8 |
| 325:18 | 380:2 | place | 331:5 364:2 | 339:19 |
| 328:1 329:8 | 382:21 | 264:25 | plus | 362:2 |
| 332:2,4,6 | 383:23 | 299:16 | 382:17 | politics |
| 332:17,19 | 385:20,23 | 316:10,15 | pocket | 280:15 |
| 332:22 | 387:1,2,9 | 327:16 | 297:21 | 282:23 |
| 333:21 | 387:19,20 | 332:19 | pockets | 314:14 |
| 334:16,23 | 388:8 390:5 | 341:14 | 386:13 | poll |
| 335:13,21 | 390:10 | 344:22 | point | 290:3 322:19 |
| 336:2,8,11 | 393:7,10,13 | 345:6 | 248:22 | 323:12 |
| 336:18,22 | 393:17 | 346:22 | 264:13 | 329:4,10,11 |
| 336:22 | 396:17 | 347:17,17 | 270:13 | 329:15,19 |
| | 398:25 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006168

TX_00031526

```
331:18              398:22          Prairieview     preference       press
334:24           pose              254:21          368:24 369:1     273:16
335:7            304:25            255:18,24        370:19,23        293:11
344:16           332:23            256:13          371:5            362:12
345:8          posing              257:2,10,20      373:13         presumably
354:17           296:21            258:3,4          396:1            359:1 392:23
355:2            305:11            259:8,19,22    Prepare            394:16,21
374:12         position            259:25          331:21         presume
382:9 385:6      304:22 318:1      260:9,21      preponder...       297:2 327:13
385:7,21         318:4,5,8         261:13,16       277:11            341:21
polling          318:10,16         262:6         present            342:3 393:9
276:4,5,13       318:17,25         265:20          277:10 280:6     394:2
341:14           328:12            270:23          305:16         presuming
345:6          positive            271:3 272:4     336:24           340:18
polls            284:25 309:9      272:20          341:15         pretty
287:13           363:4             275:7,20        354:11           263:8,14
292:19,19      possession          277:5,9         358:5,11,25      269:7
305:16,20        357:24 359:7      279:11          359:1 380:6      273:12
327:12         possibili...        284:22        presentation      287:17
342:2 349:5      316:1             289:19          248:14           294:15
358:11         possibility         291:24          340:25           373:23
364:19           337:11            298:25        presented          389:20
365:5,9        possible            299:3,20        264:11         prevent
387:9            295:6 342:3       338:1,2         343:18           286:6 290:8
400:19           342:4           Prairievi...      344:16           338:4,6
ponder           348:25            257:15          355:4            366:25
376:1          possibly          precedents     presenting       preventing
poor             295:8 366:24      331:11          314:5 338:12     367:16
294:19,20      post              preceding         341:9 343:8    previous
307:15           248:11            330:11        presently         255:16 312:4
333:7,15       potential         precinct         345:11           367:13
335:12           382:1,6           276:23        presentment       368:12
346:21         potentially         381:19,20       343:14,23        370:1
347:2,18         343:20          precincts         355:7            392:13
poorest          369:16            275:23 337:5  president          393:22
346:24         poverty             341:14          293:11        previously
popular          333:22 334:3    precise           360:23          263:11 306:6
277:7          powers              350:1           362:10           365:7,16
population       285:22          predecessor       365:18           373:2
303:25 312:6   practical           384:13          390:17        previousl...
323:3            347:11          predictors      presidential      257:17
326:20         practice            308:2           368:24 369:1  pre-clear
332:25           249:3 318:6     predomina...      369:17          270:20 271:5
369:9          practices           282:4 298:24    370:19,23        271:6
371:11           254:16,23         298:25          371:5            278:11
376:3 385:1      260:8 278:6       338:3           373:13           365:17
portion          390:3           prefer          president's        390:4,5
324:7,8                            370:20          361:19         pre-clear...
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031527

| | | | | |
|---|---|---|---|---|
| 256:10 | 267:8 282:2 | 276:11 | 366:3 | **protest** |
| 267:17 | 285:23 | 278:4 | **promise** | 265:7 |
| 270:3 278:4 | 287:3 | 279:20 | 302:9 | **protested** |
| 278:15,21 | 311:20 | 305:4 308:1 | **proof** | 261:1 |
| 303:20,22 | 313:14 | 308:4 | 338:24 | **prove** |
| 389:16 | 324:7 | 310:12 | 343:18 | 290:22 |
| 390:20 | 328:18 | 312:1 | 344:16 | 292:16 |
| 391:2 392:5 | 339:15 | 313:21 | 347:10 | 311:18,20 |
| **pre-cleared** | 354:6 | 320:19 | 355:4 | 347:4,6,15 |
| 260:6 267:15 | 356:13 | 321:5 332:8 | 357:22 | 347:23 |
| 267:16 | 363:10 | 343:5 | **proper** | 391:10 |
| 268:23 | 367:14 | 345:22 | 295:7 328:16 | **proved** |
| 270:5,11 | 398:8 | 347:5,18 | **proportion** | 303:12 |
| 277:25 | **probation** | 350:7 | 350:25 | 335:11 |
| 280:17 | 391:8 | 356:14,19 | **proportio...** | 367:17 |
| 365:19 | **problem** | 370:16 | 395:5 | **proves** |
| 390:17 | 258:15,20 | 392:23 | **proportions** | 291:21 |
| 392:17 | 281:24 | **processed** | 394:21 | 358:23 |
| **primaries** | 283:19 | 262:20,21 | **proposal** | **provide** |
| 331:12 | 284:24 | 267:1 | 250:13 251:8 | 248:14 |
| 399:24 | 292:6 | 298:12,13 | 336:4 | 251:24,25 |
| 400:1 | 340:15,19 | **processes** | 346:12 | 254:12 |
| **primary** | 348:14 | 268:22 | **propose** | 264:8 |
| 255:3 334:17 | 353:9 | 331:19 | 369:25 | 275:23 |
| 368:24 | 354:14,15 | 332:10 | **proposed** | 299:19,24 |
| 369:1 | 381:16 | **processing** | 258:22 | 300:1,8 |
| 370:19,23 | **problems** | 257:1 | 351:20 | 305:19 |
| 371:5 | 255:20,22 | **prodded** | 393:12 | 315:2 |
| 373:13 | 258:8 262:4 | 268:13 | **proposing** | 317:16 |
| **principle** | 276:1 282:1 | **produce** | 261:21 281:6 | 327:21 |
| 333:20 | 320:24 | 385:20 | 351:19 | 333:18 |
| **prior** | 321:1,4,6 | **produced** | **prosecute** | 335:5 |
| 248:9 254:14 | 321:13 | 253:18 | 265:8 301:24 | 338:24 |
| 266:2,15 | 344:20 | **Professor** | **prosecution** | 340:6 |
| 275:19 | 358:19 | 307:7,10,18 | 293:1 298:22 | 342:19 |
| 284:5 | 391:9 | 310:1,24 | 301:24 | 347:3 348:1 |
| 387:24 | **procedure** | **professor's** | 303:12 | 350:5 |
| 388:22 | 248:5 372:12 | 309:1 | **protect** | 356:20 |
| 398:23,24 | **procedures** | **program** | 279:21 290:9 | 396:8 |
| **prison** | 256:7,12 | 257:24 | 305:3 335:4 | **provided** |
| 293:17 | 257:13 | 331:23 | **protected** | 250:10,11 |
| **private** | 258:8 332:1 | 369:24 | 278:5 326:4 | 251:9,10,24 |
| 339:24 | **proceed** | **Programs** | **protecting** | 251:25 |
| **privilege** | 252:19 254:8 | 311:5 | 259:14 | 255:8,20 |
| 349:6 | **process** | **progressi...** | **protection** | 257:9 305:7 |
| **proactive** | 249:7 256:5 | 281:15 | 279:19 | 355:1 394:9 |
| 367:7 | 258:11 | 282:20 | 331:22 | **provides** |
| **probably** | 264:2,5,5,9 | **prominent** | | 285:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031528

```
389:16                pull              249:6,21            373:20             259:13
393:12                297:25            259:5              375:22             raised
providing             punished          262:24             377:20             363:12
297:4 338:7           264:7             263:14             391:6 401:6         397:14
370:8                 purchase          269:23             quick              raises
385:25                333:14            274:19             252:15 295:5        339:23
393:6 394:2           purged            280:8 298:3        349:12             raising
proving               262:7             301:12             353:14             294:21 351:3
311:15 349:4          purpose           302:2,10           375:21             rarely
provisional           251:4 292:17      321:2 324:1        383:11             333:15
291:23                purposes          339:23             397:22             Rasmussen
305:23                258:1 336:16      341:8,21           398:11             322:6
335:1,4,6,8           343:19            354:16,20          399:18             rate
335:13,22             pursuant          362:25             quickly            336:6
335:25                402:14            374:6 376:1        251:21             rates
336:6,7               pushed            383:22             366:10             361:17
337:4                 268:13            389:3              quite              ratify
361:16,16             pushing           398:22             284:17 324:5       329:13
361:17                287:25            399:8,19           335:22             rationally
365:10                289:14            questionable       346:25             254:16
370:6,15,24           put               310:15             347:12,17          367:15
371:8,13              253:5 258:2       questioned         374:14             raw
372:11,21             287:18            278:22             quote              309:12
373:3,6               290:6,21          300:25             287:8 296:2        Raymond
374:2                 301:15            questions          322:9              285:16 286:3
378:23                303:14            248:16 249:4       333:19             286:10,11
380:25                305:2             249:4,9            quoted             294:3,6,8
383:3 384:8           328:18            250:8 251:3        388:9              294:11,12
393:15,22             382:7             252:9 253:1        quoting            294:16
394:4,17,23           putting           279:15             294:7              296:2
395:21                280:3 284:20      285:13,16                             317:20,21
396:3,8               p.m               286:2,6           ─────────────       reached
398:24                326:3             288:21                  R             378:17
399:2,5               P.O               295:3             race                reach-out
provision...          261:14            297:11            281:20 334:2        379:2
381:2                                   300:21            369:17,19           reaction
provisionals          ─────────────     304:1 310:8       races               357:9
378:6,8                     Q           316:19            306:19             read
provisions            qualify           317:19            racial              248:17
290:7 295:20          296:22            325:15            284:11              270:19
397:14                305:12            329:24            322:20              311:7 313:6
public                347:6             335:18            332:20              313:8,10,11
249:20,22,25          qualifying        337:15            336:12              323:9
262:17                334:25            344:9             346:1               357:14
325:6 326:7           quantify          346:20            racially            readily
340:1                 370:14            352:12            254:22              326:24 359:6
352:11                question          354:19            255:11              reading
402:18                248:18,25         363:17            256:5 346:2
                                                          rain
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031529

```
283:16            303:3 308:5       314:12,17         336:13            256:16,21
294:11            308:9             315:17            339:24            256:23
315:19            324:23            331:2             340:1,13          257:1,13,15
ready             339:9 342:6       362:16            341:24,25         258:8,10,11
378:21            344:24            363:23            343:5             260:8 262:9
real              348:19            395:14            regarding         262:20
258:19,24         349:19            397:18            248:7 268:5       263:18
281:22            377:2             402:9             280:16            291:6 315:1
301:23            382:16            records           291:6             316:13
