429

1    that when you require each person to come up with some

2    kind of identification, that's going to require a lot

3    more time.

4              We're not convinced that there is a problem.

5    You know, when I looked at the -- the Bowl analysis with

6    this legislation, the Bowl analysis said that the

7    problem that we're trying to correct is that with voter

8    registration, there's no requirement for identification,

9    so, this lends itself to a potential problem with actual

10   voting.

11             So, I said, well, if the problem is with

12   voter registration, why not look to fix the problem at

13   that level, like Dr. Allen mentioned earlier with voter

14   registration because once you require this kind of voter

15   identification, you're going to have to have it every

16   single election.

17             And I can just wonder how negative of a --

18   this will impact the African American vote with election

19   officials who don't have their best interest at heart

20   being given the power and authority to make the

21   judgments about whether or not they are entitled to

22   vote, whether it's a difference in just one letter in

23   the name, whether someone is not being able to read your

24   handwriting.

25             And I know one of the things I heard earlier



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031572

430

1    was about well -- and I guess with Florida, if you check

2    the handwriting and if the handwriting turns out to be

3    okay, then you allow the individual to vote.  Well, you

4    know, we don't have individuals who are trained as

5    handwriting -- forensic handwriting analysts.  So, we

6    have lay people that are going to make decisions about

7    whether the handwriting is correct.  I think that's ripe

8    with potential problems.

9              You know, it reminds me kind of in Venezuela

10   when I went down as an official election observer in

11   those elections, they had these kinds of processes, and

12   I was thinking we shouldn't be moving where they are,

13   they should be moving towards where we are but -- and it

14   was a very intimidating experience to see the kinds of

15   things that they actually did there in their elections.

16             But when we -- when I sat down and I went

17   through the bill to look at what was in the bill that

18   would be problematic, and there's a great deal in the

19   bill that would be problematic.

20             Number one, the wording of the affidavit

21   would be intimidating to many people because you're

22   making some very strong statements because sometimes

23   people are wrongfully purged.  Sometimes maybe there's a

24   mistake but the way the affidavit has to be written, you

25   have to state that you are registered to vote there and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006215

431

1       you authorize a vote in that election, and in the hands

2       of the wrong kind of district attorney or what have you,

3       that could be a serious problem.

4               Secondly, I think that when we look at the

5       types of identification that are required, especially

6       the alternative identification, really both kinds, I

7       think we find that in terms of the photo IDs that are

8       allowed that will allow someone to vote, those seem to

9       be biased towards members who are conservative voters.

10              The types of identification that many of the

11      people that we're seeking to represent and to say that

12      they should be able to vote and not have additional

13      impediments placed between them and voting, those types

14      of identification are not there.  So, it seems as though

15      there is a design in how this is actually written for

16      that to be problematic.

17              I think, too, in looking at the bill, the

18      bill could have -- well, I think -- my time is about to

19      expire here but let me say that very clearly I don't

20      think there's any doubt that this bill will undermine

21      the African American voter.

22              I think if this bill is adopted, I don't

23      know what the future would hold except I can say I feel

24      very clearly that the NAACP would file an objection with

25      the Department of Justice, and I can't say that things



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006216

TX_00031574

432

1    would be different at this Department of Justice but I

2    do know that -- that when the judger law was pre

3    cleared, it went through the Bush Department of Justice

4    and, you know, sadly, all of the Department of Justices

5    that have happened before, whether it was under Reagan,

6    Bush or Clinton or what have you, there seemed to be

7    certain things that were within a safe area that people

8    didn't seem to tread upon, that seemed to say this is

9    what American -- what we expect but I think in the Bush

10   Justice Department, that completely changed and even

11   issues such as the Texas Congressional Restricting Plan

12   that was pre cleared and there really wasn't a basis for

13   that.

14           So, I'm hoping now that the Justice

15   Department will give a lot more objective and thorough

16   look at it.  I realize that if this passes and goes up

17   to the Supreme Court, it will probably be a 5/4 vote.  I

18   think we probably all understand that but I think that

19   this is clearly distinguishable from the Indiana

20   situation.  Texas is a Section 5 state.

21           Thank you.

22           CHAIRMAN SMITH:  All right.  You know, you

23   mentioned and so many witnesses have mentioned this

24   question about ballot names being misspelled and so

25   forth, so, after he finishes, I'd like to have Ms.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

433

1        McGeehan come up and I want to ask her some questions

2        about that.

3               I believe Representative Hochberg maybe even

4        filed a bill that you testified on earlier this session,

5        so, if you can recall that testimony, I want to ask

6        questions about that.

7               Okay.  Now, I'm starting the clock on your

8        question period, which we'll be glad to extend as

9        necessary.

10              MR. BLEDSOE:  Thank you, sir.

11              CHAIRMAN SMITH:  The -- when you talk about

12       false information being put in African Americans'

13       mailboxes about when to vote or where to vote or, you

14       know, a fewer numbers of voting apparatus or whatever it

15       was that caused longer lines in certain voting places

16       than other voting places, I mean, it surely --

17       hopefully -- tell me I'm not wrong -- I mean, there's

18       some -- if that's happening, to the extent that there

19       are longer lines where you vote than where -- where

20       Anglos vote in my area, is there not recourse available

21       to you to the extent that this is happening on a regular

22       basis to do something about it?

23              MR. BLEDSOE:  The -- there -- there is not

24       adequate resource -- recourse in terms of how things

25       must take place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031576

434

1          For example, if -- if it involves a specific

2     election, you are going to have to show, if the election

3     has already been completed, that the election outcome

4     would have been different if things had been provided

5     for that particular election precinct.

6          I think that in terms of -- if -- if it is

7     ongoing, it's going to require money, it's going to

8     require someone to be able to get a lawyer and go and

9     file a lawsuit and get a judge to extend the time that

10    the polling place is going to be open, requiring an

11    election official to send more ballots over, to give

12    more polling sites.

13         So, that's something that not everyone has

14    the ability to do.  That's something that's very

15    difficult and complicated.  You've got to have a good

16    judge.  You've got to have resources.  I think those

17    things clearly would violate the law but, you know, one

18    of the things that you have to prove and many of the

19    laws that are on the books is that these were

20    intentionally decisions by officials and not just a --

21    something that might have been a mistake, and that is a

22    problem as well.

23         CHAIRMAN SMITH:  Are you or are you not --

24    I'm not clear really on this.  Are you saying that you

25    believe that on average the lines in voting places are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031577

435

 1    longer in primarily African American voting districts

 2    than they are in primarily Anglo voting districts and on

 3    average that is generally true and there hasn't been

 4    anything that you all have been able to do about it?

 5    Are you saying that or not?

 6              MR. BLEDSOE:  I'm not saying on average but

 7    I'm saying that the polling places -- and there have

 8    been quite a few where there have been identified

 9    problems with -- let's just say long lines or problems

10    with -- with not having enough ballots or enough

11    facilities, those are almost all in minority communities

12    but I haven't done some kind of, you know, analysis of

13    the state to say on the average because that's probably

14    only, you know, 10 percent of the precincts but that's

15    enough of a number to really cause us a great concern.

16              CHAIRMAN SMITH:  And my question is whether

17    people in good faith are attempting to provide adequate

18    equipment and that there are a percentage of precincts

19    where for whatever reason there's too few polls and,

20    therefore, longer lines but that that occurs in the same

21    proportion in Anglo districts for the very same reason

22    or -- or are you alleging that on average it happens to

23    African American communities more often than it does in

24    other communities?

25              MR. BLEDSOE:  What I'm saying is I think


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006220

TX_00031578

436

1    that it does happen in African American communities much

2    more often than it does in other communities o the

3    extent it does happen in other communities.

4           So, I think there is some design behind it,

5    some intent because, you know, they usually occur when

6    there's a big election and there's a desire to suppress

7    the minority vote, and I wish that were not true but I

8    think it's pretty clear that that's where it happens,

9    when it happens and that's why it happens.

10          CHAIRMAN SMITH:  Okay.  Representative Dr.

11    Allen.

12          REPRESENTATIVE DR. ALLEN:  Thank you, Mr.

13    Bledsoe.  Before I ask you a couple of questions here, I

14    just wanted to say yes, it happens in our communities,

15    and I made myself a committee of one.  I went to the

16    polling place every day.  The first day there were a

17    very insufficient number of voting machines there and at

18    least half of those were not functioning.

19          And so, what I did, maybe something you can

20    do, is I called the election office and I called the TV

21    channel, and it wasn't long before the TV channels were

22    there and it wasn't long before the machines were fixed

23    and they had more machines out there.  So, we'll just

24    have to watch it ourselves.

25          MR. BLEDSOE:  But, of course, not everyone,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031579

437

1    Dr. Allen, has a state representative that has a PhD
2    that lives in their community who is going to be able to
3    do that and has a responsive media.
4              REPRESENTATIVE DR. ALLEN:  Okay.  You call
5    me, I'll come to yours.
6              UNIDENTIFIED SPEAKER:  Nor should they have
7    to.
8              REPRESENTATIVE DR. ALLEN:  That's right.
9              Now, you've heard a lot today about voting,
10   and I know you would know this but I really wanted to
11   put this on the table about the Voting Rights Act.
12   You've heard it said that we no longer need that.  After
13   hearing all of the information you heard today, the
14   witnesses, what do you say to that?  What's your
15   position on that, that we no longer need the Voting
16   Rights Act?
17             MR. BLEDSOE:  Well, that's one thing, Dr.
18   Allen, we did when we conducted all those hearings
19   around the state because we knew the Voting Rights Act
20   was going to be up for reauthorization.  So, we did
21   extensive hearings at court reporters and had
22   transcripts and we ended up doing executive summaries
23   and all that and we went to DC and we went to visit
24   Senator Hutchison and Senator Cornyn to try to make sure
25   they voted the right way on those issues.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006222

TX_00031580

438

1           And at one point, Senator Cornyn was

2   actually opposed to the reauthorization of the act

3   and -- and I won't say that it was based on our meeting

4   but after we had met with him, we took about 30 or 40

5   people with us and presented him with the information.

6   He did change his vote and the act passed the next day.

7           So, we were very glad to see that but we

8   did -- from what I've seen from personal experience and

9   from what we've garnered as an organization through our

10  many pinnacles added to the community, we have some

11  serious problems in Texas and people haven't really just

12  acquiesced in the idea that minorities should be able to

13  vote.

14          And we keep saying if you give minorities a

15  chance, you go out and give them something to consider,

16  people will be very fair in how they give out their vote

17  but when you do things that undermine the minority

18  communities' interest, you will antagonize the minority

19  community and -- but we continue to see things that

20  happen like that because I think this bill is widely

21  seen in that same way.

22          If you listen to an African American talk

23  show tomorrow and the bill is discussed, you're going to

24  hear that's the general sentiment in the community.

25          REPRESENTATIVE DR. ALLEN:  Absolutely.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

439

1           Now, you told some very pungent stories

2      about voter suppression and -- but I know you can go a

3      little further back.  I really want everyone in this

4      room to know the kinds of things that minorities have

5      gone through just to be able to vote.

6           We didn't even talk about women not being

7      able to vote.  Of course, when women got their right to

8      vote, you remember black women were not allowed to vote.

9           And so, I know that all of you heard the

10     famous statement, "Ain't I a woman, too," came from the

11     rights for minority women to vote.

12          The -- when (Inaudible) who walked and

13     protested with the women who could not vote and when

14     they decided that they could go into the continental

15     congress, they said white women can come in but the

16     black women could not come in.

17          So, that's when you hear that famous

18     statement, "Well, ain't I a woman, too?  I born nine

19     children," et cetera, et cetera.  You know the story and

20     that's the history of that.

21          So, I wanted you to talk about voter

22     suppression.  How many beans in a jar?  Can you come up

23     with others?  I can.  I wanted to give you that

24     opportunity.

25          MR. BLEDSOE:  Oh, there are a number of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006224

TX_00031582

440

1    examples of voter suppression that I can give you that

2    have occurred even -- even recently that really are

3    problematic and, you know, the -- the voter suppression

4    that we've seen involves again -- you heard Judge

5    Charleston talk about the Waller County situation.

6             REPRESENTATIVE DR. ALLEN:  Yes.

7             MR. BLEDSOE:  And that's a perfect example

8    because in Waller County, you have the missing

9    registration applications and also in Waller County,

10   besides the missing registration applications, that

11   General Abbott did, ultimately, it was after the

12   election and it didn't affect the outcome of the

13   election but I think they ultimately were processed and

14   I think it was through the AG's office that they were

15   processed and that's where my comment came from but that

16   was in the context of there being -- there were ballot

17   boxes from Prairie View that were taken in plain view,

18   and some of the students I met with that actually filmed

19   they being pain in plain view illegally by officials

20   that were not official county officials in the middle of

21   the day and no consequence occurring with that, the

22   continued -- you know, the indictment of African

23   American elected accounted officials there, the Grand

24   Jury investigations of other elected officials there,

25   the idea that you cannot vote, the whole idea with their



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006225

TX_00031583

441

1      (inaudible) situation in 1991 wasn't sufficient where

2      this had to -- had to occur.

3              And the NAACP was one of the plaintiffs in

4      the lawsuit to address that situation in Prairie View,

5      and that's -- so, that was clearly done by design.

6              And with -- Chairman Smith asked about it

7      earlier and we talked a little bit more about that

8      situation in Tarrant County because what happened there

9      was there was an African American newspaper that

10     apparently worked something out with a campaign, and the

11     campaign featured this idea about what's going to happen

12     to you if you show up and vote and if you're -- and it

13     gave the misinformation about if you're a felon and it

14     said that if you have an outstanding warrant, you're

15     going to be arrested, and they actually positioned off

16     duty police officers.

17             They mentioned this in the newspaper article

18     that was placed in the mailboxes, and I think it was

19     probably illegal but they actually then went out and

20     hired off duty police in uniform and had them positioned

21     around minority polling places.  And so, that was very

22     intimidating when that occurred.

23             REPRESENTATIVE DR. ALLEN:  Correct.

24             MR. BLEDSOE:  And --

25             UNIDENTIFIED SPEAKER:  Has that conducted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031584

442

1     been prosecuted?

2               MR. BLEDSOE:  Was that actually prosecuted?

3               UNIDENTIFIED SPEAKER:  Yes.

4               MR. BLEDSOE:  Not to my knowledge, I don't

5     believe it was.

6               UNIDENTIFIED SPEAKER:  Do you know the

7     extent to which any of these activities have been

8     prosecuted in the state?

9               MR. BLEDSOE:  Well, in the Wharton County

10    situation, that one was kind of ironic because the

11    authorities actually turned it on the African American

12    sheriff's candidate and were actually looking at him

13    and, ultimately, he was not prosecuted but his name was

14    C. G. McElwain, and they actually started looking at him

15    for burning down his own supporter's home and then

16    acting as if he had done a publicity stunt.

17              Well, we had to -- we had to send down a

18    team of individuals on election day to be there and be

19    available.  We ended up running out of ballots in the

20    black community that day in Wharton County.

21              UNIDENTIFIED SPEAKER:  And if someone were

22    to say to you that those activities that you're

23    describing that are intended to intimidate, et cetera,

24    voters from voting do not occur because they have not

25    been prosecuted, you wouldn't be impressed with that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031585

443

1    argument, would you?

2              MR. BLEDSOE:  Well, again, I understand the

3    sentiment and the discussion, and these things were --

4    were not prosecuted.  You know, I think that we're aware

5    of them because we're personally involved in them.

6              You know, I had people that were extensions

7    of the organization, for example, that were there in

8    Wharton County that were there at the African American

9    polling sites that were reporting to me on an hourly

10   basis while I was at our election central, and so -- and

11   I know them to be credible people, so, I feel pretty

12   solid about the information that came there.

13             And I ended up meeting and visiting

14   Mr. McElwain later, and we assisted him later when the

15   authorities tried to flip the investigation to go after

16   him instead of the people who had actually done this to

17   his supporters.

18             UNIDENTIFIED SPEAKER:  So, your --

19             MR. BLEDSOE:  So, I actually kind of was a

20   witness in that situation.

21             UNIDENTIFIED SPEAKER:  And your conviction

22   about which this crime that is not prosecuted occurred

23   is based on anecdotal information that you received from

24   people that you trust?

25             MR. BLEDSOE:  To the extent -- and, again,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006228

TX_00031586

444

1   some of the information is from me from direct

2   information but -- but yes, I mean, it's not the same as

3   third party information because when you know the person

4   or when you are the one that assigns someone -- it's

5   just like you, if you've got a law office or something

6   and you've got a private investigator, you send the

7   private investigator out to collect facts and you know

8   that person to be a person of integrity, you kind of

9   trust those facts.

10              So, when I send a team of people out, it's

11  usually people that have character and integrity, and

12  when we get the information back, I feel that it's

13  trustworthy information.

14              UNIDENTIFIED SPEAKER:  Thank you.

15              REPRESENTATIVE DR. ALLEN:  I want to finish

16  my line of questions, please.  Thank you for that

17  information.

18              And I want to bring -- bring you up to date

19  to 2008 to the last election but prior to that, before I

20  go with that one, I don't know that you remember that

21  for -- to vote in the State of Texas, at one time you

22  had to be a landowner.  Do you know that one?

23              MR. BLEDSOE:  That's correct.

24              REPRESENTATIVE DR. ALLEN:  Voting was for

25  white males only, that you had to be literate and if you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031587

445

1    didn't know how to read -- you were given a literacy

2    test, so, if you could not answer the questions on the

3    test, then you could not vote.

4              MR. BLEDSOE:  That's correct.

5              REPRESENTATIVE DR. ALLEN:  And then we went

6    through the poll tax phase of it.  I think that's where

7    I came in.  I remember poll tax and so -- but we've been

8    through all of these suppressions before, and I think --

9    when I see this, I see it as another form of

10   suppression.

11             But you've had heard a lot today about

12   Indiana and Georgia and when the voter ID came in that

13   there was an increase in the number of voters 2 percent,

14   which is not enormous but there was -- all the way up to

15   6 percent I heard tonight.

16             2008, the Obama election year, do you think

17   that voter increase was due to voter ID being

18   implemented or were there other factors involved in --

19   in the voter increasing in minority neighborhoods this

20   time?

21             MR. BLEDSOE:  When it comes to analyzing

22   election returns, it's clear you have to throw out 2008

23   because 2008 is truly an aberration for a number of

24   reasons.

25             When you have the first African American



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031588

446

1    running for president, people who might be otherwise

2    intimidated actually would take that risk and go to the

3    polls.  I mean, you had people that were a hundred years

4    old that were going to the polls and some of them went

5    on their own.

6              So, I understood that dynamic, and in

7    Georgia, for example, Georgia had the most incredible

8    get out the vote effort that took place there because

9    there was money, there was activity relating to that

10   election that you had not seen because Georgia,

11   ironically, was one of those covered Section 5

12   jurisdictions that were in play.

13             So, both -- both of the candidates were

14   pushing for that, and so, that was not driven by local

15   elections.  That was actually driven by the national

16   election and the enormous amount of money and activity

17   that went into that campaign in Georgia.

18             So, you -- when you look at Indiana,

19   Georgia, any of those, you have to throw out 2008 and

20   you have to look at other years because 2008 is an

21   absolute aberration and, you know, you won't have an

22   Obama on the ballot in 2010.

23             And so, you know, that will be a better

24   barometer or idea of comparing maybe 2010 to 2006 but

25   2008 is -- is truly an anomaly and won't be repeated



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006231

TX_00031589

447

1    until 2012.

2              REPRESENTATIVE DR. ALLEN:  Thank you.

3              CHAIRMAN SMITH:  Members?

4              Yes, Representative Brown.

5              REPRESENTATIVE BROWN:  The description of

6    the event surrounding that election where you said that

7    the off duty police officers were hired to come, how

8    long ago was that?

9              MR. BLEDSOE:  That was somewhere around '01,

10   '02, '03.

11             REPRESENTATIVE BROWN:  Thank you.

12             MR. BLEDSOE:  I'd have to go back and look

13   at the report to see the exact year, somewhere in that

14   year.

15             REPRESENTATIVE BROWN:  Within the last ten

16   years?

17             MR. BLEDSOE:  All of them were within the

18   last ten years because we hadn't started having the

19   hearings until after 2000.

20             REPRESENTATIVE BROWN:  Thank you.

21             CHAIRMAN SMITH:  Representative Anchia.

22             REPRESENTATIVE ANCHIA:  Thank you.

23             Mr. Bledsoe, thanks for being here.

24             I want to just go over some studies related

25   to the disparate application of photo ID requirements in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

448

1    photo ID states.

2             You may or may not be familiar with the

3    studies but I'm going to read the studies to you, and I

4    would ask you to just confirm or deny whether you find

5    it surprising, the conclusion of the study.

6             It really relates to -- these are academic

7    studies related to street level enforcement of photo ID

8    and their potential for discrimination.

9             The first study is a Caltex, MIT and Harvard

10   study from 2007 to 2008, 2007 election, 2008 Super

11   Tuesday primary concluded that African American voters

12   were 14 percent more likely to be asked for photo ID

13   than whites, and that was a consistent finding in all

14   states regardless of the photo ID requirements, and

15   Hispanics were 18 percent more likely than whites to be

16   asked for photo IDs.  Does that surprise you?

17             MR. BLEDSOE:  No, it doesn't.  And I might

18   even say we did a racial profiling study in the State of

19   Texas of DPS statistics, and we found out that African

20   American and Latinos were requested to give -- to allow

21   their vehicles to be searched much more likely -- much

22   more likely than Anglos.  I think it was like 2 to 1 or

23   3 to 1 was the actual percentage there.  And so, I think

24   that that's another example.

25             And that's when you -- you didn't -- the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031591

449

1      suspicious circumstances and all seemed to be controlled

2      and the same but the police officers in their subjective

3      nature were asking the minorities to search their

4      vehicles, and they were much less likely to find

5      contraband in the vehicles of the minorities, yet they

6      were much more likely to ask them to be able to search

7      their vehicles.

8            REPRESENTATIVE ANCHIA:  So, the conclusions

9      of a Harvard study on the 2006 and 2008 elections might

10     not surprise you where they concluded that in the 2006

11     general election 47 percent of white voters reported

12     being asked to show photo ID at the polls compared with

13     54 percent of Hispanics and 55 percent of African

14     Americans, and in the 2008 Super Tuesday primary states,

15     53 percent of whites were asked to show photo ID

16     compared to 58 percent of Hispanics and a staggering 73

17     percent of African Americans, those findings wouldn't

18     surprise you then?

19           MR. BLEDSOE:  No, they wouldn't.  And I

20     think that 73 percent suggests that they were clearly

21     concerned that those were voting for a certain

22     candidate.

23           REPRESENTATIVE ANCHIA:  And according to the

24     nation's largest nonpartisan exit poll of Asian

25     Americans, nearly 70 percent of Asian voters were asked



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031592

450

1     for ID at the polls in states where no photo ID was

2     required, and that was also a Caltex study, so, that

3     wouldn't surprise you either?

4              MR. BLEDSOE:  No, it wouldn't.

5              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

6              CHAIRMAN SMITH:  Yes, Representative Veasey.

7              REPRESENTATIVE VEASEY:  Mr. Bledsoe, I

8     wanted to ask you specifically about your opinion on

9     voter ID laws that are being implemented in specific

10    states, and I know that you do a good job of talking to

11    your colleague at the national office and at the other

12    NAACP branches across the country but one of the things

13    that interests me is that it seems like where the voter

14    ID law is being implemented or attempted to be

15    implemented, it seems as if a there are significant

16    minority populations in those states like I don't see

17    anybody, you know, trying --

18             MR. BLEDSOE:  That's true.

19             REPRESENTATIVE VEASEY:  -- to implement

20    voter ID laws in Idaho or some place like that.  It

21    seems where it's being implemented that it's in heavily

22    minority states.  Has that been your experience?

23             MR. BLEDSOE:  That's correct.  And we're

24    completely opposed to those.  We have opposed those in

25    whatever states they have been proposed.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031593

451

1          REPRESENTATIVE VEASEY:  Why do you think

2     that that -- why do you think the voter ID laws are in

3     those particular states with significant minority

4     populations?

5          MR. BLEDSOE:  Well, it's clear what the

6     design of the bill will lead to and, that is, a lower

7     minority vote whether it's because people have not as

8     much time and they're trying to be in line, they have to

9     go back to work and they have to leave but the longer

10    you keep the process going, the more you're going to

11    discourage people.

12         So, we keep looking at how many people went

13    through the process and ultimately were -- were told

14    their vote wouldn't count but I think there's a huge

15    number of individuals who are going to be dissuaded and

16    discouraged because even the issues relating to the

17    affidavit that you have to fill out and people worrying

18    if they're going to be prosecuted for what they put in

19    the affidavit and even the situation relating to getting

20    the free ID card, you know, if you use it once --

21         I think I heard Dr. Allen have an engagement

22    with another member of the committee earlier.  I read

23    the bill to say if you actually use it for any other

24    purpose, you've violated the bill and, theoretically,

25    this might mean you're tampering with a government



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031594

452

1    record or some kind of falsification.  So, it would be

2    very intimidating.

3                So, I think that clearly these laws are put

4    there because when you say you have to have an affidavit

5    that you have to execute or you have to be in line

6    longer, this is just going to discourage people who have

7    less flexible time, who are more intimidated by this

8    world that we live in, that's going to discourage them

9    from participating.

10                And so, I think it's going to have a clear

11   result and it's going to be much greater than the

12   number -- the numbers we've heard have just been really

13   small compared to what I think the actual reality would

14   be.

15                REPRESENTATIVE VEASEY:  And one of the

16   things, speaking of ID -- and you're familiar with the

17   history of poll taxes and everything that sort of went

18   along with poll taxes until, you know, they weren't

19   being used any more, and I wanted to specifically ask

20   you about the free ID because the way I read the free

21   ID, it says that you can be given a free ID if you're

22   going to use it for voting but, obviously, you would

23   need to present certain documents to get that free ID.

24                If -- if poor individuals, people that don't

25   have money to go and get this ID would have to go and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031595

453

1      get the supporting documents that would cost money in

2      order to get this free ID, is that not similar to a

3      modern day poll tax?

4               MR. BLEDSOE:  There's no question a lot of

5      cost factors that would be involved.  For example, if

6      you go to Presidio County, Presidio County, you have to

7      go to the county seat, and the cities and towns are so

8      far away from the county seat, many of them, where a

9      number of the voters live, and they may not have access

10     to the same transportation.

11              That's another study that we did, the NAACP,

12     a profiling study, we looked at the ownership of

13     automobiles and things of that nature, and we found that

14     minorities are much less likely to have access to

15     automobiles.

16              So, I think that you -- what you'll find is

17     that all those things would be additional costs.  Let's

18     say, for example, you have to defend your ballot.  Let's

19     say you vote and you have a provisional ballot and you

20     have to go at some point and raise an issue to prove

21     that you were the same person, isn't that going to be

22     some additional cost on that person?

23              What's that going to be for a poor person

24     who has to depend on public transportation?  What if you

25     have some kind of free bus service or something that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031596

454

1    normally use and they don't work late in the evenings?

2    You know, they shut down at a certain point in time.

3    So, if you have to go through some process where there's

4    a canvassing session or whatever that takes an extended

5    period of time and we know -- I think we can look at

6    what just happened in the Harris County elections that

7    just took place, and when they went through the

8    canvassing process and all that, how you saw where there

9    were minority candidates on the same plate of other

10   candidates that they did not prevail, and so, those

11   things are potentially ripe with problems.

