625

```
 1      STATE OF TEXAS        *

 2      COUNTY OF HARRIS      *

 3

 4           I, the undersigned certified shorthand reporter

 5      and notary public in and for the State of Texas, certify

 6      that the facts stated in the foregoing pages are true

 7      and correct.

 8

 9           I further certify that I am neither attorney or

10      counsel for, nor related to or employed by, any of the

11      parties to the action in which this matter is taken and,

12      further, that I am not a relative or employee of any

13      counsel employed by the parties hereto, or financially

14      interested in the action.

15

16           SUBSCRIBED AND SWORN TO under my hand and seal of

17      office on this the 16th day of April, 2012.

18

19

20           EDITH A. BOGGS, CSR
             Certified Shorthand Reporter and
21           Notary Public in and for
             the State of Texas

22

        Notary Expires:  5-10-2012

23      Certificate No. 3022

        Expiration date:  12-31-2013

24      Esquire Deposition Solutions, LLC

        Registration No. 3

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006410

TX_00031768

| A | | | | |
|---|---|---|---|---|
| **AARP** | 563:8 | 608:7 | **acted** | 547:1 |
| 405:7,10,13 | **absolute** | **accident** | 534:10 | 558:25 |
| 405:15 | 446:21 | 455:8 | 613:17 | 566:22 |
| 406:1,5,16 | **absolutely** | **account** | **acting** | 573:18 |
| 406:22,25 | 419:7,8 | 417:25 | 442:16 | 577:19,24 |
| 407:5 412:8 | 428:25 | 526:25 | 462:17,20 | 601:4 |
| 413:13 | 438:25 | 574:15 | 612:3 | **address** |
| 416:3 418:8 | 554:8 562:8 | **accounted** | **action** | 412:15,16 |
| **AARP's** | 619:12 | 440:23 | 414:13 | 441:4 456:7 |
| 405:15 | **absorb** | **accounts** | 418:15 | 456:8 |
| 418:13 | 576:25 | 418:2 | 462:5 | 458:10 |
| **Abbott** | **abstract** | **accurate** | 625:11,14 | 472:24 |
| 440:11 | 620:17 | 543:16 | **actions** | 481:5 |
| **aberration** | **abstracts** | 553:18 | 611:15 613:2 | 498:25 |
| 445:23 | 530:6 | 560:4 | **active** | 502:10,12 |
| 446:21 | **AC** | 582:16 | 418:9 515:20 | 504:7 516:6 |
| **ability** | 572:5 | 613:15 | **actively** | 517:4,17 |
| 434:14 | **academic** | **accusation** | 619:17 | 519:12,13 |
| **able** | 448:6 562:2 | 560:1 592:11 | **activities** | 536:5 567:1 |
| 421:25 | 562:4 | **accused** | 412:1 442:7 | 575:23 |
| 427:16 | **accept** | 592:10 | 442:22 | 580:5,12 |
| 428:12 | 422:19 | **accusing** | **activity** | **addressed** |
| 429:23 | 489:16 | 537:6 | 446:9,16 | 411:20 |
| 431:12 | 491:13 | **acknowledged** | 464:10 | 488:14 |
| 434:8 435:4 | 495:5 496:1 | 589:3 | 560:22,23 | 499:25 |
| 437:2 | 544:14 | **acknowled...** | 560:24 | 501:8 |
| 438:12 | **acceptable** | 591:19 | **actual** | 502:15 |
| 439:5,7 | 499:17 | **Acorn** | 427:21 429:9 | 576:12 |
| 449:6 | 543:11 | 525:22,25 | 448:23 | **addresses** |
| 462:24 | 544:10 | 526:6 560:3 | 452:13 | 495:19 |
| 466:23 | **accepted** | **acquiesced** | 461:15 | 519:13 |
| 487:13 | 496:7 508:6 | 438:12 | 518:23 | 536:11 |
| 495:24 | 516:7 | **acquire** | 522:16 | 576:20 |
| 497:7 | 607:24 | 608:2 | 562:11 | **addressing** |
| 501:10 | **accepting** | **act** | 614:17 | 405:11 |
| 502:5 541:8 | 498:21 | 407:10 | 619:7 620:7 | 502:21,22 |
| 569:5 572:3 | **access** | 426:14 | **add** | 616:3 |
| 613:9,10,17 | 409:10 418:3 | 437:11,16 | 421:2 566:21 | **adequate** |
| 621:5 | 453:9,14 | 437:19 | **added** | 433:24 |
| **absence** | 519:11 | 438:2,6 | 438:10 | 435:17 |
| 407:22 | 594:1 596:2 | 468:6 | 546:21 | 611:13 |
| 594:24 | 597:13 | 471:18 | 547:2 | **adjourn** |
| **absent** | 598:15 | 574:12 | **addition** | 624:18 |
| 422:7 489:7 | 602:18 | 575:6 | 421:2,17 | **administr...** |
| **absentee** | 607:15 | 607:18 | **additional** | 486:1 575:1 |
| 422:12 426:2 | 608:9 | 611:16 | 431:12 | 579:6 |
| 558:5,11,16 | 609:15 | 613:10 | 453:17,22 | 588:12,16 |
| | **accessibi...** | 615:7,11 | 505:25 | 589:3 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

590:23
604:21
606:4,23
614:18
administr...
574:17
administr...
615:8 616:1
616:3
administr...
615:1,9
admitted
528:22
adopt
547:17
583:20
602:1
adopted
431:22 463:4
566:20
577:7
advance
490:10
advertise
480:21
482:10
advice
615:16
advised
603:12
advocacy
418:15
advocates
579:18
affect
440:12
559:20
623:3
affiants
551:22
affidavit
423:24
430:20,24
451:17,19
452:4
545:10,21
546:4,5
577:6 581:6

581:6,13
affidavits
519:16
546:14
551:18,23
581:2 582:7
affiliate
510:2
affirmative
414:10 497:1
500:11
593:4,7
601:8
602:17
afford
465:21
afoul
603:18
African
425:23 426:6
426:11,24
427:4,6
428:2
429:18
431:21
433:12
435:1,23
436:1
438:22
440:22
441:9
442:11
443:8
445:25
448:11,19
449:13,17
459:12,15
461:16
572:24
614:13
AG
531:22
age
405:12
406:13,22
424:3
478:23
479:3

agency
513:14 547:2
aggressive
601:8,16
ago
425:25
426:15
447:8
456:23
555:4
583:12
597:19
599:5
agree
420:7 424:7
424:10
455:17
458:1 464:3
467:12
468:7
469:17
474:14
476:5
527:14
543:17
580:7 582:2
agreed
548:6
agreeing
569:8 602:9
604:23
agreement
526:1 558:18
agrees
514:15
AG's
440:14
531:19
574:23
ahead
481:16 530:4
545:3
ain't
439:10,18
air
555:4
aired
526:5,9

alarm
512:17
alarmingly
406:9
Alexis
511:5,13
aliens
618:18,19
alike
491:1
alive
408:12 511:2
allegation
477:21
514:22
519:1 539:2
619:13
621:13
allegations
527:21
546:13
574:18
575:16
587:2
588:14
612:4
allege
556:8
alleged
522:5 528:2
537:1,3
545:15
556:5
574:20
611:12
612:20
allegedly
545:23
557:12,15
alleges
545:10
alleging
435:22
545:21
Allen
415:25 416:1
416:5,17
417:7,14,21

417:24
418:4,17,21
419:1,4,7
419:11
429:13
436:11,12
437:1,4,8
437:18
438:25
440:6
441:23
444:15,24
445:5 447:2
451:21
478:18
479:8,11,20
480:4,9,18
480:20
481:1
482:19,25
483:5,13,18
483:23
484:2,14
486:24
487:13
490:20,22
490:24
491:4,7,15
491:22
492:3,8,14
492:16,21
492:22,25
493:6 506:1
506:7,13
507:22
508:9
516:12,16
542:14,14
542:15,18
543:17
544:12
547:6 552:5
552:11
610:24
611:2,3
616:5,7,8
616:10,18
616:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

628

Allen's
587:19
allergic
506:17
allotted
473:3 565:9
allow
415:7 430:3
 431:8
 448:20
 493:16
 497:10
 527:10
 582:8
allowed
421:19
 427:10
 431:8 439:8
 459:6,10
 512:20
 527:11
allowing
408:4 495:4
 495:4
alma
487:12
 490:22
 569:9
alternate
408:4
alternative
431:6 476:6
 579:3
Alternati...
539:10
alternatives
577:5
Alvarez
572:6
Amadi
517:20
amazingly
526:22
amend
482:8
American
405:3 409:1
 425:24

426:11,24
427:5,6
428:2
429:18
431:21
432:9 435:1
435:23
436:1
438:22
440:23
441:9
442:11
443:8
445:25
448:11,20
459:12
570:10,16
608:19
614:13
Americans
405:12 426:6
433:12
449:14,17
449:25
459:16
461:16
572:24
Amicus
418:12
amiss
514:13
ammunition
460:18
amount
410:10
 446:16
 479:24
 522:9,9,10
 523:17
 525:11
 546:20
 623:23
ample
580:4
Amy
510:25 515:1
analogy
595:3

analysis
429:5,6
 435:12
 531:18
 532:2 575:5
 589:11,12
 589:18,20
analysts
430:5 577:8
analytical
589:16
analyzing
445:21
Anchia
422:21
 424:12,14
 447:21,22
 449:8,23
 450:5
 487:20
 493:3,4,15
 494:7,10,15
 494:19,25
 495:8,18
 496:9
 527:17,18
 528:11,15
 528:18,24
 529:12,18
 529:22
 530:1,4,9
 530:13,19
 531:2,5,15
 531:21
 532:5,11,15
 532:23
 533:1,6,10
 533:12,20
 533:23
 534:11,17
 534:21,25
 535:5,8,15
 535:19,23
 536:2,4,12
 536:15,18
 536:25
 537:8,12,17
 537:22

538:5,9,12
538:15,19
539:2,10,13
539:16,19
539:23
540:1,5,9
540:13,19
540:23
541:2,8,18
541:21,24
542:2,7,10
547:25
557:19
561:4,5,16
561:22
562:3,20
563:2,10
576:15
590:14,15
591:14,23
592:5,8
593:20
594:23
595:7,14,17
595:21,25
596:16,20
597:9
616:22,23
617:7,13
618:3,7,10
618:21,25
619:3,5,14
619:20
620:1,8,11
620:18,21
620:24
621:7,11
ancient
456:22
anecdotal
443:23
Anglo
427:4 435:2
 435:21
 457:1
Anglos
433:20
 448:22

animated
536:21 537:1
animosity
427:25
Ann
481:8,13,16
 481:20
 485:16
 486:8,14
 496:18
 508:13
 622:8,18
annotate
507:13
annually
577:18
anomaly
446:25
answer
414:9 445:2
 481:14
 482:3 488:4
 501:7 504:6
 524:3,23
 567:13
 569:4
 579:14
 621:6
 623:12
answered
503:19
 519:17
answering
414:11
answers
501:22
antagonize
438:18
Antonia
411:1
Antonio
408:13,17
 409:4
 410:25
 411:17
 414:18
 415:3 416:6
 416:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031771

Antonio's
409:18
415:14
anybody
450:17
501:10,11
508:18
537:17
552:4 565:7
565:7
568:11,15
581:13
582:15
610:10
anyway
469:23 492:1
519:14
547:19
554:9
584:18
604:21
apologize
609:22 611:2
apparatus
433:14
apparent
571:12
apparently
409:19
441:10
604:25
appeal
411:12
appear
407:16 513:8
appeared
522:19
608:11
appearing
569:19
appears
489:4 496:20
512:5
applicant
553:25
applicants
555:8
application

447:25
485:20
486:19
487:24
516:10
518:17
522:15
applications
440:9,10
554:3,24
applied
469:18 527:8
582:25
apply
419:17,19,22
419:23,24
419:24
420:24
464:11
485:20
606:23
applying
573:20
576:16
appointment
519:18
appreciate
406:3 466:23
467:5
474:13
547:19
609:21
614:3
approached
545:10
appropriate
527:8 568:8
614:21
appropria...
623:2
approxima...
566:5 572:17
April
404:13,17
603:4
625:17
arbitrary
407:1

area
421:21 432:7
433:20
469:20
489:11
612:3
areas
421:23
461:17
463:11
569:24
570:21
argue
579:19 607:3
argued
575:12
arguing
468:9
argument
443:1 559:10
572:2
585:24
586:5
arguments
522:1 608:15
Arizona
418:11 580:1
arm
460:23
arrested
428:8 441:15
arrived
410:15
425:21
article
441:17 603:4
603:8,12
articles
556:14
Articulate
493:14
articulated
536:19
Ashcroft
579:4
Asian
449:24,25

aside
584:25
asked
411:6 441:6
448:12,16
449:12,15
449:25
456:19,20
503:21
506:10
509:20,21
510:5,6,11
524:6 544:2
553:13,18
553:19
599:10
603:21
asking
449:3 454:13
459:18
524:1
554:20
578:23
618:3
asks
604:24
assignment
515:24 516:1
assigns
444:4
assistance
506:18
assisted
408:6 443:14
545:25
associated
405:3 463:10
association
405:3 413:16
assume
496:4 516:21
524:18
532:16
549:12
558:15
559:2
573:13
597:22

assumed
523:8 576:13
assumes
502:10
assuming
525:17
586:17
597:21
assumption
487:22 518:4
524:9,11,16
558:17
assumptions
558:13
assure
416:8
ATM
526:24
attach
536:10
attached
482:22
attacked
536:24 537:5
537:11
attempt
482:10
513:12
546:9
attempted
450:14
attempting
435:17
545:18
attend
516:25
attention
485:19 486:5
534:5 577:2
attitude
583:17
attorney
431:2 478:2
478:3
514:23
519:18
526:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031772

544:21
548:6
550:13,14
550:16
603:14
604:23
610:4,8,11
610:21
611:11,15
612:24
613:25
617:1 625:9
AU
572:14
573:20
audit
513:16 514:3
521:4
auditor
513:22 531:7
531:9,20,21
Auditors
513:17
auditor's
513:15
audits
531:10
Austin
411:14
412:13
514:21
570:19
authorities
442:11
443:15
465:14
548:14
authority
429:20
456:11
462:18,21
611:15,21
612:2
614:25
authorize
431:1
authorized
425:1 514:8

automatic...
496:7 564:25
565:14
automobiles
453:13,15
avail
579:7
available
408:9 433:20
442:19
555:23
606:9
avenues
504:11
average
434:25 435:3
435:6,13,22
543:7
averaging
543:18
avoid
468:24
574:24
579:2
586:14
599:21
aware
416:9 443:4
456:23
475:2
476:15
519:14
526:8
534:11,16
534:19
547:20
550:8
553:12
555:14,15
567:2
A&M
614:22
A's
545:10

-----
B
-----
B
545:10

back
407:9 409:24
410:16
416:11
424:20
425:25
439:3
444:12
447:12
451:9 455:4
456:22
459:14
490:23
506:16
507:19,20
508:6,25
511:9 520:4
537:17
543:13
551:3 569:6
581:4,8
598:1
601:19
604:5,6
610:4
backed
608:1
background
425:19 570:5
bad
415:18,21,22
476:22
490:15
543:19
Baker
591:24
592:17,19
597:2
606:20
609:3
balance
411:21
470:12,14
470:23,24
473:14,15
473:20
ballot
422:7 432:24

440:16
446:22
453:18,19
462:5
464:21,22
465:1,2,2,3
465:13
466:7,8,14
467:11
468:17
474:1
475:12,16
495:5 502:6
511:14
556:1 558:5
558:11,16
563:8 565:4
595:9 599:2
599:16
607:15
614:20,21
616:9,16
621:3,22
622:5
ballots
422:12 426:2
427:11
428:16,17
434:11
435:10
442:19
462:4
464:15
467:14
474:2,3,4
474:15,16
475:10
524:13
527:12,13
560:25
577:6
580:19
582:8
595:10
621:18,23
bang
623:3,18
bank

492:19
526:23
banking
418:3
Barbara
497:21
barometer
446:24
barred
407:11
barrier
407:17
416:18
barriers
405:23 412:4
416:15,16
416:19
417:6
based
438:3 443:23
470:9
493:14
570:19
580:9 582:9
607:17
613:23
620:12
basic
406:6 412:20
499:1
basically
423:14 460:8
578:10
basis
424:4 432:12
433:22
443:10
529:21
580:15
589:10,16
589:17
590:8
591:17
623:18
basketball
569:13
bastardiz...
591:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

631

| | | | | |
|---|---|---|---|---|
| **batches** | 600:22 | 582:8 585:5 | 483:14 | 490:23,24 |
| 530:12 | 603:11 | **Bexar** | 484:3,9 | 491:9,12,13 |
| **beans** | 612:22 | 532:3 | 486:18 | 493:22 |
| 439:22 | 613:14,14 | **beyond** | 487:5 | 495:12 |
| **becoming** | 613:18 | 476:25 | 489:21 | 496:5 |
| 588:18 605:7 | 619:24 | 548:19 | 491:8,18,25 | 499:22 |
| **bed** | **believed** | 598:17 | 492:4 493:7 | **birthday** |
| 416:3 | 545:17 | **bias** | 494:13,16 | 494:1 568:21 |
| **beg** | **believes** | 407:1 | 496:12,19 | 587:19,19 |
| 504:2 | 406:22 407:5 | **biased** | 496:25 | 587:22 |
| **behalf** | 590:10 | 431:9 | 497:8 | 610:23 |
| 405:2 425:2 | **Bell** | **big** | 498:10 | **bit** |
| 462:18,20 | 427:18 459:5 | 436:6 455:9 | 501:3,10,12 | 425:19 441:7 |
| 481:15 | **bells** | 505:10 | 501:13 | 496:2 |
| 553:23 | 512:17 | 527:21,21 | 502:20,22 | 540:10 |
| 554:16 | **Bend** | 547:3 | 505:4,5 | 573:24 |
| 569:19 | 461:20 | 564:14 | 507:2,4,6 | 576:4 |
| **behaved** | **beneficial** | **bigger** | 507:15 | 582:13 |
| 560:22 | 464:25 | 472:5 513:1 | 508:12 | 590:16 |
| **belief** | **benefit** | **biggest** | 509:3 | 593:21 |
| 598:5 613:23 | 421:14 | 460:16 | 547:14 | 594:25 |
| **believe** | 524:20 | **bigoted** | 551:9 553:7 | 598:24 |
| 417:5 433:3 | **benefits** | 615:15 | 553:23 | 614:6 |
| 434:25 | 420:18 | **bill** | 554:17 | **bizarre** |
| 442:5 | 421:12 | 405:4 408:7 | 566:19,25 | 518:4 536:2 |
| 465:23 | **bent** | 408:7 416:8 | 575:20 | 536:3 |
| 469:7 | 478:10 | 416:10 | 576:22 | **black** |
| 474:18 | **best** | 418:22,22 | 581:1 585:9 | 439:8,16 |
| 480:7 486:7 | 410:24 | 420:9,10 | 585:20 | 442:20 |
| 486:12 | 429:19 | 422:16 | 586:11 | 457:15 |
| 491:17,25 | 490:10 | 425:3 426:1 | 592:22 | **Bledsoe** |
| 497:17 | 517:24 | 426:7,8 | 602:25 | 425:1,4,7,11 |
| 500:20 | 556:16 | 430:17,17 | 603:6,13 | 425:11,15 |
| 503:1 505:1 | 572:13 | 430:19 | 620:12,13 | 433:10,23 |
| 505:15 | 587:5 | 431:17,18 | **bills** | 435:6,25 |
| 507:14 | 596:11 | 431:20,22 | 412:9 472:23 | 436:13,25 |
| 520:17 | **Bettencourt** | 433:4 | 472:24 | 437:17 |
| 528:14 | 528:5 | 438:20,23 | 603:18 | 439:25 |
| 542:6 | **better** | 451:6,23,24 | 623:14 | 440:7 |
| 547:16 | 446:23 | 455:20 | **bipartisan** | 441:24 |
| 557:20 | 455:21 | 459:19 | 607:12 | 442:2,4,9 |
| 562:25 | 456:5 | 460:20 | **birth** | 443:2,19,25 |
| 563:7,11,11 | 467:10 | 461:24 | 407:19 408:2 | 444:23 |
| 563:12 | 472:20 | 464:20 | 409:23 | 445:4,21 |
| 583:3,5,21 | 474:8,8 | 473:1 | 410:7,11,19 | 447:9,12,17 |
| 584:9 585:9 | 513:5 521:6 | 478:11,19 | 411:2 417:3 | 447:23 |
| 590:3 | 571:7 | 479:10 | 486:21,25 | 448:17 |
| 597:11 | 578:17 | 480:5 483:1 | 487:9 | 449:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031774

```
450:4,7,18        551:14            501:25            444:18,18         414:19,22
450:23            563:15,16         523:4 564:2       491:23            bureaucrats
451:5 453:4       563:23            608:1             501:11            550:18
454:13            564:6             born              508:19            burned
455:17            597:10,10         409:24            594:20            427:5
456:19            597:15,19         423:13            608:17            burning
457:7,12          598:10            439:18            610:3             442:15
458:1,9,22        Bond              490:23,24         brings            bury
459:21            559:10            493:23            501:3             505:12
460:4,15          560:18            boss              broad             bus
462:15            Bonnen            556:17            457:2             453:25
464:3 465:8       467:2,3,8,20      557:12            broader           Bush
466:21,24         468:7             567:13            581:1,9           432:3,6,9
467:4,7,19        469:17,19         bothersome        592:17            478:5 513:9
468:2 469:3       470:21            470:2             brought           574:17
469:18            471:11            bottom            485:18 486:5      579:6
470:16            472:2 473:6       543:10            534:5             588:12
471:1,12          473:13,16         bouncing          brown             589:3
474:20            474:12            520:4             415:12,13         business
477:6             476:7             Bowl              447:4,5,11        457:13
612:23            542:13            429:5,6           447:15,20         Butler
613:15,18         547:23,24         boxes             457:16            454:22
block             548:8,10,16       440:17            buck
608:5             548:23            614:20,21         623:3,18          ┌──────C──────┐
blur              549:3,10,16       616:9,16          build             C
523:11            549:20            branch            577:3             442:14
board             550:1,4           459:7,12          bulk              545:16
405:16            583:23,24         branches          571:25            cabinet
475:12,16         584:2,18          450:12            599:10            568:14
524:23            585:7 586:6       bravado           bumped            Calhoun
595:9             586:9,16,24       458:3             462:2             618:20 619:3
boards            587:16            Brazoria          bunch             620:22
475:12            588:4 589:5       559:12            486:21            California
body              599:4 600:5       bread             515:24            463:4
472:4 544:10      602:23,24         480:1             516:2             call
574:3             603:2,9,15        bridge            bundle            411:13 437:4
611:24            book              574:14            564:15            454:19,23
BOGGS             478:2,6,15        607:16            burden            466:23
625:20            495:2             brief             467:10 475:4      470:14
Bohac             515:10            418:9 569:22      475:9,11          523:2 532:6
501:18,20         522:9,10          briefly           496:21            557:17
502:16,19         537:15            571:16            574:11            605:14
503:13,18         538:3 540:7       briefs            590:6,8           624:19
504:24,25         540:15            418:12            599:22            called
544:16,17         541:13,16         bright            601:22            411:14
544:23            561:17            490:1,2,4         bureau            436:20,20
545:4 547:5       books             bring             527:2             478:3 532:9
547:13            434:19                              bureaucracy       535:14
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 548:6 551:6 | 569:20 | 504:4 | 418:10 466:9 | 520:15 |
| 570:19 | 596:14 | 545:24 | 467:14 | 521:8 522:7 |
| 598:13 | car | 580:6 | 496:1 500:9 | 525:3,4,24 |
| calling | 477:22 | 586:22 | 500:10 | 527:24 |
| 518:8,14 | 505:11 | cared | 510:2 | 528:8,8 |
| calls | card | 560:8 | 515:21 | 535:16 |
| 405:2 425:1 | 408:19,23 | careful | 516:5 | 536:19 |
| 427:7 | 409:5,6,7 | 490:14 | 517:20,22 | 546:17 |
| 458:19 | 409:14,18 | carefully | 520:21 | 547:9,24 |
| 568:17 | 410:1,18,19 | 410:4 | 521:16 | 548:2,5,11 |
| 624:8 | 415:3 | cares | 527:12 | 549:21 |
| Caltex | 416:12 | 565:8 | 533:16,17 | 551:12,15 |
| 448:9 450:2 | 417:8,10,11 | Carolina | 534:7 535:1 | 589:15 |
| camera | 417:13 | 477:23 485:2 | 535:20,21 | 612:8,11 |
| 506:14 514:6 | 419:15 | 568:23,24 | 537:13 | 616:24 |
| campaign | 420:11 | 595:3,18,20 | 538:20 | 618:12,17 |
| 441:10,11 | 421:3,17 | 596:1,1,6,7 | 539:17 | 620:13 |
| 446:17 | 451:20 | 596:10 | 540:5 541:9 | cast |
| 454:18 | 458:4 462:1 | Carolinian | 544:20 | 406:11,14 |
| 460:23 | 475:19 | 595:24 | 545:15,20 | 468:16 |
| 468:5 | 488:9,19,23 | carry | 545:20 | 509:22 |
| 555:22 | 491:21 | 408:9 484:9 | 546:5,12 | 510:14,15 |
| campaigning | 500:16 | 484:10 | 547:10 | 511:14,21 |
| 555:20 | 501:24 | 502:2 | 548:4 | 515:13 |
| campaigns | 502:1,2,25 | 505:10,11 | 550:10 | 522:10,25 |
| 466:10 | 503:2,4,23 | Carter | 558:4 561:8 | 524:21 |
| campus | 505:9,20 | 591:24 | 561:11 | 549:6 |
| 614:22 616:9 | 506:9 507:7 | 592:17,19 | 562:11 | 558:16 |
| cancel | 526:24 | 597:2 | 565:6 575:8 | 560:25 |
| 514:8 | 539:4,7 | 606:19 | 579:4,10 | 622:4 |
| cancelled | 540:2 | 609:3 | 589:21 | casting |
| 520:1 | 546:22 | Carter's | 605:22 | 557:25 560:1 |
| cancer | 559:16 | 601:19 | 608:14 | catch |
| 511:19 | 586:12,21 | Carter-Baker | 612:14 | 564:15,22 |
| candidate | 602:1 | 570:9 571:8 | 613:25 | category |
| 427:5,7 | cards | 572:15 | 616:16 | 422:4 426:8 |
| 442:12 | 515:24 516:2 | 579:12 | 618:14,18 | caught |
| 449:22 | 516:6 517:7 | 582:5 | 619:13 | 476:16 |
| 457:1 619:8 | 517:14 | 590:16,18 | 620:2,22 | 510:16 |
| candidates | 519:11 | 590:19 | cases | 522:18 |
| 446:13 454:9 | 534:9 | 591:5,16,18 | 408:12 | 534:2 536:8 |
| 454:10 | 535:24 | 591:25 | 418:11,12 | cause |
| 456:25 | 557:10 | 592:25 | 423:5 | 435:15 |
| canvas | 564:18 | 593:23 | 509:21 | caused |
| 464:24 | 586:4 | 596:19 | 510:1,13 | 433:15 |
| canvassing | 607:20 | 597:23 | 514:24 | causes |
| 454:4,8 | care | 598:1,16,20 | 515:7,9 | 428:19 |
| capacity | 457:9 462:13 | case | 517:5 | cautioned |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

634

```
 596:21            490:23,24        422:3,10,14      506:3            622:17,20
cautious           491:10,12        422:17,20        508:14,18        623:7,19,25
513:5              491:14           424:12,15        508:21,24        624:4,10,15
cautiously         493:22           424:19,22        509:1,10,15      challenge
462:7              495:12           424:25           510:9,10,21      461:2 498:20
Center             496:5            425:4,5,9        516:20           518:18
608:19             498:14           425:13           520:14           526:20
central            499:4,23         432:22           521:8            608:14
443:10             503:12           433:11           527:17           challenger
certain            508:8            434:23           542:13           477:25
432:7 433:15       545:14           435:16           544:16           challenges
 449:21            546:10           436:10           547:23           407:2 412:7
 452:23            625:23           441:6 447:3      552:3,9,14       412:17
 454:2,14         certificates      447:21           553:17           571:3
 493:12           407:19            450:6            557:18           603:20
 497:11            504:12           456:13,14        558:3,8,10       608:8
 553:18,19         545:11,23        456:16           558:20          championship
 560:5,5           546:7            457:19           561:4,5          569:10
 615:23           certified         459:20           562:4,16,22     chance
certainly         410:19 625:4      460:1 467:1      563:2,14        438:15 540:6
456:16             625:20           473:2 477:3      565:6            583:21
 463:25           certify           477:4,7,8        566:13          chances
 466:22           521:17 625:5      477:10           567:5,9,10      585:6
 471:11            625:9            478:17,18        567:18,22       change
 475:20,22        cetera            480:12,19        567:24          422:18 438:6
 496:25           420:9 439:19      480:24           568:2,9,15      483:6 488:5
 501:2             439:19           481:3,24         568:19,22       490:24,25
 524:10            442:23           482:13,17        569:7,15,21     491:5,6
 549:8             489:8            483:3,8,15       574:16,20       522:1
 558:15           chain             483:20,25        577:10          559:25
 579:7,11,15      527:4             484:15,16        578:6 589:6     574:13
 580:21           chair             484:20,24        589:25          576:5
 589:21           405:1 425:1       485:3,7          590:13          579:10
 590:4             459:19           487:15           600:6,11,13     589:13
 598:19            568:17           488:6,11,16      600:21          601:22
 609:17,21         608:24           488:18,22        601:2,25        changed
 616:17            624:8,11,13      489:5,10,18      602:8,13,22     410:22,25
certainty          624:17,19        489:25           606:16          427:22,24
524:25            chairman          490:9,19         609:1,6,10      432:10
certificate       405:1,5           492:11           609:12,21       487:22
408:2 409:23       413:4 414:3      493:1            609:25          490:22
 410:6,11,19       414:16           496:11,23        610:3,8,13      519:15
 411:3 417:3       415:25           497:4,14,19      610:16,20       535:13
 478:22            419:13,18        497:24           611:6,7         556:4
 479:6,13,15       419:22           498:7,24         614:10          changes
 483:24            420:1,20,23      499:6 501:9      615:15          422:11
 486:25            421:1,5,7        501:18           616:4,7,22      502:11
 487:9 488:1       421:15           504:24,25       621:19          573:17
                                    505:22          622:1,6,13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031777

599:24
623:13
changing
519:12
channel
436:21 522:3
523:19
556:23
channels
436:21
Chapel
568:24
chapter
478:25
499:18
character
444:11
charge
411:7 464:1
483:4
513:14
578:4
charged
585:20
charges
478:1,3
Charleston
440:5
Chase
526:23
check
417:16 430:1
555:23
565:3,12
616:17,20
checks
419:8
child
410:7
children
439:19
choice
490:10 582:1
choose
559:10
chose
458:17

569:11
CHRONICLE
556:14
church
517:13,25
518:23
circuit
525:12
circumsta...
411:17 449:1
465:18
496:24
575:3
587:15
588:22
cities
453:7
citing
608:23
citizen
409:1 416:18
416:18
419:14
421:16
citizens
408:5 411:23
422:4 528:3
574:1
607:20
citizenship
499:23
city
456:24,25
457:4
476:11,12
civil
574:18
588:16,20
588:24
604:7
611:15,18
613:9
claimed
546:5
claiming
489:17
claims
546:9 575:7

clarifica...
586:17,17,19
clarify
479:19
480:15
488:6
562:20
clarity
608:17
class
464:9 515:24
clean
575:13
clear
410:9 428:25
434:24
436:8
445:22
451:5
452:10
459:18
464:8,21
519:1
581:11
588:5,6,7
600:21
617:11
621:13
clearance
575:2 578:22
585:6
587:11
588:21
589:24
cleared
432:3,12
clearly
426:22
431:19,24
432:19
434:17
441:5
449:20
452:3 459:6
501:11
538:21
541:3 544:1
590:1

clerical
486:12 490:7
528:24
538:21
541:9
clerk
410:3,10,12
411:16
521:15,17
522:8 523:3
537:25
538:2
541:12
clerk's
410:24 411:1
515:10
climate
589:21
Clinton
432:6
clipped
526:5
clock
433:7 577:12
close
474:3,22
501:13
513:7 586:4
601:21
619:16
624:9,10
closer
498:4 520:3
532:1
540:12
598:3
closest
408:18
Clute
476:12
code
464:8 479:1
482:8 502:9
502:21
565:21
611:22
612:1,5
618:2

codes
527:1
colleague
450:11
colleagues
415:1
collect
444:7 479:12
college
515:25
561:15
569:12
595:22,24
color
462:14
574:15
column
515:17 531:1
come
408:12 413:8
429:1 433:1
437:5
439:15,16
439:22
447:7 456:4
457:22
465:15,17
465:23
468:16
472:7 474:7
480:22
486:23
487:9,25
488:3 491:8
493:22
495:15
502:1,7
506:5,22
509:20
510:11
517:19
518:19
519:18
530:7,10,10
543:6 548:6
553:3 557:3
557:7 565:2
566:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

580:14
585:19
587:3 593:5
593:17
594:7
600:22
606:10
610:13
611:1
comes
417:11
445:21
485:24
487:8
498:13,16
526:25
527:20
531:10
575:11
607:25
comfort
575:5
coming
415:24 416:2
477:11
495:16
496:5 598:2
commend
425:16
comment
415:13
440:15
476:7 505:1
584:4,21
587:2
commented
585:8
comments
568:16
609:19
624:17
commission
555:24 570:9
571:8
579:15
596:19
598:1
607:12,22

commissions
463:3
commit
468:6 544:6
561:12
619:7,22
committed
456:10 619:8
committee
404:11 405:6
413:9,22
414:20
425:17
436:15
451:22
459:20
461:24
466:22
472:3,23,24
509:20
510:5
516:21
517:10
544:18
552:4
558:24
562:5 565:7
567:25
569:12,25
590:17
598:11
614:4 616:1
617:20
624:12,14
624:18
committing
558:14
common
469:15,15
471:19
545:8
communica...
599:1 600:18
communities
427:25
435:11,23
435:24
436:1,2,3

436:14
438:18
614:14,16
614:16
community
428:20,21
437:2
438:10,19
438:24
442:20
455:11
461:8
472:10
534:10
571:10,14
572:21
574:10
580:8
compare
497:14
compared
449:12,16
452:13
512:2
576:23
comparing
446:24
497:25
comparison
499:9
compelled
586:13
compelling
547:16
compete
425:23
competent
474:8
complaints
611:13
completed
434:3
completely
432:10
450:24
551:24
complex
472:7

complicate
603:19
complicated
434:15
579:18
580:2
compromise
580:4 593:1
600:18
computer
564:21
concept
476:2
concepts
598:17
concern
407:4 423:19
435:15
468:8
512:25
585:24
587:17
603:22
604:15
605:4,7
concerned
409:20
421:22
428:2
449:21
455:16
580:21
concerning
511:24
concerns
580:13
607:14
concerted
513:12
conclude
495:24
581:19,22
concluded
448:11
449:10
607:13
conclusion
448:5 495:16

603:5
conclusions
449:8
conclusive
604:18
condemn
471:25
condition
592:15
conduct
545:16,19
612:20
615:6,25
617:5,6
618:13
conducted
437:18
441:25
513:15
613:3
confirm
448:4
confirmed
520:10 522:8
612:22
conflict
457:19,21
461:16
551:22
conflicts
427:19
confuse
465:6
confusing
486:17
confusion
485:8 607:25
congress
439:15 591:1
591:4
596:21
congressi...
432:11 587:8
591:3
596:24,25
conjunction
570:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031779

consent
612:19 613:7
616:13,14
consequence
440:21
conservative
431:9 574:2
588:15
consider
422:2 438:15
553:1
617:16
620:16
considerable
577:15
considerably
486:13
considera...
424:6 473:4
491:18
considered
409:15 476:4
496:24
608:8
considering
473:25
490:12
577:16
consistent
448:13
608:10
constituent
413:6
constitution
603:19
constitut...
482:17 575:7
589:12
construct
493:13
constructive
561:7
contact
506:17
568:12
contacted
519:15 526:9

551:3 568:5
containing
499:20
500:14
contentious
505:3 606:24
contest
474:21
contested
476:19
context
414:22
440:16
589:13
592:13,17
593:21
595:2
continental
439:14
continual
529:21
continue
426:24
438:19
455:25
457:8
505:23
606:22
continued
440:22
528:21
contraband
449:5
contradic...
598:16
controlled
449:1
convenient
465:18
conventional
579:1
conviction
443:21
convictions
618:5
convince
410:10

convinced
429:4
coordinated
456:7
coordination
507:17
copies
542:8
copy
410:19
537:24
568:11,14
616:13
core
598:25 599:1
Cornyn
437:24 438:1
correct
429:7 430:7
441:23
444:23
445:4
450:23
457:6,7,8
457:11
463:24
464:16
488:21
489:9
497:23
498:2
500:19
501:17
503:15,16
520:18
533:21,24
534:23
535:3,6,16
536:6,13
538:7,24
539:21,24
539:25
540:3 551:9
553:4
560:25
602:4,10,19
606:11
612:16

619:1,11,22
620:9 625:7
corrected
526:18
correcting
464:16,18
correctly
583:5 601:3
correlation
534:12,18
550:6
557:20
558:21
562:8,17
563:3,5,7
563:12
correspon...
528:21
corroborates
491:11
cost
408:1 453:1
453:5,22
480:10,10
480:13,23
481:2
482:20,21
483:23
484:3,6,7
576:25
577:14,14
577:17,24
577:25
costs
453:17 480:1
480:3,21
483:19,22
484:6
623:24
council
405:16
456:25
476:12
counsel
481:7 603:23
603:24
618:20
622:15

625:10,13
count
451:14
473:10
474:4
475:15
489:12,13
581:24,24
617:4
counted
502:5 524:14
524:17
counties
427:9 461:21
508:5 525:8
531:18
532:9,10
615:1
counting
459:3 475:10
475:24,25
498:10
542:22
countries
601:19 602:6
country
450:12
459:22
596:9,11
597:21
counts
474:25 516:9
county
405:9 427:3
427:18
428:7 440:5
440:8,9,20
441:8 442:9
442:20
443:8 453:6
453:6,7,8
454:6 459:5
459:19,19
459:22,24
461:20,20
465:20,21
465:22
485:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031780

502:13
507:18,19
509:2,18
510:13
512:2,21
514:8
515:10
516:19,22
519:9
520:11
521:15,17
522:8 523:3
525:2,5
529:10
530:7 531:9
532:3,3,14
537:3,25
538:2
541:12
542:16
544:4
550:13,17
550:18
552:6,18
553:9,24
554:23
556:16
559:12
563:17
611:11
612:16,19
613:4
614:19,25
615:9,16
616:15
618:20
619:3
620:22
625:2
**couple**
436:13
501:21
504:21
515:20
520:3
525:13
554:6
621:17,21

**course**
411:24
436:25
439:7 455:7
470:17
478:12
504:7
564:14
573:16
614:24
615:3,5
**court**
410:25
432:17
437:21
525:1 530:6
568:10
571:5,13
574:13
575:19
578:1,3,9
578:17
579:2,5
580:22
589:8 590:9
590:12
603:20
608:13,15
**courts**
530:6 608:8
**court's**
571:13
**cover**
464:4
**coverage**
457:18
**covered**
418:23
446:11
570:4
**covers**
572:5
**co-chairs**
601:11
**co-counsel**
418:11
**co-wrote**
592:1

**cracked**
527:23
**Crawford**
571:12
589:13,21
**create**
460:19
465:12
471:6
**created**
526:17
**creation**
475:14
**creativity**
580:11
**credible**
443:11
514:22
534:13
537:1
**credit**
561:15
**credits**
511:5
**crime**
443:22
462:12
**crimes**
427:3 456:10
456:10
**criminal**
463:21 468:2
468:6
469:22
479:1
545:16,19
610:22
611:21
612:1,4,20
613:16
615:13,20
615:23
**criteria**
486:21
494:11,14
**critical**
613:8
**criticisms**

**cracked**
598:20
**criticized**
604:7
**cross**
528:19
551:18
615:18
**crucial**
608:17
**crying**
455:23
**CSR**
625:20
**culture**
471:9
**cure**
566:20
**curious**
584:5 587:1
**current**
455:18 457:6
471:3 480:2
483:3
487:16,21
488:7,25
489:11,20
491:25
496:14,16
496:20,24
497:2,4,9
497:10
498:6,8,12
499:5 501:8
502:6 516:3
519:13
538:24
546:25
561:19,24
565:25
570:23
576:22
579:21
**currently**
480:3 483:4
485:11
487:6
583:19
584:14

622:25
**cut**
486:9 554:3
554:4,6,10
**cutting**
486:13
**cycle**
426:18 503:3
553:10
564:3 576:8
**C&Es**
555:22

**D**

**D**
478:21
479:11
483:16,21
483:21
484:1
545:20
**dad**
423:16 503:3
**Dakota**
477:23 478:2
**Dallas**
474:24 537:3
**dangerous**
468:13
**Dashwood**
533:17
535:20,21
550:10,10
**data**
485:24
507:17
545:9 572:3
**database**
531:8,10
566:7
571:18
**databases**
526:21
**date**
411:25
444:18
486:21
515:17,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031781

