92

1       I ever changed it, my mom would probably get mad at

2       me, because she would think I'm actually an adult.

3       However, I do live in Austin, Texas.  And I've gone

4       to school here for five years.  And actually, under

5       the current piece of -- under the current statute, I

6       can vote in Travis County because I've worked here,

7       I've worked on a number of campaigns here and I'm

8       really invested in a number of the issues.  And

9       so -- however, if we actually went under Senator

10      Fraser's piece of legislation I would not be able to

11      vote in Travis County.

12              One correction I would like to make is

13      looking at Section 9, there was a question, and I

14      can't remember by which Representative -- the

15      assertion was actually made that, you know, we would

16      be helping people to vote because they would only

17      have to bring their I.D. or their voter registration

18      card.  Right?  So making an I.D. required we would

19      be helping them.  Well, current statute already

20      states that you can bring a voter I.D. card or your

21      driver's license.  So it's or, not and.  And I think

22      that's an important delineation to make, because a

23      photo I.D. is not required right now, not even to

24      register to vote.  So then having a photo I.D.

25      required and/or something like a birth certificate



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033716

93

1      where you have to pay for this type of documentation

2      cost money.  And I know that that's, you know, a

3      controversial thing to bring up a poll tax.  But in

4      all honesty, the fact that you have to pay to get a

5      piece of documentation to then vote is just that

6      very issue and is that definition -- the definition

7      of that.

8                  CHAIRMAN SMITH:  Thirty seconds.

9                  MARY NARANJO:  Thank you.

10                 One particular thing I would like to bring

11     up is for students in particular this bill is

12     harmful because of issues with domicile and

13     residency, just like the example I gave of my

14     driver's license.  In addition to photo I.D.s --

15     state-issued photo I.D.s, of the 44 million students

16     who voted, 19 percent of them don't have a

17     government-issued photo I.D.

18                 CHAIRMAN SMITH:  Okay.  I think your

19     three minutes is up.

20                 So tell me, you currently attend the

21     University of Texas Austin?

22                 MARY NARANJO:  Yes, sir.

23                 CHAIRMAN SMITH:  Are you registered

24     to vote in -- in Travis County?

25                 MARY NARANJO:  I can be under this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033717

94

1    law.

2              CHAIRMAN SMITH:  Are you currently,

3    though?

4              MARY NARANJO:  No, sir.  I drive four

5    hours to go and vote in Lufkin, Texas, because the

6    absentee ballot that I've cast in the past never

7    made it to my county.  And so I had to drive on

8    election day to make sure I got to vote.

9              CHAIRMAN SMITH:  So under current law

10   you're not able to vote in Travis County.  You're

11   just saying if you registered here, you could?

12             MARY NARANJO:  In current law if I

13   wanted to with my -- despite the fact that my

14   driver's license has a Lufkin, Texas address on it,

15   I can still put down my Social Security number

16   and/or my Texas driver's license and register to

17   vote in Travis County.  It would be a new

18   registrant, and I would be changing from Angelina

19   County to Travis County.  That's why I concurrently

20   have a Texas driver's license in Lufkin and also

21   vote in Travis County as long as I don't vote in

22   both places.  That's election fraud.

23             But under Senator Fraser's bill, if I were

24   to have a driver's license or photo I.D. that said

25   Lufkin, Texas, and the voter roll had my address for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033718

1        Austin, then there would be a discrepancy as to

2        domicile, as to where I live.  And so that's where

3        students would be getting turned away.  And there

4        are a number of examples of that happening in other

5        states, some where I actually worked in during the

6        election, that being Florida.

7               And so while in theory, you know, it

8        should all work out and everyone should, you know,

9        be able to vote, the implications, the actual

10       practice and logistics of it don't get carried out

11       that way.

12               CHAIRMAN SMITH:  And so you're making

13       the presumption that that would change because of --

14       of -- of the -- and we've talked about this on the

15       Committee, and this may or may not make any sense to

16       you.  But because of the difference in a presentment

17       standard under the current legis -- under the

18       current language of the law and an identity standard

19       under the law.  Is that -- is that your

20       understanding?

21               MARY NARANJO:  So the presumption is

22       not there.  It's kind of been dropped out or

23       something with the new text.  Right?

24               So if there are acceptable forms of I.D.

25       that have -- that are going to be of particular



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    interest to students is that section -- it would be

2    Section 63.0101, Part 1, "A driver's license or

3    personal identification card issued to the person by

4    the Department of Public Safety that is not expired

5    or that expired no earlier than two years before the

6    date of presentation."

7              Now, what's being stricken out is, "Or a

8    similar document issued to the person by the agency

9    of another state regardless of whether the license

10   is a card or has expired."

11             So students like -- if we have students

12   who are out-coming -- let's say we have Oklahomans

13   come to Texas because they realize Texas is just a

14   better state, which I think we can all agree in this

15   room about.  Right?

16             Well, so you have a student who comes to

17   Texas, wants to vote in a Texas election, well, the

18   U.S. Supreme Court says if you go to school in Texas

19   and you consider Texas your home, is what the

20   current statute says, then you can vote in Texas.

21   However, if that person has an Oklahoma driver's

22   license under this -- taking -- taking this chunk

23   out of the bill, they can't.  That's how students

24   are going to get turned away.  I mean, that's --

25             CHAIRMAN SMITH:  So your concern is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

97

1      about students from other states.  It really doesn't

2      affect you --

3                     MARY NARANJO:  It's both.

4                     CHAIRMAN SMITH:  Okay.  Tell me how

5      it affected you.

6                     MARY NARANJO:  Because if I were to

7      come to Travis County and they were going to look at

8      my -- if I had a state-issued I.D. and I still had

9      my Lufkin address, which my mother clings onto

10     because she wants me to come back home some day,

11     then I have go to them and say, "Here's my I.D.  And

12     it has my Lufkin address, which does not match their

13     address on the voting roll, which would be an

14     Austin, Texas, address," then that's where the

15     discrepancy happens.  And while it's not explicit,

16     the problem is when you look at similar laws, like

17     in Indiana, that's where the discrepancy issue is

18     created, because in Indiana a state-issued I.D. to

19     meet the requirements of an I.D. has to have a name,

20     a photo, an expiration date and must be current.

21             For instance, students at I.D. Bloomington

22     (phonetic) they don't have an expiration date on

23     their student I.D.s.  So they can't use that as a

24     student card to go and vote.

25                     CHAIRMAN SMITH:  Do you get a student



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033721

98

1        identifying card at the University of Texas?

2                    MARY NARANJO:  Yes, sir.

3                    CHAIRMAN SMITH:  Is that --

4                    MARY NARANJO:  In fact, I've got it

5        right here.

6                    CHAIRMAN SMITH:  -- your Austin

7        address?

8                    MARY NARANJO:  No, sir.  There's not

9        an address on these student cards.  In fact, there's

10       a photo, there's my name.  There's not even an

11       expiration date.  There's a code that I can get food

12       with, but I can't get to vote with it.

13                   CHAIRMAN SMITH:  Okay.  Language in

14       the Senate bill says among the list of photo

15       identification that would be acceptable, a valid

16       identification card that contains a person's

17       photograph and is issued by an agency, institution

18       or political subdivision of this state.

19                   UNIDENTIFIED REPRESENTATIVE:  Would

20       that not qualify?

21                   CHAIRMAN SMITH:  I believe it would.

22       That's my -- that's my suggestion.

23                   UNIDENTIFIED REPRESENTATIVE:

24       (Inaudible).

25                   MARY NARANJO:  I -- I would humbly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006580

99

1          disagree that, in practice, similar language like

2          that in the Indiana bill --

3                    CHAIRMAN SMITH:  Not similar

4          language, actually.  You said the language said it

5          had to have an expiration.  This doesn't call for an

6          expiration.

7                    You're talking about an Indiana bill.

8          You're not talking about the Texas bill.

9                    MARY NARANJO:  Yes, sir.  But I'm

10         actually talking about actual practice, like when

11         you have poll workers.

12                    CHAIRMAN SMITH:  I know exactly what

13         you're talking about.

14                    UNIDENTIFIED REPRESENTATIVE:  The

15         point is -- the point is the Indiana law has

16         requirements about what has to be on that card that

17         doesn't appear to be in this language.

18                    CHAIRMAN SMITH:  The point I'm

19         making --

20                    MARY NARANJO:  That's --

21                    CHAIRMAN SMITH:  -- is I believe the

22         Senate bill is intended to allow you to vote by

23         simply using your student identification card that

24         is -- I can certainly represent that it is issued to

25         every student in every school in the state, but



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033723

1      certainly is issued, I believe, to almost all of

2      them.

3              And you've got one.

4              MARY NARANJO:  It is a state -- it is

5      a state school.

6              CHAIRMAN SMITH:  And let me just be

7      clear.  You know, the -- we've had a lot of

8      discussion about the extent to which we're going to

9      change current law in terms of the mech -- the way a

10     poll worker identifies whether you do or do not have

11     the proper documentation.  And I think there's

12     probably a consensus on this Committee that at the

13     end of the day the consensus in the House is that we

14     not change the current standard to not create any

15     additional complication and that the -- the purpose

16     of this bill would simply be, again, current

17     standard in terms of the way they handle

18     identification, one photo on the list or two

19     non-photos on the list. And there's a number of

20     documents on both lists, and I don't suppose there's

21     anybody in the State of Texas that has every

22     document on both lists.

23              And so I know that there's a number of

24     people that can -- can -- can testify that I don't

25     have this particular document or I don't have this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    particular document.  But I guess what we're really

2    interested in is hearing from anybody that doesn't

3    have any document on the list that would be

4    sufficient to allow them to vote.  And it -- it

5    sounds like to me that I -- I have fairly quickly

6    identified a document that you have as a University

7    of Texas student in Austin that would allow you to

8    vote, especially to the extent that we maintain the

9    current standard in terms of the -- the way in which

10   the poll worker determines whether you do or do not

11   have proper documentation.

12                MARY NARANJO:  So -- and so just to

13   make sure that I'm understanding correctly, that

14   under Section 6 of the, you know -- which

15   identification you can be able to use, you would say

16   that Part B, "An agency, institution or political

17   subdivision of this state" qualifies as a student

18   I.D.?

19                CHAIRMAN SMITH:  Yes.  University of

20   Texas.

21                MARY NARANJO:  Okay.  So what about

22   students at Trinity, St. Mary's, SMU?

23                CHAIRMAN SMITH:  That's -- that's

24   a -- that's a -- a question I -- you know, they may

25   or may not, depending on how that is defined --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033725

102

1      qualified --

2                  UNIDENTIFIED REPRESENTATIVE:

3      (Inaudible).

4                  CHAIRMAN SMITH:  No.  That's one of a

5      number of the list.

6                  MARY NARANJO:  One thing I would

7      recommend to the Committee is that you would also

8      look at transcripts as another form, considering

9      most students living in the dorms do not get a

10     utility bill, and in most cases we really don't get

11     a number of the two -- two items.

12                 CHAIRMAN SMITH:  And we've -- we've

13     heard from representatives of the AARP where we've

14     talked about certain senior citizens that do not get

15     an electric bill and do not get a water bill --

16                 MARY NARANJO:  Uh-huh.

17                 CHAIRMAN SMITH:  -- but -- but

18     this -- this would allow them to vote with a Social

19     Security card, with a Medicare card, with a Medicaid

20     card.

21                 MARY NARANJO:  Those are all things

22     old people have.

23                 CHAIRMAN SMITH:  I understand.  I'm

24     talking about --

25                 MARY NARANJO:  I'm sorry.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

103

1              CHAIRMAN SMITH:  -- my -- my -- I

2     understand.

3              REPRESENTATIVE BROWN:  It's next to

4     [sic] who belongs to AARP.  That's what he just

5     said.

6              MARY NARANJO:  Right.  Sorry.

7              CHAIRMAN SMITH:  My point is we're

8     talking about a number of people who say I don't

9     have this.  And depending on whether you're a young

10    person or an old person what you don't have may

11    vary.  But the question is, is there anybody out

12    there that doesn't have the ability to obtain the

13    proper identification.  And to the extent that that

14    is -- there are legitimate concerns of that -- of

15    that kind, I can assure you I think the Committee's

16    intent is to address them.

17              To the extent that we simply have a number

18    of people that can identify certain things that they

19    do not have while conceding that they have a lot of

20    other things that would allow them to vote, I don't

21    know that that testimony will be as persuasive.

22              REPRESENTATIVE BROWN:  Mr. Chairman --

23              CHAIRMAN SMITH:  Yes?

24              REPRESENTATIVE BROWN:  -- just one

25    relevant question here.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033727

104

1                    MARY NARANJO:  Yes.

2                    REPRESENTATIVE BROWN:  I think she

3          said she can only vote in Lufkin.  Is that where?

4                    MARY NARANJO:  Yes, ma'am.

5                    REPRESENTATIVE BROWN:  With her --

6          with her I.D. because a different address on the

7          I.D.  Is that correct?

8                    CHAIRMAN SMITH:  I understand.  But I

9          think it's the intent of this Committee if we do

10         what I think we're intending to do --

11                   MARY NARANJO:  Uh-huh.

12                   CHAIRMAN SMITH:  -- and I'm not clear

13         on frankly how the Senate language affects you.  I'm

14         not conceding that it adversely affects you, but

15         I -- I -- I know we can adopt language that does not

16         change current law in that regard.  I mean, it may

17         be that current law creates a problem for you to the

18         extent that your identification that is allowed

19         under current law is not at the proper address.  I

20         don't know.  But it's not our intent --

21                   MARY NARANJO:  Actually --

22                   CHAIRMAN SMITH:  -- to complicate

23         that any more than is necessary.  We had discussion

24         last night about the fact that you cannot --

25                   MARY NARANJO:  I heard.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006586

TX_00033728

105

1          CHAIRMAN SMITH:  -- completely remove

2     discretion from poll workers.  You don't want to do

3     that.  You don't want to create a bright -- bright

4     line test for where every letter of the I.D. must

5     match the voter registration card, or you're going

6     to create all kinds of problems.  You want to allow

7     some discretion on the part of the worker, but I --

8     but on the other hand I think you -- you want to --

9     some limits on the extent of discretion on the part

10    of the poll worker.  And that's the balance we're

11    going to be trying to strive.

12          MARY NARANJO:  I definitely

13    appreciate the intent of the Committee, especially

14    after listening to testimony for 12 hours yesterday.

15    So I understand you've heard a litany of issues in

16    regards to this.

17          Two things I would like to point out.  I

18    think there was a slight misunderstanding - and I

19    can explain it again if you want, or for the sake of

20    brevity, I can skip over it - that currently I can

21    register in Travis County because I live here.  But

22    if the -- the way that the law was interpreted, it's

23    the -- from my understanding from the Senate

24    language that I would not be able to vote with my

25    driver's license from Lufkin, because it has me as a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033729

106

1    resident in Lufkin, Texas.  So I could not vote in

2    Travis County.

3          The second thing that I would all -- the

4    second thing that I would also just like -- did you

5    need something?  Sorry.

6                UNIDENTIFIED REPRESENTATIVE:  I -- I

7    just -- we just had that discussion about your I.D.

8    and we discussed what it said in the law.  So we

9    went over that.

10               VICE CHAIR PENA:  Yes, Mr. Chairman.

11               CHAIRMAN SMITH:  I believe the

12    Indiana law specifically requires a driver's license

13    with certain information on this.

14          What this law requires is a driver's

15    license or personal identification card issued to

16    the person by the Department of Public Safety that

17    has not expired or that expired no earlier than two

18    years before date of presentation.  I think --

19               UNIDENTIFIED REPRESENTATIVE:  Uh-huh.

20               CHAIRMAN SMITH:  -- it provides you

21    with an opportunity to -- to persuade the poll

22    worker that -- that -- that though the address is

23    different because you're at the University of Texas

24    School of Law, that is your driver's license.  And I

25    believe --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

107

1          MARY NARANJO:  Uh-huh.

2          CHAIRMAN SMITH:  -- that's the same

3     thing that you currently have to do under current

4     law to the extent you try to vote with your driver's

5     license.

6          MARY NARANJO:  Which would bring up

7     the second thing.  And it seems like it -- you

8     know, the intent is to get people to vote that are

9     who they say they are, which is totally a legitimate

10    pursuit.

11         The issue is then in terms of getting this

12    legitimacy in the paperwork, there's a cost.  If a

13    student loses their I.D., it costs them $10.  If

14    they want to get a U.T. I.D., it cost them $10.  If

15    they want to get a driver's license, it costs them

16    $25.  And so there is a legitimate issue with it

17    cost -- you have to pay money to vote.  And that's

18    my personal opinion.

19         CHAIRMAN SMITH:  Well, and then

20    that's why it's significant that this legislation,

21    unlike some of the other pieces of legislation, does

22    not require you to get that photo I.D.  That's

23    why -- I think part of the reason why the Senate

24    bill allows an alternative other than a photo I.D.

25    that that -- that would allow those -- and I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

108

1      we have determined that we can presume it's a very

2      small percentage, 1.2 percent in Indiana,

3      Mississippi and Maryland.  And the presumption is

4      it's a little higher in Texas because of the fact we

5      have a larger minority community.

6                    MARY NARANJO:  Uh-huh.

7                    CHAIRMAN SMITH:  But we're talking

8      about a few percent of the people in the state that

9      are registered voters that do not already have photo

10     I.D.s.

11          With regard to that percent, I think

12     you're correct to the extent we mandated a photo

13     I.D., there would be potential arguments regarding a

14     mandated cost that -- that might be a barrier to

15     some people to the polls.

16          But under this bill, they're not doing

17     that.  They're allowing two non-photo

18     identifications without requiring anybody to get a

19     photo identification.  You understand that?

20                    MARY NARANJO:  I'm not -- I mean, I'm

21     not familiar with the percentage that you are

22     quoting.  But, I mean, there's plenty of --

23                    CHAIRMAN SMITH:  No.  The document

24     says that you have to --

25                    REPRESENTATIVE ANCHIA:  Can I ask her



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    a question?

2              CHAIRMAN SMITH:  -- to get a photo

3    I.D.

4         Representative Anchia.

5              REPRESENTATIVE ANCHIA:  Thank you.

6    Thank you.  Mr. Chairman.

7         I think I understand the point.

8              UNIDENTIFIED REPRESENTATIVE:  But you

9    have to have documents to get that.

10             REPRESENTATIVE ANCHIA:  I think I

11   understand.  I'm going to try to ignore the sidebar

12   conversation --

13             MARY NARANJO:  No problem.

14             REPRESENTATIVE ANCHIA:  -- and try to

15   answer your question.

16        I think I understand the point that you're

17   trying to make.  The language of the Senate bill --

18   and we're not talking about the intent of the

19   Committee, but rather you're talking about the

20   Senate bill, is that your identity needed to be

21   verified by the poll worker from the proof

22   presented.  Right?

23             MARY NARANJO:  Exactly.  Yes, sir.

24             REPRESENTATIVE ANCHIA:  And that is

25   different than the current presentment standard; it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033733

110

1     is an identity standard.  Correct?

2            And the point I think you're trying to

3     make is that because you have a -- your registration

4     is in Travis County -- it may have your name and

5     your photograph, but at the same time your --

6     your -- your license has your Lufkin address, that,

7     in fact, it might be difficult for a poll worker to

8     say, well, this is the same person that is on the

9     rolls from the proof presented, because it has

10    conflicting addresses.  Is that your concern?

11                MARY NARANJO:  Yes, sir.

12           And in addition to that, not only is that

13    my personal concern, but there's also been actual

14    instances in Virginia, in Michigan, in Pennsylvania

15    where students who went to polling locations --

16    while the intent of the Committee may be different,

17    the actual implications and, like I say, the

18    logistics of carrying out the legislation is

19    different sometimes than what the hope is.

20           Like, we didn't hope to get into a

21    recession, but guess what, we are in one.  So --

22                REPRESENTATIVE ALISEDA:  And you

23    represent college students.  Correct?

24                MARY NARANJO:  Yes, sir.

25                REPRESENTATIVE ANCHIA:  From across



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033734

111

1      the country.  Correct?

2                      MARY NARANJO:  75,000.

3                      REPRESENTATIVE ANCHIA:  So under the

4      Senate bill if the two forms of I.D. that I had when

5      I showed up at the polls were an out-of-state

6      driver's license, say from Oklahoma, and my Southern

7      Methodist University I.D., would I be able to vote

8      under this bill?

9                      MARY NARANJO:  No.  And, actually,

10     that's a specific case.

11                     REPRESENTATIVE ANCHIA:  Okay.  Would

12     I be able to do it if I had an out-of-state driver's

13     license and a Baylor University I.D.?

14                     MARY NARANJO:  No.

15                     REPRESENTATIVE ANCHIA:  Would I be

16     able to do it if I had an out-of-state driver's

17     license and a Trinity University I.D.?

18                     MARY NARANJO:  No.

19                     REPRESENTATIVE ANCHIA:  Or a Rice

20     I.D.?

21                     MARY NARANJO:  No.

22                     REPRESENTATIVE ANCHIA:  Okay.

23     Because those are all private schools and are not

24     covered under the bill.  Right?

25                     MARY NARANJO:  That's correct.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033735

112

1          REPRESENTATIVE ANCHIA:  So if those

2     are the only two types of I.D. that you brought to

3     the poll and assume they both had your photo on

4     them, right, a private university I.D. and an

5     out-of-state driver's license, you would not be able

6     to vote under the Senate bill.  Is that not correct?

7               MARY NARANJO:  That is correct.

8               REPRESENTATIVE ANCHIA:  And didn't

9     that happen quite a bit in Indiana?

10              Weren't there a lot of college students

11    there who are U.S. citizens, validly registered, of

12    age, and they were turned away at the polls?  Is

13    that not correct?

14              MARY NARANJO:  Yes.  The same thing

15    happened in Florida, which is another one of the

16    three states that we continue to reference, and then

17    we also had problems in South Carolina and Colorado.

18              REPRESENTATIVE ANCHIA:  The

19    respect -- the intent of having a broad list of

20    documents.  But if you show up to the polls with

21    just -- with two forms of photo I.D., one being your

22    out-of-state driver's license and one being a

23    college -- a private college photo I.D., you're not

24    going to be able to vote, even though otherwise

25    you're eligible?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033736

113

1              MARY NARANJO:  One, you're not going

2      to be able to vote.  And, two, the (inaudible) which

3      actually goes as far as to strike other state I.D.s.

4      So it's actually --

5              REPRESENTATIVE ANCHIA:  Affirmatively.

6              MARY NARANJO:  Exactly.  So we're

7      actually regressing.

8              REPRESENTATIVE ANCHIA:  And in past

9      sessions -- I don't know if you're aware, but I

10     worked on this in the 2005 session and 2007 session.

11     Those bills were amended or introduced with

12     provisions for I.D.s from other -- from other

13     universities including private universities from

14     within the State and public universities from

15     outside the State.

16         So I -- I -- I know -- those -- those

17     provisions are noted -- noticeably absent --

18             MARY NARANJO:  Right.

19             REPRESENTATIVE ANCHIA:  -- from the

20     Senate bill.

21             MARY NARANJO:  I mean, in addition to

22     that, students who would be attending the University

23     of Texas who would decide to change their domicile

24     or consider home [sic], there are numerous examples,

25     the most noticeable one being Virginia where



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006595

TX_00033737

114

1    students at Virginia Tech received a release from

2    the Montgomery County Registrar saying that students

3    would face serious consequences for registering in

4    Virginia including being dropped from their parents'

5    health insurance or voiding their status as

6    dependents on their parents' tax returns.  So in

7    addition to the fact that students, let's say, at

8    the University of Texas could vote with their U.T.

9    I.D., the intent and continued disenfranchisement of

10   young people who vote, mainly because we happen to

11   have actually shown up this year, congrats to us, we

12   are actually being intimidated in disproportionate

13   amounts in what seem to be swing states like

14   Florida, Michigan, Virginia, Pennsylvania, Colorado.

15   And that -- I mean, I think that there's a clear --

16   a clear issue with where these instances are

17   occurring and how people are -- are reacting.

18           In fact, another notable case would be

19   North Carolina, where we had students on the UNCW's

20   campus when addresses could not be verified for poll

21   workers, students were turned away.  Some also said

22   they never received voter registration cards and

23   they could not find their registration status

24   online.

25           REPRESENTATIVE ANCHIA:  Let's talk



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033738

115

1    really quickly about Texas.  I want to ask you --

2    this is -- this is the last question.

3           If this Senate bill passed the House and

4    was signed by the Governor and became law as is, do

5    you believe that college students in Texas would be

6    disenfranchised?

7               MARY NARANJO:  Yes.

8               REPRESENTATIVE ANCHIA:  What is an

9    acceptable level of U.S. citizen eligible college

10   students -- college students -- what is an

11   acceptable level of disenfranchisement for the

12   members of -- of your organization?

13              MARY NARANJO:  I -- I think the fact

14   that we've been working so hard as a democracy to

15   say you want to participate and be counted as a real

16   citizen of the U.S., you have to go and vote, you

17   have to participate.  I think the fact that now

18   we're saying, no, not only do you have to be alive,

19   kicking and (inaudible) to show up, now you have to

20   have these documents, which cost money to have, or

21   you have to go through this process to get this

22   document.

23           Right now, voting is free in the State of

24   Texas.  When you go to register to vote you either

25   put in your Social Security number, your I.D. number



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033739

116

1    or check none or --

2                    REPRESENTATIVE ANCHIA:  So I think

3    I'm hearing your answer is zero.

4                    MARY NARANJO:  Exactly.

5                    REPRESENTATIVE ANCHIA:  Okay.

6                    MARY NARANJO:  I would say one is too

7    many when we're still trying -- when we still have

8    voter participation of 42.8 percent on average since

9    1945.

10                    REPRESENTATIVE ANCHIA:  Are you aware

11   of -- and I know I said it was my last question.

12   But are you aware of any cases of voter

13   impersonation among college students in Texas?

14                    MARY NARANJO:  No.  We have people

15   dress up as Mario Brothers when they voted, but they

16   didn't say they were Mario Brothers.

17                    REPRESENTATIVE ANCHIA:  Okay.  Thank

18   you for your testimony.

19                    CHAIRMAN SMITH:  Any other questions,

20   Members?

21                    Let me just say that I -- I don't know how

22   many students we have at private universities that

23   would not have any of the documents on this list,

24   which include a variety of documents, but I -- I --

25   I do not understand and can't imagine where a photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033740

117

1    identification from any private university in this

2    state would not be sufficient --

3                    MARY NARANJO:  Well --

4                    REPRESENTATIVE ANCHIA:  -- like our

5    alma mater, Mr. Chairman.

6                    CHAIRMAN SMITH:  Absolutely.

7                    MARY NARANJO:  If the language said

8    that, then that would be fine.

9           Again, the intent of the Committee is

10   different than the language in the Senate bill.  And

11   I think that's where there are discrepancies and

12   confusion.

13          And I'm sorry Representative Bonnen is not

14   here to hear me explain this, but if you look at

15   Subsection B, which is the no photo I.D. documents

16   that you can have, a utility bill is not commonly

17   had by a student who's a freshman living in a

18   dormitory.  A birth certificate costs money to get,

19   and you have to actually go to the county where you

20   were born to get it in some states.  Citizenship

21   papers issued to a person -- a passport costs money,

22   citizenship papers cost money.  Again, the

23   discrepancy here is that students could get some of

24   this stuff, yes.  That's not the issue.  It's that

25   it's going to cost money for them to get this --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006599

TX_00033741

118

1     these documents that you are requesting.  And if the

2     state wants to make these documents fully available

3     to students and let students of private universities

4     vote and inform everyone in the State of Texas that

5     they have to have this information to vote, then I

6     don't think there would be really an issue.

7             But the fiscal note that was attached to

8     this bill does not indicate a willingness to do

9     that, only $2 million.  That -- I mean, a holistic

10    perspective if -- if we want to put our money where

11    our mouth is, well, then, people can put their votes

12    where their votes are.  I mean --

13             CHAIRMAN SMITH:  I think -- I think

14    you've identified one thing we can add to the list

15    of photo identifications, and that's why we have

16    public testimony.  And we appreciate you taking the

17    time to be with us today.  I didn't know if you

18    realized this morning when you got up and put on

19    that red coat what confusion you were going to

20    cause.

21             MARY NARANJO:  I know what's going

22    on.  Right?

23             CHAIRMAN SMITH:  Thank you.

24             MARY NARANJO:  Thank you for having

25    me.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033742

119

1             CHAIRMAN SMITH:  You bet.

2             UNIDENTIFIED REPRESENTATIVE:  Can I

3      see this?

4             CHAIRMAN SMITH:  At this time the

5      Chair calls Skipper Wallace representing the Texas

6      Republican County Chair's Association testifying in

7      favor of Senate Bill 362.

8             Please state your name and who you

9      represent.

10            SKIPPER WALLACE:  Mr. Chairman, my

11     name is Skipper Wallace.  I represent the Texas

12     Republican County Chairman's Association, and we do

13     support the bill.

14            I have a solution for this young lady's

15     problem.

16            CHAIRMAN SMITH:  Okay.

17            SKIPPER WALLACE:  All she's got to do

18     is declare she's an adult and change her address on

19     her driver's license as any other student in any of

20     these other universities do and they can vote.

21            There's been a lot of testimony about

22     different kinds of voter fraud.  We're talking about

23     impersonation today, voter impersonation and voter

24     fraud through voter impersonation.  We've taken all

25     kinds of testimony about voter fraud, about how many


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033743

120

1      cases there are of voter impersonation or how many

2      cases there aren't of voter impersonation.

3              I've been an election judge -- I've been a

4      county chair for 18 years; I've been election judge

5      in one capacity or another for all those 18 years.

6      I can guarantee you we've got a room full of

7      election judges and election workers here.

8              You cannot prove voter impersonation

9      unless you know personally the person that's

10     presenting the fake I.D. card or the -- or the voter

11     registration card that is not theirs.  There is no

12     way to prove it.  And that leads to the second

13     problem.  We can't prove voter impersonation,

14     because we don't have any cases logged and filed and

15     with the Attorney General or the local D.A. because

16     the folks are already gone.  The only way we know

17     we've had voter impersonation is if we get a whole

18     bunch of signatures that look like they match or if

19     we get dead people after we checked the rolls after

20     the election that voted.  And that's -- that's the

21     only way that we can know that we've had voter

22     impersonation.  Voter impersonation is almost

23     impossible to prove.

24              There's been talk about delaying the

25     implementation of this bill for another four years.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033744

121

1    Mr. Chairman, I've been working on this bill for six

2    years already.  This bill does not need to be

3    delayed any longer.  It needs to be passed now.  And

4    it needs to be passed in as strict a form as we can

5    possibly do to get it passed and still get the House

6    votes to get it there.

7         One of the main complaints that we have on

8    this bill, it's difficult for seniors, the poor and

9    the handicapped to get photo I.D.  We've agreed in

10   the bill or in -- I think in all our discussions

11   that we would put forward an education program in

12   the bill, we would put together an increased voter

13   registration effort to -- and we would also have no

14   cost for anyone that didn't have the money to pay

15   for the bill.  The Secretary of State's office says

16   that there was 12.7 registered voters in the last

17   primary.  There is 14 million driver's licenses and

18   4 million I.D. cards, and there are 5.3 million more

19   government-issued I.D. cards in the State of Texas

20   than there are registered voters to vote.  So I

21   would like to know who didn't have an I.D. card.

22        I beg you to stop perpetuating voter fraud

23   and pass a good voter I.D. bill.  Thank you.

24        Be glad to answer any questions.

25             CHAIRMAN SMITH:  Questions, Members,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006603

TX_00033745

                                                              122
1       for Mr. Wallace?

2                    REPRESENTATIVE VEASEY:  (Inaudible).

3                    CHAIRMAN SMITH:  Members of the

4       Committee, anybody -- I'm going to come to you,

5       Mark, but first of all, Members of the Committee?

6                Mark?  Representative Veasey.  There's a

7       button under there somewhere.

8                    REPRESENTATIVE VEASEY:  Yeah.

9       (Inaudible).

10                   CHAIRMAN SMITH:  Wrong one.

11                   REPRESENTATIVE VEASEY:  (Inaudible).

12                   CHAIRMAN SMITH:  Yes, sir.

13                   REPRESENTATIVE VEASEY:  Sorry about

14      that.  Okay.  Where are you from, again?

15                   SKIPPER WALLACE:  Lampasas, Texas.

16                   REPRESENTATIVE VEASEY:  Lampasas.

17      Okay.

18               How many instances of voter impersonation

19      has there been in Lampasas?

20                   SKIPPER WALLACE:  Who knows?  We

21      can't prove it.

22                   REPRESENTATIVE VEASEY:  If there were

23      evidence presented to you -- and I know that you

24      weren't here last night, but --

25                   SKIPPER WALLACE:  Oh, yes, I was,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033746

123

1    until midnight.

2                    REPRESENTATIVE VEASEY:  You were?

3    Okay.  So even after some of the witnesses came and

4    said there would be certain groups that could be

5    disenfranchised and they would be denied their right

6    of suffer-age, did that help move you at all?

7                    SKIPPER WALLACE:  I -- I appreciated

8    the lesson we got on black history last night about

9    all the suffer-age the black people have gone

10   through, and I sympathize with you on that.  And we

11   have tried to do everything we possibly can do by

12   legal or whatever means to -- to take care of those

13   things.  And I think we have done that, or we make a

14   genuine effort to do that.  We certainly don't want

15   to disenfranchise anybody from voting, particularly

16   minorities, anybody from voting.  Every vote counts.

17   We want to make sure that every vote that is cast is

18   cast by someone that is supposed to be voting and

19   not canceled out by someone who is not supposed to

20   be voting.

21                    REPRESENTATIVE VEASEY:  If -- if

22   there were measures or amendments that would make it

23   to where someone who legally did have the right to

24   vote -- where they were not committing voter

25   impersonation but, for whatever reasons that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033747

124

1    heard last night, didn't have an I.D., would you be

2    willing to work with, you know, myself and members

3    of the minority community, various members of your

4    communities?

5              And I'm sure that you have a diverse

6    community; maybe not --

7                   SKIPPER WALLACE:  Very, very diverse.

8                   REPRESENTATIVE VEASEY:  Yeah.  But

9    would you be willing to work with members of that

10   community on -- on compromise and make sure that

11   everybody's vote counted?

12                  SKIPPER WALLACE:  Sure.  In fact, we

13   have had many discussions about how to take care of

14   folks through increased voter registration efforts,

15   through increased voter education.  We're more than

16   willing to try to work with anybody that feels like

17   they have been suppressed from voting to try to

18   solve that problem.  We do not want anybody to feel

19   like they're suppressed.  Yes, sir.

20                  UNIDENTIFIED REPRESENTATIVE:

21   Representative --

22                  CHAIRMAN SMITH:  Representative.

23                  REPRESENTATIVE BROWN:  Mr. Wallace --

24                  SKIPPER WALLACE:  Yes, ma'am.

25                  REPRESENTATIVE BROWN:  -- we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033748

125

1     appreciate you sticking with us tonight.

2                    SKIPPER WALLACE:  I'm always there.

3                    REPRESENTATIVE BROWN:  And nice to

4     see you again today.

5          Do you share the -- the opinion that we

6     would actually be helping a lot of people by giving

7     them means by which they can attain -- obtain a

8     voter I.D. or a -- an I.D., people who are now

9     suffering the consequences of not being able to

10    prove their identity for anything?

11                   SKIPPER WALLACE:  I certainly want to

12    do everything we can do to provide I.D.s to folks

13    who do not have I.D.s.  I just stated in my

14    testimony a while ago that we have 5.3 million more

15    government-issued I.D.s in the State of Texas than

16    what we have registered voters.  I'm trying to

17    figure out who doesn't have an I.D. already.

18                   REPRESENTATIVE BROWN:  Uh-huh,

19    uh-huh.  That number does bring some questions to

20    mind, does it not?

21                   SKIPPER WALLACE:  It does to me.

22                   REPRESENTATIVE BROWN:  It certainly

23    makes it look like we perhaps don't have quite as

24    many people without I.D.as has been previously --

25                   SKIPPER WALLACE:  I'm sure there are



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033749

126

1      some.

2                     REPRESENTATIVE BROWN:  Do you

3      remember the days when Debra Danberg was Chairman of

4      Elections in the House?

5                     SKIPPER WALLACE:  I -- I do.

6                     REPRESENTATIVE BROWN:  I just --

7      someone brought me a quote from her yesterday.  It

8      was a few days -- I mean, a few years ago.

9                     SKIPPER WALLACE:  Yes, ma'am.

10                     REPRESENTATIVE BROWN:  It was printed

11     in the Wall Street Journal, and this was back in the

12     year 2000.  "State Representative Debra Danberg, a

13     Democrat who was Chairwoman of the Elections Panel

14     of the Texas Legislature, says such cases that have

15     been presented strengthen her resolve to press for

16     reforms, even if many older voters don't want it."

17              "To me, this is victimizing the elderly,"

18     she says.  "I wish the older citizens' lobby groups

19     would see the fraud I'm seeing and start reacting

20     like victims of fraud."

21              So even in 2000, Ms. Danberg was seeing

22     that there was fraud going on.  She -- she was --

23     she was seeing the effects of it and -- and saying

24     that she hoped -- that she wished that more people

25     would step forward and let's end this.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033750

127

1              SKIPPER WALLACE:  Well --

2              REPRESENTATIVE BROWN:  So I thought

3    this was a significant quote.

4              SKIPPER WALLACE:  I -- I think it is

5    a very good quote and a good feeling that she had.

