1       used before and it's what it says on her driver's

2       license, but on her Social Security card and her

3       passport, it says TiShen, because when she first

4       immigrated to the United States, before she chose to

5       adopt Kathy, she used the transliterated Chinese names

6       on those documents, so a problem that arises frequently

7       with Asian Americans is that as time passes, people do

8       one of three things.

9              One, is that they chose to adopt a more

10      Americanized given name to make it easier, as you said,

11      for people to communicate, et cetera, and for

12      documentation purposes.  But two is sometimes they will

13      alter the transliteration of their name because they

14      learn that, because not everyone is familiar with who to

15      transliterate names, so when they first come, they kind

16      of give it their best shot, like what they think it

17      sounds like in English, but then they will learn later

18      that they actually should write it differently, et

19      cetera.

20             REPRESENTATIVE BROWN:  Can't you see that this

21      is something that would make it a lot easier both for

22      you and for the people who are the poll workers if there

23      were some means by which you could adopt a name just for

24      this poll identification purposes that was easier for

25      the Americans to deal with?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006756

TX_00033898

1          MR. COE:  What I'm saying is there may be

2     difficulty in obtaining that ID because of discrepancies

3     between those names or because of discrepancies between

4     the name on the ID and because it was obtained with a

5     certain document versus the name on the polling.

6          REPRESENTATIVE BROWN:  Evidently there's

7     difficulties as is it presently exists, from what you

8     tell me.

9          MR. COE:  Yes.  I mean, I think Asian American

10    Justice Center represented several of the Asian American

11    voters in Florida who had this problem, although a lot

12    of times with them, the problem was, as you

13    transliterated names being basically mangled in the

14    course of being transcribed by government workers.

15         REPRESENTATIVE BROWN:  Okay, I see a need here

16    for young people like you, that are obviously very

17    bright, to come up with something that would work for

18    you and then let us see if we can't make it work for us.

19         MR. COE:  Well, I think it would be a small

20    but effective adjustment to the bill if we could allow

21    there to be some give and take on the exact matching of

22    the name.

23         I know that -- Gosh, I know there's actually

24    differences between the different states that currently

25    have voter ID laws on this.  Florida, I believe, was the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033899

1    most stringent case where people who were literally had

2    a hyphen their ID and there was no hyphen on the voter

3    rolls were not allowed to vote.

4            REPRESENTATIVE BROWN:  That's not just for

5    Chinese.

6            MR. COE:  That's for Korean, Chinese,

7    Japanese.  Khmer, I believe, is not written in Roman

8    script.

9            REPRESENTATIVE BROWN:  Thank you.

10           NEW SPEAKER:  And let me just say that I

11   believe Representative Hofburg has a bill in front of

12   our committee where, that we're looking very seriously

13   at, that would, if I understand it correctly, simply

14   provide for the Secretary of State's office to issue

15   some sort of rules and clarifications to create some

16   sort of standardization to ensure that slight

17   mis-spellings in what would be to many poll workers a

18   fairly complicated name --

19           MR. COE:  Right.

20           NEW SPEAKER:  -- are counted.

21           MR. COE:  Right.

22           NEW SPEAKER:  Obviously in Texas, we see that

23   with our Hispanic community more than we do with any

24   other community, but I believe that that's currently in

25   the hopper and I think we want to make a very favorable



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      look at that issue.  It may or may not be a part of this

2      bill.

3             MR. COE:  Right.

4             CHAIRMAN:  And it may be that, for simplicity

5      sake, this bill doesn't change current law in that

6      regard but I do think that this committee needs to look

7      very favorably at legislation along those lines to

8      address those separate concerns simply about transposing

9      letters in any kind of a name, whether it's complicated

10     or otherwise.

11            MR. COE:  Right.  Well, I mean, again, I think

12     to, you know, also something I forgot to mention to

13     address some of the concerns that Representative Brown

14     raised, I think part of the issue is that under the

15     current law, you know, Asian Americans can use either

16     their photo ID or the voter registration card, and so a

17     lot of Asian Americans who know that they have a problem

18     because their driver's license uses a different name

19     have been, you know, up to this point, able to just use

20     a voter registration card and just avoid that problem.

21            I mean, again, to what degree did that impact

22     the ability for Asian Americans to vote, you know,

23     there's probably a lot of disagreement over that data

24     but I think there's definitely evidence that's there.

25            NEW SPEAKER:  And you know, I don't want to



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033901

1    create the impression of the audience that currently if

2    there's one letter that's off, people are not --

3           MR. COE:  Right.

4           NEW SPEAKER:  -- typically being able to

5    vote.  I think poll workers are already exercising

6    reasonable discretion in that regard.  It may be that we

7    can provide some clearer standards.  I think there is a

8    list that Representative Hofburg presented to us in that

9    committee hearing where it did look like some voters, a

10   relatively small number at the statewide level, that we

11   would all agree are most likely that person were running

12   into some difficulty simply because of the process of

13   comparing names, and that's something that we definitely

14   need to look at.  Representative Anchia, did you have a

15   question?

16          REPRESENTATIVE ANCHIA:  Just really quickly,

17   in the Senate bill, there is language included that says

18   that your identity must be proven from the documents

19   presented, and what I think --

20          I think the point that you're trying to make

21   is that with names in the Chinese community, your voter

22   registration certificate may have a different name or

23   the way you're listed on the roles may have a different

24   name than your photo ID, your concealed handgun license

25   or any other secondary non-photo identification that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033902

1     may have, and your concern is that if there -- and there

2     are all kinds of national studies about the disparity

3     application of on different communities.  In fact, in

4     one, I think it was the Cal Tech study that we looked at

5     last night, Asians were asked for additional ID on a

6     much higher percentage.

7               MR. COE:  Yes, I've seen that data as well.

8               NEW SPEAKER:  So I'm concerned about those

9     issues.

10              MR. COE:  Right.  I think there's overlap

11    between those issues; you know, again because you're

12    giving poll workers a lot of discretion to look at these

13    items, then you create the increased likelihood of mis-

14    understandings, particularly with naturalized citizens,

15    who, you know, may speak English perfectly well for

16    day-to-day purposes, but when having to talk to somebody

17    about the intricacies and technicalities of, you know,

18    voting law, election law, may be very lost, and a lot of

19    mis-understandings have arisen.

20              In fact, there's been several documented cases

21    before in New York City of this happening.  And then

22    again, as you said, the problem with somebody might

23    bring their photo ID thinking I have a photo ID so it be

24    fine, but then there's a discrepancy either because of,

25    again, the difficulty of transliterated names or the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033903

1     fact that they're really using completely different

2     names on both forms of ID.

3            NEW SPEAKER:  And you brought up citizen

4     documents.  You've got I know one that's called for in

5     63 spot 0101, and let me preface this question by asking

6     you if you know a little bit about the citizenship

7     documents that are listed in the bill.

8            MR. COE:  I actually do not recall off the top

9     of my head so I'd appreciate you refreshing me.

10           NEW SPEAKER:  Okay.  One is a United States

11    citizenship certificate.

12           MR. COE:  Yes.

13           NEW SPEAKER:  Which I think refers to the

14    notification of a birth abroad for a U.S. citizen, and I

15    think that's different than a naturalization

16    certificate, which is an N360.

17           MR. COE:  Yes.

18           NEW SPEAKER:  Okay, so those are two different

19    documents?

20           MR. COE:  Yes.

21           NEW SPEAKER:  And my understanding is the

22    citizenship certificate would have one's picture on it

23    but that picture might be taken at the time that that

24    person is young.

25           MR. COE:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033904

1        NEW SPEAKER:  Or naturalized, so someone who

2    could be 70 would present that piece of photo

3    documentation and the picture was taken when they were

4    10.

5        MR. COE:  Right.

6        NEW SPEAKER:  So there might be a difference

7    in their appearance in the intervening 60 years.  And

8    then the other documentation that is included in the

9    bill is, relates to naturalization documents, and

10   they're not spelled out here, or citizenship papers

11   rather, in subsection 4.  Do you know what those would

12   refer to?  So they're non-photo ID citizenship papers.

13       MR. COE:  I'm not exactly sure what that

14   refers to.

15       NEW SPEAKER:  Okay, I'm not sure either.

16       MR. COE:  Yes, I'm not aware of other types of

17   citizenship documents for naturalized immigrants, no.

18       NEW SPEAKER:  Thank you for your testimony.

19       MR. COE:  Thank you.

20       NEW SPEAKER:  Is it true that it's very common

21   for people (Inaudible) for people to sometimes do the

22   surname first and their given name last, or

23   interchangeably?

24       MR. COE:  Yes.

25       NEW SPEAKER:  Which may also may cause a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    problem.

2             MR. COE:  Right.  Similar to Latino names,

3    many Chinese and Korean names are three parts.

4             NEW SPEAKER:  Yes.

5             MR. COE:  So there's often confusion with

6    which parts are which.

7             NEW SPEAKER:  Sometimes Latino names are

8    forenames, we discussed that last night.

9             MR. COE:  Right.

10            NEW SPEAKER:  They use forenames.

11            MR. COE:  Right.

12            NEW SPEAKER:  And I'm not a proponent of

13   changing your name.  I think names mean something in

14   families, and for those of us who lost our name

15   somewhere along the way when they wanted us to change

16   our name to the master's name and so we've lost our

17   name.  I don't know what my name is.  And so I just

18   wanted to bring that to the forefront.  We don't want to

19   damage cultures and ask people to change their name for

20   the purpose of voting.

21            CHAIRMAN:  Any other questions, members?

22   Representative Hefler?

23            REPRESENTATIVE. HEFLER:  No, I'll pass.

24            CHAIRMAN:  All right.  Representative Brown?

25            REPRESENTATIVE BROWN:  And I'm sorry if I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    leave the impression that I -- I'm sorry if I gave the

2    impression that I was trying to get you to change your

3    name.

4            MR. COE:  No, no, my name is Ramey.

5            REPRESENTATIVE BROWN:  I'm trying to figure

6    out some form of identification that the poll workers,

7    if they happen to be white, Anglo, Hispanic, whatever,

8    that they might be -- if Chinese was not their native

9    tongue, I'll put it that way.

10           MR. COE:  Right.

11           REPRESENTATIVE BROWN:  That they might be some

12   sort of matching.

13           MR. COE:  Right.  Again, I'm not saying that

14   that isn't a possibility.  You know.  I think the issue

15   is that many Asian American voters will have existing

16   valid photo ID that they think and have always been led

17   to believe is sufficient photo ID to prove their

18   identity for other purposes.  You know, a driver's

19   license that they've had for years and years and years

20   and it's current and it's not expired, but because now

21   there's a requirement that requires them to show that

22   particular piece of ID or something, you know, other

23   type of ID where they have a name that they use in

24   certain contexts and that happened to not be the name

25   that they used to register to vote because they decided



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    they needed to use their Social Security card name for

2    legal purposes or whatever.  Again, that's just an

3    additional issue.  They might show up at the polls and

4    say, "Well, this is my driver's license.  It's current,

5    and then now I have to go and deal with this somehow,"

6    you know.

7               REPRESENTATIVE BROWN:  I think you're arguing

8    that you may need some more education about the voting

9    process if we, if we go through with this bill.

10              MR. COE:  Yes, I think that's definitely, if

11   the bill, if some form of the bill goes through, I think

12   that's critical.

13              REPRESENTATIVE BROWN:  To Chinese Americans.

14              MR. COE:  An outreach, yes, specifically.

15   Vietnamese Americans is obviously another very large

16   community here in Texas.  And so, you know, I think it's

17   definitely critical, especially because since Asian

18   Americans are such a fragmented language population, a

19   lot of places, polling places, won't have language

20   assistance for most of them because they don't meet the

21   population requirements to have language assistance.  So

22   if they encounter problems and they get to a point where

23   the discussion of the poll worker starts going over

24   their heads, it may be very difficult, so --

25              REPRESENTATIVE BROWN:  Thank you for pointing



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    that out to us.

2              MR. COE:  Yes.  No problem.

3              CHAIRMAN:  Any other questions of Mr. Coe?

4    Thank you, Mr. Coe.  I appreciate it very much.

5              MR. COE:  Thank you very much, committee,

6    Mr. Chairman.

7              CHAIRMAN:  Okay, we had a witness that wasn't

8    available earlier, Pedro Lopez.  Are you with us now?

9              I don't see Mr. Lopez, and therefore, I'm

10   going to show him as not testifying but being in favor

11   of Senate bill 362.

12             Members, at this time, I'm going to close on

13   Senate bill -- I'm going to close on Senate bill 362 and

14   leave that bill pending, and before you throw a riot,

15   members, members of the audience, let me explain what

16   we're doing.  We have two members that have been with us

17   for about several hours today, along with the audience,

18   and they have bills that have only a few witnesses that

19   wish to testify, and we have a number of witnesses that

20   still wish to testify on Senate bill 362, so rather than

21   require Mr. Dunham and Mr. Hobson to sit around here for

22   the rest of the evening and listen to all of the

23   witnesses on Senate bill 362, what we're going to do at

24   this point is take about a 15 minute break from

25   testimony on Senate bill 362 and lay out their bills,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033909

1    hear from a few witnesses on them and then return --

2            Okay, we're not going to hear from witnesses

3    on them, we're simply going to lay out their

4    legislation.

5            Okay, I've been told that they have a number

6    of witnesses.  Apparently it's not just a few witnesses,

7    and therefore, what we're going to do is allow them to

8    lay their legislation out, and then close, leave it as

9    pending business and then return to Senate bill 362.  Is

10   that all right?

11           At this time, the Chair lays out House Bill

12   4421 by Representative Chairman Dunham and calls on

13   Chairman Dunham to explain the bill.

14           REPRESENTATIVE DUNHAM:  Thank you,

15   Mr. Chairman.  I also have 4418, which has similar

16   elements in it, and at your pleasure, I would lay them

17   out both.

18           CHAIRMAN:  Okay, the Chair now lays out House

19   Bill 4418 by Chairman Dunham and would ask you to

20   explain that bill as well.

21           REPRESENTATIVE DUNHAM:  Thank you,

22   Mr. Chairman and members.  We have issues regarding to

23   the integrity in our voting system that has gotten

24   thousands of people writing the capitol and hundreds of

25   people showing up at the capitol, and I think that maybe



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006768

TX_00033910

1    we're overcomplicating the issue.

2            I can, if I want, take this card that has no

3    picture on it and no name on it and get access to a

4    multi million dollar building across the street that has

5    confidential client information in it, that has a safe

6    in it, that has information that should only be accessed

7    exclusively.  And when I use this card, they know I use

8    this card, they know what time I entered the building,

9    they know what time I left the building, and if someone

10   tried to use this card at the same time, they would get

11   caught across town.

12           Today, I have a daughter and she can take a

13   card just like this and go to Dillards and buy

14   something.  It doesn't have her picture on it and it

15   gives her access to amount of money that's probably

16   imprudent on her father's part, and if she buys a gallon

17   of gasoline, crosses street and buys another gallon of

18   gasoline, the credit card company will cut her off

19   because they know about the potential of fraud.

20           We have learned in this country there is

21   billions, if not trillions, of dollars that is being

22   securely used in transactions every second in the United

23   States with integrity and there is no picture on this.

24   I had to sign it.  There's a magnetic strip on the back

25   that has a great quantity of information, and every time



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1     I use it, they know where I used it and what I used it

2     for, and if I lose it, I can call a phone number and

3     immediately cut it off.

4          I get this in the mail from the state of

5     Texas.  You know what?  If I want to get this in my

6     wallet, I got to cut it, I probably got to laminate  it,

7     I got to fold it several ways to where you can't see all

8     the information on it, and so what I generally do when I

9     get this is I lay it on a counter somewhere and I lose

10    it.

11         Now the state of Texas, we know, despite the

12    government not doing everything right, can issue this,

13    which is a piece of plastic that happens to be the same

14    size as my credit card, and I can drive with it, and I

15    don't lose this because it's really easy.  In fact, they

16    actually make wallets for these to fit in them, things

17    this size.  They don't make wallets to contain these

18    things.

19         So there's several issues that we have before

20    us.  One is why in the world is the state of Texas

21    spending millions of dollars and having me give them all

22    this verification for them to give me this voter

23    registration card if it's meaningless.  Why am I having

24    to show up with a Social Security card and this and that

25    and whatever and prove I'm a U.S. citizen and prove I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    live in Texas, and all other things, my water bill and

2    whatever, for the state to issue this to me and then for

3    the state to say, "Oh, and by the way, you can't vote

4    with that."  Right?  I don't understand.  Why would we

5    do that?  Why would have the state go through and spend

6    millions of dollars and employ hundreds, if not

7    thousands, of people to verify and make sure we don't

8    give this to the wrong person and then we give it to

9    them and say you can't vote with it.  You got to have

10    something else.  Well, just give me something else to

11    begin with, right?

12           So we came up with a bill that's called the

13    Voter Integrity Act of 2009.  It sets forth two things

14    that seem to make sense.  One is if I'm going to

15    register in the Motor Voter Program, or whatever it's

16    really called, you know, where you go in and you get

17    your driver's license and they say, "Hey, you want to

18    vote," just like, "Hey, you want to give your organs,"

19    or whatever it is, right?  They ask you that, they ask

20    you if you want to give your organs, and if you do, they

21    put it on the back of your driver's license, so that

22    when you're in a car wreck and you're at the hospital

23    and they see your driver's license and I'm a goner, they

24    can take my organs, right?  Why can't they put something

25    on the back of this thing that says, "I'm registered to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033913

1    vote?"  And put it whatever on the magnetic strip, you
2    know, that gives them the whatever, the security they
3    need, you know, so that this can't be copied, you know,
4    other than by an enterprising 15 year old that wants to
5    buy a beer?  Why can't they do that?  Why can't they
6    just put something on the strip that says where I vote
7    and all the data that's on this card and then they put
8    on the back there's a box that says here, you know,
9    allergic reaction, that they can check it and they can
10   put that I'm allergic to penicillin on the back of my
11   driver's license.  Why can't they check a box that says
12   that Jim Dunham is registered to vote and when I show up
13   and when I vote, I hand them this and I vote?
14          Well, they can.  They can.  We just have to
15   tell them to, and HB 4418 tells them to.  It tells DPS
16   whenever I show up, someone shows up to get a driver's
17   license and they chose to register to vote at the same
18   time, they put on their driver's license, and that's
19   it.  They don't get a voter registration card.  This is
20   it.  This is what you use to vote.
21          Now we have voter drives, we have mail-in
22   ballots, where you people who live in nursing homes,
23   they don't show up at the DPS, they don't have a
24   driver's license, so what do you do about that?  Well,
25   the problem with this to me, I guess, is man, I agree,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033914

1        you know, I guess I could copy that.  I could copy that.

2              Well, everything we have these days doesn't

3        have photos all over it.  The first photo ID I got when

4        I was an adult was when I got in the legislature, other

5        than my driver's license.  People don't get photo IDs.

6        You get one when you're in college, I guess.  Baylor

7        gave me one.  I was a handsome skinny, young guy, but I

8        didn't have a photo ID, a second photo ID as an adult

9        until I got in the Texas legislature and they gave me

10       one.

11             So why don't we have something where this

12       document, this voter registration card, if we're going

13       to go through all the effort to validate the information

14       and then send it to someone, why don't we have a secure

15       something, not a piece of cardboard, but a card that has

16       a magnetic strip that has the information on it that,

17       you know, we don't --

18             I mean, people aren't copying these credit

19       cards all the time to go vote, but they can put

20       information on it, you can sign the back just like you

21       do your credit card when you get it.  You can call.  As

22       soon as you get your voter registration card, you know

23       what you can do?  Just like you get your credit card.

24       It doesn't work if you don't call and say you got it,

25       right?  Do the same thing, and issue a voter



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006773

 1    registration card that looks like this for people that
 2    don't do Motor Voter.
 3          There's two ways you vote.  One is you got a
 4    piece of plastic that looks like a credit card that you
 5    activated when you got it by calling in and validating
 6    and verifying that it got to the right person, or you
 7    did Motor Voter and you used your driver's license.  You
 8    do one of those two things.  And you create, to the
 9    extent that there's a problem with the security of this
10    voter registration card, fix it.  We have security
11    devices on our dollar bills.  You if you hold them up to
12    the light, there's a hologram.  If you're worried about
13    this thing getting copied, put a hologram on it.  They
14    know how to do all this stuff.  It's very easy.
15          So House Bill 4418 does that to provide the
16    security that we need, because again why in the world
17    are we spending millions of dollars for the state of
18    Texas to give me a piece of paper that will not allow me
19    to vote?  It's totally -- it's just crazy.  It's crazy,
20    and that's why I can't remember ever voting with this,
21    because I proceed to lose it almost as soon as I get it
22    because I don't know what to do with it, because it's
23    like this, this big piece of paper that I don't want to
24    carry around.
25          So if we can do it to gain access to a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033916

1    building, if we can do it to spend thousands and

2    thousands of dollars with security, why can't we do it

3    for voting?

4              The second thing that we do with 4418 --

5              Yes.

6              NEW SPEAKER:  Real quick, Mr. Dunham.  I don't

7    understand; your fiscal note says, "No significant

8    physical implications to the state."

9              REPRESENTATIVE DUNHAM:  There's not, because

10   all we're doing is changing this to a piece of plastic,

11   which we already do for the Lone Star card.  I mean, the

12   Lone Star card is a piece of plastic that has some

13   security devices in it.  When they swipe it, they know

14   what the recipient, the food stamp recipient bought,

15   they know where they bought it, they have mechanisms

16   that they put in place under Commissioner Sharp about

17   how to track fraud when people are fraudulently using

18   their Lone Star card.  The same thing.  And so there's

19   no extra cost to do this instead of this.  It's a piece

20   of plastic.  We do it all the time.

21             NEW SPEAKER:  You know, Representative Dunham,

22   I understand, I think I agree with you in terms of the

23   convenience of carrying a billfold sized card.

24             REPRESENTATIVE DUNHAM:  It's not the

25   convenience, it's the security.  This is something that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033917

1       I probably, if I'm enterprising enough, could probably

2       copy this, okay.  I can't copy this unless I'm in the

3       Mafia, I guess.  I mean, it's difficult to do

4       evidently.  And so why don't we create a secure, a

5       secure ID for voting.

6             NEW SPEAKER:  If you're simply taking this,

7       you're relying on the very identical process that we

8       currently use and you're taking the exact same

9       information and you're simply putting it on a plastic

10      card that is smaller and easier to carry than a current

11      voter registration card.

12            REPRESENTATIVE DUNHAM:  But it's also a --

13            NEW SPEAKER:  How is your argument that that

14      enhances security at the polls?

15            REPRESENTATIVE DUNHAM:  Because it's a secure,

16      it's a secure document.  It has -- it has information on

17      it electronically coded on it.  If I lose it, I can

18      report it lost immediately.  If it's misplaced, I can

19      report it lost immediately.  When I receive it, I

20      actually do something to activate it, which assures that

21      it was received by the correct person.

22            When I use it to vote, swipe, instantly.  No

23      one else can vote with a falsified card, or if they do,

24      bingo, the computer tells them and that person gets

25      stopped and arrested and starts getting asked questions.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033918

1      It improves the integrity of the system

2   because you can computerize and automate it, everything,

3   just like if I go use this credit card across the street

4   to buy a Coke and then 30 minutes later, buy another

5   Coke across the street, they know that I'm a potential

6   for credit card fraud.

7      NEW SPEAKER:  I can see your argument insofar

8   as it relates to a voter in good faith who is receiving

9   this card in the mail and who wishes to use it for

10   purposes of casting their vote only, and it would allow

11   them, if they lost it, to call someone, secure the

12   credit card and say cancel that, so that someone can't

13   pick it up on the street and use it for purposes of

14   voting.

15      NEW SPEAKER:  And also you can't even activate

16   it until you call.  And guess what?  You actually have

17   to call from your home number to activate your credit

18   card.  You can't just call from any number, you have to

19   call from your home number.  They know that.  So it

20   protects the integrity.  You have a closed loop on

21   handing this out.  If we're worried about people swiping

22   these things, which I can't quite figure out why, but

23   people are worried about it, so why don't you have a

24   closed loop on how they're handed out.  We do it every

25   day.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006777

1           If I lose this, I'll get another one in three

2    days and I won't be able to use it until I've called

3    from my home phone number and activate it.

4           CHAIRMAN:  Representative Bohac?

5           REPRESENTATIVE BOHAC:  Chairman Dunham, I can

6    say as a technical, tech guy myself, I like where you're

7    going, I really do, but I think there's a couple things

8    I would like to consider.  Number one is the cost,

9    because technology, while bringing efficiencies, it

10   would --

11          There's a number of counties who don't have

12   the money to fund electronic voting machines or the

13   technology we would need to be able to utilize this

14   system.

15          REPRESENTATIVE DUNHAM:  Well, that's why, if

16   you look at the fiscal note, it talks about that.  It

17   talks about the cost.  That's proportionally why we have

18   fiscal notes, and this one says there's no cost.  I

19   mean, there's no cost for it, because they're already

20   doing this, and to just do it in a different form that

21   has some security doesn't require any extra, extra

22   money.

23          REPRESENTATIVE BOHAC:  No, no, what I'm saying

24   is, Chairman Dunham, is that county election departments

25   would have to have some type of equipment that would be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033920

```
1     able to read that card and then be able to communicate
2     real time with other voting places and so forth, so I'm
3     just saying, conceptually, I like the direction you're
4     going.  Number one, I think there could be a significant
5     cost to local voting jurisdictions.  Number two, I think
6     this requires a higher level of sophistication, voting
7     sophistication, than some of the other concepts that we
8     discussed here in this body, just coming from, you know,
9     just looking at it.  I mean, there's a lot of upside,
10    because you got to be -- we would have to use the
11    telephone and --
12            REPRESENTATIVE DUNHAM:  Oh, my God.
13            REPRESENTATIVE BOHAC:  Well, what I'm saying
14    is there are accessibility issues for many of these --
15    for some of these, for some folks, and I don't know, I'm
16    just saying we have to --
17            REPRESENTATIVE DUNHAM:  Right now you're
18    saying they would have to go find another photo ID,
19    which I never had one until I was 33 years old.
20            REPRESENTATIVE BOHAC:  I think we heard some
21    testimony yesterday that roughly you have about 1 point
22    some odd percent folks that do not currently have a
23    voter ID, so we would have to actively seek them out
24    and, of course, help them.
25            CHAIRMAN:  Note for the record at this point
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033921

1     that Representative Bohac is accusing Chairman Dunham of

2     attempting to suppress photos.  Go ahead.  I'm kidding.

3                REPRESENTATIVE BOHAC:  No, no, I just think,

4     conceptually, if we really, you know, think big about

5     your bill, I think it has a lot of, there's a lot of

6     good items in it.  I don't know if we're there yet.

7                REPRESENTATIVE DUNHAM:  I don't think we're

8     there yet because I think this is not about protecting

9     the integrity of the voting system.  I don't think

10    that's what this process is about.

11               I think this process is about trying to effect

12    elections in artificial manners.  I think this is about

13    suppressing votes.  I don't think this is about

14    impersonating people to go vote.  I don't think that's

15    happening no one is getting prosecuted on it, but if

16    this is really about people impersonating other people

17    on voting, then let's increase the integrity of the

18    security device on what the state of Texas sends out.

19    Let's not have the state of Texas make me jump through

20    five hoops to get one of these and then the state of

21    Texas says, "You know what, Jim?  That ain't enough for

22    you to vote.  You need something else too."  Why don't

23    you just give me that to begin with?  Why don't you give

24    that to me to begin with?  If I need my photo on there,

25    take my photo and it put it on it, okay, but don't give



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033922

1      me a piece of paper that I can like, you know, clean my

2      teeth with.  It has to have some useful purpose other

3      than creating one more obstacle to me voting, because

4      now I have to have two things.

5              I think we would be better off having one

6      thing, either a driver's license, if they go ahead and

7      put it on there when they give it to me and they

8      electronically coat it and I can vote with this thing,

9      because I can't anyway, or are they not doing the

10     correct things to pass these out?  Are we not being

11     scrutinous in getting information and passing these

12     out?  Then why do we pass them out?  Why are we passing

13     these out if that's not good enough?

14              REPRESENTATIVE BOHAC:  I understand your

15     point.  One more question --

16              REPRESENTATIVE DUNHAM:  No, I want to know.

17     Why are we passing this out if this is not good enough?

18     Make it good enough.  Do whatever it takes to make this

19     good enough.

20              REPRESENTATIVE BOHAC:  When you say do

21     whatever it takes, you don't want us to require people

22     that can currently register to vote in their living room

23     by filling out a form and sticking it in the mail box to

24     have to go to the DPS station to register to vote.

25              REPRESENTATIVE DUNHAM:  No, of course not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    Because I can get one of these the same way at home by

2    filling out an application and doing whatever is

3    necessary and they give me one of these, and we know for

4    decades, they have been able to protect the integrity of

5    a credit card or a Lone Star card.

6         You know, we went to the Lone Star card with a

7    computerized automated system to prevent fraud, and it

8    saved millions of dollars and we don't have problems

9    with people replicating Lone Star cards all over the

10   state of Texas.  It is technology that they can do and

11   they can do it very, very quickly if the issue really is

12   voter impersonation.

13        The other thing you do if the issue really is

14   voter impersonation, you tell someone that does it that

15   they're going to jail two to ten.  You make it a third

16   degree felony.  I laid out a bill in criminal justice

17   today --

18        REPRESENTATIVE BOHAC:  It's already two to

19   ten.

20        REPRESENTATIVE DUNHAM:  And that is already,

21   already also obtaining it should be a third degree

22   felony.  Obtaining the card and voting with the card,

23   both.  And also you allow, by pulling in, by that, to

24   pull in people that aid and abet others or participate

25   in conspiracies with others to either aid and abet



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033924

1    obtaining the card or aid and abet in the actual

2    voting.  That is something that I laid out in front of

3    criminal justice today and it's actually a provision in

4    4482.  That's why it's a Voter Integrity Act.  It's not

5    just one thing.  It covers several things.

6            It covers the security, the security of the

7    identification.  Whatever you want it to be, make it

8    secure so that folks out here aren't worried about

9    people going around and voting for other people.  That

10   there's only one of these out there and there's only one

11   of these like this out there, and once it's used, nobody

12   else can vote for that person.  That solves part of the

13   problem.  And also put it on a driver's license for

14   people that go through Motor Voter so that you're not --

15   you will actually save money because you don't have to

16   then send me this.

17           REPRESENTATIVE BOHAC:  When you says once it's

18   used, nobody else can vote for that voter, how is that.

19           REPRESENTATIVE DUNHAM:  Because once they use

20   it, you can only vote at one precinct, we know that, it

21   says that, and you can actually put that on the card.

22   It's actually on the card.  It says this is the precinct

23   you can vote at it.  And right now, low and behold, when

24   I show up and vote, they have a stamp that says "Voted,"

25   and they stamp that right by my name, and when the next



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
1    guy comes up and says, "I'm Jim Dunham, here's my ID,"
2    they say, "Wait a minute, Jim already voted.  Let's go
3    talk to the DA or the sheriff," right?
4            If you get, if you move towards doing that
5    even electronically, with a swipe card, and I'm not
6    saying we do it instantly, but if you move towards doing
7    it with a swipe card, then you're headed towards
8    additional integrity on it.
9            Then the third thing --
10           REPRESENTATIVE BOHAC:  And let me say,
11   I'm not representing any opinion about the extent to
12   which this does occur or would occur, but under your
13   scenario, with that card, you could, with impunity,
14   simply hand it to someone else and let them vote on your
15   behalf.
16           REPRESENTATIVE DUNHAM:  I can with this too.
17           REPRESENTATIVE BOHAC:  Is that right?
18           REPRESENTATIVE DUNHAM:  Yes, I guess so.  I
19   can do this too except I've signed this.
20           REPRESENTATIVE BOHAC:  Yes.
21           REPRESENTATIVE DUNHAM:  And I've signed this,
22   and what's weird is when I try to buy that loaf of bread
23   at the grocery store, or I'm buying something, they turn
24   this over and they look at my signature and they compare
25   it to the signature of the other person, and it gives
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

 1    them the opportunity to do some verification that it's

 2    me.  That's why they say you can't use it until you've

 3    signed it.  And so all these things are already in

 4    place.

 5          We have a huge problem with credit card

 6    fraud.  We will until the end of time because it has to

 7    do with stealing money, okay, and they have come up with

 8    the systems to protect our credit system for credit

 9    cards, and we use it for our own Lone Star card and I

10    assume we use it for our driver's license.  I imagine

11    that this thing has stuff on the back of it that's very,

12    very unique to me, so we already use it, and I do swipe

13    it, I don't know why and I don't know what's on there

14    but there's something on there, and the technology is

15    all there.

16          So to me, there's three pieces to this if it's

17    really voter impersonation.  One is the integrity of the

18    ID.  Whether it has a picture or not, it has to have --

19    and I promise, I hope, if you look at this picture and

20    me now, I've lost 45 pounds and hopefully I look a

21    little different, okay, so there's more to it than just

22    the picture.  There's the signature too and there's the

23    other information.

24          So the first piece is protecting the integrity

25    of the ID, and that's what we do in here.  The second



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006785

TX_00033927

1    thing is making sure people understand that there are

2    strong consequences to not just doing, not just voting

3    illegally, but procuring an  ID illegally or assisting

4    and abetting someone else in doing so.  Make it a third

5    degree felony, make it a second degree felony.  If it's

6    a felony and you hear about people, oh, they were paid

7    $50 to go vote, well, this has a $10,000 fine, and we do

8    know that deterrence works.

9            The third piece of this is the issue of dead

10   people voting, okay.  Because I'm not really -- I mean,

11   the odds of somebody taking my ID, go voting for me, I'm

12   going to show up.  I mean, you know, you risk somebody

13   is going to show up and somebody is going to start

14   asking questions, okay.  So people say what about dead

15   people voting, and if you look in here, right now, right

16   now we have laws on the book that every year, the people

17   that are in charge of the death certificates are

18   supposed to communicate with the people who handle the

19   voting certificates.  They are supposed to talk to one

20   another and say, "Here, here's all the people that

21   died," okay.  And they're supposed to tell them, "Hey,

22   these people died, take them off the rolls."  That is

23   already current law, okay.  And to the extent we have

24   dead people on the rolls, it's because somebody is not

25   doing their job.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033928

1          REPRESENTATIVE BOHAC:  I'll just tell you we

2     heard testimony last night that what they're doing in

3     Harris County, if I recall correctly, is cutting

4     peoples' names out of the obituaries in the newspapers

5     for the purpose of trying to clean up the rolls.

6          REPRESENTATIVE DUNHAM:  Right, and we have,

7     there is a system on the books right now where the

8     registrar of death certificates is required to

9     communicate with the voter registrar.

10         REPRESENTATIVE BOHAC:  That happens monthly.

11         REPRESENTATIVE DUNHAM:  So if people aren't

12    doing that, we need to do something about that.  In

13    addition, in addition, we have people that keep track of

14    people who move.  There is a system of when people move,

15    that that is supposed to also be reported, and so we

16    have a third provision in here that, that requires

17    additional reporting and job duties for the Secretary of

18    State, and if you look at the last part of the bill,

19    each register is going to report their cancellations in

20    this chapter monthly to the Secretary of State.  And so

21    the Secretary of State will report those cancellations

22    to the legislature, and that way, you're going to assure

23    that that registrar who got the death certificates and

24    is supposed to purging them monthly, they're going to be

25    telling the Secretary of State whether or not they did



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033929

1     it every month, and if they don't comply with the law,

2     then let's call the AG, or whoever we need to call to

3     call these people on the map.

4           Actually the bill, as I asked them to draft

5     it, I said, "Hey, let's get the death certificate people

6     to talk to the voter registrar people and let's make

7     sure they get off the rolls," and we looked and they

8     said low and behold, the statute already says they're

9     going to do it.  And so why aren't they doing it?  So we

10    said let's get the Secretary of State authority that

11    they will monitor it monthly and so you, you deal with

12    that issue as well.

13          REPRESENTATIVE BOHAC:  It only requires them

14    to report it, doesn't it, Jim?  There's no

15    requirement --

16          REPRESENTATIVE DUNHAM:  That's right.

17          REPRESENTATIVE BOHAC:  -- that they do

18    anything about it, is there, in the bill?

19          REPRESENTATIVE DUNHAM:  Well, the law is

20    already the law what they're supposed to do, so if

21    they're not complying --

22          REPRESENTATIVE BOHAC:  Is there a consequence

23    for failure to comply with the law currently?

24          REPRESENTATIVE DUNHAM:  I'll pull that for you

25    but I'm pretty sure there's consequences to not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033930

1    following the law on almost everything.  What we want to

2    do is have the Secretary of State to get the list,

3    because if they get a list from Harris County next month

4    that says, "Hey, you know what?  Nobody died."  Well, we

5    know they didn't do their job because somebody died in

6    Harris County last month and probably some of them were

7    registered to vote, okay.

8           So either they didn't get the information from

9    the registrar of death certificates or they didn't get

10   the information, or the registrar of voting didn't do

11   anything with it, and that's why you have the voter

12   registrar report on it, on their cancellations each

13   month, and that way you can police whether they're doing

14   their job.

15          If there's another way to do that, we'll do

16   that.  But I mean, the bottom line is if there are dead

17   peoples on the rolls, somebody is not doing their job so

18   let's fire them and get somebody else that can do the

19   job.  Let's not make it harder for me to vote.  Let's

20   make them do their job.  I do my job, and if I don't, I

21   have consequences that people behind me don't.  I mean,

22   that's what I don't understand.  If somebody is not

23   doing their job, why does that mess with me?  I mean,

24   I'm doing my job.

25          CHAIRMAN:  Questions?  Representative Brown?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1          REPRESENTATIVE BROWN:  Representative Dunham,

2     I like the thought that you have put into this and the

3     solutions you have come up with.  However, you haven't

4     addressed any of those things that we've been wrestling

5     with all this time.  All the bills have been filed, you

6     know, we still have the claims of how hard it is on the

7     very poor and the very old and the, you know, all of

8     these populations, and I don't see that your solution

9     makes it any easier.  In fact, it probably makes it

10    harder on these populations.

11         REPRESENTATIVE DUNHAM:  I don't know how it

12    makes it any harder.  Right now, these populations are

13    getting this document and you all are fixing to tell

14    them that's not good enough for them to vote, and what

15    I'm suggesting is that the state, instead of sending

16    them this document, send them a secure document in the

17    first place that says that is good enough for you to

18    vote.  I think that makes it easier on them.

19         REPRESENTATIVE BROWN:  So they don't have to

20    show up anywhere to get it?  It just comes in the mail?

21         REPRESENTATIVE DUNHAM:  They have to do

22    whatever is necessary to get this document right now,

23    whatever forms of ID, whatever affidavits, whatever it

24    is you have to do to get this.

25         Actually I know I did it when I voted, when I



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033932

```
 1    got my driver's license, but whatever you have to do to

 2    get this, you get it.  You just get something that is a

 3    more secure form of identification that provides

 4    additional security for the system, so I don't see how

 5    that makes it tougher on anybody.  It makes it easier.

