355

1    listen.

2              CHAIRMAN SMITH:  And what problems are

3    they describing?

4              MS. TOWNSEND:  There's people who are

5    resident aliens who are voting because they are told to,

6    and they are given a everything, IDs, whatever they need

7    by the opposing party, the one that is controlling the

8    little town.  They walk across -- One man walked across

9    and they asked him aren't you from Mexico?  Yes, but I

10   was told to vote.  I have the papers.  When people live

11   this when, they're out there trying to clean up their

12   little town and it's just happening right in front of

13   their face and nobody is helping, that's frustrating for

14   them, enough so they came up here -- got up at 5 o'clock

15   this morning and drove up here to have somebody pay

16   attention to their problems.  But it's okay.  I mean,

17   they went back.  They understand.  I'm not sure I do,

18   but they understand.

19             CHAIRMAN SMITH:  Are you getting paid?  Is

20   this a job what you do?

21             MS. TOWNSEND:  Are you joking?

22             CHAIRMAN SMITH:  You're a volunteer?

23             MS. TOWNSEND:  My husband wishes.

24             CHAIRMAN SMITH:  So what you're doing is a

25   matter of conviction on your part as a volunteer.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006930

356

1                    MS. TOWNSEND:  Yes.

2                    CHAIRMAN SMITH:  Okay.

3                    MS. TOWNSEND:  And I've been a court

4      watcher for 30 years.

5                    CHAIRMAN SMITH:  When you talk about

6      conversations, is this a single conversation?  How many

7      conversations have you had with people?

8                    MS. TOWNSEND:  With the people --

9                    CHAIRMAN SMITH:  Describe the kind of

10     problem that you're referring to.

11                   MS. TOWNSEND:  Oh, I don't know.  Probably

12     six or seven times.

13                   CHAIRMAN SMITH:  Okay.  All right.

14     Members, questions?  Vice-chairman Pena?

15                   VICE-CHAIRMAN PENA:  Hello, Ms. Townsend.

16                   MS. TOWNSEND:  Hello.

17                   VICE-CHAIRMAN PENA:  How are you doing?

18                   MS. TOWNSEND:  I'm okay.

19                   VICE-CHAIRMAN PENA:  Yeah, I will attest

20     that the OWLS, which is the group that you all call

21     yourselves, started as I recall watching the court

22     system down in south Texas.

23                   MS. TOWNSEND:  Yes.

24                   VICE-CHAIRMAN PENA:  You all sat in and

25     watched trials to make sure that the legal system was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

357

1    above board, right?

2              MS. TOWNSEND:  Yes.

3              VICE-CHAIRMAN PENA:  That's how you all

4    started?

5              MS. TOWNSEND:  Yes, sir.

6              VICE-CHAIRMAN PENA:  And since I live down

7    there with you, I think I understand what you're talking

8    about to some degree.  You are talking about the elderly

9    from adult daycare centers who are rounded up and put

10   into buses or vans.  The talk is that some people may be

11   paid to organize them and then these senior citizens

12   are -- some of them who don't really understand really

13   fully what's going on are told to vote.  Sometimes

14   people will walk in with them to assist them because

15   their language skills may not be -- be sufficient and

16   maybe they assist in voting.

17             MS. TOWNSEND:  Yes.

18             VICE-CHAIRMAN PENA:  Right?  That sort of

19   thing?

20             MS. TOWNSEND:  M-hm.

21             VICE-CHAIRMAN PENA:  We're talking about

22   the excessive use of what we in south Texas call

23   politiqueras or vote harvesters is the phrase used up

24   here, and maybe some excesses in and that sort of thing,

25   right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

358

1            MS. TOWNSEND:  I think some people make a

2   living out of it.

3            VICE-CHAIRMAN PENA:  Right.  We heard some

4   testimony about people with mail-in ballots may go

5   looking for ballots and picking them up out of the

6   mailbox and then voting.

7            MS. TOWNSEND:  Yes.

8            VICE-CHAIRMAN PENA:  And then having them

9   sign it and that sort of thing.

10            MS. TOWNSEND:  Yes.  That's very hard to

11   prove, but --

12            VICE-CHAIRMAN PENA:  It is very hard to

13   prove, but the only thing -- You know, so we agree on

14   almost on all those things because I live there, and I

15   see it along with you, and I agree with that position

16   that some corruption is occurring and it's up to our

17   DA's to do something and that laws can be implemented

18   for us to improve it.

19            The problem I have though, Ms. Townsend,

20   is other than this circumstance in Progresso that has

21   been raised, which I've not been able to explore much

22   because of the AG's concerns, is that I -- even though

23   you and I share the same hostility toward corruption, I

24   don't see the impersonation.  That's the only thing --

25   That's the only disagreement you and I have on -- on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006933

359

1    what we've talked about here is that the impersonation

2    is just not there.  All the other things you talked

3    about and that we shared, you and I know that happens in

4    some of our smaller towns where the school districts are

5    the only source of employment, so everybody fights over

6    the jobs.  But when it comes to voter impersonation,

7    other than Progresso, have you ever seen that before?

8                MS. TOWNSEND:  I've heard about it.  Have

9    not seen it.

10                VICE-CHAIRMAN PENA:  Yeah.  That's -- You

11   know, that's my reservation is that when we fashion

12   things -- These are all good people here.  We try to

13   fashion what we think is right.  We want to make sure

14   that we're not -- you know, we've got a problem with our

15   little toe, we don't want to cut off the whole leg, you

16   understand?  And so when we hear about voter

17   impersonation being a problem, it's hard for me because

18   I concede some of the stuff you're talking about, but I

19   don't see the impersonation.  And if we're going to deal

20   with the abuse of our elderly like you and I are

21   concerned about in our adult daycare centers and -- and

22   we're going to deal with the mail-in ballot problems, we

23   need to deal with those things, but had it come to the

24   impersonation to spend so much money.  It's difficult.

25                And so what -- what we've been doing here



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006934

360

1    is trying to explore options, and the chairman has been

2    taking testimony so that we can find a workable solution

3    and try to find some common ground, and if not, we'll

4    have to take our the positions that we hold at the

5    moment as I've shared with you in private, because I

6    don't see voter impersonation on a wide scale.  It

7    really is a cost benefit analysis for me, and the cost

8    is just simply great.  But that does not mean that we

9    cannot listen and learn and perhaps fashion something

10   that people can live with, but I thank you for your

11   testimony, and I thank you for all the years you've been

12   doing this in Hidalgo County.  I know that the -- the

13   lawyers shaped up a bit when you guys were watching down

14   in south Texas, so I thank you for that.  Thank you.

15   Mr. Chair?

16             MS. TOWNSEND:  This bill is just the

17   beginning, you all.  I think it's a step in the right

18   direction, but it's just the beginning.  There's a lot

19   more to be done.  Thank you.

20             CHAIRMAN SMITH:  Any questions, members,

21   of Ms. Townsend?  Thank you very much for coming today.