345:21            reasonable        269:20            295:20            336:23
349:12            320:18 321:2      275:20            331:25            342:13,14
398:11            325:17,22         redistric...      regardless        342:15,18
reality           326:14            286:18            281:20            343:8
334:4 335:6       327:3 329:1       reduce            388:25            350:12,24
346:3             reasonably        311:1             regards           355:13,17
353:25            249:23            reduced           269:18            355:18
realize           reasons           394:14            register          356:19
283:25            255:12 257:3      reduces           293:1 305:18      357:1,17
realized          257:5             394:4             326:17            358:6
270:4             292:22            reducing          327:16            368:22
really            361:18            376:11            355:20,23         374:17,19
251:20            375:25            reduction         355:25            374:20
274:25            379:7,11          316:2             356:7,13          386:13,16
290:1             402:22            redundant         357:10            386:20,22
292:16            recall            363:24            registered        386:23
297:8             265:23,24         refer             255:5 266:25      388:14
318:14            283:16            268:2 370:21      281:10            393:13
321:18            384:18            referenced        313:24,25         400:11
323:5,14          396:7             363:1             327:14            regular
327:25            receipt           referral          356:3             344:3 346:17
333:2 336:9       402:20            265:3             360:12            354:17
336:10            receive           referring         368:9 377:8       381:5
340:15            258:6             262:1 296:2       380:10            regularly
343:15            received          343:12            386:16            352:14
345:25            365:4 368:21      392:11            387:2,6           reject
349:24            recognize         refunds           registering       270:13
350:15            354:9             297:17            355:16            rejected
373:18,20         recognized        refused           registrars        255:11 257:2
374:3             284:6             264:2,9           256:15,17,18      336:6 337:4
382:20            recommend...      265:8,15,18       256:19,22         rejection
383:10            268:10 386:7      265:19,22         257:25            256:20
384:11            record            278:21            258:1,6           257:14
389:15            248:23 249:8      300:1             388:13            337:5
393:20            253:5,9           refusing          registrar's       361:17
reason            262:17            256:16            400:14            relate
249:18            272:24            regard            registration      254:13
251:12            285:12            295:18,25         255:10,17         related
276:8 278:3       294:2 304:7       297:1,3           256:5,7,11        248:9,18
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
  367:15              replicate           299:14              Republicans          317:15
  403:1               315:7               310:9,10           251:14,19,22         332:23
relates               report              314:10             321:12,14            334:16,21
325:17                253:17              317:19,21          reputation           336:3,24
  348:14              306:12,16           337:17             301:5                337:1
relating              306:21,24           349:11,13          request              346:16
296:18                308:17,18           351:20,21          272:24 273:4         354:25
relationship          313:13              357:13              273:12,15           367:14
351:18                314:16              359:7,8             274:20              369:6,13
relations...          322:6               362:17             requested            379:3,10
306:7                 335:24              363:12             274:9,24             380:2 381:1
relatives             393:24              372:16              402:16,23           381:20
353:21              reported              373:14,15          require              390:14
release               345:5,7,8           375:21             275:24               393:11,11
360:22                351:25              377:18,21          295:21               393:16,17
  362:12            Reporter              377:22             296:19               393:21
released              402:5               389:11,13          297:1               requirements
271:7,9,24          REPORTER'S            389:14             306:13,17           256:10
  271:25             402:1                391:16             306:22,25            258:25,25
relevant            reports               396:14,15         315:9,20             276:15
313:23               375:8                397:17,20         316:12               281:1,11
reliability         represent             397:21            336:4                295:15
305:4                254:1 282:5          399:17,18         349:23               297:4
relied               289:3,4              400:5             356:11,18            310:25
260:7                296:23             REPRESENT...        367:7                332:17,19
relief                302:16              247:8             369:25               335:24
257:10               304:15             represented         370:3,4              336:8
relying              305:13               289:4 325:8       392:14               345:20
361:21               324:18             representing        393:23               346:14
remain               327:1 331:2         304:21 318:1       394:25               359:5 382:7
333:1 334:8          363:25              319:20,21         required              385:1,23
remaining          represent...          330:6,12,14       257:19 258:2          393:8
251:1                357:16              330:17,18         296:20               requires
remedy             represent...          330:23            305:11,15            258:14
380:20 383:5        259:12             reps                314:18               296:16
remember            261:24              275:3              323:10               305:18,22
265:9 310:3         263:16             Republic            335:10               332:9
  325:19,20         264:22              366:17             340:14              requiring
  357:14            274:13             Republican          342:12               256:18 307:2
remind              277:15              250:12,16          379:1                332:1
292:24              282:7,9             251:10             385:22               356:25
reminds             285:18              253:7 280:5        389:16,16            372:3
293:8,8             286:3,10,11         284:10            requirement          requisite
remove              293:25              286:25            278:15              380:12,13
375:15              294:3,6,8,9         287:11            303:20             research
repeat              294:12,14          294:21            315:2              307:5 328:15
376:24              294:16,22          321:7,10,11       316:10,11           residency
                    296:2 297:9         351:15            316:12              281:11
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

residents
277:12
resign
264:13,19
resigned
292:22 293:7
301:22
resolution
271:3,7
resolved
341:10
resource
389:5 393:1
resources
275:22
287:13
291:10
292:15
297:17,19
respect
268:18 281:8
284:18,18
286:12
289:10
293:21
294:1
366:13,20
368:6 369:3
369:7
respectfully
342:7
respond
249:10
263:24
respondent
312:7
respondents
306:10,12,14
306:16,19
306:21,23
306:24
response
263:13 273:9
310:13
responsib...
267:13 329:2
349:3,4,7
366:13

rest
274:13
304:19
356:3
371:25
restrict
332:7 337:9
restrictions
305:3
result
250:13,14
277:23
278:6
334:23
371:16
375:9 392:4
resulted
277:21
results
312:8,11,16
resume
356:23
retorts
375:23
retroacti...
270:20 271:6
retrogres...
390:11
return
372:1 380:6
380:18
381:6
returned
371:18
402:18,20
revenue
385:12
review
253:10
257:17
reviewed
278:7 310:11
313:2
re-take
338:23
rhetoric
297:7 329:5

rich
324:14
ride
292:9
right
255:25 259:8
259:10
261:1
263:12,24
267:22
269:4
272:19
273:14
280:9 281:9
281:12,13
282:14,23
288:17
291:20,25
293:18
295:22,24
296:22
297:15
298:1,5
299:1
302:15
305:12
308:23,24
316:3
319:23
320:1,8,15
321:8,9
322:7 324:8
325:8
328:14,16
328:23
329:19
330:25
335:1 337:6
341:12
345:18,18
345:25
346:9,10,19
347:1 348:8
348:13,19
348:20,21
351:5,6,8
354:8
358:16

359:21
360:1
363:14
364:9
366:16,19
372:6
376:14
377:13,15
377:18
378:5,11,15
379:14,21
379:22
380:1,9
381:23
383:1,20
385:25
395:1
396:13
399:11
rightfully
280:18
rights
254:12
255:15,23
256:3,9
257:13
259:19
267:13
277:21
279:21
285:8
286:16
302:25
320:3,4
331:8,11
332:18
336:1 337:7
337:13
366:19
379:21
390:2
rigorous
307:9,22
309:23
rising
334:3
road
266:1,3,12

273:9
role
388:1
roll
278:12 317:1
rolls
262:7 303:23
344:22
room
344:24 356:8
roughly
282:14
394:21
395:17
399:5
row
250:24
Rule
402:14
ruled
304:24
383:18
rules
361:3
ruling
281:13,14
282:18,21
282:24
283:1
284:21,25
285:1,2
360:18,25
rulings
281:12
run
298:2 383:8
running
253:15
303:22
runoff
368:20,21
369:19
runs
363:15
rural
261:13
288:25
289:2,3,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031532

```
289:20               279:18          scientific      see                296:17
325:9,9              283:19          373:17          248:17 263:5       297:6
                     284:13          scientifi...    264:10             304:11
        S            285:2,3         375:15          272:1              330:7
Safe                 286:19          sealed          292:12             339:16
319:9,11,12          291:8 292:2     301:14,15,16    299:9,23           340:23
319:13,14            325:3           301:19,20       303:8              349:23
319:18               342:21,23       seasons         333:15             351:10,19
330:13,15            347:16          264:20          340:19             355:10
330:17,18            348:15          seat            341:13             357:24
safeguard            353:15,20       335:10,14       363:6 375:5        358:25
335:5                353:22          second          386:12             senator
safety             says             260:18           seek               262:2 263:13
325:6 347:2          248:11            308:11         259:1             321:11
352:11               249:16           313:20         seeking            369:18,18
sale                 252:19           317:24         264:3 290:24       send
269:22               277:4 279:5      325:17         seen               253:13
272:22               279:6,8          338:14         277:14             356:22
sat                  285:7            374:6          286:15,18          379:3,9
252:22               290:21          386:14          290:11,15         sending
262:10,10            317:24          400:10          294:22            300:7,11
283:10               322:9          seconds          315:15            senior
286:14               324:21         272:7            366:6             304:6,17
satisfy              343:17         Secretary        367:23            328:2,23
336:2                344:15,21      266:22 267:6      369:21           sense
saturation           348:10,12      267:9            375:18            333:12,12
362:1                360:22          335:22          376:20            376:23
save                 386:8           341:3          387:17,24         383:2
333:13             SB                354:19          388:1             389:22
saving               331:25          360:10          390:10            392:11
333:5              scale             363:22          segment           394:6
savings              288:2           364:4,11        354:5             sensitive
333:6,11           scheduling        387:25         segments           277:17 351:3