12            REPRESENTATIVE VEASEY:  I wanted -- and I'm

13   done asking Mr. Bledsoe questions but since the topic

14   came up about certain suppression tactics at polling

15   places, in 2002, not 1960 or '50 something but in 2002

16   in Fort Worth, Texas, that was the year Ron Kirk was

17   running for Senate, I was not a state representative at

18   the time but the particular campaign office that I was

19   running, I got a call from a voter and the voter said

20   there is a -- I was on a project and if you're familiar

21   with downtown Fort Worth then you're familiar with the

22   Butler housing project.

23            I got a call from a voter saying:  I was

24   going to go vote, it was election day, and there was a

25   roadblock literally set up over the main road leading



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031597

455

1      out of the project on election day.

2                And so, you know, I mean, a lot of people

3      think that a lot of the things that we're talking about,

4      particularly when we start delving back into history and

5      the history of voter suppression tactics that that

6      doesn't go on any more but as recently as 2002 in Fort

7      Worth -- and, you know, of course, the police department

8      today would say, oh, it was just accident and it wasn't

9      any big deal, as soon as we figured out it was election

10     day, we pulled up the roadblock but if you live in that

11     community and you've heard the stories and you've heard

12     the different things that your relatives and friends and

13     families had to go through and -- and -- or maybe even

14     you had to live through that your yourself, then

15     that's -- that can be painful and that can be a serious

16     experience as far as suppression is concerned.

17                MR. BLEDSOE:  I agree, and it does occur in

18     the current day.  This is not something that's remote

19     and distance in time, and that's what sad about it.

20                I would think when we look at the bill and

21     the proposal, I would feel better about the intent of a

22     proposal if you were trying to fix the whole problem but

23     we have a lot of people out there that are crying out

24     for justice and fairness.

25                These intimidation tactics continue to occur



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006240

456

1   and there's no outcry for them.  There's no real effort

2   or synergy that's put together some initiative to try to

3   get some relief from them, and whenever we get relief,

4   it has to come from the federal government, and that's

5   better sometimes than other times, and that's what sad

6   about it but if there was a whole -- let's just say some

7   coordinated legislation that sought to address one issue

8   with the same time trying to address other issues as

9   well because a lot of things that occurred were actually

10  crimes and -- but when crimes are committed by persons

11  in official authority or what have you, they seem to not

12  make a difference.

13              CHAIRMAN SMITH:  Any other questions?

14              UNIDENTIFIED SPEAKER:  Mr. Chairman, can I

15  ask a question?

16              CHAIRMAN SMITH:  Certainly.

17              UNIDENTIFIED SPEAKER:  Thank you.

18              To elaborate on the questions that

19  Representative Veasey asked you, Mr. Bledsoe, you

20  asked -- you were mentioning earlier about leafletting

21  programs for suppression of voter participation, and

22  Mr. Veasey reached back to ancient history, 2002, but

23  you are aware that as recently as a year and a half ago,

24  there was a voter suppression program in inner city Fort

25  Worth involving City Council candidates.  One was an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031599

457

1    Anglo candidate, one was Hispanic.

2            And there was a broad leafletting in a

3    (Inaudible) neighborhood giving false information about

4    the election day to the Hispanic voters in inner city

5    Fort Worth.  So, it's -- I guess the point is it's very

6    recent and it's very current; is that correct?

7            MR. BLEDSOE:  That's correct.  That's

8    correct.  They continue to this day.

9            UNIDENTIFIED SPEAKER:  And maybe you care

10   about voter suppression and maybe you don't, that's

11   correct, some people do and some people don't?

12           MR. BLEDSOE:  That's -- that's true.  I

13   think in some people, it's a way of doing business, and

14   that's what's sad about it because, obviously, the ones

15   who are most likely to being victimized are black or

16   brown.

17           UNIDENTIFIED SPEAKER:  And, in fact, you may

18   have seen the news media coverage on this issue where

19   the chairman talks about the inherent dynamic conflict

20   between voter suppression and voter encouragement.

21   You're familiar with that ongoing conflict.

22           So, really, the issue is where do you come

23   down on the side of the issue?  Are you in favor of

24   voter participation or are you in favor of voter

25   suppression?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031600

458

1        MR. BLEDSOE:  Well, and I would agree simply

2    because I haven't seen the -- you know, I think it takes

3    a lot of bravado for someone to go and vote with someone

4    else's voter ID card.  I just don't think that's

5    happening very often.  To the extent that it is

6    happening --

7        UNIDENTIFIED SPEAKER:  There's almost no

8    evidence of it ever happening in Texas.

9        MR. BLEDSOE:  I think there's fail-safes

10   that are in place to address that type of situation.

11   So, I don't think that it is a problem.

12        I think voter intimidation is a much larger

13   problem than voter fraud in the way that part has

14   been -- in terms of the voters -- voter identification

15   requirement that's on the table.

16        UNIDENTIFIED SPEAKER:  Any election day, if

17   you chose to spend the day at the Democratic party

18   headquarters, as I have done on several occasions, you

19   could handle a litany of phone calls from people talking

20   about how they have been turned away from the polls for

21   one reason or another, all of which are not valid.

22        MR. BLEDSOE:  Yeah, we've had a number of

23   instances where people were turned away when the reasons

24   were not valid.  I don't know that I could say that all

25   the time they weren't valid but usually they were not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

459

1    valid reasons.

2              And they were usually people who were

3    minorities, and this is all about counting votes.  And I

4    know that, you know, one of the things we had like in

5    Bell County this last time was a situation where someone

6    clearly was a voter and they were not allowed to vote.

7              And some of our branch members were with

8    this individual, and they showed all kinds of

9    identification and everything, and the person still

10   wasn't allowed to vote.

11             At the same time, there were a number of

12   African American members of the branch who were in the

13   military who had been deployed to Iraq, and they were

14   sent back home, and they were wrongfully purged from the

15   voting -- from the rolls, and so, they were all African

16   Americans and this was happening.

17             UNIDENTIFIED SPEAKER:  So, just so you're

18   clear, all the questions I was asking about are relevant

19   to Tarrant County, the home county of the chair bill

20   elections committee, Chairman Smith.

21             MR. BLEDSOE:  These are all -- I mean,

22   Tarrant County is the country where they were doing the

23   illegal with the mailboxes and the newspapers and all

24   that.  That was all in Tarrant County.

25             UNIDENTIFIED SPEAKER:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031602

460

1          CHAIRMAN SMITH:  Any other questions,

2     members?

3          Representative Helfin.

4          REPRESENTATIVE HELFIN:  Mr. Bledsoe, thank

5     you for being here today.

6          We've heard testimony about voter misconduct

7     throughout the evening -- day and evening.  We also have

8     an issue of basically -- and I hate to say this because

9     I know 99.9 percent of them are very, very good people,

10    are just trying to do a very good job.  We have some

11    poll worker misconduct as well.

12         Would you -- do you see that happening, that

13    some of the election judges are looking harder at one

14    set of records than they are the next, so to speak?

15         MR. BLEDSOE:  There's no question that's one

16    of the biggest problems that we have seen is the poll

17    worker misconduct, and when you give poll workers more

18    ammunition to tell someone they cannot vote, that's

19    going to create a real problem.

20         And the real risk, I think, of this bill and

21    the way that it's designed and the power that it gives

22    to poll workers, it actually makes them become more of

23    an arm of the campaign, okay, because I think when you

24    empower them with this, we look at the situation that

25    occurred in Florida -- excuse me -- in Ohio in 2004 and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031603

461

1    the idea with the -- with the persons that could be at

2    the polling sites that could actually challenge

3    elections.

4              When you empower people to -- to tell people

5    no and to hold up lines and these people are selected

6    that -- in a process that doesn't indicate that they are

7    really reflective of the views of the people in that

8    community and they're running a polling site, that's

9    going to present a real impediment to them actually

10   obtaining justice.

11             So, I think that -- the idea of how this

12   empowers individuals who -- who are election officials

13   is just -- is just unreasonable because it gives them

14   too much power, especially in light of what we've seen

15   and the actual interplay that we see that's very much

16   conflict oriented between African Americans and

17   individuals that run polling sites in many areas around

18   the state.

19             We've seen this whether it's Texarkana, Fort

20   Bend County, Harris County, you know, Wharton.  We've

21   seen this in innumerable counties around the state, and

22   it's not limited geographically.

23             REPRESENTATIVE HELFIN:  Now, this -- even in

24   this very committee, we heard a bill earlier this year,

25   which I think is good, that in the event someone ends up



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

462

1    filling out their voter registration card makes

2    fraudulent statements, that it be bumped up from a

3    misdemeanor to a felony grade offense, and then also we

4    heard from Florida on mail in ballots, inappropriate

5    action on the mail in ballot was also moved up to a

6    felony grade offense.

7              And I say this very, very cautiously because

8    I know it is so difficult to find people to work these

9    elections and, as I said, I know 99.9 percent of them

10   are good people, how do we police that and how do we

11   punish that?

12             Because that's a crime.  That's suppressing

13   our right to vote.  I don't care who it is, whatever

14   color, whatever, but what -- what's your view on that?

15             MR. BLEDSOE:  Well, I think that's the only

16   way to really discourage it but I think that when

17   usually individuals are doing this, they are acting on

18   behalf of a higher authority, just to be very honest

19   about it.

20             When you're acting on behalf of a higher

21   authority, usually there's some insulation that's

22   provided to you.

23             I think that -- and so, therefore, what you

24   really have to do is somehow be able to make selections

25   of people who run polling places that go outside of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031605

1        political domain and take some of the politics out.

2                It's kind of like some of the ideas of these

3        nonpartisan redistricting commissions that are being set

4        up like they just adopted out in California, I mean, you

5        need to have some kind of process like that where

6        individuals who don't have a stake in the game, so to

7        speak, can run the polling places and then have all the

8        proper training because when you give subjectivity to

9        individuals that have a stake in the outcome, that are

10       associated with people that are running, I think you run

11       the real risk of having problems arise in those areas.

12               So, I think that's -- that's one of the

13       things that could be done there is take the politics out

14       by getting a different group of people to run the

15       elections.

16               REPRESENTATIVE HELFIN:  And you know as well

17       as I that it is very, very hard to legislate that people

18       do the right thing or husbands be good fathers or that

19       kind of stuff.

20               So, that would be a difficult issue but, you

21       know, maybe we need to look at the criminal punishment

22       for that side and maybe make it a larger increase and

23       have officers supervising -- trained officers

24       supervising.  I don't know how we correct that but it's

25       certainly an interesting dilemma that we face, the fair



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006248

TX_00031606

464

1      people that we put in charge to make sure we have open

2      voting are the ones suppressing the issue.

3              MR. BLEDSOE:  And I would agree, although I

4      would say I think that the law does cover that situation

5      but it's just not being utilized.

6              I think when you violate a law relating to

7      your office, that's official misconduct under 39.01 of

8      the Penal Code.  I think that's very clear.  It may not

9      be a felony but it's a Class A misdemeanor that you can

10     be removed from office for engaging in that activity.

11     So, I do think there is a law that would apply, official

12     suppression.

13              REPRESENTATIVE HELFIN:  Now, another thing

14     we've talked about during the day is provisional

15     ballots, and there's one state that gives you two days

16     to correct and they were correcting like a third of

17     them, and the other state you had, I think, seven days

18     and they were correcting like two-thirds or

19     three-fourths.

20              So -- and the bill before us today has a

21     provisional ballot language but it's not real clear.  Do

22     you think if we went to a provisional ballot system that

23     we gave them 10 days because you have 10 days here

24     before you have to canvas the votes, would that be

25     beneficial to make sure that -- that when they -- when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

465

1    you vote a provisional ballot, that they have to

2    identify whether it's provisional ballot, special ballot

3    because they don't have ID or for whatever -- ballot

4    because they don't have -- their signatures don't match

5    or whatever, would that help us in any way or would that

6    confuse the issue, trying to train these election

7    personnel even more?

8                MR. BLEDSOE:  What I would propose in a

9    situation like that to make it fair to the individual

10   because some individuals -- most of the ones we're

11   talking about here probably don't have great means,

12   whereas, what you would do is you would create a

13   presumption that -- that the ballot is valid, and then

14   have the authorities screen those that have been

15   objected to and then they come up with a list of those

16   that are problematic at that point, and then they would

17   see to it that they could come up with some kind of

18   convenient set of circumstances in which they could help

19   resolve that issue, so that if you're poor or you don't

20   have transportation, you live 60 miles from the county

21   seat in Presidio County and you just can't afford to go

22   to the county seat again and that's where the issue has

23   got to believe resolved, to try to come up with some

24   fair process to handle that but have that be screened

25   and put the onus on the government rather than on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031608

 1    individual because --

 2            I mean, let's be honest and think about it.

 3    We're talking about individuals who may not have the

 4    most education in the world and some things that may

 5    occur logically to some people may not occur logically

 6    to others.  They may be just as righteous as they could

 7    be.  Their ballot may have been totally legitimate but

 8    they may not how to defend that ballot and they don't

 9    have money to go get a lawyer to put forth their case

10    and the campaigns are, I guess, kind of not going to be

11    involved in that process.

12            So, you know, it puts them in between a rock

13    and a hard place.  And you can understand if I'm there

14    trying to defend my ballot and I've got a third grade

15    education and English is my second language, that's not

16    going to be the easiest thing in the world.

17            So, you really need to flip that and go

18    through a whole process where they limit the number of

19    individuals who have to go through that process.

20            REPRESENTATIVE HELFIN:  I like the way you

21    think these things out, Mr. Bledsoe, and I hope that

22    whatever we work on this committee, I certainly would

23    appreciate being able to call you.

24            MR. BLEDSOE:  Any time.

25            REPRESENTATIVE HELFIN:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

467

1                CHAIRMAN SMITH:  Did you have a question?

2                Representative Bonnen.

3                REPRESENTATIVE BONNEN:  Thank you, Mr.

4      Bledsoe.  I think you've been respectful and very

5      thoughtful in your testimony.  I appreciate your doing

6      this.

7                MR. BLEDSOE:  Thank you.

8                REPRESENTATIVE BONNEN:  I wanted to follow

9      up on Judge Helfin's question on the, for lack of a

10     better way to put it, flipping the burden to the

11     government on the provisional ballot because one of the

12     things -- you don't have to agree with this but it's

13     probably fair to suspect that in those provisional

14     ballots, say in the case of Georgia where they had two

15     days and I think it was about 800 that didn't return,

16     that some of them may not have returned because they

17     weren't valid to be voting.  I'm not saying 1 or 5.  I

18     don't know.

19                MR. BLEDSOE:  It's possible.

20                REPRESENTATIVE BONNEN:  Possible.  So, if

21     you flip the onus to the government, which I would say

22     probably isn't a terrible idea, I mean, I haven't

23     thought it through but there's some logic to that, would

24     we then want the government to pursue those that they

25     find that shouldn't have voted?  Do you follow where



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

468

1      I'm --

2                 MR. BLEDSOE:  If there's criminal intent.

3      If it's an honest and innocent mistake -- so, I would

4      always want to segregate those.  If you find someone in

5      either party involved with some orchestrated campaign to

6      commit a fraud, that's a criminal act.

7                 REPRESENTATIVE BONNEN:  Right, and I agree

8      with that.  I guess my concern would be -- and I'm not

9      arguing against having the onus on the government, I

10     think that makes sense, but I just want us to think

11     through this -- this -- the place we would be putting

12     ourselves at that point.  I mean, it would be somewhat

13     of a dangerous spot.

14                I could be wrong because, as you say, it's

15     what that intent was.  Did this man, woman or whomever

16     come down here with an intent to inappropriately cast a

17     ballot they weren't supposed to or didn't have the right

18     to or whatever, you know, if the government has now

19     uncovered that maybe they shouldn't have been there,

20     then there's some degree of responsibility the

21     government may have at that point when it may not have

22     been -- you know, do you know what I'm saying, where I'm

23     going is I'm wondering if we put the government in a

24     position, if there would be a way to avoid the

25     government putting a lot of effort into investigating



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031611

469

1      voters that don't need to be investigated.  Does that

2      make sense?

3              MR. BLEDSOE:  I think it does but I think

4      that starts out with the election officials because they

5      are the ones that are going to be doing the screening,

6      and hopefully they would only have individuals who they

7      have good reason to believe presented a problem.

8              I think that -- I would think that if

9      someone was engaged in a situation where they were not

10     legitimately voting that those would be the ones -- if

11     there was an investigation, those would be the ones

12     where there would be a path that would lead to them and

13     say, well, these are the ones where there's a problem

14     instead of the ones where there's a different middle

15     name or sometimes it's just common sense and common

16     sense --

17             REPRESENTATIVE BONNEN:  I agree.

18             MR. BLEDSOE:  -- is not applied and it's --

19             REPRESENTATIVE BONNEN:  I think some of the

20     time, too, though, they will fall into a gray area that

21     says I don't think this individual was really a part of

22     any criminal intent but without some further steps, I

23     can't prove that up but, anyway, enough on that.  I

24     think that's a valid thought.

25             One of the things I was going to ask is on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031612

470

1    voter intimidation, which should never occur and is very

2    bothersome and I will tell you I personally don't know

3    of it but I would be ignorant to suggest it doesn't or

4    hasn't or -- doesn't occur, so, I want to be respectful

5    of that.

6              But, in that regard, the election workers,

7    as I understand it, are selected or -- they're not

8    really selected, it's anyone willing largely,

9    unfortunately, but it's -- it is based through, as you

10   were discussing, the party system.

11             So, wouldn't there be -- shouldn't there be

12   a natural balance that would occur at the polls?  Why

13   would -- I mean, how would there be -- why would there

14   not be a balance there to call out a voter suppression

15   or intimidation scenario?

16             MR. BLEDSOE:  Well, I think that frequently

17   what we find is, of course, that the officials at the

18   polling site are involved in the voter intimidation, and

19   so, that would be a problem if they're part of the

20   process.

21             REPRESENTATIVE BONNEN:  Not to interrupt you

22   there but I guess that's my point, though, isn't there a

23   balance in who the voters -- I mean, the poll workers,

24   isn't there a balance between party and who those

25   individuals end up being?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031613

471

1          MR. BLEDSOE:  Well, I think that like, for

2     example, with the early voting sites and things, to the

3     victors go the spoils is what the current law is in

4     Texas.  So, you do have individuals when you go to a

5     polling site that may be of a different party or what

6     have you, and that does create a true dynamic that's --

7     that's problematic, and I understand that.

8          That's -- maybe in some ways that's been our

9     culture in Texas but it can, you know, lead to -- lead

10    to problems.

11         REPRESENTATIVE BONNEN:  Certainly.

12         MR. BLEDSOE:  And it really does lead to

13    problems, and I know if you're paying somebody $7 an

14    hour or what have you, they're not going to be

15    necessarily -- unless they're retired and just really

16    don't need the money and are doing it for a good reason,

17    they may not be the most qualified person to -- to

18    actually act in that situation.

19         You need people that exercise good common

20    sense.  You need people that have the patience of Job

21    sometimes because of some of the things that actually

22    occur, and you don't always find that with the workers.

23         I don't mean to indict.  I've been an

24    election worker myself, a $7 an hour election worker

25    before.  So, I don't mean to condemn election workers



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031614

1       but there's a problem with how the system is set up.

2                REPRESENTATIVE BONNEN:  Well, yeah, and I

3       think we would greatly served, not only this committee

4       but this body as a whole, the legislature -- I think one

5       of the bigger issues, regardless of voter ID or anything

6       else, is the fact that we pay $7 an hour for someone to

7       come in and understand a very complex process and deal

8       with people who --

9                I mean, I can remember one of the first

10      races I ever ran in a suburban community in Pearland, I

11      mean, people just -- I mean, literally almost running

12      people over, not intentionally, to get parked and get in

13      line to vote, and they're fired up and they want to get

14      in there and they want to make sure they're on time and

15      yet I've got a $7 person in there helping make all that

16      work and, frankly, a $7 person who wasn't paid $7 five

17      days earlier to be trained for probably a lot more time

18      than they ever were.

19               But, anyhow, I think that's a greater issue

20      that we would be better off working on, and I also would

21      like us to, on these issues of voter suppression and

22      intimidation -- I mean, I have not reviewed all the

23      bills before this committee but, I mean, do we have any

24      bills before this committee that address those issues?

25      We do?  I mean, we need to look at those.  We need to --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031615

473

1       voter suppression bill info.

2                   CHAIRMAN SMITH:  Just for the record, we're

3       20 minutes over the allotted time.  Just take that into

4       consideration, Representative Helfin.

5                   REPRESENTATIVE HELFIN:  And I'll also notice

6       as Representative Bonnen, for someone to have their vote

7       invalidated because of one election judge I think is an

8       injustice.  Shouldn't we not have a provision if your

9       vote is not going to -- someone is going to determine

10      your vote doesn't count or provisional, the election

11      judge for that precinct sign off on that as well?  If we

12      have two minds at least --

13                  REPRESENTATIVE BONNEN:  There should be a

14      balance --

15                  REPRESENTATIVE HELFIN:  A balance, yeah.

16                  REPRESENTATIVE BONNEN:  -- in that worker,

17      and it would resolve some of the issues, and not that we

18      should ever do away with a poll watcher or anything.

19      That's a very good right and a very good tool when used

20      but, I mean, to have that balance is significant because

21      I think you raise a fair point.

22                  I mean, I think it's a serious

23      responsibility for someone to say I'm going to turn away

24      this individual from their opportunity to vote today,

25      especially considering we have the tool, which I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006258

474

1    is very important and -- provisional ballot -- and we

2    have had a lot of talk about provisional ballots but the

3    reality is the provision ballots are used in close

4    elections.  I mean, we don't count those ballots unless

5    it's of an impact, of a necessity, I guess you would

6    say.

7              But that could also come down to this issue

8    of better trained, better experienced, more competent

9    poll workers.

10             REPRESENTATIVE HELFIN:  And then one other

11   quick --

12             REPRESENTATIVE BONNEN:  I'm through but

13   thank you very much.  Appreciate your thoughtfulness.

14             REPRESENTATIVE HELFIN:  I agree that if

15   they're provisional ballots, they should be marked

16   special provisional ballots in some manner.

17             If it proves later to be there was some

18   fraudulent intent, I believe they ought to be

19   prosecuted, quite frankly.

20             MR. BLEDSOE:  I think if we look at like,

21   for example, Minnesota today and the election contest,

22   you can just see normally there will be close elections

23   that take place.

24             We know we had one in Dallas involving state

25   representative this time.  So, every vote counts and 5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031617

1    or 10 votes can make a difference in the outcome.  So, I

2    think we have to be aware of that.

3                    UNIDENTIFIED SPEAKER:  Let me just say that

4    there's been some discussion about the burden on being

5    with the state or with the voter and the difference

6    between those two, and I think we've heard the testimony

7    tonight that gives us some good general idea of the

8    impact of that in that effectively Georgia and Indiana

9    put that burden on the voter.  In those instances, about

10   a third of the provisional ballots are counting,

11   whereas, Florida puts the burden on the state, a

12   majority of the ballot board, and we have these boards

13   already in place in the State of Texas.  It does not

14   require the creation of any new organization.  The only

15   way it wouldn't count is if the voter doesn't do what

16   they want to do within 10 days and this ballot board by

17   a majority vote determines that the signature is not

18   likely to be the same person as the person who signed

19   the voter registration card.

20                   And certainly it's not perfect, and I think

21   everybody understands there's no pure scientific way to

22   draw that line either but it certainly is dramatic in

23   terms of the difference of the percentages in terms of

24   which votes are counting and which votes are not

25   counting.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031618

476

1          So, I realize that those people who are

2     opposed to the concept we are discussing today would

3     just as soon we all go away but to the extent that the

4     legislation is going to be considered, I think everybody

5     would also agree that opting for that mechanism rather

6     than the alternative is far preferable.

7          REPRESENTATIVE BONNEN:  I had a comment.  I

8     mean, I ended up getting here by winning the right to be

9     in a run off by 9 votes, and I think that when we get

10    into the discussion of elections -- and I'm not going to

11    get into this but, I mean, city elections, we had -- the

12    City of Clute had a council position seat literally tie,

13    so, they had a run off.

14          But my point of raising that -- and I know

15    everyone here is well aware of this but, you know, we

16    get caught up in talking about a presidential race,

17    maybe a gubernatorial race but the reality is we have so

18    many local positions of significant importance that are

19    in extraordinarily tight contested races that all this

20    has a tremendous impact on.

21          I mean, as I tell people, I've been here now

22    12 years, for good or for bad, however you feel about

23    that, I respect it, but the point is when those 9 votes

24    made that difference, it made a 12-year decision is the

25    reality.  So, I think the significance is well beyond



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031619

477

1    these large national races, not that they're not

2    important, as we've learned.

3              I'm done, Mr. Chairman.

4              CHAIRMAN SMITH:  Any other questions,

5    members?

6              MR. BLEDSOE:  Thank you all.

7              CHAIRMAN SMITH:  Thank you very much.

8              UNIDENTIFIED SPEAKER:  Mr. Chairman, can I

9    just quickly read something really fast?  I know that --

10             CHAIRMAN SMITH:  Is it really fast?  Do that

11   while the Secretary of State's office is coming up.

12             UNIDENTIFIED SPEAKER:  Okay.  Great.  Great.

13             I know that John Fund was here earlier from

14   the WALL STREET JOURNAL, and I've seen Mr. Fund lots of

15   times on Fox and Michelle Malkin, you know, some of the

16   various shows.

17             He's very entertaining but some of the

18   things that he was saying about voter fraud have just

19   proved just to be not true, and I wanted to point that

20   out.

21             In particular, there was an allegation that

22   he made about voter fraud in South Car -- I'm sorry, not

23   in South Carolina but in South Dakota involving

24   incumbent Senator Tim Johnson, who narrowly defeated

25   Republican challenger for a U.S. Senate seat.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

478

1          And the charges that he made and that he put

2     in his book, the South Dakota Republican attorney --

3     attorney general called the charges just outright false,

4     and there are just numerous as relates to the

5     shenanigans that went on in 2000, Bush v. Gore, and

6     various other elections that he talks about in his book,

7     and a lot of it is just not true.

8          And, you know, it almost seems like

9     Mr. Fund, like some of the other folks that seem, you

10    know, bent on, you know, making sure that this voter ID

11    bill becomes law, that they just -- they're kind of on

12    the tunnel vision course.

13          And so, when he came to testify, he got out

14    of here before we could delve into that but there's a

15    lot of things that Mr. Fund has put in his book have

16    been refuted by fellow Republicans.  So --

17          CHAIRMAN SMITH:  Okay.

18          REPRESENTATIVE DR. ALLEN:  Mr. Chairman,

19    would you please look with me at the bill on Page 8 and

20    on -- Page 8, line 11 at -- which starts:  Except as

21    provided by Section D, which is the next paragraph down,

22    fee for a personal identification certificate is $15 for

23    a person under 60 years of age, $5 for a person 60 and

24    older, and $20 for a person subject to the registration

25    requirements under Chapter 2, whichever that is, on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

479

1        criminal code procedure.

2                Now, does that mean that if I need ID and

3        I'm under 60 years of age that I need to pay $15 for

4        that?

5                UNIDENTIFIED SPEAKER:  Not if you state that

6        you're obtaining the personal identification certificate

7        for the sole person of voting --

8                REPRESENTATIVE DR. ALLEN:  Okay.  Now, if I

9        go down --

10               UNIDENTIFIED SPEAKER:  -- under this bill.

11               REPRESENTATIVE DR. ALLEN:  Yes -- down to D

12       again, the department may not collect a fee for a

13       personal identification certificate issued to a person

14       who states that the person is obtaining the personal

15       identification certificate for the sole purpose.  There

16       we go again.  If I use this for something else I may be

17       liable --

18               UNIDENTIFIED SPEAKER:  I think we need to

19       clarify that.

20               REPRESENTATIVE DR. ALLEN:  -- to a felony or

21       something.  I just wanted to point that out that it was

22       in there.