```
608:25            DC                405:20            490:11            418:13
609:6             437:23 571:5      deceased          501:16            431:25
625:23            574:13            512:22 513:8      524:25            432:1,3,4
dates             575:19            513:20            604:6             432:10,15
521:18            578:3,9,14        515:16            606:12            455:7
Davis             578:16            520:3 525:4       delaying          479:12
510:25 511:5      579:2,5           531:1,11,23       576:8             517:21
511:8,12,18       590:9,12          541:15            deleted           519:23,25
511:22            603:5             542:18            528:22            520:5 536:8
512:1,8,12        605:10,24         543:3,6           deliver           570:6,6,13
512:21            dead              deceased's        587:22            574:13
513:5,13          512:5 515:3       523:8             delve             575:10,24
514:15,20         517:10            decent            478:14            576:1 577:8
515:1             519:21            584:9             delving           577:23
day               529:5,9           decided           455:4             578:2 579:6
411:8 436:16      532:17            410:4 439:14      Democracy         584:12,23
436:16            533:2,13          decision          608:19            587:7,13,17
438:6             547:7             476:24            Democrat          590:5,7,11
440:21            deal              489:15            552:23            590:20
442:18,20         425:17            497:12            605:23            603:16,21
453:3             430:18            499:22            Democratic        605:15
454:24            455:9 472:7       571:13            406:24            606:1
455:1,10,18       494:17            580:23            458:17            611:18
457:4,8           529:3             589:16            517:23            612:15
458:16,17         533:14            612:10,12         519:4             613:1,6,24
460:7             615:20,23         decisions         606:22            Department's
464:14            617:5             415:18 430:6      Democratic's      603:5
505:13,13         dealing           434:20            605:23            depend
523:6             414:22            606:1,9           Democrats         412:23
540:16            613:24            608:9             573:9 607:11      415:19
554:11            616:1             decree            608:4             453:24
557:7,8           dear              612:19 613:7      demographic       dependent
564:13            530:24            616:14,15         576:3             415:17
595:1,11,11       death             dedicated         denied            depending
595:13            512:3 515:18      405:11            553:10            495:22
596:15            515:19            default           554:12,23         497:12
609:20            521:1 529:4       594:12            613:21            590:2
625:17            529:16            defeated          Dennis            depends
days              530:6,6           477:24            559:10            623:9,12
407:9 423:1       debatable         defend            560:18            deployed
464:15,17         575:17 587:9      453:18 466:8      dent              459:13
464:23,23         debate            466:14            547:3             deposit
467:15            505:3 579:21      578:3             deny              418:2
472:17            591:10            definitely        448:4 574:14      Deposition
475:16            597:6 607:9       496:21 504:6      denying           625:24
530:25            debates           514:18            563:3,5           deputy
554:3,5           591:3             degree            department        515:22 517:6
557:9             decade            468:20                              610:21
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

descent
518:22 519:6
describe
426:25 571:7
describing
410:7 442:23
description
447:5 600:25
descriptions
582:16
design
431:15 436:4
441:5 451:6
designed
460:21
570:10,16
601:7
desire
436:6 599:6
despite
415:3
detail
508:15
detailed
517:5 576:7
577:4
details
602:15
detective
530:21
determina...
487:14
500:11
determine
473:9 487:7
487:18
494:3
500:23
537:18
539:24
581:9
determined
413:13
603:17
619:6
determines
475:17

determining
424:3 493:17
developed
575:21
developing
590:24
devious
541:7
devote
611:13
dialogue
591:10
dictate
424:8
died
511:18
512:15
517:11
520:10
difference
413:2 429:22
456:12
475:1,5,23
476:24
581:12,17
581:25
582:2,4
600:7,14,16
differences
591:11
different
410:8 421:8
427:23
432:1 434:4
455:12
463:14
469:14
471:5
486:17,21
487:15
489:12
490:2
495:19,20
496:6,14,20
522:14
525:21
526:14
528:13

575:6
589:11
609:4
difficult
434:15 462:8
463:20
489:19
538:16
difficulty
526:17
digit
565:21
digits
485:23
565:13
566:9
dilemma
463:25
diminished
529:6
direct
418:1 444:1
613:24
624:2
directed
427:15
direction
494:6,24
581:15
604:16
606:11
directly
501:8 541:19
director
481:8 509:19
514:6,21
552:17
559:7
563:19,21
563:23
569:18
596:18
Directors
405:17
disagree
414:25
606:22
disappointed

592:20
discharged
614:1
discourage
407:3,6
451:11
452:6,8
462:16
discouraged
451:16
discredited
587:11
discretion
489:6,18,22
489:24
490:12,17
491:13
493:17
496:14,16
496:23
497:6,17,25
498:5,22
500:4,5,17
500:23
501:16
503:20
615:2
discrimin...
448:8
discrimin...
407:2
discuss
508:14
617:15
618:4
discussed
438:23 591:8
609:8
discussing
470:10 476:2
591:15
617:12
discussion
410:8 411:21
443:3 475:4
476:10
547:15
577:4

611:10
disenfran...
408:1 607:6
615:6
disenfran...
407:11
412:22
555:13,15
disenfran...
513:1 596:4
disparate
447:25
dispropor...
406:19
dissented
607:23
dissenting
580:22
dissuaded
451:15
distance
455:19
distinct
589:17,20
distinction
415:9
distingui...
432:19
distribute
576:21
distributed
534:9
district
431:2 518:2
519:18
536:10,11
544:20
546:5 548:6
550:13,14
550:16
districts
435:1,2,21
disturbed
588:9
divide
543:6 606:24
607:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031783

division
410:22 481:9
  481:21
  574:18
  588:16,20
  588:25
  604:7,9
  611:19
divorce
  484:7
DMV
  594:9
doable
  507:24
docket
  578:11
document
  495:13 496:6
  498:23
  506:25
  586:3 609:4
  609:13
documenta...
  409:9,22
  411:10
  493:9
  494:12
  495:1
  496:22
  499:17
  526:11
  573:19
  587:5
documented
  525:3 588:19
documents
  407:21,22,25
  408:8 410:4
  421:16,18
  452:23
  453:1
  487:11
  488:8
  492:11
  495:14,19
  497:11
  500:3 530:7
  537:23

  560:21
doing
  415:17
  421:10
  425:5
  437:22
  457:13
  459:22
  462:17
  467:5 469:5
  471:16
  519:5
  530:20
  535:14
  537:11
  548:25
  550:17
  559:24
  562:1
  584:24
  593:25,25
DOJ
  571:5 616:15
DOJ's
  587:6
dollar
  623:18
dollars
  584:10,14
  622:24
domain
  463:1 490:15
door
  411:11 549:2
doubly
  573:16
doubt
  431:20
  524:21
doubts
  582:15
downtown
  454:21
DPS
  408:18 409:4
  409:11
  410:16
  448:19

  499:19
  506:10
  507:12,17
  507:20,25
  508:2,5
  552:6,10,12
Dr
  415:25 416:1
  416:5,17
  417:7,14,21
  417:24
  418:4,17,21
  419:1,4,7
  419:11
  429:13
  436:10,12
  437:1,4,8
  437:17
  438:25
  440:6
  441:23
  444:15,24
  445:5 447:2
  451:21
  478:18
  479:8,11,20
  480:4,9,18
  480:20
  481:1
  482:19,25
  483:5,13,18
  483:23
  484:2,14
  486:24
  487:12
  490:20
  491:7,15,22
  492:3,8,14
  492:16,20
  492:22,25
  506:1,7,13
  507:22
  508:9
  516:12,16
  542:15,18
  543:17
  544:12
  547:6 552:5

  552:11
  587:19
  596:16
  597:3
  610:24
  611:2,3
  616:5,7,8
  616:10,18
  616:21
draft
  562:6
dramatic
  475:22
dramatically
  593:16
draw
  475:22 595:2
drawer
  505:12
drawn
  578:4,6
drew
  517:23
drill
  558:2
drive
  422:1 424:22
  606:8
driven
  446:14,15
drivers
  504:17
driver's
  408:24
  410:22
  482:20
  485:21
  488:20
  497:20,22
  499:18
  500:10
  502:3,9
  503:4,9,24
  504:9
  505:18
  506:9,10,19
  506:22
  507:13

  508:3 527:2
  539:11
  540:2
  565:14,23
  566:9
  601:10
driving
  416:24 422:4
  424:19
  547:19
dropped
  528:20
  550:25
  594:13
drugs
  506:17
due
  445:17
  486:10
  516:1
  588:11
duplicate
  513:21
duties
  614:1
duty
  441:16,20
  447:7 497:1
dynamic
  426:9 446:6
  457:19
  471:6
D's
  545:21

_____
        E
_____
E
  545:22
EAC
  562:6,6
earlier
  429:13,25
  433:4 441:7
  451:22
  456:20
  461:24
  472:17
  477:13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031784

```
498:4            475:8            412:2,17,19      596:7,8,8        619:18
503:23           effort           426:18,19        596:13           eliminate
524:2,7          411:21 446:8     427:18           597:4            405:22
551:13,14        456:1            429:16,18        606:20           489:19,22
554:15           468:25           430:10           607:4,13,14      489:23
556:11           572:19           431:1 434:2      611:22           elimination
567:14           614:14           434:2,3,5        612:1,5          490:17
584:11           623:4            434:11           613:4            else's
600:22           efforts          436:6,20         614:24           458:4 501:10
609:3            406:8 407:4      440:12,13        615:6 618:2      501:12
611:10           601:16           442:18           619:16           539:3
early            eight            443:10           elections        eluded
471:2 540:16     557:8            444:19           404:11           609:5
554:5,10         either           445:16,22        406:21           embedded
595:1,4,4        450:3 468:5      446:10,16        430:11,15        415:2
595:15           475:22           447:6            446:15           emergency
604:17           494:24           448:10           449:9 454:6      506:17
606:5            496:3            449:11           459:20           emphasis
608:23           497:10           454:24           461:3 462:9      554:14,17
easier           502:23           455:1,9          463:15           555:9 557:1
523:10           543:13           457:4            474:4,22         557:7 594:5
567:12           558:17,21        458:16           476:10,11        employed
easiest          559:1,15         460:13           478:6 481:8      409:1 625:10
466:16           561:23           461:12           514:6,21         625:13
easy             564:22           465:6 469:4      516:21           employee
411:15           565:13,13        470:6            544:7            625:12
424:17           579:18,24        471:24,24        565:17           Employees
608:2            604:13           471:25           569:18           512:23
eb               620:11,12        473:7,10         597:8            employment
404:1            El               474:21           606:24           483:11,14
EDITH            535:25           502:9 503:3      614:21           empower
625:20           548:12,14        505:13           615:1,9          460:24 461:4
editorial        550:9,10,14      511:2,10         624:18           empowers
505:1 601:4      550:18           513:6,9          electric         461:12
606:17           elaborate        514:14,23        420:10           enables
educated         456:18           523:6            electricity      493:18
408:25           elderly          535:18           408:7            enact
education        607:7 621:16     540:16           element          407:5
466:4,15         621:21           546:6 549:4      613:20           enacted
576:7            elected          551:11           elements         407:6
577:21           413:1 427:4      553:10           503:20           encourage
584:10,24        440:23,24        556:3            eligible         406:17 407:7
585:3            555:18           559:20,25        406:7 420:18     557:2,6
effect           election         561:24           421:11           580:11
576:9            406:2,10,12      564:3,9          513:14           encouraged
effective        406:18           570:9            554:9            600:23
504:3 554:4      407:8 408:3      579:10           573:12           619:17
effectively      411:22           590:23           607:20
                                  595:11
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

encourage...
457:20
encourages
406:6
ended
426:7 437:22
 442:19
 443:13
 476:8
 515:23
endorsements
506:18
ends
461:25
enforce
415:20 581:8
enforcement
448:7
engage
406:6 601:15
engaged
469:9
engagement
451:21
engages
557:23
engaging
464:10
 561:10
engineer
549:24
English
466:15
enhance
596:2 602:16
 609:16
enjoy
527:19
enormous
426:23
 445:14
 446:16
ensued
410:9
ensure
526:2 614:15
ensuring

513:14
enter
568:8 612:19
entered
613:8 616:15
entering
568:10
entertaining
477:17
entire
490:17
 596:22
entirely
489:23
 615:19
entitled
420:21
 429:21
 494:4
 613:22
entity
488:12 500:1
envelope
488:12,20,24
 547:1
equalized
524:19
equipment
435:18
equitable
576:17
erected
405:23
erecting
416:16
Eric
610:21 611:8
Ericson
571:24
err
513:3 514:10
error
486:11,11
 528:25
 538:21
 541:9
errors

490:7 527:9
escorted
618:15
 621:16
esoteric
594:14
especially
406:3 413:5
 431:5
 461:14
 473:25
 607:6
Esquire
625:24
essentially
411:21
 425:24
establish
543:10
 544:10
 553:2
 556:25
established
522:24
 525:24
 558:11
establishes
499:20 500:3
estimate
573:21 574:2
 578:18
 582:21
estimated
577:17
et
420:9 439:19
 439:19
 442:23
 489:7
Ethics
555:24
evacuated
408:20
evacuee
408:13 415:4
evaluate
623:17
evening

460:7,7
 569:8
evenings
454:1
evenly
527:8
event
447:6 461:25
everybody
414:20
 420:21
 475:21
 476:4 504:7
 504:8
 532:13,16
 542:19
 573:6
 576:24
 593:12
 594:16,18
 594:20,22
 597:22
evidence
412:1,2
 458:8
 513:12,13
 534:21,22
 554:19
 558:24,25
 576:14
 577:1,25
 613:17
evidently
518:6 523:1
exact
447:13 489:2
 584:6
exactly
489:3 576:4
examination
519:22 520:4
 532:2
examined
551:19
example
416:19 427:2
 434:1 440:7
 443:7 446:7

448:24
453:5,18
471:2
474:21
490:21
561:7
614:19
examples
440:1 492:9
 623:20
exception
511:13 520:8
exchange
545:22 599:2
exclusive
611:17,25
excuse
460:25
 570:12
execute
452:5 551:11
executed
549:15,18
executive
437:22
 596:18
exempted
423:13
exercise
471:19 489:6
 493:17
 500:4,22
 501:6,16
 553:11
exercises
496:13
exercising
497:24
exist
598:12
existing
482:8,11
 576:13
exists
411:24
exit
449:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

expand
597:7 602:18
  602:18,20
  609:15
  623:15,17
expanding
600:3
expect
413:11 432:9
  576:2
  588:23
expectations
592:24
expected
575:18
  608:16
expecting
577:23
expenses
577:19
expensive
417:2 578:2
  578:4,19
experience
414:18
  415:21
  430:14
  438:8
  450:22
  455:16
  564:16
  580:10
  582:10
  601:19
  613:24
experienced
474:8
expert
484:18
  570:15
expertise
482:5
experts
485:4
Expiration
625:23
expire
407:20

431:19
expired
408:24
Expires
625:22
explain
486:14
  509:13
  518:10
  544:23
  555:1
  579:16
  592:10
explained
554:25
explored
532:22
exposed
535:18
expound
496:18
expressed
597:1
expressing
593:23
extend
433:8 434:9
extended
454:4
extension
426:14
extensions
443:6
extensive
437:21
extent
420:23 422:6
  433:18,21
  436:3 442:7
  443:25
  458:5 476:3
  489:6 490:9
  490:13
  496:16
  497:5 500:7
  517:4
  558:23
  583:18

589:7
  602:16
extra
482:5 503:14
  561:15
extraordi...
476:19
extreme
498:3
extremely
527:7
extremes
579:23 593:1

_____
                F
_____

F
546:3
face
412:7 463:25
  546:23
  564:20
  571:4
  573:18
faces
414:21
facilities
435:11
facility
408:6
facing
412:16
fact
415:3,14
  421:9
  457:17
  472:6 486:5
  487:6 493:6
  494:16
  495:9
  507:20
  539:20
  541:10
  550:25,25
  572:2
  574:11
  589:2 592:9
  592:11
  613:2

618:10
  619:10,14
  620:3
factors
445:18 453:5
  623:2
facts
444:7,9
  612:7 625:6
fail-safe
581:1,6
fail-safes
458:9 577:6
fair
406:22
  412:18
  413:15,16
  416:25
  420:5 422:7
  423:2
  438:16
  463:25
  465:9,24
  467:13
  473:21
  489:10
  494:18
  523:25
  524:1,6
  527:7
  548:17
  557:22
  600:25
  601:17
  607:14
fairly
526:2 581:8
fairness
455:24
  524:19
faith
435:17
faithful
407:18
fall
469:20
false
433:12 457:3

478:3 536:5
falsifica...
452:1
familiar
422:16 448:2
  452:16
  454:20,21
  457:21
  516:25
  531:12
  535:20
  544:19
  551:14
  596:24
  603:3,7,8
families
412:16
  455:13
  523:2
  526:10
family
530:24
family's
525:16
famous
439:10,17
fan
569:13
far
409:20 453:8
  455:16
  476:6 511:9
  518:10
  566:24,25
  580:21
  615:17
  623:23
fascinating
526:4
fashion
526:3
fast
415:1 477:9
  477:10
fathers
463:18
favor
457:23,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031787

| | | | | |
|---|---|---|---|---|
| 581:2 | 462:6 464:9 | 410:15 411:5 | 585:25 | 436:22 |
| **favorably** | 479:20 | 411:13,14 | **finishes** | **flag** |
| 576:10 | 514:24 | 518:20 | 432:25 | 512:16 |
| **fear** | **felt** | 546:2 571:6 | **Fire** | **flaw** |
| 607:5 | 481:22 | 577:4,24 | 407:20 | 518:5 |
| **fears** | 524:16 | 579:12 | **fired** | **flesh** |
| 580:5,7 | 585:25 | 608:17 | 472:13 | 479:25 |
| **feasible** | 586:4 | **financial** | **firm** | **flexible** |
| 602:2,9 | 598:22 | 526:23 | 570:19 | 452:7 |
| **featured** | **fewer** | 559:18 | **firmer** | **flip** |
| 441:11 | 433:14 | 560:12 | 583:2 | 443:15 |
| **February** | **field** | 564:10 | **first** | 466:17 |
| 606:19 609:1 | 570:23 | **financially** | 405:20 | 467:21 |
| **Fed** | 587:12 | 625:13 | 407:14 | **flippant** |
| 405:8 | **figure** | **find** | 408:18 | 583:15 |
| **federal** | 585:1 | 417:1 423:20 | 409:4 410:5 | **flipping** |
| 456:4 591:3 | **figured** | 428:17 | 416:23 | 467:10 |
| 593:18 | 455:9 | 431:7 448:4 | 422:23 | **floor** |
| 607:13,17 | **file** | 449:4 | 436:16 | 592:9 609:8 |
| 612:19 | 418:9 431:24 | 453:16 | 445:25 | **Florida** |
| **fee** | 434:9 488:4 | 462:8 | 448:9 472:9 | 430:1 460:25 |
| 478:22 | 515:15 | 467:25 | 494:1 | 462:4 |
| 479:12 | **filed** | 468:4 | 503:20,21 | 475:11 |
| 482:22 | 418:11 433:4 | 470:17 | 509:11 | 513:10 |
| 585:25 | 612:16 | 471:22 | 510:1 | 580:19,25 |
| 586:2,13 | 623:14 | 505:2,4,14 | 522:12,12 | 581:12 |
| **feel** | **files** | 513:22 | 522:13,13 | 582:2 |
| 417:5 426:10 | 510:1 | 530:23 | 525:19 | **Florida's** |
| 431:23 | **filing** | 532:2 533:9 | 526:8 528:8 | 580:3 |
| 443:11 | 487:24 | 549:24 | 529:13 | **folder** |
| 444:12 | 568:14 | 562:25 | 553:13 | 515:16 |
| 455:21 | **fill** | 580:19 | 577:22 | **folks** |
| 476:22 | 451:17 | 594:19 | 587:17 | 478:9 623:24 |
| 489:16 | 517:13 | 609:14 | 611:1 | **follow** |
| 524:10 | 610:19 | **finding** | **fiscal** | 467:8,25 |
| 574:22 | **filled** | 448:13 | 480:7 507:3 | 529:7 551:5 |
| 586:13 | 515:23 516:2 | 498:10 | **fit** | 557:24 |
| **fees** | 518:16 | 580:4,5 | 503:25 504:1 | 593:22 |
| 482:9,10,12 | 610:17 | 601:9 | **five** | 605:19 |
| **fellow** | **filling** | 603:18 | 409:11 | **following** |
| 478:16 | 462:1 | **findings** | 472:16 | 499:16 |
| **felon** | **film** | 449:17 | 557:8 | **follows** |
| 441:13 | 509:11 | **fine** | 579:21 | 510:24 |
| **felons** | **filmed** | 424:18 425:5 | 607:18 | **follow-up** |
| 513:20 | 440:18 | 565:10 | **fix** | 590:21 |
| 532:24 | **final** | **finish** | 429:12 | **footage** |
| **felony** | 562:7 565:12 | 444:15 506:5 | 455:22 | 515:5 |
| 428:10 462:3 | **finally** | 524:4 | **fixed** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031788

football
569:13
foregoing
625:6
forensic
430:5
forever
565:5
forget
559:12 584:6
forgot
518:5
form
420:4,6
  423:2 445:9
  482:21
  499:11,19
  499:21
  500:14
  546:7
  595:18
  607:2
  610:17,19
  617:6
formal
407:12
forms
408:4 410:8
  417:8
  491:16
  498:17
  499:8
Fort
408:14,19,20
  454:16,21
  455:6
  456:24
  457:5
  461:19
forth
432:25 466:9
  482:8
Fortunately
608:13
forward
612:14
fought
405:24

423:17
fouled
599:15
found
448:19
  453:13
  512:4 513:7
  513:21
  515:3
  521:16,21
  526:12
  535:9,12,12
  537:3
  549:11
  572:1,16,22
  576:16
  582:25
  602:1
four
414:24
  485:23
  565:13,21
  566:9
  572:24
  579:21
  580:11
  583:12
Fox
477:15
franchise
597:7 623:15
  623:18
frankly
472:16
  474:19
  588:9
fraud
411:22,24
  458:13
  468:6
  477:18,22
  512:25
  513:12
  514:23
  516:10
  517:6
  525:24
  533:21

534:12,22
535:2,16
536:5,13,16
543:10
544:6 545:6
547:25
548:20
549:11,13
550:6,7
554:18
557:21,21
557:23
558:4,14,22
558:25
559:1,5
561:10,13
562:9,9,15
562:18,18
562:19,19
563:4,4,6,6
563:8,9
564:1 580:6
607:4 619:7
619:8,22
fraudulent
412:1 462:2
  474:18
  516:10
  544:11,13
  557:25
  560:21
  563:25
  617:6 622:4
fraudulently
498:20
  511:21
  559:10
  560:7,23
Frazier
493:7
Frazier's
491:18
free
451:20
  452:20,20
  452:21,23
  453:2,25
  480:8,17,25

482:15
483:9,16
576:23,25
577:17
585:10,19
585:21
586:5,9,20
586:21
588:7
598:14,14
601:9
607:14,20
freeing
505:7,16
frequently
470:16
friend
519:2
friendly
498:9
friends
421:21
  455:12
  485:1
frightening
582:13
front
516:21
  544:20
  558:24
frustrated
597:5
frustrating
579:22
frustration
571:14
  593:23
full
412:18
  607:15
fully
571:7 614:1
functioning
436:18
Fund
477:13,14
  478:9,15
  567:14

568:4
funded
572:5,11
funding
590:24
further
408:4 439:3
  469:22
  625:9,12
future
431:23

────── G ──────

G
442:14
gained
600:3
game
463:6 525:11
  569:1
garnered
438:9
Gary
425:1,11
gender
411:18
general
438:24
  440:11
  449:11
  475:7 478:3
  481:7
  514:23
  545:5
  589:22
  603:14,25
  604:23
  610:4,22
  611:15
  622:15
generally
435:3 585:2
general's
544:21 605:2
  610:8,11
  611:11
  612:25
  614:1 617:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031789

generation
405:21
gentleman
423:8 519:2
519:17
524:8
555:18
584:11
gentlemen
503:22
geographer
570:6,14
geographi...
461:22
George
509:1,17
512:25
513:9
516:20
563:16
Georgia
409:23
418:11
445:12
446:7,7,10
446:17,19
467:14
475:8
524:12
575:2,21
579:4,25
580:15,20
584:6,13
585:22
586:21
587:10
592:20
Georgia's
577:20
getting
410:13
422:25,25
451:19
463:14
476:8
480:13,17
480:25
495:22

496:2 518:7
527:3
537:11
538:17
559:23
571:4
573:19
581:16
585:6 593:4
602:14
613:1
621:22
623:8
give
425:19
432:15
434:11
438:14,15
438:16
439:23
440:1
448:20
460:17
463:8 481:6
482:15,24
485:16,16
486:8
490:20
491:3 529:7
557:17
564:22
568:5
570:22
576:24
578:17
584:23
585:2,3,4
585:10
593:21
615:1
622:23
given
406:15
427:10
428:17
429:20
445:1
452:21

498:22
569:23
576:4
582:11
614:1
gives
460:21
461:13
464:15
475:7 508:2
549:19
giving
428:9 457:3
492:8
568:11
578:24
585:3 619:8
glad
433:8 438:7
516:11
524:6
544:11
555:1
579:14
glance
407:14
Gloria
511:13
512:13
540:6
go
409:21
410:25
411:4 416:3
416:22
417:8,24
418:1 434:8
438:15
439:2,14
443:15
444:20
446:2
447:12,24
451:9
452:25,25
453:6,7,20
454:3,24
455:6,13

458:3
462:25
465:21
466:9,17,19
471:3,4
476:3 479:9
479:16
480:22
481:16
484:19,22
485:25
490:23
494:5
498:23
503:4,8,14
503:25
504:1
505:14,18
506:24
515:7
518:16
522:25
530:4,18
535:9
537:17
539:8 545:2
546:24
555:23
565:5 570:1
571:4
573:16,17
577:8 581:1
581:8
583:15
593:7
594:16,19
595:3
597:25
601:18
604:6 611:5
619:19
623:7
goes
416:11
428:13
432:16
604:5
608:18

going
410:10 413:5
414:1 424:3
424:17
426:5,14
428:8,24
429:2,15
430:6 434:2
434:7,7,10
437:2,20
438:23
441:11,15
446:4 448:3
451:10,10
451:15,18
452:6,8,10
452:11,22
453:21,23
454:24
460:19
461:9
466:10,16
468:23
469:5,25
471:14
473:9,9,23
476:4,10
480:10,12
480:24
482:24
483:2
484:21
486:7 487:6
487:9
492:16
496:7
501:15
502:4,4,5,8
502:11
505:7,16
508:15
509:11,12
517:20
518:4,8
521:11
524:18
525:12
527:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031790

Hearing - Volume 3                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 530:17 | 463:18 | **gray** | 533:25 | **half** |
| 538:3 | 469:7 | 469:20 | 535:20 | 406:20 409:2 |
| 544:18,24 | 471:16,19 | 489:11 | 537:10 | 436:18 |
| 545:7 | 473:19,19 | **great** | 543:9 544:9 | 456:23 |
| 546:12,15 | 475:7 | 425:17 | 549:11,19 | 501:4 |
| 551:7 | 476:22 | 430:18 | 551:13 | **Hammerlein** |
| 555:20 | 485:17 | 435:15 | 553:24 | 509:1,12,17 |
| 557:11 | 490:15 | 465:11 | 559:19 | 509:18 |
| 558:4 | 496:9,17 | 477:12,12 | 584:12 | 510:6,9,12 |
| 559:12 | 502:16,20 | 482:1 | 587:17 | 510:20,22 |
| 568:4,13 | 526:1 527:3 | 508:14 | 594:1 | 512:25 |
| 571:3 572:8 | 530:14,20 | 511:3,4 | 604:14 | 513:2,11 |
| 572:10 | 530:20 | 572:19 | 605:7 606:7 | 515:6 |
| 575:4,9,14 | 550:18 | **greater** | 608:22 | 516:14,18 |
| 575:18,25 | 565:4 572:2 | 452:11 | 623:9 | 516:24 |
| 576:1,20 | 572:3 | 472:19 | **guidance** | 517:15,19 |
| 577:8,14,23 | 573:24 | 525:14 | 494:16 | 518:12 |
| 578:1,2,3,8 | 576:9 584:7 | **greatly** | 526:11 | 519:3,22 |
| 578:12,15 | 591:8 596:7 | 472:3 | 565:17,17 | 520:12,16 |
| 578:19 | 610:21 | **ground** | 615:3 | 520:19,22 |
| 584:24 | 611:9 | 609:15 | **Guidry** | 521:2,5,9 |
| 585:2,2,6 | **Gore** | **group** | 511:3,5,7,9 | 521:14,23 |
| 585:13 | 478:5 | 463:14 512:2 | 511:14,16 | 522:7 523:1 |
| 586:14 | **government** | 536:20 | 511:18,20 | 523:6,9,15 |
| 587:24 | 409:7 412:23 | 563:25 | 514:15,16 | 523:21 |
| 589:12,15 | 417:12 | **groups** | 522:12 | 524:20 |
| 589:19 | 451:25 | 607:7 | 537:13 | 525:6,10,19 |
| 593:9 598:5 | 456:4 | **guaranty** | 540:6,23 | 526:20 |
| 598:9 604:3 | 465:25 | 423:16 | 541:9,19,22 | 527:15,19 |
| 604:4,10,10 | 467:11,21 | **gubernato...** | **Guidrys** | 528:10,14 |
| 604:11,20 | 467:24 | 406:10 | 540:14,15 | 528:17,21 |
| 605:16 | 468:9,18,21 | 476:17 | 542:3 | 529:11,13 |
| 606:2 | 468:23,25 | **guess** | **Guidry's** | 529:20,23 |
| 609:17 | 487:10 | 422:15 430:1 | 512:13 523:9 | 530:3,5,11 |
| 614:20 | 547:2 | 457:5 | **guilty** | 530:15,22 |
| 618:24 | **governmental** | 466:10 | 515:23 516:9 | 531:4,12,17 |
| 623:11 | 488:12 | 468:8 | 548:5 | 531:25 |
| **good** | 499:25 | 470:22 | **gun** | 532:8,14,20 |
| 410:23 | **grade** | 474:5 | 484:9 | 532:25 |
| 411:19 | 462:3,6 | 490:16 | **guns** | 533:5,8,11 |
| 424:22 | 466:14 | 502:8 504:6 | 484:10,10 | 533:19,22 |
| 425:7 | **graduate** | 504:20 | **guy** | 533:25 |
| 434:15 | 568:24 | 518:3 519:6 | 536:21,21 | 534:15,20 |
| 435:17 | **Grand** | 519:8 522:4 | **guys** | 534:24 |
| 450:10 | 440:23 612:8 | 522:6 | 526:24 551:4 | 535:4,7,11 |
| 460:9,10 | 612:10,12 | 523:21 | 563:17 | 535:17,22 |
| 461:25 | **Grandfather** | 524:24 | | 536:1,3,7 |
| 462:10 | 506:21 | 528:5,15 | **H** | 536:14,17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                        April 6, 2009

| | | | | |
|---|---|---|---|---|
| 536:23 | 494:5 593:9 | 458:5,6,8 | 519:9 | heard |
| 537:5,10,16 | 625:16 | 459:16 | 520:11 | 418:17 |
| 537:20,24 | handful | 460:12 | 522:8 523:2 | 429:25 |
| 538:8,10,14 | 547:7 610:12 | 593:14 | 525:2,5 | 437:9,12,13 |
| 538:17 | handle | happens | 529:9 530:7 | 439:9 440:4 |
| 539:1,5,12 | 426:21 | 416:6 435:22 | 532:3 | 445:11,15 |
| 539:15,18 | 427:23 | 436:8,9,9 | 542:16 | 451:21 |
| 539:22,25 | 458:19 | 436:14 | 544:4 | 452:12 |
| 540:4,8,11 | 465:24 | 543:7,19 | 550:13,17 | 455:11,11 |
| 540:17,21 | 590:20 | 570:18 | 552:6,18 | 460:6 |
| 540:25 | 596:13,14 | 589:20 | 553:9,24 | 461:24 |
| 541:5,10,20 | 615:13 | 605:9,21 | 554:23 | 462:4 475:6 |
| 541:23 | handled | happy | 556:15 | 516:20 |
| 542:1,5,9 | 485:14 | 508:17,23 | 559:12 | 519:19 |
| 542:12,17 | 580:19,25 | 510:23 | 625:2 | 527:25 |
| 543:9 544:9 | 582:1,1 | 551:10 | Harvard | 548:14 |
| 544:22 | 621:22 | 562:13 | 448:9 449:9 | 564:3 |
| 546:18 | handles | 568:21 | hate | 577:20 |
| 547:12,22 | 575:10 | 610:23 | 424:8 427:3 | 598:12 |
| 548:3,9,13 | 581:12 | harbors | 427:7 460:8 | 608:15 |
| 548:21 | hands | 589:9 | HAVA | hearing |
| 549:1,8,14 | 431:1 542:20 | hard | 520:14,18,20 | 437:13 507:3 |
| 549:18,23 | handwriting | 405:24 415:1 | 521:8,12 | 588:24 |
| 550:3,8,11 | 411:2 429:24 | 463:17 | 526:16,17 | 591:8 |
| 550:15,22 | 430:2,2,5,5 | 466:13 | 526:19 | hearings |
| 551:2,6,10 | 430:7 517:8 | 490:17 | 528:8 529:2 | 426:15 |
| 551:16,20 | 534:4 | 537:6 | 529:4,12 | 437:18,21 |
| 551:24 | handwritten | 549:14 | 531:6,10 | 447:19 |
| 552:2,8,17 | 411:2 | 550:1 555:1 | 533:13 | heart |
| 552:21,24 | hanging | 562:25 | head | 429:19 |
| 553:5,12 | 614:8 624:16 | 574:24 | 532:12 | 548:11 |
| 554:1,25 | happen | 599:21 | 616:13 | heavily |
| 555:5,14,21 | 426:24 427:4 | 623:16 | headed | 450:21 |
| 556:2,7,12 | 436:1,3 | 624:1 | 604:15 | held |
| 557:2,6,14 | 438:20 | harder | headquarters | 426:15 |
| 558:1,7,19 | 441:11 | 460:13 | 458:18 | 614:24 |
| 559:7,14 | 514:14 | harken | health | Helfin |
| 560:11,15 | 521:12 | 407:9 | 412:10 | 422:21,22 |
| 561:1,8,14 | 522:2 531:6 | harmless | hear | 423:8,12,21 |
| 561:18 | 543:22 | 407:16 | 414:1 422:1 | 423:24 |
| 562:1,11 | happened | Harris | 438:24 | 424:5,10 |
| 563:21 | 417:18 432:5 | 454:6 461:20 | 439:17 | 460:3,4 |
| 564:5,8 | 441:8 454:6 | 485:1 | 481:24 | 461:23 |
| 565:16,22 | 538:2 | 502:13 | 484:12,12 | 463:16 |
| 565:25 | 542:21 | 509:2,18 | 484:21 | 464:13 |
| 566:5,11,21 | 621:14,24 | 510:13 | 502:13 | 466:20,25 |
| 567:2,7 | happening | 512:2 | 574:16 | 473:4,5,15 |
| hand | 433:18,21 | 516:22 | 614:4 | 474:10,14 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

503:22
504:13,17
504:22
566:16,17
566:24
567:4
**Helfin's**
467:9
**help**
406:23
412:25
416:15
465:5,18
508:13
517:18
546:16
547:8 571:2
589:23
607:19
623:8,25
**helpful**
485:10
617:23
**helping**
472:15
**Henderson**
512:8
**hereto**
625:13
**hey**
518:14
591:17
593:25
**high**
405:14
406:19,23
583:11
**higher**
462:18,20
573:14,22
573:24
615:11
**highlights**
570:1
**highly**
605:1
**Hill**
512:10

523:10
537:19
538:5,11,13
538:20
539:21
568:25
**Hills**
543:22
**Hill's**
512:8,13
522:19
539:4,4
**hired**
441:20 447:7
**hiring**
587:7
**Hispanic**
457:1,4
573:1,25
**Hispanics**
448:15
449:13,16
573:2,3
**histories**
509:25
551:22
**history**
426:11,11
439:20
452:17
455:4,5
456:22
604:8
**Hochberg**
433:3 486:6
535:1
**Hochberg's**
486:18
517:23
**hold**
431:23 461:5
**Holder**
603:13,14,22
**home**
408:21
418:19
427:5
442:15

459:14,19
504:1
511:15
594:25
**homeless**
423:7
**homes**
420:9
**honest**
462:18 466:2
468:3 502:9
539:7
**honestly**
505:8
**hope**
424:19
466:21
569:4
617:11
**hopefully**
433:17 469:6
501:21
564:23
605:17,18
**hoping**
432:14
564:15
609:13
**Hopson**
507:10
**Hopson's**
507:15
508:12
**horrible**
414:18,19
**hotline**
426:19
**hour**
471:14,24
472:6 566:7
**hourly**
443:9
**hours**
557:8
**house**
404:9 503:2
505:13
592:9

603:19
609:8
624:18
**household**
573:10
**housing**
454:22
**Houston**
510:2 511:14
522:3
556:14,23
**Houstonian**
552:24
556:10
**huge**
451:14
569:10
**hundred**
446:3 599:7
**hundreds**
557:9
**hurricane**
407:21 415:4
**husbands**
463:18
**Hutchison**
437:24
**hypothetical**
496:3 562:10
621:6

---

**I**

**ID**
407:5,5,14
407:16,23
407:24
408:4,5,16
408:19,22
408:23
409:3,5,7
409:14,18
409:25
410:2,8,17
410:18
411:14
412:5
416:19,23
417:3 418:5

422:2
445:12,17
447:25
448:1,7,12
448:14
449:12,15
450:1,1,9
450:14,20
451:2,20
452:16,20
452:21,21
452:23,25
453:2 458:4
463:5 472:5
478:10
479:2 480:8
480:23
483:16
487:2,10
491:11,20
491:25
493:18,24
494:1,3
495:24
498:17
499:11,21
502:24
503:7,8,23
504:9 505:6
505:15,18
505:19
506:8
509:23
510:15
515:12
546:16,16
547:8,17
554:16
556:19
570:11,17
571:1,7,9
571:18,21
572:9,19,19
572:25
573:3,5,7,8
573:9,14,24
573:25
574:4
575:11



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031793