6    That was before Mary Denny's time.

7              REPRESENTATIVE BROWN:  Right.

8              SKIPPER WALLACE:  Mary Denny was the

9    one that really started working hard on the voter

10   I.D. bill.

11             REPRESENTATIVE BROWN:  Uh-huh.

12             SKIPPER WALLACE:  And I worked with

13   her.  I worked with the Chairman before Mr. Smith

14   and I --

15             REPRESENTATIVE BROWN:  And so you

16   know that I carried Mary Denny's bill last year.

17             SKIPPER WALLACE:  I'm very aware you

18   carried Mary Denny's bill, and I -- I testified on

19   it a number of times, too.

20             REPRESENTATIVE BROWN:  I know you

21   did.

22             SKIPPER WALLACE:  I really feel like,

23   you know, that we're -- that -- the problem is we

24   can't prove that there isn't voter I.D. fraud.  The

25   Democrats, Mr. Anchia or whoever his constituents,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033751

128

```
 1        can't prove that there, you know, is.  We can't
 2        prove that there is, you can't prove that there
 3        isn't.
 4                      REPRESENTATIVE BROWN:  Uh-huh.
 5                      SKIPPER WALLACE:  My thinking is
 6        we've got lots of election problems in the fraud
 7        area.
 8                      REPRESENTATIVE BROWN:  That's right.
 9                      SKIPPER WALLACE:  We might have some
10        voter suppression issues that we need to address.
11        But let's address this one and get it behind us.
12        Then we'll work on the -- the ballot by mail.  And I
13        know we have problems in the ballot by mail.
14                      REPRESENTATIVE BROWN:  And I agree.
15        I think this is just a baby step that we
16        absolutely --
17                      SKIPPER WALLACE:  We -- we -- I
18        think --
19                      REPRESENTATIVE BROWN:  -- before we
20        do anything else.
21                      SKIPPER WALLACE:  -- everybody wants
22        the best elections that we can get.  And we've got
23        to do it -- we've got to temper justice with mercy.
24        And I understand -- my friend Raphael over here, we
25        talk about these things all the time.  And I know
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033752

129

1     he's got one opinion and I've got another, and

2     that's okay.  That's what it's all about.  But I

3     started to bring my -- my passport for you today,

4     Raphael, but you didn't ask for it.  But anyway --

5              UNIDENTIFIED REPRESENTATIVE:  That's

6     a different bill.

7              SKIPPER WALLACE:  That's a different

8     bill.

9              REPRESENTATIVE BROWN:  Do you have --

10    by the way, do you have your voter registration

11    card?

12             SKIPPER WALLACE:  I have my voter

13    registration card, I have my handgun license, I have

14    my driver's license.  I -- I'm -- I'm very I.D.ed.

15             REPRESENTATIVE BROWN:  I have all of

16    those, too.  And I --I never --

17             SKIPPER WALLACE:  I don't have

18    (inaudible) with me, though.

19             REPRESENTATIVE BROWN:  -- take my

20    voter card out of my billfold.  And I can't figure

21    out these people that can never find their voter

22    registration card --

23             SKIPPER WALLACE:  I cannot, either.

24             REPRESENTATIVE BROWN:  -- because

25    mine stays there with my driver's license.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033753

130

1          SKIPPER WALLACE:  I'm sorry Mr. Bohac
2    can't find his, but...
3          REPRESENTATIVE BROWN:  Thank you,
4    Mr. Wallace.
5          SKIPPER WALLACE:  Yes, ma'am.
6          CHAIRMAN SMITH:  Representative
7    Anchia.
8          REPRESENTATIVE ANCHIA:  I just want
9    to say to Skipper thank you for staying up with us
10   yesterday and being here to testify on the bill.
11          I would love to engage you on a more
12   in-depth discussion of mail-in ballot fraud.  It is
13   clearly a problem, and I think you talked about
14   Representative Dan -- former Chairwoman Danberg's
15   concern about mail-in fraud.  I just want to state
16   for the record that the Senate bill does nothing --
17          SKIPPER WALLACE:  I understand that.
18          REPRESENTATIVE ANCHIA:  -- to remedy
19   mail-in fraud.
20          SKIPPER WALLACE:  I understand that.
21          REPRESENTATIVE ANCHIA:  You share
22   that concern.
23          And if -- if the Republican county
24   officials group that you represent has a plan to
25   deal with that, I'd really appreciate if you brought



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033754

131

1     it forward so we could work constructively on that.

2                    SKIPPER WALLACE:  I would certainly

3     love to work with you solving the voter fraud

4     problem, but if you'll help me solve this one first,

5     then we'll work on that one, I promise you.

6                    REPRESENTATIVE ANCHIA:  Let's --

7                    SKIPPER WALLACE:  I promise you.

8                    REPRESENTATIVE ANCHIA:  -- let's

9     solve all the fraud at the same time.

10                   SKIPPER WALLACE:  Well, you

11    know, that's ideal.  I would love to do that, but I

12    don't think it's realistic.  And I'm a very

13    realistic, down-to-earth, commonsense kind of guy.

14    And I know things are hard to get through the

15    legislature, because there's two sides to

16    everything.  And if we can get this one, that's one

17    small problem out of the way, and then we can work

18    on the next biggest problem, then the next biggest.

19    And soon maybe we'll have them all solved.  I doubt

20    it; not in my lifetime.

21                   REPRESENTATIVE ANCHIA:  No.  My view,

22    I -- and I agree with you --

23                   SKIPPER WALLACE:  You're a lot

24    younger than I am.

25                   REPRESENTATIVE ANCHIA:  -- we should



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006613

TX_00033755

1    prioritize.  So if we have a big problem that we

2    know exists in mail-in ballots, let's tackle it.

3    And the problems that you don't have evidence for or

4    really none --

5                    SKIPPER WALLACE:  We may have a big

6    voter impersonation problem that we don't know

7    before.  We think we do.  There is lots of folks out

8    here that's going to testify that they've seen cases

9    of it.

10                   REPRESENTATIVE ANCHIA:  There are

11   people who believe in UFOs who have never seen one,

12   either.

13                   SKIPPER WALLACE:  I understand that,

14   too.

15                   REPRESENTATIVE ANCHIA:  Thank you,

16   Mr. Wallace.

17                   SKIPPER WALLACE:  Thank you.

18                   UNIDENTIFIED REPRESENTATIVE:  And

19   Mr. Wallace --

20                   SKIPPER WALLACE:  Yes, sir.

21                   UNIDENTIFIED REPRESENTATIVE:  -- we

22   heard from Buck Wood here today.

23                   REPRESENTATIVE ANCHIA:  I listened to

24   Mr. Wood's testimony.

25                   UNIDENTIFIED REPRESENTATIVE:  And his



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033756

133

1        opinion after having looked at this for years was

2        the only way he knew to get at it was to go back to

3        the old law where you had to have an excuse when

4        you're over 65 on how to vote by mail.  That was his

5        opinion.

6                    SKIPPER WALLACE:  I -- I -- I --

7        well, I don't think we're here to just vote about

8        mail problems today.

9                    UNIDENTIFIED REPRESENTATIVE:  Do you

10       know of any -- believe me, I don't know why we can't

11       try to solve voter registration fraud as a part of

12       this or other legislation this session.

13                   What we need is an I.D. that would solve

14       that problem that would not result in anybody being

15       accused of voter suppression, because my

16       impression - and I think this happened in -- in --

17       when Representative Woolens filed his legislation in

18       early 2000 to try to get at the problem of

19       harvesting votes in senior citizens homes - is he

20       was accused of trying to suppress voters, also.

21       It's -- it's -- you know, believe me, I think

22       everybody on this Committee is prepared to address

23       that problem.  And we just need a good idea that

24       would solve it and that -- where we could all agree

25       that we're solving this problem and nobody would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033757

134

1     accuse anybody of trying to suppress any legal vote.

2               SKIPPER WALLACE:  Well, that's always

3     the situation, Mr. Chairman, is that when we tighten

4     up the process we're accused of suppression.  When

5     we try to make it easier for people to vote, we're

6     accused of making it, you know, too easy and voter

7     fraud creeps in.  So I don't know that there is a

8     magic bullet.

9               I think that between you smart folks you

10    can come up with a -- maybe a solution to that.

11    We'll be glad to help you with that.  I don't have

12    the magic bullet.  I wish I did, I tell you.

13              CHAIRMAN SMITH:  Representative

14    Brown.

15              SKIPPER WALLACE:  Yes, ma'am.

16              REPRESENTATIVE BROWN:  Just one other

17    comment.  Your statement -- one of your statements

18    brought to mind a testimony that was given in the

19    Senate when they were hearing the bill --

20              SKIPPER WALLACE:  I was there, too.

21              REPRESENTATIVE BROWN:  -- from the

22    gentleman from --

23              SKIPPER WALLACE:  Twenty-seven hours.

24              REPRESENTATIVE BROWN:  Yes.  You

25    think -- you probably remember the gentleman from



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

135

1      Indiana talking about once they passed the -- the

2      I.D. bill in Indiana --

3                    SKIPPER WALLACE:  Uh-huh.

4                    REPRESENTATIVE BROWN:  -- he said

5      suddenly there was an atmosphere of cooperation; we

6      were able to get things done.  The Democrats and

7      Republicans worked together - excuse me - and we

8      went on and passed a lot of needed legislation,

9      working together.  But for some reason the voter

10     I.D. bill had become a wedge issue and --

11                   SKIPPER WALLACE:  As it is here.

12                   REPRESENTATIVE ANCHIA:  -- and had

13     stood in the way of getting other things done.

14          Once they got it out of the way they were

15     able to work on many other things together.  And

16     that's --

17                   SKIPPER WALLACE:  I think --

18                   REPRESENTATIVE BROWN:  -- what I'm

19     hoping for Texas.

20                   SKIPPER WALLACE:  -- one of the

21     things, it brings voter confidence back in the

22     system --

23                   REPRESENTATIVE BROWN:  Amen.

24                   SKIPPER WALLACE:  -- that say, why do

25     I need to go vote?  You know, mine's going to get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1      canceled out by somebody through whatever reason,

2      voter impersonation by mail, whatever reason.  We've

3      got lots of problems in the election processes.

4              But I think if we can get past this hurdle

5      and get these problems solved where we have a little

6      bit more creditability in the election process, the

7      next hurdle we'll tackle is mail-in ballots, which

8      we know we have a problem there, too.  You know,

9      we've got a lot of problems we've got to work on in

10     the State, not just voter problems.  But these are

11     some of the ones -- these are the basic platform for

12     our whole society, for our whole country is our

13     election process.  If we don't have creditability in

14     the election process, then, you know, as we found

15     out in Linda Harper-Brown's -- it doesn't take very

16     many bogus votes to flip an election.  And it's --

17     you know, we like to lost her.

18                     REPRESENTATIVE BROWN:  To me, it's so

19     important that we prove that we can get control of

20     our elections and provide more integrity --

21                     SKIPPER WALLACE:  I think so.

22                     REPRESENTATIVE BROWN:  -- because we

23     are the ones that are trying to export democracy --

24                     SKIPPER WALLACE:  Yeah.

25                     REPRESENTATIVE BROWN:  -- Democratic


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

137

1      elections to other countries.  For us to lose

2      control of ours and it not be --

3                    SKIPPER WALLACE:  Well, the simple

4      thing about it here in the United States is that we

5      have such a trusting system.  We have an honor

6      system.

7                    REPRESENTATIVE BROWN:  Uh-huh.

8      (Inaudible).

9                    SKIPPER WALLACE:  We're the only

10     country in the world that goes on the honor system.

11     Even in Mexico, right across the border --

12                   REPRESENTATIVE BROWN:  Correct.

13                   SKIPPER WALLACE:  -- which I would

14     have thought their system was much more loosy-goosey

15     than ours, they require biometrics.  You

16     know, you've got to have a thumbprint, you've got to

17     have an I.D. card, no question.  You don't vote or

18     you got it, one or the other.

19          Of course, even in Iraq now they've got to

20     stick their finger in the blue ink to vote.  That

21     might be a good thing here.  Who knows.  We'd sure

22     cut out multiple voting.

23                   UNIDENTIFIED REPRESENTATIVE:  My kids

24     really want to move to Iraq and Mexico, too.

25                   SKIPPER WALLACE:  I don't, either,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

138

1    sir.

2              UNIDENTIFIED REPRESENTATIVE:  What

3    votes -- what votes -- how many bogus votes were

4    there in Ms. Harper-Brown's election?

5              SKIPPER WALLACE:  I think it was -- I

6    don't know.  I think she was finally elected by 14,

7    I believe.  But that's --

8              UNIDENTIFIED REPRESENTATIVE:  Okay.

9    And how many -- how many of the 40,000 were bogus?

10             SKIPPER WALLACE:  I couldn't tell

11   you, sir.

12             UNIDENTIFIED REPRESENTATIVE:  Well,

13   then, why did you just say that bogus votes almost

14   cost her her seat?

15             SKIPPER WALLACE:  Well, that were --

16   some news articles that I read --

17             UNIDENTIFIED REPRESENTATIVE:  That

18   said what?

19             SKIPPER WALLACE:  That said there

20   were a number of votes in question.  And I think

21   they had to recount them three times.  And --

22             UNIDENTIFIED REPRESENTATIVE:  And

23   they counted them three times.  And how many bogus

24   votes did they find?

25             SKIPPER WALLACE:  I don't know, sir.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006620

TX_00033762

139

1       I can't testify to that.

2                   UNIDENTIFIED REPRESENTATIVE:  Then

3       why did you come up here and just tell this

4       Committee she almost lost her seat because of bogus

5       votes?  I'm just curious.  That -- I'm just -- I

6       want to know the answer.

7                   People say things.  It's easy to say

8       things.

9                   SKIPPER WALLACE:  Well, there were a

10      number of questionable votes.  I don't know --

11                  UNIDENTIFIED REPRESENTATIVE:  And

12      they counted them three times.

13                  SKIPPER WALLACE:  -- wasn't involved

14      in that process.

15                  UNIDENTIFIED REPRESENTATIVE:  They

16      counted them three times?

17                  SKIPPER WALLACE:  That was my

18      understanding.

19                  UNIDENTIFIED REPRESENTATIVE:  And her

20      opponent picked up in votes after they recounted

21      them.  She won.

22                  SKIPPER WALLACE:  Good.

23                  UNIDENTIFIED REPRESENTATIVE:  So I

24      still -- if she almost -- if you almost lost her

25      because of bogus votes, I would like to know what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033763

140

1    they are.

2                    SKIPPER WALLACE:  Well, if she were

3    here maybe she could answer that question.

4                    UNIDENTIFIED REPRESENTATIVE:  You

5    said it.  She didn't.

6                    SKIPPER WALLACE:  She's the expert.

7                    UNIDENTIFIED REPRESENTATIVE:  Okay.

8                    SKIPPER WALLACE:  I'm a public

9    testimony.  Remember?

10                   UNIDENTIFIED REPRESENTATIVE:  You're

11   what?

12                   SKIPPER WALLACE:  Public testimony.

13                   UNIDENTIFIED REPRESENTATIVE:  Well,

14   she's a member of the public, too.  We only get paid

15   $35 a month.

16                   UNIDENTIFIED REPRESENTATIVE:  He's

17   referring to the fact that last night we had expert

18   testimony and today it's public testimony.

19                   UNIDENTIFIED REPRESENTATIVE:  Okay.

20                   CHAIRMAN SMITH:  Members, any other

21   questions?  Thank you, Skipper.

22                   SKIPPER WALLACE:  Thank you,

23   Mr. Pena.

24                   REPRESENTATIVE VEASEY:  All right.

25   Mr. Chairman --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006622

141

1                CHAIRMAN SMITH:  Yes.

2                REPRESENTATIVE VEASEY:  -- can you

3       hear me okay?  Because the light's not coming on.

4                CHAIRMAN SMITH:  I can hear you.  Go

5       ahead.

6                REPRESENTATIVE VEASEY:  Okay.  I

7       wanted to just point out that Mr. Skipper [sic] in

8       his testimony when I pointed out about, you know,

9       voter suffer-age and people being able to exercise

10      their right to vote, that Mr. Skipper said that he

11      would be supportive in this, that [sic] would make

12      sure that everybody that has the legal right to vote

13      in this country -- even if they didn't have an I.D.,

14      that he wanted to make sure that no one that could

15      legally vote lost their suffer-age.  So I think

16      that's particularly important for our Republican

17      friends to take forward with them as we proceed

18      along with this particular debate.  So I just want

19      to point that out.

20                VICE CHAIR PENA:  Thank you,

21      Representative Veasey.

22                Okay.  The Chair calls Luis Figueroa.

23                Luis, I have you here from MALDEF, but why

24      don't you go ahead and state your name and who you

25      represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033765

142

1            LUIS FIGUEROA:  Thank you, Vice

2    Chair, Chairman.  My name is Luis Figueroa.  I'm the

3    Legislative Staff Attorney at the Mexican American

4    Legal Defense & Educational Fund, MALDEF.  And we

5    are here in opposition to Senate Bill 362.

6            MALDEF is a legal organization founded in

7    San Antonio, Texas to protect and promote Latino

8    civil rights including voter rights.  And we want to

9    inject some new information to this debate based on

10   some of the litigation that we've done.  We

11   understand that the Committee is trying to weigh the

12   cost of benefits of stopping potential voter fraud

13   or unproven voter impersonation versus preventing

14   access to the ballots.  And the best information we

15   have about that is from our litigation in Gonzalez

16   v. Arizona (phonetic) in which MALDEF served as lead

17   counsel for the plaintiffs.  This is important

18   information from Arizona, because it's the closest

19   to what's being proposed by Senate Bill 362.  In

20   Arizona you prepare a photo I.D.  If you don't have

21   one, you present two non-photo I.D.s.  So it's

22   probably the closest state to what is being proposed

23   by Senate Bill 362.  What we learned in Arizona is

24   there weren't that many or there were actually no

25   supportive (inaudible) incidence of voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006624

TX_00033766

143

1    impersonation.  If mister -- and there was something

2    of a -- a solution in search of a problem.

3           But during these investigations we found

4    that what happened was when a person was -- did not

5    have representative documentation they would cast a

6    provisional ballot which would actually count the

7    number of people who were disenfranchised based on

8    the lack of identification.  They were told to

9    return within five days.  And if they did not return

10   within five days their vote was not counted.

11          Across three federal elections, the 2006

12   primary, the 2006 general, and the 2008

13   Presidential, 4194 votes cast conditional

14   provisional ballots that were never counted because

15   a voter could not provide the required I.D.

16          Now, in Texas, we know we cast 42,000

17   provisional ballots.  And under our current law,

18   which requires only one form of identification,

19   there were about under 400 voters who were unable to

20   cast -- were -- cast a provisional ballot for lack

21   of identification and were counted.

22          Now, the problem in Arizona was not so

23   much the documentation, but -- as much as the

24   implementation of the law.  For example, Karen

25   Lucero (phonetic), a police officer and registered



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006625

TX_00033767

144

1      Republican, was forced to cast a conditional

2      provisional ballot, but -- because her driver's

3      license listed a different address than the voter

4      rules.  She had consistently moved.  And when she

5      tried to cast a ballot, when the demands from job

6      (inaudible) to transfer county to show additional

7      I.D., her vote was not counted.

8              We have a few other examples in

9      (inaudible) testimony, but another one was Georgia

10     Morrison.  And Georgia Morrison Flores was a

11     newlywed when she registered to vote and registered

12     under her married name.  Despite her status,

13     unable -- the eligible status she was unable to cast

14     her regular qualified ballot.  So these were the

15     type of situations we found in Arizona.

16              We are strongly cautious about a voter

17     I.D. bill without the proper safeguards, and this

18     Senate Bill 362 doesn't have those safeguards in

19     place right now.  So for those reasons we're in

20     opposition to the bill.  And we're open for

21     questions.  We'd love to discuss this further with

22     the Committee.

23              VICE CHAIR PENA:  Thank you,

24     Mr. Figueroa.  I have a question.

25              Earlier did you hear the testimony from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033768

145

1         the Vice-President of the Young Democrats?

2                     LUIS FIGUEROA:  I did.

3                     VICE CHAIR PENA:  Listening to her

4         testimony, I was concerned about the similar

5         problems that migrant students may have.  You

6         know, where I -- where I live in South Texas, and

7         many other parts of Texas, we have migrants that you

8         have all around the country.  Could you address

9         that --

10                    LUIS FIGUEROA:  Absolutely.

11                    VICE CHAIR PENA:  -- and how that

12        would -- any problems that they may encounter.

13                    LUIS FIGUEROA:  Absolutely.  And so

14        the initial problem is whether they have the initial

15        documentation, whether they will have the utility

16        bill or state identity document.  Many of those

17        migrant students or migrant families may not have

18        that documentation.  They may not have a driver's

19        license.  But even if they did, the address on the

20        identity documents may not match what's on the voter

21        rolls.  What we found in Arizona, which did not

22        require under the status that the address match, but

23        was through regulation through the administrative

24        procedure required some type of address match, many

25        people were unable to cast a regular ballot and were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033769

146

1    disenfranchised.  This would -- exactly [sic] is

2    what would occur for someone who moves a lot and

3    people who have different names.  We know that

4    Latino names typically have varying names.  For

5    example, Beatrice Avila after marrying Jose Verez

6    (phonetic), it would not be atypical for her to add

7    Verez to her last name and, therefor, her last name

8    wouldn't match the voter registration name on there.

9            So these kind of technical issues in name

10   matching, address matching, is where we see the

11   potential for -- for disenfranchisement.

12            VICE CHAIR PENA:  Representative.

13            REPRESENTATIVE BROWN:  The -- all

14   these that you say their votes were not counted and

15   they were disenfranchised, have you removed the

16   numbers from that -- from those that were found to

17   be illegal or non-residents or felons or for some

18   reason they were not qualified to vote?

19            LUIS FIGUEROA:  Right.  So in these

20   situations the conditional provisional ballot is

21   someone who was otherwise eligible to vote in terms

22   of their name being on the list, but they didn't

23   have the proper identification, and so they were

24   given a conditional provisional ballot which would

25   separate specifically for people with lack of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006628

TX_00033770

147

1      identification.  So --

2                    REPRESENTATIVE BROWN:  Those

3      people --

4                    LUIS FIGUEROA:  Do we know --

5                    REPRESENTATIVE BROWN:  -- only for --

6                    LUIS FIGUEROA:  That's right.  Do we

7      know for sure that those were all legitimate voters?

8      We don't.  But we do know that was the reason why

9      they couldn't vote.

10                    CHAIRMAN SMITH:  Any other questions,

11     Members?  Thank you, Luis.  Appreciate it.

12                    CHAIRMAN SMITH:  At this time the

13     Chair calls Mary Opitz representing herself,

14     testifying in favor of Senate Bill 362.  Come on

15     down.

16                    MARY OPITZ:  (Inaudible).

17                    CHAIRMAN SMITH:  We'll see.

18                    MARY OPITZ:  Okay.

19                    CHAIRMAN SMITH:  Please state your

20     name and who you represent.

21                    MARY OPITZ:  Sure.  My name is Mary

22     Opitz, and I'm from Plano, Texas, Collin County, and

23     I am representing myself.  I'm a life-long Democrat

24     who is in favor of this bill.

25                    Had it been in effect I believe last



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

148

1      spring I wouldn't have witnessed some of the

2      violations that I did see.

3                 I thank the Committee for this opportunity

4      to present some information.

5                 I had four items.  I don't think time will

6      prevent [sic] me to -- to mention the four, but I'll

7      try to get through three.

8                 CHAIRMAN SMITH:  Mention as many you

9      can, and we'll ask about the others.

10                MARY OPITZ:  Thank you.  I appreciate

11     that.

12                CHAIRMAN SMITH:  I've been asked to

13     have you pull the microphone a little closer to your

14     mouth.

15                MARY OPITZ:  Okay.  Like this?

16                CHAIRMAN SMITH:  Yes.

17                MARY OPITZ:  Thank you.

18                Excuse me.  The -- the one claim I hear

19     from Democratic leaders is that this bill -- or,

20     excuse me, there have been no legal cases of fraud

21     that have been prosecuted, but I'm aware of one case

22     in Collin County that was narrowly prosecuted.  It

23     was a result of the primary election last spring.

24     Charges were leveled against an individual for

25     having voted in Collin County when they resided in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006630

149

1    Dallas and -- actually lived in Dallas County.  The

2    D.A. took this information to the Grand Jury and was

3    going to indict this individual until the word came

4    from the Attorney General's office not to go forward

5    because residency is fuzzy.  And I understand that

6    this bill doesn't necessarily address the residency

7    issue.

8                  UNIDENTIFIED REPRESENTATIVE:

9    (Inaudible).

10                 MARY OPITZ:  Oh.

11                 UNIDENTIFIED REPRESENTATIVE:

12   (Inaudible).

13                 MARY OPITZ:  I guess I'm too

14   soft-spoken.  Sorry.  Anyway, the --

15                 CHAIRMAN SMITH:  Unlike most

16   Democrats I know.

17                 UNIDENTIFIED REPRESENTATIVE:  Oh.

18                 UNIDENTIFIED REPRESENTATIVE:  Oh.

19                 MARY OPITZ:  In other words, someone

20   who does not live in a precinct can vote there,

21   because they may have an intention of one day living

22   there.  That was the word that came down.  And so

23   the whole thing was dropped.

24                 As a result, there was a great deal of

25   precinct shopping, as documented in a 100-page



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033773

150

1     challenge that I and a few other people put together
2     to take before the State Democratic Credentials
3     Committee.  Our challenge was sustained by the
4     Committee, but there was no remedy that they would
5     offer.  And so as a result, people who cheated the
6     system got away with it.
7              And I should have given some background.
8     I have worked elections as well as a clerk, and so
9     I'm familiar with the process.  And I'm not going to
10    get to very many of these.  But I participated in my
11    own precinct's Democratic Convention on election day
12    last spring.  I served on the county's Credentials
13    Committee.  And because of this I not only witnessed
14    events firsthand, I was also privy to situations
15    that occurred in my county.  I was part of the group
16    that I just mentioned, filed this 100-page
17    challenge.  We also spoke to the temporary
18    Democratic credentials and I -- when it held a
19    hearing in Grand Prairie, Texas for north Texas
20    counties.  And it was a hearing much like this.  It
21    went 13 hours.  We didn't testify until 11:00 p.m.
22    And during those 13 hours we heard similar issues
23    brought forward from Tarrant, Dallas, Denton and
24    Collin Counties.  Anyway, so that was kind of the
25    background for this -- this challenge.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006632

TX_00033774

151

1           I have with me documentations.  Anyway,
2      I'll stop.  If you have any questions about any of
3      the things --
4                CHAIRMAN SMITH:  Members, any
5      questions of Ms. Opitz?  Any questions, Members?
6                MARY OPITZ:  Okay.
7                UNIDENTIFIED REPRESENTATIVE:
8      (Inaudible).
9                CHAIRMAN SMITH:  Yeah.  Let --
10                MARY OPITZ:  I'm sorry?
11                CHAIRMAN SMITH:  There's only time in
12      terms of the microphone.  You do --
13                REPRESENTATIVE BROWN:  Please finish
14      your sentence at least.
15                CHAIRMAN SMITH:  Take another 30
16      seconds.  Yeah.  Thank you.
17                MARY OPITZ:  Two really quick items.
18      One is Precinct 25 there were documented 22 people
19      who were ineligible to vote in that precinct, and
20      they -- their votes were counted.  One of those
21      individuals signed in with the first name I believe
22      of Jerry, no last name, no address.  The Credentials
23      Committee chose not to discard that.  And, you know,
24      to me that's a fraudulent vote and it cast out other
25      voters as well as the two.  But to have a single



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033775

1       first name and have that go through was, to me,

2       totally unacceptable.

3                One case that's very personal to me, I

4       have a daughter who has special needs.  She has

5       cognitive impairment.  My husband and I have legal

6       guardianship for her.  I think it would be very easy

7       for someone to register her name, get her voter

8       registration card and vote in her place today.  And

9       so I would ask you to please protect her rights and

10      the voting rights of numerous other citizens with

11      her condition or in similar situations.

12               The one other point that I would like to

13      make is last spring -- or excuse me, last summer in

14      July the Democratic party initiated a Committee to

15      study the convention/caucus process.  It was headed

16      by Senator Royce West (phonetic) of Dallas.  And in

17      that kickoff meeting, Boyd Richie (phonetic), the

18      Democratic Chair, in his remarks to the Committee

19      said, "It should be hard for people to participate."

20      He was actually defending a process which in many

21      cases precludes people from voting.  If he really

22      thinks it should be hard for people to exercise

23      their franchise, then I don't believe he can say

24      that this particular bill presents an onerous burden

25      for those same people.  It's been --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

153

1                CHAIRMAN SMITH:  At this point --

2                MARY OPITZ:  Okay.

3                CHAIRMAN SMITH:  -- to be fair to all

4       the witnesses, I'm going to have to stop.

5                MARY OPITZ:  All right.

6                CHAIRMAN SMITH:  Otherwise, it would

7       be unfair to the other witnesses.

8                MARY OPITZ:  I thank you for your

9       time.

10               REPRESENTATIVE VEASEY:  One question.

11               CHAIRMAN SMITH:  Representative

12      Veasey.

13               REPRESENTATIVE VEASEY:  What were you

14      saying about Chairman Richie again?  What -- would

15      you repeat that?

16               MARY OPITZ:  Yes.  The purpose of

17      this Committee hearing -- or this Committee of the

18      Democratic party was to study the convention caucus

19      process and they held hearings throughout the State.

20               REPRESENTATIVE VEASEY:  Right.

21               MARY OPITZ:  But the kickoff hearing

22      was in July here in Austin.  And at that time --

23               REPRESENTATIVE VEASEY:  I'm on that

24      Committee.

25               MARY OPITZ:  Okay.  Boyd Richie and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033777

154

1        the legal counsel both identified that there were --

2        there was evidence that rules and laws weren't

3        followed in the precinct conventions.  But what

4        really caught my eye and seems hypocritical to me is

5        the contention that this bill presents an onerous

6        burden for the same individuals that it's well

7        documented the conventions provide a hardship on.

8        And he said that it should be hard for people to

9        participate in the conventions.  The elderly, people

10       with shift work, people with young children, people

11       who are in the military and perhaps deployed cannot

12       participate in those.  And did -- he did not see

13       that that was a particular onerous burden or a

14       problem.  And I think that that's just inconsistent

15       that you can hold -- that the conventions are not a

16       burden and --

17                    REPRESENTATIVE VEASEY:  I -- I --

18                    MARY OPITZ:  Okay.

19                    REPRESENTATIVE VEASEY:  -- know the

20       Chairman very well and sat in on those committees.

21       I don't remember him making any sort of statement --

22                    MARY OPITZ:  I don't think you were

23       there, but I do have it on film.  I taped his

24       conversation.

25                    REPRESENTATIVE VEASEY:  -- I don't



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

155

1    remember him making any statements like that.  And

2    you may have misunderstood his comments or --

3                   MARY OPITZ:  That may have been the

4    case.  That may have been the case, but I don't

5    believe so.

6                   REPRESENTATIVE VEASEY:  Thank you.

7                   CHAIRMAN SMITH:  Chairman would like

8    to indicate for the record that Dr. Alan has joined

9    us.

10          Any other questions, Members, for this

11   witness?

12                  REPRESENTATIVE BROWN:  Just one

13   question.

14                  CHAIRMAN SMITH:  Ms. Brown.

15                  REPRESENTATIVE BROWN:  Did you attend

16   either the State or Democratic Convention?

17                  MARY OPITZ:  I did, but I was a

18   delegate.  I was a volunteer working the Democratic

19   Convention and --

20                  REPRESENTATIVE BROWN:  So you saw the

21   delegates as they came in?

22                  MARY OPITZ:  Yes.

23                  REPRESENTATIVE BROWN:  Did they have

24   to present a photo I.D. to enter for the convention?

25                  MARY OPITZ:  Yes, ma'am.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033779

156

1          REPRESENTATIVE BROWN:  Thank you.
2     That's interesting.
3              MARY OPITZ:  Oh, I'm sorry.  Excuse
4     me.  Am I dismissed?
5              CHAIRMAN SMITH:  Any other questions
6     of this witness, Members?  I think you're dismissed.
7              MARY OPITZ:  Okay.
8              CHAIRMAN SMITH:  Thank you very much.
9              MARY OPITZ:  Thank you for your time.
10             CHAIRMAN SMITH:  You bet.
11             UNIDENTIFIED REPRESENTATIVE:
12    Chairman?
13             CHAIRMAN SMITH:  Yes.
14             UNIDENTIFIED REPRESENTATIVE:  It's my
15    understanding we had varied -- took a few witnesses
16    so -- because of the connection to last night.  Can
17    we switch back and let some of these Members lay out
18    their bill so that they can go on to their other
19    committees --
20             CHAIRMAN SMITH:  Not at this time.
21    We'll engage about discussions about doing that, but
22    I -- I need to understand what we're doing before we
23    do that, if that's okay.
24             UNIDENTIFIED REPRESENTATIVE:  Okay.
25    Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006638

157

1              CHAIRMAN SMITH:  At this time the

2     Chair calls Doug Bell, who represents himself and is

3     testifying against Senate Bill 362.

4              DOUG BELL:  Thank you very much.  My

5     name's Doug Bell, and I am representing myself.  I'm

6     also here to speak on behalf of homeless people and

7     working poor.  And my credentials in that area are

8     that I have started and worked in a -- a homeless

9     shelter in downtown Austin for the past ten years.

10    So I'm here to tell you how this bill will affect

11    the folks that are working poor and homeless.

12             First of all, working people -- working

13    poor people and homeless people do want to vote.

14    Many of them very interested in state and local

15    elections.  A lot of them are proud veterans, as a

16    matter of fact, who want to participate in their --

17    in their political process, because they've served

18    their country.  They have a right to vote.  And if

19    bureaucratic roadblocks keep them from the polls,

20    then they feel like they've been unfairly excluded.

21             Now, you asked earlier, Representative

22    Smith, if there was anybody that doesn't have any of

23    the things on that list.  Yes, there are.  A lot of

24    these folks do not have any of those things.  And

25    you might ask why is that.  Well, several reasons.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033781

158

1   First of all, if you carry everything that you own
2   in a backpack, there's a good chance that's going to
3   get stolen if you fall asleep somewhere.  And that
4   does happen a lot.  So we have individuals on a
5   regular basis who do not have any I.D.  Believe me,
6   they want to have I.D., not particularly because
7   they want to vote, but because they want to get a
8   job, and they want to find a place to work.  And so
9   it is a problem with -- with them, and we help those
10  folks try to get I.D.s.
11          And so what I'm here to tell you about is
12  how hard it is to actually get an I.D.
13          On the back page of what I passed out is a
14  sheet on this blue sheet that we pass out to all the
15  homeless folks that say they want to get an I.D. and
16  it describes how to do that.  And the bottom line on
17  it, since I have limited time, is that it typically
18  takes them from six to ten weeks to be able to get a
19  photo I.D. because of the process they have to go
20  through.  If they're lucky and were born in Texas,
21  then they can get a birth certificate fairly
22  quickly, but it cost $23, so that's a deterrent
23  right there.  So you talked about possibly having
24  free photo I.D.  That doesn't solve the free birth
25  certificate problem.  So because they can't afford a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033782

159

1      birth certificate, they can't afford to even go get

2      a free photo I.D.  So that would be a problem that I

3      would see with the way the bill's written right now.

4              We do try to get those folks registered to

5      vote, and we did a lot of that during this past

6      election cycle.  And there, you know, you fill out

7      an application, and you sign it saying that you're a

8      citizen and that you're able to vote.  And a lot of

9      those did that.  If we had to say to those people,

10     "Well, come back when you've gotten your birth

11     certificate and when you've gotten your photo I.D.

12     and then we'll sign you up to register -- register

13     to vote," that would be a problem.  So, anyway,

14     these folks do definitely have a burden, and they

15     will be disenfranchised by this bill.  So I

16     recommend you vote against it.  Thank you.

17              CHAIRMAN SMITH:  Just a question --

18     quick question.  I mean, you -- you cite the example

19     of the guy who has a backpack that was stolen just

20     before the election.  And I'm presuming, you know,

21     that you're talking about, by and large, someone

22     who's homeless, sleeping on the street, something of

23     that effect?

24              DOUG BELL:  Right.  Or living in

25     shelters, right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006641

TX_00033783

160

1           CHAIRMAN SMITH:  Everything they've

2    got is in a backpack?

3           DOUG BELL:  Right.

4           CHAIRMAN SMITH:  And I guess the only

5    way that we address that problem of that identifying

6    individual [sic] is to have no identification

7    requirements whatsoever and simply allow people to

8    go in the polls and say, "I am so and so," and if

9    the name matches a name to the rolls let them vote

10   without any documentation of any kind.  That's the

11   only way to address that concern you're expressing.

12          DOUG BELL:  And I'm not advocating

13   that.  What I'm saying is at least --

14          CHAIRMAN SMITH:  Are there any

15   identification requirements that -- that might be

16   presented to that guy who everything he owns is in a

17   backpack and it is stolen within a few days before

18   an election, is in trouble?

19          DOUG BELL:  Well, he might not be

20   able to afford to get to -- a photo I.D.  He might

21   be able to afford to get a birth certificate.  But

22   today he can afford to get a voter registration

23   card.  So that may be the only thing he has.  In

24   fact, that's one of the forms of I.D. we tell them

25   to get first is voter registration, because it is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033784

161

1       free.

2                       CHAIRMAN SMITH:  But under current

3       law, current law, if that voter registration is

4       stolen within a certain number of days before the

5       election before he has an opportunity to go get a

6       copy of it, he's in trouble.  Right?

7                       DOUG BELL:  That's right.  But what

8       I'm saying is it takes -- they often go for months

9       and months without any of those other

10      identifications because they can't afford to do it.

11                      CHAIRMAN SMITH:  So in light of the

12      fact that you're concerned about present

13      requirements, I take it that you do not agree with

14      the card or (inaudible) recommendations in terms of

15      enhancing security of our polls in general?

16                      DOUG BELL:  I'm not familiar with

17      what those rules are exactly.  I don't know.

18                      CHAIRMAN SMITH:  Okay.  Any other

19      questions, Members?  Yes.  Representative Bohac.

20                      REPRESENTATIVE BOHAC:  You said that

21      during this last election -- (inaudible) last

22      election you went out to try to help homeless people

23      register to vote.  Is that right?

24                      DOUG BELL:  Yes, sir.

25                      REPRESENTATIVE BOHAC:  That's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033785

162

1     certainly a laudable goal.  But I just have some

2     practical questions.

3              How would you help them go vote after they

4     got their card and what address would you use to

5     have their card mailed to?

6              DOUG BELL:  You use the address of

7     the shelter.  And so we have probably, oh, easily

8     100 people who use the address of the shelter.  And

9     so when the card is mailed - we do have a mail

10    service for people, also - then we give them their

11    card.  And if they are able to hold onto it, then

12    they're eligible to vote.  And then we encourage

13    them to go to the polls.  We tell them where the

14    polls are and that sort of thing.

15             REPRESENTATIVE BOHAC:  Okay.  I would

16    certainly believe and hope you all are going to help

17    them to -- or provide them with transportation or

18    something to help them go vote.  I mean, if they're

19    homeless, transportation would probably be an issue.

20             DOUG BELL:  It is.  It is.

21    Transportation is an issue.  We don't help with

22    transportation.  We don't have the funds for that.

23    We used to, but funds are down these days, so we are

24    not able to give out bus tickets like we used to.

25             REPRESENTATIVE BOHAC:  Okay.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033786

163

1      was -- I was just curious, you know, about how the

2      process works.

3                     DOUG BELL:  Sometimes the polls are

4      close enough.  You know, I mean, Trinity Center is

5      downtown, and there's facilities for early voting

6      anyway nearby.  And they walk a lot, so they get a

7      way -- get around a lot that way.

8                     CHAIRMAN SMITH:  And I guess I just

9      want to make one follow-up comment.  While I don't

10     believe we can develop our identification

11     requirements as a state around the horror story of

12     the homeless gentleman whose entire possessions are

13     in a backpack that is stolen within a few days of

14     the election --

15                     DOUG BELL:  Uh-huh.

16                     CHAIRMAN SMITH:  -- I do understand

17     and am sympathetic to the fact that even that guy

18     under those circumstance has a constitutional right

19     to vote.

20                     DOUG BELL:  Uh-huh.

21                     CHAIRMAN SMITH:  And I think that

22     there has been discussion today from Buck Wood and

23     other -- other Members about how even that

24     individual, that worst-case scenario, that -- that

25     horror story could be allowed to cast a provisional



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006645

TX_00033787

164

1    ballot which, under a variety of mechanisms so long

2    as that individual is able to establish that they

3    are who they say they are within a reasonable period

4    of time --

5                    DOUG BELL:  Uh-huh.

6                    CHAIRMAN SMITH:  -- would have their

7    vote counted anyway, even under the worst horror

8    story that you could imagine in testifying today.

9    And I -- I -- I just want to make it clear that --

10   that -- that even though I think that's an extreme

11   example that is almost never going to occur, that

12   guy still has a constitutional right to vote, and

13   we're going to be trying to find a way to make sure

14   that his vote is counted to the extent that he is

15   who he says he is, and that is a legal United States

16   voter.

17                    UNIDENTIFIED REPRESENTATIVE:

18   Representative (inaudible).

19                    DOUG BELL:  Free birth certificates

20   would help.

21                    CHAIRMAN SMITH:  What's that?

22                    DOUG BELL:  Free birth certificates

23   would help.

24                    CHAIRMAN SMITH:  We're going to

25   consider every possibility.  We have to consider



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033788

165

1      fiscal notes, as well.

2                    DOUG BELL:  Right.

3                    CHAIRMAN SMITH:  I think we could

4      balance cost and principles here.

5              Yes.  Representative.

6                    REPRESENTATIVE BROWN:  Would you give

7      me a ballpark figure of the -- maybe the percentage

8      of people that you deal with that you're absolutely

9      not able to get them some kind of I.D.?

10                   DOUG BELL:  Yes, ma'am.  I would say

11     that on a given day -- we see about 100 people a

12     day.  And of those, we'll talk to, oh, you know, 15

13     or so that are trying to get an I.D.  And so there

14     probably are somewhere in the neighborhood of

15     20 percent who have no I.D. at all on any given day.

16              So then we present them with this -- this

17     document that I showed you and try to help them

18     through the process.  One of the first things we do

19     is we'll help them get a transcript from their high

20     school or their junior high.  So that's one of the

21     forms of I.D.  So we try to help them do that.  We

22     try to get them a voter registration card, because

23     that's another form of I.D. that's on the list.  And

24     we try to help them through the process.  But

25     typically it will take them -- well, as I said in my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033789

166

1       report here, it takes six to ten weeks and costs

2       $50.  And the $50 is usually the biggest problem.

3       But it takes a long time and a lot of determination,

4       you know, to get their I.D.  So any given day,

5       probably 20 percent don't have any I.D. at all.

6                   REPRESENTATIVE BROWN:  I've been told

7       that if you get a -- with a voter registration

8       certificate you can get a driver's license.  Is that

9       correct?

10                  DOUG BELL:  If -- if you -- no, I

11      don't think so.  I think you have to have a birth

12      certificate.

13                  REPRESENTATIVE BROWN:  You have to

14      have other documentation?

15                  DOUG BELL:  Uh-huh.  You have to have

16      two documents, and one of them would be a birth

17      certificate to do that and a Social Security card.

18                   Typically what we cross, we -- while we're

19      helping them apply for birth certificate, we also

20      help them get their high school I.D. information.

21      That takes a few weeks.  Once that comes in, we send

22      them to Social Security to get a Social Security

23      card, which is free.  And then they can go down to

24      DPS and try to get either a Texas I.D., a photo

25      I.D., or a -- a driver's license.  Mostly they get a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

167

1          photo I.D., because they don't drive.

2                    REPRESENTATIVE BROWN:  And -- and the

3          cost on it is?

4                    DOUG BELL:  I believe it's around 22,

5          $25, I think, for the driver's license.  The photo

6          I.D., I think, is 15.  And that -- that's a big sum

7          for the folks that we deal with.

8                    REPRESENTATIVE BROWN:  How much of a

9          problem -- you showed me the sheet -- well, this

10         sheet right here that has all the instructions on

11         it.

12                   DOUG BELL:  Uh-huh.

13                   REPRESENTATIVE BROWN:  How much of a

14         problem is illiteracy among that population?

15                   DOUG BELL:  It's a big problem.  And

16         another problem is reading glasses.  We pass out

17         free reading glasses, the -- the kind you get at the

18         drugstore that are pretty cheap.  We pass those out,

19         because people literally can't see the forms.  We

20         help out with that.  And illiteracy is another

21         problem.  We help them fill out forms.

22                   REPRESENTATIVE BROWN:  Thank you.

23                   DOUG BELL:  Uh-huh.

24                   CHAIRMAN SMITH:  And you do

25         understand under the Senate bill the proposal is to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033791

168

1      provide people with a free photo I.D.?

2              I understand that some of the documents

3      that would be necessary to get the photo I.D. cost

4      money, but you've identified others that do not cost

5      money.  Is that correct?

6              DOUG BELL:  That's correct.  But I

7      think you have to at least have that birth

8      certificate, which costs money.  So I don't think

9      there's a free path even if the photo I.D. is free.

10     I don't think that's a free path.

11             CHAIRMAN SMITH:  So you don't think

12     the Social Security card itself is sufficient?

13             DOUG BELL:  You can't get that unless

14     you have the birth certificate.

15             CHAIRMAN SMITH:  Okay.  I will -- I

16     will -- I will look at that.  I've got some

17     information back here that will answer those

18     questions.

19             Yes.  Any other questions, Members?

20             Thank you very much.

21             DOUG BELL:  Thank you.  Thank you.

22             CHAIRMAN SMITH:  Thank you for your

23     testimony.

24             At this time the Chair calls Stephan

25     Findley testifying on behalf of the Republican Party



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006650

1     of Texas and also representing himself in favor of

2     Senate Bill 362.

3              Please state your name again and who you

4     represent.

5              STEPHAN FINDLEY:  Steve Findley.  I'm

6     the Senate Executive Republican Committeeman from

7     Senate District 1.  More so than that, I'd like to

8     be here as the father of eight young Texans who I

9     have an innate desire to leave for them the State of

10    Texas in the same shape, if not better shape, than I

11    received it in.  It's a very wonderful state, and

12    I'm proud to live in it.

13             As a nation, we have exported or stood

14    before the whole world and exported democracy and

15    said, "This is the model of government that will

16    bring prosperity to your people."  We have actually

17    gone -- gone as far as tell them that one person

18    should have one vote in securing that democracy for

19    your people.

20             The voter fraud issue can be solved.  We

21    can have 99.9 percent accuracy in this.  We live in

22    a -- we live in a country where we don't have to use

23    the purple paint to make sure that we have one

24    person casting one vote.  We can do it with

25    technology, a voter I.D. card.  Senate Bill 362, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033793

170

1      think, is a great step in the right direction toward

2      achieving this high integrity in the voting process.

3      I would encourage the Committee to advance it to a

4      full vote and bring it to fruition in the State of

5      Texas.

6              I would like to note that I read in the

7      paper this morning -- it's the -- the local Austin

8      paper; it's the front page about Bill 362.  It said

9      that people of brown, black and elders would be

10     discouraged from voting because of pursuing a voter

11     I.D. card.  Personally, I find that awkward in that

12     in the town I live in every day, I drive around with

13     lots of Hispanic folks driving their cars, lots of

14     black folks driving their cars.  I have African

15     American friends that work with me, Hispanic friends

16     that work with me, and my parents are elder people,

17     75 and 73.  And they all have made the effort to not

18     only go and pass the test, but they also go and

19     renew their driver's license.  I don't see how

20     getting a voter I.D. card is going to be a huge

21     obstacle for our Hispanics and our blacks and our

22     elderly Texans.

23             Thank you for your time.

24             CHAIRMAN SMITH:  Just -- just to be

25     fair to the witness who testified before, I did look



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033794

171

1          up the process for getting DPS-issued I.D. cards,

2          and it requires you to issue a -- either a

3          government-issued photo I.D., which obviously if

4          you're getting for purposes of voting, you would --

5          you would have one, or a birth certificate and two

6          supporting documents.

7                  So to the extent that we required every

8          voter in Texas to have a photo I.D., unless we

9          provided free birth certificates in addition to a

10         free photo I.D., then it would place a requirement

11         on those voters to pay anywhere from 22 to $43

12         depending on whether they ordered the birth

13         certificate by mail or whether they got it in

14         person, et cetera.  And just for the purposes of the

15         audience, this is something you need to be aware of.

16         That's one of the things that was addressed in the

17         Supreme Court opinion is that the poll tax that was

18         found unconstitutional in 1965 was $1.50.  On an

19         inflation-adjusted basis that's about $10.

20                 To the extent that you require voters to

21         obtain documents in the 20 to 40-dollar range --

22         now, this would only be a one-time purchase unlike

23         the poll tax where you had to pay it every time you

24         voted, but I think it does subject you to legitimate

25         concerns about economic barriers to the polls, which



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033795

172

1     is why I have not been a proponent of the Indiana

2     law and why the Senate opted for a different version

3     which -- which allowed photo identification but also

4     provided a bypass, an alternative, to provide for

5     two photo -- two non-photographic identifications to

6     eliminate any legitimate concerns on the part of our

7     Democratic colleagues about any economic barriers to

8     the polls, which -- which I don't want to support.

9     Just -- just for some educational background for you

10    and for anybody else in the audience who may not be

11    aware of those facts.

12              Anybody else who has any questions?

13    Representative Heflin.

14              REPRESENTATIVE HEFLIN:  Mr. Findley,

15    as to the issue of mail-in ballot fraud which seems

16    to be, from all the testimony we've heard, the area

17    where it's the highest concentration, just what --

18    what -- have you thought about what would help that

19    situation?  That seems to be one area of fraud that

20    we -- we struggle with.

21              STEPHAN FINDLEY:  Yes, sir.  I've got

22    a couple of colleagues from Bowie County that will

23    testify before you shortly on this, and they're the

24    real experts at it.

25              I personally would like to see a special



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033796

173

1     prosecutor appointed.

2                    REPRESENTATIVE HEFLIN:   Okay.

3                    STEPHAN FINDLEY:   And that person

4     could be summoned -- we all know that voter --

5     mail-in ballot voter fraud is going on, and in our

6     area it's not prosecuted.   Although all the

7     documentation needed, signatures, spoiled ballots,

8     personal witnesses, everything you need there to

9     successfully prosecute this is available, it has not

10    been prosecuted because of the political

11    ramifications related to the prosecuting District

12    Attorney in that county.

13            If you had an independent special

14    prosecutor whose mission was to go and prosecute

15    individuals that were doing this kind of mail-in

16    fraud and word got around the State that they will

17    put you in the penitentiary for this, I think you

18    would see a 90 -- a 90 percent reduction in that

19    kind of activity.

20                    REPRESENTATIVE HEFLIN:   And -- and

21    this actually could be a regional-type thing.   Would

22    you agree with me?

23                    STEPHAN FINDLEY:   Absolutely.

24                    REPRESENTATIVE HEFLIN:   He could have

25    ten counties to cover and actually would make it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033797

174

1     easier.

2                    STEPHAN FINDLEY:  Absolutely.  Folks

3     show up with a gold badge and start taking testimony

4     under oath, you'll get to the bottom of these type

5     of problems very quickly.

6                    CHAIRMAN SMITH:  Representative.

7                    REPRESENTATIVE BROWN:  Thank you.

8     Thank you for your testimony.

9                    I think that -- I wish there were some way

10    we would find -- we could have the numbers broken

11    down so that when we're talking about elderly who

12    could -- could possibly be disenfranchised --

13    disenfranchised, we could actually see the number

14    taken away that are already using mail-in ballots,

15    because actually none of the bills we're here to

16    discuss today are addressing the mail-in problem.

17    We're trying to take, as I said earlier, this first

18    baby step toward photo identification.  But if we

19    could remove those who are, you know, using the

20    mail-in process and don't have to show any kind

21    of -- of I.D.

22                    Also, if we could see those who are very,

23    very poor and are using a Lone Star card or

24    something of that nature who had to prove some way

25    their identity in order to qualify for their Lone



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033798

175

1      Star card or their Medicaid, one of those, I -- I --
2      we haven't taken that into consideration in this
3      process.
4              It seems to me to -- to figure out just,
5      you know, how few or how many, that this -- this
6      would affect.  And I'm not discounting those cases
7      that -- that the gentleman earlier talked about in
8      the shelter.  We need to find a way to -- to address
9      that, too.
10              STEPHAN FINDLEY:  On the way back to
11      Marshall tonight or tomorrow, I will not drive
12      120 miles an hour.  I know it's against the law, and
13      I know they'll take me, put me in jail.
14              REPRESENTATIVE BROWN:  Uh-huh.
15              STEPHAN FINDLEY:  If we have
16      enforcement of the existing laws --
17              REPRESENTATIVE BROWN:  Good point.
18              STEPHAN FINDLEY:  -- that does not
19      tolerate this rampant voter fraud of mail-in ballots
20      and if word gets around the state that they'll put
21      you in the penitentiary for it --
22              REPRESENTATIVE BROWN:  Uh-huh.
23              STEPHAN FINDLEY:  -- you'll see this
24      practice diminish dramatically within a 24-month
25      period.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006657

TX_00033799

176

1              REPRESENTATIVE BROWN:  I think you're

2      right.  We've had cases of -- of election fraud, not

3      necessarily what we're talking about, election fraud

4      in my county and it was taken all the way to the

5      Grand Jury.  And you know, nothing was done, even

6      though they knew that it took place.  And -- and

7      this actually was impersonation, come to think of

8      it.  But I think you're right, that -- that people

9      don't have anything to fear from -- from doing these

10     things.  And so that needs to be changed, too.  They

11     need to realize it is serious.  And I think that

12     we're sending a message that we take it seriously

13     when we -- when we require photo I.D.

14              STEPHAN FINDLEY:  I have had the

15     privilege to travel around the world and see some

16     nations that don't have it as well as we do here in

17     the U.S.  And I've come to understand that it is a

18     wonderful, wonderful, personal privilege to live in

19     a country like this.

20              REPRESENTATIVE BROWN:  Every time I

21     say that I get (inaudible).  But I consider it both.

22              STEPHAN FINDLEY:  Taking the time to

23     position one's self to vote over a 20-month --

24     24-month period in that nation's operations is a

25     great privilege and a responsibility, as well.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

177

1      that would be the message that I would hope we would

2      take forward as well is that everyone in this

3      country has a right to vote; do it responsibly and

4      enjoy the -- the privileges of this nation.

5                  CHAIRMAN SMITH:  Representative

6      Heflin?  Sorry.  I'm sorry.  Representative, were

7      you done?  I thought -- thank you.

8                  REPRESENTATIVE HEFLIN:  Mr. Findley,

9      just so you're aware, in the last election cycle we

10     had an amendment for creation of Election Integrity

11     Unit and also appointment of Special Prosecutor Unit

12     for this type of issue.

13                 STEPHAN FINDLEY:  Yes, sir.

14                 REPRESENTATIVE HEFLIN:  I'm going to

15     present those amendments again, and I would hope to

16     get support.  And as a taxpayer -- now, this is

17     always a question we get.  I personally think it

18     would be well worth the money spent, because I don't

19     think it would last long, just like you stated.

20     Once we nip it in the bud, I think it's going to go

21     away.

22                 STEPHAN FINDLEY:  Yes, sir.

23                 REPRESENTATIVE HEFLIN:  You think I'm

24     wrong?

25                 STEPHAN FINDLEY:  No.  You're



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006659

178

1      100 percent right on.

2                     REPRESENTATIVE HEFLIN:  Thank you,

3      sir.

4                     STEPHAN FINDLEY:  Thank you.

5                     CHAIRMAN SMITH:  Any other -- yes.

6      Any other members from the Committee, questions?

7      Representative Veasey.

8                     REPRESENTATIVE VEASEY:  Thank you,

9      Mr. Chairman.  Are you here from Marshall?

10                    STEPHAN FINDLEY:  Yes, sir.

11                    REPRESENTATIVE VEASEY:  Okay.  And

12     you know -- and luckily we're post that era, but you

13     know some bad things happened in Marshall during the

14     day.

15                    STEPHAN FINDLEY:  Yeah.  And we just

16     recently elected our first African American 71st

17     District Judge, who I was the No. 1 private

18     supporter of.  So some good things are happening in

19     Marshall.

20                    REPRESENTATIVE VEASEY:  Right.  And

21     my family migrated, on my dad's side, from Marshall

22     to the Fort Worth area.

23                    STEPHAN FINDLEY:  Great.

24                    REPRESENTATIVE VEASEY:  So I'm

25     familiar with the Marshall area very well.  But you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006660

TX_00033802

179

1          know Jim Farmer, very famous civil rights activist

2          in the '50s and '60s, very close with Dr. King --

3                    STEPHAN FINDLEY:  Uh-huh.

4                    REPRESENTATIVE VEASEY:  -- he was

5          from the Marshall area.  I don't know if you knew

6          that.  He was --

7                    STEPHAN FINDLEY:  No, no.  I do.

8                    REPRESENTATIVE VEASEY:  -- and

9          (inaudible) the great debaters.  I don't know if

10         you've had a chance to see it.  Great movie.

11                   STEPHAN FINDLEY:  Wiley -- what do

12         you call it?

13                   REPRESENTATIVE VEASEY:  Wiley

14         (inaudible).

15                   STEPHAN FINDLEY:  And --

16                   REPRESENTATIVE VEASEY:  And you

17         understand that -- because you understand history

18         and you understand Marshall, that the right to vote

19         is not a privilege.  The right to vote is a right,

20         and it was earned.  It was --

21                   STEPHAN FINDLEY:  It's a privilege

22         you can lose if you get caught doing felonous stuff.

23                   REPRESENTATIVE VEASEY:  Exactly.  But

24         you understand it was a right that was --

25                   STEPHAN FINDLEY:  Sure.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033803

180

1                    REPRESENTATIVE VEASEY:  -- by those
2          individuals I just named?
3                    STEPHAN FINDLEY:  Sure.
4                    REPRESENTATIVE VEASEY:  And it was a
5          right that they died, bled for, thrown in jail for,
6          had dogs sicked on them for --
7                    STEPHAN FINDLEY:  Right.
8                    REPRESENTATIVE VEASEY:  -- had water
9          pressure hoses sprayed on them so they could have
10         that right to pass it down to generations past them
11         so they wouldn't have to go through that same --
12                   STEPHAN FINDLEY:  You bet.
13                   REPRESENTATIVE VEASEY:  -- situation.
14                   STEPHAN FINDLEY:  Have you ever been
15         to Arlington National Cemetery in Washington?
16                   REPRESENTATIVE VEASEY:  I have been
17         to Arlington National Cemetery.
18                   STEPHAN FINDLEY:  There, too, are men
19         and women of all ethnic races --
20                   REPRESENTATIVE VEASEY:  Absolutely,
21         but --
22                   STEPHAN FINDLEY:  -- that have earned
23         that same right.
24                   REPRESENTATIVE VEASEY:  Absolutely.
25         Since -- but since we're talking about the fact that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006662

181

1     this bill may have a disproportionate effect on some

2     of the folks like we just talked about that

3     Mr. Farmer and other people down in east Texas were

4     fighting very hard for, we want to make sure that we

5     don't revisit that, because --

6                    STEPHAN FINDLEY:  You bet.

7                    REPRESENTATIVE VEASEY:  -- because

8     just like you have eight kids, I have a

9     three-year-old.  I don't want my son to have to, you

10    know, go through, and I'm glad that I didn't have to

11    go through, some of those same atrocities.

12                   STEPHAN FINDLEY:  You bet.

13                   REPRESENTATIVE VEASEY:  So what I'm

14    asking you today -- the questions that I'm asking

15    you today is that as a Republican --

16                   STEPHAN FINDLEY:  Yes.

17                   REPRESENTATIVE VEASEY:  -- as

18    somebody that doesn't want their kid to live through

19    it -- and I think it was Jim Lare (phonetic) that

20    did a great special about Marshall, Texas called

21    "Marshall, Texas" --

22                   STEPHAN FINDLEY:  Right.

23                   REPRESENTATIVE VEASEY:   -- you don't

24    want your kids -- your eight kids to have to live in

25    the old Marshall, Texas.  You want them to live in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033805

182

1       the new Marshall, Texas.

2               Would you be supportive of amendment --

3       hold on.  Let me ask my questions before you answer.

4               Would you be supportive of an amendment

5       that would allow individuals to vote, individuals

6       that live out in those Elysian Fields that may not

7       have a car, that may not be able to get around town

8       so easily as you can --

9               STEPHAN FINDLEY:  Uh-huh.

10              REPRESENTATIVE VEASEY:   -- would you

11      be willing to support an amendment that would make

12      sure that those folks that don't have an I.D. that

13      maybe was born and have different last names, you

14      know, like -- like everybody -- a lot of folks down

15      in Marshall that are related to me, their name is

16      V-A-S-L-E-Y and I'm V-A-S-E-Y [sic] because of

17      various things that happened.  And some of those

18      folks aren't that old.  Some of those folks are in

19      their 50s.  To make sure that everybody, regardless

20      of if they had an I.D., if they are lawful and

21      they're not impersonating someone, that on election

22      day when they go to cast a ballot that people died

23      and bled for that they're vote would count on

24      election day?

25              STEPHAN FINDLEY:  Three points --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033806

183

1                    REPRESENTATIVE VEASEY:  I just

2      want -- make your point.

3                    STEPHAN FINDLEY:  I'm going to.

4                    REPRESENTATIVE VEASEY:  Answer my

5      question.  Do you want --

6                    STEPHAN FINDLEY:  I'm going to.  I'm

7      going to answer all three of your inquiries.  Okay?

8                    REPRESENTATIVE VEASEY:  One -- but I

9      just -- but just for the record, it would be great

10     if you could answer the question simply do you want

11     to make sure that everybody who is legally -- who

12     has a legal right to vote in this country and in

13     Marshall, Texas, has that right on election day, and

14     would you support an amendment to make sure --

15                   STEPHAN FINDLEY:  Well --

16                   REPRESENTATIVE VEASEY:  -- whether

17     they have an I.D. or not --

18                   STEPHAN FINDLEY:  Yes, sir.

19                   REPRESENTATIVE VEASEY:  -- to make

20     sure that their vote counts?

21                   STEPHAN FINDLEY:  Well, let me -- let

22     me answer in three points to you.

23                   REPRESENTATIVE VEASEY:  But you can't

24     answer in yes or no?  You can't -- just simply just

25     as a basic human rights question, can you answer yes



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006665

TX_00033807

184

1          or no?

2                      STEPHAN FINDLEY:  One --

3                      REPRESENTATIVE VEASEY:  No.  Okay.

4                      STEPHAN FINDLEY:  -- my old General

5          used to say I'm in violent agreement with you about

6          folks having the right to vote and the prosperity

7          for all of our children.

8                  Two, I live in Elysian Fields and know a

9          lot of those people you're talking about.

10                 Three, if they comply with the law, if

11         that's what the legislature puts forward, and have

12         the identification elements that 362 talks about,

13         yes, they get to vote.  And even if they don't have

14         those elements, they get to cast a provisional

15         ballot which can count for them.

16                 But for -- for folks to vote with no I.D.

17         whatsoever --

18                     REPRESENTATIVE VEASEY:  If they have

19         transportation to make it back down to the

20         courthouse from the Elysian Fields.  And if they

21         don't have that transportation --

22                     STEPHAN FINDLEY:  No, no, no, no.

23                     REPRESENTATIVE VEASEY:  -- or can't

24         make it back in 48 hours, because they have to go

25         back and take care of their kids, you're saying you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006666

TX_00033808

185

1      don't want their vote to count because --

2                    STEPHAN FINDLEY:  Well, see, again, I

3      know lots of people --

4                    REPRESENTATIVE VEASEY:  -- telling me

5      here today?

6                    STEPHAN FINDLEY:  I'm from Elysian

7      Fields, and what you're telling me doesn't hook up.

8                    REPRESENTATIVE VEASEY:  But I'm

9      telling you that my family --

10                   STEPHAN FINDLEY:  The folks that live

11     in Elysian Fields --

12                   REPRESENTATIVE VEASEY:  Uh-huh.

13                   STEPHAN FINDLEY:  -- have the

14     wherewithal --

15                   REPRESENTATIVE VEASEY:  Not all of

16     them.

17                   STEPHAN FINDLEY:  I find that hard to

18     believe.

19                   REPRESENTATIVE VEASEY:  Well, you

20     need to be a little more connected to your

21     community.

22                   STEPHAN FINDLEY:  Do you live in

23     Elysian Fields?  Do you live in Elysian Fields?

24                   REPRESENTATIVE VEASEY:  No.

25                   STEPHAN FINDLEY:  I do.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033809

186

1                    REPRESENTATIVE VEASEY:  I've been

2       down there before.

3                    STEPHAN FINDLEY:  I know Elysian

4       Fields like the back of my hand.

5                    REPRESENTATIVE VEASEY:  I've been

6       down there before.

7                    STEPHAN FINDLEY:  I find it very --

8                    REPRESENTATIVE VEASEY:  I'm not going

9       to argue with you over a place that I've been

10      before --

11                   STEPHAN FINDLEY:  -- I find it very

12      much --

13                   REPRESENTATIVE VEASEY:  -- you may

14      live there, but --

15                   STEPHAN FINDLEY:  -- I find it very

16      (inaudible) that we're going to disenfranchise a

17      single vote --

18                   REPRESENTATIVE VEASEY:  You just said

19      that --

20                   STEPHAN FINDLEY:  -- in Elysian

21      Fields --

22                   CHAIRMAN SMITH:  Whoa, whoa, whoa.

23      I'm trying to let this go, but let's make sure this

24      is a question and answer format.

25                   REPRESENTATIVE VEASEY:  Right.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033810

187

1      I -- and I just wanted to just find out from him --

2                    CHAIRMAN SMITH:  Yeah.

3                    REPRESENTATIVE VEASEY:  -- that he

4      wanted to make sure those folks could go back and

5      vote and make sure their vote would count --

6                    STEPHAN FINDLEY:  Ask a question --

7                    REPRESENTATIVE VEASEY:  -- if they

8      don't have an I.D. --

9                    CHAIRMAN SMITH:  Ask a question.

10                   REPRESENTATIVE VEASEY:  And so he's

11     telling me no.  And that's all I need to know.  I

12     don't need any more explanation.

13             I appreciate you coming down from east

14     Texas.  Thank you very much.

15                   STEPHAN FINDLEY:  You bet.

16                   CHAIRMAN SMITH:  Is there any

17     question he asked that you didn't get an opportunity

18     to answer that you wish to?

19                   STEPHAN FINDLEY:  No.  I think I made

20     myself perfectly clear that I am color-blind.  I

21     look at content of character.  And everybody that

22     complies with the law should have the right to vote.

23     Even if they don't (inaudible) required documents,

24     we still vote a provisional ballot.  We are not

25     trying to exclude anybody.  We are trying to ensure



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006669

TX_00033811

188

1    that every vote cast counts and is not

2    disenfranchised by a fraudulent vote.  That's what

3    we're trying to do.  It --

4               CHAIRMAN SMITH:  Any other questions,

5    Members, for this witness?  Thank you,

6    Mr. Findley --

7               STEPHAN FINDLEY:  Thank you,

8    Committee.

9               CHAIRMAN SMITH:  -- for your time.

10         At this time the Chair calls Mark Hester,

11   who is testifying on behalf of the Brain Injury

12   Association of Texas against Senate Bill 362.  Would

13   you please state your name and who you represent.

14               MARK HESTER:  Yes.  I'm Mark Hester.

15   I'm a member of the Brain Injury Association of

16   Texas.  I'm a -- I'm a board member.  And one thing

17   I didn't want us to overlook is the fact that I'm

18   representing a group that I belong to by way of my

19   sometimes trait that's dis -- discriminated against,

20   and yet it's -- it's not always immediately evident,

21   and that is my brain injury.

22         Now, I -- my -- my -- my -- my fell --

23   fellow clients that I have just spent the last three

24   days with at our Brain Injury Association

25   Conference, you know, are -- are -- are befuddled



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033812

189

1      sometimes by why it is that I'm able to attend and

2      share that -- to -- to try to keep myself especially

3      on track and not so prone to tangential discussions,

4      you know, heading that way or this way, that --

5      that -- which is the nature of my brain injury,

6      the -- a -- an organic variety.  It's not due to

7      a -- a -- an impact or a physical trauma.  It's a --

8      it's what they -- it's what folks impaired by a

9      disease process are affected or encumbered by.

10              And the reason I'm here in particular is

11     to share the fact that that organization has

12     membership like myself that are -- I think for the

13     most -- well, I say -- I'm going to say that for the

14     most part -- I -- I -- it would be -- it would be

15     almost impossible for me to believe that there was

16     some type of deliberate discrimination between

17     myself and my fellow citizenry, because we're like,

18     you know, everybody else that's living and breathing

19     the best that they can and that's to get the most

20     out of what life may yet have to offer them.  And so

21     we -- we get an eminent charge -- and I'm saying

22     this, folks, just to emphasize the fact that we're

23     not -- the -- the group that I'm representing

24     doesn't have all of the medals and ribbons to

25     represent our successes in life like some folks are


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006671

TX_00033813

190