 6             REPRESENTATIVE BROWN:  And you're not

 7    recommending that we have a photo on this card?

 8             REPRESENTATIVE DUNHAM:  No, because it makes

 9    it difficult for you to have voter registration drives.

10    You know, at the mall, you would have to take their

11    picture and keep track of whose picture goes with what,

12    and it would be very, very difficult.  That's why I

13    think for people that happen to already be at DPS doing

14    their driver's license and doing all those things, you

15    had actually save money by just putting a code on the

16    back of your driver's license and say that's it.  That's

17    all you need.

18             REPRESENTATIVE BROWN:  The phase-in on this

19    would be six years, right?

20             REPRESENTATIVE DUNHAM:  On mine?  No, I think

21    that they could probably start doing the driver's

22    license deals almost immediately.

23             REPRESENTATIVE BROWN:  Yes.  But I assume it

24    would be done as driver's license come up for renewal?

25             REPRESENTATIVE DUNHAM:  Right.  Yes, but for
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033933

1  people that are getting these and registering and

2  getting their new voter registration cards, instead of

3  getting these, they would start getting the more secure

4  identification immediately, but it wouldn't be anything

5  like six years.  I imagine it would take them, I don't

6  know, six months or something to --

7            CHAIRMAN:  So if they don't call within a

8  certain period of time, then they would not be able to

9  vote?  I mean, you accept that barrier?

10            REPRESENTATIVE DUNHAM:  I received this -- I

11  received this, I don't know how often.  I get it in the

12  mail, and actually this is not mine because I've lost

13  mine so I got one from one of my staffers to happened to

14  have one.  So -- so whatever the process is for renewal

15  and re-issuance of these, we would do the same thing.

16            CHAIRMAN:  But you earlier said that one of

17  the reasons why this would be more secure is that people

18  would have to call from the telephone at their home.

19  Are you prepared to accept that barrier?

20            REPRESENTATIVE DUNHAM:  Am I prepared?

21            CHAIRMAN:  Yes.

22            REPRESENTATIVE DUNHAM:  Yes, I can do it.

23            CHAIRMAN:  For all voters.  What about the

24  homeless guy whose back pack --

25            REPRESENTATIVE DUNHAM:  If it's a bad idea,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033934

Hearing - Volume 2                                       April 7, 2012

```
 1    don't make them call and do it.  It's better than giving
 2    them something that has no security at all.  I mean, we
 3    tried to -- I mean, I don't understand it.
 4              CHAIRMAN:  Well, we had an earlier, you may
 5    not have been here but we had one of the earlier people
 6    express concerns about Senate bill 362 because you could
 7    have a homeless guy whose all of his possessions are in
 8    his back pack who has his back pack stolen three weeks
 9    before an election, and we were talking about the fact
10    that it's difficult to structure an identification
11    requirement around that sort of horror story, but we do
12    provide and take that person's right to vote seriously
13    and are trying to accommodate that in some sort of
14    provisional ballot mechanism even for the worst horror
15    story, but I'm trying to point out that even this
16    proposal places barriers in front of some voters than I
17    believe are different than and therefore potentially
18    harsher than.
19              REPRESENTATIVE DUNHAM:  Like what?
20              CHAIRMAN:  Well, if we're going to require,
21    for security purposes, than in order to activate the
22    more secure card --
23              REPRESENTATIVE DUNHAM:  The bill doesn't say
24    that.
25              CHAIRMAN:  -- a phone call from their home.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006793

1          REPRESENTATIVE DUNHAM:  The bill doesn't say
2     that.
3          CHAIRMAN:  Okay.  Well, earlier when I asked
4     you how this was more secure than a voter registration
5     card, that was the answer that I was given.
6          REPRESENTATIVE DUNHAM:  Well, the reason it's
7     more secure is because you have magnetic data on it,
8     identifying data on it, and you have a signature on it,
9     just like you do on this, and you can't replicate the
10    magnetic data.
11         CHAIRMAN:  Yes, the magnetic data has your
12    name and address on a magnetic card.
13         REPRESENTATIVE DUNHAM:  That's what -- that is
14    what makes it unique and a secure device.
15         CHAIRMAN:  Well, I don't know if that makes it
16    any more secure than a registration card.  If the person
17    has to call from their home in order to activate the
18    card, which you have to do with a credit card, if you
19    have to do that, then I might agree that does add an
20    element of security, but it also creates a barrier.
21         REPRESENTATIVE DUNHAM:  Well, then don't do
22    it.  It's not in the bill.  You asked me to how to make
23    it more secure.
24         CHAIRMAN:  It's really the classic example of
25    the tension between the goals and access of security



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033936

1    that you get to no matter which device you're

2    proposing.

3            I think everybody on this panel believes that

4    technology can be a part of striking that balance, but,

5    you know, it's a tricky, tricky deal.  If you want to

6    make it more secure, I think that's the element that

7    made it more secure but it's also the element that

8    created the barrier.

9            REPRESENTATIVE DUNHAM:  You don't think that's

10   more secure than this?  What about this, what about

11   this?

12           CHAIRMAN:  If that electronic data simply

13   provides the telephone number and address and

14   information and is already on the voter registration

15   card, I don't see how it does, no.

16           REPRESENTATIVE DUNHAM:  Because you can't

17   replicate it readily.  You cannot replicate is readily.

18   I don't have to call when I get my driver's license.

19           CHAIRMAN:  I don't know that we, you know,

20   maybe I'm wrong, but I'm not aware of a part of the

21   allegation of fraud being that someone is taking a valid

22   voter registration card and making copies of it a bunch

23   of time.

24           REPRESENTATIVE DUNHAM:  So what's the

25   allegation?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033937

1           CHAIRMAN:  Well, that there, you know, are a

2       variety of mechanisms that people are registering under

3       names that do not exist or people are voting under dead

4       people's names that are on the rolls or people that are

5       on the rolls for other reasons.  And again, I'm not

6       making a representation about --

7           REPRESENTATIVE DUNHAM:  Then make it harder

8       for me to get this.  Do whatever it is, ask me whatever

9       it is you got to ask me before you give this to me.

10      Don't give it to me and tell me it's worthless.

11          CHAIRMAN:  Well, I think you've got a

12      legitimate point, which is that we could structure it in

13      such a way to create more security with the documents

14      you're providing.  I'm not sure how you do that without

15      creating barriers that you don't want to create.  That,

16      to me, is the balance.

17          REPRESENTATIVE DUNHAM:  It's sort of bizarre

18      that we're saying that the government is going to go

19      through a process to give me this and then say it's

20      useless.  If the process for them to give me this was

21      not thorough enough, fix the process before you give it

22      to me, but once you give it to me, don't say copying

23      these, okay, fine.  I don't --

24          CHAIRMAN:  I don't think that it's not that

25      you can't use that but that that is not as reliable a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033938

1     source of identification as a photo identification

2     because it does not have your photograph on it.

3            REPRESENTATIVE DUNHAM:  If the whole deal is

4     you can't use without a photo ID, then that's what you

5     all are saying.

6            CHAIRMAN:  Representative --

7            NEW SPEAKER:  Mr. Dunham, the driver's license

8     has your photo on it.  Couldn't you scan the data on the

9     back of it and show that you're registered to vote?

10            REPRESENTATIVE DUNHAM:  What I'm saying, you

11     know, most people, and ultimately you will have a lot of

12     people who would be able to just vote with their

13     driver's license.  That's what their doing anyway.

14     They're showing their driver's license to sign their

15     name.

16            REPRESENTATIVE DUNHAM:  And even if a person

17     just got a photo ID from the DPS--

18            REPRESENTATIVE DUNHAM:  They do the same

19     thing.

20            NEW SPEAKER:  Still have the same --

21            REPRESENTATIVE DUNHAM:  But we do have people

22     that are in nursing homes and other places.

23            NEW SPEAKER:  That's true.

24            REPRESENTATIVE DUNHAM:  And they can't do

25     that, and we don't want to put up those barriers, and so



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033939

1    if they are eligible to receive one of these and they

2    provide the state with the information that the state

3    says we're going to send you this, then I ought to be

4    able to vote with it or the state, if the state didn't

5    ask me for enough at the time, well, that's not my

6    fault.  If we have a problem with the integrity on

7    passing these out, is that the issue?  Is that the

8    issue?

9              Is that the issue, that we shouldn't be

10   passing these out to everybody?  Is that a problem with

11   that process?  Then why don't we fix in a process rather

12   than make me -- make it harder for me to vote.  I mean,

13   you're making me show up with extra stuff because the

14   state of Texas can't do its job.

15              CHAIRMAN:  Yes, Representative Brown?

16              REPRESENTATIVE BROWN:  Your solution here

17   would require a scanner in every polling precinct,

18   right?

19              REPRESENTATIVE DUNHAM:  Could, if they're

20   going to use it that way.  Right now, they stamp my name

21   when I show up.  I have a -- it's just like in a shop

22   that doesn't have access to a phone, they run this

23   through a mechanical machine and make a copy of

24   something and they get the number down and they check my

25   signature and I go on my merry way.  I can still buy



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033940

 1      something without there being a card swipe in a store.

 2      And so you're not requiring them, but you're providing a

 3      piece of ID that has more integrity in the security of

 4      it than this piece of paper.

 5              CHAIRMAN:  And with that credit card, there's

 6      some mechanism by which they have reason to believe it

 7      found its way to the right person because the bills are

 8      being paid on a monthly basis that are being charged.

 9              REPRESENTATIVE DUNHAM:  Well, is that the

10      problem?  Are these things going to the wrong people?

11              CHAIRMAN:  Well, I think there's some question

12      about it that.

13              REPRESENTATIVE DUNHAM:  Well, why don't we

14      answer that question before you make it harder for me to

15      vote.  Don't think I think maybe it might be happening

16      so we're going to make 25 million Texans to give them an

17      extra hurdle before they can vote because we think there

18      might be a problem.

19              CHAIRMAN:  I think the testimony is that 98

20      percent of Texans have a driver's license or a photo

21      identification, and so we're not, there's nothing that

22      25 million Texans are being required to do that they

23      don't currently do.

24              The question is, and again, I want to

25      emphasize that this committee, and I think everybody on



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    the committee takes seriously, is how we handle that two

2    percent that does not already have the photo

3    identification that would be acceptable even if it were

4    to be mandated in this legislation, which it is not.

5          REPRESENTATIVE DUNHAM:  Then you give them,

6    you give them a document issued by the state of Texas

7    that qualifies them to vote and you allow them to use

8    that to vote.  That's what this is right now.

9          If the problem is this is insufficient, then

10   make it sufficient.  That's, that's what I'm getting

11   at.  The state of Texas is the one that gave me this,

12   and for them now to say that we gave that to you but

13   it's really pretty meaningless, I can figure out where

14   to vote by reading the newspaper.  I don't need to know

15   all that stuff, so -- so give me an ID that allows me to

16   use it to vote.  Because we have -- we have a history in

17   the state of Texas of putting up barriers for people

18   voting.  In our lifetime, they had literacy tests.  In

19   our lifetime, this was not a hundred years ago, in our

20   lifetime, you had to answer 60 questions to vote.  And

21   so we should be very, cautious any time we put up a

22   barrier or additional barrier for people to vote.

23         CHAIRMAN:  And there has been lots of

24   testimony by the committee in the last 24 hours that the

25   way to handle the two percent that do not already have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033942

1          the proper photo identification is to put in the bill

2          some mechanism by which the state does assert itself and

3          make a point to go out into the community and make sure

4          that that two percent does, in fact, have a photo

5          identification.

6                   The challenge, in light of the fact that in

7          order to get a photo identification, if you do not have

8          a photo identification, is under current law you have to

9          provide a birth certificate, which costs $20 to $40, and

10         that's a problem.  But, as a matter of principle, I

11         don't think that anybody has disagreed that, that if we

12         could find some way to get a photo identification in

13         those peoples' hands, a single document that would be

14         sufficient for them to vote, without creating

15         unreasonable barriers, it would not only enhance our

16         election process but it would also provide them with an

17         opportunity to do a lot of things in their daily lives

18         that because they do not have that document, but we do

19         have that little issue of the economic barrier that we

20         all take seriously.

21                  REPRESENTATIVE DUNHAM:  This is a solution in,

22         in pursuit of a problem, because no one can identify the

23         real problem that we're fixing, because no one can

24         demonstrate that a real problem exists.  There's just a

25         solution that people want and so they're coming up with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033943

1     a problem.  The problem that was explained to me is a

2     voter impersonation and problems with the integrity of

3     this document that the state gives, so I came up with a

4     solution.

5          CHAIRMAN:  And I think it's an innovative one.

6          REPRESENTATIVE DUNHAM:  Then people said, then

7     people said well, you know, they're going to do it

8     anyway.  Said okay, let's send them to jail for ten

9     years if they do it or they aid and abet in it on both

10    ends, obtaining it and using it, and then they said,

11    well, but you're still going to have dead people vote.

12    Okay, let's do something to enforce the existing law on

13    purging people from the rolls.

14          So what's the problem?  If people will sit

15    down and say that is the identifiable problem, we could

16    come up with a responsible solution to that problem.

17    The issue that is apparent is that this is a solution

18    that was created on a national level to suppress voting,

19    and so they're running around the states trying to enact

20    a solution for problems that don't exist.  So I'm trying

21    to get to a problem, and if someone will articulate the

22    problem, then reasonable minds can come up with a

23    solution to the problem.  If the problem is we can't

24    figure out an articulate problem to justify voter

25    suppression, I can't help on that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1          CHAIRMAN:  Any questions, members, of
2     Representative Dunham?
3               No questions.  Thank you.
4          REPRESENTATIVE DUNHAM:  Thank you.
5          CHAIRMAN:  Do you want to close?
6          REPRESENTATIVE DUNHAM:  I will close or allow
7     someone to do it for me.  My understanding is any
8     witnesses on this bill will be provided the opportunity
9     to testify at the conclusion.  You'll probably close,
10    then re-open for those witnesses and whatever it
11    necessary procedurally.
12         CHAIRMAN:  I think it's our intent to have you
13    close and then we'll leave the bill pending and then
14    re-open it later for testimony.
15         REPRESENTATIVE DUNHAM:  Then I will close.
16    Just to say, I do want to add that House Bill 4421 is
17    really only the ID piece, and 4418 is everything
18    combined, and I have separate bills on all the
19    combination that are going to other committees, so the
20    Comprehensive Voter Integrity Act is 4418.
21         CHAIRMAN:  So just to be clear, you are
22    closing at this time on House Bill 4421 and 4418?
23         REPRESENTATIVE DUNHAM:  Correct.
24         CHAIRMAN:  All right.  At this time, the Chair
25    moves that House Bill 4421 and House Bill 4418 be left



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033945

1    pending before the committee.  Are there any

2    objections?

3              Hearing none.  So moved.

4              At this time, the Chair lays out House Bill

5    2513 by Representative Chairman Hobson and calls on

6    Chairman Hobson to explain the bill.

7              REPRESENTATIVE HOBSON:  Mr. Chairman, members,

8    thank you very, very, much for allowing me to be here

9    today.  I was talking to a group of retired teachers

10   about three years ago, a teacher name Lois Bowles, and

11   we had all sorts of -- we had a question and answer

12   period after their retired teachers meeting, and I said,

13   "Are there any questions," and we got to talking about

14   voter ID, and Ms. Bowles has been a friend of mine and a

15   customer in my drug store for 35 years, and she said,

16   "Chuck, you got a lot of sense."  She said, "Why don't

17   you just do like common sense approach and solve this

18   thing?"  And I got to thinking about that over the last

19   three years, and House Bill number 2513 makes a photo

20   identification as a part of voter registration process.

21   The bill would allow procedures to be put in place to

22   secure a photo of the individual as an additional part

23   of the registration application form and the photo would

24   appear on the voter's registration certificate issued to

25   the voter.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033946

1          The voter would be accepted for voting if his

2    or her name is found on the precinct list of registered

3    voters and the voter's identity can be verified from the

4    photograph on the document presented.

5          House Bill 2513 grants the Secretary of State

6    the authority to enter into agreements with the

7    Department of Public Safety or other state entities and

8    government entities for assistance and assigning

9    photographs to appropriate voter's registration

10   certificate.  And I think this bill is a common sense

11   approach and it's an inexpensive way to restore the

12   public confidence and the sanctity of the ballot box,

13   and I would be happy to entertain any questions.

14         CHAIRMAN:  How do we do it, Representative

15   Hobson?

16         REPRESENTATIVE HOBSON:  Well, I think on page

17   four of the bill, it says, "Photo identification.  The

18   Secretary of State shall establish methods to obtain a

19   photograph which registered voters for use on the voter

20   registration certificate.  For purposes of the section,

21   the Secretary of State may enter into agreements with

22   the Department of Public Safety or other state agencies

23   or government entities to assist in assigning

24   photographs to the appropriate voters' registration

25   certificate."



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033947

```
 1              I think we give the Secretary of State the
 2     ability to go ahead and do this, and if we wanted to put
 3     it on a driver's license, if we wanted to -- if we
 4     wanted to have a separate voters ID that just, it's got
 5     all the information we have now, plus a picture, we
 6     could use the cardboard thing we're using now and assign
 7     a photograph to it, but this bill would give the
 8     Secretary of State the ability to work out that with
 9     other agencies.
10              CHAIRMAN:  Okay.  Obviously 90 something
11     percent of the voters, if we want to just merge driver's
12     license records with voters' registration cards, that
13     would solve that problem, and you may be suggesting why
14     don't we just merge pictures from DPS with voter's
15     registration cards, and my answer has been, well, it
16     really doesn't solve the problem because it is the
17     voters that do not have driver's licenses that is, after
18     all, the issue.
19              REPRESENTATIVE HOBSON:  This bill gives the
20     Secretary of State the ability to work with other
21     agencies and get photographs, and it would be up to the
22     Secretary of State to see that that comes to pass.
23              CHAIRMAN:  And so does the voter who currently
24     votes from their living room by simply filling out a
25     card and who then receives a document in the mail and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    then presumably, under this legislation, has all that is

2    necessary to vote, either because they already have a

3    photo ID or because they have some other document in

4    conjunction with their voter registration card, have to,

5    as a result of this legislation, go somewhere else

6    presumably?

7              I mean, there's two choices, as far as I can

8    tell.  We either make them go somewhere and get the

9    photograph or we send a roving photographer to their

10   home.

11             REPRESENTATIVE HOBSON:  And I think the good

12   thing about this bill is it allows the Secretary of

13   State the ability.  If you say we have 98 percent of it,

14   then the if we have to go out to take their photographs

15   or whatever, it gives the Secretary of State the ability

16   to work with the other agencies and see that this is

17   done.

18             CHAIRMAN:  Is there a fiscal note?

19             REPRESENTATIVE HOBSON:  You know, I don't have

20   a fiscal note on it.  We've requested one and they

21   haven't sent us one yet.

22             NEW SPEAKER:  Okay.  Mr. Chairman?

23             CHAIRMAN:  They're probably scratching their

24   head.

25             REPRESENTATIVE HOBSON:  Yes, they are really,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   I'm sure. But to me, this is a real common sense thing

2   to do.  We have a document, whether we want to put it on

3   the driver's license, we want to put it on -- if we want

4   to use the cardboard thing we're using now and put their

5   photograph on it, I think that would be fine.  But, you

6   know, we talked to DPS and they said yes, they've got

7   the ability to do that.  We talked to the concealed

8   weapon people.  They've got the ability to do that.  You

9   know, they can take our picture off our state stuff.

10  They have the ability to do a lot of it.

11          CHAIRMAN:  I guess what that -- well, never

12  mind.

13          REPRESENTATIVE ANCHIA:  Chairman?

14          CHAIRMAN:  Yes, Representative Anchia.

15          REPRESENTATIVE ANCHIA:  Thank you for bringing

16  this forward, Mr. Hobson.

17          REPRESENTATIVE HOBSON:  Yes.

18          REPRESENTATIVE ANCHIA:  And I don't know if

19  you're in possession of this, I know we talked about it,

20  but there's a letter from the Secretary of State to the

21  committee, dated the March 6, 2009.  If you're not in

22  possession, I'd be happy to give it to you.  But it

23  deals with the costs associated with the bill you're

24  proposing.

25          In subsection 2, it says the first thing we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      need is authorization to allow DPS to merge that data

2      base into the Secretary of State's data base, and

3      clearly your bill does that.  Then it addresses costs,

4      and the DPS, DPS estimates a fiscal impact of about

5      $273,000, which is a lot of money, but when you're

6      talking legislative initiatives, certainly not very

7      much, and it says that $273,000 just to create a daily

8      file with photos, and it says also here that that our

9      agency, meaning the Secretary of State, would bear

10     similar costs to modify our statewide system to accept

11     this file and then be able to send it on to the

12     counties.

13             When I talked further to Secretary of State

14     over the phone, it was represented to me that if you

15     took the voter's registration card distribution out of

16     the counties and put it up at the state level,

17     Mr. Chairman, and Chairman Hobson, you would actually

18     save the counties a bunch of money, because they

19     wouldn't have to administrate it.

20             Since the official voter roll is at the state

21     level, pursuant to HAVA, that would be the logical place

22     to do it.  You have DPS, which is a state agency,

23     Secretary of State's office, which is a state agency.

24     You give them authorization to talk to each other, you

25     bring up from the counties the voter's registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1       certificate distribution process and let the state do

2       it, get volume pricing, certainly do it for 254 counties

3       instead of each one doing it on a one-off basis, it

4       would certainly be more efficient from an administrative

5       perspective, and that would drive the costs down even

6       lower.  So I think this is a very sensible proposal and

7       I think, Mr. Chairman, your question to Mr. Hobson

8       about, you know, what do you do for the people, either

9       the people that, for example, Toby Moore testified to

10      that may be anywhere between 150 thousand to 400

11      thousand, who have no form of photo ID but are

12      nonetheless validly registered voters, I think you phase

13      this thing in.  And for people, for example, who don't

14      have the state ID or the driver's license or the

15      concealed handgun license that is being merged in, you

16      phase it in over time for these people and the Secretary

17      of State can affirmatively go find them.  I mean, they

18      have their addresses in the voter file, right, so we

19      know where they are.  Or as they come in, you can say

20      during the first couple of election cycles, hey, if we

21      have not provided you a voter registration certificate

22      with your photo on it, if the state has not provided to

23      you, voter, you can do, you can swear an affidavit that

24      you are the person on that voter registration card, then

25      turn around, and at early voting locations, for example,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033952

```
 1     we could take a picture of you and then send you the
 2     requisite voter card later.
 3           I mean, I don't think this is an all or
 4     nothing.  If we look at this sensibly, phased in over
 5     time, we can create a document similar to what
 6     Representative Dunham was saying and what you're
 7     suggesting, that actually has your face on the voter
 8     registration card.  I think it's a very sensible
 9     proposal and we have the technology to do it and I'd
10     really like to work with you further on this.
11           REPRESENTATIVE HOBSON:  Thank you.  The things
12     that I hear from my constituents at home, it's the same
13     things that we all have heard for two days here.  You
14     have to show your ID to get on the airplane, you know,
15     you have to show ID to do this, you have to show your ID
16     to get a credit card.
17           I think this, with our photo ID on the card,
18     sanctifies that voter, when he comes down here, that
19     that's really something they need to do.  And you know,
20     the last time I went to Sam's Club, they took my
21     picture; in about 15 minutes, they brought me back a
22     document in about 15 minutes that I can use at Sam's
23     Club all over the United States, and it's got the
24     electronic stuff on there, and I think that our
25     technology is here now that the state of Texas can do
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    this, and certainly for the 98 percent that we talked

2    about in some sort of expedient manner in some way that

3    works.

4            NEW SPEAKER:  Just a real quick question,

5    Representative Hobson.

6            REPRESENTATIVE HOBSON:  Yes.

7            CHAIRMAN:  So without having read all this

8    language, basically if I understand it correctly,

9    instead of the burden being on the voter to obtain the

10   voter identification, you're basically placing the

11   burden on the government to provide the photo

12   identification to the voter.

13           REPRESENTATIVE HOBSON:  That is correct, it

14   plays the burden on the Secretary of State's office.

15           CHAIRMAN:  And is it a hard photo

16   identification requirement or do you provide two

17   alternative non-photo IDs?

18           REPRESENTATIVE HOBSON:  No, no.

19           CHAIRMAN:  If you're doing it this way, it's

20   hard photo.

21           REPRESENTATIVE HOBSON:  It doesn't say that at

22   all, Mr. Chairman.  It says, "The Secretary of State

23   shall establish methods to obtain a photograph for each

24   registered voter to use on the voter's registration

25   certificate," and that's what used to vote with.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033954

1        You use this certificate that's got your

2   identification on it and your photograph, that it's a

3   document that the state of Texas produces that will

4   protect the sanctity of the vote.

5        CHAIRMAN:  And if you don't have that

6   document, then you cast a provisional ballot, which is

7   cured if you go somewhere within ten days and establish

8   that your who you say you are?

9        REPRESENTATIVE HOBSON:  That is correct, and

10   there are several provisions in here.  If you go to vote

11   under this bill and you have your voter's identification

12   with you now, the bill, the thing they send out now, you

13   go in and your name is on that voters' list, just like

14   we do now, you give them your voters thing and they say,

15   "Oh, here, there you are," and they stamp.

16        If you do not have -- if you do not have that

17   ability, and what we perceived is that that bill, that

18   document that we're going to give them in the future

19   will have your photo photograph on it.

20        If you don't have that with you, they will

21   look on the voter's list and say, "Do you have any other

22   form of identification?"  And whatever the Secretary of

23   State can come up with what we need to use, or this one

24   says two other forms of identification, I believe, that

25   will be provided.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033955

1            If you don't have any identification and your

2       name is on the voter's thing, you will be able to sign

3       an affidavit that you're who you say you are, and within

4       ten days, you can come back and give them the document.

5       You don't have to do a provisional, but you would have

6       ten days to come back in and show an ID.

7            CHAIRMAN:  So if you don't have the photo ID,

8       you sign an affidavit, you cast a provisional ballot.

9       If you do not go wherever you have to go, DPS --

10           REPRESENTATIVE HOBSON:  In ten days.

11           CHAIRMAN:  -- within ten days, then your vote

12      does not count?

13           REPRESENTATIVE HOBSON:  That is correct.

14           CHAIRMAN:  Representative Anchia?

15           REPRESENTATIVE ANCHIA:  And Mr. Hobson, one of

16      the things you may want to think about, instead of

17      making that a provisional is making it a regular

18      ballot.

19            For example, if you're in this class of

20      people, and I think that same letter that I gave you

21      shows that there are about 809,000 Texans that did not

22      put a driver's license number nor a Social Security

23      number down on their voter registration card when they

24      registered, so these are folks who may have limited

25      access to documentation, I think the number is 809,041.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033956

```
1     If we use that kind of as a baseline of people who may

2     not have documentation, that is a finite number, we know

3     where they are.  If they come and swear under penalty of

4     perjury and before witnesses and have their photograph

5     taken that they are who they say they are, would you

6     allow them maybe to cast a regular ballot as opposed to

7     a provisional?

8              REPRESENTATIVE HOBSON:  I would be happy to

9     work with this committee on any of that.  What I want to

10    do is a sensible, economic way to get a document that we

11    can vote with that's issued by the state of Texas that

12    contains all your information plus your photograph, and

13    that's my desire here.

14             CHAIRMAN:  Thank you, Mr. Hobson.  Thanks for

15    bringing it forward.

16             Any other questions?

17             NEW SPEAKER:  Yes, Mr. Chairman.

18             CHAIRMAN:  Yes.

19             NEW SPEAKER:  Representative Hobson, I've held

20    elections for about 20 years and (Inaudible) and he

21    chose not to.  (Inaudible.)