22   Appreciate it.  At this time chair calls Dustin Rynders

23   speaking -- representing, Advocacy, Inc. and Disability

24   Policy Consortium testifying against Senate Bill 362; is

25   that correct?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006935

361

```
 1                   MR. RYNDERS:  That's correct.
 2                   CHAIRMAN SMITH:  Would you please state
 3      your name for the record?
 4                   MR. RYNDERS:  Thank you very much.  I'm
 5      Dustin Rynders from Advocacy, Incorporated and the
 6      Disability Policy Consortium.  Advocacy, Incorporated is
 7      the state-wide protection and advocacy organization
 8      designated by the Federal government to protect the
 9      legal rights of people with disabilities in the State of
10      Texas.  I'm also authorized to speak here today on
11      behalf of the Disability Policy Consortium, which is a
12      group of 24 state-wide disability rights organizations,
13      and I'm here to testify against Senate Bill 362 as
14      written, but also want to commend the committee for
15      really elevating, I think, this dialogue in the last
16      two days beyond the way we've, I think, heard it
17      discussed before.
18                   Specifically, I -- the mission of our
19      organization is to both expand access to people with
20      disabilities as well as to ensure the kind of security
21      that the Help America Vote Act, which gives us partial
22      funding to do our work, is designed to do as well, and
23      so those goals dealing both with access to the franchise
24      and security in a comprehensive manner are fully
25      consistent with the things that we want to see done in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

362

1    elections.  Of course, our concerns over the bill have

2    been addressed already.

3              You know, we do not see the kind of proof

4    of in-person voter impersonation that -- that the

5    picture ID is designed to prevent.  We do disagree at

6    all that there is some voter fraud in Texas in other

7    areas.  I think we've heard -- heard convincing evidence

8    in some areas in registration.  I'll tell you nationwide

9    in our experience and as members of the Election

10   Protection Network, registration is the big issue in

11   voting rights nationwide, in Texas and in other states.

12             I think there's a lot -- We can explore,

13   if you all are interested, in reforms around our

14   registration list, our access to registration,

15   furthermore, around the mail-in ballot system.  Of

16   course, access to mail-in ballots is very important to

17   my people, but there are ideas that I have about how we

18   can deal with security in those.  Is it your question

19   time if I answer now?

20             CHAIRMAN SMITH:  You bet.  I want to hear

21   them.  Give them to me.

22             MR. RYNDERS:  Okay.  For instance, in the

23   mail-in ballot system, a lot of people with disabilities

24   do not want to vote by mail, right?  I mean, it needs to

25   be available to people who can't go to a polling place,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006937

363

1    but, remember, whenever you're assisted by a person, the

2    kind of corrupt individuals that we've heard about or a

3    good natured friend or family member, you're losing the

4    privacy of your ballot.

5              One of the best things about HAVA is it

6    allows you with an accessible machine to have a private

7    and independent ballot.  If you had voting -- mobile

8    voting centers during early voting that took these

9    accessible machines out to where the people are who

10   can't go to the polling place, you'd decrease the need

11   for people to be voting by mail.  You know, a lot of

12   what we talk about in the needs of the disability

13   community are going to be talking about mobility, right?

14   If you have people who aren't able to go where you are

15   or access information in the same way, you have to deal

16   with mobility.

17             So if we're talking about IDs, it's not

18   enough just to have the free ID.  We've already heard

19   you also have to pay for the birth certificate, but you

20   also have to go to them, right?  And we know that in

21   Georgia part of their preclearance process was that they

22   said they were going to go to people, and we heard

23   really interesting testimony last night that apparently

24   they didn't go to people.  In the disability community

25   you absolutely must go to people.  I mean, you cannot



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006938

Hearing - Volume 3                              April 7, 2009

364

1    expect everyone to show up at a certain place to get

2    their ID or to cast their vote, but that doesn't mean

3    the mail-in ballots is the only option.  It has to be

4    one option, but you can definitely decrease reliance on

5    mail-in ballots with mobile voting centers.

6            CHAIRMAN SMITH:  Thank you.  And, I mean,

7    I'm going to give the members an opportunity to ask

8    questions, but I just want to kind of give everybody a

9    sense of where we are.  My understanding is that there's

10   62 witnesses left to testify on this bill before we get

11   to the other bills.  If we do not ask any questions,

12   that's three hours, and we have done a very good job in

13   not asking any questions, and that's, again, before we

14   get to the other bills that we have before the

15   committee, and there are a number of witnesses that are

16   going to testify with regard to certain of these other

17   pieces of legislation.

18            So I'm -- The agreement among the members

19   was we would let everybody testify for 3 minutes, and

20   the members will ask any questions they wanted.  I

21   wanted to advise you of the 3 seconds as we proceed.

22   Any questions of this witness?  Dead silence.

23            MR. RYNDERS:  Thank you.

24            CHAIRMAN SMITH:  Representative Anchia.

25            REPRESENTATIVE ANCHIA:  Just -- Just a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006939

365

1    couple.  Thanks for testifying.  Advocacy does a --

2    always does a really good job before this committee.

3    Couple of questions.  Are people with disabilities less

4    likely to have photo ID and if so why?

5                    MR. RYNDERS:  Absolutely.  I so wanted to

6    stand up when you asked if anyone in the room would be

7    affected by this bill because I absolutely have

8    represented people who are.  I'll just give you a little

9    history of me as a lawyer.  I've represented a lot of

10   people with disabilities who were affected by Hurricane

11   Katrina.  I was in the Houston area after Katrina and

12   worked with a lot of those people.  Myself personally, I

13   represented six individuals who had no paperwork,

14   identity, prescriptions for pharmaceuticals that they

15   needed, anything, so there are absolutely people out

16   there who don't have IDs.

17                    As you've already heard from the -- the

18   gentleman who represents homeless individuals, those of

19   us who work with low income individuals with

20   disabilities, without disabilities, we all know how hard

21   it is to get the ID because we've all tried to help our

22   clients get them, and so there are absolutely people out

23   there who are impacted.

24                    Representative Anchia, I like that you

25   brought the attention earlier today to this larger



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006940

366

1    number of the people who don't have the two most

2    preferred IDs.  We've heard a lot about 2 percent.  That

3    may be the best estimate of who don't have one form of

4    photo ID, but certainly the numbers post HAVA's and

5    September 1st, 2006, when an ID number was required on

6    the voter registration application, if the person has it

7    would tend to show that somewhere between 800,000 and

8    1.2 million eligible Texas voters would not have the two

9    most common forms of photo ID.

10               Now, of course, some of those people

11   definitely have other documents that are on the list.  I

12   think the most important thing to consider about those

13   other forms of documents is that you've heard confusion

14   in this room today about exactly what the bill does and

15   what the bill doesn't do in making voters understand who

16   have always shown up year and year, again, with that

17   registration certificate, what's going to be required,

18   and I'll tell you that kind of education for people with

19   disabilities is going to go back to in-person training

20   in mobile units even providing that training.  It is not

21   enough to provide written documentation on a back of a

22   registration card to the people I represent or --

23               REPRESENTATIVE ANCHIA:  Can I just ask you

24   about that because that was one of the technical

25   questions that I had, and I know you're familiar with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

367

1    HAVA.  The notice requirement in the Senate Bill says

2    we're going to put it on the back of your -- of your

3    voter registration card.  I looked at the back of mine

4    and the font -- it's full, right, and the font is like

5    6-point, so if we're adding additional notice about all

6    the different types of ID that you need, is it going to

7    be 2-point font, 1-point font?  Is it going to be

8    readable?  Is it going to be -- Is it going to be ADA or

9    HAVA compliant?  Let's start with ADA since you know a

10   little bit about that.

11              MR. RYNDERS:  Accessible font is 14-point

12   Arial, so I think we can say it's not going to be

13   14-point Arial.  The other thing we need to know is that

14   there are people who are visually impaired.  A lot of

15   who HAVA was trying to get at to provide that kind of

16   independence are nonreaders, you know, people who aren't

17   going to be able to see even a normal font, so we're

18   going to need that education to go out in multiple

19   forms.  I'm not saying don't put it on the back of the

20   registration card, but we're going to want to see a full

21   scale campaign and, you know, the idea of how much you

22   spend on education, just to give you some information on

23   that, based on HAVA, in the last few years we've

24   allocated over 3 million, 3.4 million, 3.5 million in

25   HAVA funds for voter education in the state, even



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034084

368

1    without the kind of drastic changes that are being

2    proposed with this kind of legislation.

3                So you're going to need to see a robust

4    educational effort that is multifaceted dealing not only

5    with the written kind of documents, but, also, I think,

6    you know, PSA's on the radio, things on the -- the

7    television.  You are definitely going to need a lot and

8    in-person outreach to specifically targeted communities.

9    This 2 percent -- We keep talking about this 2 percent.

10   You don't only get to in the newspaper.  This 2 percent

11   you have to get to in the streets.

12               REPRESENTATIVE ANCHIA:  And is the

13   disability community concentrated in clusters dispersed?

14   You know, I want to get a sense -- we're concerned about

15   making sure everybody has a franchise.  If you're an

16   American, if you're a Texan, if you are eligible, it's

17   my sense and I think the sense of everybody on the

18   committee, we want you to vote.  What's the best way to

19   reach the community that you represent?

20               MR. RYNDERS:  People with disabilities are

21   absolutely filtered throughout the state.  They come in

22   all ages and races and colors and political

23   affiliations.  Some are in institutions.  Some are in

24   community centers.  There's a lot of talk about nursing

25   homes, and these are places I have a lot of experience



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034085

369

1    on voting issues.  I'd be happy to work with any members

2    of the committee in concerns in those areas and -- and

3    expanding the franchise in those areas.

4              But you have to remember that the whole

5    paradigm of people with disabilities being in

6    institutions is a dated paradigm.  Now, Texas's system

7    is also dated, but we do have more and more people with

8    disabilities who are living in the community, and so

9    when we talk about outreach, it can't only be focused on

10   institutional settings.  It also has to be those

11   individuals who are at home.  So you may have mobile

12   voting centers who can hit low lying fruit at

13   institutional settings or you are going to have clusters

14   of people who are living -- but you are also going to

15   still have to make sure that you're reaching out to

16   those individuals who are living in their home with

17   perhaps day support or hours of respite for caregivers.

18             REPRESENTATIVE ANCHIA:  Okay.  I

19   appreciate your testimony.

20             MR. RYNDERS:  Thank you.

21             CHAIRMAN SMITH:  Thank you.  Members, any

22   other questions?  Thank you.

23             MR. RYNDERS:  Thank you.

24             CHAIRMAN SMITH:  Appreciate it very much.

25   At this time the chair calls Ignacio Aguilar



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034086

370

1   representing himself testifying in favor -- He's not
2   going to testify.  He's gone.  Don't see anybody, so
3   we're going to show him as not testifying but as in
4   favor of the bill.
5           At this time the chair calls Jerry Lee
6   Phillips.  This may reduce that 60 number somewhat.  I
7   don't see -- Are you Jerry Lee Phillips?
8           MR. PHILLIPS:  Yes, sir.
9           CHAIRMAN SMITH:  Okay.  Testifying against
10  the bill and representing yourself.
11          MR. PHILLIPS:  That is correct, sir.
12          CHAIRMAN SMITH:  All right.  Please state
13  your name and proceed.
14          MR. PHILLIPS:  My name is Jerry Lee
15  Phillips.  I am from Hurst, Texas.  Thank you, Chairman
16  Smith.
17          CHAIRMAN SMITH:  Got my attention.
18          MR. PHILLIPS:  Yes.  That's House District
19  92, isn't it?
20          CHAIRMAN SMITH:  Good.
21          MR. PHILLIPS:  Thank you, Chairman Smith,
22  and to the rest of the members of the elections
23  committee.  I thank you also for the opportunity to
24  speak.  I believe my friendly testimony will reflect the
25  feelings of a large number of hard working Texans from



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006945

371

1    House District 92, and other areas of our state who

2    could not take time away from work or were unable to

3    leave their families to come to Austin to address you

4    about this controversial election legislation.

5              As you've heard in other testimony,

6    Chairman Smith and committee, there are no proven

7    widespread voter fraud issues in Texas.  Republican

8    Attorney General Greg Abbott has spent over a million

9    tax party dollars trying to hunt down election

10   violators.  He has come up empty handed.  The former

11   political director for the Texas Republican party as

12   cited by the Brennan Institute for Justice concluded

13   that Voter ID legislation would suppress traditional

14   democratic voter turn out by a significant 2.93 percent.

15   That's a lot of voters.

16             Whether intended or not, and I'd like to

17   repeat that, whether intended or not, you are

18   considering a voter suppression bill.  Pursuit of voter

19   suppression legislation is tantamount to political

20   hanky-panky with the ugly goal of unfairly perpetuating

21   one party dominance for several more election cycles.

22             There's some very important facts that I'd

23   like to remind Chairman Smith and this committee of.

24   First, that according to the Wall Street Journal

25   article, in July 2008, Texans pay some of the very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006946

372

1   highest utility rates in the United States.  Escalating

2   utility costs is a real problem facing mainstream

3   Texans.  Pursuing partisan legislation that would

4   restrict the right of minorities, seniors and young

5   Texans to vote does not solve that problem.

6              According to KTXA Channel 11, Texans pay

7   some of the highest homeowners insurance rates in the

8   United states.  Escalating homeowner insurance rates is

9   a problem facing mainstream Texans and partisan election

10  legislation does not solve that problem either.

11  According to the Dallas Morning News economy watch, the

12  State of Texas has lost over 100,000 jobs so far in 2009

13  and is projected to lose another 600,000 by the end of

14  this year.  Job loss is a problem facing mainstream

15  Texans, many who live in House District 92.

16             The proposed legislation that restricts

17  the right of minority seniors and young Texans to vote

18  simply does not deserve the attention of the

19  legislature. As a constituent in House District 92, I

20  ask you, Chairman Smith and committee, to address the

21  growing utility crisis in Texas, make tuition affordable

22  for -- for hard working Texas and bring down those

23  insurance rates.  These are the issues facing your

24  constituents in House District 92 and elsewhere.

25             I implore this committee to get its



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006947

TX_00034089

373

1    priorities right, drop the voter suppression bill, allow

2    the legislature to devote its full attention to our

3    state's biggest problems without the distraction of the

4    highly partisan election bill.  I appreciate your

5    courtesy.

6              CHAIRMAN SMITH:  Is it -- Is it your

7    impression, Mr. Phillips, that the 2 point -- is it

8    2.9 percent?  2.7 percent.  2.7 percent finding in that

9    study by the Brennan Institute pertains to the

10   legislation that we're considering --

11             MR. PHILLIPS:  Pardon me, sir?

12             CHAIRMAN SMITH:  -- today?  Do you

13   think -- Do you think that finding of -- of that study

14   pertains to what's being proposed in Texas?

15             MR. PHILLIPS:  What's being proposed in

16   Texas?  You know, I haven't read the report, I'll be

17   honest.  I just heard a report of the testimony last

18   night, Mr. Chairman.

19             CHAIRMAN SMITH:  So you heard discussion

20   of it last night.

21             MR. PHILLIPS:  I heard report of the --

22   the discussion last night.  I was not in attendance.

23             CHAIRMAN SMITH:  Okay.  Here's -- Just

24   want to make this point quickly for you, and I don't

25   know if the audience has had a chance to consider this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

374

1    either.  There's a number of studies.  What you've done

2    is cited one of them.  There is another study from the

3    Heritage Foundation, and these are sort of think tanks

4    that tend to align themselves, and I don't want to name

5    any names, but one tends to have more conservative

6    findings, and one tends to have less conservative

7    findings, and -- and in this instance, they do as well.

8                    There are a number of studies that

9    indicate that even if you compare -- I'm reading from

10   the study that you're citing to.  It says, Voters in

11   states that required photo identification, that required

12   it, were 2.7 percent less likely to vote than voters in

13   states where individuals had to give their names,

14   meaning, Vermont.  All you have to do is go to the polls

15   and state who you are.  What this study is saying, which

16   is different than a number of other studies which have

17   found that even when you compare the -- the least

18   onerous system to the most onerous system, there is no

19   change in turnout.

20                    This finding suggests that when you do

21   compare the most onerous system, like Vermont's, where

22   you just show up and say my name is Todd Smith, if they

23   see your name on the roll, they let you vote.  To

24   Indiana, one extreme to the other.  Indiana, hard photo

25   identification requirements, only way your vote counts



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034091

375

1    if you don't have it, just to do certain things within
2    10 days.
3              If you make that comparison, one of
4    several studies has concluded that there's an effect.
5    Again, many other studies or several other studies have
6    made a different finding, but there's not any study --
7    there is no evidence to suggest that the marginal change
8    that's being proposed by the Senate Bill in Texas, which
9    is simply going from a requirement that you have either
10   photo or non-photo identification, to a requirement that
11   you have either photo or two forms of non-photo
12   identification, has any effect on voter turnout.
13             Are you aware of any study that would
14   indicate or suggest that that difference, which is
15   the -- that's the difference before us today, would --
16   would have any effect on voter turnout?
17             MR. PHILLIPS:  No.  It was just my
18   understanding that people like my mom, who are getting
19   old and somewhat forgetful and no longer have Voter ID,
20   that this would create a burden for them and, therefore,
21   people in her age category would be less likely to vote.
22             Now to answer your question specifically
23   because I apologize because I knew that's what you were
24   going to say is do you know specifically.  No, sir, I
25   don't.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Hearing - Volume 3                              April 7, 2009

376

1           CHAIRMAN SMITH:  Okay.

2                MR. PHILLIPS:  I just know my mom pretty

3      good, and I wouldn't want to put her in the spot because

4      she does feel that voting is her civic duty, and like I

5      said, she's gotten forgetful, and she's gotten where she

6      doesn't have a driver's license, and so it could be an

7      issue with my mother.

8                CHAIRMAN SMITH:  Well, and you understand

9      that one of the documents she can use to vote is a

10     Medicare card?  She has one of those, doesn't she?

11               MR. PHILLIPS:  She certainly does, yes,

12     sir.

13               CHAIRMAN SMITH:  Okay.  All right.  And so

14     I just I think there are two legitimate issues, if not

15     more, before the committee.  One is the evidence

16     relating to fraud, what is -- is the purpose of this

17     legislation.  The other though, which is sometimes

18     skipped over, is the evidence suggesting that this small

19     marginal change in the existing identification that is

20     required to vote in the State of Texas will in fact have

21     any effect of any kind, and let me tell you, I got half

22     my friends on this committee that have argued that if we

23     do this, it's going to dramatically increase turnout,

24     and I don't agree with them anymore than I agree with

25     you.  I don't there's any -- I don't think there's any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006951

377

1    evidence to suggest that this change in the law is going

2    to -- to affect our turnout in this state to one iota

3    for whatever it's worth.  But I appreciate you coming

4    down.  Any other questions from the members of the

5    panel?  (Inaudible.)

6                    Yeah.  I think we have had arguments from

7    this panel, there's no question.  So any other questions

8    for Mr. Phillips?  Representative Heflin?

9                    REPRESENTATIVE HEFLIN:  Mr. Chairman,

10   Mr. Phillips, as to your mom and other senior citizens,

11   now she doesn't have a photo ID, but she has an ID

12   showing she's over 65.

13                   MR. PHILLIPS:  Yes, sir.

14                   REPRESENTATIVE HEFLIN:  So if we put a

15   provision in the bill that exempted those over 65 from

16   having the photo as long as they have some documentation

17   proving they're over 65, would you believe that would be

18   a burden upon the senior citizens or most of them have

19   Social Security cards and/or Medicare cards?

20                   MR. PHILLIPS:  You know, certainly I'm

21   sure it would cover most folks.  I guess we're all -- or

22   I guess the committee is looking at that number of folks

23   who maybe wouldn't be in that --

24                   REPRESENTATIVE HEFLIN:  Right.

25                   MR. PHILLIPS:  -- group.  So you would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034094

378

1    probably know better than I about that number of folks

2    who don't have access to or don't have identification.

3                    REPRESENTATIVE HEFLIN:  Right.  So what I

4    would propose is that right now I would -- I have a hard

5    time picturing anyone 65 and younger in today's

6    society -- mobile society -- 65 is pretty young anymore

7    because some members are getting close to it, and I'm

8    not there yet, but I can see it around the corner -- so

9    would have an ID of some form that might have a photo on

10   it.  So I would propose that, okay, those that are born

11   in 1944 and after, okay, fine, they will participate,

12   but that it goes up every year as we -- you know,

13   everybody is accustomed to this program.

14                   You know, this is not going to happen

15   overnight, but I just -- I want to make sure that we do

16   everything possible to make sure those senior citizens,

17   many who fought World War II and Korea and, you know,

18   have that right to vote because I think it's that

19   important that we do everything we can -- In fact, I

20   don't like the name Voter ID Bill.  I think -- I think

21   this ought to be the voter enhancement and quality

22   assurance bill.  I think that's where we need to go is

23   enhance every vote we can get to the polls, and so do

24   you think that would be fair to like your mom?

25                   MR. PHILLIPS:  Well, I don't know.  I'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006953

                                                                    379

1    have to ask my mother about that voter enhancement.

2                REPRESENTATIVE HEFLIN:  Quality

3    assurance --

4                MR. PHILLIPS:  Quality assurance.

5                REPRESENTATIVE HEFLIN:  -- bill, yes.

6                MR. PHILLIPS:  But, you know, she's been

7    sold soap before and she might want to read it first.

8                REPRESENTATIVE HEFLIN:  Thank you very

9    much.

10                MR. PHILLIPS:  Yes, sir.

11                REPRESENTATIVE ANCHIA:  Just a quick

12   question.  What does your mom use to vote right now?

13   Her voter registration card?  When she goes in does she

14   bring her voter registration card with her?

15                MR. PHILLIPS:  The last time she voted she

16   voted by mail.

17                CHAIRMAN SMITH:

18                REPRESENTATIVE ANCHIA:  Okay.  The last

19   time she voted in person when you -- if you take her to

20   the polls, what was it she used?

21                MR. PHILLIPS:  Well, it's been -- it's

22   been probably four years since I took her or six to the

23   polls, and she took actually -- she had an old driver's

24   license that she took.  Now, she hadn't been driving,

25   but they accepted it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

380

1           REPRESENTATIVE ANCHIA:  Was it expired?

2           MR. PHILLIPS:  Yeah.

3           REPRESENTATIVE ANCHIA:  Okay.  Depending

4   upon when it was expired, under this bill she wouldn't

5   have been able to vote if it, I -- I think, had been

6   expired two years from the date that you were going to

7   be voting that it might not -- her vote might not have

8   counted under the Senate Bill, so, I mean, I understand

9   why you'd be cautious about -- about the things that are

10  required and aren't.  And my reason in asking that, what

11  people usually bring to the poll is people are in the

12  habit of bringing certain pieces of identification for

13  the polls.

14          I've got constituents that for 40 years

15  have voted with their voter registration card.  You

16  know, their husbands drove them around.  Their husbands

17  have now passed on.  They don't drive, but they like to

18  either walk to the polls or get a ride to the polls.

19  We'd furnish them with rides, and they vote with their

20  voter registration card.  My fear is that if we change

21  the rules on them and say that that's insufficient and

22  don't do any -- any education, then they might just do

23  what they're used to and then not be able to vote.  So I

24  think any change that we make in the law, and this may

25  allay some of your concerns, if we're able to implement



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006955

381

1    it is that we need to do quite a bit of voter education

2    and not implement this immediately because it could have

3    an impact on a lot of people.

4                    Now, we spend some time trying to

5    education -- spend some time and money educating the

6    public about any change that we undertake, so I just

7    offered that up for thought.

8                    CHAIRMAN SMITH:  And I'll just say I think

9    we're in agreement on that.  Any other questions,

10   members?  Thank you.  At this time the chair calls Vern

11   McClaugherty.  Is that right?  I'm sorry.

12                   MS. McCLAUGHERTY:  McClaugherty.

13                   CHAIRMAN SMITH:  McClaugherty.

14                   MS. McCLAUGHERTY:  I thought maybe you had

15   lost it.  I was beginning to think that.

16                   CHAIRMAN SMITH:  That's probably true.

17                   MS. McCLAUGHERTY:  We signed up way before

18   lunch.

19                   CHAIRMAN SMITH:  Give us your name and who

20   you represent.

21                   MS. McCLAUGHERTY:  My name is Vern

22   McClaugherty.  I'm from Edinburg.  I'm representing the

23   OWLS and myself.

24                   CHAIRMAN SMITH:  You're testifying for

25   Senate Bill 362?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006956

Hearing - Volume 3                                    April 7, 2009

382

1            MS. McCLAUGHERTY:  Yes.

2            CHAIRMAN SMITH:  Thank you.

3            MS. McCLAUGHERTY:  And first thing I want

4    to say is I'm from Hidalgo County, and when I say that,

5    most people up here giggle, so maybe you all know where

6    I'm from.  One of our county commissioners was arrested

7    April the 2nd, '09 by the FBI.  We've had a sheriff,

8    we've had our election administrator indicted.  Crooks

9    in our county?  I mean, things that go on, please.

10            We've had people here today that came up

11   here to speak to you so you would know the truth and

12   they were stopped dead in the water.  We were not

13   supposed to say anything today, by the way.  There is

14   evidence and it was a person that was in this room today

15   that was not a registered voter and voted.  And I'm not

16   sure if they were from Mexico, but I do know that we're

17   so close that it's very possible that she was, but she's

18   not a registered voter, and she was paid to vote, but

19   she was turned away today so that you all will never get

20   to see her, I guess.

21            But this is a city election down there

22   that we've gotten involved with, and they have complete

23   control of that town, of the city and of the school.

24   There's two place to get a job in that town.  That's the

25   city and the school.  If you don't vote their way,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034099

383

1   you're fired.  So these people have a problem down

2   there.  I have been a ballot board judge.  I have been

3   on the ballot board.  I have seen the mail come in --

4   the mail-in ballots that do not even have a signature on

5   the back.  We've had the signatures that do not match.

6   We tried to look at a letter and make sure that it is

7   something that is close to it.  We have absentee ballots

8   that go to one address, and we know that there's large

9   families, but, believe me, these are large people.  They

10  have no names that are even close to each other, but

11  they go to that same address.  When you have an absentee

12  ballot, it is to go to wherever you're going to be out

13  of the county.  You are not -- If you are in county, you

14  should be able to vote.  It's supposed to go out.

15              Progresso is in Hidalgo County.  It goes

16  to the same address.  So these are things that we see

17  personally and we know.  And I don't understand whenever

18  they swear that they are a registered voter, why is it

19  don't you make a law that it's a felony?  Put them in

20  jail.  They just swore.  They have nothing that's going

21  to give them any time or anything that they -- what they

22  lie.  Who cares?  We need the -- When you are going to

23  go and you keep someone from voting, you need to make it

24  a felony to stop that.

25              I know right now people are here, and I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

384

1   want to talk fast.  Be prepared.  You have picture IDs,

2   you have student cards, you have driver's license, you

3   have CHL.  By the way, I had to drive with my driver's

4   license and my CHL up here today in case I saw a DPS --

5   Yesterday.  Sam -- Sam's credit card has your picture.

6   Credit cards, passport pictures, military cards,

7   agencies with the government, fishing and hunting

8   licenses, I believe you have to give them an ID.  You

9   want to cash a check, you got to give them two IDs.  You

10  got to give them money.

11              The county put this in the paper and they

12  paid for it.  This was so that they could get help with

13  their light bills for the low income, and the one thing

14  they need was proof of purchase -- I mean, proof of

15  income, but most of all, they need the picture ID, a

16  birth certificate or a passport or a Social Security

17  number.  So you're telling me you can't have a little

18  picture card that lets someone vote that we know that

19  they are a registered voter?

20              CHAIRMAN SMITH:  Members, any questions?

21              REPRESENTATIVE BROWN:  Yes, sir.

22              CHAIRMAN SMITH:  Representative Brown?

23              REPRESENTATIVE BROWN:  I'm just curious.

24  You said that you knew someone who was -- that had come

25  up here to talk about her experiences and she was turned



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006959

385

1  away?
2                  MS. McCLAUGHERTY:  Well, the -- the
3  Attorney General said -- told us for -- not to speak
4  today.
5                  REPRESENTATIVE BROWN:  Yeah, I understand.
6                  MS. McCLAUGHERTY:  And like I say, we were
7  at your meeting yesterday until way late, and we
8  didn't -- we found out that I think he spoke to you all
9  last night about 1:30.  I asked him why didn't he do
10  that this morning -- about 1:30 this afternoon and we
11  could have asked these people or tried to stop them or
12  if we would have known yesterday earlier, we could have
13  called these people and told them not to come.  They
14  took off from work to come up here to talk to you all.
15                  REPRESENTATIVE BROWN:  Was that the only
16  person that --
17                  MS. McCLAUGHERTY:  That was the one that I
18  know of right now.
19                  REPRESENTATIVE BROWN:  Okay.
20                  MS. McCLAUGHERTY:  There was some other
21  testimonies.  They wanted to come and tell you the
22  truth.
23                  REPRESENTATIVE BROWN:  Was that the only
24  person that spoke to her about not -- not talking?
25                  MS. McCLAUGHERTY:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

386

1              REPRESENTATIVE BROWN:  Okay.

2              MS. McCLAUGHERTY:  I mean, you know, he

3    told her that he preferred that we not do that and then

4    he told us outside.  So like I say, they were -- they

5    were turned away.

6              REPRESENTATIVE BROWN:  Okay.  And that's

7    very unfortunate, and I'm still a little confused about

8    what they could have said and could not have said, but,

9    you know, we really don't want to jeopardize that case.

10             MS. McCLAUGHERTY:  Right.  Well, I

11   understand and that's --

12             REPRESENTATIVE BROWN:  Those people do

13   need to be prosecuted if indeed that is what happened.

14             MS. McCLAUGHERTY:  And that's what we told

15   them.  We said this -- You know, let's pass this up, but

16   they wanted to come and tell you all the truth and have

17   somebody listen.  No one's listened to them.  Most of

18   them will just throw them off and go on.  I'm too busy

19   today.  And I can't believe today how much this has

20   become a Democratic and Republican thing.  You all get

21   into a fight yesterday.  I thought you all were going to

22   go to fist city.  My God.  Like I say, I was shocked.

23   This should be for the people.  This is for the people

24   so they can vote, and a picture ID is not going to hurt

25   anything.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

387

1                    REPRESENTATIVE BROWN:  Couldn't agree
2     more.  Thank you so much.
3                    UNIDENTIFIED SPEAKER:  Mr. Speaker?
4                    CHAIRMAN SMITH:  Yes.
5                    UNIDENTIFIED SPEAKER:  She's already gone.
6                    CHAIRMAN SMITH:  Yeah.  Just, again, a
7     reminder to the audience that we want to try to avoid --
8                    MS. McCLAUGHERTY:  I'm sorry.  Someone has
9     got a question for --
10                    CHAIRMAN SMITH:  Yes.  Our Representative
11    Heflin.
12                    MS. McCLAUGHERTY:  Okay.  I'm used to --
13                    REPRESENTATIVE HEFLIN:  What is the
14    population of Edinburg?
15                    MS. McCLAUGHERTY:  Don't ask me.  They're
16    getting bigger by the minute.
17                    REPRESENTATIVE HEFLIN:  And how far is --
18    how far is Progresso from Edinburg?
19                    MS. McCLAUGHERTY:  We're about under --
20    under 25 minutes -- 25 -- 20, 25 minutes, and if you
21    speed a little bit, you can -- you can get there a
22    little faster.
23                    REPRESENTATIVE HEFLIN:  Is it due north?
24                    MS. McCLAUGHERTY:  Pardon?
25                    REPRESENTATIVE HEFLIN:  Is it due north?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 7, 2009

                                                              388

1              MS. McCLAUGHERTY:  It's south.  It's south

2    of Edinburg, coming into Edinburg and then you are going

3    to go to Target on the expressway and you are going to

4    go to Weslaco and go south of Weslaco and it's just

5    close to the border.  I mean, you cannot believe.

6              REPRESENTATIVE HEFLIN:  Okay.  Now, are

7    you also election judge and clerk and do you do that as

8    well?

9              MS. McCLAUGHERTY:  No.  I have been on the

10   ballot board, and I have clerked in the past, and I've

11   been a judge and I've been a poll watcher, but it was

12   years ago.

13             REPRESENTATIVE HEFLIN:  Okay.  And you

14   think the big concern that you're having is mail-in

15   ballots?  That's a big problem?

16             MS. McCLAUGHERTY:  That's a big one to me

17   and then, like I say, just making sure that -- you know,

18   that everyone that's voting is a registered voter.

19             REPRESENTATIVE HEFLIN:  Now, you said that

20   if -- if -- they should be out of county if they are

21   going to use an absentee ballot.

22             MS. McCLAUGHERTY:  That's the way.

23             REPRESENTATIVE HEFLIN:  Do you believe we

24   ought to go back to the you have to have a reason for a

25   absentee ballot instead of a --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006963

389

1            MS. McCLAUGHERTY:  Only thing I know is if

2    you are requesting a ballot, the way I understood it

3    that if you ask for an absentee, that it will be sent to

4    you wherever you're at, but you are not to be in your

5    county because if you are in your county, you should be

6    able to go vote.  Well, yes, I'm just talking about

7    the -- I'm not talking about the age or anything.

8            REPRESENTATIVE HEFLIN:  You are talking

9    about the able-bodied?

10           MS. McCLAUGHERTY:  I'm just talking about

11   just, you know, not going to be here.

12           REPRESENTATIVE HEFLIN:  Very good.  Thank

13   you.

14           CHAIRMAN SMITH:  Any other questions,

15   members?  Frank?

16           VICE-CHAIRMAN PENA:  How are you doing?

17           MS. McCLAUGHERTY:  Well, I'm hungry.  I'm

18   going to faint here in just a minute.  I haven't had

19   anything since early this morning.

20           CHAIRMAN SMITH:  I'll help you in a little

21   bit.

22           MS. McCLAUGHERTY:  Okay.

23           VICE-CHAIRMAN PENA:  I understand you

24   support this -- this senate proposal.  What else can we

25   do?  I mean, what else -- I realize that we have a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006964

                                                                390

 1    problem with prosecutions, right?

 2              MS. McCLAUGHERTY:  Yes.

 3              VICE-CHAIRMAN PENA:  This stuff goes on.

 4              MS. McCLAUGHERTY:  Yes.

 5              VICE-CHAIRMAN PENA:  And have you all gone

 6    to the DA?

 7              MS. McCLAUGHERTY:  Yes.  That's the reason

 8    why we are here is because we accidentally found a

 9    website that had stated that possibly we had tainted the

10    people down through -- tainted the affidavits and things

11    that they had signed by Chuy Hinojosa, and we have no --

12    we had not even seen the affidavits.  We had no idea, so

13    that's why we're up here on this today, to make sure

14    that you understand how important this is.

15              VICE-CHAIRMAN PENA:  There are other

16    avenues that you're pursuing, right?  There are other

17    bills in the senate or in the process --

18              MS. McCLAUGHERTY:  Yes.

19              VICE-CHAIRMAN PENA:  -- that you are

20    supporting?

21              MS. McCLAUGHERTY:  We're hoping that --

22    that possibly any of the population that -- of the

23    cities, of the -- of the counties, all over the state

24    here that have 20,000 or less, that you will be able to

25    have the county run the election, and maybe we can get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034107

391

1    some people in there that will watch what's going on.

2    Maybe we can have a fair one.

3              VICE-CHAIRMAN PENA:  I'm going to ask you

4    a question.  I want you to be real straight with me.

5    Let's say we get this Voter ID thing.  You and I know

6    that sort of corruption that we're concerned about is

7    not going to go away, right?

8              MS. McCLAUGHERTY:  That's right, for a

9    while.

10             VICE-CHAIRMAN PENA:  Yeah.

11             MS. McCLAUGHERTY:  But it's a one-step --

12   one more step tightening down.

13             VICE-CHAIRMAN PENA:  You say it's one

14   step, but this is the way it's been in Hidalgo County

15   for a long time, right?

16             MS. McCLAUGHERTY:  Yes.

17             VICE-CHAIRMAN PENA:  And it's true in most

18   of the small towns?

19             MS. McCLAUGHERTY:  Yeah.

20             VICE-CHAIRMAN PENA:  And I'm talking about

21   the stuff, about the elderly and the daycare centers

22   and --

23             MS. McCLAUGHERTY:  Well, the --

24             VICE-CHAIRMAN PENA:  The political boss

25   and that sort of thing, right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                                  392

1                    MS. McCLAUGHERTY:   M-hm.

2                    VICE-CHAIRMAN PENA:   That's what you're

3      talking about?

4                    MS. McCLAUGHERTY:   M-hm.

5                    VICE-CHAIRMAN PENA:   But the Voter ID

6      thing, my observations what I see in south Texas, that's

7      going to not make most of the stuff we're concerned

8      about go away.

9                    MS. McCLAUGHERTY:   Well, it will some if

10     you're looking at the picture and it's a nice looking

11     woman or man and the woman you are looking at looks

12     nothing like them and it's not even -- it's not them,

13     then you are going to stop that person from illegally

14     voting because it's not the person that card belongs to.

15                   VICE-CHAIRMAN PENA:   Most of the things we

16     complain about those are these rounding up of senior

17     citizens at adult care centers and people nudging them

18     to vote for their candidate, right?

19                   MS. McCLAUGHERTY:   That's true, right.

20                   VICE-CHAIRMAN PENA:   And that's not going

21     to stop them, right?

22                   MS. McCLAUGHERTY:   If there's more ways

23     that we can get control and get the people when they've

24     coming in educating them on the voting because right

25     now, like you say, they bus them in.  They give them --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006967

TX_00034109

Hearing - Volume 3                                    April 7, 2009

393

1    They tell them or they go in and you see shoes this
2    direction and the voting thing is here.  Back when we
3    had the old shoe thing type, you knew very well that
4    they were not voting.  The person that went in there had
5    pulled it, but there's no way you say anything.  The
6    shoes look in the other direction.
7                  VICE-CHAIRMAN PENA:  Okay.  But I guess I
8    want --
9                  MS. McCLAUGHERTY:  I mean, I'm trying to
10   tell you what's happening down there.
11                 VICE-CHAIRMAN PENA:  And I'm right there
12   with you, and you and I have these discussions back
13   home, but -- but you have to concede that this solution
14   that's proposed is not going to make what you and I
15   complain about mostly go away.
16                 MS. McCLAUGHERTY:  It's one more step.  I
17   mean, the more that you -- The people, they want to
18   vote, the ones that are elderly, and, by the way, at the
19   end of the month, I'm going to be 60, and so 64 is not
20   very old, at least not to me.  70 is looking pretty
21   good.  So I plan to be able to take my card -- And, by
22   the way, I know where my voter registration cards are
23   for my entire family, my two sons, my husband and my two
24   daughter in-laws and myself.  I have them.  They're
25   right where I know I can get to them, and I hand them



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006968

Hearing - Volume 3                                   April 7, 2009

394

1    out.  It's very important that we know where they're at,

2    and I try to tell people those cards are very important

3    to take with you.  So when you -- If we had something

4    there to get the people to go -- they're ready to vote.

5    These people are not wanting a reason not to vote.

6              So -- And, like I say, I don't care how

7    old you are, and when we were in Progresso the other

8    day, the last election -- let me quickly -- we had -- a

9    little old lady was in a walker, and she was walking

10   trying to get her way to go over there and vote.  Now, I

11   don't know how she was voting, but it was blocked by a

12   big trailer on the side of the road, halfway in the road

13   and halfway on the sidewalk, but she was going to vote.

14   Nothing was going to stop her.  So that's what we need.

15   We need -- And the people there, they want to be able to

16   vote.

17              VICE-CHAIRMAN PENA:  I thank you for

18   coming down here.  I look forward to working with you --

19              MS. McCLAUGHERTY:  Up here.

20              VICE-CHAIRMAN PENA:  I look forward to

21   working with you on these on the problems that we've

22   talked about and finding solutions.

23              MS. McCLAUGHERTY:  All right.

24              VICE-CHAIRMAN PENA:  Okay?  And I thank

25   the OWLS for all the work they do.


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                              April 7, 2009

395

1              MS. McCLAUGHERTY:  Thank you all.

2              REPRESENTATIVE ANCHIA:  Really quickly.

3              CHAIRMAN SMITH:  Whoa, whoa, whoa.  Wait

4    just a minute, if you don't mind.  Representative

5    Anchia?

6              REPRESENTATIVE ANCHIA:  I'm sorry.  Just

7    really quickly.  How do you pronounce the county name

8    again?

9              MS. McCLAUGHERTY:  Hidalgo.

10             REPRESENTATIVE ANCHIA:  Say it one more

11   time?

12             MS. McCLAUGHERTY:  H-I-D-A-L-G-O.

13             REPRESENTATIVE ANCHIA:  How do you

14   pronounce it?

15             MS. McCLAUGHERTY:  Hidalgo.

16             REPRESENTATIVE ANCHIA:  Hidalgo.  How do

17   you pronounce it?

18             UNIDENTIFIED SPEAKER:  Hidalgo, if you

19   want to say it --

20             REPRESENTATIVE ANCHIA:  Okay.  I was

21   just --

22             MS. McCLAUGHERTY:  See how he -- how he

23   pronounces my name.

24             REPRESENTATIVE ANCHIA:  I was confused.

25   There's like a treaty named after that, right, at some



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006970

396

1    point?  Just checking.

2                 MS. McCLAUGHERTY:  But I'm from west

3    Texas, so I have a little bit of an accent, so --

4                 REPRESENTATIVE ANCHIA:  Yeah.  Now, I was

5    going to ask Representative Heflin how he pronounced it

6    just to get a little close (inaudible) going.

7                 MS. McCLAUGHERTY:  Yeah.

8                 REPRESENTATIVE HEFLIN:  Hidalgo.

9                 REPRESENTATIVE ANCHIA:  All right.  Thank

10   you.

11                MS. McCLAUGHERTY:  See if he can pronounce

12   my name, and then we'll -- we'll talk about the county.

13                REPRESENTATIVE ANCHIA:  Yeah, I know.  One

14   step at a time as you said.  Thank you.

15                CHAIRMAN SMITH:  At this time the chair

16   calls Fidel Acevedo.  How did I do?  President of LULAC

17   Council No. 4860 here to testify against Senate Bill

18   362.  Please state your name and who you represent.

19   Thank you -- Thank you to all of you for sticking with

20   us.

21                MR. ACEVEDO:  My name is Fidel Acevedo.

22                CHAIRMAN SMITH:  Who do you represent?

23                MR. ACEVEDO:  I represent Council 4860.

24   I'm the president for that particular council.

25                CHAIRMAN SMITH:  Tell us what you want us



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006971

397

1    to know.  Thank you.

2                 MR. ACEVEDO:  Well, first of all, I want

3    to let you know that I'm against this particular bill.

4                 CHAIRMAN SMITH:  Okay.

5                 MR. ACEVEDO:  Second of all is I've been

6    an election judge here in Travis County for at least

7    10 years.  It doesn't surprise me that we're trying to

8    suppress voter turnout.  It doesn't surprise me.  Here

9    in Travis county we do have a heck of a turnout.  But at

10   the same time as an election judge, at any facet of the

11   election process, the photo ID to me wouldn't and shall

12   not be the thing that will make it -- make it possible

13   for you to be able to vote.  You have voter registration

14   cards, and as a judge, you should be able to oversee

15   that election and be able to see that the election is

16   run properly and fairly.

17                 With -- With that in mind, I also serve on

18   the advisory board here in Travis County with elections.

19   So all these things that we hear about voter fraud and

20   different types of fraud, I tell you what, it seemed

21   like to me like a lot of paranoia from a lot of folks

22   that are not really willing to teach the process.  I

23   believe in teaching the process.  I believe in the

24   process.  But for this type of bill to go forward and

25   become law, where is the bucks coming from so we can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006972

1    continue to teach and be able to relate to the voters

2    what it's all about?

3                   We're having trouble right now keeping up

4    with what is out there right now as the law has changed

5    since HAVA came into play.  So, folks, let me tell you,

6    they say if it ain't broke, don't fix it.  Well, if you

7    think it's broke and you're trying to fix it, the best

8    you can do is throw a lot of bucks into it so that we

9    can have the money to train folks on the process and not

10   just put another law into play that is just going to

11   totally continue to confuse our voters.

12                  We need voter turnout.  It doesn't matter

13   to me as a judge whether you're Republican, Democrat or

14   otherwise, but we do need -- we do need folks to

15   understand the process first and that avoids a heck of a

16   lot of confusion.  Thank you very much.

17                  CHAIRMAN SMITH:  Thank you too.  Members,

18   any questions?  Representative Pena?

19                  VICE-CHAIRMAN PENA:  Fidel, how are you

20   doing?

21                  MR. ACEVEDO:  Fine, sir.

22                  VICE-CHAIRMAN PENA:  I know that you live

23   in the City of Austin, right?

24                  MR. ACEVEDO:  Yes, sir.

25                  VICE-CHAIRMAN PENA:  And I know that



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

399

1    you've been working in the -- in the grassroots level

2    with mainly in Hispanic populations across the State of

3    Texas; is that right?

4              MR. ACEVEDO:   That's true.

5              VICE-CHAIRMAN PENA:   And based on your

6    experience, you've heard some of the testimony earlier

7    that in some states turnout actually went up.   At least

8    that's the allegation, but in your experience in dealing

9    with the communities that you've worked with for many,

10   many years, do you see this as having -- having an

11   effect where voter turnout goes down or goes up?

12             MR. ACEVEDO:   Well, I'm going to -- I'm

13   going to reflect on what Todd's -- the representative --

14   the chairman reflected to with the study, and he was so

15   clear about the way this one study was referenced to the

16   other, and the gap is so narrow.   Well, I don't know

17   where he gets all that information, but I can tell you,

18   Chairman, that -- that you can take any study and you

19   can make any kind of percentage look narrow or big,

20   depending on the numbers.   I can tell you for a fact

21   that in the areas where I have been throughout the State

22   of Texas, trying to teach this process and trying to

23   keep up with the process, whether it was from

24   Brownsville to El Paso, it's -- it just floors you to

25   know that we could have better turnout if we could only



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006974

                                                                    400

1    reach those folks that we're trying to reach and trying

2    to make big difference.

3             I would suspect since we don't have any

4    data, that this would only hurt the minority

5    communities.

6             CHAIRMAN SMITH:  Tell me this.  Is that

7    the goal is to expand voter participation in your

8    district?

9             MR. ACEVEDO:  Exactly.

10            CHAIRMAN SMITH:  Do we register more

11   voters?  Do we -- Some of these studies seem to indicate

12   that we could register every voter in Texas, every human

13   being in Texas, and the turnout would not materially

14   change because you can't make them interested in

15   government or politics.  What -- What do you think would

16   be the best means of expanding voter participation?

17            MR. ACEVEDO:  Well, first of all, it's an

18   education process, sir, and when we go to any school,

19   high school, and try to bring voter registration -- as

20   LULAC to try to participate and bring voter registration

21   to any high school, unless you have specific directions

22   from that principal or in Spanish, you are not going to

23   get anywhere.  They don't teach this process in high

24   school.  You learn by hook or crook one way or another

25   that this is what your civic duty is.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

401

1          So, yes, I agree with you.  You can arrest

2   them all a hundred percent.  You can ID them with their

3   thumbprint and let them come in there.  The technology

4   data is there, but the idea of registering more voters,

5   that's something that we're very heavy on trying to

6   register as many voters as we can during voter

7   registration.  I do lead that effort here in the

8   community.  However, again, it's the beginning of the

9   process and nothing's going to say that we're going to

10  get a hundred percent participation.

11          CHAIRMAN SMITH:  No.  Do you think

12  registering more voters will materially increase voter

13  participation?

14          MR. ACEVEDO:  I do believe so.  If we have

15  a follow-up, yes, sir.

16          CHAIRMAN SMITH:  Okay.  Any other

17  questions members?

18          MR. ACEVEDO:  Thank you, sir.

19          CHAIRMAN SMITH:  Thank you for coming.

20  Appreciate it.  At this time the chair calls Eleazar

21  Perez, Junior.  Are you still with us?  He's not

22  testifying, but wishes to be shown in favor of Senate

23  Bill 362.  The chair calls Maria Leach speaking on

24  behalf of the OWLS.  This may be our last OWL --

25          MS. LEACH:  Tired.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006976

402

1              CHAIRMAN SMITH:  -- in favor of Senate

2     Bill 362.  Please state your name and who you represent.

3              MS. LEACH:  Yes.  I'm Mrs. Maria Leach.

4     I'm from Edinburg, Texas from the same town of our

5     representative, and we thank you for the opportunity.

6              CHAIRMAN SMITH:  Who are you speaking on

7     behalf of today?

8              MS. LEACH:  I'm speaking on behalf of

9     Senate Bill 362.

10              CHAIRMAN SMITH:  Are you speaking on

11     behalf of OWLS?

12              MS. LEACH:  Yes.

13              CHAIRMAN SMITH:  Okay.

14              MS. LEACH:  And I am for it.  We are for

15     it.

16              CHAIRMAN SMITH:  All right.

17              MS. LEACH:  And you asked if we got paid

18     for this?  Yes, we do in thank yous, in appreciation.

19     These people they are just, you know, thank you, thank

20     you, thank you, because -- and I just tell them, you

21     know, we're there to support you.  I'm talking about

22     Progresso people, and this is what makes our wanting to,

23     you know, be there for them support them in their

24     efforts and to get better government to do away with the

25     corruption that they've seen and experienced.  And they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Hearing - Volume 3                                    April 7, 2009

403

1    had a young lady that was going to testify here before

2    you that she was paid, like Mrs. McClaugherty said, for

3    voting for the mayor -- that's present mayor, and so,

4    you know, there are problems.

5              And this is how we got involved with the

6    town of Progresso because these people didn't know who

7    to turn to.  They were frustrated and we came to their

8    aid.  We encouraged them to stand up for their rights

9    and to do the right thing, and -- and, you know, just

10   getting a thank you, that means a lot to us because we

11   feel like, well, maybe we are contributing a little bit

12   of help to these people.  And this is why we want this

13   photo card because we think they have the problem that

14   they get names and just present these cards with

15   different names, and they can vote.  You know, nobody's

16   going to question them, and I think that if we are going

17   to have elections that they should be honest, fair

18   elections for everybody and that's, you know, my

19   standing and the OWLS stand.

20             CHAIRMAN SMITH:  We've heard your friends.

21   Are there -- Are you aware of any allegations from

22   conversations you've had with any other people?  I don't

23   suppose you personally witnessed it.

24             MS. LEACH:  No, we did not.

25             CHAIRMAN SMITH:  Where there is an



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006978

404

1    allegation that someone went to the polls claiming to be

2    somebody other than who they are.

3              MS. LEACH:  No.  We've just been told, and

4    we believe these people that have told us because I

5    don't think that, you know, they would be making up

6    something that's not so.  I mean, they're honest people.

7    They're hard working people.  Some of them miss jobs to

8    come over here and, you know, try to -- to bring the

9    case before you, and, of course, the state Attorney

10   General has their case and they're saying -- but, you

11   know, the thing is that they don't want us to testify

12   about, you know, certain things, but the newspaper.

13             The Monitor there in McAllen, they've had

14   front pages -- they've had front page stories about

15   Progresso, what's going on, because they have had

16   reporters.  When we've been there, they've come to us,

17   and they wanted to know what was going on, and, you

18   know, so they are familiar with that too.  So that's the

19   kind of evidence that we have that, you know -- And we

20   believe these people.  I mean, I don't think that they

21   have any reason to tell us otherwise.

22             CHAIRMAN SMITH:  Any other questions

23   members?  Vice-chairman Pena?

24             VICE-CHAIRMAN PENA:  We also hear

25   complaints about another community.  That's delta



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                              405
1    community, right?

2              MS. LEACH:  Sure.  That's correct.

3              VICE-CHAIRMAN PENA:  We have --

4              MS. LEACH:  Delta and --

5              VICE-CHAIRMAN PENA:  We have complaints

6    about LaJoya and Sullivan City.

7              MS. LEACH:  Exactly.  Yes.

8              VICE-CHAIRMAN PENA:  And some of the other

9    small communities around.

10             MS. LEACH:  Right.  Right.

11             VICE-CHAIRMAN PENA:  Every time we have an

12   election, there's allegations of corruption, right?

13             MS. LEACH:  Right.  M-hm.  Yes.  And I

14   think that, like I said, the thing is that these people

15   come to us because they know that they can trust us,

16   that they can tell us, you know, whatever is bothering

17   them or whatever they have seen, and, you know, I don't

18   think that they have any reason to tell us otherwise.  I

19   don't think that they are fabricating these stories.  I

20   mean, we believe them because they are honest, hard

21   working people, and all they want is for some -- you

22   know, to have clean elections so that they can have --

23   you know, that their votes will count for the people

24   that they're voting for.

25             VICE-CHAIRMAN PENA:  Let me just end by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

406

1    saying thank you for coming and thank you for assisting

2    people, and we're going to do our very best to find a

3    solution to this.

4              MS. LEACH:  We hope you do, and we thank

5    you for the opportunity also that -- You know, like I

6    said, we just want the right thing for these -- for all

7    of us -- for all of us because I think that we as

8    taxpayers and as voters, you know, that's a very -- a

9    right that we have, and we -- you know, we want to be

10   sure that when we vote for the person that we think

11   would do the best job for us would be an honest vote,

12   and nobody will, you know, be getting that vote and

13   putting it in the trash or whatever.  Thank you so much.

14             CHAIRMAN SMITH:  Just a minute.  If you

15   don't mind.  Representative Brown?

16             REPRESENTATIVE BROWN:  And our chairman

17   has given information to read these and before I do, my

18   staff person has checked with the Attorney General.  The

19   gentleman that was here from the Attorney General's

20   office, and we have clearance to read these because they

21   are in the public record and these are the affidavits --

22             MS. LEACH:  The affidavits.

23             REPRESENTATIVE BROWN:  -- by these people

24   that have already left us?

25             MS. LEACH:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006981

Hearing - Volume 3                              April 7, 2009

407

1            REPRESENTATIVE BROWN:  But I'm just going

2    to read right quick -- there's just three or four of

3    them here -- that I think it might help people to

4    understand a little bit about what they're facing and

5    why they did go to such lengths.

6            MS. LEACH:  I can get my copy.  I have a

7    copy.

8            REPRESENTATIVE BROWN:  All right.  We have

9    them.  I have them right here.  Thank you.  And her name

10   is Maricela Infante (phonetic), date of birth 10/4/62,

11   resides in Progresso, Texas, and of sound mind and over

12   the age of 18 and state the following:  I was appointed

13   as a poll watcher for the Progresso ISD School Board

14   election by the candidate, Eleazar Perez, Junior.  On

15   April 28th, '08 on or about 8:30 a.m., Mrs. Maria Isabel

16   Vela was allowed to enter and vote without providing an

17   ID or a voter registration card.  On April 28th, '08, on

18   or about 10 a.m., Mr. Guadalupe Vela was allowed to

19   enter and vote without providing an ID or a voter

20   registration card.  On April 28th on or about 2 p.m., a

21   voter by the name of Jimmy Vasquez walked in to vote but

22   with a voter registration card with the name of Juan

23   Pablo Maldonado.  Priscilla, the clerk, told him he was

24   not Juan Pablo Maldonado.  When the voter was asked for

25   an ID, he turned around and walked out.  Mr. -- I don't



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006982

408

1    know what the first name is -- but Rocha was the last

2    name, the presiding judge, told Priscilla, the clerk, to

3    confiscate the voter's registration card.  The election

4    clerk kept the voter's registration card.  Various

5    people were allowed to vote with an expired voter

6    registration card and were asked not to and were not

7    asked to provide an ID.  As a poll watcher, I continued

8    to observe the election judge and other election staff

9    stand close by the voting machines while the voters

10   voted.  They were being intimidated to vote their way.

11   And she has signed it here and there's the date.

12           The next one was Abigail Infante, a date

13   of birth, January 3rd, '86, residing in Progresso,

14   Texas, and of sound mind and over the age of 18 to state

15   the following:  I was appointed as a poll watcher for

16   the Progresso ISD School Board election by a candidate,

17   Eleazar Perez, Junior, held on May 10th, 2008.  On

18   April 28th, '08, around 8:30, Maria Isabel Vela came in

19   to vote without showing an ID or voter registration card

20   and then there's the next -- the next time around 10,

21   Guadalupe Vela voted -- voted without showing an ID and

22   so on, and then April 28th around 2 p.m., a voter by the

23   name of Jimmy Vasquez went in to vote and when he showed

24   his voter registration card, Priscilla told him you're

25   not Juan Pablo Maldonado, you're Jimmy Vasquez, and then



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006983

TX_00034125

Hearing - Volume 3                            April 7, 2009

409

1   Jimmy answered "Yes, I am."  Then Jerry Jasso (phonetic)

2   Junior asked him for an ID and Jimmy walked out.  Then

3   Judge Rocha told the clerks to confiscate the voter

4   registration card, and so on, and that's -- that's

5   the -- very, very similar to the first one.

6              And then this one is from a Simon Torres,

7   it looks like, from Progresso, and also over the age of

8   18.  I participated in the Progresso School -- ISD

9   School Board election held on May 10th, 2008.  I state

10  that on Monday, April 28th, '08, I was brought to the

11  Progresso ISD School election site by Lorenzo Castillo

12  who handed me a voter's registration card to participate

13  in the elections.  He stated they would pay for me to go

14  vote and vote for Juan Ramos (phonetic), Michael Vela

15  and David Hernandez.  I proceeded to go in and cast a

16  vote with the registration card that belonged to Alfredo

17  Maldonado.  After I went in to vote, I was paid $10 by

18  Jose Guadalupe Vela, and at this time Mr. Lorenzo

19  Castillo took the card from my possession.  And the next

20  is in Spanish, and I think that's about it.

21              MS. LEACH:  Right.

22              REPRESENTATIVE BROWN:  But that gives us

23  an idea of what she's testifying to.

24              MS. LEACH:  Right.  Yes.

25              REPRESENTATIVE BROWN:  And these are all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006984

TX_00034126

                                                                410

1    notarized --

2              MS. LEACH:  Right.  Yes.

3              REPRESENTATIVE BROWN:  -- affidavits.

4              MS. LEACH:  And these people, all they

5    want is a chance because they've said that if they can

6    just like put their own candidates on the ballot and if

7    they lose, they want it to be fair, not -- not, you

8    know, by trick or, you know, like these people are doing

9    it right now and that's all.  They just want a fair

10   chance, and we thank you for the opportunity too.

11             REPRESENTATIVE BROWN:  Thank you.  We

12   appreciate what you're doing very much.

13             MS. LEACH:  Thank you.

14             CHAIRMAN SMITH:  Representative Pena?

15             VICE-CHAIRMAN PENA:  Yeah.  This is not so

16   much a question for you, Maria.  I just want to make a

17   statement into the record.

18             MS. LEACH:  Okay.

19             VICE-CHAIRMAN PENA:  Mr. Chairman, I'm

20   going to object because when the representative from the

21   AG's office was present, he asked us not to go into this

22   matter, and I out of respect for his request did not

23   seek to examine the witnesses who were present, and now

24   we've had affidavits read into the record without the

25   ability of examination.  And so I object on a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034127

411

1    fundamental fairness basis.  I just want to make that

2    statement.

3                    MS. LEACH:  Okay.  Thank you.

4                    VICE-CHAIRMAN PENA:  Because I would have

5    examined these.  Look, let me ask you a question.

6                    MS. LEACH:  M-hm.

7                    VICE-CHAIRMAN PENA:  There's always

8    allegations of corruption, and certainly in the valley,

9    any time any side loses, there's allegations of

10   corruption.  It's usually after examination that we find

11   out whether or not it's real or not, right?

12                   MS. LEACH:  M-hm.

13                   VICE-CHAIRMAN PENA:  And so what I've said

14   here which is that when we read these affidavits, I have

15   no way of determining whether or not they're true or not

16   because the witnesses aren't here anymore, and it's

17   really not a statement to you.  It's just a --

18                   MS. LEACH:  I understand what you are

19   saying.

20                   VICE-CHAIRMAN PENA:  It's something I

21   wanted to say into the record.

22                   MS. LEACH:  Okay.  Thank you very much.

23   Well, have a good night.

24                   CHAIRMAN SMITH:  I have questions.  Thank

25   you, and -- and -- and were you here when the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006986

412

1    General was here?

2                    MS. LEACH:  Yes.

3                    CHAIRMAN SMITH:  So I just want to

4    reiterate what he said.

5                    MS. LEACH:  M-hm.

6                    CHAIRMAN SMITH:  I can't prevent you from

7    answering any questions, nor would I try.  I can't

8    prevent Representative Anchia from asking any questions,

9    nor would I try, but it is -- it is my intent to ensure

10   that as much information is available as possible

11   without compromising any criminal investigation that may

12   be presently underway.  And the Attorney General's

13   office is the one who has -- who has instructed the

14   committee with regard to what is acceptable and what is

15   not acceptable.

16                   He has indicated in the hearing today,

17   that to the extent that you answer questions about the

18   details of any ongoing investigation, that because your

19   testimony is not something that is already a matter of

20   public record, unlike these documents which are, that it

21   has the potential -- and I'll let him determine later

22   where that line is drawn, but it has the potential to

23   preclude law enforcement officers in the State of Texas

24   from being able to prosecute certain of these

25   allegations and get to the point where we can be certain



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006987

413

1  of whether or not they are or are not true.  Everybody

2  will agree that these affidavits are nothing more than a

3  particular individual's statement in writing.  That's

4  all it is.

5              MS. LEACH:  Right.

6              CHAIRMAN SMITH:  It could be true, it

7  could be false, just like a lot of stuff that we've

8  heard over the last 48 hours during this -- during this

9  hearing.  It is and can be taken for whatever it's

10 worth, nothing more and nothing less.

11             And so with that instruction, you

12 understand that you are free to answer these questions.

13 You are free not to answer these questions depending

14 upon what the question is and whether you feel like it

15 has the potential to undermine any prosecution in the

16 State of Texas.  Representative Anchia?

17             REPRESENTATIVE ANCHIA:  My question is for

18 Representative Brown.  What was the purpose of reading

19 those into the record after the admonition that we had

20 received from the Attorney General both last night and

21 today?

22             REPRESENTATIVE BROWN:  Well, to begin

23 with, these were statements that as I understand it that

24 have been made in the senate prior, and they are a

25 matter of public record.  That's what we were told by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006988

414

1    the AG's office.  Since they are a matter of public

2    record at this point that we were free to share them.

3                    REPRESENTATIVE ANCHIA:  Who did you speak

4    to at the AG's office?

5                    REPRESENTATIVE BROWN:  My chief of staff

6    can answer that.

7                    REPRESENTATIVE ANCHIA:  So did you speak

8    to someone at the AG's office?

9                    REPRESENTATIVE BROWN:  Not personally.

10                    REPRESENTATIVE ANCHIA:  And so you -- you

11   did not get the direct okay from the -- from the AG's

12   office to read those into the record?

13                    REPRESENTATIVE BROWN:  I did not speak to

14   him personally.

15                    REPRESENTATIVE ANCHIA:  Okay.  Did you

16   speak to anyone from his office?

17                    REPRESENTATIVE BROWN:  No.  My chief of

18   staff did.

19                    REPRESENTATIVE ANCHIA:  Were you here

20   during the admonition by the AG related --

21                    REPRESENTATIVE BROWN:  I was.

22                    REPRESENTATIVE ANCHIA:  And you were

23   present last night during the admonition?

24                    REPRESENTATIVE BROWN:  I was.

25                    REPRESENTATIVE ANCHIA:  What was the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006989

                                                            415

1    purpose of you -- What was your intent in reading those

2    into the record?

3                REPRESENTATIVE BROWN:  I guess my -- my --

4    I had no intent other than to satisfy the feeling that

5    these ladies had that we had been denied the testimony

6    by these people who have already left.

7                REPRESENTATIVE ANCHIA:  But they

8    understood it could jeopardize the investigation,

9    correct?

10               REPRESENTATIVE BROWN:  No I would not have

11   I would not have read that if I had thought that it had

12   any bearing.

13               REPRESENTATIVE ANCHIA:  Now, but they

14   understood that their testimony could jeopardize --

15               REPRESENTATIVE BROWN:  Mr. Anchia, I am

16   not on trial here.

17               REPRESENTATIVE ANCHIA:  No, no.  I'm

18   asking you questions.  I think you've done something a

19   little bit reckless.

20               REPRESENTATIVE BROWN:  I answered you, and

21   I have been named by the AG --

22               REPRESENTATIVE ANCHIA:  So -- I'm just as

23   concerned about the investigation as you are, so I just

24   want to make sure that I understand what your intent

25   was, and I -- I'm trying to be respectful --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                                    416

1            REPRESENTATIVE BROWN:  I had no ulterior

2    motive.

3            REPRESENTATIVE ANCHIA:  -- and to get at

4    it.

5            REPRESENTATIVE BROWN:  I -- I was simply

6    sharing information.

7            CHAIRMAN SMITH:  And, you know, Rafael, if

8    you'd like to ask the witness a question, then please

9    proceed.  I'm going to place some restraints on your

10   ability to cross-examination the colleague in the Texas

11   House of Representatives.

12           REPRESENTATIVE ANCHIA:  Well, it was my

13   understanding, Mr. Chairman, that -- that this committee

14   was going to refrain and many of us spoke about that.

15   We had -- We had the opportunity to cross-examination

16   some of the people when we were here.  We were asked not

17   to not raise this issue.  We were admonished on a

18   regular basis, so it caught me a little bit by surprise,

19   frankly, that we would go in this direction because I --

20   I -- I spoke to the Attorney General's office, and there

21   was a very clear direction, and -- and I -- I think

22   it's -- it's a problem that we -- that we have done

23   this.  So I'd like to make that -- that clear.

24           I mean, it's also clear that the

25   delegation that was here got to speak to the Attorney



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006991

417

1    General, so, I mean, they're speaking to officials from

2    the state about their problem.  It's not like they

3    haven't been able to speak to anybody.  They've also

4    spoken to the Secretary of State's office on this issue,

5    okay?  So it's not like they haven't been given an

6    avenue to air their grievances.  Now, the fact that they

7    didn't come -- that they were unable to testify here was

8    not our decision.  It was the AG's decision.

9              CHAIRMAN SMITH:  I think it was their

10   decision in reliance upon advice and recommendations by

11   the Attorney General that they volitionally prevented

12   them from testifying.

13             REPRESENTATIVE ANCHIA:  They volitionally

14   left, right, and did not testify.

15             CHAIRMAN SMITH:  That's right.

16             REPRESENTATIVE ANCHIA:  So let me ask the

17   witness.  Do you have any personal knowledge of the

18   events related or that were included in the -- in the

19   affidavits that were read into the record by

20   Representative Brown?

21             MS. LEACH:  No, not personally.  No.  Just

22   from what we've been told by the --

23             REPRESENTATIVE ANCHIA:  Do you know -- I'm

24   sorry.  I apologize.  I didn't mean to cut you off.

25             MS. LEACH:  No.  I just said not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006992

418

1    personally.  These people, we don't know them.

2                    REPRESENTATIVE ANCHIA:  Do you know any of

3    the people who did --

4                    MS. LEACH:  We know the people that came

5    here because we met them, like I said.  They -- they --

6    We would meet with them when they first, you know,

7    didn't know who to turn for advice, for a little support

8    and so forth.  But other than that, they had told us

9    that they had submitted these affidavits because they

10   wanted, you know, the State's Attorney General to -- to

11   investigate, and we know that they have been, so --

12                   REPRESENTATIVE ANCHIA:  And you know that

13   it's under current investigation, correct?

14                   MS. LEACH:  Yes, yes.  Sure do.  Yes.

15                   REPRESENTATIVE ANCHIA:  Since last

16   September, correct?

17                   MS. LEACH:  Right when -- Yeah, because

18   we've been involved with them for over a year now.

19                   REPRESENTATIVE ANCHIA:  And you've been

20   working with the Attorney General's office as well?

21                   MS. LEACH:  No.  We just told them to --

22   you know, to contact the State Attorney General's

23   office, the DA's office, and we just kind of gave them

24   the advice or, you know, to -- to -- who to contact and

25   see if they could get -- help give their support to look



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006993

419

1    into this matter, and, like I said, we went for a

2    meeting there one time and, of course, the media was

3    interested in stories like that.  So when we were there,

4    they had -- they had, like I said, The Monitors covered

5    it like they had maybe like three, four articles in

6    their paper ever.  And so, you know, they -- they were

7    there at the meetings and, you know, knew what was going

8    on and so forth, and they reported.  We did not.  They

9    didn't have interviews with us.  You know, we know some

10   of the reporters and all that, but they went and covered

11   the stories.  They were interested because, you know, it

12   made good news.

13              REPRESENTATIVE ANCHIA:  Yes, it certainly

14   makes good news and sensational news.  Do you know Mary

15   Lou Moreno?  Do you know who she is?

16              MS. LEACH:  I know Mary Lou Ybarra, not

17   Moreno.  I don't know Moreno.

18              REPRESENTATIVE ANCHIA:  Does she also go

19   by Mary Lou Ybarra and Mary Lou Moreno?

20              MS. LEACH:  She might.  Yeah.  She might,

21   but, I mean, we know her as Mary Lou Ybarra.  I don't

22   know whether that's her -- You know, I don't even know

23   that she's married or not.  I know that she stays with

24   her mom who's been seriously ill, but we know her as

25   Mary Lou Ybarra.  It might be because they use both



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034136

420

1    names, you know, husband and --

2                    REPRESENTATIVE ANCHIA:  Was she one of the

3    people who was going to testify today?

4                    MS. LEACH:  Yes.  M-hm.

5                    REPRESENTATIVE ANCHIA:  And I would have

6    liked to have cross-examined her if she was going to

7    testify today because we've been given some information

8    about her -- her reliability potentially as a witness.

9    Are you aware of any problems with her background?

10                   MS. LEACH:  Not that I know of, no.  I

11   know that she's works -- she works at a daycare center,

12   and, you know, like I said, we just -- we became friends

13   because we were there, and she calls me from time to

14   time, and, like I said, they were very appreciative,

15   just tell us thank you, thank you, and I said, well, you

16   know -- I mean, we were glad to be there and, you know,

17   just extend a helping hand.  That's all we do.

18                   CHAIRMAN SMITH:  Any other questions,

19   members, of this witness?  Representative Heflin?

20                   REPRESENTATIVE HEFLIN:  Ms. Leach, as to

21   the documents that were just read into the record, were

22   you there personally when any of these events took

23   place?

24                   MS. LEACH:  Not -- I was not.  None of us

25   were.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034137

Hearing - Volume 3                                    April 7, 2009

421

1            MR. HEFLIN:  None of you were there?

2            MS. LEACH:  No, no.

3            REPRESENTATIVE HEFLIN:  So you have no

4    knowledge about any of the facts or circumstances --

5    personal knowledge about these events?

6            MS. LEACH:  No.  We were just -- they --

7            REPRESENTATIVE HEFLIN:  You were told.

8            MS. LEACH:  Yes.  The people that are

9    involved, Mary Lou and the other people that were here

10   today, they would tell us, you know, this is going on,

11   and basically some of these things that -- that are on

12   the affidavit, but, no, we're -- we're, you know --

13           MR. HEFLIN:  Okay.

14           MS. LEACH:  =We did not participate

15   in that.

16           CHAIRMAN SMITH:  Representative Heflin,

17   please?

18           REPRESENTATIVE HEFLIN:  Mr. Chairman, I

19   just have one quick question, and I'm trying to be as

20   delicate about this as I can.  But I guess my curiosity

21   was if the same attorney that gave us the advice today

22   is the one that okayed this tonight.

23           CHAIRMAN SMITH:  Yes.

24           REPRESENTATIVE HEFLIN:  It was the same

25   attorney?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034138

                                                                    422