saw                  265:21          388:22          323:3             351:13
283:1 285:6          272:24          393:24         segregated         sent
291:7                273:4,8         397:9           335:20            248:6 271:3
292:16             school            399:12          self              297:22
368:12,13            259:21 260:6   Section          356:25            300:24
368:24               260:7,17       256:9 390:2     self-impo...       391:6
369:7,8              270:22         secure           307:25            sentence
395:8                278:14         331:8           selling            315:19
saying               279:25         security        270:7 293:11       317:24
252:7 263:10         280:22         314:1 328:6     Senate             398:15
264:4                299:3 362:4    333:12          248:3 250:18       separate
267:24,25          schools          339:1 352:9     254:6             352:10
271:23               278:23         357:20          262:18            separated
272:2              science          358:2,7         281:6             249:21
273:16               305:25 309:2   384:15          295:10            serious
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

263:8
seriously
274:16
366:14
serve
256:15
served
364:10
402:11
session
291:1,5
set
266:12 293:5
297:24,25
298:6
305:22
400:22
setting
266:2
settlement
257:11,18,22
seven
250:10 251:9
251:14,24
251:24,25
257:18
275:11
280:5 289:4
298:4,11
302:5
400:15
Seventies
278:16
377:15
severance
291:4
shake
278:5
shakes
340:2
share
367:4 376:9
Shauna
402:5 403:9
shed
343:12 354:1
sheer
374:4

Sheila
274:17
shell
398:9
shelter
333:25
shocked
398:9
shorter
399:24
Shorthand
402:5
show
310:16,18
323:10
371:23
372:3
390:11
shown
402:12
shows
328:15
335:25
365:9,11
side
250:11,12,15
250:16
265:20
301:10,10
309:17
327:6
351:12
353:17
391:2 397:8
sides
295:8 311:9
375:13
sign
346:16
347:19,21
signature
341:1 388:12
388:14,15
388:16
394:24
402:15,18
402:21
signatures

372:9 388:18
395:24
signed
256:2 271:3
376:19
significance
306:9
significant
249:23 255:4
255:22
263:15
285:19
296:23
300:14
305:13
306:7 312:2
312:9,10,11
312:13,15
312:17,18
332:23
340:15
374:17
376:25
silent
260:2,3
261:8
similar
306:24
365:20
369:24
390:14
394:23
simply
267:24 294:1
294:7 297:3
312:5
316:11,22
336:2
340:18,20
340:25
341:24
351:18
355:23
358:22
394:3
395:21
Simultaneous
294:5 324:25

single
264:6 291:11
367:23
sir
344:10
351:24
358:4 364:1
370:1,7,18
371:1,7,18
373:2
375:10
377:17
378:2 379:8
379:17
384:16,19
384:24
386:5,11
388:2,20
389:6 392:7
392:13
394:8 397:1
397:16,23
398:2 401:5
sit
265:10 285:7
site
276:5
sites
276:4,13
sitting
273:3 324:15
369:18
situation
262:6 297:18
311:18
349:3,17
380:20
situations
271:20 335:5
six
250:11 251:2
251:10,25
292:3
323:21
364:18
six-hour
292:4
skeptical

280:19
slight
281:16
small
260:6 276:16
280:25
281:4 282:3
306:8 350:2
350:5,10
smaller
373:8
Smith
248:1 249:10
251:16
252:5,12,14
252:16
253:2,20
254:5,8
277:16
282:7
285:11,25
294:25
295:4 296:9
296:13
302:3 304:1
304:5,14,18
308:13,14
310:8
314:12
316:19
317:3,7,9
317:14
325:15
329:24
330:3,5,16
330:20,22
330:25
343:22
344:8,11
345:17
346:19
349:11,18
353:12
354:16
355:5,9,19
356:6,11,18
356:24
357:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031534

```
358:2,6,16        354:18            325:16            spell             355:8
358:18            356:22            330:9,19,21       353:21            358:12,12
359:4             366:20,21         330:24            spelled           371:21
362:15            367:1 381:2       343:11            352:25            standards
363:17,20         381:19            344:10,11          353:22           321:20
369:23            383:18            345:16             354:13           standing
372:16,19         somewhat          346:21            spelling          359:13
373:14            376:5             353:14            353:4             Star
377:20            soon              354:24            spellings         347:2,4,7
389:13            266:11            355:7,11          352:21             351:25
391:17            sorry             357:25            spend              357:14
393:4 395:3       318:24            358:4,8,17        275:17            start
396:13             319:14           359:2 393:1        303:21           249:14
397:18             344:11           395:2              322:21           276:14
399:17             372:17           speaking          328:24           308:13
400:6 401:6        383:9 384:1      273:7              384:17           346:24
snappers           385:2 395:2     speaks             385:5,13         353:11
252:25             399:9            389:7              386:12,18        356:4
social            sort             special            386:20,24        370:22
305:24 314:1      297:16,16        270:24             399:19           399:8
 328:6             316:14          399:24            spent             started
 338:25            325:1           specific          252:23           248:20 250:6
 352:9             328:25          266:5,7,10         279:25            360:2,6,7
 357:20            348:8 354:2      273:21            384:22            393:23
 358:2,7           354:16           284:14            387:20           starting
society            372:8            336:11           spirit            258:10
348:3 350:8       sought            384:24           363:16            392:14
 354:5 363:4      276:2,3          specifically      384:12           starts
 363:5,13         sounded          248:10 256:6      spring            353:10
softball           372:14           266:16           255:3 276:3      state
261:17,18,21      sounds            340:9 377:9      square            254:1 257:4
 289:17           315:19            382:3            276:4             258:13
solution          south            specifics        stadium           260:1,3
345:25            263:5 293:15      337:25           260:22 261:4      261:2,2,7
Solutions          325:9            340:16,25         261:5            262:18
403:10            speak            specified        staff             263:7,22
solve             266:9 291:21      398:15           276:13            264:25
258:15             374:17          spectrum         stand             266:22
somebody           393:2            316:2            248:15 279:4      267:2,6,9
274:4 290:8       Speaker          speculate         396:5            267:10
 290:12,22        248:4 251:13      376:6 377:2      standard          271:22
 292:9             251:20           395:9           249:2,2           275:21
 303:14            252:10,13       speculated        293:17           277:24,25
 313:19            252:15,21        367:14           318:5            278:14,19
 319:7             253:4 295:2     speculating      343:14,15         279:7,8
 321:18            296:6,11         392:24           343:22,23        280:4
 322:20            297:10,12       speculation      343:24            283:22
 344:24            302:9            367:16           354:22            284:25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006177

| | | | | |
|---|---|---|---|---|
| 286:17 | 399:15 | 360:9,10 | 275:14 | 340:6,12,21 |
| 294:23,23 | 400:8 402:6 | 368:6 | **stringent** | **studied** |
| 297:17 | **stated** | 393:22 | 310:25 | 313:4 322:2 |
| 303:20 | 367:11 | 394:10 | **strong** | 376:15 |
| 304:14 | **statement** | 399:11 | 261:2 396:1 | 379:7 |
| 305:2 | 273:16 | **status** | **strongly** | **studies** |
| 306:13,17 | 361:19 | 389:1 | 307:5 311:25 | 281:3 305:25 |
| 306:22,25 | **states** | **statutes** | **struggling** | 308:18 |
| 309:10 | 254:18 256:1 | 390:5 | 281:9,12,13 | 316:5 |
| 310:1 | 257:7 | **stay** | **stuck** | **study** |
| 314:13,14 | 304:23 | 250:23 251:5 | 271:11 | 280:2 306:2 |
| 314:16 | 305:17,22 | 261:7 | **student** | 306:5 |
| 315:6 | 306:11,12 | 273:24 | 255:9 275:9 | 307:18,21 |
| 316:22 | 306:15,17 | **staying** | 281:20,23 | 307:23 |
| 319:16 | 306:20,20 | 292:18 | 297:24 | 308:6,21 |
| 321:8,11,12 | 306:21,23 | **steal** | 336:25 | 309:1,3,7 |
| 329:12,13 | 306:24 | 293:15 | 338:11 | 309:16,19 |
| 329:15 | 309:21 | **stem** | **students** | 309:21,23 |
| 331:1,14,19 | 314:18,20 | 283:19 | 254:21 255:3 | 309:24,25 |
| 332:25 | 315:5,20,21 | **step** | 255:18,25 | 310:5,11,13 |
| 335:23 | 316:24 | 264:15,17 | 256:14,14 | 310:13,15 |
| 337:23 | 320:10,13 | 276:21 | 257:3,10,20 | 310:17,18 |
| 338:11,13 | 321:1 | 335:9 | 258:5 259:8 | 310:22 |
| 338:16 | 329:14,17 | **Stephen** | 259:19,25 | 311:5,7,20 |
| 339:9,11 | 331:9,15 | 296:1 | 260:9 261:8 | 311:21 |
| 340:7 341:3 | 337:8 | **Stephens** | 261:9,16,20 | 312:4,25 |
| 345:14 | 359:15,17 | 296:13 305:2 | 261:22 | 315:7,14,15 |
| 348:6 | 380:9 | 305:6,9 | 263:11,25 | 316:21 |
| 350:19 | **statewide** | 323:20,22 | 264:24 | 333:10 |
| 359:13 | 284:6 307:12 | 325:21 | 266:25 | 389:7 |
| 361:2,7,8 | 370:15 | **stepped** | 268:18 | **stuff** |
| 362:1,13 | **state's** | 264:23 | 269:15 | 341:11 |
| 363:22,24 | 266:22 267:6 | **steps** | 272:20 | 384:12 |
| 364:4,8,11 | 267:9 | 320:18 | 275:7 | **stunning** |
| 364:22 | 307:12 | 325:17,22 | 276:23 | 285:4 |
| 366:4,5 | 354:19 | **stick** | 277:8 | **subdivision** |
| 368:10,13 | 360:10 | 293:20 395:7 | 281:10 | 339:19 |
| 371:11 | 399:12 | **stigma** | 282:2,17 | **subject** |
| 375:17 | **state-level** | 326:20 | 284:21 | 343:8 390:2 |
| 384:5 | 307:20 | **stood** | 289:19 | **subjected** |
| 385:13,15 | **statistical** | 260:2,3 | 291:9,24,24 | 254:22 |
| 385:19,25 | 309:22 | **stop** | 292:7 | **subjective** |
| 387:25 | **statistic...** | 284:21 | 297:13 | 343:21 |
| 388:11,22 | 306:7 312:2 | 341:19 | 298:5,23,24 | **submission** |
| 390:12,16 | 312:9,10,11 | **stopped** | 299:20 | 390:6 |
| 391:5 | 312:13,14 | 329:5 | 302:1,11,16 | **submissions** |
| 392:16 | 312:17,18 | **story** | 303:1 338:6 | 390:8 |
| 393:5,6,25 | **statistics** | | 339:12 | **submit** |
| 397:10 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

334:25
356:25
390:1
**submitted**
256:17
357:19
390:6,20
**subsequently**
259:4
**subsidize**
385:16
**substantial**
296:22
305:12
395:23
**subtract**
333:24
**sued**
259:17
**sufficient**
257:20 358:7
**suffrage**
297:15
**suggest**
280:24 281:4
308:10
313:14
316:15
**suggested**
306:6
**suggestions**
297:23 386:6
**suggests**
281:17
282:25
307:2,5
309:13
**Suite**
403:11
**summary**
313:8,10
**support**
303:15 308:8
322:14,19
347:25
356:24
**supporters**
287:13

**supporting**
325:21
**supports**
323:11
**suppose**
250:19
340:13
**supposed**
326:18
**supposing**
328:17
**suppress**
281:2,6
286:16
307:6
316:16
320:4
**suppressive**
307:3
**supreme**
259:8 275:12
275:13
281:14
282:19
296:4,14
304:23
324:15
328:25
329:7 333:4
333:20
348:19
360:18,25
365:22
383:22
395:25
**sure**
261:3 267:7
267:24
268:8,9,13
274:11
284:4 292:5
302:4
309:20
319:23
320:2 321:3
321:20
335:15,22
345:22

347:5,17
351:8 362:5
363:9
366:25
369:23
375:2 378:3
378:25
383:24
384:20
386:2 388:7
388:17
389:4
395:10
400:9
**surely**
296:21
**surprise**
352:12,15
**surprised**
288:23
**surprising**
388:22
**Surprisingly**
388:21
**surrender**
339:1
**surrounding**
334:20
352:18
361:23
**survey**
311:24 312:6
312:9
**surveyed**
306:10
**survival**
333:8
**survive**
346:23
**suspect**
271:16,17
289:19
**suspects**
279:2
**suspicious**
277:18
279:13
**system**

278:9 290:20
293:5 320:8
320:15,22
320:25
321:14,19
348:23
353:3
386:17,21
386:22
388:5 389:8
394:10,23
**systematic**
294:17
345:10
378:19
**systemic**
388:6

_____
**T**
_____
**tab**
303:14
**tables**
298:7
**Tailor**
363:21 364:1
364:3
373:15
375:12
377:22
401:8
**tainted**
260:2 261:3
261:8
269:16
303:5,5,11
303:18,19
303:23
**take**
250:5 251:1
251:8 268:6
274:16
286:7,9
302:8
322:24
326:6,9
333:2
341:16
342:24

362:8,24
363:6,6,8
366:13,18
384:10
385:22,22
391:2
397:19
**taken**
254:24
289:12
327:4
348:22
361:18
403:2
**takes**
358:17
392:22
**talk**
334:11,12
338:8
345:17
363:11
365:15
370:18,19
370:22
377:23,25
383:7
398:11
**talked**
266:20
267:11
276:8
365:15
368:7
370:12
377:5
383:13
387:10
**talking**
270:6,7
280:25
288:7
292:21
296:15
302:12,20
320:12
329:6,7,9
337:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031537

```