23               So, why is that information in here about

24       the amount that a person pays under 60?  Why is it

25       there?  We don't need to flesh it out.  You know, we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006264

480

1      could tell them how much bread costs.

2                    UNIDENTIFIED SPEAKER:  That's the current

3      law.  That's how much it currently costs to get --

4                    REPRESENTATIVE DR. ALLEN:  Why do we have to

5      put it in the bill?

6                    UNIDENTIFIED SPEAKER:  Well, because they're

7      trying to -- to reduce the fiscal note, I believe, but

8      by not providing a free ID.

9                    REPRESENTATIVE DR. ALLEN:  We wouldn't have

10     to even mention the cost of it if it's not going to cost

11     anything.

12                   CHAIRMAN SMITH:  Well, it's only not going

13     to cost you something if you're getting it for purposes

14     of voting.  Now, we can get rid of the word sole and

15     clarify.  That doesn't mean you can't use it for other

16     purposes after you use it for voting but if the reason

17     you're getting it is so that you can vote, it's free.

18                   REPRESENTATIVE DR. ALLEN:  Okay.

19                   CHAIRMAN SMITH:  We all want that.

20                   REPRESENTATIVE DR. ALLEN:  Do we need to

21     advertise how much the -- the identification costs?

22     Because it may go up.  Next year we may come and we may

23     raise the cost of that ID.

24                   CHAIRMAN SMITH:  Well, it's going to only be

25     free if you're getting for the purpose of voting.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031623

481

1            REPRESENTATIVE DR. ALLEN:  Why do we have to
2       put this in here, the cost?
3            CHAIRMAN SMITH:  Because it's prior law.
4            Yes, would you -- the Secretary of State
5       wish to address that?
6            MR. SEPEHRI:  Sure, I'll give it a try.  I'm
7       John Sepehri, General Counsel for the Secretary of
8       State's office.  Ann McGeehan, director of the elections
9       division is here with me.
10            We're both here to --
11            (Inaudible)
12            MR. SEPEHRI:  Sure.  We're both here to --
13            They want you, Ann.  They don't want me.
14            We're both here to answer questions on
15       behalf of the Secretary of State's office.
16            Go ahead, Ann.
17            MS. MCGEEHAN:  I think he just meant he
18       wanted me to introduce myself.
19            MR. SEPEHRI:  Sorry.
20            MS. MCGEEHAN:  Ann McGeehan with the
21       division of the Secretary of State.
22            MR. SEPEHRI:  I felt unloved there for a
23       second.
24            CHAIRMAN SMITH:  I don't want to hear
25       another word from her.  All you now.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031624

482

1          MR. SEPEHRI:  Great.  We could be in trouble

2     then.  No.

3          I think the answer is -- and I think what

4     Representative Smith is trying to say and I don't know

5     that we have any extra expertise on this but I'll take a

6     stab at it.

7          I think all this is trying to do is just

8     amend the existing transportation code, which sets forth

9     the fees.  And so, it's just -- we're not -- I don't

10    think this is an attempt to advertise the fees.  It's

11    just existing law, and it's just saying except for the

12    purpose of voting, these are the fees.

13         CHAIRMAN SMITH:  There's other reasons why

14    they personal identifications, and those reasons,

15    there's no reason to give it to them for free.

16         UNIDENTIFIED SPEAKER:  That's right.

17         CHAIRMAN SMITH:  There's no constitutional

18    right for these other purposes.

19         REPRESENTATIVE DR. ALLEN:  Why didn't they

20    put in there the cost of driver's license and the other

21    things that are listed on this form that cost, that have

22    a fee attached to it?

23         UNIDENTIFIED SPEAKER:  Because they're not

24    going to give them away.

25         REPRESENTATIVE DR. ALLEN:  I know but my



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

483

1          understanding is if it's listed in the bill, that's what

2          I'm going to pay.  Looks like taxing to me.

3                    CHAIRMAN SMITH:  No.  That's current law.

4          That's what they currently charge for that.

5                    REPRESENTATIVE DR. ALLEN:  Well, we can

6          change the law.  That's our purpose of being here every

7          other year.

8                    CHAIRMAN SMITH:  We don't want to provide

9          free identification for the purposes -- people may be

10         identifications for the private sector for whatever

11         reason, as a part of their employment and there's no

12         reason for taxpayers --

13                   REPRESENTATIVE DR. ALLEN:  This is not about

14         employment.  This bill is about voting.

15                   CHAIRMAN SMITH:  Right.  And that's why

16         Section D provides for a free ID so long as their using

17         it for voting.

18                   REPRESENTATIVE DR. ALLEN:  A also tells you

19         how much it costs.

20                   CHAIRMAN SMITH:  Except as provided by

21         Subsection D, and D is the part that relates to voting.

22         It costs --

23                   REPRESENTATIVE DR. ALLEN:  The cost of the

24         personal identification certificate is --

25                   CHAIRMAN SMITH:  Right, except as provided



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031626

484

1        by D.

2                    REPRESENTATIVE DR. ALLEN:  I see that.  I

3        just don't know why it has to be in the bill, the cost

4        of it.

5                    You know, how much does a marriage license

6        cost?  That costs.  It's not listed in there.  How much

7        does a divorce paper cost?  That's not listed in there.

8        Do you know what I'm talking about?  How much -- how

9        much is a gun license bill, you know, a permit to carry

10       guns?  I don't carry guns but -- you know what I'm

11       saying?  Do you understand what I'm saying?

12                   UNIDENTIFIED SPEAKER:  I hear you.  I hear

13       you.

14                   REPRESENTATIVE DR. ALLEN:  All right.

15                   UNIDENTIFIED SPEAKER:  Mr. Chairman?

16                   CHAIRMAN SMITH:  Yes.

17                   UNIDENTIFIED SPEAKER:  Just a quick

18       question.  I know that we still have two expert

19       witnesses to go.

20                   CHAIRMAN SMITH:  Right.

21                   UNIDENTIFIED SPEAKER:  Are we going to hear

22       from the Secretary of State and then go to those

23       witnesses?

24                   CHAIRMAN SMITH:  That's my intent.

25                   UNIDENTIFIED SPEAKER:  How long do we want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006269

TX_00031627

485

1   to stay on the -- I know that our friends from Harris

2   County and our other is from North Carolina --

3            CHAIRMAN SMITH:  Yeah, we should have these

4   experts.

5            I wanted to ask you a quick of questions --

6            UNIDENTIFIED SPEAKER:  I get it.

7            CHAIRMAN SMITH:  -- about this -- I just

8   would like to get at this issue of confusion regarding

9   the names because it's been repeated again and again and

10  again in the testimony, and I think it would be helpful

11  for us to have an understanding of how that is currently

12  treated, how many people do not get to vote because

13  there's a typo in their name or a junior is missing or

14  other issues of that type, how is that handled?

15           MR. SEPEHRI:  Sure.  Why don't I sort of

16  give you a little introduction, and I think Ann can give

17  you some good specifics on that.

18           But this issue has been brought to our

19  attention before, and the process is that when people

20  apply for a voter registration, there's an application.

21  They have to put their driver's license number on it.

22  If they don't have that, they represent they don't have

23  that, they put their SSN, the last four digits on it,

24  and when it comes to us, we take those -- that data and

25  we match it against team or we go to the Social Security



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006270

TX_00031628

486

1      Administration and we try to do a match there.

2              So, you sometimes run into problems if there

3      are spaces in between parts of a last name or various

4      things like that, and so, those sorts of problems have

5      been brought to our attention before.  In fact,

6      Representative Hochberg has worked with our office

7      repeatedly and I believe -- and, again, I'm going to

8      have Ann here give you more specifics but we've actually

9      taken a large number of steps to try and cut down the

10     instances where there are mismatches, if you will, due

11     to some small error, or not even an error but just a

12     clerical type thing, and we have succeeded, I believe,

13     in considerably cutting a number of those down.

14             I'll let Ann explain that process to you

15     some more.

16             MS. MCGEEHAN:  Okay.  The -- I think what

17     may be confusing, though, since there's two different

18     processes in place, what Representative Hochberg's bill

19     gets at is verifying a voter registration application.

20     And so, there there's more leeway because you have a

21     bunch of different matching criteria, date of birth,

22     Social Security number, TDL number.

23             I think the question that's come up here

24     tonight is if you -- as Dr. Allen represented, if a

25     voter came in and came in with a birth certificate under



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031629

487

1      their maiden name, now they're married and so, you know,

2      their other ID may have their -- or they may be on the

3      list under their married name, what would that poll

4      worker do.

5              And I think the way that Senate Bill 362 is

6      written currently is that's really going to be a fact

7      question for the poll worker to determine.

8              In that situation, if the voter comes in

9      with a birth certificate, they're going to have to come

10     in with another government issued nonphoto ID, and then

11     the poll worker would have to look at those documents

12     and say, well, yeah, we really think this is Dr. Alma

13     Allen, or they may not be able to make that

14     determination.

15             CHAIRMAN SMITH:  And is that different than

16     the way it is done under current law in terms of

17     providing nonphoto identification?  And how -- and

18     whether they interpret that in some manner to determine

19     whether that is you or whether there's just a

20     presentment test, as Representative Anchia indicated?

21             MS. MCGEEHAN:  Under current law, I think

22     the assumption is that a voter whose name changed will

23     update their voter registration, and they can do that by

24     filing a new voter registration application.

25             As a practical matter, it may not come up as



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031630

488

1     much because if your voter registration certificate is
2     the same name as you're listed on the voter registration
3     rolls, that issue may not come up with poll workers
4     today but the strict answer is you're supposed to file a
5     name change with the local voter registration.
6                CHAIRMAN SMITH:  And clarify this, under
7     current law, can I not present any of the nonphoto --
8     documents on the nonphoto list, it doesn't have to be
9     the voter registration card?
10               MS. MCGEEHAN:  Right.
11               CHAIRMAN SMITH:  So, I can present an
12    envelope from a governmental entity, that's all I can
13    present?
14               MR. SEPEHRI:  Yeah, addressed to you, that's
15    right.
16               CHAIRMAN SMITH:  And that's sufficient?
17               MR. SEPEHRI:  That would be.
18               CHAIRMAN SMITH:  You don't have to have a
19    voter's registration card, you don't have to have a
20    driver's license, just an envelope; is that right?
21               MS. MCGEEHAN:  That's correct.
22               CHAIRMAN SMITH:  Okay.  And in that
23    instance, if junior is on my voter registration card and
24    junior is not on the envelope I lay down, what does the
25    poll worker do, current law?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031631

489

1          MS. MCGEEHAN:  Well, the law doesn't require

2     an exact match.  So, it doesn't say that you have to

3     present identification that shows your name exactly as

4     it appears on the list of registered voters.

5          CHAIRMAN SMITH:  Okay.  So, there is some

6     exercise of discretion on their part to the extent there

7     is a typo or letter missing or a junior absent, et

8     cetera; is that right?

9          MS. MCGEEHAN:  That's correct.

10          CHAIRMAN SMITH:  So, is it fair to say under

11     current law there's a gray area on when the name is

12     enough different not to count versus enough similar to

13     count?

14          MS. MCGEEHAN:  Right.  I mean, yes.  I mean,

15     the poll worker makes that ultimate decision whether to

16     accept the voter or not.  And so, if they don't feel

17     like the voter is who they are claiming to be --

18          CHAIRMAN SMITH:  And that discretion is

19     there and is really kind of difficult to eliminate

20     whether we're talking about current law or whether we're

21     talking about the Senate Bill, there's no way to

22     eliminate that discretion?

23          MR. SEPEHRI:  To entirely eliminate

24     discretion?

25          CHAIRMAN SMITH:  Yes.  You wouldn't want to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031632

490

1    do -- you wouldn't want to have a bright line test that

2    is so bright that if there was a letter different

3    between one item and a number, they couldn't -- you

4    wouldn't want that kind of a bright line test, would

5    you?

6             MS. MCGEEHAN:  I wouldn't think so, knowing

7    the kind of clerical errors out you there, but that's

8    policy.

9             CHAIRMAN SMITH:  So, to some extent, in

10   order to advance best public policy, we have no choice

11   but to provide the poll workers with some degree of

12   discretion in looking at a name and considering the

13   extent to which it doesn't match.

14            MR. SEPEHRI:  We want to be careful about

15   intruding on your domain in terms of what's good or bad

16   policy but I guess -- I think we're both saying that

17   it's hard to see an entire elimination of discretion

18   under old or new law.

19            CHAIRMAN SMITH:  Okay.  Any other questions?

20            REPRESENTATIVE DR. ALLEN:  Can I give an

21   example of this one?  This is my voter registration.  It

22   says Alma A. Allen.  I've changed my name.  This is my

23   birth certificate.  I was born Toliver.  I can't go back

24   and change my birth certificate.  I was not born Allen.

25   So, I can't change this, and the two -- neither look



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031633

491

1    alike.

2             So, if you were to look at this and you

3    would not give me -- you would not let me vote if you

4    didn't know my name was Toliver.  I have been Allen for

5    52 years.  I can't change it.

6             MR. SEPEHRI:  You're right, you can't change

7    that, Dr. Allen, but I think it's possible under the

8    wording of the proposed bill that a voter could come in

9    with the two nonphoto IDs, have one, which is your birth

10   certificate that has whatever information that has on it

11   and then another ID that corroborates in part with your

12   birth certificate so that the poll worker might have

13   discretion to accept you even though your birth

14   certificate --

15            REPRESENTATIVE DR. ALLEN:  That's three IDs

16   then, three forms, one, two --

17            MR. SEPEHRI:  I believe under Senator

18   Frazier's bill that's up for consideration tonight, you

19   don't have to have your voter registration and -- it's

20   one photo ID or two nonphoto IDs, one of which could be

21   a voter registration card.

22            REPRESENTATIVE DR. ALLEN:  Okay.  So, if I

23   did this, I would have to bring something else.

24            MR. SEPEHRI:  Well, if you're not using a

25   photo ID, I believe under the current bill, you'd have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006276

492

1       to have something else anyway.  You'd have to have two

2       nonphoto IDs.

3                       REPRESENTATIVE DR. ALLEN:  I'd have to have,

4       what, a light bill or something with my name on it?  No

5       picture?

6                       MR. SEPEHRI:  Well, whatever the list here

7       says in Section --

8                       REPRESENTATIVE DR. ALLEN:  It's giving you

9       some examples.

10                      MR. SEPEHRI:  Right.  Right.  Yes.

11                      CHAIRMAN SMITH:  Both documents you have

12      would be sufficient.

13                      UNIDENTIFIED SPEAKER:  Right there.

14                      REPRESENTATIVE DR. ALLEN:  These?

15                      UNIDENTIFIED SPEAKER:  Yes.

16                      REPRESENTATIVE DR. ALLEN:  I'm going to pass

17      them down there so you can just kind of visualize what

18      I'm talking about.  Don't get my Social off of there.  I

19      have no money in the bank.

20                      UNIDENTIFIED SPEAKER:  For the record, Dr.

21      Allen, I would let you vote.

22                      REPRESENTATIVE DR. ALLEN:  You would let me

23      vote?

24                      UNIDENTIFIED SPEAKER:  Yes, ma'am.

25                      REPRESENTATIVE DR. ALLEN:  I love you, too.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031635

493

1          CHAIRMAN SMITH:  Any other questions,

2     members, of the Secretary of State?

3          Representative Anchia.

4          REPRESENTATIVE ANCHIA:  Thank you.

5          I wanted to -- I wanted to ask you,

6     Mr. Sepehri, how you interpret the Allen fact pattern as

7     presented in light of the language in the Frazier bill

8     that says if the voter's identity can be verified from

9     the documentation presented.  Okay?

10          MR. SEPEHRI:  Sure.

11          UNIDENTIFIED SPEAKER:  How do you interpret

12     that language vis-à-vis certain -- her situation?  You

13     said there might be a construct in which you would vote.

14     Articulate that for me based on this language.

15          MR. SEPEHRI:  Sure, Representative Anchia.

16     I think this language would allow for a poll worker to

17     exercise some discretion in terms of determining whether

18     that poll worker thinks the ID presented enables that

19     person -- the poll worker to verify the voter's

20     identity.

21          And I think under this language, you could

22     have a voter come in with a birth certificate that has a

23     maiden name, a born name, and another piece of nonphoto

24     ID that has a married name and the poll worker

25     theoretically could look at this and look at both pieces



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006278

494

1      of ID and see that the first name is the same, birthday

2      or some other information is the same on both pieces of

3      ID and determine that the person is who they say they

4      are and is entitled to vote.

5              On the other hand, the poll worker could go

6      the other direction, too.

7              REPRESENTATIVE ANCHIA:  So, it is purely

8      subjective at that point?

9              MR. SEPEHRI:  You know, I -- I don't --

10             REPRESENTATIVE ANCHIA:  I mean, what

11     objective criteria do we have under the voter's identity

12     can be verified from the documentation?

13             MR. SEPEHRI:  I don't know that the bill

14     provides a lot of criteria.

15             REPRESENTATIVE ANCHIA:  Right.  Right.  So,

16     there's very little guidance in the bill, in fact, on

17     how to deal with a situation like that, right?

18             MR. SEPEHRI:  I think that's fair.

19             REPRESENTATIVE ANCHIA:  And the outcome

20     could be as likely one way or the other?

21             MR. SEPEHRI:  Well, I wouldn't want to

22     speculate on the likelihood of the outcome one way or

23     the other, other than just to say it's possible in

24     either direction, I think.

25             REPRESENTATIVE ANCHIA:  So, if one piece



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031637

495

1    of -- if one piece of documentation provided does not

2    have the name on the poll -- in the poll book but does

3    the other name, you think that -- you interpret this

4    language as allowing the -- allowing the poll worker to

5    accept that person to vote a regular ballot?

6            MR. SEPEHRI:  I think this language could be

7    read that way.

8            REPRESENTATIVE ANCHIA:  Okay.  Okay.  So, in

9    fact, you don't need -- you don't need a name match then

10   is your interpretation of this language?

11           MR. SEPEHRI:  Well, I think if a voter came

12   in and said this is my birth certificate and had another

13   document that had a married name and -- I mean, you

14   could -- a poll worker could look at those two documents

15   and theoretically under this language come to the

16   conclusion that the person coming to vote is the person

17   on the list.

18           REPRESENTATIVE ANCHIA:  What if the two

19   documents presented had different addresses and

20   different names?

21           MR. SEPEHRI:  Well, I mean, I think you're

22   getting into a situation where just depending on each

23   particular instance, a poll worker may or may not be

24   able to look at the two pieces of ID and conclude in

25   their opinion that the person is the same person and in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006280

TX_00031638

1    that case may not accept the voter.

2         I mean, I think we're getting a bit

3    hypothetical.  I did say I think it could be either way.

4    I don't think that, you know, it would be safe to assume

5    that someone coming in with a birth certificate with a

6    maiden name and a document that has a different surname

7    is automatically going to be accepted under this

8    language.

9         REPRESENTATIVE ANCHIA:  Okay.  Good.  Thank

10   you.

11        CHAIRMAN SMITH:  Question real quick.

12        Do you see the language in the Senate bill

13   in terms of the way in which the poll worker exercises

14   that discretion as being different than current law?

15        MR. SEPEHRI:  Well, I think probably to the

16   extent there's discretion under the current law,

17   probably not but I think this would be a good question

18   for Ann to expound on.

19        MS. MCGEEHAN:  The language in Senate Bill

20   362 is different than what appears in current law.  It

21   definitely puts a burden on the poll worker to verify

22   the documentation and verify that is the same person.

23        CHAIRMAN SMITH:  There could be discretion

24   under current circumstances that could be considered by

25   some, I think, as subjective but this bill certainly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031639

497

1    has, you know, affirmative language that places a duty

2    on poll workers that is not in current law, I think.

3              MS. MCGEEHAN:  Right.

4              CHAIRMAN SMITH:  So, you see the current law

5    language in terms of the extent to which it impacts the

6    discretion of the poll worker as being more likely to

7    result in the voter being able to vote than the Senate

8    Bill?

9              MR. SEPEHRI:  Well, I think current law just

10   doesn't allow for -- current law, you either show up

11   with certain documents that are listed or you don't, and

12   depending on what you show up with, there's a decision

13   tree.

14             CHAIRMAN SMITH:  But they still compare that

15   language with the voter rolls, right?

16             MR. SEPEHRI:  They do, and that's why I

17   believe there is some discretion that is subjective

18   inherent in the --

19             CHAIRMAN SMITH:  If I show up on the voter

20   rolls I'm Todd Smith and I lay a driver's license down

21   for Barbara Jones doesn't mean I get to vote just

22   because I laid a driver's license down, right?

23             MR. SEPEHRI:  That's correct.

24             CHAIRMAN SMITH:  They're still exercising

25   that same type of discretion and comparing what I laid



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006282

TX_00031640

498

1     down to what's on the roll?

2              MR. SEPEHRI:  That's correct.  And it

3     doesn't even need to be as extreme as that.  I mean, as

4     you pointed out earlier, it can be a closer situation

5     than that.  And there's probably still some discretion

6     inherent in current law.

7              CHAIRMAN SMITH:  Yeah.  So, do you think

8     that there's something about the language in current law

9     that is more voter friendly in terms of the vote

10    counting than what we're finding in the Senate Bill and

11    how it's being laid out?

12             MS. MCGEEHAN:  I think the current law just

13    says if a voter comes in and presents their voter

14    registration certificate, that's the end of the story

15    and they get to vote.

16             If the voter comes in and presents one of

17    the other forms of ID that's spelled out in the statute,

18    they get to vote.

19             Now, if the poll worker thinks that they've

20    obtained it fraudulently, they might challenge that

21    voter later on but for purposes of accepting that voter

22    for voting, they're not really given any discretion to

23    go outside that document.

24             CHAIRMAN SMITH:  As long as what, the names

25    match and the address match?  I mean, isn't there some


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031641

499

1      basic requirement that the identification --

2               MS. MCGEEHAN:  The poll worker is supposed

3      to review the signature on a voter registration

4      certificate with the way they sign in on the poll list.

5      That's in current law.

6               CHAIRMAN SMITH:  Okay.

7               MS. MCGEEHAN:  But if they present one of

8      the other forms of identification, there is no signature

9      comparison.

10              UNIDENTIFIED SPEAKER:  Doesn't the -- if

11     they present another form of photo ID, is there not a

12     requirement that the name be at least similar to the

13     name on the voter registration, on the rolls?

14              MS. MCGEEHAN:  Let me just look at the law

15     real quick here.

16              In 63.0101, it simply says:  The following

17     documentation is acceptable as proof of identification

18     under this chapter, and then it lists that a driver's

19     license issued by DPS, a form of identification

20     containing the person's photograph that establishes the

21     person's identity, so, that's one form of ID where the

22     judge would have to make a decision, a birth

23     certificate, United States citizenship papers issued to

24     the person, United States passport, official mail

25     addressed to the person by name from a governmental



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006284

500

1       entity.

2                    UNIDENTIFIED SPEAKER:  In looking at whether

3       one of those documents establishes identity, there would

4       be some exercise of discretion --

5                    MR. SEPEHRI:  Discretion.

6                    UNIDENTIFIED SPEAKER:  -- in terms of the

7       extent to which it matches what's on the rolls?

8                    UNIDENTIFIED SPEAKER:  Wouldn't that be only

9       in the case of the photo?  When you're talking identity,

10      wouldn't that be only in the case of the driver's

11      license that there's an affirmative determination of

12      identity?

13                   MS. MCGEEHAN:  The only one that the statute

14      points out is a form of identification containing the

15      person's photograph other than the -- not the TDL but if

16      it's just like a Sam's card or something like that, that

17      has to -- that's where the judge has discretion.

18                   UNIDENTIFIED SPEAKER:  But otherwise, it's a

19      presentment standard, correct?

20                   MS. MCGEEHAN:  I believe so.

21                   UNIDENTIFIED SPEAKER:  But even with the

22      presentment standard, there still is an exercise of

23      discretion on the part of the poll worker to determine

24      whether there's a sufficient match with what's on the

25      voter rolls, right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031643

501

1              MR. SEPEHRI:  I think we're saying it may

2       not necessarily be spelled out there but that certainly

3       if you get somebody that brings in a utility bill or

4       something where the name only half looks like the name

5       on the rolls, then that could be a situation where you

6       might have an exercise -- I think that's what --

7              MS. MCGEEHAN:  I think the answer to your

8       question is not directly addressed by current law.

9              CHAIRMAN SMITH:  Otherwise, you could lay

10      down anybody else's utility bill and be able to vote and

11      that's clearly not the law, that I can bring in anybody

12      else's utility bill, lay it down and vote or, you know,

13      lay down the utility bill of someone close to my name

14      but not the same person.

15              We're not ever going to get away from some

16      degree of exercise of discretion on the poll worker.

17              MR. SEPEHRI:  I think that's correct.

18              CHAIRMAN SMITH:  Representative Bohac.  I'm

19      sorry.

20              REPRESENTATIVE BOHAC:  I just had a

21      couple -- a few very quick questions that hopefully will

22      lend themselves to short answers.

23              On the -- let's say a person has their

24      maiden name on their voter registration card, so,

25      therefore, they're on the poll books with their maiden



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031644

502

1    name, and they come and they don't have their card, like

2    most of us do not carry our card with us, you just show

3    your driver's license, and it has your married name on

4    there, is that person going to -- is their vote going to

5    be counted provisionally or are they going to be able to

6    vote a regular ballot under current law?

7              MS. MCGEEHAN:  In that situation, they come

8    in and there's going to be a photo, I guess, on their

9    driver's license, to be honest, the Election Code

10   doesn't really address that.  I mean, it -- it assumes

11   that when a voter changes their name, they're going to

12   do an address update.  So, it may be -- I know we've got

13   Harris County in the room.  I'd be interested to hear

14   what they have to say to that but that -- that question

15   is not specifically addressed.

16             REPRESENTATIVE BOHAC:  In other words, good

17   question.

18             MS. MCGEEHAN:  Yeah.

19             REPRESENTATIVE BOHAC:  Okay.  That means

20   it's a good question with regard to the Senate Bill,

21   too, because we're not addressing it in the code today

22   and we may not be addressing it in the Senate Bill

23   specifically either.

24             With regard to the photo ID, right now

25   you're required to have your registration card.  My



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031645

503

1      parents believe they still have to have that voter
2      registration card.  So, they scurry about their house
3      every election cycle.  And I say:  Mom, dad, you don't
4      have to have that card.  Just go show your driver's
5      license.
6                  And it's refreshing for people to know that
7      you just have to show an ID but, really, you have to
8      show more than an ID.  When you go in and show your
9      driver's license, you do have to sign something, right?
10                 MR. SEPEHRI:  You have to sign something
11     saying that you're not in possession of your voter
12     registration certificate at that time at the polls.
13                 REPRESENTATIVE BOHAC:  Right.  So, there
14     really is an extra step that you have to go through,
15     correct?
16                 MS. MCGEEHAN:  Correct.
17                 MR. SEPEHRI:  Yeah.
18                 REPRESENTATIVE BOHAC:  And now here's the
19     third question.  Well, you have already answered that
20     with the discretion elements of the first -- of the
21     first question that I asked you, so, I'll pass.
22                 REPRESENTATIVE HELFIN:  One of the gentlemen
23     that testified earlier showed us his voter ID card and
24     it was the size of a driver's license, had his photo on
25     it.  So, why don't we go to that?  It will fit in your


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006288

TX_00031646

504

1    wallet, fit in your purse.  I don't have to go home and

2    beg my wife to tell me where I put it last year and that

3    type thing.  So, wouldn't that be an effective system to

4    kind of take care of all of these issues?

5              MS. MCGEEHAN:  It would -- it would

6    definitely, I guess, answer a lot of these questions.