```
576:16,23        ideas            494:11           570:25           409:3 415:8
576:25           463:2            499:21           571:9,18,21      423:18
577:17           identical        500:3,9,12       572:1,4          427:1 474:1
579:24,24        522:11           527:1            589:23           477:2
580:1 581:5      identific...     545:18           596:4            573:16
581:7 582:9      409:15,16,17     566:23           impacts          576:20
582:12,22        409:19           IDs              497:5            583:18
583:11,21        411:5 414:7      431:7 448:16     impediment       591:6 605:8
585:10,10        415:1 417:9      491:9,15,20      461:9            importantly
585:14,19        420:4,7          492:2            impediments      593:3
586:21           421:18           512:13,15        431:13           impounding
589:22           423:2,6,23       552:7            imperfect        613:4
591:3,16,17      424:2 429:2      572:18           415:18           impressed
591:18,18        429:8,15         576:21           impersona...     442:25
592:1,15,18      431:5,6,10       585:4,19         533:24           improperly
593:10,11        431:14           586:20           534:13,23        618:23
593:12           458:14           596:22           535:6            improve
594:5,5,15       459:9            601:9 602:7      554:18           593:10 597:8
594:15,16        478:22           607:21           555:10,11        improvements
594:21,21        479:6,13,15      620:22           557:21           514:1,5
595:18           480:21           621:8            558:6            improving
596:4 597:6      483:9,24         ignorant         562:18           600:3
597:7,20,23      487:17           470:3            563:6 577:1      inaccurate
598:3,6,9        489:3 499:1      II               581:4,9          560:2 564:18
598:13,13        499:8,17,19      423:17           616:25           inadequate
601:7 602:1      500:14           illegal          618:11           576:23
602:6,21         546:8            441:19           620:3,15         inadverte...
607:2,5,17       581:17           459:23           implement        513:4 520:1
607:18,20        583:6 607:1      545:25           415:20           520:5
607:23,25        607:8            548:20,22        450:19           inappropr...
608:3,5,14       identific...     illegally        579:16           462:4
608:21           482:14           440:19           implement...     inappropr...
620:25           483:10           545:11           590:21           468:16
Idaho            582:17           546:10           593:24           inaudible
450:20           identified       548:24           594:24           420:12,16
idea             435:8 513:17     549:7            620:13           421:4
408:17           identifiers      illustration    implemented      439:12
423:11           522:20 565:3    414:24           418:5 445:18     441:1 457:3
438:12           566:2            imagine          450:9,14,15      481:11
440:25,25        identifies       420:2            450:21           568:20
441:11           514:7            immigrants       570:10,17        571:23
446:24           identify         519:6            591:13           576:14
461:1,11         426:16 465:2     impact           598:6            578:17
467:22           513:25           429:18 474:5     implementing     610:7 622:3
475:7 576:8      607:3            475:8            412:4 415:16     incentive
583:2            identity         476:20           importance       526:23
594:14           409:9 493:8      544:4,7          476:18           559:18,20
601:21           493:20           559:22           important        incident
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

542:22
incidents
542:23,23
include
532:2 617:7
617:14
included
532:4,5,9,13
613:4
618:14
including
562:6 577:5
618:2
incomes
573:10
incorrect
562:14
increase
445:13,17
463:22
597:8 601:7
increased
604:11,12
increasing
445:19
increasingly
409:2
incredible
446:7
incumbent
477:24
indefinite
428:22
Independent
544:20 546:4
index
512:4 529:16
Indian
575:22
Indiana
415:9 418:10
432:19
445:12
446:18
475:8
572:18
575:8

577:16
580:1,15,20
580:21
582:18
583:20
586:21
590:2
Indiana's
608:14
indicate
461:6 608:18
indicated
414:13 415:2
487:20
indicates
608:19
indication
517:9
indict
471:23
indicted
612:11
indictment
440:22
612:13
individual
427:20 428:6
430:3 459:8
465:9 466:1
469:21
473:24
515:9
517:24
520:2,6
549:25
564:12
566:8
601:15
603:22
608:11
individuals
420:3 427:3
427:9,13,14
427:18,20
427:23
428:1 430:4
442:18
451:15

452:24
461:12,17
462:17
463:6,9
465:10
466:3,19
469:6
470:25
471:4
515:12
516:8
519:24
522:24,25
525:17
526:7 527:3
545:12
560:8
ineligible
513:19,23,25
514:7
inferences
572:4 573:2
influence
589:8,23
influenced
589:15
info
473:1
inform
591:4
informal
407:12
information
428:3 433:12
437:13
438:5
443:12,23
444:1,2,3
444:12,13
444:17
457:3
479:23
491:10
494:2
510:11,19
514:20
515:3 529:4
529:8

546:20
567:14
583:18
613:5
619:10
informed
545:2,2
613:7
622:23
inherent
457:19
497:18
498:6
inherited
530:16
initial
598:18
initiative
456:2
injustice
473:8
inner
456:24 457:4
innocent
468:3 527:9
innumerable
461:21
insignifi...
583:16
insofar
420:8
instance
488:23
495:23
524:8,15,17
580:3
581:21
588:14
590:5 594:6
599:13
621:20
instances
427:8,12,14
427:17
458:23
475:9
486:10
513:22

524:15
527:9 547:6
549:11
608:10
Institute
569:19
instrumental
613:1
insufficient
436:17
insulation
462:21
insurance
412:10
integrity
444:8,11
617:21,23
617:24
intelligent
408:25
intended
442:23
549:13
563:1
intending
601:14
intensity
554:21
intent
436:5 455:21
468:2,15,16
469:22
474:18
484:24
549:15
557:24
561:9,12,23
592:2
613:18
intentional
615:25
intention...
434:20
472:12
525:18
613:21
interact
529:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

interest
406:4 429:19
  438:18
  569:24
  570:20
  571:6
  605:23
interested
406:1 502:13
  616:2
  625:14
interesting
463:25
  536:24
  575:10
interesti...
535:25 573:4
interests
405:12
  450:13
interim
517:3,10
  582:7 619:1
internati...
597:4
Internet
409:10
interplay
461:15
interpret
487:18 493:6
  493:11
  495:3
interpret...
495:10
interrupt
470:21
interviewed
525:21
interviews
613:5
intimidate
442:23
intimidated
446:2 452:7
intimidating
430:14,21

  441:22
  452:2
intimidation
426:17,23
  428:6
  455:25
  458:12
  470:1,15,18
  472:22
introduce
481:18
  509:13
introduced
426:1
introduction
485:16
intruding
490:15
invalidated
473:7
investigate
555:16 581:4
  612:7
investigated
469:1 521:20
  521:21
investiga...
468:25
investiga...
443:15
  469:11
  514:23
  523:20
  613:3,8
investiga...
440:24 617:8
  617:10,15
  617:16,22
  617:23,24
  618:1,4
investiga...
564:19
investigator
444:6,7
investment
577:21
involve
413:14

  579:22
involved
408:1 418:8
  418:14
  443:5
  445:18
  453:5
  466:11
  468:5
  470:18
  516:23
  578:20
  579:15
  612:13,25
  613:5
  618:14
involvement
590:17
  611:12
involves
434:1 440:4
  545:7
involving
456:25
  474:24
  477:23
  608:14
  618:13
Iraq
459:13
ironclad
527:25
ironic
442:10
ironically
446:11
irregular...
426:16
issue
412:14 414:6
  417:9
  425:18
  453:20
  456:7
  457:18,22
  457:23
  460:8
  463:20

  464:2 465:6
  465:19,22
  472:19
  474:7 485:8
  485:18
  488:3 524:7
  572:21
  588:7 603:8
  603:10,11
  605:11,14
  606:25
  608:17
  609:15
  614:19
  615:7
  616:16
issued
408:16,23
  409:3,5,7
  409:14
  479:13
  487:10
  499:19,23
  504:8
  505:19
  508:7
issues
411:20
  412:16
  426:16,21
  432:11
  437:25
  451:16
  456:8 472:5
  472:21,24
  473:17
  485:14
  504:4
  553:19
  589:7
  605:10,12
  605:17
  606:9
  615:21
  616:1
item
490:3
iteration

  505:5
  _____
          J
  _____
James
  606:19
Janet
  515:22
Janice
  548:4
jar
  439:22
jeopardize
  412:3
Jimmy
  601:19
  606:19
job
  412:11
  450:10
  460:10
  471:20
  556:4
  557:16
  567:13
John
  477:13 481:7
  543:23,23
  543:24,25
  567:14
  622:15
Johnson
  477:24
  528:12
  533:17
joined
  590:19
joking
  610:5
Jones
  497:21
JOURNAL
  477:14
Jr
  543:23,25
judge
  434:9,16
  440:4 467:9
  473:7,11



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

499:22
500:17
585:23
621:12
**judger**
432:2
**judges**
460:13
608:11
**judgment**
608:16
614:24
622:23
**judgments**
429:21
**junior**
485:13
488:23,24
489:7
**jurisdiction**
599:14
611:25
**jurisdict...**
446:12
**Jury**
440:24 612:9
612:10,12
**justice**
431:25 432:1
432:3,10,14
455:24
461:10
570:5,6,13
574:13
575:10,24
576:1 577:8
577:23
578:1 579:6
584:12,23
587:7,13,17
590:4,6,11
590:20
603:5,21
604:23
605:16
606:1
610:22
611:18

612:16
613:1,6,25
**Justices**
432:4
**justifica...**
412:3
**Justin**
570:24

---

**K**

**Katrina**
408:13,20
**Katz**
572:6
**keep**
438:14
451:10,12
505:19
599:23
**keeping**
567:21
**Kennedy**
604:5
**kept**
530:17 568:6
**key**
520:13 574:3
587:11
**kick**
508:9
**kind**
409:19
413:20,20
429:2,14
430:9 431:2
435:12
442:10
443:19
444:8 452:1
453:25
463:2,5,19
465:17
466:10
478:11
489:19
490:4,7
492:17
504:4

509:13
512:19
515:25
518:5 523:9
523:11
524:2
525:20
526:11
529:20,24
538:10
562:19
570:1
574:24
577:7 582:5
583:2
589:22
591:25
593:11
597:5 598:9
599:7 602:8
614:4,5,6
616:2
620:17
621:5
622:22
623:23
**kinds**
430:11,14
431:6 439:4
459:8
615:13
**Kirk**
454:16
**knew**
426:5 437:19
**knocked**
520:5 522:21
**know**
408:25
414:17
415:5,17,19
416:3 417:1
417:4 418:8
419:16,16
419:20
420:1,5,10
421:15,20
421:25

425:22,25
427:22
428:5,20
429:5,25
430:4,9
431:23
432:2,4,22
433:14
434:17
435:12,14
436:5
437:10,10
439:2,4,9
439:19
440:3,22
442:6 443:4
443:6,11
444:3,7,20
444:22
445:1
446:21,23
450:10,17
451:20
452:18
454:2,5
455:2,7
458:2,24
459:4,4
460:9
461:20
462:8,9
463:16,21
463:24
466:12
467:18
468:18,22
468:22
470:2 471:9
471:13
474:24
476:14,15
477:9,13,15
478:8,10,10
479:25
482:4,25
484:3,5,8,9
484:10,18
485:1 487:1
491:4 494:9

494:13
496:4 497:1
501:12
502:12
503:6 504:9
505:16
507:25
510:7,12
512:10,12
512:13
513:3 514:4
519:6,8
521:15
523:22,23
524:23
525:7,11
526:10,22
527:2,4
528:4,7
531:17,17
532:21
533:17
539:16,19
539:20
541:14
543:24
544:14
546:12,14
547:2,3,13
548:10
549:22
550:16,19
550:24,25
551:17,21
553:24
554:17,20
555:10,12
556:10,24
558:13,20
558:21
559:17
560:3,4
564:11,15
564:16
567:20
568:6,25
569:3
570:24
571:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

573:2
575:13
576:20
578:10,18
581:14
582:11,15
582:18
583:17
584:7,9
587:3,18,19
587:24
590:6,24
594:18
596:10,12
598:24
599:21
602:14
605:20
606:8,14
614:12,19
616:10,19
617:10,14
620:23
621:8
623:13,23
**knowing**
426:13 490:6
615:25
**knowledge**
418:5 442:4
545:8
550:23
573:25
574:9 576:2
620:12
**known**
525:17
**KPRC**
515:1

**L**

**laborious**
530:16
**lack**
412:10 467:9
571:14
572:3,25
573:25

574:9
608:20
**lacked**
572:17 573:8
**lacking**
573:14
**lacks**
537:6
**laid**
497:22,25
498:11
561:6
**landowner**
444:22
**language**
464:21
466:15
493:7,12,14
493:16,21
495:4,6,10
495:15
496:8,12,19
497:1,5,15
498:8
**large**
422:5 477:1
486:9
572:21
**largely**
470:8
**larger**
458:12
463:22
**largest**
449:24
563:17
**late**
416:2 454:1
505:24
512:8
544:18
566:7 568:6
**Latinos**
426:6 448:20
**law**
406:16
407:14
415:9,9,15

421:19
422:11
426:20
427:22
432:2
434:17
444:5
450:14
464:4,6,11
471:3
478:11
480:3 481:3
482:11
483:3,6
487:16,21
488:7,25
489:1,11,20
490:18
496:14,16
496:20
497:2,4,9
497:10
498:6,8,12
499:5,14
501:8,11
502:6 525:1
538:24
546:25
551:11
568:10
572:19
574:14
575:11,22
575:23
576:5,8
577:16,22
579:10,12
579:24,24
580:1,12,14
582:7,10,18
583:20
584:1 588:7
588:24
589:18
590:1,2
591:3
592:20,22
596:4
608:14

612:8
**laws**
406:2,4
407:6,23
415:20
434:19
450:9,20
451:2 452:3
572:4 575:2
576:6,16
579:25
580:2,10
589:22
590:9
593:16,19
597:13
607:25
608:1,9
**lawsuit**
434:9 441:4
612:16,20
**lawyer**
434:8 466:9
**lawyers**
426:19 578:5
589:14
603:16
604:24
**lay**
430:6 488:24
497:20
501:9,12,13
**layer**
566:22
**lead**
451:6 469:12
471:9,9,12
**leadership**
615:16
**leading**
454:25
**leafletting**
456:20 457:2
**learned**
477:2
**leave**
451:9 527:6
**leaving**

513:3 514:11
590:20
**led**
607:12
**leeway**
486:20
**left**
598:21
624:12,14
**leg**
593:24
**legal**
519:7 589:7
589:10,16
603:20,23
603:24
615:18
619:9
620:21
**legally**
553:9
**legislate**
463:17
**legislation**
412:23 415:7
426:4 429:6
456:7 476:4
583:7
603:17
608:5,6
**legislator**
617:25
**legislature**
412:13,15
472:4
543:11
**legislatures**
418:16 591:1
**legitimate**
466:7 580:7
589:22
607:14
**legitimately**
469:10
**lend**
501:22
**lending**
590:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031798

lends
429:9
length
609:23
letter
410:5 429:22
  489:7 490:2
  530:24
  600:7,9,14
  601:3,11
  608:25
letting
581:13
let's
435:9 453:17
  453:18
  456:6 466:2
  501:23
  508:19
  529:3
  532:16
  533:13,15
  536:18
  560:18
  590:15
  591:18
  595:2
  597:21
  610:25
level
406:23
  429:13
  448:7 531:9
  544:10,13
  544:13
  546:21
  554:21
  593:14,18
  614:25
  615:5,10,11
  615:16,24
liable
479:17
license
408:24
  410:22
  482:20
  484:5,9

485:21
488:20
497:20,22
499:19
500:11
502:3,9
503:5,9,24
504:9
505:18
506:9,10,19
506:22
507:13
508:3 527:2
539:11
540:3
565:14,24
566:9
594:17
licenses
586:20
  601:10
licensing
594:10
lied
619:24
life-long
405:18
light
461:14 492:4
  493:7 614:6
lightly
514:17
lights
509:4
likelihood
494:22 529:5
likewise
547:5
limit
466:18
  601:14
limited
412:13
  461:22
  612:3
Linda
512:6,9,12
  543:21

line
410:3 426:20
  444:16
  451:8 452:5
  472:13
  475:22
  478:20
  490:1,4
  506:2 532:9
  597:1
  615:18
lines
409:8 428:19
  433:15,19
  434:25
  435:9,20
  461:5
  608:12
  614:15
list
420:4,7
  465:15
  487:3 488:8
  489:4 492:6
  495:17
  499:4 514:1
  515:16
  517:25
  519:23
  529:1
  531:24
  532:19
  542:4,19
  594:10,13
listed
421:17
  482:21
  483:1 484:6
  484:7 488:2
  497:11
listen
438:22
listening
617:20
lists
499:18 594:9
litany
458:19

literacy
407:13 445:1
literally
454:25
  472:11
  476:12
literate
444:25
litigation
418:9,10,13
  578:22
little
408:24
  411:25
  439:3 441:7
  485:16
  494:16
  504:15
  511:17
  540:10
  564:19
  570:8
  575:20
  576:4
  579:17
  582:11,13
  582:13
  583:9
  590:16,22
  593:21
  594:14,25
  598:24
  604:17
  606:18
  614:6
live
421:21 452:8
  453:9
  455:10,14
  465:20
  595:19
lives
413:2 437:2
living
408:6,6
LLC
625:24
local

446:14
476:18
488:5 510:2
515:1
556:15
location
427:24 542:4
  621:2,8
locations
519:10
  561:20
lodge
590:8
logic
467:23
  559:24
  561:2
logical
549:5
logically
466:5,5
long
428:19 435:9
  436:21,22
  447:8
  483:16
  484:25
  498:24
  527:8
  578:13
  587:8
  609:20
longer
416:2
  417:19
  421:25
  422:2
  433:15,19
  435:1,20
  437:12,15
  451:9 452:6
  540:25
  558:10
  579:15
  614:15
long-term
604:23
look



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
424:6,9        490:12         Louisiana        major           511:12,19
426:10         500:2            408:24 409:5   606:20,21        596:21
427:2          508:11          409:13,25       majority        Marion
429:12         532:11            410:17        414:9 475:12     571:12
430:17         540:18          love             475:17         mark
431:4          571:24          492:25          581:22          531:1 564:24
432:16         576:18            587:25        makers          marked
446:18,20      584:14          low             406:17          474:15
447:12         593:18          406:9,15         571:11         marriage
454:5          599:17           572:18        makeup          484:5
455:20         601:3           lower           576:3           married
460:24        looks             451:6 571:13  making           487:1,3
463:21         483:2 501:4      583:9,12       430:22          493:24
472:25         512:6 531:7      608:8           478:10         495:13
474:20        loosen                            546:1          502:3
478:19         582:11                           547:20         Mary
487:11        losses          ──────M──────     557:19         405:2,7
490:25         412:11         machines          558:12         416:1
491:2         lost             436:17,22,23     592:11         Maryland
493:25,25      407:20         magically        male            572:20
495:14,24      577:18          529:24          410:7           massive
499:14        lot             maiden           males           526:21
512:18         413:17 429:2    487:1 493:23    444:25          match
513:7          432:15          496:6          Malkin           411:1 465:4
527:22         437:9           501:24,25       477:15          485:25
528:7          445:11         mail            man              486:1 489:2
530:22         453:4 455:2     417:16,20,23    426:20,20       490:13
537:18         455:3,23        462:4,5          468:15         495:9
540:6,14       456:9 458:3     499:24         managed          498:25,25
542:20         468:25          534:3 565:4     609:14          500:24
543:19,20      472:17         mailboxes       manager          530:23
575:25         474:2 478:7     428:6,7,13      570:8           536:11
581:14,19      478:15          433:13         mandate          538:22,25
looked         494:14          441:18          597:21         564:23
410:4,5        504:6           459:23         manner          matches
411:19         516:25         mailed           424:2 474:16    500:7 512:4
429:5          540:12          548:12          487:18          527:3 539:7
453:12         558:23         mailers          509:23         571:19
509:25         567:12          428:6           576:17         matching
528:1          575:23         mailing          601:15          486:21
537:21         577:2 580:3     519:12,12      map              512:24
576:10         587:12         main            588:6           mater
looking        588:1 597:4     422:2 454:25   mapping          569:9
416:21,25      599:12          564:8,9         536:8 564:21   material
431:17         614:25         maintain        Marc             600:6,16
442:12,14      615:2 623:1     406:23          553:18         matter
451:12        lots             601:23         March            487:25
460:13         477:14         maintained                      512:16
                               617:22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031800

| | | | | |
|---|---|---|---|---|
| 514:16 | 467:22 | 598:15 | 424:16 | met |
| 583:16 | 468:12 | 606:8,10 | 425:16 | 413:22 438:4 |
| 618:1 | 470:13,23 | 615:19,21 | 431:9 447:3 | 440:18 |
| 625:11 | 471:23,25 | 623:13,19 | 459:7,12 | 590:8 |
| maximizing | 472:9,11,11 | 623:24 | 460:2 477:5 | methods |
| 411:23 | 472:22,23 | means | 493:2 | 571:17 |
| ma'am | 472:25 | 465:11 | 505:22 | Michelle |
| 422:22 | 473:20,22 | 502:19 | 509:6 520:3 | 477:15 |
| 492:24 | 474:4 476:8 | 600:2 602:1 | 552:4 | Michigan |
| 516:14,18 | 476:11,21 | meant | 566:14 | 418:12 |
| 542:17 | 479:2 | 481:17 | 567:6,25 | middle |
| 552:8 | 480:15 | measure | 591:1 607:6 | 440:20 |
| McElwain | 489:14,14 | 600:18 | 607:22 | 469:14 |
| 442:14 | 494:10 | measures | 609:18 | 580:5 |
| 443:14 | 495:13,21 | 407:12 | 622:2 | 609:15 |
| McGeehan | 496:2 | mechanism | 624:15 | miles |
| 433:1 481:8 | 497:21 | 413:12 476:5 | membership | 409:2 465:20 |
| 481:17,20 | 498:3,25 | 581:18 | 413:19 | military |
| 481:20 | 502:10 | 594:5 | 574:15 | 409:7,18 |
| 486:16 | 520:14 | 601:14 | memo | 410:2,13,14 |
| 487:21 | 521:12,14 | 602:2 | 603:12,14 | 410:16,18 |
| 488:10,21 | 523:2,21 | media | 604:18 | 410:21,23 |
| 489:1,9,14 | 525:4 | 437:3 457:18 | men | 459:13 |
| 490:6 | 529:23 | 556:15 | 573:17 | million |
| 496:19 | 530:11 | Medicaid | mens | 405:13 |
| 497:3 | 531:8,19 | 419:6 | 619:7 | 413:14 |
| 498:12 | 532:20,21 | Medicare | mental | 414:4 |
| 499:2,7,14 | 534:15 | 417:8,10,11 | 619:21 | 504:16,20 |
| 500:13,20 | 538:23 | 419:14 | mention | 525:14 |
| 501:7 502:7 | 539:5,13,22 | 420:11,18 | 418:10 | 566:3 |
| 502:18 | 541:6 | 420:20,21 | 480:10 | 584:10,13 |
| 503:16 | 543:18 | 421:6,8,11 | 602:3 | 584:14,15 |
| 504:5,15,19 | 544:7 | 421:11,13 | mentioned | 584:15,19 |
| 506:12 | 546:18,24 | meet | 416:10 423:9 | 622:23 |
| 507:2,8,11 | 548:21 | 560:5 | 429:13 | mind |
| 507:24 | 549:15 | meeting | 432:23,23 | 416:7 521:25 |
| 508:23 | 552:25 | 404:11 438:3 | 441:17 | minds |
| 622:18,18 | 556:7 558:1 | 443:13 | 517:6 | 473:12 |
| 623:11,22 | 564:17 | 598:1 | 576:15 | mindset |
| 624:2 | 565:17 | member | mentioning | 601:22 |
| mean | 578:7,17 | 451:22 | 456:20 | mine |
| 413:6 415:22 | 579:1,4 | 517:13 | mere | 413:7 419:11 |
| 433:16,17 | 581:1,5 | members | 409:16 | mini |
| 444:2 446:3 | 582:14 | 405:6,13,21 | 513:10 | 578:11 |
| 451:25 | 584:8 585:9 | 413:14,17 | merely | Minnesota |
| 455:2 | 587:4 588:1 | 414:4 | 505:6 562:2 | 474:21 |
| 459:21 | 588:2 | 415:11 | message | minorities |
| 463:4 466:2 | 589:14 | 416:3 | 507:20 | 438:12,14 |
| | 591:7 594:3 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031801

```
439:4 449:3      Missouri         month            589:1            441:3
449:5            418:12           596:22           mother           450:12
453:14           misspelled       monthly          511:6            453:11
459:3            432:24           530:10,13        mounting         name
minority         mistake          months           412:10           405:7 410:5
428:15           430:24           511:19           mouth            410:25
435:11           434:21           578:18           508:10           411:2 425:9
436:7            468:3            594:2            move             425:11
438:17,18        523:13,13        608:15           407:20           429:23
439:11           523:19,20        Moore            518:14           442:13
441:21           523:24           568:17,23        519:9            469:15
445:19           524:9,18         569:17,17        559:13           485:13
450:16,22        526:25           569:22           574:7            486:3 487:1
451:3,7          mistakes         570:14           578:12           487:3,22
454:9            543:22 544:1     574:7,23         589:4 593:2      488:2,5
572:21           604:19           577:13           599:23           489:3,11
580:7 607:7      misusing         578:8,16,25      600:24           490:12,22
minutes          592:10           580:24           moved            491:4 492:4
473:3 509:7      MIT              582:3,24         462:5 518:7      493:23,23
509:8 565:8      448:9            583:8 584:1      548:7,9          493:24
misconduct       mobile           584:21           561:20           494:1 495:2
460:6,11,17      601:12,13        585:11,18        571:19           495:3,9,13
464:7            607:21           586:8,11,19      579:23           496:6
611:12           model            587:5 588:3      moves            499:12,13
620:4 621:1      580:20 596:6     588:11           624:11,17        499:25
621:2,9          modelling        589:10           moving           501:4,4,13
misconstrued     571:22           590:4,19         430:12,13        501:24
592:3            modern           591:22           516:4 594:7      502:1,3,11
misdemeanor      453:3            592:4,7,19       594:10           509:15,17
462:3 464:9      mom              594:4 595:6      599:2,18         511:21
misfortune       503:3 511:13     595:10,16        603:25           522:19,21
408:2            moment           595:19,23        Muhlhausen       523:8,9
misinform...     597:19 599:5     596:5,18         572:7            535:2
428:9,13         momentum         597:3,14,18      multiple         540:12,25
441:13           598:3            597:25           527:1 529:16     541:16,16
mismatches       money            598:19           Murphy           543:25
486:10           419:6,6          599:10           585:23           556:1
misplaced        434:7 446:9      600:9,12,17      Mustats          569:16,17
407:21           446:16           601:1,18         570:19           573:17
missed           452:25           602:5,11,20      muster           599:24
587:1            453:1 466:9      603:1,7,11       603:17           610:16
missing          471:16           604:2,17         myopic           622:13
440:8,10         492:19           605:3,15,20      597:6            names
485:13           545:22           606:5,14                          408:8 432:24
489:7            555:20,22        609:20,24        ─────────────    485:9
557:22           584:25           morning              N            495:20
mission          623:10,21        610:21 611:9    ─────────────    498:24
425:24           623:24           mortally         NAACP            512:14,24
                                                   425:2,12,20
                                                   431:24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
515:10              424:9 437:12      never              619:2,4,12         405:10
517:25              437:15              470:1 508:5       619:16,23        normally
518:11,11           452:23              513:11            620:6,10,16      454:1 474:22
522:25              463:5,21            519:19            620:20,23        North
543:21              466:17              522:2,19,21       621:4,10,16      485:2 568:23
545:8,8,24          469:1               522:22            621:25             568:24
549:6               471:16,19           526:24            622:4,10,12        595:3,18,20
555:16              471:20              539:8 548:8     Nigerian             595:23
564:2,4             472:25,25           548:14            517:25             596:1,1,6,6
narrowly            479:2,3,18          551:3             518:10,11          596:10
477:24              479:25            new                 518:22,22        notary
national            480:20              412:4 416:9       519:5             625:5,21,22
405:16,16           495:9,9             475:14          night             note
411:19              498:3               487:24            505:25            480:7
446:15              504:10              490:18            508:22           notes
450:11              506:3               506:24            524:11            517:3,5
477:1               524:19              536:19            529:25           notice
569:10              548:17              561:20            568:25            416:8,11
593:12,14           572:10              571:23            569:12            473:5
593:17              584:5               592:2           nightmare         noticed
598:6 602:6         613:16              600:20            426:6            529:1 536:19
nation's            617:22              601:9           nine                537:13
449:24            needed              news               439:18             542:10
native              560:5 582:11        457:18 512:1     578:18          November
595:23            needs                 515:5 522:3      594:2             406:20
natural             405:11              556:23          nodding            513:17
470:12              512:18              560:2            532:12           nuance
nature              617:22            newspaper          non               580:3
449:3 453:13      negative             441:9,17         421:18           nudge
NBC                 429:17              512:23          noncitizen         581:15
510:2             neighborhood       newspapers         527:25           number
near                457:3 583:10        459:23          nonpartisan        420:2 422:5
511:14            neighborh...        nice               405:10             426:15
nearly              445:19              413:5 421:21     425:22             427:7,8,12
408:15            neither               554:1,2          449:24             427:14,17
449:25              409:13              569:13          nonphoto            427:19,25
573:4,6,8           490:25          Nichols             463:3 512:1        428:15
necessarily         533:23              610:10,19,21    588:24             430:20
414:6 415:22        564:25              611:1,17,23     590:23             435:15
471:15              625:9               612:17,21     nonphoto             436:17
501:2 575:1       net                   613:13          421:18             439:25
586:20              560:1               614:17           487:10,17         445:13,23
587:13            neutral               615:19           488:7,8           451:15
necessary           509:2 547:14        616:10,20        491:9,20          452:12
433:9               553:7               616:23           492:2             453:9
necessity           583:25              617:2,9,18       493:23            458:22
474:5               584:1,2             618:6,9,12     nonpolitical        459:11
need                602:24              618:22          587:20             466:18
                                                      nonprofit
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

485:21
486:9,13,22
486:22
490:3 504:9
522:16,22
524:13
525:12
526:13
527:5
528:11,13
536:20
541:11
559:11
560:6
564:23
565:3,24
566:10
576:2
582:21,21
583:2,8
584:5,8,8,9
584:19,22
602:18,20
617:3
623:20,21
**numbers**
405:14
406:20
433:14
452:12
506:17
522:14
525:11
526:12
**numerous**
407:22 478:4
**nursing**
418:18 420:8
**NYU**
524:8

**o**
410:6 436:2
**Obama**
445:16
446:22
575:1

587:13
604:20
**obituaries**
512:23
521:16,18
530:18
**objected**
465:15
**objection**
431:24 590:8
**objections**
624:13
**objective**
432:15
494:11
570:22
**obligation**
594:19
**observed**
545:17
**observer**
430:10
**obstacle**
573:18
**obstacles**
598:11,12,14
**obtain**
408:23
409:23
504:11
552:7
**obtained**
498:20
**obtaining**
461:10 479:6
479:14
581:16
**obvious**
615:12,12
617:18
**obviously**
452:22
457:14
526:16
546:19
549:1 554:4
579:3
601:25

605:22
**occasions**
458:18 605:9
**occur**
436:5 441:2
442:24
455:17,25
466:5,5
470:1,4,12
471:22
525:18
558:5,22
559:3
583:22
605:13
**occurred**
440:2 441:22
443:22
456:9
460:25
598:4 621:9
**occurring**
440:21 560:5
**occurs**
435:20
562:15
**October**
522:4
**odds**
525:14
**odyssey**
408:15
**offense**
462:3,6
**offer**
556:4 592:13
621:5
**offered**
545:22,23
607:16
**offers**
549:8
**office**
408:18
409:25
410:16
436:20
440:14

444:5
450:11
454:18
464:7,10
477:11
481:8,15
486:6 509:2
509:18
513:1,15,17
513:24
514:5,7,22
518:8,13
519:16
527:20
529:1,4
530:7
531:19
532:12
536:24
537:6 542:8
544:21
551:2
555:19
557:1,3,7
565:15
568:14
596:11,13
603:23
605:2 610:9
610:11
612:13,25
613:3 614:1
615:4
616:11
617:1 619:6
622:16,19
625:17
**officers**
441:16 447:7
449:2
463:23,23
**offices**
552:6 596:7
596:9
**official**
413:13
430:10
434:11

440:20
456:11
464:7,11
499:24
549:4
613:19,21
620:4,25
621:1,2,9
**officials**
413:1 427:4
429:19
434:20
440:19,20
440:23,24
461:12
469:4
470:17
546:6
**offset**
596:3
**oh**
439:25 455:8
521:2
568:18
592:7 610:3
**Ohio**
460:25
**okay**
414:16 417:7
419:18
421:1 424:5
424:17
425:13,15
430:3 433:7
436:10
437:4 450:5
460:23
477:12
478:17
479:8
480:18
486:16
488:22
489:5
490:19
491:22
493:9 495:8
495:8 496:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                    April 6, 2009

662