```
 1        able to achieve.  But I'll tell you right now we get
 2        a charge out of being able to have our view
 3        influence anything of the such where we can be
 4        accounted for, taken into a certain degree of
 5        measure.  And -- and we -- it -- it's something that
 6        we can do by being able to vote in an easier process
 7        than what is being, as best as I can understand it,
 8        a somewhat more restrictive process than what was
 9        previously allowed.  And -- and -- and -- and I --
10        I -- again, I don't think it is necessary -- I don't
11        think this -- this isn't an intentional
12        discriminatory move.  It's just something that maybe
13        doesn't -- it -- it doesn't shine -- shine the --
14        the light beam at this issue as readily, because my
15        fellow citizenry that's likewise affected
16        cognitively, like I am sometimes, via short-term
17        memory or -- short-term memory impairment, not being
18        able to think about two different things at one
19        time, these are the kinds of things that everybody
20        takes for granted.  But let me just share the fact
21        that it doesn't take much at all to confuse a
22        taken-for-granted process of going to this
23        particular place that you've gotten used to where
24        you will be able to exercise your right to have an
25        impact upon the society in which you live.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033814

1       And that's just got to be a -- a -- it --

2  it -- it's a charge for my fellow clients that they

3  desire so much, because, listen, there's few things

4  that they can automatically experience in a real

5  satisfying, grateful manner.

6       But I'll tell you from the get-go that

7  when I was treated in the brain injury

8  rehabilitation facility, I was a client until they

9  realized that this guy's got a Master's in health

10 and physical education and a minor in psychology,

11 and he taught middle school students and did that

12 for ten years, and then led a teacher organization

13 in his school district.  And it -- it -- it was a

14 case of me having had a good bit of life

15 engagement -- engaging experiences that I've

16 benefited from as well as the charges that I came in

17 contact with and influenced, including, now, my

18 thousands of students that I made an impression on,

19 and they made an impression on me, via my ten years

20 in the public school.  I was -- I was teaching and

21 coaching.

22       And so I -- and I know it's too late, but

23 my intent to make a long story short, if it's not

24 too late, is -- is to share with you that the -- the

25 group that I'm here today representing is just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033815

1    counting on the voting process to be one that they

2    can access without any additional restrictive

3    discriminatory hoops, reasons that they'll have to

4    tread through or jump or climb over, because, you

5    know, I've got fellow clients that I used to work

6    with who -- who were so gratified by just being

7    able -- that I shared with them the fact that, hey,

8    look, you -- you make a difference.  You matter.

9    There's nobody that's going to take that away from

10   you.  I mean, you -- you can go and lodge your

11   interest and desires at a polling place, and your

12   influence by doing so will have just as much of an

13   effect as, you know, King -- King Roy, which doesn't

14   exist, but that was my attempt at sharing the fact

15   that as -- as -- as small as they may think they

16   are, they are empowered to have as much sway or

17   influence by the --

18                CHAIRMAN SMITH:  Mr. Hester.

19                MARK HESTER:  Yes.  I'm sorry.

20                CHAIRMAN SMITH:  That's all right.

21          I hesitate to interrupt you.  I have given

22   you several times the amount of time that the other

23   witnesses have.

24                MARK HESTER:  Uh-huh.

25                CHAIRMAN SMITH:  And I've done that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033816

193

1    on purpose because of the nature of your disability.

2                    MARK HESTER:  I sure appreciate it.

3                    CHAIRMAN SMITH:  And I want to give

4    the members of the panel an opportunity to ask you

5    some questions.

6                    MARK HESTER:  Thank you so much.

7                    CHAIRMAN SMITH:  And I want to ask

8    you a question or two.  I want to make sure it's

9    clear I'm not cross examining you --

10                   MARK HESTER:  No, no.

11                   CHAIRMAN SMITH:  -- I want to give

12   you an opportunity to educate me about your

13   situation.

14                   MARK HESTER:  Certainly.

15                   CHAIRMAN SMITH:  How -- how -- how do

16   you currently vote?

17                   MARK HESTER:  How I do currently --

18                   CHAIRMAN SMITH:  When you go vote --

19                   MARK HESTER:  Uh-huh.

20                   CHAIRMAN SMITH:  -- what

21   documentation or identification do you use when you

22   vote?

23                   MARK HESTER:  I do whatever I happen

24   to have in my clothing that day.

25                   CHAIRMAN SMITH:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033817

194

1            MARK HESTER:  And so I usually have

2       my wallet and all of its contents.

3                  (End of Volume 1.)



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033818

195

1        IN THE COUNTY OF TRAVIS  )

2        STATE OF TEXAS           )

3                I, Rhonda Howard, Certified Shorthand

4        Reporter in and for the State of Texas, hereby

5        certify to the following:

6                That the CD entitled, "Texas House of

7        Representatives Committee on Elections, 4-7-2009,"

8        was transcribed at the request of Anne Wilson, 209

9        West 14th Street, Attorney General's Office, Austin,

10       Texas 78701, and the amount due is

11       $_____.

12               That the aforementioned CD was transcribed

13       to the best of my ability to hear and understand the

14       CD;

15               That the transcript was submitted by

16       E-trans on April 16, 2012, to Anne Wilson, 209 West

17       14th Street, Attorney General's Office, Austin,

18       Texas  78701;

19               I further certify that I am neither

20       counsel for, related to, nor employed by any of the

21       parties or attorneys in the action in which this

22       proceeding was taken, and further that I am not

23       financially or otherwise interested in the outcome

24       of the action.