22             NEW SPEAKER:  You may be the only one.

23             NEW SPEAKER:  and I appreciate that.  The

24    problem with the ballot like this is (Inaudible) DPS

25    take pictures within ten days, you're hanging the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033957

```
 1    ballots (Inaudible.)  You know, Senator Mike Jackson won

 2    his first election on 7 votes.

 3              REPRESENTATIVE HOBSON:  Let me just say in my

 4    experience in this, I won my last election on December

 5    the 23rd.  That's when my opponent withdrew his election

 6    challenge.  I had a recount after that.  I won by 104.

 7    Then after the recount, I won by 121, so I'm very

 8    cognizant of how this works, but what we're trying to do

 9    on this is, what I'm trying to do is have a sensible

10    economical way that we protect the integrity of the

11    ballot, and whether we have to do it on provisional or

12    whether we have to do it what, that's not really -- I'm

13    giving the Secretary of State the ability to work a lot

14    of this out.

15              NEW SPEAKER:  I appreciate that.  Let me just

16    say that talking here about a driver's license and a

17    concealed handgun license I don't like, because, for

18    example, driver's license are renewed every six years.

19              NEW SPEAKER:  What we need though is the

20    photograph off of it, that's all we need.

21              NEW SPEAKER:  Okay, as long as we don't put it

22    on driver's license.

23              REPRESENTATIVE HOBSON:  No, no, no, that's not

24    mentioned in my bill at all.

25              NEW SPEAKER:  It was in a different context.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1           REPRESENTATIVE HOBSON:  We can use the

2      photograph off of them.

3           NEW SPEAKER:  Right; I understand.

4           REPRESENTATIVE HOBSON:  Yes, yes.

5           NEW SPEAKER:  And you mentioned stamping, you

6      vote and (Inaudible.)  Voters certificates are only

7      stamped in the primary.  What was voiced earlier was

8      there was some sort of ulterior motive of having voter

9      ID (Inaudible.)

10          REPRESENTATIVE HOBSON:  Respectfully, mine was

11     stamped both times I voted.

12          NEW SPEAKER:  In the general election?

13          REPRESENTATIVE HOBSON:  In the general

14     election, it says, "Voted."

15          NEW SPEAKER:  (Inaudible.)

16          REPRESENTATIVE HOBSON:  They stamp on ours

17     "Voted," so when we go down and cast our ballot in the

18     general election, they pull that thing down and it's

19     upside down.

20          NEW SPEAKER: They have never stamped a voter

21     certificate.  They always do in the primary but not in

22     the general.

23          REPRESENTATIVE HOBSON:  Yes, we stamp ours

24     with a D or R in the primary and then we stamp "Voted"

25     in the general in my area.  I don't know what -- that's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    just what we do.

2              NEW SPEAKER:  I don't believe it is because we

3    were never instructed to.

4              REPRESENTATIVE HOBSON:  I'll bring you my

5    card.

6              NEW SPEAKER:  That's okay.  Well, okay, that's

7    fine.  I wanted to get things clarified.  It has never

8    been a problem in the 20 years that I've held elections

9    for a picture ID.

10              REPRESENTATIVE HOBSON:  Right.

11              NEW SPEAKER:  The problem has been when people

12   don't vote, they consolidate voting locations and then

13   people can't find where to vote because they try to save

14   money to cut back and they get mad (Inaudible) that put

15   ID has never been a problem.

16              REPRESENTATIVE HOBSON:  And the reason why I

17   bring up the photo ID so much is because I have

18   constituents in both parties that say, "I go to Wal-Mart

19   and when I give them a check, I got to show an ID," and

20   say, "You know, I think we can fix that."  So that's why

21   I'm interested.

22              CHAIRMAN:  Mr. Hobson, that's a good concept.

23   We appreciate you bringing it to us.  Representative

24   Hefler.

25              REPRESENTATIVE HEFLER:  One question.  For the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006818

1    purpose of those like myself and representative Bohac,

2    could you make it the size of a driver's license so it

3    could fit in our wallet?  Thank you.

4              NEW SPEAKER:  With large print.

5              REPRESENTATIVE HEFLER:  With large print, yes.

6              REPRESENTATIVE HOBSON:  This was one that I

7    thought about for a long time, and I think it may be

8    harder than I think it will be in putting it together,

9    but I think we have the resources and I think we have

10   the desire to do that, and I think as the great state of

11   Texas, we can, and I'm looking forward to working with

12   you.

13             CHAIRMAN:  Just throw that sucker in the

14   Secretary of State's lap, right?

15             REPRESENTATIVE HOBSON:  That's okay.  They

16   turn around pretty fast anyway.

17             CHAIRMAN:  Representative Bohac.

18             REPRESENTATIVE BOHAC:  I want to just say we

19   got to unpack this thing because we're presented so many

20   ideas and issues together.  I want to unpack them one by

21   one.

22             First of all, let me say this for the benefit

23   of the committee.  I believe this is a workable solution

24   but I don't think it's the optimal but I think it is

25   workable.  Over the 8 years that Anchia and I have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033961

1        served on this committee --
2                REPRESENTATIVE ANCHIA:  Six.
3                REPRESENTATIVE BOHAC:  Six for him.  This
4        always comes back to number two, okay.  The reason
5        number one works, a photo ID, is because most people
6        already have a driver's license and/or a Texas ID card.
7        That's the point that's being missed here.
8                The target audience we're trying to reach,
9        based on the testimony that we have heard over the
10       years, is that there is a small segment of folks who do
11       not have --
12               There's a finite group of folks that do not
13       have.  This committee is trying to come up with a
14       solution that would help this finite group of wonderful
15       citizens get a photo ID or be able to vote, if they
16       chose not to get one, to have a different methodology.
17               REPRESENTATIVE HOBSON:  I understand.
18               REPRESENTATIVE BOHAC:  With the two other
19       forms of ID.  But having said that, there is a benefit
20       to having a photo ID beyond voting.  It was alluded to
21       in early testimony yesterday that a photo ID will
22       actually help people become more successful in the state
23       of Texas and in the United States in general because,
24       because it helps mainstream people, and so while I see
25       the benefit, I think your's is the number two solution,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033962

1    because the number one solution is that it is reasonably

2    -- it is, I think most members on this committee would

3    agree that most people, that there is a finite set of

4    people that do not have a Texas driver's license or an

5    ID card.  We need to figure out how to reach those

6    people.

7              Now we heard testimony before your bill about

8    this card.  Well, the card, we got myopically focused on

9    this card.  That card is just communicating, a vehicle

10   to communicate information.  That information does not

11   have to be communicated on that card, but that card

12   does, on the other hand, contain very valuable

13   information.  It tells you where to vote.  It tells you

14   who you can vote for.  So it's not -- it's almost like

15   we're changing the subject and not making it about the

16   card.

17             You could send out a letter that would

18   accomplish the same thing when you register to vote and

19   forget the card, okay, because a letter would say who

20   you are, tell you where to go vote, what commissioner's

21   precinct, state rep, state house, state senate and

22   precinct and any other information they want to put on

23   there, so we got --

24             You know, we're putting so many concepts

25   together.  I just want to say I like your bill.  I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033963

1       it is a number two solution.  Number one would be just

2       to use the ID that most people already possess, and also

3       if we help them get a standard ID, I think they will be

4       more likely to become successful and mainstream and feel

5       more part of this great place we call home, which is

6       Texas.  And with that, I want to thank you.

7               CHAIRMAN:  Go ahead.

8               REPRESENTATIVE HOBSON:  Excuse me, when I

9       started doing this, I checked a lot of stuff, and I

10      can't tell you which state agency I checked with but I

11      said how many fake drivers license do you think are four

12      blocks up the road here, and they said probably in the

13      range of 8 to 10 thousand.  So within four or five

14      blocks of our capitol, with all the kids that go to our

15      universities, there's probably several thousands fake

16      drivers license out there, and you know, so it became to

17      me, I said, you know, if we're going to have to show

18      identification, which could be our driver's license,

19      let's make sure we get a real driver's license or let's

20      make sure we've got a real -- we have something real

21      that we can go vote for so that the people, and you run

22      these elections, and a lot of times you run them

23      shorthanded and you run people that are not experiences

24      and you run all these people.

25               Don't make them make the big choices of who's



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033964

```
1     eligible to vote.  Let's do that up front and give a
2     document so that he can go to his polling place and say,
3     "Oh, yes, come on in, Mr. Bohac, we appreciate you
4     coming to vote," and that's what I'm trying to do.
5              NEW SPEAKER:  Isn't it ultimately, Chairman
6     Hobson, why, in my view, this should be the plan A and
7     not the plan B, is that this is, voting is a sacred
8     right, and if government is going to infringe on that
9     right, maybe the burden should be on the government to
10    produce that new ID and give it to you rather than
11    putting the burden on the voter to do, and that's why I
12    like your proposal more than the others, because here it
13    says, "Hey, Secretary of State, give them the photo ID,
14    give them the secure document, give them the voter
15    registration certificate at your cost."  We can't do
16    democracy on the cheap.  You say, "Well, it costs
17    money."  Well if you're going to enfranchise people and
18    do democracy, you got to spend a little money too.
19    That's why I think you've got a good bill.
20             In that letter I just gave you, can you open
21    it up to page three really quickly?
22             REPRESENTATIVE HOBSON:  I lost it already.
23             NEW SPEAKER:  You already lost it.
24             REPRESENTATIVE HOBSON:  Yes.
25             NEW SPEAKER:  In subsection five, it talks
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1        about people are falling in love with this 1.2 number or

2        2 percent number for people who do not potentially have

3        voter ID, but in the breakdown that we got from the

4        Secretary of State, there are a couple of interesting

5        observations about the voter file.

6                The number of people on the voter file, the

7        statewide voter file that registered using their

8        driver's license, 5,600,000 roughly.  See where I'm

9        reading from?

10               The number of voters who registered with a

11       Social Security number but not a driver's license,

12       250,000 roughly.  The number of voters who did it with

13       both, about 4 million, and the number of voters who

14       didn't have either, about 809,000.  So it's not an

15       insignificant number of folks that we're talking about.

16       Whether you use the $150,000 to 400,000 that we heard

17       yesterday or you use, or you can extrapolate from the

18       numbers that you have, this is no joke.

19               I mean, these are people who are registered,

20       these are Americans, these are Texans, and my view is if

21       you're going to erect additional barriers, the

22       government needs to be responsible for providing folks

23       the ID, so I laud your, I laud your bill, and again,

24       want to work with you.  I think it makes a lot of sense.

25               NEW SPEAKER:  Just to piggyback, if I can,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033966

1    Mr. Chairman, I agree with my friend Representative

2    Anchia.  If we want to shift the burden back to the

3    state for helping you achieve that photo ID, I'm all for

4    it, and if that takes some technology similar or some

5    processes that we would use with your concept, I'm okay

6    with it.

7         I think in general, we're all getting very

8    close to saying similar things, and anyway, I'm glad

9    Anchia is seeing it my way.  Just kidding.  I'm not hung

10   up on a card or a piece of cardboard or a size.  I think

11   we've got people that are smarter than I in technology

12   that can come up with it.  You know, I don't want to put

13   a chip in my elbow.  You know, I think I'll draw the

14   line there.  But other than that, I think we can come up

15   with something and we can come up with something that we

16   can renew, and every year, we have to register, we can

17   do that, and I think with technology, we can.

18        NEW SPEAKER:  I think you have a great idea

19   and I appreciate it.  I know your heart is in the right

20   place and you meant this to be very serious legislation

21   to be considered by this body, and I appreciate that.

22        REPRESENTATIVE HOBSON:  Well, I think Lois

23   Bowles would be proud of me except she died a couple

24   years ago.  I mean a couple months ago.  But thank you

25   very much, and I'll close and give you the ability or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033967

```
 1      whatever you want to do with it.
 2              NEW SPEAKER:  Let me say, I think that's
 3      really the issue that this committee has been struggling
 4      with throughout this testimony, is how we make sure that
 5      that 2, 4, whatever percent it is, percent it is,
 6      percentage of people who do not already have photo ID's
 7      have the documentation that is necessary to allow them
 8      to vote.  And I think what the only objection that I
 9      heard from Representative Bohac to your concept was that
10      he didn't see any purpose in providing 90 something
11      percent of our constituents with an additional form of
12      photo ID.
13              REPRESENTATIVE HOBSON:  Right.
14              NEW SPEAKER:  There's just no costs
15      associated, no reason to do that, and I think we all
16      agree that it is our responsibility to find a mechanism
17      by which everybody has no unreasonable barrier to the
18      ability to vote.
19              REPRESENTATIVE HOBSON:  Right.
20              NEW SPEAKER:  And of course, the Senate thinks
21      they've come up with that.  To the extent that we hear a
22      lot of testimony that indicates that there are lots of
23      people out there, like the homeless guy that had his
24      back pack stolen, and I think we are all interested in
25      taking that into consideration, but that is the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033968

1      question, is whether or not what the Senate has done is

2      create a situation that is not available to that two to

3      four percent, whatever it is, and that is, I think it's

4      still an outstanding question.  Where I'm not quite

5      clear on the extent to which the answer is no, I'd like

6      to see more evidence on that.

7             I heard one lady today said they might go to a

8      private university.  I think we can absolutely all agree

9      to add that to the list.  I think the question is how

10     many voters are there that do not have in their

11     possession today the documentation that would be

12     required to vote under the senate bill.

13            REPRESENTATIVE HOBSON:  Right.

14            CHAIRMAN:  I haven't heard a lot of testimony

15     from people who said there are people that fit that

16     category.  I'm very interested in testimony that would

17     suggest that there are people out there who do not have

18     that documentation.

19            Yes, Representative Hefler?

20            REPRESENTATIVE HEFLER:  Mr. Chairman, maybe

21     something to think about is we focus starting this on

22     the two to four percent, the homeless guy, help

23     Mr. Hester and his citizenry, others like that, and

24     eventually phase it in.

25            I mean, if we're going to go to the real ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033969

1    eventually, I'm not saying I don't oppose that, don't

2    support it, but that's where we're headed, maybe that's

3    something we can consider.  You know, that way, we would

4    spread the cost out over six, eight years, because

5    everyone can still vote that has ID, they got the ID.

6    We provide those that don't have an ID a means to do

7    it.

8         We talked about voter registration trucks

9    going around.  We can have a photo thing on that truck

10   and go to Radio Shack and spend $500 and get everything

11   we need to take the photo.

12        CHAIRMAN:  Any other questions, members, for

13   Representative Chairman Hobson?  I don't hear any.

14        Would you like to close on, is it House Bill

15   2513?

16        REPRESENTATIVE HOBSON:  Yes, sir.

17        CHAIRMAN:  Okay.  Close.

18        REPRESENTATIVE HOBSON:  Thank you, I close.

19        CHAIRMAN:  At this time, members, it's the

20   Chair's intention to leave House Bill 2513 pending.  Are

21   there any objections?

22        Hearing none, so moved.

23        REPRESENTATIVE HOBSON:  Thank you very much,

24   ma'am.

25        CHAIRMAN:  Thank you, Senator Hobson.  At this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033970

1    time, the Chair lays out House Bill 362 as pending

2    business and I open so that we may hear additional

3    witnesses on Senate bill, I said House Bill, Senate bill

4    362.

5         At this time, the Chair calls Alice Micca or

6    Mica -- I don't know if I pronounced that correctly --

7    who is representing herself and testifying in favor of

8    Senate bill 362.

9         Please state your name again on the record and

10   who you represent.

11        MS. MICCA:  Hello.  My name is Alice Micca and

12   I represent myself in support of SB 362.  I'd just like

13   to say that election results can be corrupted when

14   inadequate safeguards are in place.  Let me give you an

15   example.  March 4, 2008, precinct 52, Collin County

16   caucus.  In this caucus, ID's and registrations were not

17   validated for all exhibits.  The sign-in sheets were not

18   controlled.  At the end of the night, the exhibits were

19   tallied, delegates were allocated.  A few days later, I

20   personally validated the results.  Sheets were missing,

21   including the sheet with my name.  Of the 200 names that

22   they were collected that evening, 94 were actually

23   available for review, and based on this analysis, 14

24   names on this list were ineligible.

25        This means the delegate allocation was skewed



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033971

1    and basically my vote was cancelled, lost, whatever.

2              When you go to cash a check, board an

3    airplane, use a credit card, you're required to produce

4    a photo ID.  A law requiring a photo ID would have

5    allowed my vote to count.

6              I've heard some concerns expressed about the

7    photo ID's being too hard on the voting public.  I think

8    we should ask some people like my father.  He's a World

9    War II veteran that served in the military until after

10   the Vietnam war.  We could ask our troops, who put their

11   lives on the line every day.  They sacrifice so that we

12   have a choice.  A photo ID would have ensured their

13   sacrifice is not squandered or misused, and a photo ID

14   would ensure the integrity of our election process and

15   the validity of the results.  I apologize for my

16   nervousness.  Thank you for listening.

17             CHAIRMAN:  Members, are there any questions

18   for the witness?

19             Thank you for your testimony.

20             The Chair calls Anita Privit, testifying or

21   appearing to speak on behalf of the League of Women

22   Voters.  She is testifying against the bill and she does

23   wish to testify.  Is she here?  Take your time.  We see

24   you back there.  No problem.  It's no problem.

25             Mrs. Privit, if you would introduce yourself



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006830

TX_00033972

1    and tell us who you're representing.

2              MS. PRIVIT:  I hope my cell phone didn't throw

3    things off.

4              Let's see, I was going to say, Mr. Chairman,

5    but we seem to have lost the chairman.  Members of the

6    committee -- oh, you're the chairman.  Okay.

7              CHAIRMAN:  If you would introduce yourself.

8              MS. PRIVIT:  I'm Anita Privit, representing

9    the League of Women Voters of Texas.  I'm pleased to be

10   here today to express the League's support for full

11   voting participation by all eligible citizens and our

12   opposition to efforts to create new barriers that block

13   citizen voter participation.

14             We believe that Senate bill 362 would turn

15   back the clock.  Excuse me, I'm out of breath.  And

16   erect unnecessary barriers to Texas voters.  We want to

17   be very, very clear, this is a bad bill.  For more than

18   89 years, the League of Women Voters has worked to

19   educate the electorate.  Registered voters make

20   government at all levels more accessible and responsible

21   to citizens.

22             Some had suggested that requiring a voter ID

23   at the polling place will prevent voter fraud.  Thanks.

24   Sorry.  We in the League do not share that view.  Voter

25   impersonation at the polling place has not been a



# ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033973

1      problem in Texas or any place else that we can determine

2      since the HAVA Act was implemented.

3              Actually determining whether a person matches

4      their photo ID when it is presented can be a very

5      subjective and open -- can be very subjective and open

6      to discrimination.

7              Voter ID requirements disproportionately

8      effect the elderly, young people, racial and ethnic

9      minorities and persons with disability.  This bill

10     offers alternates types of documents, along with a voter

11     ID, to establish a voter's identity.

12             Can we ensure that these requirements will be

13     uniformly implemented across Texas so that all voters

14     are qualified with the same results?

15             Lawfully implementing this bill will require

16     significant expenditures of time and money to train

17     election officials and temporary poll workers so that

18     they will be able to understand how to do their job in a

19     uniform manner.  Laws that are not or cannot be

20     uniformly enforced are unjust.  Voting is our most

21     fundamental expression of citizenship.  The expansion of

22     the franchise to include all Americans, regardless or

23     race, ethnicity or sex is one of the great successes in

24     the evolution of American democracy.  Breaking down

25     barriers to citizen voter participation with literacy



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033974

1    tests to the poll tax has been a constant battle for

2    those of us that believe that every citizen should be

3    able to exercise their right to vote.

4          Let's work together to seek ways to improve

5    voter participation in Texas instead of erecting

6    unnecessary barriers to voting by passing this bill.

7          Thank you for the opportunity to share our

8    views.

9          CHAIRMAN:  Thank you very much for your

10   testimony.

11         Committee members, do you have any questions

12   for the witness?  If not, thank you very much for your

13   testimony.  You did a fantastic job.

14         MS. PRIVIT:  Thank you.

15         NEW SPEAKER:  thank you, ma'am.

16         CHAIRMAN:  The Chair now calls Kathy Hicks.

17   She is testifying for herself and she is for the bill.

18   Is Kathy here?

19         We'll call her back.  We'll show her for the

20   bill and not testifying.

21         The Chairs calls Joey Cardenes.  It doesn't

22   say who he's representing but it does say LULAC on

23   here.  I would check the box for you, if that's okay.

24         NEW SPEAKER:  (Inaudible).  I signed up late.

25   Can I take his place (Inaudible).



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033975

```
 1              CHAIRMAN:  Yes, I think you filled out a sheet
 2     already.  Then you can gladly approach the podium.  One
 3     moment.
 4              NEW SPEAKER:  Okay.  Thank you.  You found
 5     it?  Okay.
 6              CHAIRMAN:  Be patient with us.  We're looking
 7     for your witness affirmation form, okay?
 8              NEW SPEAKER:  Okay.  I'm from San Antonio,
 9     Texas.
10              CHAIRMAN:  And you did fill out a witness
11     affirmation form?
12              NEW SPEAKER:  Yes.
13              CHAIRMAN:  We're looking for it.  The Chair
14     calls Angela Garcia.  She is representing herself and
15     she is against the bill, and if you would state your
16     name and tell us who you're representing.
17              MS. GARCIA:  Thank you.  My name is Angela
18     Garcia and I am -- I wear different hats, but this time,
19     I want to represent myself as a precinct Chair.  I
20     belong to 2046 in Bexar County and Senatorial District
21     26.  I'm a very, very active precinct chair in my
22     precinct.  I have never, never -- I've been a precinct
23     chair for 30 years.  I have never heard of any
24     impersonation.  You know, I don't know why you all are
25     doing this.  You keep saying it happens but you cannot
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
1    prove it.  So then if it's not happening, then if it's
2    not broken, don't fix it.
3            I think -- I think, I agree with a lot of the
4    people that are against it.  It's going to -- it's going
5    to create -- as it is, we can't even get the people out
6    to vote.  I think for the first time, we got so many
7    people this time, and then creating barriers and
8    obstacles, and there's already a process, because if you
9    forget your voter registration, you have to show an ID.
10   They will not let you vote until you show that it's you,
11   and I don't know, maybe because all Mexicans look alike,
12   so they say.  I think that was a cheap shot.  But I
13   thought I'd mention that.
14           But I think you really need to look at this
15   seriously.  It's going to cost a lot of money.  Do we
16   really need to spend that money in the crisis that we
17   are?  And so I think you really need to study this and I
18   don't think we need to proceed with it.
19           My recommendation is that we're doing such a
20   great job already in getting -- and we just finished
21   training the seniors, most of the seniors how to use the
22   machine, the touch machine.  We just finished doing
23   that.
24           They were so afraid of it, and they still
25   don't get it because they vote, they vote just for one
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033977

1    candidate and they forget about everybody else.  So I

2    thank you and I thank all the panelists.  I think you

3    all are doing a great job.  Keep it up, working hard.

4    I'm sorry but it has to be done.  Thank you.

5         CHAIRMAN:  Ms. Garcia, thank you.  Members,

6    are there any questions for the witness?

7         NEW SPEAKER:  Just a quick one.  Ms. Garcia,

8    thank you for your service to this state in working the

9    polls.  I wish we could have more people willing to do

10   that.

11        MS. GARCIA:  I also take all the seniors to

12   all the centers in Bexar County.

13        NEW SPEAKER:  Thanks for helping the seniors

14   in Bexar County.

15        MS. GARCIA:  Yes, yes, definitely.

16        NEW SPEAKER:  You testified that 30 years, no

17   cases of voter impersonation.  How often do you see the

18   people who come to your polling place who are used to

19   voting with their registration card and don't bring a

20   license?  They have been voting with their voter

21   registration card 5, 10, 15, 20, 30, 40 years and they

22   come to you and that's the piece of ID they have.  Do

23   you see that regularly?

24        MS. GARCIA:  Yes.  Sometimes there's a lot --

25   I live in an old district in San Antonio, and a lot of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006836

```
 1    times, like there was -- I think there was somebody that
 2    testified that they got divorced but they still have the
 3    same address but they have a different name, and a lot
 4    of times, they're not allowed to vote.  Of course, I'm
 5    always -- I'm always overseeing it and, of course, they
 6    vote on that other ballots, and it doesn't count, but at
 7    least they got the satisfaction that they voted.
 8              NEW SPEAKER:  Yes.
 9              MS. GARCIA:  And they were allowed to vote,
10    but, you know, it doesn't do any good.  And also, in the
11    names, you know, when you get an ID, because I just got
12    an ID, my birth certificate says Angelita, and I sign
13    everything Angela, so even at the airport, they look and
14    look and look.  I said it's in Spanish.  So, you know,
15    it's going to be difficult.
16              NEW SPEAKER:  And you think that may create
17    problems --
18              MS. GARCIA:  Yes, it is.
19              NEW SPEAKER:  -- in people not being able to
20    vote on the regular ballot?
21              MS. GARCIA:  Yes.  You don't have to be
22    Chinese, German.  You know, they have different names.
23    I've been in the United States.  I mean, I was born
24    here, I'm a second generation citizen, but, you know,
25    our names, we were named with -- in fact, it was so
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033979

1      funny, I always tell this story to everybody.  We

2      changed our name.  When we went to our school, all

3      Mexicans, when we went to high school, we decided to

4      change our names so nobody would laugh at us, and that's

5      when I became Angela.

6              NEW SPEAKER:  Thank you for your testimony.

7              CHAIRMAN:  Thank you very much.  The Chair

8      calls Kathy Hicks.  She's representing herself.  She is

9      testifying for the bill.

10             Ms. Hicks, if you would state your name and

11     tell us who you represent.

12             MS. HICKS:  My name is Kathy Hicks and I'm

13     from Texarkana, Texas, in Bowie County.  I'm involved in

14     ballot security and studying election irregularities in

15     1992 and a poll watcher since 1996.  There's been some

16     discussion about the DAs across the state of Texas that

17     have the lack of willingness to prosecute.  You know,

18     they do take a sworn oath to uphold the law and when

19     they have individuals or groups of citizens that are

20     well organized, well funded, and they know this, and

21     they don't prosecute, that reminds me of the RICO act.

22             In my opinion, DAs should be brought to

23     justice themselves for not upholding the law.

24             I have one of many signed affidavits relating

25     to the absentee application process and ballots being



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    sent to those that did not request them.  I believe the

2    passage of Senate bill 362 is a step in the right

3    direction.

4         Earl and Reba Hines of Bowie County was killed

5    in an automobile accident on Highway 59 but voted in

6    person in the general election.  Today's technology can

7    easily reproduce a voter registration card, and after

8    someone votes with your registration card, there's no

9    paper trail and almost impossible to locate the

10   impersonator after they leave.

11        Ira Stuart and Doris Miles stated that they

12   did not request an absentee ballot by mail but received

13   one.  Copies will show Mr. Stuart's application, his

14   first name is wrong and his signature does not match.

15   Copies will also show Mr. Stuart's voter registration

16   application has been altered to match the wrongful

17   name.  Mr. Stuart never voted his ballot.

18        Mr. Stuart and Ms. Miles stated a lady by the

19   name of Willie Jay Ray came by their home, both their

20   homes, when the ballots arrived.  Ms. Willie Ray took

21   the ballots with her when she left.

22        This bill could possibly prevent political

23   activists and people such as Texarkana city council

24   member Willie Ray from engaging in intimidation and

25   influence and influencing and allow the living voter to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033981

```
 1    be the only one to be able to vote in person or apply

 2    for a ballot by mail in the future.

 3         The LBB reported the DPS would be prohibited

 4    from charging a fee for personal identification

 5    certificate for the sole purpose of voting, and since it

 6    would be free, everyone could afford it.  And if it

 7    happened to cost the state a few dollars, well, it would

 8    be worth every penny.  The integrity of the election

 9    process is worth more than any dollar amount.

10         My grandfather fought and many have died

11    protecting our freedom.  Our vote, which is our voice,

12    it is the right to express each individual's freedom to

13    elect the leader of his or her choice.  Once lost or

14    stolen, you can't replace it, you can't get it back, and

15    I am in favor of the voter ID bill, and likewise, ask

16    you to pass it.

17         CHAIRMAN:  Ms. Hicks, thank you for your

18    testimony.  Members, are there any questions for the

19    witness?  If not, we thank you very much for your

20    testimony.  Have a safe travel back to Texarkana.  My

21    in-laws are from Texarkana.  I love your accent.

22         MS. HICKS:  It's good to get back over here.

23    I'm a little winded, but thank you.

24         CHAIRMAN:  The Chair now calls Jonathan Hill,

25    representing himself.  He is against the bill.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1          Jonathan, if you would state your name and
2     tell us who you represent.
3          MR. HILL:  My name is Jonathan Hill.  I'm
4     representing myself.  I'm from McLennan County.  I'm a
5     high school student so I guess I'm kind of representing
6     that age group more than anything else.  I'm also 17
7     years old so I can't technically vote right now, but I'm
8     trying to protect that, that issue for me personally.
9          I know for high school students, it can
10    sometimes seem like voting is more of an adult game, I
11    guess, that we're not really able to be involved in, and
12    I know that regulation to youth seems to come across
13    more and more as a negative thing, and especially for me
14    personally and the students that I work with at my high
15    school, we look at that kind of thing, and honestly, I
16    have no problem with, with preventing voter fraud.
17    That's not an issue to me at all, and I think that's
18    something that's absolutely necessary and something that
19    I think it's great that this committee is looking,
20    that's looking to improve on, but as far as making
21    something seem more -- I mean, this is seemingly a bill
22    that would make this process more difficult for several
23    different groups, including students.
24          And as the (Inaudible) of the Vice-President
25    of the Texas Young Democrats said, she was talking about



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1     the issue with out of state students, and I think that

2     was something you all talked about improving on the

3     bill.  This is going to be a process that's going to be

4     very lengthy and very complicated for students that are

5     out of state or even out of county, as she stated for

6     herself, and that's going to be the same thing with me

7     as I move from Galveston to McLennan County, so with

8     that kind of thing, I found issues with the current

9     system, trying to get kids in my school registered to

10    vote.

11          Now to say to those kids, hey, now go get your

12    Social Security card, or go get, you know, a utility

13    bill, or something like that, to go register to vote,

14    you're making a system more complicated for students

15    that, that are, you know, trying to find ways to get

16    into the system, you know.

17          They're not going to jump into a system that's

18    requiring more than they're willing to put into it.

19    That was a big issue for us trying to get students to

20    vote and that's just an issue that I've had over the

21    past year, trying to get students to register to vote in

22    my school and to get those seniors that have that area

23    of leadership to step up and be willing to vote, and

24    whenever you increase restrictions or, you know, make it

25    harder for them to register to vote and make that system



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033984

1    more complicated, I mean, I'm not going to lie, we are,

2    in McLennan County, we're one of the most conservative

3    areas in the state, and you're telling these kids, you

4    know, I'm a Democrat, and so I'm standing up to these

5    kids, them knowing that I'm a Democrat and telling them

6    to go register to vote.

7              I mean, it's hard enough to get them register

8    to vote coming from my mouth, and there's no one else

9    telling them to, so whenever I can't get them to do it

10   now, it's going to be more complicated to do whenever we

11   increase these restrictions.

12             CHAIRMAN:  Mr. Hill, you understand we're not

13   adding on anything to the voter registration process?

14             MR. HILL:  It's just more complicated and it's

15   going to be a whole lot more complicated to explain to

16   them.  I mean, obviously we've had plenty of issues

17   today with some different views on this issue and it's

18   complicated to explain in this room, you know, with

19   representatives and with county officials and with

20   polling place officials, it's hard to explain to people

21   here exactly and get a clear idea of what we're doing,

22   so think about that, taking that back to high school

23   students that don't know much about the process and try

24   to explain to them about why we're doing this.

25             CHAIRMAN:  I want to thank you for your



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033985

1    testimony, for driving up here, and, I mean, you ought

2    to be applauded for that.  That's terrific and very

3    respectable.  You're going to run for office one day.

4    You did a very good job.

5          Members of the committee, are there any

6    questions for this young man?  Representative Brown?

7          REPRESENTATIVE BROWN:  I'd like to commend you

8    as well for taking time to come here and speak very well

9    to us, and I appreciate it.  Of course, I question some

10   of your party affiliation, but I do commend you for

11   doing this.  There are few young people your age that

12   can speak so well and are this involved and want to be,

13   want to participate in the process, so I hope you will

14   continue that and be an inspiration to others.

15         MR. HILL:  Yes, ma'am.

16         REPRESENTATIVE BROWN:  And I'm sorry, I missed

17   the question over here, but aren't most of your -- don't

18   most of your friends have driver's licenses?

19         MR. HILL:  Well, actually, I would say about

20   50 percent of them do.  I mean, I don't think people

21   realize exactly how few of the young adults, especially,

22   I live in a rural area and that's where my precinct is

23   too, and so a lot of those kids don't, there's nobody

24   telling them they need driver's licenses, they don't

25   have driver's licenses.  I mean, that's just being



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033986

1    honest.

2              REPRESENTATIVE BROWN:  And I won't ask how

3    many are driving without license.

4              MR. HILL:  I have my license, so don't worry

5    about that.

6              REPRESENTATIVE BROWN:  And I think one thing

7    that makes it seem more complicated is that we are

8    considering every facet of it and how to deal with those

9    people that don't have driver's licenses, which I feel

10   like most of your friends will within another year or

11   two.  I hope so.  But thanks again for being here.

12             MR. HILL:  Yes, ma'am.

13             CHAIRMAN:  Do you have questions, members, of

14   this witness?  Thank you.  Thank you very much.

15             NEW SPEAKER:  Thank you.

16             CHAIRMAN:  I got a stack of witnesses here and

17   I'm going to proceed as the clerk would like me to, but

18   before this thing thins out any more, in order for us to

19   fully consider the views of those people out here today,

20   I want to give anyone who is here today and who has

21   looked at the Senate bill language, both with regard to

22   the list of photograph documents that are acceptable and

23   the list of non-photographic documents that are

24   acceptable and is prepared to testify, that you wouldn't

25   be able to vote as a result of that list.  I want to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033987

1    make priority for that person.

2          If there's anybody out there who is prepared

3    to testify that are familiar with the list and that you

4    wouldn't be able to vote as a result of that list.  Is

5    there anybody like that that's still with us at this

6    late hour of the evening?

7          If not, I will proceed with the witnesses.

8    Rusty Hicks, testifying in favor of Senate bill 362 and

9    representing himself, please state your name and who you

10   represent.

11         MR. HICKS:  My name is Rusty Hicks.  I'm from

12   Bowie County in Texarkana, Texas.  My friend and I drove

13   about six hours here to testify in front of the Senate,

14   and again today, we drove about six hours yesterday and

15   stayed overnight to see you good folks that are doing

16   such a great job here on the house.

17         I was ready to testify about specific evidence

18   in Bowie County we have of people voting from vacant

19   residencies.  Also, I was here to be prepared to show

20   evidence of sign-in sheets of that fact, exactly who is

21   relevant of doing this type of things in Bowie County,

22   but what I will have to do is cut it about half short of

23   what I'm here to testify about because the Attorney

24   General's Office has advised me not to engage, just like

25   you good folks were advised, not to engage in current



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033988

Hearing - Volume 2                                        April 7, 2012

318

1       ongoing investigations.

2              I've been involved in ballot secure since

3       1996.  I've testified in front of grand juries on ballot

4       fraud, especially in absentee ballots.  I've been before

5       the Texas legislature, (Inaudible) Sergio Munoz, in

6       Dallas, Texas in 1996, and also I've turned in an

7       investigation in 2004 that went before the Attorney

8       General that got three indictments and convictions of a

9       city council lady by the name of Willie Ray in

10      Texarkana, Texas, in Bowie County, that ended up suing

11      the Attorney General, the DNC and Attorney General for

12      civil rights violations with, I guess, the purpose of

13      denying the Attorney General's right or his duty to

14      prosecute these laws that actually have been violated.