```
 1                CHAIRMAN SMITH:  Yes.
 2                REPRESENTATIVE HEFLIN:  So at this point I
 3   guess I would have to ask any of the OWLS -- I know
 4   they're not up here for questioning -- if they know the
 5   persons involved in this and have personal knowledge of
 6   any of these events, if you would -- can we bring them
 7   back up?
 8                MS. LEACH:  I can answer.  You know -- You
 9   know, it's the same answer, but, you know, you can ask
10   them.
11                REPRESENTATIVE HEFLIN:  You may come back
12   up if you wish to.
13                CHAIRMAN SMITH:  And as you come up, would
14   you please identify yourself for the record?  One at a
15   time, please.
16                MS. McCLAUGHERTY:  Vern McClaugherty.
17                REPRESENTATIVE HEFLIN:  Ms. McClaugherty,
18   as to the petitions that you heard read a few moments
19   ago, do you have any personal knowledge of any of the
20   events that are happening surrounding these documents?
21                MS. McCLAUGHERTY:  No.
22                REPRESENTATIVE HEFLIN:  Okay.  All right.
23   Now, you understand that two of these documents are not
24   sworn documents.  They're just signed.  The other two --
25   Actually, the other three actually are sworn documents
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                                  423

 1    before a notary.

 2                  MS. McCLAUGHERTY:  I've never seen --

 3                  REPRESENTATIVE HEFLIN:  You've never seen

 4    them?

 5                  MS. McCLAUGHERTY:  No.

 6                  REPRESENTATIVE HEFLIN:  Okay.

 7                  MS. McCLAUGHERTY:  I held them for a few

 8    minutes this afternoon because I used them to write

 9    something on a note, but I have not looked at them, no.

10    We have heard the people tell us the story and that's

11    why they came here today was so that you could ask

12    questions about the way he said he would like to have

13    asked them.  They were here to answer them and they were

14    stopped.

15                  REPRESENTATIVE HEFLIN:  I'm going to

16    address that same issue in just a second.

17                  MS. McCLAUGHERTY:  All right.

18                  REPRESENTATIVE HEFLIN:  So next?

19                  CHAIRMAN SMITH:  Okay.  Just a minute.

20    Could you please come back before the next witness?

21                  REPRESENTATIVE HEFLIN:  I'm sorry.

22                  MS. McCLAUGHERTY:  Me?

23                  CHAIRMAN SMITH:  No, no.  State your name.

24    No -- Yes, Mrs. McClaugherty.

25                  MS. McCLAUGHERTY:  I'm Vern.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

                                                                    424
1              CHAIRMAN SMITH:  Okay.  And you're

2     testifying on behalf of OWLS in favor of Senate Bill

3     362.

4              MS. McCLAUGHERTY:  Yes, sir.

5              CHAIRMAN SMITH:  Okay.  What was your

6     name?

7              MS. McCLAUGHERTY:  Vern.  You want the

8     full name?

9              CHAIRMAN SMITH:  Yes, ma'am.

10             MS. McCLAUGHERTY:  Altalla (phonetic) Vern

11    Carter McClaugherty, if you want my legal complete name.

12    I go by Vern McClaugherty.

13             REPRESENTATIVE HEFLIN:  We just need the

14    name you testified under.

15             MS. McCLAUGHERTY:  Well, okay.  I'm just

16    letting you know if you wanted it all.  I was ready.

17             CHAIRMAN SMITH:  Apparently Mr. Heflin has

18    determined he doesn't need to hear from all of you, so

19    thank you very much.

20             REPRESENTATIVE HEFLIN:  Right.

21             MS. McCLAUGHERTY:  Okay.  He wants certain

22    ones?

23             REPRESENTATIVE HEFLIN:  I guess I'm going

24    to follow Mr. Pena's -- I think I'm going to object to

25    these being entered into the record or read into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

425

1    record because we were denied basically the right to

2    cross and ask questions of these witnesses.

3              CHAIRMAN SMITH:  Let me just state no

4    record be --

5              REPRESENTATIVE HEFLIN:  I understand.

6              CHAIRMAN SMITH:  There is no evidentiary

7    record.  This is not a trial.  This is a public hearing

8    which a public document was read, and if anybody else on

9    this committee wishes to read a public document that is

10   relevant to the purpose of this hearing that is of any

11   reasonable length because we want as much information as

12   we can get out into the public in a public hearing that

13   does not jeopardize a prosecution, you'll be allowed to

14   do so.  If this were a trial rather than a legislative

15   hearing, there would be a legitimate point.  If there

16   was an evidentiary record, an affidavit was being

17   submitted as evidence, that would be a legitimate point,

18   simply not the proceeding in which we find ourselves,

19   and, therefore, this is no legitimate complaint request

20   reading a public document into a public hearing.

21             REPRESENTATIVE HEFLIN:  I would still --

22             CHAIRMAN SMITH:  But those objections by

23   my colleagues are duly noted.

24             REPRESENTATIVE HEFLIN:  Thank you very

25   much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007000

426

1              CHAIRMAN SMITH:  You bet.

2              REPRESENTATIVE VEASEY:  Mr. Chairman?

3              CHAIRMAN SMITH:  Yes.

4              REPRESENTATIVE VEASEY:  I would like to

5     read a public document to go that the record.  I've been

6     wanting to do this for a while and was waiting for the

7     right segue, and you just opened the door for me.

8              CHAIRMAN SMITH:  How long is this going to

9     take?  I said reasonably --

10             REPRESENTATIVE VEASEY:  It is always very

11    reasonable.

12             CHAIRMAN SMITH:  Okay.

13             REPRESENTATIVE VEASEY:  It's a few

14    paragraphs.

15             CHAIRMAN SMITH:  All right.  Thank you.

16    Please proceed.

17             REPRESENTATIVE VEASEY:  This is a

18    testimony in opposition to Senate Bill 362 submitted by

19    Boyd L. Richey of Young County.  He was the chairman of

20    the Texas Democratic Party.  And the letter reads:  As

21    chairman of the state political party, I'm always trying

22    to get Texans engaged and involved in our election

23    process.  In 2008, we were encouraged to see many first

24    time voters take an interest in the process.  This is

25    especially the case among our young people who can --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007001

427

1    who can be notoriously difficult to engage in politics.

2    In last year's primary election, Texas youth voter

3    turnout rate nearly tripled from the 2000 primary

4    election.  It's encouraging to see more Texas voters

5    participating because the right to choose our elected

6    representatives in free and open elections is the most

7    fundamental cornerstone of our American democracy.

8              However, numerous studies indicate that

9    certain segments of the population are less likely to

10   have the ID required by this proposed Voter ID

11   legislation.  While we should do everything important to

12   encourage voting, Voter ID registration will make it

13   harder for every Texan to vote by placing new

14   bureaucratic hurdles between Texans and the ballot box.