355:9,11          385:9           318:7 338:2     281:6            thank
360:4             395:11          363:22          283:22           253:20
362:12            398:17          375:17          284:2            254:11
370:1             telling         389:4           291:11           261:23
377:17            272:8 273:3     testimony       293:15           274:13
386:13,21         274:1 319:8     248:12          296:16           277:15
386:23            327:2 365:6     249:21,22       297:3            294:12
387:1             temporarily     249:25          303:20,21        304:2,18
392:24            262:25 300:6    250:14          305:15           310:10
398:13            temporary       254:12          313:13           314:10
Tanner            289:23          261:25          314:2 316:9      329:23,25
270:15,17         tended          299:19,24       317:3 319:9      330:2
tape              294:20          300:1,8         319:11,12        337:15
301:15            tension         302:23          319:13,14        344:10
tarnished         387:8           304:20          319:18           345:16
301:6             term            310:24          320:8,12,13      349:9
Tarrant           316:21          311:12          320:21,23        351:21
351:23 352:3      terms           317:22,25       320:25           359:8,9
352:11            250:7 278:5     331:24          321:4,5,6        362:19,22
tax               287:18          332:4           321:22           363:18,19
279:2 323:12      295:11          334:10,10       325:9            364:5
329:4,10,15       304:9           362:18          329:12,15        373:18
329:19            308:18          373:16          329:19           375:16,19
382:10            322:13          375:13,18       330:13,15        375:20
taxes             340:16          382:18          330:17,18        377:18,22
329:11            354:23          384:9 389:7     331:17           377:23
teacher           394:17          389:12          332:24           379:6
292:1             396:2           393:5,6         336:4,6,25       389:11
techniques        398:15          402:9 403:2     337:8,13,21      391:16
309:22            test            tests           337:22,24        397:17
teeth             338:24          382:12          339:19           399:14,15
283:3             343:25          Texans          340:4,7,9        400:5 401:7
Tel               testified       313:15,24       345:14           Thanks
403:12            262:17          350:22          347:1 348:6      330:3 349:8
Telegram          287:21          Texas           353:17           theirs
352:1 357:14      testify         247:8 254:13    357:24           372:14
tell              248:3 249:20    254:17,19       359:18           theory
261:16            254:5           254:24          361:7,12         386:2
262:19            304:11,19       255:6           362:5            therefor
290:10            321:24          257:16          364:15,16        402:22
293:12            330:7           258:13,21       365:20           thing
294:16            340:10          259:15          369:25           258:9 264:22
313:12            345:10          261:13          383:1 385:2      267:11
325:23            361:9           266:22          389:8,9,19       269:18
359:10            373:21          271:22          390:14           272:23
364:24            374:7           278:15,17       391:6 400:9      283:18
365:25            382:20          278:17,19       400:10,20        284:11
366:12            testifying      280:4,25        402:6 403:9      289:16
                                                  403:11
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031538

```
292:20              293:22              383:11,18          367:9               390:19,20
348:7 349:5         302:10              389:19             throw               391:3,7,9
355:15              310:22              393:2 395:3        261:17,21           391:18,19
361:6               311:10,19           398:8,19            277:3              392:5,16,23
369:14              311:20              400:10,20          throwing            395:1
376:21              314:3,24            thinking           261:21              396:17
382:2               318:24              293:14              289:17             399:25
383:12              319:18,21           346:23,24           354:14            times
things              319:23              348:17            thrown              293:22 294:2
276:18              320:10,10           third               364:8              299:10
277:20              320:13,18           372:4 386:15       tied                352:2,2
280:15              320:22,24           thirdly             279:8              388:19
282:12              321:1,4,5           375:6             tight                399:15
288:19              321:13,23           thought             276:8            Timothy
289:22              323:2,2,7           251:24 264:5       time                310:24
327:21              323:12,17           272:7 300:5        248:1,9,18        tiny
333:17              323:20              300:6 300:8         248:20,20          350:25
336:11              324:9,23            327:3 331:5         249:13,15        tired
341:10,12           325:1,2             353:19              250:5,7,24         264:20
341:17              326:14            thousand              251:11,16        Toby
342:1               328:24,25           262:9,19,22         251:18,18          393:2
344:12              329:4,9             264:23              252:4,6,8        today
348:3               330:16,22           268:18              252:11             253:17
351:11              332:11              280:10              253:3,13           302:13,17
367:11              336:9               293:15              254:24             304:3,20
374:14              340:11,11         thousands             257:20             310:11
382:3 388:4         340:22              259:25 276:9        260:24,24          321:12
391:2               342:19            threat                268:11             327:5
think               343:2,11,12         332:24              271:8,9            331:24
249:6,12            343:19            threatened            274:10             332:4,12
250:23              344:23              293:1               276:8              351:22
251:8 252:2         345:21            three                285:12             353:11
252:4,5             348:1 350:3         248:10 263:1        286:4              354:12
262:8               350:4               276:25              289:17             355:12
263:17              351:10              283:10              304:5              359:10
273:11              352:13              286:21              314:11             361:9,16
274:19,20           353:9 354:2         291:2,9             322:21             364:6 365:8
276:15,19           355:21,21           294:13              326:9,15           365:21
276:21              356:14              297:22              330:5 339:5        366:15
277:1 281:8         357:7,15            349:15              339:7              377:6,23
281:22,24           358:8,14,22         352:2,2,10          352:24             383:18
284:24              360:1               362:15              360:2            told
285:21              361:14              373:20              362:16             254:25
286:23              363:11,12           386:13              363:20             266:18
287:24              365:6               388:19              375:4              272:15
288:4,6,10          375:23,24           396:1               377:19             273:21
289:13              376:6 379:9         400:17              380:15             276:2
290:5,19            380:16            three-day             387:20             288:21,23
                    381:1,7,13
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 6, 2009

448

```
292:20              247:21          true              turned            288:22,24
298:2               402:10          269:6 293:13      290:10,11         295:21
338:14,17           transcript      303:12,13         298:2,3,10        297:22
338:21              402:8,20        345:15            298:11            302:5
tomorrow            transient       354:24            335:2 352:3       306:11
249:25              336:21          368:20            352:9 365:5       314:7
tonight             transients      393:18            turning           326:10
399:20              345:24          402:9             338:20            328:13
Tony                transport...    truly             turnout           333:2,13
253:15              326:23          259:13            281:2,7           336:24
top                 330:20          375:18            306:3 307:4       337:2 341:9
317:23 387:7        traumatic       truth             307:6,10,12       342:20,21
399:10              301:3           316:7             307:16,21         343:5
total               travel          try               307:23            352:12
248:18,19           335:14          292:4 294:17      308:2,7,23        358:5 361:9
312:1               364:23          302:7             309:9,13,18       365:12
368:10              385:24          362:24            311:1,6,15        371:24
370:24              traveling       363:7             311:16            395:11
371:4,9,11          250:4           trying            315:16            399:20,21
372:20,21           treat           252:17            316:3,16          401:1
373:4               325:20          254:15            322:5             two-day
394:19,20           374:10          263:20            361:14            378:15,18
399:3               treated         267:22            368:8,25          380:17,23
totally             345:1,2         286:20            369:8             type
284:15              tremendous      290:14            375:25            297:12
316:18              277:2           293:23            376:2,11,13       336:11
town                trial           294:1,3,4         376:17            343:9 353:3
260:11,12,12        367:9 388:10    297:21            377:7,12,13       types
260:12,14           tried           300:2             395:4,15,18       335:21
260:15,16           250:24          303:10            395:19            341:12
260:19              284:16          310:4             turnouts          typically
301:10,11           317:10          315:14,17         308:20            292:4
303:8,9             321:22          320:2 321:2       twice             typos
325:11              352:2           321:3,25          258:4 275:4       352:21
towns               375:15          347:23            388:9
289:5 325:9         388:2           357:18            394:13
325:9               trip            359:11            twist
train               296:19 305:9    362:12            293:23
275:22              335:10          365:14            two
386:15              336:4           381:17            248:10
trained             triple          395:22            250:23
385:7               388:12          398:6,7           251:13
training            trouble         399:4             252:4
257:24 258:1        250:3 308:16    turn              262:25
258:6 341:4         349:22          290:17,21         264:9 270:3
341:11              troubling       292:7             279:24,24
385:6,9,21          258:12          turnaround        283:10
transcribed                         307:14            286:22,22
```

|   | U |
|---|---|
| **Uh-huh** |
| 268:19 322:8 |
| **unable** |
| 253:12 |
| 324:24 |
| 336:2 |
| **unacceptable** |
| 277:20 |
| **unclear** |
| 361:18 |
| **uncomfort...** |
| 345:15 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031540

unconstit...
305:1
uncounted
335:17
undermine
332:17
understand
267:2,22
268:24
272:13
277:17
279:12
300:2,3
302:4,11,12
315:13
325:14
326:8
327:24
333:8
342:10
347:3 359:5
359:12
361:3 398:8
understan...
248:19,25
266:11
269:5,9
279:1 283:7
308:21
317:15
324:10
329:11
330:18
335:19
342:12
343:6,7
346:10
361:11
383:5
undue
366:8 367:21
376:20
390:12
unfair
250:17
323:12
unfettered
264:1

unfortunate
367:4
unfortuna...