7    It would -- of course, it wouldn't address everybody

8    because not everybody has a -- has been issued a

9    driver's license or personal ID number but I don't know

10   what the statistics on that are.  So, there might need

11   to be other avenues to obtain those photos to put on the

12   certificates.

13             REPRESENTATIVE HELFIN:  How many registered

14   voters do we have in the state?

15             MS. MCGEEHAN:  It's a little under 13

16   million right now.

17             REPRESENTATIVE HELFIN:  And how many drivers

18   do we have in the state?

19             MS. MCGEEHAN:  I think it might be 16

20   million.  That's a -- that's a guess.  That might be a

21   couple of years old.

22             REPRESENTATIVE HELFIN:  Okay.  Just a

23   thought.

24             CHAIRMAN SMITH:  Representative Bohac.

25             REPRESENTATIVE BOHAC:  Mr. Chairman, just in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031647

505

1    terms of an editorial comment, I really believe that

2    when people find out -- I realize this is a very

3    contentious debate and there's people on both sides but

4    I think when people find out that under whatever bill or

5    whatever iteration of the bill we pass, if we pass one,

6    that you merely have to show an ID to vote, I think that

7    is going to be freeing to so many people because they

8    honestly think that they have to have and can only have

9    that voter registration card.

10           And because it is so big, you don't carry it

11   in your wallet, you don't carry it in your car.  You

12   typically bury it in a drawer and people really scurry

13   about their house the day of the election or the day

14   they go to vote, and they can't find it anywhere.

15           So, in some respects, I believe voter ID is

16   going to be freeing for many people, to know that all

17   you have to do, you only have to present one thing, just

18   go show a photo ID that's a driver's license or a state

19   issued photo ID and you don't have to keep track of the

20   voter registration card.

21           Thank you.

22           CHAIRMAN SMITH:  Members, do you all want to

23   continue to ask them questions or do you want to ask

24   them to stay late and ask them at the very end of the

25   night if we have additional questions?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031648

506

1           REPRESENTATIVE DR. ALLEN:  I want to ask one

2     more question along that same line.

3           CHAIRMAN SMITH:  Just do it now?  We need to

4     do it now and let the witnesses wait or let the

5     witnesses come up and then finish with them at the very

6     end.

7           REPRESENTATIVE DR. ALLEN:  Okay.  I want to

8     ask this question.  Since we were on the picture ID with

9     the driver's license -- with the voter card that you

10    asked, the driver's license, at the DPS place, they

11    register voters, don't they?  All right.

12          MS. MCGEEHAN:  Yes.

13          REPRESENTATIVE DR. ALLEN:  That's the one

14    that has the camera in it and everything.  So, why can't

15    we put -- we put everything else on here.  Why couldn't

16    we put registered voter on here?  We have on the back

17    allergic to drugs, emergency contact numbers,

18    endorsements, restrictions, roadside assistance.  Why

19    couldn't we put on the driver's license registered

20    voter?

21          Grandfather it so every year when your

22    driver's license come up for renewal, we'll register

23    those people.  Then the next year we'll register -- if

24    you're new register to vote, we'll go through the

25    process, and it's one piece of paper, one document, one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031649

507

1      thing you pay for.

2              MS. MCGEEHAN:  I think that's a bill you're

3      hearing tomorrow.  I think we just did a fiscal vote on

4      that bill.

5              UNIDENTIFIED SPEAKER:  Are you talking about

6      the bill to put the picture on the voter registration

7      card?

8              MS. MCGEEHAN:  Right.

9              UNIDENTIFIED SPEAKER:  That's Representative

10     Hopson.

11             MS. MCGEEHAN:  But he also had a provision

12     in there that said at the voter's option, DPS would have

13     to annotate the driver's license to show that they are

14     registered to vote.  I believe that's in Representative

15     Hopson's bill.

16             I think that could be done.  It would

17     require some coordination so that DPS sends the data to

18     the Secretary of State.  We send it to the county.  The

19     county sends it back, and then we would have to send

20     some message back to DPS that that voter did, in fact,

21     get registered.

22             REPRESENTATIVE DR. ALLEN:  Can't you do that

23     now?

24             MS. MCGEEHAN:  It's all doable now.  The

25     only thing is DPS doesn't know if you're registered or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031650

508

1       not.

2                  So, DPS gives you the opportunity to get

3       registered when you update your driver's license, and

4       then they pass all that to the state -- Secretary of

5       State and to the counties but then DPS never gets word

6       back if that voter registration was actually accepted

7       and that person was issued a voter registration

8       certificate.

9                  REPRESENTATIVE DR. ALLEN:  One more kick in

10      the mouth, that's all.

11                 MR. SEPEHRI:  I'm looking through

12      Representative Hopson's bill right now and I'm not --

13      maybe, Ann, you can help --

14                 CHAIRMAN SMITH:  We'll discuss it in great

15      detail tomorrow.  You all are going to be with us,

16      aren't you?

17                 MR. SEPEHRI:  Sure.  We'll be happy to --

18                 CHAIRMAN SMITH:  Who -- anybody?

19                 UNIDENTIFIED SPEAKER:  Let's bring in the

20      witnesses.

21                 CHAIRMAN SMITH:  Okay.  I may have a

22      question or two for you at the end of the night.

23                 MS. MCGEEHAN:  We'll be happy to stay.

24                 CHAIRMAN SMITH:  All right.  Thank you.

25                 MR. SEPEHRI:  We'll be back there.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006293

TX_00031651

509

1              CHAIRMAN SMITH:  George Hammerlein

2      representing the Harris County Tax Office, is neutral on

3      the bill.

4              Do we have to turn the lights off?

5              I actually have some.

6              UNIDENTIFIED SPEAKER:  Members, a few

7      minutes of their presentation is some sort of a video

8      presentation.  Recess for 10 minutes.

9              (Recess.)

10             CHAIRMAN SMITH:  Please proceed.  Are you

11     going to do the film first?

12             MR. HAMMERLEIN:  No, sir.  I was going to

13     introduce myself and kind of explain what you're about

14     to see.

15             CHAIRMAN SMITH:  State your name and who you

16     represent.

17             MR. HAMMERLEIN:  My name is George

18     Hammerlein.  I'm with the Harris County Tax Office.  I'm

19     the director of voter registration.

20             The committee asked us to come and see if --

21     they asked us if there were any cases of what we thought

22     perhaps was votes that were cast in a questionable

23     manner that a requirement for a photo ID may have

24     prevented those questionable votes.

25             And so, we looked through some histories and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031652

510

1      some files and came up with a few cases.  So, the first

2      case is story from the local NBC affiliate in Houston,

3      Texas.  And with that, I'll just show it.

4                    UNIDENTIFIED SPEAKER:  Can you repeat what

5      the committee asked you to do?  Can you --

6                    MR. HAMMERLEIN:  They asked us are -- do you

7      know of any --

8                    UNIDENTIFIED SPEAKER:  Who is they?

9                    MR. HAMMERLEIN:  Chairman Smith.

10                   UNIDENTIFIED SPEAKER:  Okay.  Chairman Smith

11     asked you to come and present information on --

12                   MR. HAMMERLEIN:  He said do you know were

13     there any cases that you have in Harris County that you

14     think that votes that were cast that probably should

15     have not been cast that a requirement for a photo ID

16     would have prevented or would have caught those votes.

17                   UNIDENTIFIED SPEAKER:  Okay.  And had you

18     provided any of this to Representative Smith previously,

19     any of this information?

20                   MR. HAMMERLEIN:  No, sir.

21                   CHAIRMAN SMITH:  Okay.  Okay.  Thank you.

22                   MR. HAMMERLEIN:  All right.  If this works,

23     we'll all be happy.

24                   (Tape played as follows:

25                   UNIDENTIFIED SPEAKER:  Reporter Amy Davis



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

511

1    shows you how thousands of those voters could sway this

2    election, voters who aren't even alive.

3              MS. GUIDRY:  All in all, a great person, a

4    great woman.

5              MS. DAVIS:  Alexis Guidry credits her

6    mother --

7              MS. GUIDRY:  Just a wonderful person.

8              MS. DAVIS:  -- for who she is today.

9              MS. GUIDRY:  As far back as I could

10   remember, they've always voted in the election.

11             UNIDENTIFIED SPEAKER:  Are you here to vote?

12             MS. DAVIS:  And the March, 2008 primary was

13   no exception.  Voting records show Alexis' mom, Gloria

14   Guidry, cast her ballot in person near her South Houston

15   home.

16             MS. GUIDRY:  Which is very shocking, a

17   little unsettling.

18             MS. DAVIS:  Unsettling because Guidry died

19   of cancer ten months before that March primary.

20             MS. GUIDRY:  She would be outraged that

21   somebody would fraudulently cast a vote in her name.

22             MS. DAVIS:  And Trent Seibert of Texas

23   Watchdog says you should be, too.

24             MR. SEIBERT:  This is really concerning.

25   It's worrisome.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031654

512

1              MS. DAVIS:  Seibert has a nonpartisan news

2      group on the web.  Texas Watchdog compared Harris County

3      voter registration rolls with the Social Security death

4      index and found more than 4,000 matches, registered

5      voters that it appears are already dead.

6              UNIDENTIFIED SPEAKER:  It looks like Linda

7      voted.

8              MS. DAVIS:  Like Henderson Hill's late wife,

9      Linda.

10             MR. HILL:  I would like to know who did it

11     myself.

12             MS. DAVIS:  We don't know who used Linda

13     Hill's or Gloria Guidry's IDs to vote but we do know if

14     their names had been purged from voter rolls after they

15     died, using their IDs would not have worked.

16             MR. SEIBERT:  This is a red flag.  No matter

17     where you are, it should set off alarm bells.  Someone

18     needs to take a look at this.

19             UNIDENTIFIED SPEAKER:  We just kind of work

20     with the systems that we're allowed to.

21             MS. DAVIS:  And the county system to pull

22     deceased voters from the roll seem painfully primitive.

23     Employees pull obituaries from the newspaper and sort

24     through probate records for names matching those on the

25     roll but George Hammerlein says while fraud is a concern



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006297

513

1       for his office, disenfranchising voters is a bigger one.

2                    MR. HAMMERLEIN:  We do all we can but, you

3       know, we'd rather err on the side of leaving people on

4       the roll instead of taking them off inadvertently.

5                    MS. DAVIS:  But could that cautious, better

6       safe than sorry standard sway an election some say will

7       be a close one?  Take a look.  Texas Watchdog found more

8       than 4,400 registered voters who appear to be deceased.

9       In 2000, George Bush won the presidential election by a

10      mere 537 votes in Florida.

11                   MR. HAMMERLEIN:  We've never had any

12      evidence there's a concerted attempt at fraud.

13                   MS. DAVIS:  But there is evidence the state

14      agency in charge of ensuring only eligible voters can

15      vote is not.  The state auditor's office conducted this

16      audit of the voter registration system at the Secretary

17      of State's office last November.  Auditors identified

18      more than 49,000 registered voters statewide who may

19      have been ineligible to vote.  23,000 may have been

20      deceased.  Another 23,000 possible felons.  And they

21      found more than 2,300 duplicate records for voters.  The

22      auditor did not find any instances in which potentially

23      ineligible voters actually voted but they wrote:

24      Although the Secretary of State's office has processes

25      to identify many ineligible voters and remove them from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031656

514

1    the state's voter registration list, improvements can be

2    made.

3              So, almost a year after this audit, we

4    wanted to know if the Secretary of State has made any

5    improvements.  No one from that office would talk to us

6    on camera but the State's director of elections says

7    while her office identifies possible ineligible voters,

8    only the county here is authorized to cancel those

9    voters.

10             UNIDENTIFIED SPEAKER:  We'd rather err on

11   leaving someone on the roll than taking someone off.

12             MR. SEIBERT:  If there's something wrong

13   here, if there's something amiss, this is the worst

14   election to have that happen.

15             MS. DAVIS:  And Guidry agrees.

16             MS. GUIDRY:  I don't think it's a matter

17   that she would take lightly, so, yeah, I think that she

18   would definitely do all that she could just to make sure

19   things were on the up and up.

20             MS. DAVIS:  We sent the information we

21   showed you to the director of elections in Austin.  She

22   said her office refers any credible allegation of

23   election fraud to the Attorney General for investigation

24   and she said the cases we presented would be felony

25   violations.


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031657

515

1          Amy Davis, KPRC, Local 2.

2          UNIDENTIFIED SPEAKER:  Well, for more

3    information on how Texas Watchdog found dead voters on

4    the roll --

5          (End of news footage.)

6          MR. HAMMERLEIN:  We think, once again,

7    the -- that those two cases -- we can go into their

8    particulars but both of them, we do think if the

9    individual -- in both cases someone did sign in in the

10   county clerk's poll book with those people's names.

11          We do think if there would have been a photo

12   ID requirement that those two individuals probably would

13   have not had the opportunity to sign in and cast those

14   votes.  So, if you have any questions on that.

15          The other thing that you have in your file

16   folder are a list of 23 deceased voters, and as you read

17   across the column, you'll see they have a recorded date

18   of death and then after that, you can see where they did

19   register votes after that recorded date of death.  And a

20   couple of them are pretty active and voted twice.

21          And then we do have another -- a third case

22   of Janet Sheldon, who is a volunteer deputy registrar

23   that ended up pleading guilty, where she just filled out

24   a bunch of cards.  We think it was a class assignment at

25   her college, and she kind of got behind the times and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031658

516

1      then I think right before the assignment was due, she

2      filled out a bunch of cards.

3                And some of them were she took current

4      registered voters and were moving them to other places.

5      So, in that case, if someone did -- if she did redirect

6      those voter registration cards to an address that

7      accepted them, then those people could have gone and

8      voted for those individuals.

9                And she did plead guilty to 61 counts of

10     voter fraudulent application fraud.  And with that, I'll

11     be glad to take any questions.

12                REPRESENTATIVE DR. ALLEN:  These are in one

13     precinct or --

14                MR. HAMMERLEIN:  No, ma'am.  They were

15     spread out.

16                REPRESENTATIVE DR. ALLEN:  They were spread

17     out?

18                MR. HAMMERLEIN:  Yes, ma'am, they were

19     spread around the county.

20                CHAIRMAN SMITH:  George, you heard the

21     testimony, I assume, in front of the elections committee

22     during the -- relating to Harris County.  Were you

23     involved in that?

24                MR. HAMMERLEIN:  No, sir, I didn't actually

25     attend that but I'm familiar tangentially with a lot of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006301

517

1    it.

2              UNIDENTIFIED SPEAKER:  Okay.  Well, what I

3    have here in my notes is taken from that interim study.

4    And just sort of address this.  You have to some extent

5    but I have here in my notes 381 detailed cases of voter

6    fraud.  You mentioned the deputy voter registrar

7    submitted 61 voter registration cards in her own

8    handwriting.

9              I have an indication here, at least it's

10   from the interim committee report, about 24 dead people

11   voting, one that died in 1983 and is still voting 13

12   years later and then something about a state

13   representative who had a church member fill out 175

14   voter registration cards.

15             MR. HAMMERLEIN:  Yes, sir.  Yeah, that

16   was --

17             UNIDENTIFIED SPEAKER:  Address any and all

18   of that to help us understand what you're referring to.

19             MR. HAMMERLEIN:  I had just come in -- the

20   Amadi case was already going on when I came in to the

21   voter registration department.

22             That was just a case in Representative

23   Hochberg's Democratic primary where he drew an opponent

24   and that individual, from the best we could tell, just

25   took a church list of particular Nigerian names and just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006302

TX_00031660

518

1      tried to pack them all into State Representative

2      District 137.

3              And I guess he -- he was working on some

4      bizarre assumption that they were all going to vote for

5      him.  He kind of had a flaw in his plan where he forgot

6      to tell them about it evidently because when these

7      people started getting their voter registrations moved,

8      they started calling our office going:  What are you --

9              UNIDENTIFIED SPEAKER:  Real quickly, can he

10     explain before he gets too far along what are Nigerian

11     names?  He said there were Nigerian names.

12             MR. HAMMERLEIN:  That was what we were told

13     by the people that came into our office when they

14     started calling us, saying:  Hey, why did you move my

15     voter registration?

16             We go:  Well, because you have filled out a

17     voter registration application.

18             And they said:  If you'd like to challenge

19     it, come on in.

20             They came on in, and we finally realized

21     after about 13 people came in to testify that they were

22     all of Nigerian descent and they all went to a Nigerian

23     church.  So, it came from the actual people that came

24     in.

25             UNIDENTIFIED SPEAKER:  So, I'm still not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006303

TX_00031661

519

1      clear on what the allegation is.  Are you saying there

2      was a gentleman that was a friend of Scott's that --

3                  MR. HAMMERLEIN:  No.  No.  No.  He was an

4      opponent in the Democratic primary.  And so, what he was

5      doing was -- they were all saying he was of Nigerian

6      descent as well, I guess, you know, recent immigrants

7      but all legal to vote and he was -- his plan was -- I

8      guess he was, you know, not as smart as he thought he

9      was -- was to move them from all around Harris County

10     into 137 into just a few voting locations that he would

11     have access to the cards, that you still had to put the

12     mailing address -- he was changing their mailing

13     addresses and their current address.

14                  But, anyway, people became aware of their

15     voter registrations being changed and contacted our

16     office and then came in and actually signed affidavits.

17                  The gentleman answered his phone, and the

18     district attorney set up an appointment for him to come

19     down, and he has never been heard of since.

20                  UNIDENTIFIED SPEAKER:  What about the 24

21     dead people?

22                  MR. HAMMERLEIN:  Actually, upon examination

23     with the Social Security department, that was the list

24     that you have now of 23.  One of those individuals, the

25     Social Security department since realized they had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006304

TX_00031662

520

1      the -- they had cancelled the spouse inadvertently, then

2      the individual and since then -- both -- unfortunately,

3      both members of that couple are deceased but upon closer

4      examination of bouncing back with the Social Security

5      department, they realized they had inadvertently knocked

6      off one of the people, the wrong individual.

7                    UNIDENTIFIED SPEAKER:  So, are you saying --

8      is it your testimony here today that with the exception

9      of 1 or 2 of those 24, those are people that are

10     confirmed to have been voted for after they died in

11     Harris County?

12                   MR. HAMMERLEIN:  Yes, sir.

13                   UNIDENTIFIED SPEAKER:  The key, Mr.

14     Chairman, is when?  I mean, those were all pre HAVA

15     cases, those 23?

16                   MR. HAMMERLEIN:  Yes, sir.

17                   UNIDENTIFIED SPEAKER:  I believe they're all

18     pre HAVA, correct?

19                   MR. HAMMERLEIN:  Yes, sir.

20                   UNIDENTIFIED SPEAKER:  And what about HAVA

21     would make that case less likely today?

22                   MR. HAMMERLEIN:  The voter registration --

23     are we referring to the voter registration requirements

24     itself?

25                   UNIDENTIFIED SPEAKER:  No.  No.  I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031663

521

1    referring to the regular updates, death rolls.

2              MR. HAMMERLEIN:  Oh, within the team system?

3              UNIDENTIFIED SPEAKER:  Yeah, within teams

4    and then the statewide audit.

5              MR. HAMMERLEIN:  That would be -- that is a

6    better tool to have than before.

7              UNIDENTIFIED SPEAKER:  All right.  So, none

8    of those cases, Mr. Chairman, were post HAVA.

9              MR. HAMMERLEIN:  But --

10             UNIDENTIFIED SPEAKER:  Even though -- and I

11   was going to ask you something else but even though they

12   may have been post HAVA doesn't mean they didn't happen,

13   right?

14             MR. HAMMERLEIN:  Right.  I mean, you can get

15   with the county clerk and, you know, we -- I think --

16   all those case, I think we found obituaries, put them in

17   there, and the county clerk will certify that they have

18   voted after those obituaries' dates.

19             UNIDENTIFIED SPEAKER:  So, there were 20

20   plus voters who you all investigated or someone

21   investigated and found tat they were voted for after

22   they had passed?

23             MR. HAMMERLEIN:  Yes.

24             UNIDENTIFIED SPEAKER:  Okay.  And the reason

25   that, in my mind, is significant is one of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031664

522

1    overwhelming arguments against anything to change has

2    been that that has never -- that doesn't happen.

3           Let me ask you on the Channel 2 News Houston

4    story that ran in October, I guess, of '08, what was the

5    results of those two situations where it was alleged, I

6    guess, that people voted for those who have passed?

7           MR. HAMMERLEIN:  Well, in both cases, the

8    Harris County clerk confirmed that people did sign in in

9    the poll book and the amount -- the amount of signatures

10   in the poll book and the amount of votes cast was

11   identical.  So, each signature did result in a vote.

12          The first one, Ms. Guidry had the first -- I

13   think it's in your packet.  Her first two -- the first

14   two numbers on her Social Security were different on her

15   voter registration application that she had put in

16   versus her actual Social Security number.  And so, even

17   if we would have done a Social Security run, that

18   wouldn't have caught it.

19          And then Ms. Hill's name never appeared with

20   any unique identifiers that -- so, there would have

21   never been a unique enough name to have been knocked off

22   because she never a Social Security number.

23          UNIDENTIFIED SPEAKER:  But it was -- so that

24   it was established that there were two individuals that

25   did go cast votes in those two individuals' names?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031665

523

1          MR. HAMMERLEIN:  Right.  Evidently, those

2     families thought so and, I mean, you can call the Harris

3     County clerk and they will say people signed in in those

4     poll books for those people --

5          UNIDENTIFIED SPEAKER:  Did they sign in --

6          MR. HAMMERLEIN:  -- on election day.

7          UNIDENTIFIED SPEAKER:  Did they sign in

8     under the assumed or the deceased's name?

9          MR. HAMMERLEIN:  Ms. Guidry's name is kind

10     of easier to make out.  The Hill is just --

11          UNIDENTIFIED SPEAKER:  Kind of a blur?

12          UNIDENTIFIED SPEAKER:  Did you rule out

13     mistake there?  In that study, did you rule out mistake,

14     somebody signing in in the wrong spot?

15          MR. HAMMERLEIN:  Well, it could have been --

16     if it was signed in in the wrong spot, there were still

17     the same amount of votes.

18          UNIDENTIFIED SPEAKER:  But did you rule out

19     mistake by poll workers there or did the Channel 2

20     investigation rule out mistake by poll workers there?

21          MR. HAMMERLEIN:  No.  I mean, I guess, you

22     know --

23          UNIDENTIFIED SPEAKER:  Do you know if they

24     ruled out mistake by poll workers there?

25          UNIDENTIFIED SPEAKER:  I think the fair



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006308

TX_00031666

524

1      question is -- and I think he's asking a fair question

2      here but it kind of what I was saying earlier --

3                  UNIDENTIFIED SPEAKER:  I'd like an answer to

4      it.  I'll let him finish.

5                  UNIDENTIFIED SPEAKER:  But I think that

6      that's a fair question.  I'm glad you asked it because

7      it's the issue I tried to raise earlier with the

8      gentleman from NYU, which is if in this instance the

9      assumption is a mistake may have been made by someone,

10     which it certainly could have been, I don't feel that's

11     been the assumption we've used throughout the night when

12     we've talked to say the State of Georgia or anyone else

13     about provisional ballots and the number who weren't

14     counted and all.

15                  In that instance -- in those instances, I

16     felt the assumption has been that those people were

17     wrongly not counted, whereas, is in instance, if we're

18     going to assume that there was a mistake made, wouldn't

19     that, in all fairness, need to be equalized across --

20                 MR. HAMMERLEIN:  You're saying the benefit

21     of doubt should be cast the same?

22                 UNIDENTIFIED SPEAKER:  The same across the

23     board because we don't know the answer on really any of

24     these questions except for some.  I guess in some you

25     could prove there was some degree of certainty or at



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031667

525

1    least within a court of law.

2              What -- what makes Harris County unique that

3    you all would have documented cases of people who have

4    deceased voting?  I mean, do we have these cases -- and

5    you're only here from Harris County.

6              MR. HAMMERLEIN:  Right.

7              UNIDENTIFIED SPEAKER:  Do you know of these

8    in other counties and why, if you don't, not that you

9    should, would it be here?

10             MR. HAMMERLEIN:  No.  I think it's just

11   mainly a numbers game.  If you have X amount, you know,

12   per whatever number are going to try to short circuit

13   the system, when you start to get up to a couple of

14   million people on the roll, then your odds are greater.

15             UNIDENTIFIED SPEAKER:  What did -- what was

16   the family's speculation as to how or why or -- someone

17   would have known to vote for these individuals, assuming

18   that's what did occur intentionally?  Any thoughts?

19             MR. HAMMERLEIN:  Yeah.  Our first -- if you

20   think you're kind of shocked, we were shocked.  They

21   came and interviewed us on a totally different process,

22   had to do with Acorn.

23             And when I say actually in the video that

24   there was no cases of fraud established, I was actually

25   talking about the Acorn because we had actually had a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006310

TX_00031668

526

1    pretty good agreement with them and were working with

2    them and their attorney fairly well to ensure that

3    things went in an orderly fashion.

4             So, it's always fascinating to see how

5    things get clipped together.  When they aired this, we

6    were stunned because it had nothing to do with Acorn.

7    It had to do with these individuals.

8             So, the first time we ever became aware of

9    it was when the show aired, we did research, contacted

10   the two families and -- you know, to ask them for

11   guidance on documentation, and that's when we kind of

12   found out that their numbers -- one of them had no

13   Social Security and the other one, the number was

14   different.

15            UNIDENTIFIED SPEAKER:  So, then what you're

16   telling me is that, obviously, this was post HAVA and

17   even with HAVA, the difficulty that may have created

18   these opportunities wouldn't have been corrected through

19   HAVA?

20            MR. HAMMERLEIN:  I think it's a challenge

21   any time you have massive databases, it's just -- it's

22   not a perfect system and, you know, amazingly, I think

23   when there's a financial incentive like with Chase Bank,

24   they can get ATM card guys -- they've never made a

25   mistake on my account, right, but when it comes with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006311

TX_00031669

527

1    people -- multiple people punching in identity codes,

2    you know, the driver's license, Social Security bureau

3    and then our individuals as well getting good matches,

4    you know, if one person in the chain transposes a

5    number, then --

6              UNIDENTIFIED SPEAKER:  Well, I'll leave you

7    with this, and I do think it's extremely fair and

8    appropriate that as long as it's applied evenly, there

9    may have been innocent errors on both of these instances

10   but, again, if we're going to allow that as a

11   possibility, I think that possibility has to be allowed

12   in the case of other provisional ballots -- not other

13   but in provisional ballots and otherwise.  Wouldn't you

14   agree with that?

15             MR. HAMMERLEIN:  Yes.

16             UNIDENTIFIED SPEAKER:  Thank you.

17             CHAIRMAN SMITH:  Representative Anchia.

18             REPRESENTATIVE ANCHIA:  Thank you.

19             Mr. Hammerlein, I'm always -- I always enjoy

20   the testimony that comes from your office because it

21   usually starts with a big splash and big allegations,

22   then you look into it and, well, maybe it wasn't all it

23   was cracked up to be.

24             And we saw that with the 13 -- 315 cases of

25   ironclad noncitizen voting that we heard about, when we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006312

528

1        looked into it, it wasn't 315.  It wasn't even 22.  Many

2        of the people who were alleged to vote were actually

3        U.S. citizens.

4                And I know you didn't testified to that.

5        That was, I guess, Mr. Bettencourt who testified to

6        that.

7                And then -- and then, you know, we look at

8        these cases, first the pre HAVA cases of 23 -- or was

9        it -- how many?

10                MR. HAMMERLEIN:  Yes, sir, 23.

11                REPRESENTATIVE ANCHIA:  23.  And what number

12        was testified to in the Senate by Mr. Johnson?  Do you

13        recall?  Is this a different number?