```
499:6              405:18          opinion          orderly          overlaid
502:19             408:13          411:1 450:8      526:3            531:7
504:22             409:1           495:25           organization     overriding
506:7              414:23          559:6            405:11 414:5     529:14
508:21             423:20          575:14           425:22           overseas
510:10,17          446:4           580:22           438:9 443:7      601:19 602:6
510:21,21          490:18          589:8,13         475:14           oversee
517:2              504:21          603:16           559:15           555:18
521:24           older             opponent         organizat...     overstated
530:4,14           405:12          517:23 519:4     564:10           571:20
531:5              406:19          opponents        oriented         overwhelming
532:11             407:3,7         607:5,10         461:16           522:1
534:25             408:5 416:8     opportuni...     origin           overwritten
535:19             416:18          526:18           411:19           603:14
537:11             417:6           opportunity      original         ownership
538:19,19          422:25          406:3 439:24     409:6 410:1      453:12 573:3
540:5,9,13         423:15          473:24           410:17           573:25
540:13             478:24          508:2            587:10           o'clock
542:2,7,7        olders            515:13           611:25           416:3
549:10             422:25          549:9,19         ought          ─────────────
550:4,9          once              596:2            474:18 616:2           P
551:8,12,17        410:3 429:14    opposed          outcome          pack
552:1,4,11         451:20          416:16 426:3     434:3 440:12     518:1
552:25             515:6 544:9     438:2            463:9 475:1      packet
556:24             554:14          450:24,24        494:19,22        522:13
558:3 559:9      onerous           476:2            546:12,15        537:14
561:22             408:5 590:1     599:22           550:20         Page
562:22           ones              opting           559:20,25        478:19,20
563:14             421:22          476:5            560:23         pages
566:12             457:14          option           outcry           409:11 412:8
567:4,20,23        464:2           507:12 579:7     456:1            625:6
568:1 569:7        465:10          op-ed            outraged       paid
583:16             469:5,10,11     592:2,16         511:20           405:19
584:3 589:5        469:13,14       597:2 609:3      outright         420:14
590:13           ongoing           orange           478:3 608:5      472:16
595:21,21          434:7 457:21    546:22           outside          559:15,15
595:25             618:1           orchestrated     462:25           559:23
600:5            onus              468:5            498:23           560:18,19
602:22             465:25          ordeal           531:13           577:2
609:2,10           467:21          408:22           623:2          pain
610:1,13,16        468:9           order            outstanding      440:19
618:7,10         open              453:2 490:10     428:9 441:14    painful
620:1,1,24         434:10 464:1    586:1,3,3        overall          455:15
621:7,7,11         549:2           586:14           597:8 614:7     painfully
621:19           opens             590:20           overcome         512:22
622:1,17,20        549:2           613:16           416:15         panel
624:4            operator          ordered          overestim...     578:10
old                534:3           603:15           598:9
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031805

```
   581:18,22        495:23           580:15         415:16,18       525:3,14
paper               517:25           589:19         415:19          527:1,1
 484:7 506:25       547:9,20       passes          416:15,22       528:2 529:9
 540:18             586:23          432:16         417:6 418:2     530:22
 558:10,12          611:14        passport         420:8           535:8 541:7
 571:23             614:7           408:3 499:24   421:25          543:14
 581:3           particularly    passports        422:1,5         547:7
papers              455:4 585:22    407:20         423:1,7,13      548:24
 410:21,23          598:21        Pastor          428:9 430:6     549:5,6,19
 499:23          particulars        596:17 597:3  430:21,23       553:18,19
paragraph           515:8         patchwork       431:11          554:7,15
 478:21 546:2    parties           593:15         432:7           555:12
parents             425:23 597:7  path            435:17          556:7
 503:1              606:21          469:12         438:5,11,16     558:13
parked              607:13        patience        443:6,11,16     560:5,20,24
 472:12             625:11,13       471:20         443:24          561:23
parole           partisan           624:16        444:10,11       565:1
 428:11             407:1 552:19  pattern         446:1,3         566:22
part                580:15          493:6 563:24  451:7,11,12     571:19,21
 413:12             607:16          564:1 605:4   451:17          573:12
 458:13             608:11          605:8,8,14    452:6,24        574:22
 469:21          parts              618:11        455:2,23        582:12,16
 470:19             486:3 615:8     619:15        457:11,11       583:14
 483:11,21       party              620:3         457:13          585:4
 489:6              444:3 458:17  pay             458:19,23       587:12
 491:11             468:5           417:3 418:24  459:2 460:9     591:17
 500:23             470:10,24       419:6         461:4,4,5,7     593:4,8
 545:19             471:5           421:10,13     462:8,10,25     594:6,12
 546:19             560:19          472:6 479:3   463:10,14       597:6,11,15
 592:16             605:23          483:2 507:1   463:17          598:22
 593:13          Pasadena           578:4 586:1   464:1 466:5     599:5,8,11
 596:22,23          543:12          586:2,2,13    471:19,20       599:11,12
 602:17,21       Paso             paying         472:8,11,12     599:13,25
 606:18             535:25          471:13        476:1,21        600:1,23
participa...        548:12,14     pays           483:9           602:20
 452:9              550:9,10,14     479:24        485:12,19       619:6
participa...        550:18        Pearland       503:6 505:2     622:24
 406:17,24       pass               472:10        505:3,4,7      623:20
 407:7              415:15        Penal          505:12,16      people's
 456:21             492:16          464:8         506:23         515:10 545:8
 457:24             503:21        pending        513:3 516:7     621:3
particular          505:5,5         624:12,14     517:10         perceived
 407:4 415:6        508:4         penmanship     518:7,13,21     591:25
 417:6              551:11          538:18        518:23         percent
 427:19             603:17        people         519:14,21       406:13
 434:5 451:3     passed             405:23        520:6,9        435:14
 454:18             438:6 521:22    407:10        522:6,8        445:13,15
 477:21             522:6           408:9,11      523:3,4        448:12,15
                                                  524:16
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

449:11,13
449:13,15
449:16,17
449:20,25
460:9 462:9
566:6
572:17,20
573:9
582:25
583:5,10,15
599:7
608:20
percentage
419:24
435:18
448:23
574:5
582:23
percentages
419:21
475:23
perfect
415:15 440:7
475:20
526:22
period
433:8 454:5
542:21
543:4
periods
428:22
permanent
619:9 620:22
permit
407:1 484:9
person
426:20
428:10
429:1 444:3
444:8,8
453:21,22
453:23
459:9
471:17
472:15,16
475:18,18
478:23,23
478:24

479:7,13,14
479:24
493:19
494:3 495:5
495:16,16
495:25,25
496:22
499:24,25
501:14,23
502:4 508:7
511:3,7,14
527:4
528:23
534:13
535:6,16
536:15
541:14
544:4 545:9
545:10,13
545:14,16
545:17,20
545:21,21
545:21
546:3
547:10,11
549:13
550:7
558:17
562:21
564:11
581:23
592:11
614:12
616:25
617:5
618:11,13
620:2,14
621:16,23
personal
411:12 438:8
478:22
479:6,13,14
482:14
483:24
504:9 556:3
574:21
580:10
613:23

personally
418:7 421:20
443:5 470:2
personnel
465:7
persons
405:3 418:18
428:21
456:10
461:1 543:6
543:7
545:24
613:5
619:17,21
person's
499:20,21
500:15
540:12
544:5
545:18
546:10
581:21
perspective
590:2 617:21
phase
422:5 445:6
phased
607:18
PhD
437:1
phone
408:7 411:13
419:2
458:19
519:17
561:17
564:2
photo
408:16,23
409:3,5,7
409:14,18
409:25
410:2,17,18
414:7 415:1
416:23
418:5 420:4
422:2 431:7
447:25

448:1,7,12
448:14,16
449:12,15
450:1
491:20,25
499:11
500:9 502:8
502:24
503:24
505:18,19
509:23
510:15
515:11
572:25
573:5,6,9
573:14
574:4
576:25
581:5
582:17
583:6,21
585:19,19
586:20,21
593:10
601:7 602:7
607:1,17,20
608:20
photocopy
537:15
photograph
499:20
500:15
photos
504:11
physically
618:15
621:17
pick
559:11
picking
541:11
picture
492:5 506:8
507:6
piece
493:23
494:25
495:1

506:25
577:9,9
piecemeal
591:17
593:19
pieces
493:25 494:2
495:24
pinnacles
438:10
place
407:24 424:3
433:25
434:10
436:16
446:8
450:20
454:7
458:10
466:13
468:11
474:23
475:13
486:18
506:10
533:14
536:9
614:13,20
618:13,16
618:24
620:5
621:18
placed
431:13
441:18
616:17
places
427:15
433:15,16
434:25
435:7
441:21
454:15
462:25
463:7 497:1
516:4
plain
440:17,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031807

Hearing - Volume 3                                         April 6, 2009

665

plaintiffs
441:3
plan
432:11 518:5
519:7
planned
564:1
plate
454:9
play
446:12 569:9
played
510:24
plead
516:9
pleaded
548:5
pleading
515:23
please
412:25 425:9
425:13
444:16
478:19
509:10
542:20
569:15
pleased
574:16
592:22
plus
521:20
pockets
408:10
poignant
416:6
point
420:3 438:1
453:20
454:2 457:5
465:16
468:12,21
470:22
473:21
476:14,23
477:19
479:21
494:8 557:4

557:19
558:2,22
574:25
587:9
602:13
605:25
613:13
622:22
pointed
498:4 554:15
pointing
572:23
points
415:14
500:14
575:24
polarization
597:5
polarized
579:23 607:9
police
428:5 441:16
441:20
447:7 449:2
455:7
462:10
policies
623:17
policy
405:16 490:8
490:10,16
547:17
571:11
607:3
623:13
political
412:20 463:1
560:12
587:18
602:11
606:21
political...
574:19
575:16
587:3,25
588:1,8,9
588:13
603:3 604:1

606:3,12
politically
589:2 602:2
politician
619:17
politics
463:1,13
poll
405:19,22
407:12
413:18
414:4 445:6
445:7
449:24
452:17,18
453:3
460:11,16
460:17,22
470:23
473:18
474:9 487:3
487:7,11
488:3,25
489:15
490:11
491:12
493:16,18
493:19,24
494:5 495:2
495:2,4,14
495:23
496:13,21
497:2,6
498:19
499:2,4
500:23
501:16,25
515:10
522:9,10
523:4,19,20
523:24
537:15
538:3,9,21
538:22
540:7,15
541:16
545:16
546:3

576:11,16
585:23
586:4
polling
413:14,17
427:15,21
427:24
428:1,15,15
428:18,18
434:10,12
435:7
436:16
441:21
443:9
454:14
461:2,8,17
462:25
463:7
470:18
471:5 542:3
618:13,16
618:24
620:5 621:2
621:8,18
polls
422:9 435:19
446:3,4
449:12
450:1
458:20
470:12
503:12
533:24
534:13,23
535:6
566:23
602:7
616:25
621:17
pool
573:12,23
582:12
poor
452:24
453:23
465:19
572:21
607:6

popular
542:24
populating
594:8
population
406:13 412:9
412:10
417:1
422:24
423:15
584:13,15
populations
450:16 451:4
pose
407:16
position
413:13,24
414:14
425:21,21
437:15
468:24
476:12
546:11
552:16,20
574:21
617:25
positioned
441:15,20
positions
476:18
positive
413:24
530:23
541:24
possession
503:11 587:6
587:9
possibili...
558:6
possibility
527:11,11
538:20
563:11,13
590:3
possible
414:3,8
467:19,20
491:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031808

494:23
513:20
514:7
530:23
532:21,24
533:2
539:14
543:15
579:2
615:20
**possibly**
531:11,23
**post**
521:8,12
526:16
529:4,12
531:6 594:5
594:7 603:4
**potential**
429:9 430:8
448:8
532:17
543:10
558:22
602:19
**potentially**
454:11
513:22
**power**
413:2 429:20
460:21
461:14
608:16
**practical**
487:25
**practically**
413:23
**Prairie**
440:17 441:4
614:22
**pre**
432:2,12
520:14,18
528:8 529:2
533:13
575:2
578:22
585:6

587:10
588:5,5,7
588:21
589:23
**precedent**
575:3,15
587:14
588:21
**precinct**
434:5 473:11
516:13
535:9,10
544:3
**precincts**
435:14,18
**precise**
589:2
**preclearance**
571:4
**preferable**
476:6 580:20
**premise**
561:6 562:14
**prescribed**
581:17
**present**
452:23 461:9
488:7,11,13
489:3 499:7
499:11
505:17
510:11
537:23
562:5,13
606:25
624:7
**presentation**
413:24 509:7
509:8 612:8
**presented**
438:5 469:7
493:7,9,18
495:19
514:24
531:16
532:18
561:8 575:7
612:9 621:8

**presenting**
546:7 592:13
**presentment**
487:20
500:19,22
**presents**
498:13,16
**president**
405:8 446:1
591:24
597:2
612:23
613:15,18
**presidential**
406:12,21
476:16
513:9
**Presidio**
453:6,6
465:21
**pressure**
564:10
**presume**
413:11 420:2
422:5
557:22
**presuming**
413:12 563:7
**presumption**
465:13
**pretty**
419:8 425:7
436:8
443:11
515:20
526:1 531:6
546:13
572:2
573:13
584:9
605:10
**prevail**
454:10
**prevent**
405:23
**prevented**
509:24
510:16

620:14,14
620:25
621:1
**preventing**
411:22
**previous**
556:17
**previously**
510:18
555:18
**primarily**
435:1,2
**primary**
409:15
448:11
449:14
511:12,19
517:23
519:4
**primitive**
512:22
**principle**
599:1 602:14
602:15
**principles**
408:12
**printed**
541:16
**prior**
444:19 481:3
**priority**
412:8
**private**
444:6,7
483:10
557:16
**probably**
414:13
416:25
424:6
432:17,18
435:13
441:19
465:11
467:13,22
472:17
496:15,17
498:5

510:14
515:12
535:1
538:14
543:14
572:10
578:15
586:13
597:16
617:4 624:2
**probate**
512:24
**probates**
530:6
**probation**
428:11
**problem**
412:6 423:9
423:10
429:4,7,9
429:11,12
431:3
434:22
455:22
458:11,13
460:19
469:7,13
470:19
472:1
541:17
554:14
566:20
574:10,10
581:9
596:24
604:24
611:14
**problematic**
428:24
430:18,19
431:16
440:3
465:16
471:7
**problems**
416:14 418:6
426:23
428:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031809

```
430:8 435:9        534:8              projector          411:25 442:1        provided
435:9              553:25             555:7              442:2,8,13          434:4 462:22
438:11             554:8,8,24         projects           442:25              478:21
454:11             555:9             571:1 590:25        443:4,22            483:20,25
460:16             processes          promote            451:18              495:1
463:11             430:11            591:9 608:6         474:19              510:18
471:10,13          486:18            promptly            548:1               537:14
486:2,4            513:24             550:17             549:21              613:6
573:18             531:13            pronounce           550:21             provides
577:1              616:3              535:1              551:1               483:16
585:23            processing          proof              561:11              494:14
588:12,13          557:9              499:17             562:12             providing
589:4             produce            proper              616:24              480:8 487:17
599:13             553:13            409:9,22            619:24              577:17
procedure          560:20            411:5,9           prosecuting          601:9
479:1              565:21            463:8               612:14             province
procedures         590:12            581:16            prosecutions         611:18
406:23,25          613:17           properly            617:3,4,5,10       provision
proceed           produced          549:15,18           617:14              415:6 423:13
425:14            554:7 556:23      proponent           618:5               423:14
509:10           produces           582:18             protect             473:8 474:3
612:12             581:3            proponents          412:24,25           507:11
process           products          592:1 607:9         614:13              576:22
406:7,18,24        536:22            607:10            protected            585:12,13
407:8            professional       proportion          412:21             provisional
412:19            559:5 588:23       435:21            protecting           427:10
451:10,13        profiling          proposal            411:22              453:19
454:3,8           448:18            417:19             protested            464:14,21
461:6 463:5       453:12            455:21,22           439:13              464:22
465:24           program            571:7              prove               465:1,2
466:11,18         456:24 547:3       579:13             434:18              467:11,13
466:19            561:15            591:5               453:20              473:10
470:20            564:21            592:25              469:23              474:1,2,15
472:7             585:5             607:16,24           524:25              474:16
485:19           programs           proposals           574:12              475:10
486:14            456:21 576:8      418:15 594:6        590:10              524:13
506:25            576:21            propose             613:16              527:12,13
525:21           Progreso           465:8             proved               577:6
529:7             544:19 546:4      proposed            477:19              580:19
530:16           progression        415:10            proves               582:7 595:5
566:25            564:7              450:25             474:17              595:8
567:3 589:9      progressive        491:8             provide             provision...
589:24            590:1              566:19            435:17 483:8         502:5
614:18           project            591:12             490:11             provisionals
621:22            454:20,22         prosecute           542:8               581:10
623:2             455:1             611:25             567:25             provisions
processed          569:17            prosecuted          589:8               422:23 580:5
440:13,15          570:8,11,17                          607:20,21          580:12
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031810

612:4
**public**
413:17
453:24
490:10
545:9
558:13
576:7
577:21
581:19
613:20
625:5,21
**publicity**
442:16
**publicly**
618:1,4
**published**
600:10
**pull**
512:21,23
**pulled**
455:10 538:3
584:16
**punching**
527:1
**pungent**
439:1
**punish**
462:11
**punished**
411:25
**punishment**
463:21
**pure**
475:21
**purely**
494:7
**purged**
427:13
430:23
459:14
512:14
**purpose**
451:24
479:15
480:25
482:12
483:6 591:7

**purposely**
544:2
**purposes**
480:13,16
482:18
483:9
498:21
562:15
**purse**
504:1
**pursue**
415:23
467:24
611:15,21
**purview**
614:2
**push**
615:17
**pushing**
446:14
590:23
**put**
426:7 433:12
437:11
451:18
452:3 456:2
464:1
465:25
466:9
467:10
468:23
475:9 478:1
478:15
480:5 481:2
482:20
485:21,23
504:2,11
506:15,15
506:16,19
507:6
519:11
521:16
522:15
547:3 549:3
555:4,6,7
555:25
557:1,8
568:13

578:11
592:17
593:8 595:2
**puts**
466:12
475:11
496:21
**putting**
428:6,12
468:11,25
601:22,24

--- Q ---

**qualified**
471:17
583:19
**qualifying**
546:6
**quantific...**
623:8
**quantify**
623:5
**quantity**
623:23
**quarter**
412:9
**quasi**
593:11 598:5
**question**
414:5,9
420:6
422:24
432:24
433:8
435:16
453:4
456:15
460:15
467:1,9
484:18
486:23
487:7
496:11,17
501:8
502:14,17
502:20
503:19,21
506:2,8

508:22
524:1,1,6
548:17
552:12
557:18
558:4
563:17
565:12
572:9
576:20
578:23
582:20
604:3 608:9
616:6
620:17,19
622:7 624:1
**questionable**
509:22,24
**questioned**
423:6 568:7
**questions**
413:10
415:11
424:13,15
433:1,6
436:13
444:16
445:2
454:13
456:13,18
459:18
460:1 477:4
481:14
485:5
490:19
493:1
501:21
504:6
505:23,25
515:14
516:11
524:24
544:24
552:3
566:13
567:5
568:16
570:3 574:6

579:14
609:18,19
610:10
614:9,23
616:4 622:1
624:5,17
**quick**
474:11
484:17
485:5
496:11
499:15
501:21
544:18
562:23
563:17
565:11
622:6
**quickly**
477:9 518:9
529:3
533:15
570:1 574:8
608:25
**quit**
567:13
**quite**
418:14 435:8
474:19
588:9
597:14
**quota**
559:17
**quote**
592:12,14,14
592:16

--- R ---

**race**
411:18
476:16,17
574:15
**races**
472:10
476:19
477:1
543:12
**racial**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

669

```
    448:18          432:5 588:15      439:3 440:2      482:15          556:16
raise               real              448:6            483:11,12       recommend...
453:20              407:17            452:12           521:24          579:17
    473:21          408:11            457:22           534:1               591:12
    480:23          412:16,17         461:7            535:25              598:21,23
    524:7           426:6 456:1       462:16,24        558:15          recommend...
raised              460:19,20         466:17           560:9           590:22
548:1 585:24        461:9             469:21           561:21              591:20,20
raising             463:11            470:8        reasonable              598:2
476:14              464:21            471:12,15       557:25          recommended
ran                 496:11            477:9,10     reasoning           591:18
472:10 522:4        499:15            487:6,12       410:10               600:25
rare                518:9 545:2       489:19       reasons            recommending
605:9               545:2             498:22        445:24            601:6 602:15
rate                562:23            502:10            458:23        record
417:4               565:11            503:7,14          459:1         420:19
rates               591:11            505:1,12         482:13,14          421:12
406:15              593:11            511:24            547:16            452:1 473:2
    573:14          594:4,15,16       524:23            564:11            492:20
rea                 594:21            529:3             594:13            567:16,19
619:7               597:20            533:15            615:12            568:23
reached             598:3,9,13        536:21            617:18,21         569:16
456:22              601:21            548:3        reauthori...          577:3 587:8
read                602:1             559:24        437:20 438:2         609:5
409:11              607:18            564:17       recall               610:15
    422:15          608:24            573:1,15      433:5 528:13     recorded
    429:23      realistic            574:10            531:22        515:17,19
    445:1 448:3  598:7                575:12           532:16        records
    451:22       reality             579:22            533:7         410:13,14,17
    452:20       452:13 474:3         581:15,25        540:16,17        460:14
    477:9 495:7     476:17,25         584:21           540:19           511:13
    515:16       realize             585:16            592:16           512:24
    549:14       432:16 476:1         591:9            616:12,14        513:21
    556:14          505:2             592:25       receive             601:23
    567:14       realized            593:1,5,6      417:19             613:4
    585:12,13    408:22              593:18            419:14        recourse
    586:11          518:20           594:19            421:11,14      433:20,24
    589:15          519:25           596:7 599:7  received            red
    592:5           520:5            600:14        427:7 443:23       512:16
    600:13,15    really              604:18            545:14       redirect
    601:4        409:10              615:8,25          551:13        516:5
    606:18          412:12           623:5,12      Recess            redistric...
readily             420:5 431:6  reason             509:8,9          463:3 570:15
408:8               432:12       435:19,21      recipients              579:10
reading             434:24          458:21       417:15                 588:6
572:7 575:20        435:15          469:7       reclarifi...         reduce
    601:2 609:4     437:10          471:16       598:17              480:7
Reagan              438:11          480:16      recollection        reduced
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031812

417:4 607:4
**reelected**
555:19
**reference**
606:16
**referenced**
528:19
**referral**
550:12
**referrals**
612:3, 6, 7
**referred**
609:2 613:19
**referring**
517:18
  520:23
  521:1 587:4
**refers**
514:22
**reflect**
407:1 601:5
**reflective**
461:7
**reform**
570:9 607:13
**refreshing**
503:6
**refuted**
478:16
**regard**
422:3 470:6
  502:20, 24
  558:14
  589:9
  621:13
**regarding**
426:2 485:8
**regardless**
415:21
  448:14
  472:5
  565:20
  590:9
**regime**
600:4
**register**
506:11, 22, 23

506:24
515:19
548:24
553:9
554:22
559:11
560:19
594:6, 16, 20
595:4, 12
597:16
601:16
619:18
622:24
623:21, 24
**registered**
406:11 427:9
430:25
489:4
504:13
506:16, 19
507:14, 21
507:25
508:3 512:4
513:8, 18
516:4
535:10
549:7
561:20, 24
564:12
565:15, 20
566:1, 4, 7
572:17
573:11, 13
573:22, 23
582:22, 23
582:24
583:11
593:4, 8
594:12, 17
597:12, 12
597:17
599:6, 6, 9, 9
599:22
600:1, 1
602:19
607:22
608:20
618:19, 23

620:8
622:25
**registering**
558:14
**registrants**
560:6
**registrar**
515:22 517:6
**registration**
416:12 421:3
421:17
429:8, 12, 14
440:9, 10
462:1
475:19
478:24
485:20
486:19
487:23, 24
488:1, 2, 5, 9
488:19, 23
490:21
491:19, 21
498:14
499:3, 13
501:24
502:25
503:2, 12
505:9, 20
507:6 508:6
508:7
509:19
512:3
513:16
514:1 516:6
517:7, 14, 21
518:15, 17
520:22, 23
522:15
533:21
534:12, 22
535:2, 13, 24
536:5, 13
539:6 540:2
545:11, 23
547:25
548:18, 20
548:22

549:11
550:6
552:18
553:25
554:3 557:8
557:10, 21
557:23
558:25
559:5, 8
561:10
562:9, 15, 17
562:19
563:4, 6, 8
563:19, 22
563:24, 25
564:1
566:25
567:3
592:14
593:2, 6, 22
594:3, 8, 9
594:11, 24
595:1, 11, 12
596:3, 15
599:3, 8, 12
599:14, 15
599:19, 20
599:23
600:4, 23, 24
601:8, 20, 23
625:24
**registrat...**
518:7 519:15
**registry**
543:21
**regular**
433:21 495:5
502:6 521:1
535:9 595:5
595:7, 10
599:16
**regularly**
530:9 531:6
**reigns**
607:25
**reiterate**
590:17
**rejected**

577:22
**relate**
533:20, 24
  571:3
**related**
447:24 448:7
  535:5 545:4
  550:10
  625:10
**relates**
448:6 478:4
  483:21
**relating**
426:16, 23
  446:9
  451:16, 19
  464:6
  516:22
**relationship**
624:3
**relative**
625:12
**relatives**
455:12
**relevance**
588:19
**relevant**
459:18
**reliable**
571:15
**relief**
456:3, 3
**rely**
615:9
**remainder**
591:19
**remains**
406:9
**remedies**
613:9
**remember**
439:8 444:20
  445:7 472:9
  511:10
  540:18
**reminder**
569:13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031813

Hearing - Volume 3                                          April 6, 2009

671

```
reminds          reporting        456:19          510:18          549:20
430:9            443:9            460:3,4         516:12,16       550:1,4
remote           reports          461:23          517:13,22       551:13
455:18           529:19           463:16          518:1           552:5,11,14
remove           556:15           464:13          527:17,18       552:15,19
513:25 529:9     represent        466:20,25       528:11,15       552:22,25
531:2            425:10,12        467:2,3,8       528:18,24       553:6,15,22
removed          431:11           467:20          529:12,18       554:13
464:10           485:22           468:7           529:22          555:3,6,17
532:18           509:16           469:17,19       530:1,4,9       555:25
533:2            540:11           470:21          530:13,19       556:5,9,13
render           569:16           471:11          531:2,5,15      556:20,24
608:16           596:1            472:2 473:4     531:21          557:4,11,19
renewal          610:17           473:5,6,13      532:5,11,15     561:4,5,16
506:22           622:14           473:15,16       532:23          561:22
rents            represent...     474:10,12       533:1,6,10      562:3,20
418:23           412:19           474:14,25       533:12,20       563:2,10,15
repeat           represent...     476:7           533:23          563:16,23
510:4 554:2      415:12,13,25     478:18          534:11,17       564:6
repeated         416:1,5,17       479:8,11,20     534:21,25       566:16,17
446:25 485:9     417:7,14,21      480:4,9,18      535:5,8,15      566:24
604:13,20        417:24           480:20          535:19,23       567:4
repeatedly       418:4,17,21      481:1 482:4     536:2,4,12      576:15
486:7            419:1,4,7        482:19,25       536:15,18       583:23,24
replace          419:11           483:5,13,18     536:25          584:2,18
405:24           422:20,21        483:23          537:8,12,17     585:7 586:6
593:15           422:22           484:2,14        537:22          586:9,16,24
replicate        423:8,12,21      486:6,18        538:5,9,12      587:16
407:25           423:24           487:20          538:15,19       588:4 589:5
report           424:5,10,12      490:20          539:2,10,13     590:13,15
447:13           424:14           491:15,22       539:16,19       591:14,23
517:10           433:3            492:3,8,14      539:23          592:5,8
562:6,7          436:10,12        492:16,22       540:1,5,9       593:20
574:23           437:1,4,8        492:25          540:13,19       594:23
587:6            438:25           493:3,4,15      540:23          595:7,14,17
598:16,18        440:6            494:7,10,15     541:2,8,18      595:21,25
600:8,8,15       441:23           494:19,25       541:21,24       596:16,20
601:3,5,12       444:15,24        495:8,18        542:2,7,10      597:9,10,10
601:13           445:5 447:2      496:9           542:13,15       597:15,19
602:3            447:4,5,11       501:18,20       542:18          598:10
608:18           447:15,20        502:16,19       543:17          599:4 600:5
reported         447:21,22        503:13,18       544:12,16       602:24
449:11 560:3     449:8,23         503:22          544:17,23       603:2,9,15
reporter         450:5,6,7        504:13,17       545:4 547:5     610:24
510:25 625:4     450:19           504:22,24       547:13,23       611:3 616:5
625:20           451:1            504:25          547:24,25       616:8,18,22
reporters        452:15           506:1,7,13      548:8,10,16     616:23
437:21           454:12,17        507:9,14,22     548:23          617:7,13
                                  508:9,12        549:3,10,16     618:3,7,10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006456

TX_00031814

```
618:21,25          612:18            418:18          Restricting       472:22
619:3,5,14         requirement       resign          432:11            reviews
619:20             407:24 414:7      555:19          restrictions      407:2
620:1,8,11         415:2 429:8       557:15          506:18            revise
620:18,21          458:15            resigned        result            608:6
620:24             499:1,12          556:17          407:21            rid
621:7,11           509:23            557:12,13       452:11            405:24
624:8              510:15            557:15,16       497:7             480:14
REPRESENT...       515:12            resistance      522:11            right
404:9              562:2             598:4           resulted          406:5 411:23
represented        593:10            resolve         411:13            412:18,25
486:24             607:5,23          465:19          618:22            415:17
580:25             requirements      473:17          results           417:21
representing       407:5,9,16        resolved        522:5 570:20      418:24,25
422:17 509:2       409:12            465:23          613:2             420:22,25
Republican         412:5 416:9       618:13          retaliates        421:1
414:25             422:12            resource        615:22            422:10,13
477:25             426:2             433:24 553:3    retaliation       423:16
478:2              447:25            553:16,21       615:21            424:25
552:23             448:14            resources       retired           432:22
560:19             478:25            434:16          405:3 409:6       437:8,25
606:22             520:23            611:14          409:18            439:7
Republicans        requires          respect         410:1,18          462:13
478:16             607:15            476:23          421:10            463:18
607:10             613:20            537:12,13       471:15            468:7,17
608:1              requiring         588:11          retirement        473:19
requested          423:22            620:2           408:6             476:8
448:20             434:10            respectful      retrogres...      482:16,18
528:25             requisite         467:4 470:4     589:11            483:15,25
535:24             619:21            respects        retrogres...      484:14,20
require            research          505:15          577:5 590:11      488:10,15
424:2 429:1        526:9 569:18      respond         return            488:20
429:2,14           569:18            530:25          409:21 411:4      489:8,14
434:7,8            570:11,17         responding      411:9             491:6
475:14             570:19,23         561:6           467:15            492:10,10
489:1              571:1,9,10        response        returned          492:13
507:17             571:14            545:2 568:5     467:16            494:15,15
581:5              574:9             responses       returns           494:17
583:20             residence         413:22,23       445:22            497:3,15,22
602:7 607:1        535:13            414:12          revenue           500:25
required           620:22            responsib...    577:18            502:24
407:22,25          resident          468:20          reverse           503:9,13
415:6 426:1        405:8 618:17      473:23          549:24            504:16
431:5 450:2        618:19            responsive      review            506:11
502:25             619:9             437:3           499:3 589:8       507:8
576:21             residents         rest            595:9             508:12,24
582:12             619:9             587:21          reviewed          510:22
583:7              residing                                            516:1 521:7
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031815

521:13,14
523:1 525:6
526:25
528:17
529:11
531:3,8,11
531:15,22
531:22,22
532:8,24,25
533:5,11,12
535:10
536:7,17
537:2,15
538:13,22
539:1,5,11
539:12,17
539:17
547:12
550:3
553:10
554:12,23
555:5 558:6
563:19
565:22
569:7
574:14
578:16,25
586:6,25
591:22
592:3,4
595:16
599:4 602:5
602:22,25
604:2,10
605:2
609:11
610:5,25
611:3
613:21
619:20
623:11
**righteous**
466:6
**rights**
406:6 407:10
412:4,20,24
426:14
437:11,16

437:19
439:11
574:12,18
575:6
587:12
588:16,20
588:25
603:6,18
604:7
605:10
611:16,18
613:10
615:7,11
**ripe**
430:7 454:11
**rise**
615:24
**risk**
446:2 460:20
463:11
**road**
454:25
**roadblock**
454:25
455:10
**roadside**
506:18
**Robert**
571:24
596:16,17
604:5
**rock**
466:12
**rocket**
578:11
**role**
591:9 593:4
593:7
**roll**
498:1 512:22
512:25
513:4
514:11
515:4
525:14
543:16
564:25
601:8

**rolls**
427:13
459:15
488:3
497:15,20
499:13
500:7,25
501:5 512:3
512:14
521:1 529:9
531:3
**Ron**
454:16
**room**
439:4 502:13
580:4
**rough**
573:21 576:7
583:1
**row**
543:13
**Rowlands**
426:1,8
**rule**
523:12,13,18
523:20
538:20
541:9
**ruled**
523:24
**rules**
410:22
606:23
**run**
427:23
461:17
462:25
463:7,10,14
476:9,13
486:2
522:17
599:12
**running**
427:20 428:1
442:19
446:1
454:17,19
461:8

463:10
472:11
**runs**
603:18

_____
S
_____
**s**
543:25
**sacrifice**
569:10
**sad**
455:19 456:5
457:14
**sadly**
432:4
**safe**
432:7 496:4
513:6 589:8
**safeguard**
543:15
**safely**
421:23
424:23
573:13
**sample**
573:1
**Sam's**
500:16
**sat**
430:16
**satisfied**
416:14
**saw**
454:8 527:24
537:19
538:1 546:6
546:9 588:1
593:14
603:7,22
**saying**
428:7 434:24
435:5,6,7
435:25
438:14
454:23
467:17
468:22
477:18

482:11
484:11,11
490:16
501:1
503:11
518:14
519:1,5
520:7 524:2
524:20
536:9 555:9
562:16,18
574:21
583:5
585:14
586:14
589:25
593:24
605:19
609:12
621:20
**says**
452:21
469:21
490:22
492:7 493:8
498:13
499:16
511:23
512:25
514:6
541:12
545:9,16,20
546:3 585:1
586:9 601:6
603:22
605:1
606:20
**SB**
624:7,12,13
**scenario**
470:15
**School**
544:20 546:4
**schooled**
604:25
**scientific**
475:21
**Scott**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

405:2,5,7
413:4,16
414:11
416:4,13,21
417:11,17
417:22
418:1,7,20
418:25
419:2,5,10
419:13,16
419:19,23
420:13,17
420:22,25
421:9,20
422:8,13,15
422:19
423:4,10,19
423:22
424:1,8,18
424:21,24
Scott's
519:2
screen
465:14
screened
465:24
screening
469:5
scrutiny
604:12
scurry
503:2 505:12
seal
625:16
search
412:6 449:3
449:6
searched
448:21
seasoned
603:21
seat
453:7,8
465:21,22
476:12
477:25
second
466:15

481:23
555:4 571:2
603:16
606:17
secondary
409:16
secondly
431:4 587:18
Secretary
477:11 481:4
481:7,15,21
484:22
493:2
507:18
508:4
513:16,24
514:4
529:14,19
530:2
531:13,19
532:6,12
553:21
564:23
591:24
597:2 615:4
615:10,17
616:11
622:7,16,18
section
432:20
446:11
478:21
483:16
492:7 570:7
574:11
575:6,19
579:2 590:5
sector
483:10
557:16
security
409:6,14
410:1,18
415:3
417:12,15
417:16
419:25
420:14,17

421:5,7
485:25
486:22
512:3
519:23,25
520:4
522:14,16
522:17,22
526:13
527:2
528:19
529:16
539:4
546:21
564:24
566:22
593:10,25
597:8 599:2
602:16
607:15
609:16
Sedgwick
561:8,9
see
405:22
406:16
412:12
430:14
438:7,19
445:9,9
447:13
450:16
460:12
461:15
465:17
474:22
484:2
490:17
494:1
496:12
497:4
509:14,20
515:17,18
526:4 534:4
539:6,7
540:14
554:14
555:11

557:1,7
564:9 575:1
575:10
585:12
587:13
588:1,20
591:8 597:7
598:15
600:6,14
605:13
615:17
616:11
seek
613:9,10
615:3,16
seeking
431:11 608:6
seen
427:3 438:8
438:21
440:4
446:10
457:18
458:2
460:16
461:14,19
461:21
477:14
539:8 551:7
554:19
556:15
563:24
564:6
580:15
582:4
589:14
599:20
segregate
468:4
Seibert
511:22,24
512:1,16
514:12
selected
427:23 461:5
470:7,8
selections
462:24

sell
536:22
Senate
405:4 413:22
414:13
415:10
425:3
454:17
477:25
487:5
489:21
496:12,19
497:7
498:10
502:20,22
528:12,16
533:18
576:22
611:24
612:24
620:12,13
Senator
437:24,24
438:1
477:24
491:17
send
434:11
442:17
444:6,10
507:18,19
530:2,24
565:4
588:24
sends
507:17,19
senior
407:17 412:3
416:18
419:14
421:15
422:4
sense
468:10 469:2
469:15,16
471:20
599:8
sent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031817