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033819

196

1          Certified to by me, this 16th day of

2     April, 2012.

3

4

5          

6          RHONDA HOWARD, Texas CSR No. 4136
           Expiration Date 12/31/12
7          FIRM REGISTRATION NO: 283
           ESQUIRE DEPOSITION SERVICES
8          100 Congress, Suite 2000
           Austin, Texas  78701
9          (512) 328-5557

10

11    Job No. 330582RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033820

**A**

**AARP**
28:3 102:13
103:4
**ability**
9:5 52:23
77:22
103:12
195:13
**able**
8:14 9:15
15:23 18:15
23:22,25
24:1,6
27:25 30:10
30:22,23,23
31:3 32:7,9
34:7,18
35:15 36:2
36:11 37:6
38:22 44:1
71:25 72:1
72:7,9
73:15 74:20
77:3 88:7
92:10 94:10
95:9 101:15
105:24
111:7,12,16
112:5,24
113:2 125:9
135:6,15
141:9
158:18
159:8
160:20,21
162:11,24
164:2 165:9
182:7 189:1
190:1,2,6
190:18,24
192:7
**absent**
113:17
**absentee**
19:12,14
23:11,19
57:18 94:6

**absolutely**
31:24 71:2
117:6
128:16
145:10,13
165:8
173:23
174:2
180:20,24
**accept**
45:25 71:10
**acceptable**
33:21 95:24
98:15 115:9
115:11
**access**
51:4 53:13
54:10 87:12
88:10
142:14
192:2
**accidentally**
56:5
**accomplished**
14:7
**accounted**
190:4
**accuracy**
169:21
**accuse**
134:1
**accused**
133:15,20
134:4,6
**achieve**
190:1
**achieving**
170:2
**ACORN**
20:5 59:4,15
68:7,16
81:5,16
**Act**
91:18
**action**
195:21,24
**activist**
179:1

**activity**
173:19
**actual**
39:21 43:2
85:6 95:9
99:10
110:13,17
**add**
58:21 118:14
146:6
**addition**
93:14 110:12
113:21
114:7 171:9
**additional**
9:3 27:16
87:13
100:15
144:6 192:2
**address**
12:8 34:18
40:3,4
66:20 91:25
94:14,25
97:9,12,13
97:14 98:7
98:9 103:16
104:6,19
106:22
110:6
119:18
128:10,11
133:22
144:3 145:8
145:19,22
145:24
146:10
149:6
151:22
160:5,11
162:4,6,8
175:8
**addressed**
171:16
**addresses**
110:10
114:20
**addressing**

**activity**
53:12 65:10
174:16
**administr...**
145:23
**adopt**
104:15
**adopted**
54:14
**adult**
92:2 119:18
**advance**
41:18 170:3
**adversely**
104:14
**advocating**
160:12
**Affairs**
85:5
**affect**
18:9 48:2
97:2 157:10
175:6
**affidavit**
56:22
**affirmation**
11:22
**affirmative**
87:12 88:1
**Affirmati...**
113:5
**afford**
158:25 159:1
160:20,21
160:22
161:10
**aforement...**
195:12
**afraid**
75:9
**African**
170:14
178:16
**afternoon**
3:25 7:17,23
60:24 90:18
**age**
23:20 73:15

**112:12**
**agency**
96:8 98:17
101:16
**agenda**
4:19
**aggressive**
87:13 88:1
**aggressively**
79:13
**ago**
15:1 22:13
22:18 47:17
62:20
125:14
126:8
**agree**
6:19 45:25
46:12 49:24
50:14 58:6
65:18 87:8
90:5 96:14
128:14
131:22
133:24
161:13
173:22
**agreed**
41:18 121:9
**agreement**
184:5
**ahead**
141:5,24
**Aikman**
81:12,13
**ain't**
91:7
**aisle**
69:6
**Alan**
155:8
**ALISEDA**
110:22
**alive**
115:18
**allay**
51:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

allegations
63:6,21
allow
5:14 6:7,8
  14:10 15:19
  23:24 34:25
  38:3,6
  41:19,20
  75:3,5
  99:22 101:4
  101:7
  102:18
  103:20
  105:6
  107:25
  160:7 182:5
allowed
26:22 34:4,5
  34:9,21,22
  35:12 36:3
  36:5,17,24
  37:23 52:3
  52:5 66:5
  86:21
  104:18
  163:25
  172:3 190:9
allowing
54:11 82:19
  108:17
allows
11:2 37:13
  67:18
  107:24
all's
70:15
alma
117:5
alteration
8:11
altered
75:24
alternative
9:12,13
  107:24
  172:4
alternatives
8:14

alters
10:18
amazingly
61:25
Amen
135:23
amended
55:12 113:11
amendment
8:11 177:10
  182:2,4,11
  183:14
amendments
123:22
  177:15
America
90:13,23
American
142:3 170:15
  178:16
Americans
63:20,21
amount
4:10 67:8
  77:5 192:22
  195:10
amounts
114:13
analysis
46:17
Anchia
7:7,9,10
  16:17,18
  17:9,15,23
  18:4,18,21
  19:12 20:4
  20:8,22
  21:3,7,10
  21:14,20
  22:2 28:18
  33:3 108:25
  109:4,5,10
  109:14,24
  110:25
  111:3,11,15
  111:19,22
  112:1,8,18
  113:5,8,19

114:25
115:8 116:2
116:5,10,17
117:4
127:25
130:7,8,18
130:21
131:6,8,21
131:25
132:10,15
132:23
135:12
Andrew
53:5
and/or
92:25 94:16
Angelina
94:18
Anglo
63:20
Anne
195:8,16
answer
73:10 78:13
  109:15
  116:3
  121:24
  139:6 140:3
  168:17
  182:3 183:4
  183:7,10,22
  183:24,25
  186:24
  187:18
anticipate
42:4
Antonio
19:17 24:21
  142:7
anybody
4:6 6:6
  14:16 26:17
  28:7 29:7,8
  57:25 70:20
  71:3 73:15
  79:21 88:6
  100:21
  101:2

103:11
108:18
122:4
123:15,16
124:16,18
133:14
134:1
157:22
172:10,12
187:25
anymore
15:18 73:2
  79:20,21
anyway
57:13 129:4
  149:14
  150:24
  151:1
  159:13
  163:6 164:7
appear
99:17
appeared
69:7
application
49:19 75:5
  84:24 159:7
applied
84:24
applies
23:21
apply
166:19
appointed
86:3 173:1
appointment
177:11
appreciate
68:21 80:15
  82:11,20
  88:23
  105:13
  118:16
  125:1
  130:25
  147:11
  148:10
  187:13

193:2
appreciated
123:7
approach
8:13
approaches
8:15
appropriate
78:10 87:1
April
1:3,15
  195:16
  196:2
area
13:25 24:8
  31:22 56:18
  88:6 128:7
  157:7
  172:16,19
  173:6
  178:22,25
  179:5
areas
18:7 70:20
  85:9
argue
50:16 186:9
argument
15:13 46:1,7
  46:10,10,13
arguments
108:13
Arizona
22:21 142:16
  142:18,20
  142:23
  143:22
  144:15
  145:21
Arlington
180:15,17
Armstrong
2:4 82:13,15
  82:16 85:16
  85:21 87:16
  87:18 88:17
  88:21,22
  89:5 90:1,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033822

90:7,9,10
**article**
58:1
**articles**
138:16
**asked**
37:20,21
  45:23 50:19
  56:25 83:12
  148:12
  157:21
  187:17
**asking**
9:20 34:14
  35:25 76:10
  181:14,14
**asleep**
158:3
**aspects**
11:6
**assertion**
92:15
**assist**
25:10 78:9
  79:14
**Association**
119:6,12
  188:12,15
  188:24
**assume**
76:13 85:25
  89:22 112:3
**assure**
64:6 103:15
**Athens**
13:17
**Atlanta**
53:6
**atmosphere**
135:5
**atrocities**
181:11
**attached**
118:7
**attain**
125:7
**attempt**

16:3 79:14
  192:14
**attend**
24:6 93:20
  155:15
  189:1
**attending**
113:22
**attorney**
13:7 23:4
  28:20 30:18
  120:15
  142:3 149:4
  173:12
  195:9,17
**attorneys**
50:8 195:21
**atypical**
146:6
**audience**
3:21 10:12
  41:1,7 42:2
  60:5,22
  67:1 85:25
  87:6 171:15
  172:10
**Austin**
3:17 92:3
  93:21 95:1
  97:14 98:6
  101:7
  153:22
  157:9 170:7
  195:9,17
  196:8
**automatic...**
191:4
**available**
76:7 80:6,7
  118:2 173:9
**average**
116:8
**Avila**
146:5
**avoidance**
22:5,7
**aware**
8:9 33:25

58:11 74:5
  77:22 113:9
  116:10,12
  127:17
  148:21
  171:15
  172:11
  177:9
**awkward**
170:11
**A.G**
30:11

_____
          **B**
**B**
101:16
  117:15
**baby**
128:15
  174:18
**back**
12:15 19:16
  25:21 29:10
  31:12 32:17
  42:23 43:22
  47:22 54:24
  69:1 73:13
  97:10
  126:11
  133:2
  135:21
  156:17
  158:13
  159:10
  168:17
  175:10
  184:19,24
  184:25
  186:4 187:4
**background**
150:7,25
  172:9
**backpack**
158:2 159:19
  160:2,17
  163:13
**bad**
53:7 178:13

**badge**
174:3
**Baker**
83:2 85:14
  86:7
**balance**
105:10 165:4
**ballot**
12:14,23
  14:11 15:21
  15:22 23:11
  25:22 27:23
  29:11,12,12
  29:14,20
  30:7 34:5
  34:16,17
  36:12,14,18
  37:6,25
  38:9 45:1
  47:4,7,8,11
  47:15,20
  48:18 49:20
  50:14 52:13
  62:15 66:19
  68:3 74:10
  75:25 79:10
  86:22,22
  94:6 128:12
  128:13
  130:12
  143:6,20
  144:2,5,14
  145:25
  146:20,24
  164:1
  172:15
  173:5
  182:22
  184:15
  187:24
**ballots**
12:19 16:10
  18:22 19:13
  19:14 24:11
  24:15,15
  26:9,21
  27:3,5,17
  29:15 30:4

37:12,13
  39:7 48:15
  57:18 62:23
  67:6,9,12
  68:1 74:14
  74:16 76:1
  76:15,19
  77:3,11
  132:2 136:7
  142:14
  143:14,17
  173:7
  174:14
  175:19
**ballot's**
75:6
**ballot-by...**
73:6,11
**ballpark**
165:7
**barrier**
108:14
**barriers**
171:25 172:7
**based**
8:3 80:23
  142:9 143:7
**basic**
136:11
  183:25
**basically**
35:10 46:19
**basis**
39:20 43:24
  68:14 74:21
  77:4 82:5
  158:5
  171:19
**Baylor**
111:13
**beam**
190:14
**Beatrice**
146:5
**Bee**
67:25
**Beeville**
67:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

befuddled
188:25
beg
121:22
beginning
54:24
behalf
6:8,9 157:6
168:25
188:11
believe
8:23 12:18
13:14,19
14:7 39:9
44:14,15
55:22,23
56:15,22,23
57:17 58:9
59:24 72:2
76:11 77:1
84:3,3 89:6
89:7,14
98:21 99:21
100:1
106:11,25
115:5
132:11
133:10,21
138:7
147:25
151:21
152:23
155:5 158:5
162:16
163:10
167:4
185:18
189:15
believing
24:18
Bell
2:9 157:2,4
157:5
159:24
160:3,12,19
161:7,16,24
162:6,20
163:3,15,20

164:5,19,22
165:2,10
166:10,15
167:4,12,15
167:23
168:6,13,21
belong
19:21,22
188:18
belongs
103:4
benefit
42:2
benefited
191:16
benefits
142:12
best
72:5 76:11
128:22
142:14
189:19
190:7
195:13
bet
14:22 50:18
119:1
156:10
180:12
181:6,12
187:15
better
62:20 96:14
169:10
Bexar
84:22,22
beyond
8:14 78:6
big
21:10 49:24
64:25 132:1
132:5 167:6
167:15
biggest
131:18,18
166:2
bill
4:17,19 5:5

5:6,9 6:15
6:17,21,25
6:25,25 8:7
9:7,9 10:8
10:12,14,17
10:18 11:14
12:12 13:8
14:8,9
15:14 17:10
18:16,19
19:9 20:19
24:25 31:8
34:18 37:12
37:16,18
50:21 51:14
52:21 53:1
53:11 55:1
55:7,7
62:24 65:9
66:1,20
71:13 80:8
82:13,17
83:12 85:20
90:14 93:11
94:23 96:23
98:14 99:2
99:7,8,22
100:16
102:10,15
102:15
107:24
108:16
109:17,20
111:4,8,24
112:6
113:20
115:3
117:10,16
118:8 119:7
119:13
120:25
121:1,2,8
121:10,12
121:15,23
127:10,16
127:18
129:6,8
130:10,16
134:19

135:2,10
142:5,19,23
144:17,18
144:20
145:16
147:14,24
148:19
149:6
152:24
154:5
156:18
157:3,10
159:15
167:25
169:2,25
170:8 181:1
188:12
billfold
129:20
bills
4:1,11,12,20
4:25 6:23
7:12,20 9:5
22:8 72:15
113:11
174:15
bill's
159:3
biometrics
137:15
bipartisan
82:24 83:11
84:5 87:15
88:7
birth
83:8 92:25
117:18
158:21,24
159:1,10
160:21
164:19,22
166:11,16
166:19
168:7,14
171:5,9,12
bit
16:19 19:7
88:5 112:9

136:6
191:14
black
123:8,9
170:9,14
blacks
170:21
Blanco
23:4
blasted
50:2,4,9
bled
180:5 182:23
block
23:12
Bloomington
97:21
blue
137:20
158:14
board
20:18 188:16
Bob
13:23
bogus
136:16 138:3
138:9,13,23
139:4,25
Bohac
3:8 10:5
65:18 68:24
68:25 69:12
69:24 70:7
71:9 73:22
74:3 75:11
75:16 130:1
161:19,20
161:25
162:15,25
bond
22:23
Bonnen
3:8,9 33:15
33:15,16
34:10,13,24
35:4,8,13
35:19,24
36:4,9,15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HEARING - Volume 1                                      APRIL 07, 2009

37:1,9,17
38:1,5,10
38:13,16
39:14,19
40:9,18,24
41:2,5,9,13
42:7,11,25
43:5,11,13
43:17 44:18
45:3,9,18
45:21 46:15
46:21
117:13
**book**
69:3,7 70:9
**border**
61:8 64:9
137:11
**born**
13:16 117:20
158:20
182:13
**bothered**
79:17
**bottom**
52:12 158:16
174:4
**bouncing**
7:21
**Bowie**
172:22
**Boyd**
152:17
153:25
**brain**
188:11,15,21
188:24
189:5 191:7
**breathing**
189:18
**brevity**
105:20
**bright**
105:3,3
**bring**
36:2 91:13
92:17,20
93:3,10

107:6
125:19
129:3
169:16
170:4
**brings**
135:21
**broad**
40:15 112:19
**broke**
91:7
**broken**
174:10
**Brooks**
64:10
**Brothers**
116:15,16
**brought**
28:18 75:22
112:2 126:7
130:25
134:18
150:23
**brown**
3:10,11 12:3
12:7,21,25
13:4 54:22
54:23 55:4
55:10,13,16
55:19 56:2
56:10,19
57:4,10,22
58:11 60:6
88:20,23
89:22 90:2
90:5 103:3
103:22,24
104:2,5
124:23,25
125:3,18,22
126:2,6,10
127:2,7,11
127:15,20
128:4,8,14
128:19
129:9,15,19
129:24
130:3

134:14,16
134:21,24
135:4,18,23
136:18,22
136:25
137:7,12
146:13
147:2,5
151:13
155:12,14
155:15,20
155:23
156:1 165:6
166:6,13
167:2,8,13
167:22
170:9 174:7
175:14,17
175:22
176:1,20
**Buck**
2:3 11:25
13:6,9,12
13:13,13,16
17:8,14,22
17:25 18:5
18:20,23
19:14 20:6
20:10 21:1
21:5,9,12
21:16,21
22:6,14
23:15 24:14
25:6,8,12
25:20,23
26:3,15
28:2,5,9
29:13,23
30:9 32:19
32:24 34:2
34:12,20
35:2,6,9,17
35:21 36:1
36:7,13,20
37:4,15,19
38:2,8,12
38:15 39:12
39:16 40:8

40:17,20
41:16 42:10
42:14 43:3
43:7,12,15
44:5,9,13
44:20 45:5
45:11,19
46:14,16,25
47:2,12,24
49:15,22
50:10 51:11
53:19 54:19
55:2,6,11
55:15,17,25
56:8,12,20
57:8,19,23
59:10 61:1
61:6,14,20
61:24 62:4
62:12,17,19
63:1,9,23
64:1,6,14
64:22 65:3
65:11,16
66:13,22
67:14,18,22
68:9,12,20
69:10,14,25
70:10 71:19
73:3,10,12
74:1,8 75:9
75:12,19
76:6,16
77:13,16,21
78:12,17
79:16 80:1
81:15,20
82:3,6
132:22
163:22
**bud**
177:20
**build**
31:1
**bullet**
134:8,12
**Bullock**
13:23

**bunch**
59:17 120:18
**burden**
73:18 152:24
154:6,13,16
159:14
**bureaucratic**
157:19
**bus**
162:24
**business**
4:15,16 6:23
10:7 20:11
20:11 21:18
**button**
122:7
**buy**
19:12
**buying**
74:6
**bypass**
172:4

---

**C**

**California**
21:24
**call**
3:3 70:3
99:5 179:12
**called**
3:2 20:5,6
82:24
181:20
**calls**
10:7 13:6
82:12 90:12
119:5
141:22
147:13
157:2
168:24
188:10
**cameras**
67:2
**Cameron**
61:8 64:8
**camp**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033825

62:5
**campaigns**
92:7
**campground**
20:13
**campus**
114:20
**canceled**
123:19 136:1
**candidate**
62:7
**candidates**
15:25 16:6
45:15 47:25
48:4 49:12
49:21 61:11
74:22 88:25
**canvassed**
48:23
**capacity**
120:5
**Capitol**
7:16
**car**
21:22 79:2
182:7
**card**
11:9,11
21:23 26:2
32:1 37:22
50:18,20,22
50:25 51:2
51:5 65:19
65:22,24
72:13,19
83:6,7 84:9
86:12 92:18
92:20 96:3
96:10 97:24
98:1,16
99:16,23
102:19,19
102:20
105:5
106:15
120:10,11
121:21
129:11,13

129:20,22
137:17
152:8
160:23
161:14
162:4,5,9
162:11
165:22
166:17,23
168:12
169:25
170:11,20
174:23
175:1
**cards**
51:6 65:18
84:9,10
98:9 114:22
121:18,19
171:1
**care**
68:16 79:20
123:12
124:13
184:25
**carefully**
51:20
**Carolina**
112:17
114:19
**carried**
95:10 127:16
127:18
**carry**
65:21 72:13
72:15,16
158:1
**carrying**
72:12 110:18
**cars**
170:13,14
**Carter**
83:1 85:14
86:8
**case**
46:19 81:5
111:10
114:18

148:21
152:3 155:4
155:4
191:14
**cases**
16:11 17:10
61:5,7
102:10
116:12
120:1,2,14
126:14
132:8
148:20
152:21
175:6 176:2
**cast**
11:2 34:16
77:4,5,12
78:2 79:10
84:4 86:21
86:25 94:6
123:17,18
143:5,13,16
143:20,20
144:1,5,13
145:25
151:24
163:25
182:22
184:14
188:1
**casting**
169:24
**caucus**
153:18
**caught**
33:9,13
154:4
179:22
**cause**
118:20
**cautious**
144:16
**CD**
195:6,12,14
**Cemetery**
180:15,17
**Center**

163:4
**certain**
14:4,10
31:15 39:1
52:4 79:5
102:14
103:18
106:13
123:4 161:4
190:4
**certainly**
6:7 9:1 48:3
61:20 68:9
76:12 99:24
100:1
123:14
125:11,22
131:2 162:1
162:16
193:14
**certificate**
84:9,9 92:25
117:18
158:21,25
159:1,11
160:21
166:8,12,17
166:19
168:8,14
171:5,13
**certificates**
164:19,22
171:9
**certifica...**
2:12 84:8
**Certified**
195:3 196:1
**certify**
195:5,19
**cetera**
171:14
**chair**
3:7 7:7 8:9
9:7,25 10:2
10:4,4,6
11:15,20
12:2 13:6
13:10 60:24

61:2,10,17
61:23 62:3
62:11,14,18
62:21 63:2
63:18,25
64:4,13,17
65:2,8,15
66:12,16,23
77:6,9,15
77:18 82:12
90:12
106:10
119:5 120:4
141:20,22
142:2
144:23
145:3,11
146:12
147:13
152:18
157:2
168:24
188:10
**Chairman**
3:1,15 7:8
7:13,24 8:1
8:5,22 9:16
9:21,24
10:1,3
11:19,21
12:5,16,24
13:1,5,11
13:15 16:13
22:10 33:14
40:25 41:4
41:6,10,14
41:17 42:8
46:23 54:21
60:4,7,18
60:23 66:25
68:23 71:13
75:20 76:9
76:24 77:6
77:8,19,25
78:1,16
79:7,23
80:11,17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033826

82:10 85:13
85:17,22
87:17,20
88:18 90:8
90:11,20
91:1 93:8
93:18,23
94:2,9
95:12 96:25
97:4,25
98:3,6,13
98:21 99:3
99:12,18,21
100:6
101:19,23
102:4,12,17
102:23
103:1,7,22
103:23
104:8,12,22
105:1
106:10,11
106:20
107:2,19
108:7,23
109:2,6
116:19
117:5,6
118:13,23
119:1,4,10
119:16
121:1,25
122:3,10,12
124:22
126:3
127:13
130:6 134:3
134:13
140:20,25
141:1,4
142:2
147:10,12
147:17,19
148:8,12,16
149:15
151:4,9,11
151:15
153:1,3,6
153:11,14

154:20
155:7,7,14
156:5,8,10
156:12,13
156:20
157:1
159:17
160:1,4,14
161:2,11,18
163:8,16,21
164:6,21,24
165:3
167:24
168:11,15
168:22
170:24
174:6 177:5
178:5,9
186:22
187:2,9,16
188:4,9
192:18,20
192:25
193:3,7,11
193:15,18
193:20,25
**Chairman's**
119:12
**Chairwoman**
126:13
130:14
**Chair's**
5:11 119:6
**challenge**
34:14 150:1
150:3,17,25
**challenged**
22:17
**challenging**
37:14
**chance**
158:2 179:10
**change**
10:24 33:23
95:13 100:9
100:14
104:16
113:23

119:18
**changed**
9:17 29:12
31:9 75:24
92:1 176:10
**changes**
10:16
**changing**
94:18
**character**
187:21
**charge**
189:21 190:2
191:2
**charges**
148:24
191:16
**chasing**
89:3
**cheap**
167:18
**cheated**
150:5
**check**
70:6 116:1
**checked**
120:19
**children**
154:10 184:7
**choice**
76:13
**choose**
88:9
**chose**
151:23
**chunk**
96:22
**circle**
36:10,19
**circumscribe**
72:5
**circumstance**
163:18
**circumsta...**
7:1
**cite**
159:18

**citizen**
14:24 33:8
115:9,16
159:8
**citizenry**
189:17
190:15
**citizens**
15:4 16:4,8
23:3 63:24
63:25
102:14
112:11
126:18
133:19
152:10
**citizenship**
14:23 84:11
117:20,22
**civil**
142:8 179:1
**claim**
148:18
**claimed**
15:3
**clarify**
57:15
**class**
91:18
**clear**
35:14 37:10
38:7 40:11
57:17 60:9
67:4,8
72:20 77:20
100:7
104:12
114:15,16
164:9
187:20
193:9
**clearly**
59:20 76:3
130:13
**clerk**
3:2,4,6,8,10
3:12 70:8
150:8

**clerk's**
5:12 48:14
74:15 75:14
**client**
36:3,5 191:8
**clients**
188:23 191:2
192:5
**climb**
192:4
**clings**
97:9
**close**
49:13 163:4
179:2
**closeness**
83:15
**closer**
83:16,16
89:13,14
148:13
**closest**
142:18,22
**closing**
75:21
**clothing**
193:24
**club**
20:25 21:2,4
**coaching**
191:21
**coat**
118:19
**code**
98:11
**cognitive**
152:5
**cognitively**
190:16
**collateral**
87:14
**colleagues**
172:7,22
**college**
90:13,23
91:17
110:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033827

112:10,23
112:23
115:5,9,10
116:13
**Collin**
147:22
148:22,25
150:24
**Colorado**
91:12 112:17
114:14
**color-blind**
187:20
**come**
9:12 12:10
12:15 15:6
15:7 18:15
27:6 28:10
32:20 43:21
46:5 63:10
68:25 96:13
97:7,10
122:4
134:10
139:3
147:14
159:10
176:7,17
**comes**
28:23 29:10
58:17 61:16
64:20 80:1
96:16
166:21
**coming**
141:3 187:13
**comment**
38:22 41:20
42:12,15
45:22,23
53:3 134:17
163:9
**comments**
88:24 155:2
**commission**
82:24 83:5
83:11 85:15
86:3 87:9

87:15 88:12
**Commissioner**
20:18
**commit**
81:2,12
**committee**
1:2 3:1,22
4:23 5:1,4
5:6 6:15,19
6:20 7:15
7:18 8:1,8
9:4,11,11
10:10 13:10
14:3 16:16
47:5 54:8
54:15,16
73:9 75:22
80:12 82:19
82:24 86:10
88:14 95:15
100:12
102:7 104:9
105:13
109:19
110:16
117:9 122:4
122:5
133:22
139:4
142:11
144:22
148:3 150:3
150:4,13
151:23
152:14,18
153:17,17
153:24
170:3 178:6
188:8 195:7
**Committeeman**
169:6
**committees**
4:2 7:15,19
7:20 154:20
156:19
**Committee's**
103:15
**committing**

123:24
**commonly**
117:16
**commonsense**
131:13
**communities**
124:4
**community**
62:6,7 63:4
63:19 108:5
124:3,6,10
185:21
**compared**
45:16 85:6
**comparisons**
45:2,4
**complaints**
121:7
**completely**
105:1
**complicate**
104:22
**complication**
100:15
**complies**
187:22
**comply**
6:11 78:11
184:10
**comprehen...**
9:12
**compromise**
124:10
**concede**
46:13
**conceding**
103:19
104:14
**concentra...**
172:17
**concepts**
54:13
**concern**
40:2 53:13
76:5 79:22
79:24 96:25
110:10,13

130:15,22
160:11
**concerned**
51:12 53:22
65:25,25
145:4
161:12
**concerns**
84:25 103:14
171:25
172:6
**concluded**
83:2
**concurrently**
94:19
**condition**
152:11
**conditional**
143:13 144:1
146:20,24
**Conference**
188:25
**confession**
58:16
**confidence**
83:21,25
135:21
**conflicting**
110:10
**confuse**
190:21
**confusion**
117:12
118:19
**congrats**
114:11
**Congress**
196:8
**conjunction**
86:12
**connected**
185:20
**connection**
156:16
**consensus**
88:8 100:12
100:13

**consequences**
114:3 125:9
**consider**
57:1,5 96:19
113:24
164:25,25
176:21
**considera...**
175:2
**considered**
19:1
**considering**
45:8 102:8
**consistently**
144:4
**constituents**
127:25
**constitut...**
163:18
164:12
**constrained**
8:13
**construct...**
131:1
**contact**
16:3,7 27:11
27:12,14
30:23 48:9
48:11 52:18
52:20
191:17
**contains**
98:16
**content**
187:21
**contention**
154:5
**contents**
194:2
**contest**
27:19 34:15
38:11 48:13
64:7 67:25
**contests**
13:24 14:16
14:22 15:2
17:20 22:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033828

```
    24:9 25:14          correction         143:21           97:7 105:21       151:22
    28:22               92:12              144:7            106:2 110:4       157:7
continue                correctly          146:14           114:2            creditabi...
    42:9 112:16         17:16,17           151:20           117:19           136:6,13
continued                 101:13           164:7,14         119:6,12         creeps
    114:9               corruption        counties          120:4            134:7
control                 63:7               27:4 80:5        130:23           crimes
    20:14 22:23         cost                 150:20,24       144:6            58:24
    136:19             93:2 107:12          173:25          147:22           critical
    137:2                 107:14,17        counting          148:22,25       51:18
controver...              108:14           192:1            149:1            criticism
93:3                      115:20          countries         150:15           30:11
convention                117:22,25       137:1            172:22           crooks
    150:11                121:14          country          173:12           23:2
    153:18                138:14           22:19 45:10       176:4 195:1      cross
    155:16,19             142:12             49:8 84:2      county's         166:18 193:9
    155:24                158:22             111:1          150:12           crowd
conventions               165:4 167:3       136:12         county-wide       4:7
154:3,7,9,15             168:3,4            137:10          20:17            Crystal
conventio...           costs                141:13         couple           64:10
    152:15             107:13,15            145:8           67:5 69:1        CSR
conversation             117:18,21          157:18          90:19            1:15 196:6
109:12                    166:1 168:8       169:22          172:22          cure
    154:24             counsel               176:19        course            25:25 26:8
convinced              142:17 154:1         177:3           41:20 63:13        26:13,20
71:3                      195:20            183:12          137:19            27:24 29:11
convincing             count              counts           Court            cured
71:2                    27:5,6 32:8        123:16          19:6 46:18        26:11,17
cooperation               66:14 67:9        183:20          96:18             32:17
135:5                     72:9 79:18        188:1           171:17          curing
copy                      86:22 143:6     county           courthouse        26:8
161:6                     182:23           19:8,9,17        61:3,4 79:9      curious
correct                   184:15             20:13,14,16     184:20          33:17 139:5
    12:18 35:20          185:1 187:5        20:17 21:23     cover             163:1
    38:20 61:13        counted               21:24 22:23    173:25          current
    61:16 73:11        14:6 15:9            23:4 24:20      covered          10:18,22,24
    73:13 76:15          16:9,11            31:11 48:11     111:24             12:20 36:5
    85:21 90:1           26:23 27:1         48:12 49:5      create            84:7 92:5,5
    104:7                27:17 28:16        49:5 51:14      79:8 100:14       92:19 94:9
    108:12               29:20 36:8         51:14 56:16      105:3,6          94:12 95:17
    110:1,23             52:16 72:23        58:14 61:8      created           95:18 96:20
    111:1,25             76:4 78:3          62:23 64:8      97:18             97:20 100:9
    112:6,7,13           79:15 87:3         64:8 67:25      creates           100:14,16
    137:12               115:15             79:10 84:22     104:17           101:9
    166:9 168:5          124:11             92:6,11         creation          104:16,17
    168:6                138:23             93:24 94:7      177:10            104:19
corrected                139:12,16         94:10,17,19     credentials        107:3
75:2                     143:10,14          94:19,21        150:2,12,18        109:25
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

143:17
161:2,3
**currently**
91:24 93:20
94:2 105:20
107:3
193:16,17
**cut**
42:21,22
137:22
**cycle**
159:6 177:9

---

**D**

**dad's**
178:21
**daily**
74:21
**Dallas**
24:21 31:11
149:1,1
150:23
152:16
**damaging**
66:6
**Dan**
130:14
**Danberg**
126:3,12,21
**Danberg's**
130:14
**database**
31:1
**date**
83:7 96:6
97:20,22
98:11
106:18
196:6
**daughter**
58:2 152:4
**day**
19:15 32:18
38:20 39:16
51:1 74:15
79:9 80:8
94:8 97:10
100:13

149:21
150:11
165:11,12
165:15
166:4
170:12
178:14
182:22,24
183:13
193:24
196:1
**days**
12:14 26:7
26:10,11,12
26:16 27:8
39:10,17
67:7 79:5
80:10 126:3
126:8 143:9
143:10
160:17
161:4
162:23
163:13
188:24
**dead**
120:19
**deal**
16:22 22:3
80:14
130:25
149:24
165:8 167:7
**debate**
141:18 142:9
**debaters**
179:9
**Debra**
126:3,12
**decade**
25:5
**decades**
73:7
**deceased**
58:1,3 84:23
**decide**
5:4 113:23
**decision**

8:16,23
**decision's**
8:21
**declare**
119:18
**decreased**
62:22,23
**defended**
69:5
**defending**
152:20
**Defense**
142:4
**deficiencies**
26:14
**deficiency**
26:1
**defined**
17:17 39:1
101:25
**definitely**
105:12
159:14
**definition**
93:6,6
**definitions**
16:21
**degree**
50:16 86:14
88:7 190:4
**Del**
61:7
**delayed**
121:3
**delaying**
120:24
**delegate**
155:18
**delegates**
155:21
**deliberate**
189:16
**delineation**
92:22
**demands**
144:5
**democracy**

26:25 115:14
136:23
169:14,18
**Democrat**
50:3 126:13
147:23
**Democratic**
136:25
148:19
150:2,11,18
152:14,18
153:18
155:16,18
172:7
**Democrats**
50:3 84:6
90:13,13,23
90:24
127:25
135:6 145:1
149:16
**denied**
30:4 123:5
**Denny**
127:8
**Denny's**
127:6,16,18
**Denton**
150:23
**Department**
11:8 96:4
106:16
**dependents**
114:6
**depending**
6:25 101:25
103:9
171:12
**deployed**
154:11
**DEPOSITION**
196:7
**depositions**
22:19
**describes**
158:16
**description**
7:4 10:11

62:14
**designated**
10:20,21
11:2
**designed**
16:22 87:25
**desire**
75:23 169:9
191:3
**desires**
192:11
**desk**
5:12
**despite**
94:13 144:12
**determina...**
166:3
**determine**
16:7 89:8
**determined**
108:1
**determines**
101:10
**deterrent**
158:22
**develop**
163:10
**device**
5:13
**died**
180:5 182:22
**difference**
37:23 61:22
95:16 192:8
**different**
4:12 36:11
45:14,14
46:3 57:11
69:9 80:24
91:16 104:6
106:23
109:25
110:16,19
117:10
119:22
129:6,7
144:3 146:3
172:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
     182:13              discrimin...        77:2               171:21            166:24
     190:18              188:19              district           187:23            DPS-issued
difficult                discrimin...        50:8 169:7        dogs               171:1
22:16 50:20              189:16               173:11           180:6             Dr
 89:7 110:7              discrimin...          178:17          doing              82:15 88:21
 121:8                   190:12 192:3         191:13           13:24 14:15         155:18 179:2
dilemma                  discuss             diverse            26:20 30:8        draft
23:13                    144:21               124:5,7           40:21 41:24       5:3
diligently                174:16             Division           47:2 59:4        drafted
14:18                    discussed           13:21              59:15 60:3        51:20
diminish                 106:8               doctor             70:12,25          dramatically
175:24                   discussing          24:5 73:20         108:16            175:24
direct                   43:18,21            document           156:21,22        dress
6:14                     discussion          96:8 100:22        173:15            116:15
direction                38:19 86:2           100:25            176:9            drive
170:1                     100:8              101:1,3,6          179:22            33:10 59:14
director                  104:23             108:23            192:12             94:4,7
13:21                     106:7              115:22           domicile            167:1
dirty                     130:12             145:16            93:12 95:2         170:12
64:19 66:19               163:22             165:17            113:23             175:11
dis                      discussions        documenta...      dormitory         driver's
188:19                   121:10              93:1,5            117:18             17:12 37:21
disability               124:13              100:11           dorms               51:22 52:2
193:1                    156:21              101:11            102:9              72:18 88:3
disabled                 189:3               143:5,23         double             91:24 92:21
23:22                    disease            145:15,18         67:7                93:14 94:14
disagree                 189:9               160:10           doubt               94:16,20,24
56:12 99:1               disenfran...        166:14            58:3 81:22         96:2,21
disagreeing              39:18 91:15         173:7             131:19             105:25
87:18                    123:15              193:21           Doug                106:12,14
disappears               186:16             documenta...       2:9 157:2,4        106:24
58:17                    disenfran...        151:1             157:5              107:4,15
discard                  115:6 123:5        documented         159:24            111:6,12,16
151:23                   143:7 146:1         149:25            160:3,12,19        112:5,22
discounting              146:15              151:18            161:7,16,24        119:19
175:6                    159:15              154:7             162:6,20           121:17
discouraged              174:12,13          documents          163:3,15,20       129:14,25
170:10                   188:2               12:9,13           164:5,19,22        144:2
discrepan...             disenfran...         100:20           165:2,10           145:18
117:11                   114:9 115:11         109:9            166:10,15          166:8,25
discrepancy              146:11               112:20           167:4,12,15        167:5
95:1 97:15               dismissed            115:20           167:23             170:19
 97:17                   156:4,6              116:23,24        downtown          drives
 117:23                  displaying           117:15           157:9 163:5        82:7
discretion               84:3,4               118:1,2          down-to-e...      driving
41:24 105:2              dispropor...          145:20          131:13             170:13,14
 105:7,9                 114:12 181:1         166:16           DPS                dropped
                         distingui...         168:2 171:6                         95:22 114:4
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033831

149:23
**drugstore**
167:18
**Duane**
40:5
**due**
39:7 44:2
77:12 189:6
195:10
**Dunnam**
7:24,24 8:6
**duplicate**
84:15,19
**D.A**
31:17 58:14
120:15
149:2
**D.A.s**
50:1 58:22

**E**

**earlier**
42:1,5 43:21
57:16 84:20
96:5 106:17
144:25
157:21
174:17
175:7
**early**
3:24 4:1
6:24 18:12
25:4 133:18
163:5
**earned**
179:20
180:22
**easier**
22:15 50:17
58:25 67:13
134:5 174:1
190:6
**easily**
162:7 182:8
**east**
24:20 49:6
62:1 181:3
187:13

**easy**
134:6 139:7
152:6
**economic**
171:25 172:7
**educate**
15:6,7 89:25
193:12
**educating**
71:17
**education**
31:8 32:13
37:8 66:2
71:12,20
78:25
121:11
124:15
191:10
**educational**
65:17 66:2
142:4 172:9
**effect**
147:25
159:23
181:1
192:13
**effective**
67:21
**effects**
126:23
**efficiency**
6:3
**effort**
28:14 65:17
68:7 121:13
123:14
170:17
**efforts**
58:23 66:2
124:14
**eight**
62:20 169:8
181:8,24
**either**
10:25 11:3
19:10 57:5
59:18 74:2
115:24

129:23
132:12
137:25
155:16
166:24
171:2
**elder**
170:16
**elderly**
48:9,16
78:24 85:1
126:17
154:9
170:22
174:11
**elders**
170:9
**elect**
20:16
**elected**
16:1 138:6
178:16
**election**
10:17 14:16
14:22,25
15:2 16:2
17:20 19:15
22:18 24:9
24:18 25:13
27:19 28:22
29:5,19
31:4 33:24
39:4 45:14
45:15 46:5
48:13,21
51:1,13
53:24 59:3
61:13 63:14
64:7 69:21
70:18 78:18
79:9 80:8
82:25 84:14
84:23 86:4
86:5 87:2
89:15 91:6
91:21 94:8
94:22 95:6
96:17 120:3

120:4,7,7
120:20
128:6 136:3
136:6,13,14
136:16
138:4
148:23
150:11
159:6,20
160:18
161:5,21,22
163:14
176:2,3
177:9,10
182:21,24
183:13
**elections**
1:2 3:2
11:12 13:21
13:24,25
15:15 18:9
22:23 30:21
39:3 45:7
45:13 53:24
61:21 82:23
83:15,16
89:1,13
126:4,13
128:22
136:20
137:1
143:11
150:8
157:15
195:7
**electoral**
83:22
**electric**
34:18 52:21
72:15
102:15
**elects**
20:16
**elements**
184:12,14
**eligible**
30:24 59:5
59:18,24

62:8 82:8
112:25
115:9
144:13
146:21
162:12
**eliminate**
172:6
**else's**
84:8
**Elysian**
182:6 184:8
184:20
185:6,11,23
185:23
186:3,20
**em**
91:2
**eminent**
189:21
**emphasize**
189:22
**employed**
195:20
**empowered**
192:16
**encounter**
145:12
**encourage**
32:15 40:12
41:23
162:12
170:3
**encouraging**
54:3
**encumbered**
189:9
**enforced**
75:10
**enforcement**
30:10 175:16
**engage**
130:11
156:21
**engagement**
191:15
**engaging**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

191:15
enhance
87:10
enhanced
88:9,10
enhancement
32:14
enhancing
161:15
enjoy
177:4
enormous
31:21
ensure
15:9 83:3
187:25
enter
53:8 155:24
entertain
8:2
entire
48:23 163:12
entitled
23:24 30:20
56:15,17,23
58:10 195:6
era
178:12
error's
83:18
Escapee
20:10
Escapees
20:7,8,9,14
21:18 22:22
especially
23:19 70:19
89:13 101:8
105:13
189:2
ESQUIRE
196:7
essentially
32:8
establish
164:2
et

171:14
ethnic
180:19
Europe
65:21
evening
4:15 7:17,23
events
150:14
everybody
5:23 20:18
22:20 42:1
54:1,5
60:19 65:19
65:24 87:5
128:21
133:22
141:12
182:14,19
183:11
187:21
189:18
190:19
everybody's
62:5 124:11
evidence
122:23 132:3
154:2
evident
188:20
evidents
51:6
exact
5:7
exactly
70:11 99:12
109:23
113:6 116:4
146:1
161:17
179:23
examining
193:9
example
11:7 58:19
58:19 93:13
143:24
146:5

159:18
164:11
examples
81:6 91:20
95:4 113:24
144:8
exception...
38:25
excited
70:2
exclude
187:25
excluded
157:20
excuse
17:3 23:19
23:19 24:3
24:3 73:14
88:17,18
133:3 135:7
148:18,20
152:13
156:3
Executive
169:6
exercise
141:9 152:22
190:24
exhaustive
10:11
exist
18:6 47:10
67:23 89:4
89:21
192:14
existing
175:16
exists
18:6 132:2
expand
87:11
experience
44:14 59:11
59:11,12
80:23 191:4
experiences
191:15
expert

3:23 81:21
140:6,17
experts
86:3 172:24
expiration
97:20,22
98:11 99:5
99:6 196:6
expired
96:4,5,10
106:17,17
explain
10:8 12:11
20:9 33:20
36:16
105:19
117:14
explains
34:11
explanation
11:13 71:10
187:12
explicit
97:15
explore
47:18
export
136:23
exported
169:13,14
expressing
9:17 160:11
expression
60:11
extent
5:23,25 9:1
9:2,3,6
16:25 75:23
86:11 100:8
101:8
103:13,17
104:18
105:9 107:4
108:12
164:14
171:7,20
extreme
164:10

extremely
51:19
eye
154:4
E-trans
195:16

F

face
60:10 114:3
facial
60:11
facilities
163:5
facility
191:8
fact
4:20 7:18
15:14 18:6
29:19 39:20
43:24 45:6
46:18 54:4
66:9 72:12
72:12 78:15
88:11 93:4
94:13 98:4
98:9 104:24
108:4 110:7
114:7,18
115:13,17
124:12
140:17
157:16
160:24
161:12
163:17
180:25
188:17
189:11,22
190:20
192:7,14
factors
46:4,7,11
facts
40:13 172:11
fail
86:20
fails



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
   12:9                feeling           159:6 167:21      178:23           fiscal
fair                  127:5             filled            179:3,7,11        118:7 165:1
46:15 153:3          feels             55:14             179:15,21         five
   170:25             124:16            film              179:25            6:5 26:10
fairly                fell              154:23            180:3,7,12         50:24 67:7
10:11 101:5          188:22            finally           180:14,18          92:4 143:9
   158:21             fellow            44:16 138:6       180:22             143:10
fake                  188:23            financially      181:6,12,16       five-year
120:10               189:17            195:23            181:22            86:16 87:4
fall                  190:15            find              182:9,25         fix
158:3                191:2 192:5       7:2 16:4          183:3,6,15        91:7
familiar              felonous          19:6 23:13       183:18,21         flat
85:25 108:21         179:22             30:20 33:1       184:2,4,22        23:5
   150:9              felons            42:20 43:8       185:2,6,10        flawed
   161:16             146:17            44:15,22         185:13,17         33:17
   178:25             fewer             48:15 51:24      185:22,25         fleshed
families              70:15,15          57:24 61:18      186:3,7,11        48:6
145:17               fictitious         62:13 66:8       186:15,20         fleshing
family                81:3              66:8 70:20       187:6,15,19       41:25
178:21 185:9         Fields             80:12 88:7       188:6,7          flip
famous                182:6 184:8       114:23           fine              136:16
179:1                 184:20            129:21           31:5 47:2        flipped
far                   185:7,11,23       130:2            117:8             43:18
56:11 67:2            185:23            138:24           finger            Flores
   113:3              186:4,21          158:8            137:20            144:10
   169:17            fighting           164:13           finish            Florida
Farmer                181:4             170:11           6:22 42:12        26:7 76:11
179:1 181:3          Figueroa           174:10           151:13            76:12,14
father                2:7 141:22        175:8            FIRM              77:8,10
33:7 169:8            142:1,2          185:17           196:7             78:1,6
favor                 144:24            186:7,11,15      first             91:11,20
82:13,16             145:2,10,13       187:1            4:23 6:17         95:6 112:15
   119:7              146:19            finding           7:6 11:24        114:14
   147:14,24          147:4,6          51:1 88:2         21:17 30:25      flowing
   169:1             figure            findings          30:25 31:1       40:14
fear                  18:14 23:18       87:24            34:23 36:21      folks
176:9                23:23 50:25       Findley           73:23 82:21      6:1 53:4
fears                 54:16             168:25 169:5      122:5 131:4       120:16
51:9                  125:17            169:5            151:21            124:14
federal               129:20            172:14,21       152:1             125:12
82:25 143:11          165:7 175:4      173:3,23         157:12            132:7 134:9
Feds                 file              174:2            158:1             157:11,24
54:4                  22:18            175:10,15        160:25            158:10,15
feel                 filed             175:18,23        165:18            159:4,14
124:18               120:14            176:14,22        174:17            167:7
   127:22            133:17            177:8,13,22      178:16            170:13,14
   157:20            150:16            177:25           firsthand         174:2 181:2
                     fill              178:4,10,15      150:14            182:12,14
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033834