15             With that said, the current investigation we

16      have that we are working on now is not just about

17      absentee ballot fraud, it's about people voting from

18      across -- we live in a twin city, Texarkana, Texas and

19      Arkansas.  In the '04 and '06 elections, where I was,

20      basically '06 to '08, I was ballot security chairman of

21      the Republican party of Bowie County.  We witnessed

22      Arkansas residents and Arkansas license plates coming

23      into precincts across Texas, going in with voter

24      registration cards, leaving, getting in Arkansas

25      licensed vehicles and going back across state line.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006847

TX_00033989

```
 1              Poll watchers inside that we had were
 2      verifying that these people were voting.  Now I can't
 3      give you these sign-in sheets.  I did not bring those
 4      with me today, but what I can tell you is that after
 5      investigating, since 1996, absentee ballot fraud and
 6      mail-in ballot fraud and mail-in ballots, we have got
 7      convictions in Bowie County, they have been upheld, and
 8      they did result in causing the taxpayers hundreds of
 9      thousands of dollars, and it also cost the DNC.  We had
10      testimony it cost them about $500,000 in the case of Ray
11      vs. The State of Texas and the Attorney General of
12      Texas.  So when it comes down to absentee ballot fraud,
13      I am pretty much very informed in terms of what it will
14      take when it comes up in the future for you guys to work
15      on problems with absentee balloting.  You ask a lot of
16      people what do you think it will take to take voter
17      fraud and absentee balloting.
18              One thing it will take is active prosecution,
19      not selective prosecution by DAs that we have in Bowie
20      County or any other county.  Thank you, sir.
21              CHAIRMAN:  Did you say three convictions?
22              MR. HICKS:  Three indictments, three
23      convictions.  They pled guilty to possession of mail-in
24      ballots in Bowie County.  Also not signing a witness,
25      when you assist somebody on the application process.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   This is called the technical term of ballot harvesting

2   in Bowie County.  We have the epidemic of election fraud

3   that everybody denies or everybody wants to see.

4        CHAIRMAN:  Okay.  And so you also described

5   what you believe you witnessed, and that is voter

6   impersonation, where people vote on both sides of the

7   state line in Texarkana?

8        MR. HICKS:  Yes, sir.  I didn't say voter

9   inpersonation; where they are not eligible to vote in

10  the state of Texas and people vote are from Arkansas

11  into the state of Texas.

12       Now when it comes to the voter ID bill was

13  actually to be involved in the actual testimony, this is

14  the part of the testimony that I have been advised not

15  to reveal but all I can give you is that we have people

16  voting from residencies and addresses that no one lives

17  in.  And this is not just an isolated incident in Bowie

18  County, and I have brought actual evidence of this that

19  it does happen and it is a reality, but I'm reluctant to

20  hand it to you as of this date.

21       CHAIRMAN:  Sure, and I don't want you to, but

22  are you representing that you believe you have witnessed

23  yourself instances -- I'm trying to determine what

24  you're alleging you've seen without getting details or

25  specifics.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1              Do you represent that there are people in your
 2       town -- and I'll just represent that there are some
 3       indication in the documents behind me and stuff that I
 4       had read this could have occurred in Kansas City, which
 5       is another city that's on a state line, where there
 6       might be a peculiar and particular temptation on the
 7       part of certain voters if they're really into a
 8       presidential candidate, for example.
 9              MR. HICKS:  Yes, sir.
10              CHAIRMAN:  To try to get about twice as much
11       representation as the rest of us.
12              Are you aware of that type of activity
13       occurring in Texarkana?
14              MR. HICKS:  As far as impersonating an actual
15       voter, the incident that my wife testified to earlier
16       was an uncle and aunt of my mother, actual residents in
17       Bowie County that passed away in a car accident and
18       actually voted, and the reason why we know this, because
19       we do -- our kinfolk was also election judge for years
20       and years, Ms. Betty Hines, and she was the election
21       judge at that time, and they did, they did come up on --
22       of course, she had clerks and alternate clerks and all
23       that, and they did come up on the roll but she did not
24       witness them being there.  Apparently she was having
25       lunch, or whatever, to the extent that she did not
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033992

1    witness someone actually signing in the sign-in sheet,

2    but the kin folk of ours were on the sign-in sheet and

3    the election judge did witness the sign-in sheet, and

4    also the assistant election judge, Mr. Roy Stinett, was

5    there also and they had a wonderful conversation on how

6    did this happen, because we were all directly kin to

7    these folks.

8          Now as far as the voter ID bill goes and what

9    I wanted to testify to would be, you know, if you have a

10   proper accurate, it's not just only having a voter ID,

11   in my opinion, it's having an accurate, legal and

12   accurate current voter ID that would either make you

13   eligible or ineligible to vote at a certain precinct.

14   Whether you're voting from precinct to precinct you

15   shouldn't be or you designate a legal residency that you

16   actually have on your voter registration card, and those

17   are hard to prove but they can be proven.

18         Election crimes can be investigated and can be

19   proven.  It takes a little hard work and some money to

20   do it but it can be done.

21         CHAIRMAN:  Any other questions, members?

22   Representative Veasey?

23         REPRESENTATIVE VEASEY:  Can you hear me okay?

24   Because I'm kind of far away from this mic.  Does it

25   resonate okay?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033993

 1              CHAIRMAN:  I can hear you.

 2              REPRESENTATIVE VEASEY:  Mr. Hicks, I want to

 3      ask you a couple questions.  What city do you reside in?

 4              MR. HICKS:  Texarkana, Texas.

 5              REPRESENTATIVE VEASEY:  Have you run for

 6      office in Texarkana before?

 7              MR. HICKS:  Yes, I have.

 8              REPRESENTATIVE VEASEY:  Were you successful in

 9      running?

10              MR. HICKS:  No, sir, I haven't.

11              REPRESENTATIVE VEASEY:  Is that the reason you

12      have had past run-in's with Ms. Ray in the past?

13              MR. HICKS:  I would not call that run-in's

14      whatsoever.  I am an Republican now, but in 1992, I ran

15      as a Democrat candidate for county office back then, and

16      that is where I learned the process of election fraud

17      and absentee ballots, being inside the Democrat party in

18      Bowie County.  I can't speak for other counties across

19      the state of Texas of what goes on there but I am very

20      well aware of the process of ballot harvesting in Bowie

21      County.

22              Now with that said, I've been very active in

23      trying to get, you know, fair prosecution to whoever

24      commits a crime in the election process.  Whether they

25      are R or D, it makes no difference to me.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033994

1          REPRESENTATIVE VEASEY:  Let me ask you a
2     question.  Did you have a family member follow and
3     photograph elderly election workers in their cars?
4          MR. HICKS:  No.
5          REPRESENTATIVE VEASEY:  You have never done
6     that?
7          MR. HICKS:  No.
8          REPRESENTATIVE VEASEY:  Did you hire a private
9     investigator to go to the homes of voters and
10    interrogate them about voting?
11         MR. HICKS:  In 1996, I did hire a private
12    investigator out of -- Joe Horne out of Dallas, Texas,
13    American Investigators International out of Dallas,
14    Texas to go in, we sent to certain addresses that we
15    looked of election fraud on the application process.
16    That's where you first identify election fraud.  And we
17    sent him in to interview, for the purpose of taking the
18    interviews and the investigation over to the current
19    DA.  That's what resulted in the grand jury of 1996,
20    which is where the one of the places that I did testify
21    about election fraud.
22         REPRESENTATIVE VEASEY:  So you did hire a
23    private investigator to go and interrogate voters.  Did
24    you call the police on a poll watcher who threatened to
25    call the NAACP?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006853

TX_00033995

Hearing - Volume 2                                    April 7, 2012

1          MR. HICKS:  There was an incident over at the

2     Lincoln Street voting precinct, and this is the same

3     voting precinct where we was -- the poll watcher was

4     witnessing the Arkansas plates coming and voting and

5     leaving and going back to Arkansas, the residence

6     issue.

7          There was an incident of a poll watcher being

8     threatened, just because he was there as a poll watcher,

9     and yes, there was a phone call made to protect the poll

10    watcher from any violent harm is what it was.

11         REPRESENTATIVE VEASEY:  So someone called a

12    poll watcher, threatened to call, somebody called the

13    police on a poll watcher and threatened to -- you did,

14    you called the police on the poll watcher, just because

15    they threatened to call the NAACP?

16         MR. HICKS:  No, it had nothing to do with

17    that.  What it was, was a poll watcher was being

18    threatened by people that was in the voting place who

19    actually really shouldn't have been there at all -- they

20    wasn't even voters -- being threatened because he was

21    there overlooking the process.  That's all that was

22    about.

23         REPRESENTATIVE VEASEY:  Okay.  So you're

24    saying --

25         MR. HICKS:  That was pretty much mistaken



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033996

```
 1      identity of anything, as far as that goes.

 2              REPRESENTATIVE VEASEY:  Did you ever use poll

 3      workers to disrupt polling locations?

 4              MR. HICKS:  Oh, absolutely not.  Poll watchers

 5      is there for a reason, they're to observe, and this is a

 6      violation.  Their job is to bring a violation to the

 7      attention of the election judge.

 8              REPRESENTATIVE VEASEY:  Have you ever

 9      presented yourself or represented yourself as working on

10      behalf of the Attorney General of Texas, Greg Abbott?

11              MR. HICKS:  No, sir, I never have.  That come

12      from an election administrator in Bowie County.

13              REPRESENTATIVE VEASEY:  You never told anybody

14      you were assisting the Attorney General?

15              MR. HICKS:  In all actuality, I have assisted

16      in the investigation that caused the indictments, the

17      investigation that caused the grand jury and got the

18      actual --

19              REPRESENTATIVE VEASEY:  Are you a licensed

20      attorney in the state of Texas.

21              MR. HICKS:  Oh, absolutely not.

22              REPRESENTATIVE VEASEY:  So you know that you

23      cannot say that you're with the Attorney General's

24      office.

25              MR. HICKS:  I didn't say I was with.  I said I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033997

1    assisted.  When you do an investigation and you turn it

2    over, that is some assistance, and without that kind of

3    assistance from individuals or experts or ballot

4    security people, you would not have any convictions or

5    any integrity as far as looking into any kind of

6    election process.

7            REPRESENTATIVE VEASEY:  Have you ever been

8    accused of illegally serving as a poll watcher?

9            MR. HICKS:  Yes, I've been accused, and I know

10   --

11           REPRESENTATIVE VEASEY:  Why?  Why were you

12   accused of illegally serving as a poll watcher?

13           MR. HICKS:  Well, that was pretty much a

14   misunderstanding.  It was a city race to where Mrs. Ray

15   was running for, a city council race.  Okay, with that

16   said, there was a lady that had asked me to poll watch,

17   which Ms. Barbara Adams was a candidate, which we also

18   supported, which was an African American also, a real

19   nice lady that deserved the job too.

20           Okay, we would go up to the city council and

21   she signs us in as poll watchers, and there was -- we

22   considered we had a gray area where it was kind of

23   called to our attention, and we made a phone call to the

24   Secretary of State and it was -- Let me see.  One of the

25   largest Secretary of State's, and he said this is a gray



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033998

1   area.  We probably advise that you do not be poll

2   watchers.  But I will tell you this, I did not falsify a

3   government document.  I put down my correct and current

4   and legal accurate address where I lived, presented it

5   to the county clerk before we did do a little bit of

6   poll watching.

7                  REPRESENTATIVE VEASEY:  But you were illegally

8   serving as a poll --

9                  You weren't supposed to be a poll watcher at

10  the poll that you were working at, right?

11                 MR. HICKS:  Well, that's kind of a gray area

12  at this point in time.  When it was observed, the

13  Secretary of State's attorney said it's a gray area, you

14  really shouldn't be there, because the law did not say

15  the city of your voting jurisdiction or if you live in

16  the --  it didn't say that you had to live in Ward 2,

17  put it that way, exactly, so we had to get

18  clarification.

19                 REPRESENTATIVE BROWN:  Excuse me.

20                 REPRESENTATIVE VEASEY:  I just have one more

21  question, Representative Brown.

22                 REPRESENTATIVE BROWN:  Excuse me, Mr. Hicks,

23  Mr. Hicks, if I could, Mr. Hicks, you are not on trial

24  here.  You're here to testify on whether or not you're

25  for or against.  Do not answer any more of these



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033999

1     questions.

2              REPRESENTATIVE VEASEY:  Ms. Harper-Brown, he

3     needs to answer them.

4              REPRESENTATIVE BROWN:  He's here to testify

5     for or against the bill, not on his bad rap.

6              CHAIRMAN:  Members, members, members.

7     Please.  Is there anything else that you would like to

8     say in testifying before the committee today?

9              MR. HICKS:  Only that obviously I'm for the

10    voter ID bill and ballot security.  That doesn't take

11    away anybody's absolute right to vote.  It can only

12    upgrade the integrity of the election process, and

13    that's why I'm here today, is because we, we are --

14              I will say this.  Election fraud in Bowie

15    County begins in the Democratic primary, Democrat on

16    Democrat.  All the evidence that's ever been produced to

17    any agency whatsoever was from the Democrat primary, not

18    a general election.  I will tell you that.

19              With that said, I aptly support and help

20    candidates on both sides of the aisle, and I think

21    that's what any good person should do, and I'm here to

22    give this testimony.  I wished I could give it all to

23    you, but maybe when it comes back to absentee balloting

24    and the remedies for what we're having problems with, I

25    would be more than happy to come back and see if I can



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034000

1    assist in any way in remedies for absentee by mail

2    balloting, because that's where I have most experience

3    in looking at.

4              REPRESENTATIVE VEASEY:  Just a couple more

5    questions in closing.

6              CHAIRMAN:  Okay, I've given you a lot leeway,

7    Lamar.

8              REPRESENTATIVE VEASEY:  I know.  Just a couple

9    more questions in closing.

10             CHAIRMAN:  As long as it stays in the proper

11   time.

12             REPRESENTATIVE VEASEY:  I appreciate that.

13   You're very familiar with Mrs. Willie Ray.

14             MR. HICKS:  Yes, sir.

15             REPRESENTATIVE VEASEY:  You've known her for

16   awhile, and I think there was someone that came up and

17   testified.

18             MR. HICKS:  Sure, anybody in Bowie County is

19   familiar is with who are our elected officials, anybody

20   that cares about the election process, yes, sir.

21             REPRESENTATIVE VEASEY:  Absolutely,

22   absolutely.  And so you're aware and can state for

23   everybody that's here today that Ms. Ray was exonerated.

24             MR. HICKS:  Exonerates from what?

25             REPRESENTATIVE VEASEY:  From the charges that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034001

```
 1     you've been alleging.
 2             MR. HICKS:  She was indicted and she pled
 3     guilty.
 4             REPRESENTATIVE VEASEY:  And she was
 5     exonerated, correct?
 6             MR. HICKS:  Does probation and fine --
 7             REPRESENTATIVE VEASEY:  Everybody in Bowie
 8     County knows each other, so I think you can state for
 9     the record, and just like you said, small town and
10     everybody knows each other.  She was exonerated,
11     correct?
12             MR. HICKS:  I think that's a matter of your
13     opinion.  Convicted and pled guilty to a crime with --
14             REPRESENTATIVE VEASEY:  Was she exonerated?
15             CHAIRMAN:  Let him finish the answer.  You
16     asked the question was she exonerated.  Let the witness
17     answer the question.
18             MR. HICKS:  Adjudicated, not exonerated.  She
19     was convicted, pled guilty and had a $200 fine and did
20     not have any jail sentence.  She was on probation for a
21     year.
22             REPRESENTATIVE VEASEY:  She was later
23     exonerated, Mr. Chairman, just for the record.
24             MR. HICKS:  That's not exonerated.
25             CHAIRMAN:  Okay, any other questions, members,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034002

Hearing - Volume 2                                        April 7, 2012

```
 1    for this witness?  Thank you, Mr. Hicks.
 2              MR. HICKS:  You bet.
 3              NEW SPEAKER:  (Inaudible).
 4              CHAIRMAN:  Okay.  Well, what's your name?
 5              MR. TYSON:  My name is Tyson, James Tyson.
 6              CHAIRMAN:  James Tyson.
 7              MR. TYSON:  (Inaudible.)
 8              CHAIRMAN:  Dick Tyson.  I'm going to take a
 9    second and try to find your witness form.
10              You filled one out, I take it?
11              MR. TYSON:  Yes.
12              CHAIRMAN:  We found it.  It was at the bottom
13    of the stack.
14              MR. TYSON:  I'll wait.
15              CHAIRMAN:  No, I want to give you that
16    opportunity.  We'll here from you.  Was this a cheap
17    trick to get in front of the line?
18              MR. TYSON:  I hope not.  Mr. Smith,
19    Representative Smith, Mr. Chairman, I appreciate what
20    you all do.
21              CHAIRMAN:  Please state your name.
22              MR. TYSON:  My name is James Richard Tyson.
23              CHAIRMAN:  You represent yourself.
24              MR. TYSON:  And I'm representing myself and I
25    live in Alvin.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1          CHAIRMAN:  And you're testifying against?

2          MR. TYSON:  I'm testifying for a voter ID.  I

3    mean, I'm testifying with modifications that one of my,

4    your first witness has been a long time friend and he

5    testified --

6          CHAIRMAN:  Just be clear for the record --

7          MR. TYSON:  In other words, there's a pro and

8    a con.

9          CHAIRMAN:  Just to be clear for the record, as

10   it's presently written, you're against it?

11         MR. TYSON:  I'm firmly against it.  As I

12   understand it, it will erase my rights to run for public

13   office and vote.  That's rather serious to me.

14         CHAIRMAN:  Okay, tell us why you think that's

15   the case.  Help us why you don't think you will be able

16   to vote.

17         MR. TYSON:  First about myself, I have lived

18   in Alvin.  My parents married there.  You know, I

19   volunteered for the service, volunteered in the party

20   for many years.

21         I'm proud of the fact that one of our former

22   chairman of our parties said I was the best volunteer in

23   Texas.  I've worked in every election, probably in our

24   party since the '40s.  I distinctly remember the '48

25   election, and I really resent the fact that we are in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034004

```
1    this position.  In my opinion, we have two parties that

2    have dug in so deep they don't even know where they're

3    at.

4            This is a major issue with me.  I've been run

5    off the polls as a kid by other kids.  You go home

6    crying, you come back.  I have been in two knock down

7    drag out fights at the polls.  I don't like it.  It's no

8    fun.  I don't like to be hostile.  That's no fun.  I

9    respect what you do and the time you put in and the

10   torture your families go through because you're up

11   here.  I understand all that.

12           When I got out of the Marine Corps in '60,

13   politics in Missouri County had gone sour.  My

14   grandfather was a chair in the '50s.  We elected a

15   senator and a state rep.  I thought my job was to keep

16   them here.  They were doing a good job.

17           I officed with one of them when he was Dean of

18   the Senate.  I've been through Deans of the house, I've

19   been drug out of the capitol.  The last session was the

20   Dean of the house.  I was in his office.  I had a key.

21   It used to be the offices of this capitol belonged to

22   the representatives and the senators.  Those were their

23   offices.  There was no keys to the capitol.  The

24   constitution let us walk in and out.  Also, the

25   courthouse.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034005

1          Now we're in the position we're going back to

2     carpetbagger days, where some Texans can vote and some

3     Texans can't vote, and the State Police, you're going to

4     give the State Police the right to let us vote.  Is that

5     what I'm hearing?  That's carpetbagger days.  That's who

6     can vote and who can't.

7          If you were a Texan, by God, you couldn't vote

8     for ten years.  A hundred years later, we started

9     electing Republicans.  Now they're back.  I'm a

10    Democrat.  That doesn't mean anything.  I'm in a county

11    that was most Democratic county in this state when

12    grand-daddy was chairman.  Now it is the most Republican

13    county in this state.  Things go around.  We meet

14    ourself coming in the door, but the bill itself, where

15    we're at, why can't we just -- I hear all the

16    testimony.

17         Why is it we got a voter -- the state has a

18    picture of most of the voters.  Why don't you just send

19    us a voter ID with that picture on it?  And four years

20    later, four years later, for the next presidential

21    election, there may or may not be legislation, but kick

22    it in then and put Texas not behind the curve,

23    Mr. Chairman, don't let us drag the rear end of this

24    country, put us ahead, do something that makes some

25    sense.  I think you can.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1              CHAIRMAN:  Okay, thank you.
 2              MR. TYSON:  And there's a lot of other issues
 3      you've heard but I think you can get it done.
 4              CHAIRMAN:  Okay.  Thank you.  Now we've got
 5      time for questions.  I want you to stay there because
 6      I'm really wanting to find -- I want to determine if you
 7      are someone who would be --
 8              MR. TYSON:  I'd like to know too.
 9              CHAIRMAN:  And we'll know.  Do you have a
10      driver's license?
11              MR. TYSON:  No, sir.
12              CHAIRMAN:  And why don't you have a driver's
13      license.
14              MR. TYSON:  Well, I don't drive very well is
15      one reason.  Why should I?  I've learned to ride a
16      bike.  I got my back pack.
17              CHAIRMAN:  How long have you not had a
18      driver's license?
19              MR. TYSON:  About three, four years.
20              CHAIRMAN:  Well, I shouldn't ask you, don't
21      give us the detail, but is it a result of some sort of
22      medical disability?
23              MR. TYSON:  That's questionable.
24              CHAIRMAN:  Well --
25              MR. TYSON:  I get a 20 percent disability from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034007

```
 1      the VA.
 2              CHAIRMAN:  Okay.
 3              MR. TYSON:  I got no other disability.  I
 4      have, I realized in '80, after coming home from -- no,
 5      in '76, after coming home from the national convention,
 6      I had a problem.  For five days, I didn't sleep.  I
 7      couldn't figure out what the problem was.  I was later
 8      diagnosed as a manic, so there is a medical problem.
 9              CHAIRMAN:  Okay.
10              MR. TYSON:  But that doesn't have a lot to do
11      with whether I can vote or not.
12              CHAIRMAN:  No.
13              MR. TYSON:  And the issue is, I just got
14      sued.  I was on the ballot this last election in
15      Missouri County.
16              CHAIRMAN:  Yes.
17              MR. TYSON:  If you want to find voter fraud,
18      it isn't fraud, it's just a question of this group
19      against that group.
20              CHAIRMAN:  Do you mind me asking you how old
21      you are?
22              MR. TYSON:  I don't mind.  As you say, I'll
23      never see 60 again.  You get a cue card in Houston and,
24      you know, I've have got some voter ID.  I don't mind you
25      looking at them.  I don't mind you going through the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1        billfold.  I'm not here to have any secrets.

2                You know, I was elected president of the

3        Missouri County City Association, the only person in our

4        community to ever do that and it's been there 30 years.

5                CHAIRMAN:  Do you have another form of --

6                MR. TYSON:  I've got an ID.  They give me one

7        from the Veterans.  You go in there and they give you

8        one when you start drawing disability.

9                CHAIRMAN:  Yes.  Is it a photo identification?

10               MR. TYSON:  Yes, but it's from --

11               CHAIRMAN:  But it's from the Veterans

12       Association.

13               MR. TYSON:  No, it's from --

14               As I understand it, it doesn't qualify but

15       you're welcome to look at it.  There's a key card.  I've

16       got different cards.  Why isn't my voter registration

17       good enough to let me vote, Mr. Chairman?

18               CHAIRMAN:  Well, we're trying to answer the

19       question that allowed you to go to the front of the mic.

20               MR. TYSON:  There's two voters ID's that I'm

21       carrying.  There is a credit card and some other --

22               CHAIRMAN:  They can't hear you.  Go ahead.  I

23       don't mean you to leave your billfold with me.  That

24       could be dangerous.  My understanding is that you do

25       have --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034009

1          MR. TYSON:  Well, my money is in the other
2     one, so that's just a card.
3          CHAIRMAN:  You have a valid identification
4     card that contains your photograph and is issued by an
5     agency or institution of the federal government?
6          MR. TYSON:  I assume that the Veterans
7     Administration is --
8          CHAIRMAN:  Federal government.
9          MR. TYSON:  I get a check from them every
10    month that I'm happy with.
11         CHAIRMAN:  And again, we didn't determine your
12    exact age, but that document allows you to vote without
13    any other document, okay.  Now if that document didn't
14    allow you to vote --
15         MR. TYSON:  I beg your pardon.
16         CHAIRMAN:  If that document didn't allow you
17    to vote, then you would go to the list of non photo
18    identifications, and there's a number of things you
19    could vote with in addition to your voter registration
20    card, one of which is a Medicare card.
21         I don't know if you've reached 65 or not, but
22    there's a long laundry list of documents that would work
23    that do not have a photo identification, but I think the
24    primary purpose for which I allowed you to testify in
25    front of everybody else --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034010

1          MR. TYSON:  I appreciate that, but if I lose

2     those cards, I'm in deep water on it.

3          CHAIRMAN:  I just think it's important --

4          MR. TYSON:  I mean, it takes months to get

5     them back.

6          CHAIRMAN:  I just think it's important for

7     everybody to know that we haven't had a witness yet in

8     24 hours that has said, "I can't vote pursuant to the

9     Senate bill because of the documents that are provided,"

10    and I'm very sensitive to and interested in hearing from

11    those people, but I'm just wanting to point out that we

12    haven't heard from them yesterday.

13         MR. TYSON:  Well, I appreciate the chance that

14    they didn't write me out.

15         CHAIRMAN:  Yes.

16         MR. TYSON:  But when I used to be able to

17    vote, I could walk into the precinct here, that I happen

18    to have something to do with put -- I mean, the election

19    judge, and since I had appointed him as precinct chair,

20    they knew me in that precinct.  It used to be the rules,

21    Mr. Chairman, where your precinct judge had to be from

22    the precinct, that the election in the city had to be

23    within the city.

24         When Hart Graphics codified the election code,

25    it wasn't this wide, it was a little book.  It's tough



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034011

1    out there.  The identification is necessary for the

2    people working the polls.  The people working the polls

3    need to be able to get their job done.

4           If we had it on the computer, I walk in and

5    say my name is, and they type it in and up pops my

6    picture with my information, which is easy.  Why can't

7    we do that.

8           CHAIRMAN:  Let's give you an opportunity to

9    respond to any questions the members might have.  Any

10   questions of Mr. Tyson, members?  Any questions?

11          Thank you.  Thank you very much for your

12   testimony.  I appreciate it.

13          At this time, the Chair calls Gilberto

14   Hinajosa.  He had to leave.  I will show him as not

15   testifying but against Senate bill 362, and representing

16   himself.

17             This time, the Chair calls Crystal

18   Molina.  Are you here with us, Crystal?  I don't see

19   Crystal.  Will indicate that she was representing Brown

20   County Election Administration and Voter Registration

21   and is against Senate bill 362, and show her not

22   testifying.

23          At this time, the Chair calls Bea Whitlock.

24   Come on down.  I feel like Bob Barker.

25          MS. WHITLOCK:  Good evening.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1            CHAIRMAN:  Please state your name and who you
2    represent.  You're here to testify for Senate bill 362,
3    is that correct?
4            MS. WHITLOCK:  Yes.
5            CHAIRMAN:  State your name and who you
6    represent.
7            MS. WHITLOCK:  My name is Bea Whitlock.  I'm
8    from Mission, Texas, in Hidalgo County.
9            CHAIRMAN:  And you're speaking on behalf of --
10           MS. WHITLOCK:  Of OWLS, which is Objective
11   Watchers of the Legal System.
12           CHAIRMAN:  Okay.  Thank you.  Please proceed.
13           MS. WHITLOCK:  Now I consider myself a senior
14   citizen.  I'm not in a nursing home yet, and I hope I
15   won't be for awhile, but I don't have any problem going
16   anywhere to vote.
17
18
19
20
21
22
23
24
25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
1     IN THE COUNTY OF TRAVIS    )

2     STATE OF TEXAS             )

3         I, Lynne Rodriguez, Certified Shorthand Reporter in

4     and for the State of Texas, hereby certify to the

5     following:

6             That the CD entitled, "Texas House of

7     Representatives Committee on Elections, 4-8-2009,"

8     was transcribed at the request of Anne Wilson, 209

9     West 14th Street, Attorney General's Office, Austin,

10    Texas 78701, and the amount due is $_____.

11        That the aforementioned CD was transcribed

12    to the best of my ability to hear and understand the

13    CD;

14        That the transcript was submitted by

15    E-trans on April 16, 2012, to Anne Wilson, 209 West

16    14th Street, Attorney Generals' Office, Austin,

17    Texas  78701;

18        I further certify that I am neither

19    counsel for, related to, nor employed by any of the

20    parties or attorneys in the action in which this

21    proceeding was taken, and further that I am not

22    financially or otherwise interested in the outcome

23    of the action.

24        Certified to by me, this 16th day of

25    April, 2012.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006872

TX_00034014



*Lynne M. Rodriguez*

Lynne Rodriguez, Texas CSR No. 8140

Expiration Date 12/31/13

FIRM REGISTRATION NO: 283

 ESQUIRE DEPOSITION SERVICES

100congress, Suite 2000

 Austin, Texas  78701

(512) 328-5557



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| A | | | | |
|---|---|---|---|---|
| **Abbott** | 309:25 | **accurate** | **add** | **administr...** |
| 326:10 | 310:12 | 322:10,11,12 | 265:19 | 326:12 |
| **abet** | 318:4,17 | 328:4 | 274:16 | **admonition** |
| 253:24,25 | 319:5,12,15 | **accused** | 298:9 | 207:21 208:4 |
| 254:1 273:9 | 319:17 | 206:20 327:8 | **adding** | **adopt** |
| **abetting** | 323:17 | 327:9,12 | 314:13 | 221:20 226:6 |
| 257:4 | 329:23 | **accusing** | **addition** | 226:21 |
| **ability** | 330:1 | 251:1 | 205:14 | 227:5,9,23 |
| 207:7 209:2 | **absolute** | **achieve** | 258:13,13 | **adult** |
| 219:19 | 329:11 | 296:3 | 339:19 | 244:4,8 |
| 230:22 | **absolutely** | **act** | **additional** | 312:10 |
| 277:2,8,20 | 204:25 298:8 | 242:13 254:4 | 200:3 224:2 | **adults** |
| 278:13,15 | 312:18 | 274:20 | 224:7 232:5 | 315:21 |
| 279:7,8,10 | 326:4,21 | 303:2 | 237:3 255:8 | **advancing** |
| 284:17 | 330:21,22 | 309:21 | 258:17 | 219:14 |
| 287:13 | **academic** | **action** | 262:4 | **advantages** |
| 296:25 | 226:12 | 210:7 343:20 | 271:22 | 207:9 |
| 297:18 | **accent** | 343:23 | 275:22 | **adversely** |
| 343:12 | 311:21 | **activate** | 295:21 | 207:25 |
| **able** | **accept** | 247:20 | 297:11 | **advise** |
| 199:5 200:7 | 263:9,19 | 248:15,17 | 300:2 | 328:1 |
| 203:20 | 280:10 | 249:3 | **Additionally** | **advised** |
| 224:25 | **acceptable** | 264:21 | 219:25 | 317:24,25 |
| 225:12 | 271:3 316:22 | 265:17 | **address** | 320:14 |
| 230:19 | 316:24 | **activated** | 230:8,13 | **advising** |
| 231:4 249:2 | **accepted** | 245:5 | 265:12 | 207:24 |
| 249:13 | 276:1 | **active** | 266:13 | **advocate** |
| 250:1,1 | **access** | 205:21 206:4 | 308:3 328:4 | 203:19 |
| 253:4 263:8 | 200:3 240:3 | 206:13 | **addressed** | **affidavit** |
| 268:12 | 240:15 | 208:17,23 | 261:4 | 281:23 285:3 |
| 269:4 | 245:25 | 305:21 | **addresses** | 285:8 |
| 280:11 | 265:25 | 319:18 | 280:3 281:18 | **affidavits** |
| 285:2 | 269:22 | 323:22 | 320:16 | 261:23 |
| 291:15 | 285:25 | **actively** | 324:14 | 309:24 |
| 303:18 | **accessed** | 250:23 | **addressing** | **affiliates** |
| 304:3 | 240:6 | **activists** | 225:22 | 219:13 |
| 308:19 | **accessibi...** | 310:23 | **adjourned** | **affiliation** |
| 311:1 | 250:14 | **activity** | 215:4 | 315:10 |
| 312:11 | **accessible** | 321:12 | **Adjudicated** | **affirmation** |
| 316:25 | 302:20 | **actual** | 331:18 | 305:7,11 |
| 317:4 | **accident** | 254:1 320:13 | **adjustment** | **affirmati...** |
| 333:15 | 310:5 321:17 | 320:18 | 228:20 | 281:17 |
| 340:16 | **accommodate** | 321:14,16 | **administrate** | **afford** |
| 341:3 | 264:13 | 326:18 | 280:19 | 311:6 |
| **abroad** | **accomplish** | **actuality** | **Administr...** | **aforement...** |
| 233:14 | 292:18 | 326:15 | 339:7 341:20 | 343:11 |
| **absentee** | **account** | **Adams** | **administr...** | **afraid** |
| | 206:22 210:1 | 327:17 | 281:4 | |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034016

201:25
306:24
**African**
327:18
**AG**
259:2
**age**
312:6 315:11
339:12
**agencies**
276:22 277:9
277:21
278:16
**agency**
280:9,22,23
293:10
329:17
339:5
**ago**
271:19
275:10
296:24,24
**agree**
213:15
231:11
243:25
246:22
265:19
292:3 296:1
297:16
298:8 306:3
**agreements**
276:6,21
**ahead**
203:23 251:2
252:6 277:2
293:7
335:24
338:22
**aid**
253:24,25
254:1 273:9
**ain't**
251:21
**airplane**
282:14 301:3
**airport**
308:13

**aisle**
329:20
**Alice**
300:5,11
**alike**
306:11
**allegation**
212:11
266:21,25
**allegations**
206:25
211:20,21
214:16
**alleging**
320:24 331:1
**allergic**
243:9,10
**allocated**
300:19
**allocation**
300:25
**allow**
228:20 239:7
245:18
248:10
253:23
271:7 274:6
275:21
280:1 286:6
297:7
310:25
339:14,16
**allowed**
229:3 301:5
308:4,9
338:19
339:24
**allowing**
275:8
**allows**
271:15
278:12
339:12
**alluded**
291:20
**all-purpose**
225:7
**alphabet**

**aisle** 221:12
226:19
**alter**
227:13
**altered**
310:16
**alternate**
321:22
**alternates**
303:10
**alternative**
283:17
**Alvin**
332:25
333:18
**amendments**
220:3
**American**
219:16,22
220:6 221:6
221:20
222:1
226:21
228:9,10
236:15
303:24
324:13
327:18
**Americanized**
227:10
**Americans**
218:23 219:6
219:15,20
219:22
220:17,20
220:23
221:6,8,13
221:20
223:11,18
226:20
227:7,25
230:15,17
230:22
237:13,15
237:18
295:20
303:22
**amount**

200:21
240:15
311:9
343:10
**amplify**
207:17
**analysis**
300:23
**Anchia**
207:18,19
208:3,11,12
231:14,16
279:13,14
279:15,18
285:14,15
290:25
291:2 296:2
296:9
**and/or**
291:6
**Angela**
305:14,17
308:13
309:5
**Angelita**
308:12
**Anglo**
236:7
**Anita**
301:20 302:8
**Annabell**
217:16,22,23
**Anne**
343:8,15
**answer**
205:13 265:5
270:14
271:20
275:11
277:15
298:5
328:25
329:3
331:15,17
338:18
**Antonio**
305:8 307:25
**anybody**

262:5 272:11
317:2,5
326:13
330:18,19
**anybody's**
329:11
**anyway**
214:3 252:9
268:13
273:8
290:16
296:8
**apologize**
301:15
**apparent**
273:17
**Apparently**
239:6 321:24
**appear**
275:24
**appearance**
234:7
**appeared**
205:10
**appearing**
301:21
**applauded**
315:2
**application**
232:3 253:2
275:23
309:25
310:13,16
319:25
324:15
**apply**
311:1
**appointed**
340:19
**appreciate**
200:25
204:18,23
209:18
211:3
212:15,16
214:4
215:25
233:9 238:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034017

286:23
287:15
289:23
294:3
296:19,21
315:9
330:12
332:19
340:1,13
341:12
**approach**
275:17
276:11
305:2
**appropriate**
214:13 276:9
276:24
**April**
198:3,14
343:15,25
**aptly**
329:19
**area**
288:25
313:22
315:22
327:22
328:1,11,13
**areas**
314:3
**arguing**
237:7
**argument**
247:13 248:7
**arisen**
232:19
**arises**
227:6
**Arkansas**
318:19,22,22
318:24
320:10
325:4,5
**arose**
220:24
**arrested**
247:25
**arrived**

310:20
**articulate**
273:21,24
**artificial**
251:12
**Asian**
219:15,16,19
219:21,22
220:6,16,20
220:22
221:5,6,7
221:12,17
221:20
222:1
223:11,18
226:20
227:7 228:9
228:10
230:15,17
230:22
236:15
237:17
**Asians**
232:5
**asked**
211:8,11,11
220:23
232:5
247:25
259:4 265:3
265:22
327:16
331:16
**asking**
209:7,8,16
209:17
210:9 233:5
257:14
337:20
**asks**
214:25
**assault**
211:10
**assert**
272:2
**assign**
277:6
**assigning**

276:8,23
**assist**
276:23
319:25
330:1
**assistance**
237:20,21
276:8 327:2
327:3
**assistant**
322:4
**assisted**
326:15 327:1
**assisting**
257:3 326:14
**associated**
279:23
297:15
**association**
203:19,20
338:3,12
**assume**
256:10
262:23
339:6
**assure**
204:6 217:5
258:22
**assures**
247:20
**attempt**
200:14
**attempting**
214:21 251:2
**attend**
203:18
**attention**
202:23
203:10
326:7
327:23
**attorney**
205:2,8,9
207:24,25
209:5 211:8
317:23
318:7,11,11
318:13

319:11
326:10,14
326:20,23
328:13
343:9,16
**attorneys**
343:20
**audience**
231:1 238:15
238:17
291:8
**aunt**
321:16
**Austin**
343:9,16
344:7
**authority**
259:10 276:6
**authoriza...**
280:1,24
**automate**
248:2
**automated**
253:7
**automatic...**
199:10
**automobile**
310:5
**available**
202:21
222:15
223:4 238:8
298:2
300:23
**avoid**
230:20
**aware**
207:4 208:17
220:4
234:16
266:20
321:12
323:20
330:22
**awhile**
330:16
342:15
**a.m**

207:15

**B**

**B**
208:9 294:7
**back**
211:11
224:18
240:24
242:21,25
243:8,10
244:20
256:11
262:16
263:24
264:8,8
268:9
282:21
285:4,6
289:14
291:4 296:2
297:24
301:24
302:15
304:19
311:14,20
311:22
314:22
318:25
323:15
325:5
329:23,25
334:6 335:1
335:9
336:16
340:5
**bad**
211:23
263:25
302:17
329:5
**balance**
266:4 267:16
**ballot**
264:14
276:12
284:6 285:8
285:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