15             While responsible lawmakers want to make

16   it harder for Texans to vote, there's no evidence of

17   voter impersonation which is the only type of voter

18   fraud this Voter ID legislation would address.  The only

19   rationale then is that this is an -- this is a desperate

20   attempt to try and keep failed Republican leaders in

21   office by suppressing the vote of groups that tend to

22   vote democratic.  The harder it is to vote, the harder

23   it is for Texans to demand and get the change we need.

24   Just as there are more important issues facing our state

25   than phantom voting fraud epidemic, there are more --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007002

TX_00034144

428

1    more pressing election items pending in this committee,

2    and the fact that the Republican elections committee

3    members have prioritized partisan Voter ID legislation

4    at the expense of critical issues is revealing of their

5    own partisan extremism.

6              Republican photo Voter ID legislation

7    places partisanship over progress.  Texas Republicans

8    have given this costly and unnecessary legislation top

9    priority status while ignoring real issues caused by

10   this Republican recession.  Texans face far more urgent

11   problems like lack of access to quality affordable

12   health care, the rising cost college tuition and

13   skyrocketing insurance and utility rates.

14             These are the issues folks in my community

15   are concerned with, and I suspect yours as well.  Let's

16   do right by Texans to preserve free and fair elections

17   and get to work on solving some actual problems.  I

18   strongly urge you to vote against this legislation as it

19   is bad for all Texans.  And I have the testimony, and

20   I'll give it to the clerk, also the names of 5,000

21   individuals that --

22             CHAIRMAN SMITH:  Please, I'm trying to be

23   fair about this.

24             REPRESENTATIVE VEASEY:  -- against --

25   state an opposition to the bill.  Mr. Chairman, thank



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034145

429

1    you.

2                    CHAIRMAN SMITH:   Thank you, Representative

3    Veasey.

4                    UNIDENTIFIED SPEAKER:   Mr. Chairman, I'd

5    like to also make a statement in the record in

6    opposition to the reading into the record of the -- of

7    the affidavits which we were not able to cross-examine

8    and state my concerns about possibly hampering the

9    Attorney General's investigation citing, again, his

10   admonitions from last night and today related to --

11   related to the ongoing investigation in Progresso.

12                   CHAIRMAN SMITH:   Please.

13                   UNIDENTIFIED SPEAKER:   I would also like

14   to note just for the record, Mr. Chairman, that the

15   Progresso allegations relate predominantly to voter

16   intimidation and poll worker and official misconduct and

17   voter suppression bribery and in some cases, official

18   intimidation of voters.   Thank you.

19                   CHAIRMAN SMITH:   So noted.   Anybody else?

20   Chair calls Joey Cardenas?   Cardenas.   Yes, sir.

21   Representing LULAC and speaking against testifying

22   against Senate Bill 362; is that correct?

23                   MR. CARDENAS:   That is correct, sir.

24                   CHAIRMAN SMITH:   Please state your name

25   and who you represent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007004

430

1             MR. CARDENAS:  Joe Cardenas, the third,

2     representing the state of Texas for the organization of

3     LULAC.  LULAC is the -- the -- this state's premiere

4     civil rights organization.  It is its oldest Hispanic

5     civil rights organization as well.  Speaking on behalf

6     of the thousands of members that belong to this

7     organization that vote in both the Republican and the

8     Democratic party, we're unanimously against this bill.

9     We don't believe that this bill will serve any purpose

10    other than to hinder people from going out to vote.  To

11    put a further hindrance and a hurdle in front of the

12    voters of the state of Texas, we believe is simply

13    wrong.

14             Given that the State of Texas is

15    increasingly becoming Hispanic, we most -- we most of

16    all feel offended that this bill will even be introduced

17    as legislation.  Recalling the days when we had to pay

18    poll taxes in order to participate and the electoral

19    process of 1960s and -- and certainly well before that,

20    this is exactly what that smells like to us.  This is a

21    regressive law if passed, and we want you to know that

22    this to us is an election issue.  This is an issue that

23    we will well remember at the next election cycle.  We

24    will go out and we will continue to increase our voter

25    participation.  We will go out and we will continue to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007005

TX_00034147

431

1    register more and more voters.  This past year, I'm glad

2    to tell you that we registered 4,000 new voters here in

3    Austin area as well.

4              LULAC feels very strongly about voter

5    fraud.  We are the organization that people in this

6    state go to when they suspect voter fraud.  When they

7    suspect fraud at county government, when they suspect

8    fraud at school districts.  They come to us and we look

9    into that.  We send the information.  We -- We send the

10   information to our attorneys (inaudible) in some cases

11   that review that information to let us know whether

12   there is an actual cause, and I'm here to let you know

13   that, yes, there are cases of voter fraud and, yes, we

14   have had some, but you would lead us to believe that

15   this is a state-wide epidemic, and it is not.

16             I am also an election judge back home, and

17   I'm happy to let you know that apparently I happen to be

18   one of the competent counties that can run an election.

19   Because in my county we don't have voter fraud.  There's

20   a long process that people must follow in order to vote.

21   We have voter rolls that we have to check aside from the

22   voter card that they must present different judges,

23   different clerks, folks.  We're not incompetent.

24             If anything -- If anything, I think that

25   you ought to be thanking those volunteers who volunteer



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007006

Hearing - Volume 3                                    April 7, 2009

432

1    in all of our counties to run those elections because it

2    is an arduous process, and it is a very lengthy process

3    to sit there literally 12 hours a day and then at the

4    very end having to do paperwork that in some cases takes

5    an hour.  Thank you.

6              CHAIRMAN SMITH:  Thank you very much.  Any

7    questions, members?  Any questions, members?  Thank you

8    very much.  Appreciate it.  Some of you may not have

9    been here 12 hours ago when this thing started, and I

10   asked all of the members in the congregation to -- to

11   refrain -- I said you can make any facial expressions

12   you would like to make.  I'll even let you stick your

13   tongue out, but please, please refrain from any verbal

14   indications of whether you agree or disagree with the

15   witness, otherwise, it results in something we don't

16   want it to result in.

17             At this time the chair calls Patrick --

18   Patricia Elaine Ignacio.  Are you present?  Calling

19   once.  Calling twice.  I'm going to show her as

20   testifying -- as not testifying, but being in favor.  At

21   this time the chair calls Kelly McDonald.  Kelly

22   McDonald, you're here?  Testifying against Senate Bill

23   362 on behalf of yourself.  Please state your name and

24   who you represent.

25             MS. McDONALD:  Kelly McDonald.  I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007007

TX_00034149

433

1    representing myself.  I'm from Waco, Texas, McLennan

2    County, and I appreciate my name being called finally.

3              CHAIRMAN SMITH:  Sorry it took so long.

4              MS. McDONALD:  I waded through my stuff

5    yesterday and all of today and for the senate hearing as

6    well.  So I work as a community organizer in McLennan

7    County for political reasons to help educate voters, and

8    I encourage voter participation and train poll watchers.

9    I've worked in Texas and I worked in Florida as a

10   campaign worker, and I'm not opposed to having more

11   stringent rules to protect the integrity of the system,

12   but there are many aspects of Senate Bill 362 that

13   concern me, mostly, the lack of time and the lack of

14   funding to educate voters on the changes, and,

15   Mr. Chairman, I saw your name quoted today in the Waco

16   Trib as also wanting to extend the amount of time that

17   we have to educate voters before these changes are

18   implemented.

19              And a lot of the concern that I have in

20   the reading of the Senate Bill 362 is that it seems that

21   the responsibility falls more on like community

22   organizers and nonprofit organizations to do this

23   educating and less on our election officials in our

24   state, and I know that in some cases, some of the

25   organizations like the NAACP and AARP and LULAC, there's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007008

434

```
 1   not enough volunteers for those organizations to really

 2   get to all the people that we would need to educate in

 3   the amount of time that's allotted.

 4             And then I'm also worried about -- Like I

 5   live in a rural area south of Waco, and there's not

 6   organizations sustained to reach out to the low income

 7   voter in the rural community, and so I'm wondering how

 8   we're going to educate them under the writing of the

 9   current bill.  And then my second concern with 362 is

10   that it seems to rely on the poll worker to -- to have a

11   lot of discretion and to make judgments on the validity

12   of the IDs and the documentation that's required and

13   then also as a community organizer, we organize

14   rights -- rights to the polling places for disabled and

15   elderly and the homeless and the poor, and for us to

16   have to arrange transportation for this same group of

17   people to get Voter ID is going to place an additional

18   burden on a lot of volunteers, and I just don't think

19   that we have adequate people to get that done.

20             And then last night when Michael Ortrell

21   (phonetic) from Florida came and was speaking to the

22   committee, I worked in Florida in the last election and

23   there were some issues with that that I wanted to

24   address because it sounded like you all may be looking

25   at Indiana and Georgia and Florida as to ways to get
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007009

435

1    some legislation passed here.  And one thing that the

2    vice-president of the student Democrats mentioned today

3    was the address not matching, and we had several people

4    that were turned away in Florida because of that very

5    reason, so I think that the wording needs clarification

6    on any bill that is sent forth here.

7                And, also, it concerns me when you were

8    questioning Mr. Ortrell as far as how Florida does the

9    ballot by mail because there there's no cause required

10   for you to request a ballot by mail, and I know that's

11   not how it is in Texas now, but if you do re-look at

12   that and address it, I encourage you to make sure that

13   it stays in Texas where you need to have a reason for

14   doing a ballot by mail.

15               And, also, in Florida, you don't have to

16   be deputized to carry a filled-out ballot.  I know that

17   we were having volunteers go and pinning up ballot by

18   mails and bringing them and then I have some ideas on

19   how to prevent voter impersonation fraud and some

20   possible ideas to toss around about absentee ballots.

21               CHAIRMAN SMITH:  Okay.  Thank you.  That

22   will give the members an opportunity to -- to ask any

23   questions, but I'm interested in those subjects, so why

24   don't you answer those questions for me.  Thank you.

25               MS. McDONALD:  Okay.  And let's see.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

436

1    There's the thumbprint.  If we could maybe put the --

2    the responsibility on the elections offices to -- to

3    help instead of requiring a photo ID of the voter to

4    either, you know, take a photograph or have a thumbprint

5    when people go and vote and maybe that wouldn't work for

6    the first one or two election cycles, but if we started

7    doing it now, then eventually that would possibly be a

8    way to prevent voter impersonation fraud.

9                CHAIRMAN SMITH:  Yeah.  Let me just say,

10   you know, that certainly is a way to do that.  My sense

11   is that you get some pretty significant opposition from

12   both the left and the right.

13               MS. McDONALD:  May I ask what the

14   reasoning is?

15               CHAIRMAN SMITH:  Just Libertarian concerns

16   about being required to give a thumbprint whenever you

17   vote.  But I'm open -- You know, I'm not much of a

18   Libertarian, so, you know, those aren't my concerns as

19   much.  I'm more interested in honest elections.  And

20   -- But I'm just -- I'm just letting you know.  I

21   appreciate the suggestions because that certainly would

22   be a mechanism by which we would enhance the security of

23   our polls if we required fingerprints.  The question --

24   question is whether we create such opposition to the --

25   We're politicians.  We have to consider not only policy,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007011

437

1    but does the policy that you would recommend allow us to

2    get the votes.  So, anyway, continue.  You don't have to

3    worry about that.

4                   MS. McDONALD:  Okay.

5                   CHAIRMAN SMITH:  You just get to think

6    about what --

7                   MS. McDONALD:  Or what about taking a

8    photograph --

9                   CHAIRMAN SMITH:  -- about what's right and

10   what's wrong.

11                  MS. McDONALD:  -- of the person that votes

12   and then that would also allow for a method of

13   prosecution if it was shown that somebody voted in

14   somebody else's name.  You know, I mean, we have the

15   capability of taking photographs and storing large

16   numbers of photographs and then even a future election.

17                  CHAIRMAN SMITH:  As they vote, you mean?

18                  MS. McDONALD:  Yes.  As they sign in to

19   vote, take their photograph and then there could even be

20   a -- a digital image that's printed out for them to

21   compare to in further elections further down the road.

22                  CHAIRMAN SMITH:  That would secure it as

23   well.  There would probably be a fiscal note on that,

24   but that's an interesting idea.  There's lots of ways to

25   have more secure elections, and you are providing us



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007012

438

1   with some.

2                MS. McDONALD:  And it wouldn't -- And it

3   wouldn't put the responsibility on the voter or

4   community organizers or nonprofits to educate the voter

5   because the voters wouldn't actually have to do anything

6   different.  And --

7                UNIDENTIFIED SPEAKER:  Can I ask a quick

8   question about the photograph?

9                CHAIRMAN SMITH:  Yes.

10                UNIDENTIFIED SPEAKER:  We currently take

11   people's photographs if they get a concealed hand -- or

12   the state does if they get a concealed handgun license,

13   state ID or a driver's license, right, and we store

14   large files of those photographs already at the state

15   level.  Would your proposal be for every voter or for

16   every voter that doesn't have the requisite ID or that

17   states an affidavit, for example, that, hey, I don't

18   have a photo ID?  So I could see where we would not want

19   to take an additional picture of a voter who already is

20   showing a photo ID, right, but maybe for those who did

21   not have it saying, hey, I don't have it, you take a

22   photograph of them and maybe you present them with photo

23   ID for the next election so they will have something.  I

24   mean, is that part of the plan?

25                MS. McDONALD:  I thought about that.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

439

1    was thinking more of something that was stored within

2    the election system and doesn't require someone to

3    replace it or keep up with it.  It will put the

4    responsibility more on the system and less on the voter,

5    but I thought about what you were saying as well, and I

6    would certainly prefer what you're proposing to 362.

7                CHAIRMAN SMITH:  Thank you.

8                MS. McDONALD:  And then I've been really

9    tossing around a lot of ideas the last couple of days

10   listening to this is what we could possibly do about

11   absentee ballots.

12               CHAIRMAN SMITH:  I'm going to have to ask

13   you to be as succinct as possible out of respect for the

14   rest of the people.

15               MS. McDONALD:  Okay.  This is my very last

16   point, and I don't know if these are valid suggestions

17   or not, but I just want to propose them as

18   possibilities.  It was already mentioned about sending a

19   mobile voting van out to people that do the absentee

20   ballots.  I was thinking of even sending a deputized

21   worker out to -- to pick up the ballots and to -- to see

22   some sort of ID or one of the documents that's

23   mentioned.  And then as far as out of town, turning

24   something into a like the Federal post, if you're doing

25   a ballot by mail to not just send it in the mail mail



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007014

440

1   because you can do fraud that way, I think.  But to turn

2   it into a Federal place like the post office or military

3   post or a public school or something where somebody

4   could verify your identity before you mailed it in.  I

5   don't know how easy those would be, but very quickly,

6   and then I will get off.

7           That reminds me that that might be another

8   way, and we do end up with something as awful as Senate

9   Bill 362, but to offer more options for people to get

10  that Voter ID instead of just going to the DPS office

11  and have it where they could go to a public school or a

12  post office or something that was more -- more

13  accessible to them in order to obtain that ID.

14          CHAIRMAN SMITH:  I do very much appreciate

15  your very constructive suggestions.  Members, any

16  questions?  Representative Brown?

17          REPRESENTATIVE BROWN:  I just have one

18  question.  Yes.  Thank you for your comments.  I've been

19  trying to figure out how the thumbprint would work.  The

20  county would store thumbprints for all the voters and

21  then as the voter came in, they would thumbprint again

22  and compare that.  Is that how you see it working?

23          MS. McDONALD:  Well, I think that since

24  we're already using the thumbprint, when we go and get

25  the Texas ID or the Texas driver's license and most



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007015

441

1   of those would already be on record, and then if

2   everyone gave it when they voted, then you would then

3   have that additional record.  And I was thinking more of

4   use to prosecute somebody if there was a case of voter

5   fraud and just to help preserve the integrity of the

6   system without putting the burden on the voter.

7               REPRESENTATIVE BROWN:  Okay.  So you

8   wouldn't make the comparison then when they came in to

9   vote?

10              MS. McDONALD:  I don't even know how

11  possible that is.

12              REPRESENTATIVE BROWN:  I think it would

13  really slow the process down.

14              CHAIRMAN SMITH:  I think it would be a

15  mechanism by which someone could investigate after the

16  fact if there was a reason to do so.

17              MS. McDONALD:  That's what I was thinking.

18              CHAIRMAN SMITH:  And I would suspect if

19  you did it, you'd have a box by where you presently

20  sign.

21              REPRESENTATIVE BOHAC:  I have a question.

22              CHAIRMAN SMITH:  Yes.  Representative

23  Bohac?

24              REPRESENTATIVE BOHAC:  Hi there.  You had

25  mentioned that you help out -- you help people as a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034158

Hearing - Volume 3                                        April 7, 2009

442

1    community organizer and you help to go vote, and, you
2    know, we do require Voter ID now in the sense that you
3    have to keep up with that card.  And you made a comment
4    to the committee that really don't want to have --
5    really don't want to keep up with too many items.  There
6    already is something you have to keep up with, that
7    voter registration card.  What we're saying is get rid
8    of that card.  You don't got to keep up with it anymore.
9    Just use the ID that you have, and if you -- and if you
10   don't have the ID, we're going to help you get one.  And
11   I would assume for most people, you especially, if you
12   are going to receive help from anyone, you would have to
13   be able to prove up who you are.  Are you saying that
14   the group of people that you help do not have access to
15   a photo ID?
16          MS. McDONALD:  No, sir.  Actually, I'm not
17   saying that at all.  I can -- I do believe in the
18   statistics that I keep hearing that there is a
19   population of -- of around 2 percent that don't have
20   photo ID.  But I have not personally carried anyone to
21   the polls that hasn't been able to present some form,
22   and I really like the part of Representative Brown's
23   HB125 that makes a provision in there for low income
24   voters.
25          CHAIRMAN SMITH:  We need to make sure we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007017

443

1   keep the testimony on this piece of legislation, which

2   is the Senate Bill at this point in time, and we will

3   have testimony later or today tomorrow or the next day

4   on Representative Brown's bill.

5              MS. McDONALD:  Well, to answer your

6   question more directly then, I believe that there are

7   some low income voters that maybe don't go vote because

8   they don't have either their registration card or ID.

9              MR. BOHAC:  And for that group of vote, I

10  was -- we have to figure out a strategy on this

11  committee because I think everyone's heart is in the

12  right place.  I really do.  I mean, this has been a

13  terrific learning experience for everyone on this

14  committee.  I think everyone has been all ears really

15  trying to come up with -- with solutions and not just

16  throw wrenches or throw bombs at one another.  That has

17  not been the case.

18             MS. McDONALD:  For this committee, I

19  agree.  For Senate Bill 362, I disagree.  I think that

20  was suppression.

21             REPRESENTATIVE BOHAC:  I want to thank you

22  for your testimony.

23             CHAIRMAN SMITH:  We all thank you for your

24  testimony, and if there are no questions, I'll take my

25  next witness.  Thank you very much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                      April 7, 2009

444

1              At this time the chair calls Phillip Laird

2    representing himself.  You here, Phillip?  Walk in --

3    Are you Phillip?  Okay.  Phillip's not here, so I'm

4    going to show Phillip as not testifying but as being

5    shown in favor of the bill.  And just for your

6    information, we are calling these people I am told in

7    the order that you signed up with the exception of a few

8    witnesses at the very beginning of the day, and that

9    gentleman who I let move to the front of the line

10   because he told me that he thought he would be

11   disqualified from voting.  So as we get closer till

12   2 o'clock in the morning, some of the rest of you may

13   try that.  I'm sorry?

14             At this time the chair calls Steve

15   Whichard speaking for himself against Senate Bill 362.

16   Welcome.

17             MR. WHICHARD:  Thank you.

18             CHAIRMAN SMITH:  State your name and who

19   you represent.

20             MR. WHICHARD:  Okay.  I'm Steve Whichard,

21   and I'm representing myself and the rest of Texas

22   voters.

23             CHAIRMAN SMITH:  All of them?

24             MR. WHICHARD:  Yes.  I'm actually one

25   those that would be disenfranchised by this bill.  I am



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007019

Hearing - Volume 3                                      April 7, 2009

445

1    homeless.  I'm not illiterate, even though that's one of

2    the questions that was asked about helping the homeless

3    get IDs earlier by Representative Brown.  I carry most

4    of the things I own -- since I lost my job and lost my

5    home I carry in this bag or I have a lock at the Arch,

6    one with a combination lock and one with another lock

7    that has a key.  I have my wallet.  If my wallet

8    disappears that has my Social Security card and my

9    driver's license, if this bag that has my voter

10   registration card disappears, and if someone brakes into

11   the locker and my birth certificate is stolen, I have

12   nothing.  And it can happen.  I've seen it happen there

13   all within one week to one person.

14             To get a birth certificate from North

15   Carolina, to get another copy of my Social Security card

16   in time to vote, I'd have to hope that the robbery

17   happened three months before the election.  Otherwise, I

18   would be a Texas voter that could not vote.

19             I skipped school the day I turned 18 to

20   register to vote, and I'm 50 years old.  I've been

21   active in politics and civil rights since I was 8 years

22   old, and for you to try with this bill to disenfranchise

23   the homeless, the poor, the elderly and minorities is

24   nothing but partisan voter suppression.  Next, you'll

25   be -- when I'm walking down the street you will have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

446

1    someone asking me to show my papers so that I can walk
2    through the City of Austin.  This is not helping stop
3    voter fraud.
4            You've talked about voter fraud all day
5    long because I've been here.  I've listened.  It's all
6    mail-in ballots.  You have no proof of any voter fraud
7    where someone goes in and votes as someone else.  So
8    that's not an issue in this state.  So why is this the
9    priority issue instead of funding schools, Chip, taking
10   care of the Texas roads, taking care of the homeless
11   problem.  Because believe it or not, as a college
12   graduate, I was two paychecks away from being homeless
13   and it happened, and there are a lot of others here in
14   Texas as the economy gets worse and our unemployment
15   gets higher, they will be in the same situation I'm in,
16   but you don't care about them.  You only care about this
17   partisan bill.  Thank you.
18           CHAIRMAN SMITH:  Any questions for this
19   witness, members?  I don't see any.  Thank you.
20           At this time the chair calls Roxanne
21   Lewis.  Roxanne, are you here?  Don't see her.  So I --
22   I'm going to show her in favor of Senate Bill 362, but
23   did not testify.
24           At this time the chair calls Vanessa
25   Edwards Foster?  Are you here?  Is that a yes?  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034163

447

1    And as you're coming up, I believe she's going to

2    testify on behalf of Texas Gender Advocacy & Information

3    Network against Senate Bill 362.  If you would please

4    state your name and who you represent.

5                    MS. FOSTER:  Again?

6                    CHAIRMAN SMITH:  Yes, please, if you don't

7    mind.

8                    MS. FOSTER:  All right.  My name is

9    Vanessa Edward Foster, and, again, I'm the director of

10   the Texas Gender Advocacy & Information Network.  First

11   off, I just want to applaud you for -- for attempting to

12   try and find a way to end voter fraud.  I am a -- a long

13   time actually election judge there in Houston, Harris

14   County, and one of the things that you know is dear to

15   my heart is to find a way to ensure that everybody

16   votes, but you have one vote, one person.

17                   However, that said, I also oppose this

18   bill for a couple of different reasons.  There's

19   actually four different things within the text of the

20   bill that I have issues with.  One of them specifically

21   that especially as election judge, I find a very

22   probable extra way of actually having fraudulent vote or

23   more than one vote for one person.  But what we are

24   trying to do here is to end any potential fraud, any

25   potential individuals voting when they are not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034164

448

1    registered to vote.

2              And, for instance -- say, for instance,

3    someone walks in with a Voter ID and on the photo ID,

4    the individual is black, but the photo ID shows someone

5    who is white.  They will not be allowed to vote,

6    correct?  Now, you have someone that's 25 years old

7    like -- say like a skate punk with his long hair kind of

8    tied back, and he walks in with a Voter ID and a photo

9    ID of someone that is 75 years old.  He's not going to

10   be allowed to vote.

11             I am a transsexual, and one of the things

12   that is not addressed adequately in Senate Bill 362 are

13   for individuals who transition from one gender to

14   another, and I know because I've had this situation

15   happen to me in 1996 when I went to go vote early vote.

16   What happens is there are standards of care that are not

17   taken into account for here.  Individuals change

18   literally.  Their appearance changes.  So what happens

19   if someone who walks in with a Voter ID that says Kathy

20   and a photo that is female, but it's obviously someone

21   who's been on testosterone for a while and has receding

22   hairline, and a beard and maybe even some chest hair

23   showing.  Do you think they're actually going to be

24   allowed to vote?

25             For Senator Fraser, his words were that he



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007023

449

```
 1   wanted to ensure in the senate testimony that the
 2   individual who is presenting the registration did not
 3   have a stolen registration.  They really wanted to make
 4   sure that that person was who they said that they were.
 5   In fact, Senator Shapiro said the same thing.  They're
 6   just trying to make sure that everyone's ID matches who
 7   they are, and, in fact, Representative Bonnen, you
 8   mentioned that you wanted the facts on this, that we
 9   needed to stick to the facts and the point.
10              The facts and the points are that for
11   individuals who transition from one gender to the other
12   in the State of Texas, we have no uniform code on that,
13   and we've had difficulties in trying to address this now
14   for seven sessions.  This is our eighth.  For 16 years
15   we've been trying it, and we've got another bill again,
16   but it's languishing.  I don't really, you know, presume
17   that that's actually going to pass by the time this bill
18   actually makes it into law.  But the issue is that we
19   are actually in essence disenfranchising anyone who's
20   transsexual, who's transitioning from one gender to the
21   other by requiring a photo ID at the vote -- especially
22   when that photo ID does not match their presentation and
23   this is something that --
24              CHAIRMAN SMITH:  Time's up, if you don't
25   mind.  At this point I want you to know I think there's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 7, 2009

450

1    a lot of sympathy with your position on this committee.

2    There's some uncertainty of what the Senate Bill does in

3    that regard and the extent to which you may be correct

4    in terms of how you read it.  It would be my hope that

5    the house language would be perfectly clear, and let me

6    just tell you why.

7              We took a trip -- My family took a trip

8    overseas where I was in the woods for three or

9    four weeks, and I was in China trying to get from one

10   province to another, and my hair was all out of whack,

11   my beard was all grown, and I had some Chinese guy who

12   couldn't speak my language, and I couldn't speak his.

13   And he was looking at me and he was looking at that

14   picture, and he was looking at me, looking at that

15   picture.

16             I do agree with you that it could be

17   create significant problems if we have part-time poll

18   workers trying to decide whether you look enough like

19   your picture to be able to cast a regular ballot or

20   provisional ballot.  Obviously, to the extent that

21   anybody suspects fraud, they would be able to report it

22   to the proper authorities.

23             MS. FOSTER:  But it's just the picture

24   though.

25             CHAIRMAN SMITH:  But what they would not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007025

TX_00034167

451

1    be able to do is prevent you from exercising your

2    constitutional right to cast a ballot based on a

3    discretionary decision of whether or not you have the

4    same amount of facial hair, the same amount of weight,

5    or even the same gender as you did at the time the

6    photograph was taken.

7              MS. FOSTER:  Gender and me.

8              CHAIRMAN SMITH:  So I think -- I think

9    those concerns can -- and to the extent that the rest of

10   the committee agrees with me -- will be addressed in the

11   legislation coming out of this committee.  So we

12   appreciate your testimony.  Are there any other

13   questions from any of the members at this time?  I don't

14   hear any.  Thank you very much.

15             The chair calls H. Dale Jennings.  Are you

16   here, Mr. Jennings, because if you are not here, I'm

17   going to show you as not testifying but be in favor of

18   Senate Bill 362.

19             Russell Duerstine?  Not here?  He's not

20   going to testify, but is in favor of Senate Bill 362.

21             The chair calls Madeline Dewar, speaking

22   on behalf of herself against Senate Bill 362.  Please

23   state your name and who you represent.

24             MS. DEWAR:  My name is Madeline Dewar.

25   I'm from San Antonio, and I am against Senate Bill 362.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007026

452

1           CHAIRMAN SMITH:  Speaking on behalf of

2    yourself?

3           MS. DEWAR:  Speaking on behalf of myself,

4    yes.

5           CHAIRMAN SMITH:  Okay.

6           MS. DEWAR:  I'd like to preface my

7    testimony with the statement that I feel much more

8    positive and comfortable with the overwhelming majority

9    of this committee including your conduct, Mr. Chairman,

10   than I felt during the 20 plus hours I sat waiting to

11   testify in the senate -- I mean, this is -- this is

12   warming my heart, and I do feel that most of you,

13   Republican and Democrat, are really trying to do

14   something.