277:22
332:16
341:18
346:3 390:3
unfunded
276:18
uniformly
335:8
unimaginable
350:3
United
254:18 256:1
257:7
304:23
305:17
329:14
331:8 380:9
units
386:8
universities
337:1,19,20
337:23
339:24
340:1,18
university
255:10
280:22
299:4 307:8
307:19
308:25
309:1
314:14,16
337:23
338:1,2,11
338:13
340:4,5,20
unnecessary
255:16
unreasonable
351:9
unusual
326:25
update
374:23
updated

255:21
updating
374:22
upheld
287:6 296:7
296:12
use
252:6,8,10
260:18
261:18
276:9
289:18
309:21
316:12,21
318:11
328:7
329:21,21
341:16,17
366:3
371:21
374:12
379:10
usual
296:23
305:14
usually
299:8 328:13
391:22
U.S
259:7 275:12
360:25
364:21
365:21
395:25

---

**V**

valid
270:9 305:19
321:20
335:9
339:17,20
364:20,22
371:23
validated
270:10
validation
269:25
validly

380:10
value
366:18
vantage
324:13
variety
361:17
various
256:4 326:23
331:15
359:12
vary
400:23
Vehicles
296:20 305:7
305:10
verified
343:17
344:16
375:4
verify
355:3
Vermont
281:5 314:24
Vermont-like
315:23
Versalotti
310:24
version
351:10
versus
260:12 281:5
284:10
304:24
361:14
382:5
videotape
402:10
view
284:15
286:13
321:15
324:13
325:1
views
304:20
317:24

vigorously
389:2
Vinson
280:1
violate
286:16
violated
255:15
256:25
259:19
285:8 301:1
violation
255:23 256:9
257:13
268:25
violations
256:3,4
virtually
281:25 307:3
Volume
247:7 401:9
voluntary
256:17,18,21
258:5
volunteer
257:24
289:23
volunteered
256:14
vote
255:25
258:15
259:4,9
262:8,11
263:12,14
264:1
272:20
276:23
279:19
281:10
282:17
284:22
287:10,10
287:15
290:15
291:16,17
291:19,22
293:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031541

294:20
295:13,22
295:24
296:22
297:15
298:1,5,10
305:13,17
305:18,22
308:6
312:20
313:25
314:4,19
315:1,3
317:2 326:2
326:4,17,18
326:19,25
327:4,12,14
327:16,24
328:12,14
328:17
331:21,22
333:23
338:12,15
339:8
341:18
342:16
343:2
346:17
348:21
351:6
354:12
356:13
357:10,24
358:19,24
359:3
363:14
366:21,21
367:1,2
368:18,20
369:10,11
372:8,9
373:22,23
374:25
377:1
379:21,22
379:23
380:4,5
381:2,14,20
381:22,24

384:8
394:19,20
394:24
**voted**
276:24
316:24
360:11,13
360:17,21
373:22,25
374:5
378:23
**voter**
253:12,14,18
254:13
255:10,17
256:5,7,11
256:16,20
256:22
257:1,12,15
258:5,8,11
258:14,15
258:16,22
260:7 262:9
262:19
275:18
281:2,7
287:21
289:15
290:9 291:6
302:21
305:25
306:3 307:2
307:4,6,10
307:20,23
308:2,5,11
308:23
309:13
310:25
311:1,6,6
311:17,22
312:5,6,20
314:25
316:13
322:3,5
323:18
325:7,18
326:5 329:2
331:8,15,21

334:11
335:13
336:23
338:17
342:14,15
342:18,22
342:23
343:8 345:5
345:7 349:2
350:12,24
351:4
355:13,16
355:17,18
355:22
357:1,17,17
358:6 361:1
364:15
365:9,19,20
365:25
366:11,22
367:3,6,8,8
367:16
368:22
369:6 370:1
374:17,18
374:20
375:9,25
376:4,10,17
377:3,7
383:14
385:5
386:13,16
386:20,21
386:23
387:5,11
388:14,23
388:24,24
388:25
390:14
393:13,21
394:25
395:4
396:16
397:4,4,4
398:23
399:6
400:11
**voters**

255:5 258:23
259:2,3,21
275:22,25
287:20
290:10,11
292:5,6
305:1,15,18
306:1,13,17
306:22,25
308:10
311:24,25
312:19
313:13,25
314:18,20
321:22
326:8
331:17,19
331:20
332:14,21
334:24
335:2,4,8
335:12
336:2,12,17
336:19,20
336:24,25
337:1,13
342:20,21
346:8
360:12
362:13
367:22
368:4,9,10
368:25
369:4,8,17
376:12
377:8 378:4
394:13,22
400:3
**voter's**
342:13
**votes**
260:1 309:11
368:11,12
369:17
370:17
371:5,9
372:21
373:4

394:10,14
395:5,16,17
395:23
400:4
**voting**
254:12,16,22
255:15,23
256:3,9,15
257:13
258:10,19
258:25
259:11
267:13
268:25
276:6
277:18,21
279:21
282:5
286:16
290:8 292:1
292:3,15
296:24
302:25
305:14,21
306:12,16
306:21,24
313:21
315:6 320:3
320:4,7,22
320:25
321:14
326:7
331:11
332:13,18
336:16
337:6
338:10
339:5
341:19
346:3
348:20
359:21
366:14,15
366:18
368:15,16
368:17
374:14
381:11,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
382:6 390:2        278:20,24        248:22 253:5      347:4,24         378:22
390:4,5            279:25           253:8 274:2       351:10           387:19
397:22             281:8 282:3      282:12            354:22           390:25
399:21,22          284:11           283:18            362:6            391:19
400:2,8,15         289:17           295:2             370:14           392:9
                   290:25           297:10            376:3            weren't
       W           291:13           299:19,24         379:25           267:23
wait               293:2,6          329:21            381:1            293:11
292:3,4            297:18           348:7             394:16           294:20
waiting            299:4 301:7      358:10            395:21,24        295:6
273:19             303:6,7          359:14            400:6            Wesley
walk               345:11,13        362:17            ways             363:21 364:1
273:23 274:6       want             363:5,7           326:23           364:3 401:8
293:4              248:5 252:21     377:23            357:11           we'll
314:25             254:11           395:13            weak             253:22 293:4
316:22             266:9            wanting           309:21           294:9
317:12             268:15           346:22            website          we're
walked             270:20           wants             360:11           271:11,11,12
293:7              273:11           289:8 293:22      399:11,12        272:3
Walker             279:9 288:1      355:22            week             278:12
248:2 352:6        288:4 289:7      wary              271:24           279:10
walking            290:15           311:8             349:15,16        280:18,25
265:7 292:17       291:14           Washington        388:3           286:3,8
298:14             292:20           255:8 275:10      400:25           294:14
waller             293:19,20        278:9             weekend          297:10
254:4,10,17        295:6,9,14       279:17            339:6            302:7,12
255:14,23          302:4 304:9      324:6             weekly           303:13
256:2,4,8          308:14           392:17            333:5,16         319:23
256:12,25          314:12,17        wasn't            weeks            320:1,1
257:8,11,17        317:21           269:10            276:25 401:1     321:14
257:23             318:14           278:17            welcome          325:25
258:3,7,20         340:15           335:23            253:21           329:17
259:9,17,18        353:14           339:9             well-known       348:2
260:6,8,20         355:23           361:25            318:15           351:12,14
261:5,18,21        356:11,14        watch             went             351:19
262:21             357:5,12         267:3             260:14,14        355:11
263:19,21          358:18           way               271:25           377:17
264:12,14          359:10           249:22            276:22           380:11
267:16             362:7            275:12            279:3 280:3      397:18
269:1,3            369:23           280:2,3,20        280:4            400:10
270:21,24          372:17           281:2             281:23          we've
271:23             375:16           286:24            285:5,6          252:24
274:21             378:3            290:12            291:1,5          283:24
276:1,16,22        384:11           315:3             303:8,9          285:23
277:12             389:3 390:9      316:16            335:16,17        286:24
278:14,15          393:4            317:3 320:7       338:19,20        288:18
278:16,18          398:11          330:13            338:21          308:21,25
278:18,19          wanted           344:13            376:3            309:7 321:7
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031543

321:10
350:1
364:24
365:2,2
367:8 370:2
375:10
384:2,5,22
390:9 393:5
393:20
395:8
**wherewithal**
289:21
**whipper**
252:25
**white**
260:11,12,14
260:16,17
260:19
275:9
283:25
284:5
294:20
303:8
306:10,12
322:10
324:3,14
331:12
338:17,18
343:25
345:5
369:11
**whites**
328:21
**white-only**
382:10
**wide**
299:2
**widely**
255:18
**wife**
273:21
**wiggle**
344:23
**William**
281:23,24
**Williamsburg**
281:25
**window**

380:23
**wish**
251:3,4
252:19
313:18
317:19
**withholding**
265:8
**witness**
248:9,13
250:9 252:6
252:8,10
274:22
310:9
330:10,11
343:21
376:2 389:5
393:2
402:12
**witnesses**
248:13,19
250:3,6,15
251:1,4,9
251:10,15
251:17,22
252:3,17,20
253:16
302:5
362:25
363:1
**woke**
274:1
**woman**
352:1 357:23
358:20
**Women**
287:20
**wondered**
361:4,5
**wondering**
386:9
**woods**
353:16,25
**word**
344:5 379:20
**words**
284:20
296:15

343:25
**work**
312:23
331:22
332:5
359:11,12
359:14,15
359:16,21
359:23
360:5 361:2
**worked**
288:19
294:17
302:11
331:16
**worker**
344:16 345:8
355:2 385:6
**workers**
275:22
289:23,24
289:24
290:3
295:11
331:18
334:24
335:7 344:2
354:17
385:7,21
**working**
277:2 291:3
359:17
388:11
**works**
347:17
**worse**
281:15
282:20
284:23
**worth**
252:2 299:16
351:25
353:18
357:14
**wouldn't**
288:24
311:19
313:12

322:24
355:23
382:2
**would've**
376:5
**Wright**
369:19
**write**
367:19
**writing**
287:18
**written**
257:25
310:23
327:25
334:10
338:24
**wrong**
261:7 276:21
277:1 283:2
284:15
320:1,20
354:13
367:20
**wrongdoing**
268:24 283:8
**wrongfully**
262:7
**wrote**
263:10,13,18
263:25
272:19
274:23
296:4,13
323:20
339:2
367:25
378:3

| Y |
|---|
**Yeah**
267:7 323:6
330:16
372:19
**year**
284:7 304:23
311:15
326:9 364:8

398:3,4
**years**
254:15
255:20
260:16,25
264:10
268:5,23
275:12,16
278:21,22
285:5 299:6
303:10
323:21
324:10,15
324:16
326:10
352:7,24
353:10
356:3
367:22
398:15,19
399:20,21
**year's**
365:23
**York**
280:22
**young**
252:25 291:2
363:2
**younger**
250:22
**you-all**
252:16
261:17,20
297:24
353:20
362:5 364:5
374:10
375:7,7
386:9,24

| $ |
|---|
**$1.3**
280:1
**$100,000**
398:19
**$15**
333:22,24
**$2**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006186

TX_00031544

333:6,6
**$230,000**
260:14 303:8
**$49.1**
260:20 303:8
**$49.3**
259:20 260:2
260:13
262:23

**0**
**00019**
371:4
**0003**
373:4
**03**
403:12
**04**
263:17,24
282:15,18
283:1
**05**
396:17
**06**
263:18 264:1
264:4,6
392:2
396:17
**07**
392:2 396:18
396:25
**08**
377:1
**09**
283:12

**1**
**1**
260:15
267:15,16
272:1 279:5
279:6
368:25
**1st**
257:24
**1,000**
291:6