14                MR. HAMMERLEIN:  I believe he --

15                REPRESENTATIVE ANCHIA:  I guess it was 24 in

16        the Senate.

17                MR. HAMMERLEIN:  Right.

18                REPRESENTATIVE ANCHIA:  And you told me then

19        you -- you cross referenced that with Social Security

20        and it dropped down to 23.

21                MR. HAMMERLEIN:  Continued correspondence,

22        they admitted they had deleted -- or tagged the wrong

23        person, the wrong spouse.

24                REPRESENTATIVE ANCHIA:  There was a clerical

25        error.  So, we're down to 23.  And then we requested



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031671

529

1       from your office the list of the 23 and noticed that
2       they were all pre HAVA.
3                   Let's talk really quickly about how you deal
4       with death information in your office and how post HAVA
5       the likelihood of dead voters is substantially
6       diminished.
7                   So, give me the process that you follow --
8       the sources of information that you get and how you
9       remove dead people from the voter rolls in Harris
10      County.
11                  MR. HAMMERLEIN:  All right.  The --
12                  REPRESENTATIVE ANCHIA:  Post HAVA.
13                  MR. HAMMERLEIN:  Yes, sir.  The first
14      overriding one will be updates from the Secretary of
15      State, and it's my understanding that they interact with
16      the Social Security death index multiple times a year.
17                  Then we have the -- the --
18                  REPRESENTATIVE ANCHIA:  And how often do you
19      get those reports from the Secretary of State?
20                  MR. HAMMERLEIN:  Well, it's done kind of on
21      a continual basis.
22                  REPRESENTATIVE ANCHIA:  Weekly?
23                  MR. HAMMERLEIN:  Yes, sir.  I mean, our
24      systems just kind of magically update from them every
25      night.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006314

Hearing - Volume 3                                    April 6, 2009

530

1          REPRESENTATIVE ANCHIA:  But it's weekly they

2     send you the updates from the Secretary of State?

3          MR. HAMMERLEIN:  Yes, sir.

4          REPRESENTATIVE ANCHIA:  Okay.  Go ahead.

5          MR. HAMMERLEIN:  And then there is the

6     death -- death abstracts from courts, court probates,

7     documents that come from the Harris County office and

8     then the --

9          REPRESENTATIVE ANCHIA:  And how regularly do

10    those come?  Those come monthly, don't they?

11         MR. HAMMERLEIN:  I mean, I think we get

12    those almost weekly.  We get batches of them, yes, sir.

13         REPRESENTATIVE ANCHIA:  At least monthly.

14    If you get them weekly, that's good.  Okay.

15         MR. HAMMERLEIN:  And then we do the

16    laborious thing of -- there's a process I inherited and

17    it just kept going because it seems to work somewhat.

18    We go through the obituaries.

19         REPRESENTATIVE ANCHIA:  And thank you for

20    doing that, by the way.  That's good -- that's good

21    detective work.

22         MR. HAMMERLEIN:  And they -- the people look

23    and try to find a positive match as much as possible.

24    And then we send a dear family letter.  And I think they

25    have 60 days to respond and if they don't, then we'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031673

531

1      mark them in the deceased column.

2               REPRESENTATIVE ANCHIA:  And then you remove

3      them from the rolls, right?

4               MR. HAMMERLEIN:  Yes, sir.

5               REPRESENTATIVE ANCHIA:  Okay.  So, the

6      updates happen pretty regularly post HAVA.  And then

7      overlaid on top of that is the state auditor who looks

8      at the statewide database, right?  I mean, at another

9      level above the county, you have a state auditor who

10     comes in for HAVA and audits the statewide database for

11     possibly deceased voters; is that not right?

12              MR. HAMMERLEIN:  I'm not familiar with the

13     processes above the -- outside the Secretary of State

14     but I'll take your word for it.

15              REPRESENTATIVE ANCHIA:  All right.  Well, it

16     was in the video that you presented.

17              MR. HAMMERLEIN:  I know they did a -- I know

18     they did an analysis of all the team counties is what

19     the Secretary of State -- I mean, the AG's office and

20     the auditor worked out.

21              REPRESENTATIVE ANCHIA:  The auditor and the

22     AG.  Right.  Right.  Right.  And do you recall in your

23     video how many possibly deceased voters were on the

24     list?

25              MR. HAMMERLEIN:  I think they said 44,000,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031674

532

1    something like that.  That's -- I think upon closer

2    examination, you'll find their analysis didn't include

3    like Harris County, Bexar County.  I don't think it

4    included Travis.

5              REPRESENTATIVE ANCHIA:  I think it included

6    all of the those.  We can call up the Secretary of

7    State.

8              MR. HAMMERLEIN:  Right.  My understanding,

9    it only included team counties.  We're called off line

10   counties, which is --

11             REPRESENTATIVE ANCHIA:  Okay.  I'm looking

12   at the Secretary of State's office nodding their head

13   that everybody was included.

14             MR. HAMMERLEIN:  That was every county?

15             REPRESENTATIVE ANCHIA:  It was statewide.

16   So, let's just assume everybody was in.  Do you recall

17   how many potential dead voters -- and again it was in

18   the video that you presented -- were removed from the

19   list?

20             MR. HAMMERLEIN:  No.  I mean, they -- I just

21   know the possible 4400 but, I mean, they would still

22   have to be explored.

23             REPRESENTATIVE ANCHIA:  It was 49,000 total.

24   Some of those were possible felons, right?

25             MR. HAMMERLEIN:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031675

533

1                    REPRESENTATIVE ANCHIA:  And then you had

2        possible dead voters that were removed.  That was

3        something around -- I'll just split up since it was

4        almost 50,000, 25 and 25.

5                    MR. HAMMERLEIN:  Right.

6                    REPRESENTATIVE ANCHIA:  And then do you

7        recall how many of those 49,000 had voted?

8                    MR. HAMMERLEIN:  I think they said they

9        didn't find any.

10                    REPRESENTATIVE ANCHIA:  Zero.

11                    MR. HAMMERLEIN:  Right.

12                    REPRESENTATIVE ANCHIA:  All right.  So,

13        let's -- we talked about the 23 dead voters all pre HAVA

14        and that their system is in place to deal with that.

15                    Let's talk really quickly about the -- the

16        Sheldon case and -- and we could also talk about

17        Dashwood case.  I know Mr. Johnson testified to that in

18        the Senate.

19                    MR. HAMMERLEIN:  Yes.

20                    REPRESENTATIVE ANCHIA:  Both of those relate

21        to voter registration fraud, correct?

22                    MR. HAMMERLEIN:  Yes, sir.

23                    REPRESENTATIVE ANCHIA:  And neither of those

24        relate to impersonation at the polls, correct?

25                    MR. HAMMERLEIN:  No.  The -- I guess the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

534

1    reason I thought they were significant is if it wouldn't

2    have been caught by -- because they were all -- they

3    came all together in the mail or one operator gets a

4    stack and they just see the same handwriting and same

5    signature over and over, that brought their attention to

6    it.

7              So, if it wouldn't have been a case like

8    that, they would have been processed and would have been

9    distributed and those cards would have been gone out

10   into the community and could have been acted upon.

11             REPRESENTATIVE ANCHIA:  And are you aware of

12   any correlation between voter registration fraud and in

13   person voter impersonation at the polls, any credible

14   studies?

15             MR. HAMMERLEIN:  No, sir, because, I mean,

16   there are no tools to do that that I'm aware of.

17             REPRESENTATIVE ANCHIA:  Well, there are

18   studies out there that suggest there's no correlation

19   but I was wondering if you were aware of that?

20             MR. HAMMERLEIN:  No, sir.

21             REPRESENTATIVE ANCHIA:  So, that is evidence

22   of voter registration fraud but not evidence of voter

23   impersonation at the polls, correct?

24             MR. HAMMERLEIN:  Yes, sir.

25             REPRESENTATIVE ANCHIA:  Okay.  And then the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031677

535

1      Hochberg case -- because I probably can't pronounce the

2      other name -- those were also voter registration fraud,

3      correct?

4                MR. HAMMERLEIN:  Yes, sir.

5                REPRESENTATIVE ANCHIA:  None of them related

6      to in person voter impersonation at the polls, correct?

7                MR. HAMMERLEIN:  No.

8                REPRESENTATIVE ANCHIA:  Because people tried

9      to go to their regular precinct and they found that they

10     were registered to another precinct, right?

11               MR. HAMMERLEIN:  Actually, most of them

12     found out before that -- they found out their voter

13     registration had been changed from their residence, and

14     they called us to say why are you doing this.

15               REPRESENTATIVE ANCHIA:  But there were no

16     cases of in person voter fraud there, correct?

17               MR. HAMMERLEIN:  Well, no.  That one we

18     actually exposed it before the election.

19               REPRESENTATIVE ANCHIA:  Okay.  And then the

20     Dashwood case, I guess, are you familiar with the

21     Dashwood case?

22               MR. HAMMERLEIN:  Yes, sir.

23               REPRESENTATIVE ANCHIA:  There were -- there

24     was -- there were 121 voter registration cards requested

25     interestingly from El Paso for some reason --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031678

536

1              MR. HAMMERLEIN:  Yes.

2              REPRESENTATIVE ANCHIA:  -- which is bizarre.

3              MR. HAMMERLEIN:  That is bizarre.

4              REPRESENTATIVE ANCHIA:  Not a very smart way

5    to do voter registration fraud, and at a false address,

6    correct?

7              MR. HAMMERLEIN:  Right, and that's what --

8    our mapping department caught it because they were

9    trying to place things and saying this doesn't -- we

10   can't attach them to a voting district because these

11   addresses don't match any district.

12             REPRESENTATIVE ANCHIA:  And that was also

13   voter registration fraud, correct?

14             MR. HAMMERLEIN:  Yes, sir.

15             REPRESENTATIVE ANCHIA:  And not in person

16   voter fraud.

17             MR. HAMMERLEIN:  Right.

18             REPRESENTATIVE ANCHIA:  So, let's talk about

19   these two new cases that were articulated.  I noticed --

20   what was the number that the Texas Watchdog group, the

21   guy that was really animated in the video, the guy who

22   was trying to sell products --

23             MR. HAMMERLEIN:  I think he said he had --

24   interesting because they attacked our office --

25             REPRESENTATIVE ANCHIA:  He was just very


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031679

537

```
 1    animated.  I think he's not credible because he alleged
 2    4,000 and then ultimately there were 2, right?  And in
 3    Dallas County, by the way, they alleged 6,000 and found
 4    none.  So -- so --
 5              MR. HAMMERLEIN:  Yeah, they attacked -- and
 6    they were hard on our office, accusing us of being lacks
 7    and --
 8              REPRESENTATIVE ANCHIA:  Well, I think that's
 9    unfair.  I think that's unfair.
10              MR. HAMMERLEIN:  So, I guess if we're
11    getting attacked from all sides, we're doing okay.
12              REPRESENTATIVE ANCHIA:  So, with respect --
13    so, with respect to the Guidry case, I noticed in the
14    packet that you provided us, there is -- there is no
15    photocopy of the signatures on the poll book, right?
16              MR. HAMMERLEIN:  Yes.
17              REPRESENTATIVE ANCHIA:  Did anybody go back
18    and look at those signatures to determine what they
19    said?  You said you saw the Hill signature?
20              MR. HAMMERLEIN:  I did.  We went up and
21    looked at both of them and --
22              REPRESENTATIVE ANCHIA:  But you didn't
23    present that in -- in our documents?
24              MR. HAMMERLEIN:  And we didn't get a copy of
25    them from the county clerk.  We just wanted to make
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

538

1    sure -- because we saw the story, it was one that

2    actually happened and they went to the county clerk and

3    they pulled out a poll book and started going through

4    it.

5              REPRESENTATIVE ANCHIA:  You said on the Hill

6    signature, it was tough to tell what the signature said

7    at all, correct?

8              MR. HAMMERLEIN:  Yes, sir.

9              REPRESENTATIVE ANCHIA:  And a poll worker --

10             MR. HAMMERLEIN:  It was kind of short, could

11   have been Hill.

12             REPRESENTATIVE ANCHIA:  Also could not have

13   been Hill, right?

14             MR. HAMMERLEIN:  Probably.

15             REPRESENTATIVE ANCHIA:  It was very

16   difficult to term is what your testimony is?

17             MR. HAMMERLEIN:  Yeah, they weren't getting

18   As in penmanship.

19             REPRESENTATIVE ANCHIA:  Okay.  Okay.  And in

20   the Hill case, did they also rule out the possibility

21   that -- of clerical error by the poll worker?  Clearly,

22   the poll worker didn't do a signature match, right?  I

23   mean, that's -- that would have been something under

24   current law that they could have done, correct, a

25   signature match?


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006323

539

1           MR. HAMMERLEIN:  Right.

2           REPRESENTATIVE ANCHIA:  If the allegation is

3    somebody showed up with somebody else's -- with

4    Mr. Hill's or Ms. Hill's Social Security card --

5           MR. HAMMERLEIN:  Right, I mean, if they

6    would have said we want to see your voter registration

7    card, see whether it matches but, to be honest, I've

8    never, ever seen that done for anyone.  You just go sign

9    in and just --

10          REPRESENTATIVE ANCHIA:  Alternatively, they

11   could have signed up with a driver's license, right?

12          MR. HAMMERLEIN:  Right.

13          REPRESENTATIVE ANCHIA:  I mean, it's

14   possible?

15          MR. HAMMERLEIN:  Sure.

16          REPRESENTATIVE ANCHIA:  So, we don't know in

17   that case how they voted, right?  And -- is that right?

18          MR. HAMMERLEIN:  Yes, sir.

19          REPRESENTATIVE ANCHIA:  We don't know -- we

20   don't know if, in fact, somebody came in voting for

21   Mr. Hill, we're not sure of that, correct?

22          MR. HAMMERLEIN:  No, I mean --

23          REPRESENTATIVE ANCHIA:  Because we can't

24   determine the signature, correct?

25          MR. HAMMERLEIN:  That's correct.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031682

540

1           REPRESENTATIVE ANCHIA:  And we can't tell if
2     they used a voter registration card or a driver's
3     license, correct?
4           MR. HAMMERLEIN:  No, sir.
5           REPRESENTATIVE ANCHIA:  Okay.  In the case
6     of Gloria Guidry, did you have a chance to look at the
7     signature in the poll book?
8           MR. HAMMERLEIN:  Yes, sir.
9           REPRESENTATIVE ANCHIA:  Okay.  And tell me a
10    little bit about that.
11          MR. HAMMERLEIN:  That one does represent
12    that person's name a lot closer.
13          REPRESENTATIVE ANCHIA:  Okay.  Okay.  Were
14    there any other Guidrys?  Did you take a look to see if
15    there were any other Guidrys in the poll book at that --
16    was that election day or early voting, do you recall?
17          MR. HAMMERLEIN:  No, sir, I don't recall.  I
18    just remember looking at the sheet of paper.
19          REPRESENTATIVE ANCHIA:  Do you recall if
20    there were other --
21          MR. HAMMERLEIN:  Yes, sir.  Well, there was
22    another one above it.
23          REPRESENTATIVE ANCHIA:  Another Guidry above
24    it?
25          MR. HAMMERLEIN:  Their name was longer and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

541

1          then this one below it.

2                    REPRESENTATIVE ANCHIA:  Was the signature

3          clearly not the one -- the signature for the one above

4          it?

5                    MR. HAMMERLEIN:  I wouldn't have thought it

6          was the same but, I mean, it could have been if they

7          were devious people.

8                    REPRESENTATIVE ANCHIA:  Were you able to

9          rule out clerical error in that -- in the Guidry case?

10                   MR. HAMMERLEIN:  After the fact, it's tough

11         because you say -- I'm just picking a number but it was

12         like the county clerk says there's 102 signatures in the

13         book and 102 votes.

14                   You know, we went by and if this person was

15         deceased and they signed in, then that -- and it's her

16         name next to her -- her printed name in the poll book,

17         then that's a problem.

18                   REPRESENTATIVE ANCHIA:  Was there also a

19         signature in the -- for the Guidry directly above?

20                   MR. HAMMERLEIN:  Yes, sir.

21                   REPRESENTATIVE ANCHIA:  So, there -- and was

22         that a Guidry signature?

23                   MR. HAMMERLEIN:  Yes, sir.

24                   REPRESENTATIVE ANCHIA:  You're positive of

25         that?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031684

542

1            MR. HAMMERLEIN:  Yes.

2            REPRESENTATIVE ANCHIA:  Okay.  And were

3     there any other Guidrys in the -- in the -- that polling

4     location or on that -- on the list?

5            MR. HAMMERLEIN:  On that sheet, I don't

6     believe so, sir.

7            REPRESENTATIVE ANCHIA:  Okay.  Okay.  Could

8     you provide copies of the signatures for our office?

9            MR. HAMMERLEIN:  Yes, sir.

10            REPRESENTATIVE ANCHIA:  I noticed they

11     weren't in here.  Thanks for your testimony today.

12            MR. HAMMERLEIN:  Sure.

13            CHAIRMAN SMITH:  Representative Bonnen --

14     I'm sorry -- Allen.  Allen.

15            REPRESENTATIVE DR. ALLEN:  I wanted to ask

16     you about this Harris County --

17            MR. HAMMERLEIN:  Yes, ma'am.

18            REPRESENTATIVE DR. ALLEN:  -- voter deceased

19     list.  I like for everybody to -- if you have it in your

20     hands, I'd like for you to look at it, please.

21            This happened over a period of 16 years,

22     counting up to 2009.  In 1994, you had one incident.  In

23     '95, no incidents.  In 1996, you had 7 incidents.  In

24     '97, none.  In '98, 11.  '98 seemed to be a popular

25     year.  '99, you had none.  2000, you had 1.  2001, you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

543

1    had none.  '2, '3, '4, '5, '6, 2007, 2008, 2009, you had

2    none.

3              So, that totalled up to 23 deceased voters

4    voting over a period of 16 years from 1994 to 2009 to

5    today.  So, you had -- if you take 16 years and you

6    divide it by 23 deceased persons, you come up with an

7    average of 1.7 persons voting per year.  Stuff happens.

8    One a year.

9              MR. HAMMERLEIN:  Well, I -- I guess we could

10   establish a bottom threshold of potential voter fraud in

11   the legislature that's acceptable but I would think in

12   races like in Pasadena, Texas where they had three in a

13   row where it was either one vote, tied and then back to

14   one vote, that those people would probably think that we

15   use every safeguard possible to make sure we get an

16   accurate roll.

17             REPRESENTATIVE DR. ALLEN:  And I agree with

18   that.  I simply mean you're averaging one a year.  So,

19   it doesn't look as bad as that, and stuff happens.

20             Let me say something else, that if you look

21   in the registry of names there, there are 281 Linda

22   Hills in Texas.  281.  Mistakes happen.

23             There's a John Smith and a John Smith, Jr.

24   So, I don't know whether the John Smith signed onto the

25   John Smith, Jr.'s name.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031686

544

1          So, clearly, some mistakes could have been

2     made here, and I ask -- purposely asked if these were in

3     one precinct.  So, if I was voting and these were spread

4     all over Harris County, the impact of 1 person -- 1.7

5     person's voting in 23 years -- in 16 years, it was not

6     like somebody was trying to get commit voter fraud.  I

7     mean, how many elections can you impact with 1.7 votes

8     over 16 years?

9               MR. HAMMERLEIN:  Well, once again, I guess

10    it's up to this body to establish the acceptable level

11    of fraudulent votes, and we'll be glad to work with it.

12               REPRESENTATIVE DR. ALLEN:  There's no

13    level -- there's no level of fraudulent votes that we

14    will accept.  I just wanted you to know that it

15    doesn't --

16               CHAIRMAN SMITH:  Representative Bohac.

17               REPRESENTATIVE BOHAC:  Welcome to the

18    committee.  It is late.  I'm going to be quick.

19               Are you familiar with the Progreso

20    Independent School District case that's in front of the

21    Attorney General's office now?

22               MR. HAMMERLEIN:  No, sir, I'm not.

23               REPRESENTATIVE BOHAC:  Can I explain it to

24    you?  And then I'm going to ask you some questions about

25    it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031687

545

1           UNIDENTIFIED SPEAKER:  Well, now, that will

2      be a real informed -- real informed response but go

3      ahead.

4           REPRESENTATIVE BOHAC:  Well, it's related to

5      what we're testifying about here in general about voter

6      fraud.

7           It involves -- I'm not going to use the

8      people's names, although the names are common knowledge

9      because this is all public data.  It just says person

10     A's affidavit alleges that he was approached by person B

11     to vote illegally, using voter registration certificates

12     of three individuals.

13          This person states that he voted with one of

14     the certificate and received $10 from person A.

15          In another case in this same alleged

16     criminal conduct, it says person C, a poll watcher,

17     states that she observed a person she believed was

18     attempting to vote using another person's identity.

19          In another part of this criminal conduct

20     case, it says person D -- this is all the same case --

21     person D's affidavit alleging that person -- that person

22     E offered her money in exchange for her vote.  He also

23     allegedly offered her voter registration certificates in

24     other persons' names to use to vote and take care of her

25     traffic tickets if she assisted in illegal voting.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031688

546

1          I'm not making this up.

2          And then finally in this last paragraph here

3     it says person F served as a poll watcher.  In her

4     affidavit in the same Progreso Independent School

5     District case, in her affidavit, she claimed that she

6     saw election officials qualifying voters to vote without

7     presenting their certificates or any other form of

8     identification.

9          She also claims that she saw a voter attempt

10    to vote illegally using another person's certificate.

11         Now, being in the position that you are --

12    and I don't know what the outcome of this case is going

13    to be but these are pretty serious allegations, and

14    they're signed affidavits.  So, I don't know what the

15    ultimate outcome is going to be but do you think voter

16    ID, if we had voter ID, would help in any of these

17    cases?

18         MR. HAMMERLEIN:  Yeah.  I mean, this is

19    obviously speculation on my part but from the small

20    amount of information I've got from you, it does seem

21    like it would have added a level of security that's not

22    there now where you can just walk in with an orange card

23    and take it at face value.

24         I mean, if you had to have something to go

25    with it, even if -- even under current law if you just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

547

1    had to have an additional envelope or something, you

2    know, from a government agency would have added -- would

3    have put a big dent in this program if it is, you know,

4    as it's spelled out.

5              REPRESENTATIVE BOHAC:  And, likewise, if

6    there are indeed some few instances, as Dr. Allen

7    stated, there are just a handful of dead people who are

8    voting statewide, a voter ID would also help in those

9    particular cases as well, I would suspect that would be

10   the case because you're verifying the person who is

11   walking in is indeed the person who is voting?

12             MR. HAMMERLEIN:  Right.

13             REPRESENTATIVE BOHAC:  So -- and I know

14   you're neutral on the bill but it just seems to me that

15   in this discussion that we've had tonight, there's --

16   there's -- I believe there's some compelling reasons why

17   we may want to adopt voter ID as a policy for the State

18   of Texas.

19             And anyway, I appreciate you driving all

20   this way and making us aware of these particular

21   situations.

22             MR. HAMMERLEIN:  Thank you.

23             CHAIRMAN SMITH:  Representative Bonnen.

24             REPRESENTATIVE BONNEN:  On the cases of the

25   voter registration fraud that Representative Anchia



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006332

TX_00031690

548

```
 1      raised, was anyone successfully prosecuted in those
 2      cases?
 3                  MR. HAMMERLEIN:  The only one that really
 4      had something tangible was the Janice Sheldon case where
 5      she pleaded guilty and then one of the other cases, when
 6      the district attorney called him, he agreed to come in
 7      and then moved --
 8                  REPRESENTATIVE BONNEN:  Never showed up?
 9                  MR. HAMMERLEIN:  Yeah, moved out of town.
10                  REPRESENTATIVE BONNEN:  Now, I don't know
11      the cases by heart so what about the one where they
12      mailed them all in from El Paso or whatever and then --
13                  MR. HAMMERLEIN:  I think that was turned
14      over to the El Paso authorities, and we've never heard
15      anything else.
16                  REPRESENTATIVE BONNEN:  Let me ask you this
17      question:  Would it be fair to say that you need to have
18      a voter registration -- you don't have to but
19      wouldn't -- what would be the next step beyond voter
20      registration fraud?  Would that be an illegal vote?
21                  MR. HAMMERLEIN:  You mean the next step from
22      illegal voter registration?
23                  REPRESENTATIVE BONNEN:  If you successfully
24      illegally register people to vote, then what are you
25      doing?  What's next?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006333

TX_00031691

549

1           MR. HAMMERLEIN:  Like -- it, obviously,

2    opens that door that wasn't open before.

3           REPRESENTATIVE BONNEN:  Not to put it to you

4    but to me -- and I'm not an election official but

5    wouldn't the logical next step then be to have people to

6    show up to cast votes in the names of the people they

7    illegally registered?

8           MR. HAMMERLEIN:  Well, that certainly offers

9    the opportunity.

10          REPRESENTATIVE BONNEN:  Okay.  So, in all

11   the instances that registration fraud was found, I guess

12   we should assume with the same vigor that every one of

13   those was intended to be an in person voter fraud?

14          MR. HAMMERLEIN:  Yeah, it's hard to read

15   intent but, I mean, if -- if properly executed --

16          REPRESENTATIVE BONNEN:  Then why else would

17   I do it?

18          MR. HAMMERLEIN:  If properly executed, I

19   guess it gives people the opportunity.

20          REPRESENTATIVE BONNEN:  Well, let me ask you

21   why some of those cases were not prosecuted because --

22   or you just don't know if they were or not?

23          MR. HAMMERLEIN:  Well, I don't think they

24   had enough to -- they couldn't reverse engineer to find

25   the individual.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006334

550

1           REPRESENTATIVE BONNEN:  It's hard to track

2      them down?

3           MR. HAMMERLEIN:  Right.

4           REPRESENTATIVE BONNEN:  Okay.  Thank you.

5           UNIDENTIFIED SPEAKER:  Is there any

6      correlation between voter registration fraud and in

7      person voter fraud?

8           MR. HAMMERLEIN:  Not that I'm aware of.

9           UNIDENTIFIED SPEAKER:  Okay.  In the El Paso

10     case, the Dashwood -- Dashwood was related to El Paso?

11          MR. HAMMERLEIN:  Yes, sir.  Yes, sir.

12          UNIDENTIFIED SPEAKER:  The referral was made

13     to the district attorney in Harris County or to the

14     district attorney in El Paso?

15          MR. HAMMERLEIN:  I want to say we gave it

16     to -- well, I know we gave it to the district attorney

17     in Harris County and I think they promptly, doing what

18     good bureaucrats do, shipped it to El Paso County.

19          UNIDENTIFIED SPEAKER:  And you don't know

20     the outcome one way or the other, whether they

21     prosecuted anything or not?

22          MR. HAMMERLEIN:  No, sir, not to my

23     knowledge.

24          UNIDENTIFIED SPEAKER:  So, we don't know for

25     a fact that they dropped it or we don't know for a fact



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

551

1       if they prosecuted it?

2                   MR. HAMMERLEIN:  No, sir.  Our office has

3       never been contacted back.

4                   UNIDENTIFIED SPEAKER:  And did you guys ever

5       follow up?

6                   MR. HAMMERLEIN:  I haven't called out there

7       and seen what's going on.

8                   UNIDENTIFIED SPEAKER:  Okay.  And you're

9       testifying on the bill today, correct, not for it?

10                  MR. HAMMERLEIN:  Yes, sir.  We'll be happy

11      to execute whatever election law you pass.

12                  UNIDENTIFIED SPEAKER:  Okay.  On the cases

13      that you received earlier that I guess Representative

14      Bohac was talking about earlier, are you familiar with

15      those cases?

16                  MR. HAMMERLEIN:  No, sir.

17                  UNIDENTIFIED SPEAKER:  Okay.  Do you know if

18      they've -- if any of those affidavits have been cross

19      examined or not?