```
459:14            407:6         427:5 442:12    514:21         signed
514:20            served        shift           539:3 548:8    475:18
607:21            405:15        599:13          555:8          519:16
sentiment         418:10        shipped         556:21,22      523:3,16
438:24 443:3      428:10        550:18          560:9          539:11
sentiments        472:3 546:3   shocked         shows          541:15
597:1             service       525:20,20       477:16 489:3   543:24
separate          419:3 453:25  shocking        511:1 553:8    546:14
617:17            569:25        511:16          585:5          significance
Sepehri           570:22        shop            594:17         476:25
481:6,7,12        serving       615:14          shut           significant
481:19,22         591:7         short           454:2          450:15 451:3
482:1             session       501:22          side           473:20
485:15            433:4 454:4   525:12          457:23         476:18
488:14,17         609:9         538:10          463:22         521:25
489:23            623:14        606:13          513:3          534:1 574:4
490:14            sessions      shortcomings    553:18,20      577:20
491:6,17,24       591:15        580:13          555:12         582:4
492:6,10          set           shorter         557:1 559:1    605:11,12
493:6,10,15       418:2 454:25  558:12          579:18         605:16
494:9,13,18       460:14        shorthand       604:13         signing
494:21            463:3         625:4,20        sides          523:14
495:6,11,21       465:18        shortly         505:3 537:11   similar
496:15            472:1         408:3 555:19    sign           453:2 489:12
497:9,16,23       512:17        shot            473:11 499:4   499:12
498:2 500:5       519:18        575:13          503:9,10       simple
501:1,17          584:25        shoulders       515:9,13       406:22
503:10,17         sets          593:9           522:8 523:5    407:15
508:11,17         482:8         show            523:7 539:8    586:17
508:25            settled       428:7 434:2     581:13         simply
622:15,15         408:14        438:23          signature      427:6 458:1
623:1,16          seven         441:12          475:17 499:3   499:16
624:1             464:17        449:12,15       499:8          543:18
September         shadowing     497:10,12       522:11         560:6 590:7
592:8 609:3       604:4         497:19          534:5          simultane...
609:7             share         502:2 503:4     537:19         602:17
sergeant          413:9         503:7,8,8       538:6,6,22     single
411:6,8,10        shed          505:6,18        538:25         429:16
411:14            614:6         507:13          539:24         sir
serious           sheet         510:3           540:7 541:2    433:10
412:7 427:25      540:18 542:5  511:13          541:3,19,22    509:12
431:3             Sheldon       526:9 549:6     581:19,20      510:20
438:11            515:22        566:23          581:21,23      516:24
455:15            533:16        575:19          signatures     517:15
473:22            548:4         606:2,12        465:4 522:9    520:12,16
546:13            shenanigans   613:17,20       537:15,18      520:19
585:23            478:5         showed          541:12         528:10
serve             sheriff's     459:8 503:23    542:8          529:13,23
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
529:13,23      441:4,8        421:15          509:1,10,15     Social
530:3,12       442:10         422:3,10,14     510:9,10,18     409:6,14
531:4          443:20         422:17,20       510:21          410:1,17
533:22         451:19         424:12,15       516:20          415:3
534:15,20      458:10         424:19,22       527:17          417:12,15
534:24         459:5          424:25          542:13          417:16
535:4,22       460:24         425:5,9,13      543:23,23       419:25
536:14         464:4 465:9    432:22          543:24,25       420:14,17
538:8          469:9          433:11          544:16          421:5,7
539:18         471:18         434:23          547:23          485:25
540:4,8,17     487:8          435:16          552:3,9,14      486:22
540:21         493:12         436:10          553:17          492:18
541:20,23      494:17         441:6 447:3     557:18          512:3
542:6,9        495:22         447:21          558:3,8,10      519:23,25
544:22         498:4 501:5    450:6           558:20          520:4
550:11,11      502:7 560:3    456:13,16       561:4           522:14,16
550:22         614:7          459:20          562:16,22       522:17,22
551:2,10,16   situations      460:1 467:1     563:2,14        526:13
551:20,24      420:3 522:5    473:2 477:4     565:6           527:2
552:2 553:5    547:21         477:7,10        566:13          528:19
558:1,7,19     556:3          478:17          567:5,10,18     529:16
565:16         605:13         480:12,19       567:22,24       539:4
567:2         six             480:24          568:2,9,15      564:24
611:17,23      578:18         481:3,24        569:7,15,21     565:14
612:17,21     size            482:4,13,17     574:20          566:9
613:13         417:1 503:24   483:3,8,15      577:10         sole
618:6,9        574:4          483:20,25       578:6 589:6     479:7,15
619:2,4,12    skepticism      484:16,20       589:25          480:14
619:23         574:17         484:24          590:13         solicitor
620:10,20     sloppy          485:3,7         600:6,11,13     603:24 605:1
621:25,25      564:18         487:15          600:21         solid
site          small           488:6,11,16     601:2,25        443:12
409:11 461:8   419:9,24       488:18,22       602:8,13,22    solution
470:18         452:13         489:5,10,18     606:16          412:6 596:23
471:5          486:11         489:25          609:1,6,10     Solutions
sites          546:19         490:9,19        609:12,21       625:24
427:21 428:1  smaller         492:11          609:25         somebody
428:15,16      576:5          493:1           610:3,8,13      471:13 501:3
428:19        smart           496:11,23       610:16          511:21
434:12         519:8 536:4    497:4,14,19     611:7           523:14
443:9 461:2   Smith           497:20,24       615:15          539:3,3,20
461:17         405:1 413:4    498:7,24        616:4,7,22      544:6 620:4
471:2          414:3,16       499:6 501:9     621:19         somewhat
situation      415:25         501:18          622:1,6,13      468:12
413:21,25      419:13,18      504:24          622:17,20       530:17
414:21         419:22         505:22          623:7,19,25     573:14
432:20         420:1,20,23    506:3           624:4,8,10     soon
440:5 441:1    421:1,5,7      508:14,18       624:15          455:9 476:3
                              508:21,24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| sophistic... | SPEAKER | 527:6,16 | 405:2 452:16 | spot |
| 572:6,10 | 421:6 437:6 | 545:1 550:5 | 605:5 | 468:13 |
| sorry | 441:25 | 550:9,12,19 | special | 523:14,16 |
| 477:22 | 442:3,6,21 | 550:24 | 418:2 465:2 | spouse |
| 481:19 | 443:18,21 | 551:4,8,12 | 474:16 | 420:14 |
| 501:19 | 444:14 | 551:17,21 | specific | 421:12 |
| 513:6 | 456:14,17 | 552:1 | 434:1 450:9 | 520:1 |
| 542:14 | 457:9,17 | 556:18,22 | 623:17 | 528:23 |
| 566:17 | 458:7,16 | 558:9 559:4 | specifically | spouse's |
| 568:18 | 459:17,25 | 559:9,21 | 450:8 452:19 | 420:19 |
| 574:6 | 475:3 477:8 | 560:13,17 | 502:15,23 | spread |
| 603:23 | 477:12 | 561:3 | 576:12 | 516:15,16,19 |
| 606:5 | 479:5,10,18 | 562:23 | 602:3 | 544:3 |
| sort | 480:2,6 | 565:10,11 | 621:14 | SSN |
| 452:17 | 482:16,23 | 565:19,23 | specificity | 485:23 |
| 485:15 | 484:12,15 | 566:3,6,12 | 584:22 585:4 | stab |
| 509:7 | 484:17,21 | 567:9,11,20 | specifics | 482:6 |
| 512:23 | 484:25 | 567:23 | 485:17 486:8 | stack |
| 517:4 | 485:6 | 568:1,3,13 | speculate | 534:4 |
| 614:14 | 492:13,15 | 568:19,21 | 494:22 | staggering |
| 623:3 | 492:20,24 | 568:22 | speculation | 449:16 |
| sorts | 493:11 | 569:2,3,5 | 414:15 | stake |
| 486:4 | 499:10 | 569:11 | 525:16 | 463:6,9 |
| sought | 500:2,6,8 | 570:12 | 546:19 | stand |
| 456:7 | 500:18,21 | 574:5 | 551:25 | 624:18 |
| sound | 507:5,9 | 578:13,21 | spelled | standard |
| 407:15 | 508:19 | 580:17 | 498:17 501:2 | 500:19,22 |
| sounds | 509:6 510:4 | 581:11 | 547:4 | 513:6 |
| 553:22 | 510:8,10,17 | 582:14 | spend | 593:17 |
| 604:15 | 510:25 | 583:3,13 | 458:17 | 594:15 |
| sources | 511:11 | 584:17 | 555:22 | 620:25 |
| 529:8 | 512:6,19 | 585:16 | 569:8 623:9 | stands |
| South | 514:10 | 604:14,22 | spending | 589:18 |
| 477:22,23,23 | 515:2 517:2 | 605:6,18,25 | 425:17 | star |
| 478:2 | 517:17 | 606:7,15 | 555:20 | 414:24 |
| 511:14 | 518:9,25 | 608:24 | 623:20 | start |
| so-called | 519:20 | 609:2,7,11 | spirit | 455:4 525:13 |
| 554:17,18 | 520:7,13,17 | 610:1,5,6 | 609:13 | started |
| 555:11 | 520:20,25 | 610:12,14 | spite | 405:20 |
| spaces | 521:3,7,10 | 610:18,25 | 406:8 | 408:22 |
| 486:3 | 521:19,24 | 611:5,8,20 | splash | 442:14 |
| speak | 522:23 | 612:15,18 | 527:21 | 447:18 |
| 406:3 411:6 | 523:5,7,11 | 613:11 | split | 518:7,8,14 |
| 425:1 | 523:12,18 | 614:3,11 | 533:3 | 538:3 |
| 460:14 | 523:23,25 | 621:12 | spoils | 572:14 |
| 463:7 | 524:3,5,22 | 622:11 | 471:3 | 589:4 |
| 554:16 | 525:7,15 | 624:6,11 | spoke | starting |
| 579:14 | 526:15 | speaking | 616:16 | 433:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**starts**
469:4 478:20
527:21
554:6
**state**
405:8 408:15
408:19,23
409:3,5,13
414:8 425:9
426:12,15
426:21
427:22
430:25
432:20
435:13
437:1,19
442:8
444:21
448:18
454:17
461:18,21
464:15,17
474:24
475:5,11,13
479:5 481:4
481:21
484:22
493:2
504:14,18
505:18
507:18
508:4,5
509:15
513:13,15
514:4
517:12
518:1
524:12
529:15,19
530:2 531:7
531:9,13,19
532:7
547:17
553:21
564:24
565:16
569:14,15
574:12

576:25
577:15,17
585:15
586:3 593:3
593:7,16,19
594:8,18,25
596:2,14
601:15,24
602:18
607:24
608:9
609:14
610:16
615:10,17
616:9
619:22
622:7,13,24
625:1,5,21
**stated**
547:7 556:10
580:22
625:6
**statement**
423:3 424:7
439:10,18
**statements**
430:22 462:2
**states**
406:2,16
407:6,23
418:5,8,14
448:1,14
449:14
450:1,10,16
450:22,25
451:3
479:14
499:23,24
545:13,17
572:16
576:23
579:2,3,7
580:16
583:1,9
585:18
598:6
599:18
601:9 607:1

607:19
**statewide**
426:19
513:18
521:4 531:8
531:10
532:15
547:8
**state's**
477:11 481:8
481:15
513:17,24
514:1,6
532:12
615:4
616:11
622:16,19
**stating**
592:2
**station**
582:6 620:7
**stations**
428:18
**statistic**
573:15
583:14
608:22
**statistics**
448:19
504:10
**statute**
498:17
500:13
576:19
613:19
615:23
**statutes**
615:20
**statutory**
612:2
**stay**
485:1 505:24
508:23
**stayed**
408:19
**step**
503:14
548:19,21

549:5 563:1
602:17
**steps**
406:6 469:22
486:9
**Steve**
425:25
**stewardship**
574:17
**stick**
609:22
**stool**
593:24
**stop**
587:25
**stories**
408:11 439:1
455:11
**story**
414:16,17
415:2,14
416:5,6
439:19
498:14
510:2 522:4
538:1 555:3
555:7
**straight**
417:24 418:1
**strange**
579:9
**street**
448:7 477:14
**stress**
617:19
**strict**
488:4 599:8
**strike**
411:21
**striking**
573:15
**strong**
430:22
**stronger**
576:24
**strongly**
596:20

**struck**
411:15
**structures**
576:13
**students**
426:20
440:18
**studied**
620:17 621:5
**studies**
447:24 448:3
448:3,7
534:14,18
562:4
571:15,25
**study**
448:5,9,10
448:18
449:9 450:2
453:11,12
517:3
523:13
572:6,22
573:20
576:15
**stuff**
463:19 543:7
543:19
**stunned**
526:6
**stunt**
442:16
**subject**
478:24 595:9
614:11
615:10
624:19
**subjective**
449:2 494:8
496:25
497:17
**subjectivity**
463:8
**submit**
562:3 577:25
578:1
595:18
**submitted**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
517:7              supervision        571:13             570:23             408:25 422:9
567:15,16          615:5,10           580:22             572:5,7,12         433:25
SUBSCRIBED         support            589:7              572:16             446:2 463:1
625:16             406:25             603:20             surveys            463:13
Subsection         409:17             608:13             572:11             473:3
483:21             580:14             sure               suspect            474:23
subset             581:1              417:18             467:13 547:9       482:5
617:15             591:16             418:14             suspicious         485:24
substanti...       602:12             419:16             449:1              504:4
529:5              615:4              420:1              sway               512:18
suburban           supporters         423:16             511:1 513:6        513:7
472:10             443:17 607:2       437:24             SWORN              514:17
succeeded          supporter's        464:1,25           625:16             516:11
486:12             442:15             472:14             sympathetic        531:14
successfully       supporting         478:10             414:20             540:14
548:1,23           427:4,6            481:6,12           synergy            543:5
sufficient         453:1              485:15             456:2              545:24
416:8 441:1        suppose            493:10,15          system             546:23
488:16             566:21             508:17             412:3,17           557:16
492:12             601:14             514:18             464:22             564:20
500:24             supposed           538:1              470:10             576:9
suggest            468:17 488:4       539:15,21          472:1 504:3        577:10
410:12 470:3       499:2              542:12             512:21             578:2,8,10
534:18             559:16             543:15             513:16             579:3 580:6
562:14,21          574:6              575:4              521:2              580:17
suggested          587:18             587:13,21          525:13             583:14
562:8              suppress           587:23             526:22             586:22
suggesting         436:6              595:19             533:14             593:3,7
607:17             suppressing        597:14             581:23,24          602:17
suggestion         462:12 464:2       604:12             601:7              604:11,11
410:24             suppression        surely             systematic         606:17
562:24,25          439:2,22           433:16             564:7 614:14       612:6 613:2
suggests           440:1,3            surfaced           systems            taken
449:20 582:5       445:10             575:16             512:20             413:25
suitable           454:14             surname            529:24             440:17
607:8              455:5,16           496:6              564:17             486:9 517:3
summaries          456:21,24         surprise                              564:2 579:5
437:22             457:10,20          448:16             ┌──────T──────┐    608:13
summarizing        457:25             449:10,18          table             625:11
601:11             464:12             450:3 573:5        437:11             takes
summer             470:14             surprising         458:15             428:23 454:4
591:2              472:21             448:5              621:22             458:2
Super              473:1              Surprisingly       tactics            571:25
448:10             613:19             409:13             454:14 455:5       594:19
449:14             suppressions       surrounding        455:25             talk
supervising        445:8              447:6              tagged             433:11
463:23,24          Supreme            survey             528:22             438:22
                   432:17             570:11,17,18       take               439:6,21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031822

```
440:5 474:2        405:9 428:7       461:4 470:2      territories       Texan
514:5 529:3         441:8            476:21           596:9             405:18,19
533:15,16           459:19,22        480:1 504:2      test               414:21
536:18              459:24           517:24           445:2,3           Texans
576:3              tat               518:6 538:6        487:20           412:4 416:8
579:25              521:21           540:1,9            490:1,4          Texarkana
590:15             tax               552:5            testified         461:19
593:20              405:19,22        556:16            433:4 503:23     Texas
594:1,25            421:13           557:12             528:4,5,12       404:9 405:4
601:12              445:6,7          569:12,24          533:17           405:8,9,13
talked              453:3 509:2      583:4 589:6        553:3,23         406:2,9,10
 441:7 464:14       509:18          telling            561:12,13        406:13,15
 524:12             585:24           526:16            562:11           408:15,18
 533:13             586:4           tells              584:11           408:19,23
 570:24            taxes             483:18            599:5            409:16,20
 579:13             407:12          ten               611:23           411:14
 582:21             452:17,18        447:15,18         612:23,24        412:2,8,15
 618:18,25         taxing            511:19            619:1            412:16
 622:21             483:2           tend              testify          413:13,15
 623:4             taxpayers         615:12            405:4 478:13     413:19
talking             483:12          tended             518:21          414:8,18
 407:15 420:8      TDL               608:4             553:19,20       417:9 425:2
 450:10             486:22          tension            561:25          425:12
 455:3              500:15           598:15            624:7           426:12
 458:19            teacher          tenure            testifying       428:12
 465:11             420:13           606:13            425:2 545:5     432:11,20
 466:3             teachers         term              551:9 570:4      438:11
 476:16             421:9            538:16           testimony        444:21
 484:8             team              563:19            426:3 433:5     448:19
 489:20,21          442:18           564:7             460:6 467:5     454:16
 492:18             444:10           608:16            475:6           458:8 471:4
 500:9 507:5        485:25          terms             485:10          471:9
 525:25             521:2            431:7 433:24      516:21          475:13
 551:14             531:18           434:6             520:8           510:3
 555:12             532:9            458:14            527:20          511:22
 589:11             564:20           475:23,23         538:16          512:2 513:7
 617:25            teams             487:16            542:11          515:3
talks               521:3            490:15            561:14          536:20
 457:19 478:6      technically       493:17            569:23          543:12,22
tampering           553:20           496:13            570:2           547:18
 451:25            telegram          497:5 498:9       580:18          555:23
tangentially        414:24           500:6 505:1       587:8           556:23
 516:25            tell              558:12            596:25          560:19
tangible            408:12,14        578:14            597:1           563:18
 548:4              409:11           580:18            613:14          564:23
Tape                414:17           614:17            614:4           573:20,23
 510:24             433:17          terrible         tests            574:10,10
Tarrant             460:18           467:22            407:13          575:11
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 576:2 580:1 | 567:4,7 | 433:24 | 436:4,8 | 494:18,24 |
| 580:11 | 568:1 569:8 | 434:4,17,18 | 438:20 | 495:3,6,11 |
| 582:22 | 569:21 | 438:17,19 | 440:13,14 | 495:21 |
| 583:9 | 589:5 597:9 | 439:4 443:3 | 441:18 | 496:2,3,4 |
| 584:15 | 600:5 | 450:12 | 443:4 445:6 | 496:15,17 |
| 590:6,7 | 606:15 | 452:16 | 445:8,16 | 496:25 |
| 595:2 596:7 | 609:24 | 453:13,17 | 448:22,23 | 497:2,9 |
| 596:10 | 611:4 614:8 | 454:11 | 449:20 | 498:7,12 |
| 597:21 | 614:10 | 455:3,12 | 451:1,2,14 | 501:1,6,7 |
| 598:13 | 621:11 | 456:9 459:4 | 451:21 | 501:17 |
| 611:11,14 | 622:9,10,11 | 463:13 | 452:3,10,13 | 504:19 |
| 611:22 | 624:15 | 466:4,21 | 453:16 | 505:4,6,8 |
| 614:25 | **thanks** | 467:12 | 454:5 455:3 | 507:2,3,16 |
| 616:9,19 | 447:23 | 469:25 | 455:20 | 510:14 |
| 625:1,5,21 | 542:11 | 471:2,21 | 457:13 | 514:16,17 |
| **thank** | 610:24 | 477:18 | 458:2,4,9 | 515:6,8,11 |
| 405:5 413:3 | **theoretic...** | 478:15 | 458:11,12 | 515:24 |
| 413:4,8 | 451:24 | 482:21 | 460:20,23 | 516:1 |
| 415:23 | 493:25 | 486:4 | 461:11,25 | 521:15,16 |
| 416:1,2 | 495:15 | 514:19 | 462:15,16 | 522:13 |
| 424:10,18 | **they'd** | 526:3,5 | 462:23 | 523:25 |
| 424:24 | 566:23 | 536:9 572:5 | 463:10,12 | 524:1,5 |
| 425:7,13,15 | **thing** | 572:22 | 464:4,6,8 | 525:10,20 |
| 432:21 | 415:17 | 577:7,22 | 464:11,17 | 526:20,22 |
| 433:10 | 428:25 | 596:13 | 464:22 | 527:7,11 |
| 436:12 | 437:17 | 617:16 | 466:2,21 | 530:11,24 |
| 444:14,16 | 463:18 | **think** | 467:4,15 | 531:25 |
| 447:2,11,20 | 464:13 | 408:11 | 468:10,10 | 532:1,3,5 |
| 447:22 | 466:16 | 409:10 | 469:3,3,8,8 | 533:8 |
| 450:5 | 486:12 | 411:18 | 469:19,21 | 536:23 |
| 456:17 | 504:3 | 413:18,25 | 469:24 | 537:1,8,9 |
| 459:25 | 505:17 | 414:3,6,8 | 470:16 | 543:11,14 |
| 460:4 | 507:1,25 | 414:19 | 471:1 472:3 | 546:15 |
| 466:25 | 515:15 | 415:8,14 | 472:4,19 | 548:13 |
| 467:3,7 | 530:16 | 416:10,11 | 473:7,21,22 | 549:23 |
| 474:13 | 554:2 564:9 | 416:13,17 | 473:25 | 550:17 |
| 477:6,7 | 567:12 | 416:21,25 | 474:20 | 555:22 |
| 493:4 496:9 | 572:13 | 417:17 | 475:2,6,20 | 557:14,15 |
| 505:21 | 578:20 | 420:5 | 476:4,9,25 | 558:23 |
| 508:24 | 585:7 616:2 | 421:23 | 479:18 | 560:11,16 |
| 510:21 | **things** | 423:4,5,17 | 481:17 | 561:7,19 |
| 527:16,18 | 405:24 | 426:9,25 | 482:3,3,7 | 562:14 |
| 530:19 | 417:15 | 430:7 431:4 | 482:10 | 563:12 |
| 547:22 | 421:2 | 431:7,17,18 | 485:10,16 | 564:8 |
| 550:4 552:1 | 429:25 | 431:20,22 | 486:16,23 | 567:12,18 |
| 552:13 | 430:15 | 432:9,18,18 | 487:5,12,21 | 568:3,7 |
| 561:3 | 431:25 | 434:6,16 | 490:6,16 | 569:23 |
| 566:12,15 | 432:7 | 435:25 | 491:7 | 570:21 |
| | | | 493:16,21 | 571:2,10,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 571:20,21 | 605:2,3,15 | 406:10 | 444:21 | 474:21 |
| 571:24 | 612:22 | 426:14 | 445:20 | 476:2 488:4 |
| 572:2,8,13 | 613:11 | 491:15,16 | 451:8 452:7 | 502:21 |
| 572:23 | 617:2 | 543:12 | 454:2,5,18 | 511:8 520:8 |
| 573:13 | 618:18 | 545:12 | 455:19 | 520:21 |
| 574:2,3,23 | 622:21 | 569:24 | 456:8 | 542:11 |
| 574:25,25 | 623:1,4,5 | 570:21 | 458:25 | 543:5 551:9 |
| 575:9,11,18 | 623:12,22 | 572:16 | 459:5,11 | 561:13 |
| 575:24 | 624:3,4 | 583:1 | 466:24 | 611:10 |
| 576:1,8,15 | **thinking** | 591:15 | 469:20 | 612:24 |
| 576:18,22 | 430:12 | 605:12,17 | 472:14,17 | 614:5 |
| 576:24 | **thinks** | **three-fou...** | 473:3 | **Todd** |
| 577:2,7,22 | 493:18 | 464:19 | 474:25 | 497:20 |
| 578:14,19 | 498:19 | **three-judge** | 503:12 | **told** |
| 579:1,9,13 | **third** | 578:9 | 526:8,21 | 409:8,21 |
| 579:18 | 444:3 464:16 | **threshold** | 555:2 | 411:4,8,9 |
| 580:6,12,24 | 466:14 | 543:10 | 563:18 | 439:1 |
| 581:2,3,10 | 475:10 | **throw** | 565:9 567:8 | 451:13 |
| 582:3,4,5 | 503:19 | 445:22 | 568:7,17 | 518:12 |
| 582:13,15 | 515:21 | 446:19 | 569:24 | 528:18 |
| 583:2,8,11 | **thorough** | **tickets** | 577:10 | 552:9 |
| 583:12,13 | 432:15 | 545:25 | 578:9,14,24 | **Toliver** |
| 583:17 | **thoroughly** | **tie** | 598:8 608:4 | 490:23 491:4 |
| 584:5,19 | 612:6 | 476:12 566:8 | 609:16,22 | **tomorrow** |
| 585:22 | **thought** | **tied** | 609:23,24 | 438:23 507:3 |
| 586:16,22 | 410:20 | 543:13 | 613:7 | 508:15 |
| 587:5,7,10 | 467:23 | 593:11 | 622:22 | 552:10,12 |
| 588:4,5,6 | 469:24 | **tight** | **timely** | 552:12 |
| 588:17,18 | 504:23 | 476:19 | 578:7 | 587:20 |
| 588:19 | 509:21 | **tighten** | **times** | **tonight** |
| 589:1 590:4 | 519:8 523:2 | 582:10 | 456:5 477:15 | 415:10 |
| 591:6,7,24 | 534:1 541:5 | **Tim** | 515:25 | 424:20,21 |
| 592:19,22 | 556:17 | 477:24 | 529:16 | 445:15 |
| 592:23 | 569:25 | **time** | 564:12 | 475:7 |
| 594:15 | 583:12 | 405:1 407:25 | 572:24 | 486:24 |
| 595:5 | 585:5 | 409:23 | 592:2 600:9 | 491:18 |
| 596:25 | 592:21,21 | 410:14,20 | **Toby** | 547:15 |
| 597:3,23,25 | 594:4,21 | 410:21,24 | 568:17 | 588:2 |
| 598:4,7,8 | 598:23 | 412:13,13 | 569:17 | **tool** |
| 598:24,25 | **thoughtful** | 413:8 416:7 | **today** | 473:19,25 |
| 599:17,18 | 467:5 | 417:17 | 406:4 407:4 | 521:6 580:8 |
| 599:25 | **thoughtfu...** | 424:25 | 412:8 413:9 | **tools** |
| 600:2,15,17 | 474:13 | 425:17 | 414:6 416:2 | 534:16 572:3 |
| 600:20 | **thoughts** | 428:10,11 | 437:9,13 | **top** |
| 601:17,18 | 525:18 | 428:22,24 | 445:11 | 531:7 581:25 |
| 601:21 | **thousands** | 429:3 | 455:8 460:5 | 616:13 |
| 602:11 | 511:1 557:9 | 431:18 | 464:20 | **topic** |
| 603:25 | **three** | 434:9 | 473:24 | 454:13 |
| 604:2,17,18 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031825

total
532:23
582:23
totalled
543:3
totally
466:7 525:21
560:2 605:5
tough
538:6 541:10
town
548:9
towns
453:7
track
505:19 550:1
582:8
trade
599:2
traffic
545:25
trail
558:10,12
581:3 614:5
train
465:6
trained
430:4 463:23
472:17
474:8
training
416:7,10
463:8
576:11
TRANSCRIBED
404:17
transcripts
437:22
transition
607:19
transparency
604:11
transport...
599:20
transport...
416:22
453:10,24

465:20
482:8
transposes
527:4
Travis
532:4
tread
432:8
treated
485:12
tree
497:13
tremendous
476:20
Trent
511:22
trial
578:11
Triangle
569:18
tried
443:15 518:1
524:7 535:8
553:8
554:22
579:5
592:10
trouble
482:1 598:25
600:18
true
419:4 423:4
423:21
435:3 436:7
450:18
457:12
471:6
477:19
478:7 625:6
truly
445:23
446:25
trust
443:24 444:9
trustworthy
444:13
try
425:23

437:24
456:2
465:23
481:6 486:1
486:9
525:12
530:23
569:22
570:22
571:18
579:19
580:13,25
591:4 608:5
609:14,17
trying
420:2 429:7
450:17
451:8
455:22
456:8
460:10
465:6
466:14
480:7 482:4
482:7 536:9
536:22
544:6 553:1
556:25
557:5 571:2
574:7 577:2
579:16
590:24
600:19
606:8
Tuesday
448:11
449:14
tunnel
478:12
turn
411:16,17
473:23
509:4 570:2
turned
442:11
458:20,23
548:13
554:10

564:14
602:9
turning
571:21
turnout
406:8,15
407:3 571:1
571:22,25
572:4
turns
430:2 605:20
TV
436:20,21
TVO
569:4
twice
515:20
two
464:15
467:14
473:12
475:6
484:18
486:17
490:25
491:9,16,20
492:1
495:14,18
495:24
508:22
515:7,12
522:5,13,14
522:24,25
526:10
536:19
553:13
554:3 558:6
560:15
571:17,17
576:9 593:1
596:11
605:11,13
605:16
606:21
617:16
two-thirds
464:18
two-year

408:15
type
407:14
458:10
485:14
486:12
497:25
504:3
558:22
559:1
564:20
572:12
584:24
605:13
types
431:5,10,13
typically
407:22
505:12
573:17
typo
485:13 489:7

───────────

U

Uh-huh
418:20
ultimate
489:15
546:15
560:23
ultimately
427:16
440:11,13
442:13
451:13
537:2
557:24
558:16
unaware
553:14
uncommon
407:19
unconstit...
603:13
uncovered
468:19
undermine
431:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
     438:17          458:7,16         559:9,21        566:1          updates
undersigned          459:17,25        560:13,17       588:17          521:1 529:14
625:4                475:3 477:8      561:3           604:8           530:2 531:6
understand           477:12           562:23         unit           urge
422:11,14            479:5,10,18      565:10,11       418:10          412:15
425:20               480:2,6          565:19,23      United         use
432:18               482:16,23        566:3,6,12      406:16          410:13
443:2                484:12,15        567:9,11,20     499:23,24       412:13
466:13               484:17,21        567:23          599:18          417:9 428:5
470:7 471:7          484:25           568:1,3,13     units           428:5
472:7                485:6            568:19,21       601:13          451:20,23
484:11               492:13,15        568:22          607:21          452:22
517:18               492:20,24        569:2,3,5      universal        454:1
553:2                493:11           569:11          592:14 593:2    479:16
559:23               499:10           570:12          593:6,21        480:15,16
585:8 586:7          500:2,6,8        574:5           594:2,8,11      543:15
587:16               500:18,21        578:13,21       594:24          545:7,24
605:6                507:5,9          580:17          599:3,19        577:5
understan...         508:19           581:11          600:23,24       580:11
600:19               509:6 510:6      582:14          601:20          581:8
understan...         510:8,10,17      583:3,13       University       585:14
426:9 483:1          510:25           584:17          568:24          586:10,12
485:11               511:11           585:16          570:10          586:14
529:15               512:6,19         604:14,22       608:19          594:15
532:8                514:10           605:6,18,25    unloved         usual
578:15               515:2 517:2      606:7,15        481:22          409:8
583:4                517:17           608:24         unprecede...    usually
621:21               518:9,25         609:2,7,11      588:13          436:5 444:11
understands          519:20           610:1,5,6      unreasonable     458:25
475:21               520:7,13,17      610:12,14       461:13          459:2
understood           520:20,25        610:18,25      unsatisfa...     462:17,21
446:6                521:3,7,10       611:5,8,20      571:20          527:21
unfair               521:19,24        612:15,18      unsettling      utilities
537:9,9              522:23           613:11          511:17,18       418:23
unfortunate          523:5,7,11       614:3,11       unusual         utility
588:18 604:9         523:12,18        621:12          605:1           418:22,22
unfortuna...         523:23,25        622:11         unwilling...     501:3,10,12
470:9 520:2          524:3,5,22       624:6,11        597:6           501:13
588:8                525:7,15        uniform         upcoming        utilized
606:21               526:15           441:20          603:19          464:5
UNIDENTIFIED         527:6,16         607:17         update          U.S
421:6 437:6          545:1 550:5     unimportant      487:23          409:7 410:1
441:25               550:9,12,19      584:7           502:12          410:18
442:3,6,21           550:24          uninformed       508:3           417:12
443:18,21            551:4,8,12       551:25          529:24          477:25
444:14               551:17,21       unique          616:24          528:3
456:14,17            552:1            522:20,21      updated
457:9,17             556:18,22        525:2 565:3     599:23
                     558:9 559:4
                                                                         V
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031827

v
478:5 579:4
valid
409:5 458:21
458:24,25
459:1
465:13
467:17
469:24
value
546:23
564:20
variety
414:22
various
426:1 427:8
477:16
478:6 486:3
623:14
Veasey
450:6,7,19
451:1
452:15
454:12
456:19,22
552:14,15
552:19,22
552:25
553:6,15,22
554:13
555:3,6,17
555:25
556:5,9,13
556:20,24
557:4,11
vehicles
448:21 449:4
449:5,7
Venezuela
430:9
verified
493:8 494:12
verify
493:19
496:21,22
564:17
565:1
verifying

486:19
547:10
versus
489:12
522:16
600:14
vest
614:25
veteran
409:1 410:13
411:12
victim
415:4
victimized
457:15
victors
471:3
video
509:7 525:23
531:16,23
532:18
536:21
553:7 555:6
556:21,22
view
440:17,17,19
441:4
462:14
614:22
views
406:5 413:9
461:7
vigor
549:12
violate
434:17 464:6
violated
451:24
violation
613:16
violations
514:25
611:21
612:1,4
615:13
618:2
Virginia
595:20

vision
478:12
visit
437:23
visiting
443:13
visualize
492:17
vis-à-vis
493:12
volunteer
405:14
515:22
559:15
vote
405:14 406:5
406:11,14
406:19
411:23
412:4,18
413:1 415:7
422:6
423:16
425:24
426:12
427:9,10,16
428:8,12,23
429:18,22
430:3,25
431:1,8,12
432:17
433:13,13
433:19,20
436:7 438:6
438:13,16
439:5,7,8,8
439:11,13
440:25
441:12
444:21
445:3 446:8
451:7,14
453:19
454:24
458:3 459:6
459:10
460:18
462:13

465:1
472:13
473:6,9,10
473:24
474:25
475:17
480:17
485:12
491:3
492:21,23
493:13
494:4 495:5
495:16
497:7,21
498:9,15,18
501:10,12
502:4,6
505:6,14
506:24
507:3,14
511:11,21
512:13
513:15,19
518:4 519:7
522:11
525:17
528:2
543:13,14
545:11,18
545:22,24
546:6,10
548:20,24
553:9 554:9
554:12,22
557:25
560:9,20,24
561:24
565:20
574:14
581:14
586:1,3
593:4,8
595:1,4,12
595:15
597:12,12
597:16,17
599:6,7,9,9
599:15
603:19

605:23
607:1,2
608:11
614:15
618:19,23
619:10,18
619:18,19
619:21
voted
437:25
467:25
511:10
512:7
513:23
515:20
516:8
520:10
521:18,21
522:6 533:7
539:17
545:13
558:17
615:22
619:6 620:6
621:17,24
voter
406:8 407:2
407:5,5,14
407:16,23
407:24
408:1,5
412:5
421:17
426:17
429:7,12,13
429:14
431:21
439:2,21
440:1,3
445:12,17
445:17,19
450:9,13,20
451:2
454:19,19
454:23
455:5
456:21,24
457:10,20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031828

| | | | | |
|---|---|---|---|---|
| 457:20,24 | 533:21 | 607:17,20 | 573:22,23 | 435:1,2 |
| 457:24 | 534:12,13 | 608:5,14 | 576:3 582:9 | 436:17 |
| 458:4,12,13 | 534:22,22 | 615:22 | 582:22,23 | 437:9,11,15 |
| 458:14 | 535:2,6,12 | 616:25 | 582:25 | 437:19 |
| 459:6 460:6 | 535:16,24 | 618:11 | 586:6,11,19 | 442:24 |
| 462:1 470:1 | 536:5,13,16 | 619:7 620:2 | 593:2 601:7 | 444:24 |
| 470:14,18 | 539:6 540:2 | 620:9,14,25 | 601:9,16 | 449:21 |
| 472:5,21 | 542:18 | **voters** | 602:19 | 452:22 |
| 473:1 475:5 | 543:10 | 406:7,11,19 | 606:25 | 459:15 |
| 475:9,15,19 | 544:6 545:5 | 406:20 | 607:3,6,8 | 464:2 |
| 477:18,22 | 545:11,23 | 407:3,7,17 | 607:22 | 467:17 |
| 478:10 | 546:9,15,16 | 407:18 | 608:2,20 | 469:10 |
| 485:20 | 547:8,17,25 | 426:24 | 615:7,21 | 471:2 479:7 |
| 486:19,25 | 548:18,19 | 427:20 | 618:15 | 480:14,16 |
| 487:8,22,23 | 548:22 | 428:2 431:9 | 623:21 | 480:25 |
| 487:24 | 549:13 | 442:24 | **voter's** | 482:12 |
| 488:1,2,5,9 | 550:6,7 | 445:13 | 421:3 488:19 | 483:14,17 |
| 488:23 | 552:17 | 448:11 | 493:8,19 | 483:21 |
| 489:16,17 | 553:24 | 449:11,25 | 494:11 | 498:22 |
| 490:21 | 554:2,16,18 | 453:9 457:4 | 507:12 | 511:13 |
| 491:8,19,21 | 554:18 | 458:14 | **votes** | 517:11,11 |
| 493:22 | 555:10,11 | 469:1 | 459:3 464:24 | 519:10 |
| 495:11 | 556:19 | 470:23 | 475:1,24,24 | 525:4 |
| 496:1 497:7 | 557:8,9,21 | 489:4 | 476:9,23 | 527:25 |
| 497:15,19 | 557:23 | 504:14 | 509:22,24 | 536:10 |
| 498:9,13,13 | 558:5,24,25 | 506:11 | 510:14,16 | 539:20 |
| 498:16,21 | 559:5,7 | 511:1,2 | 513:10 | 540:16 |
| 498:21 | 561:10,13 | 512:5,22 | 515:14,19 | 543:4,7 |
| 499:3,13 | 562:9,9,14 | 513:1,8,14 | 522:10,25 | 544:3,5 |
| 500:25 | 562:17,19 | 513:18,21 | 523:17 | 545:25 |
| 501:24 | 563:4,4,5,6 | 513:23,25 | 541:13 | 547:8,11 |
| 502:11 | 563:8,19,21 | 514:7,9 | 544:7,11,13 | 554:5,10 |
| 503:1,11,23 | 563:23,25 | 515:3,16 | 549:6 | 562:21 |
| 505:9,15,20 | 564:1 566:7 | 516:4 | 581:18,21 | 570:7 |
| 506:9,16,20 | 570:11,17 | 521:20 | 595:4,8 | 574:12 |
| 507:6,20 | 570:25,25 | 529:5 | **voting** | 575:6 |
| 508:6,7 | 571:9,18,21 | 531:11,23 | 405:20,23 | 585:14 |
| 509:19 | 577:1 | 532:17 | 406:13 | 586:10,15 |
| 512:3,14 | 584:10 | 533:2,13 | 407:10,11 | 587:12 |
| 513:16 | 585:3 | 543:3 546:6 | 412:5 | 588:7 |
| 514:1 516:6 | 591:16,17 | 553:8 | 416:16 | 592:15 |
| 516:10 | 591:18,18 | 554:22 | 422:6 | 603:6,18 |
| 517:5,6,7 | 592:1,18 | 558:15 | 426:13,16 | 605:10 |
| 517:14,21 | 594:8 | 559:11 | 429:10 | 607:4,15 |
| 518:7,15,17 | 595:20 | 561:20,24 | 431:13 | 611:16 |
| 519:15 | 596:4,22 | 566:1,4 | 433:14,15 | 613:10 |
| 520:22,23 | 599:23 | 572:17 | 433:16 | 614:18 |
| 522:15 | 601:13,23 | 573:11,12 | 434:25 | 615:7,11 |
| 529:9 | 601:23 | | | 618:15,24 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031829

620:7 621:3
621:14
**vulnerable**
603:20

---

**W**

**wait**
407:25 506:4
609:25
**waited**
409:8 410:3
**waiting**
577:11
**wake**
587:20
**walk**
546:22
595:12
**walked**
409:24
410:15
411:10
439:12
**walking**
547:11
**wall**
477:14
598:24
**Waller**
440:5,8,9
611:11
612:16
613:4
614:19
616:15
**wallet**
504:1 505:11
**want**
405:22
408:12,14
413:10
415:23
423:15
426:24
433:1,5
439:3
444:15,18
447:24

467:24
468:4,10
470:4
472:13,14
475:16
480:19
481:13,13
481:24
483:8
484:25
489:25
490:1,4,14
494:21
505:22,23
506:1,7
539:6
547:17
550:15
556:25,25
559:2,25,25
577:11
583:1,17
597:11,15
599:8,16
600:1 604:6
606:17
610:14
614:7
616:11,19
617:11,13
617:14,15
622:6
623:13
**wanted**
436:14
437:10
439:21,23
450:8
452:19
454:12
467:8
477:19
479:21
481:18
485:5 493:5
493:5 514:4
537:25
542:15

544:14
567:11
586:12
590:7 593:1
593:6,14
603:23
610:3 614:4
614:6
**wants**
605:1
**War**
423:17
**warrant**
428:9 441:14
**warrants**
612:8
**WASHINGTON**
603:4
**wasn't**
432:12
436:21,22
441:1 455:8
459:10
472:16
527:22
528:1,1
549:2
553:13
574:21
**watch**
436:24 569:5
**Watchdog**
511:23 512:2
513:7 515:3
536:20
**watcher**
473:18
545:16
546:3
**watching**
560:2 569:1
569:9
**water**
420:9
**way**
409:21
414:11
426:10

427:22
430:24
437:25
438:21
445:14
452:20
457:13
458:13
460:21
462:16
465:5
466:20
467:10
468:24
475:15,21
487:5,16
489:21
494:20,22
495:7 496:3
496:13
499:4
530:20
536:4 537:3
547:20
550:20
558:5,5
565:1
574:22
580:18,25
580:25
581:3,7,10
581:12,14
585:11,12
585:12
586:11
589:22
593:5
594:10,15
597:7 598:7
598:8 602:3
602:9 615:6
615:23
622:20,22
623:22
**ways**
471:8 587:10
596:5
**web**

409:11 512:2
**Wednesday**
603:4
**week**
557:9
**weekly**
529:22 530:1
530:12,14
**weeks**
554:6
**weigh**
582:6
**welcome**
544:17
567:24
**went**
408:18 409:4
430:10,16
432:3
436:15
437:23,23
441:19
445:5 446:4
446:17
451:12
452:17
454:7
464:22
478:5
518:22
526:3
537:20
538:2
541:14
561:17
572:20
578:16
586:12
595:22,24
606:11
621:21,24
**weren't**
452:18
458:25
467:17
468:17
524:13
538:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
542:11                572:8                 448:13,15          wonder            491:12
555:8                 584:14,24             449:15              406:1 429:17     493:16,18
we'll                 585:2,2               572:25            wonderful          493:19,24
 433:8 436:23         587:24               widely              414:24 511:7      494:5 495:4
 506:22,23            589:11                438:20            wondering          495:14,23
 506:24               591:15               wider               468:23            496:13,21
 508:14,17            593:25,25             580:14              534:19           497:6
 508:23,25            601:6 602:8          wife                 567:15           498:19
 510:23               603:25                408:19 504:2      word               499:2
 530:25               609:17                512:8              480:14            500:23
 544:11               we've                willing             481:25           501:16
 551:10               413:18                470:8 604:19       508:5            538:9,21,22
 552:9,11             425:21               winning             531:14            576:11
we're                 426:13                476:8              584:6             workers
407:15                427:2,13,17          wisdom             wording            460:17,22
 413:20               428:14                579:1              430:20 491:8      470:6,23
 415:16              438:9 440:4           wish               words              471:22,25
 416:25               445:7                 436:7 481:5        502:16 585:1      474:9 488:3
 420:8                452:12                587:20,22          586:1             490:11
 421:22               458:22               wishes              592:10,12        497:2
 424:17               460:6                 568:11             617:6            523:19,20
 425:22               461:14,19            witness            work               523:24
 428:8 429:4          461:20                413:6 443:20      423:15 451:9      576:16
 429:7                464:14                553:4,16,21       454:1 462:8       working
 431:11               475:6 477:2           565:8             466:22            428:21
 443:4,5              486:8                 609:19            472:16            472:20
 450:23               502:12               witnesses          512:19           518:3 526:1
 455:3                513:11                432:23            530:17,21         552:23
 465:10               524:11,12            437:14            544:11            590:25
 466:3 473:2          547:15                484:19,23         564:18           works
 481:10,12            548:14                506:4,5           590:21           510:22
 481:14               577:20                508:20           596:8,8,10        614:18
 482:9                580:14                570:4,25         597:4 613:8       world
 489:20,20            584:25               woke              worked            415:15
 490:16               622:21                566:18           405:21            423:17
 496:2                623:4                woman              441:10          452:8 466:4
 498:10              Wharton                414:23           486:6            466:16
 501:1,15            427:3 442:9            439:10,18        512:15           587:20
 502:21               442:20                468:15           531:20           worried
 512:20               443:8                 511:4 573:7      590:22           605:24
 524:17               461:20                618:20          591:3            worrisome
 527:10              whichever             women             worker           511:25
 528:25               478:25                439:6,7,8,11    460:11,17        worry
 532:9               white                  439:13,15       471:24,24        577:12
 537:10,11           439:15                 439:16          473:16           worrying
 539:21               444:25                573:4,16,16     487:4,7,11       451:17
 545:5 557:5          449:11               won              488:25           worst
 568:9,10            whites                 513:9 569:2      489:15          514:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**worth**
408:14,20,21
454:16,21
455:7
456:25
457:5
571:24
572:7,23
**wouldn't**
419:20,20
442:25
449:17,19
450:3,4
451:14
470:11
475:15
480:9
489:25
490:1,4,6
494:21
500:8,10
504:3,7
522:18
524:18
526:18
527:13
534:1,7
541:5
548:19
549:5
553:17
554:9
559:22
560:10,17
560:21
**wounded**
589:1
**wrap**
579:20
**wrapping**
580:9
**write**
413:21
**written**
430:24
431:15
487:6
569:23

570:2
**wrong**
427:15 431:2
433:17
468:14
514:12
520:6
523:14,16
528:22,23
585:9
**wrongfully**
427:13
430:23
459:14
**wrongly**
524:17
**wrote**
513:23 592:1
600:7 601:4

**X**

**X**
525:11
623:20,21

**Y**

**yeah**
421:9 423:10
458:22
472:2
473:15
485:3
487:12
488:14
498:7
502:18
503:17
514:17
517:15
521:3
525:19
537:5
538:17
546:18
548:9
549:14
553:15
554:4 561:5

578:8 582:3
586:8
597:14
601:1
602:13
618:21
**year**
408:13 409:1
409:1
414:23
445:16
447:13,14
454:16
456:23
461:24
480:22
483:7 504:2
506:21,23
514:3
529:16
542:25
543:7,8,18
556:2 570:8
573:10
590:23
594:1,2
606:20
**years**
405:15
425:25
426:14
446:3,20
447:16,18
476:22
478:23
479:3 491:5
504:21
517:12
542:21
543:4,5
544:5,5,8
579:21
580:11
583:12
588:15
589:3
604:20
605:12,17

607:18
**YORK**
592:2
**younger**
423:1,1
**youngers**
422:25

**Z**

**zero**
533:10 562:8
562:17

**$**

**$10**
545:14
**$15**
478:22 479:3
**$20**
478:24
**$25,000**
573:10
**$5**
478:23
**$62**
419:12
**$7**
471:13,24
472:6,15,16
472:16
**$700,000**
577:18

**0**

**01**
447:9
**02**
447:10
**03**
447:10
**08**
522:4

**1**

**1**
448:22,23
467:17

520:9
542:25
544:4
**1st**
603:4
**1.2**
572:17
582:25
608:20
**1.7**
543:7 544:4
544:7
**1.9**
566:3,5
**10**
435:14
464:23,23
475:1,16
509:8
564:12
**10:00**
416:3
**102**
541:12,13
**11**
478:20
542:24
**110,000**
554:2
**12**
476:22
**12-year**
476:24
**12-31-2013**
625:23
**121**
535:24
**13**
504:15
517:11
518:21
527:24
**13,000**
553:24
**130,000**
566:1
**137**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006474

TX_00031832