```
182:18,18              80:20 178:22        92:10 94:23        115:23              5:2 7:3
184:6,16              forth               fraud              158:24,24           10:23 11:13
185:10               52:8                17:19,21            159:2 161:1         23:4 28:20
187:4 189:8          forward              18:1,11,24         164:19,22          30:19 31:4
189:22,25            121:11               18:25 19:1         166:23             39:2,4
follow               126:25               23:11 24:8         167:17             84:14 86:4
74:17                131:1                31:14,17           168:1,9,9          120:15
followed             141:17               49:24 50:7         168:10             143:12
154:3                149:4                55:22,23           171:9,10           161:15
following            150:23               56:4,25           frequently         184:4
68:1 76:3            177:2                57:1,2,5,7         46:8               generally
195:5                184:11               57:16,18,24       freshman            56:21 72:18
follow-up            found                58:16,20          117:17             General's
163:9                14:15,18,21          59:7 61:12        friend             149:4 195:9
food                 14:24 17:1           61:18 63:7         128:24            195:17
98:11                17:6,21              64:19 67:12       friends            generations
football             24:9 27:20           68:17 73:11        23:9 141:17       180:10
81:6                 28:21 29:6           83:20 84:17        170:15,15         gentleman
forced               29:7 33:4            89:2,6,8,17       frighten           38:24 45:22
144:1                43:9 49:5            89:24 94:22        31:10 32:9        58:12 77:9
forever              49:25 58:5           119:22,24         33:18              134:22,25
44:10                59:19,22             119:25            front              163:12
forget               63:8,16              121:22            7:20 52:10         175:7
37:16                64:1,3,4,11          126:19,20         71:12 170:8       genuine
forgot               64:12,14,15          126:22            fruition           123:14
32:17                70:6 78:4            127:24            170:4              Georgia
form                 88:6 136:14          128:6             full               26:10 38:24
10:18,25             143:3                130:12,15         54:12 83:7         39:3,21,23
11:1,3               144:15               130:19            120:6 170:4       40:6 42:20
50:23 102:8          145:21               131:3,9           fully              43:25 52:17
121:4                146:16               133:11            118:2              53:5 76:12
143:18               171:18               134:7             Fund               77:7,8
165:23               founded              142:12            142:4              144:9,10
format               142:6                148:20            funds             germane
186:24               four                 169:20            162:22,23          8:12,19 9:1
former               22:13,17             172:15,19         further            9:6,8,14
53:5 82:25           47:5 94:4            173:5,16          144:21            getting
83:1 86:6,8          120:25               175:19            195:19,22          53:14 83:16
130:14               148:5,6              176:2,3           fuzzy              87:22 95:3
forms                framework            fraudulent        149:5              107:11
11:4,22              14:8                 44:3 56:21                           135:13
71:15 95:24          franchise            151:24           ───── G ─────       170:20
111:4                152:23               188:2            gap                 171:1,4
112:21               frankly              fraudulently     75:7                get-go
160:24               45:10 104:13         43:20            gavel               191:6
165:21               Fraser               free             9:25               give
167:19,21            10:7                 5:8 11:8         general             5:14 15:24
Fort                 Fraser's             51:6 88:2                            16:15 26:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 34:19 60:20 | 115:16,21 | 39:17 40:15 | 60:24 65:19 | 44:15 |
| 91:19,23 | 115:24 | 41:19 42:23 | 76:20 90:18 | **group** |
| 162:10,24 | 117:19 | 45:24 49:5 | 121:23 | 6:3,8,9,25 |
| 165:6 193:3 | 133:2 | 49:10,13 | 127:5,5 | 28:4 47:6 |
| 193:11 | 135:25 | 50:24 51:17 | 133:23 | 49:7 81:10 |
| **given** | 141:4,24 | 52:3,5 | 137:21 | 130:24 |
| 4:11,20 | 149:4 152:1 | 53:25 54:6 | 139:22 | 150:15 |
| 134:18 | 156:18 | 59:4,7 63:5 | 158:2 | 188:18 |
| 146:24 | 158:19 | 63:15 66:2 | 175:17 | 189:23 |
| 150:7 | 159:1 160:8 | 66:4 70:21 | 178:18 | 191:25 |
| 165:11,15 | 161:5,8 | 71:11,23,23 | 191:14 | **groups** |
| 166:4 | 162:3,13,18 | 72:1,2,3,7 | **gotten** | 123:4 126:18 |
| 192:21 | 166:23 | 72:9,9 73:2 | 159:10,11 | **grow** |
| **gives** | 170:18,18 | 73:25 74:9 | 190:23 | 53:10 |
| 29:20 36:22 | 173:14 | 79:3 83:2 | **government** | **guarantee** |
| **giving** | 177:20 | 89:15 91:14 | 42:18 169:15 | 120:6 |
| 5:2 45:4 | 180:11 | 95:25 96:24 | **governmen...** | **guardianship** |
| 54:9 125:6 | 181:10,11 | 97:7 100:8 | 93:17 121:19 | 152:6 |
| **glad** | 182:22 | 105:5,11 | 125:15 | **guess** |
| 121:24 | 184:24 | 109:11 | 171:3 | 25:14 33:22 |
| 134:11 | 186:23 | 112:24 | **Governor** | 40:2 101:1 |
| 181:10 | 187:4 | 113:1 | 115:4 | 110:21 |
| **glasses** | 192:10 | 117:25 | **Governor's** | 149:13 |
| 167:16,17 | 193:18 | 118:19,21 | 48:2 | 160:4 163:8 |
| **go** | **goal** | 122:4 | **Grand** | **guy** |
| 5:22 6:23 | 14:2,6 162:1 | 126:22 | 149:2 150:19 | 131:13 |
| 8:14 15:18 | **goes** | 132:8 | 176:5 | 159:19 |
| 19:16,16 | 65:13 113:3 | 135:25 | **granted** | 160:16 |
| 23:21 24:22 | 137:10 | 149:3 150:9 | 190:20 | 163:17 |
| 24:24 33:10 | **going** | 153:4 158:2 | **grateful** | 164:12 |
| 34:1 37:16 | 4:9,22 5:14 | 162:16 | 191:5 | **guy's** |
| 37:20 42:23 | 5:16,22 | 164:11,13 | **gratified** | 191:9 |
| 48:13,14,16 | 6:12,17 7:4 | 164:24 | 192:6 | |
| 49:12,18 | 7:5,15 8:12 | 170:20 | **great** | |
| 50:22 51:1 | 8:17 9:15 | 173:5 | 45:23 80:14 | **H** |
| 52:4 56:14 | 15:3,8 16:2 | 177:14,20 | 91:4,19 | **hand** |
| 57:2 59:12 | 16:14 18:2 | 183:3,6,7 | 149:24 | 47:6 71:13 |
| 59:13,25 | 18:18 25:1 | 186:8,16 | 170:1 | 71:14 86:7 |
| 60:8 64:9 | 26:17,18 | 189:13 | 176:25 | 88:10 105:8 |
| 67:7,24 | 28:11,12,13 | 190:22 | 178:23 | 186:4 |
| 68:2,3 70:4 | 28:24,25 | 192:9 | 179:9,10 | **handful** |
| 70:5,5 72:6 | 29:17 31:14 | **gold** | 181:20 | 65:6 |
| 73:13 74:14 | 32:7,9,10 | 174:3 | 183:9 | **handgun** |
| 78:6 79:4 | 32:21 34:3 | **Gonzalez** | **grew** | 129:13 |
| 79:12,17 | 34:5,6,8,21 | 142:15 | 19:3 62:1 | **handicapped** |
| 80:2 94:5 | 34:22 35:12 | **good** | **grimace** | 121:9 |
| 96:18 97:11 | 35:15 36:23 | 21:19 23:1 | 60:10 | **handle** |
| 97:24 | 38:3,5 39:5 | 38:19,25 | **groundwork** | 76:14,16,17 |
| | | | | 100:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033836

handled
12:19
hands
50:19
happen
28:13 29:18
29:18 33:12
39:15 64:2
65:1 71:23
89:12 112:9
114:10
158:4
193:23
happened
23:6 24:19
81:21
112:15
133:16
143:4
178:13
182:17
happening
80:4 95:4
178:18
happens
12:8,12
14:20 16:25
24:25 29:18
33:13 48:22
65:5 97:15
hard
24:17 30:3
49:3 58:19
84:20,21
115:14
127:9
131:14
152:19,22
154:8
158:12
181:4
185:17
hardship
154:7
harmful
93:12
Harper-Brown
3:12

Harper-Br...
136:15 138:4
Harris
58:14
Harry
85:4
harvesting
49:17 74:7
133:19
head
22:12
headed
86:6 152:15
heading
189:4
heads
71:24
health
114:5 191:9
hear
4:5 5:23,24
6:8,23
11:24 12:11
51:24,25
63:5,22
78:5,21
86:1 117:14
141:3,4
144:25
148:18
195:13
heard
3:22 26:6
30:1 47:15
50:6 53:4
58:12 61:4
69:2 81:6
102:13
104:25
105:15
124:1
132:22
150:22
172:16
hearing
3:19 6:22
7:22 9:2
101:2 116:3

134:19
150:19,20
153:17,21
hearings
58:13 153:19
Heflin
3:12,13
25:17,18,21
25:24 26:5
27:21 28:3
28:7 29:9
29:21,25
32:12,23
38:17 67:3
67:4,16,20
68:5,11,18
68:21
172:13,14
173:2,20,24
177:6,8,14
177:23
178:2
held
150:18
153:19
help
5:3 11:22
23:12 25:1
27:15,25
49:18,19
51:3,5,7,8
53:7,8,9,10
53:12,15,16
54:12 63:2
78:22 123:6
131:4
134:11
158:9
161:22
162:3,16,18
162:21
164:20,23
165:17,19
165:21,24
166:20
167:20,21
172:18
helped

25:5 63:1
76:8
helpful
5:2 65:23
69:20 70:8
helping
54:9 92:16
92:19 125:6
166:19
hesitate
192:21
Hester
2:10 188:10
188:14,14
192:18,19
192:24
193:2,6,10
193:14,17
193:19,23
194:1
hey
192:7
Hi
54:23
Hidalgo
64:8
high
165:19,20
166:20
170:2
higher
45:7 108:4
highest
39:24,25
45:9 49:7
172:17
hire
48:13 61:11
hired
61:15
Hispanic
170:13,15
Hispanics
170:21
history
39:24 123:8
179:17
hold

21:12,12
154:15
162:11
182:3
holistic
118:9
home
19:5,16 49:6
49:8,9
96:19 97:10
113:24
homeless
157:6,8,11
157:13
158:15
159:22
161:22
162:19
163:12
homes
24:22 48:10
48:10,23,23
133:19
honesty
93:4
honor
137:5,10
hook
91:2 185:7
hoops
192:3
hope
110:19,20
162:16
177:1,15
hoped
126:24
hoping
135:19
horror
163:11,25
164:7
hoses
180:9
hot
22:12
hour
175:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033837

hours
75:6 87:2
  94:5 105:14
  134:23
  150:21,22
  184:24
house
1:1 3:1 4:12
  4:18,20
  5:10 6:12
  8:12,20
  9:11,11,15
  10:6 15:2
  18:13 23:17
  48:17 79:13
  100:13
  115:3 121:5
  126:4 195:6
Houston
19:17
Howard
1:15 195:3
  196:6
huge
170:20
human
183:25
humbly
98:25
hundreds
29:6 58:5
hurdle
136:4,7
husband
152:5
hypocritical
154:4

I

idea
53:7 65:19
  65:20 89:2
  133:23
ideal
26:12 131:11
ideas
5:3 54:10
identific...

10:25 11:1,3
  11:4,9
  14:10 15:10
  15:20,22,24
  26:2,3
  28:12 30:5
  34:8 36:23
  43:9 52:8
  52:25 66:4
  75:24 78:10
  79:11 82:18
  86:12 96:3
  98:15,16
  99:23
  100:18
  101:15
  103:13
  104:18
  106:15
  108:19
  117:1 143:8
  143:18,21
  146:23
  147:1 160:6
  160:15
  163:10
  172:3
  174:18
  184:12
  193:21
identific...
10:21,22
  33:20
  108:18
  118:15
  161:10
  172:5
identified
76:3 101:6
  118:14
  154:1 168:4
identifier
10:20
identifies
100:10
identify
30:22 51:7
  77:17

103:18
identifying
98:1 160:5
identity
95:18 109:20
  110:1
  125:10
  145:16,20
  174:25
ignorance
89:9,18,23
ignore
109:11
III
1:7
illegal
15:4 146:17
illiteracy
167:14,20
imagine
79:17 116:25
  164:8
immediately
74:20 76:8
  188:20
impact
25:13 31:21
  189:7
  190:25
impaired
189:8
impairment
152:5 190:17
impersonate
14:19 57:25
  67:20,23
impersonated
29:4
impersona...
14:16,19
  29:7 64:11
  182:21
impersona...
9:14 16:23
  28:19 63:8
  63:17 64:20
  64:24 65:10
  66:10 69:13

80:22 81:2
  81:9,13
  116:13
  119:23,23
  119:24
  120:1,2,8
  120:13,17
  120:22,22
  122:18
  123:25
  132:6 136:2
  142:13
  143:1 176:7
implement...
54:11 120:25
  143:24
implications
95:9 110:17
imply
9:1
important
6:12 12:8
  26:24 73:3
  82:22 87:5
  89:19 92:22
  136:19
  141:16
  142:17
impossible
58:15,18,21
  120:23
  189:15
impression
36:21 66:3
  133:16
  191:18,19
improprie...
80:24
inadverte...
56:6
inaudible
10:2 12:2
  13:23 25:25
  29:22 32:23
  38:17 40:24
  41:16 42:7
  43:14 44:8
  44:12 46:24

60:17 64:10
  64:21 69:24
  72:25 74:22
  77:18 78:16
  82:5,6
  98:24 102:3
  113:2
  115:19
  122:2,9,11
  129:18
  137:8
  142:25
  144:6,9
  147:16
  149:9,12
  151:8
  161:14,21
  164:18
  176:21
  179:9,14
  186:16
  187:23
incentive
61:18
incidence
142:25
incidences
84:12
include
116:24
included
29:24
includes
83:7
including
86:14 113:13
  114:4 142:8
  191:17
income
21:25
incomplete
52:1
inconsistent
154:14
incorrectly
89:19
increase
87:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033838

increased
85:9 88:10
121:12
124:14,15
independent
173:13
**INDEX**
2:1
Indiana
26:10 46:18
76:12 85:3
91:11 97:17
97:18 99:2
99:7,15
106:12
108:2 112:9
135:1,2
172:1
indicate
11:10 85:23
118:8 155:8
indict
149:3
individual
15:19 16:3
148:24
149:3 160:6
163:24
164:2
individually
6:25
individuals
16:6 30:22
42:18 47:24
48:16 52:20
53:10
151:21
154:6 158:4
173:15
180:2 182:5
182:5
ineligible
59:21,25
151:19
infirmed
78:24
inflation...
171:19

influence
190:3 192:12
192:17
influenced
191:17
inform
118:4
information
5:3 15:10,25
27:12,16
34:19 35:11
35:22 37:21
38:23,25
39:11 46:6
52:16,19
71:25 72:3
72:16,20
74:20 75:3
76:7 78:7
80:3,6,9
88:5 91:23
106:13
118:5 142:9
142:14,18
148:4 149:2
166:20
168:17
informed
37:14
initial
145:14,14
initiated
152:14
inject
142:9
injury
188:11,15,21
188:24
189:5 191:7
ink
137:20
innate
169:9
inquiries
183:7
inquisitive
67:2
inside

73:4
instance
27:22 70:11
81:6 97:21
instances
31:23 47:25
48:19 57:9
79:19 85:11
110:14
114:16
122:18
instill
83:21,24
Institute
85:3
institution
98:17 101:16
instructions
167:10
instrumental
5:2
insurance
114:5
insurmoun...
71:18
integrity
80:14 82:23
136:20
170:2
177:10
intended
8:25 99:22
intending
104:10
intent
9:7,17
103:16
104:9,20
105:13
107:8
109:18
110:16
112:19
114:9 117:9
191:23
intention
5:11 149:21
intentional

56:7 57:6
190:11
intention...
18:2
interest
96:1 192:11
interested
31:13 78:8
101:2
157:14
195:23
interesting
46:20 47:1
80:13 86:5
91:9 156:2
interim
17:3,3
interpreted
105:22
interrupt
40:23 192:11
interviewed
71:1
intimidated
114:12
introduced
113:11
invested
92:8
investigate
14:17,17
28:25 62:12
investigated
31:18
investiga...
80:23
investiga...
70:4,5
investiga...
13:25 143:3
inviting
59:16
involved
89:1 139:13
involvement
27:10
in-depth

130:12
**Iraq**
137:19,24
issue
3:24 4:6
9:13 13:20
14:9 22:7
22:13 23:10
28:17 40:19
43:14,18
47:16 48:1
50:13,13
64:24,25
70:15 81:16
84:5 86:4
88:8 91:7
93:6 97:17
107:11,16
114:16
117:24
118:6
135:10
149:7
162:19,21
169:20
171:2
172:15
177:12
190:14
issued
85:23 86:9
86:18 96:3
96:8 98:17
99:24 100:1
106:15
117:21
issues
8:24 40:3
41:25 48:4
53:14 54:10
92:8 93:12
105:15
128:10
146:9
150:22
items
102:11 148:5
151:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**I.D**
11:5 16:22
16:24 17:13
26:9 29:10
30:5 32:17
39:4,7,7
40:1 44:2
46:3,8
50:12,15,23
51:8 53:14
53:16 54:1
54:4,6,9,13
71:14,16
77:12 78:3
79:3 82:22
83:6,14,23
84:3,4,14
85:10 86:12
86:20,25
87:3,24
92:17,18,20
92:23,24
93:17 94:24
95:24 97:8
97:11,18,19
97:21
101:18
104:6,7
105:4 106:7
107:13,14
107:22,24
108:13
109:3 111:4
111:7,13,17
111:20
112:2,4,21
112:23
114:9
115:25
117:15
120:10
121:9,18,19
121:21,23
124:1 125:8
125:8,17
127:10,24
133:13
135:2,10

137:17
141:13
142:20
143:15
144:7,17
155:24
158:5,6,12
158:15,19
158:24
159:2,11
160:20,24
165:9,13,15
165:21,23
166:4,5,20
166:24,25
167:1,6
168:1,3,9
169:25
170:11,20
171:1,3,8
171:10
174:21
176:13
182:12,20
183:17
184:16
187:8
**I.D.as**
125:24
**I.D.ed**
129:14
**I.D.s**
53:8,21 88:2
93:14,15
97:23
108:10
113:3,12
125:12,13
125:15
142:21
158:10

---
**J**
**jail**
175:13 180:5
**James**
83:2 86:7
**January**

86:19,23
**Jerry**
151:22
**Jim**
179:1 181:19
**Jimmy**
83:1 86:8
**job**
144:5 158:8
196:11
**joined**
155:8
**Jose**
146:5
**Journal**
126:11
**Jr**
13:23
**judge**
29:5 48:12
48:12,21
70:18 71:3
120:3,4
178:17
**judges**
120:7
**July**
152:14
153:22
**jump**
192:4
**junior**
165:20
**jury**
71:3 149:2
176:5
**justice**
128:23

---
**K**
**Karen**
143:24
**keep**
19:5 50:17
50:20 76:19
157:19
189:2

**keeping**
50:25
**kicked**
54:10
**kicking**
115:19
**kickoff**
152:17
153:21
**kid**
181:18
**kids**
20:19 137:23
181:8,24,24
184:25
**kind**
4:9 5:13
20:16 27:19
31:12 33:16
35:11 43:8
47:22 50:12
65:20 69:4
91:5 95:22
103:15
131:13
146:9
150:24
160:10
165:9
167:17
173:15,19
174:20
**kinds**
105:6 119:22
119:25
190:19
**King**
179:2 192:13
192:13
**knew**
133:2 176:6
179:5
**know**
3:20 6:16
8:2,18,20
13:18 14:20
15:1,15
18:10 19:4

28:17 30:10
30:19 31:10
33:7 34:15
34:17 36:8
40:2 43:22
43:23 45:16
45:19 46:2
46:19 47:14
48:5 49:4,6
49:10,10,16
50:1 51:23
52:17,24
54:15,16
58:22,24
59:25 60:1
61:25 62:1
62:8 65:21
69:19 70:2
70:13,14,23
71:22 72:11
73:5,5,10
73:13,21
74:5,9,15
74:18,23
75:12,15
76:21 77:1
78:20,23
80:24 81:5
81:7,23
84:18 89:6
89:12,14
91:10,23
92:15 93:2
93:2 95:7,8
99:12 100:7
100:23
101:14,24
103:21
104:15,20
107:8 113:9
113:16
116:11,21
118:17,21
120:9,16,21
121:21
122:23
124:2
127:16,20
127:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033840

128:1,13,25
131:11,14
132:2,6
133:10,10
133:21
134:6,7
135:25
136:8,8,14
136:17
137:16
138:6,25
139:6,10,25
141:8
143:16
145:6 146:3
147:4,7,8
149:16
151:23
154:19
159:6,20
161:17
163:1,4
165:12
166:4 173:4
174:19
175:5,12,13
176:5
178:12,13
179:1,5,9
181:10
182:14
184:8 185:3
186:3
187:11
188:25
189:4,18
191:22
192:5,13
**knowledge...**
80:13
**known**
81:4
**knows**
15:13 72:6
73:4 122:20
137:21

L

**lack**
26:9 30:5
39:7 143:8
143:20
146:25
**lady's**
119:14
**laid**
71:13
**Lampasas**
122:15,16,19
**language**
5:4,7 6:19
31:8 33:17
33:19,23
34:7,25
35:3,6 36:6
36:11,16,21
37:2,5,11
38:10 40:15
51:17 95:18
98:13 99:1
99:4,4,17
104:13,15
105:24
109:17
117:7,10
**Lare**
181:19
**Laredo**
19:17 61:9
**large**
22:8 43:23
159:21
**larger**
108:5
**late**
191:22,24
**Latino**
142:7 146:4
**laudable**
162:1
**law**
10:17,18,22
10:23,24
12:20 30:10
40:1 75:11
78:7,11

84:7 94:1,9
94:12 95:18
95:19 99:15
100:9
104:16,17
104:19
105:22
106:8,12,14
106:24
107:4 115:4
133:3
143:17,24
161:3,3
172:2
175:12
184:10
187:22
**lawful**
182:20
**laws**
97:16 154:2
175:16
**lawsuit**
36:2
**lawsuits**
69:6
**lawyer**
11:25
**lay**
4:1,22
156:17
**laying**
7:12,19
**lays**
10:6
**lead**
59:23 142:16
**leaders**
148:19
**leads**
62:10 120:12
**League**
28:5 42:19
**learned**
142:23
**leave**
7:11 53:3
66:3 67:2

169:9
**leaves**
58:17
**led**
191:12
**left**
86:16
**legal**
17:4,5,10,12
66:9,15
76:3 83:7
123:12
134:1
141:12
142:4,6
148:20
152:5 154:1
164:15
183:12
**legally**
123:23
141:15
183:11
**legis**
95:17
**legislation**
3:19 4:22,23
9:3,8 22:11
89:11,20
91:14 92:10
107:20,21
110:18
133:12,17
135:8
**Legislative**
142:3
**legislature**
14:3 22:15
41:21
126:14
131:15
184:11
**legitimacy**
107:12
**legitimate**
16:12 73:14
74:23
103:14

107:9,16
147:7
171:24
172:6
**legitimately**
80:10
**length**
49:13
**lengthy**
86:9
**lesson**
123:8
**letter**
87:23 105:4
**let's**
11:15 40:12
40:13,14
53:23 66:7
66:13 96:12
114:7,25
126:25
128:11
131:6,8
132:2
186:23
**level**
115:9,11
**leveled**
148:24
**license**
37:21 51:22
52:2 72:18
91:24 92:21
93:14 94:14
94:16,20,24
96:2,9,22
105:25
106:12,15
106:24
107:5,15
110:6 111:6
111:13,17
112:5,22
119:19
129:13,14
129:25
144:3
145:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
166:8,25          157:23           73:7 149:1       168:16           132:7 136:3
167:5             165:23           lives            170:25           170:13,13
170:19            listed           19:4             187:21           185:3
licenses          144:3            living           192:8            love
17:13 88:3        listen           63:19,20,20      looked           91:19 130:11
121:17            10:11 69:25      102:9            14:23 31:22      131:3,11
life              191:3            117:17           64:23 69:16      144:21
189:20,25         listened         149:21           86:10 88:5      Lucero
191:14            13:19 132:23     159:24           133:1            143:25
lifetime          listening        189:18           looking          luckily
131:20            105:14 145:3     lobby            23:10 92:13      178:12
life-long         lists            126:18           looks            lucky
147:23            11:2 100:20      local            63:11            79:5 158:20
light             100:22           30:14,14,18      loosy-goosey     Lufkin
5:16 161:11       litany           48:1,4,4         137:14           91:24 94:5
190:14            105:15           80:5 120:15      lose             94:14,20,25
light's           literally        157:14           137:1 179:22     97:9,12
141:3             167:19           170:7            loses            104:3
liked             litigation       locations        107:13           105:25
30:1              25:4 142:10      3:18 110:15      losing           106:1 110:6
likewise          142:15           lodge            61:11,16         Luis
190:15            little           192:10           lost             2:7 141:22
like-minded       16:19 20:2       logged           84:10 136:17     141:23
6:1               59:2,6 62:6      120:14           139:4,24         142:1,2
limit             62:6 108:4       logistics        141:15           145:2,10,13
6:20 8:10         136:5            95:10 110:18     lot              146:19
limitation        148:13           Lone             3:21 13:20       147:4,6,11
4:10              185:20           174:23,25        19:25 23:9
limited           live             long             26:19 30:12      ┌─────────────┐
158:17            20:24 21:4,6     5:22 25:14       30:12 31:13      │      M      │
limits            22:20 23:2       52:17 55:5       62:9 81:17       └─────────────┘
105:9             54:17 92:3       60:8 94:21       84:18 88:25      mad
Linda             95:2 105:21      164:1 166:3      89:1 100:7       92:1
136:15            145:6            177:19           103:19           magic
line              149:20           191:23           112:10           134:8,12
105:4 158:16      169:12,21        longer           119:21           mail
list              169:22           21:24 121:3      125:6            18:12 19:10
10:20,21          170:12           look             131:23           19:11,21
11:5 63:11        176:18           4:3 27:18        135:8 136:9      20:21 21:8
69:16 74:13       181:18,24        29:3,4           146:2            21:9 23:19
75:4 83:5         181:25           33:10 46:4       157:15,23        47:5,7,8,11
98:14             182:6 184:8      61:11,24         158:4 159:5      47:16,20
100:18,19         185:10,22        63:10,15         159:8 163:6      50:13,14
101:3 102:5       185:23           86:3 97:7        163:7 166:3      73:16 74:9
112:19            186:14           97:16 102:8      182:14           74:14 75:5
116:23            190:25           117:14           184:9            84:24
118:14            lived            120:18           lots             128:12,13
146:22            22:20,21         125:23           71:7,7 128:6     133:4,8
                                                                     136:2 162:9
                                                                     171:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033842

mailbox
  68:3,4
mailboxes
  24:16
mailed
  48:15 74:14
  74:16 162:5
  162:9
mailman
  68:2
mail-in
  18:21 62:15
  62:23 66:19
  67:12
  130:12,15
  130:19
  132:2 136:7
  172:15
  173:5,15
  174:14,16
  174:20
  175:19
main
  21:17,21
  121:7
mainstream
  53:9
maintain
  48:9,10
  101:8
major
  27:4 32:4
  71:24
majority
  60:21
making
  79:15 80:6
  89:18 92:18
  95:12 99:19
  134:6
  154:21
  155:1
MALDEF
  141:23 142:4
  142:6,16
mama
  19:4
mandate

16:8
mandated
  108:12,14
manner
  4:13 10:13
  191:5
margin
  83:18
Mario
  116:15,16
Mark
  2:10 122:5,6
  188:10,14
  188:14
  192:19,24
  193:2,6,10
  193:14,17
  193:19,23
  194:1
marked
  15:22 27:22
markets
  71:24
marking
  30:6
married
  144:12
marrying
  146:5
Marshall
  175:11 178:9
  178:13,19
  178:21,25
  179:5,18
  181:20,21
  181:25
  182:1,15
  183:13
Mary
  2:5,8 90:12
  90:17,17,22
  91:2 93:9
  93:22,25
  94:4,12
  95:21 97:3
  97:6 98:2,4
  98:8,25
  99:9,20

100:4
101:12,21
102:6,16,21
102:25
103:6 104:1
104:4,11,21
104:25
105:12
107:1,6
108:6,20
109:13,23
110:11,24
111:2,9,14
111:18,21
111:25
112:7,14
113:1,6,18
113:21
115:7,13
116:4,6,14
117:3,7
118:21,24
127:6,8,16
127:18
147:13,16
147:18,21
147:21
148:10,15
148:17
149:10,13
149:19
151:6,10,17
153:2,5,8
153:16,21
153:25
154:18,22
155:3,17,22
155:25
156:3,7,9
Maryland
108:3
Mary's
101:22
Master's
191:9
match
97:12 105:5
120:18