286:6,24
287:11
288:17
308:20
309:14
310:12,17
311:2 318:2
318:3,17,20
319:5,6,12
320:1
323:20
327:3
329:10
337:14
**balloting**
319:15,17
329:23
330:2
**ballots**
212:10 221:1
243:22
287:1 308:6
309:25
310:20,21
318:4 319:6
319:24
323:17
**Barbara**
327:17
**Barker**
341:24
**barrier**
263:9,19
265:20
266:8
271:22,22
272:19
297:17
**barriers**
264:16
267:15
268:25
271:17
272:15
295:21
302:12,16
303:25
304:6 306:7

**base**
280:2,2
**based**
211:17 214:2
291:9
300:23
**baseline**
286:1
**basically**
226:18
228:13
283:8,10
301:1
318:20
**basis**
226:23 270:8
281:3
**bathroom**
218:19
**battle**
304:1
**Baylor**
244:6
**Bea**
341:23 342:7
**bear**
213:13 280:9
**beer**
243:5
**beg**
339:15
**begins**
329:15
**behalf**
205:2,9
255:15
301:21
326:10
342:9
**behold**
254:23 259:8
**behoove**
204:8 226:6
**believe**
208:23
211:17
212:2,4,4

228:25
229:7,11,24
236:17
264:17
270:6
284:24
289:2
290:23
302:14
304:2 310:1
320:5,22
**believes**
266:3
**belong**
305:20
**belonged**
334:21
**benefit**
290:22
291:19,25
**benefited**
199:19
**best**
227:16
333:22
343:12
**bet**
332:2
**better**
252:5 264:1
**Betty**
321:20
**Bexar**
305:20
307:12,14
**beyond**
291:20
**big**
245:23 251:4
293:25
313:19
**bike**
336:16
**bill**
202:10 205:3
208:5,7
216:10
217:12,18

218:12
219:8 220:1
220:3 221:5
228:20
229:11
230:2,5
231:17
233:7 234:9
237:9,11,11
238:11,13
238:13,14
238:20,23
238:25
239:9,11,13
239:19,20
242:1,12
245:15
251:5
253:16
258:18
259:4,18
264:6,23
265:1,22
272:1 274:8
274:13,16
274:22,25
274:25
275:4,6,19
275:21
276:5,10,17
277:7,19
278:12
279:23
280:3
284:11,12
284:17
287:24
292:7,25
294:19
295:23
298:12
299:14,20
300:1,3,3,3
300:8
301:22
302:14,17
303:9,15
304:6,17,20
305:15

309:9 310:2
310:22
311:15,25
312:21
313:3,13
316:21
317:8
320:12
322:8 329:5
329:10
335:14
340:9
341:15,21
342:2
**billfold**
246:23 338:1
338:23
**billions**
240:21
**bills**
238:18,25
245:11
261:5 270:7
274:18
**bind**
211:14
**bingo**
247:24
**birth**
225:3 233:14
272:9
308:12
**bit**
199:18
207:14
219:11
233:6 328:5
**bizarre**
267:17
**blanket**
211:21
**blast**
213:2
**block**
302:12
**blocks**
293:12,14
**board**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006877

TX_00034019

Hearing - Volume 2                                        April 7, 2009

301:2
**Bob**
341:24
**body**
210:4 250:8
296:21
**Bohac**
249:4,5,23
250:13,20
251:1,3
252:14,20
253:18
254:17
255:10,17
255:20
258:1,10
259:13,17
259:22
290:1,17,18
291:3,18
294:3 297:9
**Bonner**
214:5,6,7,23
**book**
257:16
340:25
**books**
258:7
**borders**
216:20
**born**
220:7 224:22
308:23
**bottom**
260:16
332:12
**bought**
246:14,15
**Bowie**
309:13 310:4
317:12,18
317:21
318:10,21
319:7,19,24
320:2,17
321:17
323:18,20
326:12

329:14
330:18
331:7
**Bowles**
275:10,14
296:23
**box**
223:6 243:8
243:11
252:23
276:12
304:23
**brain**
199:12
203:18
**bread**
255:22
**break**
238:24
**breakdown**
295:3
**Breaking**
303:24
**breath**
302:15
**bright**
228:17
**bring**
232:23
235:18
280:25
289:4,17
307:19
319:3 326:6
**bringing**
202:13 249:9
279:15
286:15
289:23
**broken**
306:2
**brought**
202:23
214:16
233:3
282:21
309:22
320:18

**Brown**
215:2,3,6,13
216:2
222:17,18
223:7,12,22
224:9,14
225:3,11,17
226:1,5
227:20
228:6,15
229:4,9
230:13
235:24,25
236:5,11
237:7,13,25
260:25
261:1,19
262:6,18,23
269:15,16
315:6,7,16
316:2,6
328:19,21
328:22
329:4
341:19
**Brown's**
214:25
**building**
240:4,8,9
246:1
**bunch**
266:22
280:18
**burden**
224:8 283:9
283:11,14
294:9,11
296:2
**business**
239:9 300:2
**buy**
240:13 243:5
248:4,4
255:22
269:25
**buying**
255:23
**buys**

240:16,17
_____
C
_____
**c**
208:9
**cab**
202:5
**Cal**
232:4
**California**
219:21
**call**
222:14 241:2
244:21,24
248:11,16
248:17,18
248:19
259:2,2,3
263:7,18
264:1,25
265:17
266:18
293:5
304:19
323:13
324:24,25
325:9,12,15
327:23
**called**
233:4 242:12
242:16
249:2 320:1
325:11,12
325:14
327:23
**caller**
205:1
**calling**
245:5
**calls**
216:8 217:16
218:16,22
239:12
275:5 300:5
301:20
304:16,21
305:14
309:8

311:24
341:13,17
341:23
**cancel**
248:12
**cancellat...**
258:19,21
260:12
**cancelled**
301:1
**candidate**
307:1 321:8
323:15
327:17
**candidates**
329:20
**capacity**
202:15 203:9
215:24
**capitol**
239:24,25
293:14
334:19,21
334:23
**car**
242:22
321:17
**card**
218:8 221:23
225:7 227:2
230:16,20
237:1 240:2
240:7,8,10
240:13,18
241:14,23
241:24
243:7,19
244:12,15
244:21,22
244:23
245:1,4,10
246:11,12
246:18,23
247:10,11
247:23
248:3,6,9
248:12,18
250:1 253:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034020

253:5,6,22
253:22
254:1,21,22
255:5,7,13
256:5,9
262:7
264:22
265:5,12,16
265:18,18
266:15,22
270:1,5
277:25
278:4
280:15
281:24
282:2,8,16
282:17
285:23
289:5 291:6
292:5,8,8,9
292:9,11,11
292:16,19
296:10
301:3
307:19,21
310:7,8
313:12
322:16
337:23
338:15,21
339:2,4,20
339:20
**cardboard**
244:15 277:6
279:4
296:10
**Cardenes**
304:21
**cards**
201:20
244:19
253:9 256:9
263:2
277:12,15
318:24
338:16
340:2
**cares**

330:20
**carpetbagger**
335:2,5
**carry**
245:24
247:10
**carrying**
246:23
338:21
**cars**
324:3
**case**
199:17
209:24
210:11
211:10,13
229:1
319:10
333:15
**cases**
220:22 221:7
222:23
232:20
307:17
**cash**
301:2
**cast**
221:1 284:6
285:8 286:6
288:17
**casting**
248:10
**category**
298:16
**caucus**
300:16,16
**caught**
240:11
**cause**
202:5 234:25
**caused**
326:16,17
**causing**
319:8
**cautious**
271:21
CD

343:6,11,13
**cell**
302:2
**Center**
221:7 228:10
**centers**
307:12
**certain**
225:15
226:12
228:5
236:24
263:8 321:7
322:13
324:14
**certainly**
201:10
204:13
206:25
209:25
280:6 281:2
281:4 283:1
**certificate**
222:24 223:2
225:4
231:22
233:11,16
233:22
259:5 272:9
275:24
276:10,20
276:25
281:1,21
283:25
284:1
288:21
294:15
308:12
311:5
**certificates**
220:10,12
223:5
257:17,19
258:8,23
260:9 288:6
**Certified**
343:3,24
**certify**

343:4,18
**cetera**
225:1,2
227:11,19
**chair**
205:1 216:8
217:16
218:16,22
239:11,18
274:24
275:4 300:1
300:5
301:20
304:16
305:13,19
305:21,23
309:7
311:24
334:14
340:19
341:13,17
341:23
**chairman**
200:17,19,23
201:1,4,8
201:11,13
201:18
202:2,7,16
202:19
203:2,6,11
203:15,24
204:20,25
205:7
207:13,18
209:20
210:15
214:5,6,7
214:24
216:3,7,14
216:16,23
216:25
217:2,11,14
217:16,20
217:24
218:3,9,14
218:16,20
219:3,7,10
222:4,10

230:4
235:21,24
238:3,6,7
239:12,13
239:15,18
239:19,22
249:4,5,24
250:25
251:1
260:25
263:7,16,21
263:23
264:4,20,25
265:3,11,15
265:24
266:12,19
267:1,11,24
268:6
269:15
270:5,11,19
271:23
273:5 274:1
274:5,12,21
274:24
275:5,6,7
276:14
277:10,23
278:18,22
278:23
279:11,13
279:14
280:17,17
281:7 283:7
283:15,19
283:22
284:5 285:7
285:11,14
286:14,17
286:18
289:22
290:13,17
293:7 294:5
296:1
298:14,20
299:12,13
299:17,19
299:25
301:17
302:4,5,6,7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034021

304:9,16
305:1,6,10
305:13
307:5 309:7
311:17,24
314:12,25
316:13,16
318:20
319:21
320:4,21
321:10
322:21
323:1 329:6
330:6,10
331:15,23
331:25
332:4,6,8
332:12,15
332:19,21
332:23
333:1,6,9
333:14,22
335:12,23
336:1,4,9
336:12,17
336:20,24
337:2,9,12
337:16,20
338:5,9,11
338:17,18
338:22
339:3,8,11
339:16
340:3,6,15
340:21
341:8 342:1
342:5,9,12
**Chairs**
304:21
**Chair's**
299:20
**challenge**
272:6 287:6
**chance**
202:19 203:6
340:13
**change**
230:5 235:15

235:19
236:2 309:4
**changed**
309:2
**changes**
220:3
**changing**
226:8 235:13
246:10
292:15
**chapter**
258:20
**chapters**
219:13
**charge**
199:8 257:17
**charged**
270:8
**charges**
199:19
206:23
330:25
**charging**
311:4
**cheap**
294:16
306:12
332:16
**check**
243:9,11
269:24
289:19
301:2
304:23
339:9
**checked**
293:9,10
**China**
224:10,13,16
224:17
**Chinese**
218:23 219:6
221:10,23
224:19,19
225:18
226:2,13
227:5 229:5
229:6

231:21
235:3 236:8
237:13
308:22
**chip**
296:13
**choice**
208:14
301:12
311:13
**choices**
278:7 293:25
**choosing**
210:9
**chose**
227:4,9
243:17
286:21
291:16
**Chuck**
275:16
**citizen**
233:3,14
241:25
302:13
303:25
304:2
308:24
342:14
**citizenry**
204:14
211:24
298:23
**citizens**
220:6 224:3
226:6
232:14
291:15
302:11,21
309:19
**citizenship**
233:6,11,22
234:10,12
234:17
303:21
**city**
205:24
232:21

310:23
318:9,18
321:4,5
323:3
327:14,15
327:20
328:15
338:3
340:22,23
**civil**
219:16,16
318:12
**claims**
261:6
**clarifica...**
328:18
**clarifica...**
229:15
**clarified**
289:7
**clarifying**
215:25
**class**
285:19
**classic**
265:24
**clean**
252:1 258:5
**clear**
201:5 205:20
207:14
210:8
218:10
274:21
298:5
302:17
314:21
333:6,9
**clearer**
231:7
**clearly**
280:3
**clerk**
316:17 328:5
**clerks**
321:22,22
**client**
199:13 240:5

**clients**
199:8 200:6
**climb**
200:5
**clock**
302:15
**close**
218:17
238:12,13
239:8 274:5
274:6,9,13
274:15
296:8,25
299:14,17
299:18
**closed**
248:20,24
**closing**
274:22 330:5
330:9
**clothing**
201:17
**Club**
282:20,23
**coaching**
199:23
**coat**
252:8
**code**
205:22
262:15
340:24
**coded**
247:17
**codified**
340:24
**Coe**
218:22 219:2
219:5,5,9
219:11
222:5,8,23
223:10,15
224:1,12,17
225:15,20
226:4,11
228:1,9,19
229:6,19,21
230:3,11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2

April 7, 2009

352

231:3 232:7
232:10
233:8,12,17
233:20,25
234:5,13,16
234:19,24
235:2,5,9
235:11
236:4,10,13
237:10,14
238:2,3,4,5
**cognizant**
287:8
**Coke**
248:4,5
**collect**
215:23
**collected**
300:22
**college**
244:6
**Collin**
300:15
**combination**
274:19
**combined**
274:18
**combining**
221:19
**come**
202:14 208:4
211:2 213:1
215:11
222:20
227:15
228:17
256:7 261:3
262:24
273:16,22
281:19
284:23
285:4,6
286:3
291:13
294:3
296:12,14
296:15
297:21

307:18,22
312:12
315:8
321:21,23
326:11
329:25
334:6
341:24
**comes**
255:1 261:20
277:22
282:18
291:4
319:12,14
320:12
329:23
**coming**
204:4 212:20
222:19
250:8
272:25
294:4 314:8
318:22
325:4
335:14
337:4,5
**commend**
315:7,10
**comments**
207:11
**Commissioner**
246:16
**commissio...**
292:20
**commits**
323:24
**committee**
198:2 204:8
205:11,13
206:11
207:14,15
209:7,19
214:9,11,18
220:2 222:5
229:12
230:6 231:9
238:5
270:25

271:1,24
275:1
279:21
286:9
290:23
291:1,13
292:2 297:3
302:6
304:11
312:19
315:5 329:8
343:7
**committees**
274:19
**committee's**
207:1 209:17
215:19
**common**
234:20
275:17
276:10
279:1
**communicate**
227:11 250:1
257:18
258:9
292:10
**communicated**
292:11
**communica...**
292:9
**communica...**
220:19
**communities**
232:3
**community**
213:1,11
214:3 222:1
225:19
229:23,24
231:21
237:16
272:3 338:4
**compact**
201:22
**company**
240:18
**compare**

255:24
**comparing**
231:13
**comparisons**
215:18
**completed**
206:21
**completely**
207:21 214:8
233:1
**complicated**
229:18 230:9
313:4,14
314:1,10,14
314:15,18
316:7
**comply**
259:1,23
**complying**
259:21
**Comprehen...**
274:20
**compromise**
209:24
**compromised**
210:4
**computer**
247:24 341:4
**computerize**
248:2
**computerized**
253:7
**con**
333:8
**concealed**
231:24 279:7
281:15
287:17
**concept**
289:22 296:5
297:9
**concepts**
250:7 292:24
**conceptually**
250:3 251:4
**concern**
205:13 206:3

212:12,15
212:16
232:1
**concerned**
212:10 215:7
232:8
**concerning**
205:18 206:4
**concerns**
205:15 222:2
230:8,13
264:6 301:6
**conclusion**
213:20 274:9
**conducting**
211:12
**confidence**
276:12
**confidential**
240:5
**confuse**
199:3
**confusion**
235:5
**conjunction**
278:4
**consequence**
259:22
**consequences**
257:2 259:25
260:21
**conservative**
314:2
**consider**
249:8 299:3
316:19
342:13
**considera...**
209:18
297:25
**considera...**
211:2
**considered**
296:21
327:22
**considering**
316:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

consolidate
289:12
conspiracies
253:25
constant
304:1
constituents
282:12
289:18
297:11
constitution
334:24
contact
199:20
contain
241:17
292:12
contains
286:12 339:4
contents
201:20
context
206:10
287:25
contexts
236:24
continue
315:14
controlled
300:18
convenience
246:23,25
convention
337:5
conversation
322:5
convicted
331:13,19
convictions
318:8 319:7
319:21,23
327:4
copied
243:3 245:13
copier
203:21
copies

215:17
266:22
310:13,15
copy
244:1,1
247:2,2
269:23
copying
244:18
267:22
Corps
334:12
correct
208:9 210:18
215:4 219:9
247:21
252:10
274:23
283:13
284:9
285:13
328:3 331:5
331:11
342:3
correctly
229:13 258:3
283:8 300:6
corrupted
300:13
corruption
213:1,3,6
cost
220:13
246:19
249:8,17,18
249:19
250:5
294:15
299:4
306:15
311:7 319:9
319:10
costs
272:9 279:23
280:3,10
281:5
294:16
297:14

council
310:23 318:9
327:15,20
counsel
343:19
count
285:12 301:5
308:6
counted
229:20
counter
241:9
counterparts
219:24
counties
249:11
280:12,16
280:18,25
281:2
323:18
counting
200:2
country
222:20
225:13
240:20
335:24
county
205:24 206:3
206:5
209:14,14
215:10,11
249:24
258:3 260:3
260:6
300:15
305:20
307:12,14
309:13
310:4 312:4
313:5,7
314:2,19
317:12,18
317:21
318:10,21
319:7,20,20
319:24
320:2,18

321:17
323:15,18
323:21
326:12
328:5
329:15
330:18
331:8
334:13
335:10,11
335:13
337:15
338:3
341:20
342:8 343:1
couple
249:7 281:20
295:4
296:23,24
323:3 330:4
330:8
course
210:7 223:1
223:20
228:14
250:24
252:25
297:20
308:4,5
315:9
321:22
court
212:3
courthouse
334:25
cousin
226:22
cousin's
221:22
covered
213:10
covers
254:5,6
crazy
245:19,19
create
229:15 231:1
232:13

245:8 247:4
267:13,15
280:7 282:5
298:2
302:12
306:5
308:16
created
266:8 273:18
creates
265:20
creating
252:3 267:15
272:14
306:7
credit
201:20
240:18
241:14
244:18,21
244:23
245:4 248:3
248:6,12,17
253:5 256:5
256:8,8
265:18
270:5
282:16
301:3
338:21
crime
206:19,20
209:3
323:24
331:13
crimes
322:18
criminal
205:8,19
206:16,17
208:17,24
209:12
211:9
215:21,22
215:25
253:16
254:3
crisis



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034024

306:16
**critical**
237:12,17
**cross**
201:6 211:22
**crosses**
240:17
**crying**
334:6
**Crystal**
341:17,18,19
**CSR**
198:13 344:4
**cue**
337:23
**cultures**
235:19
**cured**
284:7
**current**
202:9,12
  230:5,15
  236:20
  237:4
  247:10
  257:23
  272:8 313:8
  317:25
  318:15
  322:12
  324:18
  328:3
**currently**
201:11,12
  219:13
  228:24
  229:24
  231:1 247:8
  250:22
  252:22
  259:23
  270:23
  277:23
**curve**
335:22
**customer**
275:15
**cut**

240:18 241:3
  241:6
  289:14
  317:22
**cutting**
258:3
**cycles**
281:20

—————— D ——————
D
208:9 288:24
  323:25
**DA**
255:3 324:19
**daily**
221:20
  226:20
  272:17
  280:7
**Dallas**
318:6 324:12
  324:13
**damage**
235:19
**dangerous**
338:24
**DAs**
309:16,22
  319:19
**data**
230:23 232:7
  243:7 265:7
  265:8,10,11
  266:12
  268:8 280:1
  280:2
**date**
320:20 344:5
**dated**
279:21
**dating**
224:18
**daughter**
240:12
**day**
201:17
  224:21

248:25
  301:11
  315:3
  343:24
**days**
244:2 249:2
  282:13
  284:7 285:4
  285:6,10,11
  286:25
  300:19
  335:2,5
  337:6
**day-to-day**
226:23
  232:16
**dead**
257:9,14,24
  260:16
  267:3
  273:11
**deal**
207:11
  220:12
  226:7
  227:25
  237:5
  259:11
  266:5 268:3
  316:8
**deals**
262:22
  279:23
**Dean**
334:17,20
**Deans**
334:18
**death**
257:17 258:8
  258:23
  259:5 260:9
**debate**
206:3
**decades**
253:4
**December**
287:4
**decide**

214:12
**decided**
236:25 309:3
**dedicated**
219:14
**deep**
334:2 340:2
**definitely**
230:24
  231:13
  237:10,17
  307:15
**degree**
220:15
  230:21
  253:16,21
  257:5,5
**delegate**
300:25
**delegates**
300:19
**democracy**
294:16,18
  303:24
**Democrat**
314:4,5
  323:15,17
  329:15,16
  329:17
  335:10
**Democratic**
329:15
  335:11
**Democrats**
312:25
**demonstrate**
272:24
**denied**
220:25 221:8
**denies**
320:3
**deny**
220:20
**denying**
318:13
**Department**
276:7,22

**departments**
249:24
**deposit**
223:6
**DEPOSITION**
344:6
**Deputy**
205:8
**described**
320:4
**deserved**
327:19
**designate**
322:15
**desire**
199:8 202:4
  207:1
  286:13
  290:10
**desires**
200:11
**despite**
241:11
**detail**
336:21
**details**
320:24
**determina...**
206:21
**determine**
303:1 320:23
  336:6
  339:11
**determining**
303:3
**deterrence**
257:8
**device**
251:18
  265:14
  266:1
**devices**
245:11
  246:13
**diagnosed**
337:8
**Dick**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

332:8
**died**
257:21,22
260:4,5
296:23
311:10
**difference**
200:8 234:6
323:25
**differences**
228:24
**different**
212:18
221:21,21
228:24
230:18
231:22,23
232:3 233:1
233:15,18
249:20
256:21
264:17
287:25
291:16
305:18
308:3,22
312:23
314:17
338:16
**differently**
227:18
**difficult**
223:8 226:3
237:24
247:3 262:9
262:12
264:10
308:15
312:22
**difficulties**
220:20 228:7
**difficulty**
228:2 231:12
232:25
**Dillards**
240:13
**direction**
250:3 310:3

**directly**
322:6
**dirty**
212:9
**disability**
200:24 303:9
336:22,25
337:3 338:8
**disadvant...**
207:9
**disagreed**
272:11
**disagreement**
230:23
**discovered**
214:17
**discovery**
211:12
**discrepan...**
228:2,3
**discrepancy**
232:24
**discretion**
208:14
220:15
231:6
232:12
**discrimin...**
303:6
**discrimin...**
200:3
**discussed**
209:9 235:8
250:8
**discussing**
207:6
**discussion**
206:12,24
207:2,12
210:17
214:10
215:10
216:17
237:23
309:16
**discussions**
214:16

**disparity**
232:2
**dispropor...**
303:7
**disrupt**
326:3
**distinctly**
333:24
**distribution**
280:15 281:1
**district**
199:17
205:25
305:20
307:25
**divorced**
308:2
**DNC**
318:11 319:9
**document**
222:21 223:3
223:3,24
224:23
228:5
244:12
247:16
261:13,16
261:16,22
271:6
272:13,18
273:3 276:4
277:25
278:3 279:2
282:5,22
284:3,6,18
285:4
286:10
294:2,14
328:3
339:12,13
339:13,16
**documenta...**
201:14
220:11
221:13
224:2,6
227:12
234:3,8

285:25
286:2 297:7
298:11,18
**documented**
220:21 221:7
232:20
**documents**
215:23
220:10
223:21
224:5 227:6
231:18
233:4,7,19
234:9,17
267:13
303:10
316:22,23
321:3
339:22
340:9
**doing**
200:12
238:16
241:12
246:10
249:20
252:9 253:2
255:4,6
257:2,4,25
258:2,12
259:9
260:13,17
260:23,24
262:13,14
262:21
268:13
281:3
283:19
293:9
305:25
306:19,22
307:3
314:21,24
315:11
317:15,21
334:16
**dollar**
240:4 245:11

311:9
**dollars**
240:21
241:21
242:6
245:17
246:2 253:8
311:7 319:9
**door**
335:14
**Doris**
310:11
**DPS**
243:15,23
252:24
262:13
268:17
277:14
279:6 280:1
280:4,4,22
285:9
286:24
311:3
**draft**
259:4
**drag**
334:7 335:23
**draw**
296:13
**drawing**
338:8
**drive**
202:3,15
203:20
241:14
281:5
336:14
**drivers**
293:11,16
**driver's**
202:2,8,11
221:24
227:1
230:18
236:18
237:4
242:17,21
242:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034026

243:11,16
243:18,24
244:5 245:7
252:6
254:13
256:10
262:1,14,16
262:21,24
266:18
268:7,13,14
270:20
277:3,11,17
279:3
281:14
285:22
287:16,18
287:22
290:2 291:6
292:4
293:18,19
295:8,11
315:18,24
315:25
316:9
336:10,12
336:18
**drives**
243:21 262:9
**driving**
315:1 316:3
**drove**
317:12,14
**drug**
275:15
334:19
**due**
343:10
**dug**
334:2
**Dunham**
238:21
239:12,13
239:14,19
239:21
243:12
246:6,9,21
246:24
247:12,15

249:5,15,24
250:12,17
251:1,7
252:16,25
253:20
254:19
255:1,16,18
255:21
258:6,11
259:16,19
259:24
261:1,11,21
262:8,20,25
263:10,20
263:22,25
264:19,23
265:1,6,13
265:21
266:9,16,24
267:7,17
268:3,7,10
268:16,18
268:21,24
269:19
270:9,13
271:5
272:21
273:6 274:2
274:4,6,15
274:23
282:6
**duties**
258:17
**duty**
318:13
**D.C**
219:17

**E**

**Earl**
310:4
**earlier**
205:12,14,15
238:8
263:16
264:4,5
265:3 288:7
321:15

**early**
281:25
291:21
**easier**
225:19,19
227:10,21
227:24
247:10
261:9,18
262:5
**easily**
310:7
**easy**
241:15
245:14
341:6
**economic**
219:15
272:19
286:10
**economical**
287:10
**educate**
201:9 302:19
**education**
199:14 237:8
**effect**
200:12
216:19
219:19
224:5
251:11
303:8
**effective**
228:20
**efficiencies**
249:9
**efficient**
281:4
**effort**
215:21
244:13
**efforts**
302:12
**eight**
219:23 299:4
**either**
206:11

215:22
221:14
230:15
232:24
234:15
252:6
253:25
260:8 278:2
278:8 281:8
295:14
322:12
**elbow**
296:13
**elderly**
212:10 303:8
324:3
**elect**
311:13
**elected**
330:19
334:14
338:2
**electing**
335:9
**election**
205:22 206:1
206:1
216:20
224:11
225:14,24
232:18
249:24
264:9
272:16
281:20
287:2,4,5
288:12,14
288:18
300:13
301:14
303:17
309:14
310:6 311:8
320:2
321:19,20
322:3,4,18
323:16,24
324:3,15,16

324:21
326:7,12
327:6
329:12,14
329:18
330:20
333:23,25
335:21
337:14
340:18,22
340:24
341:20
**elections**
198:2 205:23
206:5
220:22
224:12
251:12
286:20
289:8
293:22
318:19
343:7
**electorate**
302:19
**electronic**
249:12
266:12
282:24
**electroni...**
247:17 252:8
255:5
**element**
265:20 266:6
266:7
**elements**
220:1 222:2
239:16
**eligible**
220:25 269:1
294:1
302:11
320:9
322:13
**emphasize**
221:3 270:25
**employ**
242:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034027

employed
343:19
empowered
200:15
empty
222:12
enact
273:19
encounter
237:22
encourage
207:3
ended
318:10
ends
273:10
enforce
273:12
enforced
225:9 303:20
enfranchise
294:17
engage
206:12,23
   207:2 214:9
   317:24,25
engagement
199:18
engaging
199:18
   310:24
English
221:12
   226:19
   227:17
   232:15
enhance
272:15
enhances
247:14
enormous
220:15
ensure
204:9,9
   214:14,15
   225:9
   229:16

301:14
303:12
ensured
301:12
ensuring
210:10
enter
210:10 276:6
   276:21
entered
215:8 240:8
enterprising
243:4 247:1
entertain
276:13
entities
276:7,8,23
entitled
343:6
epidemic
320:2
equipment
249:25
erase
333:12
erect
295:21
   302:16
erecting
304:5
Eric
205:1,8
errors
221:16
especially
220:5 237:17
   312:13
   315:21
   318:4
ESQUIRE
344:6
establish
225:11
   276:18
   283:23
   284:7
   303:11

established
218:11
estimates
280:4
et
225:1,1
   227:11,18
ethnic
220:8 303:8
ethnicity
303:23
evening
238:22
   300:22
   317:6
   341:25
event
213:10
eventually
298:24 299:1
everybody
199:1 217:6
   225:8 266:3
   269:10
   270:25
   297:17
   307:1 309:1
   320:3,3
   330:23
   331:7,10
   339:25
   340:7
evidence
212:19 213:7
   230:24
   298:6
   317:17,20
   320:18
   329:16
evidently
228:6 247:4
evolution
303:24
exact
224:4 228:21
   247:8
   339:12
exactly

208:10 224:4
234:13
314:21
315:21
317:20
328:17
examination
211:22,22
   213:14,17
examining
201:6
example
208:8 211:10
   212:9
   221:22
   223:5 224:1
   226:22
   265:24
   281:9,13,25
   285:19
   287:18
   300:15
   321:8
exception
223:23
exclusively
240:7
Excuse
293:8 302:15
   328:19,22
exercise
207:8 304:3
exercising
231:5
exericse
199:6
exhibits
300:17,18
exist
200:13 267:3
   273:20
existing
236:15
   273:12
exists
228:7 272:24
exonerated
330:23 331:5

331:10,14
331:16,18
331:23,24
Exonerates
330:24
expansion
303:21
expedient
283:2
expenditures
303:16
expense
220:4,12
experience
199:10 213:6
   214:2
   220:17
   287:4 330:2
experiences
199:18
   293:23
experts
327:3
Expiration
344:5
expired
236:20
explain
238:15
   239:13,20
   275:6
   314:15,18
   314:20,24
explained
273:1
express
264:6 302:10
   311:12
expressed
301:6
expression
303:21
extent
208:24
   209:11
   222:12
   245:9
   255:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

257:23
297:21
298:5
321:25
**extra**
246:19
249:21,21
269:13
270:17
**extrapolate**
295:17
**extremely**
206:9
**eyes**
203:12
**E-trans**
343:15

**F**

**face**
224:3 282:7
**facet**
316:8
**facility**
199:12
**fact**
199:2 200:7
200:14
207:4
209:23
213:21
220:4
221:25
224:20
232:3,20
233:1
241:15
261:9 264:9
272:4,6
308:25
317:20
333:21,25
**facts**
206:12 207:2
207:12,22
208:22
213:14,17
214:12

**failure**
259:23
**fair**
214:18
323:23
**fairly**
229:18
**faith**
248:8
**fake**
293:11,15
**falling**
295:1
**falsified**
247:23
**falsify**
328:2
**familiar**
208:17
227:14
317:3
330:13,19
**families**
235:14
334:10
**family**
324:2
**fantastic**
304:13
**far**
278:7 312:20
321:14
322:8,24
326:1 327:5
**fast**
290:16
**father**
301:8
**father's**
240:16
**fault**
269:6
**favor**
208:5 216:9
217:12,18
217:19
218:12

238:10
300:7
311:15
317:8
**favorable**
229:25
**favorably**
230:7
**federal**
339:5,8
**fee**
311:4
**feel**
208:19 212:5
223:22
293:4 316:9
341:24
**fellow**
199:8 200:5
203:19
**felony**
253:16,22
257:5,5,6
**FEMALE**
217:19
218:18
**fights**
334:7
**figure**
236:5 248:22
271:13
273:24
292:5 337:7
**file**
280:8,11
281:18
295:5,6,7
**filed**
261:5
**fill**
305:10
**filled**
305:1 332:10
**filling**
252:23 253:2
277:24
**financially**
343:22

**find**
206:9 214:20
214:21
250:18
272:12
281:17
289:13
297:16
313:15
332:9 336:6
337:17
**fine**
202:3 232:24
257:7
267:23
279:5 289:7
331:6,19
**finish**
331:15
**finished**
306:20,22
**finite**
286:2 291:12
291:14
292:3
**fire**
260:18
**FIRM**
344:5
**firmly**
333:11
**first**
227:3,15
234:22
244:3
256:24
261:17
279:25
281:20
287:2
290:22
306:6
310:14
324:16
333:4,17
**fiscal**
246:7 249:16
249:18

278:18,20
280:4
**fit**
241:16 290:3
298:15
**five**
251:20
293:13
294:25
337:6
**fix**
245:10
267:21
269:11
289:20
306:2
**fixing**
261:13
272:23
**Florida**
221:10
228:11,25
**focus**
298:21
**focused**
292:8
**fold**
206:14 241:7
**folk**
322:2
**folks**
250:15,22
254:8
285:24
291:10,12
295:15,22
317:15,25
322:7
**follow**
324:2
**following**
208:9 260:1
343:5
**food**
246:14
**forced**
223:24
**forefront**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034029

Hearing - Volume 2                                          April 7, 2009

359

235:18
**foreign**
220:7
**forenames**
235:8,10
**forget**
292:19 306:9
307:1
**forgot**
230:12
**form**
236:6 237:11
249:20
252:23
262:3
275:23
281:11
284:22
297:11
305:7,11
332:9 338:5
**former**
333:21
**forms**
233:2 261:23
284:24
291:19
**forth**
212:19
242:13
250:2
**fortunate**
203:18
**forward**
279:16
286:15
290:11
**fought**
311:10
**found**
212:13 213:7
270:7 276:2
305:4 313:8
332:12
**founded**
219:12
**four**
276:17

293:11,13
298:3,22
335:19,20
336:19
**fragmented**
237:18
**franchise**
303:22
**fraud**
240:19
246:17
248:6 253:7
256:6
266:21
302:23
312:16
318:4,17
319:5,6,12
319:17
320:2
323:16
324:15,16
324:21
329:14
337:17,18
**fraudulently**
246:17
**free**
220:9 311:6
**freedom**
311:11,12
**frequently**
220:24
221:14
222:23
225:23
227:6
**friend**
275:14 296:1
317:12
333:4
**friends**
212:7 213:2
315:18
316:10
**front**
229:11 254:2
264:16

294:1
317:13
318:3
332:17
338:19
339:25
**full**
302:10
**fullest**
213:23
**fully**
214:17
316:19
**fun**
334:8,8
**fund**
249:12
**fundamental**
303:21
**funded**
309:20
**funny**
309:1
**further**
208:3 280:13
282:10
343:18,21
**future**
284:18 311:2
319:14

---
                 **G**
**gain**
245:25
**gallon**
240:16,17
**Galveston**
313:7
**game**
312:10
**Garcia**
305:14,17,18
307:5,7,11
307:15,24
308:9,18,21
**gasoline**
240:17,18

**general**
205:2,8,10
206:5
207:24
208:1 209:5
288:12,13
288:18,22
288:25
291:23
296:7 310:6
318:8,11,11
319:11
326:10,14
329:18
**generally**
241:8
**Generals**
343:16
**General's**
317:24
318:13
326:23
343:9
**generation**
308:24
**German**
308:22
**getting**
215:16
245:13
247:25
251:15
252:11
261:13
263:1,2,3,3
271:10
296:7
306:20
318:24
320:24
**get-go**
199:11
**Gilberto**
341:13
**give**
201:1,8
203:24
206:14