15          CHAIRMAN SMITH:  Thank you.

16          MS. DEWAR:  You know, my testimony is that

17   I live in a working class barrio in San Antonio.  Many

18   of my neighbors work two and sometimes three jobs.

19   Others are elderly and on very limited incomes.  Even if

20   the photo ID were made available entirely free, the

21   documents required to obtain those IDs are not.  If you

22   choose food for your children or medicines for yourself

23   against obtaining birth certificates or other documents,

24   what would you do?  What would your priority be?  Just

25   taking time off from work from a minimum wage hourly --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007027

453

1    for a minimum wage hourly worker is often not feasible,

2    especially in San Antonio with the horrible public

3    transportation system.

4            Some of you may consider obtaining a

5    driver's license or a Texas ID a simple matter.  For the

6    poor and many elderly, it can be a complex time

7    consuming and costly process.  By the way, for a number

8    of reasons, my 38-year old son does not have a driver's

9    license, nor does he have any alternative forms

10   mentioned in this bill except his birth certificate and

11   his voter registration, and if he didn't have me to buy

12   him a Texas ID, he wouldn't be able to get it.  He would

13   no longer be able to vote, but the noncitizen, a felon,

14   who'll be out of the county during the election period

15   would be able to early easily vote with the -- the

16   process, the absentee process.

17           If we have evidence of tens of thousands

18   or even hundreds of fraudulent voters, I'd be standing

19   here working hard to find an answer to ensure ballot

20   integrity, but as has been clearly shown that there is

21   no voter fraud in Texas that would be eliminated by this

22   bill, okay, despite the inappropriate use of huge amount

23   of taxpayer's money to investigate and find such fraud.

24           I was very impressed with the suggestions

25   and testimony of the first witness, Randall Buck Wood.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034170

454

1    His suggestions are intended to enhance voter

2    participation and truly test for voter fraud while this

3    bill, as currently written, is simply intended to reduce

4    voter participation.  It is not intended to reduce

5    nonexistent voter fraud.

6              In the senate, Senator Fraser repeatedly

7    referred to the increase in democratic votes in Georgia

8    and Indiana, but failed to mention that those increases

9    were present across the entire country inarguably

10   attributable to Barack Obama and the overall 2008

11   political environment.  Those two states were

12   particularly in play as never before.  This bill is a

13   blatant partisan effort to disenfranchise minorities and

14   the elderly and poor of Texas with a very expensive

15   backdoor poll tax.  The bill's real intent is to

16   suppress democratic votes in order to stem the political

17   direction of the great State of Texas.

18             I'm here to ask that every representative

19   present today look into their hearts and do the right

20   thing for the many voters of Texas who are less

21   fortunate themselves.  Do not take away their right to

22   vote.

23             CHAIRMAN SMITH:  We won't.  Any questions,

24   members?  You all are doing good.  I'm proud of you.

25   That's okay.  I like it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

455

1           At this time the chair calls Ann Hettinger

2    with Concerned Women of Americas.  Ann still here?

3    Don't see Ann, so I'm going to show her as not

4    testifying, but being in favor of Senate Bill 362.  Now

5    we're getting down to the tough ones.

6           Hayward Vickery, Junior.  Are you here?

7    All right.  I'm going to show him as being in favor of

8    Senate Bill 362, but not testifying.

9           Chair calls Wayne Lessmann.  Don't see

10   Wayne.  So I will show him as testifying in -- or not

11   testifying in favor of Senate Bill 362.

12          Chair calls Richard Wheeler who's

13   testifying in favor of Senate Bill 362 on behalf of

14   himself, I believe.  Please state your name and who you

15   represent.

16          MR. WHEELER:  My name is Richard Wheeler,

17   and I represent myself.

18          CHAIRMAN SMITH:  Thank you.

19          MR. WHEELER:  I've got kind of a story

20   that I want to tell you, and I'll try to keep it as

21   brief as I can.  I own a mail store here in Austin,

22   Texas, and every voting period we get stacks and stacks

23   and stacks of voter registrations that come in for our

24   mailbox holders.  The problem is is about 50 percent of

25   them are wrong.  50 percent of the voter registrations



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

456

1    that come to my store are people who have not had a

2    mailbox at my store.  I've got the evidence right here

3    in this folder right here that I'm going to leave with

4    you guys that haven't had mailboxes in five, six,

5    seven years.

6              And what's happening is I got so fed up

7    with it, that finally when I saw one of the voter

8    registrations for the guy that I knew was in jail for

9    armed robbery, I said that's it.  I've had it, you know.

10   So I finally decided I was going to get on the phone,

11   and I called the Secretary of State's office.  And I

12   complained and complained, and they said it wasn't our

13   problem.  So then they said, Bill, that's Travis

14   County's problem.

15             So then I got on the phone.  I called

16   Travis county, and I said, look, I've got 35 to 40 voter

17   registrations in my hand right now are for people who

18   haven't had a mailbox here in five to seven years, and I

19   said and you're mailing them to the last known address

20   that you have for them, and I said there's no integrity

21   there.  I could go out and I could vote 40 times if I

22   wanted to.  And they said, no, you're wrong.  We remove

23   them after two years, and I said you do not.  I said I

24   have them here and I have proof, and they said, no, we

25   don't.  I said you're mailing them to people that are in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007031

457

1    jail too.  No, we're not.  Yes, you are.  I said I have

2    the voter registration in my hand.  They denied it.

3    They gave me the runaround.  They kept giving me the

4    runaround.

5              So, finally, I contacted News 8.  News 8

6    came out to my store, and they looked at it and they

7    were just shocked, so they did a piece on it.  And that

8    was about a year ago, and, finally, it was -- became a

9    dead issue.  So about, I don't know, maybe a month ago,

10   an election judge came into my store, and I showed him

11   that big stack of voter registrations and when I showed

12   him that stack of voter registrations, his eyes got big,

13   and I said I called everybody.  Nobody cares.  I said

14   they're just sending the voter registrations out to the

15   last known address, and some of these people haven't

16   lived in Texas that, you know, I've got in here where

17   they've moved out of state.  They live in California.

18   Several -- Bunch of these live in California.  Some even

19   live in North Carolina.  I've got the address in North

20   Carolina.  I got the address in California.  They

21   haven't lived here in years, but the voter registration

22   still goes to last known address.  So anybody can take

23   that, walk in and vote.

24             And I had the gentleman back there go

25   through these with me, and according to what his person



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007032

Hearing - Volume 3                                    April 7, 2009

                                                                   458

1    was working on it is that 24 of these -- of this stack

2    here were fraudulently registered because they said that

3    they lived in my store and received their mail in my

4    store and of those six voted.  So six of these should

5    have been invalidated to begin with and that's the ones

6    that I knew about.  That's the ones I didn't put into

7    people's mailboxes.  These are the ones that, you

8    know -- and every year I'm just getting tired of seeing

9    stacks and stacks and stacks of these come in.

10              And I asked my mail carrier that delivers

11   mail, and I said what do you do when you get a stack of

12   voter registrations that go to a house that there's 15

13   different names on that?  I said do you go through those

14   same things one by one by one to make sure that these

15   people live in this house?  And he goes, not my job.  He

16   said I put them there, and it's up to the people living

17   there to either return them or destroy them.  And I said

18   what if they don't?  He goes, that's not my problem.

19              So I -- I thought it would be, you know,

20   worthwhile coming up here, and I'm going to leave these

21   as evidence for you.  I don't know what to do with them.

22   I'll keep showing them to people.  I don't know what to

23   do with them.  So, finally, I've got somewhere where I

24   can leave them somewhere and somebody can take these off

25   my hands because I'm tired of showing them to people.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007033

TX_00034175

Hearing - Volume 3                                    April 7, 2009

459

1              But I think we need to -- I think we need
2    an ID because I think -- at least I know Travis County
3    is way too haphazard by sending out voter registrations
4    to the last known address on file, and like one of these
5    people that was sent to, I called him up, and I said I
6    got a confession to make.  I said I got your voter
7    registration here -- He hasn't lived here in four years.
8    I said I got your voter registration here.  And he said,
9    well, I never registered to vote.  I got my license
10   there when I -- when I visited Austin last time, but he
11   said I never registered to vote, and I said, well, your
12   voter registration is here.  I said I've got it here.  I
13   just want to let you know that I'm going to be taking it
14   in, and I'm going to give them your phone number and
15   your address on here so you can validate that you
16   haven't lived in Austin, you know, in the last
17   four years, and Travis County has not removed you from
18   the voting list.  He said I've never voted in Travis
19   County in my life.
20             So until Travis County gets a little bit
21   more efficient on sending out voter registrations, we
22   got to have something to -- to prove that these people
23   are who they say they are.  One suggestion that I made,
24   and I don't know whether this is even possible about a
25   possible solution to maybe make the Democrats and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007034

TX_00034176

Hearing - Volume 3                              April 7, 2009

460

1     Republicans happy is say if you don't --

2               CHAIRMAN SMITH:  Give them to me.

3               MR. WHEELER:  If you don't have a say, if

4     you don't have a picture ID, you take -- you have to go

5     into this other group of voting machines, and it asks

6     you what is the sum of the last four digits of your

7     Social Security or it randomly asks you what's the sum

8     of the last two, what's the sum of the last three.  And

9     each time it asks you a different one, and that way if

10    you find your voter registration on your uncle's desk

11    and your uncle doesn't want to vote, you can't grab it

12    off his desk.  You go in to vote, and you don't have his

13    ID.  You go, oh, what's the sum of the last three digits

14    of Uncle Bob's social security number?  I guess I'll

15    take a guess, and if it's wrong, it invalidates your

16    vote.  I mean, that's one way where you could actually

17    prove that that's the person that it is without actually

18    giving away what your Social Security number is.

19    Because -- And the machine's going to know whether it's

20    right or wrong.  It will ask you randomly.

21              You know, that's a suggestion I've had,

22    but I don't know if that's something that the machine

23    could do, but I'm tired of keeping up with all these,

24    and they went through them, and, I mean, you'll see so

25    many of these that came into my store, and I've got



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007035

TX_00034177

461

1   their mailbox applications here that shows that they

2   haven't had -- you know, received mail in my place in

3   years and years and years and years, but -- Travis

4   County does not update their files, but I did find out

5   that the guy that did get arrested for armed robbery and

6   is in prison, they have recently taken him off the

7   voting thing.  They sent his voter's registration, but

8   now he's off.  I don't know whether my call in to there

9   and raising cane with them had him removed or not, but

10  he has been removed.

11              CHAIRMAN SMITH:  So your concern is that

12  we've got basically these documents floating around out

13  there --

14              MR. WHEELER:  Going to the wrong

15  addresses.

16              CHAIRMAN SMITH:  -- that are basically a

17  free ticket for anybody to pick them up and go vote.

18              MR. WHEELER:  That's exactly right.

19              CHAIRMAN SMITH:  And you have a signature

20  on the card so if you are capable of in general terms

21  recreating the signature that you see on the card when

22  you -- when you -- when you vote.  I don't know if when

23  you offer that and you have to sign -- Yeah.  And so I

24  don't know if they lay a card down where they have to

25  sign or not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007036

462

1              MR. WHEELER:  So they just have to sign
2      it, yeah.
3              CHAIRMAN SMITH:  But -- but -- So if you
4      don't have to sign at the poll, there's not even the
5      matching signature provision.
6              MR. WHEELER:  I get 30 to 50 every voting
7      period.  30 to 50.  I have about --
8              CHAIRMAN SMITH:  So your presumption is --
9              MR. WHEELER:  -- 34 in here right now.
10             CHAIRMAN SMITH:  That if it's that easy,
11     all you do is lay the card down.  There's not anything
12     to back it up.  That it is almost impossible, if not
13     impossible, in that situation to catch.
14             MR. WHEELER:  Right.  I could have voted
15     45 times.
16             CHAIRMAN SMITH:  That your presumption is,
17     therefore, there are people doing it because it's easy
18     to do.
19             MR. WHEELER:  It's too easy not to do.
20             CHAIRMAN SMITH:  Impossible to detect and
21     there are motives to do it because people are trying to
22     win elections and, therefore, your presumption is that
23     it occurs more often than what we know as a matter of --
24             MR. WHEELER:  Exactly.
25             CHAIRMAN SMITH:  -- evidence and fact.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007037

463

1                    MR. WHEELER:  Exactly.

2                    CHAIRMAN SMITH:  Any questions, members?

3                    UNIDENTIFIED SPEAKER:  Real quick.  Those

4       aren't originals, are they?

5                    MR. WHEELER:  Yes, they are.

6                    UNIDENTIFIED SPEAKER:  I don't know if I'd

7       leave originals here.  That's your call.

8                    MR. WHEELER:  Well, I don't want to give

9       them to somebody else.

10                   UNIDENTIFIED SPEAKER:  It sounds like you

11      really want to get rid of them.

12                   MR. WHEELER:  I'm tired of showing them to

13      people in my store, so --

14                   CHAIRMAN SMITH:  You should probably turn

15      them over to Dana.

16                   MR. WHEELER:  I made copies of them all

17      and kept them at my work, but I assume get rid of all

18      these originals to someone here.

19                   UNIDENTIFIED SPEAKER:  And they send them

20      back to you.

21                   CHAIRMAN SMITH:  I'd like to have a copy

22      of them.

23                   UNIDENTIFIED SPEAKER:  Tom, we're only

24      kidding.

25                   CHAIRMAN SMITH:  What I would like to do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007038

Hearing - Volume 3                                    April 7, 2009

464

1    if okay is take possession of them and then make copies

2    available to any of the members on the panel that wish

3    to have them or I will actually -- Okay.  Any other

4    questions for this witness, please?  I don't see any

5    questions.  Yeah, I'm going to give that to my clerk and

6    we'll make copies.

7                UNIDENTIFIED SPEAKER:  He's going to do

8    the investigation.

9                CHAIRMAN SMITH:  Thank you.

10               MR. WHEELER:  Thank you, gentlemen.

11               CHAIRMAN SMITH:  Appreciate it.  We're

12   just going to make copies to the extent that anybody

13   asks for it.  You got it, Travis?  I want to look at

14   those.  Carla Mercado?

15               UNIDENTIFIED SPEAKER:  She's gone.

16               CHAIRMAN SMITH:  She's gone.  So the

17   witness is not testifying and being against Senate Bill

18   362.

19               The chair calls Terri Burke representing

20   the ACLU of Texas against Senate Bill 362.  Please state

21   your name and who you represent.

22               MS. BURKE:  I'm Terri Burke.  I'm the

23   executive director of the ACLU of Texas.

24               CHAIRMAN SMITH:  Thank you.

25               MS. BURKE:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007039

465

1              CHAIRMAN SMITH:  You're welcome.

2              MS. BURKE:  Earlier Representative Anchia

3    made the point that he thought perhaps the elections

4    committee would focus on broader issues and the broader

5    picture.  We at the ACLU agree that what Texas needs is

6    a top to bottom review of the election process.

7    Nevertheless, the bill in front of us is this one.  And

8    our concern specifically about it is the fact that we

9    believe it will create more possibilities for

10   provisional ballots.  Provisional ballots are a serious

11   problem in our state.  They are more serious than voter

12   impersonation because so many provisional ballots are

13   rejected in our elections.

14              We've discovered through our research of

15   provisional ballots that we have an extremely high rate

16   of rejection.  The average rate nationwide is

17   20 percent.  In Texas, in the '04 presidential election,

18   the rejection rate was over 78 percent.  In the 2008

19   election, the one we just had, the rejection rate was

20   right at 78 percent.  42,000 Texas voters cast

21   provisional ballots and only 9,400 of them were actually

22   counted, meaning, that 32,000 Texans were -- their votes

23   were not accepted.

24              There are deterrences to in-person voter

25   fraud already in place in Texas.  You've spoken today



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007040

466

1    about HAVA.  You've had witnesses who have testified to

2    that.  There is more risk in Texas of an eligible voter

3    being rejected at the polls due to some clerical error

4    than there is of a fraudulent one even being allowed to

5    pick up a ballot.  Voting in Texas should mean your vote

6    counts.  It should not be a case that you have a one in

7    five chance of having your vote count.  Voting is a

8    foundational right, and we don't think it's something

9    that should be gambled with.

10                CHAIRMAN SMITH:  Thank you very much.  And

11   just for purposes, my understanding is that currently

12   most of the absent -- I mean, the provisional ballots

13   are cast because people are not even on the voter

14   registration rolls.

15                MS. BURKE:  They have been purged.

16                CHAIRMAN SMITH:  So I think we're looking

17   real seriously at the possibility of creating a separate

18   kind of provisional ballot where the mechanism by which

19   it is counted is very different, and -- and it will be

20   structured so that we do everything within our power to

21   ensure that those votes are counted to the extent that

22   they are demonstrated to be legal, okay?  So I think --

23   I think we can get there.

24                MS. BURKE:  You know, one other issue with

25   them is that often the election folks, the poll workers,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007041

467

1    don't offer that option to the voter.  A lot of these

2    provisional ballots only get cast because the voter

3    knows to ask for it.  But if you don't know to ask for

4    it, it doesn't get offered, so that's another part of

5    that educational process --

6                 CHAIRMAN SMITH:  Yeah.

7                 MS. BURKE:  -- you've been talking about.

8                 CHAIRMAN SMITH:  Well, we'll do what we

9    can, and that certainly would not be the intent of this

10   committee for that to be discretionary on the part of a

11   judge.

12                MS. BURKE:  Well, it has been.

13                CHAIRMAN SMITH:  Okay.  Thank you very

14   much.  Any other questions, members?  Thank you.

15                MS. BURKE:  Thank you.

16                CHAIRMAN SMITH:  James Carter?

17   Representing the Republican party of Bell County and is

18   testifying in favor of Senate Bill 362.  Please state

19   your name.

20                UNIDENTIFIED SPEAKER:  Is this James

21   Carter of the Carter Baker Commission?

22                CHAIRMAN SMITH:  No, it is not.

23                MR. CARTER:  Thank goodness.

24                UNIDENTIFIED SPEAKER:  I thought we had an

25   authoritative source.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007042

TX_00034184

468

1            CHAIRMAN SMITH:  I didn't even pick up on

2     that.

3            UNIDENTIFIED SPEAKER:  Are you willing to

4     stand in as an authoritative source?

5            MR. CARTER:  I'm going to avoid that by

6     the plague.

7            CHAIRMAN SMITH:  Please state your name

8     and who you represent.

9            MR. CARTER:  James Carter.  I represent

10    the Republican party of Bell County, specifically as the

11    person designated to perform the cleaning of election

12    judges and clerks under Section 32.113.  And then

13    additionally as myself in the capacity of an election

14    judge, and I've operated in that capacity since 1990.

15            The Texas election laws direct that each

16    party's political county executive committee provide the

17    training for the election officers administering the

18    elections under your election code.  Part of that

19    education -- and the training is provided, the substance

20    is based on the Secretary of State's training materials.

21    Part of that is notifying the election personnel that

22    they swear and must protect the integrity and the purity

23    of the election.  They take that oath very seriously.

24    They do it to the best of their ability.

25            What you're looking at is a set of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

469

1    election workers that may perform this duty once, twice,

2    maybe three times every two years.  In that span of time

3    your legislation or legislative actions have changed.

4    So they have to understand what changes are now in

5    effect.  On election day, they're going to process

6    between 30 and 50 percent of the eligible voters in

7    their precinct.  The others either have not chosen to

8    vote or have voted early.  That is a lot of people in a

9    very short period of time for a person that has a very

10   short exposure to training in the election law.

11            Most of the tools that they have right now

12   are effective.  The one essential element they have not

13   got is to identify the person presenting themselves to

14   vote as the person they represent themselves to be

15   correlated with the name on the precinct list.  Your

16   present voter card correlates the precinct and the

17   residence address which is based upon the apportionment

18   of the overlays of the elected offices on the ballot.

19            In Bell County for a normal election, we

20   have 13 formats.  If you add special elections,

21   overlaying that with school, water district, whatever,

22   then they must have still a separate ballot within that

23   same precinct.  You're requiring the election voters to

24   do an awful lot.  One of the problems that they have is

25   making sure that that person gets the proper ballot,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034186

470

1    proper format, in order to cast a legitimate vote.

2              We need this bill.  We need the photo ID

3    for it.  I'm out of time.  I didn't get a chance to talk

4    about anything.  What we don't need is proxy votes.  We

5    do need people picking up different registration cards

6    using one in early voting in one location, early voting

7    in another location and for however many early voting

8    locations you have in Bell County, we have six and then

9    on election day coming in with the seventh.  Each would

10   have different addresses, but the signature would align

11   with the name and without a photo ID.  How do you

12   determine that person is whom they represent to you?

13   I'm sorry for going over time.

14             CHAIRMAN SMITH:  That's all right.  You're

15   good.  Representative Heflin?

16             MR. CARTER:  Say again?

17             CHAIRMAN SMITH:  No.  I was just saying

18   you are not alone in going over, so we're not going to

19   give you a hard time about it.  Representative Heflin?

20             REPRESENTATIVE HEFLIN:  Mr. Carter, one of

21   the things that I'm so enjoying about the testimony

22   we've heard in the last two days, it's been such a

23   wonderful educational process, and I often hear these,

24   wow, I didn't even think of that, but you hit it on the

25   head when you said, you know, if you got different



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007045

Hearing - Volume 3                                    April 7, 2009

471

1    hospital districts, water district, all these different

2    elections, and I know in some of my counties people are

3    running all over town trying to vote and that's a real

4    critical issue that you bring up.

5                MR. CARTER:  I would like to expand on

6    that just a moment.

7                REPRESENTATIVE HEFLIN:  Please.

8                MR. CARTER:  At your early voting

9    locations, each location must have the ballot format for

10   every category of voter in the county.  In our case, we

11   use a paper ballot with a precinct tabulation unit which

12   automatically counts that.  In early voting, our county

13   has computers which are tied in, wired in to the county

14   database.  Two completely different reporting systems.

15   And what I'm addressing in my testimony is confined to

16   election day effort by the election orders.

17               REPRESENTATIVE HEFLIN:  Thank you for the

18   information.

19               CHAIRMAN SMITH:  Questions, members?

20   Representative Bonnen?

21               REPRESENTATIVE BONNEN:  You all aren't

22   doing -- You all aren't using the electronic voting

23   machines at this point?

24               MR. CARTER:  No, sir.  We -- We have a

25   paper ballot based system which causes us to have to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007046

472

1    estimate how many ballots need to be printed for each

2    format.  Boy, that's a crystal ball operation.

3              REPRESENTATIVE BONNEN:  Are you having --

4    are you having to transition -- I mean, do you have

5    electronic voting machines on the horizon or --

6              MR. CARTER:  No.  Our county commissioners

7    chose to get the paper ballot and the precinct level

8    tabulation to provide a ballot trail in the event of a

9    recount.

10             REPRESENTATIVE BONNEN:  Okay.

11             MR. CARTER:  And that has worked very

12   well.  In fact, we had a -- in the last general

13   election, we were inspected in several precincts by

14   representatives of the Secretary of State's office and

15   they found no procedure lures.

16             REPRESENTATIVE BONNEN:  Very good.

17             MR. CARTER:  Our training in Bell County

18   is working well, but we need to be able to identify the

19   voter with the person on the list.  Yes, sir?

20             REPRESENTATIVE BONNEN:  If we're not here

21   all night, next week I think I'm going to Bell County

22   with my local emergency management and commissioners to

23   thank you all for the phenomenal job you did in helping

24   our evacuees during Hurricane Ike.  Bell County couldn't

25   have been more welcoming and more decent to the folks



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034189

473

1     that -- that took shelter there.

2                    MR. CARTER:  I'll pass on your

3     appreciation to the appropriate folks.

4                    CHAIRMAN SMITH:  Have you seen any

5     suspicious activity yourself?

6                    MR. CARTER:  Yes, sir, I have.

7                    CHAIRMAN SMITH:  Can you describe what

8     you've seen?

9                    MR. CARTER:  The most recent two

10    incidences, the first one -- and I was working as

11    election judge with trying to keep the ballot signatures

12    stamped and furnished, the documentation flowing to my

13    clerks.  One of my clerks called to my attention an

14    individual in unique clothing stood out like a -- like a

15    sore thumb.  I had noticed him coming through the

16    Republican primary, voted.  Approximately 40 minutes

17    later, time is just kind of nebulous there, she called

18    and she said see that guy?  Hey, look at that.  He's

19    putting a Democrat ballot into the tabulation machine.

20    So that individual voted in the primary of the Democrat

21    party and the Republican party.  With whose party he's

22    associated, I have not any idea, nor do I know what kind

23    of documentation he presented because it was -- we're

24    not keeping track of that.  If they qualify to vote,

25    they get the ballot, move on -- move the people through



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034190

474

1    as quickly as possible.  The Democrats did the same

2    thing.  With the voter picture -- I mean a voter photo

3    on the identification, that would have stopped that.

4    One would have been accepted.  The other would have been

5    rejected.

6                 The second was an individual who came in

7    demanding that he be given the right to vote.  The

8    clerks tried to find his name on the precinct list.  It

9    was not there.  They -- They called and tried to verify

10   it with the election voter registrar's office, and lo

11   and behold, no, we haven't got him in that precinct.

12   We've got him in a different precinct in the county, at

13   which time he was becoming irate demanding his name be

14   found on the precinct list.  I was called in to

15   intervene.  And he said I know my name's there.  I'm

16   supposed to vote in this precinct.  And I investigated

17   further and found out, well, from the voter registrar,

18   we've got an indication that you voted in this precinct

19   over here.  Oh, that's right.  I've already cast my

20   ballot.  I was trying to vote here also.

21                 Now, that was an intentional attempt to

22   double vote.  If -- If the clerks had not been doing

23   what they should have done, they would have given a

24   provisional ballot and would that have counted, meaning,

25   a double vote?  I have no idea.  It should not have.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007049

Hearing - Volume 3                                    April 7, 2009

                                                                475

1    But the point is the clerks did their job.  They

2    filtered that person, found out that, yes, he had

3    qualified and voted elsewhere, but they stopped the

4    subsequent attempt.  Those are the two I have personal

5    knowledge of.

6              CHAIRMAN SMITH:  Thank you.  Any other

7    questions, members of the committee?  Thank you very

8    much for taking the time to come.  Thank you for staying

9    so late with us.

10             REPRESENTATIVE BROWN:  Thank you for

11   taking time to train your clerks so well too.

12             MR. CARTER:  You know, let me address

13   that.  That requirement is in the election code.  It is

14   not stressed sufficiently, and that is where a lot of

15   problems start.  The parties are required -- the words

16   used are shall provide the training.  The county clerk

17   may provide the training.  That pertains to the

18   primaries which are party peculiar.  In a general

19   election or in other types of elections, the appropriate

20   election authority provides the training, county clerk,

21   city clerk, election administrator, whatever the

22   appropriate term is, but if you emphasize the training,

23   you are going to solve a lot of the problems.

24             CHAIRMAN SMITH:  Thank you, sir, very

25   much.  It Robert Stewart still with us by chance?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007050

TX_00034192

476

1    Robert Stewart?  You are not Robert Stewart, I don't

2    think, are you?  Okay.  I know Estelle Teague, and I

3    don't see her.  Are you still here, Estelle?  She's not

4    here, so I'm going to show her as --

5                    UNIDENTIFIED SPEAKER:  Let's wait and see

6    if she comes in.

7                    CHAIRMAN SMITH:  -- as being neutral and

8    not testifying on the bill.  She's just so excited in

9    anticipation of our version that she decided to be

10   neutral on the Senate Bill.  I think that's what it must

11   have been, what it was.  And let me just -- I want to

12   state that last witness, I think some of us have been --

13   we haven't asked every witness, and we are particularly

14   interested in there's been a lot of debate and

15   discussion about the extent to which this bill would

16   alter voter turnout on the one hand and the extent to

17   which there is evidence of voter impersonation on the

18   other hand, and so those are the issues as much as

19   anything else that we're interested in.

20                   So any of you who have any personal

21   experience or testimony regarding either of those

22   issues, we want to make sure we hear from you on those

23   subjects.  So please don't disappoint us.

24                   Christopher Bilardi?  Who is -- Is he

25   still here?  I'm going to show him as against and not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

477

1   testifying.

2           Amy Clark?  Amy Clark is here.  You're

3   going to testify on behalf of yourself in favor of 362;

4   is that correct?

5           MS. CLARK:  Yes, sir.

6           CHAIRMAN SMITH:  Please state your name

7   and who you represent.

8           MS. CLARK:  Good evening.  I'm Amy Clark.

9   I'm representing myself.  I'm from Wilson County outside

10  of Floresville, and thank you for your attentiveness to

11  everybody that's speaking.  I know sometimes we all just

12  have a desire to be heard and tonight is no different,

13  but thank you very much for -- for that and the

14  insightful questions.