**1,181**
378:8
**10**
248:14
265:19,25
277:10
315:4
327:11
335:11
399:22
**1001**
403:11
**11**
261:9 262:1
294:7
**11th**
262:18
**1181**
372:22
380:22,24
**12**
261:9 375:6
375:10
**12/31/2012**
403:10
**13**
250:9
**14**
392:14
**14th**
332:17
**140**
369:8
**15**
247:21 251:2
268:5
296:15
322:10
**15th**
332:18 403:5
**1500**
325:11
**155**
371:18,19
**159**
400:11
**16**

328:20
349:13
364:25
375:11
384:2
396:21
**17**
261:5 278:21
278:22
**17th**
257:6
**17,366**
372:21 378:6
**17-millio...**
260:22
**18**
328:23
**1950**
302:13
**1964**
317:12 329:6
**1965**
255:15 390:3
**1972**
275:9 283:19
283:22
**1976**
278:20
**1979**
259:9 275:13
**1990**
317:6
**1990s**
317:17
**1994**
321:8
**1997**
365:17
390:13
392:14

**2**
**2**
247:7 307:13
309:13,17
322:6
367:21

374:18
401:9
**2,000**
394:22 395:6
395:19
**2.2**
371:10
**2.7**
314:19 316:2
**20**
254:15 268:5
302:7
**2000**
307:21
334:13
360:11
**2002**
305:17 307:7
321:11
**2004**
263:4 274:23
275:1,4
282:12
292:25
306:3 315:9
360:12
368:23
369:6
**2005**
281:14 334:2
360:1
**2006**
253:16 283:9
283:9 307:7
307:21
364:18
365:14,16
388:8 390:6
391:22,25
**2007**
266:23
364:11
365:1 367:9
388:10
391:1,23
**2008**
254:14 255:2
256:1 257:6

257:21,24
259:18
271:10,11
275:5,5
276:24
334:13,17
360:14,16
361:23
362:10
368:8,22
369:7,8,10
371:7
**2009**
247:10 262:1
262:18
294:7
307:18
**2012**
247:21 403:6
**209**
402:3
**230,000**
260:21
**24**
369:13
**24th**
329:14
**25**
268:23 282:5
289:5 325:9
328:15,16
385:2
**253**
291:14
**254**
275:23
**28**
314:18

**3**
**3rd**
248:7
**3,000-dollar**
276:6
**3.9**
368:11
372:20
378:3,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**394:11,19**
**30**
248:18,22,24
 249:1
 402:19
**30(f)(1)**
402:15
**30-minute**
362:16
**308**
372:25 373:1
 378:10
**3200**
276:24
**330579**
247:1
**35**
275:15
**362**
248:3 250:18
 254:6
 304:12
 330:8
 331:25
**3786**
403:9
**394**
394:12,15
 395:20

---
 **4**
---
**4th**
263:4
**40**
250:14
 394:15
**409**
370:24 371:1
 371:15
**42**
369:11
**45**
324:15
 397:25
 398:1
 399:23,23
 400:1

**49.1**
260:14
**49.3-mill...**
270:21

---
 **5**
---
**5**
256:9 390:2
**5,000**
281:10
**5.8**
368:9
**50**
315:5 324:10
**525**
276:4
**54**
260:25 285:5
 303:10
**57**
322:9 360:12
**58**
322:13

---
 **6**
---
**6**
247:10 402:3
**6th**
248:8
**6:55**
326:3
**60**
302:13 391:3
 391:5
**600**
276:23
**65**
369:12
**66**
360:13
**67**
360:11

---
 **7**
---
**7th**
248:8
**7-dollar**

**289:24**
**7.2**
259:13
**7:00**
 401:2,2,2
**70**
360:13
**700,000**
368:11
**71**
360:17
 369:10
**713) 524-4600**
403:12
**720**
399:20
**75**
368:8 377:7
**7500**
370:25 371:1
 371:8
**7541**
370:24
**76**
282:13
**77002**
403:11
**79**
281:14
 282:19

---
 **8**
---
**8**
328:21
 368:19,19
 369:12
**8,000**
275:23
**8.3**
394:12,20
 395:4,20
**8:00**
270:25 401:2
**8:05**
273:19 274:3
**80**
352:24

**360:16**
**80,000**
368:21
**800**
298:4,11
 379:12,12
 379:16
 380:5 384:8
**805**
403:11
**810,000**
313:24
**82**
284:8

---
 **9**
---
**9**
322:10,13
 365:2
 371:12
 385:4
**90**
284:8
**900**
394:10,15
**92**
368:17
 373:21,25
 398:6,8
**94**
321:10
**97**
370:2 392:9
 393:21
 396:16
**98**
352:7
**98-year-old**
352:1
**99**
325:11 356:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006188

TX_00031546

404

330581 eb

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE MEETING ON ELECTIONS

APRIL 6, 2009

TRANSCRIBED ON APRIL 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006189

TX_00031547

405

1            CHAIRMAN SMITH:  At this time the Chair

2      calls Mary Scott, who is speaking on behalf of the

3      Associated -- American Association of Retired Persons of

4      Texas to testify against Senate Bill 362.

5            MS. SCOTT:  Thank you, Mr. Chairman, and

6      members of the committee.

7            My name is Mary Scott, and I am the AARP

8      Texas state president and a 44-year resident of Fed for

9      Texas in Tarrant County.

10            AARP is a nonprofit, nonpartisan

11      organization dedicated to addressing the needs and

12      interests of Americans age 50 and older.

13            AARP has 2.4 million members here in Texas,

14      and they vote in high numbers.  I've been a volunteer

15      with AARP for many years.  I've served on AARP's

16      National Policy Council and the National Board of

17      Directors.

18            I'm also a life-long Texan, and I'm old

19      enough to be a Texan who paid a poll tax for over a

20      decade when I first started voting.

21            I worked with members of my generation to

22      eliminate the poll tax, and we do not want to see

23      barriers erected to prevent people from voting, which

24      would replace those things we fought so hard to get rid

25      of.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006190

406

1        Now, you might wonder why is AARP interested

2    in Texas' and other states' election laws.  So, I

3    especially appreciate the opportunity to speak with you

4    today about our interest in those laws.

5        AARP views the right to vote as the most

6    basic of rights and encourages steps to engage all

7    eligible voters in the process.

8        In spite of these efforts, voter turnout in

9    Texas remains alarmingly low.  In 2006, the last

10   gubernatorial election in Texas, only one in three

11   registered voters cast their vote.

12       In 2008, the last presidential election,

13   only 45 percent of the voting age population in Texas

14   cast their vote.

15       Now, given the low turnout rates in Texas

16   and across the United States, AARP would like to see law

17   makers do more to encourage participation in the whole

18   election process.

19       Older voters vote in disproportionately high

20   numbers.  About one half of the voters in the November,

21   2006 and in the recent presidential elections were over

22   the age of 50, and AARP believes fair and simple

23   procedures help to maintain this high level of

24   participation in the Democratic process.

25       AARP does not support procedures that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031549

1    reflect partisan bias or that permit arbitrary or

2    discriminatory reviews or voter challenges that may

3    discourage turnout by older voters.

4              Of particular concern today are efforts to

5    enact voter ID requirements.  AARP believes voter ID

6    laws, as enacted in other states, serve to discourage,

7    rather than encourage, participation of older voters in

8    the election process.

9              These requirements harken back to the days

10   before the Voting Rights Act when many people were

11   disenfranchised and they were barred from voting by

12   formal and informal measures, such as the poll taxes and

13   literacy tests.

14             At first glance, this type of voter ID law

15   that we're talking about may sound simple.  It may

16   appear harmless.  However, voter ID requirements pose a

17   real barrier for senior voters, who are our most

18   faithful voters.

19             It's not uncommon for birth certificates to

20   be lost and passports to expire.  Fire, a move, a

21   hurricane or misplaced documents can all result in the

22   absence of the numerous documents typically required by

23   voter ID laws in other states.

24             With a voter ID requirement in place, the

25   wait time required to replicate the documents could,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031550

1    even without the cost involved, disenfranchise a voter

2    who has the misfortune to be without a birth certificate

3    or passport shortly before an election.

4            Further, allowing alternate forms of ID does

5    not make voter ID less onerous.  Older citizens who are

6    living in a retirement or assisted living facility may

7    not even have an electricity bill or a phone bill in

8    their own names, and even if those documents are readily

9    available, people just don't carry them around in their

10   pockets.

11           But I think stories of real people make

12   cases and principles come alive, so, I want to tell you

13   about Antonio.  He's a 50 year old Katrina evacuee who

14   settled in Fort Worth, and his -- I want to tell you

15   about his nearly two-year odyssey to get a Texas state

16   issued photo ID.

17           Antonio had no idea what he was in for when

18   he first went to the closest Texas DPS office to get a

19   Texas state ID card.  He and his wife stayed in Fort

20   Worth after being evacuated before Katrina, and Fort

21   Worth is now home to them.

22           His ID ordeal started when he realized that

23   he should obtain a Texas state issued photo ID card just

24   before his Louisiana driver's license expired.  Little

25   did he know it would take an intelligent, educated 50



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

409

1     year old employed American citizen and veteran a year

2     and a half and many miles to get that increasingly

3     important state issued photo ID.

4              When Antonio first went to the DPS, he took

5     his still valid Louisiana issued state photo ID card,

6     his original Social Security card and his retired

7     military photo ID card issued by the U.S. government.

8              He waited in the usual lines only to be told

9     he didn't have the proper documentation of his identity.

10    I don't really think he had access to the Internet to

11    read those five pages on the DPS web site that tell you

12    what the requirements are.

13             Surprisingly, neither his Louisiana state

14    issued photo ID nor his Social Security card was

15    considered primary identification, nor are they

16    secondary identification.  In Texas, they are mere

17    support for identification.

18             Antonio's retired military photo ID card

19    apparently isn't any kind of identification at all as

20    far as Texas is concerned.