20                  MR. HAMMERLEIN:  No, sir.  I --

21                  UNIDENTIFIED SPEAKER:  Do you know the

22      conflict histories of any of the affiants in those

23      affidavits?

24                  MR. HAMMERLEIN:  No, sir.  I have completely

25      uninformed speculation on this.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006336

552

1                   UNIDENTIFIED SPEAKER:  Okay.  Thank you.

2                   MR. HAMMERLEIN:  Yes, sir.

3                   CHAIRMAN SMITH:  Any other questions from

4          the members of the committee?  Anybody?  Okay.

5                   REPRESENTATIVE DR. ALLEN:  Could you tell me

6          how many DPS offices there are in Harris County to

7          obtain IDs?

8                   MR. HAMMERLEIN:  No, ma'am.

9                   CHAIRMAN SMITH:  I'm being told that we'll

10         have DPS here tomorrow.

11                  REPRESENTATIVE DR. ALLEN:  Okay.  We'll have

12         DPS here tomorrow.  I'll ask the question tomorrow.

13                  Thank you.

14                  CHAIRMAN SMITH:  Representative Veasey.

15                  REPRESENTATIVE VEASEY:  What's your

16         position?

17                  MR. HAMMERLEIN:  I'm the director of voter

18         registration for Harris County.

19                  REPRESENTATIVE VEASEY:  Is that a partisan

20         position?

21                  MR. HAMMERLEIN:  No.

22                  REPRESENTATIVE VEASEY:  Are you a -- are you

23         a Democrat or a Republican when you're not working?

24                  MR. HAMMERLEIN:  I'm a Houstonian.

25                  REPRESENTATIVE VEASEY:  Okay.  But I mean,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006337

553

1    what do you consider yourself?  Because what I'm trying

2    to establish here and what I don't understand is that

3    you testified that you will come in as a resource

4    witness; is that correct?

5                MR. HAMMERLEIN:  Yes, sir.

6                REPRESENTATIVE VEASEY:  And that you're

7    neutral on the bill.  So, where is the video that also

8    shows all of the voters that were -- that had tried to

9    register to vote legally in Harris County for this past

10   election cycle but that they were denied their right to

11   exercise --

12               MR. HAMMERLEIN:  I'm not aware of any.

13   First, one, I wasn't asked to produce that and, two, I'm

14   unaware of any.

15               REPRESENTATIVE VEASEY:  Yeah, but I'm -- if

16   you're a resource witness and you're here to --

17               CHAIRMAN SMITH:  No.  That wouldn't be

18   accurate, Marc.  Certain people were asked by one side

19   to testify to certain issues and other people were asked

20   by the other side to testify.  He's not technically a

21   resource witness as is the Secretary of State.

22               REPRESENTATIVE VEASEY:  Well, it sounds like

23   that he testified on behalf of the bill and -- and, you

24   know, in Harris County, I guess more than 13,000 voter

25   registration applicant hadn't been processed and this --



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006338

TX_00031696

554

1          MR. HAMMERLEIN:  That's a nice -- that's a

2     nice thing to repeat.  When we got over 110,000 voter

3     registration applications on cut off and the two days

4     after cut off, yeah, obviously, they're not effective

5     for 30 days, and we can -- so that when early voting

6     starts within a couple of weeks after cut off, when

7     people say do you still have you haven't produced -- or

8     processed, well, absolutely we haven't processed them

9     but they wouldn't be eligible to vote anyway during

10    early voting because they turned them in on the cut off

11    day.

12          So, no one was denied the right to vote.

13          REPRESENTATIVE VEASEY:  And -- but -- and

14    see, the problem that I have is that the emphasis, once

15    again -- and I pointed this out earlier for the people

16    that actually came to speak on behalf of the voter ID

17    bill, the emphasis is always on, you know, the so-called

18    voter fraud or the so-called voter impersonation that we

19    still haven't seen any evidence of.

20          And what I'm asking you is that, you know,

21    you -- why is there not the same level of intensity

22    about all these voters that tried to register to vote in

23    Harris County that were denied the right to do so and

24    their applications were not processed?  Did you --

25          MR. HAMMERLEIN:  I just explained to you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006339

TX_00031697

555

1    I'll be glad to explain again if you're having a hard

2    time with it.

3                    REPRESENTATIVE VEASEY:  There was a story

4    that you put on the air a second ago that you just --

5                    MR. HAMMERLEIN:  Right.

6                    REPRESENTATIVE VEASEY:  -- put on video that

7    you put on the projector and there was another story

8    that showed how these applicants weren't being

9    processed, and what I'm saying is that the emphasis

10   seems to be on, you know, voter impersonation or

11   so-called voter impersonation but I don't see the same

12   side talking about, you know, the people that have been

13   disenfranchised.

14                   MR. HAMMERLEIN:  I'm not aware of anyone

15   that's been disenfranchised.  If you're aware of any

16   names that we can investigate --

17                   REPRESENTATIVE VEASEY:  Why did the

18   gentleman that was previously elected to oversee your

19   office, why did he resign shortly after being reelected,

20   after going out there campaigning, spending money?

21                   MR. HAMMERLEIN:  Actually, he didn't

22   campaign and he didn't spend any money.  I think C&Es

23   are available, and you can go check those with the Texas

24   Ethics Commission.

25                   REPRESENTATIVE VEASEY:  But he had to put



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031698

556

1        his name on the ballot.

2                MR. HAMMERLEIN:  He did about a year out

3        from the election, and then his personal situations

4        changed, and he got a job offer.

5                REPRESENTATIVE VEASEY:  Why is it alleged

6        that he --

7                MR. HAMMERLEIN:  Well, I mean, people can

8        allege anything, can't they?

9                REPRESENTATIVE VEASEY:  According to what

10       you know as a Houstonian, as you stated you were

11       earlier --

12               MR. HAMMERLEIN:  Yes.

13               REPRESENTATIVE VEASEY:  -- and from the

14       articles that you've read in the HOUSTON CHRONICLE and

15       that you've seen on local media reports in Harris

16       County, tell me, to your best recollection, why is it

17       thought that your previous boss resigned?

18               UNIDENTIFIED SPEAKER:  What does it have to

19       do with voter ID?

20               REPRESENTATIVE VEASEY:  Well, because he

21       came and he showed this video.

22               UNIDENTIFIED SPEAKER:  He showed a video

23       produced by Channel 2 News in Houston, Texas.

24               REPRESENTATIVE VEASEY:  Okay.  I know but

25       I'm trying to ask -- I want to establish -- I want to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

557

1       see your office put some emphasis on the other side.

2                   MR. HAMMERLEIN:  Well, I encourage you to

3       come to our office --

4                   REPRESENTATIVE VEASEY:  That's the point

5       that we're trying to make.

6                   MR. HAMMERLEIN:  Well, I encourage you to

7       come to our office any day and you'll see the emphasis

8       we put on voter registration eight hours a day, five

9       days a week on processing hundreds of thousands of voter

10      registration cards.

11                  REPRESENTATIVE VEASEY:  But you're not going

12      to tell me why your boss resigned -- why he allegedly

13      resigned?

14                  MR. HAMMERLEIN:  Well, I don't think he

15      allegedly resigned.  I think he actually did resign but

16      he resigned to take a job in the private sector, which

17      he has now, and you can give him a call and ask him.

18                  CHAIRMAN SMITH:  Just a question, there

19      was -- Mr. Representative Anchia was making the point

20      that he doesn't believe there's any correlation between

21      impersonation fraud and voter registration fraud.  Now,

22      unless I'm missing something, it's fair to presume that

23      when someone engages in voter registration fraud that

24      they do so with the intent to ultimately follow that up

25      with casting a fraudulent vote.  Is that reasonable?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006342

558

1          MR. HAMMERLEIN:  Yes, sir.  I mean, that
2     does seem like that would be the point of the drill.
3          CHAIRMAN SMITH:  Okay.  And if that's the
4     case, then the only question is is that fraud going to
5     occur by way of absentee ballot or by way of voter
6     impersonation, right?  Those are the two possibilities?
7          MR. HAMMERLEIN:  Yes, sir.
8          CHAIRMAN SMITH:  One of which --
9          UNIDENTIFIED SPEAKER:  Or both.
10          CHAIRMAN SMITH:  -- has a longer paper trail
11     established, that being absentee ballot, one of which
12     has a shorter paper trail.  So, in terms of making
13     assumptions, if we know people are in the public are out
14     there committing fraud with regard to registering
15     voters, there's certainly no reason to assume that they
16     ultimately would have cast an absentee ballot over
17     having voted in person.  You can make either assumption,
18     is that the agreement?
19          MR. HAMMERLEIN:  Yes, sir.
20          CHAIRMAN SMITH:  And so, you know, I don't
21     know that there's a correlation between that and either
22     type of potential fraud that would occur at that point
23     but I do think that to the extent that there is a lot of
24     evidence in front of this committee of voter
25     registration fraud, that is additional evidence of voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031701

559

1      fraud of one type or another.  And, again, either side

2      can assume what they want to about which would have been

3      more likely to occur.

4              UNIDENTIFIED SPEAKER:  Let me ask you this

5      on voter registration fraud:  Why, in your professional

6      opinion, is -- what are you again?

7              MR. HAMMERLEIN:  Director of voter

8      registration.

9              UNIDENTIFIED SPEAKER:  Okay.  Why would

10     Dennis Bond in his argument say choose to fraudulently

11     register 500 or 30 or 18, pick the number of voters in

12     Brazoria or -- forget it -- Harris County, I'm going to

13     move up there and do that.  Why would I do that.

14             MR. HAMMERLEIN:  One would be if you're a

15     paid volunteer of an organization and you're either paid

16     by the card, which you're not supposed to be, but we

17     know they are, and then there's -- or they get a quota.

18     So, that's a financial incentive.

19             And then I guess there would always be the

20     incentive to actually affect the outcome of an election.

21             UNIDENTIFIED SPEAKER:  Which both would have

22     the same impact, though, wouldn't they, because even if

23     I'm getting paid, if I'm actually -- and I understand

24     the logic there, I'm doing it not because I even really

25     want to change the outcome of the election, I want to --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031702

560

1    and I'm not casting a net of accusation but I am

2    watching the news, which could be totally inaccurate for

3    all I know, the Acorn situation that was reported -- I

4    don't know if it's accurate -- that was what was

5    occurring that certain people needed to meet a certain

6    number of registrants, so they simply did that

7    fraudulently.

8              Those individuals may have not even cared if

9    someone showed up to vote but -- but what other reason

10   would there be?  That would be it, wouldn't there?

11             MR. HAMMERLEIN:  I would just think it would

12   be financial and political.

13             UNIDENTIFIED SPEAKER:  And that would be it,

14   though?

15             MR. HAMMERLEIN:  Those are the only two I

16   can think of.

17             UNIDENTIFIED SPEAKER:  And wouldn't -- even

18   if you're being paid -- and let's say Dennis Bond is

19   being paid by the Republican party of Texas to register

20   people to vote and I'm behind and so, I produce

21   fraudulent documents, wouldn't still then, though, the

22   whole activity, whether I behaved on my own within that

23   activity fraudulently, isn't the ultimate outcome of

24   that activity to then get people to vote to have more

25   ballots cast, correct?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031703

561

1           MR. HAMMERLEIN:  Seems like that would be

2      the logic.

3           UNIDENTIFIED SPEAKER:  Thank you.

4           CHAIRMAN SMITH:  Representative Anchia.

5           REPRESENTATIVE ANCHIA:  Yeah, Mr. Chairman,

6      just responding to the premise that you laid out, I

7      think the most constructive example is the one that Mr.

8      Hammerlein presented in the Sedgwick case.

9           What was the intent of Ms. Sedgwick in

10     engaging in voter registration fraud?  This is the one

11     case that we actually have prosecuted that he's

12     testified to.  What was the intent?  Was it to commit

13     voter fraud or what you testified to today?

14          MR. HAMMERLEIN:  Well, her testimony was

15     that she was behind in a college extra credit program.

16          REPRESENTATIVE ANCHIA:  And she made them

17     up, she went through the phone book?

18          MR. HAMMERLEIN:  Well, she made some of them

19     up and I think 25 of them were actually current

20     registered voters that she moved to new locations for

21     some reason.

22          REPRESENTATIVE ANCHIA:  Okay.  Was her

23     intent to get all of those people that she either made

24     up or current registered voters to vote in the election?

25     Did she testify to that?


Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

562

1           MR. HAMMERLEIN:  No.  She said she was doing

2     it just merely because of the academic requirement.

3           REPRESENTATIVE ANCHIA:  And I would submit,

4     Mr. Chairman, that there are academic studies on this

5     that I'd like to present to the -- to the committee,

6     including from the EAC, a draft report from the EAC that

7     I have here.  I'll get you the final report.  That

8     suggested there's absolutely zero correlation between

9     voter registration fraud and voter fraud.

10          And that's -- that's not a hypothetical.  We

11    have the one actual case that Mr. Hammerlein testified

12    to that has been prosecuted.

13          And then I'm happy to present -- because I

14    think the premise is incorrect to suggest that voter

15    registration fraud occurs for the purposes of --

16          CHAIRMAN SMITH:  You're not saying now that

17    there's zero correlation between voter registration

18    fraud and impersonation fraud, you're saying between

19    voter registration fraud and any kind of fraud?

20          REPRESENTATIVE ANCHIA:  No.  Let me clarify

21    that to suggest in person voting.

22          CHAIRMAN SMITH:  Okay.

23          UNIDENTIFIED SPEAKER:  And real quick, I

24    didn't make the suggestion that that's what it is.  I

25    made the suggestion that I find it hard to believe that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006347

TX_00031705

563

1    there would be no next step intended.

2              CHAIRMAN SMITH:  So, Representative Anchia,

3    if you're not denying that there's a correlation between

4    voter registration fraud and voter fraud but you are

5    denying that there is a correlation between voter

6    registration fraud and voter impersonation fraud, then

7    I'm presuming that you believe there's a correlation

8    between voter registration fraud and absentee ballot

9    fraud?

10             REPRESENTATIVE ANCHIA:  I -- no, I don't

11   believe that but I believe there's a possibility.  I

12   don't believe that there is a correlation.  I think

13   there may be a possibility.

14             CHAIRMAN SMITH:  Okay.

15             Yes, Representative Bohac.

16             REPRESENTATIVE BOHAC:  George, one more

17   quick question.  You guys are the largest county in

18   Texas.  Have you all -- in your -- in your time as the

19   voter registration director -- is that the right term,

20   something like that?

21             MR. HAMMERLEIN:  Director of voter

22   registration.

23             REPRESENTATIVE BOHAC:  Director of voter

24   registration.  Have you ever seen a pattern of -- of

25   fraudulent voter registration from any group, any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031706

564

1    planned pattern of voter registration fraud where there

2    were names taken out of phone books or like we -- like

3    we heard in the past election cycle where there were

4    names made up?

5              MR. HAMMERLEIN:  Well --

6              REPRESENTATIVE BOHAC:  Have you ever seen

7    any systematic progression of that in your term?

8              MR. HAMMERLEIN:  I think the main -- the

9    main thing we did see in the last election that some

10   organizations under pressure for maybe financial

11   reasons, they -- you know, the same person would be

12   registered 10 times by the same individual on the same

13   day.

14              Of course, they're turned in in a big

15   bundle.  You know, they're hoping you don't catch them

16   and -- but, you know, our experience -- because we don't

17   really have systems to verify.  I mean, it's just --

18   with us, it's more sloppy work or inaccurate cards, then

19   we can -- because we don't have a little investigative

20   team in us.  We take them at face value and type them in

21   a computer, and we have a mapping program and they

22   either catch or they don't, and if they give us a

23   number, it will match hopefully with the Texas Secretary

24   of State or Social Security but if they mark both that

25   they have neither, they're automatically on the roll.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006349

565

1          So, there is no way to verify those people

2     ever, and if they say they're over 65.  So, you can come

3     in, check I have no unique number identifiers, I'm over

4     65, now send me my ballot by mail and you'll be good to

5     go forever.

6          CHAIRMAN SMITH:  Just in case there's

7     anybody on the committee and anybody other than our last

8     witness who cares, he is about 18 minutes over the

9     allotted time.

10         UNIDENTIFIED SPEAKER:  I'm fine.

11         UNIDENTIFIED SPEAKER:  Just real quick and

12    here's my final question, so, if you check that you

13    don't have either, either the last four digits of the

14    Social or driver's license, you're automatically

15    registered in your office?

16         MR. HAMMERLEIN:  Yes, sir, under state

17    elections guidance -- I mean, that's the guidance we

18    get, yes.

19         UNIDENTIFIED SPEAKER:  So, everyone is

20    registered to vote regardless of whether or not they can

21    produce a four digit code --

22         MR. HAMMERLEIN:  Right.

23         UNIDENTIFIED SPEAKER:  -- or a driver's

24    license number?

25         MR. HAMMERLEIN:  And at current, we have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006350

TX_00031708

566

1     about 130,000 registered voters with no unique

2     identifiers.

3               UNIDENTIFIED SPEAKER:  Out of 1.9 million

4     registered voters?

5               MR. HAMMERLEIN:  Approximately 1.9.

6               UNIDENTIFIED SPEAKER:  So, about 8 percent

7     of your registered voter database in this late hour that

8     there's nothing to tie that individual with a -- the

9     last four digits of their Social or driver's license

10    number?

11              MR. HAMMERLEIN:  No.

12              UNIDENTIFIED SPEAKER:  Okay.  Thank you.

13              CHAIRMAN SMITH:  Any other questions,

14    members?

15              Thank you very much.

16              Representative Helfin.

17              REPRESENTATIVE HELFIN:  I'm sorry.  Just

18    woke up.

19              If -- if the bill that's proposed was

20    adopted, would that cure that problem?

21              MR. HAMMERLEIN:  I -- I suppose it would add

22    an additional layer of security when people come into

23    the polls and they'd have to show identity.

24              REPRESENTATIVE HELFIN:  But as far as -- as

25    far as the registration process, this bill does nothing



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031709

567

```
 1        to address that?
 2                    MR. HAMMERLEIN:  No, sir, I'm not aware of
 3        anything that it does to the registration process.
 4                    REPRESENTATIVE HELFIN:  Okay.  Thank you.
 5                    CHAIRMAN SMITH:  Any other questions,
 6        members?
 7                    Thank you, Mr. Hammerlein.
 8                    At this time --
 9                    UNIDENTIFIED SPEAKER:  Mr. Chairman?
10                    CHAIRMAN SMITH:  Yes.
11                    UNIDENTIFIED SPEAKER:  I wanted to ask you
12        one more thing.  I think it will be a lot easier to
13        answer than why his boss quit his job but the
14        information that I read earlier about John Fund, I was
15        wondering if -- how I could get that submitted to the
16        record or could I just ask that it be submitted into
17        the --
18                    CHAIRMAN SMITH:  I don't think there is a
19        record.
20                    UNIDENTIFIED SPEAKER:  Okay.  I didn't know
21        if he was keeping the --
22                    CHAIRMAN SMITH:  No.
23                    UNIDENTIFIED SPEAKER:  Okay.
24                    CHAIRMAN SMITH:  But you're welcome to
25        provide it to the members of the committee.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031710

568

1          UNIDENTIFIED SPEAKER:  Okay.  Thank you.

2          CHAIRMAN SMITH:  Yes?

3          UNIDENTIFIED SPEAKER:  I think if something

4     like that is going to be done, then Mr. Fund should be

5     contacted and let him give a response to it.  After all,

6     you know, he was -- he was kept late so that he didn't

7     have time to have -- be questioned, and I don't think

8     it's appropriate to enter something now that he's gone.

9          CHAIRMAN SMITH:  Well, we're not -- this is

10    not a court of law.  We're not entering something.  He's

11    just giving us a copy, and if anybody wishes to

12    contact --

13         UNIDENTIFIED SPEAKER:  I'm going to put a

14    copy in the filing cabinet in my office.

15         CHAIRMAN SMITH:  Anybody else?  Any other

16    questions, comments?

17         At this time the Chair calls Mr. Toby Moore.

18         Oh, I'm sorry, you're not him.

19         UNIDENTIFIED SPEAKER:  Mr. Chairman?

20         (Inaudible)

21         UNIDENTIFIED SPEAKER:  Happy birthday.

22         UNIDENTIFIED SPEAKER:  Mr. Chairman, just

23    for the record, Mr. Moore is from North Carolina and a

24    graduate of the University of North Carolina, Chapel

25    Hill, and I know he's been here all night instead of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

569

```
 1    watching the game.

 2              UNIDENTIFIED SPEAKER:  Who won?

 3              UNIDENTIFIED SPEAKER:  I don't know the

 4    answer to that and I hope you have it on TVO.

 5              UNIDENTIFIED SPEAKER:  I was able to watch

 6    it in the back.

 7              CHAIRMAN SMITH:  Okay.  All right.  Well,

 8    thank you for -- for agreeing to spend the evening with

 9    us instead of watching your alma mater play in the

10    national championship.  That's a huge sacrifice.

11              UNIDENTIFIED SPEAKER:  When I chose this

12    night for the committee, you can tell I'm not a college

13    basketball fan.  It's a nice reminder this is a football

14    state.

15              CHAIRMAN SMITH:  Would you please state your

16    name and who you represent for the record.

17              MR. MOORE:  My name is Toby Moore, project

18    director and elections research with Research Triangle

19    Institute.  I'm appearing on my own behalf, my own

20    capacity.

21              CHAIRMAN SMITH:  Thank you.

22              MR. MOORE:  I will try to be brief.  I've

23    given you my written testimony.  I think what the -- in

24    the interest of time, I'll tell you the three areas that

25    I thought I could be of most service to the committee
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

570

1    and kind of go over very quickly some of the highlights

2    of what my written testimony is and then just turn to

3    questions because much of what -- some of what I'm

4    testifying has been covered in -- by other witnesses.

5            My background is I was at the Justice

6    Department, was geographer of the Justice Department in

7    the voting section from 2000 to 2006, and then for a

8    little more than a year was project manager for the

9    Carter-Baker Commission on Election Reform at the

10   American University, where I designed and implemented a

11   survey research project on voter ID that --

12           UNIDENTIFIED SPEAKER:  Excuse me.  What did

13   you do at the Justice Department from --

14           MR. MOORE:  I was geographer, a

15   redistricting expert.

16           And while at American, I designed and

17   implemented a survey research project on voter ID.

18           As it happens, in conjunction with a survey

19   research firm based here in Austin called Mustats, and

20   those results may be of interest to you.

21           The three areas that I think I can be of

22   most service, the -- to try to give you as an objective

23   a survey of the current research in the field as I can,

24   I know that you talked about some of that with Justin

25   and other witnesses about the impact on voter -- voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

571

1          ID on turnout and some of these other research projects.

2                    Second, I think I can be of help in trying

3          to relate to you the challenges that you're going to

4          face in getting preclearance, whether you go through the

5          DOJ or through the DC court.

6                    And finally, if it's of interest, I can more

7          fully describe the better ID proposal made by the

8          Carter-Baker Commission.

9                    The research on impact of voter ID is not

10         what it should be.  I think the research community has

11         let down policy makers.

12                   It was apparent in the Crawford Marion

13         decision in the Supreme Court and lower court's

14         frustration with the research community and the lack of

15         reliable studies.

16                   Just briefly, because I know you've gone

17         over this already, two of the -- two of the methods to

18         try to get at this impact of voter ID were database

19         matches, which I think most people have moved away from

20         as unsatisfactory and which I think overstated the

21         impact of voter ID, and I think people are now turning

22         away from the modelling of turnout.

23                   There's a new paper by (Inaudible) and

24         Robert Ericson that I think is well worth your looking

25         at that takes the bulk of the turnout studies, those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

572

1    which found an impact and those which did not and I

2    think makes a pretty good argument for the fact that we

3    just lack the data and tools to be able to make good

4    inferences about the impact of these laws on turnout,

5    and that covers both things like the AC funded survey, a

6    very sophisticated study by Alvarez and Katz, the

7    Muhlhausen survey, all of these are well worth reading.

8            Where I think we are is that if we're going

9    to get at this question of who doesn't have ID, it's

10   probably going to be -- need to be done by sophisticated

11   and well funded surveys.

12           We don't have the type of survey that we

13   should have.  I think the best thing we have is actually

14   the one that I did at -- or started at least at AU with

15   Carter-Baker.

16           That survey found that in three states that

17   approximately 1.2 percent of registered voters lacked

18   IDs.  It was very low in Indiana where they already had

19   an ID law and had made great effort to get ID out.  It

20   went up to about 4 percent in Maryland where it was not

21   a large issue and they had a poor minority community.

22           But some of the things found in the study I

23   think are worth pointing out.

24           African Americans were more than four times

25   more likely than whites to lack photo ID.  There was not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031715

573

1    enough of a Hispanic sample to really make any

2    inferences but Hispanics, and we know almost nothing

3    about ID ownership with -- among Hispanics.

4              Interestingly, women made up nearly all of

5    those who did not have photo ID, which was a surprise to

6    everybody but nearly everyone who did not have a photo

7    ID was a woman.

8              Nearly all of those who lacked ID were

9    Democrats and 88 percent of those without photo ID had

10   household incomes below $25,000 a year.

11             Now, these are registered voters.  So, the

12   pool of people who are eligible voters but not

13   registered, I think we can pretty safely assume would

14   have somewhat higher rates of lacking photo ID.

15             And the really striking statistic about

16   women is doubly important because women, of course, go

17   through name changes that men don't typically go through

18   and face an additional obstacle and problems with

19   getting their documentation.

20             Applying the study at AU to Texas, I came up

21   with a very rough estimate that somewhere between 150,

22   162,000 and 400,000 registered voters or perhaps higher

23   is this pool of registered voters in Texas who don't

24   have ID, and it could be a good bit higher because of

25   our lack of knowledge about ID ownership among Hispanic



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031716

574

1    citizens.

2              I think that's a conservative estimate but

3    the key, I think, is that there is a body of some

4    significant size that doesn't have a photo ID.

5              UNIDENTIFIED SPEAKER:  And what percentage

6    of -- I'm sorry, I'm not supposed to ask questions.

7              MR. MOORE:  I'm just trying to move through

8    this quickly.

9              The lack of knowledge in the research

10   community is really not Texas' problem.  Texas' problem

11   is the fact that the burden under Section 5 of the

12   Voting Rights Act is on the state to prove to the

13   Department of Justice or the DC court that their change

14   in law will not deny or bridge the right to vote on

15   account of race, color or membership.

16             Mr. Chairman, I was actually pleased to hear

17   your skepticism of the Bush administration's stewardship

18   of the civil rights division and the allegations of

19   politicalization.

20             CHAIRMAN SMITH:  I said some have alleged

21   that.  I wasn't taking a personal position but saying

22   that some people would feel that way.

23             MR. MOORE:  I think the AG's report that

24   came out very recently kind of makes it hard to avoid

25   that but the point I think being is that I don't think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031717

575

1    that the Obama administration will necessarily see the

2    pre clearance of the Georgia laws in 2005 and 2006 as is

3    much of a precedent as it might in other circumstances.

4              So, I'm not sure that you're going to get

5    much comfort from that and also the analysis under

6    Section 5 of the Voting Rights Act is very different

7    from the constitutional claims that were presented in

8    the Indiana case.

9              So, I think it's going to be very

10   interesting to see how the Justice Department handles

11   any ID law that comes out of Texas because I think it

12   can be argued that there is -- they have not really had

13   a clean shot at it yet.  I don't know.  And that's -- my

14   opinion is that it's -- that there's not going to be as

15   much of a precedent as there would have been had the

16   allegations of politicalization not surfaced but that's

17   debatable.