```
 518:2          2,300          445:23          528:15          4,400
 519:10         513:21         446:19,20       584:18          513:8
14              2.4            446:25         25               40
448:12          405:13         448:10,10       533:4,4         438:4
15               413:14        449:9,14        561:19          400,000
404:17           414:4         511:12         27               573:22
150             20             543:1           607:1           44,000
573:21          473:3 521:19   582:24         281              531:25
16              2000           594:7           543:21,22       44-year
 504:19          447:19 478:5  606:19                          405:8
 542:21          513:9         609:1              3            4400
 543:4,5         542:25       2009                             532:21
 544:5,8         570:7         404:13          3              45
16th            2001           542:22           448:23 543:1   406:13
 625:17         542:25         543:1,4          583:14        47
162,000         2002           596:21           607:23         449:11
573:22           454:15,15    2010              625:24        49,000
175              455:6         446:22,24       3rd             513:18
 517:13          456:22       2012              606:19 609:1   532:23
18               604:8         404:17 447:1     30             533:7
448:15          2003           625:17           438:4 554:5
 559:11          604:8        21                559:11            5
 565:8          2004           607:22           618:7
1944             460:25       22               3022            5
 423:13         2005           528:1            625:23         432:20
1960             575:2 587:10 23               31              446:11
 454:15          588:12,21     515:16           617:3,3        467:17
1983             592:9,20      519:24          315             474:25
 517:11          607:12,18     520:15           527:24 528:1   543:1
1991             609:4,7       528:8,10,11     330581          574:11
 441:1          2006           528:20,25        404:1          575:6,19
1994             406:9,21      529:1           362             579:2 590:5
 542:22 543:4    446:24        533:13           405:4 425:3   5-10-2012
1996             449:9,10      543:3,6          487:5          625:22
 542:23          570:7 575:2   544:5            496:20        5/4
                 575:21        584:15           624:7,12,13    432:17
      2          590:19       23rd             381            50
                 591:2         592:8 609:7      517:5          405:12
2                592:22       23,000          39.01            406:22
 445:13         2007           513:19,20        464:7          408:13,25
 448:22          448:10,10    23.5                             454:15
 478:25          543:1         584:16,18           4          50,000
 515:1 520:9     588:12       23.9                             533:4
 522:3           604:8 609:8   584:17          4              500
 523:19         2008          24               543:1 572:20    559:11
 537:2 543:1     406:12        517:10           583:15        52
 556:23          444:19        519:20           617:4          491:5
 583:14          445:16,22     520:9           4,000          53
 584:15                                         512:4 537:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006475

```
   449:15         591:20
537                88
513:10             573:9
54
449:13          _____9_____
55                 9
449:13 596:8       476:9,23
58                 9.5
449:16             584:13
                   911
_____6_____   594:5 598:3
6                  95
404:13             542:23
445:15             96
543:1              583:10
6,000              97
537:3              542:24
60                  583:10
465:20             98
478:23,23          414:23
479:3,24           542:24,24
530:25              583:10
61                 98.8
516:9 517:7        583:5
63.0101            99
499:16             542:25
65                 99.9
417:4 419:14       460:9 462:9
420:21
423:1,14
565:2,4

_____7_____
7
542:23
70
449:25
73
449:16,20

_____8_____
8
478:19,20
566:6
800
467:15
87
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

\*\* REVISION \*\*

**HOUSE OF REPRESENTATIVES**

**NOTICE OF PUBLIC HEARING**

COMMITTEE:      Elections

TIME & DATE:    upon final adjourn./recess
                Tuesday, April 07, 2009

PLACE:          JHR 120

CHAIR:          Rep. Todd Smith

---

SB 362      Fraser | et al.
Relating to requiring a voter to present proof of
identification.

HB 125      Brown, Betty | et al.
Relating to requiring a voter to present proof of
identification.

HB 2335     Heflin
Relating to fees charged for issuance by a state or local
governmental entity of identification that may be presented to
be accepted to vote.

HB 3556     Bonnen
Relating to requiring a voter to present proof of
identification.

HB 2513     Hopson
Relating to the procedures for registering to vote and
accepting a voter at a polling place; providing a criminal
penalty.

HB 4421     Dunnam
Relating to the form of, and information contained on, a voter
registration certificate.

HB 4418     Dunnam
Relating to voter integrity measures and punishment for related

offenses.

Notice of this meeting was announced from the house floor.

---

TX_00001231
JA_006478

TX_00001231

**The House Committee on Elections**
81st Legislature
April 7, 2009
upon final adjourn./recess
JHR 120

## CORRECTED MINUTES

On May 7, 2009, the House Committee on Elections authorized the correction of the minutes for the meeting of the House Committee on Elections held on April 7, 2009. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on April 1, 2009, and a suspension of the 5-day posting rule and all necessary rules from the House floor on April 6, 2009 to add HB 2513, HB 4421, and HB 4418, the House Committee on Elections met in a public hearing and was called to order by the chair, Representative Smith, Todd, at 2:14 p.m.

The roll was answered as follows:

Present:           Representatives Smith, Todd; Pena; Anchia; Bonnen; Brown, Betty; Heflin (6).

Absent:            Representatives Allen; Bohac; Harper-Brown (3).

A quorum was present.

(Representative Pena in chair.)

(Representative Bohac now present.)

## <u>SB 362</u>

The chair laid out SB 362.

The chair recognized Representative Smith, Todd to explain the measure.

(Representative Smith, Todd back in chair.)

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

(Representative Allen now present.)

TX_00001226

(Representative Harper-Brown now present.)

The chair closed on the measure.

The bill was left pending without objection.

## HB4418, HB4421

The chair laid out HB4418, HB4421.

The chair recognized Representative Dunnam to explain the measures.

The chair recognized Representative Dunnam to close on the measures.

The bills were left pending without objection.

## HB 2513

The chair laid out HB 2513.

The chair recognized Representative Hopson to explain the measure.

The chair recognized Representative Hopson to close on the measure.

The bill was left pending without objection.

## SB 362

The chair laid out SB 362 as pending business.

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Bohac in chair.)

(Representative Smith, Todd back in chair.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

The chair closed on the measure.

The bill was left pending without objection.

## HB125, HB2335, HB2513, HB3556, HB4418, HB4421

The chair laid out HB125, HB2335, HB3556, and laid out HB2513, HB4418, HB4421 as pending business.

The chair recognized Representative Bonnen to explain HB 3556.

The chair recognized Representative Brown, Betty to explain HB 125.

Representative Bonnen offered a complete committee substitute to HB 125.

The chair recognized Representative Anchia to explain HB 2335.

Testimony taken/registration recorded.  (See attached witness list.)

The chair recognized Representative Brown, Betty to close on HB 125.

The committee substitute to HB 125 was withdrawn without objection.

HB 125 was left pending without objection.

The chair recognized Representative Anchia to close on HB 2335.

HB 2335 was left pending without objection.

The chair recognized Representative Bonnen to close on HB 2513.

HB 2513 was left pending without objection.

The chair recognized Representative Bonnen to close on HB 3556.

HB 3556 was left pending without objection.

The chair recognized Representative Anchia to close on HB 4418.

HB 4418 was left pending without objection.

The chair recognized Representative Anchia to close on HB 4421.

HB 4421 was left pending without objection.

At 2:15 a.m. on April 8, 2009 on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Smith, Todd, Chair

_____
Steven Schar, Clerk

1

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009

VOLUME I OF III

Transcribed by Rhonda Howard, CSR
April 13, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033625

2

1                            INDEX

2    WITNESS TESTIMONY:

3    Randall Buck Wood                          13

4    Robin Armstrong                           82

5    Mary Naranjo                              90

6    Skipper Wallace                          119

7    Luis Figueroa                            142

8    Mary Opitz                               147

9    Doug Bell                                157

10   Mark Hester                              188

11

12   REPORTER'S CERTIFICATION PAGE            195

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006484

TX_00033626

3

1                    CHAIRMAN SMITH:  The House Committee
2      on Elections is now called to order.  Will the Clerk
3      please call the role.
4                    THE CLERK:  Smith.
5                    MR. SMITH:  Here.
6                    THE CLERK:  Pena.
7                    VICE CHAIR PENA:  Here.
8                    THE CLERK:  Bohac.  Bonnen.
9                    REPRESENTATIVE BONNEN:  Here.
10                   THE CLERK:  Brown.
11                   REPRESENTATIVE BROWN:  Here.
12                   THE CLERK:  Harper-Brown.  Heflin.
13                   REPRESENTATIVE HEFLIN:  Here.
14     Present.
15                   CHAIRMAN SMITH:  All right.  There
16     being a quorum present, welcome, those of you who
17     have traveled to Austin from, I presume, a variety
18     of locations around our state to testify on the
19     legislation that's been set for hearing today.  I
20     don't -- I don't know -- there was a few of you that
21     I recognized in the audience of having spent a lot
22     of time with you yesterday.  The Committee heard
23     from a number of expert witnesses on both sides of
24     the issue that is before us tonight from early
25     yesterday afternoon until 1:30 in the morning and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006485

TX_00033627

4

1        then got up early this morning to lay out bills and

2        various committees.  So if any of the members of the

3        panel look tired before we get started, that's the

4        reason for that.

5               We -- we are here today to hear from

6        anybody who wishes to testify on this issue.

7        Obviously, because we have an overflow crowd of

8        members of the public who wish to testify, there's

9        going to be -- have to be some kind of reasonable

10       limitation on the amount of time that -- that the

11       witnesses spend on each of the given bills.

12              We have six bills by six different House

13       Members that are -- that are related in some manner

14       to this subject that are before us this -- this

15       evening as a matter of new business.  Then we have

16       one piece of pending business, which is the Senate

17       bill that has already been voted out of the Senate

18       and is now before us in the House.  It's the only

19       Senate bill on the agenda.  The rest of them are

20       House bills.  Given the fact that that is likely to

21       be the vehicle that will be used in moving this

22       legislation, we're going to lay that piece of

23       legislation before the Committee first.

24              And just for those of you who do not

25       understand, your testimony on any of the bills that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006486

TX_00033628

5

1      are before the Committee or on this subject in

2      general can be helpful and instrumental in giving us

3      ideas and information that will help us draft

4      whatever language we as a Committee decide to -- to

5      place into the Senate bill.  In order to vote the

6      Senate bill out of Committee, it's not necessary for

7      us to -- to use the exact language that came out of

8      the Senate.  We are free to substitute in our own

9      policy preferences to that -- to that Senate bill

10     and then move it through the House.

11            It's the Chair's intention that we have

12     a -- please notice here, the Clerk's desk we have a

13     timing device.  And what -- what kind of a warning

14     do we give them, Travis?  We're going to allow 30 --

15     three minutes of testimony per witness, and there's

16     going to be a yellow light at 30 seconds.  After

17     that point in time, after each witness has had the

18     opportunity to say whatever is on their mind

19     uninterrupted for a period of three minutes, then

20     the panel will at that point in time have the

21     opportunity to ask questions.

22            We're going to go as long as it takes to

23     hear from everybody to the extent that they wish for

24     us to hear from them.  I -- I would say that to the

25     extent that there are any part of you that are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033629

6

1          like-minded folks and came from a particular part of

2          the State and there's one person that speaks for

3          that group and -- as a matter of efficiency, it

4          would be just as well for you if one person spoke

5          for five or ten people.  Again, I'm not telling you

6          to do that, but if there's anybody who would wish to

7          do that, I certainly will allow you to say, "I'm

8          hear speaking on behalf of this group," and allow

9          the group that you're speaking on behalf of to stand

10         behind you as you begin to make your presentation.

11              In order to comply with the rules of the

12         House, it's going to be important whenever you

13         testify for you to state your name and who you

14         represent on the record and to direct your testimony

15         to the bill before the Committee at the time that

16         you're testifying.  So, you know, when -- we're

17         going to take up Senate Bill 362 first, again, which

18         is the vehicle that is likely to be moved to vote

19         whatever language we agree to in Committee out of

20         Committee.  At that point in time please limit your

21         testimony to Senate Bill 362.

22              After we finish hearing testimony on that,

23         we will go to the new business and hear those bills,

24         as well, in -- in -- in -- in -- early together as a

25         group or individually bill by bill by bill depending



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033630

7

1      on what time it is and -- and circumstances that we

2      find ourselves in at that point in time.

3            All right.  I think that's a general

4      description of how we're going to proceed.

5            Do we have some witnesses that are going

6      to be first?  Do you understand who that is?

7                 REPRESENTATIVE ANCHIA:  Mr. Chair --

8                 CHAIRMAN SMITH:  Representative

9      Anchia.

10                 REPRESENTATIVE ANCHIA:  -- there will

11     be Representatives that need to leave because

12     they're laying out bills.

13                 CHAIRMAN SMITH:  Sure.  This is not,

14     unfortunately, the only thing that the members of

15     the Committee have going on.  There are committees

16     meeting all over the Capitol as we speak, throughout

17     the evening, throughout the afternoon.  The members

18     of the Committee -- in fact, some of them do as we

19     speak -- they're in other committees laying out

20     other bills in front of other committees.  And so we

21     will have members that will be bouncing from other

22     obligations to this hearing as is necessary

23     throughout the afternoon and evening.

24                 Representative Dunnam, Chairman Dunnam.

25                 UNIDENTIFIED REPRESENTATIVE:  Yeah.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033631

8

1    Chairman Smith, I'm not a member of the Committee,

2    but I wanted to know if you would entertain one

3    procedural question based on something you just

4    said.

5                    CHAIRMAN SMITH:  Okay.

6                    REPRESENTATIVE DUNNAM:  You just said

7    the Senate Bill 362 would be used as the vehicle for

8    whatever came out of this Committee.  And I'm not --

9    I'm not sure, but is the Chair aware that if you

10   limit that to the vehicle, then you are prohibiting

11   any amendment or alteration in 362 that is not

12   germane to 362?  Therefore, the House is going to be

13   constrained by the Senate's approach, and we will

14   not be able to offer alternatives that go beyond

15   the -- the approaches that the Senate made.

16          If that's -- if the decision has already

17   been made that that is going to be the vehicle, then

18   I just want to know, because then -- because my

19   suggestions may not be germane under our procedural

20   rules in the House.  And I just want to know if that

21   decision's already been made.

22                    CHAIRMAN SMITH:  To -- to -- I

23   believe that what I said is that that decision is

24   likely to be the vehicle for any issues.  I

25   didn't -- I didn't say this, but what I intended to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033632

9

1      imply to the extent that it is germane and certainly

2      to the extent that we are hearing non-germane

3      additional pieces of legislation, then to the extent

4      that the Committee wishes to, we would have the

5      ability to vote those bills out separately.  But to

6      the extent that it is germane, I think it is the

7      intent of the Chair to -- to rely on the Senate bill

8      as a vehicle for -- for legislation that is germane

9      to the Senate bill.

10                     UNIDENTIFIED REPRESENTATIVE:  If the

11     House -- the House Committee -- if your Committee

12     does come up with an alternative, a comprehensive

13     alternative regarding the issue of voter

14     impersonation that is not germane, is -- is the

15     House going to be able to vote on --

16                     CHAIRMAN SMITH:  If we do that then I

17     will have changed my intent.  I'm simply expressing

18     my presumption at this point.

19                     UNIDENTIFIED REPRESENTATIVE:  That --

20     and that's all I was asking.

21                     CHAIRMAN SMITH:  Okay.

22                     UNIDENTIFIED REPRESENTATIVE:  Thank

23     you.

24                     CHAIRMAN SMITH:  Thank you.

25                     Chair at this time will pass the gavel to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006491

TX_00033633

10

1       Vice Chairman Pena.

2                    VICE CHAIR PENA:  (Inaudible).

3                    CHAIRMAN SMITH:  Yeah.

4                    VICE CHAIR PENA:  The Chair

5       recognizes Representative Bohac as being present.

6              The Chair now lays House -- SB-362 by

7       Fraser as pending business and calls on

8       Representative Smith to explain the bill.

9                    REPRESENTATIVE SMITH:  Members of the

10      Committee, you have already had the opportunity to

11      listen to a fairly exhaustive description of what is

12      in the Senate bill.  For purposes of the audience

13      and in order to do this in as summary a manner as

14      possible, the Senate bill provides for a number of

15      mechanisms by which the public is to be notified of

16      the changes that would -- would, under that Senate

17      bill, occur in our election law.  And in its

18      simplest form, the Senate bill alters current law,

19      which requires that any voter in this state provide

20      some sort of identifier on a designated list of

21      photo identifications or on a designated list of

22      non-photo identifications.  That's current law.

23             What the Senate law does in general is

24      change current law so that instead of requiring

25      either one form of photographic identification or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033634

11

1      one form of non-photographic identification, again

2      on these designated lists, allows a voter to cast a

3      vote with either one form of photo identification or

4      two forms of non-photo identification on the

5      non-photo I.D. list.

6            There are other technical aspects to

7      testimony.  For example, requiring that the

8      Department of Public Safety provide a free

9      identification card for members of the public who

10     indicate that their sole purpose for obtaining that

11     card is to use it for purposes of voting in

12     elections in our state.  That's a -- that's a very

13     general explanation of my understanding of what is

14     in Senate Bill 362.

15            VICE CHAIR PENA:  Let's open it up

16     for questions.  Members, do we have any questions?

17            All right.

18            UNIDENTIFIED REPRESENTATIVE:

19     Mr. Chairman?

20            VICE CHAIR PENA:  Yes.

21            CHAIRMAN SMITH:  We have a number of

22     witness affirmation forms.  Again, I'll help you

23     with the rules.  As you present yourself -- and the

24     first person we wish to hear from today is Randall

25     Buck Wood, who is a lawyer who is here today to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033635

12

1      testify -- yes.

2                    VICE CHAIR PENA:  (Inaudible).

3                    REPRESENTATIVE BROWN:  I just had one

4      question before you proceed.

5                    CHAIRMAN SMITH:  Oh, I'm sorry.

6      Yeah.

7                    REPRESENTATIVE BROWN:  I think it's

8      real important that we address what happens when

9      someone fails to present the needed documents at the

10     time they -- they come to -- to vote.  And so I

11     would like to hear you, then, explain in -- in the

12     Senate bill what happens at that point if they don't

13     have those needed documents.  Do they vote the

14     provisional ballot and then have so many days to

15     come back and prove up what...

16                    CHAIRMAN SMITH:  Yeah.  I -- I -- I

17     don't recall there being a specific provision.  And

18     so my -- my -- my -- I believe I'm correct in saying

19     that provisional ballots would be handled pursuant

20     to current law.

21                    REPRESENTATIVE BROWN:  Okay.  So

22     there's -- okay.  But they would -- they would vote

23     a provisional ballot at that point?

24                    CHAIRMAN SMITH:  Yes.

25                    REPRESENTATIVE BROWN:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033636

13

1              CHAIRMAN SMITH:  Just as a voter

2      would now if they are not on the voter registration

3      rolls.  That's my understanding.

4              REPRESENTATIVE BROWN:  Thank you.

5              CHAIRMAN SMITH:  Okay.  At this time

6      the Chair calls Randall Buck Wood, who is an

7      attorney representing himself and who's here today

8      to testify against Senate Bill 362.  Welcome.

9              RANDALL BUCK WOOD:  Thank you,

10     Mr. Chair, Members of the Committee.

11             CHAIRMAN SMITH:  Your name and who --

12             RANDALL BUCK WOOD:  My name is

13     Randall Buck Wood.  Buck is really my middle name.

14     Nobody wants to believe that --

15             CHAIRMAN SMITH:  Right.

16             RANDALL BUCK WOOD:  -- but I was born

17     in Athens, by the way.

18          Members, I know I've got a very short

19     period of time here.  I believe -- I listened to a

20     lot of the testimony yesterday on this issue.

21          I was director of the Elections Division

22     in the Secretary of State's office starting in 1969

23     under (inaudible), Jr. and then later Bob Bullock.

24     I have been doing elections work contests,

25     investigations, practicing in the area of elections



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033637

14

1    ever since.

2              I will say that the overriding goal of

3    this Committee and this Legislature should be to do

4    one thing, make certain that every qualified voter

5    who is actually qualified get to vote and that vote

6    gets counted.  That should be your goal.

7              I believe that this can be accomplished

8    within the framework of Senate Bill 362.  And here's

9    the issue:  One, although this bill does require

10   certain identification, it -- it -- it does allow

11   you to vote a provisional ballot, but it needs to do

12   more than that.

13             One of the things that we're all operating

14   with, I can tell you that in all of the 35-plus

15   years that I've been doing this I've never found

16   anybody impersonating.  And I do election contests

17   and we investigate these.  We investigate them

18   diligently.  I've never found a person

19   impersonate -- impersonating another voter.

20             I do know that it probably happens here

21   and there.  I have never found a non-citizen -- and

22   I bet I've done 25 election contests all across the

23   State where we looked for citizenship.  I have never

24   found a single citizen or a non-citizen voting in an

25   election.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033638

1          I'm sure -- I know that a few years ago we

2     had election contests here in the House, and they

3     claimed they were going to have 200-something

4     illegal citizens.  And it turned out they had one.

5          What we need to do is very simply this:

6     Don't educate the voter not to come to the voting

7     place.  Educate the voter to come to the polling

8     place, because the voter is going to get the vote.

9     And ensure that that vote is counted if the proper

10    identification information is presented to the

11    proper officials within the time period.

12          It will do two things.  There's this

13    argument that there is a problem, and no one knows.

14    The fact of the matter is if we do this bill

15    properly we will then know within a few elections if

16    we have a problem.  And if we have, we will have

17    stopped it.  And if we don't have a problem, we

18    don't need to go through all this anymore.  The

19    simple way to do that is allow each individual who

20    doesn't have proper identification to vote not just

21    a provisional ballot but a special provisional

22    ballot that will be marked for identification

23    purposes so that you will be able to pull those out

24    of people who didn't have identification.  Give that

25    information to the candidates, the officials and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006497

1    have the registrars or the elected officials that
2    are going to be running the election make a
3    reasonable attempt to contact that individual and
4    find out if they are citizens.  And I can tell you
5    that this can be done and it will be done.  There
6    will be enough candidates and other individuals that
7    contact these people and try and determine if they
8    are actually citizens.  And then we must mandate
9    that that vote gets counted, because right now even
10   though it's supposed to be true, provisional ballots
11   in many cases are not ever being counted even where
12   they're -- they're legitimate votes.
13             CHAIRMAN SMITH:  Okay.  Mr. Wood,
14   thank you.  I'm sorry.  I'm going to try to stick
15   somewhat with this.  But I do want to give the
16   Members of the Committee an opportunity to ask you
17   questions.  Representative Anchia.
18             REPRESENTATIVE ANCHIA:  Yes, sir.
19   Mr. Wood, you talked a little bit about non-citizen
20   voting.  But I want to make sure we have our -- our
21   terms and our definitions straight.
22             Voter I.D. is designed to deal with voter
23   impersonation at the polls.  Non-citizen voting
24   would not be prevented by voter I.D.
25             To the extent it happens, typically what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

17

```
 1        we've found in our -- in our study of this during

 2        the 2005 session, 2006 session, 2007 session --

 3        okay.  Excuse me, 2006 interim, 2008 interim, is

 4        that if there are legal permanent residents -- if

 5        there are non-citizens voting, it's legal permanent

 6        residents.  And I think we found maybe two or

 7        three --

 8                    RANDALL BUCK WOOD:  Yeah.

 9                    REPRESENTATIVE ANCHIA:  -- of these

10        cases.  And this Senate bill would not stop a legal

11        permanent resident from voting, because most, if not

12        all, legal permanent residents have driver's

13        licenses or some state I.D.

14                    RANDALL BUCK WOOD:  Yeah.

15                    REPRESENTATIVE ANCHIA:  I just want

16        to make sure we have our -- our terms correctly --

17        defined correctly.

18              Can we talk really, really quickly about

19        voter fraud in Texas?  Have you -- have you --

20        you've done election contests, many of them.  Have

21        you found voter fraud in Texas?

22                    RANDALL BUCK WOOD:  Yes.

23                    REPRESENTATIVE ANCHIA:  What type and

24        Were?

25                    RANDALL BUCK WOOD:  It's almost
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006499

TX_00033641

18

1    totally restricted -- when I say voter fraud what I

2    mean is someone who is intentionally going in and

3    trying to rig the system.

4              REPRESENTATIVE ANCHIA:  Uh-huh.

5              RANDALL BUCK WOOD:  Okay?  I -- that

6    does exist in Texas.  And, in fact, it exists in all

7    areas of the State, and it is serious.

8         Now, it has -- in order to be serious,

9    it's got to affect outcomes of the elections.  It's

10   got to be done in such numbers, you know.

11        Almost all the voter fraud in Texas is

12   done through early voting by mail.  We've -- I've

13   worked with Senators and House Members through the

14   years to try to figure out how to do something about

15   it, and we've never been able to come up with a way

16   to do anything about it.  And this bill doesn't do

17   anything about it.

18             REPRESENTATIVE ANCHIA:  I was going

19   to say, does the Senate bill do anything about it?

20             RANDALL BUCK WOOD:  No, it does not.

21             REPRESENTATIVE ANCHIA:  Mail-in

22   ballots.

23             RANDALL BUCK WOOD:  No, it does

24   nothing, and that's where the voter fraud is.

25        We have another type of voter fraud that's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    considered fraud.  But it's -- it's people voting

2    where they -- when they shouldn't be voting there.

3    And that's where people -- they grew up, you

4    know, somewhere and mama still lives there, they

5    move away and they keep voting at home.  And after a

6    while, the Court says you can't do that.  I find

7    quite a bit of people who are not residents of that

8    voting precinct or even that county still voting in

9    that county.  And this Senate bill won't do anything

10   about that, either, because they vote by mail; most

11   of them vote by mail.

12              REPRESENTATIVE ANCHIA:  Absentee

13   ballots?

14              RANDALL BUCK WOOD:  Absentee ballots.

15   Now, some of them do turn up on election day.

16   They'll actually go back home.  They'll go from San

17   Antonio to Laredo or from Houston to Polk County or

18   wherever.

19              We do have another type of -- when I said

20   non-citizen voting, I mean, this -- this was all by

21   mail, too.  And that is you have people who belong

22   to -- or not belong to; they actually buy a service

23   from an organization in Texas.  And then that --

24   they get registered in Texas.  And even though most

25   of them have never been in -- a lot of them have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033643

20

1     never been in Texas and most of them have spent very

2     little time here, but they vote here and they vote

3     here by the thousands.  They do that in order to --

4                    REPRESENTATIVE ANCHIA:  Is that

5     organization called ACORN or something like that?

6                    RANDALL BUCK WOOD:  No.  It's called

7     Escapees.

8                    REPRESENTATIVE ANCHIA:  Escapees.

9     Explain what Escapees is.

10                    RANDALL BUCK WOOD:  Escapee [sic] is

11    a business.  It is a business that services people

12    who travel and have RVs.  And they have a

13    campground, very small one, in Polk County.  And the

14    Escapees control Polk County.  There's about 15,000

15    of them that -- that register to vote in Polk

16    County.  That -- that elects all kind -- they elect

17    all the county-wide officials, the County

18    Commissioner, the Sheriff, everybody, school board,

19    even though none have kids in school.  But this bill

20    won't do anything about that, because almost all of

21    them vote by mail.

22                    REPRESENTATIVE ANCHIA:  I want to

23    make sure I understand that situation.

24                    These are people many of whom do not live

25    in Texas.  You said it's an RV club or --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

21

1                    RANDALL BUCK WOOD:  It's a -- it's an

2       RV club.

3                    REPRESENTATIVE ANCHIA:  It's an RV

4       club.  These people don't live in Texas?

5                    RANDALL BUCK WOOD:  No, they don't

6       live here.

7                    REPRESENTATIVE ANCHIA:  15,000 of

8       them vote how, by mail?

9                    RANDALL BUCK WOOD:  By mail.

10                   REPRESENTATIVE ANCHIA:  And how big

11      is the RV park?  I mean, do they --

12                   RANDALL BUCK WOOD:  Hold -- hold

13      about 300 vehicles.

14                   REPRESENTATIVE ANCHIA:  So 300

15      vehicles and 15,000 people are voting there.

16                   RANDALL BUCK WOOD:  And if -- and

17      if -- the main reason they want to do it, first of

18      all, it -- the Escapees' business does provide a

19      good service to these people.

20                   REPRESENTATIVE ANCHIA:  Uh-huh.

21                   RANDALL BUCK WOOD:  But the main

22      reason they do, if you register your car in Polk

23      County and you get a voter registration card in Polk

24      County, you tell California you're no longer paying

25      their income tax.  And that's why most of them do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006503

TX_00033645

22

1    it.

2                    REPRESENTATIVE ANCHIA:  It is a

3    tax -- it's a tax deal?

4                    UNIDENTIFIED REPRESENTATIVE:  Yes,

5    it's a tax avoidance.