145:20,22
145:24
146:8
matches
160:9
matching
146:10,10
mater
117:5
matter
4:15 6:3
15:14 78:17
157:16
192:8
maxim
91:5
mayor
53:5
ma'am
104:4 124:24
126:9 130:5
134:15
155:25
165:10
mean
18:2 19:20
21:11 26:17
28:12 29:17
29:18 35:4
36:10 39:1
51:21 57:24
58:20 71:6
71:22 79:8
89:23 96:24
104:16
108:20,22
113:21
114:15
118:9,12
126:8
159:18
162:18
163:4
192:10
meaningful
52:15
meaningless
46:17 52:14

means
47:23 123:12
125:7
meant
47:19 66:18
measure
190:5
measures
123:22
mech
100:9
mechanisms
10:15 83:19
89:16 164:1
medals
189:24
Medicaid
102:19 175:1
Medicare
102:19
meet
88:25 97:19
meeting
7:16 86:2
152:17
member
8:1 140:14
188:15,16
members
4:2,8,13
7:14,17,21
10:9 11:9
11:16 13:10
13:18 16:16
18:13 22:22
23:17 41:1
41:12,18,21
41:23 60:4
67:1 80:12
85:25 86:10
88:13 90:9
115:12
116:20
121:25
122:3,5
124:2,3,9
140:20
147:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033843

151:4,5
155:10
156:6,17
161:19
163:23
168:19
178:6 188:5
193:4
membership
189:12
memory
190:17,17
men
180:18
mention
44:25 148:6
148:8
mentioned
30:3 42:18
45:6 72:12
85:14,17
150:16
mercy
128:23
merely
51:1
message
176:12 177:1
Methodist
111:7
Mexican
63:20,24,25
142:3
Mexicans
63:19,21,23
Mexico
137:11,24
Michigan
110:14
114:14
Mickey
81:7,11
microphone
148:13
151:12
middle
13:13 191:11

midnight
123:1
migrant
145:5,17,17
migrants
145:7
migrated
178:21
miles
175:12
military
154:11
million
40:6 78:2
93:15 118:9
121:17,18
121:18
125:14
mind
5:18 57:12
60:9 90:15
125:20
134:18
mine
61:15 72:14
129:25
mine's
135:25
minor
79:22 191:10
minorities
79:1 91:16
123:16
minority
31:20 85:1,8
108:5 124:3
minute
43:1 47:17
56:3
minutes
5:15,19
93:19
misleading
31:9
mission
173:14
Mississippi

108:3
Missouri
85:5
misspoke
66:16
mistakenly
57:2
mistakes
89:18
mister
143:1
misunders...
105:18
misunders...
155:2
mobile
51:5
model
169:15
mom
92:1
moment
47:21 71:11
91:8
money
30:12 51:15
93:2 107:17
115:20
117:18,21
117:22,25
118:10
121:14
168:4,5,8
177:18
Montgomery
114:2
month
140:15
months
161:8,9
morning
3:25 4:1
118:18
170:7
Morrison
144:10,10
mother

33:7 58:2
65:5 71:4
97:9
Mouse
81:7,11
mouth
118:11
148:14
move
5:10 19:5
123:6
137:24
190:12
moved
6:18 144:4
moves
146:2
movie
179:10
moving
4:21
multiple
69:9 84:16
137:22
murder
30:16 58:23

——————— N ———————

naive
59:2,6
name
6:13 13:11
13:12,13
22:24 59:16
61:3,4
68:15 70:9
80:2 81:3
81:13 82:14
83:7 90:16
90:20 97:19
98:10 110:4
119:8,11
141:24
142:2
144:12
146:7,7,8,9
146:22
147:20,21

151:21,22
152:1,7
160:9,9
169:3
182:15
188:13
named
180:2
names
63:12 69:21
79:9 81:11
81:24,24
84:16,19
146:3,4,4
182:13
name's
157:5
Naranjo
2:5 90:12,17
90:18,22
91:2 93:9
93:22,25
94:4,12
95:21 97:3
97:6 98:2,4
98:8,25
99:9,20
100:4
101:12,21
102:6,16,21
102:25
103:6 104:1
104:4,11,21
104:25
105:12
107:1,6
108:6,20
109:13,23
110:11,24
111:2,9,14
111:18,21
111:25
112:7,14
113:1,6,18
113:21
115:7,13
116:4,6,14
117:3,7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033844

118:21,24
narrowly
148:22
nation
30:25 31:1
39:25
169:13
177:4
National
180:15,17
nations
176:16
nationwide
83:17
nation's
176:24
nature
73:20 174:24
189:5 193:1
nearby
163:6
nearly
67:7
necessarily
53:7 54:13
149:6 176:3
necessary
5:6 7:22
104:23
168:3
190:10
need
7:11 15:5,18
26:15 27:7
27:7,9 31:5
31:6 34:21
34:23 37:7
37:7 50:22
52:3,14
60:15 72:5
73:11 77:14
78:11,21
79:4 83:18
84:13 88:9
106:5 121:2
128:10
133:13,23
135:25

156:22
171:15
173:8 175:8
176:11
185:20
187:11,12
needed
12:9,13 34:1
109:20
135:8 173:7
needs
14:11 27:11
27:16 28:14
31:9 32:14
73:9 76:7
78:21 121:3
121:4 152:4
176:10
neighborhood
165:14
neither
195:19
never
14:15,18,21
14:23 18:15
19:25 20:1
23:22 24:1
24:10,10
27:5,20
28:19,19,21
29:6,7 32:3
33:13 36:7
36:8 39:15
43:9 57:11
57:25 58:5
59:22 61:7
63:16 64:1
64:3,4,11
64:12 69:22
70:6,22
76:21 94:6
114:22
129:16,21
132:11
143:14
164:11
nevertheless
61:17

new
4:15 6:23
88:2 94:17
95:23 142:9
182:1
newlywed
144:11
news
138:16
nice
125:3
night
26:6 30:2
60:8 104:24
122:24
123:8 124:1
140:17
156:16
nip
177:20
noise
60:13
non-citizen
14:21,24
16:19,23
19:20 64:12
non-citizens
17:5
non-germane
9:2
non-photo
10:22 11:4,5
71:16
108:17
142:21
non-photo...
11:1 172:5
non-photos
100:19
non-resid...
146:17
north
114:19
150:19
notable
114:18
note

24:4 73:19
118:7 170:6
noted
113:17
notes
165:1
notice
5:12 35:7
noticeable
113:25
noticeably
113:17
noticed
62:22
notified
10:15
number
3:23 10:14
11:21 25:9
39:6,18,20
40:5,6
43:19 69:6
69:17 70:19
77:3 80:9
83:9 92:7,8
94:15 95:4
100:19,23
102:5,11
103:8,17
115:25,25
125:19
127:19
138:20
139:10
143:7 161:4
174:13
numbers
18:10 22:8
30:3 39:8
43:2,23,24
43:25 79:5
146:16
174:10
numerous
43:22 46:10
113:24
152:10
nursing

24:22 48:9
48:22,23
49:6,8,9

_____

O

oath
174:4
objection
53:20 54:3
obligations
7:22
obstacle
170:21
obtain
103:12 125:7
171:21
obtaining
11:10
obviously
4:7 41:23
42:4 84:19
84:25 171:3
occasion
64:19
occur
10:17 81:10
146:2
164:11
occurred
24:19 150:15
occurring
114:17
occurs
58:4
offensive
60:14 63:3
offer
8:14 150:5
189:20
office
13:22 30:11
31:18,18
48:15 75:7
75:14 87:2
121:15
149:4 195:9
195:17



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

officer
143:25
offices
74:15
official
50:23 78:18
officials
15:11,25
  16:1 20:17
  51:13 69:21
  80:5 130:24
oftentimes
69:2
oh
12:5 28:22
  28:24 33:7
  122:25
  149:10,17
  149:18
  156:3 162:7
  165:12
okay
8:5 9:21
  12:21,22,25
  13:5 16:13
  17:3 18:5
  25:16 26:15
  28:8 36:15
  37:10 38:13
  38:16 44:5
  45:5 54:19
  55:10,19
  56:19 60:4
  62:18 64:13
  65:2,8
  66:12 68:20
  76:9 77:21
  81:20 87:17
  93:18 97:4
  98:13
  101:21
  111:11,22
  116:5,17
  119:16
  122:14,17
  123:3 129:2
  138:8 140:7
  140:19

141:3,6,22
147:18
148:15
151:6 153:2
153:25
154:18
156:7,23,24
156:25
161:18
162:15,25
168:15
173:2
178:11
183:7 184:3
193:25
Oklahoma
96:21 111:6
Oklahomans
96:12
old
33:10 102:22
  103:10
  133:3
  181:25
  182:18
  184:4
older
126:16,18
once
66:11 67:2
  135:1,14
  166:21
  177:20
onerous
152:24 154:5
  154:13
ones
83:5 136:11
  136:23
one's
40:10 176:23
one-time
171:22
online
114:24
open
11:15 144:20
opening

41:20
operate
68:7
operating
14:13
operations
176:24
opinion
60:19 107:18
  125:5 129:1
  133:1,5
  171:17
Opitz
2:8 147:13
  147:16,18
  147:21,22
  148:10,15
  148:17
  149:10,13
  149:19
  151:5,6,10
  151:17
  153:2,5,8
  153:16,21
  153:25
  154:18,22
  155:3,17,22
  155:25
  156:3,7,9
opponent
139:20
opportunity
5:18,21
  10:10 16:16
  26:13 27:24
  60:20 78:9
  106:21
  148:3 161:5
  187:17
  193:4,12
opposed
67:7
opposition
86:14 142:5
  144:20
opted
172:2
order

3:2 5:5 6:11
  10:13 18:8
  20:3 65:17
  71:25 73:19
  81:24
  174:25
ordered
171:12
ordinary
29:14
organic
189:6
organization
19:23 20:5
  115:12
  142:6
  189:11
  191:12
organized
24:7 25:10
  47:18,19,22
  47:23 48:24
  57:18 68:7
originally
91:25
ought
44:21
outcome
195:23
outcomes
18:9
outside
32:3 113:15
out-coming
96:12
out-of-state
111:5,12,16
  112:5,22
overflow
4:7
overlook
188:17
overriding
14:2
overturn
61:12
owns

160:16

_____
P
_____
page
2:12 158:13
  170:8
paid
47:25 48:5,8
  49:20 81:25
  140:14
paint
169:23
pan
29:1
panel
4:3 5:20
  41:21,23
  126:13
  193:4
paper
170:7,8
papers
65:20 117:21
  117:22
paperwork
107:12
parents
114:4,6
  170:16
park
21:11
part
5:25 6:1
  48:7 96:2
  101:16
  105:7,9
  107:23
  133:11
  150:15
  172:6
  189:14
participate
115:15,17
  152:19
  154:9,12
  157:16
participated
150:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033846

participa...
116:8
particular
6:1 51:10
56:16,16
70:11 93:10
93:11 95:25
100:25
101:1
141:18
152:24
154:13
189:10
190:23
particularly
80:25 123:15
141:16
158:6
parties
27:13 28:1
52:18,19
78:8 80:25
195:21
parts
145:7
party
152:14
153:18
168:25
pass
9:25 121:23
158:14
167:16,18
170:18
180:10
passed
25:4 62:25
115:3 121:3
121:4,5
135:1,8
158:13
passport
117:21 129:3
path
168:9,10
pathetic
49:11
paused

47:21
pay
59:14,15
93:1,4
107:17
121:14
171:11,23
paying
21:24 68:15
Pena
3:6,7 10:1,2
10:4 11:15
11:20 12:2
60:23,24
61:2,10,17
61:23 62:3
62:11,14,18
62:21 63:2
63:18,25
64:4,13,17
65:2,8,15
66:12,16,23
77:6,9,15
77:18
106:10
140:23
141:20
144:23
145:3,11
146:12
pending
4:16 10:7
penitentiary
173:17
175:21
Pennsylvania
110:14
114:14
people
6:5 15:24
16:7 19:1,3
19:7,21
20:11,24
21:4,15,19
23:1,1,24
24:10,12,14
24:22 25:9
26:21 27:13

28:10,13
29:2 31:6
31:10,22,23
32:5,6,10
32:15 33:1
33:5,6,18
37:6,24
39:18 42:22
43:8,16,19
45:17 48:5
48:9,14,24
49:1,9,19
49:19 51:3
51:4,7,15
51:16,20
52:18 53:8
53:13,15,21
53:25 54:3
54:9,12
56:14 57:20
58:8 59:5,8
59:15,16,17
59:20,25
62:1,2,8
63:4,10,16
64:16 65:17
66:3 67:8
67:19,21,23
67:23 69:9
69:17,18
70:16,17,21
70:21 71:2
71:7,21,21
72:14 73:19
74:13,21,24
75:3,4,4
76:2,21
78:19,22,23
79:2,10,12
79:14 81:1
81:7,11,17
81:22 82:2
82:7 89:18
91:16 92:16
100:24
102:22
103:8,18
107:8 108:8
108:15

114:10,17
116:14
118:11
120:19
123:9 125:6
125:8,24
126:24
129:21
132:11
134:5 139:7
141:9 143:7
145:25
146:3,25
147:3 150:1
150:5
151:18
152:19,21
152:22,25
154:8,9,10
154:10
157:6,12,13
157:13
159:9 160:7
161:22
162:8,10
165:8,11
167:19
168:1
169:16,19
170:9,16
176:8 181:3
182:22
184:9 185:3
people's
26:19
percent
72:14 83:22
84:2 85:9
93:16 108:2
108:8,11
116:8
165:15
166:5
169:21
173:18
178:1
percentage
32:5 39:5

51:4 108:2
108:21
165:7
percentages
43:25
perfectly
57:17 60:9
187:20
period
5:19 13:19
15:11 23:17
26:18 39:17
53:20 54:1
76:2 86:17
87:4 164:3
175:25
176:24
permanent
17:4,5,11,12
22:21 91:25
perpetuating
121:22
person
6:2,4 11:24
14:18 27:23
28:15,20
29:10 34:20
57:16 58:16
63:12 69:3
69:8,8,15
70:3,9,23
72:6 76:25
78:9 79:17
96:3,8,21
103:10,10
106:16
110:8
117:21
120:9 143:4
169:17,24
171:14
173:3
personal
96:3 106:15
107:18
110:13
152:3 173:8
176:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033847

personally
87:1 120:9
170:11
172:25
177:17
persons
34:3 72:21
83:3
person's
83:7,8 98:16
perspective
118:10
persuade
106:21
persuasive
103:21
phonetic
23:16 25:3
62:22 97:22
142:16
143:25
146:6
152:16,17
181:19
photo
10:21 11:3
50:15 51:8
53:8,14,16
53:21 54:1
54:4,6,9
71:14 78:3
82:22 83:14
83:23 84:3
84:4,14
85:10 86:11
86:25 87:2
87:24 92:23
92:24 93:14
93:15,17
94:24 97:20
98:10,14
100:18
107:22,24
108:9,12,19
109:2 112:3
112:21,23
116:25
117:15

118:15
121:9
142:20
155:24
158:19,24
159:2,11
160:20
166:24
167:1,5
168:1,3,9
171:3,8,10
172:3,5
174:18
176:13
photograph
83:8 98:17
110:5
photographic
10:25
physical
189:7 191:10
pick
82:7
picked
139:20
piece
4:16,22
91:14,22
92:5,10
93:5
piecemeal
68:14
pieces
9:3 107:21
pitching
26:21
pivot
71:11
placard
31:15
place
5:5 15:7,8
22:20 24:6
28:10 30:19
31:21,24
32:4,5,20
40:1 48:20
52:5,9

57:20 58:9
66:7,14
69:20 70:22
72:7 78:19
79:4,6,18
83:4,19
84:18 89:17
144:19
152:8 158:8
171:10
176:6 186:9
190:23
192:11
places
31:15,20
32:10 33:6
70:16 71:7
71:8 94:22
plaintiffs
142:17
plan
130:24
Plano
147:22
platform
136:11
players
81:6
please
3:3 5:12
6:20 41:11
42:8 60:12
73:9 82:14
90:15,21
119:8
147:19
151:13
152:9 169:3
188:13
plenty
108:22
point
5:17,20 6:20
7:2 9:18
12:12,23
40:23 42:24
67:5 75:22
99:15,15,18

103:7
105:17
109:7,16
110:2 141:7
141:19
152:12
153:1
175:17
183:2
pointed
141:8
pointing
88:8
points
40:14 67:5
182:25
183:22
police
143:25
policy
5:9 85:4
political
27:25 98:18
101:16
157:17
173:10
politically
50:8
politics
48:8 64:19
66:20
Polk
19:17 20:13
20:14,15
21:22,23
22:23
poll
69:3,7,16
70:1,9
83:22 84:1
93:3 99:11
100:10
101:10
105:2,10
106:21
109:21
110:7 112:3
114:20

171:17,23
polling
15:7 24:6
28:10 30:19
31:15,20,24
32:4,5,10
32:20 33:6
48:20 52:5
52:9 57:20
58:8 66:7
66:14 69:20
70:16,22
71:7 72:7
78:19 79:4
79:6,17
83:4 110:15
192:11
polls
16:23 31:10
51:21 56:15
59:9 80:22
86:20 87:10
87:12 91:13
108:15
111:5
112:12,20
157:19
160:8
161:15
162:13,14
163:3
171:25
172:8
poor
85:1 121:8
157:7,11,13
174:23
population
167:14
portion
37:2
posed
43:9
position
24:23 176:23
possessions
163:12
possibility



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
   164:25           present          159:20           proactively      105:6
possible          3:14,16 10:5    presumption        53:16            112:17
10:14             11:23 12:9      9:18 95:13        probably          128:6,13
possibly          27:2 50:23      95:21 108:3       14:20 51:24       132:3 133:8
57:15 121:5       51:2 57:11      pretty            65:6 69:17        136:3,5,9
123:11            58:8 82:17      52:14 167:18      86:1 89:10        136:10
158:23            86:20           prevalent         92:1 100:12       145:5,12
174:12            142:21          67:12             134:25            174:5
post              148:4           prevent           142:22            procedural
79:8 178:12       155:24          83:20 148:6       162:7,19          8:3,19
potential         161:12          prevented         165:14           procedure
108:13            165:16          16:24 84:13       166:5            145:24
142:12            177:15          preventing       problem           proceed
146:11           presentation     142:13            15:13,16,17      7:4 12:4
practical         6:10 96:6      previous           23:11,14,23      141:17
162:2             106:18          45:7              30:21 31:2       proceeding
practice         presented       previously         37:18 38:11      195:22
43:10 95:10       15:10 56:3      125:24 190:9      44:21,23,23      process
99:1,10           109:22         primary            47:9,9           32:13,14,14
175:24            110:9           31:4 39:2         62:15 66:19      34:11 39:4
practicing        122:23          75:22 76:5        69:16 71:22      83:22 86:4
13:25             126:15          84:23             73:6,16,17       115:21
Prairie           160:16          121:17            81:16,17         134:4 136:6
150:19           presenting       143:12            82:2 84:7        136:13,14
precinct          83:4 120:10     148:23            91:8 97:16       139:14
19:8 29:19       presently       principles         104:17           150:9
56:16,18,24       66:1            165:4             109:13           152:15,20
57:3 149:20      presentment     printed            119:15           153:19
149:25            95:16 109:25    126:10            120:13           157:17
151:18,19        presents        prioritize         124:18           158:19
154:3             152:24 154:5    132:1             127:23           163:2
precincts        preserve        privacy            130:13           165:18,24
85:2,8            23:18           79:11,24          131:4,17,18      170:2 171:1
precinct's       President       private            132:1,6          174:20
150:11            83:1 86:8       111:23 112:4      133:14,18        175:3 189:9
precludes         90:23,24        112:23            133:23,25        190:6,8,22
152:21           Presidential     113:13            136:8 143:2      192:1
preface           53:24 86:5      116:22            143:22           processes
26:6              143:13          117:1 118:3       145:14           136:3
preferences      Presidents       178:17            154:14           product
5:9               90:14           privilege         158:9,25         63:8
preferred        press            176:15,18,25      159:2,13         Professio...
76:13             126:15          179:19,21        160:5 166:2       82:25
prepare          pressure         privileges        167:9,14,15      program
142:20            89:16 180:9     177:4             167:16,21        121:11
prepared         presume         privy              174:16          prohibiting
133:22            3:17 108:1      150:14           problems          8:10
                 presuming                          40:4 79:8       promise
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

131:5,7
promote
142:7
prone
189:3
proof
82:17 84:10
109:21
110:9
proper
15:9,11,20
29:10
100:11
101:11
103:13
104:19
144:17
146:23
properly
15:15
proponent
172:1
proposal
167:25
proposed
55:7 142:19
142:22
proposing
34:3
prosecute
50:1,7 58:15
58:18 173:9
173:14
prosecuted
31:17 49:3
69:5 70:25
148:21,22
173:6,10
prosecuting
58:23 173:11
prosecutor
30:18 173:1
173:14
177:11
prosecutors
30:14,15
prosperity
169:16 184:6

prosperous
53:9
protect
82:23 142:7
152:9
protected
91:17
proud
157:15
169:12
prove
12:15 84:21
120:8,12,13
120:23
122:21
125:10
127:24
128:1,2,2
136:19
174:24
proved
24:18
provide
10:19 11:8
21:18 36:12
36:17 78:7
79:11
125:12
136:20
143:15
154:7
162:17
168:1 172:4
provided
78:11 80:14
171:9 172:4
provides
10:14 51:15
106:20
providing
78:10 88:2
provision
12:17 26:9
27:2
provisional
12:14,19,23
14:11 15:21
15:21 16:10

25:22 27:2
27:5,23
29:14,14,15
30:4,6 34:4
34:16 35:16
36:12,14,17
37:6,12,13
37:25 38:8
38:20 39:6
52:13 67:6
75:25 76:14
77:4,11
86:22,25
143:6,14,17
143:20
144:2
146:20,24
163:25
184:14
187:24
provision...
76:22,23
77:12
provisions
113:12,17
psychology
191:10
public
4:8 10:15
11:8,9
71:17 80:3
83:25 85:4
85:5 96:4
106:16
113:14
118:16
140:8,12,14
140:18
191:20
publicly
78:8
publish
74:13
pull
15:23 148:13
purchase
171:22
purple

169:23
purpose
11:10 30:7
100:15
153:16
193:1
purposes
10:12 11:11
15:23 56:21
65:23 85:24
171:4,14
pursuant
12:19
pursuing
89:24 170:10
pursuit
107:10
put
31:15,19,20
31:21 32:2
50:25 59:17
70:3 72:3
80:7 81:17
94:15
115:25
118:10,11
118:18
121:11,12
150:1
173:17
175:13,20
puts
73:18 184:11
putting
31:6
p.m
150:21

─────────
Q
─────────
qualified
14:4,5 26:22
27:15 28:11
28:15 32:11
32:21,25
72:8,21
102:1
144:14
146:18

qualifies
101:17
qualify
98:20 174:25
question
8:3 12:4
23:8 33:22
38:18 59:1
66:17 67:9
68:6 73:10
78:14 79:25
80:16,21
82:21 92:13
101:24
103:11,25
109:1,15
115:2
116:11
137:17
138:20
140:3
144:24
153:10
155:13
159:17,18
177:17
183:5,10,25
186:24
187:6,9,17
193:8
questionable
139:10
questions
5:21 11:16
11:16 16:17
33:24 41:22
42:2,5 62:9
73:2 75:17
88:13 90:8
116:19
121:24,25
125:19
140:21
144:21
147:10
151:2,5,5
155:10
156:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
161:19              Randall             63:1,9,23         reading           136:2
162:2               2:3 11:24           64:1,6,14         167:16,17         146:18
168:18,19           13:6,9,12           64:22 65:3        real              147:8
172:12              13:13,16            65:11,16          12:8 62:16        189:10
178:6               17:8,14,22          66:13,22          71:22 83:6        reasonable
181:14              17:25 18:5          67:14,18,22       86:12 91:22       4:9 16:3
182:3 188:4         18:20,23            68:9,12,20        115:15            76:2 164:3
193:5               19:14 20:6          69:10,14,25       172:24            reasons
quick               20:10 21:1          70:10 71:19       191:4             50:6 86:14
54:2 151:17         21:5,9,12           73:12 74:1        realistic         123:25
159:18              21:16,21            74:8 75:9         131:12,13         144:19
quickly             22:6,14             75:12,19          reality           157:25
17:18 71:12         23:15 24:14         76:6,16           64:18             192:3
101:5 115:1         25:6,8,12           77:13,16,21       realize           recall
158:22              25:20,23            78:12,17          64:24 65:3        12:17 87:14
174:5               26:3,15             79:16 80:1        96:13             received
quite               28:2,5,9            81:15,20          176:11            114:1,22
19:7 45:10          29:13,23            82:3,6            realized          169:11
88:5 112:9          30:9 32:19          range             118:18 191:9      receives
125:23              32:24 34:2          171:21            really            42:2
quorum              34:12,20            rape              13:13 17:18       recession
3:16                35:2,6,9,17         58:24             17:18 23:24       110:21
quote               35:21 36:1          rapes             30:21 42:17       recognize
83:3 126:7          36:7,13,20          30:15             42:19 44:16       64:18
127:3,5             37:4,15,19          Raphael           44:21 54:8        recognized
quoted              38:2,8,12           128:24 129:4      56:17,17          3:21
58:12               38:15 39:12         rarely            57:5 58:9         recognizes
quoting             39:16 40:8          73:4              59:18 70:2        10:5
108:22              40:17,20            Rasmussen         72:21 73:3        recommend
                    41:16 42:10         84:1              78:20 87:8        86:11,16,17
                    42:14 43:3          rationally        92:8 97:1         102:7
_____             43:7,12,15          40:13             101:1             159:16
R                   44:5,9,13          reaching          102:10            recommend...
race                44:20 45:5          59:8              115:1 118:6       86:24 87:9
48:2,3 49:14        45:11,19            reacting          127:9,22          87:15
races               46:14,16            114:17            130:25            recommend...
48:3 180:19         47:2,12,24          126:19            132:4             161:14
radio               49:22 50:10         reaction          137:24            recommending
51:25               51:11 53:19         39:22 41:7        151:17            87:24 88:12
raise               54:19 55:2          60:12             152:21            record
33:24 34:14         55:6,11,15          read              154:4             6:14 77:20
raised              55:17,25            28:20 35:18       reason            85:23 90:15
38:18               56:8,12,20          36:21 37:2        4:4 21:17,22      130:16
raising             57:8,19,23          58:1 87:22        50:4 74:23        155:8 183:9
38:11               59:10 61:1          138:16            76:22,23          records
ramificat...        61:6,14,20          170:6             83:14             84:15
173:11              61:24 62:4          readily           107:23            recount
rampant             62:12,17,19         190:14            135:9 136:1       138:21
175:19
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033851

recounted
139:20
red
118:19
reduction
173:18
reference
112:16
referred
49:16,17,17
referring
43:24 44:2,3
140:17
reflection
53:6
reforms
126:16
refuted
56:3
regard
25:5 57:18
104:16
108:11
regarding
9:13 108:13
regardless
60:20 96:9
182:19
regards
65:9 66:18
105:16
regional-...
173:21
register
20:15 21:22
59:19 87:13
92:24 94:16
105:21
115:24
152:7
159:12,12
161:23
registered
19:24 33:9
64:15 81:18
81:23 93:23
94:11 108:9
112:11

121:16,20
125:16
143:25
144:11,11
159:4
registering
24:23 59:5
81:1 114:3
registrant
94:18
registrar
27:12 72:2
114:2
registrars
16:1 51:13
Registrar's
75:7
registration
13:2 21:23
26:1 29:16
33:9 37:22
49:7 50:18
55:23 56:4
59:8,14,20
68:13 72:13
82:5,7 83:5
87:25 92:17
105:5 110:3
114:22,23
120:11
121:13
124:14
129:10,13
129:22
133:11
146:8 152:8
160:22,25
161:3
165:22
166:7 196:7
regressing
113:7
regressive
91:14
regular
29:12 144:14
145:25
158:5

regulation
145:23
rehabilit...
191:8
rejected
44:16,17
related
4:13 80:21
173:11
182:15
195:20
relates
80:25
release
114:1
relevant
103:25
relief
66:25
reluctance
58:21
rely
9:7 45:12
remark
41:8
remarks
152:18
remedied
39:2
remedy
130:18 150:4
remember
22:12 23:16
40:4 67:24
92:14 126:3
134:25
140:9
154:21
155:1
remove
33:23 37:11
105:1
174:19
removed
146:15
renew
170:19

Rep
88:18
repeat
153:15
repeating
69:4
report
85:23 86:1,9
86:17 166:1
reported
84:1
Reporter
195:4
REPORTER'S
2:12
represent
6:14 60:21
87:21 88:4
90:16,21
99:24
110:23
119:9,11
130:24
141:25
147:20
169:4
188:13
189:25
represent...
3:9,11,13
7:7,8,10,24
7:25 8:6
9:10,19,22
10:5,8,9
11:18 12:3
12:7,21,25
13:4 16:17
16:18 17:9
17:15,23
18:4,18,21
19:12 20:4
20:8,22
21:3,7,10
21:14,20
22:2,4 23:7
24:12 25:2
25:7,11,16
25:17,18,21

25:24 26:5
27:21 28:3
28:7,17
29:9,21,25
32:12,23
33:3,14,16
34:10,13,24
35:4,8,13
35:19,24
36:4,9,15
37:1,9,17
38:1,5,10
38:13,16,17
39:14,19
40:9,18,24
41:2,5,9,13
42:7,11,13
42:25 43:5
43:11,13,17
44:7,11,18
45:3,9,18
45:21 46:15
46:21,23,25
47:3,14
49:15,23
50:11 53:2
54:7,21,23
55:4,10,13
55:16,19,24
56:2,10,19
57:4,10,14
57:22 58:11
60:6,16,23
62:25 65:18
67:3,4,16
67:20 68:5
68:11,18,21
68:23,25
69:12,24
70:7 71:9
72:24 73:1
73:22 74:3
75:1,11,16
77:24 80:16
80:18,19,20
81:19 82:1
82:4 88:19
88:20,23
89:22 90:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033852

| | | | | |
|---|---|---|---|---|
| 90:5 92:14 | 136:18,22 | 180:13,16 | 86:19 | **respectfully** |
| 98:19,23 | 136:25 | 180:20,24 | 107:22 | 40:21 |
| 99:14 102:2 | 137:7,12,23 | 181:7,13,17 | 137:15 | **response** |
| 103:3,22,24 | 138:2,8,12 | 181:23 | 145:22 | 39:22 60:13 |
| 104:2,5 | 138:17,22 | 182:10 | 171:20 |   62:24 |
| 106:6,19 | 139:2,11,15 | 183:1,4,8 | 176:13 | **responsib...** |
| 108:25 | 139:19,23 | 183:16,19 | **required** | 176:25 |
| 109:4,5,8 | 140:4,7,10 | 183:23 | 84:4,11 | **responsibly** |
| 109:10,14 | 140:13,16 | 184:3,18,23 | 92:18,23,25 | 177:3 |
| 109:24 | 140:19,24 | 185:4,8,12 | 143:15 | **rest** |
| 110:22,25 | 141:2,6,21 | 185:15,19 | 145:24 | 4:19 |
| 111:3,11,15 | 143:5 | 185:24 | 171:7 | **restrict** |
| 111:19,22 | 146:12,13 | 186:1,5,8 | 187:23 | 25:9 |
| 112:1,8,18 | 147:2,5 | 186:13,18 | **requirement** | **restricted** |
| 113:5,8,19 | 149:8,11,17 | 186:25 | 51:10 75:24 | 18:1 |
| 114:25 | 149:18 | 187:3,7,10 | 78:3 171:10 | **restrictive** |
| 115:8 116:2 | 151:7,13 | **represent...** | **requirements** | 190:8 192:2 |
| 116:5,10,17 | 153:10,11 | 1:1 7:11 | 71:17 83:10 | **result** |
| 117:4,13 | 153:13,20 | 102:13 | 85:19 97:19 | 89:9 133:14 |
| 119:2 122:2 | 153:23 | 195:7 | 99:16 160:7 |   148:23 |
| 122:6,8,11 | 154:17,19 | **representing** | 160:15 |   149:24 |
| 122:13,16 | 154:25 | 13:7 28:23 | 161:13 |   150:5 |
| 122:22 | 155:6,12,15 | 90:12 119:5 | 163:11 | **results** |
| 123:2,21 | 155:20,23 | 147:13,23 | **requires** | 30:13 |
| 124:8,20,21 | 156:1,11,14 | 157:5 169:1 | 10:19 106:12 | **return** |
| 124:22,23 | 156:24 | 188:18 | 106:14 | 38:20 39:10 |
| 124:25 | 157:21 | 189:23 | 143:18 | 44:1 87:1 |
| 125:3,18,22 | 161:19,20 | 191:25 | 171:2 | 143:9,9 |
| 126:2,6,10 | 161:25 | **represents** | **requiring** | **returns** |
| 126:12 | 162:15,25 | 83:6 157:2 | 10:24 11:7 | 114:6 |
| 127:2,7,11 | 164:17,18 | **Republican** | 82:17 83:14 | **revelations** |
| 127:15,20 | 165:5,6 | 50:2 86:6 | 108:18 | 59:3 |
| 128:4,8,14 | 166:6,13 | 119:6,12 | **resided** | **revisit** |
| 128:19 | 167:2,8,13 | 130:23 | 148:25 | 181:5 |
| 129:5,9,15 | 167:22 | 141:16 | **residency** | **Rhonda** |
| 129:19,24 | 172:13,14 | 144:1 | 93:13 149:5 | 1:15 195:3 |
| 130:3,6,8 | 173:2,20,24 | 168:25 | 149:6 |   196:6 |
| 130:14,18 | 174:6,7 | 169:6 | **resident** | **ribbons** |
| 130:21 | 175:14,17 | 181:15 | 17:11 106:1 | 189:24 |
| 131:6,8,21 | 175:22 | **Republicans** | **residents** | **Rice** |
| 131:25 | 176:1,20 | 50:4 84:6 | 17:4,6,12 | 111:19 |
| 132:10,15 | 177:5,6,8 | 135:7 | 19:7 56:18 | **Richie** |
| 132:18,21 | 177:14,23 | **request** | **resolve** | 152:17 |
| 132:23,25 | 178:2,7,8 | 195:8 | 126:15 |   153:14,25 |
| 133:9,17 | 178:11,20 | **requesting** | **respect** | **rid** |
| 134:13,16 | 178:24 | 85:19 118:1 | 41:11 112:19 | 24:7 74:6 |
| 134:21,24 | 179:4,8,13 | **require** | **respectful** | **ridiculous** |
| 135:4,12,18 | 179:16,23 | 14:9 82:22 | 60:15 | |
| 135:23 | 180:1,4,8 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033853

26:16
**rig**
18:3
**right**
3:15 7:3
  11:17 13:15
  16:9 26:2
  31:24 32:15
  37:15,20
  38:1 39:5
  39:12 41:9
  41:13 52:13
  52:24 55:8
  55:9 61:23
  62:3,11,21
  64:9 74:19
  75:20 81:19
  85:13 86:15
  88:15 92:18
  92:23 95:23
  96:15 98:5
  103:6
  109:22
  111:24
  112:4
  113:18
  115:23
  118:22
  123:5,23
  127:7 128:8
  137:11
  140:24
  141:10,12
  144:19
  146:19
  147:6 153:5
  153:20
  157:18
  158:23
  159:3,24,25
  160:3 161:6
  161:7,23
  163:18
  164:12
  165:2
  167:10
  170:1 176:2
  176:8 177:3

178:1,20
179:18,19
179:19,24
180:5,7,10
180:23
181:22
183:12,13
184:6
186:25
187:22
190:1,24
192:20
**rights**
91:18 142:8
  142:8 152:9
  152:10
  179:1
  183:25
**Rio**
61:7
**risk**
51:7
**roadblocks**
157:19
**Robin**
2:4 82:12,15
  82:15 85:16
  85:21 87:16
  87:18 88:17
  88:22 89:5
  90:1,4,7,10
**role**
3:3 88:1
**roles**
29:16
**roll**
94:25 97:13
**rolls**
13:3 59:17
  59:20 81:18
  84:16 110:9
  120:19
  145:21
  160:9
**room**
53:11 91:5
  96:15 120:6
**root**

89:17
**rooting**
89:23
**rounding**
39:8
**Roy**
192:13
**Royce**
152:16
**rude**
60:14
**rule**
41:15,17
**rules**
6:11 8:20
  11:23 144:4
  154:2
  161:17
**running**
16:2 48:11
**RV**
20:25 21:2,3
  21:11 22:21
**RVs**
20:12

---

**S**

**s**
30:11 31:17
  85:4
**safeguards**
144:17,18
**Safety**
11:8 96:4
  106:16
**sake**
105:19
**San**
19:16 24:21
  142:7
**sat**
154:20
**satisfying**
191:5
**saw**
71:12 155:20
**saying**

12:18 25:25
26:6 27:25
32:13 33:12
37:10,11
42:11,17
43:6,7,8
44:6,19,22
50:21 56:5
57:6 59:23
64:2,3
71:16 78:5
94:11 114:2
115:18
126:23
153:14
159:7
160:13
161:8
184:25
189:21
**says**
19:6 28:24
  34:15 44:22
  47:6 52:10
  71:24 83:3
  91:24 96:18
  96:20 98:14
  108:24
  121:15
  126:14,18
  164:15
**SB-362**
10:6
**scare**
32:3,4 51:20
  52:8
**scenario**
163:24
**school**
20:18,19
  85:4 92:4
  96:18 99:25
  100:5
  106:24
  165:20
  166:20
  191:11,13
  191:20