218:20,24
220:14
222:5 224:3
227:16
228:21
241:21,22
242:8,8,10
242:18,20
245:18
251:23,23
251:25
252:7 253:3
267:9,10,19
267:20,21
267:22
270:16
271:5,6,15
277:1,7
279:22
280:24
284:14,18
285:4
289:19
294:1,10,13
294:14,14
296:25
300:14
316:20
319:3
320:15
329:22,22
332:15
335:4
336:21
338:6,7
341:8
**given**
200:20
222:21
227:10
234:22
265:5 330:6
**gives**
240:15 243:2
255:25
273:3
277:19
278:15



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006888

giving
232:12 264:1
 287:13
glad
296:8
gladly
305:2
glanced
203:8
go
200:10
 201:13
 203:22
 214:15
 223:24
 224:22
 237:5,9
 240:10
 242:5,16
 244:13,19
 248:3
 250:18
 251:2,14
 252:6,24
 254:14
 255:2 257:7
 257:11
 267:18
 269:25
 272:3 277:2
 278:5,8,14
 281:17
 284:7,10,13
 285:9,9
 288:17
 289:18
 292:20
 293:7,14,21
 294:2 298:7
 298:25
 299:10
 301:2
 313:11,12
 313:13
 314:6 324:9
 324:14,23
 327:20
 334:5,10

335:13
338:7,19,22
339:17
goal
214:20
goals
265:25
God
250:12 335:7
goes
226:22
 237:11
 262:11
 322:8
 323:19
 326:1
going
199:4 200:9
 203:13
 206:22
 208:13,20
 215:11
 237:23
 238:10,12
 238:13,23
 239:2,3,7
 242:14
 244:12
 249:7 250:4
 253:15
 254:9
 257:12,13
 257:13
 258:19,22
 258:24
 259:9
 264:20
 267:18
 269:3,20
 270:10,16
 273:7,11
 274:19
 284:18
 293:17
 294:8,17
 295:21
 298:25
 299:9 302:4

306:4,4,15
308:15
313:3,3,6
313:17
314:1,10,15
315:3
316:17
318:23,25
325:5 332:8
335:1,3
337:25
342:15
goner
242:23
good
199:18
 204:25
 208:9
 211:17
 217:7 248:8
 251:6
 252:13,17
 252:18,19
 261:14,17
 278:11
 289:22
 294:19
 308:10
 311:22
 315:4
 317:15,25
 329:21
 334:16
 338:17
 341:25
Gosh
228:23
gospel
213:13
gotten
199:5 239:23
governed
226:12
government
217:7 224:25
 225:7,9
 228:14
 241:12

267:18
276:8,23
283:11
294:8,9
295:22
302:20
328:3 339:5
339:8
grand
206:18
 210:17,19
 210:25
 211:1 318:3
 324:19
 326:17
grandfather
311:10
 334:14
grand-daddy
335:12
granted
199:2,4
grants
276:5
Graphics
340:24
grateful
199:10
gratified
200:6
gray
327:22,25
 328:11,13
great
213:5 220:11
 240:25
 290:10
 293:5
 296:18
 303:23
 306:20
 307:3
 312:19
 317:16
Greg
326:10
grocery
255:23

group
200:1 202:17
 216:9 220:8
 275:9
 291:12,14
 312:6
 337:18,19
groups
309:19
 312:23
guess
222:11
 224:14
 243:25
 244:1,6
 247:3
 248:16
 255:18
 279:11
 312:5,11
 318:12
guilty
212:3 319:23
 331:3,13,19
guy
244:7 249:6
 255:1
 263:24
 264:7
 297:23
 298:22
guys
199:13
 319:14

─────── H ───────

half
220:6 317:22
hand
243:13
 255:14
 292:12
 320:20
handed
248:24
handgun
231:24
 281:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
  287:17            267:7             323:1            291:14,22          328:23,23
handing            269:12            335:15           293:3              329:9
  248:21           270:14           338:22           298:22             330:14,18
handle             290:8            343:12           329:19             330:24
  257:18 271:1     313:25          heard            333:15             331:2,6,12
  271:25          harm              202:22 206:2    helping             331:18,24
hands              325:10           212:17          296:3 307:13       332:1,2
  272:13          Harper            215:18          helps              Hidalgo
handsome           215:1            250:20          291:24             205:24
  244:7           Harper-Brown      258:2           Hester             209:14
hanging            329:2            282:13          298:23             342:8
  286:25          Harris            291:9 292:7     Heston             high
happen             206:3,5          295:16          200:17,18,22       309:3 312:5
  201:16 236:7     209:14           297:9 298:7     200:25             312:9,14
  262:13           215:10,11        298:14          201:3,7,10        314:22
  320:19           258:3 260:3      301:6           201:12,16         higher
  322:6            260:6            305:23          201:19            220:7 232:6
  340:17          harsher           336:3           202:3,13,17       250:6
happened           264:18           340:12          203:1,5,8        Highway
  225:23          Hart             hearing          203:12,17         310:5
  236:24           340:24           206:10          204:3,5,11       Hill
  263:13          harvesting        215:19          204:15,18         311:24 312:3
  311:7            320:1 323:20     218:25          204:22,23         312:3
happening         hate              231:9 275:3     hey               314:12,14
  232:21           200:19           299:22          200:8 242:17      315:15,19
  251:15          hats              335:5           242:18            316:4,12
  270:15           305:18           340:10          257:21          Hinajosa
  306:1           HAVA             hearings         259:5 260:4      341:14
happens            280:21 303:2     203:3           281:20          Hines
  241:13          HB               heart            294:13            310:4 321:20
  258:10           243:15           296:19          313:11          hire
  305:25          head             Heffer           Hicks            324:8,11,22
happy              225:21 233:9     204:2,3,6,12    304:16 309:8     Hispanic
  207:17           278:24           204:16,19       309:10,12        229:23 236:7
  276:13          headed           Hefler           309:12          history
  279:22           255:7 299:2      235:22,23       311:17,22        224:19
  286:8           heads             289:24,25       317:8,11,11      271:16
  329:25           237:24           290:5           319:22          Hobson
  339:10          health            298:19,20       320:8 321:9      238:21 275:5
hard               199:14          held             321:14           275:6,7
  261:6 283:15    hear              286:19 289:8    323:2,4,7        276:15,16
  283:20           215:6 239:1     Hello            323:10,13        277:19
  301:7 307:3      239:2 257:6      300:11          324:4,7,11       278:11,19
  314:7,20         282:12          help             325:1,16,25      278:25
  322:17,19        297:21           216:21          326:4,11,15      279:16,17
harder             299:13           225:18          326:21,25        280:17
  260:19           300:2            250:24          327:9,13         281:7
  261:10,12        322:23           273:25          328:11,22        282:11
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034032

283:5,6,13
283:18,21
284:9
285:10,13
285:15
286:8,14,19
287:3,23
288:1,4,10
288:13,16
288:23
289:4,10,16
289:22
290:6,15
291:17
293:8 294:6
294:22,24
296:22
297:13,19
298:13
299:13,16
299:18,23
299:25
**Hofburg**
229:11 231:8
**hold**
211:11
245:11
**hologram**
245:12,13
**Homan**
198:13
**home**
248:17,19
249:3 253:1
263:18
264:25
265:17
278:10
282:12
293:5
310:19
334:5 337:4
337:5
342:14
**homeless**
263:24 264:7
297:23
298:22

**homes**
243:22
268:22
310:20
324:9
**honest**
316:1
**honestly**
312:15
**hoops**
200:4 251:20
**hope**
207:13
256:19
302:2
315:13
316:11
332:18
342:14
**hopefully**
256:20
**hopper**
229:25
**Horne**
324:12
**horror**
264:11,14
**hospital**
242:22
**hostile**
334:8
**hour**
317:6
**hours**
238:17
271:24
317:13,14
340:8
**house**
198:1 239:11
239:18
245:15
274:16,22
274:25,25
275:4,19
276:5
292:21
299:14,20

300:1,3
317:16
334:18,20
343:6
**Houston**
208:15
337:23
**huge**
256:5
**hugely**
203:18
**hundred**
213:16
271:19
335:8
**hundreds**
239:24 242:6
319:8
**hung**
296:9
**hurdle**
270:17
**hurdles**
224:2
**hyphen**
229:2,2
**hyphenation**
221:18

---

**I**

**ID**
218:7 219:18
219:23
220:5,11,14
220:18,23
221:9,21
228:2,4,25
229:2
230:16
231:24
232:5,23,23
233:2
234:12
236:16,17
236:22,23
244:3,8,8
247:5
250:18,23

255:1
256:18,25
257:3,11
261:23
268:4,17
270:3
271:15
274:17
275:14
277:4 278:3
281:11,14
282:14,15
282:15,17
285:6,7
288:9 289:9
289:15,17
289:19
291:5,6,15
291:19,20
291:21
292:5 293:2
293:3
294:10,13
295:3,23
296:3
297:12
298:25
299:5,5,6
301:4,4,12
301:13
302:22
303:4,7,11
306:9
307:22
308:11,12
311:15
320:12
322:8,10,12
329:10
333:2
335:19
337:24
338:6
**idea**
263:25
296:18
314:21
**ideas**

290:20
**identical**
247:7
**identifiable**
273:15
**identific...**
201:14
224:10
227:24
231:25
236:6 254:7
262:3 263:4
264:10
268:1,1
270:21
271:3 272:1
272:5,7,8
272:12
275:20
276:17
283:10,12
283:16
284:2,11,22
284:24
285:1
293:18
311:4 338:9
339:3,23
341:1
**identific...**
202:20,24
339:18
**identify**
203:3 272:22
324:16
**identifying**
265:8
**identity**
223:8 224:16
225:7,13
231:18
236:18
276:3
303:11
326:1
**IDs**
220:9 221:14
244:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034033

Hearing - Volume 2                                           April 7, 2009

363

```
   283:17          303:15          205:23          inexpensive     inspiration
ID's              implications     303:22          276:11          315:14
297:6 300:16      246:8           included         influence       instances
   301:7          important       231:17 234:8     200:11,16       209:8 320:23
   338:20         204:7 223:21    including        310:25          instantly
II                340:3,6         199:20 221:6     influenced      247:22 255:6
301:9             impossible      300:21           199:20          institution
illegally         310:9           312:23           influencing     339:5
257:3,3           impression      inconsist...     310:25          instructed
   327:8,12       199:21,22       221:14           information     289:3
   328:7          211:18,23       incorrect        240:5,6,25      insufficient
imagine           231:1 236:1     221:18           241:8          271:9
256:10 263:5      236:2           increase         244:13,16      integrity
immediately       improperly      251:17           244:20         206:16
241:3 247:18      221:18          313:24           247:9,16          239:23
   247:19         improve         314:11           252:11            240:23
   262:22         304:4 312:20    increased        256:23            242:13
   263:4          improves        232:13           260:8,10          248:1,20
immigrants        248:1           independent      266:14            251:9,17
234:17            improving       205:25           269:2 277:5       253:4 254:4
immigrated        313:2           indicate         286:12            255:8
227:4             imprudent       341:19           292:10,10         256:17,24
impact            240:16          indicates        292:13,22         269:6 270:3
199:6 207:25      impunity        297:22           341:6             273:2
   222:3          255:13          indication       informed          274:20
   230:21         inadequate      321:13           319:13            287:10
   280:4          300:14          indicted         infringe          301:14
imperial          inappropr...    331:2            294:8             311:8 327:5
224:18            206:23          indictments      initiatives       329:12
impersona...      214:13          318:8 319:22     280:6           intent
251:14,16         Inaudible       326:16           injured         199:24
   321:14         209:20 219:2    individual       203:18            274:12
impersona...      234:21          206:11 210:6     injury          intention
211:21            286:20,21       211:10           199:12          217:6 299:20
   212:11,19      286:24          275:22           innocent        interchan...
   213:8,22       287:1 288:6     individuals      212:2           234:23
   253:12,14      288:9,15        309:19 327:3     innovative      interest
   256:17         289:14          individual's     273:5          200:10
   273:2          304:24,25       311:12           inpersona...    interested
   302:25         312:24          indulge          320:9          289:21
   305:24         318:5 332:3     210:9            inside            297:24
   307:17         332:7           indulgence       206:17 319:1      298:16
   320:6          incident        207:1 209:18     323:17           340:10
impersonator      320:17          209:23          insignifi...      343:22
310:10            321:15          ineligible       295:15         interesting
implemented       325:1,7         300:24           insofar        295:4
303:2,13          include         322:13           248:7          interfere
implementing      202:24                                          207:7 215:24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034034

Internati...        309:13              313:8               304:21              304:16,18
324:13              312:11              314:16              join                309:8,12
interrogate         315:12              336:2               222:13              keep
324:10,23           318:2               items               joined              201:22 220:2
interrupt           320:13              208:22              215:1               221:4 223:3
200:20              in-laws             232:13              joke                224:25
intervening         311:21              251:6               295:18              226:18
234:7               Ira                                     Jonathan            258:13
interview           310:11              _____ J _____   311:24 312:1        262:11
215:23              irregular...        Jackson             312:3               305:25
 324:17             309:14              287:1               judge               307:3
interviews          isolated            jail                211:11              334:15
324:18              320:17              253:15 273:8        321:19,21           key
intimidation        issue               331:20              322:3,4             334:20
310:24              205:17              James               326:7               338:15
intricacies          212:18             332:5,6,22          340:19,21           keys
232:17               215:11             Japanese            jump                334:23
introduce            229:14             221:11              200:4 251:19        Khmer
301:25 302:7         230:1,14           226:15,16           313:17              229:7
investigated         236:14             229:7               juries              kick
322:18               237:3 240:1        Jay                 318:3               335:21
investiga...         241:12             310:19              jurisdiction        kid
319:5                242:2              Jim                 328:15              334:5
investiga...         244:25             243:12              jurisdict...        kidding
205:22               253:11,13          251:21              250:5               251:2 296:9
 206:13,21           257:9              255:1,2             jury                kids
 207:3,6,13          259:12             259:14              206:18              293:14 313:9
 207:23,25           269:7,8,9          job                  210:18,19          313:11
 208:24              272:19             204:25               210:25             314:3,5
 215:21,22           273:17              257:25              211:1              315:23
 215:25              277:18              258:17              324:19             334:5
 318:7,15            297:3 312:8         260:5,14,17         326:17             killed
 324:18              312:17              260:19,20          justice             310:4
 326:16,17           313:1,19,20        260:20,23          205:9 221:7         kin
 327:1               314:17             260:24              228:10              322:2,6
investiga...         325:6 334:4        269:14              253:16             kind
205:19 206:4        337:13              303:18              254:3               201:22 209:3
 206:9,16,17        issued              304:13              309:23              222:21
 208:18             271:6 275:24        306:20              justify             224:10
 209:12             286:11              307:3 315:4         273:24              225:5
 210:2 318:1        339:4               317:16                                  227:15
investigator        issues              326:6               _____ K _____  230:9 286:1
324:9,12,23         224:6 232:9         327:19              Kansas              312:5,15
investiga...         232:11             334:15,16          321:4               313:8
206:8 213:19         239:22             341:3               Kathy               322:24
 324:13              241:19             Joe                 221:24              327:2,5,22
involved             250:14             324:12              226:22,23          328:11
209:9 215:20         290:20             Joey                227:5              kinds



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034035

```
  199:1 232:2        256:13,13       knowing          309:4            learned
kinfolk              257:8,12          314:5          laundry            240:20
  321:19             260:4,5        known              339:22            323:16
King                 261:6,7,11       330:15         law                 336:15
  200:13             261:25         knows              202:9,12        leave
knew                 262:10           331:8,10         210:20            208:14
  340:20             263:6,11       Korean             211:17            211:23
knock                265:15           221:11           212:3 218:6       213:25
  334:6              266:5,19,19      226:15,17        220:19            214:11
know                 267:1            229:6 235:3      230:5,15          216:19
  199:24 200:5       268:11                            232:18,18         236:1
  200:13             271:14          _____L_____  257:23            238:14
  201:20,21          273:7         lack               259:1,19,20       239:8
  201:24             278:19           212:18           259:23            274:13
  202:4,10,15        279:6,9,18       309:17           260:1 272:8       299:20
  215:11             279:19         lady               273:12           310:10
  216:21             281:8,19         298:7 310:18     301:4            338:23
  217:8              282:14,19        318:9            309:18,23         341:14
  223:17,20          286:2 287:1      327:16,19        328:14         leaves
  224:6              288:25         laid             Lawfully           211:19,23
  226:21             289:20           253:16 254:2     303:15         leaving
  228:23,23          292:24         Lamar            laws               318:24 325:5
  230:12,15          293:16,17        330:7            220:18 221:9   led
  230:17,19          296:12,13      laminate           228:25           199:16
  230:22,25          296:19           241:6            257:16           236:16
  232:11,15          299:3 300:6    language            303:19        leeway
  232:17             305:24,24        226:3 231:17     318:14           330:6
  233:4,6            306:11           237:18,19      lay               left
  234:11             308:10,11        237:21           238:25 239:3     240:9 274:25
  235:17             308:14,22        283:8            239:8,16         310:21
  236:14,18          308:24           316:21           241:9         leg
  236:22             309:17,20      lap              lays               216:21
  237:6,16           312:9,12         290:14           239:11,18     legal
  240:7,8,9          313:12,15      large              275:4 300:1     209:15,22
  240:19             313:16,24        237:15 290:4   LBB                210:17,22
  241:1,5,11         314:4,18,23      290:5            311:3            211:2 237:2
  242:16             321:18         largest          leader             322:11,15
  243:2,3,3,8        322:9            327:25           311:13           328:4
  244:1,17,22        323:23         late             leadership         342:11
  245:14,22          326:22           199:24,25       313:23         legalese
  246:13,15          327:9 330:8      304:24         League            220:17
  246:21             333:18           317:6           301:21 302:9   legally
  248:5,19           334:2 336:8    Latino             302:18,24        211:14
  250:8,15           336:9            235:2,7        League's           220:25
  251:4,6,21         337:24         laud              302:10         legislation
  252:1,16           338:2            295:23,23      learn              202:8 206:3
  253:3,6            339:21         laugh             226:2 227:14      206:10
  254:20             340:7                             227:17           207:8,10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
208:20              230:18              216:17              229:1               Lone
210:12              231:24              245:12              little              246:11,12,18
216:23              236:19              272:6               207:14 213:7        253:5,6,9
222:2 230:7         237:4               likelihood          219:11              256:9
239:4,8             242:17,21           232:13              233:6               long
271:4 278:1         242:23              likewise            256:21              199:24
278:5               243:11,17           311:15              272:19              203:16
296:20              243:18,24           limit               294:18              287:21
335:21              244:5 245:7         208:5               311:23              290:7
legislative         252:6               limited             322:19              330:10
280:6               254:13              220:17              328:5               333:4
legislature         256:10              285:24              340:25              336:17
244:4,9             262:1,14,16         Lincoln             live                339:22
258:22              262:22,24           325:2               199:7 201:21        look
318:5               266:18              line                242:1               200:8 203:6
legitimate          268:7,13,14         260:16              243:22              230:1,6
267:12              270:20              296:14              307:25              231:9,14
lengthy             277:3,12            301:11              315:22              232:12
313:4               279:3               318:25              318:18              249:16
letter              281:14,15           320:7 321:5         328:15,16           255:24
231:2 279:20        285:22              332:17              332:25              256:19,20
285:20              287:16,17           lines               lived               257:15
292:17,19           287:18,22           230:7               328:4 333:17        258:18
294:20              290:2 291:6         list                lives               282:4
letters             292:4               202:20,24           272:17              284:21
221:18 230:9        293:11,16           203:7               301:11              306:11,14
let's               293:18,19           208:15              320:16              308:13,14
251:17,19           295:8,11            231:8 260:2         living              308:14
255:2 259:2         307:20              260:3 276:2         214:2 252:22        312:15
259:5,6,10          316:3,4             284:13,21           277:24              338:15
260:18,19           318:22              298:9               310:25              looked
260:19              336:10,13           300:24              loaf                202:19 232:4
273:8,12            336:18              316:22,23           255:22              259:7
293:19,19           licensed            316:25              local               316:21
294:1 302:4         318:25              317:3,4             224:20 250:5        324:15
304:4 341:8         326:19              339:17,22           locate              looking
level               licenses            listed              310:9               220:3 229:12
212:8 231:10        277:17              231:23 233:7        locations           250:9
250:6               315:18,24           listen              281:25              290:11
273:18              315:25              199:9 212:21        289:12              305:6,13
280:16,21           316:9               238:22              326:3               312:19,20
levels              lie                 listening           lodge               327:5 330:3
302:20              314:1               222:10              200:10              337:25
license             life                301:16              logical             looks
201:24 202:2        199:18              literacy            280:21              245:1,4
202:8,11            lifetime            271:18              Lois                loop
221:24              271:18,19,20        303:25              275:10              248:20,24
227:2               light               literally           296:22              Lopez
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 7, 2009

| | | | | |
|---|---|---|---|---|
| 218:17 | 337:10 | mail-in | 205:17 | 263:9 264:2 |
| 238:8,9 | lots | 212:10 | married | 264:3 |
| lose | 271:23 | 243:21 | 333:18 | 269:12 |
| 241:2,9,15 | 297:22 | 319:6,6,23 | master's | 278:7 |
| 245:21 | love | mainstream | 199:14 | 281:17 |
| 247:17 | 295:1 311:21 | 291:24 293:4 | 235:16 | 282:3 |
| 249:1 340:1 | low | major | match | 295:19 |
| lost | 254:23 259:8 | 334:4 | 225:25 | 296:24 |
| 223:2,21 | lower | making | 310:14,16 | 298:25 |
| 232:18 | 281:6 | 211:15,16 | matches | 308:23 |
| 235:14,16 | LULAC | 257:1 | 303:3 | 312:21 |
| 247:18,19 | 304:22 | 266:22 | matching | 314:1,7,16 |
| 248:11 | lunch | 267:6 | 221:3,9 | 315:1,20,25 |
| 256:20 | 321:25 | 269:13 | 228:21 | 333:3 |
| 263:12 | Lynn | 285:17,17 | 236:12 | 335:10 |
| 294:22,23 | 215:1 | 292:15 | matter | 338:23 |
| 301:1 302:5 | Lynne | 312:20 | 200:9 205:15 | 340:4,18 |
| 311:13 | 198:13 343:3 | 313:14 | 266:1 | meaning |
| lot | 344:4 | malfunction | 272:10 | 280:9 |
| 222:25 223:2 | | 202:5 | 331:12 | meaningless |
| 223:4 | **M** | mall | matters | 241:23 |
| 224:12,23 | M | 262:10 | 205:18,21 | 271:13 |
| 225:24 | 198:13 | man | 206:2,13 | means |
| 226:20 | machine | 243:25 315:6 | 207:2,5,12 | 227:23 299:6 |
| 227:21 | 269:23 | mandated | 208:22 | 300:25 |
| 228:11 | 306:22,22 | 271:4 | ma'am | meant |
| 230:17,23 | machines | mangled | 299:24 | 296:20 |
| 232:12,18 | 249:12 | 228:13 | 304:15 | mechanical |
| 237:19 | mad | manic | 315:15 | 269:23 |
| 250:9 251:5 | 289:14 | 337:8 | 316:12 | mechanism |
| 251:5 | Mafia | manner | McLennan | 264:14 270:6 |
| 268:11 | 247:3 | 199:11 | 312:4 313:7 | 272:2 |
| 272:17 | magistrates | 213:18 | 314:2 | 297:16 |
| 275:16 | 224:20 | 283:2 | mean | mechanisms |
| 279:10 | magnetic | 303:19 | 200:10 203:2 | 246:15 267:2 |
| 280:5 | 240:24 243:1 | manners | 209:23 | medical |
| 287:13 | 244:16 | 251:12 | 225:20 | 336:22 337:8 |
| 293:9,22 | 265:7,10,11 | map | 228:9 | Medicare |
| 295:24 | 265:12 | 259:3 | 230:11,21 | 339:20 |
| 297:22 | mail | March | 235:13 | Medina |
| 298:14 | 241:4 248:9 | 279:21 | 244:18 | 217:17,22,22 |
| 306:3,15 | 252:23 | 300:15 | 246:11 | 217:23 |
| 307:24,25 | 261:20 | Marilu | 247:3 | 218:1,5,13 |
| 308:3 | 263:12 | 216:8,12 | 249:19 | 218:15 |
| 314:15 | 277:25 | Marine | 250:9 | meet |
| 315:23 | 310:12 | 334:12 | 257:10,12 | 237:20 |
| 319:15 | 311:2 330:1 | mark | 260:16,21 | 335:13 |
| 330:6 336:2 | | | 260:23 | meeting |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034038

Hearing - Volume 2                                    April 7, 2009

275:12
member
310:24 324:2
members
201:1 203:19
203:25
207:13
216:25
218:10
222:4
235:21
238:12,15
238:15,16
239:22
274:1 275:7
292:2
299:12,19
301:17
302:5
304:11
307:5
311:18
315:5
316:13
322:21
329:6,6,6
331:25
341:9,10
mention
215:9 230:12
306:13
mentioned
287:24 288:5
mentioning
206:6
merge
277:11,14
280:1
merged
281:15
merry
269:25
mess
260:23
methodology
291:16
methods
276:18

283:23
Mexicans
306:11 309:3
Mexico
219:21
mic
322:24
338:19
Mica
300:6
Micca
300:5,11,11
middle
199:15
Mike
287:1
Miles
310:11,18
military
301:9
million
240:4 270:16
270:22
295:13
millions
241:21 242:6
245:17
253:8
mind
202:14 220:2
221:5
279:12
337:20,22
337:24,25
minds
273:22
mine
262:20
263:12,13
275:14
288:10
minor
199:14
minorities
303:9
minute
238:24 255:2

minutes
203:13 248:4
282:21,22
mis
232:13
misplaced
247:18
missed
291:7 315:16
missing
300:20
Mission
342:8
Missouri
334:13
337:15
338:3
mistaken
325:25
misunders...
327:14
misused
301:13
mis-spell...
229:17
mis-under...
220:24
232:19
modificat...
333:3
modify
280:10
Molina
341:18
moment
305:3
money
240:15
249:12,22
254:15
256:7
262:15
280:5,18
289:14
294:17,18
303:16
306:15,16

322:19
339:1
monitor
259:11
monitored
225:10
month
259:1 260:3
260:6,13
339:10
monthly
258:10,20,24
259:11
270:8
months
263:6 296:24
340:4
Moore
281:9
morning
205:12,14
207:15
mother
321:16
motivated
203:22
motive
288:8
Motor
242:15 245:2
245:7
254:14
mouth
314:8
move
224:24 255:4
255:6
258:14,14
313:7
moved
275:3 299:22
moves
274:25
moving
223:20
multi
240:4

multiple
221:12
municipal
206:1
Munoz
318:5
myopically
292:8

_____
|       N       |
_____

NAACP
324:25
325:15
name
205:5 216:11
216:12
217:21,22
217:23
219:4,5
221:3,9,19
221:23
226:6,9,19
227:10,13
227:23
228:4,5,22
229:18
230:9,18
231:22,24
234:22
235:13,14
235:16,16
235:17,17
235:19
236:3,4,23
236:24
237:1 240:3
254:25
265:12
268:15
269:20
275:10
276:2
284:13
285:2 300:9
300:11,21
305:16,17
308:3 309:2
309:10,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034039

309:10,12
310:14,17
310:19
312:1,3
317:9,11
318:9 332:4
332:5,21,22
341:5 342:1
342:5,7
named
308:25
names
221:11,13,17
221:20,21
225:22,25
226:21
227:5,15
228:3,13
231:13,21
232:25
233:2 235:2
235:3,7,13
258:4 267:3
267:4
300:21,24
308:11,22
308:25
309:4
national
219:12,16
232:2
273:18
337:5
native
236:8
naturalal...
222:19
naturaliz...
220:10,12
222:22,24
223:5 224:5
233:15
234:9
naturalized
220:6,16
222:20
223:17,19
224:3

232:14
234:1,17
nature
200:24
necessarily
220:1
necessary
253:3 261:22
274:11
278:2 297:7
312:18
341:1
need
204:9 206:15
208:21
210:11
225:12
228:15
231:14
237:8 243:3
245:16
249:13
251:22,24
258:12
259:2
262:17
271:14
280:1
282:19
284:23
287:19,20
292:5
299:11
306:14,16
306:17,18
315:24
341:3
needed
237:1
needs
213:13,17,17
225:16
230:6
295:22
329:3
negative
312:13
neither

343:18
nervousness
301:16
neutral
205:3
never
212:13
250:19
279:11
288:20
289:3,7,15
305:22,22
305:23
310:17
324:5
326:11,13
337:23
nevertheless
203:14,17
new
209:6,15
210:8
219:21
229:10,20
229:22
230:25
231:4 232:8
232:21
233:3,10,13
233:18,21
234:1,6,15
234:18,20
234:25
235:4,7,10
235:12
246:6,21
247:6,13
248:7,15
263:2 268:7
268:20,23
278:22
283:4
286:17,19
286:22,23
287:15,19
287:21,25
288:3,5,12
288:15,20

289:2,6,11
290:4 294:5
294:10,23
294:25
295:25
296:18
297:2,14,20
302:12
304:15,24
305:4,8,12
307:7,13,16
308:8,16,19
309:6
316:15
332:3
news
215:15
newspaper
271:14
newspapers
209:10
214:10
258:4
nice
327:19
Nichols
205:1,7,8
207:20
208:2,10,13
209:11,17
209:25
210:14,19
210:24
211:6,16,25
212:16,23
213:15,24
214:4 215:5
215:9,15
216:6,7
night
215:4 232:5
235:8 258:2
300:18
non
339:17
non-photo
231:25
234:12

283:17
non-photo...
316:23
normally
226:23
note
246:7 249:16
250:25
278:18,20
noted
225:23
notes
249:18
notification
233:14
number
206:15,17
212:17
223:18
224:4
231:10
238:19
239:5 241:2
248:17,18
248:19
249:3,8,11
250:4,5
266:13
269:24
275:19
285:22,23
285:25
286:2 291:4
291:5,25
292:1 293:1
293:1 295:1
295:2,6,10
295:11,12
295:13,15
339:18
numbers
295:18
numerous
220:21 221:7
222:1
nursing
243:22
268:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034040

342:14
N360
233:16

--- O ---

oath
309:18
obituaries
258:4
objection
297:8
objections
275:2 299:21
Objective
342:10
observations
295:5
observe
326:5
observed
328:12
obstacle
252:3
obstacles
306:8
obtain
220:5,11
223:25
276:18
283:9,23
obtained
228:4
obtaining
220:10 228:2
253:21,22
254:1
273:10
obviously
228:16
229:22
237:15
277:10
314:16
329:9
OCA
219:12
occur

255:12,12
occurred
205:23
213:22
321:4
occurring
321:13
odd
250:22
odds
257:11
offers
303:10
office
205:2,9,19
206:4
229:14
280:23
283:14
315:3
317:24
323:6,15
326:24
333:13
334:20
343:9,16
officed
334:17
offices
334:21,23
official
222:24
280:20
officials
303:17
314:19,20
330:19
oh
223:15 242:3
250:12
257:6
284:15
294:3 302:6
326:4,21
okay
201:18
202:19
203:5,17

216:19
217:10
218:20
219:10
222:10
224:15
228:15
233:10,18
234:15
238:7 239:2
239:5,18
247:2
251:25
256:7,21
257:10,14
257:21,23
260:7 265:3
267:23
273:8,12
277:10
278:22
287:21
289:6,6
290:15
291:4
292:19
296:5
299:17
302:6
304:23
305:4,5,7,8
320:4
322:23,25
325:23
327:15,20
330:6
331:25
332:4
333:14
336:1,4
337:2,9
339:13
342:12
old
243:4 250:19
261:7
307:25
312:7

337:20
once
254:11,17,19
267:22
311:13
onerous
219:19
one's
233:22
one-off
281:3
ongoing
205:18
206:16
207:23
208:17
209:12
215:24
318:1
open
294:20 300:2
303:5,5
opened
203:12
opinion
255:11
309:22
322:11
331:13
334:1
opponent
287:5
opponents
212:25
opportunity
201:8 203:25
204:22,24
218:21,24
256:1
272:17
274:8 304:7
332:16
341:8
oppose
299:1
opposed
286:6
opposition

302:12
optimal
290:24
order
224:10
225:13
264:21
265:17
272:7
316:18
organization
199:16
218:23
219:6,12
organizat...
219:17 221:6
organized
309:20
organs
242:18,20,24
ought
202:23 269:3
315:1
ourself
335:14
outcome
343:22
outreach
237:14
outside
206:18
215:20,22
outstanding
298:4
overcompl...
240:1
overflow
222:6
overlap
232:10
overlooking
325:21
overnight
317:15
overseeing
308:5
owls



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034041

213:3
342:10

**P**

Pacific
219:15
pack
263:24 264:8
264:8
297:24
336:16
package
201:22
page
276:16
294:21
paid
257:6 270:8
panel
201:2 203:25
266:3
panelists
307:2
paper
212:5 214:1
223:9
245:18,23
252:1 270:4
310:9
papers
211:20 213:9
223:20
234:10,12
pardon
339:15
parents
223:5,10
333:18
part
208:16 230:1
230:14
240:16
254:12
258:18
266:4,20
275:20,22
293:5
320:14

321:7
participate
224:11
225:13
253:24
315:13
participa...
302:11,13
303:25
304:5
particular
199:4 205:13
207:10
208:19
221:2
236:22
321:6
particularly
209:13
219:19
220:16
221:10
232:14
parties
289:18
333:22
334:1
343:20
parts
221:12,19
235:3,6
party
315:10
318:21
323:17
333:19,24
pass
216:21 218:6
235:23
252:10,12
277:22
311:16
passage
310:2
passed
321:17
passes
227:7

passing
252:11,12,17
269:7,10
304:6
passport
221:22 225:6
225:6 227:3
patient
305:6
PEÑA
210:16,21
211:3,7,18
212:6,21,24
213:21,25
214:19
217:3,5
peculiar
321:6
Pedro
218:17 238:8
penalty
286:3
pending
209:24
238:14
239:9
274:13
275:1
299:20
300:1
penicillin
243:10
penny
311:8
people
203:3 206:19
206:20
211:19
213:2,12
215:17
218:6,24
222:6,14
223:2,3,4
223:13,16
223:17,23
224:2,4
225:9 227:7
227:11,22

228:16
229:1 231:2
234:21,21
235:19
239:24,25
242:7
243:22
244:5,18
245:1
246:17
248:21,23
251:14,16
251:16
252:21
253:9,24
254:9,9,14
257:1,6,10
257:14,15
257:16,18
257:20,22
257:24
258:11,13
258:14,14
259:3,5,6
260:21
262:13
263:1,17
264:5 267:2
267:3,4
268:11,12
268:21
270:10
271:17,22
272:25
273:6,7,11
273:13,14
279:8 281:8
281:9,13,16
285:20
286:1
289:11,13
291:5,22,24
292:3,4,6
293:2,21,23
293:24
294:17
295:1,2,6
295:19
296:11