15          I have no doubt that in 3 minutes I could

16  in any way improve upon the reams of pertinent

17  information that have already been presented to you in

18  the last three days now on behalf of this bill, but I

19  did want to come before you tonight simply to register

20  my support in favor of the bill and to echo the many

21  voices across my community who want our

22  representatives -- who want you all in Austin to pass

23  what we consider back on the home front as common sense

24  legislation and back on the home front in little town

25  Texas, that's what this bill is seemed to be.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007052

Hearing - Volume 3                                April 7, 2009

478

1              I wholeheartedly affirm the earlier idea

2     that was expressed that we do not want to in any way

3     suppress voter turnout, but instead to increase

4     legitimate voter turnout, and I believe this bill would

5     accomplish just that.

6              The Senate Bill 362 would be a positive

7     effort to close the loophole of potential voter fraud,

8     and it has the added benefit of demonstrating to the

9     voters of Texas that an effort is being made to ensure

10    fair and honest elections should further efforts be made

11    absolutely, especially in the avenues as we've heard

12    before of mail-in ballots and voter registration.

13    Absolutely.  But this represents a very good start.

14             The very perception of voter fraud in our

15    community works to increase general sense of

16    disillusionment, and it's been suggested that people

17    might stay home from an election in fear of the

18    crackdown on voter fraud or a change in the process, but

19    I submit to you this.  What about the folks that stay

20    home because they don't believe in the system, that the

21    system is broken, that their vote doesn't count and then

22    everything is crooked?  I think that that distrust is

23    real, it's tangible and it runs very deep.  And I see it

24    as a problem that you have the opportunity to fix here

25    with this bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007053

479

1               As it was suggested earlier by the

2      committee, we are all in this room unified in our desire

3      to fight voter fraud.  Nobody wants voter fraud, and I'm

4      sure we are also unified in agreement that the right to

5      vote a right of this importance carries with it an

6      inherent and unique responsibility, and I think that

7      that is something that has gotten lost in some of the

8      discussions as the hours go on.  It is all right to

9      vote.  It also carries our responsibility, and I think

10     that this bill affirms that notion.

11              Members of this committee, I respectfully

12     ask you to let the people of Texas know that you're

13     serious about the integrity of our elections by passing

14     this bill.  Senate Bill 362 represents a simple, a

15     common sense measure working to eliminate one specific

16     avenue of potential fraud and strengthen our election

17     system.  Is it the most perfect and all encompassing

18     bill?  Absolutely not.  But it is a first step and it's

19     a positive step in the right direction.

20              I ask you genuinely to consider this bill

21     to restore confidence in the system to take this step to

22     further secure our elections, and please consider it in

23     the light of common sense and personal responsibility.

24     Thank you.

25              CHAIRMAN SMITH:  Any questions of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007054

480

1   Ms. Clark, members?  No questions?  Thank you very much

2   for coming.

3                   MS. CLARK:  Thank you.

4                   CHAIRMAN SMITH:  At this time the chair

5   calls Marsha Correira -- Correira -- I'm messing that

6   up -- on behalf of yourself against Senate Bill 362.

7                   MS. CORREIRA:  Yes.

8                   CHAIRMAN SMITH:  Please state your name

9   and who you represent.

10                  MS. CORREIRA:  I'm Marsha Correira.  I

11  represent myself.  I'm from Bastrop County.  I grew up

12  between Wylie and seven points.  Let me get my glasses

13  on.  I have several points to make, and this is going to

14  be kind of disjointed because I have a lot to say, but I

15  don't have a lot of time to do it.

16                  We heard reports today and this evening of

17  massive voter fraud in Texas associated with mail-in

18  ballots, ballots being taken out of mailboxes, for

19  instance.  This bill doesn't address mail-in ballots at

20  all and shouldn't even be discussed in those terms.

21                  Also, just because you're in the same

22  county during an election doesn't mean you're able to go

23  and vote.  I voted with a mail-in ballot last fall

24  because I was just two weeks out of the hospital and

25  couldn't travel.  My big travel was from the bedroom to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007055

481

1    the living room, and if a crook could steal a mail-in

2    ballot, they could also steal a bank statement and

3    utility bill, even the voter registration certificate

4    itself, even IDs are sent by US mail.

5              Provisional ballots.  Provisional ballots

6    in general are to the counted.  It happened in my own

7    precinct.  To be required to drive to the county seat to

8    present ID to the elections administrator within 10 days

9    is a barrier to voting, and there's nothing in this bill

10   which mentions the 10-day deadline, nor in any way

11   curing the defect.

12             People work.  They'd have to take off

13   work.  Transportation could be an issue, and they would

14   be disenfranchised, many of them, after voting for many

15   years or even decades.  The bill's fiscal notes

16   indicates $2 million in state money would be spent next

17   year to implement this scheme, and the cost of the free

18   photo ID from DPS for the sole purpose of voting was not

19   included in the fiscal notes.

20             There are Texans who are qualified to

21   vote, but lack resources for the proof of identity.

22   Supreme court spoke to that.  They said, well, their fee

23   paying has no relation to voting qualifications.  The

24   right to vote is too fundamental, burdened or

25   conditioned.  The bill specifically states "the fee for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007056

482

1   personal identification certificate is $15."  There's

2   also a fee for birth certificate to obtain that ID.  In

3   the same Supreme Court case, the court held we

4   conclude -- "We conclude that a state violates the equal

5   protection clause of the 14th Amendment whenever it

6   makes the affluence of the voter or payment of any fee

7   an electoral standard.  Voter qualifications have no

8   relation to wealth, nor to paying this or any other

9   tax." And this is a poll tax and that's what they were

10  speaking to in 1966.  This is long settled.  May I

11  continue as others did?

12              CHAIRMAN SMITH:  I'll give you a little

13  bit, yeah.

14              MS. CORREIRA:  Okay.  Any purchase of any

15  service or document or the establishment of any account

16  or the maintenance or renewal thereof is a poll tax,

17  outlawed by the 24th Amendment to our US Constitution

18  and then followed up when Texas, Virginia, South

19  Carolina and a few other states continued to charge the

20  poll tax in spite of the constitutional amendment.

21              The non-photo ID option seems reasonable

22  now, but you wait two years, four years, six years, then

23  there will be another partisan piece of legislation

24  outlawing the non-photo IDs.  People of means probably

25  can't identify with people who are not financially well



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034199

483

1    off.  When I was young, I couldn't register to vote.  I

2    could have registered to vote, but I had my priorities,

3    and one of them it was having dinner on the table for my

4    daughter.  There was a poll tax when I was young, and I

5    was poor.  I was part of the working poor.  My daughter

6    and I always had one thing for dinner.  That was all we

7    could afford.  Usually something like a 49 cent box of

8    frozen brussel sprouts.  1.50 was a lot of money, and

9    there are voters today who don't have money for a birth

10   certificate.

11            You want to know the voter fraud in my

12   precinct?  Republicans voting in the Democratic primary

13   last clear and casting a ballot that says I'm a

14   Democrat, that's the fraud in my precinct.  We don't

15   have a problem with Voter ID.

16            CHAIRMAN SMITH:  You understand that

17   Republicans can vote in Democratic primaries in Texas as

18   long as they do not also vote in a Republican primary?

19            MS. CORREIRA:  Yeah, I understand that.

20            CHAIRMAN SMITH:  Vice versa.

21            MS. CORREIRA:  But when you cast that

22   ballot, it says I am a Democrat, okay?  That's an

23   outright lie, and every Republican that voted in a

24   Democratic primary last year, big bunch of liars.

25            CHAIRMAN SMITH:  I guess we could be a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

484

1    Democrat for a day in this.

2                MS. CORREIRA:  Yeah.  I heard that -- I

3    heard that from somebody already.

4                CHAIRMAN SMITH:  You mentioned earlier

5    that while there might be voter registration cards that

6    are floating around out there that create potential for

7    fraud, that there also --

8                MS. CORREIRA:  Did I say that?

9                CHAIRMAN SMITH:  Well, you -- you said

10   something about prior testimony to that effect and then

11   you said your point was there are also --

12               MS. CORREIRA:  Oh, okay.

13               CHAIRMAN SMITH:  There are also driver's

14   licenses that are mailed by regular mail to people as

15   well, and those are floating around out there as well to

16   the extent that they end up going to the incorrect

17   address.

18               MS. CORREIRA:  No, I didn't say anything

19   about floating around.

20               CHAIRMAN SMITH:  Okay.

21               MS. CORREIRA:  What I said is that

22   somebody could take them out of the mailbox.

23               CHAIRMAN SMITH:  Right.  Right.  And if

24   they did that, if somebody took them out of the mailbox,

25   you understand why there's less of a risk with regard to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

                                                                    485

1    that photo ID for the purposes we're talking about here

2    of it being used simply because it has on it a photo of

3    another human being that is not you.  That -- That's

4    sort of the distinction that's being made in the senate

5    between a photo ID on the one hand where that's -- you

6    really can't take that and use it to vote because it has

7    a picture of somebody else on it --

8                    MS. CORREIRA:  Yeah.

9                    CHAIRMAN SMITH:  -- and a voter

10   registration card which does not.

11                   MS. CORREIRA:  Yeah.

12                   CHAIRMAN SMITH:  And so any -- any -- any

13   questions, members?

14                   MS. CORREIRA:  But my bank statement

15   doesn't have my picture, my utility bill doesn't have my

16   picture, and if it's not a photo ID, it doesn't prove

17   squat.  It doesn't.

18                   CHAIRMAN SMITH:  Well, you may be arguing

19   that the Senate Bill is too weak, and I've got some

20   Republican friends that would make that very argument.

21                   MS. CORREIRA:  What I'm saying is if it's

22   not photo ID, it's not photo ID, you know, and non-photo

23   ID is non-photo ID and doesn't prove anything.

24                   CHAIRMAN SMITH:  Any other questions,

25   members?  Thank you for staying late and testifying.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 7, 2009

486

1              MS. CORREIRA:  My pleasure.  Thank you.

2              CHAIRMAN SMITH:  Gloria Deverick?  There

3    you are.  You are going to speak in favor of Senate Bill

4    362 on behalf of yourself; is that correct?

5              MS. DEVERICK:  Well, to a certain extent

6    in my -- and my father's dead, but I'm speaking up for

7    my father too.

8              CHAIRMAN SMITH:  Okay.  Can you give me

9    your name and who you are speaking on behalf of?

10             MS. DEVERICK:  Myself.

11             CHAIRMAN SMITH:  What's your name?

12             MS. DEVERICK:  I'm the only one that --

13   that's left.

14             CHAIRMAN SMITH:  Okay.

15             MS. DEVERICK:  My name is Gloria Deverick.

16             CHAIRMAN SMITH:  Okay.  Thank you.

17   Proceed.

18             MS. DEVERICK:  My father and my uncle

19   founded LULAC.

20             CHAIRMAN SMITH:  LULAC?

21             MS. DEVERICK:  Yes.

22             CHAIRMAN SMITH:  Okay.

23             MS. DEVERICK:  And you've had all these

24   LULACers over here who are just corrupt as they can be.

25   My father is possibly a tornado in his grave, and so is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007061

487

1    his brother.  My -- I'm the only one left in the family

2    that will stand up.  My cousin, Ben Garza, died last

3    year, but he would not stand up.  He didn't like what

4    LULAC was doing, but he had been a justice of the peace

5    and he had family, and I think that he felt that LULAC

6    would -- that he'd lose his job.  His son is a banker.

7    His daughter is in health care.  But he wouldn't speak

8    up, and so I knew that he was disappointed, but -- and

9    he was justice of the peace.

10                   I have a cousin in Corpus Christi that's a

11   county commissioner.  I've gotten on her case for being

12   rude.  And you were talking about Hidalgo.  She -- What

13   she did was the same thing.  We -- There was a man

14   there, Heldenfels his name is.  They were the ones that

15   built the streets from the very beginning in Corpus

16   Christi, and so they and this man was pretty outspoken,

17   and so she -- she -- he came in and he was complaining

18   about the sewers, and they had done something there at

19   Delmar, and it's -- he was complaining that it was -- it

20   was a terrible job, but he says the job that was done

21   there, it looks like it was done -- and he couldn't

22   pronounce the name Barrera (phonetic).  He said barrio,

23   and my cousin walked out and took all the Hispanics on

24   the council with her.

25                   So but my father never -- when -- see,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007062

488

1    we -- It's League of United Latin American Citizens, of

2    the citizens.  Latin American.  He came here.  He was

3    honored by the State of Texas by the senate and the

4    legislature.  And in 1971, who betrayed him?  Carlos Tua

5    (phonetic) who he mentored.  He tried to smear me

6    because I became a Republican in Baltimore, Maryland.  I

7    was managing public housing over there.  I had been

8    trained in a white housing project, and then they sent

9    me to a black one, and I was the only white woman

10   probably in a mile square, and my staff was black.

11            And so there's so much fraud in everything

12   including public housing, but the thing that I'm trying

13   to say is that it had to be citizens.  His youngest

14   sister and her family were migrants.  My father, on the

15   other hand, was pushing and pushing and pushing that

16   they had to go to school, that they had to go learn

17   everything, and thank God they taught civics and

18   history -- Texas history and US history at that time,

19   but the teachers union was communist.  It was originated

20   by communists.  The Raza Unida and LULAC and the

21   American GI Forum, there's a lot of envy in stuff like

22   that among Hispanics, particularly those that are called

23   Mexican Americans.  There's envy and jealously and just

24   all kinds of things like that.

25            And so the -- the thing that he fought



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007063

Hearing - Volume 3                                    April 7, 2009

489

1    hard to be called Latin American because our ancestors

2    are from Spain, and so the -- so he didn't say Mexican

3    American.  He didn't say -- It was American GI for

4    (inaudible) that did this.  You've got a congressman in

5    Corpus -- from Corpus Christi whose father is state

6    senator.  This is what he did.  You talk about voter

7    fraud and stuff like that.

8              I was also a Republican.  I've been a

9    Republican since 1962.

10             CHAIRMAN SMITH:  Ms. Deverick, the time

11   has more than expired.  If you might wrap it up?

12             MS. DEVERICK:  Well, if you want to ask

13   questions.  I have seen the voter fraud.  I believe that

14   the thing that you need to do is, like you said, take

15   pictures at the voting booth because when I was election

16   judge, they put me -- since I could speak Spanish and it

17   was a blank in a Hispanic area and I was overwhelmed as

18   an election judge because they come with all their

19   children, the Hispanics, not the blacks.  They come with

20   all their children.  You know that the blacks are going

21   to vote democratic.  That's all right, but the same goes

22   for LULACers now.

23             CHAIRMAN SMITH:  I'm going to have to

24   limit the testimony.

25             MS. DEVERICK:  That's fine.  But I -- I --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007064

490

1    can -- Can I leave my phone number and any time that --

2    I can tell you a lot more, but the Raza Unida and LULAC

3    and the American GI Forum are as corrupt as they can be,

4    and the Raza is communist.  LULAC is into power.

5                CHAIRMAN SMITH:  Okay.  We have your

6    telephone number, and so any witness that wishes to

7    contact you could do so.  Are there any questions for

8    this witness, members?  Thank you.  Thank you very much

9    for coming.

10               MS. DEVERICK:  Oh, by the way, I came on

11   the metro, and I -- somebody may have to give me a ride.

12   I don't know how to get home.

13               CHAIRMAN SMITH:  I'm afraid it's going to

14   be very late for us to be able to give you a ride.

15               MS. DEVERICK:  Well, no, I'll keep

16   hollering if I have to walk.

17               CHAIRMAN SMITH:  I recommend that former

18   Representative Carolyn Galloway do it.  She's right back

19   there.  Got a red shirt on.

20               At this time the chair calls -- it says

21   Courage John, but I imagine that's John Courage.

22               UNIDENTIFIED SPEAKER:  John just left.

23               CHAIRMAN SMITH:  Okay.  Not going to

24   testify, shown against Senate Bill 362 on behalf of

25   Common Cause of Texas.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007065

491

1           UNIDENTIFIED SPEAKER:  Mr. Chair, we

2     should make sure that she gets a ride home.  I mean,

3     seriously, if she wants to wait around, we can have a

4     staff --

5           CHAIRMAN SMITH:  We got a volunteer.

6           UNIDENTIFIED SPEAKER:  We got somebody?

7           CHAIRMAN SMITH:  Skipper Wallace to the

8     rescue.  Shirley Lindsey?  Don't see any movements, so

9     I'm showing Shirley as not testifying, but being in

10    favor of Senate Bill 362.  Move quickly.

11          Robert Green?  Don't see anybody moving,

12    so we're going to show him as not testifying, but he

13    will be shown in favor of Senate Bill 362.

14          Helen Carvell is here speaking on behalf

15    of herself and against Senate Bill 362.  Please state

16    your name and who you represent.

17          MS. CARVELL:  I'm Helen Katherine Carvell,

18    and I represent myself, and I thank you for the

19    opportunity to speak with you at this late hour, and

20    thank you all for coming.  As someone else has

21    previously mentioned, the tone has been very cooperative

22    and collaborative, and I appreciate that.

23          I'd like to discuss with you this problem

24    in terms of the election judge.  As a nurse, I have

25    watched people go through various and sundry diseases.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

492

1   If you were -- If you had a wasting disease, a

2   diagnosis, you would be suffering extreme weight loss.

3   With treatment, you would have extreme weight gain,

4   chemotherapy, the natural aging process, and one of our

5   ways we've entertained ourselves while here is trying to

6   compare all of you with your pick your pictures, and I

7   might say -- I might say -- I might say --

8            CHAIRMAN SMITH:  Be careful.

9            MS. CARVELL:  No.  I just might say you

10  don't all look like your pictures.  Now, as the person

11  who's worked an election, do I sit here and say is that

12  really you, Aaron Pena, or is that your brother or your

13  dad because you aren't gray in that photo.  That's the

14  only difference, but the rest of you I might not

15  recognize at all.  At least I recognize him.

16            I have a passport that -- that -- You may

17  not know that passports are valid for 10 years.  I would

18  guarantee my passport from nine years ago doesn't look

19  like me today.  Is that my job now as the election -- am

20  I the judge and jury?  In addition to saying have you

21  moved since the last election, is this your current

22  address?  Look at the voter registration.  Give them the

23  right ballot.  Am I also supposed to say, oh, let me see

24  the picture?  Oh, yeah, that looks just like you.  I

25  think not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007067

493

1          Furthermore, what I've heard today, which

2    I didn't realize, and how much corruption there is in

3    the election system in Texas.  What I haven't heard is

4    any evidence that the system is not working in terms of

5    Voter ID.  The man who is up from Bell County gave you a

6    perfect example.  Somebody tried it.  It didn't succeed,

7    but I also heard about problems in the valley where the

8    voting clerks and judges are intimidating.  This just

9    gives them a gun.  Why are we doing that?  Why are we

10   making it easier for the corrupt to disenfranchise our

11   voters?  This is especially true in the minority

12   community.

13          I used to work in Detroit, Michigan, and

14   someone once said to me, oh, I've never taken a driver's

15   test.  I said how did you get a license?  I sent my

16   cousin.  You know, down south, they think all those

17   black people look alike.  I mean, this to me is an

18   outrage.  If we disenfranchise our minority community,

19   what's the purpose of any of us going to the polls?  And

20   if you don't think the lines are going to be long while

21   we look at all the IDs and if that isn't going to

22   disincline the mothers, the working poor, to get in line

23   or take a day off to vote, I think you're sadly

24   mistaken, and I will be terribly disappointed if this

25   Voter ID passes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034210

494

1              CHAIRMAN SMITH:  Any questions, members?
2     Thank you.  Representative Anchia?
3              REPRESENTATIVE ANCHIA:  Do I look like my
4     photograph?  Kind of?  Sort of?  All right.
5              MS. CARVELL:  No, no.
6              REPRESENTATIVE ANCHIA:  I'll work on that.
7              MS. CARVELL:  You all look -- Some of you
8     even look much cuter in your photographs.  It wasn't --
9              UNIDENTIFIED SPEAKER:  Which ones?  We
10    want to know.
11             MS. CARVELL:  But I'm not going to say
12    which ones.
13             UNIDENTIFIED SPEAKER:  Are you guys
14    finished?
15             UNIDENTIFIED SPEAKER:  No.  We want to
16    know which ones.
17             MS. CARVELL:  When this thing goes down,
18    I'll come back and tell you, okay?
19             CHAIRMAN SMITH:  Thank you.  20ish.  Yes,
20    ma'am.
21             MS. JOHNSON:  Mr. Chairman --
22             CHAIRMAN SMITH:  Yes, ma'am.
23             MS. JOHNSON:  I'm becoming physically ill,
24    and I have --
25             CHAIRMAN SMITH:  What's your name?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007069

                                                                495

1            MS. JOHNSON:  My name is Brenda Johnson.

2    Can I just give you -- mine is really --

3            CHAIRMAN SMITH:  Would you like to testify

4    right now?  Brenda Johnson, you filled out a form?

5            MS. JOHNSON:  Yes.

6            CHAIRMAN SMITH:  Okay.  We'll find it.

7    Give us a minute.

8            UNIDENTIFIED SPEAKER:  Would you like

9    anything to drink, Ms. Johnson?  Do you need something

10   to drink?  Water?

11           UNIDENTIFIED SPEAKER:  Yes, she probably

12   does.

13           UNIDENTIFIED SPEAKER:  Okay.

14           CHAIRMAN SMITH:  If anybody else is

15   suffering under the same circumstances, I do believe

16   there are water fountains outside, and if that's not the

17   case, we can certainly make provisions.  We'll send

18   Skipper Wallace to 7-Eleven.  Please state your name for

19   the record and who you represent.

20           MS. JOHNSON:  My name is Brenda Johnson.

21   I'm representing myself.  I'm from San Antonio, from

22   Bexar County.

23           CHAIRMAN SMITH:  And you're here to

24   testify against Senate Bill 362; is that correct?

25           MS. JOHNSON:  Yes, I am.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007070

496

1          CHAIRMAN SMITH:  Okay.  Please proceed.

2          MS. JOHNSON:  Okay.  I am one of those

3    voters -- I am 55 years old.  I have never had a

4    driver's license.  I spent $160 to come here in a taxi

5    tonight to testify because that's how strongly I feel

6    against Senate Bill 362.  If you really want a photo ID

7    to ensure the voter before the polling official is the

8    registered voter, the ID would need to reflect the

9    correct name of the registered voter, reflect an address

10   corresponding to that precinct and that of the

11   registered voter and the picture of the ID would need to

12   match the physical characteristics of the person before

13   the polling official.

14          If you've moved, got married or divorced

15   and went back to your maiden name, colored or cut your

16   hair, forgot you're wearing those blue contact lenses or

17   lost considerable weight, you could be a problem, and I

18   suggest that you look at Madeline Dewar's driver's

19   license if you want some verification of that.  You

20   won't recognize it.

21          Since these Voter IDs would be required by

22   state law and not proof of an earned and paid for

23   privilege, the State would have to bear the cost.  Since

24   driving is a privilege being like me choose to forgo,

25   Voter IDs need to be issued by the agency for which they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007071

TX_00034213

497

1    are to be used, i.e., the Secretary of State through

2    election offices, not the DMV.  That means installing

3    the equipment and personnel in these offices to meet the

4    considerable demands such a measure would bring.  The

5    IDs would have to have a distinguishing feature making

6    them difficult to counterfeit.

7              Let's not forget the additional training

8    of volunteer poll workers like me in the proper

9    detection of fraudulent IDs, and I -- I forgot to

10   mention that I wanted to start off by saying that if the

11   risk of disfranchisement doesn't sway folks, let's talk

12   dollars and cents, and I want to know where the impact

13   statements or costs of this bill are.  Since there's a

14   lot of evidence, these kind of measures constitute voter

15   disenfranchisement, you can expect the state to spend a

16   lot of money in court win or lose.  So those are all

17   costs that we've got to consider.

18             We've got a million problems in this

19   state, and no state tax fund to draw from to pay for

20   them, and this is where Texans want legislators to spend

21   their limited time, attention and our tax dollars?  This

22   citizen does not.  I want to believe that proponents of

23   this measure are doing this for honorable if misguided

24   reasons, thus, my reasons thus far, but I am the

25   granddaughter of Mississippi sharecroppers.  I was born



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007072

498

1   the year of Brown versus Board of Education, was 10 when

2   the Voter Rights Act was signed by Texas's own President

3   Lyndon Johnson and know the significance of Texas and

4   Juneteenth.  I know about poll taxes and literacy tests.

5              Although I served my country honorably and

6   am a disabled veteran, I've been the victim of both

7   blatant and both subtle racism, and I'm sad to see it

8   expressed almost daily in the nation I love.  So I

9   cannot ignore the elephant in the living room.  I'll

10  leave the rest of my comments for you to read.

11             CHAIRMAN SMITH:  Any questions, members,

12  for Ms. Johnson?  Thank you very much.

13             MS. JOHNSON:  Thank you.

14             CHAIRMAN SMITH:  At this time the chair

15  calls Brent -- I'm sorry -- Munhofen.

16             MR. MUNHOFEN:  Munhofen.

17             CHAIRMAN SMITH:  I'm going blind.  You

18  wrote it clearly.  Tell me who you represent -- You are

19  testifying in favor of Senate Bill 362.  Give me your

20  name and who you represent.

21             MR. MUNHOFEN:  My name's Brent Munhofen,

22  and I'm representing the Immigration Reform Coalition of

23  Texas as well as myself.  First of all, I wanted to ask

24  you a question about this bill just for clarification

25  purposes.  The only thing we're changing over current



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007073

499

 1    law is we're adding one additional piece of alternative

 2    identification, right?

 3              CHAIRMAN SMITH:  There's some question,

 4    I'll tell you, among the members, and I'm not -- I'm not

 5    entirely sure, but there's some question about whether

 6    or not the standard that the poll worker would use to

 7    look that that identification has changed.  I'm not

 8    entirely clear on that.  But there may be -- there may

 9    be some legitimacy to that.

10              MR. MUNHOFEN:  Okay.  I just --

11              CHAIRMAN SMITH:  Otherwise, in general,

12    you're correct.

13              MR. MUNHOFEN:  And I just want to point

14    that out because I've looked through the bills and it

15    appears to me that that's primarily what's been changed

16    on it.

17              CHAIRMAN SMITH:  I think that's right.

18              MR. MUNHOFEN:  So I'm a little confused by

19    all of the doomsday scenarios about voter

20    disenfranchisement, the references to the poll tax and

21    these various different issues.  I don't want to

22    minimize them, but I don't see the relevance of that to

23    what we're -- what's in SB362.  So that being said, we

24    do support Voter ID.  In fact, we support using a

25    government issued photo ID at the polls to identify the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007074

500

1    voters.

2            And one aspect of the voter irregularities

3    or election fraud that's been brought up that's kind of

4    a road that's a little less traveled, but in the last

5    election there were a number of states where voter

6    irregularities were picked up and a number of studies

7    have been done.  California, Connecticut, Florida,

8    Indiana, Mississippi, Rhode Island, New York and

9    Tennessee, to name some of them, and if I may, I just

10   want to cite a couple of examples.

11           In Ohio, WHIO-TV in Dayton did an

12   investigation in October of last year, and they

13   identified 3,856 deceased voters that were still

14   registered.  Of them, 22 of them managed to vote.  Nancy

15   Watts of Beaver Creek, Ohio, had been deceased for

16   two years, but yet she still managed to vote in the

17   March 4th primary.  That's one example.  There's also

18   examples from California and New York, as I indicated.

19           So the reason I bring these up is it's

20   been suggested, and I think even Senator Watson

21   suggested that Voter ID is a -- to quote him, "A

22   solution looking for a problem."  And I think that's a

23   little disingenuous in my opinion because with a lot of

24   elections being decided by 20 votes or less with

25   Representative Brown as an example, I think it's very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

501

1    important that we ensure the integrity.  So, I mean,

2    it's important to make sure that everyone that's

3    eligible to vote is allowed to vote.  But what's equally

4    important is knowing that legitimate votes won't be

5    canceled out by someone that's not eligible.  So thank

6    you for your time.

7              CHAIRMAN SMITH:  Thank you.  Any

8    questions?  Representative Brown?

9              REPRESENTATIVE BROWN:  I don't think so,

10   but I sure appreciate your staying so late and

11   testifying.

12             MR. MUNHOFEN:  You're welcome.

13             CHAIRMAN SMITH:  Thank you very much.

14   Appreciate it.

15             At this time the chair calls Roman Pena?

16   Front row.  Now, you are with LULAC, aren't you?  I'm

17   kind of wondering about you.