21             So, he was told to go on his way and return

22    when he had proper documentation.  Well, it took him

23    time to obtain his birth certificate from Georgia, where

24    he was born, and when he did get it, he walked back to

25    the same office with it, with his Louisiana photo ID,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031552

410

1    his original Social Security card and his retired U.S.

2    military photo ID.

3                Once again, he waited in line.  The clerk

4    carefully looked over his documents and then decided

5    that the last letter of his first name looked to her

6    like an A and not an O, even though the certificate was

7    describing the birth of a male child.

8                Discussion of all the different forms of ID

9    that he had ensued but in the end, it was clear no

10   amount of reasoning was going to convince the clerk that

11   this was actually his birth certificate.

12               The clerk did suggest that since he was a

13   veteran, he could use his military records.  So, getting

14   those military records took time.

15               When that one finally arrived, he walked

16   again back to the same DPS office with the military

17   records, his Louisiana photo ID, his original Social

18   Security card and his retired U.S. military photo ID

19   card and the certified copy of his birth certificate.

20               He thought this time would be it but in the

21   time it took him to get his military papers, the

22   driver's license division had changed their rules.

23   Military papers were not good enough.

24               This time the clerk's best suggestion to

25   Antonio was that he go to court and get his name changed



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031553

411

1    to Antonia to match the clerk's opinion of the

2    handwriting -- the handwritten name on his birth

3    certificate.

4              So, he was again told to go away and return

5    when he had proper identification.  Well, he had finally

6    had enough and he asked to speak to the sergeant in

7    charge.

8              He was told the sergeant was not in that day

9    and again was told to return when he had proper

10   documentation.  Well, just then the sergeant walked in

11   the door.

12             A personal appeal from one veteran to

13   another resulted in a phone call, and he finally -- the

14   sergeant called Austin and he finally got a Texas ID.

15             I was struck by how easy it would be for a

16   clerk to turn away someone who had the same

17   circumstances that Antonio did or to turn them away

18   because they didn't think that the race or the gender or

19   the national origin looked good to them.

20             The issues being addressed in this

21   discussion are essentially an effort to strike a balance

22   between preventing election fraud and protecting and

23   maximizing our citizens' right to vote.

24             Where fraud exists, of course, it should be

25   prosecuted and punished but to date there's been little,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031554

412

1      if any, evidence of such fraudulent activities.

2                  Without that evidence in the Texas election

3      system, there's no justification to jeopardize senior

4      Texans' rights to vote.  Implementing new barriers to

5      voting, like voter ID requirements, seem to be a

6      solution in search of a problem.

7                  We face some very serious challenges in

8      Texas today.  AARP has all of these pages of priority

9      bills.  We have a population -- a quarter of our

10     population who lack health insurance.  We have mounting

11     job losses.

12                 And we would really like to see our

13     legislature use its time in Austin -- its limited time

14     on something that actually is an issue.

15                 So, I urge the Texas legislature to address

16     the real issues facing Texas families and to address the

17     real challenges in our election system.

18                 The right to vote, along with full and fair

19     representation in the election process, is the most

20     basic of all political rights and it should be

21     protected.

22                 Many of those who will be disenfranchised by

23     this legislation are those who most depend on government

24     to protect their rights.

25                 So, please help to protect their right to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031555

413

1     vote for you and other elected officials who have the

2     power to make such a difference in their lives.

3              Thank you.

4              CHAIRMAN SMITH:  Thank you, Ms. Scott.

5              I'm going to be especially nice to this

6     constituent since she's -- I mean this witness since

7     she's mine.

8              We thank you for taking the time to come

9     down here today and share our views with the committee.

10             I want to ask you a few questions.  I

11    presume -- and I don't expect you to have done this and

12    I'm presuming that a part of the mechanism by which you

13    determined the official position of the AARP of Texas

14    does not involve polling the 2.4 million members that

15    you have in Texas, is that fair?

16             MS. SCOTT:  That's fair.  The association

17    does a lot of polling of our members and of the public

18    but I don't think that we've actually done a poll of our

19    membership in Texas.

20             We are kind of like -- we're kind of in the

21    same situation you are.  They write to us.  We have had

22    responses since the Senate committee of the whole met

23    and all -- practically all those responses have been

24    positive about our presentation and the position we have

25    taken, and I think that's the situation you're often in.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031556

                                                              414

1        You're going to hear from them if they don't like what

2        you do.

3                CHAIRMAN SMITH:  Do you think it's possible

4        that if you were to poll the 2.4 million members in your

5        organization and ask them even the question which is not

6        necessarily at issue today and, that is, do you think

7        that a photo identification should be a requirement in

8        the State of Texas, do you think it's possible that a

9        majority of them would answer that question in the

10       affirmative?

11               MS. SCOTT:  I have no way of answering that

12       except to just say that the responses we have had since

13       the Senate action have indicated that we would probably

14       have them taking the same position we do but that's just

15       speculation.

16               CHAIRMAN SMITH:  Okay.  And the story

17       that -- again, you know, the story that you tell about

18       Antonio and his horrible experience with the Texas

19       bureaucracy is -- is -- is horrible, and I think

20       everybody on the committee here is sympathetic with the

21       situation that any Texan sometimes faces when they are

22       dealing with our bureaucracy in a variety of context

23       but, again, just as with the 98 year old woman and the

24       four star telegram where it is a wonderful illustration

25       of why I might disagree with some of my Republican



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

415

1    colleagues about a hard and fast photo identification

2    requirement, it also embedded in the story indicated

3    that Antonio had a Social Security card despite the fact

4    that he was a hurricane victim and an evacuee, which

5    would be -- you know -- which would be all that was

6    required under this provision or this particular

7    legislation to allow him to vote.

8             And I think that's, again, an important

9    distinction to make between the Indiana law and the law

10   that is before us tonight as proposed by the Senate.

11            Any questions, members?

12            Yes, Representative Brown.

13            REPRESENTATIVE BROWN:  Just one comment.  I

14   think Antonio's story just points to the fact that we

15   could -- we could pass the most perfect law in the world

16   but those people who are out there implementing, we're

17   dependent on them doing the right thing and, you know,

18   imperfect people make bad decisions sometimes.

19            You know, we have to depend on those people

20   out there to enforce our laws or to implement them, and

21   so, just because of this bad experience, regardless of

22   how bad it was, it doesn't necessarily mean that that's

23   something that we don't want to pursue but thank you for

24   coming.

25            CHAIRMAN SMITH:  Representative Dr. Allen.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

416

1          REPRESENTATIVE DR. ALLEN:  Thank you, Mary,

2     for coming today and thank you for being up late with

3     us.  I know us AARP members go to bed at 10:00 o'clock.

4          MS. SCOTT:  Not these.

5          REPRESENTATIVE DR. ALLEN:  And your story of

6     Antonio was a very poignant story.  It happens all the

7     time, so, with that in mind, is the training and the

8     notice in the bill sufficient to assure older Texans to

9     be -- to make them aware of the new requirements?  Do

10    you think the training that they mentioned in the bill

11    and the notice and I think it goes out on the back of

12    the registration card?

13         MS. SCOTT:  I think we would still have

14    problems with that.  I'm not satisfied that that would

15    be enough to help people overcome the barriers.  We are

16    just opposed to erecting any more barriers to voting.

17         REPRESENTATIVE DR. ALLEN:  What do you think

18    would be a barrier for a senior citizen or older citizen

19    to get an ID, other barriers, say, for example, like

20    Antonio?

21         MS. SCOTT:  Well, I think you're looking at

22    people who may not have transportation to go and get

23    that first photo ID if they don't have it.  They may no

24    longer be driving.

25         I think we're probably looking at a fair



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

417

1    size population who find even -- you know, this still
2    would be expensive for them if they had to get their
3    birth certificate, if they had to pay for that ID,
4    although I know it's a reduced rate when you're over 65,
5    I believe it is, but we still feel that there would be
6    particular barriers for people who are older.
7              REPRESENTATIVE DR. ALLEN:  Okay.  I'll even
8    go to the Medicare card, which was one of the forms of
9    identification that you can use.  Does Texas issue a
10   Medicare card?
11             MS. SCOTT:  Well, the Medicare card comes
12   from the U.S. government, just like your Social Security
13   card does.
14             REPRESENTATIVE DR. ALLEN:  One of the other
15   things, do all Social Security recipients get their
16   Social Security check in the mail?  I don't.
17             MS. SCOTT:  No.  I -- at one time, I think
18   there -- I'm not sure whether this actually happened.
19   There was a proposal that they could no longer receive
20   them by mail.
21             REPRESENTATIVE DR. ALLEN:  Right.
22             MS. SCOTT:  But many of us do not get them
23   by mail.
24             REPRESENTATIVE DR. ALLEN:  They go straight
25   into their account.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031560

418

1          MS. SCOTT:  They go straight -- direct

2     deposit and special accounts were set up so those people

3     had access to that much banking.

4          REPRESENTATIVE DR. ALLEN:  Do you have

5     knowledge to other states who implemented the photo ID

6     and some of the problems they may be having?

7          MS. SCOTT:  Personally, I have not been

8     involved in that but I do know which states AARP has

9     litigation or been active with.  We did file a brief in

10    the Indiana case.  We -- our litigation unit has served

11    as co-counsel in the Georgia and Arizona cases and filed

12    Amicus briefs in Missouri and Michigan cases.

13         So, AARP's litigation department has been

14    quite involved in those states, and I'm sure that there

15    was advocacy action, too, as those proposals came up in

16    the legislatures.

17         REPRESENTATIVE DR. ALLEN:  I heard you

18    mention the -- both persons residing in a nursing

19    home --

20         MS. SCOTT:  Uh-huh.

21         REPRESENTATIVE DR. ALLEN:  -- may or may not

22    have a utility bill.  They do not have a utility bill

23    because their utilities are covered under their rents or

24    whatever they pay, am I right?

25         MS. SCOTT:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006203

419

1          REPRESENTATIVE DR. ALLEN:  That's not a --

2          MS. SCOTT:  And they may not even have phone

3    service.

4          REPRESENTATIVE DR. ALLEN:  That's true.

5          MS. SCOTT:  And someone who is perhaps on

6    Medicaid would not have the money to pay for a money.

7          REPRESENTATIVE DR. ALLEN:  Absolutely.

8    Absolutely.  Because some of those checks are pretty

9    small, aren't they?

10         MS. SCOTT:  They are.

11         REPRESENTATIVE DR. ALLEN:  They are.  Mine

12   is $62.