18             What you're going to be expected, I think,

19   to show under Section 5 or to the DC court is -- and

20   from my reading of the bill, it seems to be a little

21   less developed than what came out of Georgia in 2006 or

22   what the Indian law was.

23             The law itself doesn't seem to address a lot

24   of the points that I think the Justice Department is

25   going to look for.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006360

TX_00031718

576

1           I think the Justice Department is going to

2     expect Texas to have some knowledge of the number and

3     demographic makeup of affected voters.  We can talk a

4     little bit about exactly who those would be given the

5     smaller change in your law than in some of the other

6     laws.

7           Detailed and rough under public education

8     programs, I think the idea of delaying the law a cycle

9     or two to make -- have those take effect is a good one

10    and one that would be looked favorably upon.

11          Poll worker training is something that has

12    to be addressed specifically.  It's not something that

13    can be assumed to be done under existing structures.

14          There's evidence now -- the (Inaudible)

15    study that I think Representative Anchia has mentioned,

16    which found that poll workers are not applying ID laws

17    in an equitable manner.

18          And so, I think looking at -- having

19    something in the statute -- having something that, you

20    know, addresses that question is going to be important.

21          Programs to distribute required IDs, I do

22    think that the current provision in the Senate Bill for

23    free ID is inadequate compared to what other states have

24    done.  I think it's much stronger just to give everybody

25    a free photo ID and the state absorb that cost.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031719

577

1          Evidence of voter impersonation problems, I

2     think there's been a lot of attention paid to trying to

3     build that record.

4          And, finally, a detailed discussion of why

5     less retrogressive alternatives, including use of

6     affidavit fail-safes and provisional ballots were not

7     adopted.  I think those were all kind of things that the

8     analysts in the Justice Department are going to go

9     through piece by piece.

10         CHAIRMAN SMITH:  Take your time.  You're the

11    last one.  Nobody is waiting on you.  I don't want to --

12    don't worry about the clock.

13         MR. MOORE:  The -- and much of this has to

14    do with the cost, and the cost is going to be

15    considerable to the state.

16         Indiana, when considering this law,

17    estimated that providing free ID would cost the state

18    more than $700,000 annually in lost revenue and

19    additional expenses.

20         We've heard about Georgia's significant

21    investment in public education that they did after their

22    first law was rejected.  I think those are all things

23    the Justice Department is going to be expecting.

24         And, finally, as an additional cost, the

25    cost to do -- to get this evidence together, submit it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006362

578

1 to the Court is going to be -- submit it to the Justice

2 Department is going to be expensive.  If you take it to

3 the DC court and defend it, it's going to be a more

4 drawn out and more expensive charge.  You'll have to pay

5 more lawyers.

6     CHAIRMAN SMITH:  When you say drawn out, do

7 you mean more timely?

8     MR. MOORE:  Yeah, it's going to take more

9 time to get it through the DC court.  It's a three-judge

10 panel.  You'd have to take -- you know, it's basically a

11 mini trial, and they'll put it on the rocket docket and

12 they'll move it through but it's still going to be more.

13     UNIDENTIFIED SPEAKER:  How long do you

14 think -- how much more in terms of time in the DC?

15 That's my understanding where it's probably going.

16     MR. MOORE:  Right.  If it went to the DC

17 court, I mean (Inaudible) could give you a better

18 estimate of that but it's, you know, six to nine months,

19 I would think and it's going to be much more expensive.

20 It's a more involved thing.

21     UNIDENTIFIED SPEAKER:  And then after that,

22 you get the litigation, after you get the pre clearance,

23 if you get it?  And I'm asking the question because I'm

24 giving you more time.

25     MR. MOORE:  No, that's all right.  I'm



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006363

TX_00031721

579

1      just -- I mean, I think the conventional wisdom among

2      Section 5 states is to avoid DC court if at all possible

3      and, obviously, it's an alternative that states take up.

4              I mean, we did the Georgia v. Ashcroft case

5      that was tried before the DC court and it was not taken

6      to the Bush administration Justice Department but that

7      is certainly an option and it's one that states avail

8      themselves of.

9              It would be strange, I think, to do it on a

10     change in election law rather than a redistricting case

11     but it certainly can be done.

12             And, finally, the Carter-Baker law --

13     proposal, which I think has been talked about and I'll

14     be glad to answer any questions about it.  I don't speak

15     for the Commission any longer but was certainly involved

16     with trying to implement and explain their

17     recommendation, and it's a -- it's a little more

18     complicated than I think the advocates on either side

19     try to argue for.

20             Just to wrap up, I'll say that the

21     current -- the debate over the last four or five years

22     since I became involve in it has really been frustrating

23     because it hasn't moved from these polarized extremes in

24     which there's either an ID law or there's not an ID law.

25             And we talk about laws in Georgia and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031722

580

1    Indiana and Texas and Arizona as if they were an ID law

2    or not, and these are complicated laws, and they have a

3    lot of nuance, Florida's, for instance, and there's a --

4    there's ample room for -- for finding compromise in the

5    middle, for finding provisions that address fears of

6    fraud but also that take care of the -- I think all

7    agree the very legitimate fears in the minority

8    community that it will be used as a tool against them.

9         So, I would, in wrapping up, just based on

10   my personal experience with these laws over the last

11   four years, is to encourage Texas to use creativity to

12   think through provisions of the law that can address

13   some of these shortcomings, these concerns and try to

14   come to a law that has wider support than what we've

15   seen passed on the partisan basis in Indiana, Georgia

16   and other states.

17              UNIDENTIFIED SPEAKER:  So, I take it from

18   your testimony that you -- in terms of the way

19   provisional ballots are handled, you do find the Florida

20   model to be preferable to Indiana and Georgia as -- or

21   at least certainly as far as Indiana is concerned and as

22   stated in the dissenting opinion of the Supreme Court

23   decision?

24              MR. MOORE:  Well, I'll say that I think the

25   way Florida handled it represented a way to try to get a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006365

TX_00031723

581

1      bill -- a broader support and a fail-safe.  I mean, I'm

2      in favor of the affidavits.  I think that's -- because I

3      think in one way it produces a paper trail that you can

4      then go back and investigate impersonation.

5              I mean, if you require a photo ID but have

6      an affidavit fail-safe, then you have an affidavit from

7      everyone who didn't have an ID and that way if you

8      enforce it fairly, you can go back and use those to

9      determine if you have an broader impersonation problem

10     but I think provisionals is another way to do it.

11             UNIDENTIFIED SPEAKER:  And just to be clear,

12     the only difference between the way that Florida handles

13     it and letting anybody just sign an affidavit and

14     vote -- and, you know, the way I look at that it's

15     really just a -- it's almost a nudge in the direction of

16     obtaining and using and getting used to using the proper

17     prescribed identification because the only difference is

18     that in one mechanism these votes that a panel of -- of

19     the public look at and conclude that one signature is

20     not likely to be the same signature as the other

21     person's signature, that in one instance those votes

22     where a majority of this panel conclude is not likely to

23     be the signature of the same person, in one system, they

24     count and in the other system, they do not count, and

25     that really is the only difference between your top



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

582

1       choice of how that is handled and how it is handled in

2       Florida, would you not agree?  That's the difference?

3                    MR. MOORE:  Yeah, and I think it's a

4       significant difference.  I think what I've seen it in

5       and I think what Carter-Baker kind of suggests as well

6       is that maybe there's a weigh station, maybe you can

7       have an interim law with affidavits for provisional

8       ballots that would allow you to better track those

9       voters who don't have ID and then based on your

10      experience with that law, you could tighten it up or

11      loosen it as needed but given how little we know about

12      the pool of people who don't have the required ID, it's

13      a little bit -- I think a little frightening to --

14                   UNIDENTIFIED SPEAKER:  Well, I mean, I don't

15      think there's anybody here that doubts that -- you know,

16      that those are accurate descriptions of the people who

17      do not have photo identifications and -- and that's why,

18      you know, I am not a proponent of the Indiana law.

19      But --

20                   And let me ask this question:  When you

21      talked about the number -- your estimate of the number

22      of registered voters in Texas that do not have ID, what

23      percentage of the total registered voters --

24                   MR. MOORE:  I took the 2008 registered

25      voters and applied the 1.2 percent that was found across



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006367

TX_00031725

583

1    the three states and that's very rough but if you want

2    an idea of some kind of, I think, firmer number --

3                    UNIDENTIFIED SPEAKER:  So, you believe

4    that -- tell me if I'm understanding what you're just

5    saying correctly -- you believe that 98.8 percent of the

6    voters already have the photo identification that is --

7    that would be required in this legislation?

8                    MR. MOORE:  I think the number would be a

9    little lower in Texas than some of these other states

10   but it's in that neighborhood of 96, 97, 98 percent of

11   registered voters have ID.  I think it's very high.  And

12   I think four years ago, we thought it was much lower.

13                   UNIDENTIFIED SPEAKER:  And I think some

14   people take that statistic of 2 or 3 or whatever it is

15   or 4 percent and get very flippant about it and go,

16   okay, it doesn't matter, it's insignificant.  And I just

17   want you to know that's not my attitude but I think it

18   is important to have some information about the extent

19   of the voters that are currently qualified even if we

20   were to adopt the Indiana law and require them to have a

21   photo ID, which I don't believe there's any chance will

22   occur.

23                   Yes, Representative Bonnen.

24                   REPRESENTATIVE BONNEN:  Now, are you for or

25   neutral?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031726

584

1          MR. MOORE:  Neutral on the law.

2          REPRESENTATIVE BONNEN:  So, you're neutral

3     on this.  Okay.

4          You -- you've made the comment -- and I'm

5     just curious what number you would think it would need

6     to be -- that Georgia had a -- I forget the exact word.

7     It's unimportant.  But, you know, you said a good

8     number.  I mean, you didn't say that number but, you

9     know, a pretty decent number, which I believe was a

10    million dollars for voter education or whatever.  The

11    gentleman testified earlier and said that I was not

12    enough, you would guess, for the Justice Department.

13    And so, the population in Georgia is 9.5 million and

14    they did a million dollars.  Currently we're looking at

15    2 million in Texas.  Our population is about 23 million.

16    We pulled it up.  It was 23.5.

17          UNIDENTIFIED SPEAKER:  23.9.

18          REPRESENTATIVE BONNEN:  23.5.  Anyway, 24

19    million.  So -- so, what do you think that number should

20    be?

21          MR. MOORE:  Well, my comment was really not

22    so much about the number as it was the specificity that

23    you can give to the Justice Department to say this is

24    the type of education we're going to be doing and this

25    is the money that we've set aside to do it, in other



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031727

585

1    words, instead of a figure that's out there that says

2    we're just going to -- generally, we're going to give

3    this towards voter education or give this toward giving

4    IDs to people, the more specificity that you can give

5    and the more it shows a thought out program, the better

6    your chances of getting pre clearance are going to be.

7           REPRESENTATIVE BONNEN:  Another thing you

8    had commented on that maybe I don't understand but I

9    believe in the bill -- I mean, unless I'm wrong -- we

10   would give anyone who doesn't have an ID a free ID.

11          MR. MOORE:  That's not the way that I

12   see the -- the way that I read the provision.  The way

13   that I read the provision is if you only are going to

14   use your ID for voting -- now, I'm not saying that's not

15   enough -- that's up to you but the other state --

16          UNIDENTIFIED SPEAKER:  It's really not up to

17   us, actually.

18          MR. MOORE:  But the other states have said

19   photo IDs are free.  If you come in and get a photo ID,

20   we would have charged you for that before the bill but

21   now it's free.

22          And I think that particularly in Georgia

23   where Judge Murphy had serious problems with the poll

24   tax argument before, that has raised his concern

25   because, just to finish, he felt like that was a fee you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031728

586

1     had to pay in order to vote, in other words, you had

2     to -- you had to pay that -- you had to pay a fee in

3     order to get the state document in order to vote, and he

4     felt that was close to a poll tax.  If the cards were

5     free, then it took away that argument.

6               REPRESENTATIVE BONNEN:  Right, and I

7     understand.

8               MR. MOORE:  Yeah.

9               REPRESENTATIVE BONNEN:  Ours says it's free

10    for the use of voting.

11              MR. MOORE:  The way I read the bill, someone

12    who went in to get a card and wanted to have another use

13    for it would probably feel compelled to pay the fee in

14    order to avoid saying that he was only going to use it

15    for voting.

16              REPRESENTATIVE BONNEN:  I think that's a

17    simple clarification.  So, assuming that clarification

18    is made, would that --

19              MR. MOORE:  If the clarification is that all

20    photo IDs are free, not necessarily licenses but you can

21    get a photo ID card for free, as Georgia and Indiana

22    did, yes, I think that would take care of that

23    particular --

24              REPRESENTATIVE BONNEN:  But only that one,

25    right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031729

587

1          I was curious -- and maybe I missed it --
2      you made the comment about allegations of
3      politicalization, you know.  Where do those come -- I
4      mean, what are you referring to?
5               MR. MOORE:  I think the best documentation
6      of that is in the DOJ's own report on possession of
7      hiring the Justice Department, and I think there's a
8      long record now of congressional testimony about
9      possession.  It's still debatable but my only point was
10     that I think in many ways the original 2005 Georgia pre
11     clearance, which is the key one, has been discredited
12     by a lot of people in the voting rights field, and I'm
13     not sure the Obama Justice Department necessarily see
14     that as the precedent it would under other
15     circumstances.
16               REPRESENTATIVE BONNEN:  I understand that.
17     I guess my concern was, first, the Justice Department is
18     supposed to not be political but, secondly, you know, I
19     know it's Dr. Allen's birthday but even if her birthday
20     wish were to wake up in a nonpolitical world tomorrow,
21     I'm not sure -- as much as you and I and the rest of us
22     would like to deliver that birthday wish to her, I'm not
23     sure how we do it.
24               So, if we're going to -- and I don't know
25     how you stop the politicalization, which I'd love to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006372