6                    RANDALL BUCK WOOD:  It's a tax

7    avoidance issue.  But they vote and they vote in

8    large numbers.  And there's been some bills about

9    this in the past --

10                   CHAIRMAN SMITH:  Yes.  We've had some

11   legislation about this in the past.  I can't

12   remember it off the top of my head.  It was a hot

13   issue three or four sessions ago.

14                   RANDALL BUCK WOOD:  It was.  And by

15   the way, the Legislature even made it easier for

16   them to vote and more difficult for them to be

17   challenged in -- for -- about three or four sessions

18   ago, because I file election contests down there.

19   And they took depositions all over the country, and

20   everybody had a place to live.  They lived in

21   Arizona or they lived -- or they had a permanent RV

22   spot.  But they're members of the Escapees and they

23   vote.  They control Polk County bond elections, you

24   name it.

25                   Now, that -- that's one that's -- these



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

23

1    people are good people.  They're not -- they're not
2    crooks, but they don't live in Texas and they're not
3    citizens of Texas.  And if it was done -- most of
4    them -- in Blanco County, the Attorney General would
5    be out there in nothing flat and say, "You can't do
6    that," but that hasn't happened.
7                    UNIDENTIFIED REPRESENTATIVE:
8    Mr. Wood, I want to ask a question.  You -- you said
9    that you and some friends had spent a lot of time
10   looking at the issue of how you could get at the
11   no -- at the problem of absentee ballot fraud.
12   What's the block there?  What's the -- help me with
13   the dilemma of why you're having trouble find a
14   solution to that problem.
15                    RANDALL BUCK WOOD:  I worked with
16   Senator Zacharany (phonetic), and I can't remember
17   how many members of the House over a period of
18   sessions trying to figure out how to preserve the no
19   excuse -- no excuse mail absentee voting especially
20   over the age of 65.  That's where -- that's where it
21   applies.  You can also -- you could go below 65 if
22   you're disabled.  And we've never been able to
23   figure out a way to whip that problem and at the
24   same time allow those people who are really entitled
25   to vote that way and should be able to vote that way



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006505

TX_00033647

24

1    to vote.  We've never been able to do it.  There's

2    just not -- we used to -- we didn't -- we used to

3    have an excuse.  You had to have an excuse.  Not --

4    just being 65 didn't get it.  You had to have a note

5    from a doctor or somebody that said that you were

6    not able to attend the polling place.

7              We got rid of that and there's organized

8    fraud in that -- in that area.  I have tried

9    election contests where we found thousands of them

10   that had never -- the people never even voted their

11   ballots.

12              UNIDENTIFIED REPRESENTATIVE:  People

13   what?

14              RANDALL BUCK WOOD:  People didn't

15   vote their ballots.  Ballots were taken away from

16   them, they were taken away from their mailboxes, all

17   sorts of things that you would have a hard time

18   believing.  We proved it up, through the election

19   out in -- and it happened to -- occurred in Webb

20   County.  I've seen it -- I've seen it in east Texas,

21   I've seen it in San Antonio, I've seen it in Dallas.

22   They go to nursing homes, and these people are not

23   in a position of registering to vote.  And then

24   they'll go by and vote them, and that -- that

25   happens.  And there's nothing in Senate Bill 362


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006506

TX_00033648

25

1      that's going to help that.

2                     UNIDENTIFIED REPRESENTATIVE:  Did --

3      did -- is there anything in the Woolens (phonetic))

4      litigation that was passed in -- early in this

5      decade that helped any in that regard?

6                     RANDALL BUCK WOOD:  He tried to.

7                     UNIDENTIFIED REPRESENTATIVE:  Yeah.

8                     RANDALL BUCK WOOD:  He tried to -- he

9      tried to restrict the number of people that you

10     could assist in -- because in -- this is organized.

11                    UNIDENTIFIED REPRESENTATIVE:  Uh-huh.

12                    RANDALL BUCK WOOD:  But he tried to.

13     It has had some impact.  But I just try election

14     contests not too long -- I guess it was the spring,

15     and it -- it's still there.

16                    UNIDENTIFIED REPRESENTATIVE:  Okay.

17     Representative Heflin?

18                    REPRESENTATIVE HEFLIN:  Now,

19     Mr. Wood --

20                    RANDALL BUCK WOOD:  Yes.

21                    REPRESENTATIVE HEFLIN:  -- back to

22     provisional ballot thing --

23                    RANDALL BUCK WOOD:  Yes.

24                    REPRESENTATIVE HEFLIN:  -- now you're

25     saying they would have the (inaudible) to cure the


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006507

TX_00033649

1      deficiency that they didn't have the registration

2      card or identification.  Is that right?

3                    RANDALL BUCK WOOD:  Identification,

4      yes.

5                    REPRESENTATIVE HEFLIN:  And let me

6      preface this by saying, last night we heard

7      testimony in Florida they gave them two days to

8      cure; they were curing about a third of the special

9      provision ballots for lack of I.D. and -- whereas in

10     Georgia and Indiana, where they gave them five days

11     to seven days, they were cured up to two-thirds.

12                    So how many days would be an ideal time to

13     give a voter the opportunity to cure their

14     deficiencies in their --

15                    RANDALL BUCK WOOD:  Okay.  You need

16     enough time.  Two days is just -- that's ridiculous.

17     I mean, you're not going to get anybody cured in

18     that period of time.  You're just going to throw

19     away a lot of people's -- actually, what you're

20     doing by not having a sufficient time to cure,

21     you're pitching out ballots of people who are truly

22     qualified to vote.  They should have been allowed to

23     vote, and their vote should have counted.  And I

24     can't think of anything more important in our

25     democracy than to make sure that those votes get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033650

27

1       counted.

2              There's a present provision on provisional

3       ballots.  Unfortunately, it's not very strong

4       about -- and I can tell you in many major counties

5       they never count any provisional ballots.  Even if

6       they come in and verify, they don't count them.

7              You need -- I think you need at least

8       seven days.

9              Now, what I also think you need to do is

10      have involvement, not just of -- by the voter.

11      Somebody needs to contact that voter and make sure

12      the registrar has this information.  You can contact

13      that voter.  Other people, third parties, can

14      contact that voter and see if they are actually

15      qualified to vote; supply -- help supply the

16      additional information that needs to be to get their

17      ballots counted.

18             I -- I -- I will tell you that I look for

19      these kind of situations in every election contest.

20      I've never found one yet.

21                    REPRESENTATIVE HEFLIN:  So -- so for

22      instance, then, if you had it marked as a special

23      provisional ballot and that person had the

24      opportunity to cure, now you say others should be

25      able to help them?  Like, are you saying political



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006509

TX_00033651

```
 1      parties or whatever --
 2                  RANDALL BUCK WOOD:  Yes.
 3                  REPRESENTATIVE HEFLIN:  -- AARP,
 4      whatever group --
 5                  RANDALL BUCK WOOD:  Yeah.  League of
 6      Women Voters.
 7                  REPRESENTATIVE HEFLIN:  -- anybody?
 8      Okay.
 9                  RANDALL BUCK WOOD:  Many of these
10      people who come into the polling place, they are
11      qualified voters.  They're not going to have this
12      identification.  I mean, that's what's going to
13      happen.  You're going to see it.  Those people --
14      there needs to be every effort made to make sure if
15      that -- if that person is qualified to vote that
16      their vote gets counted.
17                  This issue, you know, Representative
18      Anchia, that you brought up about voter
19      impersonation, I've never -- I've never seen it.  I
20      read about one person that the Attorney General
21      found.  I've never seen it.  I get told about it.
22      When you get into election contests, oh, you get the
23      supporters of whoever you're representing comes in
24      and says, oh, we've got these things going here,
25      these things going here.  Most of it I investigate,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

29

1          and it doesn't pan out.

2                    I have actually had some people tell me,

3          that, well, look at these all these signatures, they

4          look the same; something went down and impersonated

5          them and the election judge did this, that and the

6          other.  I've never found one, and I've done hundreds

7          of these.  Never ever found anybody impersonating

8          anybody.

9                         REPRESENTATIVE HEFLIN:  What about

10         this person comes back and shows proper I.D. or

11         whatever they have to do to cure their ballot, so is

12         that ballot changed to a regular ballot then?

13                         RANDALL BUCK WOOD:  It's done like a

14         provisional -- an ordinary provisional ballot

15         that -- see, most of the provisional ballots we get

16         now is because the voter registration roles are just

17         wrong.  I mean, it's nothing -- it's going to

18         happen.  I mean, it does happen.  It happens in

19         every election, in fact, every precinct.  It

20         gives -- that ballot then gets counted in --

21                         REPRESENTATIVE HEFLIN:  Like a

22         (inaudible).

23                         RANDALL BUCK WOOD:  -- and gets

24         included in the totals.

25                         REPRESENTATIVE HEFLIN:  Now, one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033653

30

1    thing that you said that I liked is we heard

2    testimony last night that the -- the three states I

3    mentioned don't have hard numbers on how many

4    ballots were denied or made provisional because of

5    voter I.D. or lack of identification.

6              So by marking as a special provisional

7    ballot for that purpose, then we could actually

8    track who's actually doing that.

9              RANDALL BUCK WOOD:  You would be

10   able -- law enforcement -- I know there's been some

11   criticism of the A.G.'s office, because they've

12   spent a lot of money and they haven't had a lot of

13   results.

14             Local prosecutors -- it's true local

15   prosecutors don't do this, because they've got rapes

16   and murder and all this other stuff.

17             This would actually -- if you do it this

18   way, the local prosecutor as well as the Attorney

19   General will know who went to the polling place and

20   who wasn't entitled to vote.  And we would find out

21   within a few elections if this is really a problem,

22   because we'll be able to identify those individuals.

23   We'll be able to contact them.  We'll be able to see

24   if they were eligible to vote.  And we for the

25   first -- we'd be the first state in the nation, the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033654

31

1          first state in the nation, that can build a database

2          and say, "Here's what the problem is or isn't."  And

3          we would be able to do that, I suggest, within one

4          primary and one general election.

5                    If we need this, fine.  If we don't, then

6          we don't need to be putting people through this.

7                    The other thing I want to say is about

8          education.  The language in the Senate bill is

9          misleading.  And it -- it needs to be changed.  You

10         can frighten people away from the polls.  We know

11         this.  We had a sit -- situation in Dallas County

12         where back in the '80s the sheriff up there got kind

13         of interested and he thought there was a lot of

14         voter fraud going on.  So he made himself up a

15         placard and he put it in certain polling places.

16         And it -- everything on it was true.  It said,

17         "Voter fraud will be prosecuted by the D.A.'s

18         office, investigated by my office," and all this

19         stuff.  And he put it -- unfortunately for him, he

20         put it in the minority polling places.  That's the

21         only place he put it.  It had enormous impact.

22         People in that area went in and looked at that, and

23         they're not too sure -- people, many instances, not

24         absolutely sure they're in the right polling place.

25         They're not sure they didn't get -- maybe they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

32

1    didn't get their card this year.  Well, they just

2    turned around and walked out.  If you put it

3    outside, you'll scare them off.  They'll never even

4    get in a polling place.  You'll scare a major

5    percentage of people away from the polling place.

6             You want to tell those people the truth,

7    and that is they're going to be able to vote.  Now,

8    the vote essentially may not count, but they're

9    going to be able to vote.  We don't want to frighten

10   people from going to the polling places they're

11   qualified to vote.

12             REPRESENTATIVE HEFLIN:  So you're

13   saying that the education process instead of a -- it

14   needs to be a process -- a voter enhancement process

15   where we encourage people if they have the right to

16   vote they should be voting, and that it will be

17   cured on the back end if they forgot their I.D. that

18   day?

19             RANDALL BUCK WOOD:  You want to tell

20   them the truth.  If you come to the polling place

21   and you're qualified to vote, you're going to get to

22   vote.

23             REPRESENTATIVE HEFLIN:  (Inaudible).

24             RANDALL BUCK WOOD:  Now, it may turn

25   out that they're not qualified.  And I'm sure



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033656

33

1    there's some people out there.  I don't find them,

2    but I'm sure there's some out there.  There's got to

3    be some.  And it's just like Representative Anchia

4    said, we found two or three in 50 years.  And -- but

5    most of the people that are turning up at the

6    polling places, I've had -- I've had people tell me,

7    oh, they know this -- this mother and father, and

8    he's not a citizen.  And sure enough, he's

9    registered.  He got caught in a voter registration

10   drive, and he's 75 years old.  But I go look, he

11   didn't vote.  It just -- it just don't do that.

12           I'm not saying it doesn't happen, but it

13   happens so seldom that I've never caught it.

14           CHAIRMAN SMITH:  Representative

15   Bonnen, Chairman Bonnen.

16           REPRESENTATIVE BONNEN:  I'm kind of

17   curious.  You said the Senate language was flawed

18   and that it would frighten people from voting, but

19   my understanding of the Senate language is it's

20   simply to explain and show them what identifications

21   would be acceptable.

22           And I guess the question I would ask you

23   is if we were to change or remove that language,

24   would you then not raise election questions about

25   any voter who's said, "Well, I wasn't aware of what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033657

1      I needed to go vote"?

2              RANDALL BUCK WOOD:  As I understand

3      what I'm proposing, those persons are going to be

4      allowed to vote.  It may be a provisional special

5      ballot, but they're going to be allowed to vote.

6              To tell them that they're not going to be

7      able -- what that language does, it tells them if

8      you don't have this identification, you're not going

9      to be allowed to vote.

10             REPRESENTATIVE BONNEN:  I think it

11     explains to them the process.

12             RANDALL BUCK WOOD:  The --

13             REPRESENTATIVE BONNEN:  And all I'm

14     asking is would you then not raise a challenge or a

15     contest for the voter who says, "I didn't know it.

16     I showed up and I cast a provisional ballot or no

17     ballot, because I didn't know I had to have an

18     electric bill with my address to be able to vote",

19     that we don't give them that information?

20             RANDALL BUCK WOOD:  That person is

21     going to be allowed to vote.  You're not -- you need

22     to tell them, "You're going to be allowed to vote."

23     That's the first thing you need to tell them.

24             REPRESENTATIVE BONNEN:  And I think

25     that's what the Senate language would allow for them



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033658

35

1     to be told.

2                    RANDALL BUCK WOOD:  Well, the

3     language that --

4                    REPRESENTATIVE BONNEN:  I mean, I

5     don't want --

6                    RANDALL BUCK WOOD:  -- the language

7     on the notice --

8                    REPRESENTATIVE BONNEN:  Uh-huh.

9                    RANDALL BUCK WOOD:  -- it doesn't say

10    anything like that.  It tells you basically, "If you

11    don't have this kind of information, you're not

12    going to be allowed to vote."  That's --

13                    REPRESENTATIVE BONNEN:  No, that's --

14    that -- no.  It makes it clear to them what you just

15    said, that they're going to be able to have a

16    provisional vote.

17                    RANDALL BUCK WOOD:  It does that, but

18    when you read it --

19                    REPRESENTATIVE BONNEN:  Whoa, whoa.

20    It does that.  Correct?

21                    RANDALL BUCK WOOD:  After it gets

22    done telling them about all this other information

23    that they have to have.

24                    REPRESENTATIVE BONNEN:  Well, all I'm

25    simply asking you is if that --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006517

TX_00033659

36

1          RANDALL BUCK WOOD:  No.  I would not
2     be able to bring a lawsuit, because I -- I -- my
3     client would have been allowed to vote.  So --
4          REPRESENTATIVE BONNEN:  Well, your
5     client would be allowed to vote under the current
6     Senate language.
7          RANDALL BUCK WOOD:  It would never
8     get counted and we would never know --
9          REPRESENTATIVE BONNEN:  I think
10    you're talking in a circle.  I mean, you just said
11    if the language were different they had be able to
12    provide a provisional ballot.
13          RANDALL BUCK WOOD:  Special
14    provisional ballot.
15          REPRESENTATIVE BONNEN:  Okay.  Well,
16    the Senate language would be -- explain to them that
17    they would be allowed to provide a provisional
18    ballot.  So it sounds like we're talking in a
19    circle.
20          RANDALL BUCK WOOD:  The Senate
21    language, as I read it, the first impression that it
22    gives any voter is if I don't have this I'm not -- I
23    don't have this type of identification I'm not going
24    to be allowed to vote.  You then get down to the end
25    of it --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006518

TX_00033660

1              REPRESENTATIVE BONNEN:  So the voter

2      would only read a small portion of the language is

3      your testimony?

4              RANDALL BUCK WOOD:  I think that

5      language, if you -- if you set up a special

6      provisional ballot so these people would be able to

7      vote, you don't need that -- you don't need that

8      education.

9              REPRESENTATIVE BONNEN:  So you're

10     saying -- okay.  And I want to be clear about this.

11              So you're saying if we remove the language

12     which we do have provisional ballots, this bill

13     allows for provisional ballots, you wouldn't be

14     challenging anything because they weren't informed?

15              RANDALL BUCK WOOD:  Right now, today,

16     if I go in -- forget Senate Bill 362.

17              REPRESENTATIVE BONNEN:  But we are

18     talking about Senate Bill 362.  That's the problem.

19              RANDALL BUCK WOOD:  I understand.

20     But right now if I go in to vote I'm asked for my

21     driver's license, I'm asked for other information.

22     Sometimes I don't have my voter registration card,

23     but I'm allowed to vote.  The only difference would

24     be that these people would vote a special

25     provisional ballot.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1                    REPRESENTATIVE BONNEN:  Right.

2                    RANDALL BUCK WOOD:  So if -- if

3        you're going to allow them to vote, you don't want

4        to tell them that they --

5                    REPRESENTATIVE BONNEN:  We're going

6        to allow them to vote.  And I just want to be

7        clear --

8                    RANDALL BUCK WOOD:  Your provisional

9        ballot --

10                   REPRESENTATIVE BONNEN:  -- language

11       is no problem for you in raising a contest?

12                   RANDALL BUCK WOOD:  No.

13                   REPRESENTATIVE BONNEN:  Okay.  So you

14       wouldn't do that in those terms?

15                   RANDALL BUCK WOOD:  No.  And --

16                   REPRESENTATIVE BONNEN:  Okay.  Also,

17       (inaudible) said that by -- Representative Heflin

18       raised the question about the two-day, and we had

19       very good discussion yesterday about the two-day

20       return to correct a provisional in -- in seven day

21       [sic] or how we would do it.  But you made the

22       comment that no one would ever be able to do that.

23       And we have no information on that.  But the

24       gentleman from Georgia actually supplied us some

25       exceptionally good information.  And it's as you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    defined.  I mean, if we did it a certain way we

2    would have it remedied in one primary, one general.

3    Well, Georgia has had 16 elections under the voter

4    I.D. process.  And in the general election -- I'm

5    not going to get my percentage right, but it was

6    .0003 or something were the number of provisional

7    ballots due to I.D. or lack of I.D.  And it was

8    about 1100 - I'm rounding my numbers - about 1100.

9    And they actually had, I believe, from 250 to 290 or

10   so who did return within two days to show that

11   information.

12              RANDALL BUCK WOOD:  Right.  I

13   understand that.

14              REPRESENTATIVE BONNEN:  Well, but you

15   said that would never happen.

16              RANDALL BUCK WOOD:  Two day -- well,

17   two days is such a short period of time you're going

18   to disenfranchise a significant number of people.

19              REPRESENTATIVE BONNEN:  Well, a

20   significant number -- and we have fact basis in --

21   in actual variety in the State of Georgia and their

22   reaction and their response.

23              Also, in the State of Georgia, they had

24   one of the highest turnouts in the history of the

25   state and one of the highest turnouts in the nation



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

40

1      under the voter -- with the voter I.D. law in place.

2              And so I guess, you know, my concern is

3      that I want to address the issues.  I want to

4      address the problems.  And I wish -- you remember

5      the vote number there, Duane?  What was the vote

6      number in Georgia?  3.5 -- 3.9?  3.9 million voters?

7      Yeah.

8              RANDALL BUCK WOOD:  I understand.

9              REPRESENTATIVE BONNEN:  And so we had

10     1100, which only take -- one's too many.  I want to

11     be clear about that.  But the thing that I would

12     encourage us to do here today is let's talk

13     rationally, let's talk on the facts and on the

14     points.  And let's not talk with flowing and -- and

15     broad language, because to say no one is going to do

16     that, it -- it -- it doesn't get to the --

17             RANDALL BUCK WOOD:  I would --

18             REPRESENTATIVE BONNEN:  -- get to the

19     issue.

20             RANDALL BUCK WOOD:  -- I would

21     respectfully suggest to you if that were doing --

22             CHAIRMAN SMITH:  I'm sorry, but I

23     want to interrupt at this point in time.

24             REPRESENTATIVE BONNEN:  (Inaudible).

25             CHAIRMAN SMITH:  -- I'm sorry,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006522

TX_00033664

1     members of the audience, but it becomes --

2                    REPRESENTATIVE BONNEN:  Don't do

3     that.

4                    CHAIRMAN SMITH:  -- troublesome --

5                    REPRESENTATIVE BONNEN:  Yeah.

6                    CHAIRMAN SMITH:  -- if we're having

7     the reaction of the audience every time someone

8     makes a remark one way or the other.

9                    REPRESENTATIVE BONNEN:  Right.

10                    CHAIRMAN SMITH:  So if you would,

11     please, out of respect for the witnesses or the

12     Members --

13                    REPRESENTATIVE BONNEN:  Right.

14                    CHAIRMAN SMITH:  -- well, whether the

15     rule is --

16                    RANDALL BUCK WOOD:  (Inaudible).

17                    CHAIRMAN SMITH:  -- the rule is, --

18     and the Members agreed to this in advance, was that

19     we were going to allow the witness to make a

20     3-minute opening comment and then, of course, allow

21     the members of the legislature on this panel to ask

22     whatever questions they want of the witnesses.

23     Obviously did encourage the Members on the panel to

24     use their discretion.  And I think what we're doing

25     is we're fleshing out some of these issues with some



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033665

42

1          of these earlier witnesses.  And everybody in the

2          audience receives the benefit of these questions.

3          And as we work our way through the testimony,

4          obviously, I don't anticipate that we'll have as

5          many questions as we do of some of the earlier

6          witnesses.

7                         REPRESENTATIVE BONNEN:  (Inaudible).

8                         CHAIRMAN SMITH:  With that, please

9          continue.

10                        RANDALL BUCK WOOD:  There's two --

11                        REPRESENTATIVE BONNEN:  He was saying

12         something.  I want to let him finish his comment.

13                        UNIDENTIFIED REPRESENTATIVE:  Yeah.

14                        RANDALL BUCK WOOD:  There's two

15         things I would like to comment about on these other

16         statistics on these other states.  One, if you

17         really worked on it -- and I'm not saying just the

18         government, but if the individuals -- I mentioned

19         The League of Women Voters.  If they really worked

20         at it, I think Georgia would find they have not

21         1100, but maybe they have 25.  If you cut it off --

22         if you cut it off, you're -- those -- some people

23         are just not going to go back and do that.

24                   I'll make another point.

25                        REPRESENTATIVE BONNEN:  Wait a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

43

1      minute.  Talk about that.  I don't see how you get

2      to 2500 when we have the actual numbers.

3                      RANDALL BUCK WOOD:  No, no.  I said

4      25, not 2500.

5                      REPRESENTATIVE BONNEN:  So you're

6      saying only 25 votes?

7                      RANDALL BUCK WOOD:  I'm saying -- I'm

8      saying I can't find these kind of people that this

9      voter identification is posed to -- I've never found

10     in all -- almost 40 years of practice --

11                     REPRESENTATIVE BONNEN:  Let me --

12                     RANDALL BUCK WOOD:  -- I'm not --

13                     REPRESENTATIVE BONNEN:  -- you're

14     (inaudible) the issue, though.

15                     RANDALL BUCK WOOD:  If you let these

16     people --

17                     REPRESENTATIVE BONNEN:  But you just

18     flipped the issue we were discussing.  I wasn't

19     talking about the number of people who shouldn't

20     have voted or voted fraudulently.  I was

21     discussing -- you earlier said no one would come

22     back, that all -- you know, numerous votes would be

23     tossed; you know, large numbers would be tossed.  I

24     was referring to the fact basis of numbers on what

25     the percentages and what the numbers were in Georgia



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006525

44

1      as to what does return and who is not being able to

2      vote due to an I.D.  That's what I was referring to.

3      I wasn't referring to whether they were fraudulent

4      votes or not.

5                  RANDALL BUCK WOOD:  Okay.  And I'm

6      saying that if you spend enough time --

7                  UNIDENTIFIED REPRESENTATIVE:

8      (Inaudible).

9                  RANDALL BUCK WOOD:  -- we don't have

10     forever.

11                 UNIDENTIFIED REPRESENTATIVE:

12     (Inaudible).

13                 RANDALL BUCK WOOD:  You -- I

14     believe -- because of my experience and on the

15     groundwork, I believe that you'll find that almost

16     none of those that were finally rejected really

17     should have been rejected.

18                 REPRESENTATIVE BONNEN:  You're

19     saying --

20                 RANDALL BUCK WOOD:  I don't think

21     there's really a problem, but I think we ought to

22     find out.  Me saying it -- somebody says there is a

23     problem; I say there isn't a problem.  It doesn't

24     get us anywhere.  It doesn't get us anywhere.

25                 Now, the other thing I want to mention



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033668

45

1    because you -- you ballot it up, these statistical

2    comparisons --

3                    REPRESENTATIVE BONNEN:  I'm not

4    giving you comparisons.  I'm just --

5                    RANDALL BUCK WOOD:  Okay.  You

6    mentioned the fact that voter turnout actually was

7    higher than it was in the previous elections.

8    That -- considering --

9                    REPRESENTATIVE BONNEN:  Highest in

10   the country, quite frankly.

11                   RANDALL BUCK WOOD:  -- that that

12   is -- that is -- no statistician would ever rely on

13   anything like that, because elections -- every

14   election is different.  You have different

15   candidates.  I suggest to you that one election to

16   another cannot be compared.  You don't know how many

17   people would have voted --

18                   REPRESENTATIVE BONNEN:  You didn't --

19                   RANDALL BUCK WOOD:  -- you don't know

20   that.

21                   REPRESENTATIVE BONNEN:  And that

22   comment was made by a gentleman yesterday, and I

23   think it was a great comment to make.  And I asked

24   him, and I'll ask you.  So, then, are we going to

25   agree that you then at the same -- if we accept that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033669

46

1    argument as to how you can't, as you just stated,

2    know how many would have voted had there not been

3    voter I.D. and that there is so many different

4    factors and you can't just look at just that

5    election and come up with that statistical

6    information, than just that, that there's so many

7    factors, that then you can't make the same argument

8    that is frequently made, the voter I.D. in turn has

9    suppressed or would suppress a vote?  Because the

10   argument is -- the argument is there's numerous

11   factors.

12          So would you agree that we'll just --

13   we'll just concede that argument to each other?

14              RANDALL BUCK WOOD:  Yes.

15              REPRESENTATIVE BONNEN:  Fair enough.

16              RANDALL BUCK WOOD:  I think

17   statistical analysis of turnout is meaningless.  In

18   fact, the United States Supreme Court in the Indiana

19   case basically said that.  They said, you know, this

20   is interesting, but it doesn't tell us anything.

21              REPRESENTATIVE BONNEN:  I've done

22   this.

23              CHAIRMAN SMITH:  Representative

24   (inaudible).

25              UNIDENTIFIED REPRESENTATIVE:  Buck,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

47

1    how are you?

2                    RANDALL BUCK WOOD:  I'm doing fine.

3                    UNIDENTIFIED REPRESENTATIVE:  I want

4    to touch on two things.  The one is the ballot by

5    mail, because I've served on this Committee for four

6    terms, and on one hand you have a group that says,

7    well, it's all in the ballot by mail.  Then when we

8    try to do something in ballot by mail; we say, well,

9    there is no problem.  You're in search of a problem

10   that doesn't exist.  We don't get anything done on

11   ballot by mail.

12                   RANDALL BUCK WOOD:  Well, I'm not one

13   of those that tells you that.

14                   UNIDENTIFIED REPRESENTATIVE:  I know

15   it.  But yesterday we heard testimony that ballot by

16   mail is not even an issue.  And -- but -- but you

17   said something that was interesting a minute ago,

18   you said it's organized.  And I want to explore what

19   you meant by the term it's organized.

20                   When you were talking about ballot by mail

21   you paused for a moment and you said, "It's

22   organized", and you kind of took a step back.

23                   Tell us what that means, it's organized.

24                   RANDALL BUCK WOOD:  Individuals in

25   many instances get paid by candidates -- this is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

48

```
 1        almost always a local issue.  Nobody does this to
 2        affect a Governor's race or even a state Senator
 3        race maybe, certainly no statewide races.  It's
 4        about local issues, local candidates.  There's
 5        people that get paid to do this.  We -- we know
 6        that.  I've fleshed them out all over the State.
 7        Some of them do it out of -- on -- as part of just
 8        their politics, but many of them get paid.  They
 9        maintain contact with elderly people in nursing
10        homes, in their homes, and they maintain that
11        contact all the time.  And if I'm running for county
12        judge - and I did one of these on a county judge
13        election contest - I go and hire these -- these
14        people that do this.  And they go to the clerk's
15        office, and they find out when ballots are mailed
16        out to these elderly individuals.  And they go to
17        their house.  And many times they vote for them and
18        sometimes they just take the ballot.  In many
19        instances, they tell them who to vote for.  It's
20        totally unsupervised.  It's not like a polling place
21        where you've got an election judge standing there.
22        It's totally unsupervised.  It happens.  In nursing
23        homes -- I've seen entire nursing homes canvassed by
24        these people.  And when I say it's organized, it is.
25        And I'm talking about, you can -- you can -- a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006530

TX_00033672

49

1      thousand votes is nothing in what these people can

2      do.

3            They should be prosecuted.  It's hard to

4      do, but it should be done.  But, you know -- I'm not

5      going to tell you which county, but I found a county

6      in east Texas where a nursing home -- you know, they

7      had the highest voter registration than any group in

8      the country.  Everyone in the nursing home --

9      nursing home was voting.  And it was -- people

10     didn't even know -- they didn't know what was going

11     on.  It was pathetic.

12           But some candidates will go to that

13     length, because they think it's going to be a close

14     race.  They'll do it.

15                 UNIDENTIFIED REPRESENTATIVE:  Buck,

16     that's -- you know, that's referred to -- we've

17     referred it -- referred to it as vote harvesting,

18     where you actually go out and sell a vote, you help

19     people with the application, you help people vote

20     the ballot, you get paid by -- by vote -- by

21     candidates.

22                 RANDALL BUCK WOOD:  Yes.

23                 UNIDENTIFIED REPRESENTATIVE:  And I

24     agree that that is a big source of voter fraud.  But

25     what we've found out from the testimony yesterday is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006531

TX_00033673

50

1    that D.A.s don't prosecute it.  You know why?

2    Because if they're Republican, they get blasted by

3    the Democrats, and if they're a Democrat, they get

4    blasted by the Republicans.  So the reason we

5    can't -- we can't -- at least according to the

6    testimony we heard yesterday, one of the reasons we

7    can't prosecute this voter fraud is because it's so

8    politically sensitive.  These district attorneys get

9    blasted from both sides.

10                  RANDALL BUCK WOOD:  That's true.

11                  UNIDENTIFIED REPRESENTATIVE:  And so

12   what voter I.D. is seeking to do is kind of separate

13   the issue.  Yes, we have an issue with mail --

14   ballot by mail, I agree.

15                  On the voter -- on the photo I.D., we --

16   you could argue almost to some degree that we're

17   trying to make it easier, because I cannot keep up

18   with that voter registration card.  And I bet if I

19   asked for a show of hands, it is very, very

20   difficult to keep up with that card.

21                  What we're saying with this Senator bill

22   is that you don't even need the card.  Just go and

23   present your official form of I.D.- I think there's

24   about five or more - and you're going to vote.  No

25   keeping one card.  No -- no figure out where you put



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033674

51

1    it or finding it on election day.  You merely go and

2    present that card.

3            Now, if we could help people -- this

4    percentage of people who don't have access to a

5    card, what if we could help them through mobile

6    evidents or through -- through free cards?  What if

7    we could help identify people who may be at risk for

8    not having this photo I.D.?  If we could help them

9    get that, would that allay your fears about this

10   particular requirement?

11           RANDALL BUCK WOOD:  What I'm

12   concerned about -- and I'm not speaking to you.  I'm

13   speaking to -- about registrars, election officials

14   in county by county.  The Senate bill actually

15   provides some money for these people to get out

16   there and tell people about this.

17           The way that language is going to be used

18   is critical.  And it will -- if it's not

19   extremely -- it's not -- shall be very, very

20   carefully drafted, it will scare people away from

21   the polls.  I mean, it just does.

22           I don't have a driver's license.  Well,

23   telling me that somehow or the other -- you know,

24   I -- I hear this probably -- I find out about

25   this -- I hear on the radio, maybe I get an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033675

52

1    incomplete version of it, and I think, well, I don't

2    have a driver's license; I can't vote.  It's not

3    true.  You are going to be allowed to vote.  We need

4    to make certain that they understand if they go to

5    the polling place they're going to be allowed to

6    vote.

7              And you can talk about how to get more

8    identification and so forth.  But don't scare the

9    voter away from the polling place with a sign out in

10   front of it that says, "Here's what you've got to

11   have".

12             Now, down here at the bottom you may say

13   you may vote a provisional ballot, but right now

14   that's pretty meaningless.  We need to make it

15   meaningful in such a way that if they do vote, it

16   gets counted if we can supply that information.  And

17   I don't know what Georgia does about how long third

18   parties -- to contact people if they make that

19   information to them so that third parties have --

20   contact those individuals and say, "Do you have an

21   electric bill," do you have this or do you have

22   that.

23             We don't -- we don't have that ability

24   right now, because we don't know who's being turned

25   away because of identification and will not under



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006534

53

1      the Senate bill the way it's written.

2                   UNIDENTIFIED REPRESENTATIVE:  Well,

3      and -- and I want to leave you with one comment.  We

4      also heard testimony from one of the folks yesterday

5      that the former mayor of Georgia, Andrew Young of

6      Atlanta, said upon reflection that perhaps this is

7      not necessarily a bad idea, because as we help

8      people get photo I.D.s we help them enter the

9      mainstream, and we help them become more prosperous,

10     and we help them grow as individuals.  So -- so

11     maybe there -- maybe there is room in this bill

12     where -- with -- where we help everyone, addressing

13     your concern about people who maybe have access

14     issues about getting a photo I.D., but at the same

15     time understanding that as we help people get a

16     photo I.D. we actually help them proactively become

17     more successful in -- in our society.  And I

18     think --

19                   RANDALL BUCK WOOD:  I have no

20     objection whatsoever over a period of time trying to

21     make sure that people have photo I.D.s.

22                   What I am most concerned about is in

23     the -- in the meantime -- let's take the next

24     election, 2010 or the Presidential elections in

25     2012.  We are not going to have those people --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033677

54

1     everybody have a photo I.D. during that period of

2     time.  It's just too quick.

3              I have no objection to encouraging people

4     to get a photo I.D.  In fact, if the Feds have their

5     way about it, by 2016 everybody that's got a Social

6     Security is going to have a photo I.D.

7              UNIDENTIFIED REPRESENTATIVE:  I think

8     everyone on this Committee is really sensitive about

9     the photo I.D and helping people get it and giving

10    access issues.  And we've kicked around some ideas

11    about maybe allowing for two-year implementation

12    where you have two full years to help people get an

13    I.D.  It's just one of the concepts; not necessarily

14    that it would be adopted, but I just want to let you

15    know the Committee is sensitive.  Everyone on this

16    Committee is trying to figure out a way -- you know,

17    a solution that everyone can live with.  And I want

18    to thank you for your testimony.

19              RANDALL BUCK WOOD:  Okay.  Unless

20    somebody has --

21              CHAIRMAN SMITH:  Representative

22    Brown?

23              REPRESENTATIVE BROWN:  Hi, Mr. Wood.

24        Could we back up to the beginning of your

25    testimony?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033678

55

1            Are you for this bill?

2                     RANDALL BUCK WOOD:  I wouldn't -- I

3      would support --

4                     REPRESENTATIVE BROWN:  You've

5      testified long --

6                     RANDALL BUCK WOOD:  -- as I have

7      proposed, I would support a bill.  The bill as it is

8      right now, no, I do not support it as it's written

9      right now.

10                    REPRESENTATIVE BROWN:  Okay.

11                    RANDALL BUCK WOOD:  I think it can be

12     amended --

13                    REPRESENTATIVE BROWN:  The sheet you

14     filled out, did you say for or against?

15                    RANDALL BUCK WOOD:  Against.

16                    REPRESENTATIVE BROWN:  Against.

17                    RANDALL BUCK WOOD:  On 362 as it's

18     written now, against.

19                    REPRESENTATIVE BROWN:  Okay.  Well,

20     that makes more sense to me from what you've said.

21            As I understand your testimony, you've

22     said, "I don't believe there's any voter fraud; I

23     don't believe there's any fraud in registration."

24                    UNIDENTIFIED REPRESENTATIVE:  No.

25                    RANDALL BUCK WOOD:  I didn't say



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006537

56

1    that.

2              REPRESENTATIVE BROWN:  Now, wait a

3    minute.  You refuted everything that was presented

4    about the -- the fraud in voting or in registration,

5    saying that it was done accidentally or

6    inadvertently somebody did something, not

7    intentional and so on.

8              RANDALL BUCK WOOD:  Well, we're

9    talking about -- I think --

10             REPRESENTATIVE BROWN:  That's been

11   your test -- testimony so far.

12             RANDALL BUCK WOOD:  I disagree with

13   that.  That's not what I said.

14             I said that there are people who go to the

15   polls who believe they're entitled to vote that

16   particular precinct in a particular county, and

17   they're not really entitled to.  They are really not

18   residents of that area or that precinct.

19             REPRESENTATIVE BROWN:  Uh-huh.  Okay.

20             RANDALL BUCK WOOD:  But they

21   generally don't do that for fraudulent purposes.

22   They actually believe and they sign the affidavit --

23   they believe that they're entitled to vote in that

24   precinct.