**schools**
111:23
**search**
47:9 143:2
**seat**
138:14 139:4
**second**
73:24 106:3
  106:4 107:7
  120:12
**seconds**
5:16 93:8
  151:16
**Secretary**
13:22 83:1
  86:7 121:15
**section**
92:13 96:1,2
  101:14
**securing**
169:18
**security**
54:6 72:19
  83:9 87:10
  88:9 94:15
  102:19
  115:25
  161:15
  166:17,22
  166:22
  168:12
**see**
27:14 28:13
  29:15 30:23
  43:1 58:2
  65:9,23
  66:20 69:4
  75:23 79:24
  81:16 82:9
  119:3 125:4
  126:19
  146:10
  147:17
  148:2
  154:12
  159:3
  165:11
  167:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033854

```
170:19                85:20 90:14      separately        157:9 162:7      sicked
172:25                98:14 99:22      9:5               162:8 175:8      180:6
173:18                104:13           September         shelters         side
174:13,22             105:23           85:24             159:25           61:15,16
175:23                107:23           serious           sheriff          69:6 178:21
176:15                109:17,20        18:7,8 114:3      20:18 31:12      sidebar
179:10                111:4 112:6        176:11          shift            109:11
185:2                 113:20           seriously         154:10           sides
seeing                115:3            81:22 176:12      shine            3:23 50:9
126:19,21,23          117:10           served            190:13,13        87:9 131:15
seeking               119:7            47:5 142:16       shopping         sign
50:12                 130:16             150:12          149:25           52:9 56:22
seen                  134:19             157:17          short            80:2 81:10
24:20,20,21           142:5,19,23      service           13:18 39:17      159:7,12
  24:21 28:19         144:18           19:22 21:19       74:8 191:23      signature
  28:21 48:23         147:14             162:10          Shorthand        69:4 83:8
  57:25 61:3          157:3            services          195:3            86:23
  64:20 69:7          167:25           20:11 196:7       shortly          signatures
  69:10,22            169:2,6,7        session           172:23           29:3 63:11
  73:7 82:7           169:25           17:2,2,2          short-term       63:14 69:22
  132:8,11            172:2              113:10,10        190:16,17        120:18
segment               188:12            133:12           show             173:7
62:6                  Senate's         sessions          33:20 39:10     signed
seldom                8:13             22:13,17          50:19 70:1       63:12 69:8,8
33:13 57:23           Senator            23:18 113:9     71:14,15        69:17 115:4
self                  23:16 48:2       set               112:20          151:21
176:23                  50:21 92:9     3:19 37:5         115:19          significant
sell                    94:23            80:10           144:6 174:3     39:18,20
49:18                   152:16         seven             174:20          107:20
Senate                Senators         26:11 27:8       showed           127:3
4:16,17,19            18:13              38:20 62:20     34:16 85:5,7     signing
  5:5,6,8,9           send             shape             111:5           70:9
  6:17,21 8:7         166:21           169:10,10         165:17          similar
  8:15 9:7,9          sending          share             167:9           77:14 96:8
  10:12,14,16         176:12           125:5 130:21      showing          97:16 99:1
  10:18,23            senior             189:2,11        84:16            99:3 145:4
  11:14 12:12         90:25 102:14       190:20          shown            150:22
  13:8 14:8             133:19           191:24          114:11           152:11
  17:10 18:19         seniors          shared           shows            simple
  19:9 24:25          121:8            192:7             29:10            15:19 137:3
  31:8 33:17          sense            sharing          sic              simplest
  33:19 34:25         55:20 95:15      192:14            20:10 38:21      10:18
  36:6,16,20          sensitive        sheet             103:4           simply
  37:16,18            50:8 54:8,15     55:13 158:14      113:24           9:17 15:5
  51:14 53:1          sentence           158:14          141:7,11        33:20 35:25
  65:9 66:1           87:23 151:14       167:9,10        146:1 148:6     58:4 86:13
  66:20 82:13         separate         shelter           160:6           88:8 99:23
  82:16 83:12         50:12 146:25                        182:16          100:16
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033855

103:17
160:7
183:10,24
simultane...
87:11
single
14:24 151:25
186:17
sir
16:18 80:17
85:16 93:22
94:4 98:2,8
99:9 109:23
110:11,24
122:12
124:19
132:20
138:1,11,25
161:24
172:21
177:13,22
178:3,10
183:18
sit
31:11
situation
20:23 31:11
134:3
172:19
180:13
193:13
situations
27:19 144:15
146:20
150:14
152:11
six
4:12,12
121:1
158:18
166:1
skip
105:20
Skipper
2:6 119:5,10
119:11,17
122:15,20
122:25

123:7 124:7
124:12,24
125:2,11,21
125:25
126:5,9
127:1,4,8
127:12,17
127:22
128:5,9,17
128:21
129:7,12,17
129:23
130:1,5,9
130:17,20
131:2,7,10
131:23
132:5,13,17
132:20
133:6 134:2
134:15,20
134:23
135:3,11,17
135:20,24
136:21,24
137:3,9,13
137:25
138:5,10,15
138:19,25
139:9,13,17
139:22
140:2,6,8
140:12,21
140:22
141:7,10
sleeping
159:22
slight
105:18
small
20:13 37:2
108:2
131:17
192:15
smart
134:9
Smith
3:1,4,5,15
7:8,13 8:1

8:5,22 9:16
9:21,24
10:3,8,9
11:21 12:5
12:16,24
13:1,5,11
13:15 16:13
22:10 33:14
40:22,25
41:4,6,10
41:14,17
42:8 46:23
54:21 60:4
60:7,18
66:25 68:23
75:20 76:9
76:24 77:8
77:19 78:1
78:16 79:7
79:23 80:11
80:17 82:10
85:13,17,22
87:17,20
88:18 90:8
90:11,20
91:1 93:8
93:18,23
94:2,9
95:12 96:25
97:4,25
98:3,6,13
98:21 99:3
99:12,18,21
100:6
101:19,23
102:4,12,17
102:23
103:1,7,23
104:8,12,22
105:1
106:11,20
107:2,19
108:7,23
109:2
116:19
117:6
118:13,23
119:1,4,16
121:25

122:3,10,12
124:22
127:13
130:6
134:13
140:20
141:1,4
147:10,12
147:17,19
148:8,12,16
149:15
151:4,9,11
151:15
153:1,3,6
153:11
155:7,14
156:5,8,10
156:13,20
157:1,22
159:17
160:1,4,14
161:2,11,18
163:8,16,21
164:6,21,24
165:3
167:24
168:11,15
168:22
170:24
174:6 177:5
178:5
186:22
187:2,9,16
188:4,9
192:18,20
192:25
193:3,7,11
193:15,18
193:20,25
SMU
101:22
Social
54:5 65:24
72:19 83:8
94:15
102:18
115:25
166:17,22

166:22
168:12
society
53:17 136:12
190:25
socioecon...
79:1
soft-spoken
149:14
sole
11:10
solution
23:14 54:17
73:6,23,24
119:14
134:10
143:2
solutions
74:4
solve
124:18 131:4
131:9
133:11,13
133:24
158:24
solved
131:19 136:5
169:20
solving
131:3 133:25
somebody
24:5 27:11
44:22 54:20
56:6 62:5
65:4 69:17
69:19 70:5
75:14,15
136:1
181:18
somewhat
16:15 190:8
son
181:9
soon
131:19
sorry
12:5 16:14
40:22,25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

90:22
102:25
103:6 106:5
117:13
122:13
130:1
149:14
151:10
156:3 177:6
177:6
192:19
**sort**
10:20 61:12
61:18 78:7
154:21
162:14
**sorts**
24:17
**sounds**
36:18 101:5
**source**
49:24
**south**
61:4 112:17
145:6
**Southern**
111:6
**speak**
7:16,19
60:20 157:6
**speaking**
6:8,9 51:12
51:13
**speaks**
6:2
**special**
15:21 26:8
27:22 30:6
34:4 36:13
37:5,24
152:4
172:25
173:13
177:11
181:20
**specific**
12:17 73:9
111:10

**specifically**
106:12
146:25
**spend**
4:11 44:6
**spent**
3:21 20:1
23:9 30:12
177:18
188:23
**spoiled**
173:7
**spoke**
6:4 150:17
**spot**
22:22
**sprayed**
180:9
**spring**
25:14 148:1
148:23
150:12
152:13
**St**
101:22
**Staff**
142:3
**stand**
6:9 70:3
**standard**
95:17,18
100:14,17
101:9
109:25
110:1
**standing**
48:21
**standpoint**
79:12,12
**Star**
174:23 175:1
**Starr**
64:9
**start**
71:20 91:4
126:19
174:3

**started**
4:3 127:9
129:3 157:8
**starting**
13:22
**state**
3:18 6:2,13
10:19 11:12
14:23 17:13
18:7 30:25
31:1 39:21
39:23,25
48:2,6 77:7
82:14 83:1
83:17 86:7
86:19 90:16
96:9,14
98:18 99:25
100:4,5,21
101:17
108:8 113:3
113:14,15
115:23
117:2 118:2
118:4 119:8
121:19
125:15
126:12
130:15
136:10
141:24
142:22
145:16
147:19
150:2
153:19
155:16
157:14
163:11
169:3,9,11
170:4
173:16
175:20
188:13
195:2,4
**stated**
46:1 125:13
177:19

**statement**
134:17
154:21
**statements**
134:17 155:1
**states**
30:2 42:16
46:18 68:8
83:6 85:20
87:12 88:1
92:20 95:5
97:1 112:16
114:13
117:20
137:4
164:15
**statewide**
48:3 65:7
77:3 78:4
**State's**
13:22 121:15
**state-issued**
93:15 97:8
97:18
**statistical**
45:1 46:5,17
**statistician**
45:12
**statistics**
42:16 76:19
**status**
114:5,23
144:12,13
145:22
**statute**
92:5,19
96:20
**staying**
130:9
**stays**
129:25
**step**
47:22 126:25
128:15
170:1
174:18
**Stephan**
168:24 169:5

172:21
173:3,23
174:2
175:10,15
175:18,23
176:14,22
177:13,22
177:25
178:4,10,15
178:23
179:3,7,11
179:15,21
179:25
180:3,7,12
180:14,18
180:22
181:6,12,16
181:22
182:9,25
183:3,6,15
183:18,21
184:2,4,22
185:2,6,10
185:13,17
185:22,25
186:3,7,11
186:15,20
187:6,15,19
188:7
**steps**
79:9 87:13
**Steve**
169:5
**stick**
16:14 137:20
**sticking**
125:1
**stolen**
84:10 158:3
159:19
160:17
161:4
163:13
**stood**
135:13
169:13
**stop**
17:10 74:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033857

121:22
151:2 153:4
**stopped**
15:17
**stopping**
142:12
**story**
163:11,25
164:8
191:23
**straight**
16:21
**strange**
63:15
**street**
126:11
159:22
195:9,17
**strengthen**
126:15
**stricken**
96:7
**strict**
121:4
**strictly**
68:8
**strike**
113:3
**stringent**
83:12 85:18
**strive**
105:11
**strong**
27:3
**strongly**
144:16
**structure**
76:1
**struggle**
172:20
**student**
90:25 96:16
97:23,24,25
98:9 99:23
99:25 101:7
101:17
107:13

117:17
119:19
**students**
91:10,12,15
91:17 93:11
93:15 95:3
96:1,11,11
96:23 97:1
97:21
101:22
102:9
110:15,23
112:10
113:22
114:1,2,7
114:19,21
115:5,10,10
116:13,22
117:23
118:3,3
145:5,17
191:11,18
**study**
17:1 85:2
152:15
153:18
**stuff**
30:16 31:19
117:24
179:22
**subdivision**
98:18 101:17
**subject**
4:14 5:1
88:5 171:24
**submitted**
75:4 195:15
**Subsection**
117:15
**substitute**
5:8
**successes**
189:25
**successful**
53:17
**successfully**
173:9
**suddenly**

135:5
**suffering**
125:9
**suffer-age**
123:6,9
141:9,15
**sufficient**
26:20 101:4
117:2
168:12
**suggest**
31:3 40:21
45:15
**suggesting**
74:12 76:17
**suggestion**
98:22
**suggestions**
8:19
**Suite**
196:8
**sum**
167:6
**summarizes**
87:23
**summary**
10:13 75:21
**summer**
152:13
**summoned**
173:4
**supplied**
38:24
**supply**
27:15,15
52:16
**support**
55:3,7,8
83:23 84:13
119:13
172:8
177:16
182:11
183:14
**supporter**
178:18
**supporters**

28:23
**supporting**
62:7 171:6
**supportive**
141:11
142:25
182:2,4
**suppose**
100:20
**supposed**
16:10 65:12
80:6 123:18
123:19
**suppress**
46:9 85:10
133:20
134:1
**suppressed**
46:9 124:17
124:19
**suppression**
85:1 128:10
133:15
134:4
**Supreme**
46:18 96:18
171:17
**sure**
7:13 8:9
15:1 16:20
17:16 20:23
26:25 27:11
28:14 31:23
31:24,25
32:25 33:2
33:8 53:21
63:5,18
65:5 79:15
79:19 83:19
84:20 89:11
89:12,16
94:8 101:13
123:17
124:5,10,12
125:25
137:21
141:12,14
147:7,21

164:13
169:23
179:25
180:3 181:4
182:12,19
183:11,14
183:20
186:23
187:4,5
193:2,8
**sustained**
150:3
**sway**
192:16
**swing**
114:13
**switch**
156:17
**sympathetic**
163:17
**sympathize**
123:10
**system**
18:3 73:13
87:24 89:14
89:15 91:6
135:22
137:5,6,10
137:14
150:6

| T |
| tackle |
132:2 136:7
**take**
6:17 40:10
48:18 53:23
58:22 62:24
68:3 123:12
124:13
129:19
136:15
141:17
150:2
151:15
161:13
165:25
174:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033858

```
175:13                103:8 108:7         63:10 71:21         56:11 105:4         141:8 144:9
176:12                109:18,19           77:3 78:18          170:18              144:25
177:2                 119:22              79:3,7            testified             145:4
184:25                135:1               90:21 93:20         55:5 127:18         168:23
190:21                159:21              97:4 134:12         170:25              172:16
192:9                 174:11              138:10            testify               174:3,8
taken                 176:3               139:3               3:18 4:6,8        Texans
24:15,16              180:25               157:10              6:13 12:1           83:22 169:8
 86:13                184:9                158:11              13:8 82:13          170:22
 119:24             talks                  160:24              82:20             Texas
 174:14               184:12               162:13             100:24              1:1 17:19,21
 175:2 176:4        tangential             169:17             130:10              18:6,11
 190:4                189:3                190:1 191:6        132:8 139:1          19:23,24
 195:22             taped                telling              150:21              20:1,25
taken-for...          154:23              6:5 35:22           172:23              21:4 23:2,3
 190:22             Tarrant                51:23 62:13      testifying            24:20 49:6
takes                 150:23               70:21 75:13        6:16 82:16          61:5 62:1
 5:22 158:18        taught                 185:4,7,9          90:14 119:6         68:6,8,10
 161:8 166:1          191:11               187:11             147:14              83:17,23
 166:3,21           tax                  tells                157:3 164:8         84:7 90:12
 190:20               21:25 22:3,3        34:7 35:10          168:25              90:24,25
talk                   22:5,6 93:3         47:13 75:14        188:11              91:24 92:3
 17:18 40:12          114:6              temper             testimony            93:21 94:5
 40:13,14           taxpayer              128:23             2:2 4:25             94:14,16,20
 43:1 52:7            177:16             temporary            5:15 6:14           94:25 96:13
 63:15             teacher                150:17              6:21,22             96:13,17,17
 114:25              191:12              ten                  11:7 13:20          96:18,19,20
 120:24            teaching               6:5 61:22           26:7 30:2           97:14 98:1
 128:25              191:20                157:9              37:3 42:3           99:8 100:21
 165:12            Tech                    158:18             47:15 49:25         101:7,20
talked               114:1                 166:1              50:6 53:4           106:1,23
 16:19 95:14       technical               173:25             54:18,25           108:4
 102:14              11:6 146:9            191:12,19          55:21 56:11         113:23
 130:13            technology            ten-vote             60:12,13           114:8 115:1
 158:23              169:25               63:13               68:22 70:8          115:5,24
 175:7 181:2       television            term                 75:17 76:25         116:13
talking              71:24                47:19               80:13 91:4          118:4 119:5
 36:10,18          tell                  terms                91:19               119:11
 37:18 43:19        14:14 16:4            16:21 17:16         103:21              121:19
 47:20 48:25         21:24 27:4           38:14 47:6          105:14              122:15
 56:9 57:15          27:18 29:2           76:14 85:19         116:18              125:15
 57:19 60:2          32:6,19              100:9,17            118:16              126:14
 65:6 78:23          33:6 34:6            101:9               119:21,25           135:19
 78:24 79:1          34:22,23             107:11             125:14               142:7
 79:21 91:16         38:4 46:20           146:21             132:24               143:16
 99:7,8,10           47:23 48:19          151:12             134:18               145:6,7
 99:13               49:5 51:16           161:14             140:9,12,18          147:22
 102:24                                  test                140:18               150:19,19
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033859

158:20
166:24
169:1,10
170:5 171:8
181:3,20,21
181:25
182:1
183:13
187:14
188:12,16
195:2,4,6
195:10,18
196:6,8
**text**
95:23
**thank**
9:22,24 13:4
13:9 16:14
54:18 60:6
66:23 68:18
75:16,18
80:11 82:10
82:19 85:12
88:16,20,22
90:6,7,9,10
91:1 93:9
109:5,6
116:17
118:23,24
121:23
130:3,9
132:15,17
140:21,22
141:20
142:1
144:23
147:11
148:3,10,17
151:16
153:8 155:6
156:1,8,9
157:4
159:16
167:22
168:20,21
168:21,22
170:23
174:7,8

177:7 178:2
178:4,8
187:14
188:5,7
193:6
**theirs**
120:11
**theory**
95:7
**therefor**
146:7
**thing**
7:14 14:4
25:22 30:1
31:7 34:23
40:11 44:25
80:4 93:3
93:10 102:6
106:3,4
107:3,7
112:14
118:14
137:4,21
149:23
160:23
162:14
173:21
188:16
**things**
14:13 15:12
24:17 28:24
28:25 42:15
47:4 63:5
69:1 70:1
70:14,22
73:8 74:11
76:18 81:8
90:19 91:3
102:21
103:18,20
105:17
123:13
128:25
131:14
135:6,13,15
135:21
139:7,8
151:3

157:23,24
165:18
171:16
176:10
178:13,18
182:17
190:18,19
191:3
**think**
7:3 9:6 12:7
17:6 26:24
27:7,9
34:10,24
36:9 37:4
41:24 42:20
44:20,21
45:23 46:16
49:13 50:23
52:1 53:18
54:7 55:11
56:9 57:15
57:16 59:1
59:2,6,7,9
59:12 60:7
60:14 61:25
62:19 65:13
65:19 66:16
71:19 73:24
74:1,3,4
75:2,2,21
76:18 78:5
79:21 80:12
81:1,9,12
81:14 82:22
83:17,18,24
86:9 87:5
88:15 89:9
89:10,19,21
91:9 92:2
92:21 93:18
96:14
100:11
103:15
104:2,9,10
105:8,18
106:18
107:23,25
108:11

109:7,10,16
110:2
114:15
115:13,17
116:2
117:11
118:6,13,13
121:10
123:13
127:4
128:15,18
130:13
131:12
132:7 133:7
133:16,21
134:9,25
135:17
136:4,21
138:5,6,20
141:15
148:5 152:6
154:14,22
156:6
163:21
164:10
165:3
166:11,11
167:5,6
168:7,8,10
168:11
170:1
171:24
173:17
174:9 176:1
176:7,8,11
177:17,19
177:20,23
181:19
187:19
189:12
190:10,11
190:18
192:15
**thinking**
91:5,6 128:5
**thinks**
152:22
**third**

26:8 27:13
52:17,19
80:25
**third-party**
81:10
**Thirts**
93:8
**thought**
31:13 69:19
127:2
137:14
172:18
177:7
**thousand**
49:1
**thousands**
20:3 24:9
191:18
**three**
5:15,19 17:7
22:13,17
30:2 33:4
73:8 93:19
112:16
138:21,23
139:12,16
143:11
148:7
182:25
183:7,22
184:10
188:23
**three-yea...**
181:9
**throw**
26:18
**thrown**
180:5
**thumbprint**
137:16
**tickets**
162:24
**tighten**
134:3
**time**
3:22 4:10
5:17,20
6:15,20 7:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
7:2 9:25            13:7 37:15         170:12 182:7      Trinity           109:17
12:10 13:5          40:12 82:20        track             101:22            110:2 116:7
13:19 15:11         118:17             30:8 58:19         111:17            125:16
20:2 23:9           119:23              189:3             163:4            133:20
23:24 24:17         125:4 129:3        trait             trouble           134:1
26:12,16,18         132:22             188:19            23:13 160:18       136:23
26:20 39:17         133:8              transcribed        161:6            142:11
40:23 41:7          140:18             1:15 195:8        troublesome        164:13
44:6 48:11          152:8              195:12            41:4              165:13
53:15,20            160:22             transcript        Troy              174:17
54:2 58:23          163:22             165:19            81:11,13          186:23
67:24 70:18         164:8               195:15           true              187:25,25
72:14 76:2          174:16             transcripts       16:10 30:14       188:3
82:12 88:16         181:14,15          102:8             31:16 50:10       turn
90:11 110:5         185:5              transfer          52:3 58:6         19:15 32:24
118:17              191:25             144:6             62:1              46:8 76:10
119:4 127:6        Todd                transition        truly            turned
128:25             81:14               86:17 87:4        26:21             15:4 32:2
131:9              told                transport...      Truman            52:24 75:6
147:12             28:21 35:1          162:17,19,21      85:4              76:21 95:3
148:5               67:1 143:8          162:22           trusting          96:24
151:11              166:6               184:19,21        137:5             112:12
153:9,22           tolerate            trauma            truth             114:21
156:9,20           175:19              189:7             32:6,20          turning
157:1              tomorrow            travel            try               33:5
158:17             175:11              20:12 176:15      16:7,14          turnout
164:4 166:3        tonight             traveled           18:14 25:13      45:6 46:17
168:24             3:24 125:1          3:17               47:8 65:17       85:6,10
170:23              175:11             Travis             70:24 78:22     turnouts
171:23             tool                5:14 92:6,11       107:4            39:24,25
176:20,22          74:19                93:24 94:10       109:11,14       turns
188:9,10           top                  94:17,19,21       124:16,17        69:18
190:19             22:12                97:7 105:21       133:11,18       Twenty-seven
192:22             tossed               106:2 110:4       134:5 148:7      134:23
times              43:23,23             195:1             158:10          two
48:17 69:9         total               tread             159:4            11:4 15:12
 84:16             77:4                 192:4             161:22            17:6 26:7
 127:19            totally             treat             165:17,21         26:16 33:4
 138:21,23         18:1 48:20          60:19             165:22,24         39:10,16,17
 139:12,16          48:22 107:9        treated           166:24           42:10,14
 192:22             152:2              191:7             189:2             47:4 54:12
timing             totals              tried             trying            67:7 71:15
5:13               29:24               24:8 25:6,8       18:3 23:18        73:8 87:8
tired              touch               25:9,12           50:17 53:20       96:5 100:18
4:3                47:4                 61:5,6,7,8        54:16 61:11      102:11,11
today              touched              64:7,8 82:9       67:6 89:24       105:17
3:19 4:5           78:15                123:11           91:12,13          106:17
 11:24,25          town                 144:5            105:11            108:17
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033861

| | | | | |
|---|---|---|---|---|
| 111:4 112:2 | 137:7 | 195:13 | 140:13,16 | usually |
| 112:21 | 163:15,20 | understan... | 140:19 | 166:2 194:1 |
| 113:2 | 164:5 | 11:13 13:3 | 149:8,11,17 | utility |
| 131:15 | 166:15 | 33:19 53:15 | 149:18 | 102:10 |
| 142:21 | 167:12,23 | 95:20 | 151:7 | 117:16 |
| 151:17,25 | 175:14,22 | 101:13 | 156:11,14 | 145:15 |
| 166:16 | 179:3 182:9 | 105:23 | 156:24 | U.S |
| 171:5 172:5 | 185:12 | 139:18 | 164:17 | 91:11 96:18 |
| 172:5 184:8 | 192:24 | 156:15 | uniformly | 112:11 |
| 190:18 | 193:19 | uneducated | 75:10 | 115:9,16 |
| 193:8 | unable | 71:6 78:25 | uninterru... | 176:17 |
| two-day | 143:19 | unfair | 5:19 | U.T |
| 38:18,19 | 144:13,13 | 153:7 | Unit | 90:13 107:14 |
| two-thirds | 145:25 | unfairly | 177:11,11 | 114:8 |
| 26:11 | unacceptable | 157:20 | United | |
| two-year | 152:2 | unfortuna... | 46:18 137:4 | **V** |
| 54:11 | unconstit... | 7:14 27:3 | 164:15 | v |
| type | 171:18 | 31:19 | universities | 142:16 |
| 17:23 18:25 | UNCW's | UNIDENTIFIED | 113:13,13,14 | valid |
| 19:19 36:23 | 114:19 | 7:25 9:10,19 | 116:22 | 86:24 87:2 |
| 93:1 144:15 | understand | 9:22 11:18 | 118:3 | 98:15 |
| 145:24 | 4:25 7:6 | 22:4 23:7 | 119:20 | validly |
| 174:4 | 20:23 34:2 | 24:12 25:2 | university | 112:11 |
| 177:12 | 37:19 39:13 | 25:7,11,16 | 83:23 90:25 | Valley |
| 189:16 | 40:8 52:4 | 42:13 44:7 | 93:21 98:1 | 61:5 63:6 |
| types | 55:21 58:25 | 44:11 46:25 | 101:6,19 | varied |
| 89:17 112:2 | 65:12 75:13 | 47:3,14 | 106:23 | 156:15 |
| typically | 86:15 87:6 | 49:15,23 | 111:7,13,17 | variety |
| 16:25 61:10 | 87:20 | 50:11 53:2 | 112:4 | 3:17 39:21 |
| 146:4 | 102:23 | 54:7 55:24 | 113:22 | 86:13 |
| 158:17 | 103:2 104:8 | 57:14 60:16 | 114:8 117:1 | 116:24 |
| 165:25 | 105:15 | 72:24 73:1 | unproven | 164:1 189:6 |
| 166:18 | 108:19 | 75:1 77:24 | 142:13 | various |
| | 109:7,11,16 | 98:19,23 | unsupervised | 4:2 124:3 |
| **U** | 116:25 | 99:14 102:2 | 48:20,22 | 182:17 |
| UFOs | 128:24 | 106:6,19 | 67:15 | vary |
| 132:11 | 130:17,20 | 109:8 119:2 | urban | 103:11 |
| uh-huh | 132:13 | 124:20 | 70:20 | varying |
| 18:4 21:20 | 142:11 | 129:5 | use | 146:4 |
| 25:11 35:8 | 149:5 | 132:18,21 | 5:7 11:11 | Veasey |
| 56:19 57:22 | 156:22 | 132:25 | 41:24 83:6 | 80:16,18,19 |
| 102:16 | 163:16 | 133:9 | 84:8 97:23 | 80:20 81:19 |
| 104:11 | 167:25 | 137:23 | 101:15 | 82:1,4 |
| 106:19 | 168:2 | 138:2,8,12 | 162:4,6,8 | 122:2,6,8 |
| 107:1 108:6 | 176:17 | 138:17,22 | 169:22 | 122:11,13 |
| 125:18,19 | 179:17,17 | 139:2,11,15 | 193:21 | 122:16,22 |
| 127:11 | 179:18,24 | 139:19,23 | useful | 123:2,21 |
| 128:4 135:3 | 190:7 | 140:4,7,10 | 74:19 | 124:8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033862

HEARING - Volume 1                                    APRIL 07, 2009

239

140:24
141:2,6,21
153:10,12
153:13,20
153:23
154:17,19
154:25
155:6 178:7
178:8,11,20
178:24
179:4,8,13
179:16,23
180:1,4,8
180:13,16
180:20,24
181:7,13,17
181:23
182:10
183:1,4,8
183:16,19
183:23
184:3,18,23
185:4,8,12
185:15,19
185:24
186:1,5,8
186:13,18
186:25
187:3,7,10
**vehicle**
4:21 6:18
8:7,10,17
8:24 9:8
**vehicles**
21:13,15
**Verez**
146:5,7
**verified**
86:23 109:21
114:20
**verify**
27:6
**version**
52:1 172:2
**versus**
57:16 142:13
**veterans**
157:15

**Vice**
3:7 10:1,2,4
11:15,20
12:2 60:23
60:24 61:2
61:10,17,23
62:3,11,14
62:18,21
63:2,18,25
64:4,13,17
65:2,8,15
66:12,16,23
77:6,9,15
77:18 90:24
106:10
141:20
142:1
144:23
145:3,11
146:12
**Vice-Pres...**
145:1
**victimizing**
126:17
**victims**
126:20
**view**
131:21 190:2
**views**
60:21
**violations**
148:2
**violent**
58:24 184:5
**Virginia**
91:11 110:14
113:25
114:1,4,14
**virtually**
58:15,18
**voiding**
114:5
**Volume**
1:7 194:3
**volunteer**
155:18
**vote**
5:5 6:18 9:5

9:15 11:3
12:10,13,22
14:5,5,11
15:8,9,20
16:9 19:10
19:11 20:2
20:2,15,21
21:8 22:7,7
22:16,23
23:25,25
24:1,15,23
24:24 26:22
26:23,23
27:15 28:15
28:16 30:24
30:24 32:7
32:8,9,11
32:16,21,22
33:11 34:1
34:4,5,9,18
34:21,22
35:12,16
36:3,5,24
37:7,20,23
37:24 38:3
38:6 40:5,5
44:2 46:9
48:17,19
49:17,18,19
49:20 50:24
52:2,3,6,13
52:15 56:15
56:23 57:21
58:9,10
59:6,12,13
59:21,24,25
60:1 62:8
66:5,14,14
68:4 72:1,7
72:10,21,22
72:22,23
73:15 74:6
74:6,25
75:5 79:15
79:18,18
80:3 81:1
82:8,9,22
83:15,24
84:5,14

85:7 87:3
92:6,11,16
92:24 93:5
93:24 94:5
94:8,10,17
94:21,21
95:9 96:17
96:20 97:24
98:12 99:22
101:4,8
102:18
103:20
104:3
105:24
106:1 107:4
107:8,17
111:7 112:6
112:24
113:2 114:8
114:10
115:16,24
118:4,5
119:20
121:20
123:16,17
123:24
124:11
133:4,7
134:1,5
135:25
137:17,20
141:10,12
141:15
143:10
144:7,11
146:18,21
147:9
149:20
151:19,24
152:8
157:13,18
158:7 159:5
159:8,13,16
160:9
161:23
162:3,12,18
163:19
164:7,12,14
169:18,24

170:4
176:23
177:3
179:18,19
182:5,23
183:12,20
184:6,13,16
185:1
186:17
187:5,5,22
187:24
188:1,2
190:6
193:16,18
193:22
**voted**
4:17 24:10
43:20,20
45:17 46:2
58:2 59:23
64:12 65:4
69:15 71:4
82:9 84:17
93:16
116:15
120:20
148:25
171:24
**voter**
9:13 10:19
11:2 13:1,2
14:4,19
15:6,7,8
16:22,22,24
17:19,21
18:1,11,24
18:25 21:23
26:13 27:10
27:11,13,14
28:18 29:16
30:5 31:14
31:17 32:14
33:9,25
34:15 36:22
37:1,22
39:3 40:1,1
43:9 45:6
46:3,8 49:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033863

```
49:24 50:7        144:3,16          151:20            122:25            44:25 47:3
50:12,15,18       145:20            vote's            123:7 124:7       47:18 53:3
52:9 55:22        146:8 152:7       72:8              124:12,23         54:14,17
58:16,20          160:22,25         voting            124:24            57:21 58:9
59:14,20          161:3             11:11 14:24       125:2,11,21       60:8 63:10
61:12 63:7        164:16            15:6 16:20        125:25            68:25 72:20
63:7,8            165:22            16:23 17:5        126:5,9           73:1 74:4
64:19,20          166:7             17:11 18:12       127:1,4,8         74:24,24
65:10 67:11       169:20,25         19:1,2,5,8        127:12,17         79:20 80:7
68:13 69:12       170:10,20         19:8,20           127:22            85:22 105:2
71:20 72:13       171:8 173:4       21:15 23:19       128:5,9,17        105:3,6,8
75:7 76:4         173:5             32:16 33:18       128:21            105:19
80:5,21           175:19            49:9 56:4         129:7,12,17       107:14,15
81:2,9,12         voters            63:22,24          129:23            115:1,15
82:7,17           28:6,11 40:6      64:16 65:22       130:1,4,5         118:10
83:20 84:8        42:19 84:2        66:9 70:8         130:17,20         123:14,17
84:17 85:1        84:23 86:19       76:22,22          131:2,7,10        124:18
85:6,10           86:20,24          80:2,24           131:23            125:11
89:6,8,8          87:13,25          82:18 83:25       132:5,13,16       126:16
92:17,20          88:2 90:2         85:8 89:19        132:17,19         130:8,15
94:25 105:5       108:9             91:18 97:13       132:20            137:24
114:22            121:16,20         115:23            133:6 134:2       139:6
116:8,12          125:16            123:15,16         134:15,20         141:18
119:22,23         126:16            123:18,20         134:23            142:8
119:23,24         133:20            124:17            135:3,11,17       157:13,16
119:25            143:19            137:22            135:20,24         158:6,7,7,8
120:1,2,8         147:7             152:10,21         136:21,24         158:15
120:10,13         151:25            163:5 170:2       137:3,9,13        163:9 164:9
120:17,21         171:11,20         170:10            137:25            172:8 181:4
120:22            Voter's           171:4 192:1       138:5,10,15       181:9,18,24
121:12,22         84:9              V-A-S-E-Y         138:19,25         181:25
121:23            votes             182:16            139:9,13,17       183:2,5,10
122:18            16:12 26:25       V-A-S-L-E-Y       139:22            185:1
123:24            43:6,22           182:16            140:2,6,8         188:17
124:14,15         44:4 49:1                           140:12,22         193:3,7,8
125:8 127:9       58:17 76:4        ─────────         wallet            193:11
127:24            78:2 118:11          W              194:2             wanted
128:10            118:12            wait              want              8:2 77:19
129:10,12         121:6             42:25 56:2        8:18,20           80:20 94:13
129:20,21         133:19            walk               16:15,20         141:7,14
131:3 132:6       136:16            57:20 163:6        17:15 20:22      187:1,4
133:11,15         138:3,3,3         walked             21:17 23:8       wanting
134:6 135:9       138:13,20         32:2               31:7 32:6,9      74:23 79:18
135:21            138:24            Wall               32:19 35:5       wants
136:2,10          139:5,10,20       126:11             37:10 38:3       13:14 96:17
141:9 142:8       139:25            Wallace            38:6 40:3,3      97:10 118:2
142:12,13         143:13            2:6 119:5,10       40:10,23         128:21
142:25            146:14             119:11,17         41:22 42:12      warning
143:15                               122:1,15,20
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033864

```
    5:13
Washington
180:15
wasn't
  30:20 33:25
  43:18 44:3
  68:10,11
  139:13
watch
73:5
water
102:15 180:8
way
  13:17 15:19
  18:15 22:15
  23:23,25,25
  30:18 39:1
  41:8 42:3
  51:17 52:15
  53:1 54:5
  54:16 61:12
  65:13 66:1
  72:11 73:12
  73:21 76:1
  76:11 78:22
  95:11 100:9
  100:17
  101:9
  105:22
  120:12,16
  120:21
  129:10
  131:17
  133:2
  135:13,14
  159:3 160:5
  160:11
  163:7,7
  164:13
  174:9,24
  175:8,10
  176:4
  188:18
  189:4,4
ways
79:13
Webb
24:19

wedge
135:10
weeks
158:18 166:1
  166:21
weigh
142:11
welcome
  3:16 13:8
  75:19
went
  29:4 30:19
  31:22 59:22
  65:4 69:15
  69:15,18
  71:1,4,5
  92:9 106:9
  110:15
  135:8
  150:21
  161:22
weren't
  37:14 112:10
  122:24
  142:24
  154:2
West
152:16 195:9
  195:16
we'll
  30:22,23,23
  42:4 46:12
  46:13
  128:12
  131:5,19
  134:11
  136:7
  147:17
  148:9
  156:21
  159:12
  165:12,19
we're
  4:22 5:14,22
  6:16 7:4
  14:13 36:18
  38:5 41:6
  41:24,25

50:16,21
56:8 63:5
63:15 70:15
72:2 73:25
78:23,24
79:1 87:24
89:23,24
91:12,13
100:8 101:1
103:7
104:10
105:10
108:7
109:18
113:6
115:18
116:7
119:22
124:15
127:23
133:7,25
134:4,5
137:9
144:19,20
156:22
164:13,24
166:18
174:11,15
174:17
176:3,12
178:12
180:25
186:16
188:3
189:17,22
we've
17:1 18:12
  18:15 22:10
  23:22 24:1
  28:24 49:16
  49:25 54:10
  70:20 95:14
  100:7
  102:12,12
  102:13
  115:14
  119:24
  120:6,17,21

121:9 128:6
128:22,23
136:2,9,9
142:10
172:16
176:2
whatsoever
53:20 160:7
  184:17
wherewithal
185:14
whichever
69:5
whip
23:23
whoa
35:19,19
  90:17
  186:22,22
  186:22
widely
81:3
Wiley
179:11,13
willing
70:16 124:2
  124:9,16
  182:11
willingness
118:8
Wilson
195:8,16
winning
61:15
wish
4:8 5:23 6:6
  11:24 40:4
  60:10,11
  79:14
  126:18
  134:12
  174:9
  187:18
wished
126:24
wishes
4:6 9:4
witness