297:6,23
298:15,15
298:17
301:8 303:8
306:4,5,7
307:9,18
308:19
310:23
314:20
315:11,20
316:9,19
317:18
318:17
319:2,16
320:6,10,15
321:1
325:18
327:4
340:11
341:2,2
peoples
258:4 260:17
272:13
people's
267:4
perceived
284:17
percent
213:16
219:23
250:22
270:20
271:2,25
272:4
277:11
278:13
283:1 295:2
297:5,5,11
298:3,22
315:20
336:25
percentage
232:6 297:6
perfectly
232:15
period
224:18 263:8
275:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034042

286:4
**permission**
224:25
**person**
206:7 221:15
222:19,25
231:11
233:24
242:8 245:6
247:21,24
254:12
255:25
265:16
268:16
270:7
281:24
303:3 310:6
311:1 317:1
329:21
338:3
**personal**
311:4
**personally**
300:20 312:8
312:14
**persons**
210:2 212:2
212:17
303:9
**person's**
264:12
**perspective**
206:7 281:5
Peña
210:15 214:7
214:18
217:2,2
**phase**
281:12,16
298:24
**phased**
282:4
**phase-in**
262:18
**phone**
241:2 249:3
264:25
269:22

280:14
302:2 325:9
327:23
**photo**
202:20,24
219:18,23
220:9,14
230:16
231:24
232:23,23
234:2
236:16,17
244:3,5,8,8
250:18
251:24,25
262:7 268:1
268:4,8,17
270:20
271:2 272:1
272:4,7,8
272:12
275:19,22
275:23
276:17
278:3
281:11,22
282:17
283:11,15
283:20
284:19
285:7
289:17
291:5,15,20
291:21
294:13
296:3 297:6
297:12
299:9,11
301:1,4,7
301:12,13
303:4 338:9
339:17,23
**photograph**
268:2 276:4
276:19
277:7 278:9
279:5
283:23

284:2,19
286:4,12
287:20
288:2
316:22
324:3 339:4
**photographer**
278:9
**photographs**
276:9,24
277:21
278:14
**photos**
244:3 251:2
280:8
**physical**
199:14 246:8
**pick**
248:13
**picture**
233:22,23
234:3 240:3
240:14,23
256:18,19
256:22
262:11,11
277:5 279:9
282:1,21
289:9
335:18,19
341:6
**pictures**
277:14
286:25
**piece**
207:10
208:20
234:2
236:22
241:13
244:15
245:4,18,23
246:10,12
246:19
252:1
256:24
257:9 270:3
270:4

274:17
296:10
307:22
**pieces**
256:16
**piggyback**
295:25
**Pinyan**
226:14
**place**
199:4 200:11
214:12
246:16
256:4
261:17
275:21
280:21
293:5 294:2
296:20
300:14
302:23,25
303:1
304:25
307:18
314:20
325:18
**places**
220:15
237:19,19
250:2
264:16
268:22
324:20
**placing**
283:10
**plan**
294:6,7
**plastic**
241:13 245:4
246:10,12
246:20
247:9
**plates**
318:22 325:4
**play**
211:2
**plays**
283:14

**please**
205:5 216:21
219:3,10
300:9 317:9
329:7
332:21
342:1,12
**pleased**
302:9
**pleasure**
204:5 239:16
**pled**
319:23 331:2
331:13,19
**plenty**
314:16
**plus**
210:1 277:5
286:12
**podium**
305:2
**point**
209:13
213:16
222:22
224:7
230:19
231:20
237:22
238:24
250:21,25
252:15
264:15
267:12
272:3 291:7
328:12
340:11
**pointed**
210:12
**pointing**
237:25
**points**
221:25
**police**
260:13
324:24
325:13,14
335:3,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034043

373

policy
211:17
political
212:8 219:14
310:22
politics
212:9 213:11
334:13
poll
220:14
227:22,24
229:17
231:5
232:12
236:6
237:23
303:17
304:1
309:15
319:1
324:24
325:3,7,8,9
325:12,13
325:14,17
326:2,4
327:8,12,16
327:21
328:1,6,8,9
328:10
polling
200:11
220:15
228:5
237:19
269:17
294:2
302:23,25
307:18
314:20
326:3
polls
220:23 237:3
247:14
307:9 334:5
334:7 341:2
341:2
poor
261:7

pops
341:5
population
204:8 220:7
237:18,21
populations
261:8,10,12
position
334:1 335:1
possess
293:2
possession
279:19,22
298:11
319:23
possessions
264:7
possibility
236:14
possible
220:3
possibly
209:25
310:22
potential
205:22
240:19
248:5
potentially
264:17 295:2
pounds
256:20
precinct
254:20,22
269:17
276:2
292:21,22
300:15
305:19,21
305:22,22
315:22
322:13,14
322:14
325:2,3
340:17,19
340:20,21
340:22
precincts

318:23
preface
233:5
preference
208:10
prepared
263:19,21
316:24
317:2,19
present
234:2
presented
223:13 231:8
231:19
276:4
290:19
303:4 326:9
328:4
presently
228:7 333:10
president
338:2
presidential
321:8 335:20
presumably
278:1,6
presume
209:1
pretty
259:25
271:13
290:16
319:13
325:25
327:13
prevent
208:18 253:7
302:23
310:22
preventing
312:16
pricing
281:2
primary
206:5 288:7
288:21,24
329:15,17
339:24

principle
272:10
print
290:4,5
priority
317:1
private
202:25 298:8
324:8,11,23
Privit
301:20,25
302:2,8,8
304:14
pro
333:7
probably
203:13
212:25
230:23
240:15
241:6 247:1
247:1 260:6
261:9
262:21
274:9
278:23
293:12,15
328:1
333:23
probation
331:6,20
problem
202:6 215:14
221:3,10
225:22,24
227:6
228:11,12
230:17,20
232:22
235:1 238:2
243:25
245:9
254:13
256:5 269:6
269:10
270:10,18
271:9
272:10,22

272:23,24
273:1,1,14
273:15,16
273:21,22
273:23,23
273:24
277:13,16
286:24
289:8,11,15
301:24,24
303:1
312:16
337:6,7,8
342:15
problematic
220:5,16
problems
221:9 223:1
225:23,25
327:22
253:8 273:2
273:20
308:17
319:15
329:24
procedurally
274:11
procedures
275:21
proceed
219:10
245:21
306:18
316:17
317:7
342:12
proceeding
343:21
proceedings
210:19,25
211:9
process
199:4 200:2
215:21,23
231:12
237:9 247:7
251:10,11
263:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034044