18             MR. PENA:  Both LULAC and GI Forum, in

19   which this lady just spoke against us.  You know,

20   she's -- she's the wife of one of the founding LULAC

21   presidents, and I'm surprised that she has that kind of

22   attitude.

23             CHAIRMAN SMITH:  Okay.  Please -- Please

24   state your name.

25             MR. PENA:  My name is Roman Pena.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

502

 1              CHAIRMAN SMITH:  Who you represent.
 2                  MR. PENA:  And I represent LULAC of Texas
 3      and myself.
 4              CHAIRMAN SMITH:  You are testifying
 5      against Senate Bill 362.
 6                  MR. PENA:  Yes.  I'm testifying against
 7      the bill.
 8              CHAIRMAN SMITH:  Please proceed.
 9                  MR. PENA:  As you have already heard
10      testimony from our state director, LULAC stands against
11      this Bill 362 for the reasons that he has stated in his
12      testimony.  I am the chairman of the Texas LULAC
13      Veterans Affairs Committee, and my reason being here and
14      why I stayed -- You know, you almost beat me to it.  I
15      almost had to leave, but I says I'm going to wait him
16      out.  I know that your mind thought has already been
17      made.  You're for the bill.
18              CHAIRMAN SMITH:  No, no, no, no.  We're in
19      the process of drafting a bill.
20                  MR. PENA:  I think the way you sound you
21      are already for it.  You know, I got to give you guys,
22      Republicans, credit for what you did here today.  You
23      brought all your Republican base to give you testimony
24      and you dressed them in red.  So that's -- God ought to
25      give you a little bit of credit for that -- for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007077

503

1   organizing that because you're the chairman of this

2   committee.  But what I wanted to tell you today, you

3   know, is that us Democrats and us did not think that

4   this was -- this important of this committee.

5   Therefore, our state Democratic party probably didn't do

6   anything to bring the Democrats down here.

7           We as an organization, a civic

8   organization of which is LULAC and GI Forum, have -- as

9   you know, have fought very hard to can what we have here

10  today.  You know, what we've got here today has not been

11  a privilege like state representative over there.  This

12  was done by a lot of work and a lot of fights in the

13  streets with the various factions of the conservative

14  elements of the State of Texas and this country for that

15  matter.  So it's not something that we are going to take

16  lightly.

17          You know, this lady here, one of my senior

18  citizens that already left, I wanted them -- I wanted

19  for them to stay here that said that last night you

20  almost had a little fist fight among yourselves.  Well,

21  if you recall, you know, if you read history, there was

22  a Republican controlled house and state sometime in the

23  reconstruction days, and if you recall what happened

24  there, you know, that didn't just come out to fist

25  fights.  It came out to some real heavy effort on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007078

504

1    part of both parties to -- and you know what happened

2    after that.  After that, a hundred years it took before

3    the Republicans came back into some kind of power.

4              Because of the oppression that was being

5    put for the citizens at that time and probably the

6    oppression was not so much against what you are steering

7    in this bill.  See, this bill -- the intent of this bill

8    as you see it is to -- is to really deter the voters

9    that -- that come out in great numbers here in the last

10   election.  You know, this last election showed us that

11   there is a way to get the people out to vote, and -- and

12   in order -- and the Democrats did very well, as you

13   know.  The Republicans did well in Texas.

14             Well, today, you are trying to just put

15   something in the mill as an obstacle to get this

16   progression going, and we at LULAC and GI Forum are not

17   going to sit by, you know, and just take it in sleight

18   and say nothing.  It's like our Texas state director

19   said earlier, he said that -- that if this bill passes,

20   we're not just going to stay silent and not say anything

21   about this.  This is a direct, you would say, intent by

22   very strong forces in Texas to keep control of what you

23   have, and it's very sad because you should not fear --

24   you should not fear us.

25             You know, we can be easily divided --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007079

505

1    Mr. Smith -- Representative Smith, we can be easily
2    divided, let me tell you.  You don't have to fear us
3    that we are going to take over the State of Texas
4    because you know our history.  You know we are very
5    independent minded.  So this thing that you are trying
6    to push through is just something of another obstacle,
7    another, you would say, barrier to try to keep certain
8    citizens from being part of the electoral process, and
9    you know who they are because you -- I don't know if you
10   heard the senate testimony.  We stayed there till
11   2 o'clock in the morning.  We left because the hearing
12   was still going on.
13            There was great testimony from people like
14   we are doing here.  There's great testimony.  This is
15   America and democracy in the making.  You know, you hear
16   all kinds of opinions, and when you've heard over and
17   over that there is no proof anywhere where somebody
18   impersonated another voter, there's not one --
19            CHAIRMAN SMITH:  That's not true, but go
20   ahead.
21            MR. PENA:  No, but --
22            CHAIRMAN SMITH:  The time is up.
23            MR. PENA:  You haven't heard -- Let me
24   just say -- I'm going to share with you a little bit
25   that I have experienced.  You see, I was a monitor -- a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034222

506

1    counter in the elections of not this last one, the

2    previous one.  And you know -- you know where the

3    biggest fraud is?  This is fraud.  It's in the mail

4    ballots.

5                CHAIRMAN SMITH:  Everybody understands

6    that.

7                MR. PENA:  You know where the mail

8    ballots -- the biggest fraud is?  In the military.  You

9    need to examine the military ballot.  Let me tell you,

10   we were the monitors there at the electoral committee

11   there where we counted all the ballots that were coming

12   in, all the mail ballots coming in in the early vote.

13   There was 17,000.

14               CHAIRMAN SMITH:  I'm going to have to cut

15   you off in just a minute, sir.

16               MR. PENA:  Well, if somebody would like to

17   ask me a question, I would be willing to answer the

18   question.

19               CHAIRMAN SMITH:  Sure.  Go ahead and

20   finish your comment, if you want to.

21               MR. PENA:  Okay.  There were 17,000

22   ballots that came in from Iraq in a big bag with a

23   envelope -- white envelope.  Do you know that all of

24   them -- because we went and checked the signatures

25   because that's how you can verify -- the signature and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007081

507

1    the -- the request for the ballot has to match the

2    signature of the ballot that you vote in.  Well, do you

3    know that all the ballots -- It's like a -- like a

4    sergeant -- first class sergeant signed all the requests

5    and all the ballots.  The same signature was there for

6    that particular vote.  Probably that poor soldier out

7    there fighting didn't even know he voted.

8                    Let me tell you, 17,000 of those 15,000

9    were Republican, so someone has a connection to the

10   military ballot, and that's the one you've got to check

11   because that is a big, big fraud, and that's what wins

12   elections without you counting the vote.  It just comes

13   out in no place all of the sudden.  What happened in

14   Ohio, you know, they thought the Democrats had won on

15   the exit vote.  What happened?  The Republicans won.  So

16   that's what you need to look in the committee, you know,

17   because I think Todd has already made his mind.  You

18   know, he's going to follow the Republicans the way they

19   did in the senate.

20                   So thank you very much, and I hope that

21   I'm wrong.  I hope I'm wrong.  I'll come visit you if

22   I'm wrong, and I'll apologize.

23                   CHAIRMAN SMITH:  I've been referred to as

24   a Tom DeLay partisan thug just for your information.

25   Mr. Pena?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                        April 7, 2009

508

1              VICE-CHAIRMAN PENA:  How are you doing?

2              MR. PENA:  Fine.

3              VICE-CHAIRMAN PENA:  You are here for GI

4    Forum and LULAC; is that right?

5              MR. PENA:  Yes, sir.

6              VICE-CHAIRMAN PENA:  Okay.  I didn't want

7    you to go away without hearing it from one of us that we

8    appreciate the work that LULAC has done and the GI

9    Forum.  I'm a member of both, so I guess you and I are

10   both members of the communist party.

11             MR. PENA:  Well, you know, this lady here,

12   I don't know where in the world she came from, but

13   wherever it is, I think that the chairman gave her more

14   time than she should have had because I think she spoke

15   for 20 minutes.  She was putting us down.  She's overly

16   tough.  I want to hear that.

17             VICE-CHAIRMAN PENA:  It was all planned,

18   Mr. Pena.

19             CHAIRMAN SMITH:  It seemed like a long

20   time to you, didn't it?

21             MR. PENA:  It did.  It did.  Believe me.

22   But, you know -- But, you know, that we are only

23   carrying and passing the kindness that happened years

24   ago.  LULAC was organized in 1929 for the purpose of

25   bringing about justice for all citizens of Texas.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007083

Hearing - Volume 3                                    April 7, 2009

509

1           VICE-CHAIRMAN PENA:  Let me just say one

2    last thing because I just --

3           MR. PENA:  Okay.

4           VICE-CHAIRMAN PENA:  I like to make points

5    about history because remember back then it was

6    conservative Democrats keeping Hispanics down?

7           MR. PENA:  Correct.

8           VICE-CHAIRMAN PENA:  Okay.  So it's --

9    it's not always Republicans, sometimes it's Democrats.

10           MR. PENA:  No.  At that time it was

11   Democrats, you are correct, but all the conservative

12   Democrats -- when -- When Lyndon Johnson signed the

13   Voting Rights Act, they all jumped to the Republican

14   party.  Now, they're the Republicans.  All of those guys

15   that were here testified as Republican, they're former

16   Democrats.

17           VICE-CHAIRMAN PENA:  Okay.  Well, listen,

18   I just wanted to say something in appreciation for LULAC

19   and GI Forum.

20           MR. PENA:  Thank you.

21           VICE-CHAIRMAN PENA:  And thank you very

22   much for your time.

23           MR. PENA:  Thank you.  You all are doing a

24   good job.  I'm sure --

25           CHAIRMAN SMITH:  All of us?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007084

510

1              MR. PENA:  Well Todd, Pena, I'm going to

2    check with him, see how you vote on this issue.

3              CHAIRMAN SMITH:  All right.  Thank you.

4    We appreciate it very much.  All right.

5              The chair calls Laurel Allbritton.  Not

6    here.  Will show her as not testifying, but in favor of

7    Senate Bill 362.

8              The chair calls Alma Holiday.  Not here.

9    Not testifying, but will be shown against Senate Bill

10   362.

11             Louise Whiteford?  I don't see any

12   movement, so we're showing her as not testifying and in

13   favor of Senate Bill 362.

14             Alfredo Esparza?  Don't see movement.  We

15   are showing him against Senate Bill 362 and not

16   testifying.

17             Rebecca Forest?  No movement.  We're

18   showing her as for Senate Bill 362, but not testifying.

19             Bill Stout?  Showing him representing the

20   Green Party of Texas being against Senate Bill 362 and

21   not testifying.

22             Maria Martinez, come on down.  You are

23   representing IRCOT.  Tell us who that is.  You're for

24   Senate Bill 362.

25             MS. MARTINEZ:  My name is Maria Martinez.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007085

TX_00034227

511

1    I represent the Immigration and Reform Coalition of

2    Texas as well as Texans for Immigration Reform and

3    Central Texans for Secured Borders.

4                 CHAIRMAN SMITH:  Okay.

5                 MS. MARTINEZ:  We are in favor of House

6    Bill 125 and Senate Bill 362.

7                 CHAIRMAN SMITH:  This is -- okay -- Senate

8    Bill 362.  Please direct your attention just to Senate

9    Bill 362.

10                MS. MARTINEZ:  Specifically?

11                CHAIRMAN SMITH:  We're going to have a

12   separate hearing, believe it or not, when this one's

13   finished --

14                MS. MARTINEZ:  Oh, God.

15                CHAIRMAN SMITH:  -- on that bill along

16   with others.

17                MS. MARTINEZ:  Tonight?

18                CHAIRMAN SMITH:  Yes.  Get some coffee.

19                MS. MARTINEZ:  I like my caffeine cold,

20   but --

21                CHAIRMAN SMITH:  Okay.  So 362.

22                MS. MARTINEZ:  Anyway, in any event, there

23   have been a lot of very eloquent speakers, and really

24   what I wanted to stress was the fact that I -- with the

25   name like Maria Martinez, you can probably imagine the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007086

512

1    kind of problems that a person with that name would have

2    with identification theft.  So for me personally, it's

3    important that we have integrity of the process, so I

4    want to be sure that, you know, just like from my credit

5    report, you know, there will be possibly, you know,

6    umpteen numbers of people using my identification all

7    over the country, which there have been at times.

8              So what I'm -- You know, just a very small

9    point is we need to have a system where I can be assured

10   of the fact that my vote is going to count, the fact

11   that, you know, as a person with that type of name there

12   is going to be -- there won't be a dilution of my notes,

13   and we won't have, you know, other people trying to vote

14   in my place.  So I think that's a really -- a really

15   strong point that no one has mentioned before.

16             Also, I should say that we -- we believe

17   that there have been many instances as you've heard of

18   some situations that have become apparent.  For

19   instance, the gentleman from Bell County, but what I

20   would point out is how many did he not catch?  How many

21   people just went through and voted?  I mean, people have

22   said that there are so many -- that there aren't any

23   instances -- pardon me -- but I would say on the

24   contrary.  It's quite possible that there were.  For

25   everyone that was caught, there may be 10 or 20 that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034229

513

1    haven't been.  So integrity -- we would love to see some

2    integrity and -- and a secure feeling that the process

3    works, and it works effectively for everyone, so no one

4    has the potential for their votes being diluted by a

5    person voting that is not appropriate.

6                    CHAIRMAN SMITH:  Thank you very much.  Any

7    questions, members?

8                    MS. MARTINEZ:  Thank you.

9                    CHAIRMAN SMITH:  Thank you very much.

10                   MS. MARTINEZ:  I'll see you shortly on

11   125.

12                   CHAIRMAN SMITH:  Okay.  All right.  We're

13   weeding them out at this point.

14                   Sharon Shepard?  No movement.  Not

15   testifying, but is against Senate Bill 362, and she was

16   going to speak on behalf of Group Color of Change.

17                   Derek Ryan, Republican Party of Texas is

18   for the bill, but will not be shown testifying.

19                   David Harris on behalf of himself against

20   Senate Bill 362 will not be shown testifying.

21                   Sheila Dean indicated that she would

22   testify.  You here?  Okay.  Testifying on behalf of

23   those opposed to this legislation associated with 511

24   Campaign -- I'll let you explain that -- testifying

25   against Senate Bill 362.  Oh, I'm going to have to have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034230

514

1    you sign this.  You forgot to sign the witness --
2                 MS. DEAN:  Did I?  I'm sorry.
3                 CHAIRMAN SMITH:  -- affidavit.
4                 MS. DEAN:  I might have been in a hurry.
5    There was actually someone directly ahead of me that was
6    talking about Real ID and that's -- Okay.  Oh, thank
7    you.  No?  I'm not known for being detail oriented.
8                 CHAIRMAN SMITH:  That's okay.  Please
9    state your name and who you represent.  You have some
10   stuff for us?
11                MS. DEAN:  I do.
12                CHAIRMAN SMITH:  Okay.  Want to pass it
13   out?
14                MS. DEAN:  My name is Sheila Dean, and I
15   I'm representing the 511 Campaign, Texans Against Real
16   ID.  I'm referring to the September of 2005 Carter Baker
17   report on the commission of the Federal election reform
18   which has been cited to the committee earlier in the
19   day, much much earlier in the day.  I'm going to refer
20   directly to Page 19 where, as quoted, the Real ID
21   cards -- the states use Real ID cards for voting
22   purposes because of the National Voter Registration --
23   National Voter Registration Act establishing a
24   connection between obtaining a driver's license and
25   registering to vote.  Okay.  That connection lies



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007089

515

1    probably with the pragmatic responsibilities of AAMVA,

2    the American Association of Motor Vehicle Administrators

3    and their databases.

4              As Voter ID pertains to the Federal Real

5    ID Act, we are opposed to it due to the expansion of

6    powers delegated to the Department of Homeland Security

7    to determine identity for Federal purposes.  Federal ID

8    is under the oversight of a national security agency.

9    Voting is not a matter of national security last time I

10   checked, nor should identity be commandeered to be so.

11             Okay.  Driver's license is necessary to

12   operate a vehicle.  We ask that photo ID be a voluntary

13   measure, a concession, but not mandatory, and while we

14   have the benefit of your audience, we ask that you also

15   reject the Federal Real ID Act because it is a voluntary

16   inadequately funded and an inadequate form of identity

17   that imperils the public trust.

18             I might add that the -- if you are aware

19   of the fusion centers, the information analysis centers,

20   as data aggregates for voter information that goes

21   through AAMVA, that that information has been delegated

22   to them through AAMVA.  So voter rolls information or

23   any attributes of identity would go to AAMVA and then to

24   the information analysis centers.

25             Okay.  And how that may translate, I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

516

1    going to give you a scenario that came up in press as of

2    recently.   In Missouri, there was a -- there was some

3    sort of memo or directive given to the local police

4    enforcement to target third -- third party voter

5    constituents associated with Ron Paul, the constitution

6    party, Chuck Baldwin, and one other third party voter.

7    Might as well have been Cynthia McKinney or any third

8    party.   They were directly profiled as terrorist threats

9    based on their party affiliation.

10              And so if voter information goes to a

11   national security administration database and then

12   somehow is circumvented to become a retroactive tool to

13   target people, then that is not a judicious use of voter

14   identity, and I wanted to make sure that that was clear

15   and on the record.

16              And that I would ask this committee to

17   please specifically pay special attention to the use of

18   Real ID and decouple that concept with any relationship

19   with Voter ID --

20              CHAIRMAN SMITH:  Okay.

21              MS. DEAN:  -- if that's possible.

22              CHAIRMAN SMITH:  My sense is that there's

23   not a lot of movement on the Real ID issue.

24              MS. DEAN:  We hope not.

25              CHAIRMAN SMITH:  Okay.  Any questions,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007091

517

1   members?  Thank you very much.

2              MS. DEAN:  Thank you.

3              CHAIRMAN SMITH:  At this time the chair

4   calls Patti Edelman, representing yourself and against

5   Senate Bill 362.

6              MS. EDELMAN:  Mr. Chair and members of the

7   committee, my name is --

8              CHAIRMAN SMITH:  State your name.

9              MS. EDELMAN:  -- Patti Edelman.  I live

10  here in Austin.

11             CHAIRMAN SMITH:  Representing?

12             MS. EDELMAN:  Me.

13             CHAIRMAN SMITH:  Good.  Thank you.

14  Proceed.

15             MS. EDELMAN:  And I guess other citizens

16  who might agree with me.  I have served in the capacity

17  as an election official and also as a -- what's the word

18  I'm looking for -- all of the sudden -- It's so late.

19  I've worked as an election judge, and in that time I

20  have never encountered any voter fraud.  In every

21  instance that has been mentioned here today, of -- of

22  things that have happened to different people and

23  instances where somebody might have done something

24  untoward while they were voting, voting illegally,

25  voting with someone else's ID or being persuaded to vote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007092

518

1    by someone when in a way that they hadn't intended, all

2    of these things are covered by other laws that they

3    could be pursued, that -- other laws that would cover

4    them for the illegal act -- these illegal acts.

5              People have talked about mail-in ballots

6    as being a problem, and, yes, they are a problem in

7    Livingston in Polk County.  For instance, there are

8    12,000 people registered to vote at 101 Rainbow Drive,

9    and they vote and most of them vote Republican, and most

10   of them don't live in Texas, and I know that you all

11   have had that discussed.

12             Two last things I wanted to say.  The one

13   issue that you all haven't touched upon and most people

14   haven't talked about is what it's going to take to

15   inform voters about the -- about the changes in the law.

16   The State of Georgia is about tenth the size of the

17   State of Texas with one major media market, and in Texas

18   we have five major media markets and probably five

19   smaller media markets.  They've set aside $1.5 million

20   to educate their voters.  If we -- if we take that and

21   multiply it by the State of Texas and the media markets

22   we have, we're looking at somewhere between five and

23   $20 million to educate voters to the changes in the

24   registration and the ID required.  And I think that in

25   the time in these -- in these times where we are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007093

519

1    strapped for cash and we're trying to figure out how to

2    fund health and all these other things for our citizens,

3    that wasting money on these -- this issue, whether it's

4    really not an issue, is the responsibility of this house

5    and of the senate.

6              Lastly, I want to show you a picture, and

7    if you -- if you ask me as an election judge whether

8    this man matches the man who would be in front of me

9    today with this -- this picture ID, I think that as -- I

10   would have a really hard time saying that this might be

11   the same man.  And, I'm sorry, but if you leave it to

12   the people who are election judges across this state --

13   if you leave it to people who are election judges across

14   this state to determine if the -- if the picture on an

15   ID is the same one as the voters standing before them --

16             CHAIRMAN SMITH:  We all agree that we do

17   not let felons vote.

18             MS. EDELMAN:  Well, this is -- I realize

19   that it's late and it's -- it's comical, but most of the

20   election judges in this state are at best 50 years old

21   and at worst 85 or older, and for them to turn the voter

22   away because they have a picture and can't really be

23   sure if that's the person that's holding the ID, I think

24   that it's unfair to voters, and so you're trying to fix

25   a problem that doesn't really exist.  And if it did --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007094

520

1    if it does, then our Attorney General should be taking

2    people in right and left and prosecuting them for the

3    voter fraud that you pretend exists in this state.

4    Thank you.

5              CHAIRMAN SMITH:  Hold on just a minute.

6    Questions, members?  Anybody?

7              UNIDENTIFIED SPEAKER:  I just -- You

8    didn't take our laughing to diminish the seriousness of

9    your testimony.

10             MS. EDELMAN:  No, sir, I didn't.

11             UNIDENTIFIED SPEAKER:  Okay.  Good.  Good.

12   Because --

13             MS. EDELMAN:  Because I know you wouldn't

14   do that.

15             UNIDENTIFIED SPEAKER:  Well, exactly.

16   And --

17             MS. EDELMAN:  Now, maybe Mr. Smith might,

18   but --

19             UNIDENTIFIED SPEAKER:  Well, I don't think

20   he would either, but I'm really glad you showed up.

21             CHAIRMAN SMITH:  This is Strauss's fault.

22             UNIDENTIFIED SPEAKER:  You showed us

23   representative -- I'm glad you showed us that picture

24   because that's the most compelling visual evidence I've

25   seen today about the difficulty in identifying people.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007095

521

1          MS. EDELMAN:  You can all go home now.

2    Thank you.

3          UNIDENTIFIED SPEAKER:  Can we have that

4    entered into the record?

5          MS. EDELMAN:  Absolutely.  I'm willing --

6    I am willing to submit this.

7          UNIDENTIFIED SPEAKER:  No objection.

8          UNIDENTIFIED SPEAKER:  Can we have that

9    entered into the record?

10         UNIDENTIFIED SPEAKER:  We are going to

11   create a record for this document.

12         MS. EDELMAN:  And I hope that if he does

13   return and even if he doesn't want to claim it, you'll

14   have him sign it.

15         CHAIRMAN SMITH:  Thank you, Ms. Edelman.

16         MS. EDELMAN:  Thank you.

17         CHAIRMAN SMITH:  Appreciate it.  At this

18   time the chair calls Vickie Karp on behalf of Vote

19   Rescue testifying against Senate Bill 362.  Please state

20   your name and who you represent.

21         MS. KARP:  I'm Vickie Karp.  I'm here on

22   behalf of Rescue and our Coalition of Texans for

23   Reelections.  Chairman Smith, Vice-chairman Pena and

24   committee members, voter fraud is a molehill, not a

25   mountain of fraud.  I quote Allen Lichtman, a consultant



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

522

1    on voting rights and expert witness in 75 voting rights

2    cases who found not a single fraudulent vote among the

3    1.4 million ballots cast in a Maryland election in 1998

4    which he was asked to investigate.

5               Many experts here and elsewhere conclude

6    and we agree that voter fraud is not a significant

7    problem nationally and certainly not in Texas.  I would

8    like to instead focus on what is the very real threat to

9    our democratic process, the problem of election fraud

10   made possible with the use of electronic voting machines

11   controlled by corporate vendors using software that is

12   so secret not even our election officials are allowed to

13   look at it, all of which really amounts to no more than

14   secret vote counting.

15              So for my remaining time this evening,

16   I'll cite just a fraction of the available evidence

17   proving that none of the three major vendors' voting

18   machine equipment being used in Texas today is safe from

19   undetectable fraud.  The Diebold Company, now called

20   Premier Election Systems, has had two types of their

21   voting systems successfully hacked in minutes both by

22   expert teams brought in by the nonprofit group Black Box

23   Voting, as well as by Princeton University computer

24   experts.  The first hack of Diebold, optical scanners

25   used to count paper ballots prove that the scanners were



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

523

1    able to be hacked within minutes and election results

2    flipped to the opposite candidate simply by switching

3    out the memory card used to track vote totals.  This

4    hack was shown on the HBO documentary Hacking Democracy

5    which was nominated for an Emmy in 2007.  The problem is

6    countless individuals have access to election equipment

7    before and during election day and the ability to easily

8    switch out a memory card.

9               And to quote once again this evening from

10   the Carter Baker Commission on Federal Election Reform

11   from 2005 their report, software can be modified

12   maliciously before being installed --

13              CHAIRMAN SMITH:  I want to go ahead and

14   ask you to the extent that you possibly can -- to the

15   extent that you're familiar with the legislation to

16   limit your testimony to Senate Bill 362 which -- which

17   does not involve election equipment --

18              MS. KARP:  Okay.

19              CHAIRMAN SMITH:  -- if possible.  If you

20   are not entirely familiar with the constraints of the

21   legislation, then do your best, but --

22              MS. KARP:  Okay.

23              CHAIRMAN SMITH:  -- but it doesn't have

24   anything to do with election equipment.

25              MS. KARP:  Okay.  Well and, we will come



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007098

524

1   back in the future -- future hearings hopefully and

2   discuss this further.

3              CHAIRMAN SMITH:  We do -- We have an

4   election equipment hearing on the 15th of April and

5   you're welcome to attend.

6              MS. KARP:  I understand.  I left back

7   there at my seat, but several studies and reports.

8              CHAIRMAN SMITH:  If you can't make

9   finance, call my staff.  They'll give you an update.

10             MS. KARP:  Okay.  Thank you very much.

11             CHAIRMAN SMITH:  Uh-huh.

12             MS. KARP:  On the subject of Voter ID, I

13  think I just want to reiterate what's been said before

14  me.  I think it is a fake problem.  I think this

15  legislation is unnecessary.  I think there are all types

16  of fraud that need to be addressed in our voting

17  systems, but people impersonating voters is not one of

18  them.

19             And just one last point.  I'd like to

20  clear up something for the record.  The dead voters from

21  Lyndon B. Johnson's senate campaign, his election in

22  1948 in Duval County, those were not individual people

23  posing as dead voters to get to vote.  Those were

24  election officials insiders who rigged that election for

25  Lyndon Johnson.  As the Carter Baker commission said,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

525

1    insiders are one of our biggest threats in election

2    fraud situations and that was just another case of

3    insiders committing election fraud, and it was not a

4    case of a voter impersonating a -- or voter

5    impersonating a dead person in order to get in a vote

6    that they did not deserve.  Thank you.

7             CHAIRMAN SMITH:  Any questions for Ms.

8    Karp, members?  Oh, he's back.  Oh, we got an

9    exhibit for you.  No questions.  Thank you very much.

10             UNIDENTIFIED SPEAKER:  This is Exhibit A.

11   We'll go take a look at it over there.

12             UNIDENTIFIED SPEAKER:  Oh, very nice.  I

13   had hair once.

14             CHAIRMAN SMITH:  Matthew Mannis on behalf

15   of his testifying in favor of Senate Bill 362.  Please

16   state your name and who you represent.

17             MR. MANNIS:  My name is Matthew Mannis.

18   I'm from Georgetown, Texas.  I'm retired and I'm

19   representing myself and most of my family, which is 10

20   children and their spouses, 23 grandchildren and a lot

21   of other family, but I came here today to testify on --

22   I mean, for bill --

23             CHAIRMAN SMITH:  Senate Bill.

24             MR. MANNIS:  Senate Bill -- I'm sorry.

25   Senate Bill.  It's late.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007100

526

1              CHAIRMAN SMITH:  I understand.

2              MR. MANNIS:  Senate Bill 362, and, please,

3    I do not mean any disrespect to you guys on the

4    comparisons that I'm going to make because I've been in

5    your place.  I was a city councilman.  I listened to

6    testimony on ordinances and a lot of other things.  But

7    what this looks like is that you guys are polishing the

8    car while the wheels are falling off, and I think it's

9    time for you to put the wheels back on.

10             And the reason I'm saying that is that

11   you're looking at 98 percent of the problem being

12   solved.  And you have a database of all the -- the

13   licenses and people.  You can set it up in a poll.  You

14   can click Mack Mannis.  You can click my address and

15   whatever.  There's my picture.  And it's solid.