13         CHAIRMAN SMITH:  Ms. Scott, does every

14   senior citizen -- everyone over 65 receive a Medicare

15   card?

16         MS. SCOTT:  You know, I'm not sure.  I know

17   you have to apply for it.

18         CHAIRMAN SMITH:  Okay.

19         MS. SCOTT:  So, if you don't apply, you

20   wouldn't have it.  So, I wouldn't know what the

21   percentages are on those --

22         CHAIRMAN SMITH:  That do not apply?

23         MS. SCOTT:  Who do not apply.  It's a very

24   small percentage who do not apply or who do not apply

25   for Social Security.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031562

420

1           CHAIRMAN SMITH:  Sure.  And, you know.  I'm

2      trying to imagine -- while I presume there are a number

3      of situations where we can point to individuals who do

4      not have some form of photo identification on the list,

5      I don't know that that really is fair because I think

6      the question is how many do not have any form of

7      identification on the list, and you would agree with me

8      that insofar as we're talking about people in nursing

9      homes, et cetera, who may not get a water bill or an

10      electric bill, you don't -- do you know of any that do

11      not have a Medicare card?

12           (Inaudible.)

13           MS. SCOTT:  Unless -- unless the teacher

14      themselves paid into Social Security or their spouse

15      did.

16           (Inaudible.)

17           MS. SCOTT:  That's the Social Security.

18      However, they're eligible for the Medicare benefits

19      under the spouse's record.

20           CHAIRMAN SMITH:  So, they do get Medicare.

21      Everybody over 65 is entitled to get Medicare --

22           MS. SCOTT:  That's right.

23           CHAIRMAN SMITH:  -- to the extent that they

24      apply?

25           MS. SCOTT:  That's right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031563

421

1          CHAIRMAN SMITH:  Is that right?  Okay.  And
2    that is one of the things you can add in addition to
3    your voter's registration card.
4          (Inaudible.)
5          CHAIRMAN SMITH:  Not Social Security.
6          UNIDENTIFIED SPEAKER:  But you get Medicare.
7          CHAIRMAN SMITH:  Not Social Security.
8    Different than Medicare.
9          MS. SCOTT:  Yeah.  Now teachers -- in fact,
10   we were doing that before I retired -- pay in to
11   Medicare, which makes them eligible to receive Medicare
12   benefits.  It's not just on the spouse record, although
13   many of them are.  They pay the Medicare tax, so, they
14   can receive the benefit.
15         CHAIRMAN SMITH:  Do you know any senior
16   citizen who does not have any of the documents in
17   addition to the voter registration card listed among the
18   non -- nonphoto identification documents that would be
19   allowed under this law?
20         MS. SCOTT:  Personally, I don't.  You know,
21   you and I live in a very nice area.  Most of my friends
22   are not some of the ones that we're concerned about in
23   other areas.  And so, I think I just safely could not
24   say that.
25         I do know some people who are no longer able



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031564

422

1      to drive and who don't hear well.  And so, those people

2      may no longer have what we consider the main photo ID.

3                  CHAIRMAN SMITH:  And with regard to that

4      category of senior citizens that are past the driving

5      phase, I presume a large number of those people are

6      already voting, to the extent that they do vote, by

7      absent ballot, is that fair?

8                  MS. SCOTT:  Yes, unless they get someone to

9      take them to the polls.

10                 CHAIRMAN SMITH:  Right.  And you do

11     understand that there's nothing in this law that changes

12     the requirements for absentee ballots?

13                 MS. SCOTT:  Right.

14                 CHAIRMAN SMITH:  Do you understand that?

15                 MS. SCOTT:  I guess I do.  I've read the

16     bill but I'm not just familiar with --

17                 CHAIRMAN SMITH:  I'm representing to you

18     that doesn't change at all.

19                 MS. SCOTT:  I accept.

20                 CHAIRMAN SMITH:  Who's next?  Representative

21     Anchia?  Representative Helfin?

22                 REPRESENTATIVE HELFIN:  Yes, ma'am.  If

23     there was provisions here -- first, let me ask this

24     question:  And our population seems to be -- our

25     youngers are getting older and our olders are getting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006207

TX_00031565

1    younger.  Most people 65 and younger these days would

2    have some form of identification.  Would that be a fair

3    statement?

4              MS. SCOTT:  I think that would be true.  I

5    think we would still have some cases where the

6    identification might be questioned, like if you have

7    people who have become homeless.

8              REPRESENTATIVE HELFIN:  The gentleman you

9    mentioned, some problem?

10             MS. SCOTT:  Yeah, some problem like that.  I

11   don't have any idea how many of those there are.

12             REPRESENTATIVE HELFIN:  So, if there was a

13   provision that exempted people born after 1944, which

14   would be basically 65, would that be a provision that we

15   could work with the older population?  And we want to

16   make sure we guaranty their right to vote because my dad

17   fought in World War II, and I think that was very

18   important to him.

19             MS. SCOTT:  Well, my concern there would be

20   how would you find out how old they actually are --

21             REPRESENTATIVE HELFIN:  That's true.

22             MS. SCOTT:  -- without requiring some

23   identification?

24             REPRESENTATIVE HELFIN:  Maybe an affidavit

25   or something.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006208

424

1           MS. SCOTT:  So, it seems to me you still

2      would require some identification or some manner of

3      determining the age if you're going to place it on that

4      basis.

5           REPRESENTATIVE HELFIN:  Okay.  But that

6      would be a consideration we should probably look at,

7      would you -- would you agree with that statement?

8           MS. SCOTT:  Well, I hate to dictate to you

9      what you need to look at.

10          REPRESENTATIVE HELFIN:  Agree with.  Thank

11     you.

12          CHAIRMAN SMITH:  Representative Anchia, did

13     you have questions?

14          REPRESENTATIVE ANCHIA:  No.

15          CHAIRMAN SMITH:  Any questions from any

16     members?

17          Okay.  We're going to let you off easy.

18          MS. SCOTT:  Fine.  Thank you.

19          CHAIRMAN SMITH:  I hope you're not driving

20     back tonight.

21          MS. SCOTT:  Not tonight.

22          CHAIRMAN SMITH:  Good.  You all drive

23     safely.

24          MS. SCOTT:  Thank you.

25          CHAIRMAN SMITH:  All right.  At this time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031567

425

1      the Chair calls Gary Bledsoe, who is authorized to speak

2      on behalf of the Texas NAACP, and is testifying against

3      Senate Bill 362.

4                  MR. BLEDSOE:  Mr. Chairman, how are you?

5                  CHAIRMAN SMITH:  I'm doing fine.  How are

6      you?

7                  MR. BLEDSOE:  Pretty good.  Thank you very

8      much.

9                  CHAIRMAN SMITH:  Please state your name and

10     who you represent.

11                 MR. BLEDSOE:  My name is Gary Bledsoe.  I

12     represent the NAACP of Texas.

13                 CHAIRMAN SMITH:  Okay.  Thank you.  Please

14     proceed.

15                 MR. BLEDSOE:  Okay.  Thank you.

16                 I'd like to commend the members of the

17     committee for spending a great deal of time on this

18     issue.

19                 I'd like to give a bit of background about

20     the NAACP so you will understand more so what our

21     position is and how we've arrived at our position.

22                 You know, we're a nonpartisan organization.

23     We try to get both parties to compete for the African

24     American vote.  That's essentially what our mission is.

25                 And, you know, back years ago when Steve



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006210

TX_00031568

426

1    Rowlands had introduced a bill that required various

2    requirements regarding absentee ballots, we were very

3    much opposed to that.  We gave testimony against that

4    legislation.

5            We knew that it was going to end up being a

6    real nightmare for African Americans and Latinos, and it

7    ended up being just that, and I would put this bill in

8    the same category as we do the Rowlands bill.

9            I think in understanding that dynamic in why

10   we feel the way that we do, we have to look at the

11   history, even the recent history of the African American

12   vote throughout the State of Texas.

13           What we've done, knowing that the Voting

14   Rights Act was going to be up for extension three years

15   ago, we held a number of hearings around the state to

16   identify voting irregularities and issues relating to

17   voter intimidation.

18           And also during each election cycle, we have

19   a statewide election hotline where we have lawyers and

20   law students that man the -- that man or person the line

21   to handle issues that arise around the state.

22           And let me say very clearly, there -- there

23   are enormous problems relating to intimidation of

24   African American voters that continue to happen.  I want

25   to describe some of those for you because I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006211

TX_00031569

427

1     they're -- they're important.

2              If we look, for example, in -- and we've

3     seen hate crimes in Wharton County where individuals who

4     happen to be Anglo elected officials supporting African

5     American sheriff's candidate had their home burned down

6     simply because they were supporting the African American

7     candidate, and received a number of hate calls.

8              We have a number of instances in various

9     counties where individuals were registered to vote and

10    were not allowed to vote, were not given provisional

11    ballots.

12             We have had a number of instances where

13    individuals were wrongfully purged from rolls.  We've

14    had a number of instances where individuals were

15    directed to the wrong polling places so that they would

16    not ultimately be able to vote.

17             We've had a number of instances where

18    individuals -- this past election in Bell County in

19    particular, there were a number of conflicts between

20    individual voters and individuals who were running the

21    actual polling sites.

22             I know that state law changed the way that

23    individuals are selected to run and handle different

24    polling location has been changed and there has been

25    some serious animosity in a number of communities



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031570

428

1    between those individuals running the polling sites and

2    African American voters, and we are very concerned with

3    all of this information.

4              And there's just -- there's just so much

5    more, you know, with the use of police, the use of

6    mailboxes and putting intimidation mailers in individual

7    mailboxes in Tarrant County, saying if you show up to

8    vote, we're going to have you arrested if there's an

9    outstanding warrant, giving people misinformation about

10   whether a person who has served their time on a felony,

11   whether parole or probation, when they're off time,

12   you're able to vote in Texas, with putting

13   misinformation in mailboxes.  It goes on and on.

14             And one of the problems we've had at a

15   number of polling sites is that in minority polling

16   sites, there are too few ballots that are actually

17   given, and so, you find when there are too few ballots

18   and there are not enough polling stations at the polling

19   sites, this causes lines to be very long.

20             And we know that when you have a community

21   of working persons that that community doesn't have

22   indefinite periods of time in which to be there and to

23   vote, and so, therefore, when they're there, if it takes

24   more time, then that's going to be problematic.

25             And one thing that is absolutely clear is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006213