TX_00031730

588

```
 1        see.  I mean, we saw a lot of politicalization here
 2        tonight.  I mean, I --
 3                 MR. MOORE:  Well --
 4                 REPRESENTATIVE BONNEN:  I don't think you'll
 5        ever pre clear anything.  I don't think you'll ever pre
 6        clear a redistricting map.  I don't think you'll ever
 7        pre clear any voting law issue if it has to be free of
 8        politicalization because, unfortunately -- and I am very
 9        disturbed by politicalization, quite frankly, it won't
10        end.
11                 MR. MOORE:  Well, in all due respect, the
12        problems in the say 2005, 2007 Bush administration were
13        unprecedented and they were politicalization problems
14        and allegations that did not arise, for instance, under
15        the Reagan years and under a very conservative
16        administration of the civil rights division.
17                 So, I think it was a unique and very
18        unfortunate and I think that it's becoming very well
19        documented but my only -- I think the only relevance to
20        this is that the civil rights division itself will see
21        the 2005 pre clearance as perhaps less of a precedent
22        than it would under other circumstances but I don't --
23        and I expect you will get a very professional and
24        nonpartisan hearing when you send your law to the civil
25        rights division.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031731

589

1          Yes, I don't think it was mortally wounded

2     and politically precise.  In fact, in the last few

3     years, the Bush administration itself acknowledged many

4     of the problems and started to move --

5               REPRESENTATIVE BONNEN:  Okay.  Thank you.

6               CHAIRMAN SMITH:  Tell me this, just as a --

7     on the legal issues, to what extent does the Supreme

8     Court opinion influence that review or provide any safe

9     harbors with regard to that process?

10              MR. MOORE:  On the legal basis, it's a

11    different analysis.  We're talking being retrogression

12    to the constitutional analysis.  I'm not going to say

13    that the Crawford opinion will not change the context in

14    which it's -- it's seen.  I mean, these are lawyers who

15    read those cases, and they are going to be influenced by

16    that decision but on a legal basis, on an analytical

17    basis, it's distinct, and this is a before and after

18    analysis of your law as it stands now and this is what's

19    going to be passed.

20              So, it's a distinct analysis but it happens

21    in a climate and certainly the Crawford case makes it --

22    makes ID laws kind of more legitimate in a general way

23    that can't help but impact and influence the pre

24    clearance process.

25              CHAIRMAN SMITH:  So, you're saying that even



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006374

590

1      if our law is clearly less onerous or progressive,

2      depending on your perspective, than the Indiana law, you

3      still believe there is a possibility that it could be --

4              MR. MOORE:  I certainly think the Justice

5      Department -- for instance, under Section 5, as you

6      know, the burden is on Texas.  So, the Justice

7      Department, if it wanted to, could simply say Texas has

8      not met its burden and lodge an objection on that basis,

9      or the DC court could regardless of the laws or even

10     whether it believes -- and it's up to you to prove that

11     it's not retrogressive, not up to the Justice Department

12     or the DC court to produce it is.

13             CHAIRMAN SMITH:  Okay.  Yes, Representative

14     Anchia.

15             REPRESENTATIVE ANCHIA:  Yes.  Let's talk a

16     little bit about Carter-Baker, and if you could

17     reiterate for the committee your involvement in

18     Carter-Baker.

19             MR. MOORE:  I joined Carter-Baker in 2006

20     upon leaving the Justice Department in order to handle

21     the follow-up work, the implementation of their

22     recommendations.  So, I worked there for a little over a

23     year, pushing nonpartisan election administration,

24     trying to, you know -- developing and lending funding

25     for projects such as this and also working with



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031733

591

1        legislatures and congress members.

2               In the summer of 2006 there were

3        congressional debates on federal ID law, and we worked

4        with congress to try to inform them what the -- what the

5        Carter-Baker proposal was.

6               And I think it's important just to -- I

7        mean, I think it's serving its purpose if it's being

8        discussed in this hearing.  So, it's good to see that

9        because that's really what its role was, to promote the

10       debate and the dialogue.

11              But there's some real differences between

12       what they proposed in their recommendation and what has

13       been implemented.

14              REPRESENTATIVE ANCHIA:  And during the --

15       now, the three sessions that we -- we're discussing

16       voter ID, Carter-Baker has been used as support for

17       voter ID on a piecemeal basis wherein people said, hey,

18       Carter-Baker recommended voter ID, let's do voter ID,

19       without acknowledging the remainder of the

20       recommendations.  And there were 87 recommendations,

21       were there not?

22              MR. MOORE:  Right.

23              REPRESENTATIVE ANCHIA:  And -- and after

24       what I think both President Carter and Secretary Baker

25       perceived as kind of a bastardization of Carter-Baker by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006376

592

1      proponents of voter ID, they wrote a -- they co-wrote an

2      op-ed in the NEW YORK TIMES stating that their intent

3      had been misconstrued; is that not right?

4                MR. MOORE:  That's right.

5                REPRESENTATIVE ANCHIA:  And have you read

6      that?

7                MR. MOORE:  Oh, yes.

8                REPRESENTATIVE ANCHIA:  September 23rd,

9      2005.  In fact, I used it on the House floor, and I was

10     accused of misusing their words, and I tried to explain

11     to the person making the accusation that while, in fact,

12     these are their words -- and they said, and I'll quote,

13     and if you can offer some context after presenting this

14     quote, quote, "Until we have universal registration, we

15     cannot make having such an ID be a condition of voting,"

16     end quote.  Do you recall that part of the op-ed?  Can

17     you put it in a broader context of Carter and Baker and

18     voter ID?

19               MR. MOORE:  Well, I think Carter and Baker

20     were very disappointed with the Georgia law in 2005,

21     which they thought was a not a very well thought out

22     bill.  I think they were more pleased with the 2006 law,

23     but I still don't think it came up to their

24     expectations.

25               The Carter-Baker proposal was really a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

593

1   compromise on the two extremes, and it really wanted us

2   to move toward universal registration of all voters but

3   more importantly for the state to take a very

4   affirmative role in getting people registered to vote.

5             Now, they didn't really come out all the way

6   to universal registration but they really wanted the

7   state to take an affirmative role, to go out and get

8   people registered to vote and don't put it on their

9   shoulders and, on the other hand, you're going to

10  improve security by having a photo ID requirement that

11  was tied to the real ID, the -- and kind of a quasi

12  national ID that everybody would have.

13            And -- but part of that, too, was that they

14  saw it happening at a national level.  They wanted to

15  replace what we still had, which was a patchwork of

16  state laws, which -- very dramatically by having a

17  national standard, and that has not come about at all.

18  So, they were really looking at it at the federal level

19  rather than piecemeal state laws.

20            REPRESENTATIVE ANCHIA:  And can you talk a

21  little bit about and give us some context for universal

22  registration?  Again, this is the follow up to

23  Carter-Baker when they were expressing frustration about

24  the implementation of only one leg of the stool, saying,

25  hey, we're doing more security but we're not doing more



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006378

594

1    access, and then they talk a year later -- I guess is

2    this a year, maybe nine months later about universal

3    registration.  What do they mean there?

4              MR. MOORE:  Well, they thought that the real

5    ID -- the post 911 emphasis on ID would be a mechanism

6    to register people.  So, for instance, the proposals

7    that have come up now post 2008 about moving towards

8    universal registration through populating state voter

9    registration lists through the DMV, through the

10   licensing list would be one way of moving toward

11   universal registration.

12             So, where by default people are registered

13   and then they're dropped off the list for these reasons

14   but their idea was -- and it's a little esoteric, I

15   think, was to use real ID and this standard ID as a way

16   to register everybody.  You go in to get your real ID

17   and you're registered and it shows up on your license,

18   and so, everybody -- you know, you -- and then the state

19   really takes on the obligation to go out and find

20   everybody and bring them in and register them and get

21   them the ID because they thought the real ID would be

22   something that everybody would have.

23             REPRESENTATIVE ANCHIA:  And -- and in the

24   absence of the implementation of universal registration,

25   can you talk a little bit about what your home state has



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031737

595

1    done with same day registration during early vote?  And

2    let's put it in a Texas context and maybe you can draw

3    an analogy.  North Carolina, you can go and do -- you

4    can register early only during early vote.  Those votes,

5    I think, are provisional and --

6              MR. MOORE:  No, they're regular.

7              REPRESENTATIVE ANCHIA:  They're regular

8    votes, they're not provisional?  Are they -- are they

9    subject to review by ballot board?

10             MR. MOORE:  No.  They're regular ballots.

11   It's like same day registration or election day

12   registration.  They walk in and register and vote the

13   same day.

14             REPRESENTATIVE ANCHIA:  But only during

15   early vote?

16             MR. MOORE:  That's right.

17             REPRESENTATIVE ANCHIA:  And do they have to

18   submit some form of ID in North Carolina?

19             MR. MOORE:  I'm not sure.  I actually live

20   in Virginia.  So, I'm not a North Carolina voter.

21             REPRESENTATIVE ANCHIA:  Okay.  Okay.  You

22   just went to college there?

23             MR. MOORE:  Well, I'm a native North

24   Carolinian and went to college there.

25             REPRESENTATIVE ANCHIA:  Okay.  So, maybe



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031738

596

1      North Carolina -- does North Carolina represent one

2      opportunity for a state to enhance access to

3      registration and maybe offset some of the

4      disenfranchising impact of a voter ID law?

5              MR. MOORE:  Yes.  And one of the other ways

6      that North Carolina would be a model is that North

7      Carolina, like Texas, has really good election offices,

8      and I work with election -- I work with the 55 election

9      offices across the country and in the territories.  And

10     North Carolina and Texas, you know, we work with their

11     office, are two of the best in the country.

12             And so, your -- you know, you have an

13     election office that can handle these -- these things.

14     Not every state has the capacity to handle something

15     like same day registration.

16             REPRESENTATIVE ANCHIA:  Who is Robert -- Dr.

17     Robert Pastor.

18             MR. MOORE:  He was executive director of the

19     Carter-Baker Commission.

20             REPRESENTATIVE ANCHIA:  And he strongly

21     cautioned congress in March of 2009, just recently, just

22     last month, that if voter IDs become the entire part of

23     the solution, then they actually become part of the

24     problem.  Are you familiar with his congressional

25     testimony?  And would you think that that congressional



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031739

1   testimony is in line with the sentiments expressed by

2   President Carter and Secretary Baker in their op-ed?

3              MR. MOORE:  Yes.  And I think Dr. Pastor,

4   who does a lot of international election work as well,

5   has been frustrated by the polarization and the kind of

6   myopic debate on ID and the unwillingness of people in

7   both parties to see ID as a way to expand the franchise

8   and increase security and improve elections overall.

9              REPRESENTATIVE ANCHIA:  Thank you.

10             REPRESENTATIVE BOHAC:  Representative Bohac.

11   Is it your believe that most people who want to be

12   registered to vote are indeed registered to vote through

13   the access laws that we have now?

14             MR. MOORE:  I'm quite sure of it, yeah.

15             REPRESENTATIVE BOHAC:  So, if people want to

16   register to vote, they're probably more than likely

17   registered to vote?

18             MR. MOORE:  Yes.

19             REPRESENTATIVE BOHAC:  A moment ago, you

20   said that real ID would be something everyone has.

21   Assuming that Texas is a country and we mandate -- let's

22   just assume we were and we did say everybody should have

23   an ID, what -- what made Carter-Baker think that it

24   would be so?

25             MR. MOORE:  Well, I think you have to go



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031740

598

1     back to when Carter-Baker Commission was meeting and

2     coming up with these recommendations, and this was much

3     closer to 911 and the real ID had some momentum and the

4     resistance to it had not occurred yet.  So, I think

5     there was a belief that this was going to be a quasi

6     national ID implemented through the states.  I don't

7     think that is as realistic now or it seems that way now

8     as it was at the time.  So, I think that in a way they

9     kind of overestimated what real ID was going to be.

10                REPRESENTATIVE BOHAC:  But it just seems to

11    me that these same obstacles that this committee has

12    heard would be the same obstacles that would exist if

13    you called it a Texas ID or a real ID and if it were

14    free or it was not free.  There would be obstacles to

15    access.  I mean, I just see tension between the

16    Carter-Baker report, almost contradictions in some of

17    their concepts, in some of their reclarifications beyond

18    their initial report.

19                MR. MOORE:  Well, that certainly has been

20    one of the criticisms of the Carter-Baker

21    recommendation, particularly from the left, has been

22    that, and there are many people who felt that their

23    recommendation was not all that well thought out, that

24    it was a little bit, you know, off the wall but I think

25    that the core -- and I think they've had trouble



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006383

599

1   communicating their core principle, which was we will

2   trade security at the ballot in exchange for moving

3   toward a more universal registration.

4              REPRESENTATIVE BONNEN:  Right.  But you just

5   testified a moment ago that most of the people who

6   desire to be registered to vote are indeed registered to

7   vote, so, we really kind of have a hundred percent

8   registration in the strict sense that people who want to

9   be registered to vote are registered to vote.

10             MR. MOORE:  You asked me about are the bulk

11  of those people most of those people, and I said yes but

12  there are a lot of people who run into registration

13  problems, people who shift, for instance, their

14  registration from one jurisdiction to another and their

15  registration gets fouled up and then they can't vote a

16  regular ballot like they want.

17             And I think what they were looking at and I

18  think what the United States is moving toward is

19  something more like universal registration where you

20  have a transportable registration and where you're seen

21  to have -- you know, it's very hard to avoid being

22  registered, as opposed to now where the burden is on the

23  voter to keep their registration updated as they move,

24  if they have name changes, all of that.

25             So, I think that most people who -- yes,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031742

600

1       most people who want to be registered are registered but

2       I don't think that means that there's nothing to be

3       gained from expanding that and improving the

4       registration regime as well.

5                    REPRESENTATIVE BONNEN:  Okay.  Thank you.

6                    CHAIRMAN SMITH:  Did you see a material

7       difference between the letter that they wrote after the

8       report and the report itself?

9                    MR. MOORE:  The letter to the TIMES that was

10      published?

11                   CHAIRMAN SMITH:  Yes.

12                   MR. MOORE:  No.

13                   CHAIRMAN SMITH:  I read it and I didn't

14      really see any difference in that letter that -- versus

15      what I read in the report.  Do you think there's a

16      material difference?

17                   MR. MOORE:  No.  I think they have had

18      trouble communicating what was a compromise measure but

19      that's understandable because they were trying to do

20      something new, I think.

21                   CHAIRMAN SMITH:  So, you made it clear

22      earlier -- I believe you said that they did not come out

23      for universal registration, they encouraged people to

24      move toward more universal registration, would that be a

25      fair description of what they recommended?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031743

601

1          MR. MOORE:  Yeah.

2          CHAIRMAN SMITH:  And if -- if I'm reading it

3     correctly, I'm looking here at their letter and report,

4     I have read that additional editorial that they wrote

5     and, again, it seems to reflect what is in the report

6     itself but what it says here is:  We're recommending a

7     photo ID system for voters designed to increase

8     registration with a more affirmative and aggressive roll

9     for states in finding new voters and providing free IDs

10    for those without driver's licenses.  That's from

11    their -- the letter from the co-chairs summarizing

12    what's in the report, and they talk about mobile --

13    mobile voter units in the report itself and other -- I

14    suppose they're not intending to limit the mechanism or

15    the manner in which an individual state would engage in

16    aggressive efforts to register more voters.  Do you

17    think that's a fair --

18         MR. MOORE:  Yes.  I think you have to go

19    back to Jimmy Carter's experience overseas in countries

20    that do have universal registration or something more

21    close to it, and what I think their real idea was to

22    change our mindset away from putting the burden on the

23    voter to maintain their voter registration records to

24    putting it on the state to do that.

25         CHAIRMAN SMITH:  And, obviously, if we had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006386

TX_00031744

602

 1    found a means to adopt the real ID card and if that was

 2    politically feasible, then that would be one mechanism

 3    they specifically mention in the report as a way to do

 4    that; is that correct?

 5              MR. MOORE:  Right.  And that's what many

 6    countries overseas do which have a national ID and

 7    require photo IDs at the polls because it --

 8              CHAIRMAN SMITH:  But we're all kind of

 9    agreeing that that turned out not to be a feasible way

10    to get that done; is that correct?

11              MR. MOORE:  I don't think there's political

12    support for it.

13              CHAIRMAN SMITH:  Yeah, at this point.

14    But -- so, the principle -- you know, without getting

15    into the details, the principle they are recommending is

16    that to the extent that you enhance security, that you

17    simultaneously take some affirmative step on the part of

18    the state to expand access and to expand the number of

19    potential registered voters; is that correct?

20              MR. MOORE:  And expand the number of people

21    that have ID, which was part of that, too.

22              CHAIRMAN SMITH:  Okay.  All right.

23              Yes, Mr. Bonnen.

24              REPRESENTATIVE BONNEN:  You're neutral on

25    the bill; is that right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031745

603

 1              MR. MOORE:  Yes.

 2              REPRESENTATIVE BONNEN:  Let me ask you about

 3      politicalization again.  Are you familiar with the

 4      WASHINGTON POST article last Wednesday, April the 1st,

 5      about the Justice Department's conclusion on the DC

 6      voting rights bill?

 7              MR. MOORE:  Yes, I saw that and I'm familiar

 8      with the article.  I'm familiar with the issue, yes.

 9              REPRESENTATIVE BONNEN:  Well, what's the

10      issue then?

11              MR. MOORE:  The issue, I believe, in that

12      article was that there had been a memo that advised that

13      the bill might be unconstitutional and Holder --

14      Attorney General Holder had overwritten that memo.

15              REPRESENTATIVE BONNEN:  He actually ordered

16      a second opinion from other lawyers in his department

17      and determined that the legislation would pass muster, a

18      finding that the Voting Rights bills runs afoul of the

19      constitution could complicate an upcoming House vote and

20      more vulnerable to legal challenges of the Supreme Court

21      but, when asked, a seasoned Justice Department

22      individual says they saw concern and then Holder said he

23      wanted the office of legal counsel -- I'm sorry, not the

24      legal counsel.  Who did he ask for then?  Solicitor

25      general then.  So, do you think we're moving away from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006388

TX_00031746

604

1    politicalization?

2           MR. MOORE:  Well, I think you're right and

3    there's always going to be question and there's always

4    going to be a shadowing over and there always has been

5    and it goes back to Robert Kennedy and everything else

6    but I do want to go back and say that the -- the degree

7    to which the civil rights division was criticized from

8    about 2002, 2003 to 2007 was unique in the history of

9    the division and it was very unfortunate but you're

10   right and it's going to be something that's going to

11   take increased transparency and it's going to take

12   increased scrutiny to make sure that that is not

13   repeated on either side.

14          UNIDENTIFIED SPEAKER:  But I guess the

15   concern is that it sounds as if we are headed in that

16   direction.

17          MR. MOORE:  I think it's a little early and

18   that one memo, I don't think, is really conclusive as to

19   what -- I'm not willing to say that the mistakes of the

20   last few years are going to be repeated in the Obama

21   administration, not yet anyway.

22          UNIDENTIFIED SPEAKER:  Even though the

23   Attorney General is not agreeing with long-term Justice

24   lawyers who say there is a problem and then he asks for

25   something that's -- apparently I'm not that schooled in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031747

605

1      this -- highly unusual and says he wants the solicitor

2      general's office, I think I got that right?

3                  MR. MOORE:  I think if that becomes a

4      pattern, then that would be a concern to have but

5      speaking totally from a --

6                  UNIDENTIFIED SPEAKER:  No, I understand.

7      And I guess my concern is when you say becoming a

8      pattern, is it important whether it's a pattern or not

9      or if it's on the rare occasions it happens what the

10     issues are, like DC voting rights, that's a pretty

11     significant issue, so, there only may be say two

12     significant issues in the next three years but on those

13     two, you see these type of situations occur, then that's

14     an issue.  That may not be what I would call a pattern.

15                 MR. MOORE:  Well, I think the Department of

16     Justice is going to have more than two significant

17     issues over the next three years that could hopefully --

18                 UNIDENTIFIED SPEAKER:  Hopefully, but you

19     follow what I'm saying, even if it's not --

20                 MR. MOORE:  You know, if that turns out,

21     like I said, to be something that happens again -- in a

22     case like this in which it's, obviously, in the

23     Democrat -- Democratic's party interest to have a vote

24     for DC, then I would be worried that that was --

25                 UNIDENTIFIED SPEAKER:  Can you point to any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031748

606

1    other decisions that Justice Department has made that
2    would show us they're not going to be -- there won't be
3    politicalization that they've made since they've been in
4    administration?
5              MR. MOORE:  I'm sorry, it's just too early
6    and we just don't have enough of a --
7              UNIDENTIFIED SPEAKER:  That's what, I guess,
8    I'm trying to drive at.  I mean, I don't know enough
9    about what decisions they've had available or issues
10   have come up but, I mean, is this the only one or are
11   there others that they maybe went the correct direction
12   on or didn't show a degree of politicalization?  Is this
13   it for their short tenure?
14             MR. MOORE:  I just don't know.
15             UNIDENTIFIED SPEAKER:  Thank you.
16             CHAIRMAN SMITH:  There's been some reference
17   to this editorial, and I want to just take a second to
18   read a little part of it here.
19             February 3rd, 2008 by Jimmy Carter and James
20   Baker.  It says:  This is a major election year.
21   Unfortunately, our two major political parties,
22   Democratic and Republican, continue to disagree on some
23   of the rules that apply to the administration of our
24   elections.  This divide is perhaps most contentious when
25   the issue becomes one of whether voters should present



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

607

1    photo identification to vote.  27 states require at

2    least some form of ID to vote.  Supporters of this

3    policy argue that if voters identify themselves before

4    voting election fraud will be reduced.

5              Opponents of an ID requirement fear it will

6    disenfranchise voters, especially the poor, members of

7    minority groups and the elderly who are less likely than

8    other voters to have suitable identification.  The

9    debate is polarized between proponents because most of

10   the proponents are Republicans and most of the opponents

11   are Democrats.

12             In 2005, we led a bipartisan commission on

13   federal election reform and concluded that both parties'

14   concerns were legitimate.  A free and fair election

15   requires both ballot security and full access to voting.

16   We offered a proposal to bridge the partisan divide by

17   suggesting a uniform voter photo ID based on the Federal

18   Real ID Act of 2005 to be phased in over five years.

19             To help with the transition, states would

20   provide free voter photo ID cards to eligible citizens.

21   Mobile units would be sent out to provide the IDs to

22   registered voters.  Of the 21 members of the commission,

23   only 3 dissented on the requirement for an ID.

24             No state has yet accepted our proposal.

25   What's more, when it comes to ID laws, confusion reigns.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031750

608

1    The laws on the books, mainly backed by Republicans,

2    have not made it easy enough for voters to acquire an

3    ID.

4             At the same time, Democrats have tended to

5    try to block voter ID legislation outright instead of

6    seeking to revise that legislation to promote

7    accessibility.

8             When lower courts have considered challenges

9    to state laws on the question of access, their decisions

10   have not been consistent and in too many instances

11   individual judges have appeared to vote along partisan

12   lines.

13            Fortunately, the Supreme Court has taken on

14   a case involving a challenge to Indiana's voter ID law.

15   The Court, which heard arguments last months and is

16   expected to render a judgment this term, has the power

17   finally to bring clarity to this crucial issue.

18            The report goes on to indicate that the

19   American University Center for Democracy indicates that

20   only about 1.2 percent of registered voters lack a photo

21   ID.

22            I guess that's the statistic that you were

23   early citing.

24            UNIDENTIFIED SPEAKER:  Mr. Chair, just real

25   quickly, what was the date on that letter?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031751

609

1           CHAIRMAN SMITH:  February 3rd, 2008.

2           UNIDENTIFIED SPEAKER:  Okay.  I referred

3     earlier to a op-ed by Carter and Baker from September,

4     2005.  So, you're reading from a different document than

5     what I eluded to, just for the record.

6           CHAIRMAN SMITH:  What is the date of yours?

7           UNIDENTIFIED SPEAKER:  September 23rd, 2005.

8     It was discussed on the House floor during the 2007

9     session.

10          CHAIRMAN SMITH:  Okay.

11          UNIDENTIFIED SPEAKER:  All right.

12          CHAIRMAN SMITH:  And I'm just saying it is

13    the very spirit of this document that I'm hoping we can

14    try to be the -- the only state that has managed to find

15    the middle ground on this issue and to expand access at

16    the same time that we enhance security.  That's

17    certainly what we're going to try to do.

18          Any other questions, members, of this

19    witness?  Any other questions?  Any other comments?

20          MR. MOORE:  No.  It's been a long day but --

21          CHAIRMAN SMITH:  We certainly appreciate you

22    taking the time to stick with us and apologize for the

23    length of time --

24          MR. MOORE:  Thank you for your time.

25          CHAIRMAN SMITH:  -- that you had to wait.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031752

610

1                UNIDENTIFIED SPEAKER:  Okay.  Is there
2      anyone else here which --
3                CHAIRMAN SMITH:  Oh, we wanted to bring the
4      Attorney General back.
5                UNIDENTIFIED SPEAKER:  You're joking, right?
6                UNIDENTIFIED SPEAKER:  For?
7                (Inaudible)
8                CHAIRMAN SMITH:  With the Attorney General's
9      office?
10               Anybody have any questions for Mr. Nichols
11     with the Attorney General's office?
12               UNIDENTIFIED SPEAKER:  I have a handful.
13               CHAIRMAN SMITH:  Okay.  Come on up.
14               UNIDENTIFIED SPEAKER:  I want it for the
15     record.
16               CHAIRMAN SMITH:  Okay.  State your name, who
17     you represent.  Have you filled out a form?
18               UNIDENTIFIED SPEAKER:  He gave it to you.
19               MR. NICHOLS:  I did fill out a form, Mr.
20     Chairman.
21               Good morning.  Eric Nichols, Deputy Attorney
22     General for Criminal Justice.
23               Happy birthday.
24               REPRESENTATIVE DR. ALLEN:  Thanks.
25               UNIDENTIFIED SPEAKER:  Let's get this right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

611

1          MR. NICHOLS:  That should have come first.

2     I apologize, Dr. Allen.

3          REPRESENTATIVE DR. ALLEN:  That's all right.

4     Thank you.

5          UNIDENTIFIED SPEAKER:  Can I go, Mr.

6     Chairman?

7          CHAIRMAN SMITH:  Yes.

8          UNIDENTIFIED SPEAKER:  Eric, how are you?

9     Good morning to you.

10          Earlier today there was some discussion

11     about Waller County and the Texas Attorney General's

12     involvement in the alleged misconduct out there.  One of

13     the complaints was that you all didn't devote adequate

14     resources to that particular problem.  Does the Texas

15     Attorney General have authority to pursue civil actions

16     under Voting Rights Act?

17          MR. NICHOLS:  No, sir.  That's the exclusive

18     province of the Department of Justice, the civil rights

19     division.

20          UNIDENTIFIED SPEAKER:  So, what do you have

21     authority to pursue?  Criminal violations under the

22     Texas Election Code?

23          MR. NICHOLS:  Yes, sir.  As I testified

24     before this body and before the Senate, we do have

25     original but not exclusive jurisdiction to prosecute



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

612

1    criminal violations of the Election Code.

2              And so, our -- our statutory authority in

3    the area is limited to acting upon referrals of

4    allegations of violations of the criminal provisions of

5    the Election Code.

6              We take those referrals.  We thoroughly

7    investigate those referrals.  If there are facts and the

8    law warrants presentation of those cases to a Grand

9    Jury, they will be so presented.

10             A Grand Jury makes a decision about whether

11   those cases will be indicted and if they are -- if the

12   Grand Jury makes a decision to proceed with an

13   indictment, then our office will be involved in

14   prosecuting the case from there forward.

15             UNIDENTIFIED SPEAKER:  The Department of

16   Justice filed a lawsuit against Waller County, correct?

17             MR. NICHOLS:  Yes, sir.

18             UNIDENTIFIED SPEAKER:  And they required the

19   county to enter a consent decree.  Did the federal

20   lawsuit alleged any criminal conduct?

21             MR. NICHOLS:  No, sir, it did not, and --

22   and I believe that what was confirmed, I think, by

23   President Bledsoe in what he testified to before the

24   Senate and testified to here today is that the Attorney

25   General's office was not only involved but was



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006397

TX_00031755

613

1    instrumental in getting the Department of Justice to

2    take the actions that it did and, in fact, the results

3    of the investigation that our office conducted, which

4    included impounding election records from Waller County

5    and interviews of the persons involved, that information

6    was provided to the Department of Justice, which then

7    informed us at the time that the consent decree was

8    entered that that investigation was critical to the work

9    that they were able to do to seek the civil remedies

10   that they were able to seek under the Voting Rights Act.

11            UNIDENTIFIED SPEAKER:  Do you think there's

12   more that you could have done?

13            MR. NICHOLS:  No, sir.  At some point, I

14   believe there was some testimony -- I believe it also

15   came from President Bledsoe, which was accurate, that in

16   order to prove a criminal violation, there is a need to

17   be able to produce evidence and show that someone acted

18   with intent, and I believe that President Bledsoe

19   referred to the official suppression statute, which

20   requires as an element that you show that a public

21   official intentionally denied someone a right that they

22   were entitled to.

23            And so, I -- my personal belief, based on my

24   direct experience in dealing with the Department of

25   Justice on this very case, is that the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031756

614

1    General's office fully discharged its duties given our

2    purview of what we can and can't do.

3              UNIDENTIFIED SPEAKER:  I appreciate your

4    testimony.  I just wanted the committee to kind of hear

5    that because we kind of got off on a trail today, and I

6    just wanted to shed a little bit more light on kind of

7    the overall of this particular situation.  I want to

8    thank you again for hanging in there until the very end.

9    That's all the questions I have.

10             Thank you, Mr. Chairman.

11             UNIDENTIFIED SPEAKER:  On that subject, I

12   don't know if you're the person to ask this but is there

13   something in place to protect African American

14   communities from some sort of systematic effort to

15   ensure that the lines are longer to vote in their

16   communities than they are in other communities?

17             MR. NICHOLS:  In terms of the actual

18   administration of how the voting process works, and an

19   issue in Waller County, for example, was, you know,

20   where are you going to place the ballot boxes, is it

21   appropriate in those elections to have ballot boxes on

22   the campus of Prairie View A&M.

23             And on those questions of the -- the

24   judgment of how the election should be held, of course,

25   we vest a lot of authority in Texas at the county level,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031757

615

1          so, we give the elections administrators in the counties

2          a lot of discretion.

3                    Of course, they can seek guidance from and

4          support from the Secretary of State's office, and then,

5          of course, you have another level of supervision.  If

6          you conduct an election in such a way to disenfranchise

7          voters, then you may get into a Voting Rights Act issue

8          as well but on those administrative parts, we really

9          rely on our elections administrators at the county

10         level, subject to supervision of the Secretary of State

11         and then, at a much higher level, the Voting Rights Act

12         but those obvious -- for obvious reasons don't tend to

13         be the kinds of criminal violations that we handle in my

14         shop.

15                   CHAIRMAN SMITH:  So, if you've got bigoted

16         leadership at the county level, they will seek advice of

17         the Secretary of State to see how far they can push it

18         before they cross a legal line?

19                   MR. NICHOLS:  I mean, it's entirely

20         possible -- now, there are criminal statutes that deal

21         with such issues as retaliation against voters.  I mean,

22         if someone retaliates against a voter for having voted a

23         certain way, there is a criminal statute to deal with

24         that but if it doesn't rise to that level of such

25         knowing or intentional conduct, then you're really



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031758

616

1     dealing with administrative issues that if the committee

2     is interested in that kind of thing, you ought to be

3     addressing with some of those administrative processes.

4               CHAIRMAN SMITH:  Any other questions?

5               REPRESENTATIVE DR. ALLEN:  I've got a

6     question.

7               CHAIRMAN SMITH:  Dr. Allen.

8               REPRESENTATIVE DR. ALLEN:  Are there any

9     ballot boxes on any campus in the State of Texas?

10              MR. NICHOLS:  I don't know, Dr. Allen.  We

11    might want to ask the Secretary of State's office to see

12    if that's ever done anywhere.  And I can't recall off

13    the top of my head.  I can get a copy of that consent

14    decree for you.  I can't recall whether the consent

15    decree that the DOJ entered into in the Waller County

16    case spoke to the issue of where those ballot boxes were

17    placed but I can certainly check for you.

18              REPRESENTATIVE DR. ALLEN:  Anywhere in

19    Texas, that's what I want to know.

20              MR. NICHOLS:  Yes, I'll check on that for

21    you, Dr. Allen.

22              CHAIRMAN SMITH:  Representative Anchia.

23              REPRESENTATIVE ANCHIA:  Mr. Nichols, just to

24    get an update, any -- have you prosecuted any cases of

25    in person voter impersonation at the polls as the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006401

617

1       Attorney General's office?

2                   MR. NICHOLS:  We have among the -- I think

3       the number is up to 31 prosecutions now.  Among those 31

4       prosecutions, there are, by my count, probably 4

5       prosecutions that deal with in person conduct, in other

6       words, some form of fraudulent conduct that --

7                   REPRESENTATIVE ANCHIA:  Does that include

8       investigations?

9                   MR. NICHOLS:  No.  That would just be

10      prosecutions.  And investigations, again, as you know, I

11      hope I've been very clear that I don't want to be

12      discussing --

13                  REPRESENTATIVE ANCHIA:  And I don't want you

14      to.  I just want to know if prosecutions would include

15      as a subset investigations.  I don't want you to discuss

16      any investigations.  You consider those two things

17      separate?

18                  MR. NICHOLS:  I do and for obvious reasons,

19      and -- and if I might, I just -- I can't stress enough

20      to this committee and to everyone that's listening that

21      from my perspective, there are reasons why the integrity

22      of investigations need to be -- needs to be maintained,

23      the integrity of investigations, and it is not helpful

24      to the integrity of investigations to have anyone,

25      someone in my position or a legislator to be talking



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006402

618

1        publicly about ongoing investigations of any matter,

2        including Election Code violations.

3                    REPRESENTATIVE ANCHIA:  And I'm not asking

4        you to discuss them publicly.  You have investigations,

5        prosecutions.  Any convictions?

6                    MR. NICHOLS:  Yes, sir.

7                    REPRESENTATIVE ANCHIA:  Okay.  In the 30 or

8        so?

9                    MR. NICHOLS:  Yes, sir.

10                   REPRESENTATIVE ANCHIA:  Okay.  And what fact

11       pattern?  Was that for in person voter impersonation?

12                   MR. NICHOLS:  The cases have actually been

13       resolved involving in person polling place conduct

14       included a case that involved someone actually

15       physically voting for voters that were escorted to the

16       polling place.

17                   There were cases of -- where resident

18       aliens -- I think you and I talked about this case

19       before -- resident aliens were registered to vote by a

20       counsel woman in Calhoun County.

21                   REPRESENTATIVE ANCHIA:  Yeah.

22                   MR. NICHOLS:  And which resulted in not only

23       their being improperly registered to vote but actually

24       going to the polling place and voting.

25                   REPRESENTATIVE ANCHIA:  And we talked about



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

619

1     that.  You testified about that in the interim, correct?

2            MR. NICHOLS:  Yes, sir.

3            REPRESENTATIVE ANCHIA:  Calhoun County?

4            MR. NICHOLS:  Yes, sir.

5            REPRESENTATIVE ANCHIA:  And the -- your

6     office determined that the people who voted did not have

7     the mens rea to commit voter fraud and that the actual

8     fraud was committed by the candidate by giving the

9     resident -- the legal permanent residents that

10    information about the fact that they could vote; is that

11    not correct?

12           MR. NICHOLS:  Yes, sir, absolutely, that was

13    the allegation in that case.

14           REPRESENTATIVE ANCHIA:  That was the fact

15    pattern there?

16           MR. NICHOLS:  That in a very close election

17    that that politician had actively encouraged persons who

18    were not eligible to vote not only to register to vote

19    but actually to go vote.

20           REPRESENTATIVE ANCHIA:  Right, and that the

21    persons who did vote did not have the requisite mental

22    state to commit fraud, correct?

23           MR. NICHOLS:  Yes, sir.  They were not

24    prosecuted because we believe that they had been lied

25    to.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006404

TX_00031762

620

1           REPRESENTATIVE ANCHIA:  Okay.  Okay.  With

2      respect to the other case of in person voter

3      impersonation, what was the fact pattern?  You said that

4      there was official misconduct where somebody was in the

5      polling place.

6           MR. NICHOLS:  And actually voted at the

7      actual voting station.

8           REPRESENTATIVE ANCHIA:  For the registered

9      voter, correct?

10          MR. NICHOLS:  Yes, sir.

11          REPRESENTATIVE ANCHIA:  And in either of --

12     based on your knowledge of the Senate Bill, in either of

13     those cases would implementation of Senate Bill

14     prevented -- have prevented that in person voter

15     impersonation?

16          MR. NICHOLS:  I consider that to be a very

17     kind of abstract question.  I haven't studied it but --

18          REPRESENTATIVE ANCHIA:  Let me ask you this

19     question --

20          MR. NICHOLS:  Yes, sir.

21          REPRESENTATIVE ANCHIA:  -- did the legal

22     permanent residence have IDs in the Calhoun County case?

23          MR. NICHOLS:  I do not know.

24          REPRESENTATIVE ANCHIA:  Okay.  Did -- would

25     a voter ID standard have prevented the official



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006405

621

1       misconduct -- would have prevented the official

2       misconduct at the polling location by the official who

3       is voting the other people's ballot?

4              MR. NICHOLS:  Again, it's not something that

5       I've studied or would be able to offer kind of a

6       hypothetical answer to.

7              REPRESENTATIVE ANCHIA:  Okay.  Okay.  Do you

8       know if IDs were presented in -- at the polling location

9       when the official misconduct occurred?

10             MR. NICHOLS:  I do not.

11             REPRESENTATIVE ANCHIA:  Okay.  Thank you.

12             UNIDENTIFIED SPEAKER:  Judge, I'm still not

13      clear on what the allegation is with regard to someone

14      voting for someone else.  What specifically happened

15      there?

16             MR. NICHOLS:  A person escorted an elderly

17      couple to the polls and then physically voted their

18      ballots at the polling place.

19             CHAIRMAN SMITH:  Okay.  So, in that

20      instance, you had someone -- so, you're saying the

21      elderly couple, from your understanding, went to the

22      table and handled the process of getting the ballot

23      themselves and then the other person took the ballots

24      and went in and voted it, is that how it happened?

25             MR. NICHOLS:  Yes, sir.  Yes, sir.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031764

622

1          CHAIRMAN SMITH:  Okay.  Any other questions,

2     members?

3          (Inaudible)

4          MR. NICHOLS:  Yes, it is fraudulent to cast

5     a ballot for -- for someone else.

6          CHAIRMAN SMITH:  I want to ask a quick

7     question of the Secretary of State.  Is she still here?

8     Ann?  Yes, you are.

9          Thank you.

10          MR. NICHOLS:  Thank you.

11          UNIDENTIFIED SPEAKER:  Thank you, Mr.

12     Nichols.

13          CHAIRMAN SMITH:  State your name again and

14     who you represent.

15          MR. SEPEHRI:  John Sepehri, general counsel

16     for the Secretary of State's office.

17          CHAIRMAN SMITH:  Okay.

18          MS. MCGEEHAN:  Ann McGeehan, Secretary of

19     State's office.

20          CHAIRMAN SMITH:  Okay.  Is there any way --

21     have you all had -- I think we've talked about it at

22     some point in time.  Is there any way to make any kind

23     of an informed judgment of if I give you a million

24     dollars how many people I can register in the state that

25     are not currently registered?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031765

623

1              MR. SEPEHRI:  Well, I think there are a lot
2       of factors outside of the appropriations process that
3       could affect sort of the bang for buck you would get
4       from that effort.  I don't think we can -- we've talked
5       about it and I don't think we can really quantify that
6       for you.
7              CHAIRMAN SMITH:  How would I go about
8       getting some quantification of that?  Who could help me
9       with that?  I guess it depends on how you spend the
10      money.
11             MS. MCGEEHAN:  Right.  That was going to be
12      my answer because I think it really depends on what
13      policy changes you want to make, you know.  I mean,
14      there are various bills filed this session that might
15      expand the franchise but --
16             MR. SEPEHRI:  But it may or may not be hard
17      for us to evaluate specific policies which expand the
18      franchise on a dollar bang for the buck basis.
19             CHAIRMAN SMITH:  I mean, do we have any
20      other examples out there of people spending X number of
21      money to register X number of voters?
22             MS. MCGEEHAN:  I can't think of it that way
23      as far as to kind of quantity, you know, the amount of
24      money it costs to get folks register.  I mean, that --
25             CHAIRMAN SMITH:  Just can't help me?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006408

TX_00031766

624

1              MR. SEPEHRI:  It's a hard question.

2              MS. MCGEEHAN:  It's probably not a direct

3      relationship I think is the --

4              CHAIRMAN SMITH:  Okay.  I think that's all

5      the questions I have.

6              UNIDENTIFIED SPEAKER:  Anyone else here

7      present to testify on or against SB 362?

8              The Chair calls on Representative Smith to

9      close.

10             CHAIRMAN SMITH:  I close.

11             UNIDENTIFIED SPEAKER:  The Chair moves that

12     SB 362 will be left pending before the committee.  Are

13     there any objections?  The Chair here's none.  SB 362

14     will be left pending before the committee.

15             CHAIRMAN SMITH:  Members, thank you very

16     much for your patience and for hanging with us.  Unless

17     there are any comments or questions, the Chair moves

18     that the House Committee on Elections stand adjourn

19     subject to the call of the Chair.

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006409

TX_00031767