25             When I said -- was asked if there's fraud,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      I said yes, there's fraud.  I don't consider it to
2      be fraud for someone to mistakenly go into the wrong
3      precinct.
4                    REPRESENTATIVE BROWN:  And I don't
5      really consider that fraud, either.
6               So you're saying there's no intentional
7      fraud in --
8                    RANDALL BUCK WOOD:  In most of these
9      instances, no.
10                   REPRESENTATIVE BROWN:  How is that
11     different from what I just present -- well, never
12     mind.
13              Anyway --
14                   UNIDENTIFIED REPRESENTATIVE:
15     Possibly clarify.  I think -- are you talking about
16     in person fraud versus -- you earlier, I think, made
17     it perfectly clear that you believe there's
18     organized fraud with regard to absentee ballots.
19                   RANDALL BUCK WOOD:  Yes.  I'm talking
20     about people that walk into the polling place and
21     want to vote.
22                   REPRESENTATIVE BROWN:  Uh-huh.
23                   RANDALL BUCK WOOD:  I seldom -- I --
24     I just -- I don't find any fraud there.  I mean,
25     it's -- I've never seen anybody impersonate anyone



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006539

TX_00033681

58

1     else.  I read in an article that a deceased -- you

2     see this, a daughter voted for her mother who was

3     deceased.  And I have no doubt that something like

4     that occurs now and again.  I just simply, after

5     hundreds of -- I've never found out that it was

6     true.  And -- and I agree that there's one out

7     there.

8              But people present themselves at a polling

9     place and they want to vote, and they really believe

10    they're entitled to vote there.

11             REPRESENTATIVE BROWN:  Are you aware

12    that we heard this gentleman quoted over and over

13    yesterday in our -- in our hearings that works for

14    the D.A. in Harris County, and he -- and he said

15    that it was virtually impossible to prosecute

16    without a confession in voter fraud?  The person

17    comes in, votes and leaves and disappears, and it's

18    virtually impossible to prosecute.  So we had

19    example after example of how hard it is to track

20    voter fraud down.  I mean, it's just almost

21    impossible.  And then you add to that the reluctance

22    of D.A.s to -- you know, to not -- to take their

23    time and efforts away from prosecuting murder,

24    rape -- you know, all the violent crimes.  And so

25    it's easier to understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

59

1          But one question for you.  Don't you think

2     it's a little naive of us -- well, just think about

3     the last election and all the -- the revelations

4     there were about what ACORN was doing with going --

5     registering so many people that were not eligible to

6     vote.  Don't you think that it's a little naive of

7     us to think that all of this fraud is going in

8     registration and yet these people are not reaching

9     the polls?  I -- I -- do you think --

10              RANDALL BUCK WOOD:  That's been my

11     experience.  It's been my experience that they don't

12     go vote.  And I think it was the experience -- they

13     do not go vote.

14          Voter registration drive, when you pay

15     people by the -- as ACORN was doing, when you pay

16     them by their name, you're just inviting people to

17     put a bunch of people on the rolls that -- that

18     either -- maybe they were eligible, but they really

19     didn't register.  And I have not -- I've found

20     people on voter registration rolls that were clearly

21     ineligible to vote.

22          I have never found one that went and

23     voted.  I'm saying that someone might lead them to

24     believe that they're eligible to vote and they may

25     go vote.  But people who know they're ineligible,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033683

60

1        they just don't vote.  They -- you know, you're --

2        you -- you're talking about something that I've been

3        doing almost 40 years.

4                     CHAIRMAN SMITH:  Okay.  Members of

5        the audience --

6                     REPRESENTATIVE BROWN:  Thank you.

7                     CHAIRMAN SMITH:  -- I think this

8        could go on all night long.  I just want to make it

9        perfectly clear, I don't -- didn't mind -- you can

10       make whatever grimace with your face you wish to

11       make.  Make whatever facial expression you wish to

12       make in reaction to the testimony, but please do not

13       make any noise in response to the testimony.  I

14       think it's rude and it's offensive.  And -- and we

15       need to be respectful of -- of --

16                     UNIDENTIFIED REPRESENTATIVE:

17       (Inaudible).

18                     CHAIRMAN SMITH:  -- every witness,

19       whatever their opinion is, treat everybody the same,

20       give them the opportunity to speak, regardless of

21       whether they represent the majority of views in the

22       audience.

23            Representative -- Vice Chairman Pena.

24                     VICE CHAIR PENA:  Good afternoon,

25       Mr. Wood.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033684

61

1               RANDALL BUCK WOOD:  Yes.

2               VICE CHAIR PENA:  How are you?

3          I've seen your name around the courthouse.

4     I've heard your name around the courthouse in south

5     Texas.  You've tried cases in the Valley.

6               RANDALL BUCK WOOD:  Yeah.  I've tried

7     cases -- I never tried one in Del Rio, but I've

8     tried them in every border county from Cameron to

9     Laredo.

10              VICE CHAIR PENA:  And typically these

11    are losing candidates who hire you trying to look

12    for some sort of voter fraud, some way to overturn

13    the election.  Is that correct?

14              RANDALL BUCK WOOD:  I sometimes get

15    hired on the winning side, but most of mine actually

16    comes from the losing side, that's correct.

17              VICE CHAIR PENA:  But nevertheless,

18    there's some sort of incentive for you to find fraud

19    if it's there or if it's not?

20              RANDALL BUCK WOOD:  Certainly,

21    because in -- in many of these elections there are

22    ten or 15-vote difference.

23              VICE CHAIR PENA:  Right.

24              RANDALL BUCK WOOD:  So we look.  And

25    amazingly enough -- I think you know this, and it's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033685

62

1    true.  I grew up over in east Texas.  People know

2    people.

3                    VICE CHAIR PENA:  Right.

4                    RANDALL BUCK WOOD:  And every --

5    you've got somebody in everybody's camp in each of

6    little community, each little segment of the

7    community who's supporting your candidate.  And they

8    know whether these people are eligible to vote or

9    not and have questions about it.  And I get a lot of

10   leads.

11                   VICE CHAIR PENA:  Right.

12                   RANDALL BUCK WOOD:  And I investigate

13   them.  I'm telling you I don't find any.

14                   VICE CHAIR PENA:  And the description

15   of -- you made of the mail-in ballot problem, that's

16   real, is it not?

17                   RANDALL BUCK WOOD:  It is.

18                   VICE CHAIR PENA:  Okay.

19                   RANDALL BUCK WOOD:  I think it's

20   better now than it was seven or eight years ago.

21                   VICE CHAIR PENA:  Right.  After

22   Woolens (phonetic)) I noticed that it decreased --

23   mail-in ballots, at least in my county, decreased.

24   And I take that as a response to the -- to the bill

25   that Representative Woolens passed.  Is that your --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033686

63

1              RANDALL BUCK WOOD:  It helped.

2              VICE CHAIR PENA:  It did help.

3         But that -- that is offensive.  And many

4    of the people here are from my community, and I'm

5    sure we're going to hear things about that.  But --

6    but in the Valley with all of the allegations of

7    corruption and voter -- voter fraud, have you ever

8    found a voter impersonation product?

9              RANDALL BUCK WOOD:  No.  And I have

10   had people come and tell me, "I want to look at all

11   these signatures on this list.  It looks like one

12   person signed all these names."

13        Well, of course, if I've got a ten-vote

14   election and there's 20 signatures out there that

15   look strange, we're going to talk to all 20 of these

16   people.  And we do.  And I have never found an

17   impersonation.

18              VICE CHAIR PENA:  And I'm sure in --

19   living in my community where there are Mexicans

20   living with -- Mexican Americans living with Anglo

21   Americans there's always allegations that Mexicans

22   are voting.  Do you hear that?

23              RANDALL BUCK WOOD:  Mexicans are

24   voting?  Mexican citizens?

25              VICE CHAIR PENA:  Mexican citizens.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006545

TX_00033687

64

1          RANDALL BUCK WOOD:  I've never found

2     one.  I'm not saying that it doesn't happen.  I'm

3     just saying I've never found one.

4          VICE CHAIR PENA:  You've never found

5     one.

6          RANDALL BUCK WOOD:  And I can assure

7     you in many election contest -- I've tried them in

8     Cameron County, I've tried them in Hidalgo County,

9     Starr -- you just go right up the border.  Even in

10    (inaudible) Brooks, Crystal -- Zavala, Zapata.  I

11    have never found anyone impersonating anyone, and

12    I've never found a non-citizen that actually voted.

13          VICE CHAIR PENA:  Okay.

14          RANDALL BUCK WOOD:  I've found

15    them -- they were registered.  But I've not found

16    those people that were voting.

17          VICE CHAIR PENA:  So although you

18    recognize, as I do, that the reality that there is

19    dirty politics or voter fraud on occasion, when it

20    comes to voter impersonation, you've not seen that

21    as (inaudible)?

22          RANDALL BUCK WOOD:  And it's

23    something that -- that I've looked for.  And I

24    didn't even realize that this impersonation issue

25    until recently was a big issue, because it -- it's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033688

65

1      just -- it's just -- it just doesn't happen.

2                     VICE CHAIR PENA:  Okay.  And --

3                     RANDALL BUCK WOOD:  I realize that

4      somebody like that woman that went in and voted for

5      her mother, I'm sure that happens here and there.

6      But you're probably talking about a handful

7      statewide.

8                     VICE CHAIR PENA:  Okay.  And, again,

9      with regards to Senate Bill 362, do you see anything

10     addressing voter impersonation?

11                    RANDALL BUCK WOOD:  Well, I

12     understand that it's supposed to do something about

13     it, but I -- I think the way it goes about it is

14     wrong.

15                    VICE CHAIR PENA:  And how is that?

16                    RANDALL BUCK WOOD:  Because the

17     educational effort in order to try to get people to

18     have cards -- and I agree with Representative Bohac,

19     I think it's a good idea if everybody had a card.  I

20     kind of like the idea of having to have papers like

21     they do in Europe.  You know, they've got to carry

22     around a card.  But -- for voting and other

23     purposes, it's helpful.  And I would like to see

24     everybody that has a Social to have a card.

25                    I'm concerned, very concerned, that the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033689

66

1     way Senate Bill 362 is presently written, in its

2     educational efforts, the education is actually going

3     to leave people with the impression that if they

4     don't have this identification they're not going to

5     be allowed to vote.  And that's -- that is -- that's

6     much more damaging.

7               Let's get them into the polling place,

8     find out who they are, and find out if they are, in

9     fact, voting and they're not -- they're not legal or

10    they -- maybe there's an impersonation out there

11    every once in a while.

12              VICE CHAIR PENA:  Okay.

13              RANDALL BUCK WOOD:  Let's get them in

14    the polling place, let them vote, count their vote

15    if they're legal.

16              VICE CHAIR PENA:  I think I misspoke

17    in my question.

18              What I meant was with regards to the

19    mail-in ballot problem and all the other dirty

20    politics that you see, does Senate Bill 362 address

21    that?

22              RANDALL BUCK WOOD:  No, it does not.

23              VICE CHAIR PENA:  Thank you very

24    much.

25              CHAIRMAN SMITH:  It may be a relief



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033690

67

1          to the audience to -- to be told that the Members

2          are far less inquisitive once the cameras leave.

3                    Representative Heflin.

4                         REPRESENTATIVE HEFLIN:  Just to clear

5          a couple of points.  Let me say the point I was

6          trying to make on the provisional ballots is if we

7          go five days as opposed to two, you nearly double

8          the amount of people that clear up their -- their --

9          their ballots or count.  So that was a question I

10         had.

11                   Now, you say that -- why -- why is voter

12         fraud more prevalent in mail-in ballots?  Is it

13         because it's easier to do?

14                        RANDALL BUCK WOOD:  It's

15         unsupervised.

16                        REPRESENTATIVE HEFLIN:  And what --

17         and what --

18                        RANDALL BUCK WOOD:  And it allows

19         people to --

20                        REPRESENTATIVE HEFLIN:  Impersonate

21         50 people to be effective.

22                        RANDALL BUCK WOOD:  They don't

23         impersonate people.  These people actually exist.

24         They go and actually -- I remember one time in

25         Beeville -- I had a contest in Bee County.  And I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033691

68

1    had where the ballots -- they were following the

2    mailman around.  And when he would go to the

3    mailbox, they would go take the ballot out of the

4    mailbox and vote.

5              REPRESENTATIVE HEFLIN:  Let me -- let

6    me ask you this last question then.  In Texas was

7    there an organized effort by ACORN to operate here

8    in Texas, or was that strictly in other states?

9              RANDALL BUCK WOOD:  It certainly

10   wasn't in Texas.

11             REPRESENTATIVE HEFLIN:  It wasn't?

12             RANDALL BUCK WOOD:  Yeah.  And we --

13   not to ever have voter registration being done on a

14   piecemeal basis.

15         In other words, paying by the name, I

16   don't care whether it's ACORN or who it is, it

17   done -- you'll get -- you'll get fraud in there.

18             REPRESENTATIVE HEFLIN:  Thank you

19   very much.

20             RANDALL BUCK WOOD:  Okay.

21             REPRESENTATIVE HEFLIN:  We appreciate

22   your testimony.

23             CHAIRMAN SMITH:  Representative

24   Bohac?

25             REPRESENTATIVE BOHAC:  I want to come



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

69

1     back to just a couple of things.

2              I have heard oftentimes that there would

3     be in the poll book where you would have one person

4     and you would see kind of a repeating signature.

5     Now, you've prosecuted or defended, or whichever

6     side of the aisle, a number of these lawsuits.  Have

7     you ever seen a poll book which appeared to be a

8     person who signed -- there was one person who signed

9     multiple times as if they were different people?

10                   RANDALL BUCK WOOD:  Yes, I have seen

11    that.

12                   REPRESENTATIVE BOHAC:  That's voter

13    impersonation.

14                   RANDALL BUCK WOOD:  No, it isn't.

15    The person actually went and voted.  I went and took

16    that poll list and it looked -- the problem to me is

17    that probably somebody signed in a number of people.

18              So I went to those people. And it turns

19    out -- you know what it was?  Somebody thought they

20    were being helpful in the polling place and one of

21    the election officials wrote those names or those

22    signatures in.  I -- I've never seen it done

23    otherwise.

24                   REPRESENTATIVE BOHAC:  (Inaudible).

25                   RANDALL BUCK WOOD:  I -- I -- listen,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006551

TX_00033693

1       that's one of the things -- you show me a poll

2       that's like that, I get really excited.  But I know

3       if I call that person in and put them on the stand,

4       I've got to go do some investigation or have

5       somebody go do investigation.  And when you go out

6       and check it, I've never found it.

7                    REPRESENTATIVE BOHAC:  So it's your

8       testimony that the voting clerk was being helpful to

9       the person by signing their name in the poll book?

10                   RANDALL BUCK WOOD:  In that

11      particular instance, that's exactly what they were

12      doing.

13              I don't know -- we don't have -- one of

14      the things -- this is -- I know this is not you

15      all's issue.  But we're having fewer and fewer

16      people that are willing to work in polling places.

17      It used to be that you were having the same people

18      working every time.  I used to be election judge.  I

19      haven't done it in a number of years.  Especially in

20      urban areas you can't find anybody to do it.  We've

21      got people that are going to be telling people

22      things that have never worked in a polling place

23      before.  And that person that did that, I don't know

24      why they did it.  I didn't try to get them

25      prosecuted, but they shouldn't have been doing it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006552

TX_00033694

71

1      But they did it.  But when we went and interviewed

2      those people, they were absolutely convincing.  They

3      would have convinced a jury, judge or anybody else,

4      I went down and I voted and this is my mother; she

5      went with me.

6             I mean, it just -- we have uneducated

7      people in our polling places to -- in lots and lots

8      of places.

9                   REPRESENTATIVE BOHAC:  Well, I'll

10     accept your explanation.

11            I'm going to pivot for just a moment on

12     the education front.  You saw how quickly the

13     Chairman laid out the bill.  He said on one hand you

14     can show a photo I.D.  On the other hand, if you

15     don't have this, you have to show two forms of

16     non-photo I.D.  And you're saying that that --

17     educating the public about those requirements would

18     be almost insurmountable?

19                  RANDALL BUCK WOOD:  No.  I think if

20     you start out with your voter education and you

21     don't let people tell people that they've got to

22     have that, I mean, that is a real problem.  I know

23     what's going to happen.  There is going to be

24     television heads in major markets that says you've

25     got to be able to have this information in order to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006553

72

1     be able to vote.  There -- it's going to be there.

2     And we're going to have a registrar, believe me,

3     that are going to get -- put information out like

4     that.

5              We -- we need to circumscribe that as best

6     we can so that the person knows if they go to the

7     polling place they're going to be able to vote.

8     Now, if they're not qualified, their vote's not

9     going to count.  But they're going to be able to

10    vote.

11             And by the way, I know that it was

12    mentioned about the fact -- fact about carrying a

13    voter registration card around with them.  I carry

14    mine 100 percent of the time.  Most people don't.

15    Well, they also don't carry electric bills; they

16    don't carry hardly any of that information that's

17    there.  They just don't have it.  If they don't have

18    a driver's license, generally they have maybe a

19    Social Security card or something, but they don't

20    have the information.  I want it clear if those

21    persons are really qualified to vote, they get to

22    vote.  And if they get to vote, they get -- their

23    vote is counted.

24             UNIDENTIFIED REPRESENTATIVE:

25    (Inaudible).



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033696

73

1                    UNIDENTIFIED REPRESENTATIVE:  I want

2           to -- I'm not going to ask you anymore questions,

3           Buck.  But you are really an important witness.  We

4           rarely get someone like you who knows the inside of

5           the watch like you know it.  And you know the

6           solution to the ballot-by-mail problem, because

7           you've seen it and you've lived it for decades.

8                    What's the one, two and three things this

9           Committee needs to do?  And please be specific.  You

10          know the answer to the question, Buck.  What do we

11          need to do to correct the ballot-by-mail fraud?

12                   RANDALL BUCK WOOD:  The only way I

13          know how to correct it is to go back to our system

14          of having to have a -- a legitimate excuse and not

15          just anybody over the age of 65 being able to vote

16          by mail, because that's where the problem is.  And

17          we used to not have this problem.

18                   Now, that puts a burden on those --

19          however many people in order to get a note from

20          their doctor or something of that nature, but that's

21          the only way I know how to do it.

22                   REPRESENTATIVE BOHAC:  That's the

23          first solution.

24                   What's the second solution?  I don't think

25          we're going to do that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033697

1                    RANDALL BUCK WOOD:  No, I don't think

2       so, either.

3                    REPRESENTATIVE BOHAC:  I don't think

4       we want to do that.  I think there's other solutions

5       that you know of, that you're aware of.  What can we

6       do to get rid of this vote buying and this vote

7       harvesting?

8                    RANDALL BUCK WOOD:  Short of that, I

9       don't know anything, because you're going to mail a

10      ballot out.

11             One of the things you could do -- now, I'm

12      not suggesting that this be done.  You could not

13      publish the -- a list of the people who have been --

14      mail ballots have been mailed to, because they go

15      down to the clerk's offices, and they know every day

16      how many ballots have been mailed out and to whom.

17      And then they follow them up.

18             I'm not -- I don't know that it would stop

19      it, but right now it's a very useful tool for them

20      to be able to get that information immediately.

21      They get it on a daily basis, how many people --

22      now, (inaudible) have -- candidates have a

23      legitimate reason for wanting to know that, because

24      they want to write these people and say, "I want

25      your vote."

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



ESQUIRE
DEPOSITION SOLUTIONS

TX_00033698

HEARING - Volume 1                                    APRIL 07, 2009

                                                                    75

1                 UNIDENTIFIED REPRESENTATIVE:  I --

2       I -- I think -- I think we corrected that.  The

3       information on who -- who -- we used to allow people

4       to get a list of people -- people who submitted an

5       application to vote by mail.  We now only allow it

6       48 hours after the ballot's already been turned to

7       the Voter Registrar's office.  So -- so that gap is

8       gone.

9                 RANDALL BUCK WOOD:  I'm afraid

10      it's -- that's not being uniformly enforced.

11                REPRESENTATIVE BOHAC:  It's the law.

12                RANDALL BUCK WOOD:  I -- I know that.

13      I understand that.  But I'm telling you that they

14      have somebody in the clerk's office who tells

15      somebody who they -- they know.  I -- I just --

16                REPRESENTATIVE BOHAC:  Thank you for

17      your testimony.  I don't have any more questions.

18      Thank you.

19                RANDALL BUCK WOOD:  You're welcome.

20                CHAIRMAN SMITH:  All right.

21      Mr. Wood, in closing and in summary, I think the

22      primary point that you brought before this Committee

23      was your desire to see that to the extent that we

24      have a changed or altered identification requirement

25      and, therefore, have a provisional ballot, that we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033699

76

```
 1    structure those ballots in such a way that those
 2    people who are within a reasonable period of time
 3    following that, clearly identified as being a legal
 4    voter, have their votes counted.
 5            Is that your primary concern?
 6                RANDALL BUCK WOOD:  And that
 7    information needs to be made available to everyone
 8    immediately so that they can be helped.
 9                CHAIRMAN SMITH:  Okay.  That's
10    what -- and so, in turn, I'm asking you to say --
11    you believe Florida is the best way to do it, but
12    certainly between Indiana and Georgia and Florida, I
13    don't -- I assume your preferred choice would be
14    Florida in terms of how they handle provisional
15    ballots.  Is that correct?
16                RANDALL BUCK WOOD:  They handle it --
17    they handle it more like what I'm suggesting.  But
18    one of the things that they -- I don't think they do
19    is they don't keep statistics on which ballots are
20    which.  And that doesn't do you any good, because
21    you never know how many people were turned -- were
22    voting provisionally for one reason or voting
23    provisionally for another reason.
24                CHAIRMAN SMITH:  Yeah.  Well, we did
25    get testimony yesterday from a person, so I do
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033700

77

1    believe there is some -- I don't -- I don't know

2    that we got into how they distinguished it, but he

3    was able to tell us the number of ballots statewide

4    that were cast on a provisional basis, the total

5    amount that were cast --

6                  VICE CHAIR PENA:  Mr. Chairman, that

7    was State of Georgia.

8                  CHAIRMAN SMITH:  Georgia and Florida.

9                  VICE CHAIR PENA:  And the gentleman

10   from Florida said there was 14,000 or 15,000

11   provisional ballots, and 1100 of them were

12   provisionally cast due to not having an I.D.

13                  RANDALL BUCK WOOD:  Then they have --

14   then they have something similar to what we need --

15                  VICE CHAIR PENA:  What?

16                  RANDALL BUCK WOOD:  -- and what that

17   is so we can identify those --

18                  VICE CHAIR PENA:  (Inaudible).

19                  CHAIRMAN SMITH:  I just wanted it to

20   be clear for the record.

21                  RANDALL BUCK WOOD:  Okay.  I was not

22   aware that they -- that they had that ability.

23   It -- it --

24                  UNIDENTIFIED REPRESENTATIVE:

25   Mr. Chairman --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033701

78

1              CHAIRMAN SMITH:  In Florida, there

2    were 8.3 million votes cast, and 394 were not

3    counted because of the photo I.D. requirement

4    statewide.  That's what he found.  And -- and -- and

5    so -- but what I -- I think I hear you saying is

6    what you would like is to even go beyond the Florida

7    law and sort of provide this information to

8    interested parties publicly so that they would have

9    the opportunity to actually assist the person in

10   providing the appropriate identification wherever it

11   would need to be provided to comply with the law?

12             RANDALL BUCK WOOD:  And I just --

13   this -- you're -- yes.  Yes.  The answer to that

14   question is yes.

15          I just touched on the fact --

16             CHAIRMAN SMITH:  (Inaudible).

17             RANDALL BUCK WOOD:  -- that no matter

18   what we tell the election official to do at the

19   polling place, it doesn't get done.  People don't

20   know.  They really don't.  And some of them can't

21   hear.  And so they need to have -- there needs to be

22   a way that we try to help those people, because the

23   people we're talking about - and we all know

24   this - we're talking about elderly, infirmed,

25   uneducated or not much education.  So those



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

79

1        socioeconomic minorities, that's what we're talking

2        about, people who don't even own a car.  So we

3        don't -- this I.D. -- that I'm going to tell you at

4        the polling place that you need to go do this within

5        a certain numbers of days, they don't -- it's lucky

6        they even got to the polling place.  So --

7                     CHAIRMAN SMITH:  Tell me, do -- do

8        we -- I mean, do we create problems if we post on

9        the courthouse steps on election day the names of

10       the people in the county who cast a ballot because

11       they did not provide identification, from a privacy

12       standpoint?  From a standpoint of having people go

13       to their house and aggressively and in ways that

14       nobody would wish on these people attempt to assist

15       them with making sure that their vote counted?

16                     RANDALL BUCK WOOD:  I -- I can't

17       imagine a person who bothered to go to the polling

18       place to vote not wanting their vote to count.  And,

19       yes, I am sure there will be instances where they

20       will say, "I -- I don't care anymore.  I don't want

21       anybody talking to me anymore."  I think that's a --

22       a minor concern.

23                     CHAIRMAN SMITH:  So you don't -- you

24       don't see there being a privacy concern or any

25       question at all?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033703

80

1                    RANDALL BUCK WOOD:  When it comes to

2       voting, you sign your name and you go in there to

3       vote, that's public information.

4             Now, one thing that's not happening,

5       though, is voter officials in local counties are not

6       making that information available.  They're supposed

7       to, but they don't make it available.  I want it put

8       in the bill that the day after the election that you

9       can get that information so that whatever number of

10      days you set, something can be legitimately done.

11                    CHAIRMAN SMITH:  I thank you.  I

12      think all of the members of the Committee find your

13      testimony to be interesting and knowledgeable and

14      provided with a great deal of integrity.  So we

15      appreciate it.

16                    REPRESENTATIVE VEASEY:  One question.

17                    CHAIRMAN SMITH:  Yes, sir,

18      Representative Veasey.

19                    REPRESENTATIVE VEASEY:

20      Representative Veasey from Fort Worth.  Wanted to

21      ask you just one question related to voter

22      impersonation in the polls.

23             Based on your experience in investigating,

24      you know, different voting improprieties

25      particularly as it relates to third parties



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033704

81

1   registering people to vote, do you think that if

2   someone were to commit voter impersonation that they

3   would do so with a fictitious name that is widely

4   known to others?

5           I know like in the ACORN case, for

6   instance, you heard examples of football players

7   and -- and, you know, people writing in Mickey Mouse

8   and things like that.

9           Do you think that voter impersonation

10  would occur if a third-party group were to sign

11  people up under the names of Mickey Mouse and Troy

12  Aikman?  Because I don't think I could commit voter

13  impersonation under the name Troy Aikman.  Maybe

14  Todd could, but I don't think I can.  So...

15              RANDALL BUCK WOOD:  I don't -- I

16  don't see that as a problem.  The ACORN issue was a

17  problem because they put a lot of people on the

18  rolls that -- that were not registered.

19              REPRESENTATIVE VEASEY:  Right.

20              RANDALL BUCK WOOD:  Okay?  I --

21  I'm -- I'm no expert on what actually happened, but

22  I doubt seriously that many of these people -- they

23  didn't even know they were registered.  And they

24  used names -- they just made up names in order to

25  get paid --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006563

TX_00033705

HEARING - Volume 1                                          APRIL 07, 2009

                                                                  82
1                    REPRESENTATIVE VEASEY:  And that's
2       the problem with people --
3                    RANDALL BUCK WOOD:  -- it's just --
4                    REPRESENTATIVE VEASEY:  --
5       (inaudible) registration basis.
6                    RANDALL BUCK WOOD:  (Inaudible) I've
7       seen voter registration drives pick up a few people
8       who were not eligible to vote.  But when I then
9       tried to see if they voted, they didn't vote.
10                   CHAIRMAN SMITH:  Thank you, Mr. Wood.
11      Appreciate you very much.
12            At this time the Chair calls Robin
13      Armstrong to testify in favor of Senate Bill 362.
14            Please state your name.
15                   ROBIN ARMSTRONG:  I'm Dr. Robin
16      Armstrong.  And I'm testifying in favor of Senate
17      Bill 362, requiring a voter to present proof of
18      identification before voting.
19            Thank you, Committee, for allowing me to
20      testify today.  I appreciate that.
21            First question I ask is why is it
22      important to require a photo I.D. to vote?  I think
23      to protect the integrity of our elections.  There's
24      a bipartisan committee.  It's called the Commission
25      On Federal Election Professionals here by former



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033706

83

1      President Jimmy Carter and former Secretary of State

2      James Baker.  They concluded -- and I'm going to

3      quote this.  It says, "To ensure that persons

4      presenting themselves at the polling place are the

5      ones on the registration list, the Commission

6      represents that states use the real I.D. card.  The

7      card includes a person's full legal name, date of

8      birth, signature, a photograph and a person's Social

9      Security number."

10            Now, these requirements that the

11     bipartisan commission came up with are actually more

12     stringent than what is being asked in Senate Bill

13     362.

14            Another reason for requiring a photo I.D.

15     to vote is just the closeness of our elections.

16     These elections are getting closer and closer in the

17     State of Texas and nationwide.  So I think the

18     margin for error's less.  I think that we need to

19     make sure that we have mechanisms in place to

20     prevent voter fraud.

21            We also must instill confidence in our

22     electoral process.  70 percent of Texans, in a poll

23     done by the University of Texas, support photo I.D.

24     to vote.  And so I think it will instill some more

25     confidence in our -- in our voting public.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006565

TX_00033707

1          There's a Rasmussen poll that reported

2      that 77 percent of likely voters across the country

3      believe that displaying a photo I.D. -- believe that

4      displaying a photo I.D. should be required to cast a

5      vote. And so this is a bipartisan issue amongst

6      Republicans and Democrats.

7          Problem with the current Texas law is

8      anyone can use someone else's voter certification

9      card.  Voter's certificate cards -- certificate

10     cards can be stolen or lost.  There's no proof of

11     citizenship required.

12         Now, there are actually incidences that

13     would support the need -- be prevented if there was

14     a photo I.D. to vote.  In 2008 general election

15     there were 62,548 duplicate records, and so those

16     were names showing up multiple times on the rolls as

17     having voted.  Now, whether actually voter fraud

18     took place or not, that's a -- you know, a lot more

19     duplicate names than should be there.  Obviously,

20     hard to say that for sure.  Like you said earlier,

21     it's hard to prove that.

22         In Bexar -- in Bexar County, in 2004

23     primary election there were 41 deceased voters who

24     applied for application by mail.

25         There are also some concerns, obviously,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

85

1    about voter suppression in minority, poor or elderly

2    precincts.  I actually have a study here that was

3    done in Indiana, and it was done by the Institute of

4    Public Policy at the Harry S. Truman School of

5    Public Affairs in Missouri.  And it showed that

6    actual -- it compared voter turnout before and after

7    the vote.  And afterwards it showed that actually

8    the -- the -- the voting in minority precincts and

9    those areas actually increased by 2 percent.  And so

10   photo I.D. did not suppress voter turnout in those

11   instances.

12          Thank you.

13                CHAIRMAN SMITH:  All right.  I --

14   I -- I just -- you mentioned the Carter Baker

15   Commission --

16                ROBIN ARMSTRONG:  Yes, sir.

17                CHAIRMAN SMITH:  -- and you mentioned

18   that -- that they had some more stringent

19   requirements in terms of what they were requesting

20   states to do than perhaps is in the Senate bill.

21                ROBIN ARMSTRONG:  Correct.

22                CHAIRMAN SMITH:  And I just want to

23   indicate for the record that this report was issued

24   in September of 2005.  And just for purposes -- I

25   assume that the members of the audience are familiar



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

86

1    with this report.  You'll probably hear some more

2    discussion of it during the meeting.  It's a

3    commission of experts that was appointed to look at

4    the issue of our election process in general after

5    the very interesting Presidential election that we

6    had in 2000.  It was headed by Republican former

7    Secretary of State James Baker on the one hand and

8    former President Jimmy Carter on the other.  And

9    they issued a very lengthy report, which I think all

10   the Members of the Committee have looked at to some

11   extent.  And they do recommend a photo

12   identification in conjunction with a real I.D. card,

13   which simply has not taken off for a variety of

14   reasons, including some degree of opposition, I

15   understand, from both the right and -- and from the

16   left.  And they do recommend a -- a five-year

17   transition period in this report.  So they recommend

18   that until -- and it was issued in 2005; that until

19   January 1st, 2010, the State should require voters

20   to present I.D. at the polls, but voters who fail to

21   do so should nonetheless be allowed to cast a

22   provisional ballot, and their ballot would count if

23   their signature was verified.  After January 1st,

24   2010, their recommendation is voters without a valid

25   photo I.D. could cast a provisional, but they would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033710

87

 1    have to return personally to the appropriate

 2    election office within 48 hours with a valid photo

 3    I.D. for their vote to be counted after that

 4    five-year transition period.

 5            But I think it's important for everybody

 6    in the audience to understand and -- and -- and I'll

 7    ask you if you -- if you will and if you do, to

 8    agree with me that -- that there really were two

 9    sides of the recommendation of that commission.  One

10    was that we enhance the security at our polls and --

11    and the other was that we simultaneously expand

12    access to the polls by states taking affirmative and

13    aggressive steps to register additional voters.

14            Do you recall that -- that collateral

15    recommendation of that bipartisan commission?

16                    ROBIN ARMSTRONG:  No, I do not.

17                    CHAIRMAN SMITH:  Okay.  Well --

18                    ROBIN ARMSTRONG:  I'm not disagreeing

19    with you.

20                    CHAIRMAN SMITH:  I understand.

21            And I'll just represent to you, without

22    getting into it, that -- and I'll read just a -- one

23    sentence from their letter, which summarizes their

24    findings.  "We're recommending a photo I.D. system

25    for voters designed to increase registration with a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033711

88

1       more affirmative and aggressive role for states in

2       finding new voters and providing free I.D.s for

3       those without driver's licenses".

4               And I'll just represent to you that I've

5       looked at quite bit of information on this subject,

6       and it's the only area where I have found anybody

7       that's been able to find any degree of bipartisan

8       consensus on this issue.  Simply pointing out that

9       there is no need to choose between enhanced security

10      on the one hand and increased -- and enhanced access

11      on the other; you can have both.  And, in fact,

12      this -- this commission is -- is recommending both.

13              Any -- any other questions, Members of the

14      Committee?

15              All right.  I don't think we have any.

16      Thank you very much for your time.

17                      ROBIN ARMSTRONG:  Excuse me.

18                      CHAIRMAN SMITH:  Excuse me.  Rep --

19      Representative.

20                      REPRESENTATIVE BROWN:  Thank you,

21      Dr. Armstrong.

22                      ROBIN ARMSTRONG:  Thank you.

23                      REPRESENTATIVE BROWN:  Appreciate

24      your comments.

25              You -- you meet with a lot of candidates



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033712

89

1    involved in a lot of elections and so on.  What is

2    your -- your idea of fraud among us?  Is it there,

3    or are we chasing after something that doesn't

4    exist?

5              ROBIN ARMSTRONG:  Well, I -- I

6    believe there's voter fraud amongst us.  You know, I

7    believe that sometimes it's -- it's difficult to

8    determine whether it's voter fraud or voter

9    ignorance.  But I think the result is the same.  And

10   I think that we probably should -- we -- we should

11   have legislation to make sure that -- that we can

12   make sure that that doesn't happen, you know,

13   especially as these elections become closer and

14   closer.  I believe, you know, our -- our system --

15   our election system is going to be under more

16   pressure to make sure that we have mechanisms in

17   place so that we can root out any types of fraud

18   or -- or ignorance or people making mistakes and

19   voting incorrectly.  So I think it's important to

20   have legislation such as this.

21              So, yes, I think it does exist.

22              REPRESENTATIVE BROWN:  And I assume

23   you mean by rooting out ignorance that while we're

24   pursuing the fraud that we're also trying to

25   educate --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006571

TX_00033713

90

```
 1                    ROBIN ARMSTRONG:  Correct.

 2                    REPRESENTATIVE BROWN:  -- our voters

 3      as much as we can?

 4                    ROBIN ARMSTRONG:  Yes.

 5                    REPRESENTATIVE BROWN:  I agree.

 6      Thank you.

 7                    ROBIN ARMSTRONG:  Thank you.

 8                    CHAIRMAN SMITH:  Any other questions,

 9      Members?  Thank you, Mr. Armstrong, very much.

10                    ROBIN ARMSTRONG:  Thank you.

11                    CHAIRMAN SMITH:  At this time the

12      Chair calls Mary Naranjo, representing the Texas

13      Young Democrats, U.T. College Democrats of America

14      Presidents, testifying against Senate Bill 362.

15              If you don't mind, for the record please

16      state your name again and who you represent.

17                    MARY NARANJO:  Whoa.  It's Mary

18      Naranjo.  Good afternoon.

19              So there are a couple things --

20                    CHAIRMAN SMITH:  You gave your name.

21      Please tell me who you represent again.

22                    MARY NARANJO:  Sorry.  I'm the

23      President of College Democrats of America and also

24      the Vice President of Texas Young Democrats and a

25      student at the University of Texas as a senior.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006572

TX_00033714

91

1          CHAIRMAN SMITH:  Thank you.

2          MARY NARANJO:  Hook 'em.

3               One of the things that I would just like

4     to start my testimony off with, which is a great

5     maxim for anyone in this room to kind of be thinking

6     about when thinking of the election system, is if it

7     ain't broke, don't fix it.  And this issue isn't a

8     problem at the moment.

9               I think it's interesting that, you

10    know, while I'm working with students across the

11    U.S., whether it be in Indiana, Florida or Virginia

12    or Colorado, where we're trying to get students to

13    the polls, we're actually now trying to bring in a

14    regressive piece of legislation that is going to

15    actually disenfranchise students.  And while we have

16    people up here talking about different minorities,

17    these college students are still not a protected

18    class under the Voting Rights Act.  And later on in

19    the testimony, I would love to give you some great

20    examples of when I was in Florida working in the

21    2008 election.

22               But one -- one real world piece of, you

23    know, information I would like to give you is my

24    driver's license.  Currently it says Lufkin, Texas,

25    where I'm originally from, my permanent address.  If



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033715