2:2 5:15,17
11:22 41:19
60:18 73:3
155:11
156:6
170:25
188:5
witnessed
148:1 150:13
witnesses
3:23 4:11
  7:5 41:11
  41:22 42:1
  42:6 123:3
  153:4,7
  156:15
  173:8
  192:23
woman
65:4
women
28:6 42:19
  180:19
won
139:21
wonderful
169:11
  176:18,18
Wood
2:3 11:25
  13:6,9,12
  13:13,16
  16:13,19
  17:8,14,22
  17:25 18:5
  18:20,23
  19:14 20:6
  20:10 21:1
  21:5,9,12
  21:16,21
  22:6,14
  23:8,15
  24:14 25:6
  25:8,12,19
  25:20,23
  26:3,15
  28:2,5,9
  29:13,23
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
30:9 32:19          132:22              70:18 91:10        42:13 61:6         23:16
32:24 34:2          163:22               91:20            68:12 76:24        Zapata
34:12,20           Wood's               115:14            122:8 124:8        64:10
35:2,6,9,17         132:24              121:1 127:9       136:24             Zavala
35:21 36:1         Woolens              135:9             151:9,16           64:10
36:7,13,20          25:3 62:22          155:18            178:15             zero
37:4,15,19          62:25              157:7,11,12        187:2              116:3
38:2,8,12           133:17              157:12           year
38:15 39:12        word                works             32:1 114:11
39:16 40:8          149:3,22            58:13 163:2       126:12              $
40:17,20            173:16             world              127:16            $1.50
41:16 42:10         175:20              91:22 137:10     years              171:18
42:14 43:3         words                169:14            14:15 15:1        $10
43:7,12,15          68:15 149:19        176:15            18:14 33:4        107:13,14
44:5,9,13          work                worst             33:10 43:10        171:19
44:20 45:5          13:24 42:3          164:7             54:12 60:3        $2
45:11,19            70:16 95:8         worst-case         62:20 70:19       118:9
46:14,16            124:2,9,16          163:24            92:4 96:5         $23
47:2,12,24          128:12             worth             106:18            158:22
49:22 50:10         131:1,3,5           80:20 177:18     120:4,5,25        $25
51:11 53:19         131:17              178:22           121:2 126:8       107:16 167:5
54:19,23            135:15             wouldn't          133:1 157:9       $35
55:2,6,11           136:9               37:13 38:14      191:12,19         140:15
55:15,17,25         154:10              55:2 146:8      yellow             $43
56:8,12,20          158:8               148:1            5:16              171:11
57:8,19,23          170:15,16           180:11          yesterday          $50
59:10 60:25         192:5              write             3:22,25           166:2,2
61:1,6,14          worked               74:24            13:20 38:19
61:20,24            18:13 23:15        writing           45:22 47:15        0
62:4,12,17          42:17,19            81:7             49:25 50:6        0003
62:19 63:1          70:22 92:6         written           53:4 58:13        39:6
63:9,23             92:7 95:5           53:1 55:8,18     76:25
64:1,6,14           113:10              66:1 159:3       105:14             1
64:22 65:3          127:12,13          wrong             126:7             1
65:11,16            135:7 150:8         29:17 57:2       130:10            96:2 169:7
66:13,22            157:8               65:14            young             178:17
67:14,18,22        worker               122:10           53:5 90:13        194:3
68:9,12,20          100:10              177:24           90:24 103:9      1st
69:10,14,25         101:10             wrote             114:10           86:19,23
70:10 71:19         105:7,10            69:21            119:14           1.2
73:12 74:1          106:22                               145:1            108:2
74:8 75:9           109:21              Y               154:10           1:30
75:12,19,21         110:7              Yeah              169:8            3:25
76:6,16            workers              7:25 10:3        younger          100
77:13,16,21         99:11 105:2         12:6,16          131:24           72:14 162:8
78:12,17            114:21              17:8,14                            165:11
79:16 80:1          120:7               25:7 28:5         Z               178:1 196:8
81:15,20           working              40:7 41:5       Zacharany         100-page
82:3,6,10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033866

149:25
150:16
**11:00**
150:21
**1100**
39:8,8 40:10
42:21 77:11
**119**
2:6
**12**
105:14
**12.7**
121:16
**12/31/12**
196:6
**120**
175:12
**13**
2:3 150:21
150:22
**14**
121:17 138:6
**14th**
195:9,17
**14,000**
77:10
**142**
2:7
**147**
2:8
**15**
1:15 165:12
167:6
**15,000**
20:14 21:7
21:15 77:10
**15-vote**
61:22
**157**
2:9
**16**
39:3 195:16
**16th**
196:1
**18**
120:4,5
**188**

2:10
**19**
93:16
**1945**
116:9
**195**
2:12
**1965**
171:18
**1969**
13:22

_____
                2

**2**
85:9
**20**
63:14,15
165:15
166:5
171:21
**20-month**
176:23
**200-somet...**
15:3
**2000**
86:6 126:12
126:21
133:18
196:8
**2004**
84:22
**2005**
17:2 85:24
86:18
113:10
**2006**
17:2,3
143:11,12
**2007**
17:2 113:10
**2008**
17:3 84:14
91:21
143:12
**2009**
1:3
**2010**

53:24 86:19
86:24
**2012**
1:15 53:25
195:16
196:2
**2016**
54:5
**209**
195:8,16
**22**
151:18 167:4
171:11
**24-month**
175:24
176:24
**25**
14:22 42:21
43:4,6
151:18
**250**
39:9
**2500**
43:2,4
**283**
196:7
**290**
39:9

_____
                3

**3-minute**
41:20
**3.5**
40:6
**3.9**
40:6,6
**30**
5:14,16
151:15
**300**
21:13,14
**328-5557**
196:9
**330582RH**
196:11
**35-plus**
14:14

**362**
6:17,21 8:7
8:11,12
11:14 13:8
14:8 24:25
37:16,18
55:17 65:9
66:1,20
82:13,17
83:13 90:14
119:7 142:5
142:19,23
144:18
147:14
157:3 169:2
169:25
170:8
184:12
188:12
**394**
78:2

_____
                4

**4**
121:18
**4-7-2009**
195:7
**40**
43:10 60:3
**40,000**
138:9
**40-dollar**
171:21
**400**
143:19
**41**
84:23
**4136**
196:6
**4194**
143:13
**42,000**
143:16
**42.8**
116:8
**44**
93:15
**48**

75:6 87:2
184:24

_____
                5

**5.3**
121:18
125:14
**50**
33:4 67:21
**50s**
179:2 182:19
**512**
196:9

_____
                6

**6**
101:14
**60s**
179:2
**62,548**
84:15
**63.0101**
96:2
**65**
23:20,21
24:4 73:15
133:4

_____
                7

**7**
1:3
**70**
83:22
**71st**
178:16
**73**
170:17
**75**
33:10 170:17
**75,000**
111:2
**77**
84:2
**78701**
195:10,18
196:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| 8 | | | | |
|---|---|---|---|---|
| **8.3** | | | | |
| 78:2 | | | | |
| **80s** | | | | |
| 31:12 | | | | |
| **82** | | | | |
| 2:4 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **9** | | | | |
| 92:13 | | | | |
| **90** | | | | |
| 2:5  173:18 | | | | |
|   173:18 | | | | |
| **99.9** | | | | |
| 169:21 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033868

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009

Transcribed by Lynne M. Homan, CSR

April 16, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033869

```
 1          These are the kinds of things that everybody
 2     takes for granted, but let me just share the fact that
 3     it didn't take much at all to confuse a taken-for-
 4     granted process of going to this particular place that
 5     you've gotten used to, where you will be able to
 6     exericse your right to have an impact upon the society
 7     in which you live, and that's just got to be -- it's a
 8     charge for my fellow clients that they desire so much,
 9     because listen, there's few things that they can't
10     automatically experience in a real satisfying grateful
11     manner, but I'll tell you from the get-go, that when I
12     was treated in the brain injury rehabilitation facility,
13     I was a client until they realized that this guys got a
14     Master's in health and physical education and a minor in
15     psychology and he taught middle school students and did
16     that for ten years, and then led a teacher organization
17     in his school district, and it was a case of me having
18     had a good bit of life engagement, engaging experiences
19     that I benefited from, as well as the charges that I
20     came in contact with and influenced, including now my
21     thousands of students that I made an impression on and
22     they made an impression on me, via my ten years in the
23     public school.  I was teaching and coaching, and so I
24     know it's too late but my intent, to make a long story
25     short, if it's not too late, is to share with you that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033870

```
 1       the group that I'm here today representing is just

 2       counting on the voting process to be one that they can

 3       access without any additional restrictive discriminatory

 4       hoops, ropes that they'll have to tread through or jump

 5       or climb over, because, you know, I've got fellow

 6       clients that I used to work with who were so gratified

 7       by just being able that I shared with them the fact

 8       that, hey, look, you, you make a difference, you

 9       matter.  There's nobody that's going to take that away

10       from you.  I mean, you can go and lodge your interest

11       and desires at a polling place and your influence by

12       doing so will have just as much of an effect as, you

13       know, King Roy, which doesn't exist, but that was my

14       attempt at sharing the fact that as small as they may

15       think they are, they are empowered to have as much sway

16       or influence by the --

17            CHAIRMAN:  Mr. Heston.

18            MR. HESTON:  yes, I'm sorry.

19            CHAIRMAN:  That's all right.  I hate to

20       interrupt you.  I have given you several times the

21       amount of time the other witnesses have.

22            MR. HESTON:  Uh-huh.

23            CHAIRMAN:  And I've done that on purpose

24       because of the nature of your disability.

25            MR. HESTON:  I appreciate it.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1            CHAIRMAN:  And I want to give you the members

2      of the panel to ask you some questions.

3            MR. HESTON:  Thank you so much.

4            CHAIRMAN:  And I want to ask you a question or

5      two and I just want to make sure it's clear I'm not

6      cross examining you.

7            MR. HESTON:  No, no.

8            CHAIRMAN:  I want to give you an opportunity

9      to educate me about your situation.

10           MR. HESTON:  Certainly.

11           CHAIRMAN:  How do you currently vote?

12           MR. HESTON:  How do I currently --

13           CHAIRMAN:  When you go vote, what

14     documentation or identification do you use when you

15     vote?

16           MR. HESTON:  I do whatever I happen to have in

17     my clothing that day.

18           CHAIRMAN:   Okay.

19           MR. HESTON:  So I usually have my wallet and

20     all of its contents from, you know, credit cards and

21     such that I live on, you know.  I don't -- I don't do

22     much other than kind of keep a compact package to take

23     whatever it is.

24                 I might have my, you know, license, and

25     don't be scared, don't be afraid you might run into me



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033872

1       on the roadway, because I can --
2                   CHAIRMAN:  You do have a driver's license?
3                   MR. HESTON:  I do, and I can drive just fine.
4       I just, you know, desire for there not to be a sudden
5       malfunction in the cab of my vehicle that might cause a
6       problem.
7                   CHAIRMAN:  And you understand that you, under
8       this legislation, you can use that driver's license to
9       vote just as you can under current law?
10                  Did you know that under the Senate bill, you
11      can use that driver's license to vote just as you can
12      under current law?
13                  MR. HESTON:  Well, I -- you're bringing to
14      mind something that I think I come across.  But you
15      know, I'm one of the few that has the capacity to drive.
16                  CHAIRMAN:  Right.
17                  MR. HESTON:  Amongst that group that I
18      represent.
19                  CHAIRMAN:  Okay.  Have you looked, by chance,
20      at the list of none photo identifications that are
21      available?
22                  We heard some testimony today from a witness
23      that brought to our attention that perhaps we ought to
24      include in that list photo identifications from a
25      private university in the state of Texas.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033873

1          MR. HESTON:  Yes.

2          CHAIRMAN:  I mean, that's why we're having

3     these hearings, is for people like you to identify

4     things that we haven't thought about.

5          MR. HESTON:  Okay.

6          CHAIRMAN:  Have you had a chance to look at

7     the list?

8          MR. HESTON:  I can say that I glanced over

9     it.  I don't have the capacity to remember.  Just like

10    you just got my attention.

11         CHAIRMAN:  Yes.

12         MR. HESTON:  And opened my eyes and realized

13    that I probably have been going on for 45 minutes, but

14    nevertheless --

15         CHAIRMAN: I don't think it was quite that

16    long.

17         MR. HESTON:  Okay.  Well, nevertheless, see,

18    I'm hugely fortunate in that I attend the brain injured

19    association because I can advocate for my fellow members

20    in the association in that that I'm able to drive and I

21    can work the copier and I can type and I can even write

22    a story or two if I get so motivated, but yes, go

23    ahead.  I'm sorry.

24         CHAIRMAN:  I just want to give the other

25    members of the panel an opportunity to ask you any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033874

1    questions they would like to ask you.  Representative

2    Heffer?

3                  REPRESENTATIVE HEFFER:  Mr. Heston, I just

4    want to thank you for coming here today.

5                  MR. HESTON:  My pleasure, sir.

6                  REPRESENTATIVE HEFFER:  And I want to assure

7    you that you represent a very important segment of our

8    population, and I think it would behoove that committee

9    to ensure that whatever steps we need to take to ensure

10   you're right to vote is protected, to do so.

11                 MR. HESTON:  Thank you very much.

12                 REPRESENTATIVE HEFFER:  So I want to

13   thank you for being here today.  You certainly do

14   represent your citizenry well.

15                 MR. HESTON:  Thank you so much.

16                 REPRESENTATIVE HEFFER:  Thank you for

17   your testimony here today.

18                 MR. HESTON:  I appreciate it.

19                 REPRESENTATIVE HEFFER: Thank you.

20                 CHAIRMAN:  Any other questions for this

21   witness?  I think that's all we have.  We thank you,

22   Mr. Heston, for taking the opportunity to do this today.

23                 MR. HESTON:  I appreciate the

24   opportunity.

25                 CHAIRMAN:  Absolutely.  Good job.  At



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    this time, the Chair would caller Eric Nichols, who is

2    speaking on behalf of the Office of the Attorney General

3    as a resource witness and is neutral on Senate Bill

4    362.

5               Please state your name and who you

6    represent.

7               MR. NICHOLS:  Thank you, Mr. Chairman.

8    Eric Nichols, Deputy Attorney General for Criminal

9    Justice here on behalf of the Office of the Attorney

10   General.  I appeared as a resource witness before the

11   committee in its last session.  Actually that was

12   earlier this morning.  But I'm here, I understand, to

13   answer one particular concern that the committee had in

14   addition to what I testified to earlier this morning,

15   which concerns a matter that I raised in my earlier

16   testimony but may not have put enough of a punctuation

17   mark on it, and that is the issue about public testimony

18   concerning matters that are the subject of ongoing

19   criminal investigations through our office.

20              And I want to make clear that it was on the

21   record that among the matters that we have under active

22   investigation for potential election code violations

23   include two elections that occurred in the year 2008 in

24   Hidalgo County in the city of Progresso.

25              One was an independent school district



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    election.  The other was a municipal election.  The

2    other matters that I've heard some reference to in the

3    debate over this legislation concern Harris County, and

4    our office has active investigations concerning both the

5    primary and general elections in Harris County in 2008.

6          The reason why I'm mentioning this is that

7    from the perspective of a person who works with both our

8    prosecutors and our investigators on these types of

9    investigations, I would find it extremely unfortunate

10   if, in the context of a public hearing on legislation

11   such as this, that either the committee or individual

12   witnesses would engage in a discussion about facts of

13   matters that are under active investigation.  And the

14   reason for that is many fold but I'll give you two.

15         Number one, there's a need to protect the

16   integrity of ongoing criminal investigations.  And

17   number two, in all criminal investigations, both inside

18   and outside of grand jury, we respect the rights of

19   people who report crime and we respect the rights of the

20   people who may be accused of crime.  And until such time

21   as an investigation is completed and a determination is

22   made that somebody is going to stand to account for

23   charges, it's wholly inappropriate to engage, in our

24   view, in a public discussion about those types of

25   allegations.  So I would certainly ask for and respect


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033877

1       the committee's desire to provide some indulgence to not

2       engage in a discussion about facts of matters that are

3       under investigation, and I would also encourage any

4       witnesses who are here that may be aware of the fact

5       that the matters that they may wish to talk about are

6       under investigation to refrain from discussing those.

7       That is not to interfere with someone's ability to

8       exercise their rights, to testify about the legislation,

9       what they see as the advantages or disadvantages of a

10      particular piece of legislation.

11              My comments deal specifically with the

12      discussion of facts of matters that are under

13      investigation, and I hope, Mr. Chairman and members of

14      the committee, that that is a little bit more clear than

15      I was at 1:15 a.m. this morning, but if the committee

16      has any questions on that or other subject, I would be

17      happy to amplify.

18              CHAIRMAN:  Representative Anchia?

19              REPRESENTATIVE ANCHIA:  Thank you for being

20      here today, Mr. Nichols.  I want to make sure I

21      understand the admonition completely.  If someone is

22      here and wants to testify about specific facts that may

23      be the subject of an ongoing investigation by the

24      Attorney General, you are advising that that may

25      adversely impact the investigation of the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033878

1       General.

2               MR. NICHOLS:  Yes, sir.

3               REPRESENTATIVE ANCHIA:  And it is your further

4       admonition that if someone has come here to testify in

5       favor or against the Senate bill, that they should limit

6       their testimony specifically to the provisions of the

7       bill?

8               By way of example, I think that provision A,

9       B, C, or D is good for the following reasons, correct?

10              MR. NICHOLS:  That is exactly our preference.

11      Thank you Representative Anchia.

12              REPRESENTATIVE ANCHIA:  Thank you.

13              MR. NICHOLS:  And so we're going to have no

14      choice but to leave that to the discretion of the

15      witnesses on the list, whether you be from Houston or

16      Progresso or any other part of our state and you're

17      aware or familiar with any ongoing active criminal

18      investigations, we can't and don't wish to prevent you

19      from testifying on how you feel about this particular

20      piece of legislation, but you're the one that's going to

21      be talking and so you need to make sure that you do not

22      say anything about any facts or matters related to items

23      that you have reason to believe are under active

24      criminal investigation, and to the extent that you're

25      not sure you can do that, then it's up to you on whether



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033879

1      you want to testify.  I presume all of you do not want

2      to do is do anything to undermine the ability to

3      prosecute any crime of any kind in this state.

4              Any other questions of the representative of

5      the Attorney General?

6              NEW SPEAKER:  I just want to make sure I

7      understand.  Are you asking this committee to refrain

8      from asking questions about specific instances that have

9      been involved -- I'm sorry -- that have been discussed

10     in the newspapers?

11             MR. NICHOLS:  To the extent that they are the

12     subject of ongoing criminal investigations, and that's

13     why I wanted to particularly point out the situation

14     with Hidalgo County and Harris County.

15             NEW SPEAKER:  There's no legal prohibition,

16     you're just asking us to respect your wishes?

17             MR. NICHOLS:  I'm asking for the committee's

18     indulgence on that and appreciate whatever consideration

19     the committee can provide.

20             CHAIRMAN:  Representative (Inaudible)?

21             REPRESENTATIVE:  Technically speaking,

22     wouldn't there be some legal reason for that though?  I

23     mean, it's not just your indulgence, it's the fact that

24     we could compromise a pending case.

25             MR. NICHOLS:  That is certainly a possibly,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033880

```
1     plus we have to take into account that both witnesses
2     and persons who may be the subject of investigations may
3     have rights that, that, if they're testifying before a
4     public body such as this, may be compromised.  And so
5     for that reason as well, to protect the rights of
6     individual witnesses, I just think it's the most prudent
7     course of action to do what I've suggested.
8               NEW SPEAKER:  And to be clear, you're
9     just not asking you to indulge us in our choosing not to
10    ask you questions, but ensuring that they don't enter
11    testimony specific to their case simply, they need to be
12    very pointed and specific to the legislation and only
13    speak to that.
14              MR. NICHOLS:  Yes, sir.
15              CHAIRMAN:  Representative Peña?
16              REPRESENTATIVE PEÑA:  My understanding of
17    any legal prohibition would be the discussion of grand
18    jury testimony, is that correct?
19              MR. NICHOLS:  Grand jury proceedings are
20    secret by law, yes, sir.
21              MR. PEÑA:  Right, but other than that,
22    it's simply a request made to us, without legal
23    restriction?
24              MR. NICHOLS:  If it's not -- if it
25    doesn't relate to grand jury proceedings, it's not
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033881

1       subject to grand jury secrecy; however I think there are

2       other legal considerations that come in into play.

3                       MR. PEÑA:  I appreciate what you're

4       trying to tell me.  I just want to make sure I

5       understand.

6                       MR. NICHOLS:  Yes, sir.

7                       MR. PEÑA:  There are many times --

8                       I'm an attorney and many times I'm asked

9       to -- when there are criminal proceedings against an

10      individual, for example, in a sexual assault case, I'm

11      asked, or the judge is asked to hold me back from

12      conducting discovery because it just seems unfair or

13      you'd rather do one thing at a time, and in this case,

14      you have no -- you have no way to legally bind us,

15      you're simply making a request?

16                      MR. NICHOLS:  I'm making a request that I

17      believe is based on both law and good policy.

18                      MR. PEÑA:  You understand the impression

19      that that leaves on many of the people who read the

20      papers, and when there are allegations made of voter

21      impersonation, that those are just blanket allegations,

22      without any cross examination or examination, and that

23      leaves a -- it can leave a bad impression on the reader

24      or on the citizenry out there.

25                      MR. NICHOLS:  Representative, I'm a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006740

TX_00033882

1    Prosecutor by profession and one of the things that I

2    strongly believe in that persons are innocent until such

3    time as they are proven guilty in a court of law, and I

4    believe that very strongly and I believe that anyone who

5    reads a paper should feel the same way.

6              MR. PEÑA:  Yes.  Now let me just say,

7    just as a statement, I've said here and I have friends

8    here from the valley.  There is a level of political,

9    dirty politics.  For example, in the treatment of the

10   elderly with mail-in ballots that I'm concerned about,

11   but when an allegation is made of voter impersonation,

12   you can understand my concern, when other witnesses have

13   said that they've never seen any of it found in the

14   valley, you can understand that, right?  You can

15   appreciate my concern.

16             MR. NICHOLS:  I appreciate your concern

17   and I've heard a number of things said by persons who

18   are on different sides of this issue about the lack of

19   evidence of voter -- voter impersonation and so forth,

20   so I understand, I think, where you're coming from.

21             MR. PEÑA:  Right.  Well, I'll listen to

22   the testimony.

23             MR. NICHOLS:  Yes, sir.

24             MR. PEÑA:  But I also want to make this

25   statement.  I'm probably one of the strongest opponents



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    against voter corruption in my community.  I will come

2    out and blast people, and my friends here who are the

3    owls, understand who are against voter corruption as

4    well.

5           Will understand that I've taken great steps to

6    talk about corruption, and in all my experience, like

7    Mr. Wood, I found little evidence of voter

8    impersonation.  I simply haven't seen it.  And I simply

9    want to make that statement because the papers have all

10   covered this event in Progresso, and I understand how

11   politics is done in my smaller community in the valley,

12   but I also would like people to understand that you

13   can't take a bear statement as gospel, that there needs

14   to be an examination of the facts.

15          MR. NICHOLS:  And you and I agree a

16   hundred percent on that, which gets to my point, that

17   that examination of the facts needs to be done, it needs

18   to be done in a professional manner by professional

19   investigators, professional prosecutors, before anyone

20   reaches a conclusion one way or the other.

21          MR. PEÑA:  Let me say if, in fact, there

22   is any voter impersonation that has occurred, I would

23   ask that you prosecute them to the fullest.

24          MR. NICHOLS:  Yes, sir.

25          MR. PEÑA:  But that doesn't leave my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1     skepticism as to the things I've read in the paper,

2     based on the experience I've had in living in the

3     community.  But anyway, I respect your request.

4                    MR. NICHOLS:  I appreciate it.

5                    CHAIRMAN:  Representative Bonner?

6     Chairman Bonner.

7                    REPRESENTATIVE BONNER:  Chairman Peña, I

8     respect completely, I think what we're trying to do is

9     make sure this committee doesn't engage in the rhetoric

10    or discussion that's been in the newspapers, and that we

11    leave that out of this, because this committee is not

12    the proper place to get the facts and decide whether

13    this is appropriate or inappropriate.

14            I think what we're trying to do is ensure what

15    you want to ensure, which is that we not go into these

16    discussions and we not have allegations brought that

17    can't be discovered fully, true or untrue, by this

18    committee.  Is that fair, Mr. Peña?

19                   MR. PEÑA:  I understand what you're

20    saying, and my goal, as is everyone here, is to find the

21    truth and to find some, and that's all I'm attempting to

22    do.

23                   REPRESENTATIVE BONNER:  Yes, sir.

24                   CHAIRMAN:  All right, Representative

25    Brown's question, before she asks it, I would just like



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033885

Hearing - Volume 2                                    April 7, 2012

1    to show on the record that Lynn Harper has joined us.

2    Representative Brown.

3                    REPRESENTATIVE BROWN:  One question.  You

4    were with us last night until we adjourned, correct?

5                    MR. NICHOLS:  Yes, sir.

6                    REPRESENTATIVE BROWN:  Did you hear

7    anything that he gave you that you were concerned about

8    that we've entered into?

9                    MR. NICHOLS:  Well, I did want to mention

10   Harris County, because there was some discussion about

11   Harris County.  I don't know if issue is going to come

12   up again today or not, and that is why.

13                    REPRESENTATIVE BROWN:  Was the video a

14   problem?

15                    MR. NICHOLS:  No, the video was a news

16   report, but in terms of getting into questions of

17   wanting to get copies of records so that people can do

18   signature comparisons, I think I heard a reference to

19   that during the committee's hearing, wanting to talk to

20   witnesses who are involved in this outside the

21   professional criminal investigation process, any effort

22   by either, by anyone outside the criminal investigation

23   process to interview witnesses, collect documents, all

24   of that has the capacity to interfere with an ongoing

25   criminal investigation, so I appreciate your clarifying



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033886

1      that.

2                    REPRESENTATIVE BROWN:  Thank you.

3                    CHAIRMAN:  Any other questions of this

4      witness?

5                    I don't see any questions.  Thank you.

6                    MR. NICHOLS:  Thank you.

7                    CHAIRMAN:  Thank you, Mr. Nichols.  At

8      this time, the Chair calls Marilu Ybarra, representing a

9      group from Progresso, who's testifying in favor of

10     Senate Bill 362.  Do you wish to testify?  Just state

11     your name.

12                   MS. YBARRA:  Yes, my name is Marilu

13     Ybarra?

14                   CHAIRMAN:  And you represent yourself?

15                   MS. YBARRA:  Yes, sir.

16                   CHAIRMAN:  And do you have anything you

17     wish to share with us today, in light of this discussion

18     we've just had?

19                   MS. YBARRA:  Okay.  We leave this effect

20     on the borders for every election in Progresso, so

21     please help us to pass this leg -- I don't know how to

22     --

23                   CHAIRMAN:  Legislation?

24                   MS. YBARRA:  Yes.

25                   CHAIRMAN:  Thank you very much.  Members,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033887

1     do you all have any questions of this witness?

2     Representative Peña, Chairman Peña?

3                    MR. PEÑA:  Ms. Ybarra?

4                    MS. YBARRA:  Yes, sir.

5                    MR. PEÑA:  I want to assure you that

6     everybody here is against it and it's our intention to

7     have good government not only in the valley but

8     throughout Texas, I want you to know that and I want to

9     thank you.

10                    MS. YBARRA:  Okay.

11                    CHAIRMAN:  And you want us to show you in

12    favor of Senate bill 362?

13                    MS. YBARRA:  Yes, sir.

14                    CHAIRMAN:  And we will.  Thank you.

15                    MS. YBARRA:  Thank you.

16                    CHAIRMAN:  The Chair calls Annabell

17    Medina, representing herself as a taxpayer testifying in

18    favor of Senate bill 362.

19                    UNIDENTIFIED FEMALE:  She's in favor.

20                    CHAIRMAN:  Thank you.  Just state your

21    name.

22                    MS. MEDINA:  My name is Annabell Medina.

23    My name is Annabell Medina.

24                    CHAIRMAN:  And you're here representing

25    yourself?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006746

TX_00033888

```
1                    MS. MEDINA:  Yes.  I'm from Progresso,

2         Texas.

3                    CHAIRMAN:  All right.  Anything you wish

4         to tell us?

5                    MS. MEDINA:  Well, we just wish for that

6         law to pass because we are having trouble there, people

7         voting without an ID, voting for somebody else with a

8         card.

9                    CHAIRMAN:  Thank you.  Any questions

10        members, of this witness?  And just to be clear, I think

11        I've already established this, but you wish us to show

12        you as in favor of Senate bill 362, right?

13                   MS. MEDINA:  Yes, that's right.

14                   CHAIRMAN:  Thank you.

15                   MR. MEDINA:  Thank you.

16                   CHAIRMAN:  At this time, the Chair calls

17        Pedro Lopez, representing himself.  Is he close by or --

18                   UNIDENTIFIED FEMALE:  He went to the

19        bathroom.

20                   CHAIRMAN:  Okay.  Well, I want to give

21        him an opportunity to testify.

22                   The Chair calls Ramey Coe, representing

23        the Organization of Chinese Americans.  Are you here?  I

24        got to give these people an opportunity to testify.

25        Ramey, if you are hearing me or seeing me --
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006747

TX_00033889

1           There you are.

2           MR. COE:  (Inaudible).

3           CHAIRMAN:  I understand.  Please state your

4      name and who you represent.

5           MR. COE:  My name is Ramey Coe.  I represent

6      the Organization of Chinese Americans.

7           CHAIRMAN:  You're testifying against Senate

8      bill 362?

9           MR. COE:  That's correct, sir.

10          CHAIRMAN:  Okay, thank you.  Please proceed.

11          MR. COE:  Just to tell you a little bit about

12     OCA, we were founded in 1973 as national organization.

13     There are over 81 chapters and affiliates currently

14     dedicated to advancing the social, political and

15     economic well-being of Asian Pacific Americans, as one

16     of 14 national civil rights, Asian American civil rights

17     organizations in D.C.

18          Photo ID requirements for voting have a

19     particularly onerous effect on the ability for Asian

20     Americans to vote.  A recent survey of voters in

21     California, Washington State and New Mexico, Asian

22     American voters, that is, showed that Asian Americans

23     are eight percent less likely to have photo ID than

24     their white counterparts.

25          Additionally, and these are some things that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1   aren't necessarily against all of elements of the bill

2   but things I'd like the committee to keep in mind when

3   looking at possible changes or amendments to the bill,

4   to be aware of the fact that the expense and time

5   required to obtain an ID is especially problematic for

6   naturalized citizens.  Half the Asian American

7   population is foreign born, a higher proportion than any

8   other ethnic group in the United States.

9          Even if photo IDs are provided for free,

10  obtaining documents such as naturalization certificates

11  to obtain the ID or other documentation requires a great

12  deal of time and expense.  Naturalization certificates

13  cost $380 and can take up to a year to receive.

14         Photo ID requirements give poll workers an

15  enormous degree of discretion at polling places, which

16  can be particularly problematic for naturalized Asian

17  Americans who have limited experience the legalese

18  surrounding ID laws.

19         A law would raise the risk of communication

20  difficulties that would deny Asian Americans the right

21  to vote.  Numerous studies have already documented many

22  cases in the past several elections that where Asian

23  Americans were asked to show ID at polls in various

24  states, mis-understandings arose that frequently

25  resulted had in the legally eligible voters being denied



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006749

1       the right to cast a ballots.

2               Now one thing in particular I'd like to

3       emphasize is the problem with name matching

4       requirements, and this is just something perhaps to keep

5       in mind about the bill itself.  In 2008, various Asian

6       Americans organizations, including the Asian American

7       Justice Center, documented numerous cases of Asian

8       Americans being denied the right to vote in states with

9       voter ID laws because of name matching problems.  This

10      was particularly a problem in Florida.  Chinese,

11      Japanese and Korean names are not written with the

12      English alphabet and have multiple parts.  When Asian

13      Americans transliterate these names for documentation

14      and IDs, there are frequently inconsistencies, either

15      because the person has refined the spelling over time or

16      because errors are made in transcription by workers

17      unfamiliar with Asian names.  These can range from

18      incorrect hyphenation to switched letters, to improperly

19      combining or splitting separate parts of the name.  Many

20      Asian Americans also adopt American names for daily use,

21      so sometimes they have different names on different ID.

22      For example, my cousin's passport and Social Security

23      card use her transliterated Chinese name but her

24      driver's license says Kathy.

25              What all of this points to is the fact that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033892

1    Asian American voters, as a community, have numerous

2    concerns with various elements of this legislation and

3    the way that it might impact their right to vote.

4           CHAIRMAN:  Before I let members of the

5    committee to ask you questions, Mr. Coe, can you give me

6    some sense, how many people do we have in the overflow

7    room?

8           MR. COE:  I think we have about I'd say 20 to

9    30.

10          CHAIRMAN:  Okay, and if you're listening or

11   you can see me, I guess you can see me, I think we have

12   20 do 30 empty seats in this room, and so to the extent

13   you would like to, I welcome you to join us here in this

14   room so that as we call random people to testify, you

15   might be more readily available.

16          Any questions for this witness?

17   Representative Brown?

18          REPRESENTATIVE BROWN:  Yes.  Thank you for

19   coming to testify.  When a person is naturalalized and

20   they come to this country and are naturalized, aren't

21   you given some kind of document proving that

22   naturalization at that point?

23          MR. COE:  Sometimes, there's frequently cases

24   where an official naturalization certificate, for

25   whatever reason, doesn't make it to the person.  A lot



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    of times, also there's problems where, over a course of

2    time, that certificate is lost.  A lot of people, it's

3    not a document people keep on them, it's not a document

4    that a lot of people have readily available.  My

5    parents' naturalization certificates, for example, are

6    in their safety deposit box.

7              REPRESENTATIVE BROWN:  So that wouldn't be

8    that difficult for them to prove their identity with

9    that paper?

10             MR. COE:  No, not for my parents, no, but for

11   other Asian Americans.

12             REPRESENTATIVE BROWN:  I just wondered if this

13   was presented and people just tossed it like it wasn't

14   valuable.

15             MR. COE:  Oh, no, I don't think it's because

16   people don't think it's valuable.  I just think that,

17   you know, people here who have been naturalized for --

18   there's a significant number of Asian Americans now who

19   have been naturalized for 20, 30 years, and over the

20   course of moving, you know, papers gets shuffled around

21   and sometimes even important documents get lost.

22             REPRESENTATIVE BROWN:  But you feel that would

23   be the exception and not the rule, that most people

24   would still retain that document and not be forced to go

25   spend $300 to obtain one?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033894

1           MR. COE:  I think it's an example of the type

2      of additional documentation hurdles that people who are

3      naturalized citizens tend to face.  I couldn't give you

4      an exact number of exactly how many people that would

5      effect, but between naturalization documents and other

6      types of documentation issues related to that, you know,

7      I just want to point out that that is an additional

8      burden.

9           REPRESENTATIVE BROWN:  Is there a proof of any

10     kind of identification prove in China in order to

11     participate in an election or do you have --

12          MR. COE:  Well, there's not a lot of elections

13     in China.

14          REPRESENTATIVE BROWN:  I guess not.  Touche.

15     Okay, would there be any other time that you have to

16     prove identity in China?

17          MR. COE:  Well, in China, this is actually a

18     tradition dating back through the imperial period of

19     Chinese history.  All Chinese residents were required to

20     register with local magistrates, and in fact, to this

21     day, that survives.

22          When you're born, you have to go and get this

23     document registration, and actually there's a lot of

24     restrictive rules around, that you can't move without

25     permission because the government has to be able to keep



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006753

TX_00033895

1    track of where you are at all times, et cetera, et

2    cetera.

3            REPRESENTATIVE BROWN:  It's like a birth

4    certificate?

5            MR. COE:  Kind of.  It's more like an all

6    purpose passport.  Well, it's not a passport.  It's more

7    like an all-purpose government identity card, but the

8    reason everybody has it is because it's very strictly

9    enforced by the government to ensure that all people are

10   monitored.

11           REPRESENTATIVE BROWN:  I wanted to establish,

12   do you think -- do you see the need for us to be able to

13   prove identity in this country in order to participate

14   in something like an election?

15           MR. COE:  Yes, I do think there are certain

16   needs.

17           REPRESENTATIVE BROWN:  Do you have any

18   suggestion for us, something that would help the Chinese

19   community that would be easier to -- easier on you?

20           MR. COE:  Well, I mean, just one suggestion

21   off the top of my head is some type of provision

22   addressing the problem with names.  That's, I think, one

23   of the most frequently noted problems that happened in

24   the 2008 election, which is the problem with a lot of

25   voters having problems because their names didn't match.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033896

```
 1              REPRESENTATIVE BROWN:  Well, rather than
 2    everyone here having to learn Chinese, I understand it's
 3    a rather difficult language --
 4              MR. COE:  Right.
 5              REPRESENTATIVE BROWN:  Do you think it would
 6    behoove you and your citizens to adopt a name that we
 7    could deal with more readily here, such as you're
 8    talking about, and I'm not talking about changing your
 9    name, I'm talking about the transliteration, or whatever
10    you refer to this, that you could use with us.
11              MR. COE:  Well, transliteration typically is
12    technically governed by certain academic standards
13    right.  Like for Chinese, there's the Wade-Giles
14    transliteration system and the Pinyan transliteration
15    system.  For Korean and Japanese, there are other
16    various systems.  I think two or three for Japanese and
17    three for Korean, so that's transliteration.  That's
18    basically where you try to keep the pronunciation of
19    your name but you write it in English alphabet.  But a
20    lot of Asian Americans will, for the purpose of daily
21    use, adopt, you know, quote, unquote, American names, so
22    for example, again, my cousin, she goes by Kathy
23    normally, on a day-to-day basis, and Kathy is what it
24    says on her school transcripts and it's what it says --
25    well, she's not in school any more but it's what she
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033897