| | | | | |
|---|---|---|---|---|
| 267:19,20 | 209:15 | protecting | 285:5,8,17 | 280:21 340:8 |
| 267:21 | 210:17 | 251:8 256:24 | 286:7 | pursuit |
| 269:11,11 | promise | 311:11 | 287:11 | 272:22 |
| 272:16 | 256:19 | protects | provisions | put |
| 275:20 | pronounced | 248:20 | 208:6 284:10 | 205:16 236:9 |
| 281:1 | 300:6 | proud | prudent | 242:21,24 |
| 301:14 | pronuncia... | 296:23 | 210:6 | 243:1,6,7 |
| 306:8 | 226:18 | 333:21 | psychology | 243:10,18 |
| 309:25 | proof | prove | 199:15 | 244:19 |
| 311:9 | 224:9 | 223:8 224:10 | public | 245:13 |
| 312:22 | proper | 224:16 | 199:23 | 246:16 |
| 313:3 | 214:12 272:1 | 225:13 | 205:17 | 251:25 |
| 314:13,23 | 322:10 | 236:17 | 206:10,24 | 252:7 |
| 315:13 | 330:10 | 241:25,25 | 210:4 276:7 | 254:13,21 |
| 319:25 | proponent | 306:1 | 276:12,22 | 261:2 |
| 323:16,20 | 235:12 | 322:17 | 301:7 | 268:25 |
| 323:24 | proportion | proven | 333:12 | 271:21 |
| 324:15 | 220:7 | 212:3 231:18 | pull | 272:1 |
| 325:21 | proportio... | 322:17,19 | 253:24 | 275:21 |
| 327:6 | 249:17 | provide | 259:24 | 277:2 279:2 |
| 329:12 | proposal | 207:1 209:19 | 288:18 | 279:3,4 |
| 330:20 | 264:16 281:6 | 229:14 | pulling | 280:16 |
| processes | 282:9 | 231:7 | 253:23 | 285:22 |
| 296:5 | 294:12 | 245:15 | punctuation | 287:21 |
| procuring | proposing | 264:12 | 205:16 | 289:14 |
| 257:3 | 266:2 279:24 | 269:2 272:9 | purging | 292:22 |
| produce | prosecute | 272:16 | 258:24 | 296:12 |
| 294:10 301:3 | 209:3 213:23 | 283:11,16 | 273:13 | 301:10 |
| produced | 309:17,21 | 299:6 | purpose | 313:18 |
| 329:16 | 318:14 | provided | 200:23 225:6 | 328:3,17 |
| produces | prosecuted | 220:9 274:8 | 226:20 | 334:9 |
| 284:3 | 251:15 | 281:21,22 | 235:20 | 335:22,24 |
| profession | prosecution | 284:25 | 252:2 258:5 | 340:18 |
| 212:1 | 319:18,19 | 340:9 | 290:1 | putting |
| professional | 323:23 | provides | 297:10 | 247:9 262:15 |
| 213:18,18,19 | Prosecutor | 262:3 266:13 | 311:5 | 271:17 |
| 215:21 | 212:1 | providing | 318:12 | 290:8 |
| Program | prosecutors | 267:14 270:2 | 324:17 | 292:24 |
| 242:15 | 206:8 213:19 | 295:22 | 339:24 | 294:11 |
| Progresso | protect | 297:10 | purposes | |
| 205:24 | 206:15 210:5 | proving | 227:12,24 | Q |
| 208:16 | 253:4 256:8 | 222:21 | 232:16 | qualified |
| 213:10 | 284:4 | provision | 236:18 | 303:14 |
| 216:9,20 | 287:10 | 208:8 225:21 | 237:2 | qualifies |
| 218:1 | 312:8 325:9 | 254:3 | 248:10,13 | 271:7 |
| prohibited | protected | 258:16 | 264:21 | qualify |
| 311:3 | 204:10 | provisional | 276:20 | 338:14 |
| prohibition | | 264:14 284:6 | pursuant | quantity |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
   240:25          322:21        Ray            really          208:9 263:17
question           323:3 329:1   310:19,20,24   231:16 233:1      267:5
201:4 214:25       330:5,9        318:9         241:15         Reba
  215:3            331:25         319:10        242:16         310:4
  231:15           336:5 341:9    323:12        249:7 251:4    recall
  233:5            341:10,10      327:14        251:16         233:8 258:3
  252:15         quick            330:13,23     253:11,13      receive
  270:11,14      246:6 283:4    reach           256:17         220:13
  270:24           307:7        291:8 292:5     257:10           247:19
  275:11         quickly        reached         265:24           269:1
  281:7 283:4    231:16         339:21          271:13         received
  289:25           253:11       reaches         274:17         247:21
  298:1,4,9        294:21       213:20          277:16           263:10,11
  315:9,17       quite          reaction        278:25           310:12
  324:2          203:15         243:9           282:10,19      receives
  328:21           248:22       read            287:12         277:25
  331:16,17        298:4        211:19 214:1    294:21         receiving
  337:18         quote            250:1 283:7   297:3          248:8
  338:19         226:21           321:4         306:14,16      recipient
questionable                    reader          306:17         246:14,14
336:23           ─────R─────    211:23          312:11         recommend...
questions        R              readily         321:7          306:19
201:2 204:1      288:24         222:15 223:4    325:19         recommending
  204:20           323:25         226:7         328:14         262:7
  207:16         race             266:17,17     333:25         record
  209:4,8        303:23         reading         336:6          205:21 215:1
  210:10           327:14,15    271:14 295:9    rear             250:25
  215:16         racial         reads           335:23           300:9 331:9
  216:3,5        303:8          212:5           reason            331:23
  217:1 218:9    Radio          ready           206:6,14         333:6,9
  222:5,16       299:10         317:17            208:23       records
  235:21         raise          real             209:22        215:17
  238:3          220:19         199:10 246:6      210:5          277:12
  247:25         raised           250:2          222:25        recount
  257:14         205:15           272:23,24      225:8 265:6   287:6,7
  260:25           230:14         279:1 283:4     270:6        refer
  271:20         Ramey            293:19,20       289:16       226:10
  274:1,3        218:22,25        293:20         291:4           234:12
  275:13           219:5 236:4    298:25        297:15         reference
  276:13         ran              327:18         321:18        206:2 215:18
  286:16         323:14         reality         323:11        refers
  299:12         random         320:19          326:5         233:13
  301:17         222:14         realize         336:15          234:14
  304:11         range          315:21          reasonable     refined
  307:6          221:17         realized        231:6 273:22   221:15
  311:18           293:13       199:13          reasonably     refrain
  315:6          rap              203:12        292:1          207:6 209:7
  316:13         329:5            337:4         reasons
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034046

```
  207:6 209:7        262:9 263:2      reliable          216:14            252:14,16
refreshing           265:4,16         267:25            219:4,5           252:20,25
233:9                266:14,22      reluctant           300:10,12         253:18,20
regard               275:20,23        320:19            305:19            254:17,19
230:6 231:6          275:24        relying             309:11            255:10,16
316:21               276:9,20,24      247:7             312:2             255:17,18
regarding            277:12,15      remedies            317:10            255:20,21
239:22               278:4            329:24 330:1      321:1,2           258:1,6,10
regardless           280:15,25      remember            332:23           258:11
303:22               281:21,24        203:9 245:20      342:2,6           259:13,16
register             282:8            333:24          represent...        259:17,19
224:20               283:24        reminds              267:6 321:11      259:22,24
  236:25             285:23          309:21          represent...         260:25
  242:15             294:15        renew                204:1,3,6,12      261:1,1,11
  243:17             299:8 306:9      296:16            204:16,19         261:19,21
  252:22,24          307:19,21     renewal              207:18,19         262:6,8,18
  258:19             310:7,8,15      262:24             208:3,11,12       262:20,23
  292:18             314:13          263:14             209:4,20,21       262:25
  296:16             318:24        renewed              210:15,16         263:10,20
  313:13,21          322:16          287:18             211:25            263:22,25
  313:25             338:16        rep                  214:5,7,23        264:19,23
  314:6,7            339:19          292:21             214:24            265:1,6,13
registered           341:20          334:15             215:2,3,6        265:21
242:25               344:5         replace              215:13            266:9,16,24
  243:12          registrat...       311:14             216:2 217:2       267:7,17
  260:7 268:9        300:16        replicate            222:17,18         268:3,6,10
  276:2,19        regular            265:9 266:17       223:7,12,22       268:16,18
  281:12             285:17 286:6     266:17            224:9,14          268:21,24
  283:24             308:20        replicating          225:3,11,17      269:15,16
  285:24          regularly          253:9             226:1,5           269:19
  295:7,10,19        307:23        report               227:20           270:9,13
  302:19          regulation         206:19             228:6,15         271:5
  313:9              312:12          215:16             229:4,9,11       272:21
registering       rehabilit...       247:18,19         230:13            273:6 274:2
263:1 267:2          199:12          258:19,21         231:8,14,16       274:4,6,15
registrar         relate             259:14            235:22,23         274:23
258:8,9,23           210:25          260:12            235:24,25         275:5,7
  259:6 260:9     related          reported            236:5,11          276:14,16
  260:10,12          208:22 224:6    258:15 311:3      237:7,13,25       277:19
registration         343:19        Reporter            239:12,14         278:11,19
224:23            relates            343:3             239:21            278:25
  230:16,20          234:9 248:8   reporting            246:9,21,24      279:13,14
  231:22          relating           258:17            247:12,15         279:15,17
  241:23             309:24        represent            249:4,5,15       279:18
  243:19          relatively         202:18 204:7      249:23            282:6,11
  244:12,22          231:10          204:14            250:12,13         283:5,6,13
  245:1,10        relevant           205:6             250:17,20         283:18,21
  247:11             317:21                            251:1,3,7         284:9
                                                                         285:10,13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034047

285:14,15
286:8,19
287:3,23
288:1,4,10
288:13,16
288:23
289:4,10,16
289:23,25
290:1,5,6
290:15,17
290:18
291:2,3,17
291:18
293:8
294:22,24
296:1,22
297:9,13,19
298:13,19
298:20
299:13,16
299:18,23
315:6,7,16
316:2,6
322:22,23
323:2,5,8
323:11
324:1,5,8
324:22
325:11,23
326:2,8,13
326:19,22
327:7,11
328:7,19,20
328:21,22
329:2,4
330:4,8,12
330:15,21
330:25
331:4,7,14
331:22
332:19
**represent...**
198:1 314:19
334:22
343:7
**represented**
228:10
280:14

326:9
**representing**
200:1 216:8
217:17,24
218:17,22
255:11
300:7 302:1
302:8
304:22
305:14,16
309:8
311:25
312:4,5
317:9
320:22
332:24
341:15,19
**reproduce**
310:7
**Republican**
318:21
323:14
335:12
**Republicans**
335:9
**request**
210:22
211:15,16
214:3 310:1
310:12
343:8
**requested**
278:20
**require**
238:21
249:21
252:21
264:20
269:17
303:15
**required**
220:5 224:19
258:8
270:22
298:12
301:3
**requirement**
236:21

259:15
264:11
283:16
**requirements**
219:18
220:14
221:4
237:21
303:7,12
**requires**
220:11
236:21
250:6
258:16
259:13
**requiring**
270:2 301:4
302:22
313:18
**requisite**
282:2
**resent**
333:25
**reside**
323:3
**residence**
325:5
**residencies**
317:19
320:16
**residency**
322:15
**residents**
224:19
318:22
321:16
**resonate**
322:25
**resource**
205:3,10
**resources**
290:9
**respect**
206:18,19,25
209:16
214:3,8
334:9
**respectable**

315:3
**Respectfully**
288:10
**respond**
341:9
**responsib...**
297:16
**responsible**
273:16
295:22
302:20
**rest**
238:22
321:11
**restore**
276:11
**restriction**
210:23
**restrictions**
313:24
314:11
**restrictive**
200:3 224:24
**result**
278:5 316:25
317:4 319:8
336:21
**resulted**
220:25
324:19
**results**
300:13,20
301:15
303:14
**retain**
223:24
**retired**
275:9,12
**return**
239:1,9
**reveal**
320:15
**review**
300:23
**re-issuance**
263:15
**re-open**

274:10,14
**rhetoric**
214:9
**Richard**
332:22
**RICO**
309:21
**ride**
336:15
**right**
199:6 200:19
202:16
204:10
210:21
212:14,21
214:24
218:3,12,13
220:20
221:1,8
222:3 226:4
226:13
229:19,21
230:3,11
231:3
232:10
233:25
234:5 235:2
235:9,11,24
236:10,13
239:10
241:12
242:4,11,19
242:24
244:25
245:6
250:17
254:23,25
255:3,17
257:15,15
258:6,7
259:16
261:12,22
262:19,25
264:12
269:18,20
270:7 271:8
274:24
281:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 7, 2009

378

288:3
289:10
290:14
294:8,9
296:19
297:13,19
298:13
304:3 310:2
311:12
312:7
318:13
328:10
329:11
335:4
**rights**
206:18,19
207:8 210:3
210:5
219:16,16
318:12
333:12
**riot**
238:14
**risk**
220:19
257:12
**road**
293:12
**roadway**
202:1
**Rodriguez**
343:3 344:4
**roles**
231:23
**roll**
280:20
321:23
**rolls**
229:3 257:22
257:24
258:5 259:7
260:17
267:4,5
273:13
**Roman**
229:7
**room**
222:7,12,14

252:22
277:24
314:18
**ropes**
200:4
**roughly**
250:21 295:8
295:12
**roving**
278:9
**Roy**
200:13 322:4
**rule**
223:23
**rules**
224:24
229:15
340:20
**run**
201:25
269:22
293:21,22
293:23,24
315:3 323:5
333:12
334:4
**running**
231:11
273:19
323:9
327:15
**run-in's**
323:12,13
**rural**
315:22
**Rusty**
317:8,11

**S**

**sacred**
294:7
**sacrifice**
301:11,13
**safe**
240:5 311:20
**safeguards**
300:14

**safety**
223:6 276:7
276:22
**sake**
230:5
**Sam's**
282:20,22
**San**
305:8 307:25
**sanctifies**
282:18
**sanctity**
276:12 284:4
**satisfaction**
308:7
**satisfying**
199:10
**save**
254:15
262:15
280:18
289:13
**saved**
253:8
**saying**
214:20 228:1
236:13
249:23
250:3,13,16
250:18
255:6
267:18
268:5,10
282:6 296:8
299:1
305:25
325:24
**says**
221:24
226:24,24
227:1,3
231:17
242:25
243:6,8,11
246:7
249:18
251:21
254:17,21

254:22,24
255:1 259:8
260:4
261:17
269:3
276:17
279:25
280:7,8
283:22
284:24
288:14
294:13
308:12
**SB**
300:12
**scan**
268:8
**scanner**
269:17
**scared**
201:25
**scenario**
255:13
**school**
199:15,17,23
205:25
226:24,25
309:2,3
312:5,9,15
313:9,22
314:22
**scratching**
278:23
**script**
229:8
**scrutinous**
252:11
**seats**
222:12
**second**
240:22 244:8
246:4
256:25
257:5
308:24
332:9
**secondary**
231:25

**secrecy**
211:1
**secret**
210:20
**Secretary**
229:14
258:17,20
258:21,25
259:10
260:2 276:5
276:18,21
277:1,8,20
277:22
278:12,15
279:20
280:2,9,13
280:23
281:16
283:14,22
284:22
287:13
290:14
294:13
295:4
327:24,25
328:13
**secrets**
338:1
**section**
276:20
**secure**
244:14 247:4
247:5,15,16
248:11
254:8
261:16
262:3 263:3
263:17
264:22
265:4,7,14
265:16,23
266:6,7,10
275:22
294:14
318:2
**securely**
240:22
**security**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034049

221:22
227:2 237:1
241:24
243:2 245:9
245:10,16
246:2,13,25
247:14
249:21
251:18
254:6,6
262:4 264:2
264:21
265:20,25
267:13
270:3
285:22
295:11
309:14
313:12
318:20
327:4
329:10
**see**
203:17 207:9
216:5
222:11,11
225:12
227:20
228:15,18
229:22
238:9 241:7
242:23
248:7 261:8
262:4
266:15
277:22
278:16
291:24
295:8
297:10
298:6
301:23
302:4
307:17,23
317:15
320:3
327:24
329:25

337:23
341:18
**seeing**
218:25 296:9
**seek**
250:23 304:4
**seemingly**
312:21
**seen**
212:13 213:8
232:7
320:24
**segment**
204:7 291:10
**selective**
319:19
**senate**
202:10 205:3
208:5
216:10
217:12,18
218:12
219:7
231:17
238:11,13
238:13,20
238:23,25
239:9 264:6
292:21
297:20
298:1,12
300:3,3,8
302:14
310:2
316:21
317:8,13
334:18
340:9
341:15,21
342:2
**senator**
287:1 299:25
334:15
**Senatorial**
305:20
**senators**
334:22
**send**

244:14
254:16
261:16
269:3 273:8
278:9
280:11
282:1
284:12
292:17
335:18
**sending**
261:15
**sends**
251:18
**senior**
342:13
**seniors**
306:21,21
307:11,13
313:22
**sense**
222:6 242:14
275:16,17
276:10
279:1
295:24
335:25
**sensible**
281:6 282:8
286:10
287:9
**sensibly**
282:4
**sensitive**
340:10
**sent**
278:21 310:1
324:14,17
**sentence**
331:20
**separate**
221:19 230:8
274:18
277:4
**Sergio**
318:5
**serious**
296:20

333:13
**seriously**
229:12
264:12
271:1
272:20
306:15
**served**
291:1 301:9
**service**
307:8 333:19
**SERVICES**
344:6
**serving**
327:8,12
328:8
**session**
205:11
334:19
**set**
292:3
**sets**
242:13
**sex**
303:23
**sexual**
211:10
**Shack**
299:10
**share**
199:2,25
216:17
302:24
304:7
**shared**
200:7
**sharing**
200:14
**Sharp**
246:16
**sheet**
300:21 305:1
322:1,2,3
**sheets**
300:17,20
317:20
319:3

**sheriff**
255:3
**shift**
296:2
**shop**
269:21
**short**
199:25
317:22
**Shorthand**
343:3
**shorthanded**
293:23
**shot**
227:16
306:12
**show**
215:1 217:11
218:11
220:23
236:21
237:3
238:10
241:24
243:12,16
243:23
254:24
257:12,13
261:20
268:9
269:13,21
282:14,15
282:15
285:6
289:19
293:17
304:19
306:9,10
310:13,15
317:19
341:14,21
**showed**
219:22
**showing**
239:25
268:14
**shows**
243:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034050

285:21
shuffled
223:20
sides
212:18 320:6
329:20
sign
240:24
244:20
268:14
285:2,8
308:12
signature
215:18
255:24,25
256:22
265:8
269:25
310:14
signed
255:19,21
256:3
304:24
309:24
significant
223:18 246:7
250:4
303:16
signing
319:24 322:1
signs
327:21
sign-in
300:17
317:20
319:3 322:1
322:2,3
similar
235:2 239:15
280:10
282:5 296:4
296:8
simplicity
230:4
simply
210:11,22
211:15
213:8,8

229:13
230:8
231:12
239:3 247:6
247:9
255:14
266:12
277:24
single
272:13
sir
204:5 208:2
210:14,20
211:6
212:23
213:24
214:23
215:5
216:15
217:4,13
219:9
299:16
319:20
320:8 321:9
323:10
326:11
330:14,20
336:11
sit
238:21
273:14
situation
201:9 209:13
298:2
six
262:19 263:5
263:6
287:18
291:2,3
299:4
317:13,14
size
241:14,17
290:2
296:10
sized
246:23
skepticism

214:1
skewed
300:25
skinny
244:7
sleep
337:6
slight
229:16
small
200:14
228:19
231:10
291:10
331:9
smaller
213:11
247:10
smarter
296:11
Smith
332:18,19
social
219:14
221:22
227:2 237:1
241:24
285:22
295:11
313:12
society
199:6
sole
311:5
solution
261:8 269:16
272:21,25
273:4,16,17
273:20,23
290:23
291:14,25
292:1 293:1
solutions
261:3
solve
275:17
277:13,16
solves

254:12
somebody
206:22 218:7
232:16,22
257:11,12
257:13,24
260:5,17,18
260:22
308:1
319:25
325:12
someone's
207:7
soon
244:22
245:21
sophistic...
250:6,7
sorry
200:18
203:23
209:9
235:25
236:1
302:24
307:4
315:16
sort
229:15,16
236:12
264:11,13
267:17
283:2 288:8
336:21
sorts
275:11
sounds
227:17
sour
334:13
source
268:1
Spanish
308:14
speak
210:13
232:15
301:21

315:8,12
323:18
SPEAKER
209:6,15
210:8
229:10,20
229:22
230:25
231:4 232:8
233:3,10,13
233:18,21
234:1,6,15
234:18,20
234:25
235:4,7,10
235:12
246:6,21
247:6,13
248:7,15
268:7,20,23
278:22
283:4
286:17,19
286:22,23
287:15,19
287:21,25
288:3,5,12
288:15,20
289:2,6,11
290:4 294:5
294:23,25
295:25
296:18
297:2,14,20
304:15,24
305:4,8,12
307:7,13,16
308:8,16,19
309:6
316:15
332:3
speaking
205:2 209:21
342:9
specific
207:22 209:8
210:11,12
317:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034051

specifically
207:11 208:6
237:14
specifics
320:25
spelled
234:10
spelling
221:15
spend
223:25 242:5
246:1
294:18
299:10
306:16
spending
241:21
245:17
splitting
221:19
spot
233:5
spread
299:4
squandered
301:13
stack
316:16
332:13
staffers
263:13
stamp
246:14
254:24,25
269:20
284:15
288:16,23
288:24
stamped
288:7,11,20
stamping
288:5
stand
206:22
standard
293:3
standardi...

229:16
standards
226:12 231:7
standing
314:4
Star
246:11,12,18
253:5,6,9
256:9
start
257:13
262:21
263:3 338:8
started
293:9 335:8
starting
298:21
starts
237:23
247:25
state
202:25 205:5
208:16
209:3
216:10
217:20
219:3,21
241:4,11,20
242:2,3,5
245:17
246:8
251:18,19
251:20
253:10
258:18,20
258:21,25
259:10
260:2
261:15
269:2,2,4,4
269:14
271:6,11,17
272:2 273:3
276:5,7,18
276:21,22
277:1,8,20
277:22
278:13,15

279:9,20
280:9,13,16
280:20,22
280:23
281:1,14,17
281:22
282:25
283:22
284:3,23
286:11
287:13
290:10
291:22
292:21,21
292:21
293:10
294:13
295:4 296:3
300:9
305:15
307:8
309:10,16
311:7 312:1
313:1,5
314:3 317:9
318:25
319:11
320:7,10,11
321:5
323:19
326:20
327:24
330:22
331:8
332:21
334:15
335:3,4,11
335:13,17
342:1,5
343:2,4
stated
310:11,18
313:5
statement
212:7,25
213:9,13
states
220:8,24

221:8 227:4
228:24
233:10
240:23
273:19
282:23
291:23
308:23
statewide
231:10
280:10
295:7
State's
229:14 280:2
280:23
283:14
290:14
327:25
328:13
station
252:24
statute
259:8
stay
336:5
stayed
317:15
stays
330:10
stealing
256:7
step
310:2 313:23
steps
204:9 213:5
sticking
252:23
Stinett
322:4
stolen
264:8 297:24
311:14
stopped
247:25
store
255:23 270:1
275:15
story

199:24
203:22
264:11,15
309:1
street
240:4,17
248:3,5,13
325:2 343:9
343:16
strictly
225:8
striking
266:4
stringent
229:1
strip
240:24 243:1
243:6
244:16
strong
257:2
strongest
212:25
strongly
212:2,4
structure
264:10
267:12
struggling
297:3
Stuart
310:11,17,18
Stuart's
310:13,15
student
312:5
students
199:15,21
312:9,14,23
313:1,4,14
313:19,21
314:23
studies
220:21 232:2
study
232:4 306:17
studying



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

309:14
stuff
245:14
  256:11
  269:13
  271:15
  279:9
  282:24
  293:9 321:3
subject
205:18
  207:16,23
  209:12
  210:2 211:1
  292:15
subjective
303:5,5
submitted
343:14
subsection
234:11
  279:25
  294:25
successes
303:23
successful
291:22 293:4
  323:8
sucker
290:13
sudden
202:4
sued
337:14
sufficient
236:17
  271:10
  272:14
suggest
298:17
suggested
210:7 302:22
suggesting
261:15
  277:13
  282:7
suggestion
225:18,20

suing
318:10
Suite
344:6
support
299:2 300:12
  302:10
  329:19
supported
327:18
supposed
257:18,19,21
  258:15,24
  259:20
  328:9
suppress
251:2 273:18
suppressing
251:13
suppression
273:25
sure
201:5 207:20
  208:21,25
  209:6 211:4
  214:9
  234:13,15
  242:7 257:1
  259:7,25
  267:14
  272:3 279:1
  293:19,20
  297:4
  320:21
  330:18
surname
234:22
surrounding
220:18
survey
219:20
survives
224:21
sway
200:15
swear
281:23 286:3
swipe

246:13
  247:22
  255:5,7
  256:12
  270:1
swiping
248:21
switched
221:9
sworn
309:18
system
226:14,15
  239:23
  248:1
  249:14
  251:9 253:7
  256:8 258:7
  258:14
  262:4
  280:10
  313:9,14,16
  313:17,25
  342:11
systems
226:16 256:8

**T**

take
199:3 200:9
  201:22
  204:9 210:1
  213:13
  220:13
  228:21
  238:24
  240:2,12
  242:24
  251:25
  257:22
  262:10
  263:5
  264:12
  272:20
  278:14
  279:9 282:1
  286:25
  299:11

301:23
304:25
307:11
309:18
319:14,16
319:16,18
329:10
332:8,10
taken
213:5 233:23
  234:3 286:5
  343:21
taken-for
199:3
takes
199:2 252:18
  252:21
  271:1 296:4
  322:19
  340:4
talk
207:5 213:6
  215:19
  232:16
  255:3
  257:19
  259:6
  280:24
talked
279:6,7,19
  280:13
  283:1 299:8
  313:2
talking
208:21 226:8
  226:8,9
  264:9 275:9
  275:13
  280:6
  287:16
  295:15
  312:25
talks
249:16,17
  294:25
tallied
300:19
target

291:8
taught
199:15
tax
304:1
taxpayer
217:17
taxpayers
319:8
teacher
199:16
  275:10
teachers
275:9,12
teaching
199:23
tech
232:4 249:6
technical
249:6 320:1
technical...
232:17
technically
209:21
  226:12
  312:7
technology
249:9,13
  253:10
  256:14
  266:4 282:9
  282:25
  296:4,11,17
  310:6
teeth
252:2
telephone
250:11
  263:18
  266:13
tell
199:11 211:4
  218:4
  219:11
  228:8
  243:15
  253:14
  257:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 258:1 | 308:2 318:3 | 274:14 | 286:11 | 290:3 293:6 |
| 261:13 | 321:15 | 291:9,21 | 290:11 | 296:24 |
| 267:10 | 330:17 | 292:7 297:4 | 291:6,23 | 299:18,23 |
| 278:8 | 333:5 | 297:22 | 292:4 293:6 | 299:25 |
| 292:20 | **testify** | 298:14,16 | 302:9,16 | 301:16,19 |
| 293:10 | 207:8,22 | 301:19 | 303:1,13 | 304:7,9,12 |
| 302:1 | 208:4 209:1 | 304:10,13 | 304:5 305:9 | 304:14,15 |
| 305:16 | 216:10 | 309:6 | 309:13,16 | 305:4,17 |
| 309:1,11 | 218:21,24 | 311:18,20 | 312:25 | 307:2,2,4,5 |
| 312:2 319:4 | 222:14,19 | 315:1 | 317:12 | 307:8 309:6 |
| 328:2 | 238:19,20 | 319:10 | 318:5,6,10 | 309:7 |
| 329:18 | 274:9 | 320:13,14 | 318:18,23 | 311:17,19 |
| 333:14 | 301:23 | 329:22 | 319:11,12 | 311:23 |
| **telling** | 316:24 | 335:16 | 320:10,11 | 314:25 |
| 258:25 314:3 | 317:3,13,17 | 341:12 | 323:4,19 | 316:14,14 |
| 314:5,9 | 317:23 | **tests** | 324:12,14 | 316:15 |
| 315:24 | 322:9 | 271:18 304:1 | 326:10,20 | 319:20 |
| **tells** | 324:20 | **Texan** | 333:23 | 332:1 336:1 |
| 243:15,15 | 328:24 | 335:7 | 335:22 | 336:4 |
| 247:24 | 329:4 | **Texans** | 342:8 343:2 | 341:11,11 |
| 292:13,13 | 339:24 | 270:16,20,22 | 343:4,6,10 | 342:12 |
| **temporary** | 342:2 | 285:21 | 343:17 | **thanks** |
| 303:17 | **testifying** | 295:20 | 344:4,7 | 286:14 |
| **temptation** | 208:19 210:3 | 335:2,3 | **thank** | 302:23 |
| 321:6 | 216:9 | **Texarkana** | 201:3 204:4 | 307:13 |
| **ten** | 217:17 | 309:13 | 204:11,13 | 316:11 |
| 199:16,22 | 219:7 | 310:23 | 204:15,16 | **thing** |
| 253:15,19 | 238:10 | 311:20,21 | 204:19,21 | 211:13 221:2 |
| 273:8 284:7 | 300:7 | 317:12 | 205:7 | 242:25 |
| 285:4,6,10 | 301:20,22 | 318:10,18 | 207:19 | 244:25 |
| 285:11 | 304:17,20 | 320:7 | 208:11,12 | 245:13 |
| 286:25 | 309:9 317:8 | 321:13 | 216:2,5,6,7 | 246:4,18 |
| 335:8 | 329:8 333:1 | 323:4,6 | 216:25 | 252:6,8 |
| **tend** | 333:2,3 | **Texas** | 217:9,14,15 | 253:13 |
| 224:3 | 341:15,22 | 198:1 202:25 | 217:20 | 254:5 255:9 |
| **tension** | **testimony** | 217:8 218:2 | 218:9,14,15 | 256:11 |
| 265:25 | 202:22 | 229:22 | 219:10 | 257:1 |
| **term** | 204:17 | 237:16 | 222:18 | 263:15 |
| 320:1 | 205:16,17 | 241:5,11,20 | 229:9 | 268:19 |
| **terms** | 208:6 | 242:1 244:9 | 234:18,19 | 275:18 |
| 215:16 | 210:11,18 | 245:18 | 237:25 | 277:6 |
| 246:22 | 212:22 | 251:18,19 | 238:4,5 | 278:12 |
| 319:13 | 234:18 | 251:21 | 239:14,21 | 279:1,4,25 |
| **terrific** | 238:25 | 253:10 | 274:3,4 | 281:13 |
| 315:2 | 250:21 | 269:14 | 275:8 | 284:12,14 |
| **testified** | 258:2 | 271:6,11,17 | 279:15 | 285:2 |
| 205:14 281:9 | 270:19 | 282:25 | 282:11 | 288:18 |
| 307:16 | 271:24 | 284:3 | 286:14 | 290:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034054

Hearing - Volume 2                                    April 7, 2009

384

292:18
299:9
312:13,15
313:6,8
316:6,18
319:18
**things**
199:1,9
  203:4 212:1
  212:17
  214:1
  219:25
  220:2 227:8
  241:16,18
  242:1,13
  245:8
  248:22
  249:7 252:4
  252:10
  254:5 256:3
  261:4
  262:14
  270:10
  272:17
  282:11,13
  285:16
  289:7 296:8
  302:3
  317:21
  335:13
  339:18
**think**
200:15
  202:14
  203:15
  204:8,21
  208:8 210:6
  211:1
  212:20
  214:8,14
  215:18
  218:10
  222:8,11
  223:15,16
  223:16
  224:1
  225:12,15
  225:22

226:5,16
227:16
228:9,19
229:25
230:6,11,14
230:24
231:5,7,19
231:20
232:4,10
233:13,15
235:13
236:14,16
237:7,10,11
237:16
239:25
246:22
249:7 250:4
250:5,20
251:3,4,5,7
251:8,9,11
251:12,13
251:14
252:5
261:18
262:13,20
266:3,6,9
267:11,24
270:11,15
270:15,17
270:19,25
272:11
273:5
274:12
276:10,16
277:1
278:11
279:5 281:6
281:7,12
282:3,8,17
282:24
285:16,20
285:25
289:20
290:7,8,9,9
290:10,24
290:24
291:25
292:2,25
293:3,11

294:19
295:24
296:7,10,13
296:14,17
296:18,22
297:2,8,15
297:24
298:3,8,9
298:21
301:7 305:1
306:3,3,6
306:12,14
306:17,18
307:2 308:1
308:16
312:17,19
313:1
314:22
315:20
316:6
319:16
329:20
330:16
331:8,12
333:14,15
335:25
336:3
339:23
340:3,6
**thinking**
232:23
  275:18
**thinks**
297:20
**thins**
316:18
**third**
253:15,21
  255:9 257:4
  257:9
  258:16
**thorough**
267:21
**thought**
203:4 261:2
  290:7
  306:13
  334:15

**thousand**
281:10,11
  293:13
**thousands**
199:21
  239:24
  242:7 246:1
  246:2
  293:15
  319:9
**threatened**
324:24 325:8
  325:12,13
  325:15,18
  325:20
**three**
226:16,17
  227:8 235:3
  249:1
  256:16
  264:8
  275:10,19
  294:21
  318:8
  319:21,22
  319:22
  336:19
**throw**
238:14
  290:13
  302:2
**time**
200:21 205:1
  206:20
  211:13
  212:3 216:8
  218:16
  220:4,12
  221:15
  223:2
  224:15
  227:7
  233:23
  238:12
  239:11
  240:8,9,10
  240:25
  243:18

244:19
246:20
250:2 256:6
261:5 263:8
266:23
269:5
271:21
274:22,24
275:4
281:16
282:5,20
290:7
299:19
300:1,5
301:23
303:16
305:18
306:6,7
315:8
321:21
328:12
330:11
333:4 334:9
336:5
341:13,17
341:23
**times**
200:20 211:7
  211:8 223:1
  225:1
  228:12
  288:11
  293:22
  308:1,4
**TiShen**
227:3
**Toby**
281:9
**today**
200:1 202:22
  204:4,13,17
  204:22
  207:20
  215:12
  216:17
  238:17
  240:12
  253:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034055

254:3 275:9
298:7,11
302:10
314:17
316:19,20
317:14
319:4 329:8
329:13
330:23
Today's
310:6
told
239:5 326:13
tongue
236:9
top
225:21 233:8
torture
334:10
tossed
223:13
totally
245:19
touch
306:22
Touche
224:14
tough
340:25
tougher
262:5
town
240:11 321:2
331:9
track
225:1 246:17
258:13
262:11
tradition
224:18
trail
310:9
train
303:16
training
306:21
transactions

240:22
transcribed
198:13
228:14
343:8,11
transcript
343:14
transcrip...
221:16
transcripts
226:24
translite...
221:13
227:15
translite...
221:23 227:5
228:13
232:25
translite...
226:9,11,14
226:14,17
227:13
transposing
230:8
travel
311:20
TRAVIS
343:1
tread
200:4
treated
199:12
treatment
212:9
trial
328:23
trick
332:17
tricky
266:5,5
tried
240:10 264:3
trillions
240:21
troops
301:10
trouble

218:6
truck
299:9
trucks
299:8
true
214:17
234:20
268:23
truth
214:21
try
226:18
255:22
289:13
314:23
321:10
332:9
trying
211:4 214:8
214:14
231:20
236:2,5
251:11
258:5
264:13,15
273:19,20
287:8,9
291:8,13
294:4 312:8
313:9,15,19
313:21
320:23
323:23
338:18
turn
255:23
281:25
290:16
302:14
327:1
turned
318:6
twice
321:10
twin
318:18
two

201:5 203:22
205:23
206:14,17
226:16
227:12
233:18
238:16
242:13
245:3,8
250:5 252:4
253:15,18
271:1,25
272:4 278:7
282:13
283:16
284:24
291:4,18,25
293:1 298:2
298:22
316:11
334:1,6
338:20
type
203:21 224:1
225:21
236:23
249:25
317:21
321:12
341:5
types
206:8,24
224:6
234:16
303:10
typically
226:11 231:4
Tyson
332:5,5,5,6
332:7,8,11
332:14,18
332:22,22
332:24
333:2,7,11
333:17
336:2,8,11
336:14,19
336:23,25

337:3,10,13
337:17,22
338:6,10,13
338:20
339:1,6,9
339:15
340:1,4,13
340:16
341:10

U

Uh-huh
200:22
ulterior
288:8
ultimately
268:15 294:5
uncle
321:16
undermine
209:2
understand
202:7 205:12
207:21
209:7 211:5
211:18
212:12,14
212:20
213:3,5,10
213:12
214:19
219:3 226:2
229:13
242:4 246:7
246:22
252:14
257:1
260:22
264:3 283:8
288:3
291:17
303:18
314:12
333:12
334:11
338:14
343:12
understan...



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

210:16
233:21
274:7
338:24
understan...
232:14
unfair
211:12
unfamiliar
221:17
unfortunate
206:9
UNIDENTIFIED
217:19
 218:18
uniform
303:19
uniformly
303:13,20
unique
256:12
 265:14
United
220:8 227:4
 233:10
 240:22
 282:23
 291:23
 308:23
universities
293:15
university
202:25 298:8
unjust
303:20
unnecessary
302:16 304:6
unpack
290:19,20
unquote
226:21
unreasonable
272:15
 297:17
untrue
214:17
upgrade

329:12
upheld
319:7
uphold
309:18
upholding
309:23
upside
250:9 288:19
use
201:14 202:8
 202:11
 221:20,23
 226:10,21
 230:15,19
 235:10
 236:23
 237:1 240:7
 240:7,10
 241:1
 243:20
 247:8,22
 248:3,9,13
 249:2
 250:10
 254:19
 256:2,9,10
 256:12
 267:25
 268:4
 269:20
 271:7,16
 276:19
 277:6 279:4
 282:22
 283:24
 284:1,23
 286:1 288:1
 293:2
 295:16,17
 296:5 301:3
 306:21
 326:2
useful
252:2
useless
267:20
uses

230:18
usually
201:19
utility
313:12
utilize
249:13
U.S
233:14
 241:25

―――――――
**V**

VA
337:1
vacant
317:18
valid
236:16
 266:21
 339:3
validate
244:13
validated
300:17,20
validating
245:5
validity
301:15
validly
281:12
valley
212:8,14
 213:11
 217:7
valuable
223:14,16
 292:12
variety
267:2
various
220:23 221:5
 222:2
 226:16
Veasey
322:22,23
 323:2,5,8
 323:11

324:1,5,8
324:22
325:11,23
326:2,8,13
326:19,22
327:7,11
328:7,20
329:2 330:4
330:8,12,15
330:21,25
331:4,7,14
331:22
vehicle
202:5 292:9
vehicles
318:25
verification
241:22 256:1
verified
276:3
verify
242:7
verifying
245:6 319:2
versus
228:5
veteran
301:9
Veterans
338:7,11
 339:6
Vice-Pres...
312:24
video
215:13,15
Vietnam
301:10
Vietnamese
237:15
view
206:24 294:6
 295:20
 302:24
views
304:8 314:17
 316:19
violated
318:14

violation
326:6,6
violations
205:22
 318:12
violent
325:10
voice
311:11
voiced
288:7
volume
281:2
volunteer
333:22
volunteered
333:19,19
vote
201:11,13,15
 202:9,11
 204:10
 219:20
 220:21
 221:8 222:3
 229:3
 230:22
 231:5
 236:25
 242:3,9,18
 243:1,6,12
 243:13,13
 243:17,20
 244:19
 245:3,19
 247:22,23
 248:10
 251:14,22
 252:8,22,24
 254:12,18
 254:20,23
 254:24
 255:14
 257:7 260:7
 260:19
 261:14,18
 263:9
 264:12
 268:9,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006915

| | | | | |
|---|---|---|---|---|
| 269:4,12 | 254:24 255:2 | 285:23 | 302:19 | 302:11 |
| 270:15,17 | 261:25 | 288:8,20 | 303:13 | 303:20 |
| 271:7,8,14 | 288:11,14 | 294:11,14 | 321:7 324:9 | 304:6 |
| 271:16,20 | 288:17,24 | 295:3,5,6,7 | 324:23 | 307:19,20 |
| 271:22 | 308:7 310:5 | 299:8 | 325:20 | 311:5 |
| 272:14 | 310:17 | 302:13,22 | 335:18 | 312:10 |
| 273:11 | 321:18 | 302:23,24 | 338:20 | 317:18 |
| 278:2 | **voter** | 303:7,10,25 | **voter's** | 318:17 |
| 283:25 | 211:20 | 304:5 306:9 | 275:24 276:3 | 319:2 |
| 284:4,10 | 212:11,19 | 307:17,20 | 276:9 | 320:16 |
| 285:11 | 212:19 | 310:7,15,25 | 277:14 | 322:14 |
| 286:11 | 213:1,3,7 | 311:15 | 280:15,25 | 324:10 |
| 288:6 | 213:22 | 312:16 | 283:24 | 325:2,3,4 |
| 289:12,13 | 221:9 | 314:13 | 284:11,21 | 325:18 |
| 291:15 | 228:25 | 318:23 | 285:2 | 328:15 |
| 292:13,14 | 229:2 | 319:16 | 303:11 | **vs** |
| 292:18,20 | 230:16,20 | 320:5,8,12 | **votes** | 319:11 |
| 293:21 | 231:21 | 321:15 | 251:13 | |
| 294:1,4 | 241:22 | 322:8,10,12 | 277:24 | **W** |
| 297:8,18 | 242:13,15 | 322:16 | 287:2 310:8 | **Wade-Giles** |
| 298:12 | 243:19,21 | 329:10 | **voting** | 226:13 |
| 299:5 301:1 | 244:12,22 | 333:2 | 200:2 218:7 | **wait** |
| 301:5 304:3 | 244:25 | 335:17,19 | 218:7 | 255:2 332:14 |
| 306:6,10,25 | 245:2,7,10 | 337:17,24 | 219:18 | **walk** |
| 306:25 | 247:11 | 338:16 | 232:18 | 334:24 |
| 308:4,6,9 | 248:8 | 339:19 | 235:20 | 340:17 |
| 308:20 | 250:23 | 341:20 | 237:8 | 341:4 |
| 311:1,11 | 253:12,14 | **voters** | 239:23 | **wallet** |
| 312:7 | 254:4,14,18 | 219:20,22 | 245:20 | 201:19 241:6 |
| 313:10,13 | 256:17 | 220:25 | 246:3 247:5 | 290:3 |
| 313:20,21 | 258:9 259:6 | 222:1 | 248:14 | **wallets** |
| 313:23,25 | 260:11 | 225:25 | 249:12 | 241:16,17 |
| 314:6,8 | 262:9 263:2 | 228:11 | 250:2,5,6 | **Wal-Mart** |
| 316:25 | 265:4 | 231:9 | 251:9,17 | 289:18 |
| 317:4 320:6 | 266:14,22 | 236:15 | 252:3 | **want** |
| 320:9,10 | 273:2,24 | 263:23 | 253:22 | 201:1,4,5,8 |
| 322:13 | 274:20 | 264:16 | 254:2,9 | 203:24 |
| 329:11 | 275:14,20 | 276:3,19,24 | 257:2,10,11 | 204:4,6,12 |
| 333:13,16 | 275:25 | 277:4,11,12 | 257:15,19 | 205:20 |
| 335:2,3,4,6 | 276:1,19 | 277:17 | 260:10 | 207:20 |
| 335:7 | 277:23 | 281:12 | 267:3 | 209:1,1,6 |
| 337:11 | 278:4 | 284:13,14 | 271:18 | 211:4 |
| 338:17 | 280:20 | 288:6 | 273:18 | 212:24 |
| 339:12,14 | 281:18,21 | 295:10,12 | 276:1 | 213:9 |
| 339:17,19 | 281:23,24 | 295:13 | 281:25 | 214:15 |
| 340:8,17 | 282:2,7,18 | 298:10 | 289:12 | 215:9 217:5 |
| 342:16 | 283:9,10,12 | 301:22 | 291:20 | 217:8,8,11 |
| **voted** | 283:24 | 302:9,16,18 | 294:7 301:7 | 218:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 224:7 | 320:3 | 283:2,19 | 251:6,7 | 321:15 |
| 229:25 | **war** | 286:10 | 264:20 | **Willie** |
| 230:25 | 301:9,10 | 287:10 | 267:18 | 310:19,20,24 |
| 235:18 | **Ward** | 296:9 299:3 | 269:3 | 318:9 |
| 240:2 241:5 | 328:16 | 328:17 | 270:16,21 | 330:13 |
| 242:17,18 | **Washington** | 330:1 | 272:23 | **willing** |
| 242:20 | 219:21 | **ways** | 277:6 279:4 | 307:9 313:18 |
| 245:23 | **wasn't** | 241:7 245:3 | 284:18 | 313:23 |
| 252:16,21 | 223:13 238:7 | 304:4 | 287:8 | **willingness** |
| 254:7 260:1 | 325:20 | 313:15 | 290:19 | 309:17 |
| 266:5 | 340:25 | **weapon** | 291:8 | **Wilson** |
| 267:15 | **watch** | 279:8 | 292:15,24 | 343:8,15 |
| 268:25 | 327:16 | **wear** | 293:17 | **winded** |
| 270:24 | **watcher** | 305:18 | 295:15 | 311:23 |
| 272:25 | 309:15 | **weeks** | 296:7 | **wish** |
| 274:5,16 | 324:24 | 264:8 | 298:25 | 207:5 208:18 |
| 277:11 | 325:3,7,8 | **weird** | 299:2 305:6 | 216:10,17 |
| 279:2,3,3 | 325:10,12 | 255:22 | 305:13 | 218:3,5,11 |
| 285:16 | 325:13,14 | **welcome** | 306:19 | 238:19,20 |
| 286:9 | 325:17 | 222:13 | 312:11 | 301:23 |
| 290:18,20 | 327:8,12 | 338:15 | 314:2,12,21 | 307:9 |
| 292:22,25 | 328:9 | **well-being** | 314:24 | **wished** |
| 293:6 | **watchers** | 219:15 | 329:24 | 329:22 |
| 295:24 | 319:1 326:4 | **went** | 335:1,1,15 | **wishes** |
| 296:2,12 | 327:21 | 218:18 253:6 | 338:18 | 209:16 248:9 |
| 297:1 | 328:2 | 282:20 | **we've** | **withdrew** |
| 302:16 | 342:11 | 309:2,3 | 215:8 216:18 | 287:5 |
| 305:19 | **watching** | 318:7 | 235:16 | **witness** |
| 314:25 | 328:6 | **weren't** | 261:4 | 202:22 |
| 315:12,13 | **water** | 328:9 | 278:20 | 204:21 |
| 316:20,25 | 242:1 340:2 | **West** | 293:20 | 205:3,10 |
| 320:21 | **way** | 343:9,15 | 296:11 | 216:4 217:1 |
| 323:2 | 208:8 211:14 | **we'll** | 314:16 | 218:10 |
| 332:15 | 212:5 | 260:15 | 336:4 | 222:16 |
| 336:5,6 | 213:20 | 274:13 | **whatsoever** | 238:7 |
| 337:17 | 222:3 | 304:19,19 | 323:14 | 301:18 |
| **wanted** | 231:23 | 332:16 | 329:17 | 304:12 |
| 209:13 | 235:15 | 336:9 | **white** | 305:7,10 |
| 225:11 | 236:9 242:3 | **we're** | 219:24 236:7 | 307:6 |
| 235:15,18 | 253:1 | 203:2 208:13 | **Whitlock** | 311:19 |
| 277:2,3,4 | 258:22 | 214:8,14 | 341:23,25 | 316:14 |
| 289:7 322:9 | 260:13,15 | 229:12 | 342:4,7,7 | 319:24 |
| **wanting** | 267:13 | 238:16,23 | 342:10,13 | 321:24 |
| 215:17,19 | 269:20,25 | 239:2,3,7 | **wholly** | 322:1,3 |
| 336:6 | 270:7 | 240:1 | 206:23 | 331:16 |
| 340:11 | 271:25 | 244:12 | **wide** | 332:1,9 |
| **wants** | 272:12 | 246:10 | 340:25 | 333:4 340:7 |
| 207:22 243:4 | 276:11 | 248:21 | **wife** | **witnessed** |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034059

318:21
320:5,22
**witnesses**
200:21
206:12
207:4
208:15
210:1,6
212:12
215:20,23
238:18,19
238:23
239:1,2,6,6
274:8,10
286:4 300:3
316:16
317:7
**witnessing**
325:4
**Women**
301:21 302:9
302:18
**won**
287:1,4,6,7
**wondered**
223:12
**wonderful**
291:14 322:5
**Wood**
213:7
**words**
333:7
**work**
200:6 203:21
228:17,18
244:24
277:8,20
278:16
282:10
286:9
287:13
295:24
304:4
312:14
319:14
322:19
339:22
**workable**

290:23,25
**worked**
302:18
333:23
**worker**
237:23
**workers**
220:14
221:16
227:22
228:14
229:17
231:5
232:12
236:6
303:17
324:3 326:3
**working**
290:11 307:3
307:8
318:16
326:9
328:10
341:2,2
**works**
206:7 257:8
283:3 287:8
291:5
**world**
241:20
245:16
301:8
**worried**
245:12
248:21,23
254:8
**worry**
316:4
**worst**
264:14
**worth**
311:8,9
**worthless**
267:10
**wouldn't**
209:22 223:7
263:4
280:19

316:24
317:4
**wreck**
242:22
**wrestling**
261:4
**write**
203:21
226:19
227:18
340:14
**writing**
239:24
**written**
221:11 229:7
333:10
**wrong**
242:8 266:20
270:10
310:14
**wrongful**
310:16

---
**Y**

**Ybarra**
216:8,12,13
216:15,19
216:24
217:3,4,10
217:13,15
**year**
205:23
220:13
243:4
257:16
296:16
313:21
316:10
331:21
**years**
199:16,22
223:19
234:7
236:19,19
236:19
250:19
262:19
263:5

271:19
273:9
275:10,15
275:19
286:20
287:18
289:8
290:25
291:10
296:24
299:4
302:18
305:23
307:16,21
312:7
321:19,20
333:20
335:8,8,19
335:20
336:19
338:4
**yesterday**
250:21
291:21
295:17
317:14
340:12
**York**
232:21
**young**
228:16
233:24
244:7 303:8
312:25
315:6,11,21
**your's**
291:25
**youth**
312:12

---
**$**

**$10,000**
257:7
**$150,000**
295:16
**$20**
272:9
**$200**

331:19
**$273,000**
280:5,7
**$300**
223:25
**$380**
220:13
**$40**
272:9
**$50**
257:7
**$500**
299:10
**$500,000**
319:10

---
**0**

**0101**
233:5
**04**
318:19
**06**
318:19,20
**08**
318:20

---
**1**

**1**
250:21
**1.2**
295:1
**1:15**
207:15
**10**
234:4 293:13
307:21
**100congress**
344:6
**104**
287:6
**12/31/13**
344:5
**121**
287:7
**14**
219:16
300:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**14th**
343:9,16
**15**
238:24 243:4
 282:21,22
 307:21
**150**
281:10
**16**
198:14
 343:15
**16th**
343:24
**17**
312:6
**1973**
219:12
**1992**
309:15
 323:14
**1996**
309:15 318:3
 318:6 319:5
 324:11,19

––––––––– 2 –––––––––

**2**
279:25 295:2
 297:5
 328:16
**20**
222:8,12
 223:19
 286:20
 289:8
 307:21
 336:25
**200**
300:21
**2000**
344:6
**2004**
318:7
**2008**
205:23 206:5
 221:5
 225:24
 300:15

**2009**
198:3 242:13
 279:21
**2012**
198:14
 343:15,25
**2046**
305:20
**209**
343:8,15
**23rd**
287:5
**24**
271:24 340:8
**25**
270:16,22
**250,000**
295:12
**2513**
275:5,19
 276:5
 299:15,20
**254**
281:2
**26**
305:21
**283**
344:5

––––––––– 3 –––––––––

**30**
222:9,12
 223:19
 248:4
 305:23
 307:16,21
 338:4
**328-5557**
344:7
**33**
250:19
**35**
275:15
**362**
205:4 216:10
 217:12,18
 218:12

219:8
238:11,13
238:20,23
238:25
239:9 264:6
300:1,4,8
300:12
302:14
310:2 317:8
341:15,21
342:2

––––––––– 4 –––––––––

**4**
234:11
 295:13
 297:5
 300:15
**4-8-2009**
343:7
**40**
307:21
**40s**
333:24
**400**
281:10
**400,000**
295:16
**4418**
239:15,19
 243:15
 245:15
 246:4
 274:17,20
 274:22,25
**4421**
239:12
 274:16,22
 274:25
**4482**
254:4
**45**
203:13
 256:20
**48**
333:24

––––––––– 5 –––––––––

**5**
307:21
**5,600,000**
295:8
**50**
315:20
**50s**
334:14
**512**
344:7
**52**
300:15
**59**
310:5

––––––––– 6 –––––––––

**6**
279:21
**60**
234:7 271:20
 334:12
 337:23
**63**
233:5
**65**
339:21

––––––––– 7 –––––––––

**7**
198:3 287:2
**70**
234:2
**76**
337:5
**78701**
343:10,17
 344:7

––––––––– 8 –––––––––

**8**
290:25
 293:13
**80**
337:4
**809,000**
285:21
 295:14

**809,041**
285:25
**81**
219:13
**8140**
344:4
**89**
302:18

––––––––– 9 –––––––––

**90**
277:10
 297:10
**94**
300:22
**98**
270:19
 278:13
 283:1

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



345

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009

VOLUME 3

Transcribed by Jean Thomas Fraunhofer, CSR

April 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034062

346

1              MS. WHITLOCK:  (Continued) If I was at a

2    nursing home, someone would take me.  I think everyone

3    should have a right to vote.  If I know there's going to

4    be an election, I get all my papers and files

5    immediately and have them ready to go and vote, and

6    everyone needs to be responsible for themselves and not

7    depend on someone else to do everything for them, and

8    we're just for good elections, and that's all we want

9    and good politics.  Thank you.

10             CHAIRMAN SMITH:  Any questions, members,

11   of Ms. Whitlock?

12             REPRESENTATIVE BROWN:  If I may comment?

13             CHAIRMAN SMITH:  Representative Brown.

14             REPRESENTATIVE BROWN:  Ms. Whitlock, thank

15   you so much --

16             MS. WHITLOCK:  Yes.

17             REPRESENTATIVE BROWN:  -- for being

18   patient with us and waiting to testify.  Yes, you've

19   been here for two days.

20             MS. WHITLOCK:  Yes.

21             REPRESENTATIVE BROWN:  You used a word

22   just now that I -- I think we don't discuss enough and

23   that was responsibility.

24             MS. WHITLOCK:  Yes.

25             REPRESENTATIVE BROWN:  You know,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

347

1   regardless of what we do and how far we go to try to

2   make it easy for everyone, there still remains some

3   responsibility on the part of the voter.

4                   MS. WHITLOCK:  Yes.

5                   REPRESENTATIVE BROWN:  Don't you agree?

6                   MS. WHITLOCK:  Yes.  I'm sorry.  I do.

7                   REPRESENTATIVE BROWN:  I just think

8   sometimes we just feel like that we can do every -- do

9   everything for everyone --

10                  MS. WHITLOCK:  We can't.  We've got to

11  be --

12                  REPRESENTATIVE BROWN:  -- and it's just

13  not possible.

14                  MS. WHITLOCK:  Do things for ourselves

15  once in a while.

16                  REPRESENTATIVE BROWN:  That's right.

17  Thank you.

18                  MS. WHITLOCK:  Okay.

19                  CHAIRMAN SMITH:  Any other questions for

20  Ms. Whitlock, members?  Thank you very much.

21                  MS. WHITLOCK:  Thank you.

22                  CHAIRMAN SMITH:  I know you've been with

23  us for a long time.

24                  MS. WHITLOCK:  Yes.

25                  CHAIRMAN SMITH:  Thank you.  At this time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034064

348

1    the chair calls Elaine Adkison, and you're representing

2    yourself testifying against Senate Bill 362; is that

3    correct?

4                MS. ADKISON:  Yes, sir.

5                CHAIRMAN SMITH:  Give us your name for the

6    record.

7                MS. ADKISON:  Elaine Adkison.

8                CHAIRMAN SMITH:  Please proceed.

9                MS. ADKISON:  Okay.  Mr. Chairman, ladies

10   and gentlemen, thank you for letting me participate

11   today.  My name is Elaine Adkison.  I live in

12   Nacogdoches, and after the sea of red that -- that I've

13   seen today, I felt right at home.  I work on political

14   campaigns all across east Texas, and I'd like to visit

15   with you today briefly about my experiences.

16                I interact with voters and county clerks

17   and voters registrars on a daily basis.  Part of my job

18   is to persuade people to vote.  I fought voter apathy,

19   complacency, and cynicisms everyday.  Instead of

20   encouraging people to vote, this bill will proceed yet

21   another impediment to that effort.  I can assure you I

22   have heard all the excuses for not voting.  I forgot my

23   dog ate my voter registration certificate.  The most

24   dreaded for Democrats, it was raining outside or the

25   most common, my vote doesn't count.  And there have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006923

349

1    plenty of what in the world were they thinking moments

2    too.  You only have to participate in a recount in east

3    Texas to understand what I'm talking about with that,

4    and it just doesn't take much to confuse some voters,

5    I'll just tell you that.

6              In one county, White-Out was used on early

7    voting ballots not by the voter.  In another county,

8    electronic voting machines registered suspect results,

9    but not because of the voter.  You of -- All the excuses

10   and voting anomalies I've encountered, none included the

11   express concerns that my may be stole -- my voter

12   registration card from my mail box, down to baseball

13   cap, sunglasses and a trench coat and self-lingering

14   around polling locations and impersonating me.

15             I personally went in February to renew my

16   driver's license.  I had to pay $24.  $24.  I'm a single

17   working mother.  That's a tank of gas for me.  But I

18   paid that fee because driving's a privilege, and there

19   is a cost attached to that.  But Representative Veasey

20   is right.  Voting's a right, and that price has already

21   been paid.

22             Just today we've identified additional

23   problems not addressed by this bill and solutions

24   offered by others.  So why rush this bill to law.  Why

25   not sunset it and study the unique effects to Texas, not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034066

350

1    for other states.  We all admit there are inadequacies,

2    but this bill as it's written does nothing to address

3    those.  There has to be a reasonable solution.  I think

4    we've heard some of them today.  Thank you.

5                    CHAIRMAN SMITH:  Any questions of

6    Ms. Adkison, members?

7                    UNIDENTIFIED SPEAKER:  Just a quick one,

8    Mr. Chairman.

9                    CHAIRMAN SMITH:  Sure.

10                   UNIDENTIFIED SPEAKER:  Thank you for your

11   patience and your testimony today.  I know you've come a

12   long way.  I think you hit on something really

13   important, and I think something that no Texan really

14   can be proud of and that's that this state ranks

15   consistently in the bottom 10 percentile or the bottom

16   10 states in terms of voter participation.

17                   MS. ADKISON:  Yes, sir.

18                   UNIDENTIFIED SPEAKER:  When I sit on the

19   elections commission, I think we're going to be coming

20   up with ideas that are going to be innovative and

21   creative about how we expand the number of people that

22   come to vote because the fewer people that vote in my

23   view, the worse our democracy is functioning, right?

24                   MS. ADKISON:  Absolutely.

25                   UNIDENTIFIED SPEAKER:  And in some -- in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034067

351

1  some places, like Venezuela, only some people are

2  allowed to vote.  The young man from China talked about

3  how only party operatives in China really control

4  elections.  But this is Texas and this is America, and

5  my view as a member of the elections committee is, yes,

6  I mean, we can discuss security, but let's talk about

7  the big issue in the room.  Do we always consistently

8  want to be with Louisiana, Mississippi in terms of the

9  states that are always bringing up the rear in terms of

10  turnout or do we want to be upfront?  Do we want Texas

11  to lead?  And some of your testimony caused me to think

12  about that again and think, you know, let's focus on the

13  big issue, the big issue of making Texas a leader in

14  voter participation.

15          MS. ADKISON:  We all want fair elections,

16  but we need to encourage participation, and I'm here to

17  tell you that -- that as this bill is written, it will

18  further diminish that participation in east Texas, I can

19  tell you.  I'm out there everyday.

20          CHAIRMAN SMITH:  Thanks for your

21  testimony.

22          MS. ADKISON:  You're welcome.

23          CHAIRMAN SMITH:  Thank you.  At this time

24  the chair calls Virginia Townsend.  You all are on a

25  roll.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034068

Hearing - Volume 3                              April 7, 2009

352

1              MS. TOWNSEND:  Good evening.

2              CHAIRMAN SMITH:  You're here testifying --

3      it says you're speaking on behalf of a caring citizen.

4      I assume you are that caring citizen?

5              MS. TOWNSEND:  I am the caring citizen.

6              CHAIRMAN SMITH:  And that you are

7      testifying in favor of Senate Bill 362; is that correct?

8              MS. TOWNSEND:  Yes, sir.

9              CHAIRMAN SMITH:  Please state your name.

10             MS. TOWNSEND:  I'm Virginia Townsend,

11     citizen of Hidalgo County where I've lived all my life

12     and don't want to live anywhere else.  I also am a

13     lifelong Democrat, but I'm a conservative Democrat which

14     kind of leaves me with no party right now.  I served on

15     a school board for nine years.  I've been a poll

16     watcher, I've been a clerk and I've been a judge.  And I

17     can tell you people who come in to vote who care,

18     whether they are the poor people or they are the elderly

19     people, when they are there and they are serious about

20     voting, they come prepared and they're very happy about

21     it.  They're always enthusiastic, especially this last

22     election, and everybody came and they had ID and very

23     few did not, and I can tell you that the only ones that

24     may have gotten offended are the ones who are hauled in

25     in vans or cars and told how to vote, and they're not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006927

353

1    sure exactly what they're doing.  Those people may get a

2    little bit offended of having to have another -- or

3    having to have a picture ID.  Otherwise, I'm not buying

4    this that people are going to be offended or that it's

5    going to be something that's going to turn them away.  I

6    don't believe it, at least not in my experience in south

7    Texas.

8              Now, there was 14 people here that were

9    ready to tell you they live it day by day and then

10   turned away because they were afraid they were going to

11   hurt their case.  That's fine because I'm sure they want

12   to do what the Attorney General wants them to do, but

13   those are the faces of the people who are living day by

14   day with voter fraud and they could have told you

15   unbelievable stories, but they -- there was a chilling

16   effect to say no, you better not.  So they did.  They

17   went home.  But they were here ready.

18              I can tell you this is -- this is not

19   something -- as everybody is coming up and saying, there

20   isn't one case -- Well, the only reason there isn't one

21   conviction because no district attorneys have the guts

22   to do it.  Other than that, there is enough evidence.

23   It's just -- It's a political thing, and I'm so

24   disappointed to see it's between Democrats and

25   Republicans.  I'm just -- It has been a disappointment



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

354

1   for me to sit here in these hearings because it becomes

2   partisan, and I don't think that's right, and I think

3   it's getting away from the issue to make it partisan.

4   The issue is to make our voting more secure, so why

5   isn't there participation in Texas?  Are you kidding?

6   What do people tell you?  They tell me they do not

7   trust.  Thank you.

8            CHAIRMAN SMITH:  Okay.  And I think it's

9   clear that and I think we've even had witnesses on the

10  opposite side of this issue agree that the absence of

11  prosecution does not equate to the answer of crime.

12  Okay?  And, therefore, I'm interested in hearing what

13  you have seen.  You've testified with great conviction

14  that it occurs though it isn't prosecuted.  What --

15            MS. TOWNSEND:  No.  That is not something

16  I have seen because as a judge or a clerk, I have seen

17  people come in and do the process correctly.

18            CHAIRMAN SMITH:  Okay.

19            MS. TOWNSEND:  But I've talked to and

20  heard from the people who are down by the border who

21  live right next to Mexico who definitely have a problem.

22            CHAIRMAN SMITH:  Okay.

23            MS. TOWNSEND:  And I've listened to them

24  when nobody else would listen.  We listened because we

25  felt sorry for them because they couldn't get anyone to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006929