16   98 percent is solid.

17             And the reason I'm saying that is that we

18   keep on worrying about the other 2 percent.  I'm worried

19   about the other 2 percent also, but let's don't let the

20   2 percent stop from a Voter ID.  You have to have Voter

21   IDs for everything that you do in this country now.

22             I think it's -- We need a fair play.  I

23   think the Voter ID system needs to be worked on, but I

24   think this is one -- one of the solutions.  And, by the

25   way, you can fold this to fit in your wallet.  That's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007101

527

1    about all I have, if you guys have any questions.

2              There is one item and we need a little

3    levity.  That very young girl from UT, and I wanted to

4    tell her from the very old guy from U of H, that you

5    have a 10 days to change your driver's license in the

6    State of Texas, and if you get stopped for speeding, you

7    get another ticket for not being in the right location.

8    So I think that that's not correct.  She can't live

9    someplace else and have a driver's license in one place.

10             CHAIRMAN SMITH:  Any other questions,

11   members, of Mr. Mannis?  Thank you very much.

12   Representative Brown?

13             REPRESENTATIVE BROWN:  You made reference

14   to something that someone else earlier said, and this is

15   all kind of running together for me, about bringing up

16   your picture on the computer screen, and it made me

17   start thinking earlier, maybe we're -- maybe we're

18   focusing on the picture at the wrong place, that you

19   shouldn't have to carry something with your picture on

20   it.

21             MR. MANNIS:  That's what I'm --

22             REPRESENTATIVE BROWN:  If the system had

23   your picture there --

24             MR. MANNIS:  It's already there.

25             REPRESENTATIVE BROWN:  -- and it comes up



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007102

TX_00034244

528

 1    on the computer screen, the person looks up and says,

 2    yeah, that's you, and so the -- it's not -- it's not

 3    placed on you for the responsibility of presenting a

 4    photo ID.  You're presenting yourself to compare with

 5    what's in the computer.

 6                MR. MANNIS:  And the cost savings.

 7                REPRESENTATIVE BROWN:  I honestly never

 8    thought of it that way till it was stated earlier, and I

 9    thought maybe we're going at this wrong.

10                MR. MANNIS:  Well, the cost savings would

11    be astounding, and -- and you would have -- you would be

12    able to pin a guy down right away.  You know, you pull

13    up Matt Mannis and you pull up say a back guy, well,

14    obviously, that's not correct.  So I think that's

15    something you guys really need to take a look at, and

16    let's solve the 98 percent and work on the 2 percent.

17                REPRESENTATIVE BROWN:  That may be for

18    another day.  The way I see it, we need to go ahead and

19    get photo ID passed --

20                MR. MANNIS:  Yes.

21                REPRESENTATIVE BROWN:  -- and do it as

22    quickly as possible and implement it, and people that --

23    that do have to get an ID, I think they're that much

24    better off because they can use it for other things --

25                MR. MANNIS:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007103

529

1                  REPRESENTATIVE BROWN:   -- and -- And I

2       really think they'll be helped by having an ID.

3                  MR. MANNIS:   Thank you for your time.

4                  REPRESENTATIVE BROWN:   Thank you.

5                  CHAIRMAN SMITH:   Thank you, sir.   The

6       chair calls Sylvia Mendoza.   Here?   Testifying in favor

7       of Senate Bill 362.   Please state your name and who you

8       represent.

9                  MS. MENDOZA:   Hello.   Thank you, Chair.

10      My name is Sylvia Mendoza, and I represent myself, my

11      family, my friends, Hispanic Americans that believe like

12      I do, and some of the graduating class that I've talked

13      to that's Hispanic from 1973.   This is directed to those

14      of you who are against the Voter ID.

15                 Do you know what the definition of illegal

16      is?   It is banned, forbidden, prohibited, felonious,

17      unlawful, not legal, wrong, unjust, and

18      unconstitutional.   Even though it is unconstitutional,

19      voter fraud has been committed.   One reason there may

20      not be too many documented cases of voter fraud is

21      because exactly that.   It was voter fraud.   People got

22      away with it.

23                 I've had a Social Security card, but I

24      acquired a fake Social Security card on the black

25      market.   It was easy to acquire, and it is accepted as



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

530

1    if it were valid.  Right now it is almost as easy to

2    sometimes get by without having the legal right to vote.

3    A lot of people who voted this presidential election

4    were people who had never voted before.  Some did not

5    respect and honor the right to vote before.  Some say

6    they didn't love America until now.  What a shame.

7              I feel now is the time for the Voter ID to

8    prepare for the future.  If you don't vote for it now,

9    you will be voting for it later.  You all have a duty to

10   us citizens, our lawmakers, so do your job and make this

11   a deterrent to prepare and make it nearly impossible for

12   voter fraud.

13             Anyone who votes against it is not doing

14   everything within their power for this great state

15   within this great country, and I am a Hispanic.  But,

16   first of all, I'm an American -- third generation

17   American, and I do not want special treatment.  All

18   elections should be fair.  Vote for SB362.  Thank you.

19             REPRESENTATIVE PENA:  Thank you,

20   Ms. Mendoza.  Does anybody have any questions?  Okay.

21             The chair calls Andrea Pena?  She was here

22   for the Citizens of Progresso, so I guess she left.  She

23   did not testify, but she wanted to show herself in favor

24   of the bill.

25             The chair calls John Yarber.  John, are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007105

531

1    you here?  Retired citizen representing himself, showing

2    against the bill, and he did not testify.

3              The chair calls Ramiro Mondragon

4    representing himself, wishing to show himself against

5    the bill.  He did not testify.

6              The chair calls Rene Lara?  Rene, are you

7    still here?  Rene is with the Texas AFL-CIO, and he is

8    against the bill, and he is testifying.  Renee, go ahead

9    and give us your full name.

10             MR. LARA:  I'll make it quick.  As a

11   matter of fact --

12             CHAIRMAN SMITH:  Give us your full name

13   and who you represent.

14             MR. LARA:  Yes.  My name is Rene Lara with

15   the Texas AFL-CIO, and this is my reason for testimony.

16   And so I'm not going to go through most of it, but on

17   behalf of the AFL-CIO, there is one -- and you can read

18   the rest of the testimony, but we want to focus on one

19   item, and this is the decoupling or the difficulty in

20   decoupling the Real ID issue with the Voter ID issue.

21   We know that the key feature of the bill -- the Senate

22   Bill is a photograph, an ID, a government official photo

23   ID, and we understand the public understands this to

24   be -- in fact, it's the number one item listed despite

25   the alternatives.  The one item that people will



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007106

TX_00034248

532

1    understand as the official government photo ID will be

2    the Department of Public Safety driver's license or

3    state ID, and this is our concern.

4              Members, you've heard about the Baker

5    Carter Commission requiring -- recommending that states

6    require voters to use the Real ID and that the Real ID

7    become the principal identification on a nationwide

8    basis, that in effect it would be a national ID.  The

9    national AFL-CIO opposes the national ID and, in fact,

10   we've been hoping that the national Federal government

11   will backtrack on their plans to implement it because as

12   you know, the Real ID Act is law in effect that has been

13   postponed in its implementation, but it's still the law,

14   and there's still a deadline, and DPS is still working

15   on rules.  In fact, there's a bill in another committee

16   that has been discussed on this issue.  So it hasn't

17   gone away.

18             What this Voter ID proposal does is it

19   incentivizes -- Well, what it does is it creates the --

20   it uses the driver's license as an official government

21   ID.  It is the same item that the Real ID will use for

22   its purposes, and, in fact, it's the same thing except

23   for the -- the hookup to a national database, which is,

24   you know, fairly easy to implement.

25             So we feel that -- And, in fact, the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

                                                                      533

 1    Republican party of Texas also opposes a national ID, so

 2    together the AFL-CIO and the Republican party of Texas

 3    in opposition to a national ID ought to be very

 4    concerned about this Voter ID proposal because it uses

 5    the same item that the Real ID Act looks to to implement

 6    that part of the law.

 7              So that's the -- what we would like you to

 8    think about and what ramifications this bill would have

 9    beyond its intended effect in the very near future.

10              CHAIRMAN SMITH:  Questions, members?

11    Thank you, Rene.

12              At this time the chair calls Lee Medley.

13              MR. MEDLEY:  Yes.  My name's Lee Medley.

14    I'm with the United Steel Workers.  I live down in

15    Galveston County, Texas.  Like they said, there's been a

16    lot of eloquent speakers tonight.  I'm not going to be

17    one of those.  What I want to tell you is you had a man

18    up here earlier talk about you all are misguided, that

19    you all have your priorities wrong, and you all passed

20    over that.  That's what I'm going to tell you.

21              You know, you got -- I work in a plant.

22    When I go back to that plant, the men and women ask me

23    what are they doing in Austin?  So what do I tell them?

24    They're spending your time and money on some fictitious

25    conspiracy theory problem that they haven't convicted a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007108

Hearing - Volume 3                              April 7, 2009

534

1    single person on while in Rockdale, Texas, they're

2    shutting down the aluminum plant, while in Lake Jackson

3    and in that area, the Dow plant's suffering huge

4    layoffs, while Lone Star, Texas, 750 people get laid off

5    and we're worried about this?

6              I tell you what.  You go ask one of those

7    people in the barber shop if they're worried about Voter

8    ID.  You go ask them in Santa Fe, Texas.  I'll guarantee

9    you there's not been anyone going in and say that's Lee

10   Medley, I'm voting for him.  They're not stealing my ID.

11             You heard a lot of people say that people

12   are disenfranchised.  They are not disenfranchised over

13   the fact of voter fraud.  They're disenfranchised

14   because they send you up here to Austin to take care of

15   work and families and this is what you do.  They're

16   disenfranchised because you are supposed to be taking

17   care of jobs, health care and that sort of thing in the

18   State of Texas, and instead, you're playing partisan

19   politics.  That's what disenfranchises people, Democrats

20   and Republicans.  You know, they want -- My cousin

21   called me last night.  He said the plant he's at in

22   (inaudible) is shutting down.  I got to have a job.  Guy

23   from Lindell called me the night before.  Lindell

24   cutting back.  Got to have a job.  That's what's on the

25   minds of Texans, not voter fraud.  I mean, I've been in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007109

535

1   precincts here for quite a while where I'm at.  I

2   haven't seen that.  I haven't seen anyone come in and

3   try and take my voter's slip and vote.

4            I've seen a lot of men and women lose

5   their health care at UTMB in Galveston because of the

6   hurricane.  I'll tell you what, Judge Yarbrough and them

7   folks, Craig Allen, they worked their rear end off

8   trying to make sure everyone got the right to vote after

9   that hurricane, and people lost everything, everything,

10  and now we got people up here trying to take that right

11  away from them.  That's just not right.  You all need to

12  think about what you're doing and get your all's

13  priority right.  Thank you.

14            CHAIRMAN SMITH:  Members, any questions of

15  this witness?  I appreciate your testimony.  I just want

16  you to know this is the elections committee.

17            MR. MEDLEY:  I understand what committee

18  it is.

19            CHAIRMAN SMITH:  And not one of us asked

20  to be on it, and we can't pass legislation out here

21  dealing with jobs and health care or -- the subject

22  matter of this committee is elections.

23            MR. MEDLEY:  I understand exactly what the

24  sub --

25            CHAIRMAN SMITH:  Whether we like it or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007110

536

1    not, we're limited to that.

2              MR. MEDLEY:  And there's plenty of other

3    committees, and I understand what the subject matter is

4    here, but you sure spend a lot of time and money,

5    taxpayer dollars, to be here all night.

6              CHAIRMAN SMITH:  Thank you very much.

7    Chair calls Ruth Epstein.  No Ruth Epstein.  Showing not

8    testifying and against Senate Bill 362.

9              Chair calls Kenneth Koym -- Koym.  Tell

10   us -- You are going to testify against Senate Bill 362.

11   Please tell us your name and who you represent.

12             MR. KOYM:  Friends, I'm Kenneth Koym, and

13   I'm representing Kenneth Koym and family, the mental

14   health profession.  I'm a licensed clinical marriage and

15   family therapist.  I'm a certified mediator.  I don't

16   believe that Texas --

17             CHAIRMAN SMITH:  Before you start on your

18   form, you indicated you are speaking on behalf of the

19   American International University --

20             MR. KOYM:  I will address that as well.

21             CHAIRMAN SMITH:  -- Dialogue Producing

22   Consortium; is that correct?

23             MR. KOYM:  Yes.

24             CHAIRMAN SMITH:  Okay.  Thank you.

25   Continue.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00034253

537

1          MR. KOYM:  Those are nonprofit

2    organizations.  They are small, but they have caused me

3    to -- to give to a society 60,000 hours.  That's

4    30 years or better.  2,000, sometimes 3,000 hours per

5    year.  I've seen changes in Mexico in the voter process.

6    I heard it said in the senate because I spent all

7    night -- I didn't just spend to mid -- to midnight.  I

8    spent all night and had somebody tell me -- a young

9    squirt tell me, a 69-year old, old man, get that hat

10   off, and it was cold as hell in the senate.

11          Now, I'm telling you that the kind of

12   things that we're doing in this United States do not

13   compare to some very small republics like the Republic

14   of China where I observed election, in Mexico where I

15   observed Mr. Cedillo, and the vote of the people, and

16   that new process that kicked the (inaudible) out after

17   70 something years.  In Brazil, in Belize, in Guatemala,

18   yes, 13 years.  But I have paid my price or paid the

19   price and earned something special to know that people

20   are offended and intimidated very easily in the United

21   States.  They are in fact intimidated to the extent that

22   this bill -- if SB362 passes in some form, in some form,

23   that will be a highly probable mental health judgment on

24   my part that it amounts to a violation of the Hate

25   Crimes Act of 2007.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007112

538

1              We need to look very carefully at that

2    question as to whether this bill is not practicing

3    prejudice, and we need to walk very carefully, not to

4    exercise anymore prejudice against American Indians,

5    against the black, against the brown and against Germans

6    and against every one of us because we all have

7    different prejudices, and this bill pushes and allows

8    that.  Is there any questions?

9              CHAIRMAN SMITH:  Are there any questions,

10   members?  We don't have any questions.  We sure

11   appreciate it.

12             MR. KOYM:  Thank you so much for hearing

13   me, and I don't mean to be sarcastic.

14             CHAIRMAN SMITH:  You are a --

15             MR. KOYM:  I am deadly.

16             CHAIRMAN SMITH:  -- convicted --

17             MR. KOYM:  Opposed to voter photo ID.  We

18   don't need it.

19             CHAIRMAN SMITH:  Thank you for patiently

20   waiting to testify.  The chair calls Manuel Rendon.

21   Okay.  We're going to show him against and not

22   testifying.

23             The chair calls Melissa Gonzalez.  Going

24   to show her against and not testifying.

25             The chair calls Andy Wilson.  Against, and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007113

TX_00034255

539

1    tell us who you represent and state your name for the

2    record.

3                MR. WILSON:  My name's Andy Wilson.  I'm

4    here representing public citizens.  I'm also a board

5    member of Common Cause Texas.

6                CHAIRMAN SMITH:  Thank you.

7                MR. WILSON:  And I'm here testifying

8    against Senate Bill 362.

9                CHAIRMAN SMITH:  Okay.

10                MR. WILSON:  Now, I agree with much of the

11    testimony that groups like the League of Women Voters,

12    other members of Common Cause Advocacy, Inc., et cetera,

13    have given here today.  I won't repeat what they've

14    said.  You've already heard that.  But I am here to tell

15    you something that they haven't told you, and that is

16    there is voter impersonation going on that is happening

17    right here in Austin.  In fact, it's happening not one

18    hundred yards from where we sit right here.  That voter

19    impersonation is the so-called ghost voting that happens

20    on the floor of the legislature.

21                So and I -- being a little bit coy here.

22    I'm being a little bit funny, but just follow me around

23    on this.  Here we have two issues.  One, with little or

24    no empirical evidence of someone showing up and

25    impersonating someone else in the polling place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007114

540

1    Second, documented empirical times when members of the

2    house are not on the floor of the house, are not voting

3    for themselves.  Their desk mate is voting for them.

4    Someone else is voting for them.  So I ask you to

5    consider this.

6              Now, of course, that isn't again the house

7    rules.  I understand that.  That's fine.  They're your

8    rules.  You set them.  You also set the rules for

9    elections here in the State of Texas.  So I ask that

10   whatever standard that you set for us here in Texas,

11   whatever form of ID that you ask grandpa or abuela to

12   show up with at the polls every time that they vote, if

13   you bring this or a substitute bill to the floor or any

14   other similar legislation also brings a resolution to

15   the floor that would amend the House rules to require a

16   similar standard for members of the state legislature.

17   And since you will require this of all voters every time

18   they vote, and many people here in this room want that

19   requirement, I hope that you will require the same

20   standard of Voter ID from you every time you vote so

21   that you will consider the gravity of what it is that we

22   are doing here today.

23             We have available technology to do this.

24   I believe that, therefore, thumbprint scanners in the

25   House lounge available for this sort of thing.  We can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007115

541

1    go ahead and institute these sorts of things, but just

2    realize the disconnect from -- from those of us who look

3    here at what this process is.  Questions?

4              CHAIRMAN SMITH:  Representative Bonnen?

5              REPRESENTATIVE BONNEN:  Yeah.  You

6    actually raised a real interesting issue.  I selected my

7    office this session on the fourth floor of the Capitol

8    based on the fact that at the time that people believe

9    Tom Craddick would continue to be the speaker, there was

10   quite a bit of interest in how we would be voting on the

11   house floor, and I am curious what your thoughts would

12   be as to why that issue seemed to go away at the point

13   they decided we have a different speaker.

14             MR. WILSON:  I'm not sure.  That's a good

15   question.

16             REPRESENTATIVE BROWN:  I remember going

17   onto the house floor over the holidays and seeing the

18   machines all around there and ready to go.  Do you know

19   where they are now?

20             MR. WILSON:  I do not know.

21             REPRESENTATIVE BONNEN:  It's just

22   interesting.  Do you know where that issue's fallen off

23   in the press and everywhere else?  It's not really

24   talked about, is it?

25             MR. WILSON:  I'm not sure.  We've raised



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007116

TX_00034258

542

1    this a little bit.  I know that this has been a pet

2    issue of Smitty's.

3                 REPRESENTATIVE BONNEN:  But I mean it

4    seems to have gone silent though.

5                 MR. WILSON:  I can't speak for anyone

6    other than myself.  I for one did not bring this up as

7    an issue in the senate testimony because after staying

8    there the whole night had to pack up and leave for

9    Dallas, so was unable to present this same rhetorical

10   argument to the senate.  So for our part, we have failed

11   in bringing that to the forefront, but --

12                CHAIRMAN SMITH:  You have tonight.

13   Representative Anchia?  Go ahead, please.

14                REPRESENTATIVE ANCHIA:  I defer.

15                CHAIRMAN SMITH:  Okay.

16                REPRESENTATIVE BROWN:  Thank you,

17   Mr. Representative.  Thank you, Mr. Chairman.  I will

18   tell you that I agree with you, as a matter of fact.  I

19   sat on house administration last session and actually

20   agreed that that's equipment that we should have on the

21   house floor, so actually voted for that thumbprint.

22                MR. WILSON:  That's excellent.  Thank you.

23                REPRESENTATIVE BONNEN:  Do you know where

24   the equipment is now?

25                REPRESENTATIVE BROWN:  No.  Not on house



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007117

TX_00034259

543

1    administration anymore.

2            CHAIRMAN SMITH:  Representative Anchia?

3            REPRESENTATIVE ANCHIA:  You know, I think

4    the analogy's instructive.  I mean the -- we've -- We've

5    got busy schedules in the -- in our capacity as state

6    representative.  We're not always able to get from one

7    side of the floor to the other, so we changed rules,

8    remodified rules to make it easier to vote.  And I think

9    that -- I think that analogy makes sense, and we've --

10   and we've put rules in place at the same time to suggest

11   that with someone's authorization, you can vote on their

12   behalf, and I think we modified the house rules this

13   session to make that happen.  And it speaks to the fact

14   or the analogy can be made that people in their lives

15   are also very busy.  Things happen.  They have to be at

16   work or they have to be taking care of their children,

17   and the rules are set up sometimes to make it more

18   difficult to vote, and at least if the -- if I think

19   where you are going -- if I think I understand where

20   your a going with the analogy, we may want to look at

21   the rules that we have in place to make sure that --

22   that it is convenient to vote, that it is accessible to

23   vote just as we modified our rules.

24           And I will say this, that I don't think

25   you were suggesting that there was any fraud on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007118

TX_00034260

544

1    house floor.  I certainly have not -- I've never heard a

2    case --

3              MR. WILSON:  I was very careful not to say

4    that there was voter --

5              REPRESENTATIVE ANCHIA:  Sure.

6              MR. WILSON:  -- fraud going on in the

7    Capitol.

8              REPRESENTATIVE ANCHIA:  Sure.  And I've

9    never heard of a case where someone voted --

10   intentionally voted their desk mate or their neighbor

11   the wrong way.  I mean, I haven't heard of any

12   complaints.

13             REPRESENTATIVE BROWN:  It would only

14   happen once.

15             REPRESENTATIVE ANCHIA:  Once it happened

16   to you?

17             REPRESENTATIVE BROWN:  I said it would

18   only happen, happen once.

19             REPRESENTATIVE ANCHIA:  Right.  And

20   usually that would happen, and there was a way to

21   correct it in the house journal, right?  You'd go and

22   say, hey, you know, I voted the wrong way or I was voted

23   the wrong way, and there would be a way to correct that.

24   And I don't think there's any analogy in our -- in our

25   voting system to do that other than maybe the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

545

1    provisional ballot that would be remedied on the back

2    end where you could come back and say you know what?  I

3    didn't have my ID at this polling place or I wasn't able

4    to comply with the voting requirement.  I want to come

5    back and submit the right information in order for the

6    vote to be rectified, similar to what we do in the

7    journal.

8              MR. WILSON:  Correct.  And if those

9    provisional ballots were to be counted as actual ballots

10   and not in the case of a close run-off or something to

11   that extent.  You know, we believe in making elections

12   bullet proof, and we're lucky that the house and the

13   senate are small enough bodies to be able to

14   self-police, and there's a community there.  If men were

15   angels, we wouldn't need any sort of legislation to take

16   care of these things, but we have to counteract the

17   worser angels of our nature.

18             REPRESENTATIVE ANCHIA:  But I think -- And

19   I agree it's a different scale that we are dealing with

20   in Texas elections versus how we vote on the house

21   floor.  In some cases, different stakes too.  We take

22   multiple votes, and there's only one -- you know, in

23   elections there's one vote for a particular candidate,

24   for example, or a particular election.  But I think the

25   analogy holds true, and I think you're asking us to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007120

TX_00034262

546

1   temper or at least to balance accessibility in the way

2   we set up rules so that -- so that people are able to

3   vote -- to have at least convenience in voting so that

4   they manage their lives and their careers and their

5   children as part of their lives.

6               MR. WILSON:  I'd like to think of us as

7   the teenager showing up to tell mom and dad that this

8   isn't fair because you let older brother, sister do X, Y

9   and Z.  We're bringing up a similar issue here.

10               CHAIRMAN SMITH:  Well, you all are really

11   losing me on this one.  I mean, if we ever get to the

12   point where we ask members of the public to vote 50

13   times a day at whatever point a bill starts ringing, at

14   unknowable times over a 2-month period, then I would be

15   quite sympathetic towards the analogy, but I don't see

16   it at all.

17               REPRESENTATIVE BONNEN:  Mr. Chair?

18               CHAIRMAN SMITH:  I'm slow.  Representative

19   Bonnen?

20               REPRESENTATIVE BONNEN:  I think where the

21   analogy is actually very interesting though is what I

22   was discussing earlier, how the interest in the analogy

23   seemed to disappear overnight.  I mean, there was

24   significant interest from organizations like the ones

25   you are here representing and working with.  It was a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00034263

547

1   feverishly important issue, and it's gone, poof.

2               MR. WILSON:  I think, you know, a vote is

3   a vote is a vote is a vote.

4               REPRESENTATIVE BONNEN:  Well, no, but I

5   don't think necessarily you all have the record to say

6   that because using your analogy there was quite a bit of

7   editorialism and discussion and importance.

8               REPRESENTATIVE BROWN:  Accusations.

9               REPRESENTATIVE BONNEN:  And accusations.

10  Thank you.  To how someone would cast a vote as a member

11  of the legislature.  It was of significant importance,

12  and I respected that importance.  And then, poof, it's

13  gone.  It's not important anymore.

14              MR. WILSON:  I brought this up in an

15  editorial board meeting with the Austin American

16  Statesman.  I brought this up in other places.  I

17  apologize.

18              REPRESENTATIVE BONNEN:  When?  When?

19              MR. WILSON:  This was -- I can't give you

20  the exact date, but it was within --

21              REPRESENTATIVE BONNEN:  Ballpark it.

22              MR. WILSON:  The last few weeks.

23              REPRESENTATIVE BONNEN:  Okay.  But -- And

24  I appreciate that, and I apologize if it was --

25              MR. WILSON:  No, no, no.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007122

548

1              REPRESENTATIVE BONNEN:  -- simply directed

2     at you, but, I mean -- but, I mean, my point is it seems

3     to no longer be an issue.  It went away in a moment's

4     notice.

5              MR. WILSON:  And do you have --

6              REPRESENTATIVE BONNEN:  Well, if it was

7     prior to changing though.  I mean, you know --

8              CHAIRMAN SMITH:  I just think that's -- a

9     potential explanation is that I think we changed the

10    rules to --

11             REPRESENTATIVE BONNEN:  No, that's not

12    really --

13             CHAIRMAN SMITH:  -- to sell that.

14             REPRESENTATIVE BONNEN:  You can believe it

15    to be, but --

16             CHAIRMAN SMITH:  So that practice on the

17    house floor was no longer in violation of the written

18    rule.

19             REPRESENTATIVE BONNEN:  I think the

20    discussion, the interest, the concern and the thought of

21    the issue fell off long before we adopted the house

22    rules.

23             CHAIRMAN SMITH:  Well, we -- if your

24    allegation --

25             REPRESENTATIVE BONNEN:  -- which candidly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007123

549

1    it really doesn't matter.

2              CHAIRMAN SMITH:  If your allegation is

3    that it occurred at the time we elected a new speaker --

4              REPRESENTATIVE BONNEN:  I'm not making an

5    allegation.

6              CHAIRMAN SMITH:  I think we adopted the

7    house rules within a matter of days after electing a new

8    speaker.

9              REPRESENTATIVE BONNEN:  I'm not -- I'm not

10   making an allegation.  I'm simply discussing the fact

11   that it's interesting how what's important to people

12   seems to come and go.

13             MR. WILSON:  I believe that when at least

14   speaking for public citizens, we circulated a memo to

15   members of the house about what rules we would like to

16   see changed, and I believe that ending ghost voting was

17   on that.  So we -- we did try and bring that up.  I was

18   not a member of the board of common cause at that time.

19             REPRESENTATIVE BONNEN:  But you did -- But

20   you did -- you yourself did recognize that it seemed to

21   be the tide of interest in, and as you said, you talked

22   to the Statesman editorial board and they didn't seem

23   particularly interested anymore.

24             MR. WILSON:  Well, I can't speak to their

25   motivations or --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007124

Hearing - Volume 3                                  April 7, 2009

550

1              REPRESENTATIVE BONNEN:  No, I'm not -- I

2       didn't ask you what their motivation was.  They didn't

3       write anything they had before though.

4              MR. WILSON:  Okay.

5              REPRESENTATIVE BONNEN:  Thank you.

6              CHAIRMAN SMITH:  Representative Brown?

7              REPRESENTATIVE BROWN:  I have a question.

8       Please tell me how I am harming my constituents or the

9       citizens of Texas for that matter if I have to leave my

10      desk to go to the bathroom and I ask my seat mate if I'm

11      not back in time before the vote to vote me a certain

12      way, so she's the one that punches the button.  I made

13      the decision, but she punches it the way I tell her to

14      do.  How am I harming anyone?

15             MR. WILSON:  I will answer that in two

16      ways, and I do mean this with the utmost respect.

17      First, if I'm your constituent and you ask your seat

18      mate to vote for -- in your place, I did not vote for

19      your seat mate.  I --

20             REPRESENTATIVE BROWN:  But she votes the

21      way I told her to vote.

22             MR. WILSON:  All right.  The second point

23      is if I show up and vote for my mother, even if I vote

24      the way that she told me to, I think that would be

25      considered voter fraud, even if I had her consent.  So,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007125